**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES,<br><br>     Defendants. | Civ. A. No. 1:19-cv-00526-MKB |
| RICHARD EPSTEIN, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES,<br><br>     Defendants. | Civ. A. No. 1:19-cv-00793-RJD |

**NOTICE OF MOTION AND MOTION OF**
**THE COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN**
**FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Margo K. Brodie, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 6F, Brooklyn, New York  11201, the Colleges of Applied Arts and Technology Pension Plan ("CAAT Pension Plan"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above-captioned related actions (the "Related Actions"); (ii) appointing CAAT Pension Plan as lead plaintiff for the Related Actions, (iii) approving CAAT Pension Plan's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the proposed class, and (iv) for any such further relief as the Court may deem just and proper.

In support of its motion, CAAT Pension Plan submits its Memorandum of Law in Support of the Motion of CAAT Pension Plan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of CAAT Pension Plan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Lead Counsel.  CAAT Pension Plan's motion is made on the grounds that CAAT Pension Plan believes it is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, CAAT Pension Plan believes that it has the "largest financial interest" in the relief sought by the class in the Related Actions as a result of the substantial loss it suffered on its purchases of Vale securities during the longest class period (June 7, 2016 through February 6, 2019).  CAAT Pension Plan also believes that it otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members and because it will fairly and adequately represent the interests of the class.

WHEREFORE, CAAT Pension Plan respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint CAAT Pension Plan as lead plaintiff for the Related Actions in accordance with the PSLRA; (3) approve CAAT Pension Plan's selection of Kaplan Fox to serve as lead counsel for the proposed class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  March 29, 2019

Respectfully submitted,

*/s/ Frederic S. Fox*

Frederic S. Fox
Donald R. Hall
Jeffrey P. Campisi
Pamela A. Mayer
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Movant the Colleges of Applied Arts and Technology Pension Plan*

## CERTIFICATE OF SERVICE

I, Frederic S. Fox, hereby certify that, on March 29, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox