**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civ. A. No. 1:19-cv-00526-MKB |
| v. | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | |
| Defendants. | |
| RICHARD EPSTEIN, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civ. A. No. 1:19-cv-00793-RJD |
| v. | |
| VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES, | |
| Defendants. | |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF THE MOTION OF THE COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2.      I respectfully submit this Declaration in support of the motion of the Colleges of Applied Arts and Technology Pension Plan ("CAAT Pension Plan") for: (1) consolidation of Related Actions, (2) appointment as lead plaintiff; and (3) approval of lead plaintiff's selection of lead counsel.

3.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    CAAT Pension Plan's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart reflecting CAAT Pension Plan's estimated losses, prepared by counsel;

Exhibit C:    Firm resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit D:    January 28, 2019 Notice of Pendency of this Class Action on *Business Wire*.

/s/ Frederic S. Fox
Frederic S. Fox

**CERTIFICATE OF SERVICE**

I, Frederic S. Fox, hereby certify that, on March 29, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Frederic S. Fox
Frederic S. Fox