# EXHIBIT A

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Kevin Rorwick, Chief Operating Officer and Chief Financial Officer of the Colleges of Applied Arts and Technology Pension Plan ("CAAT Pension Plan"), hereby certify as follows:

1.    I am fully authorized to make a certification on behalf of CAAT Pension Plan. I have reviewed a complaint for the securities class action pending against Vale S.A. ("Vale") and certain executives alleging violations of the securities laws.

2.    CAAT Pension Plan did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    CAAT Pension Plan is willing to serve as a representative party on behalf of a class, including serving as a lead plaintiff in this case and all other related cases that may be consolidated with it and providing testimony at deposition and trial if necessary. CAAT Pension Plan fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

4.    CAAT Pension Plan's transactions in Vale securities during the proposed class period are set forth in Schedule A, which is attached hereto.

5.    CAAT Pension Plan sought to serve and serves as a lead plaintiff in the following class action under the federal securities laws filed during the last three years:

*Gross v. Grupo Televisa, S.A.B.*, No. 18-cv-1979 (S.D.N.Y.)

6.    CAAT Pension Plan will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

7.    I declare under penalty of perjury that the foregoing is true and correct, executed on this 28th day of March, 2019.

_____
Kevin Rorwick
*Chief Operating Officer and Chief Financial Officer*
*CAAT Pension Plan*

**Schedule A**
**CAAT Pension Plan's Transactions in Vale Securities**

| Security Description | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| VALE SA ADR | 91912E105 | Purchases | 5/9/2018 | 14,800 | $13.8965 |
| VALE SA ADR | 91912E105 | Purchases | 5/10/2018 | 22,500 | $14.4143 |
| VALE SA ADR | 91912E105 | Purchases | 5/11/2018 | 15,500 | $14.6878 |
| VALE SA ADR | 91912E105 | Purchases | 5/14/2018 | 27,000 | $14.9087 |
| VALE SA ADR | 91912E105 | Purchases | 5/14/2018 | 7,100 | $14.9323 |
| VALE SA ADR | 91912E105 | Purchases | 5/15/2018 | 46,500 | $14.8334 |
| VALE SA ADR | 91912E105 | Purchases | 5/15/2018 | 8,000 | $14.6222 |
| VALE SA ADR | 91912E105 | Purchases | 5/16/2018 | 10,800 | $15.1300 |
| VALE SA ADR | 91912E105 | Purchases | 5/17/2018 | 27,000 | $14.9431 |
| VALE SA ADR | 91912E105 | Purchases | 5/17/2018 | 16,300 | $14.9826 |
| VALE SA ADR | 91912E105 | Purchases | 5/18/2018 | 15,100 | $14.5838 |
| VALE SA ADR | 91912E105 | Purchases | 5/21/2018 | 42,900 | $14.4876 |
| VALE SA ADR | 91912E105 | Purchases | 7/23/2018 | 38,100 | $13.0632 |
| VALE SA ADR | 91912E105 | Purchases | 7/24/2018 | 31,100 | $13.8288 |
| VALE SA ADR | 91912E105 | Purchases | 7/25/2018 | 20,200 | $13.8612 |
| VALE SA ADR | 91912E105 | Purchases | 7/26/2018 | 37,618 | $14.2293 |
| VALE SA ADR | 91912E105 | Purchases | 7/30/2018 | 67,700 | $14.4889 |
| VALE SA ADR | 91912E105 | Purchases | 7/31/2018 | 18,300 | $14.5763 |
| VALE SA ADR | 91912E105 | Purchases | 8/1/2018 | 2,900 | $14.2762 |
| VALE SA ADR | 91912E105 | Purchases | 8/2/2018 | 15,432 | $14.0416 |
| VALE SA ADR | 91912E105 | Purchases | 8/22/2018 | 34,990 | $12.9756 |
| VALE SA ADR | 91912E105 | Purchases | 11/27/2018 | 92,159 | $12.7738 |

2