# EXHIBIT B

## Colleges of Applied Arts and Technology Pension Plan (CAAT)

### Estimated Losses in Vale S.A. (NYSE: VALE) - Class period: 6/7/2016 - 2/6/2019

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **VALE S.A.** | | | | | | | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/9/2018 | 14,800 | $13.8965 | $205,668.20 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/10/2018 | 22,500 | $14.4143 | $324,321.75 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/11/2018 | 15,500 | $14.6878 | $227,660.90 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/14/2018 | 27,000 | $14.9087 | $402,534.90 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/14/2018 | 7,100 | $14.9323 | $106,019.33 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/15/2018 | 46,500 | $14.8334 | $689,753.10 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/15/2018 | 8,000 | $14.6222 | $116,977.60 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/16/2018 | 10,800 | $15.1300 | $163,404.00 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/17/2018 | 27,000 | $14.9431 | $403,463.70 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/17/2018 | 16,300 | $14.9826 | $244,216.38 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/18/2018 | 15,100 | $14.5838 | $220,215.38 | |
| VALE SA ADR | 91912E105 | PURCHASES | 5/21/2018 | 42,900 | $14.4876 | $621,518.04 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/23/2018 | 38,100 | $13.0632 | $497,707.92 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/24/2018 | 31,100 | $13.8288 | $430,075.68 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/25/2018 | 20,200 | $13.8612 | $279,996.24 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/26/2018 | 37,618 | $14.2293 | $535,277.81 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/30/2018 | 67,700 | $14.4889 | $980,898.53 | |
| VALE SA ADR | 91912E105 | PURCHASES | 7/31/2018 | 18,300 | $14.5763 | $266,746.29 | |
| VALE SA ADR | 91912E105 | PURCHASES | 8/1/2018 | 2,900 | $14.2762 | $41,400.98 | |
| VALE SA ADR | 91912E105 | PURCHASES | 8/2/2018 | 15,432 | $14.0416 | $216,689.97 | |
| VALE SA ADR | 91912E105 | PURCHASES | 8/22/2018 | 34,990 | $12.9756 | $454,016.24 | |
| VALE SA ADR | 91912E105 | PURCHASES | 11/27/2018 | 92,159 | $12.7738 | $1,177,220.63 | |
| | | | | *611,999* | | *$8,605,783.58* | |
| | | | | | | | |
| VALE SA ADR | 91912E105 | Retained* | | *(611,999)* | $12.5700 | *($7,692,827.43)* | |
| | | | | *(611,999)* | | *($7,692,827.43)* | **$912,956.15** |

*indicates the 90 day price average as of 3/28/2019.