**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on behalf of all others similarly situated,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES,<br><br><div align="center">Defendants.</div> | Civ. A. No. 1:19-cv-00526-MKB |
| RICHARD EPSTEIN, Individually and on behalf of all others similarly situated,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES,<br><br><div align="center">Defendants.</div> | Civ. A. No. 1:19-cv-00793-RJD |

**[PROPOSED] ORDER GRANTING THE MOTION OF**
**THE COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN**
**FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

Having considered the Motion of the Colleges of Applied Arts and Technology Pension Plan ("CAAT Pension Plan") for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Lead Counsel, and the Memorandum of Law in Support of the Motion of the Colleges of Applied Arts and Technology Pension Plan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of the Colleges of Applied Arts and Technology Pension Plan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Lead Counsel, and good cause appearing therefor,

1.      CAAT Pension Plan's motion is GRANTED, and any competing motions are DENIED.

2.      The above-captioned actions are consolidated for all purposes (the "Consolidated Action").  This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Consolidated Action.

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), CAAT Pension Plan is appointed to serve as lead plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

4.      CAAT Pension Plan's choice of Kaplan Fox & Kilsheimer LLP to serve as lead counsel for the proposed class is approved.

IT IS SO ORDERED.

DATED: _____          _____
                                      THE HONORABLE MARGO K. BRODIE
                                      UNITED STATES DISTRICT JUDGE