**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:19-cv-00526-MKB-CLP |
| Plaintiff, | |
| v. | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | |
| Defendants. | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:19-cv-00793-RJD-SJB |
| Plaintiff, | |
| v. | |
| VALE S.A., FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | |
| Defendants. | |

**NOTICE OF MOTION BY FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed lead plaintiff Firemen's Retirement System of St. Louis ("St. Louis Fire") will move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order: (1) consolidating all related securities class actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing St. Louis Fire as Lead Plaintiff; (3) approving its selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class; and (4) any such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that St. Louis Fire believes it is the "most adequate plaintiff" under the PSLRA and should be appointed Lead Plaintiff.  Specifically, St. Louis Fire believes that it has the "largest financial interest" in the relief sought by the Class in the above captioned actions.   St. Louis Fire also otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.  Further, St. Louis Fire is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation who will provide effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Steven B. Singer filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto.

WHEREFORE, St. Louis Fire respectfully requests that the Court: (1) consolidate all related actions; (2) appoint the St. Louis Fire as Lead Plaintiff; (3) approve St. Louis Fire's

selection of Saxena White to serve as Lead Counsel for the Class; and (4) grant such other and

further relief as the Court may deem just and proper.

Dated: March 29, 2019

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Steven B. Singer*
Steven B. Singer
10 Bank Street
White Plains, NY 10606
Tel:  (914) 437-8551
Fax:  (888) 216-2220
Email:  ssinger@saxenawhite.com

**SAXENA WHITE P.A.**
Joseph E. White, III
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
jwhite@saxenawhite.com

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Steven B. Singer*
Steven B. Singer