**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, ) | Case No.: 1:19-cv-00526-MKB-CLP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, ) | |
| ) | |
| Defendants. ) | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, ) | Case No.: 1:19-cv-00793-RJD-SJB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VALE S.A., FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS,**
**APPOINTING FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS**
**AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Upon consideration of (1) the Motion filed by Firemen's Retirement System of St. Louis ("St. Louis Fire") for Consolidation, Appointment as Lead Plaintiff and Approval of its Selection of Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Steven B. Singer; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. St. Louis Fire's Motion is **GRANTED**.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are hereby **CONSOLIDATED** for all purposes into one action that shall be captioned "*In re Vale S.A. Securities Litigation*" and whose file shall be maintained under Master File No.:1:19-cv-00526-MKB-CLP. Any subsequently filed, removed, or transferred class actions that are related to the claims asserted in the above-captioned actions are also hereby **CONSOLIDATED** for all purposes.

3. St. Louis Fire is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 2 of this Order.

4.  St. Louis Fire's selection of Lead Counsel is **APPROVED**, and Saxena White P.A. is

    **APPOINTED** as Lead Counsel for the Class in the above-captioned actions and all

    related actions consolidated pursuant to paragraph 2 of this Order.

**IT IS SO ORDERED**.

Dated: _____ ____, 2019

_____
MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

2