**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:19-cv-00526-MKB-CLP |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | ) ) ) ) | |
| Defendants. | ) | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:19-cv-00793-RJD-SJB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VALE S.A., FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF STEVEN B. SINGER IN SUPPORT OF THE**
**MOTION OF FIREMEN'S RETIREMENT SYSTEM**
**OF ST. LOUIS FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven B. Singer, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a Director of Saxena White P.A. ("Saxena White"), counsel for proposed lead plaintiff Firemen's Retirement System of St. Louis ("St. Louis Fire") and proposed lead counsel for the class in the above-captioned actions.  I submit this declaration in support of the motion filed by St. Louis Fire for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:      Notice of pendency of class action published in Business Wire on January 28, 2019;

EXHIBIT B:      Certification of St. Louis Fire;

EXHIBIT C:      Chart of estimated loss of St. Louis Fire; and

EXHIBIT D:      Firm Biography of Saxena White.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 29th day of March, 2019, at New York, New York.


/s/ Steven B. Singer
Steven B. Singer

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

_/s/ Steven B. Singer_
Steven B. Singer

2