# EXHIBIT B

## CERTIFICATION AND AUTHORIZATION

I, John Brewer, on behalf of the Firemen's Retirement System of St. Louis ("St. Louis Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint in this matter and I am authorized in my capacity as Executive Director of St. Louis Fire to initiate litigation and to execute this Certification on behalf of St. Louis Fire. I have authorized Saxena White P.A. to file a lead plaintiff motion in this action or any related actions on St. Louis Fire's behalf.

2.    St. Louis Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.    St. Louis Fire is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.    St. Louis Fire's transactions in Vale S.A.'s securities during the class period as specified in the complaint are set forth in the attached "Schedule A."

5.    St. Louis Fire has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.    St. Louis Fire has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending: *None*

7.    St. Louis Fire will not accept any payment for serving as a representative party on behalf of the Class beyond St. Louis Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of March, 2019.

*The Firemen's Retirement System*
*of St. Louis*

John Brewer, Executive Director

## SCHEDULE A
### Firemen's Retirement System of St. Louis
### Transactions in Vale, S.A.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 07/03/18 | 30,254 | $12.57 | | | |
| 07/17/18 | 10,900 | $13.09 | | | |
| 10/19/18 | 7,706 | $15.38 | | | |