# EXHIBIT C

**The Firemen's Retirement System of St. Louis—LIFO Loss**
**Vale S.A. (VALE)**

Class Period:       April 13, 2018 through January 28, 2019
Look-Back Price:   $12.4890        (through March 28, 2019)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| Purchase | 07/03/18 | 30,254 | $12.57 | $380,172 | | | | | |
| Purchase | 07/17/18 | 10,900 | $13.09 | $142,725 | Sale | | 0 | | $0 |
| Purchase | 10/19/18 | 7,706 | $15.37 | $118,418 | Retained | | 48,860 | $12.49 | $610,213 |
| | | 48,860 | | $641,314 | | | 48,860 | | $610,213 |
| | | | | | | | **LIFO Loss** | | **($31,102)** |