**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN RAUCH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VALE S.A., FABIO SCHVARTSMAN, AND LUCIANO SIANI PIRES, <br><br> Defendants. | **CASE No.: 1:19-cv-00526-MKB-CLP** <br><br> **NOTICE OF MOTION OF MOSTACO CORP. TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> **CLASS ACTION** |
| RICHARD EPSTEIN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES, <br><br> Defendants. | **CASE No.: 1:19-cv-00793-RJD-SJB** <br><br> **CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Mostaco Corp. ("Movant") hereby moves this Court, the Honorable Margo K. Brodie, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated March 29, 2019 (and exhibits); and (ii) a [Proposed] Order, Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: March 29, 2019                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Phillip Kim
                                         Phillip Kim, Esq. (PK 9384)
                                         Laurence M. Rosen, Esq. (LR 5733)
                                         275 Madison Avenue, 34th Floor
                                         New York, New York 10016
                                         Telephone: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: pkim@rosenlegal.com
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Movant and Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

3