# EXHIBIT 3

| | | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vale S.A. Loss Chart | | | | | | | | |
| | | | | Class Period of June 27, 2016 through February 6, 2019 | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $12.58 |
| Mostaco Corp. | Opening Position | 1,877,000 | | | 2/7/2019 | 825,000 | Matched to Opening Position | | | | | |
| | | | | | 7/9/2018 | 437,749 | Matched to Opening Position | | | | | |
| | | | | | 5/24/2018 | 420,000 | Matched to Opening Position | | | | | |
| | | | | | 9/21/2017 | 194,251 | Matched to Opening Position | | | | | |
| | | | | | | | | | | | | |
| | 4/21/2017 | 341,000 | ($8.93) | ($3,045,130.00) | 9/21/2017 | 945,749 | $10.26 | $9,703,384.74 | | | | |
| | 4/27/2017 | 360,000 | ($8.42) | ($3,031,200.00) | 9/21/2017 | 370,000 | $10.25 | $3,792,500.00 | | | | |
| | 10/13/2017 | 857,749 | ($10.31) | ($8,843,392.19) | 4/10/2017 | 329,000 | $9.14 | $3,007,060.00 | | | | |
| | 10/8/2018 | 825,000 | ($15.21) | ($12,548,250.00) | 4/7/2017 | 319,000 | $9.34 | $2,979,460.00 | | | | |
| | 10/8/2018 | 164,000 | ($15.21) | ($2,494,440.00) | 4/7/2017 | 420,000 | $9.23 | $3,876,600.00 | | | | |
| | | | | | | | | | | | | |
| Grand Total | | 2,547,749 | | ($29,962,412.19) | | 2,383,749 | | $23,359,004.74 | 164,000 | $2,063,120.00 | ($4,540,287.45) | |