**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00526-MKB-CLP |
| Plaintiff, | CLASS ACTION |
| v. | ORAL ARGUMENT REQUESTED |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | |
| Defendants. | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00793-RJD-SJB |
| Plaintiff, | |
| v. | |
| VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES, | |
| Defendants. | |

**MOTION OF BOSTON RETIREMENT SYSTEM FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS
SELECTION OF CO-LEAD COUNSEL**

Proposed Lead Plaintiff Boston Retirement System ("Boston") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Boston as Lead Plaintiff; (iii) approving Boston's selection of Labaton Sucharow LLP ("Labaton Sucharow") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Boston is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Boston has the "largest financial interest" in the relief sought by the Class in this action. Boston also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Boston will fairly and adequately represent the Class. Further, Boston is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Christopher J. Keller, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Boston respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Boston as Lead Plaintiff; (iii) approving Boston's selection of Labaton Sucharow and Bernstein Litowitz as Co-Lead

Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  March 29, 2019

Respectfully submitted,

*/s/Christopher J. Keller*

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
Hui M. Chang
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
hchang@labaton.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Hannah Ross
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com

*Counsel for Lead Plaintiff Movant*
*Boston Retirement System, and*
*Proposed Co-Lead Counsel for the Class*

2