**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00526-MKB-CLP |
| Plaintiff, | CLASS ACTION |
| v. | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00793-RJD-SJB |
| Plaintiff, | |
| v. | |
| VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES, | |
| Defendants. | |

**[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

1

Having considered the motion of Boston Retirement System ("Boston"), for consolidation, appointment as Lead Plaintiff and approval of its selection of Co-Lead Counsel (the "Motion"),

**I.    IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted.

2.    The above-captioned actions are consolidated for all purposes (the "Action"). This Order (the "Order") shall apply to the Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

**II.    MASTER DOCKET AND MASTER FILE**

3.    A Master Docket and Master File shall be established for the Action.  The Master File shall be captioned *In re Vale S.A. II Securities Litigation*, No. 1:19-cv-00526-MKB-CLP. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the Clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

**III.    NEWLY FILED OR TRANSFERRED ACTIONS**

4.    Each new case that arises out of the subject matter of this Action and is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files

2

an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## IV.    APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL

5.    Boston is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

6.    Boston's selection of Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Co-Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.  Co-Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort.  Additionally, Co-Lead Counsel shall have the following responsibilities:

A.    to brief and argue motions;

B.    to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

C.    to direct and coordinate the examination of witnesses in depositions;

D.    to act as spokesperson at pretrial conferences;

E.    to initiate and conduct any settlement negotiations with Defendants' counsel;

F.    to consult with and employ experts;

3

G.    to receive and review periodic time reports of all attorneys on behalf of

Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs,

and to determine and distribute Plaintiffs' attorneys' fees; and

H.    to perform such other duties as may be expressly authorized by further

order of this Court.

**IT IS SO ORDERED.**


DATED: _____                              _____

                                                 HON. MARGO K. BRODIE
                                                 UNITED STATES DISTRICT JUDGE
                                                 EASTERN DISTRICT OF NEW YORK