**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00526-MKB-CLP |
| Plaintiff, | CLASS ACTION |
| v. | |
| VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-00793-RJD-SJB |
| Plaintiff, | |
| v. | |
| VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES, | |
| Defendants. | |

**DECLARATION OF CHRISTOPHER J. KELLER IN SUPPORT OF THE MOTION OF BOSTON RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL**

1

I, Christopher J. Keller, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Co-Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Boston Retirement System ("Boston") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Boston as Lead Plaintiff; (iii) approving Boston's selection of Labaton Sucharow and  Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Timothy J. Smyth, as Executive Officer, on behalf of Boston, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   A chart reflecting Boston's transactions during the period of April 11, 2017 through January 28, 2019, inclusive in Vale S.A. securities and approximate losses;

EXHIBIT C:   Notice of pendency of *Rauch v. Vale S.A.*, No. 1:19-cv-00526-MKB-CLP (E.D.N.Y.), published on January 28, 2019;

EXHIBIT D:   Firm Resume of Labaton Sucharow; and

EXHIBIT E:   Firm Resume of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of March, 2019

*/s/ Christopher J. Keller*
Christopher J. Keller

2