# Exhibit A

## CERTIFICATION

I, Timothy J. Smyth, as Executive Officer of Boston Retirement System ("Boston"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Boston. I have reviewed a complaint filed against Vale S.A. ("Vale") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Boston did not purchase securities of Vale at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Boston is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      Boston's transactions in Vale securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Boston sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*In re LendingClub Securities Litigation*, No. 3:16-cv-2627 (N.D. Cal.)
*Boston Retirement System v. Volkswagen AG*, No. 3:16-cv-3435 (N.D. Cal.)
*Schwartz v. Opus Bank*, No. 2:16-cv-7991 (C.D. Cal.)
*In re Novo Nordisk Securities Litigation*, No. 3:17-cv-0209 (D.N.J.)
*St. Clair County Employees Retirement System v. Acadia Healthcare Co.*, No. 3:18-cv- 0988 (M.D. Tenn.)
*Tung v. Dycom Industries, Inc.*, No. 9:18-cv-81448 (S.D. Fla.)
*Klein v. Allergan plc*, No. 1:18-cv-12219 (S.D.N.Y.)
*Plumbers & Steamfitters Local 773 Pension Fund v. Danske Bank A/S*, No. 1:19-cv-0235 (S.D.N.Y.)

6.      Boston sought to serve as a representative party but not as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Boston Retirement System v. Alexion Pharmaceuticals, Inc.*, No. 3:16-cv-2127 (D. Conn.)

7.     Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 28th day of March, 2019.

Timothy J. Smyth, Esq.
*Executive Officer*
*Boston Retirement System*

2

## EXHIBIT A

## TRANSACTIONS IN VALE S.A.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 07/03/18 | 148,701.00 | $12.57 | ($1,868,621.38) |
| Purchase | 07/17/18 | 53,600.00 | $13.09 | ($701,870.56) |
| Purchase | 10/03/18 | 26,677.00 | $15.44 | ($411,812.85) |
| Purchase | 10/19/18 | 33,839.00 | $15.37 | ($520,027.60) |
| Purchase | 12/12/18 | 31,413.00 | $13.20 | ($414,494.54) |