# Exhibit B

**LOSS ANALYSIS**
**Class Period: 4/11/2017 to 1/28/2019**

**Vale S.A.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| VALE | 91912E105 | 2857334 | US91912E1055 | $12.4727 [1] |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 04/11/17 | 0 | | |
| Purchase | 07/03/18 | 148,701 | $12.5663 | ($1,868,621.38) |
| Purchase | 07/17/18 | 53,600 | $13.0946 | ($701,870.56) |
| Purchase | 10/03/18 | 26,677 | $15.4370 | ($411,812.85) |
| Purchase | 10/19/18 | 33,839 | $15.3677 | ($520,027.60) |
| Purchase | 12/12/18 | 31,413 | $13.1950 | ($414,494.54) |
| *Class Period purchases:* | | *294,230* | | *($3,916,826.92)* |
| None | | | | |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| Post-Class Sale | 03/22/19 | -60,661 | $13.2105 | $801,362.14 [2] |
| *Post-Class Period sales (matched to Class Period purchases):* | | *-60,661* | | *$801,362.14* |
| | Shares Held | 233,569 | $12.4727 | $2,913,242.44 |

**LIFO Gain/(Loss):** ($202,222.34)

**Total Shares Bought:** 294,230

**Total Net Expenditures:** ($3,916,826.92)

[1] *Value of shares held is the mean trading price from 1/28/2019 to 3/29/2019.*
[2] *Pursuant to the PSLRA, the value of sales occurring during the 90-day lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*