**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                                           Plaintiff,<br><br>                    v.<br><br>VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES,<br><br>                                           Defendants. | No.: 1:19-cv-00526-MKB-CLP<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROMICA MIHAESCU FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| RICHARD EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                           Plaintiff,<br><br>                    v.<br><br>VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRE,<br><br>                                           Defendants. | No.: 1:19-cv-00793-RJD-SJB |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Romica Mihaescu ("Mihaescu"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Mihaescu's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Mihaescu's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release announcing the pendency of the first of the Related Actions to be filed;

Exhibit B:     Shareholder Certification of Mihaescu;

Exhibit C:     Loss Chart of Mihaescu; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing facts are true and correct.

Executed on March 29, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
