# EXHIBIT C

**Vale S.A. (VALE)**
**Class Period: April 11, 2017 to Jan 28, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mihaescu, Romica | | | | | PreClass | 19,031 | | | | | |
| Mihaescu, Romica | 2/20/2018 | 5,000 | $14.0500 | ($70,250) | 2/9/2018 | (5,000) | $12.4205 | $62,103 | | | |
| Mihaescu, Romica | 3/26/2018 | 336 | $12.6186 | ($4,237) | 8/3/2018 | (955) | $14.2050 | $13,566 | | | |
| Mihaescu, Romica | 8/2/2018 | 1,000 | $13.6100 | ($13,610) | 9/21/2018 | (5,000) | $14.9500 | $74,750 | | | |
| Mihaescu, Romica | 10/1/2018 | 416 | $14.9639 | ($6,219) | 10/2/2018 | (5,000) | $15.4700 | $77,350 | | | |
| Mihaescu, Romica | 10/4/2018 | 10,000 | $14.8900 | ($148,900) | 11/13/2018 | (5,000) | $14.3400 | $71,700 | | | |
| Mihaescu, Romica | 11/20/2018 | 5,000 | $14.2350 | ($71,175) | 1/30/2019 | (27) | $11.7140 | $319 | | | |
| Mihaescu, Romica | | | | | 1/30/2019 | (4,800) | $12.0350 | $57,768 | | | |
| Mihaescu, Romica | | | | | 1/30/2019 | (5,000) | $12.0350 | $60,175 | | | |
| Mihaescu, Romica | | | | | 1/30/2019 | (5,000) | $12.0350 | $60,175 | | | |
| Mihaescu, Romica | | | | | 1/30/2019 | (5,000) | $12.0350 | $60,175 | | | |
| **Mihaescu, Romica** | | **21,751** | | **($314,391)** | | **(40,782)** | | **$538,080** | **19,827** | **($48,189)** | **($21,718)** |

*Average Closing Prices Jan 28 to Mar 28