**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN RAUCH, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>VALE S.A., FABIO SCHVARTSMAN, and LUCIANO SIANI PIRES,<br><br>              Defendants. | Civ. A. No. 1:19-cv-00526-RJD-SJB |
| RICHARD EPSTEIN, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>VALE S.A., FABIO SCHVARTSMAN and LUCIANO SIANI PIRES,<br><br>              Defendants. | Civ. A. No. 1:19-cv-00793-RJD-SJB |

**DECLARATION OF FREDERIC S. FOX IN FURTHER SUPPORT OF THE MOTION OF THE COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I respectfully submit this Declaration in further support of the motion of the Colleges of Applied Arts and Technology Pension Plan ("CAAT Pension Plan") for: (1) appointment as lead plaintiff; and (2) approval of CAAT Pension Plan's selection of lead counsel.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Analysis of Mostaco's transactions in Vale S.A. shares under the LIFO methodology prepared by CAAT Pension Plan's financial consultant; and

Exhibit B:      April 4, 2019 letter from Frederic S. Fox to The Rosen Law Firm.


*/s/            Frederic S. Fox*
Frederic S. Fox

## CERTIFICATE OF SERVICE

I, Frederic S. Fox, hereby certify that, on April 12, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Frederic S. Fox
Frederic S. Fox