# EXHIBIT A

**Vale SA ADR**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**

| | |
|---|---|
| Class Period Begins: | 6/7/2016 |
| Class Period Ends: | 2/6/2019 |
| Holding Value: | $  12.66973 |

| Account | Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | PSLRA Total Proceeds | Shares Retained | Gain (Loss) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Pre-Class Period Holdings** | | | 1,877,000 | | | | | | | | | |
| | Holdings | | | 319,000 | | Sale | 04/07/2017 | $ 9.340 | 319,000 | $ 2,979,460.00 | 0 | $    - | |
| | Holdings | | | 420,000 | | Sale | 04/07/2017 | $ 9.230 | 420,000 | $ 3,876,600.00 | 0 | $    - | |
| | Holdings | | | 329,000 | | Sale | 04/10/2017 | $ 9.140 | 329,000 | $ 3,007,060.00 | 0 | $    - | |
| | Holdings | | | 809,000 | | Sale | 09/21/2017 | $ 10.260 | 809,000 | $ 8,300,340.00 | 0 | $    - | |
| | **Total Pre-Class Period Holdings** | | | **1,877,000** | | | | | **1,877,000** | **$ 18,163,460.00** | **0** | **$    -** | |
| | **Class Period Purchases** | | | | | | | | | | | | |
| | Purchase | 04/21/2017 | $ 8.930 | 341,000 | $ 3,045,130.00 | Sale | 09/21/2017 | $ 10.250 | 341,000 | $ 3,495,250.00 | 0 | $ 450,120.00 | $    - |
| | Purchase | 04/21/2017 | $ 8.420 | 29,000 | $ 244,180.00 | Sale | 09/21/2017 | $ 10.250 | 29,000 | $ 297,250.00 | 0 | $ 53,070.00 | $    - |
| | Purchase | 04/21/2017 | $ 8.420 | 331,000 | $ 2,787,020.00 | Sale | 09/21/2017 | $ 10.260 | 331,000 | $ 3,396,060.00 | 0 | $ 609,040.00 | $    - |
| | Purchase | 10/13/2017 | $ 10.310 | 420,000 | $ 4,330,200.00 | Sale | 05/24/2018 | $ 14.330 | 420,000 | $ 6,018,600.00 | 0 | $ 1,688,400.00 | $    - |
| | Purchase | 10/13/2017 | $ 10.310 | 437,749 | $ 4,513,192.19 | Sale | 07/09/2018 | $ 13.020 | 437,749 | $ 5,699,491.98 | 0 | $ 1,186,299.79 | $    - |
| | Purchase | 10/08/2018 | $ 15.210 | 825,000 | $ 12,548,250.00 | Sale | 02/07/2019 | $ 11.170 | 825,000 | $ 9,215,250.00 | 0 | $ (3,333,000.00) | $    - |
| | Purchase | 10/08/2018 | $ 15.210 | 164,000 | $ 2,494,440.00 | | | | | | 164,000 | $ (416,604.32) | $    - |
| | **Total Class Period Purchases** | | | **2,547,749** | **$ 29,962,412.19** | | | | **2,383,749** | **$ 28,121,901.98** | **164,000** | | **$ 237,325.47** |
| | **Total** | | | | | | | | 4,260,749 | $ 46,285,361.98 | 164,000 | | |