# EXHIBIT B



Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, New York 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
Email: ffox@kaplanfox.com

April 4, 2019

Laurence M. Rosen
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

> Re:    ***Rauch v. Vale S.A., et al.,* Case No. 19-cv-526-RJD (E.D.N.Y.)**
> ***Epstein v. Vale S.A., et al.,* Case No. 19-cv-793-RJD (E.D.N.Y.)**
> <u>***Mihasecu v. Vale S.A., et al.* Case No. 19-cv-1610-VM (S.D.N.Y.)**</u>

Dear Counsel:

We are counsel for the Colleges of Applied Arts and Technology Pension Plan, proposed lead plaintiff in the above-referenced actions, and write to request additional information regarding the lead plaintiff motion filed by your client Mostaco Corp.

In order to assist our evaluation of both Mostaco's and Mr. Leon Siman's fitness to serve as lead plaintiff, we respectfully request that you provide the following information:

(1) Documents reflecting the principle place of business of Mostaco Corp. and identifying Mostaco Corp.'s jurisdiction of incorporation.

(2) Documents confirming the full legal name of Mostaco Corp. If Mostaco Corp. is, in fact, a limited liability company, limited partnership or some other corporate form, please explain.

(3) Documents reflecting any business or services provided by Mostaco Corp., including the address of any websites through which Mostaco Corp. conducts business or provides services.

(4) Documents reflecting the current membership of the board of directors of Mostaco Corp.

(5) Documents identifying the senior management of Mostaco Corp.

(6) Documents identifying the shareholders of Mostaco Corp.

*New York* ▪ *Los Angeles* ▪ *San Francisco* ▪ *Morristown, New Jersey* ▪ *Chicago*



(7) Based on the certification filed in conjunction with the lead plaintiff motion, we understand that Mr. Siman purportedly signed a certification on behalf of Mostaco Corp. as a director. Please provide documents establishing Mr. Siman's "authority to execute" and "bind Mostaco Corp."

(8) For Mr. Siman, state whether he serves as a member of the board of directors of any other companies, and if so, identify those companies.

(9) The longest potential class period for the related actions is June 7, 2016 through February 6, 2019. Mostaco Corp.'s certification and loss chart sets forth Mostaco's purported purchases and sales of Vale securities for a shorter period— June 27, 2016 to February 6, 2019. Confirm that all of Mostaco's transactions for the longest potential class period have been disclosed. If any have not, produce records for those transactions.

Please provide the documents and information requested on or before close of business on Monday, April 8, 2019. If you would like to meet and confer concerning our information requests, we are available to arrange for a conference call at a mutually convenient time.

Sincerely,

/s/      *Frederic S. Fox*

Frederic S. Fox

*New York* ■ *Los Angeles* ■ *San Francisco* ■ *Morristown, New Jersey* ■ *Chicago*