# EXHIBIT 1

## DECLARATION OF LEON SIMAN

I, Leon Siman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in further support of Mostaco Corp.'s motion to be appointed Lead Plaintiff on behalf of purchasers or acquirers of Vale S.A. ("Vale") securities between June 7, 2016 through February 6, 2019, inclusive (the "Class Period"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), filed on March 29, 2019. I have personal knowledge about the information in this Declaration.

2.      Mostaco Corp. is a British Virgin Islands corporation with registered office address located at MOE'S Building, 2nd Floor, Purcell Estate, P.O. Box 4406, Tortola VG1 110, British Virgin Islands. Mostaco was incorporated in November 4 2015.  Mostaco Corp. is primarily engaged in business consulting.

3.      Prior to making its Motion, Mostaco Corp. understood the obligations of serving as Lead Plaintiff under the PSLRA.  Mostaco Corp. is committed to vigorously prosecute this action to maximize the recovery for all Vale investors if it is appointed Lead Plaintiff. .

4.      Mostaco Corp.'s Board approved the filing of Mostaco Corp.'s motion to: (1) consolidate the related actions; (2) be appointed Lead Plaintiff and; (3) appoint The Rosen Law Firm, P.A. as Lead Counsel (the "Motion").

5.      I was authorized by Mostaco Corp.'s Board to sign the PSLRA certification on behalf of Mostaco Corp. for its Motion.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on  _18.04. 19_                    _____
                                                              Leon Siman

1