**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Vale S.A. Securities Litigation | No. 1:19-cv-0526-RJD-SJB |
| | <u>CLASS ACTION</u> |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District and Eastern District of New York, lead plaintiff movant, Boston Retirement System ("Boston" or "Movant") respectfully requests that this Court grant Christopher J. Keller of the law firm of Labaton Sucharow LLP leave to withdraw his appearance as attorney of record in this consolidated action.  On May 13, 2019, the Court appointed the Colleges of Applied Arts and Technology Pension Plan as Lead Plaintiff, and approved Lead Plaintiff's selection of Kaplan Fox & Kilsheimer LLP as Class Counsel.  *See* Dkt. No. 35.  As a result of the Court's appointment of lead plaintiff and approval of lead plaintiff's selection of lead counsel, Boston and its counsel have no representative role in the consolidated action and the putative class will be represented by Lead Plaintiff and its counsel.

WHEREFORE, Boston respectfully requests that the Court grant Christopher J. Keller leave to withdraw as attorney of record in this Action.

DATED:  August 27, 2019                                          Respectfully submitted,

*/s/ Christopher J. Keller*

Christopher J. Keller
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com

*Counsel for Lead Plaintiff Movant*
*Boston Retirement System*