**APPENDIX A**

**Definitions**

**American Depositary Shares ("ADS")**: An American Depositary Share is a U.S. dollar-denominated equity share of a foreign-based company available for purchase on an American stock exchange. American Depositary Shares are issued by depository banks in the U.S. under agreement with the issuing foreign company.

**Associated Potential Damage ("DPA")**: DPA refers to the associated potential damage of a dam failure, including loss of life, property damage, and environmental damage. There are different regulatory requirements for dams depending on whether they are classified as high, medium, or low DPA.

**Barragem 1 ("B1")**: Portuguese for "Dam 1".

**Departmento Nacional de Produção Mineral ("DNPM")**: The Brazilian agency in charge of managing mining resources.

**Factor of Safety**: A number representing the ratio of resistance to load. Among other uses, it is the main technical parameter used to determine whether a Stability Condition Statement for a dam can be issued by an auditor. The recommended international standard of safety for tailings dams in an undrained state, such as Dam 1, was 1.3 or higher. Additionally, to be reliable, the factor of safety should be based on field testing, rather than just laboratory testing.

**Geotechnical Risk Management ("GRG")**: A unified database Vale set up to manage its portfolio of iron ore dams. According to Vale, the system allows for the registration of any structure, documentation, projects, studies, inspection files, internal and external audit reports, and technical information, aiming to ensure that the Dam Safety Plan is up to date and to improve reliability, speed, and visibility in access to information related to the structures and the management of iron ore dams.

**Independent Panel of Experts for Safety and Risk Management of Geotechnical Structures ("PIESEM")**: An expert panel periodically convened to consult with Vale regarding dam safety and risk management. It convened at least annually and was attended by numerous Vale executives and employees and produced reports that were circulated to Vale executives and employees beyond those who attended.

**Interferometric Radar**: A radar used in geodesy and remote sensing. The geodetic method uses two or more synthetic aperture radar images to generate maps of surface deformation or digital elevation, using differences in the phase of the waves returning to the satellite or aircraft. The technique can potentially measure millimeter-scale changes in deformation over spans of days to years. It has applications for geophysical monitoring of natural hazards, for example earthquakes, volcanoes, and landslides, and in structural engineering, in particular monitoring of subsidence and structural stability.

**Liquefaction:** Liquefaction is a phenomenon in which solids act like liquids. It was the cause of the Mariana dam collapse, and is believed to be the cause of the Dam 1 collapse.

1

**Mining Dams Emergency Action Plan ("PAEBM")**: The emergency action plan for Dam 1, which calls for evacuation of the surrounding area under appropriate circumstances.

**National Dam Safety Policy ("PNSB")**: A policy under the Dam Safety Law that enforces safety standards and seeks to reduce the number of accidents relating to dam failures.

**Phreatic surface**: Phreatic surface is synonymous with water table. Specifically, it is the level at which the pore water pressure is equal to the atmospheric pressure. It can be approximated by the level below which all of the pores are filled with water, and above which the pores are partially filled with water and partially with air.

**Piezometer**: A water pressure gauge.

**Risk Analysis**: A risk analysis in the context of dams is a comprehensive evaluation which considers all possible modes of failure, including the most common ones: overtopping (water flowing over the crest and down the outer embankment of the dam), earthquakes, foundation failure, internal erosion, and static liquefaction.

**Risk Category (in Brazil)**: A spectrum of risk under Brazilian dam regulations that is determined based on a numerical ranking of: (1) the technical characteristics of a dam (such as the height and volume of stored tailings); (2) the status of the emergency plan, and (3) the condition of the dam as determined by a visual inspection. The Risk Category does not consider a dam's factor of safety or a dam's associated potential damage.

**Sinter Feed**: A common type of small particle iron ore, obtained at later stages of iron ore screening.

**Stability Analysis**: A Stability Analysis measures the tendency of a dam to fail by sliding.

**Stability Condition Statement ("DCE")**: A sworn statement attesting to the structural integrity of a dam, which is signed by the dam owner and dam inspector, and is required to be submitted to certain Brazilian regulatory agencies in conjunction with periodic dam safety inspections.