**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                          :

In re Vale S.A. Securities Litigation         :
                          :    No. 19 Civ. 526 (RJD) (SJB)
                          :
                          :    <u>ORAL ARGUMENT REQUESTED</u>
                          :
                          :
-----------------------------------------------------------x

## <u>NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT</u>

PLEASE TAKE NOTICE that upon this notice, the accompanying Memorandum of Law, the Declaration of Christopher M. Joralemon dated December 13, 2019 and the exhibits attached thereto, and all other papers submitted herein, Defendant Vale S.A., by and through its undersigned counsel, will move this Court, at a date and time to be determined, before the Honorable Raymond J. Dearie, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order dismissing Plaintiff's Consolidated Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
        December 13, 2019

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Christopher M. Joralemon
    Mark A. Kirsch
    Randy M. Mastro
    Christopher M. Joralemon
    Mary Beth Maloney
    David M. Kusnetz

    200 Park Avenue
    New York, NY  10166-0193
    Telephone: 212.351.4000
    Facsimile: 212.351.4035
    cjoralemon@gibsondunn.com

    *Attorneys for Vale S.A.*

2