# Appendix A

## APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | | |
| 125 | July 28, 2016 Conference Call with Analysts | | X | | | | X | | | X | X |
| 127 | October 27, 2016 Conference Call with Analysts | X | | | X | | X | X | | X | X |
| 129 | November 29, 2016, NYC Vale Day | X | | | | | X | X | | X | X |
| 131 | February 23, 2017, Form 6-K | | | | X | | X | | | X | X |
| 132 | February 23, 2017, Form 6-K | X | | | X | | X | | | X | X |

**APPENDIX A: ALLEGED MISSTATEMENTS**

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 133 | February 23, 2017, Form 6-K | | | | X | | X | | X | X |
| 135 | 2016 Annual Report, April 11, 2017 | | X | | | | X | | X | X |
| 137 | 2016 Annual Report, April 11, 2017 | X | | | X | | X | | X | X |
| 138 | 2016 Annual Report, April 11, 2017 | X | | | X | | X | X | X | X |
| 139 | 2016 Annual Report, April 11, 2017 | | | | | | X | X | X | X |
| 140 | 2016 Annual Report, April 11, 2017 | | | | | | X | X | X | X |

**APPENDIX A: ALLEGED MISSTATEMENTS**

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 142 | 2016 Annual Report, April 11, 2017 | | | | X | | X | | X | X |
| 143 | 2016 Annual Report, April 11, 2017 | X | | | X | | X | | X | X |
| 147 | 2016 Sustainability Report | X | | X | X | | X | X | X | X |
| 148 | 2016 Sustainability Report | X | | | X | | X | X | X | X |
| 150 | 2016 Sustainability Report | X | X | | X | | X | X | X | X |
| 151 | 2016 Sustainability Report | X | | | | | X | | X | X |

### APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 153 | May 16, 2017, Form 6-K | X | | X | | | X | X | X | X |
| 155 | May 22, 2017, Statements Quoted in Época Negócios | X | | X | | | X | | X | X |
| 157 | May 30, 2017 Form 6-K | | X | | | | X | | X | X |
| 158 | May 30, 2017 Form 6-K | X | | | | | X | X | X | X |
| 160 | December 6, 2017 NYC Vale Day | X | | | | | X | X | X | X |

### APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | | | | | |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) | |
| 161 | December 6, 2017 NYC Vale Day | X | | | X | | X | X | X | X | |
| 163 | December 8, 2017 London Vale Day | X | | | X | | X | X | X | X | |
| 164 | December 8, 2017 London Vale Day | X | | | | | X | X | X | X | |
| 167 | February 27, 2018 Form 6-K | X | | | X | | X | | X | X | |
| 168 | February 27, 2018 Form 6-K | X | | | X | | X | | X | X | |
| 170 | March 20, 2018 Form 6-K | X | | | X | X | X | | X | X | |

## APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 171 | March 20, 2018 Form 6-K | X | X | | X | X | X | | X | X |
| 172 | March 20, 2018 Form 6-K | X | | | X | X | X | | X | X |
| 174 | April 10, 2018 Valor Econômico Article | | X | | | | X | | X | X |
| 177 | 2017 Annual Report filed April 13, 2018 | | | | | X | X | | X | X |
| 178 | 2017 Annual Report filed April 13, 2018 | X | X | | X | X | X | | X | X |

## APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | | | | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | | |
| 179 | 2017 Annual Report filed April 13, 2018 | | | | | | | X | X | X | X |
| 180 | 2017 Annual Report filed April 13, 2018 | | | | | | | X | X | X | X |
| 181 | 2017 Annual Report filed April 13, 2018 | X | | | X | | | X | | X | X |
| 182 | 2017 Annual Report filed April 13, 2018 | X | | | X | | | X | X | X | X |
| 184 | 2017 Annual Report filed April 13, 2018 | X | | | X | | | X | X | X | X |

## APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 185 | 2017 Annual Report filed April 13, 2018 | | | | X | | X | | X | X |
| 188 | 2017 Sustainability Report | X | X | | X | X | X | | X | X |
| 189 | 2017 Sustainability Report | | | | | | X | | X | X |
| 190 | 2017 Sustainability Report | | | | X | | X | | X | X |
| 191 | 2017 Sustainability Report | | | | | | X | | X | X |
| 192 | 2017 Sustainability Report | | | | | | X | | X | X |

## APPENDIX A: ALLEGED MISSTATEMENTS

| Ex. 1 ¶ | Source | Failure to Adequately Plead Misstatements or Omissions | | | | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inactionable Puffery (*see also* App. B) | | | | | Statements Are Not Adequately Pled To Be False (Mot. at § I.B) | Safe-Harbor (Forward-Looking Statement) (Mot. at § II) | No Scienter At Time Statements Were Made (Mot. at § III) | No Scienter b/c of Third-Party Certifications (Mot. at § III) |
| | | Aspirational (Mot. at § I.A) | Soft Adjectives and Vague Word Choice (Mot. at § I.A) | Culture and Values (Mot. at § I.A) | Simple and Generic Policies and Procedures (Mot. at § I.A) | Obligations and Compliance (Mot. at § I.A) | | | | |
| 193 | 2017 Sustainability Report | X | | | X | | X | X | X | X |
| 195 | 2017 Sustainability Report | | X | | | | X | | X | X |
| 197 | Vale's December 11, 2018 Environmental, Social, and Governance Webinar | | X | | | | X | | X | X |
| 199 | Vale's January 28, 2019 form 6-K and press release | | X | | | | X | | X | X |