# Appendix B

**APPENDIX B: INACTIONABLE PUFFERY**

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| | **Aspirational Language** |
| | **Legal Standard** |
| | "[T]outing good risk controls is the equivalent of positive, aspirational puffery found inactionable by courts." *C.D.T.S. v. UBS AG*, 2013 WL 6576031, at *5 (S.D.N.Y. Dec. 13, 2013), *aff'd sub nom.*, 604 F. App'x 5 (2d Cir. 2015). As the Second Circuit has explained, "[u]p to a point, companies must be permitted to operate with a hopeful outlook." *Rombach v. Chang*, 355 F.3d 164, 174 (2d Cir. 2004); *see also City of Pontiac Policemen's & Firemen's Ret. Sys. v. UBS AG*, 752 F.3d 173, 183 (2d Cir. 2014) (finding statements inactionable when they are "explicitly aspirational, with qualifiers such as '**aims to**,' '**wants to**,' and '**should**'")[1]; *XYZ Two Way Radio Serv., Inc. v. Uber Techs., Inc.*, 214 F. Supp. 3d 179, 184 (E.D.N.Y. 2016) (same for "**committed to**," "**aim[s] to**," and "**believe[s] deeply**"). *See* Mot. at § I.A. |
| 127 | "[W]e are driven by our **commitment to safety** to people and to preserve the environment . . . . We are constantly **looking to adapt and evolve** by building [on] what we have seen, experence[d] and learne[ed] . . . . [S]ince [the Samarco incident], we stood by our commitment to do what is right." |
| 129 | "[Z]ero harm **targeted** throughout all operations . . . . [S]ignificant **progress** achieved." |
| 132 | "[The corporate risk management policy] determines that corporate risks **should be** measured and monitored, regularly, in an integrated manner, in order to ensure that the company overall risk level remains aligned with its strategic guidelines." |
| 137 | "In order **to achieve this objective** and to further **improve** our corporate governance . . . . The risk management policy requires that we regularly evaluate and monitor the corporate risks on a consolidated basis in order to guarantee that our overall risk level remains in accordance with our strategic guidelines." |
| 138 182 | "We mitigate operational risk with new controls and **improvement** of existing ones, new mitigation plans and transfer of risk through insurance. We **seek** a clear view of the major risks we are exposed to, the cost-benefit on mitigation plans and the controls in place to closely monitor the impact of operational risks and to efficiently allocate capital to reduce it." |

---

[1] Emphasis added throughout.

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 143 | "[Vale's Governance and Sustainability Committee was] . . . evaluating Vale's performance with respect to sustainability and recommending **improvements** based on our long-term strategic vision." |
| 147 | "'Life matters most' permeates Vale's activities, which **strives to achieve** Zero Damage by investing in prevention, process standardization, risk management." |
| 148 | "**We want to** generate long-term value for the communities where we operate . . . . This means building an economic, social, and environmental legacy in the regions where we are present, mitigating the impacts of our operations." |
| 150 | "At Vale, dedicated and qualified teams are assigned the responsibility of dam safety management.  Vale **aims to** operate its dams using advanced engineering techniques, following strict controls, monitoring their performances in a systemic way, and evaluating safety conditions through annual external audits." |
| 151 | "Vale has been conducting . . . a process **aiming to** implement a mass communication systems . . . . [The Geotechnical Risk Management system] . . . **aim[s] to ensure** that the Dam Safety Plan is up to date . . . . Thus, the GRG **aims to continually improve** reliability, speed, and visibility in access to information related to the structures and the management of iron ore dams." |
| 153 | "[L]ife matters most . . . [p]rize our planet . . . [d]o what is right . . . [v]alue our people . . . . [B]ased on these values, Vale achieved higher levels of sustainable development. Zero Harm **targeted** throughout all operations." |
| 155 | "[W]e **should** adopt together the slogan: Mariana never again. May this be the last time this company be involved directly or indirectly in a social and environmental disaster of Mariana's proportion." |
| 158 | "The main policies related to the environment and social performance are Vale's Global Sustainability Policy, revised in 2016, to include **improvements** in health, safety, environment . . . . With regard to risk management, tailings dams are highly relevant, being subjected to periodic safety audits and also to operating and monitoring procedures to assess geotechnical stability." |
| 160 | "Finally sustainability . . . **We want to** become known as a benchmark in this sector. For doing that, we have to . . . . But the issue now is to go further than that, in order to really take care of the environment and the social conditions surrounding us." |

**APPENDIX B: INACTIONABLE PUFFERY**

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 161 | "[S]afety is our top priority . . . . [W]e are totally committed to **this plan of becoming a leader** in sustainability . . . So we are just making sure that we have the proper and correct **goals,** indicators, organizational model and structure to deliver these results in this **bold commitment**." |
| 163 | "We **think** that we have to treat [sustainability] in a different manner than we've been treating [it] in the past." |
| 164 | "I would like to announce that it is our **commitment to become a leader** in sustainability and are **going to pursue** that every day, and we are starting to pave this way as you heard before." |
| 167 | "Vale has developed its risk management strategy in order to provide an integrated approach of the risks the company is exposed to . . . . This policy determines that corporate risks **should be** measured and monitored, regularly." |
| 168 | "Therefore, the company **seeks** to have a clear view of its major risks, the best cost-benefit mitigation plans and the effectiveness of the controls in place, monitoring the potential impact of operational risk and allocating capital efficiently." |
| 170 172 | "**The mission** of Vale's Compliance and Risk committee is to advise Vale's Board of Directors, including by **proposing improvements** related to its area of work, in order to increase the efficiency and quality of the decisions of this collective body and ensure that the Company's operations are conducted in conformity with the law, ethics, and internal controls." |
| 171 | "The Compliance and Risk Committee shall be responsible for: (i) monitoring that the Company has structure, processes, practices, mechanisms, and systems, among others, that ensure compliance with all legal and regulatory requirements and demands applicable to the Company; (ii) ensuring **the Company's adoption of improvement** of good practices of compliance and integrity, including evaluating events of potential conflicts of interest; . . .(vii) evaluating the procedures adopted by the company concerning the effectiveness of processes and controls to identify, assess, monitor and manage risk; (viii) monitoring Vale's integrated risk map, as well as proposing improvements on mitigation plans." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 178 | "The Compliance and Risk Committee, which is responsible for (i) monitoring that Vale has the structure, processes, practices, mechanisms and systems, among others, in place to ensure compliance with all applicable legal and regulatory requirements; (ii) ensuring **Vale's adoption and improvement** of compliance best practices and integrity, including evaluating potential conflicts of interest . . . (vii) evaluating procedures adopted concerning the effectiveness of processes and controls to identify, assess, monitor and manage risk; (viii) monitoring Vale's integrated risk map, as well as **proposing improvements** in risk mitigation plans." |
| 181 | "In order **to achieve this objective and to further improve our corporate governance practices**, our Board of Directors has established a company-wide risk management policy and a compliance and Risk Committee.  The risk management policy requires that we regularly evaluate and monitor the corporate risks on a consolidated basis in order to guarantee that our overall risk levels remain in accordance with our strategic guidelines." |
| 184 | "We are **committed to becoming a sustainability benchmark** through a comprehensive approach based on systematic planning and execution . . . . We are c**ommitted to improving** the health and safety of our workers." |
| 188 | "Vale is **dedicated to advancing** the dam safety movement . . . . [S]pecialized teams are **dedicated** to controlling Vale's dams, deploying qualified professionals at the operation sites." |
| 193 | "A**s a goal** for 2018 in the Ferrous area, the company will continue **to improve** its management of structures. Vale's **main objectives** are to decommission some of its dams and obtain Statements of Stability, within the scope of the External Audit and the Periodic Dam Safety review. Moreover, Vale is scheduled to continue its efforts to implement alert systems and risk analyses." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| | **Soft Adjectives and Vague Word Choice** |
| | **Legal Standard** <br><br> "[S]oft adjectives" like "**strong**," "**experienced**," and "**capable**" are nothing more than puffery. *In re Xinhua Fin. Media, Ltd. Sec. Litig.*, No. 07 CIV. 3994 LTS/AJP, 2009 WL 464934, at \*8 (S.D.N.Y. Feb. 25, 2009); *see also ECA, Local 134 IBEW Joint Pension Tr. of Chi. v. JP Morgan Chase Co.*, 553 F.3d 187, 205–06 (2d Cir. 2009) (finding statement concerning "**highly disciplined**" risk management process to be inactionable puffery); *In re Gentiva Sec. Litig.*, 932 F. Supp. 2d 352, 370 (E.D.N.Y. 2013) (same for statements concerning "**robust**" or "**best-of-class**" compliance program). And vague language—such as "**singular**" and "**unique**" opportunities—is simply "too open-ended and subjective to constitute a guarantee." *Gross v. GFI Grp., Inc.*, No. 19-1527, 2019 WL 4389137, at \*2 (2d Cir. Sept. 13, 2019); *see also Reese v. McGraw-Hill Companies, Inc.*, 2012 WL 9119573, at \*1 (S.D.N.Y. Mar. 30, 2012) (finding statements concerning "**best practices**" in risk management to be inactionable puffery), *aff'd sub nom.*, 506 F. App'x 32 (2d Cir. 2012). "Without any elaboration or contextual cabining of these terms, [Defendant's] statement[s] amount[] to no more than [puffery], rather than an assertion of falsifiable facts or a guarantee of certain outcomes." *Gross*, 2019 WL 4389137, at \*2. *See* Mot. at § I.A. |
| 125 | "[W]e **practically** have no upstream dams in our operation **continuously.**" |
| 135 157 | "We have conducted **extraordinary** audits on the stability conditions of our upstream dams, and **no anomalies were identified**." |
| 150 | "At Vale, **dedicated** and **qualified** teams are assigned the responsibility of dam safety management. Vale aims to operate its dams using **advanced** engineering techniques, following **strict** controls, monitoring their performances in a systemic way, and evaluating safety conditions through annual external audits." |
| 171 | "The Compliance and Risk Committee shall be responsible for: (i) monitoring that the Company has structure, processes, practices, mechanisms, and systems, among others, that ensure compliance with all legal and regulatory requirements and demands applicable to the Company; (ii) ensuring the Company's adoption of improvement of **good practices** of compliance and integrity, including evaluating events of potential conflicts of interest." |
| 174 | "Vale's tailing dams are in a state of '**impressive**' quality, the president of the mining Company Fabio Schvartsman assured . . . 'today the dams are **impeccable**.'" |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 178 | "The Compliance and Risk Committee, which is responsible for (i) monitoring that Vale has the structure, processes, practices, mechanisms and systems, among others, in place to ensure compliance with all applicable legal and regulatory requirements; (ii) ensuring Vale's adoption and improve**m**ent of compliance **best practices** and integrity, including evaluating potential conflicts of interest." |
| 188 | "Vale is dedicated to advancing the dam safety movement . . . . [S]**pecialized** teams are dedicated to controlling Vale's dams, deploying **qualified** professionals at the operation sites . . . . In addition to applying **best practices** pertaining to dam safety management, Vale submits its structures to audits conducted by **specialized** external consultants, and **rigorously** complies **strictly** with applicable legislation." |
| 195 | "These actions are preventive, as all the structures in the Ferrous area are **completely normal.**" |
| 197 | "[A]ll of Vale's iron ore dams are safe and operating within **normal limits.**" |
| 199 | "The dam had a Safety Factor in accordance with the **world's best practices** and above the reference of the Brazilian Standard. Both of the abovementioned stability declarations attest to the physical and hydraulic safety of the dam." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| | **Culture and Values** |
| | **Legal Standard** |
| | Statements framed as a "**Golden Rule**"—such as the company is "committed to conducting [its] business with transparency and integrity"—are not actionable as they merely indicate a goal, not an achievement. *See Schiro v. Cemex, S.A.B. de C.V.*, 396 F. Supp. 3d 283, 298 (S.D.N.Y. 2019). *See* Mot. at § I.A. |
| 147 | "'**Life matters most'** permeates Vale's activities, which strives to achieve Zero Damage by investing in prevention, process standardization, risk management." |
| 153 | "[L]ife matters most . . . [p]rize our planet . . . [d]o what is right . . . [v]alue our people . . . . [B]ased on these values, Vale achieved higher levels of sustainable development . . . . Zero Harm targeted throughout all operations." |
| 155 | "[W]e should adopt together the slogan: **Mariana never again**. May this be the last time this company be involved directly or indirectly in a social and environmental disaster of Mariana's proportion." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| | **Simple and Generic Policies and Procedures** |
| | **Legal Standard**<br><br>Vale's "simple and generic" statements concerning its policies and procedures are "inactionable 'puffery.'" *Singh v. Cigna Corp.*, 918 F.3d 57, 63–64 (2d Cir. 2019). Such statements are too general to be relied upon when they fail to "describe specific regions, specific initiatives, or make any assurances of efficacy." *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*, 277 F. Supp. 3d 500, 512–13 (S.D.N.Y. 2017). *See* Mot. at § I.A. |
| 127 | "[W]e are driven by our **commitment to safety** to people and to preserve the environment . . . . We are constantly **looking to adapt and evolve** by building [on] what we have seen, experence[d] and learne[ed] . . . . [S]ince [the Samarco incident], we stood by our commitment **to do what is right**." |
| 131 | "Vale has developed its risk management strategy in order to provide **an integrated approach of the risks the company is exposed to.**" |
| 132 | "[The corporate risk management policy] determines that corporate risks should be measured and monitored, regularly, in an integrated manner, in order to ensure that the **company overall risk level remains aligned with its strategic guidelines**." |
| 133 168 | "**The main operational risks are periodically monitored**, ensuring the effectiveness of preventative and mitigating key controls in place and the execution of the risk treatment strategy (implementation of new or improved controls, changes in the risk environment, risk sharing by contracting insurance, provisioning of resources, etc.).<br><br>Therefore, **the Company seeks to have a clear view of its major risks**, the best cost-benefit mitigation plans and the effectiveness of the controls in place, monitoring the potential impact of operational risk and allocating capital efficiently." |
| 137 | "The risk management policy requires that we regularly evaluate and monitor **the corporate risks** on a consolidated basis in order to guarantee that our overall risk level remains in accordance with our strategic guidelines." |
| 138 182 | "**We mitigate operational risk** with new controls and improvement of existing ones, new mitigation plans and transfer of risk through insurance. We seek a clear view of the major risks **we are exposed to**, the cost-benefit on mitigation plans and the controls in place to closely monitor the impact of **operational risks** and to efficiently allocate capital to reduce it." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 142 | "In 2016, we revised our Global Sustainability Policy to reflect health, safety, environment and community management improvement." |
| 143 | "[Vale's Governance and Sustainability Committee was] . . . **evaluating Vale's performance with respect to sustainability and recommending improvements based on our long-term strategic vision**." |
| 147 | "'Life matters most' permeates Vale's activities, which strives to achieve Zero Damage by **investing in prevention, process standardization, risk management.**" |
| 148 | "We want to generate long-term value for the communities where we operate . . . . This means **building an economic, social, and environmental legacy** in the regions where we are present, **mitigating the impacts of our operations**." |
| 150 | "At Vale, dedicated and qualified teams are assigned the responsibility of dam safety management.  Vale aims to operate its dams **using advanced engineering techniques, following strict controls, monitoring their performances in a systemic way**, and evaluating safety conditions through annual external audits." |
| 161 | "[S]afety is our top priority . . . . [W]e are totally committed to this plan of becoming a leader in sustainability . . . So we are just **making sure that we have the proper and correct goals, indicators, organizational model and structure** to deliver these results in this bold commitment." |
| 163 | "We did a much more systematic planning and execution of all measures regarding sustainability, regarding both the environment and social, and we are starting to do that." |
| 167 | "Vale has developed its risk management strategy in order to provide **an integrated approach of the risks the company is exposed to . . .**<br><br>This policy determines that **corporate risks** should be measured and monitored, regularly." |

**APPENDIX B: INACTIONABLE PUFFERY**

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 170 | "The mission of Vale's Compliance and Risk committee is to advise Vale's Board of Directors, including by proposing improvements related to its area of work, **in order to increase the efficiency and quality of the decisions of this collective body and ensure that the Company's operations are conducted in conformity with the law, ethics, and internal controls**." |
| 171 | "The Compliance and Risk Committee shall be responsible for: (i) **monitoring that the Company has structure, processes, practices, mechanisms, and systems**, among others, that ensure compliance with all legal and regulatory requirements and demands applicable to the Company; (ii) **ensuring the Company's adoption of improvement of good practices of compliance and integrity**, including evaluating events of potential conflicts of interest; . . .(vii) **evaluating the procedures adopted by the company concerning the effectiveness of processes and controls** to identify, assess, monitor and manage risk; (viii) monitoring Vale's integrated risk map, as well as proposing improvements on mitigation plans." |
| 172 | "The mission of Vale's Sustainability Committee is to advise Vale's Board of Directors, including proposing improvements related to its area of work, **in order to increase the efficiency and quality of the decisions of this collective body and ensure that the Company's operations are conducted in conformity with law, ethics, and internal controls.**" |
| 178 | "The Compliance and Risk Committee, which is responsible for (i) **monitoring that Vale has the structure, processes, practices, mechanisms and systems**, among others, in place to ensure compliance with all applicable legal and regulatory requirements; (ii) **ensuring Vale's adoption and improvement of compliance best practices and integrity**, including evaluating potential conflicts of interest . . . (vii) **evaluating procedures adopted concerning the effectiveness of processes and controls** to identify, assess, monitor and manage risk; (viii) monitoring Vale's integrated risk map, as well as proposing improvements in risk mitigation plans." |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| 181 | "In order to achieve this objective and to further improve our **corporate governance practices**, our Board of Directors has established **a company-wide** risk management policy and a compliance and Risk Committee.  The risk management policy requires that we regularly evaluate and monitor the **corporate risks** on a consolidated basis in order to guarantee that our **overall risk levels** remain in accordance with our strategic guidelines." |
| 184 | "We are committed to becoming a sustainability benchmark through **a comprehensive approach based on systematic planning and execution** . . . We are committed to improving the health and safety of our workers." |
| 185 | "The Sustainability Committee, which is responsible for . . . (ii) **evaluating Vale's policies and conduct related to Safety**, the Environment, Health, Social Actions, Communication and Institutional Relations; . . . (iv) **aiding in setting, evaluating and monitoring the company's sustainability indicators** and proposing improvements; (v) evaluating and proposing Vale's adherence to national or international initiatives or agreements related to socio-environmental responsibility matters, and monitoring the preparation and disclosure of the sustainability report; . . . (viii) **monitoring all operational risks and controls from the perspective of the integrated risk map**, including risks to safety, the environment, health and social actions and reputational risks, as well as proposing improvements in risk mitigation plans." |
| 188 | "Vale is dedicated to advancing the dam safety movement . . . . [S]pecialized teams are dedicated to controlling Vale's dams, deploying qualified professionals at the operation sites . . . . In addition to applying best practices pertaining to dam safety management, Vale submits its structures to audits conducted by specialized external consultants, and rigorously complies strictly with applicable legislation." |
| 190 | "Additionally, in a section entitled '**investments**,' the 2017 Sustainability Report indicated that the Iron Ore Department had **spent** approximately US \$182 million on managing its dams, including the 'maintenance, monitoring, **improvement** works, audits, risk analyses, revisions to the Mining Dams Action Plans for Emergencies (MDAPE) and warning systems implementation, among other services.'" |
| 193 | "As a goal for 2018 in the Ferrous area, **the company will continue to improve its management of structures.** Vale's main objectives are to decommission some of its dams and obtain Statements of Stability, within the scope of the External Audit and the Periodic Dam Safety review. Moreover, **Vale is scheduled to continue its efforts to implement alert systems and risk analyses.**" |

## APPENDIX B: INACTIONABLE PUFFERY

| Ex. 1 ¶ | Alleged Misstatement (in relevant part) |
|---|---|
| **Obligations and Compliance** | |
| **Legal Standard**<br><br>Certain "statements fall even further outside the circle of actionable statements than aspirational puffery; they reflect the company's obligations, not its intentions or practice." *DoubleLine Capital LP v. Construtora Norberto Odebrecht, S.A.*, No. 1:17-CV-4576-GHW, 2019 WL 4600934, at *11 (S.D.N.Y. Sept. 23, 2019).  Moreover, "[c]ourts in this Circuit have found statements . . . [p]roclaiming compliance with ethical and legal standards to be non-material."  *See City of Brockton Retirement System v. Avon Products, Inc.*, 2014 WL 4832321, at *15 (citing *ECA*, 553 F.3d at 206).  *See* Mot. at § I.A. | |
| 170 | "The mission of Vale's Compliance and Risk committee is to advise Vale's Board of Directors, including by proposing improvements related to its area of work, *in order to* increase the efficiency and quality of the decisions of this collective body and ensure that the Company's operations are conducted in conformity with the **law**, ethics, and internal controls." |
| 171 | "The Compliance and Risk Committee shall be responsible for: (i) monitoring that the Company has structure, processes, practices, mechanisms, and systems, among others, that ensure compliance with **all legal and regulatory requirements.**" |
| 172 | "The mission of Vale's Sustainability Committee is to advise Vale's Board of Directors, including proposing improvements related to its area of work, in order to increase the efficiency and quality of the decisions of this collective body and ensure that the Company's operations are conducted in conformity with **law**, ethics, and internal controls." |
| 177 | "In May 2017, the DNPM (predecessor to the ANM) created new **obligations** for companies operating mining dams in Brazil, primarily." |
| 178 | "The Compliance and Risk Committee, which is responsible for (i) monitoring that Vale has the structure, processes, practices, mechanisms and systems, among others, in place to ensure compliance with **all applicable legal and regulatory requirements.**" |
| 188 | "Vale is dedicated to advancing the dam safety movement . . . . [S]pecialized teams are dedicated to controlling Vale's dams, deploying qualified professionals at the operation sites . . . . In addition to applying best practices pertaining to dam safety management, Vale submits its structures to audits conducted by specialized external consultants, and rigorously complies strictly with applicable **legislation**." |