# Appendix C

### APPENDIX C: CAUTIONARY LANGUAGE

| Cautionary and/or Incorporation by Reference Language |
|---|
| Ex. 17 (March 31, 2016, 2015 Annual Report (20-F)) |
| "Our projects are subject to risks that may result in increased costs or delay in their implementation . . . **Suppliers and contractors may fail to meet their contractual obligations to us** . . . We may face **unexpected weather conditions or other force majeure events**. . . . There may be accidents or incidents during project implementation." Ex. 17 at 6 (emphasis added). |
| "Operational problems could materially and adversely affect our business and financial performance. . . . **There can be no assurance that** ineffective project management or other **operational problems will not occur.** Any damages to our projects or delays in our operations caused by ineffective project management or operational breakdowns could materially and adversely affect our business and results of operations. **Our business is subject to a number of operational risks** that may adversely affect our results of operations, **such as . . . [a]ccidents or incidents involving** our mines and related infrastructure, such as **dams**." Ex. 17 at 7 (emphasis added). |
| "**Our business could be adversely affected by the failure of our counterparties to perform their obligations.**" Ex. 17 at 7 (emphasis added). |
| "**Our business is subject to environmental, health and safety incidents**. . . . and the mining industry is generally subject to significant risks and hazards. . . .**This could occur by accident or by breach of operating and maintenance standards, and could result in a significant environmental impact, damage to or destruction of mineral properties or production facilities, personal injury or death, environmental damage**, delays in production, monetary losses and possible legal liability. **Notwithstanding our standards, policies and controls, our operations remain subject to incidents or accidents that could adversely affect our business or reputation.**" Ex. 17 at 8 (emphasis added). |
| "In response to the failure of Samarco's tailings dam in Minas Gerais, additional environmental and health and safety laws and regulations may be forthcoming in Brazil and authorities may impose more stringent conditions in connection with the licensing process of our projects and operations. Also, we may encounter delays in the receipt of environmental operating license for other tailings dams." Ex. 17 at 8. |
| Ex. 23 (July 28, 2016 Vale Conference Call (Presentation)) Referenced in Complaint ¶¶ 125-26 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F.**" Ex. 23 at 1 (emphasis added). |

**APPENDIX C: CAUTIONARY LANGUAGE**

| Cautionary and/or Incorporation by Reference Language |
|---|
| Ex. 24 (October 27, 2016 Vale Conference Call (Presentation))<br>Referenced in Complaint ¶¶ 127-28 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F.**" Ex. 24 at 1 (emphasis added). |
| Ex. 19 (November 29, 2016 NYC Vale Day Presentation)<br>Referenced in Complaint ¶¶ 129-30 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F.**" Ex. 19 at 2 (emphasis added). |
| Ex. 16 (April 11, 2017, 2016 Annual Report (20-F))<br>Referenced in Complaint ¶¶ 135-45 |
| "Our projects are subject to risks that may result in increased costs or delay in their implementation . . . **Suppliers and contractors may fail to meet their contractual obligations to us** . . . We may face **unexpected weather conditions or other force majeure events. . . .** There may be accidents or incidents during project implementation." Ex. 16 at 7 (emphasis added). |
| "Operational problems could materially and adversely affect our business and financial performance. . . .**There can be no assurance that** ineffective project management or other **operational problems will not occur**. Any damages to our projects or delays in our operations caused by ineffective project management or operational breakdowns could materially and adversely affect our business and results of operations. **Our business is subject to a number of operational risks** that may adversely affect our results of operations, **such as . . . [a]ccidents or incidents involving** our mines, industrial facilities and related infrastructure, such as **dams**." Ex. 16 at 7 (emphasis added). |
| "**Our business could be adversely affected by the failure of our counterparties to perform their obligations.**" Ex. 16 at 8 (emphasis added). |

## APPENDIX C: CAUTIONARY LANGUAGE

| Cautionary and/or Incorporation by Reference Language |
|---|
| "**Our business is subject to environmental, health and safety incidents**. . . . and the mining industry is generally subject to significant risks and hazards, **including . . . incidents involving dams**. . . . **This could occur by accident or by breach of operating and maintenance standards, and could result in a significant environmental and social impacts, damage to or destruction of mineral properties or production facilities, personal injury, illness or death of employees, contractors or community members close to operations, environmental damage,** delays in production, monetary losses and possible legal liabili**ty**. . . . . **Notwithstanding our standards, policies and controls, our operations remain subject to incidents or accidents that could adversely affect our business, stakeholders or reputation.**"  Ex. 16 at 9 (emphasis added). |
| "In response to the failure of Samarco's tailings dam in Minas Gerais, additional environmental and health and safety laws and regulations may be forthcoming in Brazil and authorities may impose more stringent conditions in connection with the licensing process of our projects and operations."  Ex. 16 at 10. |
| Ex. 4 (2016 Sustainability Report) Referenced in Complaint ¶¶ 146-152 |
| "To obtain further information on factors that may lead to results different from those estimated by Vale, **there are available for consultation reports Vale files with . . . the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' In Vale's annual report on Form 20-F.**"  Ex. 4 at 2 (emphasis added). |
| Ex. 22 (May 16, 2017 Form 6-K) Referenced in Complaint ¶¶ 153-54 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F**."  Ex. 22 at 1 (emphasis added). |

## APPENDIX C: CAUTIONARY LANGUAGE

| Cautionary and/or Incorporation by Reference Language |
|---|
| Ex. 18 (May 30, 2017 Form 6-K)<br>Referenced in Complaint ¶¶ 157-59 |
| "The Company's projects are subject to risks that may result in an increase in costs or a delay in their implementation . . . **Suppliers and contractors may not fulfil their contractual obligations** . . . **[u]nexpected weather conditions or other force majeure events**. . . . There may be accidents or incidents during project implementation. . . .Operational problems can negatively and significantly affect the Company's business and financial performance. . . . **It is never certain that inefficient project management or other operational problems will not occur**. . . . **The Company's businesses are subject to several operational risks** that may adversely affect the results of its operations, **such as . . . accidents or incidents involving** mines and associated infrastructure, such as **dams.**" Ex. 18 at 23–24 (emphasis added). |
| "**The Company's business may be adversely affected by the failure of its counterparts to meet their obligations.**" Ex. 18 at 24 (emphasis added). |
| "**[T]he mining industry is generally subject to significant risks and dangers, including . . . dam-related accidents** . . . **This may occur by accident or by breach of operating and maintenance standards and may result in significant environmental and social impacts, damage or destruction of mineral property or production facilities, injury, illness or death of employees, service providers or members from the surrounding community to operations, environmental damage**, production delays, financial losses and possible civil liability. . . . **Notwithstanding the Company's rules, policies and controls, its operations remain subject to incidents or accidents, which may adversely affect its stakeholders or reputation.**" Ex. 18 at 33–34 (emphasis added). |
| "In response to the rupture of the Samarco tailings dam in Minas Gerais, additional environmental, health and safety regulations and standards may arise in Brazil and authorities may impose stricter conditions regarding the licensing process of the Company's projects and operations. In addition, Vale may face delays in receiving the operating license for other tailing dams." Ex. 18 at 34. |
| "**The Company seeks to protect the main risks that may adversely and relevantly impact the objectives set by the Company's senior management, its reputation as well as its financial and operating profit, which are described in item 4.1 [the risks discussed above]** of this Reference Form, the following are highlighted, among others . . . risks that may impact the Company's operations, in particular relating to events, whether due to force majeure or arising from the ordinary processes of the Company and its subsidiaries." Ex. 18 at 136 (emphasis added). |

**APPENDIX C: CAUTIONARY LANGUAGE**

| Cautionary and/or Incorporation by Reference Language |
|---|
| Ex. 25 (December 6, 2017 NYC Vale Day (Presentation))<br>Referenced in Complaint ¶¶ 160-62 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F.**"  Ex. 25 at 2 (emphasis added). |
| Ex. 26 (December 8, 2017 London Vale Day (Presentation)<br>Referenced in Complaint ¶¶ 163-65 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F**."  Ex. 26 at 2 (emphasis added). |
| Ex. 3 (April 13, 2018, 2017 Annual Report (20-F)<br>Referenced in Complaint ¶¶ 176-87 |
| "Our projects are subject to risks that may result in increased costs or delay in their implementation. . . . **Our projects are also subject to a number of risks that may adversely affect our growth prospects and profitability, including . . . [s]uppliers and contractors [] fail[ing] to meet their contractual obligations to us**. . . . We may face **unexpected weather conditions or other force majeure events**. . . . There may be accidents or incidents during project implementation."  Ex. 3 at 21 (emphasis added). |
| "Operational problems could materially and adversely affect our business and financial performance. . . . **There can be no assurance that** ineffective project management or other **operational problems will not occur.** Any damages to our projects or delays in our operations caused by ineffective project management or operational breakdowns could materially and adversely affect our business and results of operations."  Ex. 3 at 21 (emphasis added). |
| "**Our business is subject to a number of operational risks** that may adversely affect our results of operations, **such as . . . force majeure events . . .[a]ccidents or incidents involving our** mines, industrial facilities and related infrastructure, such as **dams**."  Ex. 3 at 21–22 (emphasis added). |
| "**Our business could be adversely affected by the failure of our counterparties.**"  Ex. 3 at 22 (emphasis added). |

**APPENDIX C: CAUTIONARY LANGUAGE**

| Cautionary and/or Incorporation by Reference Language |
|---|
| "**Our business is subject to environmental, health and safety incidents**. . . . Our operations involve the use, handling, storage, discharge and disposal of hazardous substances into the environment and the use of natural resources, and the mining industry is generally subject to significant risks and hazards, **including** fire, explosion, toxic gas leaks, spilling of polluting substances or other hazardous materials, rockfalls, **incidents involving dams**, failure of other operational structures and incidents involving mobile equipment, vehicles or machinery. **This could occur by accident or by breach of operating and maintenance standards, and could result in a significant environmental and social impacts, damage to or destruction of mineral properties or production facilities, personal injury, illness or death of employees, contractors or community members close to operations, environmental damage**, delays in production, monetary losses and possible legal liability. . . . **Notwithstanding our standards, policies and controls, our operations remain subject to incidents or accidents that could adversely affect our business, stakeholders or reputation.**" Ex. 3 at 24 (emphasis added). |
| "In response to the failure of Samarco's tailings dam in Minas Gerais, additional environmental and health and safety laws and regulations may be forthcoming in Brazil and authorities may impose more stringent conditions in connection with the licensing process of our projects and operations." Ex. 3 at 24. |
| Ex. 2 (2017 Sustainability Report)<br>Referenced in Complaint ¶¶ 188-96 |
| "For further information on factors capable of producing results different from those estimated by Vale, **the reports filed with . . . the U.S. Securities and Exchange Commission (SEC) are available for consultation, in particular the factors discussed in sections 'Estimates and projections' and 'Risk factors' in Vale's Annual Report - Form 20-F**, available at www.vale.com." Ex. 2 at 10 (emphasis added). |
| Ex. 21 (December 11, 2018 Vale ESG Webinar)<br>Referenced in Complaint ¶¶ 197-98 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and, in particular, the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F.**" Ex. 21 at 2 (emphasis added). |

**APPENDIX C: CAUTIONARY LANGUAGE**

| Cautionary and/or Incorporation by Reference Language |
|---|
| Ex. 20 (January 28, 2019 Form 6-K)<br>Referenced in Complaint ¶¶ 199-200 |
| "To obtain further information on factors that may lead to results different from those forecast by Vale, **please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC)** . . . **and in particular the factors discussed under 'Forward-Looking Statements' and 'Risk Factors' in Vale's annual report on Form 20-F.**"  Ex. 20 at 5 (emphasis added). |