**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                       :

In re Vale S.A. Securities Litigation     :         No. 19 Civ. 526 (RJD) (SJB)
                       :

                       :

                       :

                       :

---------------------------------------------------------x

## DECLARATION OF CHRISTOPHER M. JORALEMON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Christopher M. Joralemon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in the above-caption action for Defendant Vale S.A. ("Vale"). I respectfully submit this Declaration in support of Defendant's Motion to Dismiss the Consolidated Class Action Complaint ("Complaint").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Consolidated Class Action Complaint filed by Plaintiff Colleges of Applied Arts and Technology Pension Plan on October 25, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Vale's 2017 Sustainability Report.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Vale's Annual Report (Form 20-F) for the fiscal year ended December 31, 2017, filed on April 13, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Vale's 2016 Sustainability Report.

6. Attached hereto as Exhibit 5 is a true and correct copy (along with a certified English translation) of the September 26, 2018 Dam Stability Declaration for Dam 1, which is incorporated by reference and cited in Complaint ¶ 57, prepared by TÜV SÜD, filed with Brazil's *Departamento Nacional de Produção Mineral* ("DNPM"), and available at http://www.anm.gov.br/assuntos/barragens/declaracao-de-condicao-de-estabilidade-26-09-2018/view.

7. Attached hereto as Exhibit 6 is a true and correct copy (along with a certified English translation) of the June 13, 2018 Dam Stability Declaration for Dam 1, which is incorporated by reference and cited in Complaint ¶ 57, prepared by TÜV SÜD, filed with the DNPM, and available at http://www.anm.gov.br/assuntos/barragens/dce_revisao-periodica-barragem-i/view.

8. Attached hereto as Exhibit 7 is a true and correct copy (along with a certified English translation) of the March 27, 2018 Dam Stability Declaration for Dam 1, which is incorporated by reference and cited in Complaint ¶ 90, prepared by Tractebel, filed with the DNPM, and available at http://www.anm.gov.br/assuntos/barragens/declaracao-de-condicao-de-estabilidade-27-03-2018/view.

9. Attached hereto as Exhibit 8 is a true and correct copy (along with a certified English translation) of the September 26, 2017 Dam Stability Declaration for Dam 1, which is incorporated by reference in the Complaint, prepared by Tractebel, filed with the DNPM, and available at http://www.anm.gov.br/assuntos/barragens/declaracao-de-condicao-de-estabilidade-26-09-2017/view.

10. Attached hereto as Exhibit 9 is a true and correct copy (along with a certified English translation) of Brazilian Standard ABNT NBR 13028 dated November 14, 2017, which is cited in Exhibit 10, DNPM Ordinance No. 70.389 of May 17, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy (along with a certified English translation) of excerpts from DNPM Ordinance No. 70.389 of May 17, 2017, which is incorporated by reference and cited in Complaint ¶¶ 96 n.32, 195, 199.

12. Attached hereto as Exhibit 11 is a true and correct copy (along with a certified English translation) of the July 15, 2016 liquefaction study, which is incorporated by reference and cited in Complaint ¶ 70, prepared by Geoconsultoria.

13. Attached hereto as Exhibit 12 is a true and correct copy (along with a certified English translation) of the July 26, 2016 liquefaction study, which is incorporated by reference and cited in Complaint ¶ 70, prepared by Geoconsultoria.

14. Attached hereto as Exhibit 13 is a true and correct copy of the November 15, 2017 slideshow, which is incorporated by reference and quoted in Complaint ¶¶ 75–77, prepared by Felipe Rocha, entitled "Tolerable Risk Criteria Adopted at Vale – Results – How Safe Is Safe Enough?"

15. Attached hereto as Exhibit 14 is a true and correct copy of the October 17, 2018 report, which is incorporated by reference and quoted in Complaint ¶¶ 79 n.24, 85, from the Third Meeting of the Independent Panel of Experts for Safety and Risk Management of Geotechnical Structures ("PIESEM").

16. Attached hereto as Exhibit 15 is a true and correct copy (along with a certified English translation) of the January 25, 2019 *Época Negócios* article written by Patricia Basilio,

entitled "Upon Taking Office, Vale President Said 'Mariana Never Again' Would Be His New Slogan."

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Vale's Annual Report (Form 20-F) for the fiscal year ended December 31, 2016, filed on April 10, 2017.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Vale's Annual Report (Form 20-F) for the fiscal year ended December 31, 2015, filed on March 31, 2016.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Vale's Form 6-K, filed on May 30, 2017.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Vale's Form 6-K, filed on November 29, 2016.

21. Attached hereto as Exhibit 20 is a true and correct copy of Vale's Form 6-K, filed on January 28, 2019.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the December 11, 2018 Vale presentation, entitled "Vale's ESG Webinar."

23. Attached hereto as Exhibit 22 is a true and correct copy of Vale's Form 6-K, filed on May 16, 2017.

24. Attached hereto as Exhibit 23 is a true and correct copy of a transcript of Vale's earnings call and excerpts from an accompanying presentation, held on July 28, 2016, available at http://www.vale.com/en/investors/information-market/quarterly-results/pages/default.aspx.

25. Attached hereto as Exhibit 24 is a true and correct copy of a transcript of Vale's earnings call and excerpts from an accompanying presentation, held on October 27, 2016,

4

available at http://www.vale.com/en/investors/information-market/quarterly-results/pages/default.aspx.

26. Attached hereto as Exhibit 25 is a true and correct copy of a transcript of Vale's Vale Day conference call and excerpts from an accompanying presentation, held on December 6, 2017, available at http://www.vale.com/EN/investors/information-market/presentations-webcast/Pages/default.aspx.

27. Attached hereto as Exhibit 26 is a true and correct copy of a transcript of Vale's Vale Day conference call and excerpts from an accompanying presentation, held on December 8, 2017.  The presentation is available at http://www.vale.com/PT/investors/information-market/calendar-ir-news/Documents/valeday-2017/assets/docs/Vale_Day_2017_i_London.pdf.

28. Attached hereto as Exhibit 27 is a true and correct copy of the January 25, 2019 *Reuters* article written by Anthony Boadle and Marta Nogueira, entitled "Hundreds Missing After Vale Dam Burst at Brazil Mine, Seven Bodies Found."

29. Attached hereto as Exhibit 28 is a true and correct copy of the February 6, 2019 *The Guardian* article written by Dom Phillips, entitled "'That's Going to Burst':  Brazilian Dam Workers Say They Warned of Disaster."

30. Attached hereto as Exhibit 29 is a true and correct copy of the February 6, 2019 *Wall Street Journal* article written by Patricia Kowsmann and Scott Patterson, entitled "Inspectors of Vale Dam in Brazil Issued Warning Before Collapse."

5

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of December, 2019 at New York, New York.


By: /s/ Christopher M. Joralemon

Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

cjoralemon@gibsondunn.com

6