# Exhibit 2

Case 1:19-cv-00526-EK-VMS    Document 66-2    Filed 02/21/20    Page 2 of 12 PageID #: 941



# Sustainability Report

## 2017



**vale.com/rs2017**

*This document includes statements that present Vale's expectations about future events or results. All statements based on future expectations involve risks and uncertainties. Therefore, Vale cannot guarantee that such statements will become real. The risks and uncertainties include factors related to:*

*(a) countries where the company has operations, mainly Brazil and Canada;*
*(b) the global economy;*
*(c) the stock market;*
*(d) operational accidents or incidents;*
*(e) the ores and metals business, and its dependency on the global industrial production, which is cyclic in nature; and*
*(f) the high level of global competition in markets where Vale operates.*

*For further information on factors capable of producing results different from those estimated by Vale, the reports filed with the Brazilian Securities and Exchange Commission (CVM, in Portuguese) and the US Securities and Exchange Commission (SEC) are available for consultation, in particular the factors discussed in sections "Estimates and projections" and "Risk factors" in Vale's Annual Report - Form 20F, available at www.vale.com.*



# "Where do you connect with nature?"

As part of the actions of the 2017 Environmental Week, Vale promoted a photography contest among its employees. In all, 461 images had been uploaded and the winners illustrate this page.

Photo 1: Sensorial Garden - 1st place. Reinaldo Walmir de Jesus (Espírito Santo, Brazil).
Photo 2: Blue Amazon - 2nd place. Cristiano Zuba (Pará, Brazil).
Photo 3: Flore endémique du maquis minier calédonien 3rd place. Anne-Laure Meunier (New Caledonia).

# Highlights

## Purpose



Presence in **25** countries **of 5 continents.**

Return to the International Council on Mining and Metals (ICMM), which gathers **23 global companies** of the sector and required its members to commit to the best operational principles and practices.

Migration of Vale's shares to **Novo Mercado** of the stock exchange of São Paulo (B3).

## People



**130.6 thousand** employees in 2017, **101.6 thousand of them in Brazil.**

Active relationship with **20 traditional communities and 27 indigenous peoples,** in addiction to **21 agreements** signed with these populations, including the mandatory impact mitigation programs established by the legislation of each country.

## Planet



**8.5** thousand km² of protected areas, which is equivalent to **5.6 times** the total area occupied by the operating units.

Vale's **reuse of water** for industrial processes reached **82%.**

- Payed more than 13 km² for measures related to compensattion of native vegetation supression, including Atlantic Forest areas.
- Protected more than 5 km² by donating to the public control of an area earmarked to preserve Archaeological Heritage, in addition to investing approximately US$5 million;
- Payed more than US$24 million for compensatory measure resulting from the supression of vegetation in the area of projects in Pará;
- Protected of 170 testimonial cavities and destination of more than 200 km ² to create the National Park.

### Rural Environmental Registry and Legal Reserve

Vale had already registered 90% of its properties on the Enviromental Regulation Program (PRA, acronym in Portuguese), totaling more than 450 registrations, surpassing one thousand properties and possessions in its responsibility in 10 Brazilian states. , currently owning 880 km² dedicated to the Legal Reserve. The company has been improving its internal management to effectively control and knowledge of the different situations, to comply more fully with the registration deadline currently stipulated as May 31, 2018.

- - - - - - - - - - - - - - - - - - - - - - - - - -

 To learn about environmental lawsuits see **Legal Compliance** – Page 118

In addition to registration in the CAR the company follows up the regulations and laws to meet with the  Environmental Regulation Program (PRA, acronym in Portuguese). In this sense, all properties that have Areas of Permanent Preservation, Legal Reserve and Areas of Restricted Use still without native vegetation cover will be evaluated and, when necessary, the most appropriate alternatives to regularization will be selected based on current legislation.

## Dam and mineral residues management

Vale maintains the management of its dams in permanent alignment and updating with the good and strictest international practices, standards of which exceed the legal requirements. In this sense, it bears emphasizing that the Brazilian dam safety legislation is quite stringent, also based on good international practices and very judicious, both in terms of safety management requirements and emergency management.

In general, society's knowledge and legislation advance at the pace of events and learning. With respect to dams, Vale is dedicated to advancing the dam safety movement and has contributed in a transparent manner to discussions at several forums, whether technical, legislative or civil society in general.

Among the international standards used as reference, we highlight the guidelines of the International Committee of Large Dams (ICOLD) and the Mining Association on Canada (MAC). International specialists and external auditors recognize Vale as a model for risk management in the global industry.

The strictness adopted is a demonstration of the our understanding that efficient dam management is a vital aspect not only for for Vale operations and its workforce, but also for the communities surrounding these structures.

In the Ferrous area, Vale's Integrated Risk Management System for geotechnical structures is based on three main pillars: People, Processes and Information Systems. In the People pillar, specialized teams are

dedicated to controlling Vale's dams, deploying qualified professionals at the operation sites to take care of the structures day-to-day, and at the offices to develop projects, studies and analyses to assure safety and reduce structural risks.

In the Processes pillar, procedures are organized in Safety Management, Risk Management and Emergency Management throughout the life cycle of the structure, from design implementation, operation, maintenance and monitoring. In all these phases, the prognosis of the risks and the state of our readiness in case of an emergency.

In the Information Systems pillar, the Ferrous area has two systems that support geotechnicians with information for fast and effective decision-making. One of them is Geotec, which stores structural maintenance and monitoring data. The other is Geotechnical Risk Management (CRG, acronym in Portuguese), which stores technical information on the structures, the Dam Safety Plan and information on risk analyses.

In addition to applying best practices pertaining to dam safety management, Vale submits its structures to audits conducted by specialized external consultants, and rigorously complies strictly with applicable legislation.

Another highlight this year was implementing the International Panel of Experts on the Ferrous area, composed of international and national technicians who work in

risk management, geotechnics and water resources. The panel's purpose is to evaluate governance, processes, studies, projects and technical analyses of geotechnics and hydrology.

## Managed structures

The Ferrous area, responsible for managing iron ore dams in Brazil, closed 2017 with 150 dams and dikes designed to contain tailings, sediments and water. Regarding the size of these structures' reservoirs, 80% are considered small, 14% are medium-sized, and only 6% are large. Of the small dams, 71% have reservoirs with volumes of less than 500 thousand $m^3$. At the end of the year, the area ended another cycle of external dams auditing, in which 100% of the audited structures were certified to be in stable condition, physically and hydraulically.

In the North Atlantic Basic Metals operations, 356 dam structures, including 56 tailings dams and 14 inactive dams, are being managed under a specific model of governance. All structures are subject to regular stability inspections as well as a rigorous audit program by internal and external consultants and specialists. Most of these dam structures (53) are located in Canada, where the performance is reported publicaly, according to the Canada Mining Association's Reject Dams Management Directive.

The South Atlantic Base Metals area, in turn, manages 16 hydraulic structures in Brazil, including dams, dikes and tailings disposal ponds. Of this total, two are large dams, in the operations of the mines of Sossego and Salobo, in Pará.

In relation to the base metals inactive dams , there are 12 tailings  structures associate with historic operations in Ontario (Canada) while there are two structures at  at Igarapé- Bahia mine (state of Pará, Brazil), which has been closed since 2002.

## Investments

In 2017, the Iron Ore Department dedicated approximately US$182 million to managing all of its dams. The resources were invested in maintenance, monitoring, improvement works, audits, risk analyses, revisions to the Mining Dams Action Plans for Emergencies (MDAPE) and warning systems implementation, among other services. The company has also been developing a structure automation project, which includes signage and lighting improvements, video monitoring and automated instrumentation of its structures. These actions are expected to be completed by 2019 and fulfill the requirements of the Brazilian legislation, National Department of Mineral Production (DNPM, acronym in Portuguese) Ordinance 70,389/17, and current National Mining Agency (ANM, acronym in Portuguese).

At Vale Fertilizantes, was implemented the Management System of the Dam Safety Plan (MSDSP), which offers the main benefit of auditable document control . Other important initiatives were reviewing the Action Plans for Emergencies of Mining Dams (EMD) and implementing microseismic monitoring and applying geophysics to monitor the rock mass structures and reservoir substrate, in addition to improving the Dam Management System (SIGBAR, acronym in Portugueses). In all, US$1.6 million was invested in these initiatives.

The Base Metals area invested a total approximately of US$25 million in 2017, more precisely to raise the crest of the Salobo tailings dam, and to work on the Puma Dam 1 of the Onça Puma operation, both in Pará, north Brazil. There has been US$11.5 million invested on the dams in the operation in Sudbury and Thompson related to engineering studies and dam upgrades.

**Investments in dam management**

| Area | Investment | Action |
|---|---|---|
| Iron Ore | US$ 182 million | Maintenance services, monitoring, improvement works, risk analysis, audits, Mining Dam Emergency Action Plans , alert systems, videomonitoring and instrumentation. |
| Fertilizers | US$ 1.6 million | Implementing the Dam Safety Plan Management System, revising the Action Plans for Emergencies at Mining Dams, implanting microseismic monitors, applying geophysics to monitor rock mass structures and reservoir substrate, and improving the Dam Management System. |
| Base Metals | US$ 25.1 million | Raising the crest of the tailings dam of the Salobo mine and to work on the Puma Dam 1 of the Onça Puma Project, both in Pará. |
| International[I] | US$ 11.5 million | Management systems, instrumentation, inspections and revisions, specialized team, implementation of independent review board, emergency preparedness and response plans. |

[I]Operations in Canada and New Caledonia

## External audits and inspections

In 2017, external audits were carried out on 107 structures in the Ferrous area, located in Brazil. All of them had their physical and hydraulic stability certified, and were issued Statements of Stability Condition (DCE, acronym in Portuguese) by the responsible auditors. Also in 2017, Vale hosted three meetings of the Panel of Experts.

However, seven official notifications were received from the National Department of Mineral Production (DNPM, acronym in Portuguese) regarding Vale's management of Ferrous area dams. These notifications refer to the company's compliance with legal requirements. Five of them, however, lack actual legal grounds, so Vale does not recognize them and is appealing the matter. The other two refer merely to formal errors regarding the completion of the SIGBM (Mining Safety Integrated Management System for Mining Dams) system, so the company decided to pay the corresponding fine. It should be noted that none of these notifications are related to the hydraulic and physical safety of the structures.

All the active hydraulic structures in the Base Metals area were audited by external companies and internal professional engineers. In Brazil, the Base Metals dam structure had their stability verified, with the respective issuances of DCE. The two inactive hydraulic structures of Igarapé Bahia did not have their DCEs issued in 2017, due to the need to adapt their spillway systems to one-in-ten-thousand-year rain. Investment is earmarked for regularization works in 2018, within the budget cycle.

All of Vale Fertilizantes' 22 dams were audited in 2017 and were issued their statements of stability. The facilities were also subjected to several inspections, and did not receive any official notifications or fines.

## Areas of influence

In operating the Iron Ore Department in Brazil, 18 municipalities are within the self-rescue zone, the region in which accident warnings are the responsibility of the company rather than the competent authorities. Of these, 16 are in Minas Gerais, one is in Mato Grosso do Sul, and one is in Pará. The estimated population in the first seven kilometers downstream of the dams, in the direction of the current, consists of approximately 20 thousand people in the flood stain area.

In compliance with Federal Law no. 12,334 and DNPM regulations 416/2012 and 526/2013, both replaced by DNPM n. 70.389 / 2017, Vale has filed since 2015 the Mining Dam Emergency Action Plans (PAEBM, acronym in Portuguese) referring to its structures. Since then, it has maintained an intense process for identifying opportunities for improvement, which is reflected in periodic updates with a new version filed in 2016, and current work to revise the file in the first half of 2018.

The company maintains a permanent and joint project with the Civil Defense Coordinator's Offices of these municipalities, to assure these plans' effectiveness. In 2016 and 2017, contact was maintained with the communities of all the mapped areas, which made visible the context of coexistence with the dams.



The Reserva Natural Vale, in Linhares (state of Espírito Santo, Brazil), a pioneering initiative of biodiversity conservation, complete 40 years in 2018. In the besides photo, Seedling Nursery where native species of the Atlantic Forest are produced for the forest restoration Photos: Pedro Cattony and Lucas Lenci.

In 2017, Vale invested US$ 487.3 million in environmental protection and conservation

The project also implemented a survey to collect information, enabling the creation of emergency maps detailing escape routes, muster stations and alert system implementation.

Plans for the orderly return to communities were also started, to present these plans in an integrated manner that will enable drills to perform in 2018. Thus, we consolidated an emergency operational routine to assure all agents are properly qualified and readied, including employees and the community. These actions are preventive, as all the structures in the Ferrous area are completely normal and stability-certified by the audit completed in September 2017.

The dams' areas of influence in the Fertilizer area cover the municipalities of Tapira, Patos de Minas and Araxá, in Minas Gerais; Catalão, in Goiás; and Cajati, in São Paulo. All the communities in these areas have undergone training in our emergency response plan, and with the performance of periodic dam safety reviews the PAEBM are being reviewed again. Afterwards, training and emergency drills shall be conducted again.

Vale Fertilizantes also has communication and community relations teams at each of its units, responsible for direct contact with the residents of the regions around the dams. Communications are largely made through personal contact.

The Base Metals structures cover three municipalities in the State of Pará self-rescue zone. The estimated population in the first seven kilometers downstream of the Sossego Dam consists of approximately 1.2 thousand people in the area of the flood stain. Downstream of the Salobo Dam, there is no fixed population. For this reason, meetings are held with civil defense leagues, community leaders, and communities to seek proper updatea and engagement of all stakeholders in the process.

Aerial view of the Salobo
dam, Marabá, Pará (PA)
Photo: Ricardo Teles

The decommissioning of some dams and obtaining the Stability Declarations are some of Vale's goals for the Ferrous area in 2018

## Goals for 2018

As a goal for 2018 in the Ferrous area, the company will continue to improve its management of structures. Vale's main objectives are to decommission some of its dams and obtain Statements of Stability, within the scope of the External Audit and the Periodic Dam Safety Review. Moreover, Vale is scheduled to continue its efforts to implement alert systems and risk analyses, automate monitoring processes, increase closeness with social and public authorities, and maintain the International Panel of Experts.

Another defined goal is to implement the system for managing routine operational inspections and controlling dam maintenance action plans (GeoInspector) in fertilizer operations. The company also plans to automate the dam monitoring system, implement mass notification towers, and continue use of SIGBAR (Intergrates DAM Management System)

For 2018, Vale Base Metals has the stated goal of establishing independent Tailings Review Boards for each site (where it does not already exist).  Continuous improvement efforts in the implementation of management systems under the new Base Metals Dam Governance Policy will be a focus in 2018.  A program of rigorous internal audits will continue to be executed, in addition to planning the implementation of GeoTec IV in New Caledonia and Newfoundland.

## Mineral residues

MM3

In 2017, Vale generated 729 million tons of mining and metallurgical residues, 5.4% less than in 2016. In the iron ore business alone, 243 million tons of sterile wastes and 84 million tons of residues were generated. Sterile waste is material without economic value that must be removed to free up access to the ore body. Vale's other businesses together produced 402 million tons of sterile wastes and residues.

Mineral residues are sent to dams (residues and sediment) or to piles (sterile wastes and residues). The volume generated depends on annual production and on the mine's geological profile.

 *"Other businesses" include nickel, potassium, manganese, coal, copper, slag (manganese alloy) and fertilizer byproducts.*

In order to favor and contribute to the environmental balance, Vale maintains 8.5 thousand km² of protected natural areas



National Action Plan for the Conservation of Blue-Eyed Macaw, of FUNBIO, sponsored by Vale
Photo: João Freire / ICMBio

## Protected areas

304-1

Protecting natural areas is one of Vale's main initiatives to promote environmental balance and conserve natural resources and ecosystem services. Protected areas total 8.5 thousand km², about 5.6 times the area occupied by the company's facilities and 9.4 times greater, if land reserved for industrial planting is not considered. These areas shelter a great diversity of habitats to help protect fauna and flora species threatened with extinction.

Of these total areas that the company helps protect, 4.5% belong to Vale, and the remaining 95.5% are maintained in partnerships with public environmental agencies such as the Instituto Chico Mendes de Conservação da Biodiversidade (ICMBio). It is important to highlight that 92.6% of these areas are in regions classified as wilderness, 7.4% are considered hotspots (i.e., IUCN categories for regions with a high concentration of biodiversity), and 94% are located close to our operational units.

Vale has a long-standing partnership with ICMBio to support protected areas management. Examples are (1) in the Reserva Biológica Sooretama, which is contiguous to Reserva Natural Vale and forms the most important forest block destined to conservation in Espírito Santo; and (2) in Carajás National Forest. The partnership involves monitoring, research, measures to combat poaching and illegal extraction, fire prevention and fighting, and environmental education.

In the Carajás National Forest, Vale helps to protect about 7 thousand species of plants and animals, among them more than 50 species of endangered vertebrates and about 300 species of animals endemic to the Amazon region. In the same region, Vale helps to protect the Parque Nacional dos Campos Ferruginosos, created in 2017, as well as a 16.7 km² of privately protected area in Mozambique.

# Our work

## Managing social, environmental and economic impacts

203-1

Vale's social and environmental expenditures in 2017 amounted to US$ 612.8 million. Environmental resources were mainly invested in atmospheric emissions, water resources and residues management, and our social expenditures went towards mainly in traditional communities and indigenous peoples, urban infrastructure and mobility and work and income generation.

**Socio-environmental expenditures**
(in US$ million)

|  | 2015 | 2016 | 2017 |
|---|---|---|---|
| Environmental | 572.0 | 562.3 | 487.3 |
| Social | 173.4 | 142.1 | 125.5[I] |
| **Total** | 745.4 | 704.3 | 612.8 |



Vale invests resources in social projects to generate work and incomein communities

Informatics course at Casa do Aprender, in Barão de Cocais (MG, Brazil)
Photo: Ricardo Teles

[I]11% of this amount refers to social investments made directly by the Vale Foundation.