# Exhibit 4

Case 1:19-cv-00526-EK-VMS    Document 66-4    Filed 02/21/20    Page 2 of 10 PageID #: 988

# 2016 Sustainability Report



# Foreword

To commemorate a decade of publishing annual reports, which are prepared based on the guidelines of the Global Reporting Initiative (GRI), completed in 2016, Vale dedicates, in this edition, a section to highlight the main news and events that have occurred in the last ten years. Entitled "Ten-year Trajectory", the chapter reveals the Vale's successful journey towards sustainable development.

And also presents the main results of 2016.



Also visit **www.vale.com/rs2016**
and watch the video with the main highlights.

This document may include statements that present Vale's expectations about events or results.  All statements, when based upon expectations, involve risks and uncertainties. Thus, Vale cannot guarantee that these will  materialize. The risks and uncertainties include factors related to the following: (a) the countries where the Company  holds operations, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) operational incidents or accidents, (e) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (f) global competition in the markets in which Vale operates. To obtain further information on factors that may lead to different results from those estimated by Vale, there are available for consultation reports Vale files with the Brazilian Comissão de Valores Mobiliários (CVM) the U.S. Securities and Exchange Commission (SEC), the French Autorité des Marchés Financiers (AMF) and in particular the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F.



For more information, please go to Vale's annual report  – Form 20F at vale.com

# Health and Safety

## 1.9

Total injury rate in 2016, which shows a decline compared to the previous period, of 2.2. **page 57**

## Good practices

In the year, 120 initiatives were Certified as Good Health and Safety Practices, which means that these practices were already tested, and have proven to contribute to reducing risks, and, consequently, to a safer environment. page 51

## 62%

Reduction of the medium and low risks of services in the Abóbora Mine, in the Vargem Grande Complex, MG - Brazil, resulting from the Ecological Walkway for Electrical Cables – PEC project. **page 51**

## US$ 2.7 million

Was invested into Health campaigns, programs, and initiatives involving Vale employees and subcontractors in 14 countries, in line with the Sustainable Development Goals (SDGs) – including the third goal: "Ensuring healthy lives and promoting the well-being for all at all ages". page 53

## Respect to Life

"Life matters most" permeates Vale's activities, which strives to achieve Zero Damage by investing in prevention, process standardization, risk management, and in the Genuine Active Care culture – a concept which includes care for oneself, care for others, and allowing others to take care for you. **page 50**

# Letter from the CEO of Vale

## S11D is a reference operation for innovation, cost efficiency, safety, and environmental responsibility

**Murilo Ferreira**
Chief Executive Officer

Murilo Pinto de Oliveira Ferreira will not renew his term ending in May 2017. On March 27, 2017, Vale announced the appointment of Fabio Schvartsman as its new Chief Executive Officer. A summary of Mr. Schvartsman's business experience and areas of expertise can be found at 20-F.

In 2016, we completed ten years of disclosure of the Sustainability Report, following the guidelines of the Global Reporting Initiative (GRI), an organization that establishes the international standard of corporate socio-environmental reports. In this report we reinforce our strategic principles: sustainability, competitiveness, and robustness.

We want to generate long-term value for the communities where we operate, respecting the environment and people's lives; increase our resilience with respect to economic cycles, and be flexible and capable of generating financial returns.

We know the size of our responsibility and believe that development is only sustainable when the Vale and society grow together, sharing the generated value. This means building an economic, social, and environmental legacy in the regions where we are present, mitigating the impacts of our operations in the communities where we operate, and inducing sustainable practices throughout the entire value chain. These, alongside other issues such as human rights, labor rights, anti-corruption, and environmental protection, are demonstrated in actions that are part of our commitment to the principles of the United Nations Global Compact.

We've had many stories to tell during these ten years. Vale reinvents itself every year, and people inspire and move us to become better. Speaking of innovation, one of the great chapters delivered in 2016 was the start in the operations of the S11D Elieser Batista Complex, after 11 years of work. It is a delivery to society that clearly demonstrates that it is possible to conduct sustainable mining, at a plant in the middle of the Carajás National Forest in the Amazon, Brazil.

With S11D, Vale has opened the doors for the next generations to continue producing high quality ore, whilst still respecting people and the environment. This operation is a reference in terms of innovation, cost efficiency, safety, and socio-environmental responsibility.

It was a year of many challenges, but we ended it with a profit of approximately US$4 billion, and US$12.2 billion in cash generation, measured by the EBITDA. This is 70% more than what we made in 2015.

The business may be cyclical, but our values are not, and they are the pillars of our Company. Now, we need to take Active Genuine Care beyond Vale, and begin a journey toward safer mining, in favor of life throughout the industry. Life matters most at work, at home, and in our communities. We are responsible for making this a reality.

Plenty of growth and learning are portrayed here. I hope you all enjoyed reading this. **G4-1**

## Waste and tailings management

### Dam Management

The main objectives of ore beneficiation process are the comminution of ore, the elimination of minerals with no economic value, and compliance with quality standards required by the market. The type of beneficiation, however, is directly associated with the characteristics of the mine being explored.

Some ores are processed with natural moisture, requiring only the steps of crushing, sifting and classification to achieve target specifications, without generating tailings, as the extracted ore becomes the product. Other types, however, need to be concentrated through moisture, generating tailings – which must be adequately disposed.

In relation to Copper and Nickel ores, the final objective is to obtain concentrate with high contents of contained copper and an alloy of ferro-nickel, respectively. Copper residues present in their composition dissolved and suspended particles, which require a suitable disposal process for the proper protection of the water table; nickel tailings are already stockpiled in view of their solid nature.

In general, the tailings are carried out in dams – structures that basically consist of a barrier (solid) and reservoir to contain solid and liquid waste. The barrier, which can be built using compacted soil (conventional clay), course stones (stonefill) or tailings, is equipped with internal drainage systems for the flow of waters that percolate through this massif.

Tailings dams are commonly constructed in stages, beginning with a massif or coffer dam, in a conventional disposal area, and raised according to the needs of the operation, by means of successive heightening until it reaches its final dimension. The heightening can be achieved using three methods of construction – upstream, downstream, and center line. In the case of Base Metals Atlantic South and Vale New Caledonia, the dams are constructed by downstream methods and not by upstream methods or with tailings.

> Vale follows the guidelines of renowned international organizations, such as the International Commission on Large Dams, to ensure technical and environmental sound management

Environmental Responsability

# 84%

**of dams in the Ferrous Metals business are built in a single step**

---

**At Vale, dam safety management is carried out by dedicated and qualified teams**

---

# 81%

**of Ferrous Metals dam reservoirs are considered small**



For the development of dam or heightening projects, Vale uses as reference the project guidelines from renowned international organizations, such as the International Commission on Large Dams (ICOLD), and NBR standard No. 13,028/2006, which is under review by the Brazilian Technical Standards Association (ABNT) and subject to public consultation among the technical community and society.

Vale also uses dams for water reservation and sediment containment. Thus, unlike tailings dams, they are usually constructed in a single step and always conventionally, with a compacted landfill.

In the iron ore business, Vale owns 145 dams, duly registered with the National Department of Mineral Production (DNPM) and the State Environment Foundation of Minas Gerais (FEAM), of which 84% are constructed in a single step and/or heightened using the downstream method. Regarding the size of the reservoirs of these structures, 81% are considered small, 13% are medium, and only 6% are considered large. Among small dams, 75% have reservoirs with volumes of less than 500,000 $m^3$. As in other iron ore tailings dams, the material contained in the reservoirs is composed mostly of silica (sand). Silica does not contain harmful chemicals.

In relation to the Base Metals business, Vale in Brazil has 06 dams duly registered in the National Department of Mineral Production (DNPM), of which 50% are built in a single stage of elevation. Regarding the size of the reservoirs of these structures, four are considered small and two are large.

Environmental
Responsability

At Vale, dedicated and qualified teams are assigned the responsibility of dam safety management. Vale aims to operate its dams using advanced engineering techniques, following strict controls, monitoring their performances in a systemic way, and evaluating safety conditions through annual external audits.

At the federal level, Vale's management of dams in Brazil complies with Law No. 12,334/2010, which establishes the National Policy on Dam Safety, and two ordinances of the National Department of Mineral Production (DNPM). Ordinance No. 416/2012 establishes the National Register of Mining Dams and regulates the Mining Dams Safety Plan (PSB) and on the submission of the statement of dam stability conditions. Ordinance No. 526/2013 establishes conditions for the submission of the Mining Dam Emergency Action Plan (PAEBM).

In late 2016, the DNPM opened the draft amendments of DNPM Ordinances Nos. 416/2012 and 526/2013 to public consultation on their website.

In the State of Minas Gerais, State Council of Environmental Policy (COPAM) Normative Resolutions Nos. 62/2002 and 87/2005, supplemented by No. 124/2008, determine the

## For all of the recommendations pointed out in audits, Vale prepares an Action Plan that is internally monitored by the auditors

execution of regular external audits. In 2016, 145 dams were audited in the ferrous metals area, and the respective statements of stability conditions were filed within the deadline, in order to meet Vale's safety management requirements and legal parameters, including the new Joint Resolution SEMAD/FEAM No. 2,372/2016 (Secretary of State for Environment and Sustainable Development (SEMAD) and the State Foundation for the Environment (FEAM)). This Resolution establishes guidelines for conducting Extraordinary Tailings Dam Safety Technical Audits with upstream heightening, and Decree No. 46,993/2016, which deals with the issuance of a corresponding statement of stability conditions.



## 6

**the number of dams in the South Atlantic Basic Metals business. All of them were audited in 2016**

## 145

**the number of dams in the Ferrous Metals area that were audited during the period, with statements of stability conditions protocoled**

In 2016, all six dams of the Atlântico Sul Base Metals business were audited and the respective stability condition declarations filed within the requested deadline, in accordance with Vale's safety management requirements and legal parameters.

As a result of the 151 audits, programmatic or corrective and/or preventive maintenance actions were recommended. As a result of the recommendations, several Action Plans were prepared, filed with the state environmental agency and DNPM, which are duly followed up by Vale managers and auditors.

The structures undergo visual inspections and are monitored by instruments that provide information on their structural behavior. The visual inspections are performed fortnightly and include a detailed checklist that allows for evaluating the conditions and changes in the structure.

The information gathered in inspections and in data obtained through monitoring instruments installed in the dams is recorded in auditable systems and analyzed by geotechnical engineers, who periodically evaluate if the conditions raised in the field and the readings from instruments are in accordance with the normal operating conditions of the structures.

In addition to inspection and monitoring routines, they undergo periodic maintenance, such as the cleaning of drainage and  overflow structures, weeding, recovery of small erosions, restoration of slope coverage, among others, in order to ensure adequate conservation conditions for good performance. At Vale, all dams, even if no longer in operation, remain under its responsibility and are monitored, audited, and maintained normally under the same criteria and safety levels adopted during their operation.

Under the process of continuous improvement, the Emergency Response Plans for Dams (PAEBMs, in portuguese), for Vale's iron ore dams, were revisited in 2016, followed by various discussions with communities located in the vicinity of the dams, with state and municipal Civil Defense, and with regulatory agencies.

Initially, Vale updated the PAEBMs of their 50 dams classified as High Potential Associated Damage (DPA) (DNPM Ordinance No. 416/2012), focusing on the processes of emergency communication and on the study of scenarios including flood zones. Continuing the process of continuous improvement and operationalization and implementation of the emergency management of dams, the Vale has been conducting activities with communities located in the Self-rescue Zone (ZAS) and conducting a process aiming to implement a mass communication systems, also in the ZAS, downstream of each one of its structures.

Regarding governance, in 2016, a unified database was set up to manage the portfolio of Vale´s iron ore dams. Named Geotechnical Risk Management (GRG, in portuguese), the system allows for the registration of any structure, documentation, projects, studies, inspection files, internal and external audit reports, and technical information, aiming to ensure that the Dam Safety Plan is up to date. A specific module of the system was also developed to generate data on iron ore dams that will constitute the Annual Mining Report (RAL), available in 2017. Thus, the GRG aims to continually improve reliability, speed, and visibility in access to information related to the structures and the management of iron ore dams.

| Purpose | Total structures | Heightening Methods | | |
| --- | --- | --- | --- | --- |
| | | Downstream and Conventional | Center Line | Upstream |
| Disposal of Tailings | 60 | 38 | 6 | 16 |
| Sediments Containment | 74 | 73 | 0 | 1 |
| Water Reservation | 17 | 16 | 1 | 0 |
| **Total** | **151** | **127** | **7** | **17** |

## For the management of Vale's iron ore dams portfolio, a unified database was set up during the year