# Exhibit 6

O **DNPM**
**National Department of Mineral Production**

TRANSLATION

| Are there reasons to conduct a Periodic Review? | |
|---|---|
| | **Regular Review** |
| Yes | |

**Reasons for submitting the Declaration of Stability Status:**

Raising Completed
Continuous Raising - 2 years
Continuous Raising - 10 meters or more
New class of tailings deposited
Minimum frequency (3, 5 or 7 years)
1st Regular Review

# Declaration of Stability Status

**Competency:**

**Business:**  Vale S A Branch: Vale Paraopeba

**Dam Name:**  I

**Potential Associated Damage:**  High

**Risk Category:**  Low

**Dam Classification:**  B

**Municipality/UF:**  BRUMADINHO/MG

**Date of Last Review:**  06/08/2018

I declare for purposes of oversight and verification by the DNPM that I performed the Regular Dam Safety Inspection of the above structure in accordance with the Regular Dam Safety Report prepared on **06/08/2018**, and I affirm the stability of the Structure in accordance with Law No. 12,334 of September 20, 2010, and DNPM Ordinances in effect.

Brasília, Wednesday, June 13, 2018

**ANDRÉ JUM YASSUDA**
Position/Profession: None stated
CREA: 716385
CPF: 697.365.708-78

**Cesar Augusto Paulino Grandchamp**
Position: Technical Manager
CPF: 616.148.746-20

Document electronically signed by **ANDRÉ JUM YASSUDA** on 06/12/2018 at 17:02:18, and by **Cesar Augusto Paulino Grandchamp** on 06/13/2018 at 10:28:06, Brasília official time, as described in Ordinance 70389/2017.

WATER STREET TRANSLATIONS

# Translation Certification



# WATER STREET TRANSLATIONS, LLC

817 Broadway, 4th Floor
New York, NY 10003                                    (212) 776-1713
www.waterstreettranslations.com            info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Timothy Friese, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

> "To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

Kent G. Heine
Water Street Translations, LLC

12/11/19

Date



# Portuguese Original

**Existem motivos para a realização de Revisão Periódica?**

Sim

**Motivos para o envio da Declaração de Condição de Estabilidade:**

Alteamento Concluído
Alteamento Contínuo - 2 anos
Alteamento Contínuo - igual ou acima de 10 metros
Nova classe de rejeitos depositados
Periodicidade máxima (3, 5 ou 7 anos)
1ª Revisão Periódica

**Declaração de Condição de Estabilidade**

**Competência:**

**Empreendedor:** Vale S A Filial: Vale Paraopeba

**Nome da Barragem:** I

**Dano Potencial Associado:** Alto

**Categoria de Risco:** Baixo

**Classificação da barragem:** B

**Município/UF:** BRUMADINHO/MG

**Data da última Revisão:** 08/06/2018

Declaro para fins de acompanhamento e comprovação junto ao DNPM, que realizei Revisão Periódica de Segurança de Barragem na Estrutura acima especificada conforme Relatório de Revisão Periódica elaborado em **08/06/2018**, e atesto as condições da mesma em consonância com a Lei nº 12.334, de 20 de setembro de 2010, e Portarias DNPM vigentes.

Brasília, quarta-feira, 13 de junho de 2018

**ANDRÉ JUM YASSUDA**
Cargo/Profissão: Não informado
CREA: 716385
CPF: 697.365.708-78

**Cesar Augusto Paulino Grandchamp**
Cargo na empresa: Gerente Técnico
CPF: 616.148.746-20

Documento assinado eletronicamente por **ANDRÉ JUM YASSUDA** , em 12/06/2018 às 17:02:18 e **Cesar Augusto Paulino Grandchamp** , em 13/06/2018 às 10:28:06, conforme horário oficial de Brasília, conforme descrito na Portaria 70.389/2017.