# Exhibit 7

**TRANSLATION**

**Declaration of Stability Status**

Departamento Nacional de Produção Mineral

## Identification

| | |
|---|---|
| **CPF/CNPJ:** | 33.592.510/0035-01 |
| **Name/Company Name:** | Vale S A - Branch:  Vale Paraopeba |
| **Main Activity:** | Not declared |

## Disposal of Tailings with Dam

| | |
|---|---|
| **Type of Mining Dam:** | Dam/Dike |
| **Does the Mining Dam have another internal reservoir sealing mining structure:** | No |
| **Mining Dam Name:** | I |
| **FEDERAL UNIT:** | MG |
| **Municipality:** | BRUMADINHO |
| **Operational Status:** | Deactivated |
| **Expected useful life of Dam (years):** | 15 |
| **Purpose of structure is containment of:** | Tailings |
| **The Mining Dam is within the DNPM Process Area or Service Area:** | No |
| **What plant(s) provide power to the Mining Dam:** | Dam is not provided power by plants |

## Coordinates of Crest Center

| | |
|---|---|
| **The coordinates must be reported in SIRGAS2000:** | South of Equator |
| **Latitude:** | -20° 07' 08.800" |
| **Longitude:** | -44° 07' 12.900" |
| **Associated cases:** | |

## Type of Tailings Stored

| | |
|---|---|
| **Mining:** | Iron Mining |
| **Enrichment process:** | Yes |

| Enrichment process |
|---|
| Crushing / Grinding |
| Sifting Others |

| | |
|---|---|
| **Chemicals used:** | No chemical used |
| **Does the Dam store tailings/waste containing cyanide?** | No |
| **Ore content (%) in tailings:** | 47.00 % |

| Other minerals present in reservoir: | Substance | Content |
|---|---|---|
| | IRON MINING | 47.00% |

## Technical Characteristic of Dam

| | |
|---|---|
| **Maximum licensed design height (m):** | 86.00 |
| **Current maximum height (m):** | 86.00 |

WATER STREET TRANSLATIONS

| | |
|---|---|
| Length of design crest (m): | 720.00 |
| Current crest length (m): | 720.00 |
| Maximum spillway discharge (m³/sec): | 1.72 |
| Reservoir area (m²): | 249,500.00 |
| Dam Type (in terms of construction material): | Tailings, Homogeneous Earth |
| Foundation Type: | Residual Soil / Alluvium |
| Design Flow: | 0 - MLF (Maximum Likely Flood) or Ten-Thousand Year Flood |
| Dam Construction Method: | 10 - Upstream or unknown raising or raised upstream over the structure's life cycle |
| Raising type: | Single Stage |
| Type of monitoring: | 0 - There is tested and calibrated instrumentation, not in need of repair, and in accordance with the technical design. |
| Does the Mining Dam have a Sealing Blanket: | No |

## Conservation Status

| | |
|---|---|
| Reliability of Spillway Structures: | 0 - Civil structures well maintained and in normal operations / dam not in need of spillway structures |
| Percolation: | 0 - Percolation completely controlled by drainage system |
| Deformations and Cracks: | 0 - There are no deformations or cracks with potential to compromise the safety of the structure |
| Deterioration of Slopes/Facings: | 2 - Faults in the protection of slopes and facings, presence of shrubs |

## Safety Plan

| | |
|---|---|
| Design Documentation: | 0 - Executive design and "as built |
| Organizational structure and technical qualification of professionals on the Dam Safety team: | 0 - Has an administrative unit with a qualified technical professional responsible for dam safety |
| Manuals for Safety inspections and monitoring: | 0 - Has manuals of procedures for inspection, monitoring and operation |
| PAE - Emergency Action Plan (when required by the supervisory agency): | 0 - Has a PAE |
| Were physical copies of the PAEBM submitted to city governments and city and state Civil Defense offices, as required by Art. 31 of Ordinance No. 70389/2017? | No |
| Inspection and monitoring reports on instrumentation and Safety Analysis: | 0 - Regularly issues inspection and monitoring reports on instrumentation and Safety Analysis |

## Potential Associated Damage

| | |
|---|---|
| Licensed design volume of the Reservoir (m³): | 12,700,000.00 |
| Current volume of reservoir (m³): | 11,741,325.34 |
| Existence of downstream population: | 10 - Yes (There are people permanently occupying the affected area downstream of the dam, and so human life could be affected) |
| Number of people possibly affected: | more than 5001 |
| Environmental impact: | 6 - Significant (Affected area downstream of the dam has an area of environmental interest or areas protected by specific legislation (excluding APPs) and stores only Class II B - Inert waste according to NBR 10004/2004 of ABNT) |
| Socioeconomic impact: | 5 - HIGH (There is a high concentration of residential, agricultural, and industrial facilities or infrastructure of socio-economic-cultural importance in the affected area downstream of the dam) |

## Individual Responsible

**Is there a responsible individual?**
Yes

| Type | Responsible Name | CPF | CREA/Other | Jurisdiction | ART specific | ART |
|---|---|---|---|---|---|---|
| Declaration | Ana Lúcia Moreira Yoda | 078.482.578-51 | 5060540691 | CREA-SP | No | |
| Declaration-Legal Representative | Cesar Augusto Paulino Grandchamp | 616.148.746-20 | | -- | No | |
| Inspection/Survey | Cristina Heloiza da Silva Malheiros | 007.429.956-58 | | -- | No | |
| Design | Guilherme Semensato Abrão | 182.712.158-09 | - | -- | No | - |
| Construction | José Espir Andrade Bichuette | 163.031.136-72 | - | -- | No | - |
| Maintenance/Operation | Warlen Geraldo da Silva | 032.580.516-40 | - | -- | No | - |

**Does the Mining Dam have an External Audit:** Yes

**Company:** Tractebel Engineering LTDA

**CNPJ:** 33.633.561/0001-87

## Accidents / Incidents at the Dam

No incidents at the Dam

## Excerpt from Regular Inspection

**Survey: 4th/2017 - 02/16/2018** Survey

**Information:**

**Responsible for Survey:** 007.429.956-58 - Cristina Heloiza da Silva Malheiros

**Position/Function:**

**CREA/Other:**

**ART:**

**Survey Date:** 02/16/2018

**Survey Name:** 4th/2018

**Survey Observation:** Inspection performed by the technicians Marcelo Magela Coelho, Marcos Roberto Silva Souza, and Renato Caldeira

**Vegetative Cover:** Controlled/absent at height

**TRANSLATION**

**Photos:**



| | |
|---|---|
| **Observation of Vegetative Cover:** | Vegetation observed at height on the dam reservoir, in the beach area.  Mowing and weeding requested. |
| **Presence of Insects / Animals:** | Yes |
| **Observation of Presence of Insects / Animals:** | Presence of cattle on the dam embankment. |
| **Surface Drainage:** | Yes |

**Photos:**



**Observation of Surface Drainage:**    Pooling of water observed in some channels.  A request was made to trim and fix this.

**TRANSLATION**

| | |
|---|---|
| **Did the instrument readings indicate a level of alert or emergency?** | No |
| **Current maximum height (m):** | 86.00 |
| **Current crest length (m):** | 720.00 |
| **Current volume of reservoir (m³):** | 11,741,325.34 |
| **What is the total amount of financial resources applied to Dam Safety actions in this two-week period?** | 95,966.00 |
| **What is the total amount of investments estimated to be required for Dam Safety in this two-week period?** | 95,966.00 |

**Conservation Status in Survey:**

| | |
|---|---|
| **Reliability of Spillway Structures:** | 3 - Structures have identified problems and corrective measures are being implemented |
| **Photos:** | |



| | |
|---|---|
| **Observation of Reliability of Spillway Structures:** | Tulip intake partially obstructed due to vegetation. A request was made to mow and weed the area. |
| **Percolation:** | 0 - Percolation completely controlled by drainage system |
| **Photos:** | |
| **Observation of Percolation:** | |
| **Deformations and Cracks:** | 0 - There are no deformations or cracks with potential to compromise the safety of the structure |
| **Photos:** | |
| **Observation of Deformations and Cracks:** | |
| **Deterioration of Slopes/Facings:** | 0 - No deterioration of slopes/facings |
| **Photos:** | |
| **Observation of Deterioration of Slopes/Facings:** | |
| **Dam has raising:** | Yes |

**Raisings:**

| | |
|---|---|
| **Raising Status:** | Completed |

## Survey: 3rd/2018 - 02/02/2018

**Survey Information:**

| | |
|---|---|
| **Responsible for Survey:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Position/Function:** | |
| **CREA/Other:** | |
| **ART:** | |
| **Survey Date:** | 02/02/2018 |
| **Survey Name:** | 3rd/2018 |
| **Survey Observation:** | Inspection performed by the technicians Marcelo Magela Coelho, Marcos Roberto Silva Souza, and Renato Caldeira |
| **Vegetative Cover:** | Controlled/absent at height |
| **Photos:** | |



| | |
|---|---|
| **Observation of Vegetative Cover:** | Vegetation observed at height around the tulip.  Mowing and weeding requested. |
| **Presence of Insects / Animals:** | No |
| **Observation of Presence of Insects / Animals:** | |
| **Surface Drainage:** | Yes |

**TRANSLATION**

Photos:



| | |
|---|---|
| **Observation of Surface Drainage:** | Channel observed to be partially obstructed by vegetation. |
| **Did the instrument readings indicate a level of alert or emergency?** | No |
| **Current maximum height (m):** | 86.00 |
| **Current crest length (m):** | 720.00 |
| **Current volume of reservoir (m³):** | 11,741,325.34 |
| **What is the total amount of financial resources applied to Dam Safety actions in this two-week period?** | 0.00 |
| **What is the total amount of investments estimated to be required for Dam Safety in this two-week period?** | 0.00 |

**Conservation Status in Survey:**

| | |
|---|---|
| **Reliability of Spillway Structures:** | 3 - Structures have identified problems and corrective measures are being implemented |

**TRANSLATION**

**Photos:**



| | |
|---|---|
| **Observation of Reliability of Spillway Structures:** | Tulip observed to be partially obstructed by vegetation. Mowing and weeding requested. |
| **Percolation:** | 0 - Percolation completely controlled by drainage system |
| **Photos:** | |
| **Observation of Percolation:** | |
| **Deformations and Cracks:** | 0 - There are no deformations or cracks with potential to compromise the safety of the structure |
| **Photos:** | |
| **Observation of Deformations and Cracks:** | |
| **Deterioration of Slopes/Facings:** | 2 - Faults in the protection of slopes and facings, presence of shrubs |
| **Photos:** | |



| | |
|---|---|
| **Observation of Deterioration of Slopes / Facings:** | Beginning of gully erosion observed in the 6th raising, requested revegetation of this area. |
| **Dam has raising:** | Yes |
| **Raisings:** | |
| **Raising Status:** | Completed |
| **Current crest height (m):** | 942.00 |

**Survey Information:**

| | |
|---|---|
| **Responsible for Survey:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Position/Function:** | |
| **CREA/Other:** | |
| **ART:** | |
| **Survey Date:** | 01/19/2018 |
| **Survey Name:** | 2nd/2018 |
| **Survey Observation:** | Survey performed by the technicians Marcelo Magela Coelho, Marcos Roberto Silva Souza, and Renato Caldeira |
| **Vegetative Cover:** | Controlled/absent at height |
| **Photos:** | |
| **Observation of Vegetative Cover:** | |
| **Presence of Insects / Animals:** | Yes |
| **Observation of Presence of Insects / Animals:** | |
| **Surface Drainage:** | Yes |
| **Photos:** | |
| **Observation of Surface Drainage:** | |
| **Did the instrument readings indicate a level of alert or emergency?** | No |
| **Current maximum height (m):** | 86.00 |
| **Current crest length (m):** | 720.00 |
| **Current volume of reservoir (m³):** | 11,741,325.34 |
| **What is the total amount of financial resources applied to Dam Safety actions in this two-week period?** | 91,156.00 |
| **What is the total amount of investments estimated to be required for Dam Safety in this two-week period?** | 91,156.00 |

**Conservation Status in Survey:**

| | |
|---|---|
| **Reliability of Spillway Structures:** | 3 - Structures have identified problems and corrective measures are being implemented |

TRANSLATION

Photos:



| | |
|---|---|
| **Observation of Reliability of Spillway Structures:** | Observation of Reliability of Spillway Structures: Operations are suspended at the dam and so there is no deposition of tailings. However, increased vegetation was noted in the area around the spillway tower, and it was requested to clean it. |
| **Percolation:** | 0 - Percolation completely controlled by drainage system |
| **Photos:** | |
| **Observation of Percolation:** | |
| **Deformations and Cracks:** | 0 - There are no deformations or cracks with potential to compromise the safety of the structure |
| **Photos:** | |
| **Observation of Deformations and Cracks:** | |
| **Deterioration of Slopes/Facings:** | 0 - No deterioration of slopes/facings |
| **Photos:** | |
| **Observation of Deterioration of Slopes /Facings:** | |
| **Dam has raising:** | Yes |

**Raisings:**

| | |
|---|---|
| **Raising Status:** | Completed |
| **Current crest height (m):** | 942.00 |

## Survey: 1st/2018 - 01/05/2018

**Survey Information:**

| | |
|---|---|
| **Responsible for Survey:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Position/Function:** | |
| **CREA/Other:** | |
| **ART:** | |
| **Survey Date:** | 01/05/2018 |
| **Survey Name:** | 1st/2018 |
| **Survey Observation:** | Inspection performed by the technicians Marcelo Magela Coelho, Marcos Roberto Silva Souza, and Renato Caldeira |
| **Vegetative Cover:** | Controlled/absent at height |
| **Photos:** | |

WATER STREET TRANSLATIONS

| | |
|---|---|
| **Observation of Vegetative Cover:** | |
| **Presence of Insects / Animals:** | Yes |
| **Observation of Presence of Insects / Animals:** | Presence of cattle was observed at the dam. |
| **Surface Drainage:** | Yes |
| **Photos:** | |
| **Observation of Surface Drainage:** | |
| **Did the instrument readings indicate a level of alert or emergency?** | No |
| **Current maximum height (m):** | 86.00 |
| **Current crest length (m):** | 720.00 |
| **Current volume of reservoir (m³):** | 11,741,325.34 |
| **What is the total amount of financial resources applied to Dam Safety actions in this two-week period?** | 0.00 |
| **What is the total amount of investments estimated to be required for Dam Safety in this two-week period?** | 0.00 |

**Conservation Status in Survey:**

| | |
|---|---|
| **Reliability of Spillway Structures:** | 0 - Civil structures well maintained and in normal operations / dam not in need of spillway structures |
| **Photos:** | |
| **Observation of Reliability of Spillway Structures:** | |
| **Percolation:** | 0 - Percolation completely controlled by drainage system |
| **Photos:** | |
| **Observation of Percolation:** | |
| **Deformations and Cracks:** | 0 - There are no deformations or cracks with potential to compromise the safety of the structure |
| **Photos:** | |
| **Observation of Deformations and Cracks:** | |
| **Deterioration of Slopes/Facings:** | 0 - No deterioration of slopes/facings |
| **Photos:** | |
| **Observation of Deterioration of Slopes / Facings:** | |
| **Dam has raising:** | Yes |

**Raisings:**

| | |
|---|---|
| **Raising Status:** | Completed |
| **Current crest height (m):** | 942.00 |

**TRANSLATION**

# DNPM
Departamento Nacional de Produção Mineral

## Declaration of Stability Status

**Reason for submitting the Declaration:** DCE submission season (March or September)

**Competency:** 1st/2018

**Business:** Vale S A Branch: Vale Paraopeba

**Dam Name:** I

**Potential Associated Damage:** High

**Risk Category:** Low

**Dam Classification:** B

**Municipality/UF:** BRUMADINHO/MG

**Date of last inspection:** 01/30/2018

I declare for purposes of oversight and verification by the DNPM that I performed the Regular Dam Safety Inspection of the above structure in accordance with the Regular Dam Safety Report prepared on **03/23/2018**, and I affirm the stability of the structure in accordance with Law No. 12,334 of September 20, 2010 and DNPM Ordinances in effect.

Brasília, Tuesday, March 27, 2018

**Ana Lúcia Moreira Yoda** Position: None stated CREA: 5060540691
CPF: 078.482.578-51

**Cesar Augusto Paulino Grandchamp** Position at company: Technical Manager CPF: 616.148.746-20

Document electronically signed by **Ana Lúcia Moreira Yoda** on 03/23/2018 at 16:59:25, and by **Cesar Augusto Paulino Grandchamp** on 03/27/2018 at 15:37:22, Brasília official time, as described in Ordinance 70389/2017.

WATER STREET TRANSLATIONS

Case 1:19-cv-00526-EK-VMS    Document 66-7    Filed 02/21/20    Page 14 of 32 PageID #: 1116

**DNPM**
Departamento Nacional de Produção Mineral

# Agreement

I, Cesar Augusto Paulino Grandchamp, Brazilian, married, a geologist, bearer of ID No. MG 22291816, issued by SSMG on 03/24/2017, registered with the CPF/MF under No. 616.148.746-20, resident and domiciled in the City of Belo Horizonte, State of MG, Rua Rua Roquete Mendonça, hereby declare for all legal intents and purposes, under the penalty of the law, and in accordance with DNPM Ordinance No. 70389/2017, that the information I have submitted is true and authentic (or true and consistent with the reality at the time). I am aware that making a false declaration constitutes a crime under the Brazilian Criminal code, and this declaration is subject to verification in accordance with the Law. Having nothing more to declare, and aware of my responsibility for the declarations I have made, I have signed this document.

In Belo Horizonte on September 26, 2017

**TRANSLATION**

**Departamento Nacional de Produção Mineral**

# Agreement

I, Cesar Augusto Paulino Grandchamp, Brazilian, married, a geologist, bearer of ID No. MG 22291816, issued by SSM G on 03/24/2017, registered with the CPF/MF under No. 616.148.746-20, resident and domiciled in the City of Belo Horizonte, State of MG, Rua Rua Roquete Mendonça, hereby declare for all legal intents and purposes, under the penalty of the law, and in accordance with DNPM Ordinance No. 70389/2017, that the information I have submitted is true and authentic (or true and consistent with the reality at the time). I am aware that making a false declaration constitutes a crime under the Brazilian Criminal code, and this declaration is subject to verification in accordance with the Law. Having nothing more to declare, and aware of my responsibility for the declarations I have made, I have signed this document.

Nova Lima, March 27, 2018

# Translation Certification



**WATER STREET TRANSLATIONS, LLC**
817 Broadway, 4th Floor
New York, NY 10003                                    (212) 776-1713
www.waterstreettranslations.com          info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Timothy Friese, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

> "To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

Kent G. Heine
Water Street Translations, LLC

12/11/19
Date



# Portuguese Original

**DNPM**
Departamento Nacional de Produção Mineral

**Declaração de Condição de Estabilidade**

# Identificação

| | |
|---|---|
| **CPF/CNPJ:** | 33.592.510/0035-01 |
| **Nome/Razao Social:** | Vale S A Filial: Vale Paraopeba |
| **Atividade Principal:** | Não declarado |

# Disposição de Rejeitos com Barramento

| | |
|---|---|
| **Tipo de Barragem de Mineração:** | Barragem/Barramento/Dique |
| **A Barragem de Mineração possui outra estrutura de mineração interna selante de reservatório:** | Não |
| **Nome Barragem de Mineração:** | I |
| **UF:** | MG |
| **Município:** | BRUMADINHO |
| **Situação Operacional:** | Desativada |
| **Vida útil prevista da Barragem (anos):** | 15 |
| **Estrutura com objetivo de contenção de:** | Rejeitos |
| **A Barragem de Mineração está dentro da Área do Processo DNPM ou da Área de Servidão:** | Não |
| **Qual(is) usina(s) alimenta(m) a Barragem de Mineração:** | Barragem não alimentada por usinas |

# Coordenadas do Centro da Crista

| | |
|---|---|
| **As coordenadas devem ser informadas em SIRGAS2000:** | Sul do Equador |
| **Latitude:** | -20° 07' 08.800" |
| **Longitude:** | -44° 07' 12.900" |
| **Processos associados:** | |

# Tipo de Rejeito Armazenado

| | |
|---|---|
| **Minério:** | Minério de Ferro |
| **Processo de beneficiamento:** | Sim |

| Processo de beneficiamento |
|---|
| Britagem / Moagem |
| Peneiramento |
| Outros |

| | |
|---|---|
| **Produtos químicos utilizados:** | Nenhum produto químico utilizado |
| **A Barragem armazena rejeitos/resíduos que contenham cianeto?** | Não |
| **Teor (%) de minério inserido no rejeito:** | 47,00 % |

| **Outras substâncias minerais presentes no reservatório:** | Substância | Teor |
|---|---|---|
| | MINÉRIO DE FERRO | 47,00 % |

# Característica Técnica da Barragem

| | |
|---|---|
| **Altura máxima do projeto licenciado (m):** | 86,00 |
| **Altura máxima atual (m):** | 86,00 |

| | |
|---|---|
| **Comprimento da crista de projeto (m):** | 720,00 |
| **Comprimento atual da crista (m):** | 720,00 |
| **Descarga máxima do vertedouro (m³/seg):** | 1,72 |
| **Área do reservatório (m²):** | 249.500,00 |
| **Tipo de Barragem quanto ao material de construção:** | Rejeito , Terra Homogênea |
| **Tipo de Fundação:** | Solo residual / Aluvião |
| **Vazão de Projeto:** | 0 - CMP (Cheia Máxima Provável) ou Decamilenar |
| **Método Construtivo da Barragem:** | 10 - Alteamento a montante ou desconhecido ou que já tenha sido alteada a montante ao longo do ciclo de vida da estrutura |
| **Tipo de alteamento:** | Etapa Única |
| **Tipo de auscultação:** | 0 - Existe instrumentação testada e calibrada, sem necessidade de reparos e de acordo com o projeto técnico. |
| **A Barragem de Mineração possui Manta Impermeabilizante:** | Não |

## Estado de Conservação

| | |
|---|---|
| **Confiabilidade das Estruturas Extravasoras:** | 0 - Estruturas civis bem mantidas e em operação normal / barragem sem necessidade de estruturas extravasoras |
| **Percolação:** | 0 - Percolação totalmente controlada pelo sistema de drenagem |
| **Deformações e Recalques:** | 0 - Não existem deformações e recalques com potencial de comprometimento da segurança da estrutura |
| **Deterioração dos Taludes / Parâmetros:** | 2 - Falhas na proteção dos taludes e paramentos, presença de vegetação arbustiva |

## Plano de Segurança

| | |
|---|---|
| **Documentação de Projeto:** | 0 - Projeto executivo e "como construído" |
| **Estrutura organizacional e qualificação técnica dos profissionais na equipe de Segurança da Barragem:** | 0 - Possui unidade administrativa com profissional técnico qualificado responsável pela segurança da barragem |
| **Manuais de Procedimentos para inspeções de Segurança e Monitoramento:** | 0 - Possui manuais de procedimentos para inspeção, monitoramento e operação |
| **PAE - Plano de Ação Emergencial (quando exigido pelo órgão fiscalizador):** | 0 - Possui PAE |
| **As cópias físicas do PAEBM foram entregues para as Prefeituras e Defesas Civis municipais e estaduais, conforme exigido pelo art. 31 da Portaria nº 70.389/2017?** | Não |
| **Relatórios de inspeção e monitoramento da instrumentação e da Análise de Segurança:** | 0 - Emite regularmente relatórios de inspeção e monitoramento com base na instrumentação e de Análise de Segurança |

## Dano Potencial Associado

| | |
|---|---|
| **Volume do projeto licenciado do Reservatório (m³):** | 12.700.000,00 |
| **Volume atual do Reservatório (m³):** | 11.741.325,34 |
| **Existência de população a jusante:** | 10 - Existente (Existem pessoas ocupando permanentemente a área afetada a jusante da barragem, portanto, vidas humanas poderão ser atingidas) |
| **Número de pessoas possivelmente afetadas:** | acima de 5001 |
| **Impacto ambiental:** | 6 - Significativo (Área afetada a jusante da barragem apresenta área de interesse ambiental relevante ou áreas protegidas em legislação específica (excluidas APPs)) e armazena apenas resíduos Classe II B - Inertes, segundo a NBR 10004/2004 da ABNT) |
| **Impacto socio-econômico:** | 5 - ALTO (Existe alta concentração de instalações residenciais, agrícolas, industriais ou de infraestrutura de relevância sócio-econômico-cultural na área afetada a jusante da barragem) |

## Responsável Técnico

**Tem responsável técnico?** Sim

| Tipo | Nome Responsável | CPF | CREA/Outros | Jurisdição | ART específica | ART |
|------|------------------|-----|-------------|------------|----------------|-----|
| Declaração | Ana Lúcia Moreira Yoda | 078.482.578-51 | 5060540691 | CREA-SP | Não | |
| Declaração-Representante Legal | Cesar Augusto Paulino Grandchamp | 616.148.746-20 | | -- | Não | |
| Inspeção/Vistoria | Cristina Heloiza da Silva Malheiros | 007.429.956-58 | | -- | Não | |
| Projeto | Guilherme Semensato Abrão | 182.712.158-09 | - | -- | Não | - |
| Construção | José Espir Andrade Bichuette | 163.031.136-72 | - | -- | Não | - |
| Manutenção/Operação | Warlen Geraldo da Silva | 032.580.516-40 | - | -- | Não | - |

**A Barragem de Mineração possuí Auditoria Externa?** Sim

**Empresa:** Tractebel Engineering LTDA

**CNPJ:** 33.633.561/0001-87

## Acidentes / Incidentes na Barragem de Mineração

Nenhuma ocorrência na Barragem de Mineração

## Extrato de Inspeção Regular

### Vistoria: 4º/2018 - 16/02/2018

**Informações da Vistoria:**

**Responsável Vistoria:** 007.429.956-58 - Cristina Heloiza da Silva Malheiros

**Cargo/Função:**

**CREA/Outros:**

**ART:**

**Data Vistoria:** 16/02/2018

**Nome Vistoria:** 4º/2018

**Observação da Vistoria:** Inspeção realizada pelos técnicos Marcelo Magela Coelho, Marcos Roberto Silva Souza e Renato Caldeira

**Revestimento Vegetal:** Controlado/ausente em alteamento

**Fotos:**



| | |
|---|---|
| **Observação do Revestimento Vegetal:** | Obsservado vegetação em alteamento no reservatório da barragem, na área da praia. Solicitado a roçada e capina. |
| **Presença de Insetos / Animais:** | Sim |
| **Observação da Presença de Insetos / Animais:** | Observado presença de gado no maciço da barragem. |
| **Drenagem Superficial:** | Sim |

**Fotos:**



| | |
|---|---|
| **Observação da Drenagem Superficial:** | Observado empoçamento de água em algumas canaletas. Solicitado avaliação do caimento e recuperação. |

**As leituras dos Instrumentos de Auscultação indicaram nível de alerta ou emergência?**  Não

**Altura máxima atual (m):**  86,00

**Comprimento atual da crista (m):**  720,00

**Volume atual do Reservatório (m³):**  11.741.325,34

**Qual o valor total dos recursos financeiros aplicados em ações destinadas à Segurança de Barragens, nesta quinzena?**  95.966,00

**Qual o valor total de investimentos estimado necessários para Segurança de Barragens, nesta quinzena?**  95.966,00

**Estado de Conservação da Vistoria:**

**Confiabilidade das Estruturas Extravasoras:**  3 - Estruturas com problemas identificados e medidas corretivas em implantação

**Fotos:**



**Observação da Confiabilidade das Estruturas Extravasoras:**  Entrada da tulipa parcialmente obstruída devido ao crescimento da vegetação.Solicitado roçada e capina.

**Percolação:**  0 - Percolação totalmente controlada pelo sistema de drenagem

**Fotos:**

**Observação da Percolação:**

**Deformações e Recalques:**  0 - Não existem deformações e recalques com potencial de comprometimento da segurança da estrutura

**Fotos:**

**Observação das Deformações e Recalques:**

**Deterioração dos Taludes / Paramentos:**  0 - Não existe deterioração de taludes e paramentos

**Fotos:**

**Observação da Deterioração dos Taludes / Paramentos:**

**Barragem com alteamento:**  Sim

**Alteamentos:**

**Situação do Alteamento:**  Concluído

Cota Atual da Crista: 942,00

**Vistoria: 3º/2018 - 02/02/2018**

**Informações da Vistoria:**

| | |
|---|---|
| **Responsável Vistoria:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Cargo/Função:** | |
| **CREA/Outros:** | |
| **ART:** | |
| **Data Vistoria:** | 02/02/2018 |
| **Nome Vistoria:** | 3º/2018 |
| **Observação da Vistoria:** | Inspeção realizada pelos técnicos Marcelo Magela Coelho, Marcos Roberto Silva Souza e Renato C aldeira |
| **Revestimento Vegetal:** | Controlado/ausente em alteamento |
| **Fotos:** | |



| | |
|---|---|
| **Observação do Revestimento Vegetal:** | Observado presença de vegetação em alteamento ao redor da tulipa. Solicitado roçada e capina. |
| **Presença de Insetos / Animais:** | Não |
| **Observação da Presença de Insetos / Animais:** | |
| **Drenagem Superficial:** | Sim |

**Fotos:**



| | |
|---|---|
| **Observação da Drenagem Superficial:** | Observado canaleta parcialmente obstruída por matacos. |
| **As leituras dos Instrumentos de Auscultação indicaram nível de alerta ou emergência?** | Não |
| **Altura máxima atual (m):** | 86,00 |
| **Comprimento atual da crista (m):** | 720,00 |
| **Volume atual do Reservatório (m³):** | 11.741.325,34 |
| **Qual o valor total dos recursos financeiros aplicados em ações destinadas à Segurança de Barragens, nesta quinzena?** | 0,00 |
| **Qual o valor total de investimentos estimado necessários para Segurança de Barragens, nesta quinzena?** | 0,00 |

**Estado de Conservação da Vistoria:**

| | |
|---|---|
| **Confiabilidade das Estruturas Extravasoras:** | 3 - Estruturas com problemas identificados e medidas corretivas em implantação |

**Fotos:**



| | |
|---|---|
| **Observação da Confiabilidade das Estruturas Extravasoras:** | Observado tulipa parcialmente obstruída por vegetação. Solicitado roçada e capina da área. |
| **Percolação:** | 0 - Percolação totalmente controlada pelo sistema de drenagem |
| **Fotos:** | |
| **Observação da Percolação:** | |
| **Deformações e Recalques:** | 0 - Não existem deformações e recalques com potencial de comprometimento da segurança da estrutura |
| **Fotos:** | |
| **Observação das Deformações e Recalques:** | |
| **Deterioração dos Taludes / Paramentos:** | 2 - Falhas na proteção dos taludes e paramentos, presença de vegetação arbustiva |
| **Fotos:** | |



| | |
|---|---|
| **Observação da Deterioração dos Taludes / Paramentos:** | Observado início de ravinamento no 6º alteamento, solicitado revegetação da área. |
| **Barragem com alteamento:** | Sim |
| **Alteamentos:** | |
| **Situação do Alteamento:** | Concluído |
| **Cota Atual da Crista:** | 942,00 |

**Vistoria: 2º/2018 - 19/01/2018**

**Informações da Vistoria:**

| | |
|---|---|
| **Responsável Vistoria:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Cargo/Função:** | |
| **CREA/Outros:** | |
| **ART:** | |
| **Data Vistoria:** | 19/01/2018 |
| **Nome Vistoria:** | 2º/2018 |
| **Observação da Vistoria:** | Vistoria realizada pelos técnicos Marcelo Magela Coelho, Marcos Roberto Silva Souza e Renato Cal deira |
| **Revestimento Vegetal:** | Controlado/ausente em alteamento |
| **Fotos:** | |
| **Observação do Revestimento Vegetal:** | |
| **Presença de Insetos / Animais:** | Sim |
| **Observação da Presença de Insetos / Animais:** | |
| **Drenagem Superficial:** | Sim |
| **Fotos:** | |
| **Observação da Drenagem Superficial:** | |
| **As leituras dos Instrumentos de Auscultação indicaram nível de alerta ou emergência?** | Não |
| **Altura máxima atual (m):** | 86,00 |
| **Comprimento atual da crista (m):** | 720,00 |
| **Volume atual do Reservatório (m³):** | 11.741.325,34 |
| **Qual o valor total dos recursos financeiros aplicados em ações destinadas à Segurança de Barragens, nesta quinzena?** | 91.156,00 |
| **Qual o valor total de investimentos estimado necessários para Segurança de Barragens, nesta quinzena?** | 91.156,00 |

**Estado de Conservação da Vistoria:**

| | |
|---|---|
| **Confiabilidade das Estruturas Extravasoras:** | 3 - Estruturas com problemas identificados e medidas corretivas em implantação |

**Fotos:**



| | |
|---|---|
| **Observação da Confiabilidade das Estruturas Extravasoras:** | A barragem se encontra com a operação paralisada não havendo disposição de rejeito, no entanto, foi identificado um aumento da vegetação na área de entrada da torre do extravasor, sendo solicitada a limpeza. |
| **Percolação:** | 0 - Percolação totalmente controlada pelo sistema de drenagem |
| **Fotos:** | |
| **Observação da Percolação:** | |
| **Deformações e Recalques:** | 0 - Não existem deformações e recalques com potencial de comprometimento da segurança da estrutura |
| **Fotos:** | |
| **Observação das Deformações e Recalques:** | |
| **Deterioração dos Taludes / Paramentos:** | 0 - Não existe deterioração de taludes e paramentos |
| **Fotos:** | |
| **Observação da Deterioração dos Taludes / Paramentos:** | |
| **Barragem com alteamento:** | Sim |

**Alteamentos:**

| | |
|---|---|
| **Situação do Alteamento:** | Concluído |
| **Cota Atual da Crista:** | 942,00 |

### Vistoria: 1º/2018 - 05/01/2018

**Informações da Vistoria:**

| | |
|---|---|
| **Responsável Vistoria:** | 007.429.956-58 - Cristina Heloiza da Silva Malheiros |
| **Cargo/Função:** | |
| **CREA/Outros:** | |
| **ART:** | |
| **Data Vistoria:** | 05/01/2018 |
| **Nome Vistoria:** | 1º/2018 |
| **Observação da Vistoria:** | Inspeção realizada pelos técnicos Marcelo Magela Coelho, Marcos Roberto Silva Souza e Renato Caldeira |
| **Revestimento Vegetal:** | Controlado/ausente em alteamento |
| **Fotos:** | |

**Observação do Revestimento Vegetal:**

**Presença de Insetos / Animais:** Sim

**Observação da Presença de Insetos / Animais:** Observado a presença de bovinos na barragem.

**Drenagem Superficial:** Sim

**Fotos:**

**Observação da Drenagem Superficial:**

**As leituras dos Instrumentos de Auscultação indicaram nível de alerta ou emergência?** Não

**Altura máxima atual (m):** 86,00

**Comprimento atual da crista (m):** 720,00

**Volume atual do Reservatório (m³):** 11.741.325,34

**Qual o valor total dos recursos financeiros aplicados em ações destinadas à Segurança de Barragens, nesta quinzena?** 0,00

**Qual o valor total de investimentos estimado necessários para Segurança de Barragens, nesta quinzena?** 0,00

**Estado de Conservação da Vistoria:**

**Confiabilidade das Estruturas Extravasoras:** 0 - Estruturas civis bem mantidas e em operação normal / barragem sem necessidade de estruturas extravasoras

**Fotos:**

**Observação da Confiabilidade das Estruturas Extravasoras:**

**Percolação:** 0 - Percolação totalmente controlada pelo sistema de drenagem

**Fotos:**

**Observação da Percolação:**

**Deformações e Recalques:** 0 - Não existem deformações e recalques com potencial de comprometimento da segurança da estrutura

**Fotos:**

**Observação das Deformações e Recalques:**

**Deterioração dos Taludes / Paramentos:** 0 - Não existe deterioração de taludes e paramentos

**Fotos:**

**Observação da Deterioração dos Taludes / Paramentos:**

**Barragem com alteamento:** Sim

**Alteamentos:**

**Situação do Alteamento:** Concluído

**Cota Atual da Crista:** 942,00

**DNPM**
Departamento Nacional de Produção Mineral

## Declaração de Condição de Estabilidade

**Motivo do envio da Declaração:** Campanha de entrega da DCE (março ou setembro)

**Competência:** 1º/2018

**Empreendedor:** Vale S A Filial: Vale Paraopeba

**Nome da Barragem:** I

**Dano Potencial Associado:** Alto

**Categoria de Risco:** Baixo

**Classificação da barragem:** B

**Município/UF:** BRUMADINHO/MG

**Data da última inspeção:** 30/01/2018

Declaro para fins de acompanhamento e comprovação junto ao DNPM, que realizei a Inspeção de Segurança Regular de Barragem na estrutura acima especificada conforme relatório de Inspeção de Segurança Regular de Barragem, elaborado em **23/03/2018**, e atesto a estabilidade da mesma em consonância com a Lei nº 12.334, de 20 de setembro de 2010 e Portarias DNPM vigentes.

Brasília, terça-feira, 27 de março de 2018

**Ana Lúcia Moreira Yoda**
Cargo: Não informado
CREA: 5060540691
CPF: 078.482.578-51

**Cesar Augusto Paulino Grandchamp**
Cargo na empresa: Gerente Técnico
CPF: 616.148.746-20

Documento assinado eletronicamente por **Ana Lúcia Moreira Yoda** em 23/03/2018 às 16:59:25, e **Cesar Augusto Paulino Grandchamp** em 27/03/2018 às 15:37:22, conforme horário oficial de Brasília, conforme descrito na Portaria 70.389/2017.

**DNPM**
Departamento Nacional de Produção Mineral

## Termo de Compromisso

Eu, Cesar Augusto Paulino Grandchamp, brasileiro, casado, geologo, portador da carteira de identidade nº MG 22291816, expedida pelo SSMG, em 24/03/2017, inscrito no CPF/MF, sob o n° 616.148.746-20, residente e domiciliado na Cidade de Belo Horizonte e Estado do MG, à Rua Rua Roquete Mendonça, declaro, para fins de direito, sob as penas da lei, e em atendimento à Portaria do DNPM Nº 70.389/2017, que as informações por mim prestadas constantes neste Sistema, são verdadeiras e autênticas (ou são fieis à verdade e condizentes com a realidade dos fatos à época). Fico cient e através desse documento que a falsidade dessa declaração configura crime previsto no Código Penal Brasileiro, e passível de apuração na forma da Lei. Nada mais a declarar, e ciente das responsabilidades pelas declarações prestadas, firmo a presente.

Belo Horizonte, 26 de setembro de 2017

**DNPM**
Departamento Nacional de Produção Mineral

## Termo de Compromisso

Eu, Cesar Augusto Paulino Grandchamp, brasileiro, casado, eng. geologo, portador da carteira de identidade nº mg22291816, expedida pelo SSMG, em 24/03/2017, inscrito no CPF/MF, sob o nº 616.148.746-20, residente e domiciliado na Cidade de BELO HORIZONTE e Estado do MG, à Rua Rua Roquete Mendonça, declaro, para fins de direito, sob as penas da lei, e em atendimento à Portaria do DNPM Nº 70.389/2017, que as informações por mim prestadas constantes neste Sistema, são verdadeiras e autênticas (ou são fiéis à verdade e condizentes com a realidade dos fatos à época). Fico ciente através desse documento que a falsidade dessa declaração configura crime previsto no Código Penal Brasileiro, e passível de apuração na forma da Lei. Nada mais a declarar, e ciente das responsabilidades pelas declarações prestadas, firmo a presente.

Nova Lima, 27 de março de 2018