# Exhibit 9

TRANSLATION

# BRAZILIAN STANDARD

# ABNT NBR 13028

Third edition
11.14.2017

# Mining – Preparation and presentation of dam designs for disposal of tailings, containment of sediments, and storage of water – Requirements

*Mining – Preparation and presentation of design of tailings, sediments and/or water dams – Requirements*

ICS 73.020 ISBN 978-85-07-07286-7



**BRAZILIAN ASSOCIATION OF TECHNICAL STANDARDS**

Reference number
ABNT NBR 13028:2017
16 pages

© ABNT 2017

© ABNT 2017 – All rights reserved

WATER STREET TRANSLATIONS

**TRANSLATION**

**ABNT NBR 13028:2017**

© ABNT 2017
All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or used by any electronic or mechanical means, including photocopying and microfilm, without written permission from ABNT.

ABNT
Av. Treze de Maio, 13-18th floors
20031-901 – Rio de Janeiro – RJ
Tel: + 55 21 3974-2300
Fax: + 55 21 3974-2346
abnt@abnt.org.br
www.abnt.org.br

ii

© ABNT 2017 – All rights reserved

Case 1:19-cv-00526-EK-VMS    Document 66-9    Filed 02/21/20    Page 4 of 48 PageID #: 1214

**TRANSLATION**

## Table of Contents                                                    Page

| | | |
|---|---|---|
| **Preface** | | **iv** |
| **Introduction** | | **v** |
| **1** | **Scope** | **1** |
| **2** | **Reference standards** | **1** |
| **3** | **Terms and definitions** | **1** |
| **4** | **General considerations** | **4** |
| **5** | **Requirements for preparing and presenting designs** | **5** |
| **5.1** | **Executive summary** | **5** |
| **5.2** | **Introduction** | **5** |
| **5.3** | **Technical file on the dam** | **6** |
| **5.3.1** | **Technological studies and physical characterization of the tailings** | **6** |
| **5.3.2** | **Chemical characterization of the tailings** | **6** |
| **5.3.3** | **Locational studies** | **6** |
| **5.3.4** | **Hydrological and hydraulic studies** | **7** |
| **5.3.5** | **Geological-geotechnical studies** | **7** |
| **5.3.6** | **Seismic studies** | **8** |
| **5.4** | **Dam designs** | **8** |
| **5.4.1** | **Assumptions, allowed hypotheses and design criteria** | **9** |
| **5.4.2** | **Geometry and general layout** | **9** |
| **5.4.3** | **Reservoir occupation** | **9** |
| **5.4.4** | **Water balance** | **9** |
| **5.4.5** | **Auxiliary structures** | **9** |
| **5.4.6** | **Diversion of water flow** | **9** |
| **5.4.7** | **Handling of foundations** | **10** |
| **5.4.8** | **Internal drainage of the dam wall** | **10** |
| **5.4.9** | **Impermeable liner for the dam** | **10** |
| **5.4.10** | **Dam wall** | **10** |
| **5.4.11** | **Overflow system** | **12** |
| **5.4.12** | **Surface drainage** | **13** |
| **5.4.13** | **Control instrumentation** | **14** |
| **5.4.14** | **Closure plan** | **14** |
| **5.4.15** | **Deactivation plan** | **14** |
| **5.4.16** | **Documents that must be attached to the final design** | **14** |
| **Bibliography** | | **16** |

**Tables**

| | | |
|---|---|---|
| **Table 1** | **Minimum safety factors for mining dams** | **11** |
| **Table 2** | **Minimum safety factors for concrete dams** | **12** |
| **Table 3** | **Minimum return time to be considered for determining the size of the overflow system as a function of consequences or current legislation** | **13** |

© ABNT 2017 – All rights reserved

TRANSLATION

ABNT NBR 13028:2017

# Preface

The Associação Brasileira de Normas Técnicas (ABNT) [Brazilian Association of Technical Standards] is the National Forum for Standardization. Brazilian Standards, whose content is the responsibility of Brazilian Committees (ABNT/CB), the Sectorial Standardization Entities (ABNT/ONS) and the Commissions on Special Studies (ABNT/CEE), are prepared by Study Commissions (CE) that are formed by parties interested in standardization matters.

ABNT's Technical Documents are prepared in accordance with the rules of ABNT Directive 2.

ABNT notes that, despite the fact that a statement has been requested regarding possible patent rights during the National Consultation, there may be patents, which should be communicated to ABNT at any time (Law No. 9279 of May 14, 1996).

It is noted that Brazilian Standards may be cited in Technical Regulations. In these cases, the Entities responsible for the Technical Regulations may determine that further information is necessary to meet the requirements of this Standard.

ABNT NBR 13028 was prepared by the Special Study Commission on Design Development for Mining Tailings and Sterile Matter (ABNT/CEE-220). The first Design Review was released for National Consultation pursuant to Tender No. 3, from March 9, 2017, to May 7, 2017. The second Design Review was released for National Consultation pursuant to Tender No. 8, from August 10, 2017, to September 9, 2017.

This third edition cancels and replaces the previous edition (ABNT NBR 13028:2006), which underwent technical revision.

The Scope in English of this Brazilian Standard is the following:

## Scope

This Standard establishes the minimum requirements for the development and presentation of the design of dams in the mining industry. These, include dams and reservoirs for disposal processing tailings containment sediments generated by erosion and water storage for the industry use. This standard has the purpose of defining the conditions of safety, economy, operability and closure for the projects minimizing any environmental impacts.

NOTE    This Standard does not intend to address all aspects of federal, state and local, associated with its use. It is the user's responsibility of this standard, in case of any conflicts of regulatory procedures, establish appropriate practices for each case in accordance with current laws and with good engineering practice.

© ABNT 2017 – All rights reserved

WATER STREET TRANSLATIONS

Case 1:19-cv-00526-EK-VMS   Document 66-9   Filed 02/21/20   Page 6 of 48 PageID #: 1216

**TRANSLATION**

## Introduction

A revision of ABNT NBR 13028 is being prepared in accordance with the legislation in force. Mining dams will be classified according to the risk analysis and the associated potential damage.

A series of documents provides guidance on the design of mining dams (in particular tailings dams), and the reader will be directed towards the Reference Section at the end of this Standard, where this set of information may be obtained. A key reference document is Bulletin ICOLD 139 *"Improving Tailings Dam Safety: Critical Aspects of Management, Design, Operation, and Closure,"* issued in 2011.

© ABNT 2017 – All rights reserved

**TRANSLATION**

**TRANSLATION**

| **BRAZILIAN STANDARD** | **ABNT NBR 13028:2017** |
| --- | --- |

## Mining – Preparation and presentation of dam designs for disposal of tailings, sediment containment, and water storage – Requirements

### 1. Scope

This Standard specifies the minimum requirements for preparation and presentation of mining dam design, including dams used for disposal of processed tailings, containment of sediments created by erosion, and water storage in mining operations, complying with safety, operating, economic and deactivation conditions, and minimizing impacts on the environment.

NOTE: This Standard does not intend to cover all aspects of federal, state and municipal legislation associated with its use. In the event of conflicts between normative procedures, the user of this Standard is responsible for establishing appropriate practices for each case, in accordance with the legislation in force and with good engineering practices.

### 2. Reference standards

The documents listed below are necessary for use of this document. For dated references, only the cited editions apply. For undated references, the most recent editions of the mentioned documents apply (including amendments).

ABNT NBR 10004, *Solid waste – Classification*

ABNT NBR 10005, *Procedure for obtaining leached extract from solid waste*

ABNT NBR 10006, *Procedure for obtaining solubilized extract from solid waste*

ABNT NBR 10007, *Sampling of solid waste*

### 3. Terms and definitions

For the purposes of this document, the following terms and definitions will be used.

**3.1**
**Tailings**
Any and all material discarded during ore processing.

**3.2**
**Tailings disposal**
A planned and organized method of accumulating tailings, minimizing structural and environmental risks.

**3.3**
**Sediment**
Any and all solid particulates created by erosion and washed superficially by water.

© ABNT 2017 – All rights reserved

**TRANSLATION**

ABNT NBR 13028:2017

### 3.4
### Mining dams

Dams, embankments, dikes, reservoirs, and holes emptied with constructed dams, associated with activities developed based on mining rights, used for the purposes of containment, accumulation or decantation of ore or discharge of sediments produced by mining activities, with or without capture of associated water, including the structure of the dam and its associated structures.

NOTE: Dams may be located on a permanent or temporary water course or away from water courses on hills or plateaus.

### 3.5
### Dam raising

Any increase in the height of a dam wall from the existing starter dam that is designed and built to increase volumetric capacity, to elevate the water line, increase flood mitigation height, or for another reason, making such procedure necessary or desirable.

### 3.6
### Dams for disposal of tailings

Structures used to retain tailings that are produced by ore processing in a planned, projected and controlled manner.

### 3.7
### Dams built with tailings

Dams formed by tailings that have geotechnical characteristics that allow them to be used to build or raise the principal containment structure.

### 3.8
### Dam-raising methods

Dam raising from the axis of the initial starter dam, which may be designed and built in one of three ways: downstream, centerline, and upstream raising methods.

### 3.9
### Drained pile

A structure that is built hydraulically or mechanically with tailings, which is configured as a permeable dam wall, with a bottom drainage system and formation of reduced water surface. It may be built at the bottom of a valley, on the coast, or in another area.

### 3.10
### Dams built on tailings

Structures built on tailings, however recessed in relation to the principal dam wall of the embankment which, despite increasing the capacity to store tailings from the reservoir, do not increase the height of the dam. These structures are designed and built evaluating the potential consequences for the dam.

### 3.11
### Reservoir

The space created upstream of the dam that is intended to contain tailings, sediment and/or to store water, which tailings may or may not be contaminated.

© ABNT 2017 – All rights reserved

**TRANSLATION**

**ABNT NBR 13028:2017**

**3.12**
**Contaminated solids or liquids**
Concentrations of liquid or solid chemical elements, including radioactive (according to Conama's table of contaminants and other standard-setting institutions), which have the potential to affect the environment or human health negatively.

**3.13**
**System for disposing of tailings in a dam**
A system formed by the subsystems necessary to dispose of tailings, such as the dam, intermediate dikes, saddle dikes, piles, pipelines, spillways, drainage structures and pumping stations.

**3.14**
**Tributary to the dam**
Any flow of water, tailings or other sediment, whether constant or seasonal, surface or underground, that converge towards the dam's reservoir.

**3.15**
**Effluent from the dam**
Liquid fraction that returns to the environment superficially and/or underground, after passing through the dam.

**3.16**
**Useful operating life of the dam**
The period comprised between the start of operations and close of the dam.

**3.17**
**Deactivation of the dam**
Suspension of operation, whether temporary or final, when the structure is not receiving a supply of tailings and/or sediments.

**3.18**
**Dam closure plan**
Conception, planning and design of the set of activities necessary to allow the structure to be closed.

**3.19**
**Borrow pits**
Areas selected in the design to extract construction materials for the dam wall.

**3.20**
**Normal water surface**
Water surface allowed for normal operating conditions of ongoing internal drainage, with flow under normal operating conditions, as established in the design.

NOTE: It is important to take into account that there are dams in which there is no internal drainage system and in which the water surface is directly related to the drainability conditions from the foundation and the materials used in construction of the dam.

**3.21**
**Critical water surface**
Water surface corresponding to the flow network in critical operating conditions, which introduces severe conditions of stability and potential for allowed internal erosion, such as, for example, conditions of poor internal drainage from the dam as established in the design.

© ABNT 2017 – All rights reserved

**TRANSLATION**

**ABNT NBR 13028:2017**

**3.22**
**Design flood**
Discharge or sizing hydrogram to determine the dimensions of hydraulic designs, such as, for example, an overflow system, corresponding to significant peak discharge values, or a volume of a certain duration, and associated with a return period, for which the risk and safety of the structures or hydraulic systems are established.

**3.23**
**Return time**
Statistical concept that represents the average period in years in which a determined flood event is equaled or exceeded; the inverse of the probability that this event is equaled or exceeded in any year is also represented.

**3.24**
**Freeboard**
The free height between the *maximum maximorum* water level, which is calculated using a hydrological model, from the design flood to the elevation of the crown of the dam.

**3.25**
**Expected volume**
Minimum volume intended to mitigate the design flood, located between the threshold of the overflow system and the *maximum maximorum* water level, used to determine the size of the discharge structures. In tailings dams, the volumes for mitigating floods must be greater than the expected volumes at the start of operation, being progressively reduced throughout their useful life, by occupation of tailings deposits.

**3.26**
**Dam height**
Difference in heights between the crest of the dam and the lowest point of the foundation.

**4.      General considerations**

**4.1**      The term "dam" is used by mine operators to refer to the entire tailings disposal facility. A dam is considered to be the principal containment structure, which includes the tailings disposal system. Inside the tailings disposal structure, there may also be internal structures to hold solids and fluids. The term "embankment" is also used by some mine operators; they are considered to be small dams and are often used to contain sediments from the sterile pile and/or operating area.

**4.2**      Tailings dams may be built using earth (soil), rocky material, or with tailings themselves.

**4.3**      In some cases, tailings may be cycloned so that they are adapted to the required geotechnical characteristics and can be used as construction material, and in others, cycloning of tailings is not used, however hydraulic separation improves the geotechnical characteristics of the tailings by separating out particulates formed along the discharge flow. In these types of dams, the characteristics of the tailings, especially granulometry, resistance to shearing, and permeability, are essential to the success of the design.

**4.4**      Dam-raising methods may or may not use tailings for their construction. In the downstream raising method, the construction material is placed downstream of the starter dam.

© ABNT 2017 – All rights reserved

**TRANSLATION**

In the centerline raising method, some construction materials are laid out downstream and some are placed upstream of the starter dam, and finally, in the upstream raising method, the construction material is laid out upstream of a starter dike.

**4.5**    The upstream raising method requires special attention during the phases of design, construction, operation, and deactivation, and choosing this method must be based on a greater level of detailed engineering of the tailings, whether they are used as the foundation or as construction material, as well as in the internal drainage elements and analysis for undrained loading requests. For this method, the operating manual must be included in the design and it must be detailed to prevent operating errors.

**4.6**    The drained piling method goes into great detail in tailings engineering, and considers the granulometric characteristics and adequate and controlled permeability during their entire useful life so that there can be free drainage, allowing the structure to remain unsaturated.

**4.7**    The types of mining dams are as follows:

a)    Dams for disposal of tailings, sediments and/or sludge (including closing/saddle dikes, or structures to contain thickened tailings)

b)    Dams to contain sediments created by hydraulic erosion

c)    Dams to accumulate contaminated liquids

d)    Dams to collect percolate, and finishing dams

e)    Dams for closing exhausted holes in mining pits

f)    Dams to accumulate water for processing ore

## 5.    Requirements for preparing and presenting designs

### 5.1    Executive summary

The executive summary should provide general, summarized information about the project to allow for an overall understanding.

### 5.2    Introduction

The introduction should provide basic information, such as the following:

a)    Enterprise: identification and address

b)    Undertaking: location, access, purpose, type of dam, useful operating life of the dam, and characteristics of the tailings to be disposed of, and the volumes of the dam wall and reservoir

c)    Classification of the dam according to legislation in force

d)    Overflow system

e)    Form of discharging and placing tailings in the reservoir

© ABNT 2017 – All rights reserved

WATER STREET TRANSLATIONS

**TRANSLATION**

**ABNT NBR 13028:2017**

### 5.3    Technical file on the dam

The technical file on the dam should provide the physical characteristics that define the projected dam and the drainage basin, including the type of dam, final height, base and crest elevations, length and width of the crest, general angle of the slope, width of berms, angles of slopes between berms, height of the slopes between berms, volumes of the dam wall and reservoir, spillways, useful operating life, area occupied by the reservoir, area of deforestation, applicable design criteria and information on the designer.

### 5.3.1    Technological studies and physical characterization of the tailings

For tailings dams, evaluated disposal techniques must be described comparatively, justifying the choice made for the project. In tailings dams that are built using the tailings themselves, special focus must be given to the physical characteristics, geotechnical properties, and sedimentation of the tailings, as well as granulometry, resistance to shearing, and permeability. It is mandatory that these parameters are fully investigated and understood, through laboratory testing and possibly *"in situ"* visits during the design, construction and operating phases, and they must be reviewed throughout the operating life of the dam. Correct selection of the disposal method will allow the tailings dam to be designed so that it is safe, economical, and adequate for the functions required throughout its entire useful life, including closure. It is important to point out that the method of disposal selected may influence some aspects related to the water balance and water management design.

### 5.3.2    Chemical characterization of the tailings

Describe and technically analyze the results of the chemical characterization tests on the tailings to be disposed of or used as construction material in the dams. The tailings must be sampled, characterized, and classified in accordance with ABNT NBR 10004, ABNT NBR 10005, ABNT NBR 10006 and ABNT NBR 10007. It is also recommended that the potential to generate acidic or radioactive drainage be evaluated. Note that chemical characterization of the tailings is also a deciding factor in selecting the method of disposal, which may influence the alternative selected.

NOTE: In the absence of specific legislation, dams that store tailings that are classified as hazardous may require the installation of an impermeable liner. Tailings classified as Class II A (not hazardous and not inert), or that have the potential to generate acidic drainage or radionuclides, may require a hydrogeological and hydrogeochemical evaluation as part of the dam's design, including characterization and definition of the reference values prior to implementing the undertaking, in order to verify the vulnerabilities of the aquifer and to define needs and the type of liner and/or control to be used in the design. Since inert tailings are not considered to be contaminants, and thus do not have the potential to negatively affect the environment or human health, no type of liner is required.

### 5.3.3    Locational studies

Locational studies must describe the options for locating the structure's axis, studied during the design, taking into account engineering and environmental variables, justifying the choice made for the design.

The justification must be presented with the geomorphological, geological and geotechnical, hydrometerological, and environmental characteristics, as well as with the volumes and areas of the reservoirs, in a comparative evaluation between the alternatives considered.

© ABNT 2017 – All rights reserved

**TRANSLATION**

ABNT NBR 13028:2017

### 5.3.4  Hydrological and hydraulic studies

The hydrological and hydraulic studies must describe the climate and hydrological characteristics of the dam's impoundment, in addition to defining the parameters necessary for determining the size of the dam's overflow system, the pumping system (when applicable), and the system to divert the water course.

The basis of the information necessary to develop the reservoir's water balance must be presented and associated with the balance of the tailings mass and/or the sediment generation rate, when applicable. It is also expected that a methodological description will be presented to determine the amount of precipitation and/or discharge that will be used to handle overflows from the reservoir. The reference stations used for statistical analyses to determine the amounts of rain must be explained in regard to spatial representativeness of the hydrological processes existing in the dam's impoundment. Reference stations with more than 20 years of data should be used.

### 5.3.5  Geological-geotechnical studies

Geological-geotechnical studies should facilitate proper understanding of the characteristics of the foundation materials and of the construction materials, and respective behavior in light of the demands that will be imposed by the structures and contents of the reservoir. The characteristics of resistance, compressibility, and permeability must be determined by means of laboratory tests and *"in situ"* investigations.

### 5.3.5.1  Regional and local geology

Regional and local geology must show the geological-geotechnical mapping of the surface of the areas to be used for the foundation of the dam wall and the areas situated around the reservoir to determine the schedule for field and laboratory research necessary to study the dam's foundations and/or shoulder slopes or in the reservoir and borrow pits.

### 5.3.5.2  Foundations

The foundation study must show the main results from the geological-geotechnical mapping found during the geotechnical investigations and field and laboratory tests that were done in order to learn about the geotechnical characteristics of the component materials and the hydrogeological conditions of the foundations of the dam, and consequently, to help prepare the studies to develop the foundation design and the structural analyses on the dam. The number of probes and samples to be collected and analyzed in a laboratory must be defined by a professional with recognized experience, in order to have a full understanding of the geological-geotechnical context in the location where the dam is built.

For dams raised on tailings (upstream or centerline raises), the material's support potential must be evaluated, and the results of the geotechnical characterization of the tailings as well as granulometry, density of granules, void ratio, permeability coefficient, density and deformation parameters and their resistance parameters must be presented, and the liquefaction potential of the tailings must also be evaluated (stability analyses for undrained conditions).

### 5.3.5.3  Construction materials

Studies must be presented to define the construction materials to be used for the dam wall that are available in the borrow pits, considering their geotechnical characteristics, such as: *"in situ"* density, density of particles, natural humidity content, granulometry, consistency limits, shearing resistance parameters, permeability coefficient, compacting parameters, degree of alteration, and thickening and deformation parameters, in order to evaluate resistance parameters for use in structural analyses of the dam.

© ABNT 2017 – All rights reserved

**TRANSLATION**

**ABNT NBR 13028:2017**

For dams built of tailings, the results of the geotechnical characterization of the tailings must be presented and analyzed, as well as complete granulometry through sieving and sedimentation, maximum and minimum densities, real density of the particles, permeability coefficient, thickening and deformation parameters, and shearing resistance parameters; in particular, the tailings' liquefaction potential must be evaluated (behavior during shearing and stability analysis for undrained conditions).

The characteristics of the granular materials to be used to build the dam's internal drainage devices must also be presented.

### 5.3.6    Seismic studies

Seismic studies must evaluate the seismic potential in the area where the dam is to be built, based on a bibliography, including existing standards and records.

For the initial stages of the study, use of the criteria suggested by the Canadian Dam Association (CDA) is recommended, which indicates use of acceleration of gravity resulting from the Maximum Credible Earthquake (MCE) for pseudostatistics analysis.

### 5.4    Dam designs

The dam design may be developed on conceptual, basic and executive levels, as shown below:

a)  The conceptual level is a stage of the design in which the dam is conceived as a structure for disposal of tailings and other subsidiary functions, although the size of the dam has not yet been determined. During this stage, the study on locational and technological alternatives is presented, as well as the design criteria, assumptions and restrictions, the height-volume curve, and also the type of dam selected. The preliminary key designs are usually prepared during the conceptual design, as is the topographical basis, plat, section type, and any details that allow the concept defined for the design to be established;

b)  The basic level is the stage following the conceptual design. During this stage, the assumptions and hypothesis regarding the conceptual design are validated. The results of geological-geotechnical investigations and topographical studies are used to determine the basic sizes of the dam. The geotechnical and hydraulic sizes, tailings disposal management plan, water capture, designs and specifications of the project are prepared at a level of detail and precision that allows the work to be outsourced under contractually safe and clear conditions regarding the amount of services and quality characteristics required;

c)  The executive level is the final engineering stage in which the final dimensions of the auxiliary structures are determined, the size and structural calculation are determined, as are detailed design of spillways, galleries, surface drainages and accesses. The project's implementation plan is also detailed during this stage, along with related documents for implementation and future operation of the dam.

The executive project must have a level of detail so that the work can be performed, and therefore, it must define all geometry and quality characteristics of the construction materials used. Any need for alterations in the executive design of the project must be listed in the as-built document. The executive design must cover the operating aspects that impact the design by means of a detailed operating manual.

© ABNT 2017 – All rights reserved

**TRANSLATION**

ABNT NBR 13028:2017

### 5.4.1  Assumptions, allowed hypotheses, and design criteria

Present the assumptions, hypothesis and operating criteria allowed for the design, such as: dam functions, estimated useful life, construction methodology and materials, safety criteria used for physical and hydraulic stability, pertinent legislation, description of the characteristics of the tailings to be disposed of, when applicable, etc.

### 5.4.2  Geometry and general layout

Describe the result of the alternative localization studies, the technical characteristics of the dimensioning of the final layout of the dam wall and the reservoir, provisory and definitive accesses, the overflow system, the elevation curve versus the volume of the dam wall, the elevation curve versus the volume of the reservoir, the internal and surface drainage systems, and the construction methodology and dam-raising methodology.

### 5.4.3  Occupation site of the reservoir

Present the reservoir occupation plan that was developed based on sedimentology studies on the tailings and the water balance. For tailings dams, present a tailings disposal plan for the entire useful life of the dam. The disposal plan must be integrated with the dam's water balance and it must be revised throughout operation of the undertaking. Special attention must be paid to the rate at which the dam is built using its own tailings. The raise rate must be taken into consideration in the dam's design, as this influences stability conditions throughout operation, and may be a potential rupture mechanism.

### 5.4.4  Water balance

The water balance in the reservoir must be presented including all potential entries and exits of water throughout the entire useful life and after its closure. The design report must show the origin of information on each variable in the water balance, and it must also present the results and interpret the behavior of the reservoir (volume and elevation) throughout the useful life of the undertaking, notably the frequency of discharges and legal requirements for restitution and maintenance of minimum voids. When preparing the water balance, it is also important to run sensitivity analyses for extreme events, such as excess rain and droughts, associating their own risks of occurrence with these scenarios. The water balance must be reviewed throughout the dam's entire operating period.

### 5.4.5  Auxiliary structures

Present the result of the studies to define the positioning of the dam's accessory elements or the tailings disposal system, and the delivery system and discharge of tailings into the reservoir, the pumping system, and delivery of industrial water.

When there are layouts of water or tailings pipelines passing over the embankments of the dam, measures must be taken to assure that any discharges do not cause damage to the embankments.

### 5.4.6  Diversion of the water course

Describe the methodology and sizing of any hydraulic structures to divert the water course for operation during construction work on the dam, considering the hydrological risk to be assumed for the operating period of the diverting structures. For this, a maximum hydrological risk of 5% must be used to select the design flood for diversion works to build this type of structure. The criteria used to determine the size of the diversion system must be presented. The diversion structures that will remain after the end of operation must be handled by permanent works.

© ABNT 2017 – All rights reserved

**TRANSLATION**

ABNT NBR 13028:2017

### 5.4.7    Handling of foundations

The procedures required to build the foundations must be presented based on the geological-geotechnical studies, and on the structure's design requirements, defining removal or treatment of inadequate materials, and control of surface and groundwater. Foundation solutions must be confirmed during the construction phase, based on observations of the characteristics seen in the materials revealed by excavation.

### 5.4.8    Internal drainage in the dam wall

The criteria for determining the size of internal drainage must be presented, as well as the locations and the geometry of the drains and transitions, and the specifications of the materials to be used, as a function of the maximum voids obtained during the percolation studies through the dam wall and foundation, using a minimum safety factor of 10 on the values of calculated discharges. In order to determine the size of the bottom drains or drains that intercept a water course, a safety factor of 10 must be used for the estimated discharge in the calculations, in order to determine the drain's discharge design.

NOTE: The geometry and determination of the size of the internal drainage system are critical elements in designing a tailings dam, especially one built using its own tailings. Determination of the permeability of the materials (anisotropy, especially of tailings, as well as the geometry and positioning of the drains, are items that require a detailed design analysis).

### 5.4.9    Impermeable liner for the dam

If the dam stores hazardous Class I tailings, according to ABNT NBR 10004, the dam must include a design for an impermeable liner, and it is recommended that leakage detection systems be used. In the case of non-hazardous and non-inert Class II A tailings, or those with the potential to generate acidic drainage or radionuclides, see NOTE in 5.3.2.

The impermeable liner design, as well as specification of the materials, must be provided by an engineering team that has proven experience in applications of this type.

### 5.4.10   Dam wall

Present the data on the dam wall, as well as geometric elements, materials to be used in its construction, location data, executive sequence, provisory access for construction, and definitive access for maintenance and finishing. It is recommended that protective covers be used on the slopes and platforms that can be integrated into the environment, considering future deactivation.

To design and evaluate safety, the risks of the following rupture mechanisms must be considered in the analyses: physical stability, overtopping, internal erosion (piping), and liquefaction when applicable, as detailed in 5.4.10.1 to 5.4.10.4:

### 5.4.10.1       Physical stability

For each stage, the stability analyses must include, jointly and separately, the starter dam and its foundation, the dam raises (upstream, centerline or downstream), its foundation and the tailings. For this, the potential surfaces under analysis must consider possibilities of local and global rupture, such as:

- The slopes between berms must be built for inclines that guarantee the safety factors recommended in Table 1;

© ABNT 2017 – All rights reserved

**TRANSLATION**

ABNT NBR 13028:2017

- The berms must be sufficiently wide to handle drainage considerations and installation of instruments, and they must allow safe access to maintenance equipment;

- For representative sections, the general angle of the dam must be such that it meets the safety factors recommended in Table 1;

- Stability determinations must be made for the design of each implementation stage.

The minimum safety factor values to be determined by the deterministic analyses on stability must include loading conditions, drained or undrained, of every material involved.

For undrained loading conditions, the stability analyses may be performed at total stresses, using undrained resistance parameters, or at effective stresses, using effective resistance parameters and estimated pore pressures.

For drained loading conditions, the stability analyses must be done at effective stresses, using effective parameters of resistance to shearing and estimated pore pressures using a percolation network. Peak or residual resistance parameters may be used for the different situations found, duly justified in the design.

Minimum safety factors must be obtained, as per Table 1, regardless of the type of analysis and the loading conditions:

**Table 1 – Minimum safety factors for mining dams**

| Phase | Type of rupture | Slope | Minimum safety factor |
|---|---|---|---|
| End of construction [a] | Dam wall and foundations | Upstream and downstream | 1.3 |
| Operation with flow network in normal operating condition, maximum reservoir level | Dam wall and foundations | Downstream | 1.5 |
| Operation with flow network in extreme condition maximum reservoir level | Dam wall and foundations | Downstream | 1.3 |
| Operation with rapid lowering of the water level in the reservoir | Dam wall | Upstream | 1.1 |
| Operation with flow network in normal condition | Dam wall | Downstream | 1.5 |
| | | Between berms | 1.3 |
| Seismic demand, with maximum reservoir level | Dam wall and foundations | Upstream and downstream | 1.1 |
| [a] Successive stages or dams raised with tailings cannot be analyzed as "end of construction," as they must consider the minimum safety factors established for the operating conditions. | | | |

© ABNT 2017 – All rights reserved

**TRANSLATION**

**ABNT NBR 13028:2017**

In stability analyses that use undrained resistance parameters, the minimum safety factors must be established by the designer, based on good engineering practices.

For gravity-type wall concrete dams, the design of the wall must include minimum safety criteria and safety factors for the stability analysis as described in Table 2, for normal and exceptional loading conditions as defined in the design.

**Table 2 – Minimum safety factors for concrete dams**

| Loading condition | Type of instability | Minimum safety factor |
|---|---|---|
| Normal loading condition (CCN) | Toppling | 1.5 |
| | Flotation | 1.3 |
| | Sliding to FSD $\Phi^a$ = 1.5 and FSDc$^a$ – 3.0 | 1.0 |
| | Allowable stress | 3.0 |
| Exceptional loading condition (CCE) | Toppling | 1.2 |
| | Flotation | 1.1 |
| | Sliding to FSD $\Phi$ = 1.1 and FSDc – 1.5 (*) | 1.0 |
| | Allowable stress | 1.5 |
| [a] FSD $\Phi$ and FSDc – resistance reduce factors due to abrasion and cohesion, respectively. | | |

### 5.4.10.2      Overtopping

See 5.4.11 for evaluation of overtopping.

### 5.4.10.3      Internal erosion (piping)

Internal erosion may occur when percolation forces are sufficiently high to move soil particles, causing a regressive erosion process ("piping"). The dam must be designed and dimensioned so that there is no internal erosion either in the dam wall or in the foundation. It must be verified based on the materials to be used in construction of the dam, in the hydraulic gradients, and in the condition of the foundation and the shoulders.

### 5.4.10.4      Liquefaction

Liquefaction may be understood as the behavior in a rupture of granular and/or fine materials with low cohesion, soft, saturated and with a tendency to contract, which, under demands or undrained loads, create increased pore pressure and consequent reduction in effective stress, characterizing a substantial drop in resistance to undrained shearing.

For dams with potential liquefaction risk, safety must be evaluated using undrained resistance covers that have contractile behavior, through laboratory testing and/or field testing, when available.

### 5.4.11  Overflow system

Present the data on the structures in the overflow system, as well as geometrical elements, the materials to be used in its construction, the location data, and the necessary finishings.

© ABNT 2017 – All rights reserved

**TRANSLATION**

The dimensions of the overflow systems must be defined based on the maximum void study, which consists of defining the discharge of a flood for a certain time of return (TR), to be used in their hydrological-hydraulic sizing, guaranteeing the safety of the systems in light of extreme flooding events. The return time must be defined from the consequences of structural failure, obeying the useful life of the structure (operational or closing phase), and after the useful life.

When the volume for mitigating floods reaches the value of the expected volume, dam operation must be interrupted in order to maintain the safety of the structure in light of the design flood, and the dam wall must be raised, or the geometry of the spillway must be adapted. According to an analysis by the designer, it is recommended that the freeboard be kept above the *maximum maximorum* water level. This freeboard provides a safety factor against wave variations, variations in the height of the crest, and construction. For dams that are raised using the upstream or centerline method, definition of the *maximum maximorum* water level must correspond to the minimum required tailings beach, which must be maintained during the flooding event.

Table 3 shows the minimum reference return periods for each level of expected consequences given a structural failure in the dam. In the absence of information or more rigorous specific criteria, in order to determine the consequences, potential damage associated with the dam that comes from the classification of the legislation in force may be used.

**Table 3 – Minimum return time to be considered for determining the size of the overflow system as a function of the consequences or legislation in force**

| Consequences or potential damage | Return time of the design (operating period) | Return time of the design (closing period) |
|---|---|---|
| Low | 200 years to 500 years | 10,000 years or PMP |
| Medium | 500 years to 1000 years | 10,000 years or PMP |
| High | 1000 years to PMP | 10,000 years or PMP |

### 5.4.12  Surface drainage

Present information on surface drainage devices, as well as geometrical elements, the materials to be used in construction, location data, and the finishings necessary.

It is recommended that the following general criteria be observed regarding design of the surface drainage system:

a)  Devices for small voids, such as grooves in the berm and water drops: consider voids calculated for minimum periods of 100-year events;

b)  Devices for large voids, such as collection ducts and water pipes: consider voids calculated for minimum periods of 500-year events.

The defined surface drainage systems are comprised of the following devices:

-  Berm grooves: drainage elements to be built into the berms, whose hydraulic function is to direct the surface runoff that comes from the banks of the dam to the drop structures;

© ABNT 2017 – All rights reserved

**TRANSLATION**

**ABNT NBR 13028:2017**

- Drop structures that are peripheral to the dam wall: comprised of peripheral channels with the objective of collecting the runoff from the berms and adjacent areas, leaving it next to the junction box and/or dissipation ponds;

- Drop structures in the dam wall: concrete steps indicated to transport rainwater down the slopes;

- Junction boxes: installed at the ends of the ducts and at the discharge points at the drop structures, whose objective is to transition and reduce the runoff energy; and

- Dissipation basins: structures designed at the end of the drop structures, whose purpose is to dissipate energy.

### 5.4.13   Control instrumentation

Control instrumentation must:

a)   Present localization drawings, technical specifications, and the construction details for the dam-monitoring instruments;

b)   Design installation of instruments to – at a minimum – control internal drainage voids of the water levels and pore pressure inside the dam wall, from its foundations and deformations;

c)   Establish periodic safety evaluation criteria based on monitoring that must be based on the potential types of failure identified in the design of each dam.

### 5.4.14   Closure plan

Present the conceptual closure plan for the dam including a description of the processes, activities and alternatives for future use, integrating the dam closure plan with the mine closure plan, in accordance with specific legislation.

### 5.4.15   Deactivation plan

Present the conceptual deactivation plan including all activities after the end of the dam's useful operating life, as well as monitoring and instrumentation measures, coatings, surface drainage system, and stability guarantee.

### 5.4.16   Documents that must be attached to the final design

The following documents must be attached to the report:

a)   Cartographic basis indicating the source and precision of raises;

b)   Report with geotechnical field and laboratory research, including the test records and probe bulletins;

c)   All calculation reports and design criteria used;

d)   Spreadsheet with quantities and services of the civil works;

e)   Technical construction specifications;

© ABNT 2017 – All rights reserved

**TRANSLATION**

f)   The height-volume curve and the water balance for the dam;

g)   Risk analysis for dams with potential for high associated damage;

h)   Emergency plan for dams according to legislation in force;

i)   Operating manual for the structure, including field inspection and monitoring procedures (indicating the elements to be monitored, the frequency of field inspections, instrument reading and the analysis criteria for the data obtained), operating procedures (indicating the assumptions of handling tailings disposal), complying with the tailings beach length, when applicable, handling the remaining free volume, control of reservoir formation to capture water released from the tailings and water from voids regularized by the dam, control of ecological or residual voids downstream, and handling any emergency situations.

© ABNT 2017 – All rights reserved

WATER STREET TRANSLATIONS

TRANSLATION

**ABNT NBR 13028:2017**

# Bibliography

[1]     ANCOLD (2003): *Guidelines on Dam Safety Management.* Australian National Committee on Large Dams, August 2003.

[2]     ANCOLD (2012): *Guidelines on Tailings Dams.* Australian National Committee on Large Dams, May 2012.

[3]     CDA (2013): *Dam Safety Guidelines.* Canadian Dam Association, 2013.

[4]     ICOLD (2011): *Improving Tailings Dam Safety – Critical Aspects of Management, Design, Operation.* International Commission on Large Dams, Bulletin 139, October 2011.

[5]     ICOLD (2012); *Sustainable Design and Post-Closure Performance of Tailings Dams.* International Commission on Large Dams, Bulletin 153, October 2012.

[6]     MAC (2011): *Developing an Operation, Maintenance, and Surveillance Manual for Tailings and Water Management Facilities.* The Mining Association of Canada, 2011.

© ABNT 2017 – All rights reserved

# Translation Certification



# WATER STREET TRANSLATIONS, LLC

817 Broadway, 4th Floor
New York, NY 10003                                      (212) 776-1713
www.waterstreettranslations.com            info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Eliza Graham, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

"To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

Kent G. Heine
Water Street Translations, LLC

12/11/19

Date



# Portuguese Original

# NORMA BRASILEIRA

# ABNT NBR 13028

Terceira edição
14.11.2017

## Mineração — Elaboração e apresentação de projeto de barragens para disposição de rejeitos, contenção de sedimentos e reservação de água — Requisitos

*Mining — Preparation and presentation of design of tailings, sediments and/or water dams — Requirements*

ICS 73.020

ISBN 978-85-07-07286-7



ASSOCIAÇÃO BRASILEIRA DE NORMAS TÉCNICAS

Número de referência
ABNT NBR 13028:2017
16 páginas

© ABNT 2017

**ABNT NBR 13028:2017**



© ABNT 2017
Todos os direitos reservados. A menos que especificado de outro modo, nenhuma parte desta publicação pode ser reproduzida ou utilizada por qualquer meio, eletrônico ou mecânico, incluindo fotocópia e microfilme, sem permissão por escrito da ABNT.

ABNT
Av.Treze de Maio, 13 - 28º andar
20031-901 - Rio de Janeiro - RJ
Tel.: + 55 21 3974-2300
Fax: + 55 21 3974-2346
abnt@abnt.org.br
www.abnt.org.br

© ABNT 2017 - Todos os direitos reservados

Case 1:19-cv-00526-EK-VMS    Document 66-9    Filed 02/21/20    Page 29 of 48 PageID #: 1239

# Sumário

Página

Prefácio ...................................................................................................................................iv

Introdução ................................................................................................................................v

1      Escopo ............................................................................................................................1

2      Referências normativas ................................................................................................1

3      Termos e definições ......................................................................................................1

4      Considerações gerais ...................................................................................................4

5      Requisitos para a elaboração e apresentação do projeto .........................................5

5.1    Sumário executivo .........................................................................................................5

5.2    Introdução ......................................................................................................................5

5.3    Ficha técnica da barragem ............................................................................................6

5.3.1  Estudos tecnológicos e caracterização física dos rejeitos .......................................6

5.3.2  Caracterização química dos rejeitos ...........................................................................6

5.3.3  Estudos locacionais ......................................................................................................6

5.3.4  Estudos hidrológicos e hidráulicos ............................................................................7

5.3.5  Estudos geológico-geotécnicos ..................................................................................7

5.3.6  Estudos sísmicos ..........................................................................................................8

5.4    Projetos da barragem ....................................................................................................8

5.4.1  Premissas, hipóteses admitidas e critérios de projeto .............................................9

5.4.2  Geometria e arranjo geral ............................................................................................9

5.4.3  Ocupação do reservatório ............................................................................................9

5.4.4  Balanço hídrico .............................................................................................................9

5.4.5  Estruturas auxiliares .....................................................................................................9

5.4.6  Desvio de curso de água ..............................................................................................9

5.4.7  Tratamento das fundações .........................................................................................10

5.4.8  Drenagem interna do maciço .....................................................................................10

5.4.9  Impermeabilização da barragem ...............................................................................10

5.4.10 Maciço da barragem ...................................................................................................10

5.4.11 Sistema extravasor .....................................................................................................12

5.4.12 Drenagem superficial ..................................................................................................13

5.4.13 Instrumentação de controle .......................................................................................14

5.4.14 Plano de fechamento ..................................................................................................14

5.4.15 Plano de desativação ..................................................................................................14

5.4.16 Documentos que devem ser anexados em conjunto com o projeto final .................14

Bibliografia............................................................................................................................16

Tabelas

Tabela 1 – Fatores de segurança mínimos para barragens de mineração ................................11

Tabela 2 – Fatores de segurança mínimos para barragens de concreto  ..................................12

Tabela 3 – Tempo de retorno mínimo a ser considerado para dimensionamento
             do sistema extravasor em função das consequências ou legislação vigente...........13

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

## Prefácio

A Associação Brasileira de Normas Técnicas (ABNT) é o Foro Nacional de Normalização. As Normas Brasileiras, cujo conteúdo é de responsabilidade dos Comitês Brasileiros (ABNT/CB), dos Organismos de Normalização Setorial (ABNT/ONS) e das Comissões de Estudo Especiais (ABNT/CEE), são elaboradas por Comissões de Estudo (CE), formadas pelas partes interessadas no tema objeto da normalização.

Os Documentos Técnicos ABNT são elaborados conforme as regras da ABNT Diretiva 2.

A ABNT chama a atenção para que, apesar de ter sido solicitada manifestação sobre eventuais direitos de patentes durante a Consulta Nacional, estes podem ocorrer e devem ser comunicados à ABNT a qualquer momento (Lei nº 9.279, de 14 de maio de 1996).

Ressalta-se que Normas Brasileiras podem ser objeto de citação em Regulamentos Técnicos. Nestes casos, os Órgãos responsáveis pelos Regulamentos Técnicos podem determinar outras datas para exigência dos requisitos desta Norma.

A ABNT NBR 13028 foi elaborada pela Comissão de Estudo Especial de Elaboração de Projetos para Disposição de Rejeitos e Estereis em Mineração (ABNT/CEE-220). O seu 1º Projeto de Revisão circulou em Consulta Nacional conforme Edital nº 03, de 09.03.2017 a 07.05.2017. O seu 2º Projeto de Revisão circulou em Consulta Nacional conforme Edital nº 08, de 10.08.2017 a 10.09.2017.

Esta terceira edição cancela e substitui a edição anterior (ABNT NBR 13028:2006), a qual foi tecnica-mente revisada.

O Escopo em inglês desta Norma Brasileira é o seguinte:

### *Scope*

*This Standard establishes the minimum requirements for the development and presentation of the design of dams in the mining industry. These, include dams and reservoirs for disposal processing tailings containment sediments generated by erosion and water storage for the industry use. This standard has the purpose of defining the conditions of safety, economy, operability and closure for the projects minimizing any environmental impacts.*

*NOTE    This Standard does not intend to address all aspects of federal, state and local, associated with its use. It is the user's responsibility of this standard, in case of any conflicts of regulatory procedures, establish appropriate practices for each case in accordance with current laws and with good engineering practice.*

© ABNT 2017 - Todos os direitos reservados

## Introdução

A revisão da ABNT NBR 13028 está sendo preparada em consonância com as legislações vigentes. A classificação das barragens de mineração será realizada conforme a análise do risco e o dano potencial associado.

Uma série de documentos fornece orientações sobre a concepção das barragens de mineração (em particular barragens de rejeitos), e o leitor será remetido à Seção de referencias ao final desta Norma, onde pode obter esse conjunto de informações. Um documento chave de referência é o Boletim ICOLD 139 "*Improving Tailings Dam Safety: Critical Aspects of Management, Design, Operation, and Closure*", emitido em 2011.



© ABNT 2017 - Todos os direitos reservados

v



**NORMA BRASILEIRA**    **ABNT NBR 13028:2017**

# Mineração — Elaboração e apresentação de projeto de barragens para disposição de rejeitos, contenção de sedimentos e reservação de água — Requisitos

## 1 Escopo

Esta Norma especifica os requistos mínimos para a elaboração e apresentação de projeto de barragens de mineração, incluindo as barragens para disposição de rejeitos de beneficiamento, contenção de sedimentos gerados por erosão e reservação de água em mineração, visando atender às condições de segurança, operacionalidade, economicidade e desativação, minimizando os impactos ao meio ambiente.

NOTA    Esta Norma não pretende abordar todos os aspectos das legislações federal, estadual e municipal, associados a seu uso. É de responsabilidade do usuário desta Norma, em caso de eventuais conflitos de procedimentos normativos, estabelecer as práticas apropriadas para cada caso, em conformidade com as legislações vigentes e com a boa prática da engenharia.

## 2 Referências normativas

Os documentos relacionados a seguir são indispensáveis à aplicação deste documento. Para referências datadas, aplicam-se somente as edições citadas. Para referências não datadas, aplicam-se as edições mais recentes do referido documento (incluindo emendas).

ABNT NBR 10004, *Resíduos sólidos – Classificação*

ABNT NBR 10005, *Procedimento para obtenção de extrato lixiviado de resíduos sólidos*

ABNT NBR 10006, *Procedimento para obtenção de extrato solubilizado de resíduos sólidos*

ABNT NBR 10007, *Amostragem de resíduos sólidos*

## 3 Termos e definições

Para os efeitos deste documento, aplicam-se os seguintes termos e definições.

**3.1**
**rejeito**
todo e qualquer material descartado durante o processo de beneficiamento de minérios

**3.2**
**disposição de rejeito**
forma planejada e organizada de acumular rejeitos com minimização de riscos estruturais e ambientais

**3.3**
**sedimento**
todo e qualquer particulado sólido gerado por erosão e carreado superficialmente pela água

© ABNT 2017 - Todos os direitos reservados

ABNT NBR 13028:2017

**3.4**
**barragens de mineração**
barragens, barramentos, diques, reservatórios, cavas exauridas com barramentos construídos, asso-ciados às atividades desenvolvidas com base em direito minerário, utilizados para fins de contenção, acumulação ou decantação de rejeito de mineração ou descarga de sedimentos provenientes de atividades em mineração, com ou sem captação de água associada, compreendendo a estrutura do barramento e suas estruturas associadas.

NOTA       As barragens podem estar localizadas em um curso permanente ou temporário de água ou também fora de cursos de água em encostas ou platôs.

**3.5**
**alteamento de barragens**
quaisquer incrementos de altura do maciço de barragens, a partir de um maciço inicial existente, projetados e construídos para aumento de capacidade volumétrica, elevação de lâmina de água, aumento de altura de amortecimento de cheias, ou outro motivo, tornando necessário ou desejável tal procedimento

**3.6**
**barragens para disposição de rejeitos**
estruturas utilizadas para reter, de forma planejada, projetada e controlada, volumes de rejeitos advin-dos do processo de beneficiamento de minério

**3.7**
**barragens construídas com rejeitos**
barragens formadas com rejeitos, que possuem características geotécnicas que permitem que sejam utilizados para a construção ou alteamento da estrutura principal de contenção

**3.8**
**métodos para alteamento de barragens**
alteamento da barragem a partir do eixo do maciço inicial existente, podendo ser projetado e construído por meio de três formas: métodos de alteamento a jusante, linha de centro e montante

**3.9**
**empilhamento drenado**
estrutura construída hidráulica ou mecanicamente com rejeitos, que se configura como um maciço permeável, dotado de sistema de drenagem de fundo, com formação de espelho de água reduzido, podendo ser implantada em fundo de vale, encosta ou outra área

**3.10**
**barragens construídas sobre os rejeitos**
estruturas construídas sobre os rejeitos, porém recuadas em relação ao maciço principal da bar-ragem, que, apesar de incrementarem a capacidade de disposição de rejeitos do reservatório, não incre-mentam a altura da barragem. Estas estruturas são projetadas e construídas avaliando as potenciais consequências para a barragem

**3.11**
**reservatório**
espaço criado a montante da barragem, destinado à contenção de rejeitos, sedimentos e/ou reser-vação de água, que podem estar contaminados ou não

2                                                        © ABNT 2017 - Todos os direitos reservados

**3.12**

**sólidos ou líquidos contaminados**

concentrações de elementos químicos sólidos ou líquidos, incluindo os radioativos (conforme tabela de contaminantes do Conama e outras instituições normativas) de interesse que têm o potencial de afetar negativamente o meio ambiente ou a saúde humana

**3.13**

**sistema de disposição de rejeitos em barragem**

conjunto formado pelos subsistemas necessários à disposição dos rejeitos, como barragem, diques intermediários, diques selas, pilhas, adutoras, vertedouros, estruturas de drenagem e estações de bombeamento

**3.14**

**afluente à barragem**

qualquer fluxo de água, de rejeitos ou de outros sedimentos, perenes ou sazonais, superficiais ou subterrâneos, que convergem para o reservatório da barragem

**3.15**

**efluente da barragem**

fração líquida que retorna ao meio ambiente por via superficial e/ou subterrânea, após passar pela barragem

**3.16**

**vida útil operacional da barragem**

período compreendido entre o início da operação e o fechamento da barragem

**3.17**

**desativação da barragem**

suspensão da operação, temporária ou definitivamente, quando a estrutura não está recebendo aporte de rejeitos e/ou sedimentos

**3.18**

**plano de fechamento da barragem**

conceituação, planejamento e projeto do conjunto de atividades necessárias para permitir o fechamento da estrutura

**3.19**

**áreas de empréstimo**

áreas selecionadas no projeto para a extração dos materiais de construção do maciço da barragem

**3.20**

**superfície freática normal**

superfície freática admitida para as condições normais de funcionamento da drenagem interna em regime permanente, com fluxo em condições normais de operação, conforme prevista em projeto

NOTA    É importante considerar que há barragens nas quais não há sistema de drenagem interna e que a superfície freática está diretamente relacionada às condições de drenabilidade da fundação e dos materiais utilizados na construção da barragem.

**3.21**

**superfície freática crítica**

superfície freática correspondente à rede de fluxo em condições críticas de operação, que introduz condições severas de estabilidade e potencial de erosão interna admitida, como, por exemplo, para as condições de mau funcionamento da drenagem interna da barragem prevista em projeto

© ABNT 2017 - Todos os direitos reservados

ABNT NBR 13028:2017

**3.22**
**cheia de projeto**
vazão ou hidrograma de dimensionamento de projetos hidráulicos, como, por exemplo, de um sistema extravasor, correspondendo a valores significativos de vazão de pico, ou volume de dada duração, e associados a um período de retorno, para os quais se estabelece o risco e a segurança das estruturas ou sistemas hidráulicos

**3.23**
**período de retorno**
conceito estatístico que representa o período médio, em anos, em que um determinado evento de cheia é igualado ou superado, representando também o inverso da probabilidade de que este evento seja igualado ou superado em um ano qualquer

**3.24**
**borda livre**
altura livre entre o nível de água *maximum maximorum* calculado pelo modelo hidrológico, no momento da passagem da cheia de projeto e da elevação de coroamento da barragem

**3.25**
**volume de espera**
volume mínimo destinado ao amortecimento da cheia de projeto, situado entre a soleira do sistema de extravasamento e o nível d´água *maximum maximorum*, utilizado no dimensionamento das estruturas de vertimento. Nas barragens de rejeitos, os volumes para amortecimento de cheias devem ser maiores que os volumes de espera no início da operação, sendo progressivamente reduzidos ao longo da vida útil, pela ocupação dos depósitos de rejeitos

**3.26**
**altura de barragem**
diferença de cotas entre a crista da barragem e o ponto mais baixo da fundação

## 4   Considerações gerais

**4.1**   O termo barragem é utilizado pelos operadores de mina para se referir à completa instalação para disposição de rejeitos. A barragem é considerada como sendo a estrutura principal de contenção que envolve o sistema de disposição de rejeitos. No interior da estrutura de disposição de rejeitos pode haver também estruturas internas de retenção de sólidos e fluidos. O termo "dique" também é usado por alguns operadores de mina, considerado como pequenas barragens, e muito utilizado para contenção de sedimentos de pilha de estéril e/ou área de operação.

**4.2**   Barragens de rejeito podem ser construídas com terra (solo), enrocamento ou mesmo construídas com o próprio rejeito.

**4.3**   Em alguns casos, os rejeitos podem ser ciclonados para que se adequem às características geotécnicas requeridas, para serem utilizados como material de construção, e em outros não é utilizada a ciclonagem de rejeitos, porém a segregação hidráulica melhora as características geotécnicas dos rejeitos por meio da separação de partículas formada ao longo do fluxo de disposição. Nesses tipos de barragens, as características dos rejeitos, em especial granulometria, resistência ao cisalhamento e permeabilidade são essenciais ao sucesso do projeto.

**4.4**   Métodos de alteamento podem ou não utilizar os rejeitos para sua construção. No método de alteamento a jusante, o material de construção é disposto a jusante do maciço inicial da barragem.

4

© ABNT 2017 - Todos os direitos reservados

Case 1:19-cv-00526-EK-VMS    Document 66-9    Filed 02/21/20    Page 37 of 48 PageID #: 1247

No método de alteamento de linha de centro, os materiais de construção são dispostos parte a jusante e parte a montante do dique inicial e, finalmente, no método de alteamento a montante, o material de construção é disposto a montante de um dique inicial.

**4.5**   O método de alteamento a montante envolve uma atenção especial nas fases de projeto, construção, operação e desativação, e sua escolha deve ser pautada por um maior nível de detalhamento na engenharia dos rejeitos, sejam eles utilizados como fundação ou como material de construção, bem como nos elementos de drenagem interna e análise para solicitações de carregamento não drenado. Para este método, o manual de operação deve ser incluído no projeto e deve ser detalhado para evitar erros de operação.

**4.6**   O método de empilhamento drenado destaca-se como um detalhamento na engenharia dos rejeitos, quanto às características granulométricas e permeabilidade adequadas e controladas durante toda a sua vida útil, para que a livre drenagem ocorra, permitindo que a estrutura esteja em condições não saturadas.

**4.7**   Os tipos de barragens de mineração são os seguintes:

a)   barragens para disposição rejeitos, sedimentos e/ou lamas (incluindo diques de fechamento/sela ou estruturas de retenção para rejeitos espessados);

b)   barragens para contenção de sedimentos gerados por erosão hidráulica;

c)   barragens para acumulação de líquidos contaminados;

d)   barragens para coleta de percolado e barragens de polimento;

e)   barragens para fechamento de cavas exauridas em cavas de mineração;

f)   barragens para acumulação de água industrial para o beneficiamento do minério.

## 5   Requisitos para a elaboração e apresentação do projeto

### 5.1   Sumário executivo

O sumário executivo deve relacionar as informações gerais sobre o projeto, de forma resumida, para permitir seu entendimento global.

### 5.2   Introdução

A introdução deve fornecer informações básicas como as seguintes:

a)   empreendedor: identificação e endereço;

b)   empreendimento: localização, acesso, finalidade, tipo de barragem, vida útil operacional da barragem e características do rejeito a ser disposto e dos volumes do maciço e reservatório;

c)   classificação da barragem de acordo com a legislação vigente;

d)   sistema extravasor;

e)   forma de lançamento e ocupação do rejeito no reservatório.

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

## 5.3    Ficha técnica da barragem

A ficha técnica da barragem deve informar as características físicas que definem a barragem projetada e a bacia de drenagem, incluindo tipo de barragem, altura final, elevações de base e de crista, comprimento e largura da crista, ângulo de talude geral, largura de bermas, ângulos de taludes entre bermas, altura dos taludes entre bermas, volumes do maciço e reservatório, vertedouros, vida útil operacional, área ocupada pelo reservatório, área de desmatamento, critérios de projeto aplicáveis e informações sobre o projetista.

### 5.3.1    Estudos tecnológicos e caracterização física dos rejeitos

Para as barragens de rejeitos devem ser descritas as técnicas de disposição avaliadas, de forma comparativa, justificando a escolha feita para o projeto. Em barragens de rejeito do tipo construídas com o próprio rejeito, enfoque especial deve ser dado às características físicas e propriedades geotécnicas e de sedimentação dos rejeitos, como granulometria, resistência ao cisalhamento e permeabilidade. É obrigatório que estes parâmetros sejam completamente investigados e entendidos, mediante a execução de ensaios de laboratório e eventualmente "*in situ*", na fase de projeto, implantação e operação, devendo ser revisados durante a vida operacional da barragem. A correta seleção do método de disposição permite que o projeto da barragem de rejeitos seja seguro, econômico e atenda às funções requeridas durante toda a sua vida útil, incluindo também o fechamento. É importante destacar que o método de disposição selecionado pode influenciar alguns aspectos relacionados ao balanço e gerenciamento hídrico do projeto.

### 5.3.2    Caracterização química dos rejeitos

Descrever e analisar tecnicamente os resultados dos ensaios de caracterização química dos rejeitos a serem dispostos ou utilizados como material de construção das barragens. Os rejeitos devem ser amostrados, caracterizados e classificados conforme as ABNT NBR 10004, ABNT NBR 10005, ABNT NBR 10006 e ABNT NBR 10007. Recomenda-se ainda que seja avaliado o potencial de geração de drenagem ácida ou radioativa. Cabe destacar que a caracterização química dos rejeitos também é elemento condicionante na seleção do método de disposição, podendo influenciar na alternativa selecionada.

NOTA      Na ausência de legislação específica, as barragens que armazenam rejeitos classificados como perigosos podem demandar a implementação de revestimento de características impermeabilizantes. Já os rejeitos classificados como Classe II A (não perigosos e não inertes) ou com potencial para geração de drenagem ácida ou de radionuclídeos, podem demandar uma avaliação hidrogeológica e hidrogeoquímica integrada ao projeto da barragem, incluindo caracterização e definição dos valores de referência prévios à implantação do empreendimento, visando verificar as vulnerabilidades do aquífero e definir a necessidade e o tipo de revestimento e/ou o controle a ser aplicado ao projeto. Já os rejeitos inertes não são considerados contaminantes e, deste modo, não possuem potencial para afetar de forma negativa o meio ambiente nem a saúde humana, não demandando assim qualquer tipo de revestimento.

### 5.3.3    Estudos locacionais

Os estudos locacionais devem descrever as opções de locação do eixo da estrutura, estudadas durante o projeto, tendo em vista variáveis de engenharia e ambientais, justificando a escolha feita para o projeto.

A justificativa deve ser apresentada contendo as características geomorfológicas, geológicas e geotécnicas, hidrometeorológicas, ambientais, dos volumes e das áreas dos reservatórios, em uma avaliação comparativa entre as alternativas consideradas.

6

© ABNT 2017 - Todos os direitos reservados

### 5.3.4   Estudos hidrológicos e hidráulicos

Os estudos hidrológicos e hidráulicos devem descrever as características climáticas e hidrológicas da bacia de contribuição para a barragem, além de definir os parâmetros necessários ao dimensionamento do sistema extravasor da barragem, do sistema de bombeamento (quando aplicável) e do sistema de desvio do curso d'água.

A base de informações necessárias para o desenvolvimento de balanço hídrico do reservatório deve ser apresentada e associada ao balanço de massa dos rejeitos e/ou taxa de geração de sedimentos, quando aplicável. É esperado também que seja apresentada a descrição metodológica para a determinação dos quantis de precipitação e/ou vazão que serão utilizados para o trânsito de cheias do reservatório. As estações de referências utilizadas para as análises estatísticas com a determinação dos quantis de chuvas devem ser explicitadas no que se refere à sua representatividade espacial dos processos hidrológicos existentes na bacia de contribuição da barragem. Utilizar prioritariamente estações de referência com mais de 20 anos de dados consistidos.

### 5.3.5   Estudos geológico-geotécnicos

Os estudos geológico-geotécnicos devem possibilitar um entendimento adequado das características dos materiais de fundação e dos materiais de construção, e respectivos comportamentos perante as solicitações que serão impostas pelas estruturas e conteúdo do reservatório. As características de resistência, compressibilidade e permeabilidade devem ser determinadas por meio de ensaios de laboratório e de investigações "*in situ*".

#### 5.3.5.1   Geologia regional e local

A geologia regional e local deve apresentar o mapeamento geológico-geotécnico de superfície das áreas destinadas às fundações do maciço da barragem e das áreas situadas no entorno do reservatório, para orientar a programação das investigações de campo e de laboratório, necessárias ao estudo das fundações da barragem e/ou dos taludes nas ombreiras ou no reservatório e áreas de empréstimos.

#### 5.3.5.2   Fundações

O estudo das fundações deve apresentar os principais resultados do mapeamento geológico-geotécnico das investigações geotécnicas e dos ensaios de campo e de laboratório realizados para se conhecerem as características geotécnicas dos materiais constituintes e das condições hidrogeológicas das fundações da barragem e, consequentemente, subsidiar a elaboração dos estudos para elaborar o projeto de tratamento das fundações e as análises estruturais da barragem. A quantidade de sondagens e amostras a serem coletadas e analisadas em laboratório deve ser definida por profissional com reconhecida experiência para que permita o completo entendimento do contexto geológico-geotécnico no local de implantação da barragem.

Para barragens alteadas sobre os rejeitos (alteamentos a montante ou linha de centro), deve ser avaliado o potencial de suporte do material, com apresentação dos resultados de caracterização geotécnica dos rejeitos, como granulometria, densidade dos grãos, índices de vazios, coeficiente de permeabilidade, parâmetros de adensamento e deformação e seus parâmetros de resistência bem como deve ser avaliado o potencial de liquefação dos rejeitos (análises de estabilidade para condições não drenadas).

#### 5.3.5.3   Materiais de construção

Apresentar os estudos realizados para a definição dos materiais de construção do maciço da barragem, disponíveis nas áreas de empréstimo, considerando suas características geotécnicas, como: densidade "*in situ*", densidade dos grãos, teor de umidade natural, granulometria, limites de consistência, parâmetros de resistência ao cisalhamento, coeficiente de permeabilidade, parâmetros de compactação, grau de alteração e parâmetros de adensamento e deformação, para avaliação dos parâmetros de resistência para utilização nas análises estruturais da barragem.

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

Para barragens construídas com rejeito, devem ser apresentados e analisados os resultados da caracterização geotécnica dos rejeitos, como granulometria completa por peneiramento e sedimentação, densidades máxima e mínima, densidade real dos grãos, coeficiente de permeabilidade, parâmetros de adensamento e deformação, e parâmetros de resistência ao cisalhamento; em especial, avaliar o potencial de liquefação dos rejeitos (comportamento durante o cisalhamento e análise de estabilidade para condições não drenadas).

Apresentar também as características dos materiais granulares a serem utilizados para a construção dos dispositivos de drenagem interna da barragem.

### 5.3.6    Estudos sísmicos

Os estudos sísmicos devem avaliar o potencial de sismicidade na área de implantação da barragem, com base em bibliografia, incluindo normas existentes e registros.

Recomenda-se, para as etapas iniciais de estudo, a utilização do critério sugerido pela *Canadian Dam Association* (CDA), que indica a adoção da aceleração da gravidade resultante do Sismo Máximo Provável (MCE – *Maximum Credible Earthquake*) para análise pseudoestáticas.

### 5.4    Projetos da barragem

O projeto da barragem pode ser desenvolvido em níveis conceitual, básico e executivo, conforme a seguir:

a) O nível conceitual é uma etapa do projeto em que a barragem é concebida como estrutura para disposição de rejeitos e outras funções subsidiárias, ainda não contemplando os dimensionamentos da barragem. Nesta etapa são apresentados o estudo de alternativas locacionais e tecnológicas, os critérios de projeto, as premissas e restrições, a curva cota-volume e também o tipo de barragem selecionada. Normalmente são preparados no projeto conceitual os desenhos-chave preliminares do projeto, como a base topográfica, planta de situação, seção-tipo e eventuais detalhes que permitem estabelecer o conceito definido para o projeto;

b) O nível básico é a etapa subsequente ao projeto conceitual. Nessa etapa são validadas as premissas e hipóteses assumidas no projeto conceitual. Os resultados das investigações geológico-geotécnicas e levantamentos topográficos são utilizados para os dimensionamentos básicos da barragem. Os dimensionamentos geotécnicos e hidráulicos, os planos de manejo de disposição de rejeito, captação de água, os desenhos e especificações de projeto são preparados em nível de detalhe e precisão que permitam que as obras sejam contratadas, em condições contratualmente seguras e claras quanto às quantidades de serviços e características de qualidade;

c) O nível executivo é a etapa final da engenharia em que são feitos os dimensionamentos finais relacionados às estruturas auxiliares, como dimensionamento e cálculo estrutural e desenhos de detalhe de vertedouros, galerias, drenagens superficiais e acessos. Nesta etapa também é detalhado o plano de implantação do projeto e documentos complementares para a implantação e futura operação da barragem.

O projeto executivo necessita ter nível de detalhe para a execução da obra e portanto deve definir toda a geometria e as características de qualidade dos materiais de construção utilizados. As eventuais necessidades de alterações do projeto executivo da obra devem ser relatadas no documento de como construído "*as built*". O projeto executivo deve abordar os aspectos operacionais que interferem no projeto por intermédio de um manual de operações detalhado.

8    © ABNT 2017 - Todos os direitos reservados

### 5.4.1 Premissas, hipóteses admitidas e critérios de projeto

Apresentar as premissas, hipóteses e critérios operacionais admitidos para o projeto, como: funções da barragem, vida útil estimada, metodologia e materiais de construção, critérios de segurança adotados quanto à estabilidade física e hidráulica, legislação pertinente, descrição das características dos rejeitos a serem dispostos quando aplicável etc.

### 5.4.2 Geometria e arranjo geral

Descrever o resultado dos estudos de alternativas de localização, as características técnicas do dimensionamento do arranjo final do maciço da barragem e reservatório, acessos provisórios e definitivos, sistema extravasor, curva de elevação *versus* volume do maciço da barragem, curva elevação *versus* volume do reservatório, os sistemas de drenagem interna e superficial e a metodologia de construção e de alteamentos do maciço.

### 5.4.3 Ocupação do reservatório

Apresentar o plano de ocupação do reservatório, elaborado com base nos estudos sedimentológicos dos rejeitos e no balanço hídrico. Para as barragens de rejeito apresentar um plano de disposição dos rejeitos para toda a vida útil da barragem. O plano de disposição deve estar integrado com o balanço hídrico da barragem e deve ser revisado durante toda a operação do empreendimento. Atenção especial deve ser dada à taxa de alteamento para barragens construídas com o próprio rejeito. A taxa de alteamento deve ser levada em consideração no projeto da barragem, uma vez que influencia as condições de estabilidade ao longo da operação, podendo ser um potencial mecanismo de ruptura.

### 5.4.4 Balanço hídrico

O balanço hídrico do reservatório deve ser apresentado incluindo todas as potenciais entradas e saídas de água durante toda a vida útil e após o seu fechamento. O relatório do projeto deve apresentar a origem da informação de cada variável do balanço, bem como apresentar os resultados e interpretação do comportamento do reservatório (volume e elevação) ao longo da vida útil do empreendimento, notadamente a frequência de vertimentos e atendimentos legais de restituição e manutenção de vazões mínimas. É importante que na preparação do balanço hídrico também sejam consideradas análises de sensibilidade para eventos extremos, tanto ligados ao excesso de chuva quanto à ocorrência de estiagens, associando a estes cenários seus próprios riscos de ocorrência. O balanço hídrico deve ser revisado durante todo o período de operação da barragem.

### 5.4.5 Estruturas auxiliares

Apresentar o resultado dos estudos elaborados para as definições de posicionamento dos elementos acessórios da barragem ou do sistema de disposição de rejeitos, como sistema de adução e de lançamento dos rejeitos no reservatório, sistema de bombeamento e de adução de água industrial.

Quando existirem traçados de tubulações de água ou rejeito passando sobre os aterros da barragem, devem ser adotadas medidas que assegurem que eventuais vazamentos não causem danos aos aterros.

### 5.4.6 Desvio de curso de água

Descrever a metodologia e o dimensionamento de eventuais estruturas hidráulicas de desvio de curso de água para operação durante as obras de construção da barragem, considerando o risco hidrológico a ser assumido para o período de funcionamento das estruturas de desvio. Neste sentido, deve-se adotar um risco hidrológico máximo de 5 % para a seleção da cheia de projeto de obras de desvio para a construção deste tipo de estrutura. Devem ser apresentados os critérios adotados para o dimensionamento do sistema de desvios. As estruturas de desvio que permanecerão após o término de operação devem receber abordagem de obras definitivas.

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

### 5.4.7 Tratamento das fundações

Os procedimentos requeridos para execução das fundações devem ser apresentados com base nos estudos geológico-geotécnicos e nos requisitos do projeto da estrutura, definindo a remoção ou tratamento de materiais inadequados e controle de água superficial e subterrânea. As soluções de tratamento de fundação devem ser confirmadas na fase de construção, com base nas observações das características verificadas nos materiais revelados pelas escavações.

### 5.4.8 Drenagem interna do maciço

Os critérios de dimensionamento da drenagem interna devem ser apresentados, assim como suas locações e geometria dos drenos e transições, bem como as especificações dos materiais a serem utilizados, em função das vazões máximas obtidas nos estudos de percolação pelo maciço e fundação, aplicando-se o fator de segurança mínimo de 10 aos valores das vazões calculadas. Para o dimensionamento de drenos de fundo ou drenos que interceptem um curso d'água, deve ser adotado um fator de segurança 10 para a vazão estimada nos cálculos de forma a determinar a vazão de projeto do dreno.

NOTA      A geometria e o dimensionamento do sistema de drenagem interna são um elemento crítico para o projeto de uma barragem de rejeitos, especialmente aquela construída com o próprio rejeito. A determinação da permeabilidade dos materiais (anisotropia, em especial dos rejeitos, bem como a geometria e posicionamento dos drenos, são itens que demandam uma análise de projeto detalhada).

### 5.4.9 Impermeabilização da barragem

Caso a barragem armazene rejeitos perigosos, Classe I, conforme a ABNT NBR 10004, a barragem deve contemplar o projeto de revestimento impermeabilizante, sendo recomendado avaliar a adoção de sistemas de detecção de vazamento. No caso de rejeitos não perigosos e não inertes, Classe II A, ou com potencial de geração de drenagem ácida ou de radionuclídeos (ver NOTA em 5.3.2).

O projeto do revestimento, bem como a especificação dos materiais, deve ser feito por equipe de engenharia com experiência comprovada em aplicações dessa natureza.

### 5.4.10 Maciço da barragem

Apresentar os dados relativos ao maciço, como elementos geométricos, materiais a serem utilizados na sua construção, dados de locação, sequência executiva, acessos provisórios para construção e definitivos para manutenção e acabamentos. Recomenda-se que sejam empregados revestimentos de proteção dos taludes e plataformas que possam se integrar ao meio ambiente, tendo em vista a futura desativação.

Para projeto e avaliação de segurança devem ser considerados nas análises os riscos dos seguintes mecanismos de ruptura: estabilidade física, galgamento, erosão interna (piping), e liquefação quando aplicável, conforme detalhado em 5.4.10.1 a 5.4.10.4:

### 5.4.10.1 Estabilidade física

As análises de estabilidade devem envolver, para cada etapa, isoladamente e em conjunto, o maciço de partida e a sua fundação, os maciços de alteamento (montante, linha de centro ou jusante), sua fundação e o rejeito disposto. Para tanto, as superfícies potenciais em análise devem considerar possibilidades de ruptura local e global, como:

— os taludes entre bermas devem ser construídos para inclinações que garantam os fatores de segurança recomendados na Tabela 1;

10

© ABNT 2017 - Todos os direitos reservados

— as bermas devem ter largura suficiente para atender às considerações de drenagem e instalação de instrumentos, e devem garantir o acesso dos equipamentos de manutenção com segurança;

— para seções representativas, o ângulo geral da barragem deve ser tal que atenda aos fatores de segurança recomendados na Tabela 1;

— as determinações de estabilidade devem ser efetuadas para o projeto de cada estágio de implantação.

Os valores mínimos de fator de segurança a serem determinados pelas análises determinísticas de estabilidade devem considerar as condições de carregamento, drenado ou não drenado, de cada um dos materiais envolvidos.

Para condições não drenadas de carregamento, as análises de estabilidade podem ser executadas em tensões totais, com a utilização de parâmetros de resistência não drenada ou em tensões efetivas, com a utilização de parâmetros efetivos de resistência e poropressões estimadas.

Para condições drenadas de carregamento, as análises de estabilidade devem ser efetuadas em tensões efetivas, com a utilização de parâmetros efetivos de resistência ao cisalhamento e poropressões estimadas por rede de percolação. Parâmetros de resistência de pico ou residual podem ser utilizados para as diferentes situações encontradas, devidamente justificados em projeto.

Os fatores de segurança mínimos, conforme Tabela 1, devem ser obtidos, independentemente do tipo de análise e das condições de carregamento:

**Tabela 1 – Fatores de segurança mínimos para barragens de mineração**

| Fase | Tipo de ruptura | Talude | Fator de segurança mínimo |
|---|---|---|---|
| Final de construção [a] | Maciço e fundações | Montante e jusante | 1,3 |
| Operação com rede de fluxo em condição normal de operação, nível máximo do reservatório | Maciço e fundações | Jusante | 1,5 |
| Operação com rede de fluxo em condição extrema, nível máximo do reservatório | Maciço e fundações | Jusante | 1,3 |
| Operação com rebaixamento rápido do nível d´água do reservatório | Maciço | Montante | 1,1 |
| Operação com rede de fluxo em condição normal | Maciço | Jusante | 1,5 |
| | | Entre bermas | 1,3 |
| Solicitação sísmica, com nível máximo do reservatório | Maciço e fundações | Montante e jusante | 1,1 |
| [a] Etapas sucessivas de barragens alteadas com rejeitos não podem ser analisadas como "final de construção", devendo atender aos fatores de segurança mínimos estabelecidos para as condições de operação. | | | |

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

Em análises de estabilidade que utilizam parâmetros de resistência não drenada, os fatores de segurança mínimos devem ser estabelecidos pelo projetista, com base nas boas práticas de engenharia.

Para as barragens de concreto, tipo muro de gravidade, o projeto do maciço deve considerar os critérios e fatores de segurança mínimos para análise de estabilidade de acordo com o descrito na Tabela 2, para condições de carregamento normal e excepcional, definidas em projeto.

**Tabela 2 – Fatores de segurança mínimos para barragens de concreto**

| Condição de carregamento | Tipo de instabilidade | Fator de segurança mínimo |
|---|---|---|
| Condição de carregamento normal (CCN) | Tombamento | 1,5 |
| | Flutuação | 1,3 |
| | Deslizamento para FSD $\Phi^a$ = 1,5 e FSDc$^a$ = 3,0 | 1,0 |
| | Tensão admissível | 3,0 |
| Condição de carregamento excepcional (CCE) | Tombamento | 1,2 |
| | Flutuação | 1,1 |
| | Deslizamento para FSD $\Phi$ = 1,1 e FSDc =1,5 (*) | 1,0 |
| | Tensão admissível | 1,5 |
| [a] FSD$\Phi$ e FSDc – fatores de redução da resistência por atrito e por coesão, respectivamente. | | |

### 5.4.10.2 Galgamento

Para avaliação de galgamento (ver 5.4.11).

### 5.4.10.3 Erosão interna (*piping*)

A erosão interna pode ocorrer quando as forças de percolação forem elevadas o suficiente para mover as partículas de solo, gerando um processo de erosão regressiva ("*piping*"). A barragem deve ser projetada e dimensionada para que não haja erosão interna tanto no maciço quanto na fundação. Deve ser verificada com base nos materiais a serem empregados na construção da barragem, nos gradientes hidráulicos e na condição da fundação e das ombreiras.

### 5.4.10.4 Liquefação

A liquefação pode ser entendida como o comportamento na ruptura de materiais granulares e/ou finos com baixa coesão, fofos, saturados e com tendencia à contração, que sob solicitações ou carregamentos não drenados, gera acréscimo de poropressão e consequente redução da tensão efetiva, caracterizando uma queda substancial na resistência ao cisalhamento não drenado.

Nas barragens com potencial de liquefação, deve-se avaliar a segurança utilizando envoltórias de resistências não drenadas, que apresentem comportamento contrátil, por meio de ensaios de laboratórios e/ou ensaios de campo, quando disponíveis.

### 5.4.11 Sistema extravasor

Apresentar os dados relativos às estruturas do sistema extravasor, como os elementos geométricos, os materiais a serem utilizados na sua construção, os dados de locação e os acabamentos necessários.

© ABNT 2017 - Todos os direitos reservados

As dimensões dos sistemas extravasores devem ser definidas a partir do estudo de vazões máximas, que consiste em definir a vazão de cheia para determinado período de retorno (TR), a ser utilizada no dimensionamento hidrológico-hidráulico destes, garantindo a segurança dos sistemas decorrente de eventos extremos de cheia. O período de retorno deve ser definido a partir das consequências de falha estrutural e obedecendo à fase da vida útil da estrutura (fase operacional ou de fechamento) e após a vida útil.

Quando o volume para amortecimento de cheias atingir o valor do volume de espera, deve-se interromper a operação da barragem para a manutenção da segurança da estrutura frente à cheia de projeto, devendo-se proceder ao alteamento do maciço ou adequar a geometria do vertedouro. É recomendável, segundo análise do projetista, a manutenção de borda livre acima do nível d´água *maximum maximorum*. Esta borda livre fornece um fator de segurança contra variações de ondas, variações de elevação de crista e de construção. Para barragens alteadas por método a montante ou linha de centro, a definição do nível d´água *maximum maximorum* deverá corresponder à praia mínima requerida, que deve ser mantida durante o evento de cheia.

A Tabela 3 apresenta os períodos de retorno mínimos de referência para cada nível de consequências esperadas dada uma falha estrutural da barragem. Na ausência de informações ou critérios específicos mais rigorosos para o enquadramento das consequências pode ser utilizado por dano potencial associado da barragem, advindo da classificação em legislação vigente.

**Tabela 3 – Tempo de retorno mínimo a ser considerado para dimensionamento do sistema extravasor em função das consequências ou legislação vigente**

| Consequências ou dano potencial | Período de retorno de projeto (período operacional) | Período de retorno de projeto (período de fechamento) |
|---|---|---|
| Baixa | 200 anos a 500 anos | 10000 anos ou PMP |
| Média | 500 anos a 1000 anos | 10000 anos ou PMP |
| Alta | 1000 anos a PMP | 10000 anos ou PMP |

### 5.4.12 Drenagem superficial

Apresentar os dados relativos aos dispositivos de drenagem superficial, como os elementos geométricos, os materiais a serem utilizados na sua construção, os dados de locação e os acabamentos necessários.

Recomenda-se observar os seguintes critérios gerais quando do projeto do sistema de drenagem superficial:

a) dispositivos e pequenas vazões, como canaletas de berma e descidas d'água: considerar vazões calculadas para períodos mínimos de recorrência de 100 anos;

b) dispositivos de grandes vazões, como canais de coleta e condução d'água: considerar vazões calculadas para períodos mínimos de recorrência de 500 anos.

Os sistemas de drenagem superficial definidos são compostos pelos seguintes dispositivos:

— canaletas de berma: elementos de drenagem a serem implantados nas bermas, cuja função hidráulica é conduzir os escoamentos superficiais provenientes das bancadas da barragem até as descidas de água;

© ABNT 2017 - Todos os direitos reservados

**ABNT NBR 13028:2017**

— descidas de água periféricas ao maciço: compostas por canais periféricos com o objetivo de coletar o escoamento proveniente das bermas e áreas adjacentes, descartando-o junto às caixas de passagem e/ou bacias de dissipação;

— descidas de água no maciço: escadas em concreto, indicadas para transpor as águas pluviais sobre os taludes;

— caixas de passagem: previstas nas extremidades das canaletas e nos pontos de descarga nas descidas de água, com o objetivo de transição e redução da energia do escoamento; e

— bacias de dissipação: estruturas projetadas ao final das descidas de água, com a finalidade de dissipação de energia.

### 5.4.13 Instrumentação de controle

A instrumentação de controle deve:

a) apresentar as plantas de localização, as especificações técnicas e os detalhes construtivos dos instrumentos de monitoramento da barragem;

b) prever a instalação de instrumentos para, no mínimo, controle das vazões da drenagem interna, dos níveis de água e poropressão no interior do maciço da barragem, das suas fundações e deformações;

c) estabelecer critérios de avaliação de segurança periódica com base no monitoramento que deve ser baseado nos potenciais modos de falha identificados no projeto de cada barragem.

### 5.4.14 Plano de fechamento

Apresentar o plano de fechamento conceitual da barragem incluindo uma descrição dos processos, atividades e alternativas de uso futuro, buscando integrar o plano de fechamento da barragem no plano de fechamento da mina, atendendo à legislação específica.

### 5.4.15 Plano de desativação

Apresentar o plano de desativação conceitual contemplando todas as atividades após o fim da vida útil operacional da barragem, como medidas de monitoramento e instrumentação, revestimentos, sistema de drenagem superficial e garantia de estabilidade.

### 5.4.16 Documentos que devem ser anexados em conjunto com o projeto final

Os seguintes documentos devem estar anexados ao relatório:

a) base cartográfica com a indicação da fonte e precisão dos levantamentos;

b) relatório das investigações geotécnicas de campo e de laboratório, incluindo os registros de ensaios e boletins de sondagem;

c) todas as memórias de cálculo e critérios de projeto utilizados;

d) planilha de quantidades e serviços das obras civis;

e) especificações técnicas construtivas;

14 © ABNT 2017 - Todos os direitos reservados

f)   a curva cota-volume e o balanço hídrico da barragem;

g)   análise de risco, para as barragens com potencial de dano associado alto;

h)   plano de emergência para barragens, conforme a legislação vigente;

i)   manual de operação da estrutura incluindo procedimentos de inspeção de campo e monitoramento (indicando os elementos a serem monitorados, a frequência da inspeção de campo, as leituras dos instrumentos e os critérios de análise dos dados obtidos), procedimentos operacionais (indicando as premissas do manejo de disposição de rejeito, atendimento de comprimento de praia de rejeito, quando aplicável, atendimento ao volume livre remanescente,  controle da  formação do reservatório para captações de água liberadas dos rejeitos e água de vazões regularizadas pelo reservatório, controle das vazões ecológicas ou residuais a jusante e atendimento a eventuais situações de emergência.

© ABNT 2017 - Todos os direitos reservados

Case 1:19-cv-00526-EK-VMS   Document 66-9   Filed 02/21/20   Page 48 of 48 PageID #: 1258

ABNT NBR 13028:2017

# Bibliografia

[1]   ANCOLD (2003): *Guidelines on Dam Safety Management*. Associação Australiana de Grandes Barragens Agosto de 2003

[2]   ANCOLD (2012): *Guidelines on Tailings Dams*. Associação Australiana de Grandes Barragens, Maio de 2012

[3]   CDA (2013): *Dam Safety Guidelines*. Associação Canadense de Barragens, 2013

[4]   ICOLD (2011): *Improving Tailings Dam Safety - Critical Aspects of Management, Design, Operation* Associação Internacional de Grandes Barragens, Boletim 139, outubro de 2011

[5]   ICOLD (2012): *Sustainable Design and Post-Closure Performance of Tailings Dams*. Associação Internacional de Grandes Barragens, Boletim 153, outubro de 2012

[6]   MAC (2011): *Developing an Operation, Maintenance, and Surveillance Manual for Tailings and Water Management Facilities*. Associação Canadense de Mineração, 2011

© ABNT 2017 - Todos os direitos reservados