# Exhibit 10

**TRANSLATION**



**Departamento Nacional de Produção Mineral**

**Ministry of Mines and Energy**

### ADMINISTRATIVE RULING No. 70,389, OF MAY 17, 2017

*Version with corrections of 6/5/2017 and 11/10/2017*

Creates the National Mining Dams Registry, the Integrated System of Mining Dam Safety Management and establishes the frequency of performance or updating of the required training of responsible technicians, the minimum content and level of detail of the Dam Safety Plan, the Regular and Special Safety Inspections, the Periodic Dam Safety Review and the Emergency Action Plan for Mining Dams, pursuant to articles 8, 9, 10, 11 and 12 of Law no. 12,334 of September 20, 2010, which establishes the National Dam Safety Policy (PNSB).

The Director-General of the National Department of Mineral Production (DNPM), in the use of the attributions conferred upon him by sections VIII and IX of art. 17 of the Regimental Structure of the DNPM, approved by Decree no. 7092, of February 2, 2010; in light of the provisions in no art. 3 of Law no. 8876, of May 2, 1994, and in arts. 2, V; 5, III; 8, § 1; 9; 10, § 1; 11; 16, I to III, and V, all of Law no. 12,334, of September 20, 2010, and

Whereas it is the responsibility of the DNPM, within the scope of its attributions, to monitor exploration and mining activities for mineral development and the safety of dams designed for tailings disposal that result from these activities, developed based on instruments granted by the agency itself and by the Ministry of Mines and Energy (MME);

Whereas Law no. 12,334, of September 20, 2010, established the National Dam Safety Policy (PNSB) and created the National Dam Safety Information System (SNISB);

Whereas the Dam Safety Plan (PSB) is an instrument of the PNSB and it is the responsibility of the mining company to prepare and implement it, including an Emergency Action Plan, when required by the monitoring agency, pursuant to the terms of arts. 8, 11 and 12 of Law no. 12,334, of 2010;



Departamento Nacional de Produção Mineral

**Ministry of Mines and Energy**

Whereas it is the responsibility of the monitoring agency or entity to establish the frequency of updating, the qualifications for the responsible technician, the minimum content and the level of detail of the Dam Safety Plan and of the Emergency Action Plan (PAE);

Whereas it is the responsibility of the monitoring agency or entity to establish the frequency, the qualifications for the responsible team, the minimum content and the level of detail of the Regular and Special Safety Inspections and of the Periodic Dam Safety Review;

Whereas according to section III of art. 4 of Law no. 12,334/2010, the mining company has legal responsibility for dam safety and is required to undertake actions to ensure it;

Considering the provision in Resolution no. 143 and in Resolution no. 144, of July 10, 2012, both of the National Council of Water Resources; and

Considering the result of Public Consultation no. 01/2017, which obtained support for the improvement of this Administrative Ruling, hereby decides the following:

Art. 1 The system for registration of dams monitored by the DNPM, the frequency of performance or updating, the required training of responsible technicians, the minimum content and level of detail of the Dam Safety Plan, of the Regular and Special Safety Inspections, of the Periodic Dam Safety Review and of the Emergency Action Plan for Mining Dams are those defined in this Administrative Ruling.

Sole paragraph. Except for Chapter I, which applies to any and all mining dams, the other provisions in this Administrative Ruling apply to the Mining Dams covered by the National Dam Safety Policy (PNSB); that is, those which, according to Sole paragraph of art. 1 of Law no. 12,334/2010, present at least one of the following characteristics:

I – height of the dam wall, from the lowest point of the foundation to the crest, equal to or greater than fifteen (15) meters;

II – total reservoir capacity greater than or equal to three million cubic meters (3,000,000m³);

III – reservoir that contains hazardous residue, according to applicable technical standards;

Page **2** of **40**



Departamento Nacional de Produção Mineral

**Ministry of Mines and Energy**

IV – category of associated potential damage, medium or high, as defined in section XIV of article 2 and in Attachment V.

Art. 2. For the purposes of this Administrative Ruling, the following definitions will be used:

I. Anomaly: any deficiency, irregularity, abnormality or improper functioning that could affect the safety of the dam;

II. Mining Dams: dams, embankments, dikes, pits with constructed embankments, associated with the activities performed based on mining law, built at a level above the original topography of the land, used in a temporary or definitive manner to contain, accumulate, decant or discharge mining tailings or sediment from mining activities, with or without associated water catchment, including the structure of the embankment and its associated structures, excluding dams designed to hold industrial waste;

III. Active mining dam: structure in operation that is receiving tailings and/or sediment from mining activities;

IV. Mining dam under construction: structures that are under construction, in accordance with the technical design;

V. Existing mining dam: structure that was first filled before this Administrative Ruling went into effect;

VI. New mining dam: structure that was first filled after this Administrative Ruling went into effect;

VII. Mining dam in the process of closing: structure that no longer operates for the purpose of holding sediments and/or tailings but still maintains the characteristics of a mining dam;

VIII. De-characterized mining dam: a dam that no longer operates as a structure to hold sediments and/or tailings, no longer has the characteristics of a mining dam, and is used for another purpose;

IX. Inactive or deactivated mining dam: structure that is not receiving tailings and/or sediments from its end activity, while maintaining the characteristics of a mining dam;

X. National Registry of Mining Dams (CNBM): registry under the responsibility of the DNPM, with the official database, containing all the mining dams declared by mining

Page **3** of **40**





Departamento Nacional de Produção Mineral

**Ministry of Mines and Energy**

companies or identified by the DNPM inside Brazil.

XI. Risk Category (CRI): classification of dams according to the aspects that can influence the possibility of an accident, taking into account the technical characteristics, the state of conservation and the Dam Safety Plan;

XII. Classification by risk category and associated potential damage: classification contained in Attachment V of this Administrative Ruling;

XIII. PAEBM Coordinator: agent, designated by the mining company, responsible for coordinating the actions described in the PAEBM, who must be available to promptly act in dam emergency situations;

XIV. Associated Potential Damage (DPA): damage that can occur due to a break or poor functioning of a dam, regardless of the likelihood of its occurrence, to be graded according to loss of human life, and social, economic and environmental impacts;

XV. Declaration of Stability Status (DCE): document signed by the mining company and the responsible technician who prepared it, attesting to the stability of the structure in question, with a copy of the respective ART, according to the model in Attachment III;

XVI. Declaration of End of Emergency: declaration issued by the mining company to the competent public authorities, establishing the end of the emergency situation;

XVII. Mining company: private or government entity that develops the dam for its own benefit or for society;

XVIII. Dam safety team: group of professionals responsible for the dam safety actions, which may be composed of professionals from the mining company's own staff or contracted specifically for this purpose;

XIX. Flood Study: study capable of adequately characterizing the potential impacts of a flood resulting from rupture or poor functioning of the Mining Dam, which must be done by a professional who is legally authorized for this activity, for which the description and justification must be contained in the PAEBM; the choice of the best methodology for its

Page **4** of **40**

TRANSLATION



preparation will be made by the mining company and by this professional;

XX. Special Inspection Statement (EIE): item for which the mining company is responsible, registered in the SIGBM, containing a summary of the relevant information on the special inspection sheets filled out and any information requested in that System;

XXI. Regular Inspection Statement (EIR): item for which the mining company is responsible, registered in the SIGBM, containing a summary of the relevant information on the regular inspection sheets filled out and any information requested in that System;

XXII. Special Inspection Sheet (FIE): document prepared by the mining company in order to register the dam conditions found during the field inspections, after identification of an anomaly with a score of 10 in any column of Chart 3 - Classification Matrix in regard to Risk Category (1.2 - State of Conservation), of Attachment V, which must contain at least what is expressed in Attachment IV;

XXIII. Regular Inspection Sheet (FIR): document prepared by the mining company in order to record the dam conditions found during routine field inspections – it must contain at least the state of conservation referring to the risk category registered in Attachment V of this Administrative Ruling;

XXIV. Special Safety Inspection (ISE): activity for which the mining company is responsible, designed to evaluate the safety conditions of the dam under specific situations, which must be done by a multidisciplinary team of specialists in the phases of construction, operation and deactivation;

XXV. Regular Safety Inspection (ISR): activity for which the mining company is responsible, designed to identify and assess any anomalies that could potentially affect safety and operating conditions of the dam, as well as its state of conservation, to be conducted regularly, at the frequency indicated in this Administrative Ruling;

XXVI. Flood Map: product of the flood study, covering the geo-referenced geographical delineation of the areas potentially affected by a possible dam break, and possible associated scenarios, which is designed to facilitate efficient notification and



**Ministry of Mines and Energy**

evacuation of areas affected by this situation;

XXVII. Classification Matrix: matrix contained in Attachment I of this Administrative Ruling, which lists the classification in regard to the Risk Category and the Associated Potential Damage, in order to establish the need to prepare the Emergency Action Plan for Mining Dams (PAEBM), the frequency of the Regular Safety Inspections (ISR), the situations in which a Special Safety Inspection (ISE) must be conducted, and the frequency of the Periodic Dam Safety Review (RPSB);

XXVIII. Levels of instrumentation control: levels that establish the acceptable limits of measurement for each dam structure instrument to support decision-making for preventive and corrective measures, used as one of the elements for dam safety evaluation, to be individually defined for each structure through safety assessments, and classified as normal, alert and emergency.

XXIX. Emergency level: convention used in this Administrative Ruling to grade the potential emergency situations for dams that could compromise dam safety;

XXX. Monitoring agency: government authority responsible for monitoring of dam safety management, which is the responsibility of the dam owner, and includes compliance with legal obligations in relation to the PSB and onsite verification of the physical structures in regard to their state of conservation and identification of possible anomalies that may be apparent at the time of inspection;

XXXI. Emergency Action Plan for Mining Dams (PAEBM): technical document that is easily understood, prepared by the mining company, which identifies the potential emergency situations of the dam, establishes the actions to be taken in these cases and defines the agents to be notified, in order to minimize damage and loss of life;

XXXII. Dam Safety Plan (PSB): instrument of the National Dam Safety Policy that must be prepared and implemented by the mining company, composed of at least the elements indicated in Attachment II;

Page **6** of **40**

**TRANSLATION**



Departamento Nacional de Produção Mineral

XXXIII.    Conclusive Report of Regular Inspection (RCIE): document that is part of the Special Safety Inspection, which compiles the information collected in the field referring to the anomalies detected with a score of 10 in the conservation status chart referring to the risk category, prepared after the elimination or control of the anomalies;

XXXIV.    Report on the Causes and Consequences of a Level 3 Emergency Event: document that must be prepared by the mining company after a Level 3 emergency has occurred;

XXXV.    Regular Safety Inspection Report (RISR): document that is part of the Regular Safety Inspection, which compiles the information collected in the field and will support the technical analyses of the structure's safety;

XXXVI.    Periodic Dam Safety Review (RPSB): study whose objective is to diagnose the general safety condition of the dam, considering the current state-of-the-art for design criteria, the updating of hydrological data, alterations of the conditions upstream and downstream from the project, and indicate the actions to be taken by the mining company to ensure safety;

XXXVII.    Simulation: practical training whose function is to enable the population and agents directly involved in the ZAS Contingency Plan to learn of the planned actions and to be trained in how to proceed in the event of a real emergency;

XXXVIII.    Mining Dam Safety Management Integrated System (SIGBM): Operational system developed by the DNPM to manage mining dams on Brazilian territory;

XXXIX.    Emergency situations: situations resulting from adverse events that affect dam safety and may cause harm to their structural and operational integrity, to the preservation of life, health, property and the environment;

XL.    Self-Saving Zone (ZAS): region of the valley downstream from the dam, where it is considered that warning notices to the population are the responsibility of the mining company, as there will not be sufficient time for an intervention by the competent authorities in emergency situations; the greater of the following distances should be used to define it: the distance that corresponds to an arrival time of the flood wave that is equal to thirty minutes or 10 km; and

WATER STREET TRANSLATIONS

**TRANSLATION**



XLI.      Secondary Safety Zone - ZSS: Region indicated on the Flood Map, not defined as a ZAS.

**CHAPTER I**

**INTEGRATED MINING DAM SAFETY MANAGEMENT SYSTEM AND
NATIONAL MINING DAM REGISTRY**

**Section I**
**Dam Registration System**

Art. 3 Mining dams will be registered by the mining company directly in the Mining Dam Safety Management Integrated System (SIGBM), which is part of the National Registry of Mining Dams.

§ 1. The mining company must register all mining dams under construction, in operation and deactivated dams that are under its responsibility, in compliance with the sole paragraph of art. 13 of Law no. 12,334/2010 according to the frequency stated in art. 4 of this Administrative Ruling.

§ 2. In the event a mining dam is removed from the system, due to closing or de-characterization, the mining company must submit a document to the DNPM, through the SIGBM, attesting to the closing or de-characterization of the aforementioned structure prepared by a legally authorized professional, accompanied by the respective annotation of technical responsibility, in accordance with art. 44, or a copy of the document issued by the specific environmental agency, proving what is covered by this paragraph.

§ 3. When there is more than one embankment, whether as the result of closing of the topographic seal, or for internal compartments within the same reservoir, the criteria considered in the highest scoring dam segment must be extended to the other structures, which must not be registered as independent mining dams.

**TRANSLATION**



Departamento Nacional de Produção Mineral

**Ministry of Mines and Energy**

**ATTACHMENT II**

**Structure and Minimum Content of the Dam Safety Plan**

| VOLUMES | MINIMUM CONTENT |
|---|---|
| **Volume I –** <br><br> **Tome I** <br><br> **General Information** | 1. Identification of the Mining Company;<br>2. Project description;<br>3. Organizational structure, updated contacts of those responsible and technical qualification of the professionals of the dam safety team;<br>4. Declaration of the dam classification by the DNPM in regard to the risk category and associated potential damage;<br>5. Environmental licenses, grants and other legal requirements. |
| **Volume I –** <br><br> **Tome 2** <br><br> **Technical Documentation of Project** | 1. Technical characteristics of the Design and Construction;<br>2. Designs (basic and/or executive), if they exist;<br>3. As-built design, in the event of a dam constructed after the promulgation of Law no. 12,334, of 2010;<br>4. As-is design, in the case of dams constructed before the promulgation of Law no. 12,334, of 2010, which did not have the "as built" design. |
| **Volume II** <br><br> **Plans and Procedures** | 1. Operating plan, including but not limited to:<br>   a) Operational rule on spillway devices, if present;<br>   b) Procedures for compliance with operating rules defined by the Mining Company or by the entity responsible, as the case may be.<br>2. Maintenance planning;<br>3. Monitoring and instrumentation plan;<br>4. Dam safety inspections planning; and<br>5. Equipment manuals with test and calibration schedules, if they exist. |
| **Volume III** <br><br> **Records and Controls** | 1. Operating Records;<br>2. Maintenance Records;<br>3. Monitoring and Instrumentation Records;<br>4. Dam Safety Inspection Sheets;<br>5. Records of tests on hydraulic, electric and mechanical equipment, if existing;<br>6. Regular Safety Inspection Reports (RISR) containing, at least:<br>   a) Identification of the mining company's legal representative;<br>   b) Identification of the contracted external team that has technical responsibility for preparation of the Regular Dam Safety Inspection Report, when applicable;<br>   c) Description of inspections to be conducted twice a month during the semester, covering any anomalies found, attempts made, as well as any reclassification with photographic report containing at least the anomalies with scores of 6 or 10 in Chart 3 - Classification Matrix in regard to Risk Category (1.2 - State of Conservation) of Attachment V.<br>   d) Analysis of the stability of the Mining Dam, concluding with the Declaration of Stability Status based on the safety factor indices described in the Brazilian Standard ABNT NBR 13,028 or the Standard that may come to replace it, using good engineering practices;<br>   e) Technological description of the tailings: nature of the tailings, physical characteristics of granulometry, mineralogy and plasticity of the tailings, parameters of resistance under drained and undrained conditions, and susceptibility of the tailings to the phenomenon of liquefaction, as the case may be;<br>   f) Declaration of Dam Stability Status, according to Attachment III.<br>   g) Signature of owner of mining company or its legal representative;<br>   h) Levels of instrumentation control<br>7. Conclusive Special Safety Inspection Reports, containing at least the following:<br>   a) Identification of the company's legal representative, as well as the external multidisciplinary team contracted by the mining company, with identification of the responsible technician for mitigation of the anomalies identified; |

WATER STREET TRANSLATIONS



<span style="color:blue">**Ministry of Mines and Energy**</span>

| | |
|---|---|
| | b) Evaluation of the anomalies that led to the maximum score of ten (10) points, in any column of Chart 3 - Classification Matrix in regard to Risk Category (1.2 - State of Conservation) of Attachment V, individually found and registered, identifying possible poor functioning and evidence of deterioration or construction defect; <br><br> c) Photographic report containing the anomalies that resulted in the maximum score of ten (10) points, in any column of the chart of Conservation Status referring to the Dam Risk Category identified; <br><br> d) Reclassification, when necessary, in regard to the Conservation Status score referring to the Dam Risk Category for each anomaly identified in the Special Inspection Sheet; <br><br> e) Comparison with the results of the previous Special Safety Inspection, when applicable; <br><br> f) Actions taken to eliminate the anomalies that resulted in the maximum score of ten (10) points, in any column of the chart of Conservation Status referring to the Dam Risk Category found; <br><br> g) Evaluation of the result of the inspection and review of the available instrumentation records, indicating the need for maintenance, repairs or new special inspections, recommending the necessary services; <br><br> h) Classification, at the time of the first Special Inspection, and reclassification, at the time of the second or later Special Inspection, of the Conservation Status score referring to the Dam Risk Category, according to Attachment IV; <br><br> i) Classification of the result of the actions taken in the anomalies that resulted from the maximum score of ten (10) points, in any column of the chart of the Conservation Status referring to the Dam Risk Category, as no longer in existence, controlled and not controlled. <br><br> 8. Signature of the owner of the mining company or its legal representative. |
| **Volume IV** <br><br> **Periodic Review of Dam Safety** | 1. Result of detailed inspection that is appropriate for dam location and its associated structures; <br> 2. Reevaluation of existing designs, according to the design criteria applicable at the time of the review; <br> 3. Reevaluation of the risk category and associated potential damage; <br> 4. Updating of the hydrological series and studies and comparison of these studies with the capacity of the existing spillway devices. <br> 5. Reevaluation of the procedures for operating, maintenance, tests, instrumentation and monitoring; <br> 6. Reevaluation of the Emergency Action Plan for Mining Dams - PAEBM, when applicable; <br> 7. Review of previous periodic dam safety reports; <br> 8. Final Study Report; and <br> 9. Declaration of Stability Status. |
| **Volume V** <br><br> **Emergency Action Plan - PAEBM** | 1. Presentation and objective of the PAEBM; <br> 2. Identification and contacts of the Mining Company, the PAE Coordinator and the entities listed in the Notification Flowchart; <br> 3. General description of the dam and associated structures; <br> 4. Detection, evaluation and classification of emergency situations at levels 1, 2 and/or 3; <br> 5. Actions expected for each emergency level; <br> 6. Description of the preventive and corrective procedures; <br> 7. Material and logistical resources available for use in emergency situations; <br> 8. Notification procedures (including the Notification Flowchart) and Alert System; <br> 9. Responsibilities in the PAEBM (mining company, PAE coordinator, technical team and Civil Defense); <br> 10. Summary of the flood study with the respective maps, indication of the ZAS and ZSS, as well as the potentially affected vulnerable points; |

Page **31** of **40**

**TRANSLATION**



Departamento Nacional de Produção Mineral

| | |
|---|---|
| | 11. End of Emergency Declaration, when applicable; <br> 12. PAE Training Plan; <br> 13. Description of the monitoring system used in the Mining Dam; <br> 14. Records of PAEBM training; <br> 15. List of the competent authorities that received the PAEBM and the respective protocols; <br> 16. Report on the Causes and Consequences of a Level 3 Emergency Event, containing at least the following: <br>     a) Detailed description of the event and possible causes; <br>     b) Photographic report; <br>     c) Description of the actions taken during the event, including a copy of the declarations issued and record of contacts made, depending on the case; <br>     d) In the event of a breach, identification of the areas affected; <br>     e) Consequences of the event, including material damages, damage to life and to property; <br>     f) Proposals for improvements for review of the PAEBM; <br>     g) Conclusions of the event; and <br>     h) Signature of the person legally responsible for the mining company. |

WATER STREET TRANSLATIONS



Departamento Nacional de Produção Mineral

**Ministry of Mines and Energy**

**ATTACHMENT III – DECLARATION OF STABILITY STATUS**

**Period:** ............*(semester)* /. ........................*(year)*

**Mining Company:**

**Dam Name**:

**Associated Potential Damage:**

**Risk Category:**

**Dam Classification:**

**Municipality/State**:

**Date of last inspection:**

I hereby declare, for the purpose of monitoring and proof at the DNPM, that I conducted a Regular Dam Safety Inspection at the structure indicated above, according to Regular Dam Safety Inspection Report, prepared on *(month)* .................................. *(day)*................. *(year)*..............................
and (*do/do not*) attest to its stability, pursuant to Law no. 12,334, of September 20, 2010, and DNPM Administrative Rulings in effect.

Location and date,

..................................................................................................................…
Full name of person responsible for the Regular Dam Safety Inspection
Professional Training
CREA Registration Number

..................................................................................................................
Full name of mining company's legal representative
CPF Number

Page **33** of **40**

# Translation Certification



# WATER STREET TRANSLATIONS, LLC

817 Broadway, 4th Floor
New York, NY 10003                                    (212) 776-1713
www.waterstreettranslations.com          info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Kathy Mutz, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

"To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

_____
Kent G. Heine
Water Street Translations, LLC


12/13/19
_____
Date



# Portuguese Original



**Departamento Nacional de Produção Mineral**

**Ministério de Minas e Energia**

## PORTARIA Nº 70.389, DE 17 DE MAIO DE 2017

*Versão com retificações de 05/06/2017 e 10/11/2017*

Cria o Cadastro Nacional de Barragens de Mineração, o Sistema Integrado de Gestão em Segurança de Barragens de Mineração e estabelece a periodicidade de execução ou atualização, a qualificação dos responsáveis técnicos, o conteúdo mínimo e o nível de detalhamento do Plano de Segurança da Barragem, das Inspeções de Segurança Regular e Especial, da Revisão Periódica de Segurança de Barragem e do Plano de Ação de Emergência para Barragens de Mineração, conforme art. 8°, 9°, 10, 11 e 12 da Lei n° 12.334 de 20 de setembro de 2010, que estabelece a Política Nacional de Segurança de Barragens - PNSB.

O Diretor Geral do Departamento Nacional de Produção Mineral - DNPM, no uso da competência que lhe confere os incisos VIII e IX do art. 17 da Estrutura Regimental do DNPM, aprovada pelo Decreto nº 7.092, de 02 de fevereiro de 2010; tendo em vista o disposto no art. 3° da Lei n° 8.876, de 02 de maio de 1994 e nos arts. 2.º, V; 5.º, III; 8.º, § 1.º; 9.º; 10, § 1.º; 11; 16, I a III, e V, todos da Lei n.º 12.334, de 20 de setembro de 2010, e

Considerando que compete ao DNPM, no âmbito de suas atribuições, fiscalizar as atividades de pesquisa e lavra para o aproveitamento mineral e a segurança das barragens destinadas à disposição de rejeitos resultantes destas atividades, desenvolvidas com base em títulos outorgados pela própria autarquia e pelo Ministério de Minas e Energia - MME;

Considerando que a Lei nº 12.334, de 20 de setembro de 2010, estabeleceu a Política Nacional de Segurança de Barragens (PNSB) e criou o Sistema Nacional de Informações sobre Segurança de Barragens- SNISB;

Considerando que o Plano de Segurança da Barragem (PSB) é um instrumento da PNSB e que cabe ao empreendedor elaborá-lo e implementá-lo, incluindo, quando exigido pelo órgão fiscalizador, Plano de Ação de Emergência, nos termos dos arts. 8º, 11 e 12 da Lei nº 12.334, de 2010;

Página **1** de **40**



**Departamento Nacional de Produção Mineral**                                    **Ministério de Minas e Energia**

Considerando que cabe ao órgão ou à entidade fiscalizadora estabelecer a periodicidade de atualização, a qualificação do responsável técnico, o conteúdo mínimo e o nível de detalhamento do Plano de Segurança da Barragem e do Plano de Ação de Emergência (PAE);

Considerando que cabe ao órgão ou à entidade fiscalizadora estabelecer a periodicidade, a qualificação da equipe responsável, o conteúdo mínimo e o nível de detalhamento das Inspeções de Segurança Regular e Especial e da Revisão Periódica de Segurança de Barragem;

Considerando que de acordo com o inciso III do art. 4º da Lei nº 12.334/2010, o empreendedor é o responsável legal pela segurança da barragem, cabendo-lhe o desenvolvimento de ações para garanti-la;

Considerando o disposto na Resolução n.º 143 e na Resolução n.º 144, de 10 de julho de 2012, ambas do Conselho Nacional de Recursos Hídricos; e

Considerando o resultado da Consulta Pública nº 01/2017 que colheu subsídios para o aprimoramento desta Portaria, resolve:

Art. 1º A sistemática de cadastramento das barragens fiscalizadas pelo DNPM, a periodicidade de execução ou atualização, a qualificação dos responsáveis técnicos, o conteúdo mínimo e o nível de detalhamento do Plano de Segurança da Barragem, das Inspeções de Segurança Regular e Especial, da Revisão Periódica de Segurança de Barragem e do Plano de Ação de Emergência para Barragens de Mineração são aqueles definidos nesta Portaria.

Parágrafo único. À exceção do Capítulo I, o qual se aplica a toda e qualquer barragem de mineração, os demais dispositivos desta Portaria aplicam-se às Barragens de Mineração abrangidas pela Política Nacional de Segurança de Barragens (PNSB), isto é, que, de acordo com o parágrafo único do art. 1º da Lei nº 12.334/2010, apresentem pelo menos uma das seguintes características:

I - altura do maciço, contada do ponto mais baixo da fundação à crista, maior ou igual a 15m (quinze metros);

II - capacidade total do reservatório maior ou igual a 3.000.000m³ (três milhões de metros cúbicos);

III - reservatório que contenha resíduos perigosos conforme normas técnicas aplicáveis;



IV - categoria de dano potencial associado, médio ou alto, conforme definido no inciso XIV do artigo 2º e no Anexo V.

Art. 2º Para efeito desta Portaria consideram-se:

I.   Anomalia: qualquer deficiência, irregularidade, anormalidade ou mau funcionamento que possa vir a afetar a segurança da barragem;

II.  Barragens de Mineração: barragens, barramentos, diques, cavas com barramentos construídos, associados às atividades desenvolvidas com base em direito minerário, construídos em cota superior à da topografia original do terreno, utilizados em caráter temporário ou definitivo para fins de contenção, acumulação, decantação ou descarga de rejeitos de mineração ou de sedimentos provenientes de atividades de mineração com ou sem captação de água associada, compreendendo a estrutura do barramento e suas estruturas associadas, excluindo-se deste conceito as barragens de contenção de resíduos industriais;

III. Barragem de mineração ativa: estrutura em operação que esteja recebendo rejeitos e/ou sedimentos oriundos de atividade de mineração;

IV.  Barragem de mineração em construção: estruturas que estejam em processo de construção de acordo com o projeto técnico;

V.   Barragem de mineração existente: estrutura cujo início do primeiro enchimento ocorrer em data anterior à do início da vigência desta Portaria;

VI.  Barragem de mineração nova: estrutura cujo início do primeiro enchimento ocorrer após a data de início da vigência desta Portaria;

VII. Barragem de mineração em processo de fechamento: estrutura que não opera mais com a finalidade de contenção de sedimentos e/ou rejeitos mas ainda mantém características de barragem de mineração;

VIII. Barragem de mineração descaracterizada: aquela que não opera como estrutura de contenção de sedimentos e/ou rejeitos, não possuindo mais características de barragem de mineração sendo destinada à outra finalidade;

IX.  Barragem de mineração inativa ou desativada: estrutura que não está recebendo aporte de rejeitos e/ou sedimentos oriundos de sua atividade fim mantendo-se com características de uma barragem de mineração;

X.   Cadastro Nacional de Barragens de Mineração – CNBM: cadastro de responsabilidade do DNPM, com banco de dados oficial, contendo todas as

Página **3** de **40**



barragens de mineração declaradas pelos empreendedores ou identificadas pelo DNPM no território nacional.

XI.   Categoria de Risco - CRI: classificação da barragem de acordo com os aspectos que possam influenciar na possibilidade de ocorrência de acidente, levando-se em conta as características técnicas, o estado de conservação e o Plano de Segurança da Barragem;

XII.   Classificação por categoria de risco e dano potencial associado: classificação que consta do anexo V desta Portaria;

XIII.   Coordenador do PAEBM: agente, designado pelo empreendedor, responsável por coordenar as ações descritas no PAEBM, devendo estar disponível para atuar prontamente nas situações de emergência da barragem;

XIV.   Dano Potencial Associado - DPA: dano que pode ocorrer devido ao rompimento ou mau funcionamento de uma barragem, independentemente da sua probabilidade de ocorrência, a ser graduado de acordo com as perdas de vidas humanas, impactos sociais, econômicos e ambientais;

XV.   Declaração de Condição de Estabilidade - DCE: documento assinado pelo empreendedor e pelo responsável técnico que o elaborou, atestando a condição de estabilidade da estrutura em análise, com cópia da respectiva ART, conforme modelo do Anexo III;

XVI.   Declaração de encerramento de emergência: declaração emitida pelo empreendedor para as autoridades públicas competentes estabelecendo o fim da situação de emergência;

XVII.   Empreendedor: agente privado ou governamental que explore a barragem para benefício próprio ou da coletividade;

XVIII.   Equipe de segurança da barragem: conjunto de profissionais responsáveis pelas ações de segurança da barragem, podendo ser composta por profissionais do próprio quadro de pessoal do empreendedor ou contratada especificamente para este fim;

XIX.   Estudo de Inundação: estudo capaz de caracterizar adequadamente os potenciais impactos, provenientes do processo de inundação em virtude de ruptura ou mau funcionamento da Barragem de Mineração, que deverá ser feito por profissional legalmente habilitado para essa atividade cuja descrição e justificativa deverá, necessariamente, constar no PAEBM, sendo de responsabilidade do



empreendedor e deste profissional a escolha da melhor metodologia para sua elaboração;

XX. Extrato de Inspeção Especial - EIE: item de responsabilidade do empreendedor, constante no SIGBM, contendo o resumo das informações relevantes das fichas de inspeções especiais preenchidas e eventuais informações solicitadas no citado Sistema;

XXI. Extrato de Inspeção Regular - EIR: item de responsabilidade do empreendedor, constante no SIGBM, contendo o resumo das informações relevantes das fichas de inspeções regulares preenchidas e eventuais informações solicitadas no citado Sistema;

XXII. Fichas de Inspeção Especial - FIE: documento elaborado pelo empreendedor com o objetivo de registrar as condições da barragem verificadas durante as inspeções de campo, após a identificação de anomalia com pontuação 10 em qualquer coluna do Quadro 3 - Matriz de Classificação Quanto à Categoria de Risco (1.2 - Estado de Conservação), do Anexo V, devendo conter, minimamente, o expresso no Anexo IV;

XXIII. Fichas de Inspeção Regular - FIR: documento elaborado pelo empreendedor com o objetivo de registrar as condições da barragem verificadas durante as inspeções rotineiras de campo, devendo conter, minimamente, o quadro de estado de conservação referente a categoria de risco constante no anexo V desta Portaria;

XXIV. Inspeção de Segurança Especial - ISE: atividade sob a responsabilidade do empreendedor que visa avaliar as condições de segurança da barragem em situações específicas, devendo ser realizada por equipe multidisciplinar de especialistas nas fases de construção, operação e desativação;

XXV. Inspeção de Segurança Regular - ISR: atividade sob responsabilidade do empreendedor que visa identificar e avaliar eventuais anomalias que afetem potencialmente as condições de segurança e de operação da barragem, bem como seu estado de conservação, devendo ser realizada, regularmente, com a periodicidade estabelecida nesta Portaria;

XXVI. Mapa de inundação: produto do estudo de inundação, compreendendo a delimitação geográfica georreferenciada das áreas potencialmente afetadas por uma eventual ruptura da Barragem e seus possíveis cenários associados, que



**Departamento Nacional de Produção Mineral**

**Ministério de Minas e Energia**

objeta facilitar a notificação eficiente e a evacuação de áreas afetadas por esta situação;

XXVII. Matriz de Classificação: matriz que consta do Anexo I desta Portaria, que relaciona a classificação quanto à Categoria de Risco e ao Dano Potencial Associado, com o objetivo de estabelecer a necessidade de elaboração do Plano de Ação de Emergência para Barragens de Mineração- PAEBM, a periodicidade das Inspeções de Segurança Regular- ISR, as situações em que deve ser realizada obrigatoriamente Inspeção de Segurança Especial - ISE, e a periodicidade da Revisão Periódica de Segurança de Barragem- RPSB;

XXVIII. Níveis de controle da instrumentação: níveis que delimitam os limites aceitáveis de auscultação para cada instrumento da estrutura visando subsidiar a tomada de decisão para ações preventivas e corretivas, utilizado como um dos elementos para avaliação de segurança da barragem, devendo ser definido individualmente para cada estrutura através de avaliações de segurança e classificados nos níveis normal, alerta e emergência.

XXIX. Nível de emergência: convenção utilizada nesta Portaria para graduar as situações de emergência em potencial para a barragem que possam comprometer a segurança da barragem;

XXX. Órgão fiscalizador: autoridade do poder público responsável pelas ações de fiscalização da gestão da segurança da barragem, esta de competência do empreendedor, compreendendo o cumprimento das obrigações legais em relação ao PSB e a verificação *in loco* das estruturas físicas quanto ao estado de conservação e da identificação de eventuais anomalias aparentes no momento da inspeção;

XXXI. Plano de Ação de Emergência para Barragens de Mineração - PAEBM: documento técnico e de fácil entendimento elaborado pelo empreendedor, no qual estão identificadas as situações de emergência em potencial da barragem, estabelecidas as ações a serem executadas nesses casos e definidos os agentes a serem notificados, com o objetivo de minimizar danos e perdas de vida;

XXXII. Plano de Segurança de Barragem - PSB: instrumento da Política Nacional de Segurança de Barragens de elaboração e implementação obrigatória pelo empreendedor, composto, no mínimo, pelos elementos indicados no Anexo II;



XXXIII.    Relatório Conclusivo de Inspeção Especial - RCIE: documento integrante da Inspeção de Segurança Especial, que compila as informações coletadas em campo referentes as anomalias detectadas com pontuação 10 no quadro de estado de conservação referente à categoria de risco, elaborado após a extinção ou controle das anomalias;

XXXIV.    Relatório de Causas e Consequências do Evento de Emergência em Nível 3: documento de responsabilidade do empreendedor que deverá ser elaborado após terminada a situação de emergência em nível 3;

XXXV.    Relatório de Inspeção de Segurança Regular - RISR: documento integrante da Inspeção de Segurança Regular, que compila as informações coletadas em campo e que balizará as análises técnicas sobre a estabilidade da estrutura;

XXXVI.    Revisão Periódica de Segurança de Barragem - RPSB: estudo cujo objetivo é diagnosticar o estado geral de segurança da barragem, considerando o atual estado da arte para os critérios de projeto, a atualização de dados hidrológicos, as alterações das condições a montante e a jusante do empreendimento, e indicar as ações a serem adotadas pelo empreendedor para a manutenção da segurança;

XXXVII.    Simulado: treinamento prático que tem por função permitir que a população e agentes envolvidos diretamente no Plano de Contingência da ZAS tomem conhecimento das ações previstas e sejam treinados em como proceder caso haja alguma situação de emergência real;

XXXVIII.    Sistema Integrado de Gestão de Segurança de Barragens de Mineração - SIGBM: Sistema operacional desenvolvido pelo DNPM com o objetivo de gerenciar as barragens de mineração no território nacional;

XXXIX.    Situações de emergência: situações decorrentes de eventos adversos que afetem a segurança da barragem e possam causar danos à sua integridade estrutural e operacional, à preservação da vida, da saúde, da propriedade e do meio ambiente;

XL.    Zona de Autossalvamento - ZAS: região do vale à jusante da barragem em que se considera que os avisos de alerta à população são da responsabilidade do empreendedor, por não haver tempo suficiente para uma intervenção das autoridades competentes em situações de emergência, devendo-se adotar a maior das seguintes distâncias para a sua delimitação: a distância que corresponda a um tempo de chegada da onda de inundação igual a trinta minutos ou 10 km; e

Página **7** de **40**



**Departamento Nacional de Produção Mineral**                    **Ministério de Minas e Energia**

XLI.     Zona de Segurança Secundária - ZSS: Região constante do Mapa de Inundação, não definida como ZAS.

CAPÍTULO I

DO SISTEMA INTEGRADO DE GESTÃO DE SEGURANÇA DE BARRAGENS DE MINERAÇÃO E DO CADASTRO NACIONAL DE BARRAGENS DE MINERAÇÃO

**Seção I**

**Da Sistemática de Cadastramento das Barragen**s

Art. 3º As barragens de mineração serão cadastradas pelo empreendedor, diretamente no Sistema Integrado de Gestão de Segurança de Barragens de Mineração – SIGBM, integrando o Cadastro Nacional de Barragens de Mineração.

§ 1º O empreendedor é obrigado a cadastrar todas as barragens de mineração em construção, em operação e desativadas sob sua responsabilidade, em consonância com o parágrafo único do art. 13 da Lei nº 12.334/2010 de acordo com a periodicidade expressa no art. 4º desta Portaria.

§2º Para o caso de descadastramento por fechamento ou descaracterização de uma barragem de mineração, o empreendedor deverá apresentar ao DNPM por meio do SIGBM, documento atestando o fechamento ou a descaracterização da citada estrutura elaborado por profissional legalmente habilitado acompanhado da respectiva anotação de responsabilidade técnica de acordo com o art. 44, ou de cópia de documento expedido pelo órgão ambiental específico comprovando o que trata este parágrafo.

§ 3º Quando houver mais de uma estrutura de barramento, seja com função de fechamento de sela topográfica ou para compartimentação interna em um mesmo reservatório, os critérios considerados no segmento de barragem de maior pontuação devem ser estendidos às demais estruturas, não devendo ser cadastrada como uma barragem de mineração independente.



## ANEXO II

### Estrutura e Conteúdo Mínimo do Plano de Segurança da Barragem

| VOLUMES | CONTEÚDO MÍNIMO |
|---|---|
| **Volume I – Tomo I Informações Gerais** | 1. Identificação do Empreendedor<br>2. Caracterização do empreendimento;<br>3. Estrutura organizacional, contatos dos responsáveis e qualificação técnica dos profissionais da equipe de segurança da barragem atualizadas;<br>4. Declaração da classificação da barragem pelo DNPM quanto à categoria de risco e dano potencial associado;<br>5. Licenças ambientais, outorgas e demais requerimentos legais. |
| **Volume I – Tomo 2 Documentação técnica do Empreendimento** | 1. Características técnicas do Projeto e da Construção;<br>*2.* Projetos (básico e/ou executivo), caso existam;<br>3. Projeto como construído *(as built)*, no caso de barragem construída após a promulgação da Lei n.º 12.334, de 2010;<br>4. Projeto como está *(as is),* no caso de barragem construída antes da promulgação da Lei n.º 12.334, de 2010, que não possua o projeto *"as built"*. |
| **Volume II Planos e Procedimentos** | 1. Plano de operação, incluindo, mas não se limitando, à<br>   a) Regra operacional dos dispositivos de vertimento, caso existam;<br>   b) Procedimentos para atendimento às regras operacionais definidas pelo Empreendedor ou por entidade responsável, quando for o caso.<br>2. Planejamento das manutenções;<br>3. Plano de monitoramento e instrumentação;<br>4. Planejamento das inspeções de segurança da barragem; e<br>5. Manuais dos equipamentos com cronogramas de testes e calibração, caso existam. |
| **Volume III Registros e Controles** | 1. Registros de Operação;<br>2. Registros da Manutenção;<br>3. Registros de Monitoramento e Instrumentação;<br>4. Fichas de Inspeções de Segurança de Barragens;<br>5. Registros dos testes de equipamentos hidráulicos, elétricos e mecânicos, caso existam;<br>6. Relatórios de Inspeção de Segurança Regular (RISR) contendo, minimamente:<br>   a) Identificação do representante legal do empreendedor;<br>   b) Identificação da equipe externa contratada responsável técnica pela elaboração do Relatório de Inspeção de Segurança Regular de Barragem, quando for o caso;<br>   c) Descrição das inspeções quinzenais executadas durante o semestre, contemplando as eventuais anomalias encontradas, as tratativas executadas assim como sua eventual reclassificação com relatório fotográfico contendo, pelo menos, as anomalias com pontuações 6 ou 10 no Quadro 3 - Matriz de Classificação Quanto à Categoria de Risco (1.2 - Estado de Conservação), do Anexo V.<br>   d) Análise da estabilidade da Barragem de Mineração a qual concluirá pela Declaração de Condição de Estabilidade tendo por base os índices de fator de segurança descritos na Norma Brasileira ABNT NBR 13.028 ou Norma que venha a sucedê-la, fazendo uso das boas práticas da engenharia;<br>   e) Caracterização tecnológica dos rejeitos: Natureza do rejeito, características físicas de granulometria, mineralogia e plasticidade dos rejeitos, parâmetros de resistência em condições drenadas e não drenadas e susceptibilidade dos rejeitos ao fenômeno da liquefação, quando for o caso;<br>   f) Declaração de Condição de Estabilidade da Barragem, conforme Anexo III.<br>   g) Ciente do empreendedor ou de seu representante legal;<br>   h) Níveis de controle da instrumentação<br>7. Relatórios Conclusivos de Inspeção de Segurança Especial, contendo, minimamente:<br>   a) Identificação do representante legal da empresa, assim como da equipe multidisciplinar externa contratada pelo empreendedor, com a identificação do responsável técnico para a mitigação das anomalias identificadas; |



| | |
|---|---|
| | b) Avaliação das anomalias que resultaram na pontuação máxima de 10 (dez) pontos, em qualquer coluna do Quadro 3 - Matriz de Classificação Quanto à Categoria de Risco (1.2 - Estado de Conservação), do Anexo V, encontradas e registradas, individualmente, identificando possível mau funcionamento e indícios de deterioração ou defeito de construção;<br>c) Relatório fotográfico contendo as anomalias que resultaram na pontuação máxima de 10 (dez) pontos, em qualquer coluna do quadro de Estado de Conservação referente à Categoria de Risco da Barragem identificadas;<br>d) Reclassificação, quando necessário, quanto à pontuação do Estado de Conservação referente à Categoria de Risco da Barragem de cada anomalia identificada na Ficha de Inspeção Especial;<br>e) Comparação com os resultados da Inspeção de Segurança Especial anterior, quando houver;<br>f) Ações adotadas para a eliminação das anomalias que resultaram na pontuação máxima de 10 (dez) pontos, em qualquer coluna do quadro de Estado de Conservação referente à Categoria de Risco da Barragem constatadas;<br>g) Avaliação do resultado de inspeção e revisão dos registros de instrumentação disponíveis, indicando a necessidade de manutenção, reparos ou de novas inspeções especiais, recomendando os serviços necessários;<br>h) Classificação, quando da primeira Inspeção Especial, e reclassificação, quando da segunda ou posterior Inspeção Especial, da pontuação do Estado de Conservação referente à Categoria de Risco da Barragem, de acordo com Anexo IV;<br>i) Classificação do resultado das ações adotadas nas anomalias que resultaram na pontuação máxima de 10 (dez) pontos, em qualquer coluna do quadro de Estado de Conservação referente à Categoria de Risco da Barragem, em extinto, controlado e não controlado:<br>8. Ciente do empreendedor ou de seu representante legal. |
| **Volume IV**<br><br>**Revisão Periódica de Segurança da Barragem** | 1. Resultado de inspeção detalhada e adequada do local da barragem e de suas estruturas associadas;<br>2. Reavaliação dos projetos existentes, de acordo com os critérios de projeto aplicáveis à época da revisão.<br>3. Reavaliação da categoria de risco e dano potencial associado;<br>4. Atualização das séries e estudos hidrológicos e confrontação desses estudos com a capacidade dos dispositivos de vertimento existentes.<br>5. Reavaliação dos procedimentos de operação, manutenção, testes, instrumentação e monitoramento;<br>6. Reavaliação do Plano de Ação de Emergência para Barragens de Mineração - PAEBM, quando for o caso;<br>7. Revisão dos relatórios das revisões periódicas de segurança de barragem ~~de~~ anteriores;<br>8. Relatório Final do estudo; e<br>9. Declaração de Condição de Estabilidade. |
| **Volume V**<br><br>**Plano de Ação de Emergência - PAEBM** | 1. Apresentação e objetivo do PAEBM;<br>2. Identificação e contatos do Empreendedor, do Coordenador do PAE e das entidades constantes do Fluxograma de Notificações;<br>3. Descrição geral da barragem e estruturas associadas;<br>4. Detecção, avaliação e classificação das situações de emergência em níveis 1, 2 e/ou 3;<br>5. Ações esperadas para cada nível de emergência.<br>6. Descrição dos procedimentos preventivos e corretivos;<br>7. Recursos materiais e logísticos disponíveis para uso em situação de emergência:<br>8. Procedimentos de notificação (incluindo o Fluxograma de Notificação) e Sistema de Alerta;<br>9. Responsabilidades no PAEBM (empreendedor, coordenador do PAE, equipe técnica e Defesa Civil);<br>10. Síntese do estudo de inundação com os respectivos mapas, indicação da ZAS e ZSS assim como dos pontos vulneráveis potencialmente afetados; |



**Departamento Nacional de Produção Mineral**

|  | 11. Declaração de Encerramento de Emergência, quando for o caso; |
| --- | --- |
|  | 12. Plano de Treinamento do PAE; |
|  | 13. Descrição do sistema de monitoramento utilizado na Barragem de Mineração; |
|  | 14. Registros dos treinamentos do PAEBM; |
|  | 15. Relação das autoridades competentes que receberam o PAEBM e os respectivos protocolos; |
|  | 16. Relatório de Causas e Consequências do Evento em Emergência Nível 3, contendo, no mínimo: |
|  |    a) Descrição detalhada do evento e possíveis causas; |
|  |    b) Relatório fotográfico; |
|  |    c) Descrição das ações realizadas durante o evento, inclusive cópia das declarações emitidas e registro dos contatos efetuados, conforme o caso; |
|  |    d) Em caso de ruptura, a identificação das áreas afetadas; |
|  |    e) Consequências do evento, inclusive danos materiais, à vida e à propriedade; |
|  |    f) Proposições de melhorias para revisão do PAEBM; |
|  |    g) Conclusões do evento; e |
|  |    h) Ciência do responsável legal pelo empreendimento. |



Ministério de Minas e Energia

---

## ANEXO III – DECLARAÇÃO DE CONDIÇÃO DE ESTABILIDADE

**Competência:** ............*(semestre)* /...........(a*no)*

**Empreendedor:**

**Nome da Barragem**:

**Dano Potencial Associado:**

**Categoria de Risco:**

**Classificação da barragem:**

**Município/UF**:

**Data da última inspeção:**

Declaro para fins de acompanhamento e comprovação junto ao DNPM, que realizei Inspeção de Segurança Regular de Barragem na estrutura acima especificada conforme Relatório de Inspeção de Segurança Regular de Barragem, elaborado em .............*(dia)* /.............*(mês)* /...........(a*no),* e (*não*) atesto a estabilidade da mesma em consonância com a Lei n.º 12.334, de 20 de setembro de 2010, e Portarias DNPM vigentes.

Local e data.

.........................................................................................................
Nome completo do responsável pela Inspeção Regular de Segurança da Barragem
Formação profissional
Nº do registro no CREA

.........................................................................................................
Nome completo do representante legal do empreendedor
CPF