# Exhibit 11

**TRANSLATION**



**Geoconsultoria**

|  |  |
|---|---|
| **Client:** | VALE S.A. |
| **Project:** | Córrego do Feijão Mine |
| **Purpose:** | Dam B1 – Liquefaction Studies, Stability Analyses |
| **Document:** | Technical Report |
|  | VL47-RT-04    Version 1    July 2016 |

| Date | Version | Description | By | Approved |
|---|---|---|---|---|
| 7/15/16 | 0 | For comments | rgb/ahv/pca | pca |
|  |  |  |  |  |
|  |  |  |  |  |

Copies: 1 client copy / 1 file copy

**TRANSLATION**

_____

| TABLE OF CONTENTS | PAGE |
|---|---|

| | |
|---|---|
| 1.    INTRODUCTION | 3 |
| 2.    SUMMARY DESCRIPTION OF THE CURRENT DAM | 3 |
| 3.    GEOTECHNICAL SECTION AND GEOTECHNICAL PARAMETERS | 5 |
| 3.1    Geotechnical section | 5 |
| 3.2    Geotechnical parameters | 5 |
| 4.    STABILITY ANALYSES | 6 |
| 4.1    Olson Method | 6 |
| 4.2    New analyses of Dam B1 | 8 |
| 5.    GENERAL COMMENTS | 9 |
| 6.    CONCLUSIONS | 10 |

**ANNEXES**

1.    Calculation Report VL47-MC-01
2.    Report by Professor Olson on Dam B1 (7/08/2016)

**DRAWINGS**

1.    VL47-DE-101
2.    VL47-DE-106 R.1

WATER STREET TRANSLATIONS

**TRANSLATION**

**1.    INTRODUCTION**

This report presents the slope stability study for dam B1, in operation at the Córrego Feijão mine owned by Vale S.A. The dam's crest is at an elevation of 942 meters, which is projected to be its final height.

This stability study includes geotechnical sections that were prepared using the detailed designs to raise the dams to the elevations of 937 and 942 meters, which were based on thorough field research that employed probes, CPTu testing and Vane Tests, installation of open-tube piezometers (Casagrande), electrical piezometers and inclinometers.

Additionally, deformed and undeformed samples were collected, both from the tailings beach and from the dam wall itself, and laboratory tests were performed. The purpose of the testing was to provide elements for static analysis, pseudo-static analysis, and liquefaction.

In this study, the analyses are recalculated, taking into account the dam monitoring that has been under way since 2006, when the indicated designs were created. Additional samples were collected and laboratory tests were run to check for any differences in tailings behavior, and thus to better evaluate the stability status of the dam in the event of triggers that might result in static liquefaction of the dam.

**2.    SUMMARY DESCRIPTION OF THE CURRENT DAM**

In 2013, the current dam was raised to an elevation of 942 meters, which is the final height as established in the dam-raising design. In this configuration the maximum height is 85 meters (between the elevations of 942 meters and 857 meters), with crest length of nearly 700 meters (see design VL47-DE-101, attached).

Presented below in summary form is a history of the dam's construction, based on text prepared by VALE.

*"The starter dam was built in 1976, to an elevation of 874.0 meters, with maximum height of 18 meters. The dam was subsequently raised several times, as shown in Table 1.*

3

**TRANSLATION**

| Stage | Year | Raise | Elevation (meters) | Maximum Height (meters) | Type of Raise | Designer | Builder |
|---|---|---|---|---|---|---|---|
| 1 | 1976 | Starter Dam | 874 | 18 | - | Christoph Erb | Emtel |
| 2 | 1982 | 2nd | 877 | 21 | upstream | Tecnosan | Tercam |
| 3 | 1983 | | 879 | 23 | upstream | | - |
| 4 | 1984 | | 884 | 28 | centerline | | Construtora Sul Minas |
| 5 | 1986 | | 889 | 33 | upstream | | - |
| 6 | 1990 | | 891.5 | 35.5 | upstream | | Unienge Com. e Constr. Ltda. |
| 7 | 1991 | 3rd | 895 | 39 | upstream | Riad Chammas | Construtora Sul Minas |
| 8 | 1993 | | 899 | 43 | upstream | | - |
| 9 | 1995 | 4th | 905 | 49 | upstream | Tecnosolo | CMS Constr. S.A. |
| 10 | 1998 | 5th | 910 | 54 | upstream | | U&M |
| 11 | 2000 | 6th | 916.5 | 60.5 | upstream | | Constr. Dragagem Paraopeba |
| 12 | 2003 | 7th | 922.5 | 66.5 | upstream | | Construtora Impar Ltda. |
| 13 | 2004 | 8th | 929.5 | 73.5 | upstream | | Integral |
| 14 | 2008 | 9th | 937.0 | 81.0 | upstream | Geoconsultoria | Integral |
| 15 | 2013 | 10th | 942.0 | 86.0 | upstream | Geoconsultoria | Salum Enga. |

*Table 1 – Construction sequence of dam 1*

*The starter dam is comprised of fine ore (designed to act as drainage material) covered by a layer of laterite that is 4 meters thick on the upstream slope with incline of 1V:1.5H, and 1 meter on the downstream slope with incline of 1V:1.75H. Five successive dam raises upstream were planned, 3 meters high, placing the tailings on the crest, to form the tailings beach next to the dam.*

*The designer (Tecnosan) started from the assumption that due to granulometric separation, the thickest segment of tailings would be deposited closest to the crest. The embankments were protected by a 1.5-meter thick layer of laterite to prevent erosion from rainwater. Drainage carpets made of hematite were designed for the second and fourth embankments. It is known that one of these carpets extended to the upstream slope, however it was subsequently sealed. After conclusion of the second embankment, there were water surges at the base of the first embankment, which could be explained by the absence of an internal drainage system in the first embankment.*

*By 1983, it had become necessary to increase the height of the dam raises from 3 to 5 meters, to extend the period required for construction of the embankments. During the fourth stage, the decision was made to raise the dam along the centerline, enveloping the starter dam and the first two raises. According to records in the work reports, no drainage carpet was installed during the sixth stage corresponding to the 891.5 meter elevation.*

*The third raise was then performed (numbering used by Ferteco) in two stages, designed by Engineer Riad Chammas. From the fourth to the eighth raise, the designs were developed by the company Tecnosolo. All of these dam raises were performed upstream; however, during the fourth raise, the axis was moved 38.5 meters upstream in relation to the previous axis. This decision was made when it was found that the safety factors were lower than 1.3. In 2000, drains and trenches were installed at the base of the fourth raise.*

4

**TRANSLATION**

The heights of the ninth and tenth raises were 937 and 942 meters, the latter of which is current, and the designs were created by Geoconsultoria.

At the highest section, the current average pitch of the slopes is 22° (1V:2.5H) on the lower section, between the toe of the dam and the berm at height 898 (approximately); this berm is approximately 31 meters wide, and between this berm and the crest of the dam, at the height of 942 meters, the average slope is 18° (1V:3.1H). Thus, the total average slope of 1V:3.16H (17.5°).

Section 3 was used for the stability analyses, as it is better instrumented since its height is similar to the more central sections which pass along the toe of the dam. This section is shown in design VL47-DE-106 R.1, along with the plant, for localization.

Instrumentation of the dam is comprised of surface marks, inclinometers, Casagrande piezometers, electrical piezometers, water level indicators, and reservoir water level meters. The voids are also measured from the various horizontal drains that are installed in the dam.

3.    GEOTECHNICAL SECTION AND GEOTECHNICAL PARAMETERS

**3.1    Geotechnical section**

For the stability analyses, as already mentioned, geotechnical section S-3 will be used. This section is shown in drawing VL47-DE-106 R.1 (annex).

**3.2    Geotechnical parameters**

Dam B1 has been studied since the initial designs, which results are presented in the various reports archived with VALE.

For this study, the results of the studies on the designs of the dam-raising stages to elevations 937 and 942 meters (year 2006) were included, which results have already been presented and described in the data consolidation report (VL47-RT-01).

These studies encompassed:

-    Determination of *"in situ"* density of tailings on the beach
-    Collection of deformed and undeformed samples, in the form of blocks, in the tailings beach area

5

**TRANSLATION**

- Percussion probes in the areas of the tailings beach, dam and overflow
- Collection of samples of undeformed tailings with Shelby and Osterberg samplers, concomitant with the percussion probes
- Augur probes in the dam area
- Installation of piezometers and INAs on the tailings beach and on the dam
- Installation of 2 inclinometers
- Performance of CPTu tests and "vane tests"
- Laboratory testing, using deformed and undeformed tailing samples

The results of these investigations were presented in the *in situ* reports by the companies Geomaster and Geolabor (laboratory testing), which were responsible for the indicated investigations.

More recently (2016), a new campaign for field investigations and laboratory testing was planned and executed, which results are described and analyzed in the report VL47-RT-06, and which are included in the analyses in this report.

**4.    STABILITY ANALYSES**

**4.1    Olson Method**

The purpose of these analyses is to verify the possibility that an undrained rupture in the tailings mound could cause the dam to rupture (in whole or in part), with consequent liquefaction of the ruptured mound. In this stage, the evaluation includes the possibility of static rupture, that is, one not caused by seismic phenomena.

According to Scott M. Olson (an American researcher hired by Geoconsultoria), undrained tailings are susceptible to rupture (with consequent liquefaction), with a void ratio that is higher than the so-called critical void ratio (Olson and Stark, 2003). The latter varies with the effective confining stress that occurs at each point of the tailings mound. Fear and Robertson (1995) established ratios to determine, from the results of field tests, the limits from which this type of problem may or may not occur (susceptibility analysis); in the first case, the materials are said to be contractile, considering their tendency to decrease in volume when sheared. The mentioned field tests are: SPT (Standard Penetration Test) and CPTu (Cone Penetration Test), with preference for the latter, more precise tests. These ratios are stated in the following equations:

$$\sigma'_{v0} = 9.5812 \times 10_{-4} \, (N_{1\ 60})_{\ 4.7863}$$

$$\sigma'_{v0} = 1.1047 \times 10^{-2} \, (qt_1)^{\ 4.7863}$$

In the above equations, $\sigma'_{v0}$ represents the confining effective vertical stress (in kPa), $N_{1\ 60}$ represents the penetration resistance in the SPT test normalized for the effective stress of 1 $kgf/cm^2$ (60 represents the penetration resistance converted to a testing efficiency of 60%), while $qt_1$ represents the corrected point resistance of the CPTu test and normalized for effective stress of 1 $kgf/cm^2$.

6

**TRANSLATION**

The above ratios are shown in the following graphs:



Figure 1 – Susceptibility analysis (SPT)            Figure 2 – Susceptibility analysis (CPTu)

Once the results are known from one of the two tests at a certain depth and the respective effective vertical stress, the respective point is placed on the graph; if it is located to the left of the line (green), this means that its void ratio is higher than the critical ratio, and therefore, it is subject to an undrained rupture followed by liquefaction. The (green) line was established by Fear and Robertson for sands. In the case of our tailings, which have higher compressibility, the dashed line is used (Olson's correction). It is also believed that susceptibility to liquefaction is limited to saturated areas of the mound (below the NA).

Based on the considerations above, in order to perform the (initial) stability analysis on dam B1, the steps below will be followed:

1)      The results from the CPTu and SPT tests will be placed in section (3), as well as the positions of the groundwater, as determined using piezometers;

2)      A preliminary stability analysis will be done (pre-triggering), determining the surface(s) with a minimum safety coefficient. In this analysis, the so-called **peak** resistance is attributed to the tailings that are susceptible to liquefaction, determined from the same field tests mentioned previously (SPT and CPT), according to the following correlations (Olson):

**TRANSLATION**

$(S_u \text{ (Peak)}/\sigma'_v) = 0.205 + 0.0075 [(N_1)_{60}] \pm 0.04$ to $(N_1)_{60} \leq 12$

$(S_u \text{ (Peak)}/\sigma'_v) = 0.205 + 0.0143 (q_{t1}) \pm 0.04$ to $(q_{t1}) \leq 6.5$ MPa

If the resulting safety coefficient is higher than 1.3 for the critical surface, the analysis may be paralyzed, with an adequate result;

3)      If the above does not occur, in the layers that have a safety coefficient that is lower than 1 (possibly 1.1), the peak resistance of the tailings must be replaced by their resistance in **liquefaction**, which may be determined in a manner that is analogous to the above equations:

$(S_u \text{ (LIQ)}/\sigma'_v) = 0.03 + 0.0075 [(N_1)_{60}] \pm 0.03$ to $(N_1)_{60} \leq 12$

$(S_u \text{ (LIQ)}/\sigma'_v) = 0.03 + 0.0143 (q_{c1}) \pm 0.03$ to $(q_{t1}) \leq 6.5$ MPa

4)      A new analysis is done (post-triggering), resulting in a global safety coefficient that is obviously lower than the previous analysis. If the result is above 1.1, it would be considered to be okay. If it is between 1 and 1.1, stability would be guaranteed, however appreciable deformations could occur. If it is below 1, corrective measures would have to be studied.

**4.2     New analyses on dam B1**

The procedure above was used for section 3 of the dam. Initially a spreadsheet was created using the results of the field, CPTu and SPT tests, thus obtaining the normalized resistances along the section.

Note that the CPTu tests allow the behavior of the soil to be verified in terms of the possibility of creating neutral pressures during cone formation; if this is higher than the so-called hydrostatic uplift (which is a function of the position of the groundwater), the soil will show a tendency to be contractile, that is, it might develop liquefaction; if the opposite were to occur, the soil would, in theory, be dilating without this tendency. As will be seen below, this was used for a second stability verification in light of possible liquefaction.

Once in possession of the data from the spreadsheet, which was calculated as explained in the above paragraph, the correlation formulas were used to determine the respective **peak** resistances, according to item 4.1. Considering the data obtained along all sections of the dam, in 2005 and 2016, and also including the CPT and SPT tests, the following variations resulted for the $S_u \text{ (Peak)}/\sigma'_v$ ratios.

a)      2005 CPTU-1 to -8: 0.23 to 0.28

b)      2016 CPTU-3 to -7:0.24 to 0.29

8

**TRANSLATION**

c)      All SPT tests: 0.22 to 0.28

As shown, the variations are very small. Based on these values, the area that is susceptible to liquefaction was determined and presented in attached document VL47-MC-01 (Annex 1). In the initial hypothesis (see Figure 1 in the Annex), the criterion of Fear and Robertson was used, as described in item 4.1. Nearly the entire mound of tailings below the NA resulted in being susceptible to liquefaction.

Taking into account performance of the CPTu tests which, as pointed out previously, also allowed the areas in the tailings subject to liquefaction to be predicted using the neutral pressure measurements in the tests, the susceptible zone was determined using another criterion, which is presented in Figure 2 in Annex 1. Using this criterion, the area of the susceptible zone is drastically reduced, as shown, covering a range of variable dimensions along the upper water line; the same value as the value found in analysis 1 was used for the resistance ratio.

Based on the two stratigraphy models of the zone of possible liquefaction, several analyses were performed (see Figures 6 to 13 in Annex 1), using resistance ratios respectively equal to 0.23 – 0.25 – 0.30 and 0.40. The first two values are derived from Olson's criterion. The third would be the upper extreme that could be obtained using Olson's correlations, as well as vane tests (lower values, see Figure 4 in Annex 1). The last value may be considered to be derived from laboratory testing (triaxial) and vane tests (higher values, see Figure 4 from Annex 1).

As shown in the figures listed above and previous comments, satisfactory results are almost only obtained when the highest of the resistance ratios is considered (0.4), regardless of the stratigraphic model used. In the analyses performed using the Olson method (ratios of 0.23 and 0.25), only peak resistances were used, given that the results would be even lower if residual resistances were used (post-trigger).

**5.    GENERAL COMMENTS**

In the search for a conclusion on the results of the work, an initial reflection about the Olson method is fitting.

In order to prepare this method of analysis, Professor Scott M. Olson studied 33 cases of real ruptures, correlating them – when available – with penetration resistances of CPTu and SPT tests with shearing stress that occurred in the dam breaks, thus obtaining the respective shearing resistances. Although the research was performed very carefully, there were several cases in which the available data were not thought to be precise. Logically, there is always a tendency towards conservative interpretation when publishing results. On the other hand, if one looks at Professor Olson's report on dam B1 (July 8, 2016 – Annex 2), Figure 13 on page 13, one can see the tendency to increase the values of the resistance ratios from the previous chapter as the point used is subjected to prior shearing stress – which is the case for points

9

**TRANSLATION**

under dam slopes. That is, the method itself is not even considered by its creator to be final. In discussions on the matter, Professor Olson considered his method to be a **lower limit** of resistances. Analyses using more data are recommended, as well as more laboratory testing and vane tests. In this case, this type of analysis was performed, with better results as shown in Annex 1.

In a prior study from 2006 (report VL28-RT-03), Geoconsultoria reached conclusions that are different from the current ones. Based mainly on triaxial tests on undeformed samples, it was concluded that except in limited areas of the mound, **drained** behavior for tailings in the dam was to be expected. In this case, according to stability analyses that were presented in the above report, the values of the safety coefficients were high, even with unfavorable water levels inside the dam. The difference in safety coefficient values between drained analyses (ESA) and undrained (USA) is usually accentuated, as shown by Carrier (2003).

Regarding dam behavior, especially in the 10-year period following the above report, it has been the best it could possibly be. As a consequence of Geoconsultoria's recommendations, operating practices were implemented that allowed operation with very long tailings beaches, which is considered to be fundamental for the safety of tailings dams that are raised using the upstream method. In this case, there is a double advantage for stability: the water level is lowered in the body of the dam and an area of disposal is formed with an emerged beach (beach above water), with higher resistance of the tailings. A drainage gallery was built for this, which allowed water to be collected a vast distance away from the tailings beach, also allowing the value of stored water to be reduced, which is essential for safety.

In summary, in order for there to be an undrained rupture, it would be necessary for the so-called trigger to occur, that is, an event that caused a sudden increase in neutral pressures and stresses. At this stage, the dam has reached its final height, thus only conclusion of the reservoir remains, with a very acceptable pace of raising; that is, the possibility of a static trigger is remote. On the other hand, the possibility of an earthquake is something to be studied in another contract.

## 6.    CONCLUSIONS

The idea to reevaluate the safety of this dam considering the possibility of its liquefaction was a result of the audit report that made said recommendation. The rupture of the Samarco dam – which also used the upstream raising method – made this verification even more timely.

The analyses performed here showed low safety coefficients, considering the hypothesis of an undrained rupture and using the Olson method. There are favorable circumstances against this hypothesis, such as:

10

**TRANSLATION**

a)      Due to the fact that discharging tailings into the dam has ceased (Vale's decision), there is no more increase in pressure, and consequently, no resulting neutral pressures;

b)      The above decision also allows the level of the remaining lake to be lowered, with the resulting decrease in neutral pressures;

c)      The decision to extract tailings should contribute even further to reducing neutral stresses and pressures, further increasing safety coefficients;

d)      As a function of the above conditions, the criterion for a possible rupture to consider will be **drained**, resulting in very satisfactory safety coefficients even for the condition of dam operation, as shown in report VL28-RT-03 by Geoconsultoria.

**References**

1.  Olson, S,M., & Stark, T.D. (2003):Yield strength ratio and liquefaction analisys of slopes and embankments, ASCE Journal of Geotechnics and Geoenvironmental Engineering, 129(8), pag. 727-737.
2.  Fear.C.E. & Robertson, P.K. (1995): Estimating the undrained strength of a sand: a theoretical framework. Canadian Geotechnical Journal, 32(4), pag. 859-870.

Carrier III, W.D.(2003): Stability of tailings dams. Atti delle Conferenze di Geotecnica di Torino.

# Translation Certification



# WATER STREET TRANSLATIONS, LLC

817 Broadway, 4th Floor
New York, NY 10003
www.waterstreettranslations.com

(212) 776-1713
info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Eliza Graham, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

> "To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

Kent G. Heine
Water Street Translations, LLC

12/09/19

Date



# Portuguese Original



**Cliente :**     VALE S.A.

**Projeto :**      Mina Córrego do Feijão

**Objeto :**     Barragem B1 - Estudos de liquefação Análises de Estabilidade

**Docto. :**      Relatório Técnico

  VL47-RT-04          Rev. 1                    Julho, 2016

| Data | Rev. | Descrição | Por | Aprov. |
|---|---|---|---|---|
| 15/07/16 | 0 | Para comentários | rgb/ahv/pca | pca |
|  |  |  |  |  |
|  |  |  |  |  |

Cópias : 1 via cliente / 1 via arquivo

**ÍNDICE**                                                                                           **PÁGINA**

1. INTRODUÇÃO                                                                                3
2. DESCRIÇÃO SUCINTA DA BARRAGEM ATUAL                                    3
3. SEÇÃO GEOTÉCNICA E PARÂMETROS GEOTÉCNICOS                          5
    3.1. Seção geotécnica                                                        5
    3.2. Parâmetros geotécnicos                                              5
4. ANÁLISES DE ESTABILIDADE                                                        6
    4.1. Método de Olson                                                         6
    4.2. Novas análises da barragem B1                                    8
5. COMENTÁRIOS GERAIS                                                              9
6. CONCLUSÕES                                                                        10

**ANEXOS**

1. Memória de Cálculo VL47-MC-01
2. Relatório do Prof; Olson sobre a barragem B1 (8/7/16)

**DESENHOS**

1. VL47-DE-101
2. VL47-DE-106 R.1

## 1.    INTRODUÇÃO

Este relatório tem como objetivo apresentar o estudo de estabilidade dos taludes da barragem B1, em operação na mina Córrego Feijão, de propriedade da Vale S.A. A barragem encontra-se com a crista na cota 942 m, prevista para ser sua geometria final.

Para o presente estudo de estabilidade são consideradas seções geotécnicas preparadas quando do detalhamento dos projetos de alteamento para as cotas 937 e 942 m, que se basearam em detalhado programa de investigações de campo, com execução de sondagens, ensaios CPTu e Vane Tests, instalação de piezômetros tipo tubo aberto (Casagrande) e elétricos e inclinômetros.

Adicionalmente foram coletadas amostras deformadas e indeformadas, tanto da praia como do próprio maciço, e executados ensaios de laboratório. Os tipos de ensaios visaram fornecer elementos tanto para análises estáticas como pseudo-estáticas e de liquefação.

No presente trabalho as análises são recalculadas, considerando-se o monitoramento da barragem que se processa desde 2006, quando foram desenvolvidos os projetos referidos. É utilizada ainda a campanha adicional de coleta de amostras e ensaios de laboratório, para verificar possíveis diferenças de comportamento dos rejeitos, e assim permitir melhor definição da avaliação da condição de estabilidade da barragem, frente à ocorrência de gatilhos que possam resultar em liquefação estática da barragem.

## 2.    DESCRIÇÃO SUCINTA DA BARRAGEM ATUAL

A barragem atual foi alteada em 2013 para a cota 942 m, que é a cota final conforme previsto no projeto de alteamento. Nesta configuração a altura máxima é de 85 m (entre as cotas 942 m e 857 m), com comprimento da crista de cerca de 700 m (ver desenho VL47-DE-101, anexo)

De maneira resumida é apresentado a seguir um histórico da construção da barragem, considerando texto preparado pela VALE.

*"A barragem inicial foi construída em 1976 até a elevação 874,0 m, atingindo uma altura máxima de 18 m. Em seguida, foram executadas diversas etapas de alteamento conforme discriminado na tabela 1.*

| Etapa | Ano | Alteamento | El. (m) | Altura máx. (m) | Tipo de alteamento | Projetista | Construtora |
|---|---|---|---|---|---|---|---|
| 1 | 1976 | Bar. Inicial | 874 | 18 | - | Christoph Erb | Emtel |
| 2 | 1982 | 2.º | 877 | 21 | montante | Tecnosan | Tercam |
| 3 | 1983 | | 879 | 23 | montante | | - |
| 4 | 1984 | | 884 | 28 | Linha centro | | Construtora Sul Minas |
| 5 | 1986 | | 889 | 33 | montante | | - |
| 6 | 1990 | | 891,5 | 35,5 | montante | | Unienge Com. e Constr. Ltda. |
| 7 | 1991 | 3º | 895 | 39 | montante | Riad Chammas | Construtora Sul Minas |
| 8 | 1993 | | 899 | 43 | montante | | . |
| 9 | 1995 | 4º | 905 | 49 | montante | Tecnosolo | CMS Constr.S.A |
| 10 | 1998 | 5º | 910 | 54 | montante | | U&M |
| 11 | 2000 | 6º | 916,5 | 60,5 | montante | | Constr. Dragagem Paraopeba |
| 12 | 2003 | 7º | 922,5 | 66,5 | montante | | Construtora Impar Ltda. |
| 13 | 2004 | 8º | 929,5 | 73,5 | montante | | Integral |
| 14 | 2008 | 9º. | 937,0 | 81,0 | montante | Geoconsultoria | Integral |
| 15 | 2013 | 10º. | 942,0 | 86,0 | montante | Geoconsultoria | Salum Enga. |

*Tabela1 - Sequenciamento da construção da barragem 1*

*A barragem inicial é constituída por minério fino (idealizado como material drenante), revestida por camada de laterita de 4 m de espessura no talude de montante com inclinação 1V:1,5H e de 1 m no talude de jusante com inclinação de 1V:1,75H. Em seguida, foram projetados 5 alteamentos sucessivos, para montante, com 3 m de altura e lançamento de rejeitos pela crista para formação da praia próxima à barragem.*

*A projetista (Tecnosan) partiu da premissa que por separação granulométrica, a fração mais grosseira do rejeito se depositaria mais próxima da crista. Os diques foram protegidos por uma camada de laterita de 1,5 m de espessura para evitar processos erosivos de águas pluviais. Para o 2º e 4º diques foram projetados tapetes drenantes constituídos por hematitinha. Sabe-se que um destes tapetes estendeu-se até o talude de montante, porém posteriormente ele foi selado. Após conclusão do 2º dique, ocorreram surgências d'água na base da 1º dique, que poderiam ser explicadas pela ausência de sistema de drenagem interna do 1º dique.*

*A partir de 1983, houve necessidade de aumentar a altura dos alteamentos de 3 para 5 m para aumentar o período requerido para implantação dos diques. Na 4ª etapa, optou-se por um alteamento por linha de centro com envelopamento da barragem inicial e dos dois primeiros alteamentos. Segundo registros dos relatórios de obra, não foi instalado tapete drenante na 6ª etapa correspondente à el. 891,5 m.*

*Em seguida, foi executado o 3º alteamento (numeração adotada pela Ferteco), em duas etapas, tendo como projetista o Eng.º Riad Chammas. Do 4º ao 8º alteamento, os projetos foram desenvolvidos pela empresa Tecnosolo. Todos estes alteamentos foram executados para montante, porém, no 4º alteamento, o eixo foi deslocado 38,5 m para montante em relação ao eixo anterior. Esta decisão foi tomada ao se constatar que os fatores de segurança eram inferiores a 1,3. Em 2000, foram instalados drenos e trincheiras na base do 4º alteamento.*

Os 9º. e 10º. alteamentos tiveram cotas 937 e 942 m, atual, tendo sido os projetos desenvolvidos pela Geoconsultoria.

Na situação atual, na seção de máxima altura, a inclinação média dos taludes é de 22° (1V:2,5H) na parte inferior, entre o pé da barragem e a berma de cota 898 (aprox.); esta berma tem aproximadamente 31 m de largura; e entre esta berma e a crista da barragem, na cota 942 m, a inclinação média é de 18° (1V:3,1H). Daí resulta uma inclinação média total de 1V:3,16H (17,5°).

Para as análises de estabilidade foi considerada a seção 3, por estar mais bem instrumentada e ter altura semelhante àquelas mais centrais, que passam pelo pé da barragem. Esta seção é mostrada no desenho VL47-DE-106 R.1, juntamente com a planta de situação, para sua localização.

A instrumentação da barragem é composta por marcos superficiais, inclinômetros, piezômetros

Casagrande, piezômetros elétricos, indicadores de nível d'água e medidores do nível d'água do reservatório. São também medidas as vazões, dos vários drenos horizontais que estão instalados na barragem.

## 3.    SEÇÃO GEOTÉCNICA E PARÂMETROS GEOTÉCNICOS

### 3.1.    Seção geotécnica

Para as análises de estabilidade, como já referido, será considerada a seção geotécnica S-3. Esta seção é mostrada no desenho VL47-DE-106 R.1 (anexo).

### 3.2.    Parâmetros geotécnicos

A barragem B1 foi objeto de investigações desde os primeiros projetos, cujos resultados estão apresentados nos diversos relatórios arquivados com a VALE.

Para o presente estudo foram considerados os resultados das investigações executadas para os projetos das etapas de alteamento da barragem, para as cotas 937 e 942 m (ano de 2006), e que já foram apresentados e descritos no relatório de consolidação dos dados (VL47-RT-01).

Estas investigações compreenderam:

- Determinação da densidade "in situ" dos rejeitos na praia.
- Coleta de amostras deformadas e indeformadas, em forma de blocos, na área da praia.

- Sondagens a percussão nas áreas da praia, barragem e extravasor.
- Coleta de amostras indeformadas de rejeitos com amostradores Shelby e Osterberg, concomitantes com a sondagem a percussão. - Sondagens a trado na área da barragem.
- Instalação de piezômetros e INA's na praia e na barragem. - Instalação de 2 inclinômetros.
- Execução de ensaios CPTu e "vane tests".
- Ensaios de laboratório, com amostras deformadas e indeformadas de rejeitos.

Os resultados destas investigações foram apresentados nos relatórios das empresas In Situ, Geomaster e Geolabor (ensaios de laboratório), responsáveis pelas citadas investigações.

Mais recentemente (2016) foi planejada e executada uma nova campanha de investigações de campo e laboratório, cujos resultados estão descritos e analisados no relatório VL47-RT-06, e são considerados nas análises do presente relatório.

## 4.    ANÁLISES DE ESTABILIDADE

### 4.1.    Método de Olson

Considera-se que as presentes análises visam basicamente verificar a possibilidade de que uma ruptura não drenada no maciço de rejeitos venha a causar a ruptura da barragem (no todo ou em parte), com a consequente liquefação da massa rompida. Nesta etapa a avaliação abrange a possibilidade de ruptura estática, ou seja, não causada por fenômenos sísmicos.

Conforme Scott M. Olson (pesquisador americano contratado pela Geoconsultoria), são sucetíveis de ruptura não drenada (com consequente liquefação) rejeitos com índice de vazios superior ao denominado índice de vazios crítico (Olson e Stark, 2003). Este último varia com a tensão confinante efetiva que ocorre em cada ponto da massa de rejeitos. Fear e Robertson (1995) estabeleceram relações para determinar, a partir de resultados de ensaios de campo os limites a partir dos quais pode ocorrer - ou não - este tipo de problema (análise de suscetibilidade); no primeiro caso, os materiais são ditos contráteis, em vista da tendência a diminuir de volume quando cisalhados. Os ensaios de campo referidos são: SPT (standard penetration test) e CPTu (cone penetration test), com preferência para os últimos, mais precisos. Estas relações são expressas pelas seguintes equações:

$$\sigma'_{v0} = 9{,}5812 \text{ x } 10_{-4} \, (N_{1\,60})_{4{,}7863}$$

$$\sigma'_{v0} = 1{,}1047 \text{ x } 10^{-2} \, (qt_1)^{4{,}7863}$$

Nas equações acima, $\sigma'_{v0}$ representa a tensão efetiva vertical confinante (em kPa), $N_{1\,60}$ representa a resistência à penetração no ensaio SPT normalizada para a tensão efetiva de 1 kgf/cm$^2$ (60 representa a resistência à penetração convertida para uma eficiência do ensaio de 60%), enquanto $qt_1$ representa a resistência de ponta corrigida do ensaio CPTu e normalizada para a tensão efetiva de 1 kgf/cm².

As relações acima são representadas nos gráficos abaixo:



*Figura 1 - Análise de suscetibilidade (SPT)*        *Figura 2 - Análise de suscetibilidade (CPTu)*

Uma vez que se conheçam os resultados de um dos dois ensaios a uma determinada profundidade e a respectiva tensão efetiva vertical, posiciona-se o respectivo ponto no gráfico; se o mesmo se situar à esquerda da linha (verde), significa que o seu índice de vazios é superior ao crítico, portanto o mesmo está sujeito a uma ruptura não drenada seguida por liquefação. Na verdade a linha (verde) foi estabelecida por Fear e Robertson para areias. No caso dos nossos rejeitos, que têm compressibilidade maior, vale a linha tracejada (correção de Olson). Considera-se ainda que a suscetibilidade à liquefação esteja limitada a zonas saturadas do maciço (abaixo do NA).

Com base nas considerações acima, para que a análise de estabilidade (inicial) da barragem B1 seja feita, seguem-se os seguintes passos:

1)    Lançam-se os resultados dos ensaios CPTu e SPT na seção (3), bem como as posições do lençol freático, conforme determinadas em piezômetros;

2)    Faz-se uma análise preliminar de estabilidade (pré-triggering) , determinando-se a(s) superfície(s) com coeficiente de segurança mínimo. Nesta análise atribui-se aos rejeitos suscetíveis de liquefação a chamada resistência de **pico**, determinada a partir dos mesmos ensaios de campo anteriormente referidos (SPT e CPT), conforme as correlações abaixo (Olson):

$(S_u \text{ (Pico)}/\sigma'_v) = 0,205 + 0,0075 \, [(N_1)_{60}] \pm 0,04$ \hspace{2cm} para $(N_1)_{60} \leq 12$

$(S_u \text{ (Pico)}/\sigma'_v) = 0,205 + 0,0143 \, (q_{t1}) \pm 0,04$ \hspace{2cm} para $q_{t1} \leq 6,5$ MPa

Se o coeficiente de segurança resultante for superior a 1,3 para a superfície crítica, a análise poderá ser paralisada, com resultado adequado;

3)      Caso não ocorra o acima, nas lamelas com coeficiente de segurança inferior a 1 (eventualmente 1,1) dever-se-á substituir a resistência de pico dos rejeitos pela sua resistência na **liquefação**, que pode ser determinada de forma análoga às equações acima:

$(S_u \text{ (LIQ)}/\sigma'_v) = 0,03 + 0,0075 \, [(N_1)_{60}] \pm 0,03$ \hspace{2cm} para $(N_1)_{60} \leq 12$

$(S_u \text{ (LIQ)}/\sigma'_v) = 0,03 + 0,0143 \, (q_{c1}) \pm 0,03$ \hspace{2cm} para $q_{t1} \leq 6,5$ MPa

4)      Nova análise é realizada (post-triggering), resultando coeficiente de segurança global, obviamente, inferior ao da análise anterior. Se o mesmo resultar acima de 1,1, o resultado seria considerado OK. Caso se situe entre 1 e 1,1, a estabilidade estaria garantida, porém ocorreriam deformações apreciáveis. Se abaixo de 1, haveria necessidade de estudo de medidas corretivas.

## 4.2.    Novas análises da barragem B1

O procedimento acima foi aplicado para a seção 3 da barragem. Inicialmente foi feita uma planilha com os resultados dos ensaios de campo, CPTU e SPT, obtendo-se desta forma as resistências normalizadas ao longo da seção.

Vale ressaltar que os ensaios CPTU permitem verificar o comportamento do solo quanto à possibilidade de geração de pressões neutras durante a cravação da ponteira cônica; se esta resultar maior que a denominada pressão hidrostática (função da posição do lençol freático), o solo estará mostrando tendência a ser do tipo contrátil, ou seja, com possibilidade de desenvolver liquefação; se o contrário ocorrer,o solo será, em tese, do tipo dilatante, sem esta tendência. Como será visto adiante, isto serviu para uma segunda verificação da estabilidade perante uma possível liquefação.

Uma vez de posse dos dados da planilha calculada conforme  o parágrafo anterior, aplicaram-se as fórmulas de correlação para a determinação das respectivas resistências de **pico,** conforme o item 4.1. Considerando-se os dados obtidos ao longo de todas as seções da barragem, em 2005 e

2016, e ainda ensaios CPT e SPT, resultaram as variações abaixo para as relações $S_u$ (Pico)/$\sigma'_v$

a) 2005 CPTU-1 a -8: 0,23 a 0,28
b) 2016 CPTU-3 a -7:0,24 a 0,29

c) Todos os ensaios SPT: 0,22 a 0,28

Conforme se observa, as variações são muito pequenas. Com base nestes valores, foi determinada a zona suscetível a liquefação, apresentada no documento anexo VL47-MC-01 (anexo 1). Numa primeira hipótese (ver figura 1 do anexo), foi considerado o critério de Fear e Robertson (1995), descrito no item 4.1. Resultou como suscetível à liquefação praticamente toda a massa de rejeitos abaixo do NA.

Tendo em vista a realização dos ensaios CPTU que, conforme se salientou anteriormente, também permitem prever as zonas sujeitas a liquefação nos rejeitos a partir das medidas de pressão neutra nos ensaios, determinou-se a zona suscetível por outro critério, apresentado na figura 2 do anexo 1. Por este critério, a dimensão da zona suscetível se reduz drasticamente, conforme se observa, abrangendo uma faixa de dimensões variáveis ao longo da linha freática superior; para a razão de resistência foi adotado o mesmo valor da análise 1.

Com base nos 2 modelos de estratigrafia da zona de possível liquefação, foram feitas diversas análises (ver figuras 6 a 13 do anexo 1), adotando-se razões de resistência respectivamente iguais a 0,23 - 0,25 - 0,30 e 0,40. Os dois primeiros valores são derivados do critério de Olson. O terceiro seria o extremo superior possível de ser obtido pelas correlações de Olson, bem como de vane tests (menores valores, ver fig. 4 do anexo 1). O último valor pode ser considerado derivado de ensaios de laboratório (triaxiais) e vane tests (maiores valores, ver fig. 4 do anexo 1).

Conforme se observa das figuras relacionadas acima e comentários anteriores, praticamente só se conseguem resultados satisfatórios quando se considera a maior das razões de resistência consideradas (0,4), independentemente até do modelo estratigráfico considerado. Nas análises feitas seguindo o método de Olson (razões de 0,23 e 0,25) só foram adotadas resistências denominadas de pico, visto que os resultados seriam ainda menores se adotadas resistências residuais (pós-gatilho).

## 5.    COMENTÁRIOS GERAIS

Na busca de uma conclusão sobre os resultados do trabalho elaborado, vale uma reflexão inicial sobre o método de Olson.

Para a elaboração deste método de análise, o Prof. Scott M. Olson estudou 33 casos de rupturas reais correlacionando, quando disponíveis, resistências à penetração dos ensaios CPTU e SPT com as tensões cisalhantes ocorridas na ruptura - desta forma obtendo as respectivas resistências a cisalhamento. Apesar da pesquisa ter sido feita de forma muito cuidadosa, ocorreram diversos casos em que os dados disponíveis não foram considerados precisos. Logicamente, sempre há uma tendência a uma interpretação conservadora na publicação dos resultados. Por outro lado, se for observado o relatório do Prof. Olson sobre a barragem B1 (8/7/16 - anexo 2), na figura 13, página 13, verifica-se tendência a aumentar os valores das relações de resistência do capítulo anterior conforme o ponto considerado esteja submetido a

uma tensão cisalhante prévia – que é o caso de pontos sob taludes de barragens. Ou seja, o método em si não é considerado, pelo próprio autor, como algo fechado. Em discussões sobre o assunto, o Prof. Olson considerou o seu método como um **limite inferior** de resistências. São recomendadas análises a partir de mais dados, como ensaios de laboratório e vane tests (ensaios de palheta) No presente caso, chegou-se a fazer este tipo de análise, com melhores resultados, conforme o anexo 1.

Em estudo anterior, de 2006 (relatório VL28-RT-03), a Geoconsultoria chegou a conclusões diferentes das atuais. Com base principalmente em ensaios triaxiais sobre amostras indeformadas, havia-se concluído que, exceto em zonas limitadas do maciço, seria de esperar comportamento **drenado** para os rejeitos na barragem. Neste caso, conforme análises de estabilidade que foram apresentadas no relatório acima, os coeficientes de segurança tinham valores elevados, mesmo com níveis d'água no interior da barragem desfavoráveis. A diferença de valores de coeficientes de segurança entre análises drenadas (ESA) e não drenadas (USA) costuma ser acentuada, conforme constatado por Carrier (2003).

No que tange ao comportamento da barragem, especialmente no período de 10 anos posterior ao relatório acima, o mesmo tem sido o melhor possível. Como consequência das recomendações da Geoconsultoria, foram implementadas práticas de operação que permitiram operar com grandes larguras de praias, o que é considerado fundamental para a segurança de barragens de rejeitos alteadas pelo método de montante. Neste caso, ocorre dupla vantagem para a estabilidade: o nível d'água é rebaixado no corpo da barragem e forma-se uma zona de disposição com praia emersa (beach above water), com maior resistência dos rejeitos. Para tanto foi construída uma galeria de drenagem que permitiu coletar água a grande distância da praia, permitindo ainda reduzir o volume de água armazenado, item essencial para a segurança.

Enfim, para que haja uma ruptura não drenada, seria preciso ocorrer o chamado gatilho, ou seja, uma solicitação que provocasse um aumento súbito de tensões e pressões neutras. No presente estágio, a barragem já atingiu a sua cota final, restando apenas a complementação do reservatório num ritmo de alteamento dos mais aceitáveis; ou seja, a possibilidade de um gatilho de natureza estática é remota. Por outro lado, a possibilidade de ocorrência de um sismo é algo a ser estudado em outro contrato.

## 6.   CONCLUSÕES

A ideia de reavaliar a segurança desta barragem considerando a possibilidade da sua liquefação resultou de relatório de auditoria que a recomendou. A ruptura da barragem da Samarco - também alteada por montante - tornou esta verificação ainda mais oportuna.

As análises ora feitas mostraram coeficientes de segurança baixos, em se considerando a hipótese de ruptura não drenada e a aplicação do método de Olson. Contra esta hipótese alinham-se circunstâncias favoráveis, tais como:

a)      Pelo fato de ter sido cessado o lançamento de rejeitos na barragem (decisão da Vale), não há mais acréscimo de tensões e - consequentemente - de pressões neutras delas resultantes;

b)      A decisão acima permite ainda rebaixar o nível do lago remanescente, com resultante decréscimo de pressões neutras;

c)      A decisão de promover a lavra de rejeitos deverá contribuir ainda mais para reduzir tensões e pressões neutras, aumentando ainda mais os coeficientes de segurança;

d)      Em função das condições acima, o critério de eventual ruptura a considerar será o **drenado**, resultando em coeficientes de segurança muito satisfatórios mesmo para a condição de operação da barragem, conforme foi visto no relatório VL28-RT-03 da Geoconsultoria.

**REFERÊNCIAS**

1.  Olson, S,M., & Stark, T.D. (2003):Yield strength ratio and liquefaction analisys of slopes and embankments, ASCE Journal of Geotechnics and Geoenvironmental Engineering, 129(8), pag. 727-737.
2.  Fear.C.E. & Robertson, P.K. (1995): Estimating the undrained strength of a sand: a theoretical framework. Canadian Geotechnical Journal, 32(4), pag. 859-870.

*Carrier III, W.D.(2003): Stability of tailings dams. Atti delle Conferenze  di Geotecnica di Torino.*