# Exhibit 12

**TRANSLATION**

| ![Geoconsultoria] | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |

## 1.    INTRODUCTION

This study evaluates the geotechnical stability of the main section of the design of the B1 dam, which is responsible for containing iron ore tailings from the Córrego do Feijão Unit owned by Vale S.A., in the state of Minas Gerais.

## 2.    STUDIES

The geotechnical characterization tests of the tailings were analyzed from the viewpoint of static liquefaction potential, estimating undrained resistance parameters and stratigraphic ranges with tailings that act differently from each other.

The main geological-geotechnical section (section 3) was used for the static stability analysis.

## 3.    LIQUEFACTION POTENTIAL

The liquefaction potential, or susceptibility to liquefaction of the tailings, was analyzed using CPTu and SPT tests. For this, the methodology presented by Olson, 2001 was used, in which the results from the field tests are normalized and compared to reference values, determined for sandy soil (critical state line).

The reference curve of the critical states was presented by Fear and Robertson, 1995, both for CPTu and SPT test results.

Presented below are graphs with the results of liquefaction potentials for CPTu and SPT tests. The testing points that are in the internal area formed by the reference resistance curve of CPTu and SPT testing points have contractive behavior, and consequently, liquefaction potential when submitted to an undrained load.

1

**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



CPTU-1 (2005)          CPTU-2 (2005)          CPTU-3 (2005)

CPTU-3 (2016)          CPTU-4 (2005)          CPTU-4 (2016)

WATER STREET TRANSLATIONS

**TRANSLATION**

| ![Geoconsultoria] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



CPTU-8 (2005)



Probes of transversal section 2          Probes of transversal section 3

**TRANSLATION**

| ![CG] Geoconsultoria | | | Date: | July 26, 2016 |
|---|---|---|---|---|
| Client: | Vale S.A. | | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | | |
| Title: | Stability Analysis | | | |
| Document: | VL47MC01-R0 | | Issued for: | Evaluation |
| Responsible: | AHV | | Evaluated by: | RGB |



Probes of transversal section 3          Probes of transversal section 4

The tests show that the points are essentially in the contractile behavior zone, with the exception of some probes from Section 4 (MNA-4 to MN-6), which present a layer of tailings without the potential for liquefaction, starting at the elevation of 875 meters.

The other tests also show points outside of the contractile area, however, of discrete and specific occurrence, and it is not possible to delimit continuous layers of differentiation.

Additionally, CPTu tests were analyzed carefully for the sections with greater generation of pore pressure during performance of the test, associating undrained behavior with these layers.

The numeric models resulting from these analyses are presented in the following figures, with the typical Section from design 3 used for the stability analyses.

5

**TRANSLATION**

| ![CG] Geoconsultoria | | | Date: | July 26, 2016 |
|---|---|---|---|---|
| Client: | Vale S.A. | | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | | |
| Title: | Stability Analysis | | | |
| Document: | VL47MC01-R0 | Issued for: | | Evaluation |
| Responsible: | AHV | Evaluated by: | | RGB |



Figure 1 – Model based on the results of Fear & Robertson methodology, 1995

Notes: 1) With correction by Olson for silty-sandy tailings

2) The area susceptible to liquefaction corresponds to soft saturated tailings 1



Figure 2 – Model based on the results of pore-pressure from the CPTU tests

Note: The region that is susceptible to liquefaction corresponds to the soft saturated tailings 1.

**TRANSLATION**

| ![Geoconsultoria logo] **Geoconsultoria** | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |

### 4.    ESTIMATE OF THE UNDRAINED RESISTANCE PARAMETER IN LIQUEFACTION

The undrained resistance parameter of the tailings from the results of the CPTu and SPT tests was estimated using Olson's methodology, 2001.

The results from the vane tests and triaxial compression tests were also used.

The results are illustrated in the following figures. The results obtained using the Olson method, 2001, show undrained resistance ratios between 0.22 and 0.29. The results of the vane tests and the triaxial tests are more dispersed, showing values between 0.23 and 0.45, approximately.



Figure 3 – Estimated undrained resistance (Olson, 2001)

7

**TRANSLATION**

| ![Geoconsultoria] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |

**Vane test and triaxial test**



Figure 4 – Estimated undrained resistance (vane tests and triaxial tests)

## 5.    STABILITY ANALYSIS

Stability analyses were performed using the limit equilibrium method, using the formulas presented by the Spencer method. Slide software was used to process the analyses.

**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |

The resistance parameters used are shown in the following table.

| Materials | $\gamma$ (kN/m$^3$) | $\Phi$ (°) | C (kPa) | $S_u/\sigma'_{vo}$ |
|---|---|---|---|---|
| Compacted tailings | 30 | 37 | 0 | - |
| Unsaturated soft tailings | 26 | 34 | 0 | - |
| Saturated soft tailings 1 | 26 | - | - | 0.25 |
| Saturated soft tailings 2 | 26 | - | - | 0.50 |
| Compacted soil | 19.5 | 30 | 10 | - |
| Foundation soil | 20 | 30 | 20 | - |

The water level used in the model was determined using flow analysis, considering the current piezometric levels.

The following table shows a summary of the safety factors obtained for the first two analyses ($S_u/\sigma'_{vo}$ = 0.25), according to the stratification models above:

| | Stratification model | Safety factor | | Figure |
|---|---|---|---|---|
| | | Local Analysis | Global Analysis | |
| Section 3 | Fear & Robertson, 1995 | 1.00 | 1.08 | 7 |
| | Excess pore-pressure in the CPTu | 1.02 | 1.19 | 11 |

In addition, parametric stability analyses were done for the two proposed models, varying the undrained resistance values. The values are presented in the following graph, for the safety factors obtained.



**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |

Figure 5 – Variation of safety factor (FS) as a function of undrained resistance

The figures with variations from the stability analysis program are presented below.



Figure 6 – Fear & Robertson Model - $S_u/\sigma'_{vo}$ = 0.23



Figure 7 – Fear & Robertson Model - $S_u/\sigma'_{vo}$ = 0.25

10

**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



Figure 8 – Fear & Robertson Model - $S_u/\sigma'_{vo} = 0.30$



Figure 9 – Fear & Robertson Model - $S_u/\sigma'_{vo} = 0.40$

11

**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



Figure 10 – CPTu Model - $S_u/\sigma'_{vo}$ = 0.23



Figure 11 – CPTu Model - $S_u/\sigma'_{vo}$ = 0.25

**TRANSLATION**

| ![Geoconsultoria logo] Geoconsultoria | | Date: | July 26, 2016 |
|---|---|---|---|
| Client: | Vale S.A. | | VL47 |
| Project | Static Liquefaction Study – Dam B1 – Córrego do Feijão | | |
| Title: | Stability Analysis | | |
| Document: | VL47MC01-R0 | Issued for: | Evaluation |
| Responsible: | AHV | Evaluated by: | RGB |



Figure 12 – CPTu Model - $S_u/\sigma'_{vo} = 0.30$



Figure 13 – CPTu Model - $S_u/\sigma'_{vo} = 0.40$

13

# **Translation Certification**



# WATER STREET TRANSLATIONS, LLC

817 Broadway, 4th Floor
New York, NY 10003                                          (212) 776-1713
www.waterstreettranslations.com              info@waterstreettranslations.com

## CERTIFICATION OF ACCURACY OF TRANSLATION

This hereby confirms that the foregoing translation was prepared by Eliza Graham, a linguist with substantial experience in the translation of documents from Portuguese into English as certified by the American Translators Association.

Kent G. Heine, Managing Partner of Water Street Translations, LLC, hereby attests to the following:

> "To the best of my knowledge and belief, the foregoing translation is a true, accurate, and unbiased translation into English of the Portuguese text attached herewith."

Kent G. Heine
Water Street Translations, LLC

12/09/19

Date



# Portuguese Original

| Geoconsultoria | | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |

## 1.   INTRODUÇÃO

O presente estudo avalia a estabilidade geotécnica da seção principal de projeto da barragem B1, responsável pela conteção de rejeitos de minério de ferro da Unidade Córrego do Feijão, da Vale S.A., no estado de Minas Gerais.

## 2.   ESTUDOS

Os ensaios de caracterização geotécnica dos rejeitos foram analisados sob o ponto de vista do potencial de liquefação estática, estimando parâmetros de resistência não drenada e faixas estratigraficas com rejeitos de comportamentos diferentes entre si.

Para a análise de estabilidade estática foi utilizada a seção geológico-geotécnica principal (seção 3).

## 3.   POTENCIAL DE LIQUEFAÇÃO

O potencial de liquefação ou susceptibilidade a liquefação dos rejeitos foi analisada a partir dos ensaios de CPTU e SPT. Para tanto, foi utilizada a metodologia apresentada por Olson, 2001, na qual os resultados dos ensaios de campo são normalizados e comparados com valores de referência, determinado para solo arenoso (linha de estados críticos).

A curva de referência dos estados críticos foi a apresentada por Fear&Robertson, 1995, tanto para os resultados dos ensaios CPTU e SPT.

Abaixo são apresentados gráficos com os resultados dos potenciais de liquefação para os ensaios CPTU e SPT. Os pontos dos ensaios que estão na área interna formada pela curva de referência de resistência de ponta dos ensaios CPTU e SPT tem comportamento contrativo e, por consequência, potencial de liquefação, quando submetidos a um carregamento não drenado.

1

| ![CG] Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



CPTU-1 (2005)         CPTU-2 (2005)         CPTU-3 (2005)

CPTU-3 (2016)         CPTU-4 (2005)         CPTU-4 (2016)

| ⚙ Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



CPTU-5 (2005)        CPTU-5 (2016)        CPTU-6 (2005)

CPTU-6 (2016)        CPTU-7 (2005)        CPTU-7 (2016)

3

| CS Geoconsultoria | | | | Data: | 26-07-2016 |
|---|---|---|---|---|---|
| Cliente: | Vale S.A. | | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | | |
| Título: | Análise de Estabilidade | | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | | |
| Responsável: | AHV | Avaliado por: | RGB | | |



CPTU-8 (2005)



Sondagens da seção transversal 2          Sondagens da seção transversal 3

4

|  Geoconsultoria | | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |



Sondagens da seção transversal 3          Sondagens da seção transversal 4

Dos ensaios é possível notar que os pontos estão essencialmente na zona de comportamento contrátil, com exceção de algumas sondagens da Seção 4 (MNA-4 a MN-6) que apresentam camada de rejeitos sem potencial de liquefação, a partir da cota 875 m.

Os demais ensaios também apresentam pontos fora da área contrátil, entretanto, de ocorrência discreta e pontual, não sendo possível delimitar camadas contínuas de diferenciação.

Adicionalmente, foi realizada análise dos ensaios de CPTU com detalhe para os trechos com maior geração de poro-pressão durante a execução do ensaio, associando a essas camadas um comportamento não drenado.

Os modelos numéricos resultantes dessas análises são apresentados nas figuras abaixo, sendo utilizada a Seção típica de projeto 3 para as análises de estabilidade.

5

| ⚙ Geoconsultoria | | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |



Figura 1 - Modelo baseado nos resultados da metodologia de Fear&Robertson, 1995.

Notas:  1) Com correção de Olson para rejeitos silto-arenosos

2) A região suscetível a liquefação corresponde aos rejeitos fofos saturados 1



Figura 2 - Modelo baseado nos resultados de poro-pressão dos ensaios de CPTU

Nota:    A região suscetível a liquefação corresponde aos rejeitos fofos saturados 1

6

|  Geoconsultoria | | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |

**4. ESTIMATIVA DO PARÂMETRO DE RESISTÊNCIA NÃO DRENADA NA LIQUEFAÇÃO**

A estimativa do parâmetro de resistência não drenado dos rejeitos, a partir dos resultados dos ensaios de CPTU e SPT, foi feita utilizando a metodologia de Olson, 2001.

Também foram utilizados os resultados dos ensaios de vane test e de compressão triaxial.

Os resultados estão ilustrados nas figuras abaixo. Os resultados obtidos pelo método de Olson, 2001 apresentam valores de razão de resistência não drenada entre 0,22 e 0,29. Os resultados dos vane tests e dos ensaios triaxiais são mais dispersos, mostrando valores entre 0,23 e 0,45, aproximadamente.



Figura 3 – Estimativa da resistência não drenada (Olson, 2001)

7

|  Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



Figura 4 – Estimativa da resistência não drenada (vane-tests e triaxiais)

## 5.    ANÁLISE DE ESTABILIDADE

As análises de estabilidade foram realizadas por meio do método de equilíbrio limite, utilizando-se as formulações apresentadas pelo método de Spencer. Para o processamento das análises foi utilizado o software Slide.

8

| | **Geoconsultoria** | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |

Os parâmetros de resistência utilizados são apresentados na tabela abaixo.

| Materiais | $\gamma$ (kN/m³) | $\phi$ (°) | c (kPa) | $s_u/\sigma'_{vo}$ |
|---|---|---|---|---|
| Rejeitos compactados | 30 | 37 | 0 | - |
| Rejeitos fofos insaturados | 26 | 34 | 0 | - |
| Rejeitos fofos saturados 1 | 26 | - | - | 0,25 |
| Rejeitos fofos saturados 2 | 26 | - | - | 0,50 |
| Solo compactado | 19,5 | 30 | 10 | - |
| Solo de fundação | 20 | 30 | 20 | - |

O nível d'água considerado no modelo foi determinado por análise de fluxo, considerando os níveis piezométricos atuais.

A tabela abaixo mostra um resumo dos fatores de segurança obtidos para as duas primeiras análises ($s_u/\sigma'_{vo} = 0,25$) , conforme os modelos de estratificação acima:

| | Modelo de estratificação | Fator de segurança | | Figura |
|---|---|---|---|---|
| | | Análise Local | Análise Global | |
| Seção 3 | Fear & Robertson, 1995 | 1,00 | 1,08 | 7 |
| | Excesso de poro-pressão nos CPTU | 1,02 | 1,19 | 11 |

Adicionalmente, foram realizadas análises paramétricas de estabilidade para os dois modelos propostos, variando os valores de resistência não drenada. Os valores são apresentados no gráfico abaixo, para os fatores de segurança obtidos.



| ![CG] Geoconsultoria | | | Data: | 26-07-2016 |
|---|---|---|---|---|
| Cliente: | Vale S.A. | | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | | |
| Título: | Análise de Estabilidade | | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação | |
| Responsável: | AHV | Avaliado por: | RGB | |

Figura 5 – Variação do fator de segurança (FS) em função da resistência não drenada.

As figuras com as saídas do programa de análises de estabilidade são apresentadas abaixo.



Figura 6 - Modelo Fear&Robertson – $s_u/\sigma'_{vo} = 0{,}23$.



Figura 7 - Modelo Fear&Robertson – $s_u/\sigma'_{vo} = 0{,}25$.

10

| ![Geoconsultoria] Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



Figura 8 - Modelo Fear&Robertson – $s_u/\sigma'_{vo} = 0{,}30$.



Figura 9 - Modelo Fear&Robertson – $s_u/\sigma'_{vo} = 0{,}40$.

11

Case 1:19-cv-00526-EK-VMS    Document 66-12    Filed 02/21/20    Page 29 of 30 PageID #: 1341

| ![Geoconsultoria logo] Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



Figura 10 – Modelo CPTU – $s_u/\sigma'_{vo} = 0,23$.



Figura 11 – Modelo CPTU – $s_u/\sigma'_{vo} = 0,25$.

12

|  Geoconsultoria | | Data: | 26-07-2016 |
|---|---|---|---|
| Cliente: | Vale S.A. | | VL47 |
| Projeto: | Estudo de Liquefação estática – Barragem B1 – Córrego do Feijão | | |
| Título: | Análise de Estabilidade | | |
| Documento: | VL47MC01-R0 | Emissão para: | Avaliação |
| Responsável: | AHV | Avaliado por: | RGB |



Figura 12 – Modelo CPTU – $s_u/\sigma'_{vo} = 0,30$.



Figura 13 – Modelo CPTU – $s_u/\sigma'_{vo} = 0,40$.

13