# Exhibit 13

Foto: Itabiruçu

# Tolerable Risk Criteria Adopted at Vale – Results – How safe is safe enough?

**Felipe Rocha**

**15/11/2017**



# 1

## GRG - STATUS

# Geotechnical Risk Management

**Process for Managing Risks**



**IN PROGRESS**

**FOCUS OF THIS PRESENTATION**



# A Comprehensive Decision Framework for Major Accident Hazards (UKOOA 1999) – Second Stage – David Bowles



# Geotechnical Risk Management

**Risk Calculation**

## PROBABILITIES

| | | | |
|---|---|---|---|
| **Internal Erosion** | **Overtopping** | **Instability** | **Liquefaction** |

**RISK**

## CONSEQUENCES

| **Healthy and Safety** | **Environment** | **Economic Direct & Indirect** | **Company's Image** | **Social** | **Regulatory Authorities** |
|---|---|---|---|---|---|

**RISK**



# Geotechnical Risk Management

## Risk Calculation and Evaluation

| | |
|---|---|
| **Stage 1:** Data Consolidation | Collect and consolidation of dam data, in order to seek an understanding of its characteristics and performance |
| **Stage 2:** Risks Identification | Based on data consolidation and field visit, potential failure modes, causes and existing controls were identified |
| **Stage 3:** Probabilities Calculation | For the most relevant failure modes and potential causes, the probability of failure is calculated from specific methodologies |
| **Stage 4:** Dam Break Update / Study | Perform dam break studies for specific scenarios to delineate the potentially affected area in case of failure |
| **Stage 5:** Valuation of Consequences | Application of specific methodologies for assessing the consequences in the different spheres of interest |
| **Stage 6:** Monetized Risk Calculation | Product of probability and consequence |
| **Stage 7:** Risk Evaluation | Development of Tolerability curves and basis for Risk Informed Decisions |



# Risk Analysis – Evolution – Status







**Results Overview**

# Results Overview

**Note: The graph represents the highest risk per dam.**



# Results Overview

## Instabilization



## Liquefaction





# Results Overview

## Internal Erosion



## Overtopping





# Results Overview – Life Loss – Without Alert



# Results Overview – Life Loss – With Alert - Sirens



# Results Overview – Life Loss  - HEC-FIA



The chart plots Probability (y-axis, from 1,0E-08 to 1,0E-01) against Potencial for Loss of Life (x-axis, from 0,1 to 10.000,0).

- **Without Sirens**
- **With Sirens  - 4h before failure**

Data points (labeled): Pera, Sul, 8B, Rio do Peixe, Conceição, Maravilhas II, I, 7B, Diogo, Itabiruçu, Porteirinha, Gelado, Galego, Dicão, Capão da Serra, Geladinho, 5.



# Risk Evaluation
# Tolerability Curves

# Tolerance – International Criterias

## CANADIAN DAM ASSOCIATION (CDA)

*"The individual risk should be considered in terms of the 'maximally exposed individual' that is permanently resident downstream of the dam. Typically the maximally exposed individual is exposed to the hazard significantly more than 50% of the time.  The maximum level of individual risk should generally be less than $10^{-4}$/year.*

## ANCOLD – (AUSTRALIAN NATIONAL COMMITTEE ON LARGE DAMS)

*"For existing dams, an individual risk to the person or group, which is most at risk, that is higher than $10^{-4}$ per annum is unacceptable, except in exceptional circumstances."*

## USACE - U.S. ARMY CORPS OF ENGINEERS

*"For existing dams, the individual risk to the identifiable person or group by location, that is most at risk, should be less than a limit value of 1 in 10,000 per year, except in exceptional circumstances."*

VALE

# Tolerability Curves - Examples

## USBR

## USACE



Figure 7. Reclamation's Dam Safety Public Protection Guidelines [9]







# Tolerability Curve – First Stage – Reaching Maturity



# Tolerability Curve – First Stage – Reaching Maturity



# Tolerability Curve – First Stage – Risk Diligences

- **Dique da Pera:** Decharacterization work completed in October / 17. Structure excluded from the SIGBM and requested exclusion in the BDA of the FEAM. **Concluded**

- **Dam B3 (Brucutu) and Sul Dam**: There was an uncertainty regarding the parameters used in the stability analysis. For this reason, tests were carried out to better characterize the resistance of the material (finalized in October / 17) for later revision of the probabilities of rupture to the instabilization failure mode. **(April / 2018)**

- **Rio do Peixe Dam:** Review of hydrological studies due to dredging in the reservoir. **December / 17.**

- **8B:** There is an uncertainty regarding the parameters for stability analysis. For this reason new tests were carried out and the review of the risk analysis is under way. Deadline: **December / 17**

- **Forquilha III and I Dam (Córrego do Feijão)** The probability of failure identified was associated with the length of the beach. Thus, beach length maintenance and the reduction of the volume of water stored in the reservoirs were performed to reduce the probabilities of failure. These actions will be continuous. Risk analysis is under review. Deadline: **December / 17**

**VALE**

# Geotechnical Organizational Chart

```
                          President-
                      Fabio Schvartsman

                      Iron Ore Executive
                          Director –
                       Peter Poppinga
```

| Iron Ore **Development** and **Planning** Director – Lucio Cavalli | | Iron Ore **Southesten and South** System Director – Silmar Silva | Iron Ore **Northen** System Director – Antonio Padovezi | Iron Ore **S11** Director – Josimar Pires |

| Geotechnical Executive Manager- Alexandre Campanha | | Geotechnical and Planning Executive Manager  - Joaquim Toledo | Geotechnical Executive Manager  - Diogo Monteiro | Geotechnical Executive Manager  - Fabricio Cardozo |

| Mine Closure Manager – Alessandro Resende | Geotechnical Risk Manager – Marilene Lopes | Geotechnical Manager Cesar Grandchamp | Geotechnical Manager Ricardo Leão | Geotechnical Manager  - Ednelson Presotti | Geotechnical Manager  - Eudes Friguetto |



# Corporate and Business Risk (GRN) and GRG Integration

# Corporate and Business Risk (GRN) and GRG Integration

| Level | Effects to Health (Occupational Health) | Safety | Environment | Reputation | Social & Human Rights | Financial Impact |
|---|---|---|---|---|---|---|
| F | Life-threatening or disabling diseases, in a group of more than 5 people at risk. | Incident resulting in multiple fatalities, in a group of more than 5 people at risk. | Significant environmental impact, reaching the outer limits of the enterprise, affecting anthropized and/or natural areas, possible to control by adopting containment actions, cleanliness, and operational adequacy, which needs more than 3 years to remediate the area. | International media/NGO condemnation; Single license to operate revoked; Significant impact on share price/credit rating; Adverse reactions from strategic political authorities (local, regional and national). Attention to labor union and social networks reactions and possible employee's strike (turn of). National and international repercussion in the organizational environment. | Limited impact (a person or a family), affecting physical integrity. | > US$ 100.000.000 |
| G | Life-threatening or disabling diseases, in a group of more than 20 people at risk. | Incident resulting in multiple fatalities, in a group of more than 20 people at risk. | Significant environmental impact, reaching the outer limits of the enterprise, affecting anthropized and/or natural areas, possible to control by adopting containment actions, cleanliness, and operational adequacy, which needs more than 6 years to remediate the area. | Prolonged international media/NGO condemnation; Multiple licenses to operate revoked; Products boycotts; Mass demonstrations; Adverse reactions from strategic political authorities (local, regional and national); Financial viability imperiled; Catastrophic impact on share price/credit rating. Attention to labor union and social networks reactions and possible employee's strike (turn of). National and international repercussion in the organizational environment. | Local (neighborhood, community) or regional (one or more municipalities) impact, affecting physical integrity. | > US$ 1 billion |



# Tolerability Curve – Second Stage

## *To be defined. Difficult to apply in the short term*





# Tolerability Curve – Second Stage

## *To be defined. Difficult to apply in the short term*



# Tolerability Curve – Second Stage

## *To be defined. Difficult to apply in the short term*



# Tolerability Curve – Second Stage

## *Difficult?*



# Tolerability Curve – Second Stage





**Conclusions**

# Conclusions

- The definition of a tolerability limit for risks associated with dams is fundamental for the risk communication and implementation of the GRG in VALE

- Only performing risk analysis does not guarantee the safety of our structures. It is important to have an Integrated Risk Management System associated with a Risk Governance for the Risk Treatment and Diligences.

- It was decided to define stages of maturity and evolution of tolerability levels

- Initially, VALE will start defining tolerability as the maximum level of individual risk should be less than $10^{-4}$/year. According to some international criteria (eg. CDA)

- With this limit, for example, VALE will not tolerate spillway design flood less than 10,000-year.

- All risks with probabilities higher than $10^{-4}$/year are now included in VALE's Business Risk Matrix and presented to the board of directors, CEO and Administrative Council.

- Subsequently, after the gain of maturity in Risk Management culture in VALE, a new tolerability limit will be defined considering societal limits (using both probability and consequence)

VALE

