# Exhibit 15

CORPORATE

# Upon taking office, Vale President said 'Mariana never again' would be his new slogan

Fabio Schvartsman stated his management would be based on four pillars: performance, strategy, governance, and sustainability

01 min. reading time

   

**Patricia Basilio**
Patricia Basilio
Jan 25, 2019- 6:52 PM | Updated on Jan 28, 2019- 5:58 PM



READ ALL MAGAZINES
PUBLISHED BY EDITORA GLOBO



Fabio Schvartsman in his inauguration speech to Vale employees
(Photo: Press Release)

Upon taking office as director-president of **Vale** on May 22, 2017, during a speech to the mining company's employees, **Fabio Schvartsman** stated his management would be based on four pillars: performance, strategy, governance, and sustainability.

During his speech, he also pointed out the company's new motto would be 'Mariana never again'.

"To Vale, which is a natural resources company, sustainability is not an option, it is an obligation. True sustainability is about posture and attitude. Besides that, we should adopt together the motto: **'Mariana never again.'** May this be the last time this company is involved directly or indirectly in a social and environmental disaster of Mariana's proportion. I want to take together with you all the commitment to be a world reference in sustainability."

On Friday afternoon (Jan 25), Vale's Feijao mine dam collapsed in the Brumadinho region, in **Minas Gerais,** reaching the company's administrative area and part of the Vila Ferteco community. The Fire Department estimates that approximately 200 people are missing.

Did you like our news article? **Click here** to sign up to our newsletter and get more content.

Jan 25, 2019 - 6:52 PM | Updated on Jan 28, 2019 - 5:58 PM

# Translation Certification

# TRANSLATION CERTIFICATION

Date: December 11, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Portuguese (Brazil)

To:

- English (USA)

The documents are designated as:
- 2019.01.25 Época Negócios Article_English

Jay Bragg, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Jay Bragg

**Global Solutions. Local Expertise.**

# Portuguese Original

Ao tomar posse, presidente da Vale disse que seu lema seria 'Mariana nunca mais' - Época Negócios | Empresa



☰                                                                                                                🔍

**EMPRESA**

# Ao tomar posse, presidente da Vale disse que seu lema seria 'Mariana nunca mais'

Fabio Schvartsman afirmou que sua gestão seria focada em quatro pilares: performance, estratégia, governança e sustentabilidade

⟳ 1 min de leitura

   

**Patrícia Basilio**
*Patrícia Basilio*
25 Jan 2019 - 18h52 | Atualizado em 28 Jan 2019 - 17h58





Fabio Schvartsman em discurso de posse para funcionários da Vale (Foto: Divulgação )

Ao tomar posse como diretor-presidente da **Vale**, em 22 de maio de 2017, **Fabio Schvartsman** afirmou que sua gestão seria focada em quatro pilares: performance, estratégia, governança e sustentabilidade, em discurso dado a funcionários da mineradora.

Durante sua fala, destacou também que o lema da empresa seria "Mariana nunca mais".

 "Para a Vale, que é uma empresa de recursos naturais, sustentabilidade não é uma opção, mas uma obrigação. A verdadeira sustentabilidade é sobre postura e atitude. Além disso, devemos adotar juntos um lema: **'Mariana nunca mais'**. Que tenha sido a última vez que essa empresa esteja envolvida direta e indireta num desastre ecológico e social da dimensão que foi Mariana. Quero ter junto com vocês o compromisso de ser referência mundial de sustentabilidade."

Na tarde desta sexta-feira (25/01), uma barragem da mina de Feijão, da Vale, rompeu-se na região de Brumadinho, em **Minas Gerais**, atingindo a área administrativa da companhia e parte da comunidade da Vila Ferteco. O Corpo de Bombeiros estima em 200 o número de desaparecidos.

Gostou da nossa matéria? **Clique aqui** para assinar a nossa newsletter e receba mais conteúdos.

   

25 Jan 2019 - 18h52 | Atualizado em 28 Jan 2019 - 17h58