# Exhibit 19

Case 1:19-cv-00526-EK-VMS Document 66-19 Filed 02/21/20 Page 2 of 9 PageID #: 1536

6-K 1 a16-22317_16k.htm 6-K

Table of Contents

# United States
# Securities and Exchange Commission
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the**
**Securities Exchange Act of 1934**

**For the month of**

**November 2016**

# Vale S.A.

**Avenida das Américas, No. 700 — Bloco 8, Sala 218**
**22640-100 Rio de Janeiro, RJ, Brazil**
(Address of principal executive office)

(Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.)

(Check One) Form 20-F ☒ Form 40-F ☐

(Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1))

(Check One) Yes ☐ No ☒

(Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7))

(Check One) Yes ☐ No ☒

(Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.)

(Check One) Yes ☐ No ☒

(If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b). 82-   .)

Table of Contents

Table of Contents:

Press Release ........................................................................................................ 1
Signature Page ..................................................................................................... 86

Case 1:19-cv-00526-EK-VMS　　Document 66-19　　Filed 02/21/20　　Page 3 of 9 PageID #: 1537

# Vale Day New York 2016

VALE

## The comeback of a leader

"This presentation may include statements that present Vale's expectations about future events or results. All statements, when based upon expectations about the future and not on historical facts, involve various risks and uncertainties. Vale cannot guarantee that such statements will prove correct. These risks and uncertainties include factors related to the following: (a) the countries where we operate, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (e) global competition in the markets in which Vale operates. To obtain further information on factors that may lead to results different from those forecast by Vale, please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC), the Brazilian Comissão de Valores Mobiliários (CVM), the French Autorité des Marchés Financiers (AMF) and in particular the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F."

"Cautionary Note to U.S. Investors - The SEC permits mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. We present certain information in this presentation, including 'measured resources,' 'indicated resources,' 'inferred resources,' 'geologic resources', which would not be permitted in an SEC filing. These materials are not proven or probable reserves, as defined by the SEC, and we cannot assure you that these materials will be converted into proven or probable reserves, as defined by the SEC. U.S. Investors should consider closely the disclosure in our Annual Report on Form 20-K, which may be obtained from us, from our website or at http://http://us.sec.gov/edgar.shtml."

Disclaimer

Case 1:19-cv-00526-EK-VMS   Document 66-19   Filed 02/21/20   Page 4 of 9 PageID #: 1538

# Clovis Torres

## Executive Officer – Human Resources, Sustainability, Compliance and General Counsel

1

## Sustainability is one of Vale's strategic pillars

Examples

### Governance

- All employees trained on anticorruption in 2016
- Sustainability KPIs considered in all Vale's employees remuneration

### Environment



- Energy matrix composed of 25% of renewable energy
- Almost 280,000 km² of natural areas preserved

### Community



- Over 70% of work force locally hired
- Local suppliers prioritized, acting as a driver for local development

### Safety



- Annual Safety Reflection Day promoted for all employees and contractors
- Zero harm targeted throughout all operations



# Significant progress achieved

Examples

### Health and Safety[1]



- **Safety management:** 18% reduction in total injury rate

- **Risk management:** 17% reduction in the number of incidents with high potential impact

### Environment[1]



- **Water resources:** 85% of recycling and reuse in the process

- **Atmospheric emissions:** 19% reduction in particulate emissions in pelletizing plants

### Local development[2]



- **Social and environmental investment:** US$ 800 million invested

- **Favoring local regions:** 8% increase in local purchases, totaling 72%

[1] Values for Ferrous Minerals business segment, 2015 vs. 2014
[2] Values for Vale

# Zero harm in our operations is our utmost goal

**Total recordable injuries frequency rate**

Per million hours worked



-45%

3.3 — 2011
2.8 — 2012
2.6 — 2013
2.1 — 2014
2.2 — 2015
1.8 — 2016[1]

[1] Year to date

### Accomplishments

- Promotion of "Safe Choices" through "Stop, Think, Care" campaign

- Reduction of risks through increased control mechanisms, technical improvements and implementation of the Integrated HSE Management System

- Recognition for Voisey's Bay being the mine with the lowest injury frequency rate in Canada (John T. Ryan Award)

# Success in environmental licensing with more than 300 licenses granted was crucial to timely project implementation

Number of licenses granted per year



Intense period of project implementation

| 2011 | 2012 | 2013 | 2014 | 2015 | 2016[1] |
|------|------|------|------|------|---------|
| 36 | 53 | 54 | 63 | 64 | 35 |

[1] Licenses granted up to October 2016

# S11D sets a benchmark on sustainability applied to large scale projects



S11D long distance conveyor belt

93% less water consumption

86% of reuse of water

The world's leading iron ore project

- Low impact
- Truckless operation
- Dry processing
- Low $CO_2$ emissions

70% less fuel by using 37 km of conveyor belts

18,000 MW of electricity savings per year

Case 1:19-cv-00526-EK-VMS    Document 66-19    Filed 02/21/20    Page 7 of 9 PageID #: 1541

# Vale currently generates 51% of its worldwide electricity needs from its own hydro plants which guarantees stable prices through PPAs[1]



Capim Branco II Hydroelectric Dam





7 hydro power plants in full operation



1,158 MW of installed capacity

100% of energy output sold in long-term through PPAs[1]



Guaranteed energy average of 652 MW

[1] Power purchase agreement

# Renova Foundation has been diligently working to remediate and compensate for the damages of the Samarco's dam failure



- The Foundation was created on August 2nd, 2016 with the support of Samarco and its shareholders
- The Foundation main purpose is to implement and manage the repair, restauration and reconstruction programs of the regions affected by the collapse of the Fundão Dam
- The scope of actions is focused on environmental and socio-economic recovery programs

# The scope of actions spans from reconstruction of infrastructure to monitoring of water quality



Reconstruction work



Reconstruction work



Water treatment in Governador Valadares



New road construction - Paracatú

# Several reconstruction initiatives have taken place in the affected communities

Examples of initiatives

November 2015

September 2016



Main road in Barra Longa soon after the dam failure



Main road in Barra Longa after clean-up

# Revegetation has taken place in several river springs

Examples of initiatives

November 2015



Carmo river soon after the dam failure

March 2016



Carmo river after revegetation works

# Peter Poppinga
## Executive Officer, Ferrous Minerals