# Exhibit 21

Case 1:19-cv-00526-EK-VMS    Document 66-21    Filed 02/21/20    Page 2 of 15 PageID #: 1552

# Vale's ESG Webinar

December 11th, 2018



"This presentation may include statements about Vale's current expectations about future events or results (forward-looking statements). Many of those forward-looking statements can be identified by the use of forward-looking words such as "anticipate," "believe," "could," "expect," "should," "plan," "intend," "estimate" "will" and "potential," among others. All forward-looking statements involve various risks and uncertainties. Vale cannot guarantee that these statements will prove correct. These risks and uncertainties include, among others, factors related to: (a) the countries where Vale operates, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (e) global competition in the markets in which Vale operates. Vale cautions you that actual results may differ materially from the plans, objectives, expectations, estimates and intentions expressed in this presentation.  Vale undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information or future events or for any other reason.  To obtain further information on factors that may lead to results different from those forecast by Vale, please consult the reports that Vale files with the U.S. Securities and Exchange Commission (SEC), the Brazilian Comissão de Valores Mobiliários (CVM), the French Autorité des Marchés Financiers (AMF) and, in particular, the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F."

"Cautionary Note to U.S. Investors - The SEC permits mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. We present certain information in this presentation, including 'measured resources,' 'indicated resources,' 'inferred resources,' 'geologic resources', which would not be permitted in an SEC filing. These materials are not proven or probable reserves, as defined by the SEC, and we cannot assure you that these materials will be converted into proven or probable reserves, as defined by the SEC. U.S. Investors should consider closely the disclosure in our Annual Report on Form 20-K, which may be obtained from us, from our website or at  http://http://us.sec.gov/edgar.shtml."

3

# Agenda

**Update on the resettlement activities in Mozambique**

**Iron ore tailings dam management**



# Agenda

**Update on the resettlement activities in Mozambique**

**Iron ore tailings dam management**



# Vale has been reducing its need of iron ore tailings dams



**North
16 structures**

**Northeast
1 structure**

**Central-west
8 structures**

**Southeast
Iron ore quadrangle
111 structures**

- Our goal is to continuously reduce the number of tailings dams

- In 2018, we reduced our portfolio from 150 to 136 structures



# Until 2015, Vale's dam management was decentralized and each department was responsible for the safety of its dams



**Operational team**

**Safety management**

- ✓ Performance
- ✓ Monitoring
- ✓ Maintenance
- ✓ Projects to support the structure of the dam



VALE

Case 1:19-cv-00526-EK-VMS     Document 66-21     Filed 02/21/20     Page 8 of 15 PageID #: 1558

# Since 2016, Vale has strengthened its management system implementing an integrated process based in risk analysis



| **Safety management** | **Risk management** |
| --- | --- |
| ✓ Performance<br><br>✓ Monitoring<br><br>✓ Maintenance<br><br>✓ Projects to support the structure of the dam | ✓ Risk analysis methodology (operational and inactive dams)<br><br>✓ Legal and internal requirements compliance<br><br>✓ Internal and external audits<br><br>✓ Projects and technical support<br><br>✓ Geotechnical database and robust IT system<br><br>✓ Solid emergency plans |



# The new integrated risk management system is based on 3 pillars that support all geotechnical processes



**Dedicated and qualified team**

- ~130 technicians with masters degree



**Processes**

- Technical improvements: safety, risk and emergency processes
- Standardization
- Definition of responsibilities
- Integration



**IT systems**

- Geotec[1] - daily management (inspections and monitoring)
- GRG[2] - structures database and risk panel and communication

[1] Geotec (Gerenciamento de Geotecnia e Hidrogeologia): Geotechnics and hydrogeology management system.
[2] GRG (Gestão de Riscos Geotécnicos): Geotechnical risk management system.



# In addition to regulatory compliance, Vale works proactively with complementary processes and initiatives

## Legal requirements

- Semiannual external audit with DCE[1]

- Dam safety periodic performance review with DCE[1]

- Emergency action plan and drills

- Integrated and automated monitoring system

## Additional improvements

- Risk analysis GRG[2] methodology

- International panel of experts

- Geotechnical leadership committee

- Internal dam safety cross-inspection

- Support to emergency drills

- Audit all of iron ore dams every three years

[1] DCE (Declaração de Condição de Estabilidade): Stability dam declaration.
[2] GRG (Gestão de Riscos Geotécnicos): Geotechnical risk management system.



# Emergency drills involve public agents, communities and Vale employees



**Team assembled at the command post presents details of the drill**



**End of emergency drill: community, public agents and Vale**

- In 2018, there were 9 external exercises carried out in 3 different states: Minas Gerais, Pará and Mato Grosso do Sul

- In 2019, there are 15 external exercises already planned



# All of Vale's iron ore dams are safe and operating within normal limits

- 100% of Vale's iron ore dams have their Stability Dam Declaration issued by the External Auditors

- In 2018, all Vale's iron ore tailings dams were audited

- There is a need to continue evolving and taking into account the recommendations of geotechnical risk analysis

- The panels of national and international experts are of great importance and contribute by bringing a critical view on Vale's management model, the methodologies used throughout the process and acting as consultants on safety issues



# Q&A



# Save the date:

# next Vale's ESG Webinar

## March, 2019



