# Exhibit 22

Case 1:19-cv-00526-EK-VMS    Document 66-22    Filed 02/21/20    Page 2 of 28 PageID #: 1567

Table of Contents

# United States
# Securities and Exchange Commission

**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the**
**Securities Exchange Act of 1934**

**For the month of**

**May 2017**

# Vale S.A.

**Avenida das Américas, No. 700 — Bloco 8, Sala 218**
**22640-100 Rio de Janeiro, RJ, Brazil**
(Address of principal executive office)

(Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.)

(Check One) Form 20-F ☒ Form 40-F ☐

(Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1))

(Check One) Yes ☐ No ☒

(Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7))

(Check One) Yes ☐ No ☒

(Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.)

(Check One) Yes ☐ No ☒

(If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b). 82- .)

[Table of Contents](#)

Table of Contents:

[Press Release](#)

[Signature Page](#)

2

---



# Reshaping Vale: a leaner and more competitive company

**Murilo Ferreira, CEO**
Bank of America Merrill Lynch Global Metals, Mining & Steel Conference
Barcelona, May 16th, 2017





"This presentation may include statements that present Vale's expectations about future events or results. All statements, when based upon expectations about the future and not on historical facts, involve various risks and uncertainties. Vale cannot guarantee that such statements will prove correct. These risks and uncertainties include factors related to the following: (a) the countries where we operate, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (e) global competition in the markets in which Vale operates. To obtain further information on factors that may lead to results different from those forecast by Vale, please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC), the Brazilian Comissão de Valores Mobiliários (CVM), the French Autorité des Marchés Financiers (AMF) and in particular the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F."

"Cautionary Note to U.S. Investors - The SEC permits mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. We present certain information in this presentation, including 'measured resources,' 'indicated resources,' 'inferred resources,' 'geologic resources', which would not be permitted in an SEC filing. These materials are not proven or probable reserves, as defined by the SEC, and we cannot assure you that these materials will be converted into proven or probable reserves, as defined by the SEC. U.S. Investors should consider closely the disclosure in our Annual Report on Form 20-K, which may be obtained from us, from our website or at http://http://us.sec.gov/edgar.shtml."

2

## A transformational leadership with three main pillars

| Ethics and sustainable development | Capital allocation discipline | Culture of austerity |
|---|---|---|
| • Zero harm<br>• Enhancement of relationship with government environmental agencies | • Relentless focus on world-class assets<br>• Divestment of non-core assets | • Cultural shift towards managing costs and expenses<br>• Transformational approaches for productivity and realistic budgeting |



## The revision of our values was the foundation for the company's transformation





4

## Based on these values, Vale achieved higher levels of sustainable development

Examples

### Governance



- All employees trained in anticorruption in 2016
- Sustainability KPIs considered in all Vale's employees remuneration

### Environment



- Energy matrix composed of 25% of renewable energy
- Over 8,200 $km^2$ of natural areas preserved, 5x as large as the total area occupied by the operations

### Community



- Approximately 70% of work force local hires
- Priority given to local suppliers, acting as a driver for local development

### Health and safety



- Annual Safety Reflection Day promoted for all employees and third-party workers
- Zero Harm targeted throughout all operations



# Zero Harm in our operations is our prime goal



Total recordable injuries frequency rate
Per million hours worked

**Accomplishments**

- Promotion of "Safe Choices" through "Stop, Think, Care" campaign

- Reduction of risks through increased control mechanisms, technical improvements and implementation of the Integrated HSE Management System

- Recognition for Voisey's Bay being the mine with the lowest injury frequency rate in Canada (John T. Ryan Award)



VALE



## Cultural transformation was needed to align investment requirements to the new reality of the mining business

**Total investments wish list in 2012**
US$ billion, for 2013-2017 period

**Examples of project simplification**

- US$ 9.3 billion for Rio Colorado
- US$ 4.1 billion for potash projects in Canada
- US$ 3.2 billion for phosphates and potash projects in Brazil
- US$ 5.4 billion for general cargo logistics
- US$ 4.0 billion for power generation and bioenergy
- US$ 1.9 billion for Air Emission Reduction in nickel operations
- US$ 28.9 billion for Ferrous Minerals expansion projects
- US$ 5.4 billion for ALPA and US$ 2.6 billion for CSP – steel mills





## Strengthening of capital discipline with focus on world-class assets led to the delivery of key projects



## The successful delivery of projects supported the overall production increase in the last 6 years





[1] Ex-Lubambe



## With focus on world-class assets and capital discipline, Vale divested over US$ 16 billion in non-core assets over 6 years

¹ Very Large Ore Carriers
² Total value of transaction is US$ 2.5 billion with US$ 1.25 billion in cash and the remainder in Mosaic's shares; the deal was announced in December 2016 and is expected to be completed late 2017 as conditions precedent are fulfilled





The focus on world-class assets led to a reduction of US$ 1.2 billion in R&D expenses



**As we delivered and successfully ramped up several projects, pre-operating and stoppage expenses were reduced by US$ 1.1 billion**



**The iron ore and pellets EBITDA breakeven landed-in-China was reduced by almost US$ 32 per ton from 2012 to 2016**





## In coal, the ramp-up of Moatize II and the Nacala Logistics Corridor were crucial for the reduction in unit cost production[1]







[1] Production FOB cash cost (mine, plant, railroad and port) considering both Nacala and Sena-Beira ports.



17

## Vale distributed almost US$ 30 billion in dividends[1] to its shareholders since 2011

US$ billion

☐ Share buyback

|—————— US$ 18.7 billion ——————|   |—————— US$ 29.9 billion ——————|

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1.3  | 1.8  | 1.0  | 0.7  | 0.8  | 1.3  | 1.3  | 1.9  | 2.9  | 2.7  | 3.0  | 9.0 (3.0) | 6.0  | 4.5  | 4.2  | 1.5  | 0.25 | 1.5  |

[1] Includes share buy-back and interest on capital.

VALE



## Optimization of iron ore costs and price realization will increase Vale's competitive position

19

- Ramp-up of S11D (90 Mtpa @ C1 Cash Cost of US$ 7.7/t)

- Increase of global supply chain efficiency through productivity and cost reduction

- Improvement of price realization through the development of new distribution channels and the realization of full value in use of high grade ore

- Low replacement capex requirements, with no iron ore projects for the next 7 years

- Restart of the São Luís pelletizing plant



S11D truckless system

VALE



## Increasing Base Metals operational efficiency while developing options for the future

20

- Continue the successful ramp-up of the Long Harbour refinery, with all the processing circuits in place and reaching nominal capacity of 50 kt per year in 2019

- Position operations for capturing additional demand of nickel, copper and cobalt from electric vehicles

- Grow with brownfield options (Salobo III, Indonesia and Onça Puma furnace II)



Long Harbour



VALE



## Improving productivity and cost reduction with the best logistics solution to meet coal demand

- Ramp-up Moatize II and Nacala Logistic Corridor, reaching total production volume of 20 Mt per year by 2021

- Reduce costs[1] down to the US$ 74-82/t range by 2021 through the increase of volumes for dilution of fixed costs both at the mine site and logistics

- Position Mozambique coal as an alternative geographical source for high quality coal



Nacala Logistics Corridor – Coal train



[1] Production cost includes mine, plant, railway, port and royalties and excludes inventory movement and accounting adjustments


VALE



**With a leaner and more competitive company Vale is set to generate higher clash flow and shareholder remuneration**

Reaching a robust financial position

- High productivity

- Low requirement of capex with the end of the investment cycle

- Strong cash generation

- Prospect of robust shareholder remuneration













Table of Contents

**Signatures**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Vale S.A.

(Registrant)

By:    /s/ André Figueiredo

Date: May 16, 2017

Director of Investor Relations