# Exhibit 25

# Vale Day - New York – Investor Luncheon
## Wednesday, December 6, 2017

**Vale**
Fabio Schvartsman, President & CEO
Luiz Eduardo Osorio, Executive Officer, Sustainability & Institutional Relations
Alexandre Pereira, Executive Officer of Business Support
Peter Poppinga, Executive Officer, Ferrous Minerals and Coal
Jennifer Maki, Executive Officer, Base Metals
Luciano Siani Pires, CFO
Clovis Torres, Executive Officer & General Counsel

**Analysts and Other Participants**
Tom Farley, President, New York Stock Exchange
Christopher Lafemina, Jefferies
Thiago Lofiego, Bradesco
Marcos Assumpcao, Itau BBA
Carlos de Alba, Morgan Stanley
Leonardo Correa, BTG Pactual
Alex Hacking, Citi
Andreas Bokkenheuser, UBS
Karel Luketic, BofA
Chris Terry, Deutsche Bank
Renato Maruichi, Santander
Humberto Meireles, Goldman Sachs

Presentation

**Tom Farley:** Bem-vindos, bem-vindos! To the Americans in the room, good afternoon. My name is Tom Farley. I'm the President of the New York Stock Exchange. Welcome to the Board Room.

I'll give you a little bit of history, just because Andre and I were talking about it in the wings. But this beautiful stained glass window -- many of you if you've been in this room previously, you didn't see it lit up, because it was dark for 94 years. There was terrible terrorist attack in 1920 that shattered the window. And so management of the Exchange covered it over. And it's the same glass window, designed by an acolyte of Tiffany, an employee of Tiffany & Co. And so recently, as part of our renovation we relit it. We also opened up the wings of this room. So if it feels larger, that's why.

And then I wanted to highlight this one particular item here, this large vase. You might call it a beautiful vase. I'll just call it a vase. That was a gift in 1902 from Czar Nicholas II, the last of the Russian czars, who sent it to the Exchange as a thank you because we had floated bonds that funded the Trans-Siberian Railroad, which was the largest infrastructure project ever. Carl Faberge was

1

the one who designed and built that urn. And ultimately, Gorbachev came here and wanted it back. Truly, he came in the room and said, "We're building a museum of Faberge works." But fortunately, the Bolsheviks stopped paying back those bonds and so we said, "Well, look, we have it until you pay the bonds back."

But it's great to have all of you. It's great to have Vale back for their 15th straight Investor Day, Fabio for his very first, with the entire team here. We have a lot of history, as you know, 225 years and 5 months the New York Stock Exchange has been here and was founded on this corner. And for the first century or so, it was really just American. It was all American companies. But for the past century to a great extent it's been about Brazil. Going all the way back to 1921, we had our first Brazilian listing. Fast forward it today, we have many of the great Brazilian companies, certainly none greater than Vale. Thank you again for being here today.

But every single company listed outside of Brazil is listed on the New York Stock Exchange. And we just have a special kinship. We have a tremendous optimism, as I just said to Fabio, about the future of their country and the election next year. And I had a great time down there in August of this year. But Vale, in a very special way, is a valued customer of the Exchange and has always been very helpful to us. And we're happy we can give back in a small way by hosting you today.

Best of luck with the Investor Day. And now I'll introduce you to Fabio. Thanks, again. Bye, guys.

**Fabio Schvartsman:** Well, good morning and -- well, good afternoon to all of you. It's really a pleasure to be here and an honor. First time running Vale, it's a very special day for me also. And for this purpose, let's start with a short video where we are going to show the progress that we've been having in S11D. It is, I promise, a very short one.

"Video plays"

So, with the purpose of warming up a little bit this cool day, I would like to start with kind of a bold statement that is written in the presentation, as you can see, we have the firm intention of creating more value in Vale than all of its mining peers in the sector. So the question then is -- how is that we are going to do that?

We are going to make this focusing in four different strategic pillars, the first being performance; the second, strategy; the third, governance; and the fourth, sustainability. I will try to cover one by one, starting with performance.

The first and most important thing in a mining company is certainly capital allocation. And we are already changing the way that Vale decides -- makes investment decisions in order to prioritize return on investment. And for this purpose we are trying only to accept and approve projects that can generate good returns in today's price levels. It does not depend, then, on future price expectation. You see that this alone brought a lot of change to our investments schedule.

The second most important thing in our business is managing costs. And we are going to do this through a more integrated approach in all of the company -- integrating all parts of the company and deepening the meritocracy system in the company.

2

Also, we are now focusing in a sustainable cost management. For this purpose we brought in Professor Falconi, that is already helping us in iron ore and will start to help us in nickel operations as well.

And we are going to have a different focus into automation, taking advantage of the best technology. And we are going to catch up with the other companies in this sector that are far more advanced than Vale in this particular.

Finally, we are going to focus on price realization to take advantage of this flight to quality that is clearly in the market today, and take advantage of our portfolio of products that allows us to do that in both main businesses of Vale, in iron ore and in nickel also.

Let's start with an example of the effect that we can show in capital allocation. We've already reduced by an impressive US$1.6 billion the investments of Vale in nickel this year and next year, by focusing in four large projects that are under revision, all four of them -- VNC dry stacking, the expansion of the mine of Voisey's Bay, and the extension of the Thompson mine and reviewing the Indonesia growth plan of Vale. All in all, US$ 1.6 billion, more than 50% of reduction of the expected investment in this division.

Another example now in iron ore, how we are going to create value. I will save for Peter to give more color to each one of these initiatives. Nevertheless, we are aiming to produce between US$ 3 and US$ 5 of further EBITDA per ton. That represents between US$ 1.2 billion and US$ 2 billion per year that we are going to achieve by 2020 in comparison to today's EBITDA level in no matter what price levels.

Strategy. My point about the strategy is very simple. We think that all companies, and Vale is no exception, has to have a very clear strategy, a strategy that everybody understands and the company follows in a permanent way.

I claim that Vale has to be a diversified company, not to be too dependent upon iron ore as it is today. But my point is we should do that by using the assets that we have. We have no right of trying to look into others' assets until we can show the market and ourselves that we can produce the right value from the existing assets. And if we can do that, the truth is Vale is already -- we will be already a diversified company. So that's the focus. And I'm very positive, very optimistic that this will be achieved very shortly.

So, business by business, starting with iron ore, here, let's summarize in a very simple phrase: our focus is totally on margins. Why? Because we have a premium product and we have flexibility that no other mining company has in iron ore. So this is an obvious focus to be taken by Vale, and this is our commitment.

In base metals, on the other hand, here the commitment is to make money, side by side and no cross subsidies, no further investments without return. By only changing that, we claim that we are going to become cash positive in every one of our sites. And by doing so we will be able to keep the optionality that we have in nickel. Everybody knows that there is a great opportunity in

front of nickel operations in the world -- and Vale is the largest nickel operator in the world -- because of the EVs. Nevertheless, prices are not there. And my point is, we have to have an equation that is sustainable until the moment prices start to react, and then, eventually, to take full advantage of this new phenomenon.

In copper, our focus is clearly increasing production. Salobo III all of you know. But we have two other ventures now. We have Victor in Sudbury, Canada where we have a very nice ore body that we'll certainly be giving more details on it during 2018. And this will be a great opportunity for Vale.

And we had recently a new discovery that was just confirmed in Hu'u in Indonesia. We found a large copper ore body there. I cannot disclose further details because we don't have full confirmation of the size and therefore of the scale of the operation that will be possible there. But very shortly we'll come back to you with more details on that.

Finally, in coal the objective is very clear. We have to take full advantage of the mine that we have there, pumping up to full scale. And we have to use all the fantastic logistic infrastructure that was built in the heart of Africa for the benefit of our operation. And I'm pretty sure that, well used, it will leverage the returns that the Company should have there.

Finally, deleverage. All of you know that I've been claiming time and time again that the Company debt today is too much dependent upon iron ore that is a very volatile commodity. Cannot hold to debt. So, the next goal to Vale is to reduce indebtedness from the existing US\$ 21 billion of last quarter to \$10 billion in the shortest possible period of time, taking advantage of the very large cash generation that the Company has today.

Now, some examples of how this strategy develops. In iron ore, first of all I have a good small piece of news for you. We are anticipating the conclusion of the duplication of our railroad for the end of next quarter, or first quarter of 2018, meaning that we will be at full scale at S11D from March 2018 on.  But rest assured that it doesn't mean that Vale will put more product in the market. Our commitment is to hold ourselves to the level of 400 million tons of iron ore per year as a limit, even having a capacity that can go further, until 450 million tons per year.

In nickel the net effect of the change that we made in investments are already shown in this picture. We are showing that we have an average reduction of 50,000 tons of nickel production per year in 2018 and 2019. That means that in the next couple of years we are taking out of our system and therefore of the availability of nickel in the world 100,000 tons. And what is very important, that we are doing that reducing costs and not increasing costs, that you should expect when you reduce scale.

And you can see through this picture that we have cost reduction in almost all of our sites from 2017 to 2018. And you can see that now our costs are compatible with nickel prices, and therefore we can start to generate cash in all of our sites.

And a special remark has to be made on Sudbury, where we are going down to -- our goal is to get

4

to impressive US$1,600 per ton of total cost for nickel production. That is a very profitable operation in any price scenario.

This is our achievement of this year. We are very happy that we can celebrate with all of you the fact that Vale has advanced to Novo Mercado and we went to publicly thank all of our investor shareholders, analysts, everybody that's supported movement, because we're capable of changing this in a very impressive time schedule. I think that nobody was expecting, and certainly not me, that it would be possible to make it happen in 2017. Therefore, in the next December 22nd we will be celebrating, with all of you that can be there, the start of Vale in Novo Mercado that will be a landmark for Vale. It will be the startup of becoming a true corporation. That's our real goal.

For this purpose we have elected already two independent board members, for the first time in all of Vale's history. This is a very important change in the governance of the Company already.

Finally, sustainability. Sustainability -- again we are changing the approach here. Osorio in his presentation will give further information on that. But here the approach is simple. We want to become known as a benchmark in this sector. For doing that we have to focus in on much more systematic planning and execution to have a real sustainable approach. And we have to look beyond Vale's operations, beyond our fences. It's not the issue of preserving inside of our operations. I think nobody has any doubt that Vale is doing everything it can inside its own premises. But the issue now is to go further than that in order to really take care of the environment and the social conditions that are surrounding us.

Well, to finalize, all of this together will most likely produce one phenomenon that I think it is the most important one for Vale. We want to become a much more predictable company. And you can ask, "How can you ask for predictability in a company that are producing a commodity?" My point is that at any given price level, everybody will have to know in advance how much Vale can perform, without effort. This is predictability. We have to control, and show the control, of everything else that the company does for this purpose. Of course we don't control prices and therefore the idea is -- one price, one result. And this correlation has to be very fast and very simple. I think that's not the case today, but will certainly become the case very shortly.

My friends, doing these adjustments in Vale, a strategy through these four pillars, it is the way that we hope to create the most value than anybody else in the mining marketplace from now on. And for this I thank you and I want to introduce you to Luiz Osorio, that will follow up in the presentation of sustainability. Thank you.

**Luiz Eduardo Osorio**: Good afternoon. Thank you, Fabio, for giving me the floor.

As Mr. Schvartsman just pointed out, our commitment is to become a benchmark in sustainability. So, we have a long way to go. As you can see in this graph here, this reality does not reflect our reputation. So, we are putting together and reviewing our sustainability platform. And it is our commitment to deliver a robust plan to improve this reputation in the upcoming years.

Also, it's our job to make sure that sustainability is embedded in our company's culture. And let me go through the presentation with you to share a few key indicators that I think is very important

to share with you today.

First of all and most importantly, safety is our top priority. And in 10 years' time we reduced the total injury time from 11.2 to 2.1 total injury time.

Also, as you already know, we created the Renova Foundation in 2016, which is in full operation. This is important to say that it was the first time that a foundation was created to give an immediate response to society in order to mitigate the social needs and to execute the environmental plan after the Mariana incident. Renova Foundation is by large the largest foundation in the country. And it's important to say that Vale is fully committed to Renova and fully committed to the recovery plan, which approximately will take 10 years' time.

I also would like to share with you, which another commitment of Vale, which is the reduction of 7% of greenhouse gas emissions in 2016.

Exploring a little bit more about Renova, Renova will deliver results, as I said, within 10 years' time. Why? Because all the environmental recovery takes time. But they are gaining traction and they are fully committed to that. And in 2017 more than 8,000 families received financial assistance and this financial assistance will continue to be delivered next year, in 2018. Also, about 100 tributaries were rehabilitated, which is very important to say. And, since the first half of 2016, the level of metals along the Doce River dropped to the level prior to the dam failure.

So Renova is making progress. It's a long way, but for sure. I would like to share with you also what is going to be delivered next year. The focus on the delivery next year will be mainly to finalize all the financial compensations to the families and also to start building the 400 houses in the villages and areas selected by a transparent stakeholder engagement process that took place last year.

Last but not least, ladies and gentlemen, I would like to say, as you heard from Mr. Schvartsman, sustainability is one of the pillars to our growth and prosperity. It is our commitment to become a leader, to become a benchmark in sustainability. And how are we going to do that? We are doing a deep dive analysis with a first-class international consultancy in order to -- actually reviewing our goals, reviewing all our processes, all our models, in order to deliver better results. And we are doing that at the moment. We are going to conclude this study in the first quarter of next year, which will be promptly then announced.

But make sure -- I think the takeaway message today is that we are totally committed to this plan of becoming a leader in sustainability. We are paving the way with this review of the platform, so we are just making sure that we have the proper and correct goals, indicators, transitional model and structure to deliver these results is this bold commitment.

So thank you very much. Should you have any questions I'm glad to answer afterwards. Now I will give the floor to my colleague, Alexandre Pereira. Thank you very much.

**Alexandre Pereira**: Hello, everyone. You can call me Alex.

6

I'm going to do a brief introduction about the Global Business Support function at Vale. It's a brand-new organization that was born with a mission and clear objectives. And as you guys can see, we're responsible to deliver the critical services to the organization. Have some pillars like procurements, operational excellence, energy, capital projects and digital technology.

But more than deliver those services in an efficient way, if I can summarize in a nutshell, our main mission is to really integrate the organization. We have presence in all our operations, all sites around the world. And we can see everything that's good and bad in our organization. While we deliver those services, we can really connect our organization, connect our strengths, integrate us to really share best practice, break silos and make us much stronger. It's something that we're delivering, this message, also to our employees because we believe that's the best way to move forward.

And just to give you some examples in how -- you guys are going to see a lot of hows next to deliver. That's -- I can pick any of those, but let's talk about capital projects. That's very important to our commitments. When we do capital projects, the main objectives are to deliver on time, on budgets and with quality. But we can do much more than that. We can do peer review. We can guarantee consistency among the process of our projects, in FEL one, to FEL two, to FEL three, guaranteeing all the connection in the economics.

And the success for us is not going to be just deliver the projects, like we did in the S11D, but really guaranteeing to achieve the business outcome that this project is in place for. So I think that if we're able to deliver those functions efficiently and really connect our entire organization, we can create an amazing culture of performance to our company and move us to our next level.

To talk about some initiatives in terms of integration and culture of performance, another topic that's very important to share with you guys what we're doing across the board is really the digital revolution. We believe that the digital revolution can really transform the performance of all our core business, and doing this with real results.

So, when we started this conversation at the Company, we're doing this not just because we believe in that or just because it's nice, it's fancy, talk about the digital or this industrial revolution. It's really because we want to address critical business problems that we have. And we're doing this with clear returns, when you're mapping the actions and also taking advantage of the -- Fabio's speech, talk about capital allocation. We need to approve those investments with clear returns, who have these business outcomes in mind. We decided to focus in four main areas, as you guys can see. So, asset performance -- so how can you operate with less assets? And with the remaining assets, how can you -- can you utilize it better, their performance?

Also talk about maintenance, workforce effectiveness and supply chain. Peter's going to talk a little bit more in the iron ore. But just give you some examples to quantify this. One is specific about assets performance and also maintenance. If you take a look in our value chain, the main costs are in the mines. And in the mines the main costs are in the trucks.

So, when we talk about our big haul trucks, those are 8 meters tall, very heavy. I don't know if you guys know, but the weight of a haul truck is 6x of a Boeing 737. And each one has from 100 to

7

200 sensors. So, there's a lot of information that you have to be able to managing and have insights on that. We did a specific case, a pilot, in our copper operation in Brazil, in this specific mine. So how can we extend the lifetime of the trucks and all components, like engine, suspension and tires.

So, focus on the tires. So just to give you an idea of the numbers, one tire costs close to US$75,000. And believe it or not, it's not only the tire is the critical elements of the tires, but also the drivers, the truck itself, the roads, the scaler, so everything that's part of the end-to-end life of a tire. We were able to identify a lot of different factors and to change some process, and we were able to extend 30% the lifetime of the tires. So, in six months we were able to save US$5 million, just from one operation. And if you expand it just for our entire operations, we're talking about 500 trucks worldwide. So, the potential is amazing in how to do that.

So, technology that we talk about here is autonomous equipment, robotics, analytics, and big data, everything that's being part of this industrial revolution. We are showing this in real life, showing results, and now we are also unfolding our technology program for the organization to be able to maximize this program in a structured way.

So, just to share with you guys, recent information that we did in the North Corridor, getting the Carajás, but the railroad in the port in Sao Luis. We were able to make 104 initiatives. But if you just focus in 20 to 30 initiatives, we have […] of the benefits and we're able to achieve an NPV of $350 million, and also to reduce the cost of half [dollar] per ton.

So, real results, real commitments that we're making. And we believe that this is going to be a revolution to the way that we do business today. Trouble is the opportunity, especially talk to analysts, and everybody nowadays talk about digital and the industry forecast is zero. But one thing that I recommend you guys also should think about and to try to understand better, the foundations of those companies, not only for the mining industry, but in all the industries. Because very easy to talk about the potential of those solutions. They are really powerful. But if you don't have good and solid foundations, and talk about the infrastructure applications, it'd be very difficult to enjoy this new game, to become a data-driven organization.

And I can tell much more about Vale. We are very confident that the platforms that we have today are really solid. We run the entire operation in just one single ERP in one instance, all lines of business. We have all operations […], all ports, different parts of the Company running the same solution. And more than 25 mines are now running the same solution, the same for the railroads. So, it gives us a huge potential to enjoy and to really become a data-driven organization.

And to wrap up my presentation, I'd like to talk a little bit also the Vale of the future, so a little bit of the hows of what's Fabio mentioned here today. And we are excited to create this Vale of the future. And it's important to share also and recognize that the mining industry in general has been very laggard and very low profile in terms of reinvention. And when you see the concepts of the Industry 4.0, we're talking about robotics, autonomous, analytics, big data, all these interesting elements that's retransforming industries. And mining is the best showcase that can have. It's a real playground based on the amount of assets that you have, big assets, remote operations, complex business. So, it's a lot of things that you can do in doing that, in focusing this path.

8

And look at Vale. Based on the assets that you have, some world-class assets, premium products, moving to our much more solid financial performance and all of this new corporate governance, I really believe that we can play an important role in this case. If you, on top of that, can really create this culture of performance, we can integrate it in the entire organization, and we can really implement this digital transformation.

So, in summary, this is the way that Vale could create the Vale of the future. We don't want to be just the best iron ore company, the best base metals company, best coal company. We really want to be the premium mine player and the best-in-class integrated and diversified mining company as a whole, with all optionality that this model can give to us.

Thank you very much.

**Peter Poppinga**: So, good afternoon, ladies and gentlemen. It's a pleasure to be here with you again at this time.

Let's start with iron ore and then we'll go to the coal business. I just want to start with a recap of our gains in competitiveness. You can see here a comparison between the year of '14 and '16. But in spite of the big fall in prices we were able to deliver almost the same EBITDA as it was in '14. That we call the first wave of our competitiveness improvement. And the nice thing is that we were able to get US$ 3.3 billion more competitive when you only consider internal factors, excluding the FX and the bunker effect. And that was not only cost reduction, but that was also commercial initiatives. So, we are very proud of that.

But we are now moving to the second wave of competitiveness, and it's mainly about that what I wanted to discuss with you today. We are leveraging all that on several pillars. It's mostly about integration, as Fabio already pointed out. It's also about some competitive advantage we have, which we are going to talk about. Leveraging of those competitive advantages is not done enough yet. We have lots of room to go there. And it is also, how could it be different to capture the benefit of the obvious flight-to-quality trend which is happening.

So, you can divide, as we did, the main levers we are going to use in two types, the performance and the strategy. Let's start with the performance.

There is the S11D ramp-up. This affects the C1 cost, as you know. We are going to see the details in a minute. But it is not only C1. It is actually what's enabling all those strategic levers we are going to talk about. So S11D is not only about C1. S11D is a big enabler for our big strategy.

Then we have a lever of innovation and automation. Alex already talked about it. It's affecting mainly the C1.

The structured cost management program implementation Fabio mentioned already. It's also going to affect the C1. We have lots of work to do there. It's going well.

And then when we come to the strategic levers, we have the operational yield improvement. We called that in the past the global recovery, which is essentially the amount of product divided by

9

waste and the run of mine. Affecting C1 mainly but also, remember, enabling us to postpone some important CapEx and actually sometimes to eliminate some CapEx.

Then we have the supply chain optimization. It's not only about efficiency, but it's also about price realization. There it is C1, the freight cost, the price realization.

And then the last but not least, the pellet production increase is our last lever. We are going to talk and show you what we are going to do in our pellet business.

Now, if you take number one and number two in terms of strategy, this is what I meant by competitive advantages. So this is only possible, number one and number two is only possible, because we have this Carajás deposit, which is a competitive advantage. And when you take number three, the pellet production increase, we come to another competitive advantage we have, which is the pellet business, the ability to produce the high quality pellets that we have. And we are going to build on that.

Let's go to S11D. You have seen the film, this is a picture of our SMR in System number 3. It's going well. We have no fatal flaws identified. Some of you have been there on a field trip. You have seen the production. We are now at over 80% already capacity in the truckless, which is very good. Of course now we have to work more on the operating hours. But it's a fairly good figure we have. And the focus not only on operating hours, but also in training of people and everything is going well.

On the right side you see what we already have produced in 2017, this year, until now around 20 million tons, 19.5 million, and we are forecasting 2.5 million in December. That means 22 million the whole year.

A little more about S11D. I think it's the first time you see our ramp-up profile. It may be a little bit revised, according to what Fabio told us, the good news that you could anticipate the duplication of the railway. But it will be in this range, because we have to scale down also a little bit in the Northern range, which is now really stretched.

So, what's relevant here? It's that we have, or we are almost doubling in the next year. We are almost doubling the production of Carajás, going to more than 50 million tons in S11D. Why is that? Well, remember, in the first half of '17 we didn't have a truckless system. It was conventional operations. Then we also had lots of commissioning going on at the same time with production. And the railway duplication now helps as well. So we are very confident to reach 50 million to 55 million in 2018.

And on the right side you see -- I think you know this number -- we reaffirm that our C1 cost in S11D is between US$7 and US$8 per ton. This means mine, railway, port. And this of course much lower than the current Carajás and much lower than Vale as a whole.

The next lever, more on the performance side, is the improvement in innovation and automation. Alex has already talked about it, so I will not go deep into it. But we think at least $0.50 is in there. I actually think it's much more, because we have lots of projects identified. But it takes some time.

10

We think it's really more than $0.50 by 2020. But it may be later than 2020. So this is a very conservative number. Autonomous trucks, fully automated stackers and mobilization of dispatch system, a more integrated system, and all that.  So I think that the $0.50 here is a very conservative one.

And on the performance, we still have to talk about the structured cost management. You just saw the first slide. Yes, we have reduced the cost very well. But it was -- we now want to do it in a more structured way. There's still some way to go.

So we have started a pellet plant. The methodology here is mapping the processes, gap and goal definition and action plan implementation. This sequence and this structure and this discipline we want to implement as a methodology. We started it as a pilot test in the pellet business. And the potential here is $1.00 to $1.50 there. It's going well. And now we want to roll it out to the whole ferrous business and extract at least now $1.00 out of it. And it's well on track.

Now, let us go now to the most strategic levers I have shown you in the beginning. And coming back to the operational yield, this again is product, total product produced divided by run of mine and waste. The higher the better. And what you can see is that Vale has a good improvement here. Came from 41% and we are going to 54%. That is -- there's a constant improvement here. This affects directly our costs.

And what is it? It is basically two things. We are transforming more and more waste into ore. Remember, we have invested so much in Itabira to have these compact itabirites being crushed and beneficiated. So this was former waste. Now it's becoming ore. In Carajás, for instance, we have these big layers, superficial layers, with some contaminants called *canga*, that was waste in the past. Now it's becoming ore. This all helps our global recovery.

And then we are going dry processing. Today we have around 40% of our ore is being dry processed only at Vale. And in 2020-something it will be 70% of dry processing, which of course is very cost effective.

Now, other peers, when you look to the peers -- and, by the way, when you look to those numbers, are numbers from their official websites and production forecasts -- when you compare the peers, it appears they of course want to do the same and are doing the same. But there's a certain limit, because if you increase too much your global recovery you probably reduce your quality. And not everybody has Carajás to counter that.

So that's one trend here.  And if you now compare Vale to the peers, you can see that in the past we had a distance of 4 bps; now we have a distance of 10 points. And we are going to have 17 points. So we are distancing ourselves from the peers.

Now, if you compare peers to peers -- that's what you see in the gray -- you see that they're reaching a peak and it's forecasted by themselves that they will go down to 37. What does it mean probably? It means probably that they are going to wet process more. It seems that they are going to be more selective because they have to increase their iron content. But it also seems -- it means at the same time that the cost will rise. So if one thing will compensate the other, it remains to be seen.  But

11

that's a very important trend happening here in the global recovery.

I would like to go into a little more detail of what Fabio already has pointed out. We stick to our mantra of value over volume. We have adapted our production plants in order to maximize our margins. And so you see that we are going to reach 400 million tons a year in 2019. That's our base case and we plan to stick to that although we have a capacity of 450 million tons.

On the right side you see our blending in Malaysia and in several ports in China now, in 2017, reaching 75 million and in 2018 is forecast to pass the 100 million mark. This is still in development. It's going very well. Our Brazilian blend is well accepted in the market because it's high grade and because we are doing the market a service. We're providing a service, which is higher grade, which is just-in-time delivery, smaller lots, sometimes selling in renminbi. All that is very much appreciated by the market.

I just want to take this opportunity here to state again -- sometimes I read still that Vale is adding 90 million tons to the seaborne market because of S11D. And if you look at this graph, it's actually -- right now we are adding 35 million tons to the seaborne market. This is already a turned page, this 90 million story. Now we are adding 35 million. It is 60 million from the Northern System, but, like you see, we are reducing 25 million in South and Southeast. So, in two years what we are adding is 35 million, not 90 million anymore. And this is very important that people understand that. People are sometimes exaggerating what is coming into the seaborne market. It's not 90 million anymore. Okay?

Now, the result of all that is that we have also adjusted the product portfolio and also the quality according to market demand. Again, what is market demand here? Market wants higher Fe. Market wants lower impurities. And market wants service, just-in-time, smaller lots, sales in renminbi, et cetera. That's why what you can see here. We are keeping our Carajás percentage-wise constant, not in absolute, but in percentage-wise. But what is happening is that we are decreasing strongly our Southern system ore, which is not the highest quality, and we are increasing strongly our Brazilian blend, which is the blended product which is high grade as well. And the Southeastern portion is kept more or less constant.

The Integrated Operations Center which we created -- I showed you that we have changed our product portfolio. We have changed our quality. And now -- but the fact is that we have a very complex supply and value chain. We have higher freight rates. And to manage all that, you need really an integrated system. And we have, then, created a center, the Integrated Operations Center. We call it COI. I think we have a small video here to show that.

(Video begins)

The integration of the iron ore chain is one of Vale's greatest strategic levers in generating value and increasing the profit margin of the business. The project is divided into three phases -- the Global Integrated Operations Center, Local Integrated Operation Centers, and a Center of Excellence.

The first phase, the Global Integrated Operations Center inaugurated in September of this year,

12

connects the iron ore supply chain into a single vision. The Global Integrated Operations Center is responsible for the short- and medium-term planning of the entire chain. Decisions such as the best product mix for the market, shipment schedules, vessel allocation and blending planning are done with a global vision to optimize results and minimize deviations.

The new way of working makes the decision-making process more agile and allows for the optimization of business result by increasing chain efficiency, reducing costs and maximizing price realization. An integrated and collaborative team from around the world works together with cutting-edge technology and new management systems.

The control and consolidation of data happens in real time, ensuring the effective monitoring of each process step. Vessels, for example, are dynamically monitored and allocated to optimize fleet productivity, which constantly reduces our distribution costs.

By 2019 the integrated centers of the local production system, the second phase of the project, will be implemented. These centers will program and control the production systems from mine to port in real time. The integrated control of these local production systems with a focus on programming will guarantee the stable performance of the production system and the adherent and efficient execution of the production program.

The optimization of the supply chain also considers the performance of a Center of Excellence, the third phase of the project, which will allocate our best specialists to the critical processes and assets of the iron ore production systems, which will ultimately improve the reliability and productivity of critical assets.

Since the beginning of the project, the Global Integrated Operations Center has already demonstrated its potential to transform the iron ore supply chain with some significant results, such as the margin optimization of $400 million in 2017. It is a beautiful example of a cultural change at Vale, and we are well on the way to being an increasingly competitive and constantly evolving company.

(Video ends)

**Peter Poppinga**: So price realization increase is a very important product of this Integrated Center. And if we have a look -- what does it mean? So in 2016 we had $1.70. This excludes pellets. If you just take the value-in-use and the premiums we got, on average $1.70 more than the 62% benchmark rate. If you now look at 2017, it probably will be around $3.50. And if we go to 2018 we have forecasting $3.50 to $4.50. Again, it is without the pellets. If you add the pellets, there is another $1.60, $1.70 you can add to that. And it will increase further.

So this is, again, a very conservative figure because it of course depends on how much the premiums will be. And we can discuss that later. But if you, for instance, believe that the premiums will stay as they are, let's say today, the $4.50 will clearly become a $5.00. And then you add pellets, $1.50, $1.60, or $1.70 even and then it becomes $6-point-something. So more than $6 premium price realization is what we have for the very short term to come. And that is my main message here.

13

And of course this adds $350 million EBITDA or $400 million, depending on what premium you pick.

Look, of course our actions and our better management and our levers, they give us a better price realization. That's our work. But as you well know, there's a trend in the industry which also helps us, which is the flight-to-quality trend. And rather than explaining to you here and recapping what it is and why it is -- you all know that construction of bigger blast furnaces, higher capacity utilization, the issue with pollution and so on -- I want to focus on the supply side.

And you can see if you look to this graph, which I'll explain in a minute, that the supply side is not going as it should go to follow this trend. If you look to the left side, that's the seaborne market. You see what's coming into China is less and less iron-rich. Right? It's less and less. And because we increase Carajas and our Brazilian blend in the last years, it could stabilize at 60. But if you exclude our ore, or rich ore, that's what you would have got in the what's coming into China. It's not exactly what the trend is saying.

And if you look to the other graph, now it's the domestic, the domestic concentrates in China. And look at it from an investment perspective. Less and less is being invested in those domestic mines. It means lower output and bad quality.

By the way, there's also supply side reform happening in the Chinese mines. People are not seeing it, but it's happening right now.

So some players on the supply side in my opinion are completely wrong-footed. You can see that. And this will reinforce this trend to flight to quality. And how we are going to see on the next page.

On the left side you see the impurities. What's happening? The penalties people pay for impurities, they're exploding. And it's not about silica only. Look at the alumina and look at the phosphorous. There's a clear trend developing that people are less and less willing to pay for high impurities.

If you now look to the right side, you can measure trends -- there are several ways of measuring trends, but this is one of them. You take the 65% grade, you subtract the 58% and you get the spread. And that's the spread. That's what happened in the last two years. So of course there's ups and downs, there's cyclical factors in that, too. For instance, the last down some months ago is because the coke price suddenly wasn't so cheap because of the cuts in the Chinese industry. Coke became available and so coke was very cheap and it came down all -- and it's going up again, the spread. But it is structural and it is definitely a trend.

So Vale's well positioned to service the market with this trend. And with our Carajás fines, with our Brazilian blends, which are rich ores, and also with our low alumina Sinter Feed we have developed out of the Tubarao port.

Last but not least, let's look at the pellet production. It's our other competitive advantage. We are today at 50 million. We are going to 55 million next year, and reaching 65 million by 2021. It's

about bringing back the idled Sao Luis pellet plant, 7 million tonnes. So on the 50 million you have to add 7 million from Sao Luis. Then you add 6 million to 7 million from Tubarao I and II. And then you add another 2 million or 3 million because you're bringing Carajás ore into the Southern system, into Tubarao to grind in Tubarao and to help the productivity in the pelletizing. It's very efficient. And all that together gives you the 65 million.

And to finalize, that's another way of showing our journey in terms of competitiveness. And our perspective is when you normalize EBITDA per tonne -- to normalize it you take the price, you normalize price, you normalize FX and you normalize the bunker, which are the big three external factors affecting us. When you do that, that's what you get. You get a constant increase in our EBITDA per tonne figures. And in 2020 we are forecasting $41 to $43, which is exactly those 5 -- $4 to $6 we spoke about. When Fabio showed his buildup, not to forget that $1 was already captured in 2017.

Thank you very much. That was it for the iron ore. We'll talk later during the discussion maybe. I'll now switch to coal.

First of all, I would like to say to you that I am very proud to take on the responsibilities in coal. It's a good big challenge. And it's sort of, from an organizational point of view, it makes sense. We have lots of expertise in the iron ore which can help. In Mozambique we have lots of experts in maintenance and in equipment. And so this makes sense. And also from a business perspective I think it makes sense because our marketing guys, or our sales guys, are now integrated with the sales team in coal and there are lots of commercial synergies.

But same thing here -- we have levers in our coal business, strategic levers and performance levers. Number one, we have signed the project finance on November 27. It was a big mark for us. It is not a coal strategy, but it was, as you know, a value strategy to deliver our company.

Then we want to leverage our mine and logistics. It essentially means high utilization of the asset in general. There are several ways to do it.

We want to foster mineral exploration. We are starting a huge geo-physic prospection program and also a drilling program. Because we want to be sure what we are going to mine. There's still some information missing.  And find new reserve. For the moment we have reserves for the next 30 years, but in this case we want to expand a little bit. In the future brownfield expansions are possible because of the logistical corridor, which can take more.

And on the performance issue, conclude the ramp-up in Moatize and also improve the margin. Improve the margin -- as you know, now we go north to Nacala, then to Beira. This improves the margin. We can have higher met coal yield and better price realization, and even maybe thermal coal, if we can sell it in the domestic and the local market, will also improve our margins.

I will show you here the figures of the project finance. Luciano can talk to that in much more detail than I can. But you can see that the volume of the total transaction was $3.5 billion, out of which $770 million was the equity transaction and the project finance itself was $2.7 billion. So $3.5 billion was the volume and around $3.3 billion was used to deleverage Vale.

Now, what's important here is to check the tariff on the right side. Some of you were asking what's going to be finally the tariff. And here we have the actual production costs in 2017 and estimate through Nacala only -- now there is no Beira in here -- $78 production. But then through the tariffs we have to repay -- we have to service the debt, the amortization and the interest. And that's $30. But the $15 -- inside there's also $15. It's the debt, Nacala debt has with Vale. So you can deduct that because it's Vale to Vale. So when you do that, you come to a final cash cost through Nacala of $93. This was in 2017.

And if we now go to -- before that we just check how important Nacala is for us. You see that we went from 5.5 million to 11.7 million tons this year. And also, when it comes to the shipment volume, the Beira portion is decreasing very much. And in 2018 you will not see any Beira tonnage anymore.

But here comes the ramp-up, what we are thinking about the ramp-up for Nacala, for Moatize. So next year we're going to produce 16 million tons.

And in terms of cash costs at the port, you can find again your -- let me go back here -- the $93 in 2017. If you go to this graph here you add $78 and $15, you come to the $93. And you see it's coming down and probably reaching around $78 in 2022, fully ramped up. That means fully ramped up. And $78 would be the sort of breakeven price for Moatize.

And last slide is here, the EBITDA. It's a big event. We had negative EBITDA, as you know, last year. And in this forecast, at same prices of this year, if you use the same price for next year, you would have an EBITDA of almost $500 million next year. And we have the first -- we will probably have $350 million this year.

So it's coming into positive territory, the EBITDA, which is very good. And Moatize is, like Fabio said, it's about ramping up, consolidating our position there, and then using the infrastructure which we have to make more business, maybe in general cargo, and maybe expanding in new brownfield in the future.

Thank you very much. And we then can answer your questions. I will hand now over to Jennifer Maki to speak to base metals. Thank you.

**Jennifer Maki**:  Thank you, Peter.  Hi, everyone.  It's my pleasure to be with you here today for Vale Day.

As it relates to Base Metals, our approach is very clear.  We're working hard to improve the competitiveness and the performance of our operations and at the same time we're transitioning to the smaller footprint in nickel.

The strategy has three main pillars, and that's to balance the investments with our production and current market conditions that we have.  We also want to preserve our flexibility and our optionality to take advantage in the upside in the market that we will see with electric vehicles, and we want to increase our copper production.

16

In 2017, to ensure the maximum contribution from the Base Metals business, we did a detailed review of all our assets across all our sites, including in Canada on a mine-by-mine basis. And our intention of this review is really quite simple. We wanted to ensure that each and every asset in base metals was cash flow positive at low nickel prices.

The nickel side of the business of base metals got most of the focus. And in the review, we concluded that the closure is putting care and maintenance on our Stobie mine in Sudbury in May of this year. We also put Birchtree in Thompson on care and maintenance in October of this year. We've placed our Kaohsiung nickel refinery in Taiwan on care and maintenance recently. And at the same time, we're progressing towards a closure decision in the second quarter of 2018 for our Precious Metals refinery in Acton. And that's really because we're going to focus on the core business.

Copper saw less activity as a result of this review, but we have made the decision to divest of our stake in Lubambe and Zambia, and that's underway.

Today, if you look across our operations, you see we have initiatives under way to improve our performance and competitiveness in each of them in this challenging market that we face, especially in nickel.

In Sudbury, Ontario, we're working to develop a fit-for-purpose organization that will be released in the first quarter of 2018. This past Monday, we kicked off our cost management work with Professor Falconi. And work is underway to extend our preventative maintenance shutdown periods from every 18 months to every 24 months, and we're targeting to start to implement this in 2019.

These are just some of the initiatives we're working on in Sudbury, as we've set ourselves a target to generate an additional 200 million in cash over the next five years. We're targeting 75 million of that savings to be achieved in 2018.

In Manitoba, as you know, as we've recently previously announced, we're closing our smelter and refinery in the third quarter of 2018. And as we need to adjust our Manitoba operations to this new flowsheet, we're targeting a savings of 40 million dollars in fixed costs in 2018.

In Newfoundland and Labrador, I'm really happy to say that the ramp up of the Long Harbour Processing Plant is going very well. This past November, we achieved 85% of the nameplate capacity, and that's 11 months after all circuits were operational.

At Onça Puma in 2018, we plan to further improve upon the strong cost reductions we've done in the second half of 2017.

In Indonesia, we continue with continuous improvement and we're also preparing for divestment of our obligation in 2019, in accordance with the contract of work.

In New Caledonia, our efforts continue to reduce costs, but we're also seeking a potential equity

17

partner for the business there.

On Salobo, this year we will set record production levels for both copper and gold.  And we've worked hard to improve the process reliability in the plant.  This past November, again we set a new record for Salobo copper production.

And at Sossego we're seeing improved grades as we've moved to smaller trucks in the bottom of the pit, which is helping us in terms of achieving results at Sossego.

When I was here one year ago, I talked about a nickel production number for 2018 of 308,000 tons. And as a result of the review we've done in 2017, we've talked about how we're transitioning to a smaller footprint in nickel.  And you'll see that the guidance for 2018 today is 263,000 tons, essentially a reduction of 45,000 tons or 15%.  And the primary drivers of this is really the closures of the Birchtree and the Stobie mines in Sudbury.  We've also slowed down the mining rate of the Voisey's Bay open pit mine.  And we have a build in working capital in 2018, as we begin to feed our Clydach refinery from feed in Indonesia; it was previously fed from Sudbury, but with the transition to one furnace we are now feeding Clydach from Indonesia.

As we speak to the transition of one furnace in Sudbury, you can see here that we've adjusted again, as I mentioned, with the 200 million cost challenge Sudbury.  We've tried to adjust that organization in Sudbury to the lower production that we'll see out of Sudbury.  And you can see here on the left-hand side, those are our unit cash costs in terms of the processing plants in Sudbury.  And you can see that we're able to, even though our production is dropping, we're able to reduce our unit costs as well. And the right-hand side of the graph, you'll see that […] reduction in terms of the capital we're dedicated to our surface operations with our AER project and our single furnace project.  And as that capital winds down, it really helps us improve our cash flow from our Sudbury operations.

In terms of Vale, I think there's no operation that's gotten more scrutiny in the past years than our operations in New Caledonia.  And our focus there really remains unchanged.  We're working very hard to improve operations to deliver stable, reliable, and competitive production.  And at the same time we have to search for potential partners.

VNC has, indeed, made progress.  It will produce 40,000 tons of nickel in 2017.  And really, since midyear, it's been essentially, I would say, EBITDA flat to EBITDA positive in terms of its operating results.

In the last two years, we've removed US$ 150 million of costs from the operating costs.  And in 2018, we'll need to make a decision on how and when to move forward with the residue storage facility that's required, which is US$ 500 million.  And that's really driving our search for an equity partner in New Caledonia.

But I think it's worth pointing out that maybe, you know everybody thinks in terms of New Caledonia and they think of the nickel.  But our operations in New Caledonia are one of the biggest suppliers of cobalt as well in the world.  And obviously, with electric vehicles, cobalt has a big upside, and that upside applies equally to our operations in New Caledonia both on the nickel side

18

and on the cobalt side.

And, as I mentioned, you've heard many nickel producers talk about the excitement and optimism that the electric vehicle trend brings. You'll see here on the graph on the left-hand side that by 2025, if you take the conservative or the upside estimate, either 7% or 20% of all passenger vehicles will be electric. And if you take that 10 years out further to 2035, it's anywhere between 25% and 52% of all passenger vehicles being electric.

And when you then look at the right-hand side of the graph and you see the nickel demand, you know, in a conservative scenario we're seeing the battery market demand 800,000 tons of nickel by 2030. And you have to put that into perspective, that's a conservative estimate. And the total size of the nickel market today is two million tons.

So, I think this clearly represents a transformational moment for the industry, and Vale is really positioned well to serve this market, as the majority of our nickel products are very well suited to electric vehicles.

So, you may wonder how this bullish outlook that I speak for nickel reconciles with our smaller footprint. But one of the key things here is we have a smaller footprint today, but we're preserving that optionality. And just some of the examples on the nickel side of that optionality are our Copper Cliff Mine Project today in Sudbury which we're executing Phase 1 of. There's additional phases, 2 and 3, of that project under the right market conditions. It's rich in nickel, copper and PGMS.

We're undertaking a 20 million dollars exploration program in Sudbury. We have a lot of land deposits that are still to be explored at operating depths.

And also, when you look to Indonesia, we have world-class laterite deposits there that bring us lots of potential as well. We're having ongoing discussions with potential joint venture partners to develop Pomalaa and Bahodopi.

On the copper side, you've all heard us talk about Salobo III before, which is our low-cost opportunity to increase our production there to 36 million tons per year. The project is currently in FEL III, and we estimate a Q1 2019 board decision on that project to move forward.

We have our Victor project in Sudbury. It's a very rich geological resource with very strong copper. It's currently in a FEL II phase, and we continue to work on that. And we also, as Fabio mentioned, have our Hu'u project in Indonesia which is in the early stages.

So this slide summarizes our five-year outlook production for both nickel and copper. And I think it's important for me to mention that within this slide, if you've seen our recent press out of Sudbury, we have some unplanned maintenance happening at our Coleman mine, which has been down from mid-November. And that maintenance period will extend through to sometime towards the end of January. And the impacts of that is reflected in these updated guidance numbers. It impacts copper more than nickel, obviously, because of the copper concentrate that we sell out of Sudbury.

19

So as I mentioned, we're really about preserving that optionality. But if you look here and you pick your price assumptions, you can see that both on the nickel and copper side that the Base Metals business has the ability to generate under the right conditions significant EBITDA. Thank you very much. And I now turn it over to Luciano.

**Luciano Siani Pires:** Well, I had prepared for you two discussions on Vale as it will look like in 2020, a more conceptual discussion about the portfolio of Vale and a numbers discussion. So, in the benefit of time, I will jump over the conceptual discussion. You have the materials on our slides. I will just highlight a few key messages, and you hopefully will be able to go through some of the concepts outlined there, and I'm going to focus on the numbers discussion.

The key concepts that I'm going to cover very briefly on how Vale will lead, as Mr. Schvartsman said, shareholder value creation over the next three years are based on, first, the improvement of the multiple of Vale and, second, the improvement of cash flows.

Why do we believe the multiple that you assign to Vale will improve? Remember guys, one year ago you were all very nervous about the future of this company. The shareholders agreement was going to expire, maybe the company would become state-owned again, lots of uncertainties, talks about a change in CEO. So you assigned a lower multiple to us.

But now, the world is completely different from a governance perspective. And we believe, because of that, we deserve a re-rating of the multiple.

The second reason why we believe we deserve a re-rating on the multiple, it's because of also something that Mr. Schvartsman stressed, which is predictability. We will become a boring company, a no-frills company, a company that will deliver and run like a clock. And if you look back to the trajectories of cost reductions in all of our businesses, the trajectory of Capex reduction, this will continue into the future. And looking back, you will get past the uncertainties and your fears and you will say this is a predictable company that deserves a higher multiple.

Which leads us then to cash flows. When it comes to cash flows, I will discuss and show you the numbers for the core of the business, how coal, base metals, and iron ore will look like in 2020. However, I encourage you to go through our presentation because there's a discussion also of the adjacent assets to the core that we have and the opportunities that we have. We may talk about Mosaic in the Q&A session. We may talk about VLI, the logistics company which is growing double digits as opportunities for Vale.

And also, the material discusses a little bit what we have in terms of divestiture programs. Yes, the divestiture program at Vale hasn't ended yet. It's not going to be material in terms of cash flows and proceeds generation. But we are still going to streamline for the portfolio.

So now on the numbers argument. This is a complicated, and we'll walk you through that. This is how the operations, the businesses will look like in 2020, in our view.

The first column, you have the assets employed in each of the businesses. This is important because sometimes we get questions from you as to what are our aspirations for return on assets. Then we

20

have three scenarios for prices and the measure of cash flow generation we use in […] EBITDA less sustaining capital for each of the businesses in each of the scenarios.

And when you divide the cash flow generation by the total assets you have, the return on assets on a pre-tax level on the right-hand side. So, two things I would like you to take from this graph and then you can look at it later in more detail. The first thing is, with the exception of nickel, which we still need to work more on, the targets for return on assets for all the businesses are very ambitious and they will necessarily translate into very high return on investments on your stocks.

And the second numbers that I would like you to bear in mind for the next slides are the EBITDA numbers on the bottom. So, on the three scenarios outlined we have very nice round numbers for you to refer to, which is US$ 13 billion in a more conservative price scenario, US$ 16 billion on an intermediate scenario, and US$ 19 billion on a more bold scenario.  So, these are the numbers we're going to work with going forward.

Continuing to talk about cash flows. This is the slide we show ever year to you, the profile of capital expenditures. What you can see here is two things. First, capital expenditures continue to come down. Sustaining investments are very well behaved; growth CapEx is modest, very small.

Yes, there are some opportunities that may come. We talked about Salobo III and other opportunities that may add to that Capex. But they're not going to be meaningful in terms of cash flows.  So, Vale is a company that will not spend anywhere near what it had spent over the past decade in capital expenditures going forward, even if it exploits the great opportunities that we have for cheap optionality in our core assets.

The second theme that I would like to go through very quickly is -- I don't know if you realize that, but you got used to Vale wasting cash in some items on a regular basis, and what I'm telling you here is that this will stop at some point in time. For example, take Samarco. We're spending almost US$ 500 million this year supporting the company and Renova. We forecast this to go down by 70% until 2020.

You know about the expenses and fees, about US$ 500 million. Please do not forget, we won the case at the Supreme Court of Justice. And at any given time, the Supreme Court may rule in our favor and this could vanish.

Pre-operating expenses. This was US$ 2 billion a few years ago, just US$ 250 million this year and will vanish to US$ 0.  And financial expenses, because of the deleverage, will come down substantially.

So, this means more free cash for you.  And how much free cash?  Again, these are the scenarios. This is more of a matrix.  The US$ 13 billion, US$ 16 billion, and US$ 19 billion that I showed before, they correspond to the diagonal of this matrix. So, this is the free cash flow accumulated after everything, after financial expenditures, after Samarco, after everything else, post-tax, that are going to be available over the next three years.  I'm not talking about five years, just three years. That includes some divestitures, small proceeds.  But as you can see, the numbers are really, really high.

21

And finally, what are we planning to do with all this money? This is the question that we've been asked over and over.

Again, I'm going to walk you through this. And this is our vision for value and for total shareholder return for you.  So, you have the US$ 13 billion, the US$ 16 billion, and the US$ 19 billion.  And you have some aspirational values for the multiple, which, hopefully, you will give us the honor of being traded at higher multiples because of the predictability because of the better governance.

So, the market capital value of Vale is depicted in that nine-box matrix in 2020 depending on the multiple and depending on the scenario you pick.

We have already stated, and that has been confirmed by our board, the goal to have a net debt of only US$ 10 billion in EBITDA -- of net debt, which gives us a forecast market cap anywhere between US$ 68 billion and US$ 123 billion, depending on our scenario in 2020.

The accumulated dividends are the difference between the cash flow generated as of the previous slide and the amount required to lower net debt to US$ 10 billion.

So, this is a bold statement. Yes, we're going to distribute each and every penny beyond what's required to take debt down to US$ 10 billion for you.

And when you add all of this together, the market cap and the accumulated dividends, you get to annual total shareholder returns which, again, are very, very ambitious.

So, gentlemen, this is the company we aspire to deliver to you, and again, hopefully in a no-frills, boring, and very predictable way. Thank you.

**Fabio Schvartsman:** Gentlemen, as a final remark before we take your question, it is time to make the public announcement and not only to make public, but to honor in public Mrs. Jennifer Maki who is leaving the company now. After 14 years with us, she did a terrific job during all these years and she was a very important person in this turnaround process that we are starting.  She completed a cycle.

And I want to emphasize the professionalism and the contribution that she kept on giving to, today, for instance, where she's here with us and sharing in all the objectives and delivering everything's she's requested for.  So, […] everyone to follow me in honoring her.  Thank you, Jennifer.

Jennifer Maki:  Thank you.

[Applause]

**Fabio Schvartsman:** So, we just announced her replacement will be Eduardo Bartolomeo. Eduardo Bartolomeo is a former executive of Vale with a long experience in the job. And he will be starting next January and he will give continuing turnaround effort that Jennifer started this year.

22

So, with this, it's enough for today. And now it's time for you to ask anything that you want, and we'll try to answer. Thank you.

Questions and Answers

**Christopher Lafemina**: Hi, it's Christopher Lafemina from Jefferies. Thank you for that presentation. A lot of good things happening at Vale.

Peter, I have some questions for you regarding the flight to quality in iron ore. You had a chart that showed the declining average iron content for Chinese imports since 2011. Do you expect that downward trend to continue?

I guess if we think about the last five or six years, the biggest sources of supply growth in the market were two lower grade Australian iron ore producers. If we think about the supply growth for the next five years, it's S11D and South Flank, which is BHP, which is higher grade than the mine it's replacing.

So, should we expect that average iron content to begin to rise and maybe that's going to negatively affect the premium?

And I guess the second part of that question would be, do you think the high prices for the higher grade products depends on demand continuing to be strong? In other words, if we have kind of flattish iron ore demands or slow growth in iron ore demand, there is significant high grade supply growth coming even just from S11D. So, do you think this premium can stay high if demand is not very strong? Thanks.

**Peter Poppinga**: Yes. Thanks for the question. I think to answer your last question first, I think, yes, the premiums can stay a little detached from the overall price level, although there should be a small correlation because it's a structural trend and it's becoming more pronounced.

On the iron ore price for next year, if you're talking about demand, I see the demand very robust in terms of steel. You see the Chinese exports dropping. Some people are almost saying China will become a net importer of steel. I see the rebar's worth more than the […]. I don't see any demand issue on the horizon in terms of steel. When you look to the supply, again, it comes back always to the fundamentals. You can have derivatives. You can have fluctuations. But at the end of the day if you compare this year to next year, you see, more or less, 60 million tons net coming into the market. We are 25 million of that, 40%, like you saw. It's around 60 million. But you will see some Chinese concentrates coming off the market, around 25 million. It will happen. It's already happening. And this means 60 million minus 25 million, roughly, this means 35 million is coming net into the market. Well, that's 1% of steel production growth of steel demand that's also going to happen.

So, in my opinion, it's a balanced situation looking to that. And by the way, the market is in contango. Since long time, market wasn't in contango, it was always backwardation. That means something as well for […] next year.

23

So, I don't see any reason why the prices next year should be much lower than this year, the average.  That's a very -- I believe in that and I have for the three or four times talking to you guys, saying that it is more than what we see.  There is lots of stuff hidden in the depletion story.

The cost curve, if you look to the cost curve of the iron ore industry, it's becoming steeper and steeper, because you have not only to check the cost of the company, you have to check the penalties they're paying around their, in some cases, lower quality products.

Cost curve's getting steeper. What does it mean?  How can the prices come down?  Of course, some quarters yes, but not in the whole year. And I think the premiums will stay high. Of course, not the peaks maybe we have seen some months ago, but distinctly over 15 if you add value in use. It may be distinctly over 10 if you take out the value in use.

**Thiago Lofiego:** Hi, Thiago Lofiego from Bradesco BBI. Peter, two questions for you.  The first one on the blending strategy. What are the risks you see on that strategy going forward, just comparing that to your strategy with the Valemax shifts a few years ago? I know it's different.  But there could be some similarities in the sense that maybe the Chinese government starts prioritizing local service centers or making it more difficult for you to invest in your own service centers at the Chinese ports. So, just trying to understand do you see any kind of risks related to that.

And the second question is regarding the profitability of the South and Southeastern systems. Given the high freight rates now and the very high level of discounts of contaminants, in my calculations, the margins in the South and Southeastern systems should be very low right now.  I understand they're part of your blending strategy. But just trying to understand where profitability is right now and if Vale would consider eventually investing in Australia on low grade ore production sites and eventually reducing production even further in the South and Southeastern. Thank you.

**Peter Poppinga:** Thiago, thanks for the question. Yes, you said it right in the beginning in terms of risk.  It's a very different case than the Valemax we had. Why is it very different?  Because we are providing a service -- it's not only blending, it's providing a service to the Chinese steel mills. There's lots of Chinese steel mills.  They don't want to buy big ships.  They want to buy small lots. And there's lots of Chinese steel mills, they don't have the means to buy in dollars. They are buying -- we are selling in Renminbi already, but just-in-time delivery, all that.

So, and we are partnering with some Chinese companies in the port. So, we have partners.  It's becoming -- there's lots of ties.  So, there's no reason why because we are providing a service, we are helping actually China to increase the iron ore content like you have seen here. The trend was falling. We stabilized that with our ore.  I don't see this as a threat.

And then as always, Malaysia, as you know, it's very easily expandable, should there be any restrictions, which I think will not happen. But you can always expand Malaysia.

Regarding Australia, the profitability of the Southern System is actually not so bad like you think. We are reducing our high silica ores. And when we reduce volumes like you saw in the next two

years, reducing […] so that Carajás can grow, and so we keep constant the 400 million means you also optimize your grades.

So, there is not one single mine -- when we had this downturn when we were to almost below 60, 50-something, we had not one single mine in the Southern System with negative margins. It was all positive.

Australia. Australia, I prefer Fabio to help me there because we haven't discussed this recently. I don't think it's on the plate right now. We have lots of things to do in Brazil. We have to consolidate our strategy Fabio has presented to you, very simple one. Reduce the debt. And it may be an option in the future, but I think for the moment, Fabio, we are focused on Brazil, right?

**Fabio Schvartsman:** Thank you. Let's put it in perspective. First about your question on blending. To blend, you need to have higher grade iron ore. And if I'm not wrong, is exactly the position that Vale is because of Carajás. We are not; actually, we are not doing anything new. The market was blending products all over. Vale was not doing that because we didn't have enough high grade products, what we do have today.

We are doing nothing that is unnatural. We are basically using the production that we have in order to blend to the specification that the customers in China are demanding. So, it seems something that is not only positive but is very well received in the market, it's the way I see it.

And second, about doing business elsewhere. Look, we have to be a little bit more cautious here. We are doing all of that and we want to have a very sound and stable operation. You saw the ramping up of blending, the ramping up of S11D. These are not small things. These are very important things that we have to get it right. So, it means that we are going to spend the time that is necessary to get there right before looking into other stuff. In my point of view, we are not interested in this moment in doing business elsewhere.

**Thiago Lofiego:** Thank you.

**Marcos Assumpcao:** Marcos Assumpcao from Itau BBA. Congratulations on the presentation.

First question, on your 2020 exercise for the value of the company and the potential EBITDA and free cash flow generation, I was estimating that nearly 75% will still come from iron ore. Of course you're going to have a much lower leverage by then. But do you think that that's a fair balance for the company in the future?

And a second question on the base metals. With the potential improvement in costs and also on free cash flows, would you reconsider potentially doing an IPO of the base metals when profitability levels get to reasonable levels?

**Fabio Schvartsman:** Starting with IPO of base metals. If you follow our presentations, we are doing everything that we can towards integration. Integration means that we want to operate this whole set of businesses as one single company. An IPO is always possible. It is clearly a distraction to that.

25

It is almost impossible to operate to operate in a totally integrated manner if you are looking to an IPO. And IPO is basically an issue of having access to capital. And I don't think this is the issue for Value. Vale has from now on plenty of capital available.

I thought your question would be the contrary. What is it we are going to do with the excess cash that we will be generating during all these years? So to me, then eventually you ask, and when why are you looking for a partner in VNC if you feel don't need the capital?

There the issue is not about money. Is about behavior. Is about the message that you deliver to the entire organization that you don't accept any site to be operated in an improper way. And proper in my language means to deliver returns, cash returns to the investors and to the company or not. So that's the reason why we are looking for a cash injection in VNC.  But it has nothing to do with cash necessity of the company.

What we are doing as much as we can is to create a lot of value. We wait for the market conclusion if they will give us the benefit of the value in the stock or not. But is not up to us, it is up to the market.  If eventually in the future that happens, then we have our own currency to do any further investment that the company decides.  In other words, this company will not need cash for making future investments.

Why is this possible now? Because now Vale is a corporation. We don't have a controlled entity any more.  The controllers, now they are below the control of us. So there are no restriction for using our equity if the value of the equity is right.  So we are going to wait patiently until the moment when the market recognizes the value. And then, and only then we are going to start thinking on other alternatives for Vale. We don't think that we'll gain that before delivering this for the entire shareholder basis of Vale.

You had one first question that was?  Sorry.

**Marcos Assumpcao:**  [Inaudible]

**Fabio Schvartsman:** You are mathematically right. But the question is the following. We've been holding all the investments in nickel.  We can easily increase a lot of our capacity in nickel if there is market demand for that.  So, if you put this in the math, you are going to see that the room for nickel is much larger if we have a much better situation price-wise than today.

So even as today's capacity, we cannot go much further than 25%/75%.  If you look long term, it can be a more balanced equation than that.

**Carlos de Alba:** Carlos de Alba with Morgan Stanley. Fabio, are you prepared, given the strong prospects for cash generation of your company to come up or propose to the board with a formal dividend policy that goes beyond the corporate law of 25% of net income, maybe attach it closer to EBITDA generation or cash flow generation?

**Fabio Schvartsman:** I know for a fact the board of Vale is now working towards a new dividend

policy. And certainly, this new dividend policy will be cash-related, meaning that will be related to the cash generation of the company itself, as I think that's the only way of having something that you can deliver during time.  So, if you are producing cash, you can pay as much dividend as you are producing cash.  That will be the logic behind it.  And I'm pretty sure in a very short time we'll have news on that.

**Leonardo Correa:** Thank you very much for the presentation, gentlemen. Leonardo Correa from BTG Pactual. I have a couple questions. First for Peter. Just regarding the market segmentation nowadays, […] or Peter, at the same time we're seeing a crisis and a bull market, right? A crisis for 58 for the low grades and a bull market for Carajás and higher grades.

I wanted to focus a little bit more on the supply side of the equation. I think you were very clear on the presentation in stating that there's probably only 35 million tons of additional supply coming next year.

I wanted to hear your thoughts on the non-traditional supply, India and Malaysia, Indonesia. All these other guys who are selling lower grade products which are basically being squeezed out by the Chinese. So, I just wanted to hear how much of those guys can survive in this new iron ore pricing environment and whether your forecast may consider additional supply cuts coming from these non-traditional suppliers, which could reach more than 100 million tons in China.

The second question for Fabio. We know that Vale has been, since you arrived, analyzing a series of commodities and studying the outlooks. We know that Vale has some projects in the pipeline. We know that Vale is committed to deleveraging quite aggressively in 2018.

I just wanted to hear you on how this analysis has been unfolding. What commodities is Vale looking into for growth? What is interesting? What's looking interesting?  So, I just wanted to -- maybe if you can share some of your initial insights on where the new growth avenues could be coming from, what commodities you like others that you don't. So, if you can elaborate a little bit on that, it would be great. Thank you very much.

**Peter Poppinga:** Leonardo, I'll make the answer short. I think the traditional swing suppliers like you called them, India and some other -- some people say exotic countries or players -- this is becoming less and less flexible because of the higher penalties they pay. I think they will come, of course, there be always some of them coming into the market again.

But it will not be so easy anymore. It's difficult for them. Once you stop a mine, take a Chinese mine or take an Indonesian mine or Iran. These guys, when they stop a mine, you cannot just come back from one day to the other.

And cost curve is getting steeper and steeper. You should look at some graphs where you have cost plus benefits, and you will see it's not easy to come back. So, in my opinion, for instance, India or those other guys, they will obviously be there, but not so much.  And the 35 I told you was just net, because 60 minus 25, China is 35. There is a very small portion of -- there is nothing, actually, in there. This is mostly us, 25, coming, and it's some Australian increase, some marginal Australian increase. So, I'm not forecasting -- I don't think they will come back so soon.  That's the

27

answer I believe in, and it's because of the cost curve which is getting steeper.  And I don't know if you guys have captured that. I don't know if you have seen the cost curves, the new ones which are out in the market.

**Fabio Schvartsman:** Leonardo, thanks for your question. But he made a very slippery question here which are the commodities that we would like even if you are not going to invest in them. So, this will be a rhetorical answer as well.  What we like, we like iron ore. But I'm afraid that our role in iron ore is to be the leader of the market, and, therefore, we have a responsibility toward supply and demand equilibrium. So, it does mean that we cannot invest heavily in iron ore because it will cause a disaster in the market.  So, we don't want that to happen.

I'm very positive about nickel, much more positive than I was some months ago. It's still early for you to appreciate the progress that the company is making in all of its operations.  It's very meaningful the difference of performance that we are delivering in every single one of our sites. And if this combines with a price increase that can or cannot happen, we can be in a totally different scenario regarding nickel and we are going to wait and see about that. We already said during our presentation that we are very fond of our copper operation and we are doing everything that we can in our areas to improve production, to increase production, and we have this new thing of Hu'u that can prove to be a very interesting, new investment for Vale in the future.

So, having said that, I say, look, there are plenty of other commodities in the world. But I think that Vale has this very clear lesson. And Leonardo, I'm pretty sure that you know me for other times, and I'm very into one thing at a time. Now is focus in delivering premium performance for Vale. This comes before anything else, even distractions or thinking on other good stuff that we can have, because let's be on the same page here, we didn't make a good job of nickel so far.  So, if we cannot prove that we can make it, how can we prove to ourselves that we can do differently in any other commodity?

This is the clear message that I'm delivering here and deliver inside the company and delivering everywhere. Why? Because I think that I need everyone in the company focusing just that. It's true that we have a huge pipeline of things that can be eventually done in the future, but we are not in a hurry here. If you spend some time making the same math as I do, this way of thinking can create much more value to the shareholder in comparison to anything else that we can think.

So, if we can improve nickel and we can bring nickel to standards that will guarantee much better results, I think that we will end up getting better multiples as well and we end up creating much more value than with any other adventure that would entertain.

**Alex Hacking:** Alex Hacking from Citi. Thank you very much. I have two questions. First one for Peter. Just a clarification on iron ore production. When you talk about producing 400 million tons a year, does that accommodate production losses through the pelletizing process?  So, would that be 400 million tons of kind of finished iron ore product and sales? Or would that be 400 million tons at the mine, that's a bit less by the time it gets to sales?

And then second question is for Jennifer. Jennifer, best of luck and thank you for answering all of our questions over the years. I'm sure some of them are not very smart, and I have one more to add

28

to that list.

When you talk about Victor producing 500,000 tons of copper, I assume that's over the life of the mine, so it would be like 50,000 tons over 10 years?  Or is really like 500,000 tons a year?

**Jennifer Maki:**  No.

**Alex Hacking:**  Okay.  So it's the former?

**Jennifer Maki:** Yes.

**Alex Hacking:** Okay. Thank you. Just wanted to check.

**Peter Poppinga:** Of the 400 million there's no double counting of pellets, […] pellets. So pellet is as a final product.

**Alex Hacking:** So it would be 400 million tons of finished products?

**Peter Poppinga**: Yes.

**Alex Hacking:** Okay. Thank you.

**Andreas Bokkenheuser:**  Thank you very much.  Thank you for the presentation.  Andreas, from UBS.  Just a clarification on the Capex side of things.  It looks like it's a Capex upgrade or increase from last year when you include the growth projects, but a downgrade if you exclude them.

Can you talk a little bit more about which growth projects you're referring to there?

And my second question is on Indonesia, you obviously mentioned you had an exciting copper find, but at the same time, obviously, the Indonesian government is requiring divestment and getting rid of the Contract of Work.

Within the Capex question, how comfortable do you feel about committing more Capex to Indonesia, especially if you have to divest control below 50% of any mining asset there?  Thank you very much.

**Fabio Schvartsman:** Well, in my presentation I did indicate some of growth projects that we are postponing, and especially in nickel, it has taken out of the question 1.6 million dollars in just two years. And this is continuing and we have more of this coming all over. And the revision of Capex that we are making of the projects are -- they are translating to lower investment to the same benefit. So, we have a long road to follow here in order to get to the right equation of capital investment, and that's what we are looking for.

**Jennifer Maki:** I could just clarify, in Indonesia, if you recall, we did our Contract of Work in 2014. And, so, our divest -- we renewed it and we're really, to date, the only multinational that's been able to do that in Indonesia. So, our divestment obligation is 40%, not 51%. And we've

29

already divested 20%. So there's another 20% to go by 2019, which 15% is our share and 5% is Sumitomo.

**Fabio Schvartsman:** Regarding investing or not in Indonesia, the main question is the quality of the investment that we will have. It will depend on which will be the conclusion of our exploration effort in order to define which is the real size of the operation that we can have there, and it will depend as well in the quality or the Contract of Work specifically for this project that will be done.

But as Jennifer just mentioned, Vale, I think, is the only company that has a track record of correctly negotiated with Indonesia regarding today's operation. So, we feel very comfortable in operating there and we would like to have the chance of continuing to operate there in a positive way as we've been doing for many years right now.

**Karel Luketic:** Hi, good afternoon. Karel Luketic from Bank of America. I have two questions. The first one to Peter, if I can, on the pellet side. Pellet, it's been a great year for pellets already, 2017. But if I'm not mistaken, you have semiannual and annual contracts mostly in your sales. So, where do you see premiums going for Vale in terms of realized premiums? And especially because we should be in a negotiating period for pellets into 2018, and what rates you have. It would be great to have a view on that.

And my second question to Fabio, bit of a broad question. But I believe you just mentioned that the biggest opportunity you see within Vale's portfolio is on nickel. But after six months and ongoing with strategy or reshape of the strategy, what do you think is the biggest challenge ahead on your tenure in addition to the opportunity within nickel?

**Peter Poppinga:** So, on the pellets, actually, our negotiations are over. Almost everybody has settled with us. If you take the DR segment, the premium is now a little more than 60. If you take the blast furnace segment, the premium is a little lower than 60. The spread between both has narrowed. And, so, that makes an average of 60 in terms of premium. And so that gives you distinctly more than 10 dollars more than last year, this year. So, for 2018, it's more than 10 dollars more in premium.

**Karel Luketic:** Thank you.

**Fabio Schvartsman:** Thank you for the question about my challenge. Look, I consider myself someone that work together with people. I don't do anything alone. And, actually, I can have ideas. But I'm pretty sure that the ideas only work if you have a good team together with you. And my biggest challenge, obviously, is to have Vale operating as a real team with everybody onboard looking for the same goals everywhere. And this is not a small challenge, but I'm spending all my energy in this direction. And I'm pretty positive that for what I could see so far, Vale is more than prepared to make this movement.

So, it seems to me that we will evolve as it happened exactly in the last company that I worked. It took a while. But after some time you have everybody working together and the results start to appear and the market will be the judge of that.

30

I've been repeating everywhere that we don't want anything on the short […]. I don't want the market to pay and invest for anything. I want the market to wait and see if we are going to deliver what we are trying to do here.  That's the only way that I know that would make sense because it will be permanent and will be consistent. And then eventually we'll have the opportunity of doing further stuff with Vale.

**Karel Luketic:**  Thank you.

**Chris Terry:**  Chris Terry from Deutsche Bank.  First question I have is just around relating the increasing the blending capacity next year to your total sales. Do you expect -- I think your blending's going from 75 million to 100 million tons.  Is that just taking the current blending capacity on a full year basis out? Or is it adding additional blending into next year?  And do you expect sales will be close to production for next year? That's the first question.

The second question just on VNC, specifically on the timing of the additional tailings needed.  I thought it was later next year you had until making a decision. But is it earlier than that?  Is it more like midyear next year? Or is it still later next year that you need to make a decision on a partner and what you do on the tailings?  Thanks.

**Peter Poppinga:**  Yes. The blending, the guidance is a little more than 100 million, and it's probably going to be stabilizing from there. So, sales will still be a little less than production.  But they are traditionally less because you lose some moisture in the pelletizing process.  You also add some other stuff in the pelletizing. So, but net sales are always 98%, 97.5% from production because of pelletizing.  And since we are now going to stabilize the blending, it's probably -- during 2018, there will be still a difference between sales and production but it's going to stabilize along the year.

**Fabio Schvartsman:** Regarding VNC, the timing that we have it goes to mid-next year. We have to have a final conclusion what to do by mid-next year. And our position remains exactly the same. We are looking for having an investor to help funding the dry stacking that we have to do there in order to continue to operate.

And the good news is we have better positioning of the nickel market in general. We have now a good interest in the operations. And we have a saying in Portuguese that is fully translated to English as the […] of the pudding that means actually that's the way that we are going to see if the market really believes that nickel is something that is important for the future of EV.  And this proof, we will have to translate into someone that is eager to invest with us in order to have more availability of nickel in the future.

**Renato Maruichi:** Renato Maruichi from Santander. I'd just like to have your idea or an update on Samarco. When should we expect the resumption of its operations? And to what production capacity in terms of annual production? And what level of profitability? And also, how is the relationship with BHP?  Thank you.

**Fabio Schvartsman:** Well, thank you for your question. But I will take advantage of your question to make a statement that we'll reinforce the comment that Luiz Osorio had made during his

31

presentation that is about Renova. I don't know how much you are aware of the work that Renova is doing.  I confess to you that I'm very impressed for what Renova is achieving.  I'm very impressed by the commitment of both companies, Vale and BHP, to support Renova with billions of dollars in order to make the compensation and rebuild everything that was lost there, including taking care of the environment that was very penalized by the accident.

This may be not a big thing here outside Brazil. But you have to remember that the legal system in Brazil is a very slow-moving system. And instead of taking advantage of the situation that could postpone forever the contribution of the company to solve the problems, what I received up and running is the decision of both companies to accelerate the process towards an agreement that allow Renova to put money to work for this purpose much sooner than any estimate that could have been made.

So, we had a big disaster in Samarco, it's true, but I'm pretty sure during time it will be remembered that the solution was as strong as the problem that was created.  This is what I want to start with about Samarco.

Other than that, our conversations with BHP and our relation with BHP continues in a very good basis because the work has been done together.  We both recognize that it is a very complex issue to manage a company in a 50/50 basis with two competitors trying to split the command of the company. This is not easy thing. We are doing everything, again, we are doing everything that we can.

The date that the operation will restart. Vale is doing everything and BHP and Samarco, everything that we can in order to restart it as soon as possible because we are very concerned with the social impact of the lack of income in the region, the lack of jobs in the region, the lack of, the suppliers in the region are suffering very much.  So, it is really important that we put it to work as soon as possible. And I understand that BHP has the same goal as we have.

Regarding negotiations between us and BHP and regarding when the license will be given. Unfortunately, these are things that doesn't depend upon Vale.  So, I cannot just say, well, it will be in one month, three months, six months.  Actually I don't know, because I rather make it right than make it fast.  So that that's the way that we are dealing with the situation.

**Humberto Meireles:** Thank you for the presentation. Humberto Meireles from Goldman Sachs.

**Fabio Schvartsman:** Before you make your question, please, let's make it the last question because we've far advanced the time. Then after that, we'll finalize.

**Humberto Meireles:** Only one then. So, could you elaborate on your trade-off between deleverage and profitability as you presented reducing and cutting net debt as a key focus and key strategy of the company?  But at the same time, I noticed that you also cut by 10 million tons the next year production targets which could be potentialized by also the increase in blending, so meaning less sales. That's 10 million less on today's EBITDA per ton, would mean 400 million that you could reduce your leverage.  And as Peter mentioned, demand continues strong.  So how should we think about this trade-off of yours of deleverage and trying to maximize production to accelerate that?

32

**Fabio Schvartsman:** Our internal thinking on that is that the market will be more balanced if we hold our capacity levels that we announce. This is a very conscious decision because it represents the fact that we think that we are going to lose more if we try to push for more production. This is the way that Vale behaves, and we'll continue to behave under my leadership.

So, this was my first Vale Day and I totally appreciate and especially having you here with us. It was, as I said in the beginning, a great honor. And I thank you very much for the presence and I hope to see you all again earlier than next Vale Day. Thank you.

Case 1:19-cv-00526-EK-VMS    Document 66-25    Filed 02/21/20    Page 35 of 36 PageID #: 1660

# Vale Day

## New York 2017

The premium mining player



""This presentation may include statements that presenting Vale's expectations about future events or results.  All statements, when based upon expectations about the future, and not on historical facts, involve various risks and uncertainties. Vale cannot guarantee that such statements will prove correct. These risks and uncertainties include factors related to the following: (a) the countries where in which we operate, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (e) global competition in the markets in which Vale operates. To obtain further information on factors that may lead to results different from those forecast by Vale, please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC), the Brazilian Comissão de Valores Mobiliários (CVM), the French Autorité des Marchés Financiers (AMF) and, in particular, the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F."

"Cautionary Note to U.S. Investors - The SEC permits mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. We present certain information in this presentation, including 'measured resources,' 'indicated resources,' 'inferred resources,' and 'geologic resources', which would not be permitted in an SEC filing. These materials are not measurements of proven or probable reserves, as defined by the SEC, and we cannot assure you that these materials measurements include only materials that will be converted into proven or probable reserves, as defined by the SEC. U.S. Investors should consider closely the disclosure in our Annual Report on Form 20-KF, which may be obtained from us, from our website or at http://http://us.sec.gov/edgar.shtml."