# Exhibit 26

| | |
|---|---|
| Company Name: Vale | Market Cap: 254,447.46 |
| Company Ticker: VALE3 BZ | Current PX: 48.15 |
| Date: 2017-12-08 | YTD Change($): +7.89 |
| Event Description: Investor Day | YTD Change(%): +19.598 |

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

# Investor Day

## Company Participants

- Fábio Schvartsman
- Luiz Eduardo Fróes do Amaral Osorio
- Alexandre Pereira
- Gerd Peter Poppinga
- Jennifer Anne Maki
- Luciano Siani Pires

## Other Participants

- Grant Sporre
- Tyler Broda
- Christian Georges
- Thiago Lofiego
- Amos Fletcher
- Douglas James Upton
- Myles Allsop

# MANAGEMENT DISCUSSION SECTION

## Fábio Schvartsman

Hello. Good morning. Thanks all for coming. We prepare a short presentation for you regarding Vale Day. I will have the honor to do my first presentation in Vale Day, it's like a very important moment for me and then it's two times that I thank you for coming.

Well, our proposal is a simple and bold one. We think that Vale will be the mining company that will create more wealth for investors or shareholders of any mining company, any big mining company in the world. And the way we are going to do that will be to try to manage together the four pillars of our strategy. First, we are trying to improve our performance. Second, we are looking and we are going to deliver to you a very clear strategy. Governance is another very important factor. And last but not least, sustainability is something that we are going to renew it – to put a renewed focus on.

Starting with performance, performance is a combination of measures. The most important of it in any mining company is how we allocate capital. The reason for that is that during the super cycle, a lot of value was destroyed in the sector in general, actually hundreds of billions of dollars were invested by all the mining companies without further gains, without further benefits for the companies themselves.

So, how do we treat now and especially now I would say that, market is stronger and we are – we and all the other companies are generating much more cash. Now it's even more important to prove that we are capable of improving a lot the way we allocate capital. Second, cost efficiency. Look, it's clear for us that Vale has a lot of opportunities for improving its cost system, starting with the fact that we can gain a lot from further integration of the areas of Vale, including automation and make a good use of meritocracy. Meritocracy has a system to compensate people to move towards integration.

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

Finally, everybody knows that we retained Professor [ph] Falconi (00:03:36) since I joined Vale in order to change the way we manage costs. The system is up and running. We've made our first test in the pellets division. It is working fine. It's poised to deliver approximately $1.5 per ton and will give us even more on the [ph] sequence (00:04:05).

Last but not least, price realization. We, Vale is the only company that can benefit of having in iron ore all sorts of products from the low grade to the very high grade to the pellets. And therefore, I think it is our commitment to get more value from this combination of products and value here translates in relationship to the standard price of the ore of 62%. And again, we have to take advantage of our position in the nickel business as well, because of the potential opportunities in the EV industry.

I'll try to give you some examples of the facts that we are already producing with – in each one of these categories. First capital allocation, you can see that in nickel, we are taking out of the system in this year and next year in total $1.6 billion of investments. This is a very important reduction. It is our immediate benefit from changing the approach to only approving and accepting project that would return on investment with today's nickel prices instead of future prices that could or could not materialize in the future.

If the prices become better in the future, better will be the result of each investment that we approve. As a consequence, we have changed in the reviewing, especially the VNC dry stacking investment that we have to do. The Voisey's Bay underground mine, we are changing the approach to it as well. The extension of Thompson mine was postponed. And finally, the Indonesia growth plan is under revision as well.

Regarding costs, our total expectation is to [ph] strike (00:06:41) from $1.2 billion to $2 billion of cost reduction by 2020. You can make the math, you can use the multiple of your choice. If we think that this will be a sustainable increase in EBITDA in the company in the future, it will have a proportional increase in value of the company. That's the purpose. It will represent between $3 and $5 of improvement in EBITDA, on top of the $1 that we already had this year.

Now, about the strategy. Since I joined the company, I made a comment and I would like to re-emphasize it that it's good to Vale to be or to become a diversified company. I don't think it's healthy for a company like Vale to depend solely in iron ore, as many people think would be the solution for Vale. I really think that is very important to have another alternatives and the thing is – and that's the point that is very important to emphasize, we don't think that is necessary to look outside Vale for that. We have the answer inside Vale. Vale has a very important base metals area. We are the largest nickel producer in the world. The only point is that we are not returning on investment that we did in nickel.

So our commitment here is to change that and to be more specific, to change that without changes in prices. We want to start to show important development in results in our nickel division, in no matter what price scenario. For that, we are trying to make and we are going to do it already in 2018 that every single site of ours become profitable, become cash generator.

In copper that will help as well in this story of the diversification, we are basically looking for increase in production. Everybody knows about Salobo III, we'll become a reality very soon. All the figures are very positive there. Second, now we are bringing to the table another two copper opportunities for Vale. One is in Sudbury, Canada, in our ore body called Victor where we had a big amount of copper available and very shortly we will have deals on that. And finally, there is the discovery in Hu'u in Indonesia. It is by any means a very important discovery. It's hard to state how important it is right now, because we are still finalizing the work to make it public. But again very shortly, we will be able to come back to you and explain about the size of this discovery in Hu'u, Indonesia. In [ph] iron ore (00:10:21), our objective again is a very simple and clear one. We are here for margins, we are not here for volumes.

All of our effort and this is a commitment we will be made towards enhancing margins, and not maximizing volumes. And I think that Vale is in a good position to do that, given the premium quality of all of our products and given the flexibility of the system that we have today. To finalize or just on commenting [indiscernible] (00:11:01), again the objective is very simple, we want to take full advantage of the scale of the mine that we have there.

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

We are still humping up, but we are going to push forward. You're going to see that in the figures that Peter will show in the sequence that we're already going to show very important cash generation in [indiscernible] (00:11:28) next year. And we want to leverage as well the infrastructure that we have there because this is first category, it is in the heart of Africa. It is something that can be, if well used, you can really leverage the amount of money that a company can make there.

Again the issue of leverage. All of you know that at this time that we have a very strong dependence upon iron ore. And this is a commodity that has proven extremely volatile during the last few years.

Consequently, all of us we understand that we shouldn't carry debt in this company, we certainly don't have to use debt for making investments. This is not sound and again this is our commitment, our purpose is to not repeat the same mistakes of the past. Consequently, we're going to bring down leverage and this is official figure approved by the board of the company to $10 billion from today's $21 billion that we are. This is an important reduction and $10 billion I think is a level that is acceptable, because we can cope with this level that in no matter what price scenario in the future.

Some examples that are important to show you how we behave. First is a small piece of good news, we're going to reach full capacity in S11D through the conclusion of the duplications of the railroad by the end of March of next year. That means that from March 2018 on, Vale will be operated at full capacity in S11D. But don't get me wrong. It doesn't mean that we are going to put more volume in the market. The commitment to control volume is there. We are going to balance the volume. We are going to take advantage of having lower cost in all of our system, but we are going to continue to operate with holding volumes in order to take care of the offering balance – offer and demand balance in the market. What I think is clearly Vale's obligation being Vale, the largest iron ore producer in the world.

In nickel, as a consequence of postponing investment and changing reviewing some of the investments, we'll have a meaningful capacity reduction and production reduction in 2018 and in 2019. We are going to take out of the system 50,000 tons per year on average. This is a very important figure in the nickel market, it will have a positive impact in offer and demand. And what is even more interesting, that we are doing that reducing costs and not increasing costs as you should expect when you cut volumes in businesses is normally so dependent on scale.

And you can see that the all of our important operations are going to show cost reduction from this year to next year. And I would like to point out, that we are aiming to get to a very impressive $1,600 per ton in Sudbury in the year after that.

Well next, December 22, it is a very important date for Vale, a date that we have actually to thank you all for the fact that we were able to have a big support to our movement of converting preferred shares into [ph] ON (00:16:25) shares. It was done in no time. It was clearly a surprise to everybody including myself that it was possible to finalize all of this, this year. And therefore, we have a kind of a Christmas gift for the company and for the market that will be Vale joining Novo Mercado in 22 of December. I think this has reference of how important governance is now for Vale. And we are changing this step by step in the direction of building a stronger governance that's much more reliable than the one that we had. And finally, we have already indicated and elected in the first time in the history of Vale two independent board members and this is just the start.

Regarding sustainability, our idea here is a systematic one. We think that we have to treat this in a different manner that we've been treating in the past. We did a much more systematic planning and execution of all measures regarding sustainability, regarding both environment and social and we are starting to do that.

And especially, one special conclusion that we had and that we have to go beyond our fences. I think, that nobody does and especially people that visited Vale in the last year, how well we treat environment inside our fences. And therefore this is not the issue, the issue is that we have to take care of what happens beyond that and this is our goal for the future.

As a conclusion, putting together and putting to work together all these four pillars, the objective of the company is very clear. We want to become a much more predictable company that we had been in the past.

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

And maybe you are going to ask how can you be predictable if you are in the commodity industry where prices are volatile, my idea of predictability is that, given the term price level, I want everybody to be capable of immediately knowing how much Vale will be prepared to produce of cash, of results, at any given moment. This is predictability and it is only possible if we have everything else in the company under strict control. And that's our purpose, and that's the way we're going to build this predictability.

Now I'm going to start passing the floor for my colleagues. And I would like to empathize that we are building a team of executives that is really a team. In my entire career, I've never done anything alone. I am pro-team-effort and that is the reason why I want to save most of the space of this presentation for them, to tell you what is that we are going to do in much further detail.

Let's start with Luiz Osorio that will bring you the news about sustainability.

## Luiz Eduardo Fróes do Amaral Osorio

Good afternoon, everyone. Thank you Fábio, for giving give me the floor. As you heard from Mr. Schvartsman, sustainability is one of the pillars to the company's growth and prosperity. I would like to announce that it is our commitment to become a leader in sustainability and we are going to pursue that every day, and we are starting to pave this way as you heard before. But, as you can see in this Reputation Index, this index is not compatible to a benchmark company; so you may expect to see in the upcoming years, progress in our reputation. Also, I'd like to share progress in some of the key areas that we delivered this year.

Starting with our top priority, which is safety, I'd like to say that in 10 years' time, we reduced the total injury time from 11.2 to 2.1. Also, as you may know, in 2016 Renova Foundation was created. Here I would like to pause to make a few comments on Renova. Renova is, by far, the largest foundation in Brazil; 10 times bigger than the one in the second place. Renova was created to give immediate response to the social needs and to execute the environmental recovery plan after the accident in Mariana. It's a long way to go. It's about a 10-year program to be implemented, but I would like to say that Vale is fully committed to fulfill such responsibility, and we will do so.

Also, I'd like to say that we've reduced, by 7%, the greenhouse gas emissions last few years as promised as well.

Talk a little bit more about Renova, I'd like to say that more than 8,000 families this year received financial assistance. Also, about 100 tributaries were rehabilitated. And since the first half of 2016, the level of metals along the Doce River dropped to the standards seen prior to the dam failure. So, it's some of the progress made; and in 2018, Renova will continue to have traction and will focus mainly on two things: To expand the financial compensation to all the families in the area, and also to start building the 400 houses in the villages in areas selected in a very transparent way, through a stakeholder engagement process.

Finally, as you heard from Mr. Schvartsman, we are reviewing all the processes, the organizational models, and we are willing to align the actions and the programs that we have under the Vale Foundation in the social and environmental areas, community relations and so on. So we want to do more and have more impact, positive impacts, beyond our fences, beyond our operations. And we are having now – we're going through a deep-dive analysis with a first-class consultancy firm, and we are reviewing our targets, we are reviewing our indicators and the organizational models; and this will be completed in the first quarter of next year and will be announced, our new commitments and new goals.

So that's a new approach that we're taking now, and we will see a lot of progress in the sustainability arena because it's essential pillar to our growth.

Thank you very much. Now, I will pass the floor to my colleague, Alexandre Pereira. Thank you very much.

## Alexandre Pereira

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

Hello, everyone. They call me Alex. I'm going to do a brief presentation about Global Business Support area; it's a brand new organization to Vale, but we're born with ambition and some clear objectives, objectives that I'm going to present to you guys.

As you can see, we are pretty much a service organization. We are responsible for our procurement, operational excellence, energy, capital projects and digital technology, but more than deliver those services efficiently, if I can explain in a nutshell what we really want to do is to integrate the entire organization.

Once you connect everyone in the company, all line of business, we have the presence everywhere, and we can see what's going well in the company, we can see what's not going well, we have been able to [ph] wire all our strengths (00:26:38) and really see that – what can be rolled out as [ph] best practice (00:26:44), breaking silos and really create a sense of just one organization.

Just to explain how we can do this, if you try to see those functions in a kind of different way, so just to give you some examples; if you see procurement, more than deliver the global inbound supply chain efficiently in warehouses. We can really deliver a kind of austerity mind-set in the company. We can work to develop the local vendors. We can really integrate the organization in a different way to see the value of our procurement area, not looking for just savings, but really productivity.

When you get energy, it's – we need to secure [ph] quality (00:27:24) of energy and pursue to become a self-sufficient in energy, but more than that you can impact the consumption of our plants; how can we develop a different source of energy and achieve with that more productivity and more performance.

Capital projects, it's for surely to deliver on time, on budget with quality, but we can do also peer reviews. We can do a much better integration and reconciliation of data in a phase of a project like FEL-1 to FEL-2 to FEL-3, and really add much more value. And our success is not going to be just deliver the project, but really achieve the business outcome that the project was created for. So it's a different view to see performance, and we really believe that if we can do this in an integrated way, efficiently, we can create this culture of performance in the organization.

So I'll talk about integration, culture of performance and one – third pillar very important, it's about the digital revolution. Everybody see this in our mining industry, but also in other industries as well. We see a lot of value in that, and we have been doing specific projects and proof-of-concepts to show exactly the value of that for the organization, and we're doing this not just because we believe or because it's [ph] fancy to do that (00:28:44), but we are working real business problems. We want to show that it's possible to deliver different levels of productivity, [ph] acting business problems (00:28:55), but mapping exactly the outcomes we get from – we want from those projects.

So, Fábio mentioned about capital allocation, we want to be very disciplined in that in all fronts in the company. It's not different here, especially something new, everybody is learning how to do that. I can give you some specific examples, but to guarantee this capital allocation, we define four main focus areas. As you can see, asset performance, maintenance, workforce effectiveness, and supply chain. Peter Poppinga is going to talk a little bit about some of those examples, specifically, the supply chain that we have achieved a lot of good results already, especially in 2017, and in the next years as well, but I can give you some flavors.

For example, when I talk about asset utilization or asset performance, we want to reduce the amount of assets we have and also to improve utilization of them; and if you see our value chain, the mine, the railroad and the ports, the main ports are in the mines, and involve deep-diving mines, the main ports are in the trucks, so we're trying to do as much as possible to extend the life of our components; engines, the suspension, tires, and going specific in one of the cases that we developed this year, about tires, one tire for a big truck – and this truck we're talking about, it's about 8 meters tall, it's huge, it's six times the weight of a Boeing 737.

So, it's very expensive, costs close to $75,000, one tire. And when you start analyzing and you use all those concepts in terms of analytics, big data, try to understand the [indiscernible] (00:30:39) to end life of a project, connecting, doing all this correlation of information, we were able to identify different patterns and introduce new [ph] products (00:30:48) in our operation.

Company Name: Vale                          Market Cap: 254,447.46        Bloomberg Estimates - EPS
Company Ticker: VALE3 BZ                     Current PX: 48.15            Current Quarter: 1.105
Date: 2017-12-08                            YTD Change($): +7.89         Current Year: 5.289
Event Description: Investor Day             YTD Change(%): +19.598       Bloomberg Estimates - Sales
                                                                        Current Quarter: 31378.000
                                                                        Current Year: 124910.040

And in this specific case for a small copper operation, we were able to achieve $5 million reduction, just extending 30% the lifetime of the tires. So, if you expand this example to our entire operations globally, we're talking about 500 trucks that we have. So, the potential is amazing. The same thing for maintenance; we already mentioned here about to become a predictable company, maintenance is all about predictability as well; it's a huge potential to move in this direction. It's a big shift in mind-set.

And we have one specific example that we are doing in our railroad operation, that we have a lot of sensors and just to give you one idea, for a trip that we go from the porch to the mine, go and come back, we talk about 8 million events that we get out of the sensors; so the trailers, the wheels, the wagons, the locomotives, so that's a lot of information possible to be managed by a human being. We have a lot of systems that are put in place; and effectively using this big data methodologies and the analytics to put this in a consistent way. We were able to achieve, in one pilot, $3 million reduction, just to anticipate the need of maintenance.

So when the wagons come to the shop maintenance, we know exactly what should be done for each wagon; and in one train, typically you have 330 wagons – that's like our land for about 3 kilometers. So it's amazing, the agility that you can bring to the table and stopping to do over maintenance. So we know exactly when it should be done, and we're going to do maintenance exactly what you need and when you need it. So it's a big shift in how to do operations and here is what we're aiming to do, is really to have – to take us to a different level of productivity.

So some examples, we talk about autonomous equipment in general, we talk about advanced analytics, big data, robotics and all those elements that, we believe, can add value to us.

Just to finalize with one specific program that now we are unfolding in a more structured way; we started in our north corridor in Brazil, analyzing all the aspects of engineering, automation, IT, so what we can do for our operations specific business problems, and we're able to map 110 projects; but if you take the [indiscernible] (00:33:18) of them, we're talking about 7% of the benefits and will be able to achieve NPV of $350 million and a reduction of – it's $0.005 per ton. So, a huge potential and now we are expanding this to the rest of the operations in Brazil, to the Canadian operations for base metals, to the coal operation in Mozambique and we're going to do this for the entire organization.

Just to wrap up my presentation, I'd like to give a little bit of the flavor of our Vale of the future. We are really trying to become a pure mining player and we see that this is a huge possibility to increase the competitiveness in the industry. But first, it's important to recognize that since the mining industry in general has been laggard and very low profile in terms of reinvention. But when we think about the Industry 4.0, the fourth industrial revolution, it's crazy because it's – in the mining, we have a lot of potential; it's a lots of assets, complexities, so it should be a showcase for this revolution.

And when you see Vale, the amount of assets that you have, world-class assets, premium products, ability to manage a lot of the different demands to almost become a single point of solution for our clients; and moving now to a much more solid financial performance as we're going to see along with the presentation today and with this new corporate governance, we really believe that can build the Vale of the future, and move us to different levels of productivity.

So in summary, we don't want to be only the best iron ore company, or the best base metals company, or the best coal company; really want to be the premium mining company – mining player, and the best-in-class diversified integrated company with all [ph] optionals (00:35:35) that this model can give to us. Okay. Thank you very much.

I'm going to hand over to Peter Poppinga, Head of Ferrous and Coal Operations. Thank you.

## Gerd Peter Poppinga

Good afternoon, ladies and gentlemen. It's a pleasure to be here with you again. Let's start with the iron ore. I think it's best to have a look into the past, the recent past this slide talks about, the first wave of competitiveness we have done. It is showing you that you have $3.3 billion, from 2014 to 2016, taken out of the business, getting it more competitive. The rest were external factors, price decrease, exchange rate and bunker oil. So, EBITDA was almost the same in spite of the big price drop and so we got $3.3 billion more competitive. But now in 2017, we are starting our second wave of

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

competitiveness improvement.

We are basing this more on integration, like Alex and the others already talked about, integration of the supply chain and our competitive advantages, which I'm going to talk in a minute, and on the trend of flight to quality, which is happening globally, and which is a structural one. So we have divided it into several pillars here. One of them are performance related, others are strategy related, and the last ones, the operational yield, supply chain optimization, you can only do because of one of the competitive advantage we have, which is the carriages, and we are going to see that in a minute.

The other one, which is the pellet, where we get higher premiums, you can only do because we have this competitive advantage being able to produce this low – this high-quality, low-impurity pellets.

Here, let's start with the S11D. So you see the – there's a picture of one of our truckless systems, system number three; everything is going well. I think we have a video to – no? Did we cut the video? No video?

[Video Presentation] (00:38:06-00:41:00)

So, that was actually a video on the operations center and the integrated one. We are building in Vale [indiscernible] (00:41:08). Coming back to Carajás then to S11D, the ramp up is going well; you can see that the productivity that actually the capacity is now reaching close to 80% of the truckless, which is a very good news. Now, we are working more on the operating hours to bring them up.

On the right side, you see that we are going to produce around 22 million tons this year. Here you can see probably for the first time, the – our ramp up profile. We are planning to go with in the next years. So, it's more than double, the next year it's more than 50 million tons based on – mainly based on the fact that now we have the duplication of the railway ready in 2018 and on the fact that the trucker systems are now, all the four are operational.

On the right side, you see that we are reaffirming that the C1 cost of S11D will be below $8. Alex already talked about the other pillar, the automation and innovation. I'm not going to repeat it, it's forecasted to have to add as a $0.50 more and this is not on the S11D. This is the whole organization based on autonomous trucks and drills, automatic stackers and reclaimers and all that, we can talk in detail later if you want. But I think, personally I think that $0.50 is conservative and we'll get much more out of it but maybe in a slightly different timeframe.

The other pillar is the structured cost management, Fábio was talking about. Yes, we reduced our cost as you saw a lot, but I think we can do it in a more structured way going forward. And the methodology was chosen was mapping the process, gap and goal definition, action plan implementation, which we are now doing in the pilot test in the pelletizing business and the whole pelletizing business is giving very good results, very structured results between one $1 and $1.5 a ton. And we are going to extend all this, roll it out in 2018 to the whole organization, to the whole Ferrous organization and at least getting it to reduce $1 more.

Now coming to the strategic pillars. We – this is the operational yield, we – in the past we have called that global recovery, the – this is generally speaking the product, all the products we, all the products we mine divided by the run of mine and the waste, all right.

This ratio, you can see Vale, Vale is the green one, has increased from 41 to 54, and it's basically based on – it's based on the two things transforming waste into ore, which we are able to do so and it's a bit a – mining now the [ph] compact it operates (00:44:18). We have invested, [ph] Itaú British (00:44:21) project in [indiscernible] (00:44:23) as you remember, and also in the Northern System, where we're actually transforming the upper layer of the ore, which had high contaminants, which we can now absorb because of the average better quality we have.

So, transforming waste into ore is a very good way to increase this yield. The other one is the dry processing where you may be remember that we announced a target of becoming today, it is around 40% dry processing, we're going to be at 70% dry processing in some years, which is of course again a cost reduction immediately.

Now if you compare Vale to the peers, this is an average of the majors, you see that actually our global recovery is increasing faster than that [ph] several of (00:45:12) the peers. And now if you compare the peers amongst themselves,

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

and this is based on the data they published in their annual reports and forecasts. You see that in the last now – now it is going forward, it's forecasted to come down, to come down because probably they're going to mine higher Fe grades, because probably they are going to more wet processing that means, but that means either more CapEx and/or more OpEx, right. That's the trend going forward and we are very well-positioned in this front.

The next one I'd show you again the production plan. We have maximized – we are maximizing margins. We have adapted this production plan. We are sticking to our mantra to value over volume like we are already this – the third year that we are saying the same message. Now with very defined – nowadays with the today's data we think that 400 million tons is the base case for us, gives us the best margins although we have a capacity of 450 million tons. I take the advantage I take the opportunity to just remind you again that we are not adding 90 million tons to the market like we see it written in some places, from now on we are adding 35 million tons to the market. If you check the numbers, it's 60 million of Carajás still coming minus 25 million tons in the Southeast and – Southern System. So that gives us 35 million tons coming totally from now onwards and not 90 million tons anymore, okay.

On the right side you see the global blended volumes, Malaysia and China are increasing. This is about what the market wants. The market wants a higher grade. This Brazilian [ph] brand (00:47:13) is very well accepted by the market, by the whole Asian market, it is high grade, has low contaminants, but it's also about providing a service to the customer, because customer is valuing much more smaller lots, sometimes selling in local currency just in time deliveries and so on.

So, we are very happy with the – to provide – to be able to provide this service, this pre-blend service to the – to our customers. And the results of the product portfolio, adjusted product portfolio is this one that you see more or less constant Carajás percentage and this [ph] also – used as (00:47:56) well, but you'll see that we are reducing drastically our output from the – as a separate product from the South System where you have higher contaminants and increasing the blended volumes.

We already talked before the film – you saw the film, we anticipated this film on the center of the operations center, Integrated Operation Center, which is taking into account the fact that we – yes we have a complex value chain maybe the most complex value chain of the industry, but we can optimize it, we can optimize it to have better efficiency, higher price realization and this integrated approach with this center with lots of automation technology behind integrated management will help us a lot to get there.

On the price realization which is really a product of this operation center, but also a product of the flight to quality trend. Just an example, how you can read that, this is Fe plus premiums. This is not pallets. It's divided by the whole Vale production, right. So $1.7 a ton in 2016, $3.5 we're going to have as a price realization above the 62, right, this is always above the 62 in 2017, and up to $4.5 in 2018. Then you have to add the pellets which can range between $1.5 to $2 on top of that, right. I personally think these numbers are conservative for next year. I would easily go to $5 here, if depending what you think on the evolution of the Carajás premium, and then you can add up to $2 for pellets, so easily $6.5 or higher in price realization in total in Vale for 2018.

By the way, the pellets, we have the – our new prices for 2018 are around 60 premiums are around 60, little less for the blast furnace and a little more for the direct reduction. And $6 to $6.5 is a good number here.

Okay. It's not only our action it's also the global trend, a global trend for the flight for quality. I don't want to go into the reasons why this is happening, I think everybody knows that, it's about building bigger blast furnaces, it's about the higher capacity utilizations, it's about the environment factors and so on. But what's interesting here is that the supply side, we see that things are not evolving like they should in order to cope with this trend.

If you look at the left side, all the iron ore imported into China, you'll see that the Fe content is going down more and more, stabilizing recently around 60. But if you take out our Carajás or and if you take out our Brazilian plant or actually this theoretical curve would be lower and the trend would be continuing. So, this is not exactly what is needed to cope with the flight to quality trend. On the right side, that's the [ph] seaborne (00:51:47) on left, on the right side would be the domestic mining industry in China, where you can see less and less investments happening, that means also production going down and probably depletion and quality issues.



Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

So, some suppliers completely wrong footed here, is completely wrong footed against the trend and we – it will also only reinforce the strength. And why is it structural, you see what's happening here on the contaminants, the contaminants are going up, not only the silica the penalties are going up. So, there is an alumina trend, crystallizing. There's a phosphorus trend, crystallizing. People are not willing to pay less and less for those contaminants. And on the right side is the trend, while you can measure a trend in several ways.

This is one of the ways you take the spread of 65 minus 58 and you see this trend. There is always some cyclical movements here for the [ph] – for instance (00:52:55) the last one in 2017, October 2017 was the coke price becoming very, very cheap in China suddenly because of the closures of the some of the operations, suddenly lots of coke available and then the trend came down, now it's coming up again. It's a clear trend. And Vale is well positioned, very well positioned with our high Fe Carajás ore and with our Brazilian plant which is higher than 62 and with our lower, very low alumina product, we have developed coming out of the Tubarão port getting a premium of over $5 now a days.

Last, but not least, the pellets. The pellets we are producing 50 million this year. We are going up to 55 million next year. And then our capacity 65 million – we'll be 65 million. Basically, we are bringing back the pellet plant in the northern region and São Luís 7 million. We are bringing back the one and two plants [indiscernible] (00:53:59) in Tubarão and other six. And then we are – to reach 65 million, we have to consider that we are bringing some Carajás ore, actually we're shipping some Carajás ore from the north into Tubarão, so that we can have a higher productivity in our grinding systems, which will allow us to come to 65 million.

So, finalizing, the presentation on iron ore. I just want to show you that you can measure competitiveness in a different way. It's what we are doing here. We are showing EBITDA per ton, normalized by price, FX, and bunker. And then what you'll see is this, what happened and – what happened is this that constantly year-after-year, we are increasing our EBITDA per ton and forecasting in 2020 with all those levers we have seen before the 41 to 43, which is an increase of $3 to $5 a ton in EBITDA going forward. That was the iron ore and we switch to coal immediately.

We check on the main levers here, again we can divide it in strategy, strategic levers and more tactical performance levers. Project finance was signed. Leverage, mine and logistics, foster mineral exploration, we have to do some work there on getting and knowing our reserves a little better in order to be able to have a better mine planning. It's very important in Mozambique, we are not there yet. Of course, we have to successfully conclude the ramp-ups and consolidate the margin improvements.

Now here just to recap the project finance, $77 million equity transaction from Mitsui plus the project finance gives you a total transaction of $3.5 million. And on the right side, an interesting chart, where you can see the production costs through the Nacala corridor, no Beira here, Nacala corridor. We have 78 in 2017 plus the Nacala tariff, because now we have to pay back the project finance, that's the – that's the debt service of the project finance plus in this 30 is also the debt service of Nacala has with Vale. So, if you take that out these are the 15 in blue. If you take the debt service out from Vale, you reach then 93, which is the total cash cost through Nacala.

So, maybe you keep this number in mind 93, because now we are checking on the volumes here. We are producing almost 12 million tons this year. Next on the right side, you see the shipment volume, and you see that we are more and more going to use the Nacala corridor. It's only 1 million tons coming out of Beira this year and next year probably will be very close to zero coming out of Beira. The production and the ramp up profile going from 12 million to 16 million next year, and you see the production costs at the port, you'll find the 2007 numbers again here. And if you look to – if you look to the end there when it's fully ramped up, you can expect the costs around $78. $78 would be – that would be actually the breakeven of the operations.

And the last slide on coal. I think, it's good news. It's nice to have the first in 2017 after all this hard work we have done, the first positive EBITDA in coal business $350 million, around $350 million and next year it's going to almost reach $500 million EBITDA if you consider similar prices we have today. That was it.

Thank you very much. And I hand over to Jennifer Maki to speak about base metals. Thank you.

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day
Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598
Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

## Jennifer Anne Maki

Thanks, Peter. Hi everyone. It's my pleasure to be with you today. As it relates to base metals, our approach and our strategy is really quite clear. We're working to improve our performance and also our competitiveness, but at the same time we're going to transition to a smaller footprint in nickel, but, yet still give us flexibility to take advantage of the upside when the nickel market improves.

In our strategy it has three main components. We're going to balance our investments and our production with the current market conditions. And as I said, we're going to preserve the flexibility and optionality to capture the upsides that will be presented by the growth in electric vehicle market as well as increase our copper production.

In 2017, to ensure the maximum contribution of all our assets and base metals, we initiated detailed review of the business across the globe, including a mine-by-mine review at our integrated operations in Canada. Our intention of this review was simple. We wanted to ensure cash flow generation at very low prices, and we also wanted to reduce our exposure to nickel units, which added limited upside. On the nickel side of the business where most of our focus was, we made the decision to cease operating at our Stobie mine in Sudbury this past May and our Birchtree mine in Thompson in October (sic) [September] (00:59:49) of this year. Both assets were placed on care and maintenance.

We've also placed our nickel refinery in Kaohsiung, Taiwan, on care and maintenance as we have excess refining capacity. And we're progressing towards the closure of our precious metals refinery here in Acton in the second quarter of 2018, ensuring our focus on our core business. And while there was less activity on the copper side, we've made the decision to divest of our copper asset, Lubambe mine in Zambia this year as well.

Today, when you look across the globe, at each of our base metals operations, we're undertaking initiatives to improve our competitiveness. In Sudbury, we're developing a fit-for-purpose organization and this past Monday we kicked off our cost management work with [ph] Professor Falconi (01:00:36). Work is also underway in Sudbury to extend our preventive maintenance shutdowns from every 18 months to 24 months beginning in 2019. These are just some of the initiatives that we're progressing on in Sudbury to achieve a cash flow generation of an additional CAD 200 million over the next five years and we're targeting to achieve CAD 75 million of that in 2018.

In Thompson, Manitoba, as we previously announced, we will close the smelter and refinery in the third quarter of 2018, and we also need to right-size those operations to the new flow sheet, so we've targeted savings of CAD 40 billion in fixed costs in 2018. In Newfoundland and Labrador, our Long Harbour Processing Plant is ramping up very well. I'm happy to report this past November, we achieved 85% of nameplate capacity 11 months after turning all the circuits on.

At Onça Puma, we've achieved significant cost reductions in the second half of 2017 and look to build upon those in 2018. In Indonesia, we continue our continuous improvement program, and we're also preparing for the divestment obligations under our contract of work in 2019. In New Caledonia, our efforts continue to reduce cost as does the process to seek a potential equity partner to invest in the business.

On the copper side in 2017, Salobo will deliver record copper and gold production and also achieved a new monthly record for copper production this past November. And we work to continually improve the process plant's reliability. In Sossego, we've seen improved grades being achieved as we use a small fleet of trucks at the bottom of the pit, and this will be particularly important in 2018 as we transition Sossego to the Pista pit.

Last year when I was here with you, I spoke about a 2018 nickel production guidance number of 308,000 tons. As Fábio mentioned in the opening remarks, our transition to a smaller footprint for nickel means that next year, our guidance is 263,000 tons, a reduction of 45,000 tons or 15%. And the main drivers of this reduction are the closure in Birchtree and Stobie mines, the slowing down of the mining rate of the Voisey's Bay open-pit. And we have a built-in working capital as we transition feeding our operations in Clydach from Sudbury feed to Indonesian feed.

The transition to a single furnace in Sudbury delivers both operational and environmental benefits. And as I mentioned last year, we were working on a program to right-size the fixed costs in Sudbury, and you can see the results of that program when you look at the slide and on the left-hand side, it shows you the reduction in unit cash costs of our

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day
Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598
Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

surface facilities that we look to achieve over the next few years. And also, you see a significant reduction in surface plant capital in Sudbury, which when you combine these two factors together it really helps, and the next year Sudbury achieved improved cash flow generation.

I think it's fair when I say there's probably no other operation in the Vale family that received more scrutiny in the past years than our operations in New Caledonia, and our focus there remains unchanged. We work to improve the operations, so we deliver stable, reliable and competitive production. And as I mentioned, we're pursuing potential partners to close the funding gap we have in the next few years. We've made progress there. This year, our production will increase to about 40,000 tons. And in the second half of 2017, we've been either EBITDA breakeven to EBITDA positive each month in New Caledonia.

We continue to pursue operational improvements and have succeeded in removing $150 million in annual costs in the last two years. And in early 2018, we'll make a decision on whether and how to proceed with a $500 million funding requirement for residue storage over the next four years. And I think it's worth pointing out that in addition to nickel, our operations in New Caledonia are a significant producer of cobalt. And as the electric vehicle market evolves, there remains significant upside for the cobalt price, which translates into significant upside for our operations in New Caledonia as well.

And while I just spoke to cobalt and EVs, you've all heard the optimism that nickel producers also express about the potential for the nickel industry that's offered by the evolution of electric vehicles. And we at Vale share that enthusiasm and we're well positioned to service that market. You'll see here the graph on the left looks at the market share of electric vehicle, electric passengers vehicles over time, and in 2025 it's predicted that anywhere from 7% to 20% of all passenger vehicles would be electric. And if you project out to 2035, anywhere between 25% and 52% of the passenger vehicles would be electric. And then to the right, you see what that means for the nickel market.

Today, there's approximately 60,000 to 70,000 tons of nickel going into this market from battery demand. And in the conservative estimates, it's to grow to 700,000 to 800,000 tons. And in the optimistic cases, it equals the size of the nickel market today at 2 million tons per annum. So this clearly represents a transformational moment for the industry, and as I mentioned we're very well served to service this market with the majority of our products being suitable for the electric vehicle market.

While you may wonder how this bullish outlook reconciles with the smaller footprint in nickel we've spoken about today, but we also spoke about preserving our optionality to seize upon the market improvements. In terms of ground position, Vale leads the way when it comes to nickel, and we're currently executing Phase 1 of our Copper Cliff Mine Project in Sudbury, which supplies additional units of nickel, copper, and PGMs. But this project has the potential for Phases 2 and 3 under the right market conditions as well. We have a multi-year exploration program in Sudbury and significant amounts of land still to be explored. We have similar growth potential in Indonesia with our world-class laterite deposits. We're continuing discussions with our potential joint venture partners for the development of Pomalaa and Bahodopi as well.

On the copper side, you've heard referenced before to our Salobo III expansion, very low cost that would see production capacity increase to 36 million tons per year. It's currently in FEL III and expect to be brought forward for board approval in the first quarter of 2019. We have our Victor project in Sudbury where we're just completing our FEL II study, and this is a rich geological resource very significant in copper and we have our Hu'u project in Indonesia, which Fábio mentioned earlier.

Here we summarize our five-year guidance for nickel and copper production. And as I mentioned, we're consolidating around a smaller nickel production outlook. And I think it's also important here to highlight that both the nickel and copper guidance for 2017 and 2018 includes the impacts of the recent unplanned maintenance we've had at Coleman mine that you likely saw in the press. Coleman mine has been down from mid-November and will come back up at the end of January.

And here you can see in terms of whatever nickel and copper price assumptions that you believe in, this is what we can do with it as the base metals business to respond to those prices, and you can see generate significant EBITDA. As you

| | | |
|---|---|---|
| Company Name: Vale | Market Cap: 254,447.46 | Bloomberg Estimates - EPS |
| Company Ticker: VALE3 BZ | Current PX: 48.15 | Current Quarter: 1.105 |
| Date: 2017-12-08 | YTD Change($): +7.89 | Current Year: 5.289 |
| Event Description: Investor Day | YTD Change(%): +19.598 | Bloomberg Estimates - Sales |
| | | Current Quarter: 31378.000 |
| | | Current Year: 124910.040 |

likely heard earlier this week, I'm leaving Vale at the end of the year and Eduardo Bartolomeo will take over as my successor. You can be well assured he's aligned with this strategy and plans we outlined here today as Eduardo joins us from the board and so he's very familiar with the strategy, and I wish him the best of luck. Thank you.

And I now pass it on to Luciano

## Luciano Siani Pires

Well, good afternoon. And now numbers time.

You remember at the beginning of the presentation, Mr. Schvartsman set out a very bold aspiration to become the company which will generate the most value for shareholders until 2020. I will try to give you how this translates into numbers. I'll start by giving you a glimpse of how Vale will look like in 2020 in terms of its core operations, then we'll talk about potential cash flow improvements beyond the core operations, and then summarize with a view of market cap and distribution of dividends.

Starting by the core operations, bear with me, this looks like a little bit of a spreadsheet, but I'll walk you through it for you to have an idea of what the numbers look like. If you look on the left side, the first column you have the total assets employed at each of Vale major business segments. And if you look at the right-hand side, before we go into the middle, you'll see the returns of assets on assets that we are targeting for 2020. This is a question that I get very often. And you can see the numbers on the right with the possible exception of nickel, which we – yes, we need to improve a little further, they are very bold and ambitious, double digit, very high return on assets, which will necessarily translate into high returns also on the stock price.

We've outlined three scenarios for cash flow generation, measured using the proxy of EBITDA less sustaining capital for each of the major business segments. So we have a more conservative scenario, $10,000 nickel, $55 iron ore, a middle scenario and a more optimistic scenario, and you have the numbers, you can follow them afterwards, but let me focus on the three numbers on the bottom, $13 billion, $16 billion, and $19 billion. These are very reasonable numbers to be achieved in terms of EBITDA, consolidate all the cost improvements, all the production improvement that you saw in the past presentations. And these are the breakdowns according to each of the businesses. So, please bear in mind those three numbers, they will come back in the end of the presentation when we will give a view on how those translate into the stock price.

Now, I'm going to talk a little bit about improvements to total shareholder return beyond the core operations. Everyone knows in this room that the stock prices [ph] function (01:11:31) not only on the cash flow generation, but also the multiple that you attribute to the stock. We have very good reasons and we talked about this to believe that the stock – the multiple of the stock price will rerate. Remember, when you talk about the better governance, remember where we were one year ago. You were all afraid of what was going to happen with Vale. There were rumors about the exit of the CEO. There were rumors about Vale becoming a state-owned company because the shareholders agreement hadn't been renewed yet. So these were all overcome and you have, as you see today, a company which is friendly to investors, to shareholders, has a very clear path going forward. So, hopefully, this will translate into a better multiple.

The second reason is predictable performance and capital allocation. This is our most important commitment here today. We want to be a predictable company and no frills company, a boring company that will work like a clock to deliver your cash flows. Once you see the track record that the company has had over the last five, six years and you project going forward to the many, many years into the future, we will aim to build a predictable, respectable track record, so you can earn your respect through a higher multiple.

And finally, I will go through the opportunities on the portfolio as I said beyond the core operations, talk a little bit about the cash – the capital expenditure profile and call your attention to a little bit of cash flow drags that exist today that we plan to eliminate. Here is the portfolio of Vale. We have a core that you all know, we have assets adjacent to the core which share some of our core competencies, and we still have some non-core assets. The cash flow drags are mentioned to the right. We're spending, yes, too much money on Samarco. We're still spending a lot of money on the

| | | |
|---|---|---|
| **Company Name:** Vale | **Market Cap:** 254,447.46 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** VALE3 BZ | **Current PX:** 48.15 | **Current Quarter:** 1.105 |
| **Date:** 2017-12-08 | **YTD Change($):** +7.89 | **Current Year:** 5.289 |
| **Event Description:** Investor Day | **YTD Change(%):** +19.598 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 31378.000 |
| | | **Current Year:** 124910.040 |

tax refinancing program. We have very, very high financial expenses and pre-operating expenses. We will address those.

Starting by the core of the assets, you heard a lot of it today but the key message here is in all of our core segments, the expansion opportunities – if the markets are there – are very, very cheap. If you look at the capital expenditures on the right, even if Vale decides to invest to take advantage of growth opportunities in each of the segments, those won't ensure any meaningful impact on cash flows. This is a company that will not spend money even if it wants to grow production, not even IRR is there. As you know, we have 50 million tons of extra capacity of iron ore for a zero cost. So, lots of growth opportunities at very little cost which means no cash to be spent even if we continue to grow.

Adjacent to the core, these are assets that you will not pay attention to, but they have opportunities as well. I'm just going to focus on two of those. Remember, we're about to close the transaction for the sale of fertilizer business. Mosaic is a company which is world-class. Vale is going to be its largest shareholder. It may represent in 2020, three years from now, a share of EBITDA around $250 million. What to do with this asset is the decision to be made in the future, after the lock-in period of three years.

And the second asset to call your attention is VLI. This is a logistics asset catered to general cargo demands in Brazil. It's growing very fast at double-digit rates and we own 37% of it. We're very keen on providing the resources and supporting the growth of this asset. All in all, maybe we have another $1.2 billion in EBITDA, up and above those numbers I showed before on these adjacent assets.

And finally, we still have non-core assets, we'll still have a divestiture plan, we'll still plan to raise money from divestitures. It's not going to be impactful and meaningful as the past divestitures. It's not going to be like fertilizer or the private financer or the coal business. But still we're going to relentlessly pursue the simplification of our portfolio. We intend to raise about $2 billion in divestitures from here to 2020 on these assets and the others that we already sold and we're still up to receive, for example, the Cubatão nitrogen business. So this is what to expect from the portfolio.

When you – we come to capital expenditures, not surprisingly, a declining profile. This is exactly comparable to what you saw at Vale Day last year. This includes, for example, the Voisey's Bay, the New Caledonia, all the investments that are still under review and subject to deferrals, they're all included here. On the bubbles on top of the bars, you have the potential growth opportunity if we decide to pursue those opportunities that I mentioned before, if we decide for example to go for Salobo III, but if we don't do that, that's the profile, that's declining, that's unlike many of our competitors, that means more cash flows to you.

And talking about things that are subtracting from cash flows today, which some people don't pay much attention to, we spent almost $500 million this year just on Samarco. We have no doubt Samarco will come back. These won't be expenses in the near future. We forecast a 70% reduction until 2020 of those expenditures. The REFIS, the refinancing of the tax liability program, we still have almost $5 billion liability in our balance sheet, which guess what the Supreme Court of Justice in Brazil gave us a final decision in 2015 to stop paying those amounts and to recover them. This is in the hands of the Brazilian Supreme Court to judge not the merit, but just if it is a constitutional matter of what, we don't know. We've been waiting for a couple of years, we may wait a couple of years more, but there's a distinct possibility that this will come out, our cash outflows.

The pre-operating expenses were $2 billion back in 2013 when we stopped the Rio Colorado project in Argentina. They were still high last year. They were still high this year. But we don't have Long Harbour ramping up with pre-operating expenses anymore, we don't have New Caledonia with pre-operating expenses anymore, we don't have Moatize with pre-operating expenses anymore. The pre-operating, the stoppage expenses of our pellet plants will decrease to zero. This is only S11D now, and this again is going to decline by 90%.

And finally, everyone knows the burden of financial expenses in our balance sheet. They will vanish, they will reduce as well, more cash to you. When you put this all together, the picture that we have for cash flow generation according to the scenarios is this. Remember the $13 billion, $16 billion and $19 billion that I mentioned, they correspond to the diagonal that you see, the three numbers here 13, 19 and 25 on the diagonal correspond to the three scenarios of one before for EBITDA, and this is the accumulated cash flow over three years, in just three years. And probably the

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

question you might have now is what you plan to do with those cash flows and that's the question we're going to answer next. But in any of those boxes of this matrix, you can see how sizable the amount to be generated is. And as I mentioned before, again no significant outflows predicted. The cash is coming and will come for you.

And finally, what is the view on how this cash will translate into market cap and dividend distribution? Now again, it looks like a spreadsheet verily, I'll walk you through that. So, starting from the top, you have on the left side, the multiples, that again we hope to earn your respect and [indiscernible] (01:19:33) assign a multiple, which is not 5 times, which is not 5.5 times, but maybe 6 times, maybe 6.5 times, maybe 7 times EBITDA. Depending on the scenario you pick for EBITDA, as I mentioned before, you have the market caps on the nine-box matrix, which may range as low as 70 – the enterprise values as low as $78 billion, as high as $133 billion. We have stated that our goal is to have a net debt of $10 billion. So, therefore, market cap in 2020 has these ranges that I'm showing you on the market cap line, anywhere between $68 billion to $123 billion.

Accumulated dividends, how you get to that, just take those cash flows I showed on the last page, subtract the amount that you need to get to the $10 billion net debt, everything else we're going to distribute, we're committing to, we're going to distribute as dividends. And when you add up the market cap and accumulated dividends, the total shareholder return as an annual percentage as you can see, it is very, very, very significant. So gentlemen, this is the company that will plan to deliver to you.

Thank you.

Well, Mr. Schvartsman has an announcement to make before we jump into Q&A.

## Fábio Schvartsman

Actually, it's just a quick but important note, on to honor Jennifer. Jennifer has stayed with us for 14 years. She's completing her cycle right now. And I want to emphasize the professionalism of Jennifer and the very good job that she did in Vale during all these years. And now she's moving forward. She'll be substituted by Eduardo Bartolomeo as she mentioned. Nevertheless, it's quite important that you join me and thank you Jennifer for all the good work and professionalism that she has shown all these years. Thank you, Jennifer.

With that, we are ready to take your questions. Thank you.

# Q&A

**<Q - Grant Sporre>**: Good afternoon. It's Grant Sporre from Macquarie. I've got two sort of numbers questions and then one more philosophical question. On the sort of detailed numbers questions, if you could share with us what the premiums you're receiving on your Brazil blend that would be very useful. So, it's a question for Peter.

And then just in terms of the – I think you mentioned you're spending $150 million to bring back the two pellet plants. Will that expenditure actually reduce the cash cost because I'm assuming the pellet plants were taken off line because they were high cost to start off with and if you could give some guidance on that, that would be great?

And then perhaps a question for Fábio. I appreciate you going down the path of internal diversification, so developing your nickel business and your copper business, but a lot of that is price dependent. So how long would you be willing to wait for to get that diversification, if for instance the nickel price takes longer to recover than perhaps you anticipate? Thank you.

**<A - Gerd Peter Poppinga>**: Okay. On the premiums, roughly speaking, the premiums on the Brazilian blend are such that we recover mostly our blending costs. Malaysian blends get a little more because when this is about optionality again, market always likes optionality when you ship Malaysia, then since the port is not defined yet sometimes, you define it during the trip. It gets a higher premium, it has an option value, gets a higher premium than the blends in China, but roughly speaking that it's such that you – in a great part, you can cover your blending costs.

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

On the other question that was the pellet plant, the $150 million is not only to reduce cash cost, it's partly to – it's to bring back the assets which were idled for a long time. Well, we will use it also to automize them better. But it's also to make it happen because as you remember in the past the São Luis pellet plant was a mixture between, so they campaign, they had DR campaign and blast furnace campaign. We are going to bring them back only four blast furnace pellets, we are going to shift some blast furnace pellets production from this Tubarão pellet plant into São Luis and we're going to increase by that the ability for us to produce DR, direct reduction pellets in Tubarão.

And in São Luis, it's a very nice project because we are actually using no mills. So the grinding mills will be transferred from Carajás to Tubarão in order to reinforce our grinding capacity in Tubarão because we are going to take the ore from tailing dams. So there is a huge tailing dam in Carajás in the past accumulated for more than 20 years and it's very rich. So we just need a [ph] cyclone (01:25:26) processing and stuff, and we don't need to grind it because it's already fine. It was the overflow from the past processing. So, that's the answer. Yes, partly of $150 million will be used to upgrade the plants and the other half to bring them back because they're idled.

<A - Fábio Schvartsman>: Well, I think your question about diversification. We will take this opportunity to emphasize what I think is our position here. We are in a transition moment in Vale. Vale is now focusing in creating value more than anything. Consequently, we certainly are not in a time that we are looking for investing elsewhere. And our commitment as we expressed during the presentation is basically to distribute all the cash that we are going to accumulate. We are not going to use them for anything other than returning to the shareholders. In other words, we will be totally dependent upon yourselves to be in a position in the future to use our equity for acquisitions or not. That means, that either we are going to show you the kind of value creation that we are aiming or I pretty sure that we are not going to get these licenses from you. So we are not going to use it for anything.

And regarding your specific question about the nickel prices recovery or not? If you look carefully to all of our sites, you see that we have differentiated opportunities there. And our purpose is to deliver returns and certainly bigger than the ones that Luciano just shown you in any market condition. That means, take Sudbury for instance, if we are claiming that the cost is a little over $1,600 per ton and the price is today $11,000, the potential if you go, if you look further into Sudbury is much higher than these he has expressed today because for the last few years, Vale has concentrated [ph] in to take slightly (01:28:01) more production from other parts of the operation instead of Sudbury. This is changing and this will change given the mix of products and mix of our sites, and this will leverage our returns as well.

So, what I'm trying to say, we are doing the moment of transition means that we have to be totally focused in producing more return. Certainly, it doesn't give us anything to start looking elsewhere to invest, any other product to buy. And the question that I ask myself, is in which grounds I would look for buying anything else, if I cannot return in the existing assets of Vale. How can you believe and I believe that we are going to create value in any acquisition, if we cannot treat well all the assets that we have? Then our commitment in very clear words is that we have to prove ourselves to you, improving our profitability in the existing assets before anything else.

<Q - Grant Sporre>: Thank you.

<Q - Tyler Broda>: Hello. Tyler Broda from RBC Capital Markets. Two questions .The first question one, Peter for you. Could you provide some color on the pellet sales mechanisms, I mean, how much you sell on spot if at all or how much do you – are you selling on contract? How long that generally last for? And then also are you selling any pellets into China right now or is that something you see increasing as this year progresses?

And then secondly for Fábio, I guess the conservative capital allocation strategy, what sort of criteria would need to be in place for you to push CapEx back into nickel and into – well, and to increase production in iron ore, what would you sort of need to be looking for to go back to a more growth, which environment would you need?

<A - Fábio Schvartsman>: Thanks for the question. The pellet market is still not a big spot market for us, so we are selling mostly on contract, on annual contract basis. That's why we negotiate the premiums annually or six months. We have a very few customers taking it on a quarterly basis. So, that's why I told you this some minutes ago that we fixed our, everything is fixed, so it's a little more than $62 premium now for the DR market, and it's a little less than $60 for

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

the blast furnace market. So the spread, actually the spread between both – the gap between both markets decreased when you compare to last year. And regarding China, no we don't, we don't, we have some small quantities there, contract with major – two major steel mills close to the coast, but not, we don't sell on the spot markets in China, very few [indiscernible] (01:31:18).

**<A - Gerd Peter Poppinga>**: Well, the answer is very simple return on investment. We are going to invest in anything that can prove to create enough return on our investment. I have nothing against investing, if we can prove ourselves that the price, at today price levels we can have a decent return, if that happens the investment will be made. The question is, we have to make the work before coming to a conclusion. If it's going to go – we are going to have the return or not, it is very simple. Nothing, nothing very complex on that. And again, I'm totally pro investment when I can guarantee a return on investment.

**<Q - Christian Georges>**: Christian Georges at SocGen. Just two questions. One is, at what price level of I know given the current exchange rate in Brazil and the transport costs, at what level would you consider producing more iron ore in future, against the 400 million ton you've got earmarked and likewise under which level of iron price would you perhaps consider cutting even more production if necessary. So, what is the range you find comfortable for iron ore? In the current target you have for cash flow and the like.

And the second question is, are you committed to you on Mozambique coal operations in the long term or is it something once stabilized that you would consider getting out of? Thanks.

**<A - Fábio Schvartsman>**: Okay. Thank you for your question – three questions. The first question regarding iron ore prices right? Look, I don't have a crystal ball and I have no idea where future prices will be. I just mentioned and I will do as many times as necessary. That is the role of the leader of this industry to behave properly in order to balance the market.

It means that we are in a position to do that. We have more capacity that we are selling in the market. So, we can cope with much higher prices if needed and we are certainly against looking price deterioration. I consider your question a very – a very nice one. I would love to have the problem of having very high prices and have to make a decision if we have to move more volumes forward or not.

Unfortunately, certainly this is not the situation in the foreseeable horizon. So, honestly, it will take a while to even have this possibility in mind. So, prepare yourselves that 400 million it will be for a long period of time. This is the first.

The second is the range of price that we are comfortable. Again, we are very cost efficient. We are preparing ourselves in terms of indebtedness to face any scenario of prices, as dramatic as it will be if we have the debt the lowest possible level, we will be able to support pressure and cross this very complex moment and that's what we can do. We don't look to have prices. Now, what prices are good for the industry as a whole? I think prices between $60 and $70 are a very good level for the industry as a whole, because it emphasize the necessity of quality and cost in order to be – to participate in this business, that's my goal.

And sorry, your third question was, Coal. Coal, yes, we have a long-term commitment in coal. We are just starting. I went to Mozambique recently and I was very impressed by the quality of the infrastructure that we have there. And again, as I have been repeating, my – I suppose by my role, is to create value to the shareholders. Vale invested a huge amount of money in Mozambique and certainly we are not in a position to consider getting out of it because we have the opportunity of taking full advantage of the infrastructure and the mines that we have there in order to start generating cash in the proportion that we have invested there. I can tell you that I'm very happy with the movement that we made that now Peter, has coal under his responsibility as well, because there are a lot of similarities between the iron ore production and coal.

And we can claim that we really know how to, how to do that. It is important not to try to reinvent the wheel. Now, Peter is sending groups of executives and technical people from Brazil to Mozambique in order to improve the operation there. Therefore, you can wait and you're going to see a reasonable improvement in results during time in Mozambique, because of the all these efforts. Thank you.

| | | |
|---|---|---|
| **Company Name:** Vale | **Market Cap:** 254,447.46 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** VALE3 BZ | **Current PX:** 48.15 | **Current Quarter:** 1.105 |
| **Date:** 2017-12-08 | **YTD Change($):** +7.89 | **Current Year:** 5.289 |
| **Event Description:** Investor Day | **YTD Change(%):** +19.598 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 31378.000 |
| | | **Current Year:** 124910.040 |

**<Q - Thiago Lofiego>**: Hi, Thiago Lofiego from Bradesco BBI. Peter, quick question regarding premiums, so what does explain the recent drop in the spread between, between the 65% and 62% if you count in ore and where do you think the sustainable premium is especially considering potential new investments on high grade ore globally. I mean, and then, at what kind of a price do you think there will be more investments coming in on high grade ore? Thank you.

**<A - Gerd Peter Poppinga>**: Thiago, Thanks for the question. So, the recent weakness in the – so, you saw that trend the 65 minus 58. The recent weakness, which is already going up again the trend is – was – was the coke, the price of coke, right. Suddenly, the effect of closing the capacity in China, lots of coke producers not coke – not coal, but coke producers, they had – there was an excess of coke. And so, the need for, sometimes, lower silica ore was produced. That is temporary. That is a cyclical aspect in this trend. That's the main reason, I think. Also, probably in the last months of the year, since the seasonality aspects are there, right, there's – the majors always pushing for the year and [indiscernible] (01:38:45) maybe this as also an aspect, and now you will see probably the first quarter of next year, [ph] remember we are in contango (01:38:51), it's a very rare condition in the iron ore, lots of years of backwardation, now suddenly contango, that means that the flight for quality and the push for prices will increase in end of Q1.

That's on these cyclical aspects; I think, it's more the coke, and the other question was the structure – premium. I would say today, we have, what, we have [ph] 87 against – we have 87 again 60 – 69, almost 70 (01:39:33)? We also have an $18 – you have to deduct the FE equalization which is $3 to $4, so speaking about $13 to $14 premium is probably a good number. It's not structurally for some time. It's – although there can always be peaks and going down, right? That's my opinion.

Yeah. That's a difficult one because you have the Australian – you have concentrates, lots of concentrates coming in, right, but they have other problems. You cannot – it's high CapEx normally and high OpEx, these concentrates. We have invested in our Itabira mines in Conceição and Cauê; it was actually two years ago, it was the right moment to do so because now we have nothing to invest anymore. But these guys coming in like they may need concentrate producers, they will have to make a decision between two markets, the pellet market, right, or the sinter market, and I think most of them will go for the pellet market because there's a shortage of pellet feed as well.

So I don't know the number, the exact number of the price, but at current prices, it's not obvious that people will have a good return on those projects. If you have the magnetite project in Australia, for instance, if you take them, it's a high CapEx and a high OpEx, and I'm not sure that this will be enough – the premiums are enough today that those guys come in.

**<Q - Amos Fletcher>**: Hi, it's Amos Fletcher from Barclays. I just have a couple of questions for Mr. Siani. So you said in New York that you had – the board hadn't decided on a dividend policy, but it sounded like we had a hint on what it was going to be, i.e., all cash flow generation above $10 billion will be returned to shareholders. Can you just sort of clarify that?

And then my second question was just around the $2.73 billion of project financing. Could you clarify exactly how much of that is going to go onto the Vale balance sheet? Thank you.

**<A - Luciano Siani Pires>**: So on the first question, you're right the dividend policy is currently under discussion, but the message we gave very clear here is that beyond the achievement of the $10 billion target, we're going to distribute everything as dividend. So that's first. Then you may ask, when are we going to get to the $10 billion target, because you could decide to go at a slower pace and distribute more, all right.

We believe that doesn't make much of a difference because at the current pace of cash flow, the $10 billion will be reached quite soon. So, maybe you shouldn't expect yet in 2018, a normalized dividend policy, but from 2019 on, it's very clear, the message, we will get to the $10 billion and the money will keep flowing.

**<A - Fábio Schvartsman>**: Sorry, about that, I want to add one aspect to this. People that followed me know that in my former company, we had an explicit dividend policy of paying 20% of EBITDA for the shareholder. The objective was clear; our alignment between shareholders and executives because of the metrics of compensation. What I can tell you, the metric of compensation that is the core in Vale is EBITDA minus maintenance CapEx. So it gives you an idea

Company Name: Vale                    Market Cap: 254,447.46          Bloomberg Estimates - EPS
Company Ticker: VALE3 BZ              Current PX: 48.15               Current Quarter: 1.105
Date: 2017-12-08                     YTD Change($): +7.89            Current Year: 5.289
Event Description: Investor Day       YTD Change(%): +19.598          Bloomberg Estimates - Sales
                                                                     Current Quarter: 31378.000
                                                                     Current Year: 124910.040

where our dividend policy will be focusing.

**<A - Luciano Siani Pires>**: On the project finance, given that there's still some working capital needs in Nacala, given that part of the proceeds will be used to pay the insurance premiums, especially for NEXI, you should expect around $2.5 billion to come back as net proceeds for Vale for debt reduction.

**<Q>**: Hello. To Mr. Fábio. [ph] Mario from Genesis (01:44:05). On your capital allocation framework, you – I mean, obviously you're – you explained a very simplistic approach to it; we're basically going to look at the commodity price and approved projects based on that price, but I mean, it doesn't necessarily work that simple. So, when the iron ore price is $120, you don't want to be making decisions upon that price. So if you can maybe give us a sense on kind of how would you refine that framework, capital allocation framework a little bit, and what would be your long-term prices that you would be thinking on for making capital allocation decisions?

**<A - Fábio Schvartsman>**: Well, again, I thank you for your comment, but I don't honestly think it is simplistic, but I think it is rather a simple approach. Why I think it's simple and not simplistic is the fact that, obviously, you use these kind of metrics when the commodity price is low; not when the commodity price is high or very high.

Actually, I would love to have the big problem of having a very high commodity price and to decide what is that we are going to do with the excess capital. But I'm afraid, that's not yet the case. So, I'm aiming in this comment, to mention specifically about the complexity of the nickel market and the fact that we've been investing, during the last few years, looking to future curves of prices and not at the reality that we're living. And the consequences are that we invested a lot of money and the returns were not there.

**<Q - Douglas James Upton>**: Fábio, it's Doug Upton of the Capital Group. Can I just follow up on the question about how you're approaching nickel, and it has to make sense at today's price. So I understand exactly why you're heading in this direction and why it makes sense today, but it strikes me that in the long term, an approach like this can be quite pro-cyclical instead of counter-cyclical. So I wonder if you could maybe just talk about how you deal – maybe what's the duration of this approach that you have, and is it just for nickel, is it for other commodities; and I guess how you manage the potential pro-cyclicality of such an approach? Thank you.

**<A - Fábio Schvartsman>**: Look, thank you for your questions. Through that there are a lot more than just the current prices on the table, but the thing is it's important to have a clear metric that everybody understands inside and outside the company. And today, I guarantee you this clear metric is – especially for nickel current market prices.

For the other commodities, I think there is a clear view that we – all the mining companies are looking for a solution of the supply of copper. There is lack of copper everywhere. Therefore, the current prices of copper as well are kind of meaningful, and therefore they can be used for the purpose of deciding investments.

Finally, if you look in iron ore, as an answer to one of your colleagues' question, I think that the range between [ph] $60 and $70 (01:47:47) is good for the industry. So coincidentally, it's more or less where price have been recently. So there is a good connection between these things at this moment and, look, all these things, you manage the way it comes. The way it is now is the way I'm describing to you. And that's the way the company is facing the reality. If the reality changed dramatically, we will have to change the way we are dealing with the situation and we are going to change accordingly. But for the time being, my comments are being made in normal market conditions that I think that we are living today and for some time.

**<Q - Myles Allsop>**: It's Myles Allsop, UBS. Just a couple of questions, one on Samarco. Can you just give us an update where we are with the litigation? You say, you hope it will restart soon. Is there a risk that the liability will increase meaningfully with Samarco for the foundation agreement? Just on Sudbury [ph] Vale (01:49:03), have you effectively ruled out any prospects of a JV, that also as you talked about a few years ago, is there some willing partners I suspect, just those two questions?

**<A - Fábio Schvartsman>**: Well, regarding Samarco, I am in a privileged position to make a statement about Samarco because as all of you know, I joined the company recently, and therefore I can make comments without having anything to do of what was done. But what surprised me most and I want to emphasize here is the approach of creating

Company Name: Vale
Company Ticker: VALE3 BZ
Date: 2017-12-08
Event Description: Investor Day

Market Cap: 254,447.46
Current PX: 48.15
YTD Change($): +7.89
YTD Change(%): +19.598

Bloomberg Estimates - EPS
Current Quarter: 1.105
Current Year: 5.289
Bloomberg Estimates - Sales
Current Quarter: 31378.000
Current Year: 124910.040

[ph] hand-over (01:49:46). This is something that is undervalued in general, because we are still early in the process of compensating the people and the region for all of the disaster that happened there. Nevertheless, I am very assured that in the future, people will remember that Vale and BHP made an approach that was totally unusual in Brazil, without taking advantage of slow movement of justice in order not to compensate people for what happened.

Much on the contrary, both companies they have decided to put billions of dollars in this foundation and [indiscernible] (01:50:37) for an agreement that allow us to start compensating people in the shortest possible period of time. I'm pretty sure that in the future people will recognize that as the disaster was enormous and normal was the answer that was given to that. And as I said, I have no the responsibility in Renova so that I can – I can tell you that that's my observation after joining the company of what was done, is very impressive in my point of view.

Regarding when Samarco will come back to operation, we are doing everything that we can, both of us, Vale and BHP, to make it happen in the shortest period of time. Unfortunately, we have no control whatsoever in the licenses granting from authorities given the accident that happened there. It's quite understandable they are taking double care before granting these licenses. And we are doing what we can do is necessary to any requests that that comes and they keep on coming. So it's impossible to define when it's going to restart, but rest assured it will restart. The problem is just when, that we don't know.

Sorry about Sudbury, JV in Sudbury. I was not there when these possibilities were on the table. So it's hard for me to comment to what happened and if that happened or not happened. In this particular moment, we are trying to create more value to our shareholders that means that in any moment of time, a JV can bring more value to the table, it will be analyzed carefully, that's the way we are doing everything, then why to be different in a JV.

<Q>: As you plan further cost cutting, do you think you might face resistance from local communities, labor unions, how does that affect what you're planning?

<A>: Excellent question. I just have this same situation with [indiscernible] (01:53:205), where I use basically the same approach with Professor [ph] Falconi (01:53:30). And the reason why I brought Professor [ph] Falconi (01:53:33) to Vale, because the effort towards efficiency has absolutely nothing to do with reducing labor force. It has everything to do with productivity and efficiency. Eventually, there are some adjustment in workforce that they have to be done here or there. But as we are looking for into benchmarking in processes, is how to take more production from the same capacity that we have, including the workforce.

So, my experience is that we had the best environment in the operation of [indiscernible] (01:54:14) history, because we had full commitment of management when this was done there. And what I'm trying to have here in Vale is total commitment from our management in order to follow this process in a proper way. If we can do that, I'm pretty sure we are not going to face anything, any reaction from anybody involved in the process.

## Fábio Schvartsman

Well, if there are no further questions, I thank you so much for your presence here. It was a privilege for me for the first time to be here in front of you in Vale Day. As you can see, we are putting together a very sound plan in order to bring Vale to another position of value creation for shareholders. This will take time. I'm not expecting anything on the short run. And I really want you to wait and see, if we are capable of delivering the kind of returns that we've been mentioning. So, this is not a short run, this is much more like a marathon and we are looking into it in this way.

So, thank you all and have a good day. Bye-bye.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the*

Case 1:19-cv-00526-EK-VMS     Document 66-26     Filed 02/21/20     Page 21 of 23 PageID #: 1682

**Company Name:** Vale

**Company Ticker:** VALE3 BZ

**Date:** 2017-12-08

**Event Description:** Investor Day

**Market Cap:** 254,447.46

**Current PX:** 48.15

**YTD Change($):** +7.89

**YTD Change(%):** +19.598

**Bloomberg Estimates - EPS**

Current Quarter: 1.105

Current Year: 5.289

**Bloomberg Estimates - Sales**

Current Quarter: 31378.000

Current Year: 124910.040

*information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*



# Vale Day

## London 2017

The premium mining player

""This presentation may include statements that presenting Vale's expectations about future events or results.  All statements, when based upon expectations about the future, and not on historical facts, involve various risks and uncertainties. Vale cannot guarantee that such statements will prove correct. These risks and uncertainties include factors related to the following: (a) the countries where in which we operate, especially Brazil and Canada; (b) the global economy; (c) the capital markets; (d) the mining and metals prices and their dependence on global industrial production, which is cyclical by nature; and (e) global competition in the markets in which Vale operates. To obtain further information on factors that may lead to results different from those forecast by Vale, please consult the reports Vale files with the U.S. Securities and Exchange Commission (SEC), the Brazilian Comissão de Valores Mobiliários (CVM), the French Autorité des Marchés Financiers (AMF) and, in particular, the factors discussed under "Forward-Looking Statements" and "Risk Factors" in Vale's annual report on Form 20-F."

"Cautionary Note to U.S. Investors - The SEC permits mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. We present certain information in this presentation, including 'measured resources,' 'indicated resources,' 'inferred resources,' and 'geologic resources', which would not be permitted in an SEC filing. These materials are not measurements of proven or probable reserves, as defined by the SEC, and we cannot assure you that these materials measurements include only materials that will be converted into proven or probable reserves, as defined by the SEC. U.S. Investors should consider closely the disclosure in our Annual Report on Form 20-KF, which may be obtained from us, from our website or at http://http://us.sec.gov/edgar.shtml."