# Exhibit 29

Inspectors of Vale Dam in Brazil Issued Warning Before Collapse - WSJ

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/inspection-of-vale-dam-in-brazil-issued-warning-before-collapse-11549485427

LATIN AMERICA

# Inspectors of Vale Dam in Brazil Issued Warning Before Collapse

Report provided to Brazilian mining company said the structure would be at high risk of failure if it didn't drain water properly



A helicopter with a recovered body passes in front of a Vale-owned dam that collapsed last month in Brumadinho, Brazil.
PHOTO: CADU ROLIM/FOTOARENA/ZUMA PRESS

*By Patricia Kowsmann and Scott Patterson*

Feb. 6, 2019 3:37 p.m. ET

Inspectors of a Brazilian mining-waste dam whose collapse last month killed at least 150 people had warned its owner that faulty water drainage and monitoring systems represented a potential risk of failure, according to a safety report reviewed by The Wall Street Journal.

The report, provided to the mine's owner Vale SA months before the disaster, found that flaws in monitoring crucial water concentrations and drainage made it difficult for the company to fully assess the dam's stability.

TÜV SÜD, the company that inspected the dam and wrote a 128-page report for Vale in September, ultimately certified the dam as stable. But two independent mining dam experts who reviewed the report with the Journal said the dam shouldn't have been certified and Vale should have recognized potential risks.

Inspection of Vale Dam in Brazil Issued Warning Before Collapse - WSJ

## READ MORE

- 'It's Easier to Count the Living': Disaster Shakes Brazil's Faith in Mining
- Inspectors of Collapsed Brazilian Dam Had Close Ties to Its Owner

TÜV SÜD worked as both a consultant and an independent safety inspector for its client. The Journal previously reported that the dual role was a potential conflict of interest. After the dam collapse, Brazilian authorities arrested three Vale employees and two engineers who worked for TÜV SÜD. An appeals court ordered on Tuesday their release.

Minas Gerais federal police, who are investigating the incident, said on Wednesday that among the possible causes for the burst were an accumulation of water in the dam and a possible failure in its drainage system.

In a statement, Vale said it followed up on all recommendations laid out by TÜV SÜD's inspection and described them as routine. It also said the dam was monitored by more than 130 instruments, and that this data were analyzed periodically.

It referred to TÜV SÜD's ultimate conclusion that the dam was stable. Vale also said the dam met global safety standards for the industry and exceeded industry standards in Brazil.

TÜV SÜD said it was cooperating with the various investigations in Brazil, but because of those probes, it couldn't provide further information.

The dam, which contained water, rock and chemical byproducts from iron-ore produced by Vale's Córrego do Feijão mine, burst on Jan. 25 in the small town of Brumadinho in the state of Minas Gerais, home to several mines.

A heavy and fast wave of muddy waste engulfed several Vale-owned buildings, cars and homes. Apart from the rising death toll, close to 200 people are still missing and feared dead, authorities have said.

In its report, TÜV SÜD details a number of factors that the mining experts said should have raised red flags about the overall safety of the dam at Vale. A big focus of the report is the dam's drainage and how much water was in the tailings collected by the dam.

A significant issue for any tailings dam is the amount of water it contains, the experts said. Too much water, and the dam runs the risk of "liquefaction." In such a state, the sandy tailings—the waste product of mining operations—behave almost like a fluid.

If a dam isn't draining properly, the risk of liquefaction runs higher. Investigators found that liquefaction was in part the cause of the 2015 failure of another tailings dam in Brazil run by a joint venture between Vale and Australia's BHP Group Ltd. that killed 19.

The TÜV SÜD report shows the tailings dam in Brumadinho had problems with its water-drainage infrastructure. And in some cases, according to the report, the mine operator's systems used to monitor the dam's water levels were faulty.

The report detailed damage to drainage systems in certain parts of the dam, including water-drainage tubes and channels—essentially grooves cut into the dam to allow water flow. Some of that damage, the report said, was caused by the trampling of large animals such as cows. The report also found that a number of drainage tubes were clogged by vegetation, potentially causing water to build up inside the dam.

"Not all drains had siphons to prevent air entry," according to the report. "In some cases, even though there were siphons, they were installed upside down."

Lower levels of the dam had no drainage at all, and problems detected in a previous inspection remained unresolved, resulting in pockets of water forming on the surface, the report said.

A Vale spokeswoman said the company has no record of an increase of water in the dam and some data indicate a reduction of water.

A so-called factor of safety analysis of the tailings dam—a standard metric used to assess a structure's stability and risk of liquefaction—said that if the dam were "undrained," meaning if the tailings were still wet, it could collapse, said the experts who reviewed the report.

Such a collapse could be triggered by an external factor such as a small earthquake, nearby explosions or the presence of heavy machinery on the dam.

An official investigation into the 2015 Vale-BHP dam burst found a small quake played a role in that incident.

Despite that risk, there was no seismic monitor in the immediate area around the Brumadinho dam, and TÜV SÜD inspectors recommended Vale install one. Vale was planning to conduct monitoring around the dam this year, according to its spokeswoman.

The inspection report showed that any such collapse could be catastrophic, said Steven Emerman, owner of Malach Consulting, which assesses the environmental impact of mining activities for mining companies and governments.

"It won't be just the top of the dam that falls off, it will be the entire dam," said Mr. Emerman, who reviewed the report for the Journal.

A video of the dam's failure made public last week showed that it collapsed rapidly before barreling into nearby company buildings and the town of Brumadinho.

The dam inspectors also said they had little information about the 43-year-old dam's conditions before Vale buying it in 2001 from Thyssenkrupp AG . Vale had few details about the dam's foundation, for instance, and about certain changes made to the dam through its lifespan. A Thyssenkrupp spokesman said the company hadn't been contacted by Brazilian authorities about the dam's collapse.

"Little data about the dam's foundation and the reservoir was found," the report found.

Because of the faulty drainage-monitoring equipment and other tools used to assess the dam's safety and the lack of detailed information about the early stages of its construction, an inspector would only be guessing about how stable, or unsafe, the dam actually was, Mr. Emerman said.

"The structure was not well known," said Eduardo Marques, an engineering and geology professor at the Federal University of Viçosa in Brazil, who also reviewed the report for the Journal. "There is a great lack of information about the real situation of the dam from the geometric, geotechnical and hydrological point of view," he said.

Mr. Marques said TÜV SÜD's final assessment that the dam was stable could have been correct, if the dam was otherwise properly drained. "It is clear that if there is an undrained condition, the dam would be close to its equilibrium limit," a point at which the dam's stability would be in question, Mr. Marques said.

*—Samantha Pearson contributed to this article.*

**Write to** Patricia Kowsmann at patricia.kowsmann@wsj.com and Scott Patterson at scott.patterson@wsj.com

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.