**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Vale S.A. Securities Litigation | No. 19 Civ. 526 (RJD) (SJB) |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION**
**FOR A PARTIAL LIFT OF THE DISCOVERY STAY**

PLEASE TAKE NOTICE that upon this notice and motion, and the accompanying letter-brief in support, Lead Plaintiff, the Colleges of Applied Arts and Technology Pension Plan ("Lead Plaintiff"), by counsel, will respectfully move the Court, on a date and time designated by the Court, before the Honorable Raymond J. Dearie, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York  11201, for an Order modifying the stay of discovery under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B) to allow production to Lead Plaintiff of the documents and testimony Vale has produced, or will produce, to government entities in connection with investigations and/or litigation concerning the Dam 1 failure.

Dated: March 6, 2020
        New York, New York

Respectfully submitted,

/s/ *Frederic S. Fox*
**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Donald R. Hall
Jeffery Campisi
Melinda Campbell
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Frederic S. Fox, hereby certify that, on March 6, 2020, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox