**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                   :

In re Vale S.A. Securities Litigation     :

                                   :    No. 19 Civ. 526 (RJD) (SJB)

                                   :    <u>ORAL ARGUMENT REQUESTED</u>

                                   :

-----------------------------------------------------------x

## NOTICE OF MOTION FOR
## <u>RECONSIDERATION OF THE COURT'S MAY 20, 2020 ORDER</u>

PLEASE TAKE NOTICE that upon this notice and the accompanying Memorandum of

Law, and all other papers submitted herein, Defendant Vale S.A., by and through its undersigned

counsel, will move this Court, on a date and at a time to be designated by the Court, before the

Honorable Raymond J. Dearie, United States District Court, Eastern District of New York, 225

Cadman Plaza East, Brooklyn, New York 11201, to reconsider, pursuant to Rule 6.3 of the Local

Rules of the United States District Court for the Eastern District of New York, that portion of the

Court's May 20, 2020 Order that denied in part Defendant's motion to dismiss under Rule

12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 29, 2020 Order,

any papers in opposition to this motion shall be served on undersigned counsel within fourteen

(14) days after service of this motion.

Dated:  New York, New York
        June 3, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Mark A. Kirsch
    Mark A. Kirsch
    Randy M. Mastro
    Christopher M. Joralemon
    Mary Beth Maloney
    David M. Kusnetz

    200 Park Avenue
    New York, NY  10166-0193
    Telephone: 212.351.4000
    Facsimile: 212.351.4035
    mkirsch@gibsondunn.com

    *Attorneys for Vale S.A.*

2