# Appendix A

**APPENDIX A: STATEMENTS FOR RECONSIDERATION**

| Compl. ¶ | Source | Scienter | Falsity | Puffery | Safe Harbor |
|---|---|---|---|---|---|
| 127 | October 27, 2016 Conference Call with Analysts | X | X | | X |
| 129 | November 29, 2016, NYC Vale Day | X | X | | X |
| 133 | February 23, 2017, Form 6-K | X | X | X | |
| 135 | 2016 Annual Report, April 11, 2017 | X | X | | |
| 138 | 2016 Annual Report, April 11, 2017 | X | X | X | X |
| 142 | 2016 Annual Report, April 11, 2017 | X | X | | |
| 147 | 2016 Sustainability Report | X | X | | X |
| 148 | 2016 Sustainability Report | X | X | | X |
| 150 | 2016 Sustainability Report | X | X | | X |
| 151 | 2016 Sustainability Report | X | X | | |
| 153 | May 16, 2017 Form 6-K | X | X | | X |
| 157 | May 30, 2017 Form 6-K | X | X | | |
| 158 | May 30, 2017 Form 6-K | X | X | | X |
| 161 | December 6, 2017 NYC Vale Day | X | X | | X |

| Compl. ¶ | Source | Scienter | Falsity | Puffery | Safe Harbor |
|---|---|---|---|---|---|
| 163 | December 8, 2017 London Vale Day | X | X | | X |
| 164 | December 8, 2017 London Vale Day | X | X | | X |
| 168 | February 27, 2018 Form 6- K | X | X | X | |
| 174 | April 10, 2018 Valor Econômico Article | X | X | | |
| 182 | 2017 Annual Report filed April 13, 2018 | X | X | X | X |
| 184 | 2017 Annual Report filed April 13, 2018 | X | X | | X |
| 188 | 2017 Sustainability Report | X | X | | |
| 189 | 2017 Sustainability Report | X | X | | |
| 191 | 2017 Sustainability Report | X | X | | |
| 195 | 2017 Sustainability Report | X | X | | |
| 197 | Vale's December 11, 2018 Environmental, Social, and Governance Webinar | X | | | |
| 199 | Vale's January 28, 2019 Form 6-K and press release | X | | | |