

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, New York 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
Email: ffox@kaplanfox.com

January 19, 2021

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *In re Vale S.A. Securities Litigation*, Case No. 19-cv-526-RJD-SJB (E.D.N.Y.)

Dear Judge Bulsara:

  We write on behalf of Lead Plaintiff, the Colleges of Applied Arts and Technology Pension Plan, to request that the Court enter the attached proposed Confidentiality Order. This order has been agreed to by the parties, and pursuant to Your Honor's Individual Practices, is being submitted in tracked change format to show the parties' alterations to the Court's confidentiality order form.

        Respectfully submitted,

        /s/  *Frederic S. Fox*

        Frederic S. Fox

cc: All counsel of record via CM/ECF

*New York* ■ *Los Angeles* ■ *San Francisco* ■ *Morristown, New Jersey* ■ *Chicago*