**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526 (RJD) (SJB) |
| | JURY TRIAL DEMANDED |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Frederic S. Fox, declare as follows:

1. I am a member in good standing of the bars of the State of New York and the District of Columbia. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP. I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2. Attached as Exhibits A and B are true and correct copies of the following documents:

**Exhibit A**:   Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D., CFA, dated February 15, 2021; and

**Exhibit B**:   Firm resume of Kaplan Fox & Kilsheimer LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of February, 2021

**KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*_____
Frederic S. Fox
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Brian Alexander, Esq.
Brent J. LaPointe, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060

*Additional Counsel*