**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |
|---|
| In Re VALE S.A. SECURITIES LITIGATION |

No. 19-cv-526-RJD-SJB

CORRECTED REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

February 18, 2021

## TABLE OF CONTENTS

I.      SCOPE OF PROJECT AND REPORT ...........................................................................1

II.     CREDENTIALS ...........................................................................................................2

III.    CONCLUSIONS...........................................................................................................4

IV.     THE MARKET FOR THE VALE ADR WAS FOUND IN A PREVIOUS CASE
        TO BE EFFICIENT ......................................................................................................6

V.      FACTUAL BACKGROUND.........................................................................................7

        A.      About the Company ...........................................................................................7

        B.      About the Vale Common ADR...........................................................................8

        C.      About the Vale Notes.........................................................................................9

        D.      Timeline of Select Events ................................................................................10

                1.      Samarco Mariana Dam Collapse ..........................................................10

                2.      Córrego do Feijão Iron Ore Mine Dam 1 Collapse................................11

                3.      Some Operations at Brucutu Mine Ordered Halted................................12

                4.      Additional Information Revealed ..........................................................13

VI.     LEAD PLAINTIFF'S ALLEGATIONS.......................................................................13

VII.    MARKET EFFICIENCY DEFINITION AND ASSESSMENT
        METHODOLOGY ......................................................................................................14

        A.      Efficient Market Defined .................................................................................14

        B.      Indicators of Market Efficiency .......................................................................17

                1.      The *Cammer* Factors.............................................................................17

                2.      The *Krogman* Factors ..........................................................................19

                3.      Courts in the Second Circuit Apply the *Cammer* and *Krogman*
                        Factors.................................................................................................20

VIII.   ASSESSMENT OF EFFICIENCY OF THE MARKET FOR THE VALE ADR ............21

        A.      *Cammer* Factors.............................................................................................21

                1.      Trading Volume...................................................................................21

                2.      Analyst Coverage and Other Avenues of Information
                        Dissemination .....................................................................................22

                3.      Market Makers and Listing on the New York Stock Exchange ................24

                4.      F-3 Registration Eligibility ..................................................................26

        B.      *Krogman* Factors...........................................................................................28

                1.      Market Capitalization...........................................................................29

2.    Float ................................................................................29

3.    Bid-Ask Spread ................................................................30

IX.    EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE VALE ADR ................................................................................31

A.    Event Study for Assessing Market Efficiency for the Vale ADR ........................33

1.    Event Study Methodology ................................................33

2.    Event Selection Criteria and a Caveat About Non-Significant Stock Price Movements ................................................................34

3.    Selection of Market Efficiency Event Study Events................................36

4.    Isolating the Impact of Company-Specific Information ..........................48

5.    *t*-Test ................................................................................51

B.    Event Study Results ................................................................52

1.    25 January 2019 ................................................................52

2.    28 January 2019 ................................................................53

3.    4 February 2019 ................................................................53

4.    6 February 2019 ................................................................54

5.    Summary of ADR Event Study Results................................54

C.    Earnings Announcements Are Not Appropriate Events for Testing Market Efficiency in This Case ................................................................54

1.    27 October 2016................................................................56

2.    23 February 2017 ................................................................57

3.    27 April 2017 ................................................................58

4.    27 July 2017................................................................59

5.    26 October 2017................................................................60

6.    28 February 2018 ................................................................61

7.    26 April 2018 ................................................................62

8.    26 July 2018................................................................63

9.    25 October 2018................................................................64

D.    Earnings Announcement Price Responses in Sum ................................65

X.    VALE ADR MARKET EFFICIENCY SUMMARY AND CONCLUSION ..................65

XI.    ASSESSMENT OF EFFICIENCY OF THE MARKETS FOR THE VALE NOTES................................................................................66

A.    Characteristics of Bonds and Indicia of Bond Market Efficiency ........................66

B.    *Cammer* and *Krogman* Factor Analysis................................................................68

    1.    Trading Volume ...................................................................................69

    2.    Trade Frequency .................................................................................70

    3.    Analyst Coverage and Other Avenues of Information Dissemination .....................................................................................71

    4.    Credit Rating Agencies .......................................................................71

    5.    Institutional Ownership.......................................................................73

    6.    Prominent Underwriters, NYSE Listing, and Market Makers...................74

    7.    Outstanding Par Value and Float ........................................................76

    8.    F-3 Registration Eligibility .................................................................77

XII.    EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE VALE NOTES ............................................................................................77

    A.    Vale Note Event Study Design .................................................................77

    B.    Note Regression Analysis .......................................................................79

    C.    Event Study Results ...............................................................................81

    D.    Further Empirical Evidence of Bond Market Efficiency .............................82

XIII.    VALE NOTE EFFICIENCY SUMMARY AND CONCLUSION ...................................83

XIV.    COMMON DAMAGE METHODOLOGY ................................................................84

XV.    LIMITING FACTORS AND OTHER ASSUMPTIONS....................................................88

XVI.    APPENDIX-1: ABOUT THE VALE NOTES ...........................................................89

    A.    The TAN3 5.875% June 2021 Notes .........................................................89

    B.    The TAM5 4.375% January 2022 Notes .....................................................89

    C.    The TAP8 6.25% August 2026 Notes.........................................................90

    D.    The TAE3 8.25% January 2034 Notes .......................................................90

    E.    The TAH6 6.875% November 2036 Notes....................................................91

    F.    The TAK9 6.875% November 2039 Notes....................................................91

    G.    The EAA3 5.625% September 2024 Notes ..................................................92

XVII.    APPENDIX-2: EXCERPTS FROM REPRESENTATIVE ANALYST REPORTS PUBLISHED FOLLOWING EARNINGS ANNOUNCEMENTS..................................93

    1.    27 October 2016....................................................................................93

    2.    23 February 2017 ..................................................................................94

    3.    27 April 2017 .......................................................................................95

    4.    27 July 2017 ........................................................................................96

    5.    26 October 2017....................................................................................97

6.    28 February 2018 ....................................................................................98

7.    26 April 2018 ...........................................................................................99

8.    26 July 2018............................................................................................100

9.    25 October 2018......................................................................................101

XVIII.  APPENDIX-3: LOGARITHMIC RETURNS ............................................................103

XIX.   APPENDIX-4: PROCESSING THE NOTE DATA ....................................................104

A.    About the TRACE Dataset and FINRA Members..............................................104

B.    Processing the TRACE Dataset for Cancels, Corrections, and Reversals...........104

C.    Processing the TRACE Dataset for Trades with Affiliated Non-Members.........105

D.    Processing the TRACE Dataset for Duplicate Trades Submissions....................105

1.    Identify the Universe of Potentially Duplicate Submissions ...................106

2.    Evaluate Potentially Duplicate Submissions against the Original
      Trade ......................................................................................................106

E.    Analyzing TRACE Data ..................................................................................106

## I.    SCOPE OF PROJECT AND REPORT

1.    I was asked by Kaplan Fox & Kilsheimer LLP, Lead Counsel for the Lead Plaintiff, to determine whether certain securities of Vale S.A. ("Vale" or the "Company") traded in efficient markets during the period from 27 October 2016 to 6 February 2019 (the "Class Period"). These securities (collectively, the "Vale Securities") are 1) common American Depositary Shares (also known as American Depositary Receipts, the "common ADR" or the "Vale ADR"); and 2) seven U.S. Dollar-denominated debt securities[1] (the "Notes" or "Vale Notes").

2.    I was also asked to determine if Section 10(b) damages in this matter can be computed for all Class members using a common methodology that is consistent with the Lead Plaintiff's theory of liability. That is, I was asked to opine on whether or not there exists a common methodology consistent with the Lead Plaintiff's theory of liability for computing damages for all Class members who have claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)"), and if that methodology is feasible in this case.

3.    Toward these ends, I analyzed the markets for the Vale Securities, the price behavior of the Vale Securities, and the factors that are generally accepted to be indicative of market efficiency. I examined Company press releases, conference call transcripts, Vale equity and fixed income analyst reports, news articles, SEC filings, daily prices of the ADR, reported volume for the ADR, trading activity of the Vale Notes, the performance of securities markets in the United States and Brazil, the performance of Vale's industry sector, the changes in interest rates for benchmark bonds, and the changes in the exchange rate between the U.S. dollar and Brazilian real ("Real"), as well as other pertinent data and documents. I read and considered the contents of the Consolidated Class Action Complaint for Violations of The Federal Securities Laws, filed 25 October 2019 (the "Complaint"). I also read and considered the District Court's Memorandum &

---

[1] The CUSIPS for these seven notes are 91911TAN3 (the "TAN3 Notes"); 91911TAM5 (the "TAM5 Notes"); 91911TAP8 (the "TAP8 Notes"); 91911TAE3 (the "TAE3 Notes"); 91911TAH6 (the "TAH6 Notes"); 91911TAK9 (the "TAK9 Notes"); and 91912EAA3 (the "EAA3 Notes").

1

Order dated 20 May 2020, which denied Defendants' motion to dismiss the Complaint ("MTD Order"). Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4.  This report presents my methodology, findings, and conclusions.

5.  My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work.

## II.    CREDENTIALS

6.  I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.  I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.  At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9.  I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10. Prior to my joining the faculty at Babson College, I taught finance courses at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

11. I have published in the field of finance. My finance articles have appeared in the Atlanta Federal Reserve Bank Economic Review, Derivatives Quarterly, Derivatives Weekly, The Engineering Economist, The Journal of Risk, The American Bankruptcy Institute Journal, The Journal of Financial Planning, The Journal of Forensic Economics, Managerial Finance, Risk Management, Primus, and The Review of Quantitative Finance and Accounting (recent article available online and forthcoming in print). I am the author of Finance and Accounting for Project Management, published by the American Management Association. I wrote two chapters in the book The Portable MBA in Finance and Accounting – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. I also co-authored papers that have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston. I served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14.    The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs, I taught candidates at the most advanced level.

15.    In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, the National Association of Securities Dealers, and numerous law firms prominent in securities litigation. As a financial consultant, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 120 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16.    I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is compensated at a rate of $895 per hour for my work, and a range of lower rates for analysts and other personnel who are assisting me on this case. My compensation is not contingent on my findings, conclusions, or on the outcome of this matter.

## III.    **CONCLUSIONS**

17.    The Vale Securities each traded in an efficient market over the course of the Class Period. I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which, consistent with financial economic principles and published peer-reviewed empirical research, indicate market efficiency.

4

18.    Courts in the Second Circuit have accepted and applied the factors set forth in *Cammer* and *Krogman* as dispositive indicators of market efficiency.[2] Courts in all other circuits have similarly relied on the *Cammer* and *Krogman* factors as dispositive indicators of market efficiency. The Vale common ADR satisfied all of the *Cammer* and *Krogman* factors by wide margins.

19.    Statistical analysis examining the empirical behavior of the Vale ADR proves that there was a cause-and-effect relationship between the release of Company information and movement in the Vale ADR price. Event study analysis proved that Vale ADR responded to Company-specific information, which is the essence of market efficiency. Therefore, Vale ADR satisfied the fifth *Cammer* factor by empirically demonstrating market efficiency during the Class Period.

20.    The Vale Notes also satisfied all of the *Cammer* and *Krogman* factors. Statistical analysis examining the empirical behavior of the Vale Notes proves that there was a cause-and-effect relationship between the release of new information and movement in the prices of the Notes. Event study analysis proved the Vale Notes responded to Company-specific information and to changes in market interest rates over the course of the Class Period. Therefore, the Vale Notes satisfied the fifth *Cammer* factor by empirically demonstrating market efficiency during the Class Period.

21.    Based on the foregoing, I conclude that the markets for the Vale common ADR and the Vale Notes were efficient over the course of the Class Period.

22.    Damages in this matter can be computed for all Class members and for all securities using a common methodology that is consistent with the Lead Plaintiff's theory of liability.

---

[2] *See, e.g., Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017); *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016); *In Re: Vale S.A. Sec. Litig.*, 1:15-cv-9539-GHW, 2019 WL 11032303 (S.D.N.Y. Sept. 27, 2019); and *Pearlstein v. Blackberry Ltd.*, 13-cv-07060-CM-KHP, 2021 WL 253453 (S.D.N.Y. Jan. 26, 2021).

## IV.    THE MARKET FOR THE VALE ADR WAS FOUND IN A PREVIOUS CASE TO BE EFFICIENT

23.    A Section 10(b) case was previously filed in the Second Circuit related to the November 2015 Samarco Mariana Dam collapse.[3] In that case, Judge Gregory Woods determined that the market for the Vale ADR was an efficient market. Judge Woods wrote, "Vale ADRs responded to news as required by the fifth *Cammer* Factor,"[4] and that "[e]ven if Lead Plaintiffs had failed to satisfy the fifth *Cammer* Factor, the Court's conclusion that the market for Vale ADRs was efficient would remain unchanged. The remaining four *Cammer* Factors and three *Krogman* Factors support a finding of market efficiency."[5] Judge Woods noted that "[t]he Second Circuit explained that if these seven factors are satisfied, the fifth Cammer Factor is not necessary for a finding of market efficiency."[6] The court further observed that:

> "Even if Lead Plaintiffs had failed to satisfy the fifth Cammer Factor, the Court's conclusion that the market for Vale ADRs was efficient would remain unchanged. The remaining four Cammer Factors and three Krogman Factors support a finding of market efficiency. The Second Circuit explained that if these seven factors are satisfied, the fifth Cammer Factor is not necessary for a finding of market efficiency."
> **Order, filed 27 September 2019,** ***In Re: Vale S.A. Securities Litigation***, **1:15-cv-9539-GHW, p. 25.**

> "Defendants have not challenged that the other four *Cammer* and the three *Krogman* Factors are satisfied in this case. In particular, the Court emphasizes that Vale is a multi-billion-dollar company, and that its securities traded in a highly liquid market. These facts strongly support a finding of market efficiency in this case. Accordingly, Lead Plaintiffs are entitled to the *Basic* presumption."
> **Order, filed 27 September 2019,** ***In Re: Vale S.A. Securities Litigation***, **1:15-cv-9539-GHW, p. 25.**

---

[3] *In Re: Vale S.A. Sec. Litig.*, No: 1:15-cv-9539-GHW, 2019 WL 11032303 (S.D.N.Y. Sept. 27, 2019).

[4] *Id*. at *13.

[5] *Id*. at *14.

[6] *Id*.

6

24. My analysis finds that the Vale ADR continued to satisfy all of the *Cammer* and *Krogman* factors throughout the Class Period of the instant case, and demonstrated market efficiency by responding with statistically significant price reactions to indisputably important information events.

## V.    FACTUAL BACKGROUND

### A.    About the Company

25. Throughout the Class Period, Vale described itself as "one of the largest metals and mining companies in the world, based on market capitalization."[7] According to the Company, its revenues derived mainly from 1) Ferrous minerals, 2) Base metals, 3) Coal and 4) Logistics infrastructure.[8]

> "We are the world's largest producer of iron ore and iron ore pellets and the world's largest producer of nickel. We also produce manganese ore, ferroalloys, metallurgical and thermal coal, copper, platinum group metals (PGMs), gold, silver and cobalt. We are presently engaged in greenfield mineral exploration in six countries. We operate large logistics systems in Brazil and other regions of the world, including railroads, maritime terminals and ports, which are integrated with our mining operations. In addition, we have a distribution center to support the delivery of iron ore worldwide. Directly and through affiliates and joint ventures, we also have investments in energy and steel businesses."
>
> **Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 1.**

26. Vale reports a substantial portion of revenues, trade receivables and debt denominated in U.S. dollars.[9] Its fiscal year ("FY") coincides with the calendar year. For FYs 2016, 2017, and 2018 the Company reported net sales $27,488 million, $33,967 million, and $36,575 million, respectively.[10]

---

[7] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 17 and Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 1.

[8] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, pp. 17-18; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, pp. 2-3; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, pp. 8-9.

[9] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p 24.

[10] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p 96.

27. For FYs 2016, 2017, and 2018, net operating revenue from the Company's Ferrous minerals segment accounted for 74.0%, 74.0%, and 76.4% of the Company's total revenue, respectively.[11] The coal and base metals segments together accounted for 25.4%, 24.8%, and 22.8% of revenue in FYs 2016, 2017, and 2018, respectively.[12] All other business lines accounted for the remaining 0.6%, 1.2%, and 0.8% of annual revenues for 2016, 2017, and 2018, respectively.[13]

### B. About the Vale Common ADR

28. As of the start of the Class Period, Vale's common shares traded on the BM&FBovespa stock exchange in Sao Paulo, Brazil. In May 2017, the BM&FBovespa merged with the CETIP clearing house and over-the-counter exchange in Brazil to form the B3 stock exchange. The name B3 derives from "Brasil, Bolsa, Balcão," which means "Brazil, exchange, counter." The B3, and the BM&FBovespa before it, is the largest stock exchange in Brazil by market capitalization.[14,15]

29. ADR stands for American Depositary Receipt, which is a security that allows trading of a foreign stock on an American exchange. The Vale common ADR traded on the New York Stock Exchange throughout the Class Period.[16]

---

[11] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[12] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[13] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[14] "One of the world´s largest financial market infrastructure companies," B3 - Brazil Stock Exchange and Over-the-Counter Market, http://www.b3.com.br/en_us/b3/about/who-we-are/.

[15] "Following the conversion of our class A preferred shares into common shares, in December 2017, we completed our listing on the Novo Mercado segment of the B3 exchange (formerly BM&FBovespa), the special listing segment of B3 for companies committed to the highest standards of corporate governance." (Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 5.)

[16] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018; Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019.

30.    According to the SEC, "An ADR is a negotiable certificate that evidences an ownership interest in American Depositary Shares ('ADS') which, in turn, represent an interest in the shares of a non-U.S. company that have been deposited with a U.S. bank. It is similar to a stock certificate representing shares of stock. The terms ADR and ADS are often used interchangeably by market participants."[17]

31.    Citibank N.A. serves as the depositary trust for the Vale ADS and is responsible for issuing new ADRs when shares are deposited, and terminating ADRs if investors redeem the underlying shares.[18] As of 28 February 2018, Citibank held 1,291,791,211 shares of Vale's underlying common stock as ADS (out of a total 5,197,432,081 common shares outstanding).[19] One ADR represents one common share of underlying Vale stock.[20] Holders of the common ADR receive dividends from the underlying Vale common shares.[21]

32.    During the Class Period, the Vale ADR price peaked at $15.93 per ADR on 17 October 2018, according to price data obtained from CRSP. On 6 February 2019, the last day of the Class Period, the Vale ADR price had fallen to $11.36, a decline of 28.7% from the Class Period peak.

### C.    About the Vale Notes

33.    The seven Vale Notes at issue in this case are U.S. dollar-denominated debt securities with face values between $800 million and $2.5 billion.[22] The maturities of the Notes ranged from 5 years to 30 years when initially issued. All seven Notes are senior unsecured securities.

---

[17] "Investor Bulletin: American Depositary Receipts," SEC Office of Investor Education and Advocacy, August 2012, p. 1.

[18] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 126.

[19] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 126 and cover.

[20] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. cover.

[21] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 124.

[22] The Vale Notes had the following aggregate face values: $800 million for the TAE3 Notes, $1,250 million for the TAN3 Notes, $1,500 million for the EAA3 Notes, $1,750 million for the TAK9 Notes, $2,000 million for the TAP8 Notes, $2,250 million for the TAM5 Notes, and $2,500 million for the TAH6 Notes.

34.     In the case of a Company liquidation, secured debt would receive payment first from the sale of the corporate assets securing that debt, similar to a mortgage foreclosure. The senior unsecured debt follows the secured debt holders in the queue to receive payment from corporate assets. The senior unsecured debt receives liquidation proceeds before, in order of seniority, subordinated debt holders, preferred shareholders, and common stock and ADR shareholders. Similarly, interest on senior unsecured debt must be paid before common and preferred stock dividends are distributed.[23,24]

35.     Appendix-1 provides more detailed descriptions of the Vale Notes.

### D.     Timeline of Select Events

38. A review of the following events provides context for understanding the Lead Plaintiff's allegations and the Company's experience prior to and during the Class Period.

#### 1.     Samarco Mariana Dam Collapse

39. On 5 November 2015, prior to the start of the Class Period, an upstream tailings dam at the Fundão Mining Complex collapsed and released wastewater and tailings from the nearby iron ore mine into the village Bento Rodrigues. The dam was owned by Samarco, a joint venture backed by Vale and BHP Billiton, and was located in the municipality of Mariana, Minas Gerais ("Samarco Mariana Dam").[25]

---

[23] *See, e.g.*, Institute, CFA. *2016 CFA Level I Volume 5 Equity and Fixed Income* CFA Institute, July 2015, p. 295 & p. 591: "Payment of interest and repayment of principal (amount borrowed) are a prior claim on the company's earnings and assets compared with the claim of common shareholders." In the event of a bankruptcy, "unsecured creditors have a right to be paid in full before holders of equity interests (common and preferred shareholders) receive value on their interests."

[24] The Company issues debt securities "directly by Vale and through our finance subsidiary Vale Overseas Limited, guaranteed by Vale, totaling US$12.048 billion"; All but one—EAA3 Note—of the seven Vale Notes at issue in this case were issued by Vale Overseas Limited (Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. cover, 108).

[25] "Mining Company Samarco's Dam Bursts in Brazil," by Paul Kiernan et al., *Dow Jones Newswire*, 5 November 2015.

40. The collapse killed 19 people and destroyed the nearby village.[26,27] The toxic mining waste released when the Samarco Mariana Dam collapsed flowed into the Rio Doce River, which flows into the Atlantic Ocean,[28] and turned the river orange. The dam collapse is said to have caused the "biggest environmental disaster of the world mining industry, both in terms of the volume of tailings dumped and the magnitude of the damage."[29]

41. Following the disaster, Brazil's federal and state governments sought restitution from Samarco, and ultimately Vale and BHP Billiton, to cover the "20 billion reais ($5.24 billion) in damages."[30]

### 2.      Córrego do Feijão Iron Ore Mine Dam 1 Collapse

42.     On 25 January 2019, Dam 1 of Vale's Córrego do Feijão iron ore mine ("Dam 1") collapsed. This second dam collapse caused another environmental disaster, a confirmed death toll of 246 people, with an additional 24 people reported missing at the time of the filing of the Complaint.[31]

43.     The initial reporting from the region provided sparse detail. On 25 January 2019 (Friday), the Company announced that Dam 1 in the state of Minas Gerais had collapsed.[32] According to the Company, there was "no immediate confirmation of any injuries," and "spillage from the dam reached the company's administrative area and part of the community of Vila Ferteco, and that rescue workers have been sent to the site."[33]

---

[26] "BHP Shares Fall After Brazil Dam Bursts--3rd Update," by Rhiannon Hoyle, *Dow Jones Newswire*, 6 November 2015.

[27] "Fundão tailings dam failures: the environment tragedy of the largest technological disaster of Brazilian mining in global context," by G.W. Fernandes and Sérvio Ribeiro, *Perspectives in ecology and Conservation*, Volume 15, 2017, p. 149.

[28] "BHP Shares Plunge as Brazil Files Suit Against Dam Owners," by Rhiannon Hoyle and Alex MacDonald, *Dow Jones Newswire*, 30 November 2015.

[29] "Fundão tailings dam failures: the environment tragedy of the largest technological disaster of Brazilian mining in global context," by G.W. Fernandes and Sérvio Ribeiro, *Perspectives in ecology and Conservation*, Volume 15, 2017, p. 145.

[30] "UPDATE 2-Brazil to sue BHP, Vale for $5 bln in damages for dam burst," *Reuters News*, 27 November 2015.

[31] Complaint, ¶3.

[32] "Dam Bursts at Vale Mine in Brazil," by Jeffrey Lewis, *Dow Jones Institutional News*, 25 January 2019, 11:40 AM.

[33] "Dam Bursts at Vale Mine in Brazil," by Jeffrey Lewis, *Dow Jones Institutional News*, 25 January 2019, 11:40 AM.

44.    The news media reported on 25 January 2019 that there were "about 200 people still unaccounted for after a tailings dam burst" and "scores of people were trapped in areas by the river of sludge released by the dam failure."[34] The media noted that the Dam 1 collapse had occurred in the same region as the Company's joint-venture Samarco Mariana Dam collapse in 2015 that "killed 19 people," following which "operations at Samarco remain halted over legal disputes relating to damages the rupture caused even after the companies settled a $5.28 billion civil lawsuit last year."[35]

45.    Additional details about the nature, extent, causes, and ramifications of the disaster emerged over subsequent days.

### 3.    Some Operations at Brucutu Mine Ordered Halted

46.    On 4 February 2019, during trading, *Bloomberg* cited the publication O Globo, reporting that "a Brazilian court issued an injunction ordering Vale to halt a mine that produces 30 million tons of ore per year after a request from public prosecutors."[36] The article also noted that the dam for the halted Brucutu mine was not built by the same upstream method as Dam 1.[37]

47.    On 5 February 2019, after the close of trading, the Company announced that "it was declaring force majeure on some iron ore and pellets sale contracts, 'as a result of the temporary suspension of the Brucutu mine production.'"[38]

---

[34] "Hundreds Missing in Brazil after Vale Tailings Dam Breaks," *The Daily Star*, 25 January 2019.

[35] "Hundreds Missing in Brazil after Vale Tailings Dam Breaks," *The Daily Star*, 25 January 2019.

[36] "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM.

[37] "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM, updated 10:11 AM.

[38] "*Vale Declares Force Majeure on Some Iron Ore and Pellets Sales Contracts," *Dow Jones Institutional News*, 5 February 2019, 4:49 PM.

4.      Additional Information Revealed

48.    On 6 February 2019, prior to the start of trading, *The Guardian* reported that Company operators at Dam 1 had been warned the prior year that the dam was not safe due to a leak.[39] Additionally, shortly before the close of trading on February 6, 2019, *The Wall Street Journal* reported that Vale was warned by inspectors that "faulty water drainage and monitoring systems represented a potential risk of failure" at Dam 1.[40]

## VI.    LEAD PLAINTIFF'S ALLEGATIONS

49.    Lead Plaintiff alleges that, over the course of the Class Period, the Company "materially misrepresented or omitted facts in public filings related to the stability and safety of Vale's dams, the sufficiency of Vale's dam risk management and sustainability policies and practices, and Vale's compliance with regulatory and internal safety standards."[41]

50.    Specifically, Lead Plaintiff contends, "Defendants materially misrepresented or failed to disclose throughout the Class Period that: (1) at least one of Vale's high-hazard tailings dams, Dam 1, had a high probability of failure; (2) Vale's dam risk management and sustainability practices and policies were insufficient and/or insufficiently implemented in light of the known risks to human life and the environment posed by Dam 1; (3) Vale systematically acted to get Stability Condition Statements for dams that were not stable and did not meet Vale's own purported safety standards; and (4) at least as early as 2018, Vale's third-party dam safety auditor had a financial conflict of interest, and issued Stability Condition Statements under fear of economic reprisal from Vale."[42]

51.    The Lead Plaintiff alleges, "The truth about the risk of Vale's tailing dams and its inadequate dam maintenance and safety certifications was disclosed through a series of disclosures beginning with the news of the Dam 1 collapse on January 25, 2019 and concluding with related news on February 6, 2019."[43] Information provided to the public

---

[39] "'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.

[40] Complaint ¶213.

[41] *In re Vale S.A. Sec. Litig.*, No. 19-CV-526 (RJD) (SJB), 2020 WL 2610979, at *1 (E.D.N.Y. May 20, 2020).

[42] Complaint, ¶11.

[43] Complaint, ¶203.

13

about death tolls, environmental and physical damage, the opening of criminal investigations, the halting of mining operations, the suspension of the Company's dividend, the reduction of Vale's iron ore production capacity, and a declaration of force majeure by the Company on its iron ore supply contracts more fully informed analysts and investors about the ramifications stemming from the Company's previously concealed condition and practices.

## VII. MARKET EFFICIENCY DEFINITION AND ASSESSMENT METHODOLOGY

### A. Efficient Market Defined

52. The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 *Cammer v. Bloom*, , 711 F. Supp. 1264 (D.N.J. 1989) decision is often cited as a legal authority on the meaning of market efficiency[44] and is consistent with the definition of informational efficiency generally accepted by the academic finance community.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> **Cammer, 711 F. Supp. at 1273.**

53. Judge Lechner also cited the definitions offered by commentators Alan Bromberg and Lewis Lowenfels, and by renowned financial economist and Nobel Laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg and Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); *see also Cammer*, 711 F. Supp. at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"

---

[44] *See, e.g., Di Donato. v. Insys Therapeutics, Inc.*, 333 F.R.D. 427 (D. Ariz. 2019).

> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama,** *Journal of Finance***, 1970, cited in** *Cammer***, 711 F. Supp. at 1280.**

54.   In his 1991 follow up article titled "Efficient Capital Markets: II," Professor Fama elaborated, qualifying the definition to conform to economic realities rather than the perfect ideal.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information. … A weaker and economically more sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."
> **"Efficient Capital Markets: II," by Eugene Fama,** *Journal of Finance***, 1991, p. 1575.**

55.   Professor Fama and a group of preeminent economists described market efficiency and the state of the profession's general understanding in an *amici curiae* brief that they submitted in 2014 to the United States Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear about what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic* [Inc. v. Levinson, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information."
> **Brief of Financial Economists as** *Amici Curiae* **in Support of Respondents,** *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.***, 5 February 2014, p. 3 (emphasis in original).**

56.   The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business …."
> **Basic, Inc. v. Levinson, 485 U.S. 224, 108 S. Ct. 978, 989 (1988).**

57. The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company …."
> **Amgen, Inc. v. Conn. Ret. Plans & Trust Funds, 133 S. Ct. 1184, 1190, 185 L. Ed. 2d 308 (2013).**

58. In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause-and-effect relationship at the center of market efficiency as follows:

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the...price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> **Halliburton Co. v. Erica P. John Fund, Inc., 134 S. Ct. 2398, 2410 (2014) (emphasis in original).**

59. An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg and Lowenfels, Professor Fama, and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As the legal cases have recognized, market efficiency is relevant to a securities case because it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and upon which investors relied.

### B.    Indicators of Market Efficiency

#### 1.    The *Cammer* Factors

60.    The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales and published peer-reviewed research support each factor as an indicator of market efficiency. The five factors are 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence demonstrating that the security price reacts to new, company-specific information.

61.    Empirical research published by Barber, Griffin, and Lev [1994] confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, p. 302.**

62.    Barber, Griffin, and Lev [1994] found that high institutional ownership is also indicative of market efficiency.[45]

63.    Recently published peer-reviewed research that I conducted (with Miguel Villanueva, Ph.D.) found that the *Cammer* factors are dispositive indicators of stock price reactivity to information and therefore informational market efficiency.

> "We find that the *Cammer/Krogman* factors are indeed significant drivers of stock price reactivity. …Our findings that the *Cammer/Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer/Krogman* factors as indicia of market efficiency."
> **"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, 2020, p. 31 (currently published online and forthcoming in print).**

---

[45] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994.

64.    Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as a checklist of five necessary factors, but rather as individual pieces of evidence that each probatively indicates the degree to which the market for a security is expected to be efficient.

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> **Cammer, 711 F. Supp. at 1283.**

65.    The *Cammer* opinion describes the nature of the five factors as follows:

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra,* 806 F.2d at 1160."
> *Id.* **at 1285-86 (footnote omitted).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir.1988)."
> *Id.* **at 1286 (footnote omitted).**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
> *Id.*

> "Third, it could be alleged the stock had numerous market makers."
> *Id.*

> "Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration Statement in connection with public offerings …."
> *Id.* **at 1287.**

18

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
*Id.*

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
*Id.* at 1291.

## 2.  The *Krogman* Factors

66.  In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005) and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001) accepted that three additional factors are also indicative of market efficiency.

67.  These additional factors, the *Krogman* factors, are 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.

68.  Market capitalization is the total value of all outstanding common equity shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well-known the company will be. Larger companies tend to attract more analyst and news media coverage and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

69.  The stock's float is the number of shares outstanding less shares held by insiders and affiliated corporate entities. It is the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization but focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of a greater number of investors, including large institutional investors. All of these characteristics, which occur when a company has high float, promote market efficiency.

19

70. The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread tends to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors and thereby tends to attract greater interest, greater coverage, and greater volume, all of which, in turn, promote market efficiency.[46]

71. Villanueva and Feinstein [2020, forthcoming] empirically examined and tested the market capitalization and bid-ask spread *Krogman* factors and found them to be probative indicators of stock price reactivity and therefore informational market efficiency.

> 3. Courts in the Second Circuit Apply the *Cammer* and *Krogman* Factors

72. Courts in the Second Circuit have accepted and applied the *Cammer and Krogman* factors as dispositive of market efficiency. Presented next are some examples.

> "The Second Circuit has not adopted a test for the market efficiency of stocks or bonds. *See Teamsters Local 445 Freight Div. Pension Fund v. Bombardier, Inc.*, 546 F.3d 196, 204 n.11 (2d Cir. 2008). However, it has recognized that courts generally apply a set of eight factors, known as the "*Cammer* factors." *Id.; see Cammer v. Bloom*, 711 F. Supp. 1264, 1286 (D.N.J. 1989) (setting out five factors); *Krogman v. Sterritt*, 202 F.R.D. 467, 478 (N.D. Tex. 2001) (considering three additional "*Cammer*" factors)."
> ***In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016).**

> "The remaining four *Cammer* Factors and three *Krogman* Factors support a finding of market efficiency."
> ***In re Vale S.A. Sec. Litig.*, No. 1:15-CV-9539-GHW, 2019 WL 11032303, at \*13-14 (S.D.N.Y. Sept. 27, 2019).**

> "And as to market efficiency, the Court looks to the *Cammer* and *Krogman* factors, the prevailing tests for market efficiency, which are so named after *Cammer v. Bloom*, 711 F. Supp. 1264, 1286–87 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474 (N.D. Tex. 2001). The five *Cammer* factors are: (1) the average weekly trading volume of the stock, (2) the number of securities analysts following and reporting on it, (3) the extent to which

---

[46] *See, e.g.*, "The Cost of Transacting," by Harold Demsetz, *The Quarterly Journal of Economics,* 1968, pp. 33-53; "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," by Thomas George and Francis Longstaff, *Journal of Financial and Quantitative Analysis*, 1993, pp. 381-397; and "Liquidity and Market Efficiency," by Tarun Chordia et al., *Journal of Financial Economics*, 2008.

market makers traded in the stock, (4) the issuer's eligibility to file an SEC registration Form S-3, and (5) the demonstration of a cause and effect relationship between unexpected, material disclosures and changes in the stock's price. *See Waggoner*, 875 F.3d at 94 (quoting *Bombardier*, 546 F.3d at 200) (alterations omitted). The three *Krogman* factors are: (1) the market capitalization of the company; (2) the bid-ask spread of the stock; and (3) the percentage of stock not held by insiders. *Waggoner*, 875 F.3d at 95 (quoting *Krogman*, 202 F.R.D. at 474)."
**Pearlstein v. Blackberry Ltd., No. 13 CIV. 7060 (CM), 2021 WL 253453, at \*15 (S.D.N.Y. Jan. 26, 2021).**

"In addition to the *Cammer* factors, courts often consider what are known as the three *Krogman* factors when analyzing whether the market for a stock is efficient. *Petrobras*, 862 F.3d at 276. Those factors are "(1) the capitalization of the company; (2) the bid-ask spread of the stock; and (3) the percentage of stock not held by insiders ('the float')." *Krogman*, 202 F.R.D. at 474."
***Waggoner v. Barclays PLC*, 875 F.3d 79, 94-95 (2d Cir. 2017).**

## VIII.   ASSESSMENT OF EFFICIENCY OF THE MARKET FOR THE VALE ADR

73.   To assess whether the market for the Vale ADR was efficient during the Class Period, I analyzed the market for and behavior of the Company's ADR, focusing on the *Cammer* and *Krogman* factors, which are generally accepted to be indicative of market efficiency for a publicly traded security.

### A.   *Cammer* Factors

#### 1.   Trading Volume

74.   Throughout the Class Period, the Vale ADRs traded regularly and actively. On average, 26.7 million Vale ADRs were traded daily.[47] Vale ADR trading data are presented in Exhibit-4.

---

[47] Volume data obtained from CRSP.

75. In addition to average daily trading volume, another volume metric to consider in assessing market efficiency is the percentage of outstanding ADRs that turn over each week. During the Class Period, the average weekly trading volume for Vale's ADRs was approximately 133.6 million ADRs, or 9.9% of all the Vale ADRs outstanding.[48] This level of trading activity exceeds the levels accepted by courts as being indicative of market efficiency for common stock.[49] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[50] Thus, the trading volume for the Vale ADRs during the Class Period was well above the threshold for a strong presumption of market efficiency.

76. Both in terms of average daily trading volume and the percentage of outstanding ADRs traded weekly, the market for the Vale ADRs was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in Vale ADRs is strong evidence of the efficiency of the market for Vale's ADRs over the course of the Class Period.

### 2. Analyst Coverage and Other Avenues of Information Dissemination

#### a. *Analyst Coverage*

77. Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

---

[48] Estimated by averaging the ratio of the daily trading volume to the number of common ADR outstanding, and multiplying by 5 (the number of trading days in a typical week). ADR outstanding data obtained from Company filings with the SEC.

[49] *Cammer*, 711 F. Supp. at 1286.

[50] *Id.*, at 1293.

78.  I obtained analyst reports about Vale published during the Class Period by 30 different analyst firms: Barclays, BB Banco de Investimento S.A., BMO Capital Markets, BTG Pactual, CFRA Equity Research, CIBC Capital Markets, Cowen and Company, Credit Suisse, Deutsche Bank, Eleven Financial, Exane BNP Paribas, HSBC, Itau BBA, Jefferies, JPMorgan, Macquarie Research, Morgan Stanley, Morningstar, NatWest Markets, Raymond James, RBC Capital Markets, Renaissance Capital, Roth Capital Partners, SAFRA Research, Santander, Scotiabank, Societe Generale, UBS, William ONeil + Co., and Zacks Equity Research.[51]

79.  Transcripts of Vale's conference calls conducted during the Class Period reveal that at least five additional firms also followed the Company: Bank of America Merrill Lynch, Bradaesco BBI S.A., Citigroup, Clarksons Platou Securities, and Goldman Sachs. Consequently, analysts from at least 35 firms covered Vale during the Class Period.

80.  Coverage by 35 analyst firms is broad analyst coverage. Barber et al., [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[52]

81.  Consistent with the *Cammer* opinion, financial economic principles, and published research, the extensive coverage of Vale by professional securities analysts is compelling evidence of the efficiency of the market for Vale ADRs during the Class Period.

### b.    Institutional Ownership and Buy-Side Analysis

82.  Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[53]

83.  Thomson Eikon compiles and provides institutional ownership data derived from SEC Form 13-F filings. The filings and data show the holdings of Vale ADRs by major investment institutions as of the end of each calendar quarter. Major institutions are

---

[51] The list of analyst reports I received from counsel is presented in Exhibit-1.

[52] Brad M. Barber et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporation Law*, 1994.

[53] *See, e.g.*, *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008); *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423, 428 (D. Ariz. 2013).

defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the securities they buy.

84. According to the SEC filings compiled and reported by Thomson Eikon, at least 937 major institutions owned Vale ADRs during the Class Period.[54] This broad institutional ownership further supports a finding that the market for Vale ADRs was an efficient market throughout the Class Period.

### c. News Coverage

85. Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of information to the marketplace, thereby promoting market efficiency. In the case of Vale, news media coverage was extensive.

86. My search of the Factiva database found that 4,315 articles were published, in English, about the Company during the Class Period.[55] The articles I obtained from Factiva include published news articles and press releases.

87. Information about Vale was also disseminated in the form of SEC filings and conference calls.

88. Throughout the Class Period, information about Vale was readily available to market participants, provided by news media, analysts, and various other sources. This extensive news coverage is further evidence of the efficiency of the market for the Vale ADRs.

### 3. Market Makers and Listing on the New York Stock Exchange

89. The number of market makers is one of the factors that the *Cammer* court determined indicates market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market

---

[54] According to the SEC filings compiled and reported by Thomson Eikon, 937 unique institutions held Vale ADR on at least one of the following reporting dates: 31 December 2016, 31 March 2017, 30 June 2017, 30 September 2017, 31 December 2017, 31 March 2018, 30 June 2018, 30 September 2018, and 31 December 2018. There may have been additional institutions that held Vale ADR during the Class Period, though not on the quarterly reporting dates.

[55] Based on a Factiva search for articles published during the Class Period where "Vale S.A." was the "Company" search field parameter, the language was "English," and the sources were "All."

participants are trading that particular security. A large number of market makers provides a high degree of liquidity and lower transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs. These features preclude certain potential impediments to trading and conveyance of information and therefore promote market efficiency.

90. The *Cammer* Court's understanding that the market-making infrastructure of a security market is indicative of its efficiency, or lack thereof, makes the fact that Vale ADRs traded on the New York Stock Exchange ("NYSE") during the Class Period highly relevant. The NYSE is one of the most renowned, most liquid, and most efficient forums for trading stocks in the world. Securities on the NYSE are traded under the supervision of a lead market maker or "Designated Market Maker."[56] Designated Market Makers are responsible for maintaining a fair and orderly market for each security to which they are assigned.[57]

91. In fact, citing Bromberg and Lowenfels, the *Cammer* court noted specifically the importance of an NYSE listing and the implications of such a listing for market efficiency, stating that market efficiency can reasonably be presumed for securities traded there.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels [1988]. §8.6).**

92. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the NASDAQ, an over-the-counter market consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. At the time of the *Cammer* opinion the NYSE and NASDAQ were distinctly separate exchanges. NASDAQ market makers did not make markets for NYSE-listed securities. However, since that time, the

---

[56] "Fact Sheet; Designated Market Makers," NYSE Euronext, 2012.

[57] "Organization and Functioning of Securities Markets," by Frank Reilly and Keith Brown, in *Equity and Fixed Income CFA Program Curriculum*, vol. 5, Pearson Custom Publishing, 2008.

stock markets have evolved, and beginning in April 2005, NASDAQ enabled trading in most NYSE-listed securities on its market-making platform.[58] This NASDAQ market-making activity is in addition to the principal market for listed securities on the NYSE.

93.   With its NYSE listing, Vale ADRs had access to a highly developed network of brokers with its market overseen by the NYSE Designated Market Maker. During the Class Period, there were at least 140 market makers for Vale ADRs, including well-known firms such as Morgan Stanley, UBS, Barclays, and Goldman Sachs.[59]

94.   That Vale ADRs traded on the NYSE and had numerous market makers is strong evidence that the Vale ADR traded in an efficient market throughout the Class Period.

### 4.   F-3 Registration Eligibility

95.   F-3 registration is to foreign companies listed on U.S. exchanges what S-3 registration is to domestic companies. A U.S. company is eligible for S-3 registration, and a foreign company is eligible for F-3 registration, when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

96.   At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares. Eligibility requirements for Form F-3 registration are the same for S-3, except that the company must be a foreign private issuer, i.e., not a U.S. company.[60]

97.   In 1992, the SEC revised its S-3 registration eligibility requirements to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration as long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one-third of their public float in primary offerings over any period of 12

---

[58] "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, March 28, 2005.

[59] Market maker data obtained from Bloomberg.

[60] "Eligibility of Smaller Companies to Use Form S-3 or F-3 for Primary Securities Offerings," SEC website, accessed at www.sec.gov/info/smallbus/secg/s3f3-secg.htm.

calendar months."[61] Despite the fact that the $75 million float requirement has been relaxed, courts continue to focus on the $75 million benchmark when analyzing this *Cammer* factor.[62]

98.    The *Cammer* Court noted that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensured that financial data are available to market participants, and the "public float" requirement indicated that many market participants would have examined the information.[63]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> **Cammer, 711 F. Supp. 1264 at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
> **Id. at 1285.**

> "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
> **Id. at 1287.**

### a.    Float

99.    A company's float is the number or value of its shares that can potentially trade freely in the marketplace. It is generally defined as the number or value of outstanding shares, minus insider holdings and shares owned by affiliated corporate entities.[64]

---

[61] "Revisions to The Eligibility Requirements for Primary Securities Offerings On Forms S-3 And F-3," SEC Release No. 33-8878, 19 December 2007.

[62] *See, e.g., Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

[63] *Cammer*, 711 F. Supp. at 1284-85.

[64] For a discussion of the generally accepted definitions of shares outstanding and float, see "Float Adjustment Methodology," *S&P Dow Jones Indices*, July 2012.

100. Data quantifying outstanding ADRs and insider holdings is presented in the Company's 20-F filings. Using this data coupled with ADR price data obtained from CRSP, I computed Vale's ADR float throughout the Class Period.

101. The average float of just the Vale ADRs, not including the common shares traded in Brazil, was $15.3 billion during the Class Period. Vale ADR float ranged between $10.0 billion and $20.6 billion during the Class Period, always exceeding both the original and revised float conditions for F-3 registration eligibility throughout the entire Class Period. As none of the ADRs were owned by insiders, the ADR float equals the ADR market capitalization.

102. Vale is one of the largest companies in the world. It is not a small or obscure company with thinly traded securities. On the contrary, its market capitalization and float placed it among the tier of largest companies in the world. Even restricting the quantification of float to just the Vale ADRs, excluding the common shares traded in Brazil, the value of freely trading ADRs by itself was far above the threshold for F-3 registration.

### b. Financial Filings

103. Vale regularly and timely filed financial reports with the SEC throughout the Class Period, satisfying the financial filing requirement for F-3 registration eligibility. The financial information in the SEC filings, supplemented by information provided by analysts, news coverage, Brazilian financial filings, and the Company itself provided investors with financial information about the Company on a continuous basis.

### c. Actual F-3 Filing

104. Not only was Vale eligible to undertake an F-3 registration throughout the Class Period, but Vale did file a Form F-3 Registration Statement during the Class Period, on 19 June 2018.[65]

### B. *Krogman* Factors

105. In addition to evaluating market efficiency using the *Cammer* factors, I also examined the Vale ADR and its market with respect to the three additional *Krogman* factors.

---

[65] Vale S.A., Form F-3ASR, filed 19 June 2018.

### 1.    Market Capitalization

106.   During the Class Period, Vale's total market capitalization, the market value of all its outstanding common shares, ranged between $18.2 billion and $77.5 billion. The total market capitalization averaged $45.2 billion during the Class Period, making it one of the largest companies in the world.

107.   As noted in the F-3 eligibility discussion above, the market capitalization of Vale's ADRs alone, excluding the common equity traded in Brazil, ranged between $10.0 billion and $20.6 billion during the Class Period, and averaged $15.3 billion. This average market capitalization of Vale's ADRs alone, was larger than the respective market capitalizations of 94% of all publicly-traded companies in the United States.[66]

108.   Consistent with the *Unger* and *Krogman* opinions, the sizeable market capitalizations of Vale's common equity and of its ADRs throughout the Class Period is further evidence of the efficiency of the market for the Vale ADR.

### 2.    Float

109.   While float excludes shares held by insiders and affiliated corporate entities, according to the Company's SEC filings, none of Vale's 1.3 billion ADRs were held by insiders or affiliated corporate entities.[67] Consequently, just as Vale's ADR market capitalization was extraordinarily large, so was its ADR float. The average float was larger than the total market capitalizations (which includes shares held by insiders and affiliates) of at least 94% of all other publicly traded companies in the U.S.

110.   The very large size and high percentage of Vale's ADR float satisfy the second *Krogman* factor for market efficiency and compel the conclusion that the market for Vale ADRs was an efficient market throughout the Class Period.

---

[66] Using averaged month-end data from CRSP for October 2016 to January 2019. I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA while the 10th decile contains the smallest 10%.

[67] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 109; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 118; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 123.

3.    Bid-Ask Spread

111.    I obtained from CRSP the daily closing bid and ask quotes for Vale ADR during the Class Period.

112.    I measured the percentage bid-ask spread as the difference between the bid and ask quotes, divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spread in the finance literature.[68] Exhibit-4 presents Vale ADR bid-ask spread data.

113.    The average bid-ask spread for Vale ADRs over the course of the Class Period was 0.09%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database was 0.55%.[69] The Vale ADR average bid-ask spread was therefore substantially narrower than the mean level among all CRSP stocks – stocks traded on the NYSE, AMEX, NASDAQ, and ARCA.

114.    In dollar terms, the Vale ADR bid-ask spread during the Class Period averaged $0.01. For all stocks in the CRSP database, the average bid-ask spread during this period was $0.11.[70] Measured this way too, Vale's bid-ask spread was much narrower than the average.

115.    The average bid-ask spread in the market for Vale ADR over the course of the Class Period was well below the typical bid-ask spread exhibited by other publicly-traded stocks in the United States. This narrow bid-ask spread in the market for Vale ADR supports a conclusion of market efficiency.

---

[68] "Price Reversals, Bid-Ask Spread, and Market Efficiency," by Allen B. Atkins and Edward A. Dyl, *Journal of Financial and Quantitative Analysis*, Vol. 25, No. 4, 1990, pp. 535-547.

[69] This calculation is based upon averaged month-end data from CRSP for October 2016 through January 2019.

[70] Id.

## IX.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE VALE ADR

116.   The fifth *Cammer* factor is empirical evidence showing a cause-and-effect relationship between the release of company-specific information and movements in the security price.[71] The *Cammer* court noted that a demonstration of a cause-and-effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[72]

117.   While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," more recently, in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017), the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied and circumstances are not unusual. In *Waggoner*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies."[73]

118.   Other Second Circuit courts have similarly concluded that the fifth *Cammer* factor is not necessary when the other *Cammer* and *Krogman* factors indicate market efficiency. Particularly noteworthy is the Court's determination in a prior case involving the Vale ADRs.

> "The remaining four *Cammer* Factors and three *Krogman* Factors support a finding of market efficiency. The Second Circuit explained that if these seven factors are satisfied, the fifth *Cammer* Factor is not necessary for a finding of market efficiency."
> ***In re Vale S.A. Sec. Litig.*, 2019 WL 11032303, at \*14 (S.D.N.Y. Sept. 27, 2019).**

> "The only factor that is subject to disagreement is *Cammer*'s fifth factor, i.e., whether there was a "demonstration of a cause and effect relationship between [BlackBerry]'s unexpected, material disclosures and changes in stock price." *Waggoner*, 875 F.3d at 94 (alteration omitted) (quoting *Bombardier*, 546 F.3d at 200). As the Second Circuit noted in *Waggoner*,

---

[71] *Cammer*, 711 F. Supp. 1264 at 1291.

[72] *Id.*, at 1287.

[73] *Waggoner v. Barclays PLC*, 875 F.3d 79 at 97.

31

> where the remaining four Cammer factors and the three Krogman factors all point toward market efficiency, a court can dispense with the fifth Cammer factor completely."
> **Pearlstein v. Blackberry Ltd., 2021 WL 253453, at \*16.**

119. The understanding that the empirical factor is generally not needed to prove market efficiency when the other factors are satisfied was articulated also by other courts in other circuits. For example, the District of Arizona recently found that the plaintiffs in *Di Donato, v. Insys Therapeutics Inc.* "proved the prerequisites for invoking the fraud-on-the-market presumption of reliance under *Basic*, and Defendants have not rebutted it."[74] In that decision, the *Insys* Court concluded that evidence of the market's reaction to unexpected corporate events or financial disclosures is not required in every case.[75]

> "The Second, Fourth, Fifth, and Eleventh Circuits have instructed that the *Cammer* factors serve only as a guide for determining market efficiency to be applied in a case-by-case basis in addition to other considerations and that, while important in certain cases, the fifth *Cammer* factor is not a mandatory prerequisite in every case for finding market efficiency. *Waggoner v. Barclays PLC*, 875 F.3d 79, 97-98 (2d Cir. 2017); *Gariety v. Grant Thornton, LLP*, 368 F.3d 356, 368 (4th Cir. 2004); *Unger v. Amedisys Inc.*, 401 F.3d 316, 323 (5th Cir. 2005); *Bell v. Ascendant Solutions, Inc.*, 422 F.3d 307, 313, 316 (5th Cir. 2005); *Local 703, I.B. of T. Grocery & Food Employees Welfare Fund v. Regions Financial Corp.*, 762 F.3d 1248, 1255-56 (11th Cir. 2014). Although these circuit courts require proof and thorough analysis of market efficiency in context, they disclaim rigid adherence to a bright line test. The parties have not cited, and the Court has not found, contrary authority."
> **Di Donato, 333 F.R.D. at 438.**

120. A recent Sixth Circuit decision concurs, noting that the effort discussing and disputing the fifth *Cammer* factor was unnecessary.

> "The parties have expended much effort discussing and disputing the application of the fifth *Cammer* factor, whether it has been met, and whether it matters if it has or has not been met. In fact, it doesn't matter. '[N]o court has adopted a per se rule that any one *Cammer* factor is dispositive.' *Strougo v. Barclays PLC*, 312 F.R.D. 307, 320-21 (S.D.N.Y. 2016). Numerous

---

[74] *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 448 (D. Ariz. 2019).

[75] *Id. at* 438, 441-442.

32

> Courts within the Sixth Circuit have held that market efficiency can be established without regard to the fifth *Cammer* factor. *See In re Accredo Health, Inc. Sec. Litig.*, 2006 WL 1716910, *10 (W.D. Tenn. 2006) (even if plaintiffs failed to establish *Cammer* 5, 'this alone would not negate the efficiency of the market'); *Zwick Partners, LP v. Quorum Health Corp.*, 2019 WL 1450546, *13 (M.D. Tenn. 2019) (market efficiency established without reference to *Cammer* 5); *Burges v. BancorpSouth, Inc.*, 2017 WL 2772122, *9 (M.D. Tenn. 2017)(same); *Ross v. Abercrombie & Fitch Co.*, 257 F.R.D. 435, 454 (S.D. Ohio 2009)(same)."
>
> ***Dougherty v. Esperion Therapeutics, Inc.,* No. 16-10089, 2020 WL 2832252, at *6 (E.D. Mich. May 31, 2020),** *report and recommendation adopted*, **No. 16-10089, 2020 WL 6793326 (E.D. Mich. Nov. 19, 2020).**

121.  Nonetheless, significant stock price reactions to unexpected company events and announcements do demonstrate market efficiency and are ~~therefore~~ compelling empirical evidence of market efficiency. The empirical analysis that I conducted provides such evidence. The Vale ADR exhibited statistically significant price reactions to important events and announcements during the Class Period. This result proves that there was a cause-and-effect relationship between the release of new information and changes in the price of Vale's ADR, which demonstrates and therefore indicates market efficiency.

### A.   Event Study for Assessing Market Efficiency for the Vale ADR

#### 1.   Event Study Methodology

122.  Event studies test whether a security responds to new information. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. Renowned financial economist and Nobel Laureate Professor Eugene Fama attests:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information."
>
> **"Efficient Capital Markets: II," by Eugene Fama,** *Journal of Finance*, **1991, p. 1607.**

123. Campbell et al. [1997] present a useful description and examples of the event study methodology and write about how it is generally accepted and widely used in academic research.[76] Gold et al. [2017] describe how the methodology is generally accepted and widely used in forensic applications.[77]

124. An event study measures how much a security price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a security price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

125. If a security's residual return is statistically significant, it indicates that the security price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. A significant stock price reaction to the release of new, company-specific information demonstrates market efficiency. It is proof that the stock price responded to information.

        2.      <u>Event Selection Criteria and a Caveat About Non-Significant Stock Price Movements</u>

126. Event studies detect significant stock price movements – that is, stock price movements that are so large that they cannot reasonably be attributable to random volatility but rather were likely caused by company information. To be informative about market efficiency the event study should focus on information events that should have a large effect on the valuation of the subject security according to principles of valuation, so that those events

---

[76] Chapter 4 of *The Econometrics of Financial Markets*, by John Campbell et al., Princeton University Press, 1997.

[77] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

would be expected to significantly move the security price in an efficient market. If important information events do cause significant stock price movements, the event study analysis establishes that there was a cause-and-effect relationship between the release of information and stock price movement.

127.   Ideal candidate events for inclusion in an event study testing for market efficiency are therefore events on which company-specific information was released that is new, unexpected, and of such import as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.

128.   It is important to note that an event study tests the joint hypothesis that (i) the stock trades in an efficient market, and (ii) the appropriate valuation impact of the information disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular announcement or event.[78]

129.   For example, if a company reports business results that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to warrant a statistically significant stock price reaction. The release of important information consistent with market expectations would maintain the price, whereas important information inconsistent with expectations would be expected to cause a change in the stock price. Similarly, if a misrepresentation is made alongside countervailing confounding news that impacts the stock price in the opposite direction, the mix of news may cause no statistically significant stock price reaction in an efficient market.[79] In these examples, a

---

[78] *See, e.g.*, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

[79] Confounding information is simultaneously-released, unrelated, company-specific information.

modest stock price movement, or even no movement at all, may be the appropriate stock price reaction. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock behaved as it should in an efficient market.

130. Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a significant security price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it was previously, so the price impact would be maintenance of the price level where it was previously.

131. An event study testing market efficiency does not require a comprehensive identification of all events during a class period on which new allegation-related information was disclosed, or testing of all events identified in a complaint.[80] Events should be selected on the basis of an independent analysis of which candidate events are the most informative about market efficiency, and these events may be allegation-related or unrelated. In the same vein, an ideal candidate event for testing market efficiency should not necessarily be excluded simply because it also happens to be related to the allegations of the case.

### 3. Selection of Market Efficiency Event Study Events

132. I reviewed news and analyst reports to ascertain which events over the course of the Class Period were appropriate candidates for a market efficiency event study. I identified four such important news events within the Class Period. Based on generally accepted principles of valuation, these four events reasonably would warrant a large stock price reaction in an efficient market. The dates of these news events are 25 January 2019, 28 January 2019, 4 February 2019, and 6 February 2019.

133. These news events are described below.

---

[80] A comprehensive identification of all disclosures of information related to the alleged fraud is beyond the scope of this report and is properly addressed in an analysis of loss causation and damages.

*a.*    *25 January 2019*

134.    On 25 January 2019 (Friday), during trading hours in the U.S., the Company announced that Dam 1 in the state of Minas Gerais had collapsed.[81] According to the Company, there was "no immediate confirmation of any injuries."[82] The Company stated that "spillage from the dam reached the company's administrative area and part of the community of Vila Ferteco, and that rescue workers have been sent to the site."[83]

135.    The media reported that there were "about 200 people still unaccounted for after a tailings dam burst" and "scores of people were trapped in areas by the river of sludge released by the dam failure."[84] News reports noted that the Dam 1 collapse occurred in the same region as the Company's joint-venture Samarco Mariana Dam, which burst in 2015 and "killed 19 people," following which "operations at Samarco remain halted over legal disputes relating to damages the rupture caused even after the companies settled a $5.28 billion civil lawsuit last year."[85]

136.    Analyst reaction was negative. Analysts stated that they were seeking more information on the extent of the damage. Scotiabank reduced its price target to $17.00 from $19.50, while noting, "It is still too early to quantify the social, environmental and economic impact of this unfortunate accident."[86] Jefferies stated that "the full extent of the damage and the potential impact on iron ore markets are not clear," but that the event was "a material negative for Vale."[87] Morgan Stanley analysts wrote, "this new unfortunate incident is likely to generate material scrutiny."[88]

---

[81] "Dam Bursts at Vale Mine in Brazil," by Jeffrey Lewis, *Dow Jones Institutional News*, 25 January 2019, 11:40 AM.

[82] "Dam Bursts at Vale Mine in Brazil," by Jeffrey Lewis, *Dow Jones Institutional News*, 25 January 2019, 11:40 AM.

[83] "Dam Bursts at Vale Mine in Brazil," by Jeffrey Lewis, *Dow Jones Institutional News*, 25 January 2019, 11:40 AM.

[84] "Hundreds Missing in Brazil after Vale Tailings Dam Breaks," *The Daily Star*, 25 January 2019.

[85] "Hundreds Missing in Brazil after Vale Tailings Dam Breaks," *The Daily Star*, 25 January 2019.

[86] "Re-Rating to Pause as Second Tailings Dam Failure Likely to Dampen Confidence; Cutting Price Target," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 25 January 2019.

[87] "Another Tailings Dam Failure," by Christopher LaFemina et al., Jefferies, analyst report, 25 January 2019, p. 1.

[88] "Dam Breaks in Minas Gerais; Shares Under Pressure," by Carlos De Alba et al., Morgan Stanley, analyst report, 25 January 2019, p. 1.

137. Analysts expressed concern that the Dam 1 break could have a negative financial impact similar to that of the 2015 Samarco Dam collapse. BMO stated that "whilst lost production might be a longer-term concern, the initial market fears are likely to focus on the risk of a second major event, like Samarco, and the associated liabilities."[89] JPMorgan offered that the Dam 1 collapse could lead to "higher scrutiny over the regulatory framework of the mining industry, … lead to further delays in granting new licenses, but also lifting existing permits."[90] JPMorgan added, "Financial fines will also likely be imposed. In the case of Samarco, an initial settlement totaled R$11-13 billion, but we estimate that it has since been lifted to as much as ~R$20 billion."[91]

> "There is little information at this time; indeed, the company itself cannot confirm whether it is a tailings or water dam, or what operation it is associated with. The location puts it within the Southeastern System, which represents 25% of Vale's fines production, although we note the market will likely question if it is a second Samarco, pending more information. … Whilst lost production might be a longer-term concern, the initial market fears are likely to focus on the risk of a second major event, like Samarco, and the associated liabilities."
> **"Press Reports of Dam Failure," by Edward Sterck and David Gagliano, BMO, analyst report, 25 January 2019, p. 1.**

> "The full extent of the damage and the potential impact on iron ore markets are not clear. While we hope the reports of fatalities are inaccurate, we do believe this is a material negative for Vale and a positive for other iron ore miners due to upside risk to prices resulting from less supply."
> **"Another Tailings Dam Failure," by Christopher LaFemina et al., Jefferies, analyst report, 25 January 2019, p. 1.**

> "Mine production of 7.8mt in '17A. The Feijão mine produced 7.8mt of iron ore in 2017 (~2% of total) and is part of a larger complex in the Southern System (responsible for ~27% of total production that year). The mine reportedly used two dams to manage the waste of iron ore production, one of which collapsed earlier today. … Accident likely to result in higher compliance from authorities. The tragedy is likely to generate higher

---

[89] "Press Reports of Dam Failure," by Edward Sterck and David Gagliano, BMO, analyst report, 25 January 2019, p. 1.

[90] "Tailing Spill from Dam Failure at Feijao Mine - ALERT," by Rodolfo Angele, analyst report, JPMorgan, 25 January 2019, p. 1.

[91] "Tailing Spill from Dam Failure at Feijao Mine - ALERT," by Rodolfo Angele, analyst report, JPMorgan, 25 January 2019, p. 1.

scrutiny over the regulatory framework of the mining industry, especially over the usage of dams. The company produced ~60% of its iron ore through operations that rely on dams (as of 2016) and had already been shifting new output into dry processing (aiming 70% of dry production by 2025). The accident could lead to further delays in granting new licenses, but also lifting existing permits. … Financial fines likely to be imposed. The company has stated that its efforts are focused on containing the damage, protecting the population and repairing the region. Financial fines will also likely be imposed. In the case of Samarco, an initial settlement totaled R\$11-13 billion, but we estimate that it has since been lifted to as much as ~R\$20 billion."

**"Tailing Spill from Dam Failure at Feijao Mine - ALERT," by Rodolfo Angele, analyst report, JPMorgan, 25 January 2019, p. 1.**

### b.    28 January 2019

138.   The market learned more about the Dam 1 collapse and its ramifications between the close of trading on 25 January 2019 and the close of trading on 28 January 2019. During this period, analysts and market participants continued to assess the financial impact of the collapse.

139.   On 25 January 2019 (Friday), after the close of trading, S&P placed Vale's ratings on credit watch with negative implications.[92] S&P stated that "the CreditWatch placement reflects the contingent risks Vale will face following the dam failure in Brumadinho, which resulted in several deaths and devastated territories in the region."[93] The bond rating agency further stated that it would "resolve this CreditWatch placement as soon as possible when all relevant information becomes available."[94]

"The CreditWatch placement reflects the contingent risks Vale will face following the dam failure in Brumadinho, which resulted in several deaths and devastated territories in the region. Vale's environmental and social liabilities could be substantial, especially considering that such an incident has happened before. (Vale's JV Samarco's dam breached in 2015, resulting in a shutdown that remains ongoing and in the default of the subsidiary's

---

[92] "*S&PGR Places Vale S.A. Ratings On CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019, 7:39 PM.

[93] "*S&PGR Places Vale S.A. Ratings On CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019, 7:39 PM.

[94] "*S&PGR Places Vale S.A. Ratings On CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019, 7:39 PM.

obligations.) We believe Vale now faces multiple risks arising from the disaster. Its financial obligations to remediate and compensate for losses might be substantial, and the company would have to face long and complex studies from environmental entities and regulatory bodies that could end up in license suspensions. Our assessment of the events will also take into account our opinion of Vale's ability to safely operate its mines. We plan to resolve this CreditWatch placement as soon as possible when all relevant information becomes available."

**"*S&PGR Places Vale S.A. Ratings On CreditWatch Negative," Dow Jones Institutional News, 25 January 2019, 7:39 PM.**

140.    On 26 January 2019 (Saturday), government officials confirmed that Vale had been assessed an "initial $66.5 million fine" by "the government's environmental protection agency Ibama."[95] State authorities also confirmed that they had "ordered $265 million in Vale's bank accounts be frozen with a view to making the funds available to victims of the disaster."[96] That day, state prosecutors said that a Brazilian judge in Minas Gerais "froze 5 billion reais ($1.33 billion) in the accounts of miner Vale SA <VALE3.SA> to pay for damages." On 26 January 2019, the reported death toll was raised to 34 people, with approximately 250 still missing.[97]

141.    On 27 January 2019, (Sunday), the Company announced it had "suspended its planned shareholder dividends, share buybacks and executive bonuses in light of a deadly tailings dam disaster in Brazil."[98] The Company's board of directors formed independent committees to "investigate the causes" of the Dam 1 collapse and "monitor relief efforts."[99]

---

[95] "Brazil's Vale Hit With First Fine Over Dam Disaster," *Agence France Presse*, 26 January 2019, 12:08 PM.

[96] "Brazil's Vale Hit With First Fine Over Dam Disaster," *Agence France Presse*, 26 January 2019, 12:08 PM.

[97] "Hundreds missing in Brazil, 34 found dead, after Vale dam burst," *Reuters News*, 26 January 2019, 8:50 PM.

[98] "Vale Suspends Dividends, Buybacks and Bonuses After Brazil Dam Disaster," *Reuters News*, 27 January 2019, 9:34 PM.

[99] "Vale Suspends Dividends, Buybacks and Bonuses After Brazil Dam Disaster," *Reuters News*, 27 January 2019, 9:34 PM.

142.    On 28 January 2019 (Monday), prior to the start of trading, it was reported that "Brazilian judicial officials in southeast Minas Gerais state on Sunday froze another 5 billion reals (1.325 billion U.S. dollars) in bank accounts belonging to mining giant Vale. … bringing the total of frozen assets to 11 billion reals (2.915 billion dollars)."[100] Before the start of trading, it was reported that "the official toll from the disaster was 58 dead and 305 missing as of late Sunday."[101] That day, Brazil's Prosecutor General announced that executives at the Company may be held criminally liable for the Dam 1 collapse.[102] During trading, Fitch downgraded Vale's ratings to BBB- from BBB+ and placed the Company on Rating Watch Negative, citing "Fitch's expectation that the company will incur heavy reparation costs."[103]

> "These downgrades reflect Fitch's expectation that the company will incur heavy reparation costs as a result of this accident that resulted in 16 confirmed fatalities and more than 300 missing people, caused widespread environmental damage and destroyed property. They also build in an expectation that monetary fines will be substantial, as this mining accident occurred approximately three years after another dam collapsed at the company's mining joint venture, Samarco. Further factored into these rating actions is an expectation of decreased production in the near-to-intermediate term and additional capex for remediation and other possible expenditures to ensure safety at the company's numerous other dams or to move toward dry processing. Vale's access to financing will also likely be hindered due to ESG concerns, as well as questions about the stability of its operations."
> **"*Fitch Downgrades Vale to 'BBB-', Places on Rating Watch Negative" Dow Jones Institutional News, 28 January 2019, 3:49 PM.**

143.    Analysts continued to assess the impact of the Dam 1 collapse from 26 January 2019 through 28 January 2019, updating their ratings and valuations for Vale shares. JPMorgan compared the Dam 1 collapse to the Samarco Dam collapse in 2015, and forecasted that "resumption of operations should be far away on the horizon, as Samarco hasn't operated

---

[100] "Brazilian officials freeze another 1.325 bln USD in Vale assets," *Xinhua News Agency*, 28 January 2019, 12:00 AM.

[101] "Brazil Mining Giant Vale Tarnished by Dam Disaster," *Agence France Presse*, 28 January 2019, 1:48 AM.

[102] "Prosecutor General Says Vale Execs May be Held Criminally Liable," *Valor – International*, 28 January 2019.

[103] "*Fitch Downgrades Vale to 'BBB-', Places on Rating Watch Negative" *Dow Jones Institutional News*, 28 January 2019, 3:49 PM.

41

since its incident in 2015."[104] JPMorgan also stated that "the bigger impacts should come from higher scrutiny over the mining industry regulatory framework, likely resulting in higher compliance for ongoing operations and future permits."[105] HSBC stated that while the production loss from the mine was modest, the total liability would "likely be at least as large as the USD3.2bn Samarco liability" due primarily to the higher death toll.[106] HSBC downgraded Vale shares to Hold, and reduced its price target to $14.50 from $18.00.[107]

144.    Jefferies downgraded Vale to Hold from Buy and reduced its price target to $14 from $18, noting that the Dam 1 collapse would "likely to be an overhang on the Vale share price for an extended period." Jefferies also revised its benchmark iron ore forecasts, noting that "supply disruptions resulting from this incident will very likely tighten the iron ore market."[108] BMO downgraded Vale shares to Market Perform from Outperform, and reduced its price target to $13 from $15.[109] BMO stated that "the impact on Vale is difficult to quantify" and that "the stock could experience significant downward pressure near term."[110]

> "We recommend that investors buy shares of Fortescue, Rio, BHP and Anglo American for exposure to higher-than-expected iron ore prices while we downgrade Vale to Hold given risks related to the dam failure. Vale tailings dam failure: We have reduced our iron ore production forecasts for Vale by a somewhat arbitrary 10mtpa following the tailings dam tragedy of this past Friday as supply from Vale's >27mtpa Paraopeba Complex in its Southern System will likely be significantly affected by the disaster.

---

[104] "Dam Burst Update: How Does Brumadinho Compare to Samarco – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 27 January 2019, p. 1.

[105] "Dam Burst Update: How Does Brumadinho Compare to Samarco – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 27 January 2019, p. 1.

[106] "[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.

[107] "[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.

[108] "Upgrading BHP and FMG to Buy; Downgrading Vale to Hold," by Christopher LaFemina et al., Jefferies, analyst report, 27 January 2019, p. 1.

[109] "Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound," by Edward Sterck et al., BMO, analyst report, 28 January 2019, pp. 1-4.

[110] "Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound," by Edward Sterck et al., BMO, analyst report, 28 January 2019, p. 1.

Stringent safety inspections could affect production from other mines in Brazil as well. The overall impact of the dam failure is nearly impossible to quantify for now and rescue operations are the clear priority. Supply disruptions resulting from this incident will very likely tighten the iron ore market, which is already relatively strong. … Vale has been one of our preferred stocks in the global mining sector, and its shares remain very inexpensive. However, the news from last Friday is a negative to the Vale investment case and likely to be an overhang on the Vale share price for an extended period. We therefore downgrade Vale from Buy to Hold and lower our target price for Vale shares from $18/sh to $14/sh."
**"Upgrading BHP and FMG to Buy; Downgrading Vale to Hold," by Christopher LaFemina et al., Jefferies, analyst report, 27 January 2019, p. 1.**


"We are downgrading Vale shares to Market Perform on the failure of an inactive tailings dam. There are reasons to think that the impact on Vale could be substantial given this is the second failure in three years and the significant loss of life as a result of this event. However, with the dam independently certified as safe as recently as September 26, 2018, the impact on Vale is difficult to quantify. Financial considerations may not come into the picture, however, and it is possible that the stock could experience significant downward pressure near term. … we are downgrading Vale shares to Market Perform, but note that non-financial considerations could lead to substantial near-term selling pressures on the stock"
**"Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound," by Edward Sterck et al., BMO, analyst report, 28 January 2019, pp. 1-4.**


"The collapsed dam had a capacity of 12m $m^3$ of tailings compared with 50m $m^3$ at Samarco. The 37 deaths, which is likely to increase given the several hundred people still unaccounted for, exceed the 17 related to Samarco. The liability for the Samarco accident totaled USD3.2bn while the Brazilian court system has frozen BRL11bn so far from Vale over the weekend for this incident. … A small mine but a huge impact: Purely from a production standpoint, the direct impact is likely to be negligible for the iron ore market and for Vale, as the Feijao mine produced 7.8mt in 2017, just 2% of total production at Vale. But the total liability will likely be at least as large as the USD3.2bn Samarco liability given the more significant death toll and because this is the second dam collapse in three years related to Vale while this mine has been inspected and certified by Vale, third-party inspection companies and the Brazilian government in the past several months. We are also concerned about secondary effects such as a halt in all

43

of Vale's Brazilian iron ore operations that produce tailings, to enable additional inspections (predominantly the Southern and SE systems, which produced 195mt in 2017), revocation of operating licenses, criminal prosecution and lawsuits in Brazil and the US."
**"[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.**

### c.    4 February 2019

145.    On 4 February 2019, during trading, *Bloomberg* citing the publication O Globo, reported that "a Brazilian court issued an injunction ordering Vale to halt a mine that produces 30 million tons of ore per year after a request from public prosecutors."[111] The article noted that the dam for the halted Brucutu mine was not built by the same upstream method as Dam 1.[112]

146.    Analyst reaction was generally negative. Analysts sought more clarity on Vale's appeal of the decision to halt the Brucutu mine. Scotiabank compared the 30Mtpa production loss from the Brucutu mine halt to Vale's production capacity of 450Mtpa, and accordingly reduced their production estimates "to 390 Mtpa – 395 Mtpa in 2019-2021."[113] Morgan Stanley analysts stated that "we believe Vale would not be able to offset these volumes by ramping up output elsewhere," and "we believe the iron ore market will like price in a bigger and/or longer potential impact to Vale's iron ore output than we first thought."[114]

> "The estimated impact of the decision of a temporary halt of the Laranjeiras dam and the Brucutu mine (part of the Minas Centrais complex in the Southeastern System) is 30 Mpta. In our model we assume 28 Mtpa production from Minas Centrais. … While we expect Vale to appeal the court's decision, we note that risks to our recently reduced production estimates look skewed to the downside. … Less leeway to maintain production close to Vale's original 400 Mtpa target. As we noted before,

---

[111] "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM.

[112] "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM, updated 10:11 AM.

[113] "Legal Action Against Vale May Limit Iron Ore Production," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 4 February 2019, p. 1.

[114] "Feijão Dam Accident Update #3," by Carlos De Alba et al., Morgan Stanley, analyst report, 4 February 2019, p. 1.

Vale's production capacity stands at 450 Mtpa. We understand that the company can minimize the impact of a projected 40 Mtpa output cut from the company's decision to decommission upstream tailings dams. We currently forecast a marginal decrease in production to 390 Mtpa - 395 Mtpa in 2019-2021. However, if Brucutu's mine stays closed for long - or if further legal action limits or stops mining operations at other sites - Vale's iron ore production may fall below our current estimates."

**"Legal Action Against Vale May Limit Iron Ore Production," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 4 February 2019, p. 1.**

"Impact on our views? The above mentioned production halt would come on top of the 40Mt announced by the company (here) due to the decommissioning process of all its upstream tailings dams in the next three years. We believe Vale would not be able to offset these volumes by ramping up output elsewhere. We understand the tailings dam that supports the Brucutu operation is built by the downstream method, which is a different construction system than the upstream structures used in the failed Feijão and Samarco dams. We understand the court ruling is temporary and believe Vale will likely appeal such decision. … While the situation around the Brucutu mine suspension remains fluid, we believe the iron ore market will like price in a bigger and/or longer potential impact to Vale's iron ore output than we first thought. The stoppage of Brucutu, if it extended for a significant amount of time, would materially reduce the 37Mt supply surplus our commodity team originally forecast for 2019 (prior to the Feijão dam failure)."

**"Feijão Dam Accident Update #3," by Carlos De Alba et al., Morgan Stanley, analyst report, 4 February 2019, p. 1.**

### d.   6 February 2019

147.   On 5 February 2019, after the close of trading, the Company announced that "it was declaring force majeure on some iron ore and pellets sale contracts, 'as a result of the temporary suspension of the Brucutu mine production.'"[115] The Company did not specify which contracts had been impacted.

---

[115] "*Vale Declares Force Majeure on Some Iron Ore and Pellets Sales Contracts," *Dow Jones Institutional News*, 5 February 2019, 4:49 PM.

148.    On 6 February 2019, prior to the start of trading, *The Guardian* reported that Company operators at Dam 1 were warned the prior year that the dam was not safe due to a leak.[116]

> "The Brazilian mining dam which collapsed in January, killing hundreds of people, suffered a leak last year that compromised its safety, according to employees who allege the mine's operators did not inform the workforce or relocate a canteen and administration building that were destroyed in the disaster. One hundred and forty-two people died and 194 are still missing after the dam near Brumadinho in Minas Gerais state collapsed on 25 January. On the day of the disaster, Vale – the Brazilian company which owns the mine – said the dam was regularly checked, most recently on 22 January, and had received 'declarations of stability' from Tüv Süd, a German inspection company. … But three workers told the Guardian that around July last year, repairs were carried out after the dam leaked water near its base."
> **"'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.**

> "'The supervisor found mud leaking,' he said. 'They called for my father, because he had worked his whole life with dams and mines.' By 4pm the following day, workers had been brought in to fix it and the area had been sealed off. 'They did the repair and said there was no problem,' he said. Coelho broke into tears as he remembered his father warning him to steer clear of the dam. 'That's going to burst at any time,' he recalled him saying. … Dam safety experts said that such a leak would mean the dam was not safe."
> **"'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.**

149.    Additionally, shortly before the close of trading on February 6, 2019, *The Wall Street Journal* reported in an article, "Inspectors of Vale Dam in Brazil Issued Warning Before Collapse," that Vale was warned by inspectors that "faulty water drainage and monitoring systems represented a potential risk of failure" at Dam 1.[117]

---

[116] "'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.

[117] "Inspectors of Vale Dam in Brazil Issued Warning Before Collapse," by Patricia Kowsmann and Scott Patterson, *The Wall Street Journal*, 6 February 2019, 3:37 PM.

"Inspectors of a Brazilian mining-waste dam whose collapse last month killed at least 150 people had warned its owner that faulty water drainage and monitoring systems represented a potential risk of failure, according to a safety report reviewed by *The Wall Street Journal*. The report, provided to the mine's owner Vale SA months before the disaster, found that flaws in monitoring crucial water concentrations and drainage made it difficult for the company to fully assess the dam's stability. TÜV SÜD, the company that inspected the dam and wrote a 128-page report for Vale in September, ultimately certified the dam as stable. But two independent mining dam experts who reviewed the report with the Journal said the dam shouldn't have been certified and Vale should have recognized potential risks. TÜV SÜD worked as both a consultant and an independent safety inspector for its client. The Journal previously reported that the dual role was a potential conflict of interest. After the dam collapse, Brazilian authorities arrested three Vale employees and two engineers who worked for TÜV SÜD. An appeals court ordered on Tuesday their release."

**"Inspectors of Vale Dam in Brazil Issued Warning Before Collapse," by Patricia Kowsmann and Scott Patterson, *The Wall Street Journal*, 6 February 2019, 3:37 PM.**

150.    The analyst reaction was decidedly negative. HSBC stated that if the allegations were confirmed, it "could imply increased lawsuits and liabilities"; HSBC "incorporated liabilities of USD8bn into our valuation."[118]

"According to a Wall Street Journal article (6 February 2019), TUV SUD, the firm responsible for the Brumadinho dam inspection, informed Vale in a report that the dam would be at a high risk of failure if the water was not properly drained. … In addition, according to a local media article (Globo, 6 February 2019), which cited testimony from two TUV SUD engineers to Federal Police, one of the engineers responsible for the dam stability certification felt pressured by a Vale director to sign off the dam clearance at the risk of losing the contract. The article also mentions that Vale and TUV SUD employees exchanged emails on January 23 and 24 (one day before the incident), pointing to discrepant data obtained by instruments in the January 10 revision as well as the malfunctioning of 5 piezometers (instruments for measuring pressure). A third article (Guardian, 06 February 2019) cites mine worker testimonies pointing to water leaking through a crack in July 2018, which needed to be repaired, as well as a general perception of imminent collapse."

**"Negative Headlines Keep Coming In," by Jonathan Brandt et al., HSBC, analyst report, 7 February 2019, p. 1.**

---

[118] "Negative Headlines Keep Coming In," by Jonathan Brandt et al., HSBC, analyst report, 7 February 2019, p. 1.

"A very adverse development, if confirmed: The flow of information has been extremely negative since the accident, as expected. While we do not know the authenticity of the accusations and media reports, the ramifications, if confirmed, could be much worse than what we have estimated, and could imply increased lawsuits and liabilities, more arbitrary mine stoppages and increased pressure for a management shake-up. As the uncertainty over Vale's liability related to the Brumadinho tailings dam accident continues to increase, we expect the shares to decouple from their fundamentals until more clarity is attained. … We have incorporated liabilities of USD8bn into our valuation. In our view, negative headlines will continue in the short term, creating headwinds and decoupling the stock from its fundamentals."

**"Negative Headlines Keep Coming In," by Jonathan Brandt et al., HSBC, analyst report, 7 February 2019, p. 1.**

151.   UBS lowered its price target to $12 from $15, citing "recent production disruptions and potentially higher replacement costs."[119]

"Lower price target to US$12/share; maintain Neutral We lower our price target to US$12 from US$15/sh on recent production disruptions and potentially higher replacement costs, partially offset by a higher iron ore price. While the >US$20bn equity value decline is encouraging some investor buying interest (as it implies an even larger capital outflow discounted back), we assess the lack of clarity pertaining to production and licenses from here supports a Neutral rating. … ~50mtpa of annualised production stoppages currently We estimate that Vale has ~50mt (Feijao 8mtpa + Vergem Grande 13mtpa + Brucutu 30mtpa) of annualised production down at the moment. The company declared force majeure on shipments related to the Brucutu mine earlier this week followed by the State of Minas Gerais cancelling the Brucutu dam license."

**"Outlook Remains Uncertain; Maintain Neutral," by Andreas Bokkenheuser et al., UBS, 8 February 2019, p. 1.**

### 4.   Isolating the Impact of Company-Specific Information

152.   One component of event study analysis determines how much of the Company's security return following each event was driven by market and industry sector factors, as opposed to Company-specific information, so that those influences can be statistically factored out. The method, which is generally accepted and widely used in econometric modeling,

---

[119] "Outlook Remains Uncertain; Maintain Neutral," by Andreas Bokkenheuser et al., UBS, 8 February 2019, p. 1.

involves running a regression to determine how the price of a company's security typically behaved in relation to the overall market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the security return that is attributable to market and sector factors is called the explained return.

153. The explained return is then subtracted from the actual return to isolate the residual return, which is the security's return after controlling for market and industry sector effects.

154. I ran regressions modeling the return of Vale's common ADR as a function of 1) a constant term, 2) the return of the U.S. stock market, 2) the return of the Brazilian stock market, 3) an industry sector index return, and 4) changes in the rate of exchange between the U.S dollar and the Brazilian real.

155. For the U.S. stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "U.S Market Index"), which is a generally accepted and widely used measure of the overall U.S. stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

156. For the Brazilian stock market factor, I used the Índice Bovespa ("Brazilian Market Index" or "Ibovespa"), which is a generally accepted and widely used measure of the overall Brazilian stock market. The Ibovespa incorporates payment of dividends by the constituent companies.

157. Because Vale was a constituent of the Ibovespa during the Class Period, I adjusted the index to exclude it.[120] This adjustment is necessary to mitigate the simultaneity of effects, wherein Vale's returns cause as well as are caused by changes in the Brazilian Market Index. The adjustment provides a purer measure of the effect of the Company's home market on the Vale ADR.

---

[120] I obtained from Thomson Eikon the daily weight of Vale common stock and preferred stock in the Ibovespa for the calendar years 2010-2019. Using this data, I removed the appropriately-weighted returns of Vale common stock and preferred stock from the Ibovespa.

158. For the industry sector factor, I used the Standard & Poor's Metals and Mining Select Industry Index ("Sector Index"). This index is constructed by Standard & Poor's to measure the performance of companies designated as "Metals & Mining" companies according to S&P's Global Industry Classification Standard ("GICS").

159. For the currency factor, I used the daily logarithmic returns computed from the daily values of the Brazilian real expressed in U.S. dollars.

160. All returns used in the regressions are logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[121]

161. Vale ADR trading data are presented in Exhibit-4. The U.S. Market Index return data, Brazilian Market Index return data, Sector Index return data, and foreign exchange return data are presented in Exhibit-5.

162. I ran rolling regressions on daily returns to compute the residual return for each day in the Class Period and to test each residual return for statistical significance. A full year of data comprising approximately 252 trading days is a typical estimation period for event study regressions, therefore each regression was estimated on the 252 trading days prior to the respective event date being tested.

163. The choice of using the period prior to the tested event date for the regression estimation period is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar in Litigation Services Handbook: The Role of the Financial Expert, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19.5.**

---

[121] Appendix-3 presents the mathematical formula for the logarithmic return and a discussion of the measure.

164.   I used dummy variables to control for potentially abnormal returns on 1) the earnings announcement events that occurred during each estimation period, and 2) the corrective disclosure events (if any) that occurred in each estimation period. Using dummy variables to control for potentially atypical observations in a regression estimation period, especially when those observation dates are the subject of the event study analysis, so that the model parameters reflect the typical price dynamics for that security, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[122]

165.   Daily regression results for the Vale ADR are presented in Exhibit-6.

### 5.   *t*-Test

166.   For each event, a statistical test called a *t*-test was conducted to determine whether the Vale ADR residual return was statistically significant. Statistical significance means that the return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility, but must have been caused by company-specific information.

167.   A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the event residual return was unlikely to have been caused by random volatility and is therefore deemed statistically significant.[123]

---

[122] *See*, *e.g.*, "Event Studies with a Contaminated Estimation Period," by Nihat Aktas *et al.*, *Journal of Corporate Finance*, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker *et al.*, *Journal of Financial & Quantitative Analysis*, 1980.

[123] This test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

168.    When a residual return is found to be non-significant, the result means that the *t*-test was indeterminate, and the security return may have been caused by information or random volatility.

169.    The results of the event study for the Vale ADR are presented below and summarized in Exhibit-7 and Exhibit-8.

**B.    Event Study Results**

1.    <u>25 January 2019</u>

170.    On 25 January 2019, the price of the Vale ADR declined 8.42% (on a logarithmic return basis). The U.S. Market Index return that day was 0.95%, the Brazilian Market Index return that day was 0.00%, the Sector Index return that day was 3.48%, and the Currency Factor return was -0.07%. Based on the regression model, the explained return of the Vale ADR was positive 3.17%. That is, the market and sector factors exerted a positive upward impact on the market price of the Vale ADR. Nonetheless, the market price of the Vale ADR fell sharply. The difference between the actual return of -8.42% and the explained return of 3.17% is a residual return of -11.59%.

171.    A residual return of -11.59% is an unusually large one-day decline for the Vale ADR. That residual return is associated with a *t*-statistic value of -7.65, which surpasses the critical *t*-statistic value of -1.96. This result indicates that the residual ADR price decline was too severe to have been merely a random fluctuation, but rather must have been a reaction to the negative news received by the market that day. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic if only random volatility (rather than information) was impacting the ADR price is virtually nil. The ADR return is statistically significant at the 99% confidence level, compelling the conclusion that the Company information received by the market that day caused the ADR price to decline.

52

### 2.    28 January 2019

172.    On 28 January 2019, the price of the Vale ADR declined 19.86% (on a logarithmic return basis). The U.S. Market Index return that day was -0.65%, the Brazilian Market Index return was 0.43%, the Sector Index return was -1.23%, and the Currency Factor return was -0.23%. Based on the regression model, the explained return of the Vale ADR was -0.66%. The difference between the actual return of -19.86% and the explained return of -0.67% is a residual return of -19.20%.

173.    A residual return of -19.20% is an unusually large one-day decline for the Vale ADR. That residual return is associated with a $t$-statistic value of -12.65, which surpasses the critical $t$-statistic value of -1.96. This result indicates that the residual ADR price decline was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic if only random volatility (rather than information) was impacting the ADR price is virtually nil. The ADR return is statistically significant at the 99% confidence level, compelling the conclusion that the Company information released that day caused the ADR price decline that day.

### 3.    4 February 2019

174.    On 4 February 2019, the price of the Vale ADR declined 3.40% (on a logarithmic return basis). The U.S. Market Index return that day was 0.67%, the Brazilian Market Index return was 1.14%, the Sector Index return was 0.68%, and the Currency Factor return was 0.25%. Based on the regression model, the explained return of the Vale ADR was 1.14%. The difference between the actual return of -3.40% and the explained return of 1.14% is a residual return of -4.54%.

175.    A residual return of -4.54% is an unusually large one-day decline for the Vale ADR. That residual return is associated with a $t$-statistic value of -2.90, which surpasses the critical $t$-statistic value of -1.96. This result indicates that the residual ADR price decline was too large to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic if only random volatility (rather than information) was impacting the ADR price is 0.40%. The ADR return is statistically significant at the 99% confidence level, compelling the conclusion that the Company information released that day caused the ADR price decline that day.

4.      6 February 2019

176.   On 6 February 2019, the price of the Vale ADR declined 6.39% (on a logarithmic return basis). The U.S. Market Index return that day was -0.25%, the Brazilian Market Index return was -3.70%, the Sector Index return was -0.65%, and the Currency Factor return was 0.77%. Based on the regression model, the explained return of the Vale ADR was -2.08%. The difference between the actual return of -6.39% and the explained return of -2.08% is a residual return of -4.31%.

177.   A residual return of -4.31% is an unusually large one-day decline for the Vale ADR. That residual return is associated with a *t*-statistic value of -2.75, which surpasses the critical *t*-statistic value of -1.96. This result indicates that the residual ADR price decline was too large to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic if only random volatility (rather than information) was impacting the ADR price is only 0.64%. The ADR return is statistically significant at the 99% confidence level, compelling the conclusion that the Company information released that day caused the ADR price decline that day.

5.      Summary of ADR Event Study Results

178.   All four important news events elicited statistically significant ADR price reactions. The event study analysis provides empirical proof of a cause-and-effect relationship between the release of Company information and changes in the Vale ADR market price. Reacting to these events, the Vale ADR demonstrated informational market efficiency.

**C.      Earnings Announcements Are Not Appropriate Events for Testing Market Efficiency in This Case**

179.   One common method for empirically testing whether a security demonstrates market efficiency in order to address the fifth *Cammer* factor is running a collective event study. A collective event study examines security price movements on a selected group of days believed to have greater news flow and compares those days to typical days that have less or no news. A greater frequency of significant security returns on news days compared to lesser- or non-news days proves that the subject security reacted to information. However, if the selected group of news days examined happens to not convey a large

54

amount of unexpected valuation-relevant information, which is consistently on balance highly negative or highly positive, then even in an efficient market a collective event study may fail to indicate market efficiency. Such a result does not mean that the subject security did not trade in an efficient market, but rather that the examined event days failed to be good candidates for a demonstration of market efficiency.

180. Earnings announcements typically compose the group of news days in collective event studies used to test market efficiency. In the instant case, however, Vale's earnings announcements during the Class Period are not appropriate information events for testing market efficiency. Repeatedly during the Class Period, the earnings announcements conveyed an offsetting mix of positive and negative news, combined frequently with anticipated results that were in line with expectations or nearly in line. This sort of earnings announcements would reasonably not drive a statistically significant ADR price change in an efficient market.

181. Contributing to the non-significance of ADR returns following Vale's Class Period earnings announcements is the fact that the Company released metrics about each quarter's production one to two weeks prior to each respective quarter's earnings announcement. Thus, when earnings were announced, one of the primary drivers of the Company's top-line results was already known to market participants. Table-1 below shows the earnings announcements during the Class period, and the preceding production announcement dates.

| | Earnings Announcement Date & Time | | Effective Earnings Event Date | Production Announcement Date |
|---|---|---|---|---|
| [1] | 10/27/2016 | 3:45 AM | 10/27/2016 | 10/20/2016 |
| [2] | 2/23/2017 | 3:49 AM | 2/23/2017 | 2/16/2017 |
| [3] | 4/27/2017 | 4:49 AM | 4/27/2017 | 4/20/2017 |
| [4] | 7/27/2017 | 5:01 AM | 7/27/2017 | 7/20/2017 |
| [5] | 10/26/2017 | 4:07 AM | 10/26/2017 | 10/19/2017 |
| [6] | 2/27/2018 | 5:19 PM | 2/28/2018 | 2/16/2018 |
| [7] | 4/25/2018 | 6:05 PM | 4/26/2018 | 4/16/2018 |
| [8] | 7/25/2018 | 5:17 PM | 7/26/2018 | 7/16/2018 |
| [9] | 10/24/2018 | 5:39 PM | 10/25/2018 | 10/15/2018 |

182. Further detail explaining why each earnings announcement produced only a modest price reaction, a residual return below the threshold for statistical significance, is presented next.

1.    27 October 2016

183.    On 27 October 2016, prior to the start of trading in the U.S., Vale announced financial results for Q3 2016.[124] Vale reported net revenue of $7.3 billion (below consensus estimates of $7.5 billion) and adjusted EBITDA of $3.0 billion (above consensus estimates of $2.8 billion).[125] Additionally, on the earnings call that day, the Company made statements about its commitment to dam safety, which Lead Plaintiff alleges were materially false or misleading.[126]

184.    Analyst commentary was mixed, reflecting Vale's mixed Q3 2016 results. Deutsche Bank saw the EBITDA result as "in line" with its estimate for the quarter, "with softer iron ore sales volumes offset by streaming gains in base metals."[127] Morgan Stanley noted, "Lower-than-expected costs more than offset the revenue miss."[128] Credit Suisse pointed out various offsetting items: "Prices made the difference" and "Vale kept its discipline on costs," while "iron ore division disappointed on volumes" and fertilizers EBITDA was "weak."[129]

185.    Excerpts from analyst reports following the 27 October 2016 earnings announcement, which illustrate the mixed nature of the news and the mix of reactions to it, are presented in Appendix-2.

186.    Given the mix of information presented on 27 October 2016, it is reasonable that in an efficient market the ADR price reaction not be statistically significant. As shown in Exhibit-8, the residual ADR return that day was positive but non-statistically significant at 3.24%.

---

[124] Brazil's Vale 3Q Net Profit $575M, Vs $2.12B Loss a Year Earlier," by Rogerio Jelmayer, *Dow Jones Institutional News*, 27 October 2016, 4:14 AM.

[125] Consensus estimates obtained from analyst reports.

[126] Complaint ¶127.

[127] "3Q16: Streaming Offsets Soft Iron Ore Sales," by Rene Kleyweg and Chris Terry, Deutsche Bank, analyst report, 27 October 2016, p. 1.

[128] "3Q16 EBITDA in Line; Cash from Ops Ahead of Our Estimate," by Carlos De Alba et al., Morgan Stanley, analyst report, 27 October 2016, p. 1.

[129] "3Q16: Strong and In Line," by Ivano Westin and Renan Criscio, Credit Suisse, analyst report, 27 October 2016, p. 1.

2.    23 February 2017

187.    On 23 February 2017, prior to the start of trading in the U.S., Vale announced financial results for Q4 2016 and the fiscal year.[130] Vale reported net revenue of $9.7 billion (above consensus estimates of $9.0 billion) and adjusted EBITDA of $4.8 billion (above consensus estimates of $4.4 billion).[131] The Company also announced the dividend to be paid to shareholders,[132] and made statements regarding its risk management policies and procedures which Lead Plaintiff alleges were materially false or misleading.[133]

188.    Despite the seemingly positive results for past performance, analyst reaction was tempered by negatives within the earnings announcement and indications of concerning future performance. For example, BTG Pactual analysts explained that a "strong set of 4Q results" was driven by iron ore price realizations rather than shipments, and that going forward "the balance of risks of iron ore is significantly tilted to the downside, and remain Neutral on shares."[134] Scotiabank noted that "despite the high EBITDA beat," Vale's FCF generation "missed" Scotiabank's estimates "due to a US$1.5 billion increase in accounts receivable."[135] Morningstar highlighted higher iron ore prices as the "primary driver" of improved 2016 results, but viewed the iron ore price rally as "unsustainable."[136]

189.    Excerpts from the analyst reports following the 23 February 2017 earnings announcement, which reflect the offsetting positive and negative news, are presented in Appendix-2.

---

[130] "Vale 4Q Rev $9.69B," by Rogerio Jelmayer, *Dow Jones Institutional News*, 23 February 2017, 4:27 AM.

[131] Consensus estimates obtained from analyst reports.

[132] "Brazil's Vale Approves Dividend of 4.7 bln Reais," by Stephen Eisenhammer, *Reuters*, 23 February 2017, 4:24 AM.

[133] Complaint ¶133.

[134] "4Q16: Pace of Deleveraging Accelerating," by Leonardo Correa and Caio Ribeiro, BTG Pactual, analyst report, 23 February 2017, p. 1.

[135] "Quarter Results Ahead of Estimates; Dividends are Back," by Alfonso Salazar and Christian C. Landi, Scotiabank, analyst report, 23 February 2017, p. 1.

[136] "Vale 2016 Results Buoyed by Higher Iron Ore Prices, but These Elevated Profits Are Unsustainable," by David Wang, Morningstar, analyst report, 23 February 2017, p. 1.

190.    Given the mix of information presented on 23 February 2017, it is reasonable that in an efficient market the ADR price reaction would be modest and below the threshold for statistical significance. As shown in Exhibit-8, the residual ADR return that day was a non-statistically significant 0.88%.

### 3.    27 April 2017

191.    On 27 April 2017, prior to the start of trading in the U.S., Vale announced financial results for Q1 2017. Vale reported net revenue of $8.5 billion (below consensus estimates of $9.0 billion) and adjusted EBITDA of $4.3 billion (below consensus estimates of $4.5 billion).[137]

192.    Despite the revenue and earnings misses, there was a wide range of analyst reactions, with analysts viewing the Q1 2017 results as "decent", "in-line", "neutral" and "mixed" overall. For example, Barclays reported "Financials decent v. our estimates though flattered by one-offs." [138] Barclays stated that "Q1 EBITDA came in 4% ahead of our estimates but 4% below consensus so a 'mixed' result."[139] JPMorgan noted that the quarter's results "were marked by a combination of lower volumes compensated by higher prices, especially in the ferrous division, which did pretty well. Base metals performance was the main weak spot in the quarter..."[140] BTG Pactual recognized the Company's "weaker non-ferrous division EBITDA (29% below us) and lower coal EBITDA. … Nonetheless, we must admit that on the bright side, (Ferrous) cost pressures were more muted than we had feared … and the company managed to make notable progress on the balance sheet front." [141] BTG Pactual expressed that they "Remain Neutral."[142]

---

[137] Consensus estimates obtained from analyst reports.

[138] "UPDATE: Decent Q1 but Coal Weak and Fe Flattered by One-Offs," by Amos Fletcher and Ian Rossouw, Barclays, analyst report, 27 April 2017, p. 1.

[139] "UPDATE: Decent Q1 but Coal Weak and Fe Flattered by One-Offs," by Amos Fletcher and Ian Rossouw, Barclays, analyst report, 27 April 2017, p. 1.

[140] "1Q17 In Line on a Combination of Strong Iron Ore and Weak Base Metals and Coal. Solid FCF. – ALERT," by Rodolfo Angele and Lucas Ferreira, JPMorgan, analyst report, 27 April 2017, p. 1.

[141] "1Q17: Notable Balance Sheet Progress; Operational Peak?" by Leonardo Correa and Caio Ribeiro, BTG Pactual, analyst report, 27 April 2017, p. 1.

[142] "1Q17: Notable Balance Sheet Progress; Operational Peak?" by Leonardo Correa and Caio Ribeiro, BTG Pactual, analyst report, 27 April 2017, p. 1.

193. Excerpts from analyst reports following the 27 April 2017 earnings announcement, which illustrate the mixed nature of the news and the mixed reactions to it, are presented in Appendix-2.

194. Given the broad mix of information presented on 27 April 2017, it is reasonable that in an efficient market the ADR price reaction would be modest and below the threshold for statistical significance. As shown in Exhibit-8, the residual ADR return that day was a non-statistically significant -1.55%.

    4.  27 July 2017

195. On 27 July 2017, prior to the start of trading in the U.S., Vale announced Q2 2017 financial results. Vale reported net revenues of $7.2 billion (below consensus estimates of $7.5 billion) and adjusted EBITDA of $2.7 billion (below consensus estimates of $3.0 billion).[143]

196. Details underlying the revenue and EBITDA misses, and other important data such as free cash flow, combined to produce a mixed earnings announcement, which analysts characterized as neutral. RBC stated the results were "neutral for the shares" citing "lower than expected sales volumes for iron ore, copper and nickel, and lower iron ore realized prices, partially offset by higher than expected pellet sales and realized prices."[144] Jefferies noted "weaker-than expected results this morning, although FCF exceeded our expectation…" and that "Vale's balance sheet is improving, which is important in light of the downside risk to iron ore, but deleveraging is progressing relatively slowly."[145]  Itau BBA saw "slightly better-than-expected results for 2Q17" but in sum anticipated "a neutral market reaction today."[146]

197. Excerpts from analyst reports following the 27 July 2017 earnings announcement, which illustrate the mixed nature of the news and the mixed reactions to it, are presented in Appendix-2.

---

[143] Consensus estimates obtained from analyst reports.

[144] "Q2/17 results slightly above consensus, below our Expectations," by Stephen D. Walker et al., RBC, analyst report, 27 July 2017, p. 1.

[145] "Deleveraging in Progress," by Christopher LaFemina et al., Jefferies, analyst report, 27 July 2017, p. 1.

[146] "Neutral 2Q17 – Iron Ore Costs to Decline," by Marcos Assumpção et al., Itaú BBA, analyst report, 27 July 2017, p. 1.

198. Given the mix of information presented on 27 July 2017, it is reasonable that in an efficient market the ADR price reaction would be modest and below the threshold for statistical significance. As shown in Exhibit-8, the residual ADR return that day was a non-statistically significant 1.38%.

5.   26 October 2017

199. On 26 October 2017, prior to the start of trading in the U.S., Vale announced Q3 2017 financial results.[147] Vale reported net revenues of $9.1 billion (above consensus estimates of $9.0 billion) and adjusted EBITDA of $4.2 billion (below consensus estimates of $4.3 billion).[148]

200. Analysts' reactions to the mixed 3Q17 results were also mixed. Some analysts focused on the negatives, some focused on the positives, and some highlighted both. For example, BTG Pactual noted "operating results slightly weaker" but "management is on track to turnaround nonperforming assets, deleverage and deliver a commercially more prepared company to 'fight' the environmental challenges in China…."[149] Itaú BBA described "3Q17 results broadly in line with our estimates."[150] Jefferies said "3Q results were somewhat disappointing"[151] while RBC "expect[ed] a positive reaction from Vale shares on Q3/17 results."[152]

201. Excerpts from analyst reports following the 26 October 2017 earnings announcement, which illustrate the mixed nature of the news and the mixed reactions to it, are presented in Appendix-2.

202. Given the mix of information presented on 26 October 2017, it is reasonable that in an efficient market the ADR price reaction would not be statistically significant. As shown in Exhibit-8, the residual ADR return that day was a non-statistically significant -2.38%.

---

[147] "Brazil's Vale Profit Surges in Q3, Misses Estimates," *Reuters*, 26 October 2017, 5:23 AM.

[148] Consensus estimates obtained from analyst reports.

[149] "3Q17: On the soft side, but moving in the right direction," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 26 October 2017, p. 1

[150] "Strong 3Q17 – Lower Cost, Lower Capex and Lower Debt," by Marcos Assumpção et al., Itaú BBA, analyst report, 26 October 2017, p. 1.

[151] "3Q Miss, but Deleveraging has Begun," by Christopher LaFemina, Jefferies, analyst report, 26 October 2017, p. 1.

[152] "Q3/17 Stronger than expected," by Stephen D. Walker et al., RBC, analyst report, 26 October 2017, p. 1.

6.    28 February 2018

203.    On 27 February 2018, after the close of trading in the U.S., Vale announced financial results for Q4 and FY 2017.[153] For the quarter, the Company reported net revenues of $9.2 billion (slightly above consensus estimates of $9.1 billion) and adjusted EBITDA of $4.1 billion (in line with consensus estimates of $4.1 billion).[154] The Company also made statements regarding its risk management policies and procedures which Lead Plaintiff alleges were materially false or misleading.[155]

204.    Analysts were generally pleased with largely in-line Q4 2017 and FY2017 results, but some expressed caution and reservations going forward. For example, Morgan Stanley analysts wrote that "EBITDA was in line with the consensus of $4.1Bn," with "higher costs and expenses relative to our model more than offset slightly higher revenues."[156] Jefferies characterized the earnings announcement as "better than expected 2017 results due to good operational performance and high quality premiums for its iron ore." [157] However, Jeffries pulled back, warning, "We expect Vale's iron ore price realizations to fall in 2H18 and reiterate our Hold rating on Vale shares as a result … ."[158] Itaú BBA characterized the fourth quarter results as "strong," but stated that they "expect a neutral market reaction to the 4Q17 results."[159]

205.    Excerpts from analyst reports following the 27 February 2018 earnings announcement, which illustrate the largely anticipated nature of the news, with concerns and caution tempering the positives, are presented in Appendix-2.

---

[153] "Brazil's Vale 4Q Net Profit Rises 47% on Year to $771 Million," by Paul Kierman, *Dow Jones Institutional News*, 27 February 2018, 5:27 PM.

[154] Consensus estimates obtained from analyst reports.

[155] Complaint ¶168.

[156] "4Q17 EBITDA in Line with Consensus; Strong FCF Generation," by Carlos de Alba and Jens Spiess, Morgan Stanley, analyst report, 28 February 2018, p. 1.

[157] "Good Progress for Vale, but Iron Ore Price Realizations to Fall," by Christopher LaFemina and Patricia Hove, Jefferies, analyst report, 28 February 2018, p. 1.

[158] "Good Progress for Vale, but Iron Ore Price Realizations to Fall," by Christopher LaFemina and Patricia Hove, Jefferies, analyst report, 28 February 2018, p. 1.

[159] "Robust 4Q17 – Shaping a More Predictable Company," by Marcos Assumpção et al., Itaú BBA, analyst report, 27 February 2018, p. 1.

206.    Given the mix of information presented on 27 February 2018, it is reasonable that in an efficient market the ADR price reaction would not be statistically significant. As shown in Exhibit-8, the residual ADR return on 28 February 2018, the first trading day after the earnings announcement, was a non-statistically significant -2.65%.

7.    26 April 2018

207.    On 25 April 2018, after the close of trading in the U.S., Vale announced Q1 2018 financial results.[160] For the quarter, the Company reported net revenues of $8.6 billion (in line with consensus estimates of $8.6 billion) and adjusted EBITDA of $4.0 billion (in line with consensus estimates of $4.0 billion).[161]

208.    Analysts acknowledged that the reported results were expected. BTG Pactual characterized the results as "largely anticipated by the market" and "Vale delivered a fairly predictable set of results, which is ultimately management's goal."[162] Itaú BBA analysts described the results as "strong but in-line" and wrote "we expect a neutral market reaction."[163] Credit Suisse analysts wrote that "Vale delivered another step to be recognized by the market as a predictable company" and that "1Q18 [was] well aligned with market expectation."[164]

209.    Excerpts from analyst reports following the 25 April 2018 earnings announcement, which state that the earnings announcement was consistent with prior expectations, are presented in Appendix-2.

210.    Given that the Company's announced results were consistent with the market's expectations, one would not expect a significant stock price reaction. As shown in Exhibit-8, the residual ADR return on 26 April 2018, the first trading day after the earnings announcement, was a non-statistically significant 1.44%.

---

[160] "Vale's Profit Falls Amid Lower Volumes," by Samantha Pearson, *Dow Jones Institutional News*, 25 April 2018, 6:46 PM.

[161] Consensus estimates obtained from analyst reports.

[162] "1Q18: Who Said Predictable (In-Line) Is Unexciting?" by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 25 April 2018, p. 1.

[163] "In-Line 1Q18 Results: Predicable, Premium and Flexible," by Marcos Assumpção et al., Itaú BBA, analyst report, 25 April 2018, p. 1.

[164] "1Q18: A Predictable Quarter," by Ivano Westin et al., Credit Suisse, analyst report, 25 April 2018, p. 1.

8.      26 July 2018

211.   On 25 July 2018, after the close of trading in the U.S., Vale announced Q2 2018 financial results.[165] For the quarter, the Company reported net revenues of $8.6 billion (below consensus estimates of $8.8 billion) and adjusted EBITDA of $3.9 billion (slightly below consensus estimates of $4.0 billion).[166]

212.   Analysts viewed the news as a mix of negative and positive. Reported results were slightly disappointing, but the earnings announcement also contained positive developments. Analysts viewed the higher-than-expected dividends, a share buyback program, and continued de-leveraging as positive factors countervailing or even outweighing the misses on past revenue and EBITDA. Morgan Stanley wrote that EBITDA was "basically in line" and free cash flow was "below our estimate," but "we believe the market will focus on Vale's announced dividends of ~$2.1B (~8% higher than MSe [Morgan Stanley estimate]) and an unexpected $1B share buyback program."[167] In Santander's view, "the good results reflect the company's strategy of focusing more on premium products with higher margins at the detriment of increasing market share." [168] Santander also highlighted that "leverage reache[d] lowest level in six years."[169] Deutsche Bank analysts commented that the results were "largely in-line with DBe [Deutsche Bank estimate]" and "overall guidance is largely unchanged," noting that the Company "remain[ed] on track to largely meet its $10bn target Net Debt by YE18."[170]

213.   Excerpts from analyst reports following the 25 July 2018 earnings announcement, which analysts viewed as containing many positives that offset disappointing past performance, are presented in Appendix-2.

---

[165] "Brazil's Vale Posts Rise in Second-Quarter Profit," by Alexandra Alper, *Reuters*, 25 July 2018, 5:47 PM.

[166] Consensus estimates obtained from analyst reports.

[167] "2Q18 Results First Pass: EBITDA Basically in Line; FCF Below Our Estimate, but Focus on Dividends/ Buybacks," by Carlos de Alba et al., Morgan Stanley, analyst report, 25 July 2018, p. 1.

[168] "Sound 2Q18 Operating Results; Leverage Reaches Lowest Level in Six Years," by Gustavo Allevato and Renato Maruichi, Santander, analyst report, 25 July 2018, p. 1.

[169] "Sound 2Q18 Operating Results; Leverage Reaches Lowest Level in Six Years," by Gustavo Allevato and Renato Maruichi, Santander, analyst report, 25 July 2018, p. 1.

[170] "2Q18 Operating Results In-Line; Dividend/Buyback Announced," by Chris Terry et al., Deutsche Bank, analyst report, 25 July 2018, p. 1.

214. Given the mix of information presented in the earnings announcement on 25 July 2018, it is reasonable that in an efficient market the ADR price reaction would not be statistically significant. As shown in Exhibit-8, the residual ADR return on 26 July 2018, the first trading day after the earnings announcement, was 2.79%, which is below the threshold for statistical significance at the 95% confidence level.

### 9.    25 October 2018

215. On 24 October 2018, after the close of trading in the U.S., Vale announced financial results for Q3 2018.[171] The Company reported net revenue of $9.5 billion (slightly below consensus estimates of $9.6 billion) and adjusted EBITDA of $4.4 billion (slightly above consensus estimates of $4.3 billion).[172]

216. Analysts noted that the mixed results were close to expectations. BTG Pactual wrote that Vale's "largely in-line" results were "supporting the thesis that it's becoming a more predictable company."[173] RBC analysts wrote that that quarterly results "should, at first glance, provide some positive sentiment for the shares," though the analysts "continue to see challenges in the short-term over iron prices into a slowing China."[174] BMO analysts wrote that they "continue to like Vale's strategic direction but note that we are approaching a period of seasonal softness in iron ore prices."[175]

217. Excerpts from analyst reports following the 24 October 2018 earnings announcement, which state that the earnings announcement was mixed but close to expectations, are presented in Appendix-2.

---

[171] "Vale 3Q Net Income Falls on Weaker Real," by Jeffrey T. Lewis, *Dow Jones Institutional News*, 24 October 2018, 6:23 PM.

[172] Consensus estimates obtained from analyst reports.

[173] "3Q18: Cash (and Predictability) Is King," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 24 October 2018, p. 1.

[174] "Vale Posts Impressive Q3 Performance in Iron Ore; Salobo III, Gelado Expansion Approved," by Tyler Broda, RBC, analyst report, 24 October 2018, p. 1.

[175] "Slightly Light Q3 Earnings but Vale Continues to Deliver Strategic Direction," by Edward Sterck et al., BMO, analyst report, 25 October 2018, p. 1.

218. Given that the Company's announced results were mixed but close to the market's expectations, one would not expect a significant stock price reaction. As shown in Exhibit-8, the residual ADR return on 25 October 2018, the first trading day after the earnings announcement, was a non-statistically significant -1.07%.

**D.      Earnings Announcement Price Responses in Sum**

219. Consistent with the nature of the news provided to the market in the Company's earnings announcements during the Class Period, the ADR price reactions following the earnings announcements were uniformly modest and not statistically significant. While significant security price reactions to big news events are evidence of market efficiency, modest non-significant price reactions to expected or mixed news are neither evidence for nor against market efficiency.

## X.      <u>VALE ADR MARKET EFFICIENCY SUMMARY AND CONCLUSION</u>

220. The Vale ADR traded on the NYSE with numerous market makers facilitating trading in the security. Trading volume was well above the level warranting a strong presumption of market efficiency. The Company was widely covered by analysts and the news media. Institutional ownership of the Vale ADR was widespread. The Company was not only eligible for F-3 registration throughout the Class Period but actually did file an F-3 registration during the Class Period. Throughout the Class Period, Vale made regular and timely filings with the SEC. Financial information about the Company was always readily available to investors and analysts. Market capitalization and float were high, both for the Company as a whole and for the Vale ADR independently. The security's bid-ask spread was narrow, substantially narrower than the average bid-ask spread among all stocks traded on U.S. exchanges. No impediments to market efficiency were present.

221.  The Vale ADR also satisfied the empirical *Cammer* factor, observably reacting to important unexpected events and announcements. The event study analysis provides empirical proof of a cause-and-effect relationship between the release of Company information and changes in the Vale ADR market price. All four news events tested in the event study elicited statistically significant ADR price reactions. These significant ADR price responses are not only indications of market efficiency but demonstrations of market efficiency.

222.  The market for the Vale ADR satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency. Given these facts, I conclude that the Vale ADR traded in an efficient market throughout the Class Period.

## XI.   ASSESSMENT OF EFFICIENCY OF THE MARKETS FOR THE VALE NOTES

### A.   Characteristics of Bonds and Indicia of Bond Market Efficiency

223.  The corporate bond market is a highly developed and active market. The trading behavior and price movements of corporate bonds, however, typically differ markedly from those of common stock. Notwithstanding the various distinguishing features of bonds, published peer-reviewed empirical research has concluded that the markets for large corporate bonds issues are informationally efficient.

> "[T]he informational efficiency of corporate bond prices is similar to that of the underlying stocks. We find that stocks do not lead bonds in reflecting firm-specific information. We further examine price behavior around earnings news and find that information is quickly incorporated into both bond and stock prices, even at short return horizons. Finally, we find that measures of market quality are no poorer for the bonds in our sample than for the underlying stocks."
> **"The Informational Efficiency of the Corporate Bond Market: An Intraday Analysis," by Edith Hotchkiss and Tavy Ronen, *The Review of Financial Studies*, 2002.**

224.   The bond market is made up of large institutional investors, pension funds, and hedge funds that typically trade in much larger volumes per transaction than the trades in the stock market.[176] Consequently, bonds generally trade in larger quantities than typical stock trades. For example, the median trade quantity of the Vale Notes was approximately $100,000. Trades exceeding $1 million of par value of the Notes were not uncommon.

225.   While bond trade volumes tend to be larger, bonds generally trade less frequently than stocks. Unlike the stock issued by large corporations, corporate bonds may not trade every day. But, as bond trades are generally conducted by large institutions, the market participants executing the larger (though less frequent) trades are informed, and trade decisions are backed by research and analysis, which makes the bond market informationally efficient.

226.   Compared to stock, bond valuations are by design less sensitive to most Company news. Bonds are fixed income securities, meaning that unlike equities, they pay fixed specified contractual cash flows to investors, and those "coupon" payments have senior priority over the dividends paid to equity investors. The seniority of bonds over stock in the corporate capital structure also means that in the case of a bankruptcy, the bond holders get paid back first before any liquidation value is distributed to equity holders. As a result of the fixed contractual cash flows and the senior priority, bonds from a particular company will not always react to company information in the same manner as the prices of common stock from the same company.[177] That is, when new information is released that causes a price reaction in the common stock of a company, the appropriate and efficient price reaction for a company's bonds could be a small reaction or no price reaction at all.

---

[176] For example, a typical bond transaction is 50 times larger than a typical stock transaction. See, "An Empirical Study of Bond Market Transactions," by G. Hong and A. Warga, *Financial Analysts Journal*, Vol. 56, No. 2, March/April 2000.

[177] *See, e.g.*, "What Does Nasdaq's High-Yield Bond Market Reveal about Bondholder-Shareholder Conflict?" by Gordon J. Alexander et al., *Financial Management*, Vol. 29(1), Spring 2000, pp. 23–39; "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements," by George Handjinicolaou, and Avner Kalay, *Journal of Financial Economics* (March 1984) pp. 35–63.

> "Corporate bonds will likely trade less frequently than stocks because outside macro-economic and internal financial factors generally both have smaller effects on bond pricing than on stock pricing. Unlike common stocks, corporate bonds have predictable cash flows, predictable terminal values, fixed upside opportunities—namely, redemption at par value or $100 in our example—and priority on the corporation's assets. As such, many corporate bonds are close substitutes for one another. On the other hand, corporate equity does not have predictable cash flows, predictable terminal values, fixed upside opportunities, or priority on the corporate assets."
>
> **"Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," by Michael L. Hartzmark, Cindy A. Schipani, and H. Nejat Seyhun, *Columbia Business Law Review*, Volume 2011, Number 3, (footnote omitted).**

227. Recognizing that the design characteristics of bonds are different from those of common stock, courts have acknowledged that the criteria relied upon when assessing market efficiency for stocks is applied differently to bonds.[178] Notwithstanding the characteristics that differentiate bonds from stocks, the Vale Notes satisfied all of the *Cammer* and *Krogman* factors, compelling the conclusion that they traded in efficient markets.

### B.    *Cammer* and *Krogman* Factor Analysis

228. To investigate whether the markets for the Vale Notes were efficient, I examined the factors that are generally accepted by both financial economists and the courts to be indicative of market efficiency for publicly-traded securities, taking note of the distinctive features of bond investing and the bond market that distinguish bonds from common stock.

229. To facilitate my study, I obtained, via counsel, TRACE data from the Financial Industry Regulatory Authority ("FINRA"). FINRA is a U.S. government-authorized organization that works to "protect investors and ensure the market's integrity, … making sure the broker-dealer industry operates fairly and honestly."[179] FINRA developed the Trade Reporting and Compliance Engine ("TRACE") to "facilitate the mandatory reporting of

---

[178] *See, e.g.*, *In re Healthsouth Corporation Securities Litigation*, 261 F.R.D. 633 (N.D. Ala. 2009), wherein the court found that the *Cammer* and *Krogman* factors were appropriate for evaluating the efficiency of the market for bonds, "while taking into account the differences in the trading of bonds from stocks."

[179] https://www.finra.org/about

over-the-counter transactions in eligible fixed income securities. All broker-dealers who are FINRA member firms have an obligation to report transactions in TRACE-eligible securities under an SEC-approved set of rules."[180] Appendix-4 describes my treatment of the TRACE data.

        1.    Trading Volume

230. I examined the trading volume for the Vale Notes in the TRACE database.[181] Table-2 presents the average weekly trading volume for the Vale Notes.

Table-2: Average Weekly Trading Volume as a Percentage of Outstanding Issue During the Class Period

| Vale Note | Average Weekly Turnover |
|---|---|
| TAN3 Note | 2.32% |
| TAM5 Note | 2.06% |
| TAP8 Note | 6.31% |
| TAE3 Note | 1.28% |
| TAH6 Note | 2.91% |
| TAK9 Note | 2.66% |
| EAA3 Note | 2.49% |

231. Using the standards applicable to common stock—understood to trade more frequently than bonds—the average weekly turnover volume of the TAE3 Notes exceeded the 1% threshold for a substantial presumption of market efficiency throughout the Class Period. The average weekly volume of the TAN3 Notes, TAM5 Notes, TAP8 Notes, TAH6 Notes, TAK9 Notes, and EAA3 Notes exceeded the 2% threshold for a strong presumption of market efficiency throughout the Class Period.

---

[180] https://www.finra.org/filing-reporting/trace

[181] Daily trading volume for each Note as a percentage of the outstanding issue is computed by summing the face amount traded, dividing by the number of days in the Class Period, and then dividing by the size of the outstanding issue. Weekly trading volume for each Note is computed by multiplying the daily trading volume by 5 (the number of trading days in a typical week).

232. For bonds, even this level of turnover is extraordinarily high volume and indicates active trading.

233. The Vale Notes traded actively during the Class Period, relative to even the standards applicable to common stock, which are understood to trade more frequently than bonds. That the trading volume for the Vale Notes was high is compelling evidence of market efficiency.

2.      Trade Frequency

234. The trading frequency of the Vale Notes, in addition to their trading volume, is further evidence of the efficiency of the markets in which the Notes traded. A published, peer-reviewed, study by Mahanti et al. [2008] observes that relatively few corporate bonds trade more frequently than 200 days per year.[182] Mahanti et al. examined a large sample of U.S. corporate bond. According to the study, the bonds examined typically trade every 12-14 days.[183] I measured the frequency of the trading in the Vale Notes in order to compare their trading behavior with that of the bonds in the Mahanti et al. study.

235. Following Mahanti et al., I calculated the average number of days between successive trades for each of the Vale Notes. The results are presented in Exhibit-9.

236. Among Vale Notes, the average number of days between successive trades ranged between 0.0352 and 0.1299 for the Vale Notes over the Class Period, meaning that the Vale Notes typically trade numerous times per day rather than once every few days. As shown in Exhibit-9, the trading frequency for each of the Vale Notes ranked among the first decile of most frequently traded bonds in the Mahanti study. The high trading frequency of the Vale Notes is evidence that the bonds traded in well-developed markets and is compelling evidence of market efficiency.

---

[182] "Latent Liquidity: A New Measure of Liquidity, With an Application to Corporate Bonds," by Sriketan Mahanti et al., *Journal of Financial Economics*, 2008, p. 278. The Mahanti et al. analysis is presented in Exhibit-9.

[183] Id., p. 282.

### 3. Analyst Coverage and Other Avenues of Information Dissemination

237. As noted above, at least 35 analysts covered Vale during the Class Period, with at least 30 publishing analyst reports. The information and analysis this broad coverage provided promoted the efficiency of the markets for the Vale Notes.

238. Over 4,300 news articles about Vale were published in English during the Class Period. The news media facilitated the flow of information about the Company to the marketplace. Bond investors had access to news about the Company, which promoted the efficiency of the markets for the Vale Notes.

### 4. Credit Rating Agencies

239. Bond ratings and ongoing surveillance coverage were provided by the three major bond rating agencies. Fitch, Moody's, and Standard & Poor performed analysis, rating, and surveillance on the Vale Notes throughout the Class Period and commented in the financial press about the Notes. Consequently, not only was the Company well covered by professional analysts throughout the Class Period, but so too were the Vale Notes specifically.

240. Throughout the Class Period, the rating agencies published detailed research and credit analyses on the Vale Notes. Of note, Moody's and Fitch published detailed research and credit analyses focusing on the Vale Notes, in addition to the Company as a whole. For example, Moody's provided the following analysis on 29 January 2019:

> "Moody's Investors Service ("Moody's") has placed under review for downgrade Vale S.A. ("Vale")'s Baa3 senior unsecured ratings and the ratings on the debt issues of Vale Overseas Limited fully and unconditionally guaranteed by Vale. ... Vale's ratings were placed under review for downgrade following the major accident on January 25 with its tailings dam at the Corrego do Feijão mine in Brumadinho, state of Minas Gerais. The dam collapsing paralyzed Vale's mine operations in the area while leading to a large number of fatalities and environmental damage. The disaster's direct economic impact is limited since the Feijão mine site accounts for less than 2% of Vale's total 390 million annual iron ore output.

> The company estimates that the environmental disruption will be smaller than that observed in Samarco's accident, given the much lower volume of tailings leaked. However, the social damage is far more serious; the number of fatalities has already surpassed 60, well above the 19 fatalities observed in Samarco's case, and may reach a much larger number."
> **"Moody's Places Vale's Ratings Under Review For Downgrade," *Moody's Investors Service Press Release*, 29 January 2019.**

241.   To arrive at bond ratings, the rating agencies perform detailed analyses of bond issuers, taking into account a vast array of business and financial information. According to S&P literature, S&P will "assign a rating only when adequate information is available."[184]

242.   The rating agencies monitor and periodically update company ratings. As described in the following quote from the S&P website, S&P collects and disseminates material information about the companies it rates:

> "Once a rating is assigned, we maintain on-going review of material factors that could affect the rating, such as changes in the capital structure, an acquisition or other major economic developments. Generally, an issuer credit rating is reviewed formally at least once a year at the time of a meeting with the issuer's management. We expect management to provide to us prompt notice of material financial and operational changes that could affect the rating."
> **Credit Ratings Fact Sheet, on www.standardandpoors.com, 2 February 2007.**

243.   Coverage and reports by Fitch, Moody's, and S&P are channels through which information and analysis about Vale reached investors—bond investors in particular. This infrastructure for disseminating information and analysis fosters the efficiency of the markets for the Vale Notes.

244.   Table-3 presents Moody's ratings for Vale Notes throughout the Class Period.

---

[184] http://www2.standardandpoors.com/spf/pdf/media/credit_ratings_fact_sheet_020507.pdf.

Table-3: Moody's Credit Rating History

**Moody's Credit Rating History**

Class Period: 27 October 2016 through 27 February 2019

*Senior Unsecured*

| Date | Rating |
|------|--------|
| 2/26/2016 | Ba3 |
| 3/20/2017 | Ba2 |
| 9/5/2017 | Ba1 |
| 7/23/2018 | Baa3 |
| 1/29/2019 | Baa3* |
| 2/27/2019 | Ba1 |

**Note:**

\* Rating under review negative implication

**Source:** Bloomberg

5.   Institutional Ownership

245.   Each of the Vale Notes was owned by numerous institutional investors during the Class Period according to FINRA TRACE data.

246.   The FINRA TRACE database includes a Market Participant ID ("MPID") for each trade to identify the firms on both sides of the transaction. The firms identified by their MPID can be investors in the security, or intermediaries acting on behalf of investors. The number of unique MPIDs that traded each of the Vale Notes during the Class Period represents the number of financial institutions that held those respective notes at some point during the Class Period.

247.   Table-4 presents the number of mutual funds that owned each of the Vale Notes at some point during the Class Period.

73

Table-4: Number of Institutions that Held Vale Notes During the Class Period

| Vale Notes | Number of Institutions Holding Vale Notes |
|---|---|
| 91911TAN3 | 153 |
| 91911TAM5 | 242 |
| 91911TAP8 | 170 |
| 91911TAE3 | 146 |
| 91911TAH6 | 204 |
| 91911TAK9 | 155 |
| 91912EAA3 | 187 |

**Source:** FINRA data obtained from counsel.

248. According to the FINRA TRACE data, at least 342 financial institutions held one or more of the Vale Notes at some point during the Class Period. This broad institutional ownership supports the conclusion that the Vale Notes traded in efficient markets throughout the Class Period.

### 6.   Prominent Underwriters, NYSE Listing, and Market Makers

249. While most corporate bonds are traded only in an over-the-counter market, all seven of the Vale Notes were listed and traded on the NYSE in addition to their trading in the over-counter-market.[185] The *Cammer* Court's understanding that the market-making infrastructure of a security market is indicative of its efficiency, or lack thereof, makes the fact that the Vale Notes traded on the NYSE during the Class Period highly relevant. Citing Bromberg and Lowenfels, the *Cammer* court noted specifically the importance of an NYSE listing and the implications of such a listing for market efficiency, stating that market efficiency can reasonably be presumed for securities traded there.

---

[185] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. cover; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. cover; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. cover.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels [1988]. §8.6).**

250.   The Vale Notes were underwritten by some of Wall Street's largest and most prominent investment banks. According to SEC filings, there were at least 15 underwriters of the Vale Notes, including the following: ABN AMRO, Banco Bradesco BBI, BB Securities, BNP Paribas, Citigroup, Credit Suisse, Deutsche Bank, HSBC, JPMorgan, Merrill Lynch, Natixis, Santander, SG Americas Securities, SMBC Nikko Securities America, and UBS.

251.   Typically, investment banks that underwrite notes subsequently serve as market makers for the issues.

> "It would be a mistake to think that once the bonds are all sold, the investment banking firm's ties with the deal are ended. Those who bought the bonds will look to the investment banking firm to make a market in the issue. This means that the investment banking firm must be willing to take a principal position in secondary market transactions."
> **"The Primary and Secondary Bond Markets," by Frank J. Fabozzi and Frank J. Jones, chapter 3, in *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank J. Fabozzi and Steven V. Mann, McGraw-Hill, 2005, p. 33.**

252.   Additionally, many investment banks that published analyst reports covering Vale stated in those reports that they also make a market in Vale securities. For example, Barclays, J.P. Morgan, and Morgan Stanley published reports stating that they made a market in Vale securities during the Class Period.

253.   Based on the number of firms that underwrote the Vale Notes, the fact that underwriters typically make markets in the securities they underwrite, and the disclosures that analyst firms made markets in Vale securities, it is apparent that there were numerous market makers for the Vale Notes.

254.   With their NYSE listing and numerous market makers, the Vale Notes satisfied the market-maker *Cammer* factor.

7.    Outstanding Par Value and Float

255.    Just as large market capitalization indicates the efficiency of a market for common stock, the size of the issuing company and the size of the bond issue are relevant factors the weigh in the determination of the efficiency of the market for the company's bonds. Size attracts attention and increases visibility. As established above, Vale was not a small obscure company, which escaped the notice of market participants. Rather, Vale is and was a very large, highly visible, and well covered Company – facts that support a conclusion of market efficiency for the Notes, as well as for the Vale ADR.

256.    That Vale was a large company is well established, one of the largest in the world. The Vale Note issues were also extraordinarily large. The outstanding par value of the Vale Notes was by itself larger than the market capitalizations of most publicly-traded companies. The aggregate par value of the Vale Notes totaled $12.05 billion, which is larger than the respective market capitalizations of at least 93% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.[186]

257.    The outstanding par values of the Vale Notes were even individually larger than the respective market capitalizations of most publicly-traded companies.[187] Table-5 below presents the outstanding par values of the Vale Notes.

Table-5: Vale Notes Par Amounts

| Bond | CUSIP | Issue Date | Issued Amount (Millions) | Follow-Up Offering Date | Follow-Up Offering Amount (Millions) | Aggregate Amount (Millions) |
|---|---|---|---|---|---|---|
| TAN3 Note | 91911TAN3 | 6/10/2016 | $1,250 | | | $1,250 |
| TAM5 Note | 91911TAM5 | 1/11/2012 | $1,000 | 4/4/2012 | $1,250 | $2,250 |
| TAP8 Note | 91911TAP8 | 8/3/2016 | $1,000 | 2/7/2017 | $1,000 | $2,000 |
| TAE3 Note | 91911TAE3 | 1/15/2004 | $500 | 10/26/2005 | $300 | $800 |
| TAH6 Note | 91911TAH6 | 11/21/2006 | $2,500 | | | $2,500 |
| TAK9 Note | 91911TAK9 | 11/10/2009 | $1,000 | 9/15/2010 | $750 | $1,750 |
| EAA3 Note | 91912EAA3 | 9/11/2012 | $1,500 | | | $1,500 |
| **Total Amount Issued** | | | | | | **$12,050** |

---

[186] Using averaged month-end data from CRSP for October 2016 to January 2019. I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA while the 10th decile contains the smallest 10%.

[187] The court in *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 529 F. Supp. 2d 644 (S.D. Tex. 2006), found that large aggregate outstanding par amount was indicative of bond market efficiency.

258.  The Company's public filings did not indicate that any portion of the Company's outstanding Notes were held by insiders. Consequently, the float of the Vale Notes equaled the amount outstanding. The substantial outstanding par value and float are indicative of the efficiency of the markets for the Vale Notes during the Class Period.

### 8.  F-3 Registration Eligibility

259.  Vale satisfied the criteria for F-3 eligibility throughout the Class Period. In fact, not only was Vale eligible to file an F-3 registration, but the Company did file an F-3 registration during the Class Period.

260.  This eligibility demonstrated that Vale possessed the characteristics of size, visibility, and provision of data that foster the efficiency of the markets for the Vale Notes, just as those characteristics indicated the efficiency of the ADRs.

## XII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE VALE NOTES

### A.  Vale Note Event Study Design

261.  Because of their senior status, bonds values are substantially insulated from all but the most extreme news by a valuation cushion provided by the common and preferred stock. As a result, bonds are the least sensitive of all securities to firm-specific news while being highly sensitive to a change in a firm's probability of default.[188]

262.  That bond prices often do not react significantly to all company news is not due to market inefficiency. Investors and analysts in efficient bond markets are not ignoring important company news. Rather, bond prices often do not change significantly because analysts and investors assess that the proper revaluation of the bond in light of new information or events is only a small change below the threshold for statistical significance, or perhaps no change at all.

---

[188] *See, e.g.*, "Understanding the Efficiency of the Market for Preferred Stock," by Michael Hartzmark and H. Nejat Seyhun, *Virginia Law and Business Review*, Spring 2014, pp. 9-10.

263. Nonetheless, to address the fifth *Cammer* factor and test empirically whether or not the Vale Notes demonstrated informational efficiency, I performed an event study on the Vale Notes. I tested whether the Vale Notes reacted to the information events and announcements that elicited significant ADR price reactions in the ADR event study.

264. The events tested were the following:

    i) **25 January 2019** – On 25 January 2019 (Friday), during trading hours in the U.S., the Company and news media reported that Dam 1 had collapsed. Initial reports contained sparse details.

    ii) **28 January 2019** – On 25 January 2019 (Friday), after the close of trading, S&P placed Vale's Notes on credit watch with negative implications.[189] Additional details about the extent of the dam collapse devastation and consequences facing Vale rolled in over the weekend and on Monday, 28 January 2019.

    iii) **4 February 2019** – On 4 February 2019, during trading, Bloomberg, reported that "a Brazilian court issued an injunction ordering Vale to halt a mine that produces 30 million tons of ore per year after a request from public prosecutors."[190]

---

[189] "*S&PGR Places Vale S.A. Ratings On CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019, 7:39 PM.

[190] "Court Orders Vale to Halt Largest Min in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM.

iv) **6 February 2019** - On 5 February 2019, after the close of trading, the Company announced that "it was declaring force majeure on some iron ore and pellets sale contracts, 'as a result of the temporary suspension of the Brucutu mine production.'"[191] On 6 February 2019, prior to the start of trading, *The Guardian* reported that Company operators at Dam 1 had been warned that the dam was not safe the prior year due to a leak.[192]

### B.    Note Regression Analysis

265.  To compute the residual returns for each Vale Note, I ran a regression modeling the daily return of each note as a function of: 1) a constant term, 2) the returns of the CRSP Market Index, 3) the returns of the Brazilian Market Index, 4) the Sector Index returns, 5) changes in the rate of exchange between the U.S dollar and the Brazilian real, and 6) the return of a market benchmark bond ("Benchmark Bond"). The Benchmark Bond return variable in the regression model controls for the effect of changes in the market interest rate.

266.  The daily returns of the Benchmark Bond were computed by pricing each day a hypothetical bond with the same coupon and maturity as the respective Vale Note, applying the yield-to-maturity from a market index matched to the Company's credit rating. The market index yields were drawn from the BofA Merrill Lynch US Corporate BBB Index, BofA Merrill Lynch US Corporate BB Index, and the BofA Merrill Lynch US Corporate B Index ("the Merrill Indices").[193] For each day and for each Note, the Benchmark Bond market yield was drawn from the Merrill Index whose rating matched

---

[191] "*Vale Declares Force Majeure on Some Iron Ore and Pellets Sales Contracts," *Dow Jones Institutional News*, 5 February 2019, 4:49 PM.

[192] "'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.

[193] Data for the Merrill Indices obtained from BofA Merrill Lynch via Bloomberg.

the rating of the Note. When the Company's credit rating was between the ratings of the Merrill Indices, I interpolated between the yields of the two Merrill Indices straddling the Company rating. When the rating on a Vale Note changed, the Benchmark Bond return used for the day of the change was that day's return of the prior day's Benchmark Bond corresponding to the prior Vale Note rating.

267. For example, on 30 November 2018, the Company carried a rating of BB+. The yield from the BofA Merrill Lynch US Corporate BBB Index was 4.83% that day and the yield from the BofA Merrill Lynch US Corporate BB Index was 5.71% that day. Therefore, the yield of the Benchmark Bond for the Vale Notes was 5.42%, two-thirds of the way between the respective yields of the BBB and BB indices. This yield was then used to price benchmark bonds with the same coupon and maturities for all of the Vale Notes. The next trading day, 3 December 2018, the BBB rated index yield fell to 4.80% and the BB rated index yield fell to 5.63%, resulting in a new yield for the Benchmark Bond of 5.35%. This yield was then used to reprice the benchmark bonds. For this sequence of yields, the logarithmic return of the Benchmark Bond for the TAN3 Notes on 3 December 2018 was 0.14%. In this manner, daily returns for the respective Benchmark Bonds for all of the Vale Notes were computed.

269. Exhibit-10 presents the yields of the Merrill Indices used to compute the Benchmark Bonds.

270. Using the TRACE data, I performed a regression analysis for each of the Vale Notes. For each note a regression was estimated using all available daily returns covering the entire portion of the Class Period when the respective security was traded.

271. As is common in bond markets, there were some days when one or some of the Notes did not trade. The regression data series included only days on which there was a trading price for two consecutive trading days, so that a one-day return could be computed. All returns for the Vale Notes and Benchmark Bonds are one-day logarithmic returns.

272. Exhibit-11a through Exhibit-11g present the regression results for the Vale Notes.

C.      **Event Study Results**

273.    The Vale Note event study results are presented in Exhibit-12a through 12g. All seven bonds fell significantly in price after the collapse of Dam 1. Each of the five Vale Notes for which TRACE price data were available to compute a 1-day return on 25 January 2019 had a statistically significant price decline that day. While no trading price was available from the TRACE data for the TAE3 Note on 24 January 2019, that note fell significantly over the two-day window from 23 January 2019 to 25 January 2019. Over that interval, the TAE3 Note fell from a price of $126.88 to $121.32, and the residual return was a statistically significant -4.82%.  Similarly, while no trading price was available for the TAN3 Note on 25 January 2019, that note fell significantly over the two-day window, 24 January 2019 to 28 January 2019, spanning the 25 January 2019 first news event date. The TAN3 Note fell from a price of $104.64 to $101.90, and the two-day residual return was a statistically significant -2.71% decline.

274.    All six Vale Notes for which TRACE price data were available to compute a 1-day return on 28 January 2019 had a statistically significant price decline that day. As noted above, insufficient data was available to compute a 1-day return for the TAN3 Note on 28 January 2018, but its two-day return ending on 28 January 2018 was a statistically significant decline.

275.    Six of the seven Vale Notes had negative raw and residual returns on 4 February 2018, the third event date, with one note's price remaining essentially flat. One of the Vale Notes (TAP8) declined a statistically significant amount on 4 February 2018; six of the others fell by amounts less than the threshold for statistical significance; one note remained essentially flat (a residual increase of 0.02%). Six of the seven Vale Notes had negative residual returns on 6 February 2018 and the seventh bond was essentially flat, with three of the seven falling by statistically significant amounts.

81

276.   The Vale Notes demonstrated market efficiency over the four event dates, falling promptly in response to serious adverse news about the Company. All price changes observed over the first two event dates were statistically significant declines. One note fell significantly again after the 3rd event date, and 3 notes fell significantly after the 4th event date. These findings demonstrate a cause-and-effect relationship between the release of information and movements in the prices of the Vale Notes, which is the hallmark of an efficient market.

### D.   Further Empirical Evidence of Bond Market Efficiency

277.   In addition to the Note event study results, the Note regressions provide additional compelling evidence of the efficiency of the markets for the Vale Notes.

278.   The fundamental value of a bond changes on a day-to-day basis in response to changes in the market interest rate. A higher market interest rate would make a fixed coupon bond less attractive to investors, and should therefore depress its price, all else equal. Alternatively, a lower market interest rate should boost the bond price, all else equal.

> "We have seen already that an inverse relationship exists between bond prices and yields, and we know that interest rates can fluctuate substantially. As interest rates rise and fall, bondholders experience capital losses and gains."
> **Investments, 8th edition, by Zvi Bodie et al., McGraw-Hill Irwin, 2009, p. 513.**

279.   In an efficient market, investors would take note of market interest rate changes and such changes would be incorporated into the trading prices of the Notes.

280.   The Benchmark Bond return variable in the regression reflects changes in market interest rates. The regression results show that all of the Notes moved significantly on a day-to-day basis with the Benchmark Bond return. The Benchmark Bond return is a significant explanatory variable of the Vale Note returns at an extremely high level of statistical significance. This finding is compelling proof of the efficiency of the markets for the Vale Notes throughout the Class Period. The day-to-day cause-and-effect relationship thusly demonstrated between changes in market interest rates and the prices of the Vale Notes, proves that market participants did not ignore valuation-relevant information when pricing and trading the Vale Notes.

## XIII.  VALE NOTE EFFICIENCY SUMMARY AND CONCLUSION

281.    The Vale Notes traded on the NYSE with numerous market makers facilitating trading in the security. All seven of the Notes surpassed the trading volume standard for stocks that indicate a substantial presumption of market efficiency. Compared to other bonds in general, the trading frequency of the Vale Notes was extraordinarily frequent and active.

282.    The Company was widely covered by analysts and the news media. The Notes in particular enjoyed extensive dedicated analyst coverage. Institutional ownership of the was widespread.

283.    The Company was not only eligible for F-3 registration throughout the Class Period but actually did file an F-3 registration during the Class Period. Throughout the Class Period, Vale made regular and timely filings with the SEC. Financial information about the Company was always readily available to investors and analysts.

284.    Not only was the Company's market capitalization and float high, but the Vale Note issues, in the aggregate and individually were also extraordinarily large.

285.    The Vale Notes also satisfied the empirical *Cammer* factor, observably reacting to important unexpected events and announcements. The event study provides empirical proof of a cause-and-effect relationship between the release of Company information and changes in the Vale Note prices. All seven Notes declined significantly in response to the first two news events, which informed market participants about the Dam 1 collapse. For the third and fourth news events, which provided additional details about the Company's prior knowledge and repercussions from the disaster, the severity of the Note price declines surpassed the threshold for statistical significance for one and three Notes, respectively. These price responses are not only indications of market efficiency but demonstrations of market efficiency.

286.    The prices of the Vale Notes incorporated market interest rate information on a day-to-day basis over the course of the Class Period, as is evident in the highly statistically significant relationship between the Benchmark Bond returns and the Vale Note returns. This finding is additional empirical evidence that market participants monitored available

83

valuation-relevant information, and impounded that information into the market prices of the Vale Notes. The information was not ignored. There were no impediments to market efficiency. This finding is compelling evidence supporting the conclusion that the markets for the Vale Notes were efficient markets.

287.    The markets for the Vale Notes satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency. Given these facts, I conclude that the Vale Notes traded in efficient markets throughout the Class Period.

## XIV.    **COMMON DAMAGE METHODOLOGY**

288.    Lead Plaintiff's counsel asked me to opine on whether Section 10(b) for each of the Vale Securities could be measured using a common methodology that is consistent with Lead Plaintiff's theory of liability for all Class members with Section 10(b) claims. Section 10(b) addresses liability for investor losses sustained in connection with the purchase or sale of securities as a result of fraudulent misrepresentations and omissions.

289.    It should be noted that I have not conducted a loss causation analysis or computed damages at this time and reserve the right to address such issues at the appropriate stage. The full loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

290.    The out-of-pocket damage methodology discussed herein can be applied commonly for all Class members. Out-of-pocket damages are measured as the difference between the amount of security price inflation at purchase and the amount of inflation in the security price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes.

291.    This methodology allows the calculation of individual and class-wide damages stemming from various alleged misrepresentations and omissions and therefore will accommodate alternative potential determinations of liability. Economic analyses, including valuation and empirical event study analysis, can be used to estimate the relationship between

specific statements or sets of statements and the subsequent effect on prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, class-wide damages in response to the specific misrepresentations and omissions ultimately established by the Lead Plaintiff can be calculated in a straightforward manner common to all Class members.

292. Artificial inflation is the difference between the computed but-for price and the observed market price at any point in time. To the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damage methodology due to potentially unique facts and circumstances of this case, the standard tools of valuation analysis can be applied as needed. Valuation tools can be applied to measure what the price of Vale Securities would have been but for the alleged misrepresentations and omissions.

293. Valuation analysis is undertaken continuously, every day, for virtually every publicly-traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages in this case. Valuations assuming alternative scenarios are commonly conducted all the time by analysts and investors.

294. Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are, for example: valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation and quality of accounting. For notes and bonds, comparable bond analysis, credit analysis, and solvency analysis are among the tools available to analysts conducting valuations. In addition, forensic analysts have the added benefit of being able to use event study analysis, which quantifies the price effects that occurred when information did reach the market.

295.    Assuming a verdict for the Lead Plaintiff on the allegations of fraud, Section 10(b) per security damages for each investor can be measured as follows:

    i.    First, valuation tools, which would include event study analysis such as that described herein, and potentially other empirical analyses if necessary, would be used to establish if the disclosures, correcting the alleged misrepresentations and omissions, caused the price of Vale Securities to fall. This analysis, after controlling for potentially non-fraud-related information, would establish if the alleged misrepresentations and omissions had caused the security price to be artificially inflated, and if corrective disclosures caused the inflation to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis.

    ii.    Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of Vale Securities on each day during the Class Period, if any. An inflation ribbon is a time series of the difference between a security's actual price observed in the marketplace, and the estimated price that the security would have traded at each day had there been full disclosure. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for security prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis.

iii. Third, the measure of per security damages generally applied in Section 10(b) cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss). That is, for each Class member, per security damages would be calculated as the difference between the inflation on the date the security was purchased and the inflation on the date those same security was subsequently sold, or, if held, at the end of the Class Period.

iv. Per security damages are also limited, however, to be no greater than the decline in security price over the investor's respective holding period, which is the investment loss actually sustained. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. § 78u-4(e)), for any shares sold during the 90-day period after the end of the Class Period, per security damages would be calculated as the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss), or the decline in the security price (the investment loss), where the terminal security price is deemed to be the average price from the final corrective disclosure date to the sale date. Also, pursuant to the PSLRA, for any shares held 90 days or more beyond the final corrective disclosure, damages would equal the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the security price (the investment loss), where the terminal security price is deemed to be the average price over the 90 days following the final corrective disclosure.

v. The calculation of each Class member's damages would be a mechanical arithmetic exercise for all Class members, applying the results of the class-wide analyses described above to each Class member's trading data.

296. Consequently, each Class member's damages under Section 10(b) can be computed in the same way, applying this common methodology to all Class members, using readily available daily pricing information, in accordance with widely used and generally accepted methodologies and the prescriptions of the PSLRA.

297. I have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class, and such calculations will likely depend, in part, on the completion of discovery and full development of the record in this case. However, the methodology described above is generally accepted and widely used for calculating damages under Section 10(b) for all Class members in securities class actions.

## XV. LIMITING FACTORS AND OTHER ASSUMPTIONS

298. This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

## XVI.   APPENDIX-1: ABOUT THE VALE NOTES

### A.      The TAN3 5.875% June 2021 Notes

299.    On 10 June 2016, prior to the start of the Class Period, Vale, through a subsidiary, issued $1.25 billion (in aggregate principal amount) of senior unsecured notes due 10 June 2021. The notes were assigned CUSIP 91911TAN3 (the "TAN3 Notes"). The TAN3 Notes pay coupon interest semi-annually on the 10th of June and December, at a coupon rate of 5.875% per annum.[194]

300.    The TAN3 Notes were issued at par – that is, a price of $100 per $100 of par value.[195] The TAN3 Notes peaked during the Class Period at a price of $110.97 per $100 of par value on 6 September 2017. As of 7 February 2019, the trading day following the end of the Class Period, the TAN3 Note's market price had fallen to $103.05 per $100 of par value.

### B.      The TAM5 4.375% January 2022 Notes

301.    On 11 January 2012, prior to the start of the Class Period, Vale, through a subsidiary, issued $1.0 billion (in aggregate principal amount) of senior unsecured notes due 11 January 2022. The notes were assigned the CUSIP 91911TAM5 (the "TAM5 Notes"). The TAM5 Notes pay coupon interest semi-annually on the 11th of January and July, at a coupon rate of 4.375% per annum.[196] The notes were issued at a price of $98.804 per $100 of par.[197]

302.    On 4 April 2012, Vale conducted a follow-up offering of $1.25 billion. The newly issued notes carried the same terms as the 11 January 2012 issuance. The newly issued notes were priced at $101.345 per $100 of par value.[198]

303.    The TAM5 Notes peaked during the Class Period at a price of $105.65 per $100 of par value on 30 August 2017. As of 7 February 2019, the trading day following the end of the Class Period, the TAM5 Note's market price had fallen to $99.71 per $100 of par value.

---

[194] Vale S.A., Form 424B2, filed 8 June 2016, p. S-4.

[195] Vale S.A., Form 424B2, filed 8 June 2016, p. S-4.

[196] Vale S.A., Form 424B2, filed 5 January 2012, p. S-6.

[197] Vale S.A., Form 424B2, filed 5 January 2012, p. S-6.

[198] Vale S.A., Form 424B2, filed 30 March 2012, p. S-6.

### C.     The TAP8 6.25% August 2026 Notes

304.    On 3 August 2016, six trading days after the start of the Class Period, Vale, through a subsidiary, issued $1.0 billion (in aggregate principal amount) of senior unsecured notes due 10 August 2026. The notes were assigned CUSIP 91911TAP8 (the "TAP8 Notes"). The TAP8 Notes pay coupon interest semi-annually on the 10th of August and February, at a rate of 6.25% per annum.[199] The TAP8 Notes were issued at a price of $100 per $100 of par value.[200]

305.    On 7 February 2017, Vale conducted a follow-up offering of $1.0 billion. The newly issued notes carried the same terms as the 3 August 2016 issuance. The new issuance was priced at $107.793 per $100 of par value.[201]

306.    The TAP8 Notes peaked during the Class Period at a price of $116.81 per $100 of par value on 5 December 2017. As of 7 February 2019, the trading day following the end of the Class Period, the TAP8 Note's market price had fallen to $104.38 per $100 of par value.

### D.     The TAE3 8.25% January 2034 Notes

307.    On 15 January 2004, prior to the start of the Class Period, Vale, through a subsidiary, issued $500 million (in aggregate principal amount) of senior unsecured notes due 17 January 2034. The notes were assigned CUSIP 91911TAE3 (the "TAE3 Notes"). The TAE3 Notes pay coupon interest semi-annually on the 17th of January and July, at a rate of 8.25% per annum.[202] The TAE3 Notes were issued at a price of $98.904 per $100 of par.[203]

308.    On 26 October 2005, Vale conducted a follow-up offering of $300 million. The newly issued notes carried the same terms as the 15 January 2004 issuance. The new issuance was priced at $106.881 per $100 of par value.[204]

---

[199] Vale S.A., Form 424B2, filed 4 August 2016, p. S-4.

[200] Vale S.A., Form 424B2, filed 4 August 2016, p. S-4.

[201] Vale S.A., Form 424B2, 7 February 2017, p. S-4.

[202] Companhia Vale do Rio Doce, Form 424B2, filed 13 January 2004, p. S-7.

[203] Companhia Vale do Rio Doce, Form 424B2, filed 13 January 2004, p. S-7.

[204] Companhia Vale do Rio Doce, Form 424B5, filed 28 October 2005, p. cover.

309.   The TAE3 Notes peaked during the Class Period at a price of $135.99 per $100 of par value on 4 January 2018. As of 7 February 2019, the trading day following the end of the Class Period, the TAE3 Note's market price had fallen to $121.18 per $100 of par value.

### E.   The TAH6 6.875% November 2036 Notes

310.   On 21 November 2006, prior to the start of the Class Period, Vale, through a subsidiary, issued $2.5 billion (in aggregate principal amount) of senior unsecured notes due 21 November 2036. The notes were assigned CUSIP 91911TAH6 (the "TAH6 Notes"). The TAH6 Notes pay coupon interest semi-annually on the 21st of May and November, at a coupon rate of 6.875% per annum.[205]

311.   The TAH6 Notes were issued at a price of $98.478 per $100 of par.[206] The TAH6 Notes peaked during the Class Period at a price of $126.00 per $100 of par value on 26 January 2018. As of 7 February 2019, the trading day following the end of the Class Period, the TAH6 Note's market price had fallen to $109.91 per $100 of par value.

### F.   The TAK9 6.875% November 2039 Notes

312.   On 10 November 2009, prior to the start of the Class Period, Vale, through a subsidiary, issued $1.0 billion (in aggregate principal amount) of senior unsecured notes due 10 November 2039. The notes were assigned CUSIP 91911TAK9 (the "TAK9 Notes"). The TAK9 Notes pay coupon interest semi-annually on the 10th of May and November, at a rate of 6.875% per annum.[207] The TAK9 Notes were issued at a price of $98.564 per $100 of par.[208]

313.   On 15 September 2010, Vale conducted a follow-up offering of $750 million. The newly issued notes carried the same terms as the 10 November 2009 issuance. The newly issued notes were priced at $110.872 per $100 of par value.[209]

---

[205] Companhia Vale do Rio Doce, Form 424B2, filed 20 November 2006, p. S-11.

[206] Companhia Vale do Rio Doce, Form 424B2, filed 20 November 2006, p. S-11.

[207] Vale S.A., Form 424B2, filed 4 November 2009, p. S-5.

[208] Vale S.A., Form 424B2, filed 4 November 2009, p. S-5.

[209] Vale S.A., Form 424B2, filed 9 September 2010, p. S-5.

314. The TAK9 Notes peaked during the Class Period at a price of $126.65 per $100 of par value on 31 January 2018. As of 7 February 2019, the trading day following the end of the Class Period, the TAK9 Note's market price had fallen to $108.67 per $100 of par value.

### G. The EAA3 5.625% September 2024 Notes

315. On 11 September 2012, prior to the start of the Class Period, Vale issued $1.5 billion (in aggregate principal amount) of senior unsecured notes due 11 September 2042.[210] The notes were assigned the CUSIP 91912EAA3 (the "EAA3 Notes"). The EAA3 Notes pay coupon interest semi-annually on the 11th of March and September, at a coupon rate of 5.625% per annum.[211]

316. The EAA3 Notes were issued at a price of $99.198 per $100 of par.[212] The EAA3 Notes peaked during the Class Period at a price of $112.74 per $100 of par value on 27 January 2018. As of 7 February 2019, the trading day following the end of the Class Period, the EAA3 Note's market price had fallen to $97.33 per $100 of par value.

---

[210] Vale S.A., Form 424B2, filed 6 September 2012, p. S-4.

[211] Vale S.A., Form 424B2, filed 6 September 2012, p. S-4.

[212] Vale S.A., Form 424B2, filed 6 September 2012, p. S-4.

**XVII.** **APPENDIX-2: EXCERPTS FROM REPRESENTATIVE ANALYST REPORTS PUBLISHED FOLLOWING EARNINGS ANNOUNCEMENTS**

317.   Below are excerpts from analyst reports that are representative of analysts' reactions to the earnings announcements during the Class Period.

   1.   27 October 2016

"3Q16 Highlights: Adjusted EBITDA of US$2.87Bn (excluding a $150M gain on the gold stream transaction), up 27% Q/Q and 55% Y/Y, came in 2% ahead of our $2.83n estimate and the consensus of $2.80Bn. Lower–than–expected costs more than offset the revenue miss. Normalized EPS of US$0.10 came in below our estimate of $0.17 and the consensus of $0.18; relative to our number, a higher effective tax rate primarily explained the miss (44% vs. 16%e). The Positives: i) Iron ore EBITDA/tonne of $26.7 exceeded our $24.1 estimate due to lower cash costs (7% below our model); ii) Coal cash costs of $65/tonne came in 13% below our estimate, which drove an EBITDA beat in that segment; iii) Free cash flow (cash from ops minus capex/investments) of $636M in 3Q16 (excluding $524M from gold stream operation) was higher than the $123M we expected and improved from negative $240Bn in 3Q15; iv) ND/EBITDA, including REFIS, declined to 4x in 3Q16 from 4.8x in 2Q16, as in addition to a higher EBITDA, net debt fell by 3% Q/Q. The Negatives: i) Other expenses of $221M (excluding a $150M gain on the gold stream transaction) came in higher than our $130M estimate, and more than offset lower-than-expected SG&A expenses ($153M vs $188Me); ii) 3Q16 effective tax rate of 44% was well above the 16% we penciled in our model, which mostly explained the EPS miss ($0.10 vs $0.17e)."
**"3Q16 EBITDA in Line; Cash from Ops Ahead of Our Estimate," by Carlos De Alba et al., Morgan Stanley, analyst report, 27 October 2016, p. 1.**

"$3.0bn of EBITDA was in line with our estimate and ahead of consensus $2.8bn, with softer iron ore sales volumes offset by streaming gains in base metals. But Vale will not earn its way to financial health, it has to come from asset disposals. … Iron ore fines delivered EBITDA of $2.0bn, below our $2.2bn mainly on the lower sales volumes (74.2m). Average realised price of US$59.30 CFR vs. the index average for the quarter of US$58.60 was also marginally lower than our estimate based on period end provisional pricing. Pellets delivered $462m vs. DBe $385m. The bleeding at VNC (-$39m) and met coal (-$7m) was stemmed and in both cases should improve further in the 4Q16. Base metals overall delivered EBITDA of US$450m

vs. DBe of $364m (adjusted for $150m from streaming). Fertilizer disappointed at $59m but our expectations were aggressive. Net debt declined on lower capex spend and stable working capital to US$28.1bn (before REFIS) vs. DBe US$29.2bn."

**"3Q16: Streaming Offsets Soft Iron Ore Sales," by Rene Kleyweg and Chris Terry, Deutsche Bank, analyst report, 27 October 2016, p. 1.**

"Prices Made the Difference: Excluding fertilizer products, the average price of all Vale's products was higher q/q. Cost Discipline: At the same time, Vale kept its discipline on costs, and total expenses of USD5.3bn remained stable q/q and down -7% y/y. Iron ore cash was the main highlight, C1 cash cost came in at USD13.0/t (vs. USD13.2/t in 2Q16), despite the 7% BRL appreciation against the USD in the same period. The Good: (i) Adj. Ebitda of USD2.87bn was marginally higher than CSe and 2% higher than consensus; (ii) results of the coal division improved, with Ebitda at almost breakeven, at negative USD7mn; (iii) leverage touched below 3x for the first time in more than a year (ND/Ebitda at 2.9x vs. 3.6x inQ2); (iv) strong FCF of USD1.6bn, supported by healthy Ebitda, USD324mn from working capital, and USD 800mn total cash-in from the goldstream divestment, and (v) iron ore C1 cash cost declined 1% despite BRL appreciation q/q. The Bad: (i) The company is guiding a four-year phased ramp-up of the S11D project (instead of two years previously announced); (ii) the iron ore division disappointed on volumes, at 86.6Mt in total iron ore sales, 5% below CSe; and (iii) weak fertilizers Ebitda, at USD59mn, 9% below CSe. Despite the strong results, we maintain our negative view as we expect lower iron ore prices in 2017. In our base case of USD45/t for iron ore prices, we see Vale trading at 8.1x EV/Ebitda 2017 and believe the shares will likely underperform once we see lower iron ore prices materializing."

**"3Q16: Strong and In Line," by Ivano Westin and Renan Criscio, Credit Suisse, analyst report, 27 October 2016, p. 1.**

2.      23 February 2017

"As expected, Vale reported a strong set of 4Q results, delivering EBITDA of US$4.77bn (+58% q/q and +243% y/y), and 3% above us (9% above consensus). Our impression is that the buy side was at around US$4.5bn (small beat), and we believe one of the main sources of variance in forecasting came from average price realizations in IO … Iron ore (fines) shipments came out at 80.2Mt (in-line), with price realizations equating to US$69.4/t (7% above us). The main driver of the positive result on pricing came from a positive provisional pricing carry … Overall, a solid report, which we expect to be well received by investors. We continue believing the balance of risks of iron ore is significantly tilted to the downside, and remain Neutral on shares."

**"4Q16: Pace of Deleveraging Accelerating," by Leonardo Correa and Caio Ribeiro, BTG Pactual, analyst report, 23 February 2017, p. 1.**

94

"Despite the high EBITDA beat, Vale generated FCF of US$1,134 million in Q4/16 that missed our US$1,281 million forecast due to a US$1.5 billion increase in accounts receivable (which should be collected in 2017). For the full year, Vale's FCF stood at US$1,338 million. The company announced a dividend proposal (interest in equity) of R$4.67 billion (US$1.5 billion or US$0.29 per share) that exceeds our US$1.25 billion (US$0.24 per share) estimate for the year. As we expected, dividends are back."
**"Quarter Results Ahead of Estimates; Dividends are Back," by Alfonso Salazar and Christian C. Landi, Scotiabank, analyst report, 23 February 2017, p. 1.**

"Vale reported improved 2016 results versus 2015, with adjusted EBITDA increasing 72% to $12.2 billion. The primary driver was higher iron ore prices, which rose 14% to average $62.34 per metric ton in 2016. The rally accelerated during the fourth quarter, with prices reaching $79.10, which is 75% higher than the same period last year. In our view, this rally is unsustainable since it was built on credit-fueled Chinese stimulus that we expect will end."
**"Vale 2016 Results Buoyed by Higher Iron Ore Prices, but These Elevated Profits Are Unsustainable," by David Wang, Morningstar, analyst report, 23 February 2017, p. 1.**

3.    27 April 2017

"Financials decent vs. our estimates though flattered by one-offs: Vale's Q1 EBITDA came in 4% ahead of our estimates but 4% below consensus so a 'mixed' result. The main area of weakness was in the coal division where EBITDA declined 61% QoQ (79% below our estimate and 56% below consensus): Vale's realized pricing fell 24% QoQ due to trial cargoes at fixed prices which lagged spot prices significantly. Iron ore EBITDA beat on pellet pricing and $85m one-offs included in EBITDA. EPS was 5% light of our estimate due to higher interest costs."
**"UPDATE: Decent Q1 but Coal Weak and Fe Flattered by One-Offs," by Amos Fletcher and Ian Rossouw, Barclays, analyst report, 27 April 2017, p. 1.**

"Vale's 1Q17 numbers were marked by a combination of lower volumes compensated by higher prices, especially in the ferrous division, which did pretty well. Base metals performance was the main weak spot in the quarter as the Canadian operations were affected by operating problems in the Thompson area. Free cash flow was positive and robust at $2.5B, causing net debt to lower 9% to $22.7B. EBITDA reached $4.3B, in line with JPMe but 4% shy of consensus. We expect a neutral reaction to the numbers."
**"1Q17 In Line on a Combination of Strong Iron Ore and Weak Base Metals and Coal. Solid FCF. – ALERT," by Rodolfo Angele and Lucas Ferreira, JPMorgan, analyst report, 27 April 2017, p. 1.**

"Largely in-line with (revised) expectations; Deleveraging main positive; Neutral. We considered Vale's 1Q17 results largely in-line with consensus expectations, which had already been moving lower over the past weeks. We calculate adjusted EBITDA at US$4.15bn (excluding one-offs: positive impact of US$85mn from insurance recovery & negative impact of US$32mn from operational issues at Thompson), which is 4% below our forecasts and 5% below consensus. We attribute the slight difference mainly to: weaker non-ferrous division EBITDA (29% below us) and lower coal EBITDA (-23%, but small base effect). Nonetheless, we must admit that on the bright side, (Ferrous) cost pressures were more muted than we had feared, with iron ore C1 at US$14.7/t (7% below us) and the company managed to make notable progress on the balance sheet front. While the US$2.45bn FCF figure was boosted by a non-recurring US $770mn from the Mitsui transaction, Vale still managed to cut net debt by over US$2bn, delivering a very solid leverage ratio of 1.6x (from 2.1x in 4Q16). Thus, the deleveraging story is visible, and remains the core of the investment thesis. All-in, with a much lower iron ore price nowadays (and a weaker outlook for the 2H, in our view) and no conviction on a rebound in base metal prices, we fear the 1Q could mark the peak for 2017, even considering a relevant volumes recovery ahead. Remain Neutral."
**"1Q17: Notable Balance Sheet Progress; Operational Peak?" by Leonardo Correa and Caio Ribeiro, BTG Pactual, analyst report, 27 April 2017, p. 1.**

4.     27 July 2017

"Our view: We view Q2/17 announced results as neutral for the shares versus consensus estimates. Vale reported adjusted fully diluted EPS of $0.21, below our forecast of $0.29 but above consensus of $0.19. The result was lower than we expected due to lower than expected sales volumes for iron ore, copper and nickel, and lower iron ore realized prices, partially offset by higher than expected pellet sales and realized prices."
**"Q2/17 results slightly above consensus, below our Expectations," by Stephen D. Walker et al., RBC, analyst report, 27 July 2017, p. 1.**

"Vale reported weaker-than-expected results this morning, although FCF exceeded our expectation due to lower-than-expected capex and a large cash inflow from working capital. Vale's balance sheet is improving, which is important in light of the downside risk to iron ore, but deleveraging is progressing relatively slowly. S11D will be transformational for Vale as it continues to ramp up. We maintain our Hold rating on Vale shares due to iron ore price risk."
**"Deleveraging in Progress," by Christopher LaFemina et al., Jefferies, analyst report, 27 July 2017, p. 1.**

96

"Vale reported slightly better-than-expected results for 2Q17, with EBITDA reaching USD 2,729 million, 5% above our projection. We expect a neutral market reaction today."

**"Neutral 2Q17 – Iron Ore Costs to Decline," by Marcos Assumpção et al., Itau BBA, analyst report, 27 July 2017, p. 1.**

5.      26 October 2017

"Operating results slightly weaker; Expect slightly negative reaction; Neutral Vale reported an improving set of results, with notable q/q gains (EBITDA growing 54% q/q; largely a function of pricing/premiums/volumes). Nonetheless, results came shy of our expectations (admittedly they were high), with EBITDA coming at US$4.192bn, 9% below us and 3.5-4% below consensus. We attribute the miss to a series of factors: slightly lower iron ore shipments (-8% below), lower pellet price realizations (-8%), lower base metals EBITDA (-20% on disappointing Ni performance) and lower coal EBITDA (coming US$46mn vs us at US$160mn). On the positive side we would also mention a few aspects of the report: FCFE is flowing (US$1.4bn; more to come in 4Q), net debt was reduced by over US$1bn, break-even costs to China declined 12% q/q to US$30/t, Vale's blending strategy is performing well (US$3.9/t quality premium!) and improving copper EBITDA. We believe management is on track to turnaround nonperforming assets, deleverage and deliver a commercially more prepared company to 'fight' the environmental challenges in China (= capitalize from a flexible and higher quality product mix). However, we believe these transformations will demand time. We expect a slightly negative reaction to results."

**"3Q17: On the soft side, but moving in the right direction," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 26 October 2017, p. 1.**

"Vale reported strong 3Q17 results broadly in line with our estimates, with EBITDA reaching USD 4.2 billion, 3% below our projection and 4% below consensus. We saw positive developments with iron ore EBITDA/ton improving on lower cost and higher quality premium, reduction in capex guidance and the announcement of the project finance conclusion for November. We expect a marginally positive market reaction today."

**"Strong 3Q17 – Lower Cost, Lower Capex and Lower Debt," by Marcos Assumpção et al., Itau BBA, analyst report, 26 October 2017, p. 1.**

"Vale's reported 3Q EBITDA of $4.2bn was up 39% y/y but missed our forecast of $4.4bn due to lower than expected realized iron ore prices and higher than expected costs. While 3Q earnings missed, Vale has operational momentum as S11D is ramping up. Vale should have strong FCF even if iron ore prices drift lower. We maintain our Hold rating on Vale shares due

97

to near-term iron ore price headwinds, but the risk over 6+ months may be to the upside. 3Q results were somewhat disappointing.”
**"3Q Miss, but Deleveraging has Begun," by Christopher LaFemina, et al., Jefferies, analyst report, 26 October 2017, p. 1.**

"Our view: We expect a positive reaction from Vale shares on Q3/17 results. Vale reported adjusted fully diluted EPS of $0.42, above our forecast of $0.35 and consensus of $0.40. The result was higher than we expected mainly due to lower costs and higher-than-expected realized prices for iron ore and pellets, partially offset by lower-than-expected iron ore sales volume.”
**"Q3/17 Stronger than expected," by Stephen D. Walker et al., RBC, analyst report, 26 October 2017, p. 1.**

6.      28 February 2018

"Despite a modest miss in EBITDA (ex-dividends) vs. our estimate, Vale's result was in line with consensus, and strong cashflow generation handsomely exceeded our expectations. … 4Q17 Highlights: Adjusted EBITDA of $3.9Bn (excluding $417M in impairments and other results in non-current assets, and $236M in dividends from noncontrolling companies) came in 3% below our estimate; but EBITDA was in line with the consensus of $4.1Bn, which we believe includes dividends. Higher costs and expenses relative to our model more than offset slightly higher revenues.”
**"4Q17 EBITDA in Line with Consensus; Strong FCF Generation," by Carlos de Alba and Jens Spiess, Morgan Stanley, analyst report, 28 February 2018, p. 1.**

"Vale reported strong 4Q17 results, with EBITDA of USD 4.1 billion, in line with our projection and 1% above consensus. We continue to like Vale's story, but expect a neutral market reaction to the 4Q17 results. … Net revenue reached USD 9,167 million, bang in line with our number and improving 1% QoQ on higher iron ore volumes and base metal prices, but partly offset by lower iron ore prices. EBITDA totaled USD 4,109 million, boosted by the best results from the base metals unit since 2011 (EBIDTA of USD 782 million, up 39% QoQ). Results were hurt by lower iron ore realized prices (USD 63.1/ton, -6% QoQ), causing EBITDA from iron ore fines to fall 11% QoQ, to USD 2.6 billion.”
**"Robust 4Q17 – Shaping a More Predictable Company," by Marcos Assumpção et al., Itaú BBA, analyst report, 27 February 2018, p. 1.**

"Vale reported better than expected 2017 results due to good operational performance and high quality premiums for its iron ore. The company generated EBITDA of $15.3bn (+28% y-o-y) and FCF of $8.6bn ($2.7bn in 4Q), and lowered its net debt by 28% to just $18.1bn. We expect Vale's iron

ore price realizations to fall in 2H18 and reiterate our Hold rating on Vale shares as a result, but things have clearly gone well for the company over the past year. … The company generated slightly better than expected 2017 EBITDA of $15.3bn and free cash flow of $8.6bn, allowing it to further repair what had been an over-geared balance sheet. While Vale continues with its productivity and efficiency improvements, we are concerned about iron ore price risk and the risk that premiums for high quality iron ore in particular will fall in 2H18 as demand weakens and supply grows."
**"Good Progress for Vale, but Iron Ore Price Realizations to Fall," by Christopher LaFemina and Patricia Hove, Jefferies, analyst report, 28 February 2018, p. 1.**


7.       <u>26 April 2018</u>


"In-line, but mgmt. delivering on promise to make Vale more predictable; Buy. All things considered, Vale delivered a solid set of 1Q18 results, which were largely anticipated by the market. EBITDA came out at US$3.97bn, broadly stable q/q (despite lower volumes) and bang in-line with us and consensus. After years of highly challenging results to decipher (especially on reconciling IO price realizations), Vale delivered a fairly predictable set of results, which is ultimately management's goal."
**"1Q18: Who Said Predictable (In-Line) Is Unexciting?" by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 25 April 2018, p. 1.**


"Vale reported strong but in-line 1Q18 results, with EBITDA at USD 4.0 billion, 1% below our number and in line with consensus. We expect a neutral market reaction and maintain Vale as the top pick in our coverage space. … Net revenue reached USD 8,603 million, 1% above our forecast, but down 6% QoQ, as sequentially higher iron ore prices were compensated by lower iron ore volumes and base metals contribution. EBITDA totaled USD 3,971 million, 1% below our forecast and down 3% QoQ, positively impacted by improved results for pellets, offset by weaker EBITDA in base metals (USD 644 million, -21% QoQ)."
**"In-Line 1Q18 Results: Predicable, Premium and Flexible," by Marcos Assumpção et al., Itaú BBA, analyst report, 25 April 2018, p. 1.**


"Vale delivered another step to be recognized by the market as a predictable company: 1Q18 well aligned with market expectation. We welcome the results, as USD 5bn FCF and deleverage to 1.0x Net Debt/Ebitda (net debt of USD14.9bn is the lowest in the past seven years) are milestones to set the foundations for increasing cash return to shareholders. The USD10bn net debt will be achieved in 2H18, in our view."
**"1Q18: A Predictable Quarter," by Ivano Westin et al., Credit Suisse, analyst report, 25 April 2018, p. 1.**

8.    26 July 2018

"Vale reported operating results, including EBITDA of US$3.9 billion that was in line with our estimate and consensus; the company was able to keep EBITDA flat QoQ even with a US$9/ton QoQ decline in spot iron ore prices that was offset by higher volumes and higher premiums. … Leverage continues its downward trend: Considering the US$949 million of cash inflows from sales of assets, the company generated US$3.1 billion in cash. As result, net debt fell to US$11.5 billion from US$14.9 billion in 1Q18 and the leverage measured by net debt/LTM adj. EBITDA fell to 0.7x vs. 1.0x in 1Q18."
**"Sound 2Q18 Operating Results; Leverage Reaches Lowest Level in Six Years," by Gustavo Allevato and Renato Maruichi, Santander, analyst report, 25 July 2018, p. 1.**

"Net revenues of $8.6Bn vs. MSe $8.6Bn (Consensus $8.6Bn). Adjusted EBITDA $3.7Bn vs. MSe $3.8Bn – excluding $165M in dividends from non-controlling companies. Considering dividends received payments, adjusted EBITDA came in 2% below the consensus of $3.97Bn. … However, we believe the market will focus on Vale's announced dividends of ~$2.1B (~8% higher than MSe) and an unexpected $1B share buyback program. "
**"2Q18 Results First Pass: EBITDA Basically in Line; FCF Below Our Estimate, but Focus on Dividends/ Buybacks," by Carlos de Alba et al., Morgan Stanley, analyst report, 25 July 2018, p. 1.**

"Vale reported 2Q18 adjusted EPS of $0.40 (vs. DBe of $0.34 and consensus of $0.30). Adjusted EBITDA was $3.90bn, largely in-line DBe of $3.93bn. Overall guidance is largely unchanged, with capex $200m lower and Nickel output lowered 5% (pre-released on July 16th). Net Debt declined 7% QoQ to $11.5bn, aided by proceeds from the Voisey Bay's cobalt streaming deal ($690m) and the sale of nitrogen/phosphate assets in Cubatao ($255m). Given strong operational cash flow, Vale remains on track to largely meet its $10bn target Net Debt by YE18. Vale's Board approved $2.1bn (~40c/ADR) for 2H18 (implying 2018E dividend yield of 4.9% incl. $1.4bn paid in 1Q18) and announced a $1bn share buyback program to be completed within one year."
**"2Q18 Operating Results In-Line; Dividend/Buyback Announced," by Chris Terry et al., Deutsche Bank, analyst report, 25 July 2018, p. 1.**

9.      25 October 2018

"Solid results, largely in-line with expectations; Recommend investors to Buy Vale reported a solid set of results, largely anticipated by the market, supporting the thesis that it's becoming a more predictable company. EBITDA came out at US$4.37bn, in-line with our forecast of US$4.4bn and with consensus, so should not catch investors by surprise. However, we see good quality in numbers and would highlight: (1) Iron ore price realizations: the main positive, with quality premiums driving prices above benchmark; (2) iron ore cash cost levels (C1) coming below expectations at US$12.4/t, 8% below us; (3) FCF generation of US$3bn (annualized yield in the teens); (4) net debt: virtually near target of US$10bn (leverage below 1x); (5) buybacks: 48.9% of US$1bn program already executed (fast execution, in our view). On the flip side, its base metals and coal divisions continue running well below potential, but we must point out that part of the miss in the former is non-recurring (near US$100mn of EBITDA reduction is due to Sudbury's maintenance). It's troubled VNC asset is also still running in the red, which we believe could justify more difficult (and aggressive approaches). All-in, a solid Q, that underscores Vale's quest to deliver a more predictable company, with very strong cash return prospects throughout the cycle."
**"3Q18: Cash (and Predictability) Is King," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 24 October 2018, p. 1.**

"Plenty of positives have come together for Vale in Q3 as the company continues to show improvements in its iron ore division, continued deleveraging and a return to growth spending. … There remains so much to like about Vale over the medium-term; however, we continue to see challenges in the short-term over iron prices into a slowing China. Despite the recent pull back we calculate that Vale is trading on 5.9x 2019E EV/EBITDA - and the premium products; which helped to provide elevated profitability in Q1-Q3 2018, could be on the cusp of a sharp contraction. We continue to approach Vale shares with caution although today's release, should, at first glance, provide some positive sentiment for the shares."
**"Vale Posts Impressive Q3 Performance in Iron Ore; Salobo III, Gelado Expansions Approved," by Tyler Broda, RBC, analyst report, 24 October 2018, p. 1.**

"Bottom Line: Vale has reported Q3 earnings of US$0.40/sh, 4% light of our forecast on higher costs in the base metal and coal divisions. Vale continues to deliver to its value over volume strategy and is taking advantage of brownfield expansion opportunities with the announced approval of the Salobo III copper extension and Gelado pellet project. We

101

continue to like Vale's strategic direction but note that we are approaching a period of seasonal softness in iron ore prices. Key Points 3Q18 Results (see Exhibit 1): With revenue slightly higher than expected at US$9.5B (+2% vs. BMO), most of the miss in EBITDA (US$4.4B, -4%) and underlying earnings (US$2.1B, -4%) came from higher-than-expected cost from the base metals and coal divisions."

**"Slightly Light Q3 Earnings but Vale Continues to Deliver Strategic Direction," by Edward Sterck et al., BMO, analyst report, 25 October 2018, p. 1.**

## XVIII. <u>APPENDIX-3: LOGARITHMIC RETURNS</u>

318.   Logarithmic returns, rather than percent change returns are commonly used in security return regressions and event study analysis and were used in the regression modeling here.

319.   The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
$R_t$ is the logarithmic return on day t;
$P_t$ is the security price at the end of day t;
$P_{t-1}$ is the security price from the previous day, day t-1;
$d_t$ is the dividend on day t, if any.

320.   The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
$DR_t$ is the dollar return on day t;
$P_{t-1}$ is the security price from the previous day, day t-1;
e is natural e (approximately 2.7);
$R_t$ is the logarithmic return on day t.

321.   If a security falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

322.   The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

323.   An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by the market and industry sector factors.

### XIX.   APPENDIX-4: PROCESSING THE NOTE DATA

#### A.   About the TRACE Dataset and FINRA Members

324.   I obtained, via counsel, TRACE data for the Vale Notes in seven files.[213] The data covered the period from 1 January 2016 through 31 December 2019. The TRACE dataset is a central collection, or repository, of trading information submitted by FINRA members. Members submit trade information to the repository for each of their trades, whether the trade be with another FINRA member or a non-member customer. Members must also submit trade information updates when they become aware of new information or that a previous submission was inaccurate. If a FINRA member trades with an affiliated non-member (e.g., a member broker-dealer, that is wholly owned by a bank holding company trades with a non-member subsidiary of the same bank holding company; or the member broker-dealer trades on behalf of the affiliated non-member entity), the FINRA member must create an audit trail by submitting a trade report to TRACE evidencing the transfer between the affiliated parties.

#### B.   Processing the TRACE Dataset for Cancels, Corrections, and Reversals

325.   Every submission to the TRACE dataset includes a "Status" field and allows for the identification of what type of information is being submitted. The possible Status identifiers are a "Newly Reported Trade," a "Correction (cancelled portion)," a "Correction (new trade portion)," a "Reversal (Historical Trade Cancels)," or "Cancelled."[214] In order to analyze the market activity of the Vale Notes, I processed the TRACE data using the following procedures.

326.   A "Newly Reported Trade" identifies the submission of a new trade by a FINRA member. A "Correction (cancelled portion)" identifies the Newly Reported Trade that requires correction. A "Correction (new trade portion)" is the corrective information

---

[213] The files I received were: 91911TAE3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAH6 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAK9 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAM5 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAN3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91912EAA3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; and 91911TAP8 TRACE-Corp Data Jan012016 through Dec312019.xlsx.

[214] Trade Data Fields & Definitions for Corporate-Agency Bonds (WIAT-CATD) Dec012016.pdf.

pertinent to a Newly Reported Trade that was identified as requiring correction. A "Reversal (Historical Trade Cancels)" identifies a non-recent trade to be cancelled by reversing the original trade. "Cancelled" identifies a Newly Reported Trade to be disregarded.

327.   Each reported trade can be uniquely identified with three fields: "System Control ID," "System Control Dt," and "First System Control ID."

328.   In order to correct a Newly Reported Trade, the System Control Dt and First System Control ID fields in a Correction (cancelled portion) submission are used to identify the original Newly Reported Trade by matching the First System Control ID of the Correction (cancelled portion) to the System Control ID of the Newly Reported Trade and matching the System Control Dt's in the Correction (cancelled portion) and the Newly Reported Trade.

329.   After the Newly Reported Trade is removed, the Correction (cancelled portion) is removed based on matching the first System Control ID and the System Control Dt of the Correction (cancelled portion) and the Correction (new trade portion).

330.   A Reversal (Historical Trade Cancels) submission identifies a non-recent Newly Reported Trade with matching First System Control ID and System Control Dt fields to be deleted.

331.   A Cancelled submission identifies a recent Newly Reported Trade with matching First System Control ID and System Control Dt fields to be deleted.

### C.   Processing the TRACE Dataset for Trades with Affiliated Non-Members

332.   All submissions with identified as "Audit Trail Only" or "Position Transfer" in the "Special Processing Cd" field are discarded from the TRACE dataset.

### D.   Processing the TRACE Dataset for Duplicate Trades Submissions

333.   Trades with FINRA members as both the buyer and the seller will result in two submissions of Newly Reported Trades. A search for duplicates was performed for every Newly Reported Trade and Correction (new trade portion) submission remaining after processing for Cancels, Corrections, Reversals and Trades with Affiliated Non-Members.

1.    Identify the Universe of Potentially Duplicate Submissions

334.    The universe of potential duplicate submissions to the original trade included all Newly Reported Trade and Correction (new trade portion) submissions executed within a 10-minute window of when the original trade was executed (identified by the "Execution Date" and "Execution Time" fields); however, if the time that trade was reported (identified by the "Trade Report Dt" and "Trade Report Tm" fields) was more than 10 minutes after the when the trade was executed, all Newly Reported Trade and Correction (new trade portion) submissions reported within a 10-minute window of when the original trade was reported were also included in the universe of potential duplicate submissions.

2.    Evaluate Potentially Duplicate Submissions against the Original Trade

335.    The potentially duplicate submissions were evaluated and rejected if the values for "Entered Price," "Entered Volume," "Buyer Mp Id," and "Seller Mp Id" in the potentially duplicate submissions did not contain matching values to the original trade and the "Buy/Sell" field contain the opposing trade side to the original trade (e.g. if the original submission was submitted by the buy side of the transaction, all potential duplicates that were also submitted by the buy side of the transaction were rejected leaving only potential duplicates submitted by the selling side of the transaction). If one or more potential duplicate submissions remain in the search universe, the potential duplicate trade submission with the earliest execution time is determined to be a duplicate submission and discarded from the calculation of daily volume and weighted average prices.

E.    **Analyzing TRACE Data**

336.    For the purposes of running the regression analysis, I computed value weighted average prices from the trades executed within the U.S. stock market hours of 9:30 AM – 4:00 PM.

106

**Exhibit-1**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- Consolidated Class Action Complaint for Violations of The Federal Securities Laws, dated 25 October 2019.
- Memorandum & Order, dated 20 May 2020.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles from 28 July 2016 to 6 February 2019, downloaded using the following search parameters: All Sources; All Authors; Company: Vale S.A.; All Subjects; All Industries; All Regions; Language: English.
- "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM.
- "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019, 9:31 AM, updated 10:11 AM.
- "'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*, 6 February 2019, 12:33 AM.

## ANALYST REPORTS

- GlobalData, January 2016.
- Marketline, January 2016.
- Validea, 1 January 2016.
- Morgan Stanley, 4 January 2016.
- Morningstar Equity Research, 4 January 2016.
- UBS, 6 January 2016.
- Sadif, 8 January 2016.
- Scotiabank, 11 January 2016.
- BTG Pactual, 12 January 2016.
- Itau BBA, 12 January 2016.
- Morningstar Corporate Credit Research, 14 January 2016.
- Morningstar Equity Research, 14 January 2016.
- Renaissance Capital, 15 January 2016.
- JPMorgan, 18 January 2016.
- HSBC, 20 January 2016.
- Renaissance Capital, 20 January 2016.
- JPMorgan, 21 January 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- Barclays, 22 January 2016.
- Barclays, 22 January 2016.
- BMO Capital Markets, 22 January 2016.
- Scotiabank, 22 January 2016.
- Cowen and Company, 26 January 2016.
- ValuEngine, 27 January 2016.
- BTG Pactual, 28 January 2016.
- HSBC, 28 January 2016.
- JPMorgan, 28 January 2016.
- Sadif, 28 January 2016.
- Wright Reports, 30 January 2016.
- RBC Capital Markets, 17 February 2016.
- Barclays, 18 February 2016.
- BBT Capital Markets, 18 February 2016.
- BMO Capital Markets, 18 February 2016.
- BTG Pactual, 18 February 2016.
- Cowen and Company, 18 February 2016.
- Deutsche Bank, 18 February 2016.
- JPMorgan, 18 February 2016.
- Morgan Stanley, 18 February 2016.
- RBC Capital Markets, 18 February 2016.
- Scotiabank, 18 February 2016.
- BuySellSignals Research, 19 February 2016.
- BMO Capital Markets, 22 February 2016.
- JPMorgan, 22 February 2016.
- Morningstar Equity Research, 23 February 2016.
- Morningstar Equity Research, 23 February 2016.
- Sadif, 23 February 2016.
- Morningstar Corporate Credit Research, 24 February 2016.
- Morningstar Equity Research, 24 February 2016.
- Barclays, 25 February 2016.
- Barclays, 25 February 2016.
- BBT Capital Markets, 25 February 2016.
- BMO Capital Markets, 25 February 2016.
- BTG Pactual, 25 February 2016.
- Cowen and Company, 25 February 2016.
- Deutsche Bank, 25 February 2016.
- Itau BBA, 25 February 2016.
- Itau BBA, 25 February 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- Jefferies, 25 February 2016.
- JPMorgan, 25 February 2016.
- JPMorgan, 25 February 2016.
- Morgan Stanley, 25 February 2016.
- Morgan Stanley, 25 February 2016.
- Morningstar Corporate Credit Research, 25 February 2016.
- Morningstar Equity Research, 25 February 2016.
- Morningstar Equity Research, 25 February 2016.
- RBC Capital Markets, 25 February 2016.
- RBC Capital Markets, 25 February 2016.
- Scotiabank, 25 February 2016.
- UBS, 25 February 2016.
- BBT Capital Markets, 26 February 2016.
- CFRA Equity Research, 26 February 2016.
- Morgan Stanley, 28 February 2016.
- Sadif, 29 February 2016.
- MarketLine, March 2016
- Itau BBA, 2 March 2016.
- JPMorgan, 2 March 2016.
- Morgan Stanley, 2 March 2016.
- Morningstar Corporate Credit Research, 2 March 2016.
- Morningstar Corporate Credit Research, 2 March 2016.
- Morningstar Corporate Credit Research, 2 March 2016.
- Morningstar Corporate Credit Research, 2 March 2016.
- Morningstar Corporate Credit Research, 2 March 2016.
- Morningstar Equity Research, 2 March 2016.
- Morningstar Equity Research, 2 March 2016.
- RBC Capital Markets, 2 March 2016.
- Scotiabank, 2 March 2016.
- HSBC, 3 March 2016.
- Jefferies, 3 March 2016.
- JPMorgan, 3 March 2016.
- Wright Reports, 3 March 2016.
- BTG Pactual, 7 March 2016.
- Itau BBA, 7 March 2016.
- Jefferies, 7 March 2016.
- JPMorgan, 7 March 2016.
- JPMorgan, 7 March 2016.
- Morgan Stanley, 7 March 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- Morningstar Equity Research, 7 March 2016.
- Morningstar Equity Research, 7 March 2016.
- Morningstar Equity Research, 7 March 2016.
- RBC Capital Markets, 7 March 2016.
- UBS, 7 March 2016.
- UBS, 7 March 2016.
- Barclays, 8 March 2016.
- Cowen and Company, 8 March 2016.
- Credit Suisse, 8 March 2016.
- Deutsche Bank, 8 March 2016.
- Morningstar Equity Research, 8 March 2016.
- Morningstar Equity Research, 9 March 2016.
- Renaissance Capital, 10 March 2016.
- Deutsche Bank, 14 March 2016.
- Minkabu, 18 March 2016.
- Renaissance Capital, 18 March 2016.
- Morningstar Equity Research, 23 March 2016.
- Scotiabank, 23 March 2016.
- Minkabu, 25 March 2016.
- HSBC, 29 March 2016.
- Credit Suisse, 4 April 2016.
- JPMorgan, 4 April 2016.
- RBC Capital Markets, 4 April 2016.
- Wright Reports, 4 April 2016.
- Renaissance Capital, 6 April 2016.
- UBS, 6 April 2016.
- UBS, 6 April 2016.
- Morningstar Corporate Credit Research, 7 April 2016.
- Morningstar Equity Research, 7 April 2016.
- RBC Capital Markets, 7 April 2016.
- Scotiabank, 7 April 2016.
- Deutsche Bank, 8 April 2016.
- Minkabu, 8 April 2016.
- Sadif, 8 April 2016.
- CFRA Equity Research, 13 April 2016.
- Cowen and Company, 13 April 2016.
- UBS, 14 April 2016.
- Deutsche Bank, 19 April 2016.
- BBT Capital Markets, 20 April 2016.

110

**Exhibit-1**

**Documents and Other Information Considered**

- BMO Capital Markets, 20 April 2016.
- BTG Pactual, 20 April 2016.
- BuySellSignals Research, 20 April 2016.
- BuySellSignals Research, 20 April 2016.
- Credit Suisse, 20 April 2016.
- Deutsche Bank, 20 April 2016.
- JPMorgan, 20 April 2016.
- Morgan Stanley, 20 April 2016.
- RBC Capital Markets, 20 April 2016.
- Acquisdata, 21 April 2016.
- Cowen and Company, 21 April 2016.
- Deutsche Bank, 21 April 2016.
- Morningstar Corporate Credit Research, 21 April 2016.
- Morningstar Equity Research, 21 April 2016.
- Minkabu, 22 April 2016.
- JPMorgan, 27 April 2016.
- ValuEngine, 27 April 2016.
- BMO Capital Markets, 28 April 2016.
- BTG Pactual, 28 April 2016.
- Cowen and Company, 28 April 2016.
- Credit Suisse, 28 April 2016.
- Deutsche Bank, 28 April 2016.
- Itau BBA, 28 April 2016.
- Jefferies, 28 April 2016.
- JPMorgan, 28 April 2016.
- JPMorgan, 28 April 2016.
- Morgan Stanley, 28 April 2016.
- Morningstar Corporate Credit Research, 28 April 2016.
- Morningstar Corporate Credit Research, 28 April 2016.
- Morningstar Equity Research, 28 April 2016.
- RBC Capital Markets, 28 April 2016.
- Sadif, 28 April 2016.
- Scotiabank, 28 April 2016.
- UBS, 28 April 2016.
- CFRA Equity Research, 29 April 2016.
- Deutsche Bank, 1 May 2016.
- BBT Capital Markets, 2 May 2016.
- BBT Capital Markets, 2 May 2016.
- Deutsche Bank, 2 May 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- Sadif, 2 May 2016.
- HSBC, 3 May 2016.
- Morgan Stanley, 3 May 2016.
- Scotiabank, 3 May 2016.
- Morningstar Equity Research, 4 May 2016.
- UBS, 4 May 2016.
- Cowen and Company, 5 May 2016.
- Itau BBA, 5 May 2016.
- JPMorgan, 5 May 2016.
- RBC Capital Markets, 5 May 2016.
- Minkabu, 6 May 2016.
- Morgan Stanley, 6 May 2016.
- Deutsche Bank, 9 May 2016.
- Societe Generale, 9 May 2016.
- Deutsche Bank, 10 May 2016.
- Deutsche Bank, 10 May 2016.
- Deutsche Bank, 10 May 2016.
- Renaissance Capital, 10 May 2016.
- BMO Capital Markets, 11 May 2016.
- JPMorgan, 11 May 2016.
- Scotiabank, 12 May 2016.
- Morgan Stanley, 15 May 2016.
- BBT Capital Markets, 16 May 2016.
- Validea, 20 May 2016.
- UBS, 23 May 2016.
- CFRA Equity Research, 24 May 2016.
- Morgan Stanley, 24 May 2016.
- GlobalData, June 2016.
- BTG Pactual, 7 June 2016.
- RBC Capital Markets, 7 June 2016.
- Deutsche Bank, 8 June 2016.
- RBC Capital Markets, 8 June 2016.
- Wright Reports, 9 June 2016.
- Morgan Stanley, 13 June 2016.
- Morgan Stanley, 13 June 2016.
- Morgan Stanley, 13 June 2016.
- BBT Capital Markets, 14 June 2016.
- BTG Pactual, 16 June 2016.
- Itau BBA, 16 June 2016.

112

**Exhibit-1**

**Documents and Other Information Considered**

- UBS, 17 June 2016.
- Scotiabank, 20 June 2016.
- BuySellSignals Research, 22 June 2016.
- Sadif, 22 June 2016.
- Morgan Stanley, 23 June 2016.
- UBS, 23 June 2016.
- Itau BBA, 26 June 2016.
- BBT Capital Markets, 27 June 2016.
- Itau BBA, 30 June 2016.
- JPMorgan, 30 June 2016.
- Scotiabank, 7 July 2016.
- Scotiabank, 7 July 2016.
- Sadif, 8 July 2016.
- BTG Pactual, 12 July 2016.
- BuySellSignals Research, 13 July 2016.
- UBS, 13 July 2016.
- BBT Capital Markets, 15 July 2016.
- RBC Capital Markets, 15 July 2016.
- Wright Reports, 15 July 2016.
- JPMorgan, 19 July 2016.
- Deutsche Bank, 20 July 2016.
- Barclays, 21 July 2016.
- BBT Capital Markets, 21 July 2016.
- BMO Capital Markets, 21 July 2016.
- BTG Pactual, 21 July 2016.
- Cowen and Company, 21 July 2016.
- Jefferies, 21 July 2016.
- JPMorgan, 21 July 2016.
- Morgan Stanley, 21 July 2016.
- RBC Capital Markets, 21 July 2016.
- Scotiabank, 21 July 2016.
- Credit Suisse, 22 July 2016.
- Scotiabank, 22 July 2016.
- Scotiabank, 22 July 2016.
- Credit Suisse, 25 July 2016.
- Renaissance Capital, 25 July 2016.
- Scotiabank, 25 July 2016.
- Barclays, 28 July 2016.
- BMO Capital Markets, 28 July 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- BTG Pactual, 28 July 2016.
- CFRA Equity Research, 28 July 2016.
- Cowen and Company, 28 July 2016.
- Credit Suisse, 28 July 2016.
- Itau BBA, 28 July 2016.
- Itau BBA, 28 July 2016.
- Jefferies, 28 July 2016.
- JPMorgan, 28 July 2016.
- JPMorgan, 28 July 2016.
- Morgan Stanley, 28 July 2016.
- RBC Capital Markets, 28 July 2016.
- Sadif, 28 July 2016.
- Scotiabank, 28 July 2016.
- UBS, 28 July 2016.
- ValuEngine, 28 July 2016.
- Deutsche Bank, 29 July 2016.
- Minkabu, 29 July 2016.
- Morgan Stanley, 29 July 2016.
- Morningstar Corporate Credit Research, 29 July 2016.
- Morningstar Equity Research, 29 July 2016.
- Morningstar Equity Research, 29 July 2016.
- Acquisdata, 1 August 2016.
- BMO Capital Markets, 2 August 2016.
- BMO Capital Markets, 2 August 2016.
- BTG Pactual, 2 August 2016.
- Deutsche Bank, 2 August 2016.
- Itau BBA, 2 August 2016.
- JPMorgan, 2 August 2016.
- Morgan Stanley, 2 August 2016.
- RBC Capital Markets, 2 August 2016.
- Scotiabank, 2 August 2016.
- BuySellSignals Research, 3 August 2016.
- JPMorgan, 3 August 2016.
- RBC Capital Markets, 3 August 2016.
- Cowen and Company, 4 August 2016.
- Deutsche Bank, 4 August 2016.
- RBC Capital Markets, 4 August 2016.
- CFRA Equity Research, 5 August 2016.
- Itau BBA, 5 August 2016.

114

**Exhibit-1**

**Documents and Other Information Considered**

- NatWest Markets, 5 August 2016.
- Morgan Stanley, 9 August 2016.
- Credit Suisse, 11 August 2016.
- Morningstar Corporate Credit Research, 16 August 2016.
- Morningstar Equity Research, 16 August 2016.
- Morningstar Equity Research, 16 August 2016.
- Scotiabank, 18 August 2016.
- Cowen and Company, 19 August 2016.
- Scotiabank, 19 August 2016.
- UBS, 19 August 2016.
- Wright Reports, 20 August 2016.
- BTG Pactual, 25 August 2016.
- Validea, 26 August 2016.
- UBS, 29 August 2016.
- Morgan Stanley, 30 August 2016.
- Scotiabank, 31 August 2016.
- GlobalData, September 2016.
- JPMorgan, 2 September 2016.
- UBS, 2 September 2016.
- Morgan Stanley, 4 September 2016.
- Credit Suisse, 5 September 2016.
- Deutsche Bank, 5 September 2016.
- JPMorgan, 5 September 2016.
- RBC Capital Markets, 8 September 2016.
- RBC Capital Markets, 8 September 2016.
- JPMorgan, 12 September 2016.
- Scotiabank, 12 September 2016.
- BuySellSignals Research, 14 September 2016.
- JPMorgan, 16 September 2016.
- Cowen and Company, 19 September 2016.
- Credit Suisse, 19 September 2016.
- JPMorgan, 19 September 2016.
- Morgan Stanley, 19 September 2016.
- Renaissance Capital, 19 September 2016.
- Jefferies, 22 September 2016.
- Morningstar Corporate Credit Research, 26 September 2016.
- Morningstar Equity Research, 26 September 2016.
- HSBC, 27 September 2016.
- Morningstar Equity Research, 27 September 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- JPMorgan, 28 September 2016.
- BTG Pactual, 29 September 2016.
- HSBC, 29 September 2016.
- JPMorgan, 29 September 2016.
- RBC Capital Markets, 29 September 2016.
- Scotiabank, 30 September 2016.
- Jefferies, 3 October 2016.
- Scotiabank, 5 October 2016.
- Morgan Stanley, 6 October 2016.
- Morningstar Equity Research, 7 October 2016.
- Sadif, 7 October 2016.
- BuySellSignals Research, 11 October 2016.
- BTG Pactual, 12 October 2016.
- HSBC, 12 October 2016.
- BuySellSignals Research, 13 October 2016.
- RBC Capital Markets, 18 October 2016.
- Timetric, 19 October 2016.
- Barclays, 20 October 2016.
- BMO Capital Markets, 20 October 2016.
- BTG Pactual, 20 October 2016.
- Cowen and Company, 20 October 2016.
- Deutsche Bank, 20 October 2016.
- HSBC, 20 October 2016.
- Itau BBA, 20 October 2016.
- Itau BBA, 20 October 2016.
- JPMorgan, 20 October 2016.
- Morgan Stanley, 20 October 2016.
- RBC Capital Markets, 20 October 2016.
- Scotiabank, 20 October 2016.
- Acquisdata, 24 October 2016.
- CIBC Capital Markets, 24 October 2016.
- JPMorgan, 24 October 2016.
- Credit Suisse, 26 October 2016.
- NatWest Markets, 26 October 2016.
- Barclays, 27 October 2016.
- BMO Capital Markets, 27 October 2016.
- BTG Pactual, 27 October 2016.
- CFRA Equity Research, 27 October 2016.
- CIBC Capital Markets, 27 October 2016.

116

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen and Company, 27 October 2016.
- Credit Suisse, 27 October 2016.
- Deutsche Bank, 27 October 2016.
- Itau BBA, 27 October 2016.
- Jefferies, 27 October 2016.
- JPMorgan, 27 October 2016.
- JPMorgan, 27 October 2016.
- Morgan Stanley, 27 October 2016.
- Morningstar Corporate Credit Research, 27 October 2016.
- Morningstar Equity Research, 27 October 2016.
- Morningstar Equity Research, 27 October 2016.
- RBC Capital Markets, 27 October 2016.
- Sadif, 27 October 2016.
- Scotiabank, 27 October 2016.
- UBS, 27 October 2016.
- ValuEngine, 27 October 2016.
- Minkabu, 28 October 2016.
- NatWest Markets, 28 October 2016.
- Acquisdata, 31 October 2016.
- Cowen and Company, 31 October 2016.
- Morningstar Corporate Credit Research, 31 October 2016.
- NatWest Markets, 31 October 2016.
- JPMorgan, 1 November 2016.
- RBC Capital Markets, 1 November 2016.
- Sadif, 1 November 2016.
- NatWest Markets, 4 November 2016.
- UBS, 4 November 2016.
- BMO Capital Markets, 7 November 2016.
- NatWest Markets, 7 November 2016.
- Renaissance Capital, 7 November 2016.
- Deutsche Bank, 9 November 2016.
- Morningstar Equity Research, 10 November 2016.
- Renaissance Capital, 10 November 2016.
- RBC Capital Markets, 11 November 2016.
- Wright Reports, 11 November 2016.
- Morgan Stanley, 13 November 2016.
- Itau BBA, 15 November 2016.
- Morgan Stanley, 16 November 2016.
- NatWest Markets, 16 November 2016.

**Exhibit-1**

**Documents and Other Information Considered**

- RBC Capital Markets, 16 November 2016.
- Scotiabank, 23 November 2016.
- Scotiabank, 23 November 2016.
- RBC Capital Markets, 24 November 2016.
- BuySellSignals Research, 25 November 2016.
- Itau BBA, 27 November 2016.
- BTG Pactual, 28 November 2016.
- JPMorgan, 28 November 2016.
- NatWest Markets, 28 November 2016.
- RBC Capital Markets, 28 November 2016.
- Sadif, 28 November 2016.
- Barclays, 29 November 2016.
- BMO Capital Markets, 29 November 2016.
- Credit Suisse, 29 November 2016.
- Deutsche Bank, 29 November 2016.
- Itau BBA, 29 November 2016.
- JPMorgan, 29 November 2016.
- Morgan Stanley, 29 November 2016.
- NatWest Markets, 29 November 2016.
- UBS, 29 November 2016.
- Jefferies, 30 November 2016.
- Morgan Stanley, 30 November 2016.
- RBC Capital Markets, 30 November 2016.
- RBC Capital Markets, 30 November 2016.
- Scotiabank, 30 November 2016.
- Scotiabank, 30 November 2016.
- UBS, 30 November 2016.
- GlobalData, December 2016.
- BuySellSignals Research, 2 December 2016.
- NatWest Markets, 2 December 2016.
- Validea, 2 December 2016.
- JPMorgan, 4 December 2016.
- JPMorgan, 5 December 2016.
- RBC Capital Markets, 5 December 2016.
- Renaissance Capital, 5 December 2016.
- Credit Suisse, 6 December 2016.
- Deutsche Bank, 7 December 2016.
- NatWest Markets, 7 December 2016.
- Morningstar Corporate Credit Research, 9 December 2016.

118

**Exhibit-1**

**Documents and Other Information Considered**

- Morningstar Equity Research, 9 December 2016.
- Morningstar Equity Research, 9 December 2016.
- RBC Capital Markets, 9 December 2016.
- BTG Pactual, 11 December 2016.
- BuySellSignals Research, 12 December 2016.
- NatWest Markets, 12 December 2016.
- RBC Capital Markets, 12 December 2016.
- NatWest Markets, 14 December 2016.
- RBC Capital Markets, 15 December 2016.
- NatWest Markets, 16 December 2016.
- Barclays, 19 December 2016.
- BMO Capital Markets, 19 December 2016.
- BMO Capital Markets, 19 December 2016.
- BTG Pactual, 19 December 2016.
- Credit Suisse, 19 December 2016.
- Deutsche Bank, 19 December 2016.
- Itau BBA, 19 December 2016.
- JPMorgan, 19 December 2016.
- Morgan Stanley, 19 December 2016.
- Morningstar Corporate Credit Research, 19 December 2016.
- Morningstar Equity Research, 19 December 2016.
- Morningstar Equity Research, 19 December 2016.
- NatWest Markets, 19 December 2016.
- RBC Capital Markets, 19 December 2016.
- Santander, 19 December 2016.
- Scotiabank, 19 December 2016.
- Credit Suisse, 20 December 2016.
- Itau BBA, 20 December 2016.
- RBC Capital Markets, 20 December 2016.
- Wright Reports, 20 December 2016.
- BMO Capital Markets, 21 December 2016.
- JPMorgan, 21 December 2016.
- RBC Capital Markets, 21 December 2016.
- Morningstar Corporate Credit Research, 22 December 2016.
- NatWest Markets, 6 January 2017.
- Sadif, 6 January 2017.
- BuySellSignals Research, 9 January 2017.
- Scotiabank, 10 January 2017.
- Renaissance Capital, 12 January 2017.

119

**Exhibit-1**

**Documents and Other Information Considered**

- BTG Pactual, 15 January 2017.
- Deutsche Bank, 15 January 2017.
- Morgan Stanley, 17 January 2017.
- Morgan Stanley, 17 January 2017.
- HSBC, 18 January 2017.
- Scotiabank, 18 January 2017.
- Deutsche Bank, 19 January 2017.
- HSBC, 19 January 2017.
- Itau BBA, 19 January 2017.
- JPMorgan, 19 January 2017.
- Morgan Stanley, 19 January 2017.
- RBC Capital Markets, 19 January 2017.
- Morgan Stanley, 23 January 2017.
- Renaissance Capital, 23 January 2017.
- BuySellSignals Research, 26 January 2017.
- BuySellSignals Research, 26 January 2017.
- UBS, 26 January 2017.
- MarketLine, February 2017.
- Wright Reports, 1 February 2017.
- JPMorgan, 6 February 2017.
- RBC Capital Markets, 6 February 2017.
- Renaissance Capital, 6 February 2017.
- ValuEngine, 6 February 2017.
- NatWest Markets, 7 February 2017.
- RBC Capital Markets, 7 February 2017.
- Credit Suisse, 8 February 2017.
- Sadif, 9 February 2017.
- RBC Capital Markets, 10 February 2017.
- UBS, 10 February 2017.
- BMO Capital Markets, 16 February 2017.
- BTG Pactual, 16 February 2017.
- Cowen and Company, 16 February 2017.
- HSBC, 16 February 2017.
- Itau BBA, 16 February 2017.
- JPMorgan, 16 February 2017.
- Morgan Stanley, 16 February 2017.
- RBC Capital Markets, 16 February 2017.
- Scotiabank, 16 February 2017.
- Jefferies, 17 February 2017.

120

**Exhibit-1**

**Documents and Other Information Considered**

- BMO Capital Markets, 20 February 2017.
- HSBC, 20 February 2017.
- Itau BBA, 20 February 2017.
- Itau BBA, 20 February 2017.
- JPMorgan, 20 February 2017.
- UBS, 20 February 2017.
- Morgan Stanley, 21 February 2017.
- RBC Capital Markets, 21 February 2017.
- Scotiabank, 21 February 2017.
- Acquisdata, 23 February 2017.
- BMO Capital Markets, 23 February 2017.
- BTG Pactual, 23 February 2017.
- CFRA Equity Research, 23 February 2017.
- Cowen and Company, 23 February 2017.
- Credit Suisse, 23 February 2017.
- Deutsche Bank, 23 February 2017.
- Itau BBA, 23 February 2017.
- Itau BBA, 23 February 2017.
- JPMorgan, 23 February 2017.
- JPMorgan, 23 February 2017.
- Morgan Stanley, 23 February 2017.
- Morningstar Corporate Credit Research, 23 February 2017.
- Morningstar Equity Research, 23 February 2017.
- Morningstar Equity Research, 23 February 2017.
- RBC Capital Markets, 23 February 2017.
- Scotiabank, 23 February 2017.
- UBS, 23 February 2017.
- BTG Pactual, 24 February 2017.
- HSBC, 24 February 2017.
- Itau BBA, 24 February 2017.
- Itau BBA, 24 February 2017.
- Jefferies, 24 February 2017.
- JPMorgan, 24 February 2017.
- Morgan Stanley, 24 February 2017.
- Morningstar Corporate Credit Research, 24 February 2017.
- Morningstar Equity Research, 24 February 2017.
- Morningstar Equity Research, 24 February 2017.
- Scotiabank, 24 February 2017.
- GlobalData, March 2017.

121

**Exhibit-1**

**Documents and Other Information Considered**

- UBS, 1 March 2017.
- Credit Suisse, 2 March 2017.
- Minkabu, 2 March 2017.
- BuySellSignals Research, 6 March 2017.
- Minkabu, 6 March 2017.
- Credit Suisse, 8 March 2017.
- Sadif, 8 March 2017.
- BTG Pactual, 9 March 2017.
- JPMorgan, 9 March 2017.
- Scotiabank, 9 March 2017.
- Validea, 10 March 2017.
- Wright Reports, 10 March 2017.
- Jefferies, 14 March 2017.
- NatWest Markets, 14 March 2017.
- Credit Suisse Fixed Income, 15 March 2017.
- JPMorgan, 15 March 2017.
- Renaissance Capital, 15 March 2017.
- Sadif, 15 March 2017.
- RBC Capital Markets, 16 March 2017.
- RBC Capital Markets, 20 March 2017.
- Renaissance Capital, 20 March 2017.
- BTG Pactual, 27 March 2017.
- Credit Suisse, 27 March 2017.
- HSBC, 27 March 2017.
- Itau BBA, 27 March 2017.
- JPMorgan, 27 March 2017.
- JPMorgan, 27 March 2017.
- Morgan Stanley, 27 March 2017.
- Morningstar Corporate Credit Research, 27 March 2017.
- Morningstar Equity Research, 27 March 2017.
- Morningstar Equity Research, 28 March 2017.
- RBC Capital Markets, 28 March 2017.
- Scotiabank, 28 March 2017.
- BMO Capital Markets, 31 March 2017.
- Credit Suisse, 2 April 2017.
- Renaissance Capital, 4 April 2017.
- JPMorgan, 5 April 2017.
- Morningstar Corporate Credit Research, 5 April 2017.
- Morningstar Corporate Credit Research, 5 April 2017.

122

**Exhibit-1**

**Documents and Other Information Considered**

- Morningstar Equity Research, 5 April 2017.
- Morningstar Equity Research, 5 April 2017.
- BuySellSignals Research, 6 April 2017.
- BTG Pactual, 9 April 2017.
- JPMorgan, 12 April 2017.
- Morningstar Equity Research, 12 April 2017.
- UBS, 12 April 2017.
- NatWest Markets, 13 April 2017.
- RBC Capital Markets, 13 April 2017.
- Wright Reports, 17 April 2017.
- JPMorgan, 19 April 2017.
- BMO Capital Markets, 20 April 2017.
- BTG Pactual, 20 April 2017.
- HSBC, 20 April 2017.
- Itau BBA, 20 April 2017.
- JPMorgan, 20 April 2017.
- Morgan Stanley, 20 April 2017.
- RBC Capital Markets, 20 April 2017.
- Scotiabank, 20 April 2017.
- CFRA Equity Research, 21 April 2017.
- BuySellSignals Research, 24 April 2017.
- UBS, 25 April 2017.
- UBS, 26 April 2017.
- Acquisdata, 27 April 2017.
- Barclays, 27 April 2017.
- Barclays, 27 April 2017.
- BMO Capital Markets, 27 April 2017.
- BTG Pactual, 27 April 2017.
- Cowen and Company, 27 April 2017.
- Deutsche Bank, 27 April 2017.
- Itau BBA, 27 April 2017.
- Jefferies, 27 April 2017.
- JPMorgan, 27 April 2017.
- JPMorgan, 27 April 2017.
- Morgan Stanley, 27 April 2017.
- Morningstar Corporate Credit Research, 27 April 2017.
- Morningstar Equity Research, 27 April 2017.
- RBC Capital Markets, 27 April 2017.
- Sadif, 27 April 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Sadif, 27 April 2017.
- Santander, 27 April 2017.
- Scotiabank, 27 April 2017.
- UBS, 27 April 2017.
- ValuEngine, 27 April 2017.
- CFRA Equity Research, 28 April 2017.
- Morgan Stanley, 28 April 2017.
- JPMorgan, 1 May 2017.
- RBC Capital Markets, 1 May 2017.
- Sadif, 2 May 2017.
- Acquisdata, 4 May 2017.
- BMO Capital Markets, 5 May 2017.
- Scotiabank, 8 May 2017.
- Scotiabank, 8 May 2017.
- Credit Suisse, 11 May 2017.
- HSBC, 12 May 2017.
- Sadif, 16 May 2017.
- Sadif, 19 May 2017.
- Deutsche Bank, 21 May 2017.
- Renaissance Capital, 22 May 2017.
- Credit Suisse, 26 May 2017.
- Itau BBA, 26 May 2017.
- JPMorgan, 26 May 2017.
- Wright Reports, 26 May 2017.
- Morgan Stanley, 29 May 2017.
- HSBC, 31 May 2017.
- GlobalData, June 2017.
- Sadif, 1 June 2017.
- JPMorgan, 5 June 2017.
- JPMorgan, 5 June 2017.
- Morningstar Corporate Credit Research, 5 June 2017.
- Morningstar Equity Research, 5 June 2017.
- Renaissance Capital, 7 June 2017.
- BuySellSignals Research, 12 June 2017.
- Credit Suisse, 13 June 2017.
- Renaissance Capital, 13 June 2017.
- UBS, 13 June 2017.
- Renaissance Capital, 16 June 2017.
- Validea, 16 June 2017.

124

**Exhibit-1**

**Documents and Other Information Considered**

- Itau BBA, 18 June 2017.
- BTG Pactual, 19 June 2017.
- Scotiabank, 19 June 2017.
- Scotiabank, 19 June 2017.
- Sadif, 20 June 2017.
- HSBC, 26 June 2017.
- UBS, 26 June 2017.
- BTG Pactual, 27 June 2017.
- HSBC, 27 June 2017.
- Itau BBA, 27 June 2017.
- JPMorgan, 27 June 2017.
- JPMorgan, 27 June 2017.
- Santander, 27 June 2017.
- Scotiabank, 27 June 2017.
- JPMorgan, 2 July 2017.
- Renaissance Capital, 7 July 2017.
- Wright Reports, 8 July 2017.
- HSBC, 10 July 2017.
- Cowen and Company, 13 July 2017.
- Itau BBA, 16 July 2017.
- SAFRA Research, 17 July 2017.
- JPMorgan, 19 July 2017.
- JPMorgan, 19 July 2017.
- BMO Capital Markets, 20 July 2017.
- BTG Pactual, 20 July 2017.
- Cowen and Company, 20 July 2017.
- HSBC, 20 July 2017.
- Itau BBA, 20 July 2017.
- JPMorgan, 20 July 2017.
- JPMorgan, 20 July 2017.
- JPMorgan, 20 July 2017.
- RBC Capital Markets, 20 July 2017.
- Scotiabank, 20 July 2017.
- Santander, 25 July 2017.
- Itau BBA, 26 July 2017.
- Acquisdata, 27 July 2017.
- Barclays, 27 July 2017.
- BMO Capital Markets, 27 July 2017.
- BTG Pactual, 27 July 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen and Company, 27 July 2017.
- Credit Suisse, 27 July 2017.
- Deutsche Bank, 27 July 2017.
- Itau BBA, 27 July 2017.
- Itau BBA, 27 July 2017.
- Jefferies, 27 July 2017.
- Jefferies, 27 July 2017.
- JPMorgan, 27 July 2017.
- JPMorgan, 27 July 2017.
- RBC Capital Markets, 27 July 2017.
- Sadif, 27 July 2017.
- Scotiabank, 27 July 2017.
- UBS, 27 July 2017.
- ValuEngine, 27 July 2017.
- CFRA Equity Research, 28 July 2017.
- HSBC, 28 July 2017.
- Morningstar Corporate Credit Research, 28 July 2017.
- Morningstar Equity Research, 28 July 2017.
- RBC Capital Markets, 28 July 2017.
- Cowen and Company, 1 August 2017.
- Exane BNP Paribas, 1 August 2017.
- JPMorgan, 4 August 2017.
- BMO Capital Markets, 7 August 2017.
- Renaissance Capital, 7 August 2017.
- JPMorgan, 9 August 2017.
- Credit Suisse, 10 August 2017.
- JPMorgan, 10 August 2017.
- JPMorgan, 10 August 2017.
- Itau BBA, 11 August 2017.
- Sadif, 11 August 2017.
- HSBC, 13 August 2017.
- Morningstar Equity Research, 13 August 2017.
- Morningstar Equity Research, 13 August 2017.
- JPMorgan, 14 August 2017.
- Sadif, 14 August 2017.
- Santander, 14 August 2017.
- Santander, 14 August 2017.
- Scotiabank, 14 August 2017.
- BuySellSignals Research, 16 August 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- BuySellSignals Research, 17 August 2017.
- JPMorgan, 17 August 2017.
- Itau BBA, 18 August 2017.
- JPMorgan, 18 August 2017.
- Itau BBA, 20 August 2017.
- NatWest Markets, 21 August 2017.
- RBC Capital Markets, 21 August 2017.
- Renaissance Capital, 22 August 2017.
- Itau BBA, 23 August 2017.
- UBS, 24 August 2017.
- UBS, 30 August 2017.
- GlobalData, September 2017.
- UBS, 1 September 2017.
- Wright Reports, 1 September 2017.
- JPMorgan, 5 September 2017.
- UBS, 7 September 2017.
- Santander, 11 September 2017.
- Credit Suisse, 13 September 2017.
- Credit Suisse, 14 September 2017.
- JPMorgan, 15 September 2017.
- Itau BBA, 17 September 2017.
- Itau BBA, 20 September 2017.
- JPMorgan, 20 September 2017.
- Renaissance Capital, 21 September 2017.
- Validea, 22 September 2017.
- Morgan Stanley, 24 September 2017.
- Scotiabank, 25 September 2017.
- Scotiabank, 26 September 2017.
- Credit Suisse, 27 September 2017.
- Morningstar Equity Research, 3 October 2017.
- JPMorgan, 5 October 2017.
- BTG Pactual, 8 October 2017.
- Credit Suisse, 11 October 2017.
- Deutsche Bank, 17 October 2017.
- CFRA Equity Research, 18 October 2017.
- Itau BBA, 18 October 2017.
- JPMorgan, 18 October 2017.
- BMO Capital Markets, 19 October 2017.
- BTG Pactual, 19 October 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen and Company, 19 October 2017.
- Exane BNP Paribas, 19 October 2017.
- HSBC, 19 October 2017.
- HSBC, 19 October 2017.
- Itau BBA, 19 October 2017.
- Jefferies, 19 October 2017.
- JPMorgan, 19 October 2017.
- Morgan Stanley, 19 October 2017.
- RBC Capital Markets, 19 October 2017.
- Scotiabank, 19 October 2017.
- Scotiabank, 19 October 2017.
- Wright Reports, 21 October 2017.
- BTG Pactual, 25 October 2017.
- Cowen and Company, 25 October 2017.
- BMO Capital Markets, 26 October 2017.
- BMO Capital Markets, 26 October 2017.
- BTG Pactual, 26 October 2017.
- Cowen and Company, 26 October 2017.
- Credit Suisse, 26 October 2017.
- Credit Suisse, 26 October 2017.
- Deutsche Bank, 26 October 2017.
- HSBC, 26 October 2017.
- Itau BBA, 26 October 2017.
- Itau BBA, 26 October 2017.
- Jefferies, 26 October 2017.
- JPMorgan, 26 October 2017.
- JPMorgan, 26 October 2017.
- Morgan Stanley, 26 October 2017.
- RBC Capital Markets, 26 October 2017.
- Scotiabank, 26 October 2017.
- UBS, 26 October 2017.
- ValuEngine, 26 October 2017.
- CFRA Equity Research, 27 October 2017.
- The Screener, 28 October 2017.
- Morgan Stanley, 29 October 2017.
- BMO Capital Markets, 30 October 2017.
- Cowen and Company, 30 October 2017.
- JPMorgan, 31 October 2017.
- JPMorgan, 31 October 2017.

128

**Exhibit-1**

**Documents and Other Information Considered**

- Deutsche Bank, 1 November 2017.
- Exane BNP Paribas, 1 November 2017.
- Sadif, 1 November 2017.
- Jefferies, 2 November 2017.
- Renaissance Capital, 2 November 2017.
- BuySellSignals Research, 9 November 2017.
- Sadif, 9 November 2017.
- RBC Capital Markets, 14 November 2017.
- UBS, 14 November 2017.
- Cowen and Company, 15 November 2017.
- Credit Suisse, 17 November 2017.
- JPMorgan, 20 November 2017.
- Raymond James, 20 November 2017.
- RBC Capital Markets, 20 November 2017.
- UBS, 21 November 2017.
- BuySellSignals Research, 22 November 2017.
- RBC Capital Markets, 22 November 2017.
- Scotiabank, 22 November 2017.
- Scotiabank, 22 November 2017.
- JPMorgan, 24 November 2017.
- Morgan Stanley, 26 November 2017.
- BTG Pactual, 27 November 2017.
- Itau BBA, 27 November 2017.
- Morningstar Equity Research, 27 November 2017.
- Morningstar Equity Research, 27 November 2017.
- Scotiabank, 28 November 2017.
- UBS, 28 November 2017.
- GlobalData, December 2017.
- Credit Suisse, 4 December 2017.
- Credit Suisse, 5 December 2017.
- BMO Capital Markets, 6 December 2017.
- BTG Pactual, 6 December 2017.
- Deutsche Bank, 6 December 2017.
- HSBC, 6 December 2017.
- Itau BBA, 6 December 2017.
- JPMorgan, 6 December 2017.
- RBC Capital Markets, 6 December 2017.
- UBS, 6 December 2017.
- BMO Capital Markets, 7 December 2017.

129

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen and Company, 7 December 2017.
- Jefferies, 7 December 2017.
- JPMorgan, 7 December 2017.
- Morgan Stanley, 7 December 2017.
- Scotiabank, 7 December 2017.
- Barclays, 8 December 2017.
- JPMorgan, 8 December 2017.
- Sadif, 8 December 2017.
- Exane BNP Paribas, 11 December 2017.
- BuySellSignals Research, 28 December 2017.
- BuySellSignals Research, 29 December 2017.
- Validea, 29 December 2017.
- BMO Capital Markets, 2 January 2018.
- CFRA Equity Research, 9 January 2018.
- UBS, 11 January 2018.
- Morgan Stanley, 16 January 2018.
- BTG Pactual, 17 January 2018.
- JPMorgan, 17 January 2018.
- JPMorgan, 19 January 2018.
- Credit Suisse, 22 January 2018.
- Credit Suisse, 24 January 2018.
- Santander, 24 January 2018.
- Credit Suisse, 29 January 2018.
- RBC Capital Markets, 30 January 2018.
- Credit Suisse, 31 January 2018.
- ValuEngine, 2 February 2018.
- CFRA Equity Research, 5 February 2018.
- JPMorgan, 5 February 2018.
- Itau BBA, 15 February 2018.
- BMO Capital Markets, 16 February 2018.
- BTG Pactual, 16 February 2018.
- Cowen and Company, 16 February 2018.
- Deutsche Bank, 16 February 2018.
- HSBC, 16 February 2018.
- Itau BBA, 16 February 2018.
- JPMorgan, 16 February 2018.
- Morgan Stanley, 16 February 2018.
- RBC Capital Markets, 16 February 2018.
- Sadif, 16 February 2018.

130

**Exhibit-1**

**Documents and Other Information Considered**

- Scotiabank, 16 February 2018.
- BTG Pactual, 18 February 2018.
- Scotiabank, 20 February 2018.
- Exane BNP Paribas, 21 February 2018.
- Acquisdata, 22 February 2018.
- BTG Pactual, 26 February 2018.
- BMO Capital Markets, 27 February 2018.
- BTG Pactual, 27 February 2018.
- Cowen and Company, 27 February 2018.
- Credit Suisse, 27 February 2018.
- Eleven Financial, 27 February 2018.
- Itau BBA, 27 February 2018.
- JPMorgan, 27 February 2018.
- Santander, 27 February 2018.
- UBS, 27 February 2018.
- Barclays, 28 February 2018.
- Cowen and Company, 28 February 2018.
- Jefferies, 28 February 2018.
- JPMorgan, 28 February 2018.
- Morgan Stanley, 28 February 2018.
- RBC Capital Markets, 28 February 2018.
- Scotiabank, 28 February 2018.
- CFRA Equity Research, 1 March 2018.
- Deutsche Bank, 1 March 2018.
- GlobalData, March 2018.
- HSBC, 1 March 2018.
- Morgan Stanley, 1 March 2018.
- Morningstar Equity Research, 1 March 2018.
- Morningstar Equity Research, 2 March 2018.
- Credit Suisse, 6 March 2018.
- JPMorgan, 6 March 2018.
- Morgan Stanley, 7 March 2018.
- CFRA Equity Research, 8 March 2018.
- Scotiabank, 14 March 2018.
- BTG Pactual, 15 March 2018.
- BuySellSignals Research, 15 March 2018.
- Sadif, 16 March 2018.
- Itau BBA, 18 March 2018.
- UBS, 19 March 2018.

131

**Exhibit-1**

**Documents and Other Information Considered**

- Wright Reports, 20 March 2018.
- BMO Capital Markets, 21 March 2018.
- Credit Suisse, 22 March 2018.
- Morgan Stanley, 22 March 2018.
- BuySellSignals Research, 23 March 2018.
- JPMorgan, 26 March 2018.
- Itau BBA, 28 March 2018.
- UBS, 28 March 2018.
- BTG Pactual, 29 March 2018.
- Credit Suisse, 29 March 2018.
- Itau BBA, 1 April 2018.
- Morgan Stanley, 1 April 2018.
- HSBC, 2 April 2018.
- JPMorgan, 2 April 2018.
- Santander, 2 April 2018.
- Scotiabank, 2 April 2018.
- Credit Suisse, 5 April 2018.
- Societe Generale, 6 April 2018.
- Validea, 6 April 2018.
- JPMorgan, 11 April 2018.
- Sadif, 13 April 2018.
- Barclays, 16 April 2018.
- BMO Capital Markets, 16 April 2018.
- BTG Pactual, 16 April 2018.
- Cowen and Company, 16 April 2018.
- Deutsche Bank, 16 April 2018.
- HSBC, 16 April 2018.
- Itau BBA, 16 April 2018.
- JPMorgan, 16 April 2018.
- Morgan Stanley, 16 April 2018.
- RBC Capital Markets, 16 April 2018.
- Scotiabank, 16 April 2018.
- Scotiabank, 16 April 2018.
- BMO Capital Markets, 17 April 2018.
- Jefferies, 17 April 2018.
- JPMorgan, 17 April 2018.
- Scotiabank, 17 April 2018.
- BTG Pactual, 18 April 2018.
- Morningstar Equity Research, 18 April 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- Credit Suisse, 23 April 2018.
- RBC Capital Markets, 24 April 2018.
- BTG Pactual, 25 April 2018.
- Cowen and Company, 25 April 2018.
- Credit Suisse, 25 April 2018.
- Eleven Financial, 25 April 2018.
- Itau BBA, 25 April 2018.
- JPMorgan, 25 April 2018.
- UBS, 25 April 2018.
- ValuEngine, 25 April 2018.
- Barclays, 26 April 2018.
- BMO Capital Markets, 26 April 2018.
- Deutsche Bank, 26 April 2018.
- Jefferies, 26 April 2018.
- JPMorgan, 26 April 2018.
- Morgan Stanley, 26 April 2018.
- RBC Capital Markets, 26 April 2018.
- Scotiabank, 26 April 2018.
- CFRA Equity Research, 27 April 2018.
- HSBC, 27 April 2018.
- CFRA Equity Research, 30 April 2018.
- Cowen and Company, 30 April 2018.
- JPMorgan, 30 April 2018.
- UBS, 3 May 2018.
- Wright Reports, 5 May 2018.
- BTG Pactual, 7 May 2018.
- Scotiabank, 7 May 2018.
- UBS, 8 May 2018.
- Morgan Stanley, 13 May 2018.
- Morningstar Equity Research, 14 May 2018.
- Morningstar Equity Research, 14 May 2018.
- JPMorgan, 15 May 2018.
- UBS, 15 May 2018.
- HSBC, 18 May 2018.
- Itau BBA, 18 May 2018.
- Morningstar Equity Research, 22 May 2018.
- BuySellSignals Research, 1 June 2018.
- HSBC, 5 June 2018.
- BuySellSignals Research, 6 June 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- Sadif, 6 June 2018.
- JPMorgan, 7 June 2018.
- Sadif, 7 June 2018.
- BTG Pactual, 11 June 2018.
- HSBC, 11 June 2018.
- Itau BBA, 11 June 2018.
- JPMorgan, 11 June 2018.
- Scotiabank, 11 June 2018.
- Morgan Stanley, 12 June 2018.
- RBC Capital Markets, 12 June 2018.
- Corporate Watchdog Reports, 13 June 2018.
- Roth Capital Partners, 18 June 2018.
- HSBC, 20 June 2018.
- RBC Capital Markets, 20 June 2018.
- BTG Pactual, 25 June 2018.
- Itau BBA, 25 June 2018.
- JPMorgan, 25 June 2018.
- Morgan Stanley, 25 June 2018.
- BMO Capital Markets, 26 June 2018.
- RBC Capital Markets, 26 June 2018.
- Scotiabank, 26 June 2018.
- BMO Capital Markets, 27 June 2018.
- Scotiabank, 6 July 2018.
- JPMorgan, 11 July 2018.
- Wright Reports, 12 July 2018.
- Validea, 13 July 2018.
- JPMorgan, 15 July 2018.
- Morgan Stanley Fixed, 15 July 2018.
- BMO Capital Markets, 16 July 2018.
- BTG Pactual, 16 July 2018.
- HSBC, 16 July 2018.
- Itau BBA, 16 July 2018.
- Jefferies, 16 July 2018.
- JPMorgan, 16 July 2018.
- Morgan Stanley, 16 July 2018.
- RBC Capital Markets, 16 July 2018.
- Scotiabank, 16 July 2018.
- Scotiabank, 17 July 2018.
- UBS, 17 July 2018.

134

**Exhibit-1**

**Documents and Other Information Considered**

- Acquisdata, 20 July 2018.
- Credit Suisse, 23 July 2018.
- Eleven Financial, 23 July 2018.
- HSBC, 23 July 2018.
- BTG Pactual, 25 July 2018.
- Credit Suisse, 25 July 2018.
- Deutsche Bank, 25 July 2018.
- Itau BBA, 25 July 2018.
- JPMorgan, 25 July 2018.
- Morgan Stanley, 25 July 2018.
- Santander, 25 July 2018.
- Acquisdata, 26 July 2018.
- BMO Capital Markets, 26 July 2018.
- HSBC, 26 July 2018.
- JPMorgan, 26 July 2018.
- Morgan Stanley, 26 July 2018.
- RBC Capital Markets, 26 July 2018.
- Scotiabank, 26 July 2018.
- UBS, 26 July 2018.
- ValuEngine, 26 July 2018.
- CFRA Equity Research, 27 July 2018.
- Jefferies, 27 July 2018.
- Morgan Stanley, 29 July 2018.
- BMO Capital Markets, 30 July 2018.
- Morningstar Equity Research, 1 August 2018.
- BuySellSignals Research, 6 August 2018.
- Sadif, 6 August 2018.
- JPMorgan, 12 August 2018.
- BuySellSignals Research, 13 August 2018.
- Eleven Financial, 24 August 2018.
- Morgan Stanley Fixed, 27 August 2018.
- Zacks Equity Research, 29 August 2018.
- Zacks Equity Research, 3 September 2018.
- Itau BBA, 4 September 2018.
- UBS, 4 September 2018.
- Itau BBA, 6 September 2018.
- JPMorgan, 6 September 2018.
- Santander, 6 September 2018.
- Wright Reports, 6 September 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- BMO Capital Markets, 7 September 2018.
- Jefferies, 7 September 2018.
- Morgan Stanley, 7 September 2018.
- Sadif, 10 September 2018.
- Scotiabank, 11 September 2018.
- RBC Capital Markets, 16 September 2018.
- HSBC, 17 September 2018.
- UBS, 19 September 2018.
- BTG Pactual, 24 September 2018.
- JPMorgan, 25 September 2018.
- Scotiabank, 27 September 2018.
- Scotiabank, 27 September 2018.
- UBS, 28 September 2018.
- Corporate Watchdog Reports, 29 September 2018.
- Zacks Equity Research, 5 October 2018.
- HSBC, 11 October 2018.
- William ONeil + Co., 12 October 2018.
- Morningstar Equity Research, 14 October 2018.
- Morningstar Equity Research, 14 October 2018.
- Acquisdata, 15 October 2018.
- BMO Capital Markets, 15 October 2018.
- BTG Pactual, 15 October 2018.
- Deutsche Bank, 15 October 2018.
- HSBC, 15 October 2018.
- Itau BBA, 15 October 2018.
- Jefferies, 15 October 2018.
- JPMorgan, 15 October 2018.
- Morgan Stanley, 15 October 2018.
- RBC Capital Markets, 15 October 2018.
- Scotiabank, 15 October 2018.
- Zacks Equity Research, 15 October 2018.
- BTG Pactual, 16 October 2018.
- Scotiabank, 16 October 2018.
- UBS, 16 October 2018.
- HSBC, 18 October 2018.
- JPMorgan, 19 October 2018.
- Santander, 19 October 2018.
- Validea, 19 October 2018.
- RBC Capital Markets, 22 October 2018.

136

**Exhibit-1**

**Documents and Other Information Considered**

- BTG Pactual, 24 October 2018.
- Credit Suisse, 24 October 2018.
- Deutsche Bank, 24 October 2018.
- Itau BBA, 24 October 2018.
- JPMorgan, 24 October 2018.
- Morgan Stanley, 24 October 2018.
- RBC Capital Markets, 24 October 2018.
- Sadif, 24 October 2018.
- Santander, 24 October 2018.
- Societe Generale, 24 October 2018.
- UBS, 24 October 2018.
- Acquisdata, 25 October 2018.
- BMO Capital Markets, 25 October 2018.
- CFRA Equity Research, 25 October 2018.
- Eleven Financial, 25 October 2018.
- Itau BBA, 25 October 2018.
- Jefferies, 25 October 2018.
- JPMorgan, 25 October 2018.
- Morgan Stanley, 25 October 2018.
- Morgan Stanley, 25 October 2018.
- Santander, 25 October 2018.
- Scotiabank, 25 October 2018.
- ValuEngine, 25 October 2018.
- CFRA Equity Research, 26 October 2018.
- Morgan Stanley, 26 October 2018.
- UBS, 30 October 2018.
- UBS, 2 November 2018.
- HSBC, 4 November 2018.
- Deutsche Bank, 5 November 2018.
- Zacks Equity Research, 6 November 2018.
- Sadif, 7 November 2018.
- Wright Reports, 7 November 2018.
- Credit Suisse, 8 November 2018.
- Deutsche Bank, 14 November 2018.
- Deutsche Bank, 14 November 2018.
- Scotiabank, 14 November 2018.
- Morgan Stanley, 15 November 2018.
- Scotiabank, 15 November 2018.
- UBS, 15 November 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- BuySellSignals Research, 22 November 2018.
- BuySellSignals Research, 26 November 2018.
- UBS, 26 November 2018.
- Sadif, 30 November 2018.
- JPMorgan, 3 December 2018.
- Deutsche Bank, 4 December 2018.
- Itau BBA, 4 December 2018.
- Jefferies, 4 December 2018.
- JPMorgan, 4 December 2018.
- RBC Capital Markets, 4 December 2018.
- Santander, 4 December 2018.
- Scotiabank, 4 December 2018.
- UBS, 4 December 2018.
- HSBC, 5 December 2018.
- Morgan Stanley, 5 December 2018.
- Scotiabank, 5 December 2018.
- Scotiabank, 5 December 2018.
- BTG Pactual, 6 December 2018.
- Itau BBA, 6 December 2018.
- Santander, 6 December 2018.
- Barclays, 7 December 2018.
- Zacks Equity Research, 10 December 2018.
- Corporate Watchdog Reports, 11 December 2018.
- Macquarie Research, 11 December 2018.
- Morningstar Equity Research, 11 December 2018.
- Morningstar Equity Research, 11 December 2018.
- Scotiabank, 11 December 2018.
- HSBC, 12 December 2018.
- Credit Suisse, 16 December 2018.
- JPMorgan, 17 December 2018.
- UBS, 18 December 2018.
- Wright Reports, 22 December 2018.
- BuySellSignals Research, 28 December 2018.
- Sadif, 4 January 2019.
- BTG Pactual, 7 January 2019.
- Credit Suisse, 9 January 2019.
- Santander, 9 January 2019.
- Zacks Equity Research, 9 January 2019.
- Scotiabank, 14 January 2019.

**Exhibit-1**

**Documents and Other Information Considered**

- UBS, 14 January 2019.
- Morgan Stanley, 16 January 2019.
- Deutsche Bank, 17 January 2019.
- JPMorgan, 17 January 2019.
- JPMorgan, 22 January 2019.
- Santander, 22 January 2019.
- UBS, 24 January 2019.
- BMO Capital Markets, 25 January 2019.
- Eleven Financial, 25 January 2019.
- Jefferies, 25 January 2019.
- JPMorgan, 25 January 2019.
- Morgan Stanley Fixed, 25 January 2019.
- Morgan Stanley Fixed, 25 January 2019.
- RBC Capital Markets, 25 January 2019.
- Scotiabank, 25 January 2019.
- Validea, 25 January 2019.
- BTG Pactual, 27 January 2019.
- Credit Suisse, 27 January 2019.
- HSBC, 27 January 2019.
- Itau BBA, 27 January 2019.
- Jefferies, 27 January 2019.
- JPMorgan, 27 January 2019.
- Morgan Stanley, 27 January 2019.
- UBS, 27 January 2019.
- Barclays, 28 January 2019.
- BMO Capital Markets, 28 January 2019.
- BMO Capital Markets, 28 January 2019.
- CFRA Equity Research, 28 January 2019.
- Credit Suisse, 28 January 2019.
- Itau BBA, 28 January 2019.
- JPMorgan, 28 January 2019.
- RBC Capital Markets, 28 January 2019.
- Santander, 28 January 2019.
- BuySellSignals Research, 29 January 2019.
- CFRA Equity Research, 29 January 2019.
- Credit Suisse, 29 January 2019.
- Eleven Financial, 29 January 2019.
- HSBC, 29 January 2019.
- Itau BBA, 29 January 2019.

139

**Exhibit-1**

**Documents and Other Information Considered**

- Jefferies, 29 January 2019.
- JPMorgan, 29 January 2019.
- JPMorgan, 29 January 2019.
- Santander, 29 January 2019.
- UBS, 29 January 2019.
- UBS, 29 January 2019.
- Barclays, 30 January 2019.
- BMO Capital Markets, 30 January 2019.
- BMO Capital Markets, 30 January 2019.
- BMO Capital Markets, 30 January 2019.
- BTG Pactual, 30 January 2019.
- Deutsche Bank, 30 January 2019.
- Deutsche Bank, 30 January 2019.
- Itau BBA, 30 January 2019.
- Itau BBA, 30 January 2019.
- JPMorgan, 30 January 2019.
- Morgan Stanley, 30 January 2019.
- Morningstar Equity Research, 30 January 2019.
- Morningstar Equity Research, 30 January 2019.
- RBC Capital Markets, 30 January 2019.
- UBS, 30 January 2019.
- BMO Capital Markets, 31 January 2019.
- Credit Suisse, 31 January 2019.
- HSBC, 31 January 2019.
- JPMorgan, 31 January 2019.
- Morningstar Equity Research, 31 January 2019.
- Morningstar Equity Research, 31 January 2019.
- Scotiabank, 31 January 2019.
- BB Banco de Investimento S.A., 1 February 2019.
- HSBC, 1 February 2019.
- ValuEngine, 1 February 2019.
- BTG Pactual, 4 February 2019.
- Credit Suisse, 4 February 2019.
- Jefferies, 4 February 2019.
- JPMorgan, 4 February 2019.
- Morgan Stanley Fixed, 4 February 2019.
- Morgan Stanley Fixed, 4 February 2019.
- RBC Capital Markets, 4 February 2019.
- RBC Capital Markets, 4 February 2019.

140

**Exhibit-1**

**Documents and Other Information Considered**

- RBC Capital Markets, 4 February 2019.
- Scotiabank, 4 February 2019.
- BMO Capital Markets, 5 February 2019.
- BMO Capital Markets, 5 February 2019.
- Credit Suisse, 5 February 2019.
- Deutsche Bank, 5 February 2019.
- Itau BBA, 5 February 2019.
- UBS, 5 February 2019.
- BMO Capital Markets, 6 February 2019.
- BTG Pactual, 6 February 2019.
- Credit Suisse, 6 February 2019.
- Itau BBA, 6 February 2019.
- JPMorgan, 6 February 2019.
- JPMorgan, 6 February 2019.
- JPMorgan, 6 February 2019.
- RBC Capital Markets, 6 February 2019.
- UBS, 6 February 2019.
- Barclays, 7 February 2019.
- HSBC, 7 February 2019.
- Morgan Stanley Fixed, 7 February 2019.
- Morgan Stanley, 7 February 2019.
- Scotiabank, 7 February 2019.
- BMO Capital Markets, 8 February 2019.
- Morgan Stanley Fixed, 8 February 2019.
- Santander, 8 February 2019.
- UBS, 8 February 2019.
- Morgan Stanley Fixed, 11 February 2019.
- Morgan Stanley Fixed, 11 February 2019.
- Zacks Equity Research, 11 February 2019.
- BMO Capital Markets, 13 February 2019.
- BTG Pactual, 13 February 2019.
- Morgan Stanley Fixed, 13 February 2019.
- Sadif, 13 February 2019.
- UBS, 13 February 2019.
- UBS, 14 February 2019.
- Wright Reports, 14 February 2019.
- BMO Capital Markets, 15 February 2019.
- Itau BBA, 15 February 2019.
- UBS, 15 February 2019.

**Exhibit-1**

**Documents and Other Information Considered**

- BMO Capital Markets, 18 February 2019.
- Credit Suisse, 20 February 2019.
- JPMorgan, 20 February 2019.
- Credit Suisse, 21 February 2019.
- BMO Capital Markets, 22 February 2019.
- Morgan Stanley Fixed, 25 February 2019.
- UBS, 25 February 2019.
- JPMorgan, 26 February 2019.
- Deutsche Bank, 28 February 2019.
- Morgan Stanley, 1 March 2019.
- Credit Suisse, 3 March 2019.
- Itau BBA, 3 March 2019.
- Jefferies, 3 March 2019.
- JPMorgan, 3 March 2019.
- JPMorgan, 3 March 2019.
- BMO Capital Markets, 4 March 2019.
- Eleven Financial, 4 March 2019.
- HSBC, 4 March 2019.
- Morgan Stanley, 4 March 2019.
- Morgan Stanley, 4 March 2019.
- RBC Capital Markets, 4 March 2019.
- Scotiabank, 4 March 2019.
- Sadif, 5 March 2019.
- UBS, 5 March 2019.
- JPMorgan, 7 March 2019.
- Societe Generale, 7 March 2019.
- BTG Pactual, 11 March 2019.
- Credit Suisse, 11 March 2019.
- JPMorgan, 11 March 2019.
- Morgan Stanley, 12 March 2019.
- RBC Capital Markets, 12 March 2019.
- Wright Reports, 13 March 2019.
- Zacks Equity Research, 15 March 2019.
- BTG Pactual, 17 March 2019.
- Credit Suisse, 17 March 2019.
- Morgan Stanley, 17 March 2019.
- Morgan Stanley, 17 March 2019.
- BMO Capital Markets, 18 March 2019.
- JPMorgan, 18 March 2019.

142

**Exhibit-1**

**Documents and Other Information Considered**

- Barclays, 19 March 2019.
- BTG Pactual, 19 March 2019.
- Credit Suisse, 19 March 2019.
- Jefferies, 19 March 2019.
- JPMorgan, 19 March 2019.
- Morgan Stanley, 19 March 2019.
- BMO Capital Markets, 20 March 2019.
- BuySellSignals Research, 20 March 2019.
- Jefferies, 20 March 2019.
- JPMorgan, 20 March 2019.
- Morgan Stanley, 20 March 2019.
- Santander, 20 March 2019.
- BMO Capital Markets, 21 March 2019.
- BTG Pactual, 21 March 2019.
- Credit Suisse, 21 March 2019.
- JPMorgan, 21 March 2019.
- Morgan Stanley, 21 March 2019.
- Santander, 21 March 2019.
- Credit Suisse, 24 March 2019.
- BMO Capital Markets, 25 March 2019.
- Jefferies, 25 March 2019.
- Morgan Stanley, 25 March 2019.
- BMO Capital Markets, 26 March 2019.
- BMO Capital Markets, 26 March 2019.
- BTG Pactual, 26 March 2019.
- Credit Suisse, 26 March 2019.
- HSBC, 26 March 2019.
- Jefferies, 26 March 2019.
- JPMorgan, 26 March 2019.
- JPMorgan, 26 March 2019.
- Morgan Stanley, 26 March 2019.
- Morningstar Equity Research, 26 March 2019.
- Morningstar Equity Research, 26 March 2019.
- RBC Capital Markets, 26 March 2019.
- RBC Capital Markets, 26 March 2019.
- Scotiabank, 26 March 2019.
- UBS, 26 March 2019.
- BMO Capital Markets, 27 March 2019.
- BTG Pactual, 27 March 2019.

143

**Exhibit-1**

**Documents and Other Information Considered**

- Credit Suisse, 27 March 2019.
- Deutsche Bank, 27 March 2019.
- Itau BBA, 27 March 2019.
- JPMorgan, 27 March 2019.
- Scotiabank, 27 March 2019.
- UBS, 27 March 2019.
- UBS, 27 March 2019.
- BMO Capital Markets, 28 March 2019.
- BTG Pactual, 28 March 2019.
- CFRA Equity Research, 28 March 2019.
- Credit Suisse, 28 March 2019.
- Eleven Financial, 28 March 2019.
- Jefferies, 28 March 2019.
- JPMorgan, 28 March 2019.
- Morgan Stanley, 28 March 2019.
- Morgan Stanley, 28 March 2019.
- RBC Capital Markets, 28 March 2019.
- Scotiabank, 28 March 2019.
- Scotiabank, 28 March 2019.
- CFRA Equity Research, 29 March 2019.
- Jefferies, 29 March 2019.
- Morgan Stanley, 29 March 2019.


**SEC FILINGS**

- Companhia Vale do Rio Doce, Form 424B2, filed 13 January 2004.
- Companhia Vale do Rio Doce, Form 424B5, filed 28 October 2005.
- Companhia Vale do Rio Doce, Form F-3ASR, filed 13 November 2006.
- Companhia Vale do Rio Doce, Form 424B2, filed 20 November 2006.
- Companhia Vale do Rio Doce, Form 8-A12B, filed 21 November 2006.
- Vale S.A., Form F-3ASR, filed 3 November 2009.
- Vale S.A., Form 424B2, filed 4 November 2009.
- Vale S.A., Form 6-K, filed 29 March 2010.
- Vale S.A., Form 424B2, filed 9 September 2010.
- Vale S.A., Form FWP, filed 9 September 2010.
- Vale S.A., Form FWP, filed 9 September 2010.
- Vale S.A., Form 424B2, filed 5 January 2012.
- Vale S.A., Form FWP, filed 5 January 2012.
- Vale S.A., Form 6-K, filed 11 January 2012.

144

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form FWP, filed 29 March 2012.
- Vale S.A., Form FWP, filed 29 March 2012.
- Vale S.A., Form 424B2, filed 30 March 2012.
- Vale S.A., Form FWP, filed 5 September 2012.
- Vale S.A., Form FWP, filed 5 September 2012.
- Vale S.A., Form 424B2, filed 6 September 2012.
- Vale S.A., Form 6-K, filed 11 September 2012.
- Vale S.A., Form 20-F, filed 30 March 2015.
- Vale S.A., Form F-3ASR, filed 29 September 2015.
- Vale S.A., Form 20-F, filed 31 March 2016.
- Vale S.A., Form 424B2, filed 7 June 2016.
- Vale S.A., Form 424B2, filed 8 June 2016.
- Vale S.A., Form FWP, filed 8 June 2016.
- Vale S.A., Form FWP, filed 8 June 2016.
- Vale S.A., Form 6-K, filed 10 June 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 28 July 2016.
- Vale S.A., Form 6-K, filed 2 August 2016.
- Vale S.A., Form 6-K, filed 2 August 2016.
- Vale S.A., Form 6-K, filed 3 August 2016.
- Vale S.A., Form 6-K, filed 3 August 2016.
- Vale S.A., Form 424B2, filed 3 August 2016.
- Vale S.A., Form FWP, filed 4 August 2016.
- Vale S.A., Form FWP, filed 4 August 2016.
- Vale S.A., Form 424B2, filed 4 August 2016.
- Vale S.A., Form 6-K, filed 5 August 2016.
- Vale S.A., Form 6-K, filed 5 August 2016.
- Vale S.A., Form 6-K, filed 10 August 2016.
- Vale S.A., Form 8-A12B, filed 10 August 2016.
- Vale S.A., Form 6-K, filed 12 August 2016.
- Vale S.A., Form 6-K, filed 12 August 2016.
- Vale S.A., Form 6-K, filed 15 August 2016.
- Vale S.A., Form 6-K, filed 18 August 2016.
- Vale S.A., Form UPLOAD, filed 24 August 2016.
- Vale S.A., Form 6-K, filed 29 August 2016.

145

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 31 August 2016.
- Vale S.A., Form 6-K, filed 31 August 2016.
- Vale S.A., Form 6-K, filed 1 September 2016.
- Vale S.A., Form 6-K, filed 1 September 2016.
- Vale S.A., Form 6-K, filed 2 September 2016.
- Vale S.A., Form 6-K, filed 6 September 2016.
- Vale S.A., Form 6-K, filed 6 September 2016.
- Vale S.A., Form CORRESP, filed 7 September 2016.
- Vale S.A., Form UPLOAD, filed 14 September 2016.
- Vale S.A., Form 6-K, filed 16 September 2016.
- Vale S.A., Form 6-K, filed 21 September 2016.
- Vale S.A., Form 6-K, filed 29 September 2016.
- Vale S.A., Form 6-K, filed 29 September 2016.
- Vale S.A., Form 6-K, filed 11 October 2016.
- Vale S.A., Form 6-K, filed 20 October 2016.
- Vale S.A., Form 6-K, filed 27 October 2016.
- Vale S.A., Form 6-K, filed 27 October 2016.
- Vale S.A., Form 6-K, filed 27 October 2016.
- Vale S.A., Form 6-K, filed 7 November 2016.
- Vale S.A., Form 6-K, filed 7 November 2016.
- Vale S.A., Form 6-K, filed 14 November 2016.
- Vale S.A., Form 6-K, filed 16 November 2016.
- Vale S.A., Form 6-K, filed 25 November 2016.
- Vale S.A., Form 6-K, filed 25 November 2016.
- Vale S.A., Form 6-K, filed 25 November 2016.
- Vale S.A., Form 6-K, filed 28 November 2016.
- Vale S.A., Form 6-K, filed 29 November 2016.
- Vale S.A., Form 6-K, filed 29 November 2016.
- Vale S.A., Form 6-K, filed 30 November 2016.
- Vale S.A., Form 6-K, filed 5 December 2016.
- Vale S.A., Form 6-K, filed 6 December 2016.
- Vale S.A., Form 6-K, filed 9 December 2016.
- Vale S.A., Form 6-K, filed 12 December 2016.
- Vale S.A., Form 6-K, filed 15 December 2016.
- Vale S.A., Form 6-K, filed 19 December 2016.
- Vale S.A., Form 6-K, filed 20 December 2016.
- Vale S.A., Form 6-K, filed 3 January 2017.
- Vale S.A., Form 6-K, filed 4 January 2017.
- Vale S.A., Form 6-K, filed 9 January 2017.

146

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 13 January 2017.
- Vale S.A., Form 6-K, filed 18 January 2017.
- Vale S.A., Form 6-K, filed 19 January 2017.
- Vale S.A., Form 6-K, filed 19 January 2017.
- Vale S.A., Form 6-K, filed 27 January 2017.
- Vale S.A., Form SC 13G, filed 30 January 2017.
- Vale S.A., Form 6-K, filed 6 February 2017.
- Vale S.A., Form 6-K, filed 6 February 2017.
- Vale S.A., Form 6-K, filed 6 February 2017.
- Vale S.A., Form 6-K, filed 6 February 2017.
- Vale S.A., Form 424B2, filed 6 February 2017.
- Vale S.A., Form FWP, filed 6 February 2017.
- Vale S.A., Form FWP, filed 7 February 2017.
- Vale S.A., Form 424B2, filed 7 February 2017.
- Vale S.A., Form 6-K, filed 10 February 2017.
- Vale S.A., Form S-8 POS, filed 16 February 2017.
- Vale S.A., Form 6-K, filed 16 February 2017.
- Vale S.A., Form SC TO-C, filed 21 February 2017.
- Vale S.A., Form 6-K, filed 21 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 23 February 2017.
- Vale S.A., Form 6-K, filed 24 February 2017.
- Vale S.A., Form 6-K, filed 24 February 2017.
- Vale S.A., Form 6-K, filed 3 March 2017.
- Vale S.A., Form 6-K, filed 10 March 2017.
- Vale S.A., Form 6-K, filed 16 March 2017.
- Vale S.A., Form 6-K, filed 17 March 2017.
- Vale S.A., Form 6-K, filed 21 March 2017.
- Vale S.A., Form 6-K/A, filed 21 March 2017.
- Vale S.A., Form 6-K, filed 27 March 2017.
- Vale S.A., Form 6-K, filed 27 March 2017.
- Vale S.A., Form 6-K, filed 28 March 2017.
- Vale S.A., Form 6-K, filed 28 March 2017.
- Vale S.A., Form 6-K, filed 28 March 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 30 March 2017.
- Vale S.A., Form 6-K, filed 3 April 2017.
- Vale S.A., Form 6-K, filed 6 April 2017.
- Vale S.A., Form 6-K, filed 7 April 2017.
- Vale S.A., Form 20-F, filed 11 April 2017.
- Vale S.A., Form 6-K, filed 18 April 2017.
- Vale S.A., Form 6-K, filed 20 April 2017.
- Vale S.A., Form 6-K, filed 20 April 2017.
- Vale S.A., Form 6-K, filed 21 April 2017.
- Vale S.A., Form 6-K, filed 21 April 2017.
- Vale S.A., Form 6-K, filed 21 April 2017.
- Vale S.A., Form 6-K, filed 27 April 2017.
- Vale S.A., Form 6-K, filed 27 April 2017.
- Vale S.A., Form 6-K, filed 27 April 2017.
- Vale S.A., Form 6-K, filed 10 May 2017.
- Vale S.A., Form 6-K, filed 11 May 2017.
- Vale S.A., Form 6-K, filed 12 May 2017.
- Vale S.A., Form 6-K, filed 12 May 2017.
- Vale S.A., Form SC TO-C, filed 12 May 2017.
- Vale S.A., Form 6-K, filed 15 May 2017.
- Vale S.A., Form SC TO-C, filed 15 May 2017.
- Vale S.A., Form SC TO-C, filed 16 May 2017.
- Vale S.A., Form 6-K, filed 16 May 2017.
- Vale S.A., Form 6-K, filed 16 May 2017.
- Vale S.A., Form 6-K, filed 16 May 2017.
- Vale S.A., Form SC 13D/A, filed 17 May 2017.
- Vale S.A., Form 6-K, filed 19 May 2017.
- Vale S.A., Form 6-K, filed 22 May 2017.
- Vale S.A., Form 6-K, filed 30 May 2017.
- Vale S.A., Form 6-K, filed 5 June 2017.
- Vale S.A., Form 6-K, filed 5 June 2017.
- Vale S.A., Form SC TO-C, filed 5 June 2017.
- Vale S.A., Form SC TO-C, filed 5 June 2017.
- Vale S.A., Form 6-K, filed 6 June 2017.
- Vale S.A., Form 6-K, filed 12 June 2017.
- Vale S.A., Form UPLOAD, filed 22 June 2017.
- Vale S.A., Form 6-K, filed 26 June 2017.
- Vale S.A., Form 6-K, filed 26 June 2017.
- Vale S.A., Form SC TO-C, filed 26 June 2017.

148

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form SC TO-C, filed 26 June 2017.
- Vale S.A., Form 6-K, filed 27 June 2017.
- Vale S.A., Form SC TO-C, filed 27 June 2017.
- Vale S.A., Form SC 13D/A, filed 28 June 2017.
- Vale S.A., Form 6-K, filed 28 June 2017.
- Vale S.A., Form 6-K, filed 28 June 2017.
- Vale S.A., Form SC TO-C, filed 28 June 2017.
- Vale S.A., Form SC TO-C, filed 28 June 2017.
- Vale S.A., Form SC TO-I, filed 28 June 2017.
- Vale S.A., Form 6-K, filed 29 June 2017.
- Vale S.A., Form 6-K, filed 30 June 2017.
- Vale S.A., Form CORRESP, filed 6 July 2017.
- Vale S.A., Form 6-K, filed 6 July 2017.
- Vale S.A., Form 6-K, filed 7 July 2017.
- Vale S.A., Form 6-K, filed 10 July 2017.
- Vale S.A., Form 6-K, filed 10 July 2017.
- Vale S.A., Form UPLOAD, filed 13 July 2017.
- Vale S.A., Form CORRESP, filed 17 July 2017.
- Vale S.A., Form 6-K, filed 18 July 2017.
- Vale S.A., Form SC TO-I/A, filed 18 July 2017.
- Vale S.A., Form 6-K, filed 19 July 2017.
- Vale S.A., Form 6-K, filed 19 July 2017.
- Vale S.A., Form 6-K, filed 20 July 2017.
- Vale S.A., Form UPLOAD, filed 20 July 2017.
- Vale S.A., Form SC TO-I/A, filed 21 July 2017.
- Vale S.A., Form UPLOAD, filed 21 July 2017.
- Vale S.A., Form 6-K, filed 27 July 2017.
- Vale S.A., Form 6-K, filed 27 July 2017.
- Vale S.A., Form 6-K, filed 27 July 2017.
- Vale S.A., Form 6-K, filed 27 July 2017.
- Vale S.A., Form 6-K, filed 27 July 2017.
- Vale S.A., Form CORRESP, filed 27 July 2017.
- Vale S.A., Form 6-K, filed 28 July 2017.
- Vale S.A., Form 6-K, filed 31 July 2017.
- Vale S.A., Form 6-K, filed 3 August 2017.
- Vale S.A., Form 6-K, filed 4 August 2017.
- Vale S.A., Form 6-K, filed 7 August 2017.
- Vale S.A., Form 6-K, filed 9 August 2017.
- Vale S.A., Form 6-K, filed 9 August 2017.

149

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form SC TO-I/A, filed 9 August 2017.
- Vale S.A., Form 6-K, filed 11 August 2017.
- Vale S.A., Form SC TO-I/A, filed 11 August 2017.
- Vale S.A., Form 6-K, filed 14 August 2017.
- Vale S.A., Form 6-K, filed 14 August 2017.
- Vale S.A., Form SC TO-I/A, filed 14 August 2017.
- Vale S.A., Form 6-K, filed 15 August 2017.
- Vale S.A., Form 6-K, filed 15 August 2017.
- Vale S.A., Form 6-K, filed 15 August 2017.
- Vale S.A., Form SC TO-I/A, filed 15 August 2017.
- Vale S.A., Form 6-K, filed 18 August 2017.
- Vale S.A., Form 6-K, filed 23 August 2017.
- Vale S.A., Form SC 13D, filed 24 August 2017.
- Vale S.A., Form 6-K, filed 25 August 2017.
- Vale S.A., Form 6-K, filed 25 August 2017.
- Vale S.A., Form 6-K, filed 25 August 2017.
- Vale S.A., Form 6-K, filed 25 August 2017.
- Vale S.A., Form 6-K, filed 25 August 2017.
- Vale S.A., Form 6-K, filed 28 August 2017.
- Vale S.A., Form 6-K, filed 6 September 2017.
- Vale S.A., Form 6-K, filed 7 September 2017.
- Vale S.A., Form SC 13G/A, filed 8 September 2017.
- Vale S.A., Form 6-K, filed 13 September 2017.
- Vale S.A., Form 6-K, filed 14 September 2017.
- Vale S.A., Form 6-K, filed 18 September 2017.
- Vale S.A., Form 6-K, filed 18 September 2017.
- Vale S.A., Form 6-K, filed 21 September 2017.
- Vale S.A., Form 6-K, filed 22 September 2017.
- Vale S.A., Form 6-K, filed 25 September 2017.
- Vale S.A., Form 6-K, filed 29 September 2017.
- Vale S.A., Form 6-K, filed 29 September 2017.
- Vale S.A., Form 6-K, filed 29 September 2017.
- Vale S.A., Form 25-NSE, filed 29 September 2017.
- Vale S.A., Form 6-K, filed 2 October 2017.
- Vale S.A., Form 6-K, filed 2 October 2017.
- Vale S.A., Form 6-K, filed 2 October 2017.
- Vale S.A., Form 6-K, filed 5 October 2017.
- Vale S.A., Form 6-K, filed 5 October 2017.
- Vale S.A., Form 6-K, filed 6 October 2017.

150

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 17 October 2017.
- Vale S.A., Form 6-K, filed 17 October 2017.
- Vale S.A., Form 6-K, filed 17 October 2017.
- Vale S.A., Form 6-K, filed 18 October 2017.
- Vale S.A., Form 6-K, filed 19 October 2017.
- Vale S.A., Form 6-K, filed 19 October 2017.
- Vale S.A., Form 6-K, filed 19 October 2017.
- Vale S.A., Form 6-K, filed 19 October 2017.
- Vale S.A., Form 6-K, filed 20 October 2017.
- Vale S.A., Form 6-K, filed 20 October 2017.
- Vale S.A., Form 6-K, filed 26 October 2017.
- Vale S.A., Form 6-K, filed 26 October 2017.
- Vale S.A., Form 6-K, filed 26 October 2017.
- Vale S.A., Form 6-K, filed 26 October 2017.
- Vale S.A., Form 6-K, filed 26 October 2017.
- Vale S.A., Form 6-K, filed 13 November 2017.
- Vale S.A., Form 6-K, filed 20 November 2017.
- Vale S.A., Form 6-K, filed 20 November 2017.
- Vale S.A., Form 6-K, filed 20 November 2017.
- Vale S.A., Form 6-K, filed 21 November 2017.
- Vale S.A., Form 6-K, filed 22 November 2017.
- Vale S.A., Form 25-NSE, filed 27 November 2017.
- Vale S.A., Form 6-K, filed 27 November 2017.
- Vale S.A., Form 6-K, filed 27 November 2017.
- Vale S.A., Form 6-K, filed 27 November 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 7 December 2017.
- Vale S.A., Form 6-K, filed 8 December 2017.
- Vale S.A., Form 6-K, filed 14 December 2017.
- Vale S.A., Form 6-K, filed 14 December 2017.
- Vale S.A., Form 6-K, filed 19 December 2017.
- Vale S.A., Form 6-K, filed 20 December 2017.
- Vale S.A., Form 6-K, filed 20 December 2017.
- Vale S.A., Form 6-K, filed 21 December 2017.
- Vale S.A., Form 6-K, filed 21 December 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 22 December 2017.
- Vale S.A., Form 6-K, filed 26 December 2017.
- Vale S.A., Form 6-K, filed 2 January 2018.
- Vale S.A., Form 6-K, filed 9 January 2018.
- Vale S.A., Form 6-K, filed 9 January 2018.
- Vale S.A., Form 6-K, filed 11 January 2018.
- Vale S.A., Form 6-K, filed 12 January 2018.
- Vale S.A., Form 6-K, filed 12 January 2018.
- Vale S.A., Form 6-K, filed 12 January 2018.
- Vale S.A., Form 6-K, filed 12 January 2018.
- Vale S.A., Form 6-K, filed 12 January 2018.
- Vale S.A., Form 6-K, filed 16 January 2018.
- Vale S.A., Form 6-K, filed 16 January 2018.
- Vale S.A., Form 6-K, filed 16 January 2018.
- Vale S.A., Form 6-K, filed 17 January 2018.
- Vale S.A., Form SC 13D, filed 18 January 2018.
- Vale S.A., Form 6-K, filed 1 February 2018.
- Vale S.A., Form SC 13G, filed 1 February 2018.
- Vale S.A., Form 6-K, filed 2 February 2018.
- Vale S.A., Form 6-K, filed 6 February 2018.
- Vale S.A., Form 6-K, filed 9 February 2018.
- Vale S.A., Form 6-K, filed 16 February 2018.
- Vale S.A., Form 6-K, filed 27 February 2018.
- Vale S.A., Form 6-K, filed 27 February 2018.
- Vale S.A., Form 6-K, filed 28 February 2018.
- Vale S.A., Form 6-K, filed 28 February 2018.
- Vale S.A., Form 6-K, filed 28 February 2018.
- Vale S.A., Form 6-K, filed 1 March 2018.
- Vale S.A., Form 6-K, filed 9 March 2018.
- Vale S.A., Form 6-K, filed 9 March 2018.
- Vale S.A., Form 6-K, filed 9 March 2018.
- Vale S.A., Form 6-K, filed 9 March 2018.
- Vale S.A., Form 6-K, filed 14 March 2018.
- Vale S.A., Form S-8, filed 16 March 2018.
- Vale S.A., Form 6-K, filed 20 March 2018.
- Vale S.A., Form 6-K, filed 21 March 2018.
- Vale S.A., Form 6-K, filed 28 March 2018.
- Vale S.A., Form 6-K, filed 30 March 2018.
- Vale S.A., Form 6-K, filed 2 April 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 3 April 2018.
- Vale S.A., Form 6-K, filed 6 April 2018.
- Vale S.A., Form 6-K, filed 10 April 2018.
- Vale S.A., Form 6-K, filed 12 April 2018.
- Vale S.A., Form 6-K, filed 12 April 2018.
- Vale S.A., Form 6-K, filed 12 April 2018.
- Vale S.A., Form 20-F, filed 13 April 2018.
- Vale S.A., Form 6-K, filed 13 April 2018.
- Vale S.A., Form 6-K, filed 16 April 2018.
- Vale S.A., Form 6-K, filed 16 April 2018.
- Vale S.A., Form 6-K, filed 16 April 2018.
- Vale S.A., Form 6-K, filed 16 April 2018.
- Vale S.A., Form 6-K, filed 18 April 2018.
- Vale S.A., Form 25-NSE, filed 20 April 2018.
- Vale S.A., Form 6-K, filed 23 April 2018.
- Vale S.A., Form 6-K, filed 25 April 2018.
- Vale S.A., Form 6-K, filed 26 April 2018.
- Vale S.A., Form 6-K, filed 26 April 2018.
- Vale S.A., Form 6-K, filed 15 May 2018.
- Vale S.A., Form 6-K, filed 16 May 2018.
- Vale S.A., Form 6-K, filed 16 May 2018.
- Vale S.A., Form 6-K, filed 16 May 2018.
- Vale S.A., Form 6-K, filed 22 May 2018.
- Vale S.A., Form 6-K, filed 30 May 2018.
- Vale S.A., Form 6-K, filed 12 June 2018.
- Vale S.A., Form 6-K, filed 14 June 2018.
- Vale S.A., Form 6-K, filed 19 June 2018.
- Vale S.A., Form F-3ASR, filed 19 June 2018.
- Vale S.A., Form 6-K, filed 22 June 2018.
- Vale S.A., Form 6-K, filed 25 June 2018.
- Vale S.A., Form 6-K, filed 26 June 2018.
- Vale S.A., Form 6-K, filed 29 June 2018.
- Vale S.A., Form 6-K, filed 29 June 2018.
- Vale S.A., Form 6-K, filed 2 July 2018.
- Vale S.A., Form 6-K, filed 16 July 2018.
- Vale S.A., Form 6-K, filed 18 July 2018.
- Vale S.A., Form 6-K, filed 24 July 2018.
- Vale S.A., Form 6-K, filed 25 July 2018.
- Vale S.A., Form 6-K, filed 25 July 2018.

153

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 26 July 2018.
- Vale S.A., Form 6-K, filed 26 July 2018 .
- Vale S.A., Form 6-K, filed 26 July 2018.
- Vale S.A., Form 6-K, filed 26 July 2018.
- Vale S.A., Form 6-K, filed 9 August 2018.
- Vale S.A., Form 6-K, filed 13 August 2018.
- Vale S.A., Form 6-K, filed 15 August 2018.
- Vale S.A., Form 6-K, filed 17 August 2018.
- Vale S.A., Form 6-K, filed 7 September 2018.
- Vale S.A., Form 6-K, filed 7 September 2018.
- Vale S.A., Form 6-K, filed 7 September 2018.
- Vale S.A., Form 6-K, filed 25 September 2018.
- Vale S.A., Form SC 13D/A, filed 25 September 2018.
- Vale S.A., Form 6-K, filed 11 October 2018.
- Vale S.A., Form 6-K, filed 11 October 2018.
- Vale S.A., Form 6-K/A, filed 11 October 2018.
- Vale S.A., Form 6-K, filed 15 October 2018.
- Vale S.A., Form 6-K, filed 17 October 2018.
- Vale S.A., Form 6-K, filed 17 October 2018.
- Vale S.A., Form 6-K, filed 17 October 2018.
- Vale S.A., Form 6-K, filed 17 October 2018.
- Vale S.A., Form 6-K, filed 18 October 2018.
- Vale S.A., Form 6-K, filed 24 October 2018.
- Vale S.A., Form 6-K, filed 24 October 2018.
- Vale S.A., Form 6-K, filed 25 October 2018.
- Vale S.A., Form 6-K, filed 9 November 2018.
- Vale S.A., Form 6-K, filed 13 November 2018.
- Vale S.A., Form 6-K, filed 13 November 2018.
- Vale S.A., Form 6-K, filed 27 November 2018.
- Vale S.A., Form 6-K, filed 27 November 2018.
- Vale S.A., Form 6-K, filed 27 November 2018.
- Vale S.A., Form 6-K, filed 5 December 2018.
- Vale S.A., Form 6-K, filed 5 December 2018.
- Vale S.A., Form 6-K, filed 6 December 2018.
- Vale S.A., Form 6-K, filed 6 December 2018.
- Vale S.A., Form 6-K, filed 6 December 2018.
- Vale S.A., Form 6-K, filed 10 December 2018.
- Vale S.A., Form 6-K, filed 10 December 2018.
- Vale S.A., Form 6-K, filed 11 December 2018.

154

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 11 December 2018.
- Vale S.A., Form 6-K, filed 11 December 2018.
- Vale S.A., Form 6-K, filed 28 December 2018.
- Vale S.A., Form 6-K, filed 4 January 2019.
- Vale S.A., Form SC 13D/A, filed 10 January 2019.
- Vale S.A., Form 6-K, filed 11 January 2019.
- Vale S.A., Form 6-K, filed 11 January 2019.
- Vale S.A., Form 6-K, filed 11 January 2019.
- Vale S.A., Form 6-K, filed 15 January 2019.
- Vale S.A., Form 6-K, filed 16 January 2019.
- Vale S.A., Form 6-K, filed 23 January 2019.
- Vale S.A., Form 6-K, filed 23 January 2019.
- Vale S.A., Form 6-K, filed 25 January 2019.
- Vale S.A., Form 6-K, filed 25 January 2019.
- Vale S.A., Form 6-K, filed 28 January 2019.
- Vale S.A., Form 6-K, filed 28 January 2019.
- Vale S.A., Form 6-K, filed 28 January 2019.
- Vale S.A., Form 6-K, filed 29 January 2019.
- Vale S.A., Form 6-K, filed 29 January 2019.
- Vale S.A., Form 6-K, filed 29 January 2019.
- Vale S.A., Form 6-K, filed 29 January 2019.
- Vale S.A., Form 6-K, filed 30 January 2019.
- Vale S.A., Form 6-K, filed 30 January 2019.
- Vale S.A., Form 6-K, filed 30 January 2019.
- Vale S.A., Form 6-K, filed 31 January 2019.
- Vale S.A., Form 6-K, filed 31 January 2019.
- Vale S.A., Form 6-K, filed 31 January 2019.
- Vale S.A., Form 6-K, filed 31 January 2019.
- Vale S.A., Form 6-K, filed 1 February 2019.
- Vale S.A., Form 6-K, filed 1 February 2019.
- Vale S.A., Form 6-K, filed 1 February 2019.
- Vale S.A., Form 6-K, filed 4 February 2019.
- Vale S.A., Form 6-K, filed 4 February 2019.
- Vale S.A., Form 6-K, filed 4 February 2019.
- Vale S.A., Form SC 13G/A, filed 4 February 2019.
- Vale S.A., Form 6-K, filed 4 February 2019.
- Vale S.A., Form 6-K, filed 5 February 2019.
- Vale S.A., Form 6-K, filed 5 February 2019.
- Vale S.A., Form 6-K, filed 5 February 2019.

155

**Exhibit-1**

**Documents and Other Information Considered**

- Vale S.A., Form 6-K, filed 6 February 2019.
- Vale S.A., Form 6-K, filed 6 February 2019.
- Vale S.A., Form 20-F, filed 18 April 2019.

**ACADEMIC AND PROFESSIONAL LITERATURE**

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, Vol. 13, 2007.
- Alexander, Gordon J. et al., "What Does Nasdaq's High-Yield Bond Market Reveal about Bondholder-Shareholder Conflict?" *Financial Management*, Vol. 29(1), Spring 2000.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, Vol. 25, 1990.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Bodie, Zvi et al., *Investments*, McGraw-Hill Irwin, 2009.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, Vol. 93.2, 2015.
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, "Event-Study Analysis," *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics*, Vol. 87, 2008.
- Demsetz, Harold, "The Cost of Transacting," *The Quarterly Journal of Economics,* Vol. 82, No. 1, 1968.
- Fabozzi, Frank and Frank Jones, "The Primary and Secondary Bond Markets," *The Handbook of Fixed Income Securities*, chapter 3, 7th edition, edited by Frank J. Fabozzi and Steven V. Mann, McGraw-Hill, 2005.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, 1991.
- George, Thomas J. and Francis A. Longstaff, "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," *Journal of Financial and Quantitative Analysis*, Vol. 28, No. 3, 1993.
- Gold, Kevin L., Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.

156

**Exhibit-1**

**Documents and Other Information Considered**

- Handjinicolaou, George and Avner Kalay, "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements," *Journal of Financial Economics* (March 1984).
- Hartzmark, Michael L. and H. Nejat Seyhun, "Understanding the Efficiency of the Market for Preferred Stock," *Virgina Law and Business Review*, Spring 2014.
- Hartzmark, Michael L. et al., "Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," *Columbia Business Law Review*, Volume 2011, Number 3.
- Hong, G. and A. Warga, "An Empirical Study of Bond Market Transactions," *Financial Analysts Journal*, Vol. 56, No. 2, March/April 2000.
- Hotchkiss, Edith and Tavy Ronen, "The Informational Efficiency of the Corporate Bond Market: An Intraday Analysis," *The Review of Financial Studies*, 2002.
- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, 1980.
- Mahanti, Sriketan et al., "Latent Liquidity: A New Measure of Liquidity, With an Application to Corporate Bonds," *Journal of Financial Economics*, 2008.
- Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Villanueva, Miguel and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/Krogman Factors.", *Review of Quantitative Finance and Accounting*, 2020 (Forthcoming in print).


**CONFERENCE CALLS TRANSCRIPTS**

- "Q4 2015 Vale SA Earnings Call," *Thomson Reuters*, conference call, 25 February 2016.
- "Q1 2016 Vale SA Earnings Call," *Thomson Reuters*, conference call, 28 April 2016.
- "Q2 2016 Vale SA Earnings Call," *Thomson Reuters*, conference call, 28 July 2016.
- "Q3 2016 Vale SA Earnings Call," *Thomson Reuters*, conference call, 27 October 2016.
- "Vale SA New Shareholder's Agreement," *Thomson Reuters*, conference call, 20 February 2017.
- "Q4 2016 Vale SA Earnings Call," *Thomson Reuters*, conference call, 23 February 2017.
- "Q1 2017 Vale SA Earnings Call," *Thomson Reuters*, conference call, 27 April 2017.
- "Q2 2017 Vale SA Earnings Call," *Thomson Reuters*, conference call, 27 July 2017.
- "Vale SA Announces Interim Results for Voluntary Conversion Corporate Call," *Thomson Reuters*, conference call, 14 August 2017.
- "Q3 2017 Vale SA Earnings Call," *Thomson Reuters*, conference call, 26 October 2017.
- "Vale SA Day NY," *Thomson Reuters*, conference call, 6 December 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- "Vale SA Corporate Analyst Meeting London – Investor Conference," *Thomson Reuters*, conference call, 8 December 2017.
- "Vale SA Corporate Analyst Meeting London – Press Conference," *Thomson Reuters*, conference call, 8 December 2017.
- "Q4 2017 Vale SA Earnings Call," *Thomson Reuters*, conference call, 28 February 2018.
- "Q1 2018 Vale SA Earnings Call," *Thomson Reuters*, conference call, 26 April 2018.
- "Q2 2018 Vale SA Earnings Call," *Thomson Reuters*, conference call, 26 July 2018.
- "Q3 2018 Vale SA Earnings Call," *Thomson Reuters*, conference call, 25 October 2018.
- "Vale SA Day – New York," *Thomson Reuters*, conference call, 4 December 2018.
- "Vale SA Day – London," *Thomson Reuters*, conference call, 6 December 2018.
- "Q4 2018 Vale SA Earnings Call," *Thomson Reuters*, conference call, 28 March 2019.


**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- FactSet
- Thomson Eikon
- FINRA TRACE
- S&P


**LEGAL CASES**

- *Amgen Inc. Et Al., v. Connecticut Retirement Plans and Trust Funds*, 133 S. Ct. 1184, 1190 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989).
- *Di Donato v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW (2019).
- *Halliburton Co. v. Erica P. John Fund, Inc.,* 134 S. Ct. 2398 (2014).
- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).
- *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 529 F. Supp. 2d 644 (S.D. Tex. 2006).
- *In re Healthsouth Corporation Securities Litigation*, 261 F.R.D. 633 (N.D. Ala. 2009).
- *In re Petrobras Sec. Litig.,* 312 F.R.D. 354, 369 (S.D.N.Y. 2016).
- *In Re: Vale S.A. Sec. Litig.*, 1:15-cv-9539-GHW, 2019 WL 11032303 (S.D.N.Y. Sept. 27, 2019).

**Exhibit-1**

**Documents and Other Information Considered**

- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
- *Pearlstein v. Blackberry Ltd.*, 13-cv-07060-CM-KHP, 2021 WL 253453 (S.D.N.Y. Jan. 26, 2021).
- *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423, 437 (D. Ariz. 2013).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharmaceuticals Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).

**OTHER**

- "Brief of Financial Economists as *Amici Curiae* in Support of Respondents," *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc. F/K/A Archdiocese of Milwaukee Supporting Fund, Inc.*, 5 February 2014.
- Credit Ratings Fact Sheet, www.standardandpoors.com, 2 February 2007.
- *Dougherty v. Esperion Therapeutics, Inc.*, No. 16-10089, 2020 WL 2832252, at *6 (E.D. Mich. May 31, 2020), *report and recommendation adopted*, No. 16-10089, 2020 WL 6793326 (E.D. Mich. Nov. 19, 2020).
- "Eligibility of Smaller Companies to Use Form S-3 or F-3 for Primary Securities Offerings," SEC website, accessed at www.sec.gov/info/smallbus/secg/s3f3-secg.htm.
- "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2012.
- "Float Adjustment Methodology," *S&P Dow Jones Indices*, July 2012.
- "Fundão tailings dam failures: the environment tragedy of the largest technological disaster of Brazilian mining in global context," by G.W. Fernandes and Sérvio Ribeiro, *Perspectives in ecology and Conservation*, Volume 15, 2017.
- http://www2.standardandpoors.com/spf/pdf/media/credit_ratings_fact_sheet_020507.pdf.
- http://www.b3.com.br/en_us/b3/about/who-we-are/.
- https://www.finra.org/about.
- https://www.finra.org/filing-reporting/trace.
- Institute, CFA. *2016 CFA Level I Volume 5 Equity and Fixed Income* CFA Institute, July 2015.
- "Investor Bulletin: American Depositary Receipts," SEC Office of Investor Education and Advocacy, August 2012.
- "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, 28 March 2005.
- Order, filed 27 September 2019, *In Re: Vale S.A. Securities Litigation*, 1:15-cv-9539-GHW.
- "Organization and Functioning of Securities Markets," by Frank Reilly and Keith Brown, *Equity and Fixed Income CFA Program Curriculum*, Vol. 5, Pearson Custom Publishing, 2008.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).

159

**Exhibit-1**

**Documents and Other Information Considered**

- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- Section 10(b) of the Exchange Act of 1934.
- Other documents cited in my report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present       BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995       BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994       WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

161

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present          CROWNINSHIELD FINANCIAL RESEARCH, INC.
                        Brookline, MA
                        President and Senior Expert

1996 - 2008             THE MICHEL-SHAKED GROUP
                        Boston, MA
                        Senior Expert (2001 - 2008)
                        Affiliated Expert (1996 - 2001)

1987 - 1990             FEDERAL RESERVE BANK OF ATLANTA
                        Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, *Springer.com,* October 22, 2020. Available from https://doi.org/10.1007/s11156-020-00943-4. Forthcoming in print.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

166

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**COURSES TAUGHT**

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management  (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

### SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe,* March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

168

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

169

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA
Testimony Provided in the Last Four Years**

In Re World Acceptance Corporation Securities Litigation
Civil Action No. 6-14-cv-01606-MGL
United States District Court
District of South Carolina
Deposition Testimony
February 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

In Re El Pollo Loco Holdings, Inc. Securities Litigation
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

In Re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

171

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re Blackberry Limited Securities Litigation
Case No. 1:13-cv-7060-TPG
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018

In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018
Trial Testimony
January 2019

In Re Seaworld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018
Testimony at Evidentiary Hearing
May 2019

In Re American Realty Capital Properties, Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

In Re Equifax, Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019

In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

In Re Chemical And Mining Company Of Chile, Inc. Securities Litigation
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re OvaScience, Inc. Securities Litigation
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

In Re Blackberry Limited Securities Litigation
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2020

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020

In Re Johnson & Johnson Securities Litigation
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

In Re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021

176

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/28/2015 | $4.24 | - | $4.22 | $4.23 | 40,429,324 | -1.41% |
| 10/29/2015 | $4.19 | - | $4.18 | $4.19 | 25,043,002 | -1.19% |
| 10/30/2015 | $4.36 | - | $4.36 | $4.37 | 23,081,632 | 3.98% |
| 11/2/2015 | $4.53 | - | $4.53 | $4.54 | 20,954,808 | 3.83% |
| 11/3/2015 | $4.72 | - | $4.71 | $4.72 | 37,332,295 | 4.11% |
| 11/4/2015 | $4.56 | - | $4.56 | $4.57 | 35,922,916 | -3.45% |
| 11/5/2015 | $4.39 | - | $4.37 | $4.38 | 24,959,740 | -3.80% |
| 11/6/2015 | $4.14 | - | $4.13 | $4.14 | 65,212,234 | -5.86% |
| 11/9/2015 | $4.05 | - | $4.04 | $4.05 | 23,976,309 | -2.20% |
| 11/10/2015 | $4.11 | - | $4.10 | $4.11 | 28,682,542 | 1.47% |
| 11/11/2015 | $4.04 | - | $4.04 | $4.05 | 25,529,755 | -1.72% |
| 11/12/2015 | $3.93 | - | $3.93 | $3.94 | 21,376,826 | -2.76% |
| 11/13/2015 | $3.97 | - | $3.98 | $3.99 | 14,321,563 | 1.01% |
| 11/16/2015 | $3.98 | - | $3.97 | $3.98 | 20,712,245 | 0.25% |
| 11/17/2015 | $3.76 | - | $3.76 | $3.77 | 24,563,937 | -5.69% |
| 11/18/2015 | $3.90 | - | $3.89 | $3.90 | 20,917,503 | 3.66% |
| 11/19/2015 | $3.89 | - | $3.87 | $3.88 | 13,685,093 | -0.26% |
| 11/20/2015 | $3.80 | - | $3.79 | $3.80 | 21,648,918 | -2.34% |
| 11/23/2015 | $3.79 | - | $3.80 | $3.81 | 28,283,896 | -0.26% |
| 11/24/2015 | $3.89 | - | $3.88 | $3.89 | 17,142,671 | 2.60% |
| 11/25/2015 | $3.73 | - | $3.73 | $3.74 | 15,140,513 | -4.20% |
| 11/27/2015 | $3.57 | - | $3.57 | $3.58 | 19,133,059 | -4.38% |
| 11/30/2015 | $3.37 | - | $3.37 | $3.38 | 51,806,508 | -5.77% |
| 12/1/2015 | $3.36 | - | $3.37 | $3.38 | 28,129,673 | -0.30% |
| 12/2/2015 | $3.36 | - | $3.36 | $3.37 | 29,916,194 | 0.00% |
| 12/3/2015 | $3.42 | - | $3.41 | $3.42 | 25,280,586 | 1.77% |
| 12/4/2015 | $3.28 | - | $3.28 | $3.29 | 20,727,976 | -4.18% |
| 12/7/2015 | $3.22 | - | $3.22 | $3.23 | 16,581,125 | -1.85% |
| 12/8/2015 | $3.12 | - | $3.11 | $3.12 | 39,171,944 | -3.15% |
| 12/9/2015 | $3.29 | - | $3.28 | $3.29 | 20,413,751 | 5.31% |
| 12/10/2015 | $3.27 | - | $3.27 | $3.28 | 16,730,298 | -0.61% |
| 12/11/2015 | $3.15 | - | $3.15 | $3.16 | 14,025,316 | -3.74% |
| 12/14/2015 | $3.20 | - | $3.20 | $3.21 | 15,983,572 | 1.57% |
| 12/15/2015 | $3.33 | - | $3.32 | $3.33 | 16,761,416 | 3.98% |
| 12/16/2015 | $3.45 | - | $3.44 | $3.45 | 18,849,726 | 3.54% |
| 12/17/2015 | $3.23 | - | $3.22 | $3.23 | 20,451,115 | -6.59% |
| 12/18/2015 | $3.20 | - | $3.19 | $3.20 | 28,289,123 | -0.93% |
| 12/21/2015 | $3.07 | - | $3.06 | $3.07 | 22,447,319 | -4.15% |
| 12/22/2015 | $3.14 | - | $3.13 | $3.14 | 12,473,240 | 2.25% |
| 12/23/2015 | $3.43 | - | $3.43 | $3.44 | 19,734,033 | 8.83% |
| 12/24/2015 | $3.30 | - | $3.29 | $3.30 | 9,744,908 | -3.86% |
| 12/28/2015 | $3.24 | - | $3.24 | $3.25 | 14,109,227 | -1.83% |
| 12/29/2015 | $3.33 | - | $3.33 | $3.34 | 13,469,251 | 2.74% |
| 12/30/2015 | $3.27 | - | $3.27 | $3.28 | 13,074,385 | -1.82% |
| 12/31/2015 | $3.29 | - | $3.27 | $3.28 | 7,986,015 | 0.61% |
| 1/4/2016 | $3.16 | - | $3.17 | $3.18 | 12,576,115 | -4.03% |

177

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/5/2016 | $3.15 | - | $3.15 | $3.16 | 11,532,041 | -0.32% |
| 1/6/2016 | $2.91 | - | $2.90 | $2.91 | 25,293,721 | -7.92% |
| 1/7/2016 | $2.71 | - | $2.70 | $2.71 | 26,596,904 | -7.12% |
| 1/8/2016 | $2.60 | - | $2.60 | $2.61 | 25,245,351 | -4.14% |
| 1/11/2016 | $2.54 | - | $2.54 | $2.55 | 20,069,443 | -2.33% |
| 1/12/2016 | $2.37 | - | $2.36 | $2.37 | 30,695,045 | -6.93% |
| 1/13/2016 | $2.23 | - | $2.24 | $2.25 | 32,456,405 | -6.09% |
| 1/14/2016 | $2.44 | - | $2.44 | $2.45 | 23,805,183 | 9.00% |
| 1/15/2016 | $2.37 | - | $2.38 | $2.39 | 32,393,620 | -2.91% |
| 1/19/2016 | $2.33 | - | $2.34 | $2.35 | 27,375,161 | -1.70% |
| 1/20/2016 | $2.33 | - | $2.33 | $2.34 | 34,262,816 | 0.00% |
| 1/21/2016 | $2.20 | - | $2.19 | $2.20 | 33,259,055 | -5.74% |
| 1/22/2016 | $2.27 | - | $2.26 | $2.27 | 30,802,505 | 3.13% |
| 1/25/2016 | $2.15 | - | $2.15 | $2.16 | 27,396,379 | -5.43% |
| 1/26/2016 | $2.22 | - | $2.21 | $2.22 | 25,296,092 | 3.20% |
| 1/27/2016 | $2.31 | - | $2.30 | $2.31 | 23,678,552 | 3.97% |
| 1/28/2016 | $2.27 | - | $2.26 | $2.27 | 18,840,159 | -1.75% |
| 1/29/2016 | $2.45 | - | $2.45 | $2.46 | 26,001,602 | 7.63% |
| 2/1/2016 | $2.37 | - | $2.37 | $2.38 | 22,854,053 | -3.32% |
| 2/2/2016 | $2.16 | - | $2.14 | $2.15 | 15,003,500 | -9.28% |
| 2/3/2016 | $2.32 | - | $2.33 | $2.34 | 25,616,087 | 7.15% |
| 2/4/2016 | $2.69 | - | $2.70 | $2.71 | 44,367,247 | 14.80% |
| 2/5/2016 | $2.61 | - | $2.60 | $2.61 | 23,861,451 | -3.02% |
| 2/8/2016 | $2.52 | - | $2.54 | $2.55 | 16,618,766 | -3.51% |
| 2/9/2016 | $2.47 | - | $2.49 | $2.50 | 18,537,536 | -2.00% |
| 2/10/2016 | $2.60 | - | $2.60 | $2.61 | 27,337,730 | 5.13% |
| 2/11/2016 | $2.38 | - | $2.39 | $2.40 | 20,977,699 | -8.84% |
| 2/12/2016 | $2.63 | - | $2.61 | $2.62 | 19,006,370 | 9.99% |
| 2/16/2016 | $2.77 | - | $2.78 | $2.79 | 24,870,151 | 5.19% |
| 2/17/2016 | $3.06 | - | $3.05 | $3.06 | 40,919,249 | 9.96% |
| 2/18/2016 | $2.88 | - | $2.87 | $2.88 | 24,922,450 | -6.06% |
| 2/19/2016 | $2.94 | - | $2.92 | $2.93 | 42,926,741 | 2.06% |
| 2/22/2016 | $3.34 | - | $3.33 | $3.34 | 40,073,586 | 12.76% |
| 2/23/2016 | $3.11 | - | $3.10 | $3.11 | 21,844,868 | -7.13% |
| 2/24/2016 | $2.93 | - | $2.92 | $2.93 | 30,810,595 | -5.96% |
| 2/25/2016 | $2.80 | - | $2.78 | $2.79 | 28,094,055 | -4.54% |
| 2/26/2016 | $2.71 | - | $2.71 | $2.72 | 25,244,802 | -3.27% |
| 2/29/2016 | $2.94 | - | $2.92 | $2.93 | 29,797,422 | 8.15% |
| 3/1/2016 | $3.20 | - | $3.19 | $3.20 | 36,163,849 | 8.47% |
| 3/2/2016 | $3.63 | - | $3.60 | $3.61 | 46,431,703 | 12.61% |
| 3/3/2016 | $4.11 | - | $4.09 | $4.10 | 76,578,933 | 12.42% |
| 3/4/2016 | $4.38 | - | $4.38 | $4.39 | 86,220,507 | 6.36% |
| 3/7/2016 | $4.65 | - | $4.64 | $4.65 | 81,139,517 | 5.98% |
| 3/8/2016 | $4.00 | - | $3.98 | $3.99 | 58,891,256 | -15.06% |
| 3/9/2016 | $3.93 | - | $3.91 | $3.92 | 34,581,261 | -1.77% |
| 3/10/2016 | $3.88 | - | $3.85 | $3.86 | 44,173,216 | -1.28% |

178

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/11/2016 | $3.83 | - | $3.85 | $3.86 | 32,108,321 | -1.30% |
| 3/14/2016 | $3.72 | - | $3.70 | $3.71 | 29,205,188 | -2.91% |
| 3/15/2016 | $3.54 | - | $3.54 | $3.55 | 35,139,180 | -4.96% |
| 3/16/2016 | $3.98 | - | $3.98 | $3.99 | 40,749,099 | 11.72% |
| 3/17/2016 | $4.22 | - | $4.21 | $4.22 | 53,735,527 | 5.86% |
| 3/18/2016 | $4.17 | - | $4.16 | $4.17 | 32,519,485 | -1.19% |
| 3/21/2016 | $4.23 | - | $4.22 | $4.23 | 22,547,356 | 1.43% |
| 3/22/2016 | $4.23 | - | $4.22 | $4.23 | 21,909,798 | 0.00% |
| 3/23/2016 | $3.84 | - | $3.83 | $3.84 | 34,686,391 | -9.67% |
| 3/24/2016 | $4.04 | - | $4.05 | $4.06 | 27,875,957 | 5.08% |
| 3/28/2016 | $4.13 | - | $4.13 | $4.14 | 22,909,532 | 2.20% |
| 3/29/2016 | $4.12 | - | $4.10 | $4.11 | 23,875,632 | -0.24% |
| 3/30/2016 | $4.24 | - | $4.23 | $4.24 | 32,369,717 | 2.87% |
| 3/31/2016 | $4.21 | - | $4.20 | $4.21 | 25,905,696 | -0.71% |
| 4/1/2016 | $4.32 | - | $4.31 | $4.32 | 31,577,501 | 2.58% |
| 4/4/2016 | $4.06 | - | $4.06 | $4.07 | 21,931,005 | -6.21% |
| 4/5/2016 | $4.13 | - | $4.13 | $4.14 | 16,075,081 | 1.71% |
| 4/6/2016 | $4.10 | - | $4.10 | $4.11 | 23,712,063 | -0.73% |
| 4/7/2016 | $4.07 | - | $4.08 | $4.09 | 20,989,623 | -0.73% |
| 4/8/2016 | $4.48 | - | $4.45 | $4.46 | 32,961,720 | 9.60% |
| 4/11/2016 | $4.88 | - | $4.86 | $4.87 | 49,170,053 | 8.55% |
| 4/12/2016 | $5.32 | - | $5.30 | $5.31 | 58,479,669 | 8.63% |
| 4/13/2016 | $5.64 | - | $5.62 | $5.63 | 51,140,964 | 5.84% |
| 4/14/2016 | $5.25 | - | $5.24 | $5.25 | 49,868,697 | -7.17% |
| 4/15/2016 | $5.29 | - | $5.28 | $5.29 | 25,278,780 | 0.76% |
| 4/18/2016 | $5.27 | - | $5.25 | $5.26 | 22,829,614 | -0.38% |
| 4/19/2016 | $5.74 | - | $5.74 | $5.75 | 37,443,498 | 8.54% |
| 4/20/2016 | $6.07 | - | $6.06 | $6.07 | 57,948,633 | 5.59% |
| 4/21/2016 | $5.53 | - | $5.52 | $5.53 | 74,901,823 | -9.32% |
| 4/22/2016 | $5.42 | - | $5.41 | $5.42 | 47,931,541 | -2.01% |
| 4/25/2016 | $5.09 | - | $5.09 | $5.10 | 33,771,132 | -6.28% |
| 4/26/2016 | $5.24 | - | $5.24 | $5.25 | 38,790,459 | 2.90% |
| 4/27/2016 | $5.59 | - | $5.57 | $5.58 | 43,179,117 | 6.47% |
| 4/28/2016 | $5.62 | - | $5.61 | $5.62 | 50,997,871 | 0.54% |
| 4/29/2016 | $5.67 | - | $5.65 | $5.66 | 49,082,971 | 0.89% |
| 5/2/2016 | $5.65 | - | $5.64 | $5.65 | 29,650,755 | -0.35% |
| 5/3/2016 | $5.21 | - | $5.20 | $5.21 | 39,852,889 | -8.11% |
| 5/4/2016 | $4.86 | - | $4.86 | $4.87 | 53,146,422 | -6.95% |
| 5/5/2016 | $4.63 | - | $4.63 | $4.64 | 49,549,026 | -4.85% |
| 5/6/2016 | $4.78 | - | $4.76 | $4.77 | 39,798,063 | 3.19% |
| 5/9/2016 | $4.31 | - | $4.31 | $4.32 | 53,759,713 | -10.35% |
| 5/10/2016 | $4.55 | - | $4.53 | $4.54 | 28,067,430 | 5.42% |
| 5/11/2016 | $4.60 | - | $4.60 | $4.61 | 24,711,488 | 1.09% |
| 5/12/2016 | $4.44 | - | $4.44 | $4.45 | 30,936,069 | -3.54% |
| 5/13/2016 | $4.13 | - | $4.13 | $4.14 | 38,125,076 | -7.24% |
| 5/16/2016 | $4.23 | - | $4.22 | $4.23 | 23,886,381 | 2.39% |

179

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|------|------|------|------|------|------|------|
| 5/17/2016 | $4.31 | - | $4.30 | $4.31 | 31,873,459 | 1.87% |
| 5/18/2016 | $4.13 | - | $4.11 | $4.12 | 21,786,083 | -4.27% |
| 5/19/2016 | $4.12 | - | $4.12 | $4.13 | 32,261,166 | -0.24% |
| 5/20/2016 | $3.98 | - | $3.98 | $3.99 | 30,157,102 | -3.46% |
| 5/23/2016 | $4.00 | - | $4.00 | $4.01 | 30,779,851 | 0.50% |
| 5/24/2016 | $3.91 | - | $3.90 | $3.91 | 32,215,117 | -2.28% |
| 5/25/2016 | $4.07 | - | $4.07 | $4.08 | 24,180,572 | 4.01% |
| 5/26/2016 | $4.06 | - | $4.04 | $4.05 | 26,262,907 | -0.25% |
| 5/27/2016 | $3.98 | - | $3.97 | $3.98 | 15,536,094 | -1.99% |
| 5/31/2016 | $3.93 | - | $3.93 | $3.94 | 25,392,075 | -1.26% |
| 6/1/2016 | $4.03 | - | $4.04 | $4.05 | 18,610,806 | 2.51% |
| 6/2/2016 | $4.15 | - | $4.15 | $4.16 | 23,434,289 | 2.93% |
| 6/3/2016 | $4.61 | - | $4.60 | $4.61 | 42,428,756 | 10.51% |
| 6/6/2016 | $4.88 | - | $4.88 | $4.89 | 45,512,719 | 5.69% |
| 6/7/2016 | $4.80 | - | $4.78 | $4.79 | 35,749,148 | -1.65% |
| 6/8/2016 | $5.05 | - | $5.04 | $5.05 | 35,124,508 | 5.08% |
| 6/9/2016 | $4.63 | - | $4.62 | $4.63 | 37,814,365 | -8.68% |
| 6/10/2016 | $4.41 | - | $4.41 | $4.42 | 22,147,104 | -4.87% |
| 6/13/2016 | $4.37 | - | $4.37 | $4.38 | 18,304,964 | -0.91% |
| 6/14/2016 | $4.23 | - | $4.23 | $4.24 | 18,625,392 | -3.26% |
| 6/15/2016 | $4.33 | - | $4.34 | $4.35 | 16,094,615 | 2.34% |
| 6/16/2016 | $4.42 | - | $4.41 | $4.42 | 23,254,985 | 2.06% |
| 6/17/2016 | $4.46 | - | $4.45 | $4.46 | 24,479,943 | 0.90% |
| 6/20/2016 | $4.62 | - | $4.61 | $4.62 | 17,867,625 | 3.52% |
| 6/21/2016 | $4.63 | - | $4.62 | $4.63 | 15,779,725 | 0.22% |
| 6/22/2016 | $4.69 | - | $4.70 | $4.71 | 26,368,282 | 1.29% |
| 6/23/2016 | $4.96 | - | $4.97 | $4.98 | 19,944,714 | 5.60% |
| 6/24/2016 | $4.55 | - | $4.54 | $4.55 | 32,268,928 | -8.63% |
| 6/27/2016 | $4.38 | - | $4.38 | $4.39 | 18,359,603 | -3.81% |
| 6/28/2016 | $4.70 | - | $4.69 | $4.70 | 23,100,803 | 7.05% |
| 6/29/2016 | $4.85 | - | $4.85 | $4.86 | 24,353,882 | 3.14% |
| 6/30/2016 | $5.06 | - | $5.06 | $5.07 | 32,573,757 | 4.24% |
| 7/1/2016 | $5.16 | - | $5.16 | $5.17 | 34,514,258 | 1.96% |
| 7/5/2016 | $4.91 | - | $4.90 | $4.91 | 21,734,739 | -4.97% |
| 7/6/2016 | $4.91 | - | $4.90 | $4.91 | 18,514,187 | 0.00% |
| 7/7/2016 | $4.82 | - | $4.81 | $4.82 | 18,245,204 | -1.85% |
| 7/8/2016 | $4.95 | - | $4.94 | $4.95 | 16,301,640 | 2.66% |
| 7/11/2016 | $5.12 | - | $5.11 | $5.12 | 14,216,984 | 3.38% |
| 7/12/2016 | $5.35 | - | $5.35 | $5.36 | 31,326,536 | 4.39% |
| 7/13/2016 | $5.46 | - | $5.45 | $5.46 | 32,298,992 | 2.04% |
| 7/14/2016 | $5.34 | - | $5.34 | $5.35 | 29,253,388 | -2.22% |
| 7/15/2016 | $5.36 | - | $5.36 | $5.37 | 14,320,760 | 0.37% |
| 7/18/2016 | $5.44 | - | $5.43 | $5.44 | 15,857,160 | 1.48% |
| 7/19/2016 | $5.20 | - | $5.20 | $5.21 | 36,039,289 | -4.51% |
| 7/20/2016 | $5.17 | - | $5.16 | $5.17 | 29,301,176 | -0.58% |
| 7/21/2016 | $5.31 | - | $5.30 | $5.31 | 32,017,331 | 2.67% |

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/22/2016 | $5.31 | - | $5.30 | $5.31 | 17,232,900 | 0.00% |
| 7/25/2016 | $5.33 | - | $5.33 | $5.34 | 28,924,829 | 0.38% |
| 7/26/2016 | $5.67 | - | $5.67 | $5.68 | 39,581,695 | 6.18% |
| 7/27/2016 | $5.77 | - | $5.77 | $5.78 | 30,641,287 | 1.75% |
| 7/28/2016 | $5.80 | - | $5.81 | $5.82 | 30,650,338 | 0.52% |
| 7/29/2016 | $5.75 | - | $5.74 | $5.75 | 33,007,022 | -0.87% |
| 8/1/2016 | $5.52 | - | $5.50 | $5.51 | 28,353,490 | -4.08% |
| 8/2/2016 | $5.54 | - | $5.54 | $5.55 | 22,449,377 | 0.36% |
| 8/3/2016 | $5.79 | - | $5.79 | $5.80 | 35,992,602 | 4.41% |
| 8/4/2016 | $5.92 | - | $5.92 | $5.93 | 27,155,884 | 2.22% |
| 8/5/2016 | $6.02 | - | $6.00 | $6.01 | 28,812,678 | 1.68% |
| 8/8/2016 | $6.03 | - | $6.02 | $6.03 | 23,004,615 | 0.17% |
| 8/9/2016 | $6.07 | - | $6.07 | $6.08 | 19,741,361 | 0.66% |
| 8/10/2016 | $5.80 | - | $5.80 | $5.81 | 25,213,487 | -4.55% |
| 8/11/2016 | $5.88 | - | $5.87 | $5.88 | 17,709,041 | 1.37% |
| 8/12/2016 | $5.64 | - | $5.63 | $5.64 | 22,954,304 | -4.17% |
| 8/15/2016 | $5.80 | - | $5.79 | $5.80 | 15,621,019 | 2.80% |
| 8/16/2016 | $5.95 | - | $5.95 | $5.96 | 23,437,110 | 2.55% |
| 8/17/2016 | $5.97 | - | $5.96 | $5.97 | 18,848,353 | 0.34% |
| 8/18/2016 | $5.91 | - | $5.90 | $5.91 | 14,387,992 | -1.01% |
| 8/19/2016 | $5.97 | - | $5.97 | $5.98 | 20,636,151 | 1.01% |
| 8/22/2016 | $5.78 | - | $5.78 | $5.79 | 19,763,501 | -3.23% |
| 8/23/2016 | $5.87 | - | $5.87 | $5.88 | 17,883,671 | 1.55% |
| 8/24/2016 | $5.63 | - | $5.63 | $5.64 | 22,830,237 | -4.17% |
| 8/25/2016 | $5.64 | - | $5.63 | $5.64 | 21,084,124 | 0.18% |
| 8/26/2016 | $5.45 | - | $5.44 | $5.45 | 31,588,090 | -3.43% |
| 8/29/2016 | $5.61 | - | $5.60 | $5.61 | 21,267,215 | 2.89% |
| 8/30/2016 | $5.44 | - | $5.43 | $5.44 | 22,226,285 | -3.08% |
| 8/31/2016 | $5.27 | - | $5.26 | $5.27 | 32,234,939 | -3.17% |
| 9/1/2016 | $5.39 | - | $5.38 | $5.39 | 19,249,803 | 2.25% |
| 9/2/2016 | $5.60 | - | $5.60 | $5.61 | 25,964,775 | 3.82% |
| 9/6/2016 | $5.72 | - | $5.71 | $5.72 | 24,588,081 | 2.12% |
| 9/7/2016 | $5.64 | - | $5.63 | $5.64 | 19,978,316 | -1.41% |
| 9/8/2016 | $5.54 | - | $5.54 | $5.55 | 21,195,125 | -1.79% |
| 9/9/2016 | $5.19 | - | $5.19 | $5.20 | 26,480,516 | -6.53% |
| 9/12/2016 | $5.40 | - | $5.39 | $5.40 | 26,580,041 | 3.97% |
| 9/13/2016 | $4.95 | - | $4.94 | $4.95 | 40,402,985 | -8.70% |
| 9/14/2016 | $5.02 | - | $5.02 | $5.03 | 16,759,973 | 1.40% |
| 9/15/2016 | $5.03 | - | $5.03 | $5.04 | 23,193,799 | 0.20% |
| 9/16/2016 | $5.03 | - | $5.03 | $5.04 | 21,449,451 | 0.00% |
| 9/19/2016 | $5.08 | - | $5.07 | $5.08 | 23,949,405 | 0.99% |
| 9/20/2016 | $5.11 | - | $5.11 | $5.12 | 14,542,108 | 0.59% |
| 9/21/2016 | $5.47 | - | $5.46 | $5.47 | 31,832,610 | 6.81% |
| 9/22/2016 | $5.42 | - | $5.41 | $5.42 | 26,226,711 | -0.92% |
| 9/23/2016 | $5.42 | - | $5.41 | $5.42 | 15,016,506 | 0.00% |
| 9/26/2016 | $5.38 | - | $5.37 | $5.38 | 13,172,066 | -0.74% |

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/27/2016 | $5.44 | - | $5.43 | $5.44 | 11,258,491 | 1.11% |
| 9/28/2016 | $5.65 | - | $5.65 | $5.66 | 18,909,076 | 3.79% |
| 9/29/2016 | $5.53 | - | $5.53 | $5.54 | 19,621,208 | -2.15% |
| 9/30/2016 | $5.50 | - | $5.49 | $5.50 | 13,523,281 | -0.54% |
| 10/3/2016 | $5.66 | - | $5.66 | $5.67 | 16,082,500 | 2.87% |
| 10/4/2016 | $5.45 | - | $5.44 | $5.45 | 22,742,384 | -3.78% |
| 10/5/2016 | $5.53 | - | $5.52 | $5.53 | 16,024,353 | 1.46% |
| 10/6/2016 | $5.51 | - | $5.50 | $5.51 | 13,134,026 | -0.36% |
| 10/7/2016 | $5.57 | - | $5.57 | $5.58 | 32,938,704 | 1.08% |
| 10/10/2016 | $5.89 | - | $5.88 | $5.89 | 31,308,142 | 5.59% |
| 10/11/2016 | $5.78 | - | $5.77 | $5.78 | 25,446,934 | -1.89% |
| 10/12/2016 | $5.82 | - | $5.82 | $5.83 | 24,206,242 | 0.69% |
| 10/13/2016 | $5.53 | - | $5.53 | $5.54 | 49,022,048 | -5.11% |
| 10/14/2016 | $5.58 | - | $5.57 | $5.58 | 29,115,120 | 0.90% |
| 10/17/2016 | $5.68 | - | $5.67 | $5.68 | 13,345,235 | 1.78% |
| 10/18/2016 | $5.84 | - | $5.83 | $5.84 | 23,689,037 | 2.78% |
| 10/19/2016 | $5.84 | - | $5.84 | $5.85 | 15,130,107 | 0.00% |
| 10/20/2016 | $6.03 | - | $6.03 | $6.04 | 26,151,188 | 3.20% |
| 10/21/2016 | $6.26 | - | $6.25 | $6.26 | 45,185,646 | 3.74% |
| 10/24/2016 | $6.49 | - | $6.50 | $6.51 | 34,526,316 | 3.61% |
| 10/25/2016 | $6.79 | - | $6.78 | $6.79 | 56,115,658 | 4.52% |
| 10/26/2016 | $6.91 | - | $6.92 | $6.93 | 46,194,475 | 1.75% |
| 10/27/2016 | $6.95 | - | $6.95 | $6.96 | 42,385,231 | 0.58% |
| 10/28/2016 | $6.90 | - | $6.89 | $6.90 | 29,352,431 | -0.72% |
| 10/31/2016 | $6.92 | - | $6.91 | $6.92 | 23,959,238 | 0.29% |
| 11/1/2016 | $6.90 | - | $6.90 | $6.91 | 34,997,276 | -0.29% |
| 11/2/2016 | $6.72 | - | $6.72 | $6.73 | 27,616,830 | -2.64% |
| 11/3/2016 | $6.76 | - | $6.75 | $6.76 | 29,597,706 | 0.59% |
| 11/4/2016 | $6.67 | - | $6.66 | $6.67 | 24,528,831 | -1.34% |
| 11/7/2016 | $7.17 | - | $7.17 | $7.18 | 32,528,993 | 7.23% |
| 11/8/2016 | $7.54 | - | $7.53 | $7.54 | 44,753,157 | 5.03% |
| 11/9/2016 | $7.76 | - | $7.76 | $7.77 | 65,108,768 | 2.88% |
| 11/10/2016 | $8.00 | - | $8.00 | $8.01 | 51,736,780 | 3.05% |
| 11/11/2016 | $7.69 | - | $7.69 | $7.70 | 59,338,129 | -3.95% |
| 11/14/2016 | $7.69 | - | $7.69 | $7.70 | 43,153,487 | 0.00% |
| 11/15/2016 | $7.32 | - | $7.31 | $7.32 | 28,917,891 | -4.93% |
| 11/16/2016 | $7.31 | - | $7.30 | $7.31 | 21,640,584 | -0.14% |
| 11/17/2016 | $7.31 | - | $7.31 | $7.32 | 26,517,230 | 0.00% |
| 11/18/2016 | $7.24 | - | $7.24 | $7.25 | 28,474,781 | -0.96% |
| 11/21/2016 | $7.66 | - | $7.65 | $7.66 | 36,040,669 | 5.64% |
| 11/22/2016 | $8.29 | - | $8.29 | $8.30 | 53,670,833 | 7.90% |
| 11/23/2016 | $8.39 | - | $8.39 | $8.40 | 41,017,328 | 1.20% |
| 11/25/2016 | $8.42 | - | $8.42 | $8.43 | 24,372,907 | 0.36% |
| 11/28/2016 | $9.10 | - | $9.10 | $9.11 | 61,928,491 | 7.77% |
| 11/29/2016 | $8.55 | - | $8.55 | $8.56 | 51,248,340 | -6.23% |

182

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/30/2016 | $8.49 | - | $8.48 | $8.49 | 43,212,693 | -0.70% |
| 12/1/2016 | $8.21 | - | $8.21 | $8.22 | 54,459,602 | -3.35% |
| 12/2/2016 | $8.44 | $0.05 | $8.44 | $8.45 | 39,886,560 | 3.34% |
| 12/5/2016 | $8.66 | - | $8.66 | $8.67 | 36,695,372 | 2.57% |
| 12/6/2016 | $8.81 | - | $8.80 | $8.81 | 34,440,582 | 1.72% |
| 12/7/2016 | $9.16 | - | $9.16 | $9.17 | 43,931,306 | 3.90% |
| 12/8/2016 | $8.94 | - | $8.93 | $8.94 | 37,289,103 | -2.43% |
| 12/9/2016 | $8.78 | - | $8.77 | $8.78 | 26,109,176 | -1.81% |
| 12/12/2016 | $8.80 | - | $8.80 | $8.81 | 31,607,039 | 0.23% |
| 12/13/2016 | $8.49 | - | $8.48 | $8.49 | 30,186,611 | -3.59% |
| 12/14/2016 | $8.28 | - | $8.27 | $8.28 | 38,042,926 | -2.50% |
| 12/15/2016 | $8.45 | - | $8.44 | $8.45 | 35,684,774 | 2.03% |
| 12/16/2016 | $8.17 | - | $8.16 | $8.16 | 30,734,098 | -3.37% |
| 12/19/2016 | $7.72 | - | $7.72 | $7.73 | 37,517,358 | -5.67% |
| 12/20/2016 | $7.90 | - | $7.90 | $7.91 | 19,822,787 | 2.30% |
| 12/21/2016 | $7.91 | - | $7.90 | $7.91 | 14,345,432 | 0.13% |
| 12/22/2016 | $7.79 | - | $7.78 | $7.79 | 20,751,275 | -1.53% |
| 12/23/2016 | $7.71 | - | $7.70 | $7.71 | 20,262,569 | -1.03% |
| 12/27/2016 | $7.90 | - | $7.90 | $7.91 | 15,143,706 | 2.43% |
| 12/28/2016 | $8.02 | - | $8.02 | $8.03 | 22,012,778 | 1.51% |
| 12/29/2016 | $7.91 | - | $7.90 | $7.91 | 25,083,471 | -1.38% |
| 12/30/2016 | $7.62 | - | $7.62 | $7.63 | 14,623,322 | -3.74% |
| 1/3/2017 | $8.05 | - | $8.05 | $8.06 | 27,690,173 | 5.49% |
| 1/4/2017 | $8.05 | - | $8.05 | $8.06 | 15,069,546 | 0.00% |
| 1/5/2017 | $8.30 | - | $8.29 | $8.30 | 24,451,509 | 3.06% |
| 1/6/2017 | $7.99 | - | $7.99 | $8.00 | 17,527,868 | -3.81% |
| 1/9/2017 | $8.22 | - | $8.22 | $8.23 | 20,748,840 | 2.84% |
| 1/10/2017 | $8.96 | - | $8.96 | $8.97 | 30,706,171 | 8.62% |
| 1/11/2017 | $9.31 | - | $9.30 | $9.31 | 46,744,134 | 3.83% |
| 1/12/2017 | $9.44 | - | $9.44 | $9.45 | 33,624,861 | 1.39% |
| 1/13/2017 | $9.58 | - | $9.57 | $9.58 | 31,394,330 | 1.47% |
| 1/17/2017 | $9.51 | - | $9.50 | $9.51 | 30,060,010 | -0.73% |
| 1/18/2017 | $9.94 | - | $9.93 | $9.94 | 42,953,796 | 4.42% |
| 1/19/2017 | $9.80 | - | $9.80 | $9.81 | 22,852,085 | -1.42% |
| 1/20/2017 | $10.03 | - | $10.02 | $10.03 | 27,984,559 | 2.32% |
| 1/23/2017 | $10.51 | - | $10.51 | $10.52 | 31,544,549 | 4.67% |
| 1/24/2017 | $10.76 | - | $10.76 | $10.77 | 41,303,837 | 2.35% |
| 1/25/2017 | $10.78 | - | $10.77 | $10.78 | 31,829,013 | 0.19% |
| 1/26/2017 | $10.62 | - | $10.62 | $10.63 | 21,797,083 | -1.50% |
| 1/27/2017 | $10.67 | - | $10.67 | $10.68 | 16,642,258 | 0.47% |
| 1/30/2017 | $10.31 | - | $10.30 | $10.31 | 21,128,215 | -3.43% |
| 1/31/2017 | $10.18 | - | $10.17 | $10.18 | 27,452,188 | -1.27% |
| 2/1/2017 | $10.48 | - | $10.47 | $10.48 | 26,422,986 | 2.90% |
| 2/2/2017 | $10.42 | - | $10.42 | $10.43 | 17,498,633 | -0.57% |

183

### Exhibit-4 (Corrected)

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 2/3/2017 | $9.73 | - | $9.72 | $9.73 | 30,767,604 | -6.85% |
| 2/6/2017 | $9.56 | - | $9.54 | $9.55 | 32,247,856 | -1.76% |
| 2/7/2017 | $9.63 | - | $9.62 | $9.63 | 22,221,603 | 0.73% |
| 2/8/2017 | $9.77 | - | $9.77 | $9.78 | 22,291,145 | 1.44% |
| 2/9/2017 | $9.96 | - | $9.97 | $9.98 | 24,242,164 | 1.93% |
| 2/10/2017 | $10.46 | - | $10.46 | $10.47 | 29,084,618 | 4.90% |
| 2/13/2017 | $11.34 | - | $11.34 | $11.35 | 64,503,021 | 8.08% |
| 2/14/2017 | $11.16 | - | $11.16 | $11.17 | 27,173,299 | -1.60% |
| 2/15/2017 | $11.11 | - | $11.10 | $11.11 | 36,824,790 | -0.45% |
| 2/16/2017 | $10.86 | - | $10.86 | $10.87 | 31,753,441 | -2.28% |
| 2/17/2017 | $10.97 | - | $10.97 | $10.98 | 25,051,593 | 1.01% |
| 2/21/2017 | $11.52 | - | $11.51 | $11.52 | 33,278,527 | 4.89% |
| 2/22/2017 | $11.24 | - | $11.25 | $11.26 | 31,161,300 | -2.46% |
| 2/23/2017 | $10.75 | - | $10.75 | $10.76 | 43,444,893 | -4.46% |
| 2/24/2017 | $10.52 | - | $10.52 | $10.53 | 39,833,523 | -2.16% |
| 2/27/2017 | $10.61 | - | $10.61 | $10.62 | 20,466,878 | 0.85% |
| 2/28/2017 | $10.35 | - | $10.34 | $10.35 | 23,252,208 | -2.48% |
| 3/1/2017 | $10.69 | - | $10.69 | $10.70 | 30,886,711 | 3.23% |
| 3/2/2017 | $9.96 | - | $9.94 | $9.95 | 33,160,534 | -7.07% |
| 3/3/2017 | $10.18 | - | $10.17 | $10.18 | 22,948,327 | 2.18% |
| 3/6/2017 | $9.94 | - | $9.94 | $9.95 | 21,950,558 | -2.39% |
| 3/7/2017 | $9.93 | - | $9.92 | $9.93 | 18,996,952 | -0.10% |
| 3/8/2017 | $9.46 | - | $9.46 | $9.47 | 31,095,951 | -4.85% |
| 3/9/2017 | $9.46 | - | $9.45 | $9.46 | 32,011,481 | 0.00% |
| 3/10/2017 | $9.47 | - | $9.47 | $9.48 | 24,848,391 | 0.11% |
| 3/13/2017 | $9.84 | - | $9.83 | $9.84 | 28,516,179 | 3.83% |
| 3/14/2017 | $9.86 | - | $9.86 | $9.87 | 22,095,024 | 0.20% |
| 3/15/2017 | $10.68 | - | $10.68 | $10.69 | 47,617,679 | 7.99% |
| 3/16/2017 | $10.43 | - | $10.42 | $10.43 | 24,311,855 | -2.37% |
| 3/17/2017 | $10.13 | - | $10.13 | $10.14 | 23,405,755 | -2.92% |
| 3/20/2017 | $10.29 | - | $10.28 | $10.29 | 17,062,319 | 1.57% |
| 3/21/2017 | $9.44 | - | $9.42 | $9.43 | 39,826,844 | -8.62% |
| 3/22/2017 | $9.53 | - | $9.52 | $9.53 | 31,222,265 | 0.95% |
| 3/23/2017 | $9.32 | - | $9.32 | $9.33 | 31,399,315 | -2.23% |
| 3/24/2017 | $9.30 | - | $9.29 | $9.30 | 26,480,776 | -0.21% |
| 3/27/2017 | $9.34 | - | $9.33 | $9.34 | 34,988,164 | 0.43% |
| 3/28/2017 | $9.47 | - | $9.47 | $9.48 | 28,022,745 | 1.38% |
| 3/29/2017 | $9.62 | - | $9.61 | $9.62 | 22,099,107 | 1.57% |
| 3/30/2017 | $9.54 | - | $9.54 | $9.55 | 24,202,717 | -0.84% |
| 3/31/2017 | $9.50 | - | $9.50 | $9.51 | 26,562,464 | -0.42% |
| 4/3/2017 | $9.49 | - | $9.49 | $9.50 | 22,115,265 | -0.11% |
| 4/4/2017 | $9.86 | - | $9.86 | $9.87 | 23,915,078 | 3.82% |
| 4/5/2017 | $9.43 | - | $9.43 | $9.44 | 34,057,832 | -4.46% |
| 4/6/2017 | $9.16 | - | $9.16 | $9.17 | 31,218,788 | -2.90% |

184

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 4/7/2017 | $9.23 | - | $9.22 | $9.23 | 31,729,044 | 0.76% |
| 4/10/2017 | $9.24 | - | $9.23 | $9.24 | 21,461,682 | 0.11% |
| 4/11/2017 | $9.15 | - | $9.14 | $9.15 | 31,272,996 | -0.98% |
| 4/12/2017 | $8.74 | - | $8.73 | $8.74 | 35,434,872 | -4.58% |
| 4/13/2017 | $8.72 | - | $8.71 | $8.72 | 24,141,221 | -0.23% |
| 4/17/2017 | $8.80 | - | $8.80 | $8.81 | 26,949,194 | 0.91% |
| 4/18/2017 | $8.57 | - | $8.56 | $8.57 | 34,558,621 | -2.65% |
| 4/19/2017 | $8.51 | - | $8.51 | $8.52 | 26,897,909 | -0.70% |
| 4/20/2017 | $8.82 | - | $8.82 | $8.83 | 33,565,141 | 3.58% |
| 4/21/2017 | $8.87 | - | $8.86 | $8.87 | 29,323,059 | 0.57% |
| 4/24/2017 | $8.75 | $0.28 | $8.75 | $8.76 | 24,146,391 | 1.82% |
| 4/25/2017 | $8.95 | - | $8.95 | $8.96 | 29,569,715 | 2.26% |
| 4/26/2017 | $8.73 | - | $8.72 | $8.73 | 33,609,174 | -2.49% |
| 4/27/2017 | $8.42 | - | $8.42 | $8.43 | 37,801,945 | -3.62% |
| 4/28/2017 | $8.58 | - | $8.57 | $8.58 | 17,171,245 | 1.88% |
| 5/1/2017 | $8.68 | - | $8.68 | $8.69 | 16,427,397 | 1.16% |
| 5/2/2017 | $8.82 | - | $8.82 | $8.83 | 27,232,562 | 1.60% |
| 5/3/2017 | $8.36 | - | $8.35 | $8.36 | 35,280,828 | -5.36% |
| 5/4/2017 | $7.95 | - | $7.94 | $7.95 | 49,988,470 | -5.03% |
| 5/5/2017 | $8.17 | - | $8.16 | $8.17 | 37,541,607 | 2.73% |
| 5/8/2017 | $8.13 | - | $8.12 | $8.13 | 27,310,228 | -0.49% |
| 5/9/2017 | $8.26 | - | $8.26 | $8.27 | 37,800,531 | 1.59% |
| 5/10/2017 | $8.36 | - | $8.35 | $8.36 | 27,077,066 | 1.20% |
| 5/11/2017 | $8.33 | - | $8.32 | $8.33 | 26,413,573 | -0.36% |
| 5/12/2017 | $8.26 | - | $8.25 | $8.26 | 20,052,399 | -0.84% |
| 5/15/2017 | $8.51 | - | $8.51 | $8.52 | 24,107,986 | 2.98% |
| 5/16/2017 | $8.77 | - | $8.77 | $8.78 | 27,499,182 | 3.01% |
| 5/17/2017 | $8.54 | - | $8.53 | $8.54 | 22,732,578 | -2.66% |
| 5/18/2017 | $8.00 | - | $7.99 | $8.00 | 85,122,300 | -6.53% |
| 5/19/2017 | $8.42 | - | $8.41 | $8.42 | 25,211,976 | 5.12% |
| 5/22/2017 | $8.49 | - | $8.49 | $8.50 | 28,057,017 | 0.83% |
| 5/23/2017 | $8.63 | - | $8.63 | $8.64 | 25,211,097 | 1.64% |
| 5/24/2017 | $8.46 | - | $8.45 | $8.46 | 26,629,724 | -1.99% |
| 5/25/2017 | $8.47 | - | $8.46 | $8.47 | 24,887,777 | 0.12% |
| 5/26/2017 | $8.53 | - | $8.52 | $8.53 | 16,257,797 | 0.71% |
| 5/30/2017 | $8.76 | - | $8.76 | $8.77 | 25,185,110 | 2.66% |
| 5/31/2017 | $8.37 | - | $8.37 | $8.38 | 38,149,427 | -4.55% |
| 6/1/2017 | $8.19 | - | $8.19 | $8.20 | 22,154,151 | -2.17% |
| 6/2/2017 | $8.21 | - | $8.21 | $8.22 | 22,730,855 | 0.24% |
| 6/5/2017 | $8.09 | - | $8.08 | $8.09 | 21,499,017 | -1.47% |
| 6/6/2017 | $8.14 | - | $8.14 | $8.15 | 18,811,904 | 0.62% |
| 6/7/2017 | $8.10 | - | $8.09 | $8.10 | 16,555,943 | -0.49% |
| 6/8/2017 | $8.27 | - | $8.27 | $8.28 | 29,191,273 | 2.08% |
| 6/9/2017 | $8.31 | - | $8.31 | $8.32 | 26,984,278 | 0.48% |

185

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/12/2017 | $8.13 | - | $8.13 | $8.14 | 28,141,211 | -2.19% |
| 6/13/2017 | $8.00 | - | $8.00 | $8.01 | 27,976,107 | -1.61% |
| 6/14/2017 | $7.95 | - | $7.95 | $7.96 | 25,768,959 | -0.63% |
| 6/15/2017 | $7.84 | - | $7.84 | $7.85 | 29,113,734 | -1.39% |
| 6/16/2017 | $7.88 | - | $7.88 | $7.89 | 24,826,166 | 0.51% |
| 6/19/2017 | $8.03 | - | $8.03 | $8.04 | 25,775,905 | 1.89% |
| 6/20/2017 | $7.77 | - | $7.76 | $7.77 | 26,112,114 | -3.29% |
| 6/21/2017 | $7.95 | - | $7.95 | $7.96 | 25,073,992 | 2.29% |
| 6/22/2017 | $8.10 | - | $8.10 | $8.11 | 39,189,297 | 1.87% |
| 6/23/2017 | $8.17 | - | $8.17 | $8.18 | 28,376,583 | 0.86% |
| 6/26/2017 | $8.34 | - | $8.33 | $8.34 | 20,459,796 | 2.06% |
| 6/27/2017 | $8.42 | - | $8.41 | $8.42 | 37,975,337 | 0.95% |
| 6/28/2017 | $8.72 | - | $8.72 | $8.73 | 27,564,349 | 3.50% |
| 6/29/2017 | $8.74 | - | $8.73 | $8.74 | 22,201,547 | 0.23% |
| 6/30/2017 | $8.75 | - | $8.74 | $8.75 | 17,682,221 | 0.11% |
| 7/3/2017 | $8.92 | - | $8.92 | $8.93 | 12,587,360 | 1.92% |
| 7/5/2017 | $8.74 | - | $8.74 | $8.75 | 31,054,823 | -2.04% |
| 7/6/2017 | $8.76 | - | $8.75 | $8.76 | 22,549,357 | 0.23% |
| 7/7/2017 | $8.77 | - | $8.76 | $8.77 | 23,310,356 | 0.11% |
| 7/10/2017 | $9.09 | - | $9.10 | $9.11 | 25,125,065 | 3.58% |
| 7/11/2017 | $9.21 | - | $9.20 | $9.21 | 20,199,615 | 1.31% |
| 7/12/2017 | $9.31 | - | $9.30 | $9.31 | 24,644,802 | 1.08% |
| 7/13/2017 | $9.07 | - | $9.06 | $9.07 | 50,708,426 | -2.61% |
| 7/14/2017 | $9.25 | - | $9.24 | $9.25 | 23,995,334 | 1.97% |
| 7/17/2017 | $9.30 | - | $9.29 | $9.30 | 32,473,804 | 0.54% |
| 7/18/2017 | $9.42 | - | $9.41 | $9.42 | 21,226,771 | 1.28% |
| 7/19/2017 | $9.42 | - | $9.42 | $9.43 | 16,723,837 | 0.00% |
| 7/20/2017 | $9.13 | - | $9.13 | $9.14 | 28,557,802 | -3.13% |
| 7/21/2017 | $9.02 | - | $9.00 | $9.01 | 28,732,994 | -1.21% |
| 7/24/2017 | $9.19 | - | $9.18 | $9.19 | 20,941,040 | 1.87% |
| 7/25/2017 | $9.57 | - | $9.55 | $9.56 | 55,246,649 | 4.05% |
| 7/26/2017 | $9.39 | - | $9.39 | $9.40 | 41,177,441 | -1.90% |
| 7/27/2017 | $9.41 | - | $9.40 | $9.41 | 24,826,115 | 0.21% |
| 7/28/2017 | $9.67 | - | $9.68 | $9.69 | 25,810,878 | 2.73% |
| 7/31/2017 | $10.03 | - | $10.04 | $10.05 | 37,636,633 | 3.66% |
| 8/1/2017 | $9.89 | - | $9.88 | $9.89 | 21,132,095 | -1.41% |
| 8/2/2017 | $9.90 | - | $9.90 | $9.91 | 24,107,650 | 0.10% |
| 8/3/2017 | $9.82 | - | $9.81 | $9.82 | 13,061,744 | -0.81% |
| 8/4/2017 | $9.97 | - | $9.95 | $9.96 | 21,540,067 | 1.52% |
| 8/7/2017 | $10.35 | - | $10.35 | $10.36 | 24,582,367 | 3.74% |
| 8/8/2017 | $10.20 | - | $10.18 | $10.19 | 44,411,536 | -1.46% |
| 8/9/2017 | $10.04 | - | $10.03 | $10.04 | 28,459,231 | -1.58% |
| 8/10/2017 | $9.85 | - | $9.85 | $9.86 | 29,824,349 | -1.91% |
| 8/11/2017 | $9.69 | - | $9.67 | $9.68 | 25,154,744 | -1.64% |

186

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/14/2017 | $9.73 | - | $9.73 | $9.74 | 33,752,010 | 0.41% |
| 8/15/2017 | $9.78 | - | $9.78 | $9.79 | 21,438,681 | 0.51% |
| 8/16/2017 | $10.10 | - | $10.08 | $10.09 | 45,295,548 | 3.22% |
| 8/17/2017 | $9.72 | - | $9.71 | $9.72 | 31,374,479 | -3.84% |
| 8/18/2017 | $10.03 | - | $10.02 | $10.03 | 30,590,506 | 3.14% |
| 8/21/2017 | $9.99 | - | $9.99 | $10.00 | 33,831,174 | -0.40% |
| 8/22/2017 | $10.00 | - | $9.99 | $10.00 | 22,043,002 | 0.10% |
| 8/23/2017 | $10.33 | - | $10.32 | $10.33 | 27,962,832 | 3.25% |
| 8/24/2017 | $10.72 | - | $10.71 | $10.72 | 35,633,709 | 3.71% |
| 8/25/2017 | $10.68 | - | $10.68 | $10.69 | 32,262,215 | -0.37% |
| 8/28/2017 | $10.82 | - | $10.80 | $10.81 | 24,179,322 | 1.30% |
| 8/29/2017 | $10.85 | - | $10.85 | $10.86 | 22,907,489 | 0.28% |
| 8/30/2017 | $10.81 | - | $10.81 | $10.82 | 19,479,138 | -0.37% |
| 8/31/2017 | $11.07 | - | $11.06 | $11.07 | 43,028,693 | 2.38% |
| 9/1/2017 | $11.30 | - | $11.29 | $11.30 | 25,502,573 | 2.06% |
| 9/5/2017 | $11.38 | - | $11.38 | $11.39 | 46,083,923 | 0.71% |
| 9/6/2017 | $11.50 | - | $11.50 | $11.51 | 25,916,084 | 1.05% |
| 9/7/2017 | $11.64 | - | $11.64 | $11.65 | 16,835,155 | 1.21% |
| 9/8/2017 | $11.11 | - | $11.11 | $11.12 | 44,852,777 | -4.66% |
| 9/11/2017 | $11.25 | - | $11.24 | $11.25 | 19,865,077 | 1.25% |
| 9/12/2017 | $11.29 | - | $11.28 | $11.29 | 20,173,838 | 0.35% |
| 9/13/2017 | $11.04 | - | $11.04 | $11.05 | 31,600,165 | -2.24% |
| 9/14/2017 | $10.74 | - | $10.74 | $10.75 | 41,595,574 | -2.76% |
| 9/15/2017 | $10.85 | - | $10.85 | $10.86 | 25,929,896 | 1.02% |
| 9/18/2017 | $10.91 | - | $10.89 | $10.90 | 22,894,676 | 0.55% |
| 9/19/2017 | $10.78 | - | $10.77 | $10.78 | 30,295,443 | -1.20% |
| 9/20/2017 | $10.59 | - | $10.59 | $10.60 | 36,281,303 | -1.78% |
| 9/21/2017 | $10.32 | - | $10.31 | $10.32 | 42,322,920 | -2.58% |
| 9/22/2017 | $10.16 | - | $10.16 | $10.17 | 28,921,218 | -1.56% |
| 9/25/2017 | $9.85 | - | $9.84 | $9.85 | 38,577,316 | -3.10% |
| 9/26/2017 | $9.90 | - | $9.90 | $9.91 | 21,794,082 | 0.51% |
| 9/27/2017 | $9.99 | - | $9.99 | $10.00 | 39,238,189 | 0.90% |
| 9/28/2017 | $9.94 | - | $9.93 | $9.94 | 25,772,099 | -0.50% |
| 9/29/2017 | $10.07 | - | $10.07 | $10.08 | 26,671,772 | 1.30% |
| 10/2/2017 | $10.06 | - | $10.05 | $10.06 | 16,415,004 | -0.10% |
| 10/3/2017 | $10.31 | - | $10.30 | $10.31 | 37,115,030 | 2.45% |
| 10/4/2017 | $10.37 | - | $10.35 | $10.36 | 28,213,038 | 0.58% |
| 10/5/2017 | $10.19 | - | $10.19 | $10.20 | 21,930,752 | -1.75% |
| 10/6/2017 | $10.13 | - | $10.14 | $10.15 | 18,157,364 | -0.59% |
| 10/9/2017 | $9.81 | - | $9.80 | $9.81 | 21,733,990 | -3.21% |
| 10/10/2017 | $9.82 | - | $9.81 | $9.82 | 29,726,071 | 0.10% |
| 10/11/2017 | $9.79 | - | $9.79 | $9.80 | 28,731,336 | -0.31% |
| 10/12/2017 | $9.86 | - | $9.86 | $9.87 | 21,165,772 | 0.71% |
| 10/13/2017 | $10.45 | - | $10.45 | $10.46 | 59,731,037 | 5.81% |

187

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/16/2017 | $10.50 | - | $10.50 | $10.51 | 41,961,041 | 0.48% |
| 10/17/2017 | $10.26 | - | $10.26 | $10.27 | 24,116,414 | -2.31% |
| 10/18/2017 | $10.15 | - | $10.14 | $10.15 | 23,445,956 | -1.08% |
| 10/19/2017 | $10.33 | - | $10.33 | $10.34 | 23,341,013 | 1.76% |
| 10/20/2017 | $10.28 | - | $10.28 | $10.29 | 37,692,132 | -0.49% |
| 10/23/2017 | $10.05 | - | $10.05 | $10.06 | 19,053,484 | -2.26% |
| 10/24/2017 | $10.38 | - | $10.37 | $10.38 | 28,658,096 | 3.23% |
| 10/25/2017 | $10.33 | - | $10.33 | $10.34 | 22,195,688 | -0.48% |
| 10/26/2017 | $9.88 | - | $9.88 | $9.89 | 38,367,753 | -4.45% |
| 10/27/2017 | $10.01 | - | $10.01 | $10.02 | 26,139,788 | 1.31% |
| 10/30/2017 | $9.82 | - | $9.81 | $9.82 | 35,214,269 | -1.92% |
| 10/31/2017 | $9.79 | - | $9.79 | $9.80 | 21,006,051 | -0.31% |
| 11/1/2017 | $10.04 | - | $10.04 | $10.05 | 30,209,127 | 2.52% |
| 11/2/2017 | $10.26 | - | $10.24 | $10.25 | 24,143,399 | 2.17% |
| 11/3/2017 | $10.09 | - | $10.08 | $10.09 | 31,077,123 | -1.67% |
| 11/6/2017 | $10.53 | - | $10.53 | $10.54 | 30,540,224 | 4.27% |
| 11/7/2017 | $10.32 | - | $10.31 | $10.32 | 25,876,033 | -2.01% |
| 11/8/2017 | $10.39 | - | $10.38 | $10.39 | 18,140,880 | 0.68% |
| 11/9/2017 | $10.13 | - | $10.13 | $10.14 | 18,712,746 | -2.53% |
| 11/10/2017 | $10.07 | - | $10.07 | $10.08 | 21,940,640 | -0.59% |
| 11/13/2017 | $10.10 | - | $10.10 | $10.11 | 19,119,579 | 0.30% |
| 11/14/2017 | $9.77 | - | $9.77 | $9.78 | 33,640,985 | -3.32% |
| 11/15/2017 | $9.86 | - | $9.85 | $9.86 | 24,127,570 | 0.92% |
| 11/16/2017 | $9.97 | - | $9.96 | $9.97 | 21,899,090 | 1.11% |
| 11/17/2017 | $10.11 | - | $10.10 | $10.11 | 17,791,109 | 1.39% |
| 11/20/2017 | $10.12 | - | $10.11 | $10.12 | 22,112,553 | 0.10% |
| 11/21/2017 | $10.46 | - | $10.46 | $10.47 | 32,473,638 | 3.30% |
| 11/22/2017 | $10.77 | - | $10.76 | $10.77 | 32,878,340 | 2.92% |
| 11/24/2017 | $10.98 | - | $10.97 | $10.98 | 15,035,692 | 1.93% |
| 11/27/2017 | $10.91 | - | $10.91 | $10.92 | 15,164,861 | -0.64% |
| 11/28/2017 | $11.33 | - | $11.32 | $11.33 | 47,030,160 | 3.78% |
| 11/29/2017 | $11.01 | - | $10.99 | $11.00 | 28,598,110 | -2.87% |
| 11/30/2017 | $10.70 | - | $10.70 | $10.71 | 30,420,329 | -2.86% |
| 12/1/2017 | $10.90 | - | $10.89 | $10.90 | 24,424,326 | 1.85% |
| 12/4/2017 | $11.32 | - | $11.31 | $11.32 | 43,755,529 | 3.78% |
| 12/5/2017 | $11.07 | - | $11.07 | $11.08 | 31,164,212 | -2.23% |
| 12/6/2017 | $11.00 | - | $10.99 | $11.00 | 22,513,775 | -0.63% |
| 12/7/2017 | $10.74 | - | $10.74 | $10.75 | 20,019,171 | -2.39% |
| 12/8/2017 | $10.78 | - | $10.78 | $10.79 | 22,964,076 | 0.37% |
| 12/11/2017 | $10.84 | - | $10.83 | $10.84 | 18,821,110 | 0.56% |
| 12/12/2017 | $11.06 | - | $11.05 | $11.06 | 29,650,844 | 2.01% |
| 12/13/2017 | $10.98 | - | $10.98 | $10.99 | 25,430,219 | -0.73% |
| 12/14/2017 | $10.89 | - | $10.88 | $10.89 | 21,399,156 | -0.82% |
| 12/15/2017 | $11.17 | - | $11.17 | $11.18 | 30,571,784 | 2.54% |

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 12/18/2017 | $11.55 | - | $11.55 | $11.56 | 23,132,777 | 3.35% |
| 12/19/2017 | $11.56 | - | $11.55 | $11.56 | 17,696,601 | 0.09% |
| 12/20/2017 | $11.87 | - | $11.87 | $11.88 | 27,767,518 | 2.65% |
| 12/21/2017 | $12.05 | - | $12.05 | $12.06 | 22,879,237 | 1.51% |
| 12/22/2017 | $11.92 | $0.13 | $11.91 | $11.92 | 11,862,302 | -0.03% |
| 12/26/2017 | $12.08 | - | $12.07 | $12.08 | 16,113,445 | 1.33% |
| 12/27/2017 | $11.99 | - | $11.99 | $12.00 | 12,115,315 | -0.75% |
| 12/28/2017 | $12.18 | - | $12.19 | $12.20 | 12,459,625 | 1.57% |
| 12/29/2017 | $12.23 | - | $12.23 | $12.24 | 13,083,510 | 0.41% |
| 1/2/2018 | $12.77 | - | $12.76 | $12.77 | 19,189,400 | 4.32% |
| 1/3/2018 | $12.85 | - | $12.84 | $12.85 | 20,449,625 | 0.62% |
| 1/4/2018 | $12.83 | - | $12.83 | $12.84 | 22,033,143 | -0.16% |
| 1/5/2018 | $13.09 | - | $13.08 | $13.09 | 20,043,191 | 2.01% |
| 1/8/2018 | $13.32 | - | $13.31 | $13.32 | 17,507,334 | 1.74% |
| 1/9/2018 | $13.24 | - | $13.24 | $13.25 | 31,204,913 | -0.60% |
| 1/10/2018 | $13.15 | - | $13.16 | $13.17 | 16,253,524 | -0.68% |
| 1/11/2018 | $13.45 | - | $13.44 | $13.45 | 15,011,427 | 2.26% |
| 1/12/2018 | $13.53 | - | $13.52 | $13.53 | 19,012,471 | 0.59% |
| 1/16/2018 | $13.17 | - | $13.17 | $13.18 | 40,821,826 | -2.70% |
| 1/17/2018 | $13.35 | - | $13.34 | $13.35 | 29,387,779 | 1.36% |
| 1/18/2018 | $13.35 | - | $13.34 | $13.35 | 26,257,432 | 0.00% |
| 1/19/2018 | $13.36 | - | $13.35 | $13.36 | 26,213,185 | 0.07% |
| 1/22/2018 | $13.32 | - | $13.31 | $13.32 | 19,764,073 | -0.30% |
| 1/23/2018 | $12.70 | - | $12.70 | $12.71 | 49,237,044 | -4.77% |
| 1/24/2018 | $13.18 | - | $13.17 | $13.18 | 36,168,817 | 3.71% |
| 1/25/2018 | $12.95 | - | $12.95 | $12.96 | 26,615,513 | -1.76% |
| 1/26/2018 | $13.11 | - | $13.10 | $13.11 | 28,822,183 | 1.23% |
| 1/29/2018 | $13.05 | - | $13.05 | $13.06 | 15,009,033 | -0.46% |
| 1/30/2018 | $12.99 | - | $12.98 | $12.99 | 21,874,121 | -0.46% |
| 1/31/2018 | $13.09 | - | $13.09 | $13.10 | 26,612,226 | 0.77% |
| 2/1/2018 | $13.18 | - | $13.17 | $13.18 | 25,301,576 | 0.69% |
| 2/2/2018 | $12.54 | - | $12.54 | $12.55 | 32,446,832 | -4.98% |
| 2/5/2018 | $12.39 | - | $12.40 | $12.41 | 35,992,463 | -1.20% |
| 2/6/2018 | $13.06 | - | $13.04 | $13.05 | 37,584,910 | 5.27% |
| 2/7/2018 | $12.71 | - | $12.70 | $12.71 | 43,237,893 | -2.72% |
| 2/8/2018 | $12.36 | - | $12.35 | $12.36 | 42,211,033 | -2.79% |
| 2/9/2018 | $12.91 | - | $12.90 | $12.91 | 47,709,752 | 4.35% |
| 2/12/2018 | $13.07 | - | $13.05 | $13.06 | 24,525,522 | 1.23% |
| 2/13/2018 | $13.27 | - | $13.27 | $13.28 | 20,547,645 | 1.52% |
| 2/14/2018 | $14.00 | - | $13.99 | $14.00 | 43,366,557 | 5.36% |
| 2/15/2018 | $14.13 | - | $14.12 | $14.13 | 28,524,726 | 0.92% |
| 2/16/2018 | $14.12 | - | $14.12 | $14.13 | 25,933,288 | -0.07% |
| 2/20/2018 | $13.98 | - | $13.98 | $13.99 | 24,613,750 | -1.00% |
| 2/21/2018 | $13.66 | - | $13.65 | $13.66 | 31,768,749 | -2.32% |

189

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|------|------|------|------|------|------|------|
| 2/22/2018 | $13.98 | - | $13.97 | $13.98 | 17,293,109 | 2.32% |
| 2/23/2018 | $14.20 | - | $14.19 | $14.20 | 27,465,392 | 1.56% |
| 2/26/2018 | $14.65 | - | $14.64 | $14.65 | 26,454,310 | 3.12% |
| 2/27/2018 | $14.49 | - | $14.49 | $14.50 | 27,432,468 | -1.10% |
| 2/28/2018 | $13.73 | - | $13.72 | $13.73 | 35,671,107 | -5.39% |
| 3/1/2018 | $13.58 | - | $13.57 | $13.58 | 30,551,390 | -1.10% |
| 3/2/2018 | $13.39 | - | $13.40 | $13.41 | 25,153,139 | -1.41% |
| 3/5/2018 | $13.42 | - | $13.42 | $13.43 | 18,988,171 | 0.22% |
| 3/6/2018 | $13.53 | - | $13.53 | $13.54 | 19,124,472 | 0.82% |
| 3/7/2018 | $13.14 | $0.15 | $13.14 | $13.15 | 22,644,455 | -1.79% |
| 3/8/2018 | $12.68 | - | $12.65 | $12.66 | 23,915,404 | -3.56% |
| 3/9/2018 | $12.89 | - | $12.89 | $12.90 | 19,224,552 | 1.64% |
| 3/12/2018 | $13.00 | - | $12.99 | $13.00 | 14,537,612 | 0.85% |
| 3/13/2018 | $12.90 | - | $12.89 | $12.90 | 25,006,748 | -0.77% |
| 3/14/2018 | $13.04 | - | $13.03 | $13.04 | 14,642,957 | 1.08% |
| 3/15/2018 | $12.85 | - | $12.85 | $12.86 | 14,517,357 | -1.47% |
| 3/16/2018 | $12.80 | - | $12.80 | $12.81 | 16,524,933 | -0.39% |
| 3/19/2018 | $12.47 | - | $12.46 | $12.47 | 24,253,192 | -2.61% |
| 3/20/2018 | $12.55 | - | $12.55 | $12.56 | 14,800,801 | 0.64% |
| 3/21/2018 | $12.99 | - | $12.99 | $13.00 | 31,293,278 | 3.45% |
| 3/22/2018 | $12.58 | - | $12.57 | $12.58 | 29,232,914 | -3.21% |
| 3/23/2018 | $12.51 | - | $12.50 | $12.51 | 22,766,208 | -0.56% |
| 3/26/2018 | $12.69 | - | $12.68 | $12.69 | 15,387,274 | 1.43% |
| 3/27/2018 | $12.23 | - | $12.23 | $12.24 | 19,889,161 | -3.69% |
| 3/28/2018 | $12.45 | - | $12.46 | $12.47 | 37,067,350 | 1.78% |
| 3/29/2018 | $12.72 | - | $12.72 | $12.73 | 23,227,097 | 2.15% |
| 4/2/2018 | $12.91 | - | $12.91 | $12.92 | 26,529,110 | 1.48% |
| 4/3/2018 | $12.78 | - | $12.76 | $12.77 | 15,174,937 | -1.01% |
| 4/4/2018 | $12.65 | - | $12.65 | $12.66 | 17,570,320 | -1.02% |
| 4/5/2018 | $12.95 | - | $12.95 | $12.96 | 18,417,635 | 2.34% |
| 4/6/2018 | $12.66 | - | $12.65 | $12.66 | 14,968,578 | -2.26% |
| 4/9/2018 | $12.50 | - | $12.50 | $12.51 | 17,475,649 | -1.27% |
| 4/10/2018 | $13.10 | - | $13.09 | $13.10 | 23,962,302 | 4.69% |
| 4/11/2018 | $13.14 | - | $13.13 | $13.14 | 20,759,580 | 0.30% |
| 4/12/2018 | $13.08 | - | $13.08 | $13.09 | 10,912,011 | -0.46% |
| 4/13/2018 | $13.12 | - | $13.12 | $13.13 | 11,154,520 | 0.31% |
| 4/16/2018 | $12.98 | - | $12.97 | $12.98 | 11,267,790 | -1.07% |
| 4/17/2018 | $13.44 | - | $13.44 | $13.45 | 21,523,291 | 3.48% |
| 4/18/2018 | $14.01 | - | $14.00 | $14.01 | 31,348,230 | 4.15% |
| 4/19/2018 | $14.12 | - | $14.11 | $14.12 | 19,540,774 | 0.78% |
| 4/20/2018 | $14.00 | - | $14.00 | $14.01 | 15,848,535 | -0.85% |
| 4/23/2018 | $13.74 | - | $13.74 | $13.75 | 15,413,664 | -1.87% |
| 4/24/2018 | $13.95 | - | $13.94 | $13.95 | 30,104,030 | 1.52% |
| 4/25/2018 | $13.68 | - | $13.68 | $13.69 | 26,222,735 | -1.95% |

190

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|------|------|------|------|------|------|------|
| 4/26/2018 | $14.00 | - | $14.00 | $14.01 | 21,626,390 | 2.31% |
| 4/27/2018 | $13.95 | - | $13.94 | $13.95 | 20,651,344 | -0.36% |
| 4/30/2018 | $13.84 | - | $13.84 | $13.85 | 13,101,654 | -0.79% |
| 5/1/2018 | $13.54 | - | $13.53 | $13.54 | 15,790,210 | -2.19% |
| 5/2/2018 | $13.73 | - | $13.72 | $13.73 | 17,546,020 | 1.39% |
| 5/3/2018 | $13.89 | - | $13.88 | $13.89 | 19,727,339 | 1.16% |
| 5/4/2018 | $14.08 | - | $14.07 | $14.08 | 19,284,665 | 1.36% |
| 5/7/2018 | $13.85 | - | $13.84 | $13.85 | 14,285,864 | -1.65% |
| 5/8/2018 | $13.74 | - | $13.73 | $13.74 | 24,389,229 | -0.80% |
| 5/9/2018 | $13.93 | - | $13.92 | $13.93 | 17,699,753 | 1.37% |
| 5/10/2018 | $14.44 | - | $14.44 | $14.45 | 20,393,909 | 3.60% |
| 5/11/2018 | $14.61 | - | $14.60 | $14.61 | 22,860,863 | 1.17% |
| 5/14/2018 | $14.97 | - | $14.98 | $14.99 | 24,825,235 | 2.43% |
| 5/15/2018 | $14.91 | - | $14.90 | $14.91 | 23,023,465 | -0.40% |
| 5/16/2018 | $15.13 | - | $15.13 | $15.14 | 23,501,456 | 1.46% |
| 5/17/2018 | $15.03 | - | $15.03 | $15.04 | 24,579,193 | -0.66% |
| 5/18/2018 | $14.58 | - | $14.57 | $14.58 | 24,136,236 | -3.04% |
| 5/21/2018 | $14.41 | - | $14.40 | $14.41 | 20,891,672 | -1.17% |
| 5/22/2018 | $14.39 | - | $14.37 | $14.38 | 25,521,653 | -0.14% |
| 5/23/2018 | $14.34 | - | $14.32 | $14.33 | 22,170,211 | -0.35% |
| 5/24/2018 | $14.41 | - | $14.41 | $14.42 | 22,502,384 | 0.49% |
| 5/25/2018 | $14.03 | - | $14.02 | $14.03 | 19,190,058 | -2.67% |
| 5/29/2018 | $13.44 | - | $13.43 | $13.44 | 31,951,426 | -4.30% |
| 5/30/2018 | $13.54 | - | $13.54 | $13.55 | 25,823,042 | 0.74% |
| 5/31/2018 | $13.60 | - | $13.60 | $13.61 | 16,175,828 | 0.44% |
| 6/1/2018 | $14.03 | - | $14.03 | $14.04 | 29,578,864 | 3.11% |
| 6/4/2018 | $14.06 | - | $14.06 | $14.07 | 24,701,394 | 0.21% |
| 6/5/2018 | $14.16 | - | $14.16 | $14.17 | 24,926,307 | 0.71% |
| 6/6/2018 | $14.62 | - | $14.61 | $14.62 | 25,289,303 | 3.20% |
| 6/7/2018 | $13.84 | - | $13.84 | $13.85 | 43,383,016 | -5.48% |
| 6/8/2018 | $13.75 | - | $13.74 | $13.75 | 28,900,388 | -0.65% |
| 6/11/2018 | $13.69 | - | $13.69 | $13.70 | 18,471,091 | -0.44% |
| 6/12/2018 | $13.96 | - | $13.96 | $13.97 | 20,107,484 | 1.95% |
| 6/13/2018 | $13.91 | - | $13.90 | $13.91 | 17,384,306 | -0.36% |
| 6/14/2018 | $13.66 | - | $13.65 | $13.66 | 28,759,148 | -1.81% |
| 6/15/2018 | $13.17 | - | $13.16 | $13.17 | 24,647,565 | -3.65% |
| 6/18/2018 | $13.17 | - | $13.17 | $13.18 | 18,941,489 | 0.00% |
| 6/19/2018 | $12.97 | - | $12.97 | $12.98 | 27,100,309 | -1.53% |
| 6/20/2018 | $12.99 | - | $12.98 | $12.99 | 20,477,907 | 0.15% |
| 6/21/2018 | $12.58 | - | $12.58 | $12.59 | 22,502,079 | -3.21% |
| 6/22/2018 | $12.81 | - | $12.80 | $12.81 | 26,231,633 | 1.81% |
| 6/25/2018 | $12.54 | - | $12.53 | $12.54 | 27,013,946 | -2.13% |
| 6/26/2018 | $12.77 | - | $12.77 | $12.78 | 25,369,595 | 1.82% |
| 6/27/2018 | $12.46 | - | $12.46 | $12.47 | 20,472,255 | -2.46% |

191

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/28/2018 | $12.78 | - | $12.78 | $12.79 | 20,094,490 | 2.54% |
| 6/29/2018 | $12.82 | - | $12.81 | $12.82 | 13,056,240 | 0.31% |
| 7/2/2018 | $12.49 | - | $12.48 | $12.49 | 13,948,956 | -2.61% |
| 7/3/2018 | $12.55 | - | $12.54 | $12.55 | 9,950,483 | 0.48% |
| 7/5/2018 | $12.68 | - | $12.67 | $12.68 | 13,585,093 | 1.03% |
| 7/6/2018 | $13.03 | - | $13.03 | $13.04 | 16,293,514 | 2.72% |
| 7/9/2018 | $13.17 | - | $13.17 | $13.18 | 12,214,403 | 1.07% |
| 7/10/2018 | $13.09 | - | $13.08 | $13.09 | 13,503,088 | -0.61% |
| 7/11/2018 | $12.65 | - | $12.65 | $12.66 | 17,221,101 | -3.42% |
| 7/12/2018 | $13.02 | - | $13.02 | $13.03 | 20,858,048 | 2.88% |
| 7/13/2018 | $13.14 | - | $13.13 | $13.14 | 15,341,398 | 0.92% |
| 7/16/2018 | $12.99 | - | $12.98 | $12.99 | 10,407,678 | -1.15% |
| 7/17/2018 | $13.25 | - | $13.25 | $13.26 | 15,672,072 | 1.98% |
| 7/18/2018 | $13.41 | - | $13.40 | $13.41 | 14,539,431 | 1.20% |
| 7/19/2018 | $12.88 | - | $12.87 | $12.88 | 22,365,202 | -4.03% |
| 7/20/2018 | $12.93 | - | $12.93 | $12.94 | 17,671,849 | 0.39% |
| 7/23/2018 | $13.17 | - | $13.16 | $13.17 | 20,975,836 | 1.84% |
| 7/24/2018 | $13.77 | - | $13.77 | $13.78 | 27,399,779 | 4.46% |
| 7/25/2018 | $14.00 | - | $13.98 | $13.99 | 23,858,647 | 1.66% |
| 7/26/2018 | $14.11 | - | $14.10 | $14.11 | 32,548,058 | 0.78% |
| 7/27/2018 | $14.44 | - | $14.43 | $14.44 | 21,933,967 | 2.31% |
| 7/30/2018 | $14.56 | - | $14.56 | $14.57 | 20,101,090 | 0.83% |
| 7/31/2018 | $14.66 | - | $14.65 | $14.66 | 22,202,599 | 0.68% |
| 8/1/2018 | $14.06 | - | $14.05 | $14.06 | 26,481,881 | -4.18% |
| 8/2/2018 | $14.04 | - | $14.03 | $14.04 | 22,170,029 | -0.14% |
| 8/3/2018 | $14.19 | $0.40 | $14.19 | $14.20 | 18,026,133 | 3.83% |
| 8/6/2018 | $14.07 | - | $14.06 | $14.07 | 13,595,112 | -0.85% |
| 8/7/2018 | $13.99 | - | $13.99 | $14.00 | 22,983,707 | -0.57% |
| 8/8/2018 | $13.95 | - | $13.95 | $13.96 | 15,753,643 | -0.29% |
| 8/9/2018 | $13.63 | - | $13.62 | $13.63 | 14,824,452 | -2.32% |
| 8/10/2018 | $13.39 | - | $13.38 | $13.39 | 29,513,774 | -1.78% |
| 8/13/2018 | $13.37 | - | $13.37 | $13.38 | 17,537,184 | -0.15% |
| 8/14/2018 | $13.64 | - | $13.64 | $13.65 | 23,441,902 | 2.00% |
| 8/15/2018 | $12.94 | - | $12.93 | $12.94 | 27,791,118 | -5.27% |
| 8/16/2018 | $12.75 | - | $12.73 | $12.74 | 28,370,240 | -1.48% |
| 8/17/2018 | $13.00 | - | $13.01 | $13.02 | 20,983,391 | 1.94% |
| 8/20/2018 | $13.03 | - | $13.02 | $13.03 | 16,115,477 | 0.23% |
| 8/21/2018 | $12.84 | - | $12.84 | $12.85 | 17,378,410 | -1.47% |
| 8/22/2018 | $13.12 | - | $13.12 | $13.13 | 12,358,968 | 2.16% |
| 8/23/2018 | $12.93 | - | $12.93 | $12.94 | 12,802,776 | -1.46% |
| 8/24/2018 | $13.22 | - | $13.22 | $13.23 | 11,953,440 | 2.22% |
| 8/27/2018 | $13.59 | - | $13.59 | $13.60 | 13,883,345 | 2.76% |
| 8/28/2018 | $13.44 | - | $13.43 | $13.44 | 18,481,756 | -1.11% |
| 8/29/2018 | $13.44 | - | $13.43 | $13.44 | 13,354,203 | 0.00% |

192

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/30/2018 | $13.17 | - | $13.16 | $13.17 | 28,786,848 | -2.03% |
| 8/31/2018 | $13.20 | - | $13.19 | $13.20 | 13,374,897 | 0.23% |
| 9/4/2018 | $12.55 | - | $12.54 | $12.55 | 13,966,948 | -5.05% |
| 9/5/2018 | $12.62 | - | $12.62 | $12.63 | 19,611,635 | 0.56% |
| 9/6/2018 | $12.99 | - | $12.99 | $13.00 | 20,816,059 | 2.89% |
| 9/7/2018 | $13.01 | - | $13.00 | $13.01 | 15,269,456 | 0.15% |
| 9/10/2018 | $12.97 | - | $12.97 | $12.98 | 9,036,263 | -0.31% |
| 9/11/2018 | $12.69 | - | $12.68 | $12.69 | 13,374,856 | -2.18% |
| 9/12/2018 | $12.92 | - | $12.92 | $12.93 | 18,249,937 | 1.80% |
| 9/13/2018 | $12.84 | - | $12.83 | $12.84 | 14,413,254 | -0.62% |
| 9/14/2018 | $13.25 | - | $13.25 | $13.26 | 16,418,290 | 3.14% |
| 9/17/2018 | $13.36 | - | $13.35 | $13.36 | 12,857,420 | 0.83% |
| 9/18/2018 | $13.81 | - | $13.82 | $13.83 | 19,838,148 | 3.31% |
| 9/19/2018 | $14.22 | - | $14.21 | $14.22 | 21,790,949 | 2.93% |
| 9/20/2018 | $14.52 | - | $14.52 | $14.53 | 18,801,854 | 2.09% |
| 9/21/2018 | $15.06 | - | $15.06 | $15.07 | 27,725,706 | 3.65% |
| 9/24/2018 | $14.79 | - | $14.79 | $14.80 | 17,073,532 | -1.81% |
| 9/25/2018 | $15.25 | - | $15.24 | $15.25 | 23,175,123 | 3.06% |
| 9/26/2018 | $14.99 | - | $14.98 | $14.99 | 30,406,375 | -1.72% |
| 9/27/2018 | $14.84 | - | $14.84 | $14.85 | 16,933,358 | -1.01% |
| 9/28/2018 | $14.84 | - | $14.83 | $14.84 | 17,513,021 | 0.00% |
| 10/1/2018 | $15.03 | - | $15.02 | $15.03 | 13,294,222 | 1.27% |
| 10/2/2018 | $15.62 | - | $15.61 | $15.62 | 34,345,841 | 3.85% |
| 10/3/2018 | $15.45 | - | $15.44 | $15.45 | 40,515,579 | -1.09% |
| 10/4/2018 | $15.10 | - | $15.09 | $15.10 | 21,482,439 | -2.29% |
| 10/5/2018 | $15.01 | - | $15.00 | $15.01 | 23,207,789 | -0.60% |
| 10/8/2018 | $15.21 | - | $15.21 | $15.22 | 28,973,144 | 1.32% |
| 10/9/2018 | $15.54 | - | $15.53 | $15.54 | 21,207,802 | 2.15% |
| 10/10/2018 | $14.85 | - | $14.85 | $14.86 | 23,336,354 | -4.54% |
| 10/11/2018 | $14.95 | - | $14.96 | $14.97 | 20,463,587 | 0.67% |
| 10/12/2018 | $15.26 | - | $15.26 | $15.27 | 17,613,775 | 2.05% |
| 10/15/2018 | $15.46 | - | $15.45 | $15.46 | 20,371,988 | 1.30% |
| 10/16/2018 | $15.48 | - | $15.49 | $15.50 | 22,208,244 | 0.13% |
| 10/17/2018 | $15.93 | - | $15.93 | $15.94 | 27,537,185 | 2.87% |
| 10/18/2018 | $15.15 | - | $15.13 | $15.14 | 28,358,554 | -5.02% |
| 10/19/2018 | $15.26 | - | $15.25 | $15.26 | 18,725,922 | 0.72% |
| 10/22/2018 | $15.77 | - | $15.76 | $15.77 | 22,923,144 | 3.29% |
| 10/23/2018 | $15.23 | - | $15.22 | $15.23 | 29,588,588 | -3.48% |
| 10/24/2018 | $14.50 | - | $14.48 | $14.49 | 29,565,965 | -4.91% |
| 10/25/2018 | $14.72 | - | $14.71 | $14.72 | 29,501,239 | 1.51% |
| 10/26/2018 | $15.07 | - | $15.06 | $15.07 | 39,049,966 | 2.35% |
| 10/29/2018 | $14.27 | - | $14.27 | $14.28 | 39,303,696 | -5.45% |
| 10/30/2018 | $14.59 | - | $14.59 | $14.60 | 28,975,379 | 2.22% |
| 10/31/2018 | $15.10 | - | $15.10 | $15.11 | 26,204,531 | 3.44% |

193

## Exhibit-4 (Corrected)

### Vale S.A. ADR Prices, Dividends, Volume, and Returns

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/1/2018 | $15.52 | - | $15.51 | $15.52 | 20,387,832 | 2.74% |
| 11/2/2018 | $15.45 | - | $15.44 | $15.45 | 19,612,246 | -0.45% |
| 11/5/2018 | $15.40 | - | $15.39 | $15.40 | 13,491,480 | -0.32% |
| 11/6/2018 | $15.29 | - | $15.29 | $15.30 | 12,682,835 | -0.72% |
| 11/7/2018 | $15.32 | - | $15.32 | $15.33 | 11,247,917 | 0.20% |
| 11/8/2018 | $15.17 | - | $15.16 | $15.17 | 13,839,226 | -0.98% |
| 11/9/2018 | $14.60 | - | $14.58 | $14.59 | 35,420,831 | -3.83% |
| 11/12/2018 | $14.46 | - | $14.46 | $14.47 | 18,639,976 | -0.96% |
| 11/13/2018 | $14.60 | - | $14.59 | $14.60 | 23,855,192 | 0.96% |
| 11/14/2018 | $14.53 | - | $14.52 | $14.53 | 23,243,868 | -0.48% |
| 11/15/2018 | $14.93 | - | $14.92 | $14.93 | 14,805,309 | 2.72% |
| 11/16/2018 | $14.97 | - | $14.97 | $14.98 | 16,468,703 | 0.27% |
| 11/19/2018 | $14.72 | - | $14.72 | $14.73 | 14,459,993 | -1.68% |
| 11/20/2018 | $14.07 | - | $14.06 | $14.07 | 19,791,147 | -4.52% |
| 11/21/2018 | $14.35 | - | $14.34 | $14.35 | 25,058,936 | 1.97% |
| 11/23/2018 | $13.26 | - | $13.24 | $13.25 | 30,503,871 | -7.90% |
| 11/26/2018 | $12.75 | - | $12.74 | $12.75 | 31,244,594 | -3.92% |
| 11/27/2018 | $12.89 | - | $12.88 | $12.89 | 26,799,152 | 1.09% |
| 11/28/2018 | $13.52 | - | $13.52 | $13.53 | 24,391,587 | 4.77% |
| 11/29/2018 | $13.47 | - | $13.45 | $13.46 | 28,832,194 | -0.37% |
| 11/30/2018 | $13.70 | - | $13.70 | $13.71 | 23,454,012 | 1.69% |
| 12/3/2018 | $14.08 | - | $14.08 | $14.09 | 21,391,812 | 2.74% |
| 12/4/2018 | $13.60 | - | $13.59 | $13.60 | 26,542,194 | -3.47% |
| 12/6/2018 | $13.53 | - | $13.52 | $13.53 | 35,775,345 | -0.52% |
| 12/7/2018 | $13.14 | - | $13.13 | $13.14 | 24,976,201 | -2.92% |
| 12/10/2018 | $12.86 | - | $12.85 | $12.86 | 22,182,137 | -2.15% |
| 12/11/2018 | $13.01 | - | $13.00 | $13.01 | 27,275,390 | 1.16% |
| 12/12/2018 | $13.02 | - | $13.01 | $13.02 | 18,085,445 | 0.08% |
| 12/13/2018 | $13.04 | - | $13.03 | $13.04 | 17,211,960 | 0.15% |
| 12/14/2018 | $12.96 | - | $12.95 | $12.96 | 23,547,125 | -0.62% |
| 12/17/2018 | $13.03 | - | $13.03 | $13.04 | 22,045,837 | 0.54% |
| 12/18/2018 | $13.19 | - | $13.20 | $13.21 | 20,005,824 | 1.22% |
| 12/19/2018 | $12.73 | - | $12.71 | $12.72 | 32,017,515 | -3.55% |
| 12/20/2018 | $12.94 | - | $12.95 | $12.96 | 29,154,502 | 1.64% |
| 12/21/2018 | $12.90 | - | $12.89 | $12.90 | 21,755,133 | -0.31% |
| 12/24/2018 | $12.60 | - | $12.61 | $12.62 | 11,224,074 | -2.35% |
| 12/26/2018 | $13.07 | - | $13.06 | $13.07 | 16,587,527 | 3.66% |
| 12/27/2018 | $12.99 | - | $12.98 | $12.99 | 18,651,479 | -0.61% |
| 12/28/2018 | $13.02 | - | $13.01 | $13.02 | 13,777,722 | 0.23% |
| 12/31/2018 | $13.19 | - | $13.19 | $13.20 | 9,599,577 | 1.30% |
| 1/2/2019 | $13.47 | - | $13.47 | $13.48 | 22,120,872 | 2.10% |
| 1/3/2019 | $12.83 | - | $12.82 | $12.83 | 27,666,674 | -4.87% |
| 1/4/2019 | $14.02 | - | $14.02 | $14.03 | 42,880,344 | 8.87% |
| 1/7/2019 | $13.83 | - | $13.82 | $13.83 | 26,186,117 | -1.36% |

194

**Exhibit-4 (Corrected)**

**Vale S.A. ADR Prices, Dividends, Volume, and Returns**

28 October 2015 through 6 February 2019

| Date | Vale Closing Price | Vale Dividend | Vale Closing Bid | Vale Closing Ask | Vale Trading Volume | Vale Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/8/2019 | $14.06 | - | $14.05 | $14.06 | 20,270,467 | 1.65% |
| 1/9/2019 | $14.51 | - | $14.50 | $14.51 | 30,852,030 | 3.15% |
| 1/10/2019 | $14.40 | - | $14.39 | $14.40 | 18,677,095 | -0.76% |
| 1/11/2019 | $14.11 | - | $14.10 | $14.11 | 17,448,329 | -2.03% |
| 1/14/2019 | $14.13 | - | $14.12 | $14.13 | 14,188,114 | 0.14% |
| 1/15/2019 | $14.06 | - | $14.05 | $14.06 | 19,092,863 | -0.50% |
| 1/16/2019 | $14.11 | - | $14.10 | $14.11 | 16,980,617 | 0.35% |
| 1/17/2019 | $14.47 | - | $14.45 | $14.46 | 29,542,117 | 2.52% |
| 1/18/2019 | $14.61 | - | $14.60 | $14.61 | 24,177,007 | 0.96% |
| 1/22/2019 | $14.45 | - | $14.45 | $14.46 | 28,366,858 | -1.10% |
| 1/23/2019 | $14.75 | - | $14.76 | $14.77 | 19,896,795 | 2.05% |
| 1/24/2019 | $14.86 | - | $14.85 | $14.86 | 24,996,975 | 0.74% |
| 1/25/2019 | $13.66 | - | $13.64 | $13.65 | 157,485,446 | -8.42% |
| 1/28/2019 | $11.20 | - | $11.19 | $11.20 | 150,203,989 | -19.86% |
| 1/29/2019 | $11.48 | - | $11.48 | $11.49 | 84,280,698 | 2.47% |
| 1/30/2019 | $12.59 | - | $12.58 | $12.59 | 96,986,227 | 9.23% |
| 1/31/2019 | $12.44 | - | $12.43 | $12.43 | 44,701,907 | -1.20% |
| 2/1/2019 | $12.57 | - | $12.57 | $12.58 | 27,898,086 | 1.04% |
| 2/4/2019 | $12.15 | - | $12.13 | $12.14 | 59,850,103 | -3.40% |
| 2/5/2019 | $12.11 | - | $12.10 | $12.11 | 29,661,770 | -0.33% |
| 2/6/2019 | $11.36 | - | $11.34 | $11.35 | 67,720,761 | -6.39% |

**Source:** CRSP.

## Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 10/28/2015 | 1.36% | -0.48% | 1.39% | 0.54% |
| 10/29/2015 | -0.22% | -2.43% | -1.97% | -1.51% |
| 10/30/2015 | -0.40% | 0.17% | 0.27% | 0.14% |
| 11/2/2015 | 1.24% | 0.00% | 3.53% | -0.15% |
| 11/3/2015 | 0.31% | 4.76% | 0.81% | -2.09% |
| 11/4/2015 | -0.34% | -0.61% | -1.69% | 0.77% |
| 11/5/2015 | -0.14% | 0.91% | -3.02% | -0.50% |
| 11/6/2015 | -0.04% | -2.07% | -0.88% | -0.26% |
| 11/9/2015 | -0.97% | -1.57% | -1.04% | 0.73% |
| 11/10/2015 | 0.13% | 0.09% | -1.05% | -1.27% |
| 11/11/2015 | -0.41% | 0.00% | -1.58% | 0.34% |
| 11/12/2015 | -1.46% | 1.66% | -3.13% | 0.19% |
| 11/13/2015 | -0.98% | -0.96% | 0.32% | 1.96% |
| 11/16/2015 | 1.37% | 0.89% | 1.35% | -0.68% |
| 11/17/2015 | -0.14% | 1.13% | -3.59% | -0.23% |
| 11/18/2015 | 1.52% | 0.44% | 3.69% | -1.15% |
| 11/19/2015 | -0.10% | 1.50% | -0.38% | -1.30% |
| 11/20/2015 | 0.30% | 0.00% | -2.75% | -0.35% |
| 11/23/2015 | -0.07% | 0.19% | -0.97% | 0.75% |
| 11/24/2015 | 0.24% | 0.20% | 3.04% | -0.89% |
| 11/25/2015 | 0.12% | -2.99% | -0.07% | 1.14% |
| 11/27/2015 | 0.08% | -1.94% | -0.75% | 2.72% |
| 11/30/2015 | -0.39% | -1.60% | 0.96% | 0.59% |
| 12/1/2015 | 0.95% | -0.03% | 1.91% | -0.30% |
| 12/2/2015 | -1.08% | -0.34% | -2.30% | -0.58% |
| 12/3/2015 | -1.44% | 3.47% | -0.55% | -1.99% |
| 12/4/2015 | 1.63% | -2.19% | 1.42% | -0.20% |
| 12/7/2015 | -0.98% | -0.25% | -4.58% | 0.43% |
| 12/8/2015 | -0.61% | -1.56% | -1.90% | 0.74% |
| 12/9/2015 | -0.66% | 3.68% | 1.22% | -1.22% |
| 12/10/2015 | 0.20% | -1.32% | 2.96% | 1.65% |
| 12/11/2015 | -2.01% | -0.64% | -3.79% | 1.57% |
| 12/14/2015 | 0.16% | -1.34% | -2.90% | 0.13% |
| 12/15/2015 | 1.12% | 0.09% | -0.70% | -0.13% |
| 12/16/2015 | 1.48% | 0.20% | 1.33% | 0.30% |

196

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 12/17/2015 | -1.47% | 0.76% | -2.94% | -0.13% |
| 12/18/2015 | -1.52% | -3.29% | 1.05% | 2.62% |
| 12/21/2015 | 0.71% | -1.39% | 1.21% | 0.78% |
| 12/22/2015 | 0.88% | 0.51% | 3.79% | -0.59% |
| 12/23/2015 | 1.36% | 1.03% | 2.36% | -1.21% |
| 12/24/2015 | -0.08% | 0.00% | 0.94% | 0.28% |
| 12/28/2015 | -0.33% | -0.35% | -3.47% | -2.25% |
| 12/29/2015 | 1.00% | -0.29% | 0.85% | 0.18% |
| 12/30/2015 | -0.74% | -0.85% | -1.59% | 2.44% |
| 12/31/2015 | -0.82% | 0.00% | -0.80% | 0.00% |
| 1/4/2016 | -1.50% | -2.84% | 0.38% | 1.98% |
| 1/5/2016 | 0.14% | 0.76% | 0.02% | -0.81% |
| 1/6/2016 | -1.39% | -1.19% | -1.87% | 0.42% |
| 1/7/2016 | -2.43% | -2.43% | -3.68% | 0.51% |
| 1/8/2016 | -1.10% | -0.00% | -2.72% | -0.50% |
| 1/11/2016 | -0.17% | -1.57% | -6.16% | 0.72% |
| 1/12/2016 | 0.61% | -0.75% | -1.88% | -0.61% |
| 1/13/2016 | -2.62% | -1.35% | -2.22% | -0.33% |
| 1/14/2016 | 1.53% | 1.17% | 0.94% | -0.40% |
| 1/15/2016 | -2.19% | -2.36% | -3.22% | 1.20% |
| 1/19/2016 | -0.24% | -1.27% | -1.71% | 0.17% |
| 1/20/2016 | -1.07% | -1.11% | 0.79% | 0.85% |
| 1/21/2016 | 0.57% | 0.25% | 1.98% | 1.46% |
| 1/22/2016 | 2.22% | 0.94% | 0.15% | -1.53% |
| 1/25/2016 | -1.68% | 0.00% | -1.26% | -0.10% |
| 1/26/2016 | 1.58% | -1.49% | 5.13% | -0.90% |
| 1/27/2016 | -1.06% | 2.19% | -0.21% | 1.33% |
| 1/28/2016 | 0.51% | 0.74% | 0.90% | -0.92% |
| 1/29/2016 | 2.43% | 4.56% | 7.21% | -1.76% |
| 2/1/2016 | -0.04% | 0.47% | -0.81% | -0.90% |
| 2/2/2016 | -2.02% | -4.78% | -2.57% | 0.67% |
| 2/3/2016 | 0.57% | 2.43% | 5.90% | -2.39% |
| 2/4/2016 | 0.36% | 2.65% | 4.75% | -0.15% |
| 2/5/2016 | -1.98% | -0.58% | -0.34% | 0.35% |
| 2/8/2016 | -1.71% | 0.00% | -1.26% | -0.21% |

197

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 2/9/2016 | -0.31% | 0.00% | -3.17% | -0.25% |
| 2/10/2016 | 0.03% | -0.53% | -0.66% | 1.10% |
| 2/11/2016 | -1.21% | -2.60% | 0.34% | 1.67% |
| 2/12/2016 | 1.99% | 1.16% | 6.33% | 0.20% |
| 2/16/2016 | 1.75% | 2.50% | 0.58% | 1.64% |
| 2/17/2016 | 1.80% | 1.50% | 4.28% | -2.16% |
| 2/18/2016 | -0.42% | -0.22% | -0.68% | 1.08% |
| 2/19/2016 | -0.02% | -0.01% | -2.41% | -0.17% |
| 2/22/2016 | 1.42% | 3.71% | 4.18% | -1.86% |
| 2/23/2016 | -1.19% | -1.47% | -2.86% | 0.24% |
| 2/24/2016 | 0.50% | -0.82% | 0.48% | 0.06% |
| 2/25/2016 | 1.10% | -0.20% | 0.29% | -0.08% |
| 2/26/2016 | 0.03% | -0.72% | 1.15% | 0.94% |
| 2/29/2016 | -0.59% | 2.66% | 4.23% | 0.60% |
| 3/1/2016 | 2.22% | 2.80% | 1.67% | -2.26% |
| 3/2/2016 | 0.57% | 1.31% | 7.56% | -0.88% |
| 3/3/2016 | 0.56% | 4.74% | 2.53% | -2.45% |
| 3/4/2016 | 0.41% | 3.79% | 1.00% | -1.05% |
| 3/7/2016 | 0.32% | -0.13% | 6.02% | 0.63% |
| 3/8/2016 | -1.36% | 0.59% | -7.69% | -0.73% |
| 3/9/2016 | 0.56% | -0.75% | 1.04% | -1.90% |
| 3/10/2016 | -0.13% | 2.24% | 3.29% | -1.74% |
| 3/11/2016 | 1.73% | 0.16% | 0.21% | -1.10% |
| 3/14/2016 | -0.16% | -1.45% | 0.38% | 2.20% |
| 3/15/2016 | -0.45% | -3.81% | -2.60% | 2.79% |
| 3/16/2016 | 0.75% | 0.91% | 4.87% | -0.62% |
| 3/17/2016 | 0.82% | 6.52% | 3.46% | -3.13% |
| 3/18/2016 | 0.39% | -0.26% | 1.13% | -0.08% |
| 3/21/2016 | 0.05% | 0.79% | -0.18% | -0.17% |
| 3/22/2016 | -0.04% | -0.41% | 0.05% | -1.02% |
| 3/23/2016 | -0.95% | -2.32% | -6.33% | 2.87% |
| 3/24/2016 | -0.02% | -0.47% | 2.67% | -0.23% |
| 3/28/2016 | 0.08% | 2.46% | 0.00% | -1.52% |
| 3/29/2016 | 1.10% | 0.69% | 2.51% | 0.30% |
| 3/30/2016 | 0.45% | 0.01% | 0.49% | -1.06% |

## Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 3/31/2016 | -0.09% | -2.34% | -1.44% | -0.19% |
| 4/1/2016 | 0.46% | 0.87% | 0.59% | -1.11% |
| 4/4/2016 | -0.44% | -3.52% | -2.82% | 1.96% |
| 4/5/2016 | -1.01% | 0.40% | 0.61% | 1.55% |
| 4/6/2016 | 1.10% | -1.97% | 0.60% | -1.07% |
| 4/7/2016 | -1.17% | 0.97% | -1.79% | 1.34% |
| 4/8/2016 | 0.43% | 3.34% | 3.25% | -2.76% |
| 4/11/2016 | -0.18% | -0.57% | 4.03% | -2.76% |
| 4/12/2016 | 1.04% | 3.15% | 2.22% | 0.01% |
| 4/13/2016 | 1.12% | 2.04% | 1.98% | 0.16% |
| 4/14/2016 | -0.04% | -1.00% | -0.77% | -0.42% |
| 4/15/2016 | -0.06% | 1.46% | 1.63% | 1.41% |
| 4/18/2016 | 0.68% | -0.82% | 1.30% | 2.30% |
| 4/19/2016 | 0.45% | 1.08% | 4.11% | -2.28% |
| 4/20/2016 | 0.12% | -0.60% | -1.38% | -0.12% |
| 4/21/2016 | -0.53% | 0.00% | -0.48% | 0.25% |
| 4/22/2016 | 0.18% | -0.68% | -0.70% | 0.73% |
| 4/25/2016 | -0.28% | -1.62% | -2.60% | -0.25% |
| 4/26/2016 | 0.34% | 2.21% | 2.15% | -0.74% |
| 4/27/2016 | 0.27% | 2.53% | 3.32% | -0.08% |
| 4/28/2016 | -0.86% | -0.45% | 1.73% | -1.11% |
| 4/29/2016 | -0.45% | -0.82% | 1.56% | -1.51% |
| 5/2/2016 | 0.67% | -0.70% | -0.13% | 1.89% |
| 5/3/2016 | -1.12% | -2.18% | -5.16% | 1.66% |
| 5/4/2016 | -0.62% | 1.00% | -2.10% | -0.35% |
| 5/5/2016 | -0.05% | -1.53% | -1.49% | -0.35% |
| 5/6/2016 | 0.35% | -0.00% | 1.15% | -0.93% |
| 5/9/2016 | -0.02% | -0.92% | -8.32% | 0.40% |
| 5/10/2016 | 1.22% | 3.93% | 3.38% | -1.16% |
| 5/11/2016 | -0.83% | -0.60% | 1.02% | -0.66% |
| 5/12/2016 | -0.08% | 1.10% | -2.24% | 0.94% |
| 5/13/2016 | -0.80% | -2.59% | -0.17% | 1.38% |
| 5/16/2016 | 1.02% | -0.04% | 1.00% | -0.96% |
| 5/17/2016 | -0.86% | -2.10% | 1.01% | -0.32% |
| 5/18/2016 | -0.08% | -0.40% | -6.36% | 2.25% |

199

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 5/19/2016 | -0.38% | -0.90% | 1.27% | -0.11% |
| 5/20/2016 | 0.76% | -0.62% | 0.30% | -1.25% |
| 5/23/2016 | -0.18% | -0.92% | 1.67% | 1.48% |
| 5/24/2016 | 1.30% | 0.15% | -1.63% | -0.04% |
| 5/25/2016 | 0.73% | 0.11% | 3.86% | 0.34% |
| 5/26/2016 | -0.01% | 0.00% | 0.47% | -0.03% |
| 5/27/2016 | 0.44% | -0.80% | -2.08% | 0.81% |
| 5/31/2016 | -0.04% | -1.20% | 3.30% | 1.11% |
| 6/1/2016 | 0.24% | 1.11% | -0.10% | -0.29% |
| 6/2/2016 | 0.36% | 1.68% | 0.36% | -0.23% |
| 6/3/2016 | -0.19% | 1.08% | 4.64% | -1.93% |
| 6/6/2016 | 0.61% | -0.61% | 2.04% | -0.98% |
| 6/7/2016 | 0.21% | 0.18% | -0.58% | -1.37% |
| 6/8/2016 | 0.36% | 2.26% | 3.96% | -2.32% |
| 6/9/2016 | -0.28% | -0.66% | -2.10% | 1.12% |
| 6/10/2016 | -1.13% | -3.29% | -1.84% | 0.52% |
| 6/13/2016 | -0.82% | 0.41% | -0.20% | 1.85% |
| 6/14/2016 | -0.28% | -2.00% | -2.33% | -0.04% |
| 6/15/2016 | -0.05% | 0.41% | 3.38% | -0.20% |
| 6/16/2016 | 0.19% | 1.03% | -0.88% | -0.23% |
| 6/17/2016 | -0.18% | 0.23% | 1.07% | -1.45% |
| 6/20/2016 | 0.72% | 1.58% | 2.58% | -0.64% |
| 6/21/2016 | 0.23% | 1.06% | -1.75% | 0.63% |
| 6/22/2016 | -0.19% | -1.55% | -0.71% | -1.14% |
| 6/23/2016 | 1.43% | 2.64% | 2.20% | -1.13% |
| 6/24/2016 | -3.73% | -2.49% | -5.03% | 1.04% |
| 6/27/2016 | -2.05% | -1.70% | -3.05% | 0.55% |
| 6/28/2016 | 1.79% | 1.36% | 2.08% | -2.68% |
| 6/29/2016 | 1.75% | 1.97% | 2.17% | -2.48% |
| 6/30/2016 | 1.31% | 0.95% | 4.59% | -0.27% |
| 7/1/2016 | 0.30% | 1.33% | 2.73% | 0.70% |
| 7/5/2016 | -0.83% | -0.62% | -2.00% | 1.00% |
| 7/6/2016 | 0.54% | 0.01% | 2.44% | 0.83% |
| 7/7/2016 | -0.07% | 0.38% | -0.18% | 1.13% |
| 7/8/2016 | 1.54% | 2.18% | 3.89% | -2.02% |

# Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 7/11/2016 | 0.42% | 1.39% | 2.48% | 0.27% |
| 7/12/2016 | 0.79% | 0.33% | 2.15% | -0.41% |
| 7/13/2016 | -0.02% | 0.60% | 0.88% | -0.98% |
| 7/14/2016 | 0.47% | 1.86% | 1.08% | -0.39% |
| 7/15/2016 | -0.08% | 0.21% | 0.51% | 0.95% |
| 7/18/2016 | 0.26% | 1.60% | 0.10% | -0.88% |
| 7/19/2016 | -0.24% | 0.61% | -3.31% | -0.13% |
| 7/20/2016 | 0.46% | -0.16% | -1.89% | 0.31% |
| 7/21/2016 | -0.33% | -0.12% | 0.84% | 0.40% |
| 7/22/2016 | 0.45% | 0.73% | 0.49% | -0.48% |
| 7/25/2016 | -0.32% | -0.30% | -1.59% | 0.90% |
| 7/26/2016 | 0.16% | -0.46% | 5.21% | -0.28% |
| 7/27/2016 | -0.13% | -0.06% | 1.75% | -0.40% |
| 7/28/2016 | 0.17% | -0.34% | 0.97% | 0.78% |
| 7/29/2016 | 0.26% | 1.27% | 0.95% | -1.24% |
| 8/1/2016 | -0.23% | -0.83% | -0.77% | 0.50% |
| 8/2/2016 | -0.71% | -1.15% | -0.99% | -0.24% |
| 8/3/2016 | 0.44% | 1.40% | 0.79% | -0.60% |
| 8/4/2016 | 0.08% | 0.97% | -0.26% | -1.37% |
| 8/5/2016 | 0.80% | 0.06% | 0.30% | -0.87% |
| 8/8/2016 | 0.01% | -0.07% | 0.16% | 0.28% |
| 8/9/2016 | 0.11% | 0.04% | -1.70% | -0.93% |
| 8/10/2016 | -0.26% | -1.16% | -0.83% | -0.59% |
| 8/11/2016 | 0.48% | 2.42% | -0.13% | 0.57% |
| 8/12/2016 | -0.05% | 0.14% | -2.65% | 1.50% |
| 8/15/2016 | 0.40% | 1.36% | 2.80% | -0.20% |
| 8/16/2016 | -0.55% | -0.65% | -1.23% | 0.52% |
| 8/17/2016 | 0.10% | 0.82% | -0.65% | 0.03% |
| 8/18/2016 | 0.34% | -0.22% | 1.23% | 1.11% |
| 8/19/2016 | -0.18% | -0.19% | -3.13% | -1.10% |
| 8/22/2016 | -0.04% | -2.16% | 0.55% | -0.07% |
| 8/23/2016 | 0.28% | 0.33% | -0.07% | 1.00% |
| 8/24/2016 | -0.61% | -0.35% | -5.13% | -0.25% |
| 8/25/2016 | -0.06% | -0.02% | 1.54% | 0.34% |
| 8/26/2016 | -0.18% | 0.14% | -0.68% | 0.89% |

201

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 8/29/2016 | 0.52% | 1.49% | 2.31% | -1.10% |
| 8/30/2016 | -0.15% | 0.07% | -3.25% | 0.37% |
| 8/31/2016 | -0.26% | -0.98% | -0.49% | -0.45% |
| 9/1/2016 | 0.08% | 0.44% | 0.97% | 0.95% |
| 9/2/2016 | 0.59% | 2.23% | 0.72% | -0.04% |
| 9/6/2016 | 0.34% | 0.91% | 3.59% | -2.72% |
| 9/7/2016 | 0.08% | 0.00% | -0.38% | -0.07% |
| 9/8/2016 | -0.21% | 0.30% | -1.10% | 0.66% |
| 9/9/2016 | -2.53% | -3.70% | -6.00% | 1.83% |
| 9/12/2016 | 1.33% | 0.89% | 1.80% | -0.85% |
| 9/13/2016 | -1.60% | -2.82% | -4.88% | 2.07% |
| 9/14/2016 | -0.05% | 0.32% | -0.43% | 0.86% |
| 9/15/2016 | 1.01% | 1.56% | 1.28% | -1.21% |
| 9/16/2016 | -0.39% | -1.45% | -0.30% | -1.23% |
| 9/19/2016 | 0.14% | 0.39% | 2.08% | 0.34% |
| 9/20/2016 | -0.04% | 0.68% | 0.38% | -0.44% |
| 9/21/2016 | 1.18% | 0.85% | 4.93% | -1.60% |
| 9/22/2016 | 0.78% | 1.11% | 0.80% | 0.43% |
| 9/23/2016 | -0.60% | -0.57% | -0.73% | 0.75% |
| 9/26/2016 | -0.83% | -1.10% | -0.62% | -0.15% |
| 9/27/2016 | 0.51% | 0.56% | -0.84% | -0.17% |
| 9/28/2016 | 0.67% | 1.54% | 3.68% | -0.55% |
| 9/29/2016 | -0.93% | -1.73% | -1.76% | 1.32% |
| 9/30/2016 | 0.78% | 0.09% | 0.34% | 0.02% |
| 10/3/2016 | -0.31% | 1.84% | -1.10% | -1.54% |
| 10/4/2016 | -0.56% | -0.10% | -4.14% | 1.46% |
| 10/5/2016 | 0.49% | 1.55% | 1.54% | -1.16% |
| 10/6/2016 | -0.07% | 0.71% | -0.45% | 0.30% |
| 10/7/2016 | -0.38% | 0.70% | -0.26% | -0.29% |
| 10/10/2016 | 0.56% | 0.00% | 1.20% | -0.43% |
| 10/11/2016 | -1.27% | -0.38% | -3.00% | -0.35% |
| 10/12/2016 | 0.09% | 0.00% | 0.77% | 0.22% |
| 10/13/2016 | -0.33% | 0.39% | -1.96% | -0.77% |
| 10/14/2016 | -0.03% | 1.02% | -0.86% | 0.85% |
| 10/17/2016 | -0.25% | 1.47% | 1.69% | -0.09% |

202

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 10/18/2016 | 0.65% | 1.66% | 1.79% | -0.42% |
| 10/19/2016 | 0.30% | -0.40% | 2.24% | -0.60% |
| 10/20/2016 | -0.17% | 0.33% | 0.33% | -0.84% |
| 10/21/2016 | -0.01% | 0.19% | -0.58% | 0.25% |
| 10/24/2016 | 0.44% | -0.24% | -0.44% | -0.84% |
| 10/25/2016 | -0.44% | -0.72% | 0.02% | -0.30% |
| 10/26/2016 | -0.28% | -0.21% | -0.20% | 0.82% |
| 10/27/2016 | -0.40% | 0.69% | -2.88% | 0.93% |
| 10/28/2016 | -0.26% | 0.06% | 0.51% | 1.14% |
| 10/31/2016 | 0.04% | 1.06% | 1.60% | -0.54% |
| 11/1/2016 | -0.68% | -2.74% | -0.36% | 1.48% |
| 11/2/2016 | -0.77% | 0.00% | -1.67% | -0.03% |
| 11/3/2016 | -0.40% | -2.59% | 2.44% | 0.20% |
| 11/4/2016 | -0.12% | -0.22% | 1.87% | -0.27% |
| 11/7/2016 | 2.07% | 3.63% | 1.73% | -0.99% |
| 11/8/2016 | 0.39% | -0.03% | 1.15% | -1.02% |
| 11/9/2016 | 1.20% | -1.77% | 7.64% | 1.49% |
| 11/10/2016 | 0.20% | -4.28% | -0.11% | 5.13% |
| 11/11/2016 | 0.02% | 0.00% | 0.05% | 0.15% |
| 11/14/2016 | 0.24% | -2.69% | 3.41% | 1.22% |
| 11/15/2016 | 0.79% | 0.00% | 1.11% | 0.21% |
| 11/16/2016 | -0.15% | 2.60% | -1.56% | -0.59% |
| 11/17/2016 | 0.46% | -1.64% | -0.68% | -0.02% |
| 11/18/2016 | -0.14% | 0.44% | -0.23% | -1.05% |
| 11/21/2016 | 0.78% | 1.53% | 1.87% | -0.92% |
| 11/22/2016 | 0.30% | 0.96% | 4.89% | 0.07% |
| 11/23/2016 | 0.09% | -0.07% | 0.41% | 1.17% |
| 11/25/2016 | 0.36% | -1.01% | 0.65% | 0.90% |
| 11/28/2016 | -0.60% | 1.62% | -0.78% | -1.07% |
| 11/29/2016 | 0.10% | -2.80% | -2.05% | 0.39% |
| 11/30/2016 | -0.16% | 1.99% | 0.39% | -0.44% |
| 12/1/2016 | -0.42% | -4.36% | 0.52% | 2.56% |
| 12/2/2016 | 0.07% | 1.03% | 2.25% | 0.11% |
| 12/5/2016 | 0.73% | -0.96% | 3.71% | -1.57% |
| 12/6/2016 | 0.47% | 2.15% | -0.15% | -0.39% |

# Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 12/7/2016 | 1.23% | 0.25% | 1.29% | -0.74% |
| 12/8/2016 | 0.37% | -0.96% | 0.17% | -0.22% |
| 12/9/2016 | 0.39% | -0.20% | -1.64% | 0.09% |
| 12/12/2016 | -0.24% | -2.35% | -1.71% | -1.18% |
| 12/13/2016 | 0.58% | 0.62% | -0.55% | -0.10% |
| 12/14/2016 | -0.97% | -1.81% | -0.98% | 1.04% |
| 12/15/2016 | 0.36% | 0.19% | -0.23% | -0.03% |
| 12/16/2016 | -0.11% | 0.22% | -2.21% | 0.67% |
| 12/19/2016 | 0.21% | -1.80% | -0.26% | -0.80% |
| 12/20/2016 | 0.43% | 0.73% | 1.99% | -0.31% |
| 12/21/2016 | -0.25% | 0.18% | -0.19% | -0.83% |
| 12/22/2016 | -0.27% | -0.29% | -1.92% | -1.19% |
| 12/23/2016 | 0.18% | 1.22% | 0.11% | -0.50% |
| 12/27/2016 | 0.25% | 1.13% | 0.92% | -0.18% |
| 12/28/2016 | -0.80% | 1.72% | -0.83% | 0.41% |
| 12/29/2016 | 0.06% | 1.07% | 0.66% | -0.91% |
| 12/30/2016 | -0.41% | 0.00% | -3.03% | 0.00% |
| 1/3/2017 | 0.82% | 2.60% | 2.25% | -0.63% |
| 1/4/2017 | 0.86% | -0.23% | 3.54% | -1.51% |
| 1/5/2017 | -0.09% | 0.47% | 1.05% | -0.54% |
| 1/6/2017 | 0.23% | -0.47% | -2.27% | 0.78% |
| 1/9/2017 | -0.39% | -0.13% | -1.61% | -0.85% |
| 1/10/2017 | 0.13% | 0.12% | 3.69% | -0.03% |
| 1/11/2017 | 0.32% | 0.31% | 0.19% | 0.05% |
| 1/12/2017 | -0.26% | 2.37% | -1.43% | -0.30% |
| 1/13/2017 | 0.28% | -0.80% | 0.82% | 1.04% |
| 1/17/2017 | -0.37% | 1.21% | -0.29% | -0.94% |
| 1/18/2017 | 0.14% | -0.78% | 2.22% | 0.60% |
| 1/19/2017 | -0.39% | -0.09% | -1.56% | -1.07% |
| 1/20/2017 | 0.36% | 0.61% | 0.80% | -0.86% |
| 1/23/2017 | -0.19% | 1.62% | 0.97% | -0.18% |
| 1/24/2017 | 0.83% | -0.14% | 3.19% | 0.22% |
| 1/25/2017 | 0.80% | 0.00% | -1.49% | 0.00% |
| 1/26/2017 | -0.11% | 0.77% | -0.85% | 0.25% |
| 1/27/2017 | -0.16% | -0.32% | 0.79% | -1.17% |

## Exhibit-5 (Corrected)

**U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange**

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 1/30/2017 | -0.71% | -2.41% | -1.15% | -0.45% |
| 1/31/2017 | 0.08% | 0.62% | 0.35% | 0.76% |
| 2/1/2017 | 0.03% | 0.01% | -0.58% | -0.68% |
| 2/2/2017 | 0.06% | -0.26% | 1.51% | -0.18% |
| 2/3/2017 | 0.78% | 1.29% | -0.30% | -0.20% |
| 2/6/2017 | -0.27% | -1.46% | 1.19% | -0.05% |
| 2/7/2017 | -0.05% | 0.24% | -0.78% | 0.14% |
| 2/8/2017 | 0.12% | 0.98% | 0.41% | -0.10% |
| 2/9/2017 | 0.65% | 0.13% | 0.92% | 0.40% |
| 2/10/2017 | 0.41% | 1.32% | 0.47% | -0.46% |
| 2/13/2017 | 0.47% | 0.55% | 1.57% | -0.13% |
| 2/14/2017 | 0.39% | 0.00% | -0.30% | -0.86% |
| 2/15/2017 | 0.48% | 2.23% | -0.43% | -0.90% |
| 2/16/2017 | -0.13% | -0.25% | -0.21% | 1.03% |
| 2/17/2017 | 0.19% | -0.23% | -0.82% | 0.50% |
| 2/21/2017 | 0.58% | 1.63% | 0.84% | 0.26% |
| 2/22/2017 | -0.17% | -0.49% | -1.89% | -1.01% |
| 2/23/2017 | -0.09% | -1.36% | -4.07% | -0.15% |
| 2/24/2017 | 0.04% | -1.23% | -0.59% | 1.67% |
| 2/27/2017 | 0.20% | 0.00% | 0.17% | -0.06% |
| 2/28/2017 | -0.46% | 0.00% | -0.20% | 0.00% |
| 3/1/2017 | 1.33% | 0.41% | 3.04% | -0.62% |
| 3/2/2017 | -0.69% | -1.34% | -4.89% | 2.13% |
| 3/3/2017 | 0.09% | 1.50% | 0.54% | -1.30% |
| 3/6/2017 | -0.38% | -0.45% | -1.77% | 0.73% |
| 3/7/2017 | -0.34% | -0.99% | -2.68% | -0.61% |
| 3/8/2017 | -0.33% | -1.45% | -0.95% | 1.39% |
| 3/9/2017 | -0.03% | -0.28% | -1.52% | 0.95% |
| 3/10/2017 | 0.35% | 0.37% | 0.39% | -1.70% |
| 3/13/2017 | 0.17% | 1.03% | 1.31% | 0.43% |
| 3/14/2017 | -0.42% | -1.50% | -1.28% | 0.49% |
| 3/15/2017 | 1.01% | 1.87% | 4.65% | -2.07% |
| 3/16/2017 | -0.06% | -0.48% | -0.66% | 0.48% |
| 3/17/2017 | -0.08% | -2.31% | -0.74% | -0.86% |
| 3/20/2017 | -0.23% | 1.05% | 0.17% | -0.62% |

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|------|------|------|------|------|
| 3/21/2017 | -1.37% | -2.38% | -3.53% | 0.52% |
| 3/22/2017 | 0.18% | 0.82% | 1.18% | -0.01% |
| 3/23/2017 | 0.01% | 0.10% | -0.49% | 1.66% |
| 3/24/2017 | -0.03% | 0.68% | -1.47% | -0.99% |
| 3/27/2017 | -0.03% | 0.58% | 0.44% | 0.58% |
| 3/28/2017 | 0.69% | 0.40% | 1.32% | 0.47% |
| 3/29/2017 | 0.23% | 1.41% | -0.01% | -0.68% |
| 3/30/2017 | 0.26% | -0.39% | 0.26% | 0.95% |
| 3/31/2017 | -0.11% | -0.37% | 0.62% | -0.84% |
| 4/3/2017 | -0.26% | 0.47% | 0.34% | -0.27% |
| 4/4/2017 | 0.06% | 0.57% | 1.39% | -0.67% |
| 4/5/2017 | -0.41% | -1.28% | -2.10% | 0.85% |
| 4/6/2017 | 0.35% | -0.74% | 0.96% | 0.71% |
| 4/7/2017 | -0.07% | 0.54% | 0.94% | 0.11% |
| 4/10/2017 | 0.15% | 0.11% | -0.42% | -0.45% |
| 4/11/2017 | -0.01% | -0.37% | 1.86% | 0.17% |
| 4/12/2017 | -0.46% | -0.37% | -3.87% | -0.36% |
| 4/13/2017 | -0.72% | -1.89% | -1.75% | 0.59% |
| 4/17/2017 | 0.86% | 2.57% | -0.20% | -1.48% |
| 4/18/2017 | -0.25% | 0.03% | -0.14% | 0.30% |
| 4/19/2017 | -0.14% | -1.29% | -1.72% | 1.42% |
| 4/20/2017 | 0.76% | 0.09% | 2.97% | -0.12% |
| 4/21/2017 | -0.28% | 0.00% | -0.32% | -0.01% |
| 4/24/2017 | 1.07% | 1.01% | 1.79% | -0.65% |
| 4/25/2017 | 0.60% | 0.95% | 0.73% | 0.61% |
| 4/26/2017 | -0.01% | -0.28% | 0.01% | 0.80% |
| 4/27/2017 | -0.01% | 0.05% | -2.15% | 0.35% |
| 4/28/2017 | -0.26% | 0.99% | -0.28% | -0.21% |
| 5/1/2017 | 0.20% | 0.00% | -0.67% | -0.00% |
| 5/2/2017 | 0.02% | 1.98% | 0.29% | -0.79% |
| 5/3/2017 | -0.26% | -0.49% | -3.20% | 0.43% |
| 5/4/2017 | -0.08% | -1.71% | -1.68% | 0.74% |
| 5/5/2017 | 0.58% | 1.21% | 1.65% | -0.35% |
| 5/8/2017 | -0.08% | -0.26% | -0.14% | 0.64% |
| 5/9/2017 | -0.10% | 1.06% | -0.83% | -0.24% |

206

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 5/10/2017 | 0.26% | 1.73% | 0.72% | -0.71% |
| 5/11/2017 | -0.27% | 0.41% | 0.12% | -0.87% |
| 5/12/2017 | -0.15% | 1.21% | 0.23% | -0.59% |
| 5/15/2017 | 0.56% | 0.20% | 1.26% | -0.34% |
| 5/16/2017 | -0.04% | 0.10% | 0.55% | -0.48% |
| 5/17/2017 | -1.83% | -1.67% | -1.80% | 1.34% |
| 5/18/2017 | 0.34% | -10.07% | -0.78% | 7.16% |
| 5/19/2017 | 0.76% | 1.74% | 1.79% | -3.56% |
| 5/22/2017 | 0.54% | -1.96% | 0.60% | 0.39% |
| 5/23/2017 | 0.15% | 1.66% | 1.61% | 0.15% |
| 5/24/2017 | 0.24% | 1.26% | -0.07% | 0.24% |
| 5/25/2017 | 0.32% | -0.11% | -0.83% | -0.14% |
| 5/26/2017 | 0.03% | 1.42% | -0.32% | -0.41% |
| 5/30/2017 | -0.23% | -0.47% | -0.42% | 0.03% |
| 5/31/2017 | -0.03% | -1.69% | -1.19% | -0.96% |
| 6/1/2017 | 0.90% | -0.58% | 0.85% | 0.74% |
| 6/2/2017 | 0.35% | 0.36% | -0.91% | -0.07% |
| 6/5/2017 | -0.18% | 0.03% | 1.14% | 1.49% |
| 6/6/2017 | -0.22% | 0.85% | 0.69% | -0.58% |
| 6/7/2017 | 0.07% | 0.41% | -0.57% | -0.25% |
| 6/8/2017 | 0.16% | -0.91% | 3.25% | -0.24% |
| 6/9/2017 | -0.05% | -1.04% | -0.44% | 1.08% |
| 6/12/2017 | -0.09% | -0.73% | 0.16% | 0.64% |
| 6/13/2017 | 0.53% | 0.40% | 0.55% | -0.08% |
| 6/14/2017 | -0.23% | 0.28% | -2.98% | -1.25% |
| 6/15/2017 | -0.30% | 0.00% | -3.62% | 0.03% |
| 6/16/2017 | 0.05% | -0.42% | -0.73% | 0.56% |
| 6/19/2017 | 0.76% | 0.46% | 1.11% | -0.32% |
| 6/20/2017 | -0.75% | -1.96% | -1.31% | 1.34% |
| 6/21/2017 | -0.07% | -0.31% | -0.19% | 0.28% |
| 6/22/2017 | 0.08% | 0.74% | 1.75% | 0.19% |
| 6/23/2017 | 0.29% | -0.38% | 2.45% | 0.01% |
| 6/26/2017 | 0.09% | 1.84% | 0.10% | -1.41% |
| 6/27/2017 | -0.75% | -1.08% | -0.53% | 0.52% |
| 6/28/2017 | 1.00% | 0.36% | 3.20% | -1.00% |

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|------|------|------|------|------|
| 6/29/2017 | -0.82% | 0.35% | -0.18% | 0.72% |
| 6/30/2017 | 0.14% | 1.14% | -0.03% | 0.09% |
| 7/3/2017 | 0.30% | 0.46% | 0.84% | -0.17% |
| 7/5/2017 | 0.01% | -0.01% | -0.43% | -0.62% |
| 7/6/2017 | -0.93% | -1.21% | -0.98% | 0.22% |
| 7/7/2017 | 0.64% | -0.26% | -0.79% | -0.45% |
| 7/10/2017 | 0.05% | 0.99% | 1.67% | -0.78% |
| 7/11/2017 | 0.02% | 1.27% | 1.88% | -0.03% |
| 7/12/2017 | 0.77% | 1.73% | -0.07% | -1.45% |
| 7/13/2017 | 0.17% | 0.82% | 1.18% | 0.18% |
| 7/14/2017 | 0.48% | 0.31% | 0.11% | -1.06% |
| 7/17/2017 | 0.00% | -0.43% | 1.29% | 0.11% |
| 7/18/2017 | 0.05% | 0.17% | -0.63% | -0.91% |
| 7/19/2017 | 0.60% | -0.27% | 1.62% | -0.18% |
| 7/20/2017 | 0.00% | -0.02% | 0.08% | -0.90% |
| 7/21/2017 | -0.09% | -0.34% | -0.88% | 0.67% |
| 7/24/2017 | -0.01% | 0.47% | -0.27% | 0.16% |
| 7/25/2017 | 0.35% | 0.48% | 3.45% | 0.81% |
| 7/26/2017 | -0.01% | -0.82% | -0.70% | -1.07% |
| 7/27/2017 | -0.21% | 0.47% | -1.78% | 0.45% |
| 7/28/2017 | -0.11% | 0.16% | -1.79% | -0.67% |
| 7/31/2017 | -0.09% | 0.41% | 1.08% | -0.18% |
| 8/1/2017 | 0.24% | 1.08% | -1.45% | 0.00% |
| 8/2/2017 | -0.10% | 1.02% | -0.34% | -0.41% |
| 8/3/2017 | -0.22% | -0.47% | -1.52% | -0.04% |
| 8/4/2017 | 0.20% | 0.04% | 0.56% | 0.60% |
| 8/7/2017 | 0.14% | 1.29% | 0.67% | -0.16% |
| 8/8/2017 | -0.28% | 0.06% | -0.50% | 0.02% |
| 8/9/2017 | -0.14% | -0.26% | -0.36% | 0.92% |
| 8/10/2017 | -1.45% | -1.01% | -0.81% | 0.62% |
| 8/11/2017 | 0.15% | 0.78% | -0.70% | 0.57% |
| 8/14/2017 | 0.98% | 1.35% | -0.14% | -0.15% |
| 8/15/2017 | -0.14% | 0.17% | -0.65% | -0.61% |
| 8/16/2017 | 0.22% | 0.19% | 2.49% | -0.54% |
| 8/17/2017 | -1.47% | -0.83% | -2.54% | 0.72% |

208

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 8/18/2017 | -0.12% | 1.08% | 0.40% | -0.90% |
| 8/21/2017 | 0.09% | -0.19% | 0.85% | 0.57% |
| 8/22/2017 | 0.94% | 2.15% | 1.97% | -0.11% |
| 8/23/2017 | -0.19% | 0.52% | 1.62% | -0.63% |
| 8/24/2017 | -0.12% | 0.60% | -0.10% | 0.21% |
| 8/25/2017 | 0.20% | -0.08% | 0.21% | 0.39% |
| 8/28/2017 | 0.03% | -0.25% | 1.64% | 0.21% |
| 8/29/2017 | 0.07% | 0.46% | 0.88% | -0.06% |
| 8/30/2017 | 0.46% | -0.66% | 0.33% | -0.15% |
| 8/31/2017 | 0.69% | -0.31% | 0.53% | -0.39% |
| 9/1/2017 | 0.29% | 1.51% | 1.59% | -0.20% |
| 9/5/2017 | -0.77% | 0.37% | -0.73% | -0.77% |
| 9/6/2017 | 0.32% | 1.85% | 0.16% | -0.55% |
| 9/7/2017 | -0.00% | 0.00% | 0.46% | -0.04% |
| 9/8/2017 | -0.13% | -0.14% | -2.00% | -0.40% |
| 9/11/2017 | 1.02% | 1.68% | -0.40% | 0.52% |
| 9/12/2017 | 0.35% | 0.28% | 0.93% | 0.71% |
| 9/13/2017 | 0.06% | 0.50% | -0.66% | 0.32% |
| 9/14/2017 | -0.05% | 0.11% | -0.97% | -0.52% |
| 9/15/2017 | 0.18% | 1.55% | 0.38% | -0.34% |
| 9/18/2017 | 0.20% | 0.22% | 0.72% | 0.91% |
| 9/19/2017 | 0.11% | 0.06% | 0.44% | -0.06% |
| 9/20/2017 | 0.09% | 0.24% | 0.64% | -0.08% |
| 9/21/2017 | -0.25% | -0.40% | -1.89% | 0.17% |
| 9/22/2017 | 0.11% | -0.15% | -0.98% | -0.40% |
| 9/25/2017 | -0.19% | -1.15% | 0.84% | 1.11% |
| 9/26/2017 | 0.02% | -0.29% | -0.49% | 0.21% |
| 9/27/2017 | 0.50% | -0.88% | 1.11% | 0.84% |
| 9/28/2017 | 0.16% | -0.29% | -0.06% | -0.34% |
| 9/29/2017 | 0.33% | 1.03% | 0.32% | -0.65% |
| 10/2/2017 | 0.45% | 0.09% | 1.80% | -0.24% |
| 10/3/2017 | 0.25% | 3.25% | 0.35% | -0.37% |
| 10/4/2017 | 0.08% | -0.22% | -0.11% | -0.24% |
| 10/5/2017 | 0.48% | 0.12% | 0.20% | 0.61% |
| 10/6/2017 | -0.10% | -0.77% | -1.01% | 0.05% |

209

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 10/9/2017 | -0.20% | 0.00% | -0.98% | 1.03% |
| 10/10/2017 | 0.27% | 1.40% | -0.46% | -0.29% |
| 10/11/2017 | 0.20% | -0.28% | 0.72% | -0.22% |
| 10/12/2017 | -0.15% | 0.00% | 0.42% | -0.06% |
| 10/13/2017 | 0.09% | 0.00% | 1.24% | -0.80% |
| 10/16/2017 | 0.10% | -0.25% | -0.67% | 0.82% |
| 10/17/2017 | -0.02% | -0.78% | -0.22% | -0.42% |
| 10/18/2017 | 0.10% | 0.63% | 0.52% | 0.41% |
| 10/19/2017 | -0.01% | -0.63% | 0.47% | -0.13% |
| 10/20/2017 | 0.42% | 0.17% | 0.85% | 0.80% |
| 10/23/2017 | -0.43% | -1.34% | -0.82% | 1.41% |
| 10/24/2017 | 0.17% | 1.05% | 1.62% | 0.17% |
| 10/25/2017 | -0.54% | 0.53% | -1.15% | -0.32% |
| 10/26/2017 | 0.15% | -0.87% | -1.23% | 1.76% |
| 10/27/2017 | 0.76% | 0.14% | -0.61% | -1.66% |
| 10/30/2017 | -0.34% | -1.64% | -1.34% | 1.62% |
| 10/31/2017 | 0.20% | -0.65% | -1.10% | -0.50% |
| 11/1/2017 | 0.07% | -0.90% | 0.83% | -0.16% |
| 11/2/2017 | 0.03% | 0.00% | 0.10% | 0.01% |
| 11/3/2017 | 0.29% | -0.06% | -0.81% | 1.41% |
| 11/6/2017 | 0.21% | 0.37% | 0.95% | -1.98% |
| 11/7/2017 | -0.18% | -2.60% | -0.69% | 0.67% |
| 11/8/2017 | 0.14% | 2.78% | -0.48% | -0.51% |
| 11/9/2017 | -0.36% | -1.81% | -1.77% | -0.08% |
| 11/10/2017 | -0.03% | -1.14% | -0.93% | 0.79% |
| 11/13/2017 | 0.02% | 0.36% | 0.45% | 0.05% |
| 11/14/2017 | -0.26% | -2.24% | -2.04% | 1.02% |
| 11/15/2017 | -0.49% | 0.00% | 0.42% | 0.01% |
| 11/16/2017 | 0.93% | 2.44% | 0.49% | -1.19% |
| 11/17/2017 | -0.09% | 1.29% | 1.04% | -0.51% |
| 11/20/2017 | 0.18% | 0.00% | 0.14% | -0.00% |
| 11/21/2017 | 0.66% | 1.40% | 1.01% | 0.04% |
| 11/22/2017 | -0.01% | -0.29% | 0.83% | -1.06% |
| 11/24/2017 | 0.22% | -0.81% | 0.24% | 0.34% |
| 11/27/2017 | -0.16% | -0.04% | -0.83% | -0.16% |

210

# Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 11/28/2017 | 0.88% | -0.11% | 1.03% | -0.46% |
| 11/29/2017 | -0.07% | -2.00% | -0.34% | 1.02% |
| 11/30/2017 | 0.72% | -0.95% | 1.14% | 0.82% |
| 12/1/2017 | -0.11% | 0.35% | 0.57% | -0.45% |
| 12/4/2017 | -0.17% | 0.87% | 0.72% | -0.43% |
| 12/5/2017 | -0.42% | -0.60% | -1.86% | -0.08% |
| 12/6/2017 | -0.14% | 1.16% | 0.21% | -0.19% |
| 12/7/2017 | 0.40% | -1.06% | 1.25% | 1.69% |
| 12/8/2017 | 0.50% | 0.33% | 1.59% | 0.04% |
| 12/11/2017 | 0.28% | 0.03% | 1.38% | 0.39% |
| 12/12/2017 | 0.08% | 1.40% | 0.12% | 0.05% |
| 12/13/2017 | 0.05% | -1.33% | 0.94% | 0.11% |
| 12/14/2017 | -0.44% | -0.77% | -1.40% | 0.96% |
| 12/15/2017 | 0.79% | 0.09% | 1.02% | -1.42% |
| 12/18/2017 | 0.67% | 0.50% | 2.33% | -0.07% |
| 12/19/2017 | -0.34% | -0.66% | 1.12% | -0.07% |
| 12/20/2017 | -0.01% | 0.68% | 1.80% | 0.24% |
| 12/21/2017 | 0.25% | 2.48% | 1.02% | 0.32% |
| 12/22/2017 | -0.02% | -0.04% | 0.78% | 0.86% |
| 12/26/2017 | -0.02% | 0.75% | 1.72% | -0.78% |
| 12/27/2017 | 0.08% | 0.53% | -0.86% | 0.12% |
| 12/28/2017 | 0.25% | 0.37% | 1.51% | -0.08% |
| 12/29/2017 | -0.48% | 0.00% | -0.78% | 0.00% |
| 1/2/2018 | 0.85% | 1.75% | 4.27% | -1.62% |
| 1/3/2018 | 0.58% | 0.22% | -0.60% | -0.68% |
| 1/4/2018 | 0.40% | 0.88% | 0.64% | -0.07% |
| 1/5/2018 | 0.58% | 0.42% | -0.18% | -0.17% |
| 1/8/2018 | 0.18% | 0.18% | 0.74% | 0.36% |
| 1/9/2018 | 0.09% | -0.68% | -1.51% | 0.23% |
| 1/10/2018 | -0.15% | -0.78% | 1.89% | -0.62% |
| 1/11/2018 | 0.83% | 1.43% | 2.87% | -0.40% |
| 1/12/2018 | 0.61% | -0.09% | -0.51% | -0.28% |
| 1/16/2018 | -0.44% | 1.01% | -1.84% | 0.25% |
| 1/17/2018 | 0.85% | 1.65% | 1.72% | -0.02% |
| 1/18/2018 | -0.20% | -0.24% | -1.54% | -0.54% |

211

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 1/19/2018 | 0.54% | 0.35% | 0.76% | -0.32% |
| 1/22/2018 | 0.76% | 0.68% | 0.67% | 0.18% |
| 1/23/2018 | 0.26% | -0.90% | -0.10% | 1.08% |
| 1/24/2018 | -0.09% | 3.81% | 0.59% | -2.84% |
| 1/25/2018 | 0.01% | 0.00% | -1.11% | 0.06% |
| 1/26/2018 | 0.99% | 2.50% | 0.86% | 0.08% |
| 1/29/2018 | -0.69% | -1.19% | -1.43% | 0.13% |
| 1/30/2018 | -1.02% | -0.18% | -3.05% | 0.83% |
| 1/31/2018 | 0.02% | 0.56% | -0.90% | 0.15% |
| 2/1/2018 | -0.03% | 0.67% | 0.37% | -0.60% |
| 2/2/2018 | -2.11% | -1.65% | -4.56% | 1.60% |
| 2/5/2018 | -3.88% | -2.78% | -1.74% | 1.37% |
| 2/6/2018 | 1.52% | 2.17% | 2.19% | -0.85% |
| 2/7/2018 | -0.42% | -1.30% | -1.56% | 1.13% |
| 2/8/2018 | -3.53% | -1.63% | -2.73% | 0.44% |
| 2/9/2018 | 1.22% | -0.97% | 0.77% | 0.26% |
| 2/12/2018 | 1.31% | 0.00% | 3.07% | 0.03% |
| 2/13/2018 | 0.29% | 0.00% | 1.45% | 0.01% |
| 2/14/2018 | 1.43% | 2.93% | 3.85% | -2.40% |
| 2/15/2018 | 1.11% | 0.63% | -0.06% | 0.32% |
| 2/16/2018 | 0.04% | 0.29% | 2.47% | 0.10% |
| 2/20/2018 | -0.63% | 1.80% | -2.15% | 0.65% |
| 2/21/2018 | -0.44% | 0.50% | -0.69% | 0.42% |
| 2/22/2018 | 0.02% | 0.60% | -0.08% | -0.58% |
| 2/23/2018 | 1.46% | 0.68% | 0.61% | -0.38% |
| 2/26/2018 | 1.00% | 0.14% | 0.91% | -0.37% |
| 2/27/2018 | -1.26% | -0.90% | -1.57% | 0.80% |
| 2/28/2018 | -1.11% | -1.48% | -2.90% | -0.17% |
| 3/1/2018 | -1.09% | 0.18% | 2.29% | 0.16% |
| 3/2/2018 | 0.59% | 0.67% | 0.79% | 0.04% |
| 3/5/2018 | 1.01% | 0.35% | -0.77% | -0.30% |
| 3/6/2018 | 0.41% | -0.43% | 1.72% | -0.97% |
| 3/7/2018 | 0.04% | -0.16% | 0.27% | 1.04% |
| 3/8/2018 | 0.36% | -0.30% | -2.09% | 0.66% |
| 3/9/2018 | 1.56% | 1.63% | -0.45% | -0.36% |

212

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 3/12/2018 | -0.02% | 0.59% | 1.07% | 0.21% |
| 3/13/2018 | -0.62% | -0.58% | -0.32% | -0.05% |
| 3/14/2018 | -0.46% | -0.54% | -1.81% | 0.00% |
| 3/15/2018 | -0.22% | -1.40% | -0.37% | 0.78% |
| 3/16/2018 | 0.24% | -0.03% | 1.30% | -0.16% |
| 3/19/2018 | -1.30% | -0.97% | -2.85% | 0.16% |
| 3/20/2018 | 0.13% | 0.20% | -0.87% | 0.77% |
| 3/21/2018 | 0.04% | 0.84% | 2.40% | -1.19% |
| 3/22/2018 | -2.42% | -0.13% | -6.11% | 1.32% |
| 3/23/2018 | -1.95% | -0.43% | -0.93% | -0.11% |
| 3/26/2018 | 2.40% | 0.83% | 1.84% | -0.01% |
| 3/27/2018 | -1.67% | -1.39% | -2.60% | 0.51% |
| 3/28/2018 | -0.26% | -0.08% | -1.22% | -0.25% |
| 3/29/2018 | 1.34% | 1.78% | 3.01% | -0.44% |
| 4/2/2018 | -2.16% | -1.11% | -1.37% | 0.18% |
| 4/3/2018 | 1.15% | -0.02% | 1.04% | 0.90% |
| 4/4/2018 | 1.03% | -0.27% | 0.51% | -0.35% |
| 4/5/2018 | 0.74% | 0.93% | 2.15% | 0.45% |
| 4/6/2018 | -2.02% | -0.38% | -2.71% | 0.74% |
| 4/9/2018 | 0.28% | -2.05% | 0.86% | 1.48% |
| 4/10/2018 | 1.63% | 1.11% | 3.47% | -0.33% |
| 4/11/2018 | -0.38% | 1.01% | -0.79% | -1.01% |
| 4/12/2018 | 0.69% | 0.22% | 0.72% | 1.14% |
| 4/13/2018 | -0.31% | -1.50% | 0.43% | 0.27% |
| 4/16/2018 | 0.80% | -1.85% | -0.04% | -0.08% |
| 4/17/2018 | 1.02% | 1.28% | 1.82% | -0.34% |
| 4/18/2018 | 0.16% | 1.83% | 1.99% | -0.81% |
| 4/19/2018 | -0.54% | -0.03% | 0.91% | 0.24% |
| 4/20/2018 | -0.75% | -0.31% | -0.65% | 0.72% |
| 4/23/2018 | -0.04% | 0.10% | -2.48% | 1.16% |
| 4/24/2018 | -1.14% | -0.38% | -0.89% | 0.54% |
| 4/25/2018 | 0.08% | -0.47% | 0.47% | 0.39% |
| 4/26/2018 | 0.90% | 1.56% | 0.11% | -0.27% |
| 4/27/2018 | 0.07% | 0.17% | -2.28% | -0.54% |
| 4/30/2018 | -0.73% | -0.51% | -0.59% | 1.45% |

213

## Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 5/1/2018 | 0.22% | 0.00% | -1.34% | 0.01% |
| 5/2/2018 | -0.56% | -2.07% | 0.85% | 1.25% |
| 5/3/2018 | -0.23% | -1.79% | 1.06% | -0.67% |
| 5/4/2018 | 1.22% | -0.39% | 2.27% | 0.06% |
| 5/7/2018 | 0.41% | -0.43% | 0.58% | 0.65% |
| 5/8/2018 | 0.04% | 0.34% | -0.23% | 0.29% |
| 5/9/2018 | 0.86% | 1.49% | 0.37% | 0.80% |
| 5/10/2018 | 0.86% | 1.83% | 1.43% | -1.18% |
| 5/11/2018 | 0.15% | -1.16% | 0.46% | 1.39% |
| 5/14/2018 | 0.08% | -0.40% | -0.40% | 0.64% |
| 5/15/2018 | -0.58% | -0.23% | 0.44% | 0.85% |
| 5/16/2018 | 0.48% | 1.55% | 1.67% | 0.60% |
| 5/17/2018 | 0.03% | -3.78% | 1.12% | 0.56% |
| 5/18/2018 | -0.22% | -0.58% | -0.54% | 1.08% |
| 5/21/2018 | 0.70% | -1.29% | -0.51% | -1.61% |
| 5/22/2018 | -0.35% | 1.45% | -0.40% | -0.88% |
| 5/23/2018 | 0.23% | -2.50% | -0.69% | -0.44% |
| 5/24/2018 | -0.18% | -1.20% | 0.30% | 0.57% |
| 5/25/2018 | -0.22% | -1.49% | -1.27% | 0.08% |
| 5/29/2018 | -1.00% | -3.80% | -0.31% | -0.26% |
| 5/30/2018 | 1.30% | 0.89% | 2.21% | -0.04% |
| 5/31/2018 | -0.65% | 0.00% | -0.17% | -0.02% |
| 6/1/2018 | 0.96% | 0.12% | 1.15% | 1.06% |
| 6/4/2018 | 0.45% | 2.06% | -0.62% | -0.44% |
| 6/5/2018 | 0.15% | -3.23% | 1.26% | 1.59% |
| 6/6/2018 | 0.79% | -1.47% | 1.33% | 1.10% |
| 6/7/2018 | -0.11% | -3.01% | -0.94% | 1.52% |
| 6/8/2018 | 0.30% | -0.39% | -0.53% | -5.21% |
| 6/11/2018 | 0.15% | -1.00% | 0.67% | 0.01% |
| 6/12/2018 | 0.19% | 0.45% | -0.13% | 0.24% |
| 6/13/2018 | -0.36% | -0.96% | -0.81% | 0.04% |
| 6/14/2018 | 0.26% | -1.18% | 0.70% | 2.28% |
| 6/15/2018 | -0.16% | -0.28% | -2.53% | -2.03% |
| 6/18/2018 | -0.07% | -1.57% | 0.64% | 0.46% |
| 6/19/2018 | -0.41% | 2.86% | -2.23% | 0.00% |

214

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

### 28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 6/20/2018 | 0.27% | 1.01% | 1.12% | 0.65% |
| 6/21/2018 | -0.69% | -2.81% | -1.26% | -0.06% |
| 6/22/2018 | 0.23% | 0.67% | 2.02% | 0.45% |
| 6/25/2018 | -1.45% | 0.77% | -4.19% | -0.25% |
| 6/26/2018 | 0.29% | 0.37% | 0.95% | 0.66% |
| 6/27/2018 | -0.98% | -1.23% | -1.44% | 1.60% |
| 6/28/2018 | 0.56% | 1.59% | -0.27% | -0.01% |
| 6/29/2018 | 0.16% | 1.43% | 0.76% | 0.38% |
| 7/2/2018 | 0.22% | 0.37% | -0.27% | 0.92% |
| 7/3/2018 | -0.29% | 1.53% | -0.14% | -0.40% |
| 7/5/2018 | 0.84% | 0.86% | 1.72% | 0.48% |
| 7/6/2018 | 0.84% | 0.51% | 0.69% | -1.79% |
| 7/9/2018 | 0.84% | 0.00% | 1.17% | 0.26% |
| 7/10/2018 | 0.23% | 0.01% | 0.36% | -1.50% |
| 7/11/2018 | -0.74% | -0.52% | -2.13% | 1.62% |
| 7/12/2018 | 0.82% | 1.76% | 0.12% | 0.12% |
| 7/13/2018 | 0.07% | 1.15% | -0.26% | -0.79% |
| 7/16/2018 | -0.18% | 0.17% | -0.64% | 0.23% |
| 7/17/2018 | 0.39% | 1.98% | 1.28% | -0.57% |
| 7/18/2018 | 0.25% | -1.34% | 1.65% | 0.33% |
| 7/19/2018 | -0.25% | 0.75% | -2.57% | -0.57% |
| 7/20/2018 | -0.10% | 1.78% | 0.72% | -1.62% |
| 7/23/2018 | 0.10% | -1.08% | 1.24% | 0.39% |
| 7/24/2018 | 0.20% | 1.21% | 1.52% | -0.92% |
| 7/25/2018 | 0.82% | 1.40% | 0.33% | -1.60% |
| 7/26/2018 | -0.16% | -1.44% | -0.88% | 1.55% |
| 7/27/2018 | -0.77% | 0.48% | -1.37% | -0.93% |
| 7/30/2018 | -0.56% | 0.35% | -0.96% | 0.52% |
| 7/31/2018 | 0.55% | -1.66% | -0.30% | 0.69% |
| 8/1/2018 | -0.13% | 0.61% | -1.02% | -0.17% |
| 8/2/2018 | 0.55% | 0.54% | -0.77% | 0.01% |
| 8/3/2018 | 0.33% | 2.29% | 0.18% | -1.13% |
| 8/6/2018 | 0.38% | -0.50% | -0.13% | 0.76% |
| 8/7/2018 | 0.22% | -1.09% | -0.58% | 0.41% |
| 8/8/2018 | -0.03% | -1.62% | -0.37% | 0.55% |

215

## Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 8/9/2018 | -0.03% | -0.40% | -0.51% | 0.78% |
| 8/10/2018 | -0.64% | -3.29% | -0.48% | 1.52% |
| 8/13/2018 | -0.47% | 1.30% | -1.52% | 0.63% |
| 8/14/2018 | 0.66% | 1.49% | -0.63% | -0.43% |
| 8/15/2018 | -0.91% | -1.58% | -4.42% | 0.98% |
| 8/16/2018 | 0.80% | -0.19% | 1.42% | 0.04% |
| 8/17/2018 | 0.39% | -1.49% | 1.37% | 0.12% |
| 8/20/2018 | 0.28% | 0.27% | 0.65% | 1.48% |
| 8/21/2018 | 0.31% | -1.83% | 1.30% | 1.94% |
| 8/22/2018 | 0.07% | 2.15% | 0.24% | -0.13% |
| 8/23/2018 | -0.24% | -1.94% | -2.71% | 1.79% |
| 8/24/2018 | 0.62% | 0.72% | 1.84% | -0.33% |
| 8/27/2018 | 0.71% | 2.07% | 1.25% | -0.60% |
| 8/28/2018 | 0.00% | -0.68% | -0.19% | 1.38% |
| 8/29/2018 | 0.52% | 1.48% | 0.87% | -0.65% |
| 8/30/2018 | -0.45% | -2.78% | -2.13% | 1.02% |
| 8/31/2018 | 0.03% | 0.69% | 0.59% | -2.29% |
| 9/4/2018 | -0.22% | -2.52% | -1.87% | 0.03% |
| 9/5/2018 | -0.35% | 0.54% | 0.72% | -0.33% |
| 9/6/2018 | -0.40% | 1.63% | -0.08% | -2.14% |
| 9/7/2018 | -0.24% | 0.00% | -0.78% | 0.02% |
| 9/10/2018 | 0.23% | 0.10% | 0.03% | 0.66% |
| 9/11/2018 | 0.32% | -2.53% | -0.52% | 1.62% |
| 9/12/2018 | 0.08% | 0.48% | 2.31% | 0.11% |
| 9/13/2018 | 0.43% | -0.77% | -0.46% | 1.19% |
| 9/14/2018 | 0.09% | 0.74% | 0.44% | -0.80% |
| 9/17/2018 | -0.60% | 2.11% | 1.00% | -1.01% |
| 9/18/2018 | 0.55% | 1.64% | 1.59% | 0.68% |
| 9/19/2018 | 0.05% | -0.55% | 0.93% | -0.70% |
| 9/20/2018 | 0.78% | -0.28% | 0.23% | -1.33% |
| 9/21/2018 | -0.10% | 1.50% | -0.79% | -0.63% |
| 9/24/2018 | -0.37% | -1.94% | -0.87% | 1.01% |
| 9/25/2018 | -0.05% | 0.41% | 1.62% | -0.42% |
| 9/26/2018 | -0.40% | 0.64% | -2.30% | -1.07% |
| 9/27/2018 | 0.24% | 2.11% | -0.56% | -0.49% |

216

# Exhibit-5 (Corrected)

## U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|------|------|------|------|------|
| 9/28/2018 | 0.01% | -1.05% | 0.19% | 0.91% |
| 10/1/2018 | 0.18% | -1.22% | 0.55% | -0.77% |
| 10/2/2018 | -0.23% | 4.12% | 0.37% | -1.93% |
| 10/3/2018 | 0.16% | 2.65% | -0.45% | -1.02% |
| 10/4/2018 | -0.94% | -0.15% | -1.16% | -0.69% |
| 10/5/2018 | -0.61% | -0.54% | -0.64% | -0.86% |
| 10/8/2018 | -0.13% | 0.00% | 0.48% | -1.63% |
| 10/9/2018 | -0.18% | 5.08% | -1.17% | -1.70% |
| 10/10/2018 | -3.18% | -2.80% | -3.14% | 1.07% |
| 10/11/2018 | -1.90% | -1.19% | 0.90% | 0.68% |
| 10/12/2018 | 1.22% | 0.00% | 0.07% | 0.05% |
| 10/15/2018 | -0.37% | 0.30% | 0.24% | -1.26% |
| 10/16/2018 | 2.12% | 3.18% | 1.24% | -0.28% |
| 10/17/2018 | -0.14% | -0.21% | 0.22% | -1.02% |
| 10/18/2018 | -1.47% | -2.01% | -1.81% | 0.92% |
| 10/19/2018 | -0.18% | 0.50% | -1.24% | -0.18% |
| 10/22/2018 | -0.39% | 1.40% | 0.68% | -0.78% |
| 10/23/2018 | -0.60% | 0.00% | -1.97% | 0.22% |
| 10/24/2018 | -3.11% | -2.45% | -5.98% | 1.10% |
| 10/25/2018 | 1.73% | 1.34% | 1.98% | -0.78% |
| 10/26/2018 | -1.56% | 1.95% | -1.95% | -1.71% |
| 10/29/2018 | -0.70% | -1.96% | -0.88% | 2.06% |
| 10/30/2018 | 1.55% | 3.91% | 0.61% | -0.57% |
| 10/31/2018 | 1.04% | 0.02% | 2.05% | 0.66% |
| 11/1/2018 | 1.29% | 1.10% | 1.82% | -0.56% |
| 11/2/2018 | -0.48% | 0.00% | 1.90% | -0.12% |
| 11/5/2018 | 0.44% | 1.50% | 0.14% | 0.79% |
| 11/6/2018 | 0.57% | -1.11% | -0.20% | 0.94% |
| 11/7/2018 | 1.91% | -1.32% | 0.67% | -0.79% |
| 11/8/2018 | -0.29% | -2.61% | -1.36% | 0.77% |
| 11/9/2018 | -0.98% | 0.61% | -2.33% | -0.72% |
| 11/12/2018 | -1.91% | 0.00% | -1.58% | 0.91% |
| 11/13/2018 | -0.12% | -1.37% | 0.61% | 0.94% |
| 11/14/2018 | -0.66% | 1.68% | -0.51% | -0.50% |
| 11/15/2018 | 1.07% | 0.00% | 1.84% | 0.00% |

217

## Exhibit-5 (Corrected)

### U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|------|-------------------------|-------------------------------|---------------------|-------------------------|
| 11/16/2018 | 0.21% | 3.07% | 0.88% | -1.08% |
| 11/19/2018 | -1.67% | -0.60% | -2.35% | 0.36% |
| 11/20/2018 | -1.81% | 0.00% | -4.12% | 0.01% |
| 11/21/2018 | 0.62% | -0.62% | 1.66% | 1.07% |
| 11/23/2018 | -0.56% | -0.35% | -2.52% | 0.62% |
| 11/26/2018 | 1.45% | -0.84% | -1.08% | 2.90% |
| 11/27/2018 | 0.05% | 3.07% | -1.81% | -1.68% |
| 11/28/2018 | 2.21% | 1.16% | 4.12% | -0.63% |
| 11/29/2018 | -0.18% | 0.64% | -1.31% | 0.04% |
| 11/30/2018 | 0.68% | -0.44% | 0.10% | 0.37% |
| 12/3/2018 | 1.14% | 0.09% | 2.76% | -0.64% |
| 12/4/2018 | -3.23% | -1.22% | -3.14% | 0.27% |
| 12/6/2018 | -0.19% | -0.13% | -1.90% | 0.28% |
| 12/7/2018 | -2.13% | -0.69% | -1.14% | 0.72% |
| 12/10/2018 | -0.02% | -2.57% | -1.16% | 0.27% |
| 12/11/2018 | -0.07% | 0.56% | -0.31% | -0.36% |
| 12/12/2018 | 0.63% | 0.78% | 1.05% | -1.25% |
| 12/13/2018 | -0.21% | 1.05% | -0.66% | 0.92% |
| 12/14/2018 | -1.72% | -0.56% | -2.47% | 0.67% |
| 12/17/2018 | -2.11% | -1.44% | 0.18% | -0.45% |
| 12/18/2018 | -0.02% | 0.23% | 0.98% | 0.33% |
| 12/19/2018 | -1.49% | -0.88% | -3.94% | -0.38% |
| 12/20/2018 | -1.55% | -0.48% | 0.01% | -1.43% |
| 12/21/2018 | -2.08% | 0.31% | -1.84% | 1.59% |
| 12/24/2018 | -2.45% | 0.00% | -1.96% | 0.00% |
| 12/26/2018 | 4.58% | -0.64% | 4.12% | 0.46% |
| 12/27/2018 | 0.68% | 0.66% | 0.20% | -1.24% |
| 12/28/2018 | 0.02% | 2.78% | -0.70% | 0.20% |
| 12/31/2018 | 0.83% | 0.00% | 0.07% | 0.00% |
| 1/2/2019 | 0.18% | 3.89% | 1.67% | -2.38% |
| 1/3/2019 | -2.13% | 1.15% | -2.39% | -0.89% |
| 1/4/2019 | 3.29% | -0.39% | 5.49% | -1.10% |
| 1/7/2019 | 0.92% | -0.11% | -0.11% | 0.54% |
| 1/8/2019 | 1.02% | 0.29% | 1.63% | -0.60% |
| 1/9/2019 | 0.62% | 1.62% | 2.10% | -0.88% |

218

# Exhibit-5 (Corrected)

**U.S. Market Index, Brazilian Market Index, Sector Index, and Foregin Exhange**

28 October 2015 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return |
|---|---|---|---|---|
| 1/10/2019 | 0.45% | 0.36% | -0.20% | 0.81% |
| 1/11/2019 | -0.02% | -0.01% | -0.00% | 0.02% |
| 1/14/2019 | -0.55% | 0.92% | -0.86% | -0.33% |
| 1/15/2019 | 0.98% | -0.44% | -2.02% | 0.49% |
| 1/16/2019 | 0.32% | 0.33% | 1.87% | 0.52% |
| 1/17/2019 | 0.71% | 0.78% | 2.17% | 0.37% |
| 1/18/2019 | 1.20% | 0.76% | 1.27% | 0.03% |
| 1/22/2019 | -1.43% | -1.24% | -1.63% | 1.59% |
| 1/23/2019 | 0.13% | 1.58% | 0.01% | -1.29% |
| 1/24/2019 | 0.28% | 1.18% | -0.85% | 0.19% |
| 1/25/2019 | 0.95% | 0.00% | 3.48% | -0.07% |
| 1/28/2019 | -0.65% | 0.43% | -1.23% | -0.23% |
| 1/29/2019 | -0.09% | 0.15% | 0.83% | -1.11% |
| 1/30/2019 | 1.43% | 0.71% | 3.43% | -0.95% |
| 1/31/2019 | 0.84% | 0.69% | 1.11% | -1.12% |
| 2/1/2019 | 0.14% | 0.37% | -0.58% | 0.43% |
| 2/4/2019 | 0.67% | 1.14% | 0.68% | 0.25% |
| 2/5/2019 | 0.44% | -0.30% | 0.15% | 0.03% |
| 2/6/2019 | -0.25% | -3.70% | -0.65% | 0.77% |

**Sources:** Bloomberg and CRSP.

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index Coefficient | Standard Error | $t$-statistic | Brazilian Market Index Logarithmic Return Coefficient | Standard Error | $t$-statistic | Sector Index Return Coefficient | Standard Error | $t$-statistic | Foreign Exchange Logarithmic Return Coefficient | Standard Error | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2016 | 252 | 10/26/2016 | 65.50% | 63.77% | 2.81% | -0.02% | 0.427 | 0.256 | 1.67 | 0.831 | 0.144 | 5.76 | 0.951 | 0.090 | 10.62 | -0.326 | 0.189 | -1.72 |
| 10/28/2016 | 252 | 10/27/2016 | 65.62% | 63.75% | 2.81% | -0.01% | 0.457 | 0.258 | 1.77 | 0.824 | 0.145 | 5.70 | 0.951 | 0.090 | 10.62 | -0.316 | 0.189 | -1.67 |
| 10/31/2016 | 252 | 10/28/2016 | 65.70% | 63.84% | 2.80% | -0.03% | 0.453 | 0.258 | 1.76 | 0.841 | 0.146 | 5.76 | 0.953 | 0.089 | 10.66 | -0.295 | 0.191 | -1.55 |
| 11/1/2016 | 252 | 10/31/2016 | 65.79% | 63.93% | 2.80% | -0.05% | 0.473 | 0.257 | 1.84 | 0.836 | 0.146 | 5.74 | 0.948 | 0.089 | 10.63 | -0.297 | 0.190 | -1.56 |
| 11/2/2016 | 252 | 11/1/2016 | 65.58% | 63.71% | 2.80% | -0.03% | 0.471 | 0.258 | 1.82 | 0.820 | 0.146 | 5.64 | 0.954 | 0.089 | 10.66 | -0.289 | 0.191 | -1.51 |
| 11/3/2016 | 252 | 11/2/2016 | 65.50% | 63.63% | 2.80% | -0.03% | 0.467 | 0.258 | 1.81 | 0.832 | 0.148 | 5.63 | 0.952 | 0.090 | 10.63 | -0.291 | 0.191 | -1.53 |
| 11/4/2016 | 252 | 11/3/2016 | 65.44% | 63.56% | 2.80% | -0.03% | 0.466 | 0.258 | 1.81 | 0.827 | 0.146 | 5.65 | 0.954 | 0.089 | 10.72 | -0.291 | 0.191 | -1.53 |
| 11/7/2016 | 252 | 11/4/2016 | 65.56% | 63.68% | 2.81% | -0.03% | 0.478 | 0.258 | 1.85 | 0.836 | 0.147 | 5.70 | 0.942 | 0.089 | 10.54 | -0.291 | 0.191 | -1.52 |
| 11/8/2016 | 252 | 11/7/2016 | 65.44% | 63.71% | 2.80% | -0.02% | 0.491 | 0.256 | 1.92 | 0.843 | 0.146 | 5.79 | 0.939 | 0.089 | 10.55 | -0.288 | 0.191 | -1.51 |
| 11/9/2016 | 252 | 11/8/2016 | 65.23% | 63.50% | 2.81% | -0.01% | 0.499 | 0.257 | 1.94 | 0.836 | 0.146 | 5.73 | 0.940 | 0.089 | 10.52 | -0.302 | 0.191 | -1.58 |
| 11/10/2016 | 252 | 11/9/2016 | 65.19% | 63.45% | 2.81% | -0.03% | 0.485 | 0.257 | 1.88 | 0.857 | 0.145 | 5.91 | 0.924 | 0.088 | 10.55 | -0.312 | 0.191 | -1.64 |
| 11/11/2016 | 252 | 11/10/2016 | 64.14% | 62.35% | 2.86% | 0.01% | 0.568 | 0.260 | 2.19 | 0.822 | 0.147 | 5.59 | 0.937 | 0.089 | 10.54 | -0.179 | 0.188 | -0.96 |
| 11/14/2016 | 252 | 11/11/2016 | 63.79% | 61.98% | 2.87% | -0.01% | 0.563 | 0.262 | 2.15 | 0.824 | 0.149 | 5.53 | 0.937 | 0.089 | 10.49 | -0.181 | 0.188 | -0.96 |
| 11/15/2016 | 252 | 11/14/2016 | 64.06% | 62.27% | 2.87% | -0.02% | 0.577 | 0.262 | 2.20 | 0.827 | 0.148 | 5.60 | 0.929 | 0.089 | 10.46 | -0.199 | 0.189 | -1.05 |
| 11/16/2016 | 252 | 11/15/2016 | 63.46% | 61.63% | 2.89% | -0.04% | 0.564 | 0.265 | 2.13 | 0.831 | 0.149 | 5.58 | 0.926 | 0.090 | 10.34 | -0.211 | 0.191 | -1.11 |
| 11/17/2016 | 252 | 11/16/2016 | 63.40% | 61.57% | 2.88% | -0.03% | 0.574 | 0.265 | 2.17 | 0.837 | 0.148 | 5.67 | 0.916 | 0.090 | 10.20 | -0.212 | 0.190 | -1.12 |
| 11/18/2016 | 252 | 11/17/2016 | 63.31% | 61.47% | 2.89% | -0.01% | 0.594 | 0.265 | 2.24 | 0.824 | 0.147 | 5.60 | 0.916 | 0.090 | 10.19 | -0.220 | 0.190 | -1.16 |
| 11/21/2016 | 252 | 11/18/2016 | 63.50% | 61.68% | 2.89% | -0.01% | 0.593 | 0.265 | 2.24 | 0.828 | 0.147 | 5.61 | 0.915 | 0.090 | 10.18 | -0.220 | 0.190 | -1.16 |
| 11/22/2016 | 252 | 11/21/2016 | 63.77% | 61.96% | 2.89% | 0.00% | 0.597 | 0.266 | 2.25 | 0.830 | 0.148 | 5.63 | 0.915 | 0.090 | 10.11 | -0.222 | 0.190 | -1.16 |
| 11/23/2016 | 252 | 11/22/2016 | 63.67% | 61.86% | 2.89% | 0.00% | 0.585 | 0.266 | 2.20 | 0.831 | 0.148 | 5.62 | 0.925 | 0.090 | 10.29 | -0.217 | 0.191 | -1.14 |
| 11/25/2016 | 252 | 11/23/2016 | 63.63% | 61.81% | 2.89% | 0.01% | 0.585 | 0.266 | 2.20 | 0.831 | 0.148 | 5.62 | 0.927 | 0.090 | 10.29 | -0.213 | 0.190 | -1.12 |
| 11/28/2016 | 252 | 11/25/2016 | 63.85% | 62.20% | 2.89% | 0.01% | 0.587 | 0.265 | 2.22 | 0.830 | 0.147 | 5.63 | 0.927 | 0.090 | 10.31 | -0.212 | 0.190 | -1.12 |
| 11/29/2016 | 252 | 11/28/2016 | 63.10% | 61.41% | 2.92% | 0.04% | 0.551 | 0.268 | 2.06 | 0.853 | 0.149 | 5.72 | 0.922 | 0.091 | 10.13 | -0.218 | 0.194 | -1.12 |
| 11/30/2016 | 252 | 11/29/2016 | 62.79% | 61.25% | 2.92% | 0.04% | 0.538 | 0.267 | 2.01 | 0.865 | 0.148 | 5.86 | 0.925 | 0.091 | 10.19 | -0.212 | 0.193 | -1.10 |
| 12/1/2016 | 252 | 11/30/2016 | 62.86% | 61.33% | 2.92% | 0.04% | 0.563 | 0.267 | 2.11 | 0.847 | 0.147 | 5.75 | 0.926 | 0.091 | 10.20 | -0.216 | 0.193 | -1.12 |
| 12/2/2016 | 252 | 12/1/2016 | 63.06% | 61.54% | 2.91% | 0.03% | 0.581 | 0.267 | 2.18 | 0.844 | 0.146 | 5.80 | 0.931 | 0.090 | 10.29 | -0.202 | 0.193 | -1.05 |
| 12/5/2016 | 252 | 12/2/2016 | 63.08% | 61.55% | 2.91% | 0.03% | 0.576 | 0.271 | 2.12 | 0.846 | 0.147 | 5.75 | 0.931 | 0.090 | 10.31 | -0.202 | 0.193 | -1.05 |
| 12/6/2016 | 252 | 12/5/2016 | 63.35% | 61.83% | 2.90% | 0.05% | 0.647 | 0.273 | 2.37 | 0.812 | 0.147 | 5.53 | 0.927 | 0.090 | 10.34 | -0.208 | 0.191 | -1.09 |
| 12/7/2016 | 252 | 12/6/2016 | 63.59% | 62.09% | 2.89% | 0.03% | 0.653 | 0.273 | 2.39 | 0.804 | 0.146 | 5.50 | 0.938 | 0.090 | 10.45 | -0.209 | 0.191 | -1.09 |
| 12/8/2016 | 252 | 12/7/2016 | 63.53% | 62.02% | 2.89% | 0.03% | 0.666 | 0.272 | 2.45 | 0.801 | 0.146 | 5.48 | 0.937 | 0.090 | 10.44 | -0.211 | 0.191 | -1.11 |
| 12/9/2016 | 252 | 12/8/2016 | 63.35% | 61.84% | 2.89% | 0.02% | 0.675 | 0.274 | 2.46 | 0.797 | 0.148 | 5.39 | 0.936 | 0.090 | 10.43 | -0.206 | 0.191 | -1.08 |
| 12/12/2016 | 252 | 12/9/2016 | 63.43% | 61.91% | 2.89% | 0.02% | 0.675 | 0.273 | 2.47 | 0.793 | 0.148 | 5.36 | 0.944 | 0.090 | 10.50 | -0.193 | 0.191 | -1.01 |
| 12/13/2016 | 252 | 12/12/2016 | 63.26% | 61.74% | 2.90% | 0.03% | 0.706 | 0.276 | 2.56 | 0.759 | 0.147 | 5.15 | 0.941 | 0.090 | 10.45 | -0.233 | 0.190 | -1.22 |
| 12/14/2016 | 252 | 12/13/2016 | 63.53% | 62.02% | 2.89% | -0.01% | 0.648 | 0.275 | 2.35 | 0.771 | 0.147 | 5.25 | 0.963 | 0.090 | 10.69 | -0.227 | 0.190 | -1.19 |
| 12/15/2016 | 252 | 12/14/2016 | 63.72% | 62.22% | 2.88% | -0.02% | 0.602 | 0.276 | 2.18 | 0.776 | 0.147 | 5.29 | 0.972 | 0.090 | 10.81 | -0.227 | 0.189 | -1.20 |
| 12/16/2016 | 252 | 12/15/2016 | 63.71% | 62.21% | 2.88% | -0.02% | 0.593 | 0.278 | 2.13 | 0.778 | 0.147 | 5.30 | 0.972 | 0.090 | 10.80 | -0.230 | 0.189 | -1.21 |
| 12/19/2016 | 252 | 12/16/2016 | 63.83% | 62.34% | 2.87% | -0.01% | 0.552 | 0.279 | 1.98 | 0.791 | 0.147 | 5.39 | 0.969 | 0.090 | 10.82 | -0.237 | 0.189 | -1.26 |
| 12/20/2016 | 252 | 12/19/2016 | 63.60% | 62.10% | 2.88% | -0.04% | 0.553 | 0.281 | 1.97 | 0.823 | 0.146 | 5.62 | 0.963 | 0.091 | 10.61 | -0.227 | 0.189 | -1.20 |
| 12/21/2016 | 252 | 12/20/2016 | 63.47% | 62.11% | 2.87% | -0.04% | 0.553 | 0.280 | 1.97 | 0.823 | 0.146 | 5.63 | 0.962 | 0.090 | 10.63 | -0.227 | 0.189 | -1.20 |
| 12/22/2016 | 252 | 12/21/2016 | 63.57% | 62.22% | 2.87% | -0.03% | 0.557 | 0.280 | 1.99 | 0.819 | 0.146 | 5.61 | 0.967 | 0.091 | 10.68 | -0.228 | 0.189 | -1.21 |
| 12/23/2016 | 252 | 12/22/2016 | 63.51% | 62.16% | 2.85% | -0.05% | 0.521 | 0.279 | 1.87 | 0.825 | 0.145 | 5.68 | 0.967 | 0.090 | 10.76 | -0.220 | 0.187 | -1.18 |
| 12/27/2016 | 252 | 12/23/2016 | 63.72% | 62.37% | 2.84% | -0.04% | 0.514 | 0.278 | 1.85 | 0.821 | 0.144 | 5.68 | 0.973 | 0.090 | 10.87 | -0.212 | 0.186 | -1.14 |
| 12/28/2016 | 252 | 12/27/2016 | 63.74% | 62.39% | 2.84% | -0.04% | 0.513 | 0.278 | 1.85 | 0.826 | 0.144 | 5.72 | 0.979 | 0.090 | 10.87 | -0.194 | 0.189 | -1.03 |
| 12/29/2016 | 252 | 12/28/2016 | 63.74% | 62.39% | 2.84% | -0.04% | 0.485 | 0.278 | 1.75 | 0.839 | 0.143 | 5.85 | 0.980 | 0.090 | 10.87 | -0.192 | 0.188 | -1.02 |
| 12/30/2016 | 252 | 12/29/2016 | 63.68% | 62.33% | 2.85% | -0.06% | 0.495 | 0.278 | 1.78 | 0.832 | 0.144 | 5.78 | 0.980 | 0.090 | 10.86 | -0.196 | 0.190 | -1.03 |
| 1/3/2017 | 252 | 12/30/2016 | 63.91% | 62.57% | 2.84% | -0.07% | 0.507 | 0.279 | 1.82 | 0.829 | 0.144 | 5.77 | 0.981 | 0.090 | 10.92 | -0.195 | 0.190 | -1.02 |
| 1/4/2017 | 252 | 1/3/2017 | 63.79% | 62.45% | 2.84% | -0.06% | 0.500 | 0.280 | 1.78 | 0.830 | 0.143 | 5.78 | 0.984 | 0.090 | 10.89 | -0.190 | 0.191 | -1.00 |
| 1/5/2017 | 252 | 1/4/2017 | 63.57% | 62.23% | 2.85% | -0.07% | 0.488 | 0.281 | 1.74 | 0.848 | 0.143 | 5.91 | 0.976 | 0.091 | 10.77 | -0.171 | 0.191 | -0.90 |
| 1/6/2017 | 252 | 1/5/2017 | 63.52% | 62.17% | 2.84% | -0.05% | 0.444 | 0.281 | 1.58 | 0.848 | 0.143 | 5.94 | 0.978 | 0.090 | 10.85 | -0.178 | 0.190 | -0.94 |
| 1/9/2017 | 252 | 1/6/2017 | 63.15% | 61.78% | 2.84% | -0.05% | 0.433 | 0.284 | 1.53 | 0.848 | 0.143 | 5.93 | 0.981 | 0.090 | 10.90 | -0.181 | 0.190 | -0.95 |
| 1/10/2017 | 252 | 1/9/2017 | 63.09% | 61.73% | 2.86% | -0.03% | 0.415 | 0.286 | 1.45 | 0.847 | 0.144 | 5.89 | 0.973 | 0.090 | 10.76 | -0.206 | 0.191 | -1.08 |

220

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index Coefficient | U.S. Market Index Standard Error | U.S. Market Index $t$-statistic | Brazilian Market Index Logarithmic Return Coefficient | Brazilian Market Index Logarithmic Return Standard Error | Brazilian Market Index Logarithmic Return $t$-statistic | Sector Index Return Coefficient | Sector Index Return Standard Error | Sector Index Return $t$-statistic | Foreign Exchange Logarithmic Return Coefficient | Foreign Exchange Logarithmic Return Standard Error | Foreign Exchange Logarithmic Return $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2017 | 252 | 1/10/2017 | 63.22% | 61.86% | 2.85% | -0.04% | 0.345 | 0.286 | 1.20 | 0.851 | 0.144 | 5.93 | 1.019 | 0.091 | 11.17 | -0.197 | 0.191 | -1.03 |
| 1/12/2017 | 252 | 1/11/2017 | 63.06% | 61.69% | 2.85% | -0.01% | 0.398 | 0.287 | 1.39 | 0.837 | 0.143 | 5.83 | 1.003 | 0.091 | 10.98 | -0.211 | 0.190 | -1.11 |
| 1/13/2017 | 252 | 1/12/2017 | 62.80% | 61.42% | 2.84% | 0.01% | 0.354 | 0.293 | 1.21 | 0.843 | 0.142 | 5.92 | 1.004 | 0.091 | 11.01 | -0.221 | 0.191 | -1.16 |
| 1/17/2017 | 252 | 1/13/2017 | 63.07% | 61.70% | 2.81% | -0.01% | 0.275 | 0.292 | 0.94 | 0.841 | 0.141 | 5.98 | 1.017 | 0.090 | 11.25 | -0.222 | 0.189 | -1.18 |
| 1/18/2017 | 252 | 1/17/2017 | 63.26% | 61.90% | 2.81% | -0.04% | 0.333 | 0.294 | 1.13 | 0.840 | 0.140 | 5.99 | 1.016 | 0.090 | 11.26 | -0.217 | 0.188 | -1.16 |
| 1/19/2017 | 252 | 1/18/2017 | 63.11% | 61.75% | 2.81% | -0.03% | 0.330 | 0.295 | 1.12 | 0.838 | 0.141 | 5.96 | 1.024 | 0.090 | 11.35 | -0.208 | 0.188 | -1.11 |
| 1/20/2017 | 252 | 1/19/2017 | 63.14% | 61.78% | 2.81% | -0.03% | 0.337 | 0.296 | 1.14 | 0.838 | 0.141 | 5.96 | 1.022 | 0.090 | 11.30 | -0.210 | 0.188 | -1.12 |
| 1/23/2017 | 252 | 1/20/2017 | 64.17% | 62.84% | 2.77% | 0.00% | 0.369 | 0.291 | 1.26 | 0.847 | 0.138 | 6.12 | 1.032 | 0.089 | 11.59 | -0.149 | 0.186 | -0.80 |
| 1/24/2017 | 252 | 1/23/2017 | 64.07% | 62.74% | 2.77% | 0.01% | 0.328 | 0.298 | 1.10 | 0.859 | 0.138 | 6.21 | 1.039 | 0.090 | 11.56 | -0.141 | 0.186 | -0.76 |
| 1/25/2017 | 252 | 1/24/2017 | 64.05% | 62.72% | 2.76% | 0.02% | 0.258 | 0.301 | 0.86 | 0.870 | 0.138 | 6.31 | 1.041 | 0.089 | 11.64 | -0.151 | 0.186 | -0.81 |
| 1/26/2017 | 252 | 1/25/2017 | 64.03% | 62.70% | 2.76% | 0.03% | 0.293 | 0.301 | 0.97 | 0.856 | 0.140 | 6.12 | 1.041 | 0.089 | 11.64 | -0.155 | 0.186 | -0.84 |
| 1/27/2017 | 252 | 1/26/2017 | 64.09% | 62.76% | 2.76% | 0.01% | 0.338 | 0.303 | 1.12 | 0.827 | 0.142 | 5.84 | 1.038 | 0.089 | 11.63 | -0.182 | 0.187 | -0.97 |
| 1/30/2017 | 252 | 1/27/2017 | 64.42% | 63.10% | 2.75% | 0.02% | 0.349 | 0.302 | 1.16 | 0.826 | 0.141 | 5.86 | 1.036 | 0.089 | 11.65 | -0.190 | 0.186 | -1.02 |
| 1/31/2017 | 252 | 1/30/2017 | 64.58% | 63.27% | 2.73% | 0.03% | 0.395 | 0.301 | 1.31 | 0.847 | 0.140 | 6.06 | 1.047 | 0.089 | 11.83 | -0.180 | 0.184 | -0.98 |
| 2/1/2017 | 252 | 1/31/2017 | 64.61% | 63.30% | 2.72% | 0.04% | 0.394 | 0.300 | 1.31 | 0.842 | 0.139 | 6.04 | 1.043 | 0.088 | 11.78 | -0.201 | 0.183 | -1.09 |
| 2/2/2017 | 252 | 2/1/2017 | 63.77% | 62.43% | 2.73% | 0.06% | 0.374 | 0.303 | 1.24 | 0.825 | 0.141 | 5.83 | 1.041 | 0.089 | 11.74 | -0.220 | 0.184 | -1.20 |
| 2/3/2017 | 252 | 2/2/2017 | 63.84% | 62.50% | 2.73% | 0.06% | 0.363 | 0.304 | 1.19 | 0.830 | 0.141 | 5.87 | 1.046 | 0.089 | 11.71 | -0.229 | 0.185 | -1.24 |
| 2/6/2017 | 252 | 2/3/2017 | 62.23% | 60.83% | 2.73% | 0.00% | 0.361 | 0.304 | 1.19 | 0.774 | 0.142 | 5.44 | 1.033 | 0.090 | 11.49 | -0.275 | 0.185 | -1.48 |
| 2/7/2017 | 252 | 2/6/2017 | 62.11% | 60.70% | 2.74% | 0.00% | 0.333 | 0.311 | 1.07 | 0.784 | 0.142 | 5.52 | 1.034 | 0.090 | 11.46 | -0.272 | 0.185 | -1.47 |
| 2/8/2017 | 252 | 2/7/2017 | 62.01% | 60.60% | 2.73% | 0.02% | 0.297 | 0.316 | 0.94 | 0.790 | 0.142 | 5.56 | 1.035 | 0.090 | 11.47 | -0.275 | 0.185 | -1.48 |
| 2/9/2017 | 252 | 2/8/2017 | 62.00% | 60.60% | 2.73% | 0.01% | 0.296 | 0.316 | 0.94 | 0.790 | 0.142 | 5.56 | 1.039 | 0.091 | 11.47 | -0.272 | 0.185 | -1.47 |
| 2/10/2017 | 252 | 2/9/2017 | 62.87% | 61.49% | 2.70% | -0.01% | 0.283 | 0.312 | 0.91 | 0.789 | 0.140 | 5.62 | 1.042 | 0.090 | 11.64 | -0.297 | 0.183 | -1.62 |
| 2/13/2017 | 252 | 2/10/2017 | 63.27% | 61.91% | 2.68% | 0.03% | 0.214 | 0.311 | 0.69 | 0.778 | 0.139 | 5.59 | 1.061 | 0.089 | 11.90 | -0.274 | 0.182 | -1.50 |
| 2/14/2017 | 252 | 2/13/2017 | 61.97% | 60.56% | 2.70% | 0.05% | 0.199 | 0.315 | 0.63 | 0.781 | 0.140 | 5.56 | 1.058 | 0.090 | 11.72 | -0.280 | 0.184 | -1.52 |
| 2/15/2017 | 252 | 2/14/2017 | 61.91% | 60.50% | 2.70% | 0.03% | 0.136 | 0.319 | 0.43 | 0.767 | 0.141 | 5.44 | 1.068 | 0.090 | 11.81 | -0.310 | 0.187 | -1.65 |
| 2/16/2017 | 252 | 2/15/2017 | 61.39% | 59.96% | 2.69% | 0.02% | 0.088 | 0.320 | 0.28 | 0.769 | 0.141 | 5.47 | 1.070 | 0.090 | 11.88 | -0.291 | 0.187 | -1.55 |
| 2/17/2017 | 252 | 2/16/2017 | 61.49% | 60.06% | 2.68% | 0.03% | 0.070 | 0.318 | 0.22 | 0.775 | 0.140 | 5.55 | 1.071 | 0.089 | 11.96 | -0.277 | 0.186 | -1.49 |
| 2/21/2017 | 252 | 2/17/2017 | 61.99% | 60.58% | 2.66% | 0.02% | 0.064 | 0.317 | 0.20 | 0.775 | 0.139 | 5.57 | 1.081 | 0.089 | 12.10 | -0.265 | 0.185 | -1.43 |
| 2/22/2017 | 252 | 2/21/2017 | 61.12% | 59.68% | 2.65% | 0.02% | 0.053 | 0.316 | 0.17 | 0.764 | 0.139 | 5.51 | 1.076 | 0.089 | 12.09 | -0.248 | 0.184 | -1.35 |
| 2/23/2017 | 252 | 2/22/2017 | 61.01% | 59.57% | 2.64% | 0.03% | 0.025 | 0.316 | 0.08 | 0.761 | 0.138 | 5.51 | 1.074 | 0.089 | 12.12 | -0.254 | 0.183 | -1.39 |
| 2/24/2017 | 252 | 2/23/2017 | 61.51% | 59.91% | 2.62% | 0.06% | 0.068 | 0.314 | 0.22 | 0.742 | 0.137 | 5.40 | 1.072 | 0.088 | 12.20 | -0.255 | 0.181 | -1.41 |
| 2/27/2017 | 252 | 2/24/2017 | 61.28% | 59.84% | 2.62% | 0.06% | 0.067 | 0.313 | 0.21 | 0.742 | 0.137 | 5.42 | 1.072 | 0.088 | 12.22 | -0.257 | 0.180 | -1.42 |
| 2/28/2017 | 252 | 2/27/2017 | 61.56% | 60.13% | 2.61% | 0.07% | 0.068 | 0.311 | 0.22 | 0.738 | 0.136 | 5.41 | 1.077 | 0.087 | 12.33 | -0.242 | 0.180 | -1.34 |
| 3/1/2017 | 252 | 2/28/2017 | 61.05% | 59.61% | 2.61% | 0.06% | 0.121 | 0.316 | 0.38 | 0.721 | 0.138 | 5.21 | 1.066 | 0.089 | 12.02 | -0.255 | 0.181 | -1.41 |
| 3/2/2017 | 252 | 3/1/2017 | 61.34% | 59.91% | 2.60% | 0.05% | 0.025 | 0.318 | 0.08 | 0.722 | 0.138 | 5.25 | 1.079 | 0.089 | 12.16 | -0.237 | 0.181 | -1.31 |
| 3/3/2017 | 252 | 3/2/2017 | 60.23% | 58.76% | 2.59% | 0.03% | 0.057 | 0.318 | 0.18 | 0.720 | 0.137 | 5.25 | 1.056 | 0.090 | 11.74 | -0.243 | 0.179 | -1.35 |
| 3/6/2017 | 252 | 3/3/2017 | 59.70% | 58.21% | 2.56% | 0.02% | 0.099 | 0.315 | 0.31 | 0.671 | 0.137 | 4.89 | 1.054 | 0.089 | 11.84 | -0.224 | 0.178 | -1.26 |
| 3/7/2017 | 252 | 3/6/2017 | 59.49% | 57.99% | 2.56% | 0.01% | 0.109 | 0.315 | 0.35 | 0.649 | 0.139 | 4.68 | 1.055 | 0.089 | 11.88 | -0.227 | 0.177 | -1.28 |
| 3/8/2017 | 252 | 3/7/2017 | 59.17% | 57.66% | 2.56% | 0.02% | 0.112 | 0.317 | 0.35 | 0.640 | 0.139 | 4.60 | 1.047 | 0.091 | 11.56 | -0.244 | 0.178 | -1.38 |
| 3/9/2017 | 252 | 3/8/2017 | 58.00% | 56.44% | 2.52% | 0.05% | 0.057 | 0.312 | 0.18 | 0.677 | 0.137 | 4.94 | 0.989 | 0.091 | 10.87 | -0.307 | 0.175 | -1.75 |
| 3/10/2017 | 252 | 3/9/2017 | 58.09% | 56.54% | 2.52% | 0.07% | 0.081 | 0.311 | 0.26 | 0.659 | 0.138 | 4.79 | 0.984 | 0.091 | 10.84 | -0.328 | 0.176 | -1.86 |
| 3/13/2017 | 252 | 3/10/2017 | 59.39% | 57.88% | 2.48% | 0.09% | -0.021 | 0.309 | -0.07 | 0.689 | 0.136 | 5.07 | 1.009 | 0.090 | 11.22 | -0.344 | 0.173 | -1.99 |
| 3/14/2017 | 252 | 3/13/2017 | 59.38% | 57.88% | 2.48% | 0.10% | 0.027 | 0.315 | 0.09 | 0.685 | 0.136 | 5.03 | 1.003 | 0.090 | 11.11 | -0.345 | 0.173 | -1.99 |
| 3/15/2017 | 252 | 3/14/2017 | 59.79% | 58.30% | 2.48% | 0.12% | 0.025 | 0.316 | 0.08 | 0.676 | 0.136 | 4.96 | 1.005 | 0.091 | 11.10 | -0.331 | 0.175 | -1.90 |
| 3/16/2017 | 252 | 3/15/2017 | 59.55% | 58.05% | 2.48% | 0.12% | 0.017 | 0.316 | 0.05 | 0.683 | 0.137 | 4.98 | 1.009 | 0.090 | 11.17 | -0.344 | 0.175 | -1.97 |
| 3/17/2017 | 252 | 3/16/2017 | 59.15% | 57.64% | 2.45% | 0.10% | 0.024 | 0.313 | 0.08 | 0.686 | 0.136 | 5.06 | 0.984 | 0.090 | 10.94 | -0.353 | 0.173 | -2.04 |
| 3/20/2017 | 252 | 3/17/2017 | 59.13% | 57.61% | 2.45% | 0.10% | -0.019 | 0.313 | -0.06 | 0.740 | 0.138 | 5.37 | 0.987 | 0.090 | 11.01 | -0.360 | 0.172 | -2.10 |
| 3/21/2017 | 252 | 3/20/2017 | 60.14% | 58.66% | 2.44% | 0.11% | -0.012 | 0.312 | -0.04 | 0.737 | 0.137 | 5.36 | 0.988 | 0.089 | 11.05 | -0.360 | 0.171 | -2.10 |
| 3/22/2017 | 252 | 3/21/2017 | 59.86% | 58.37% | 2.45% | 0.09% | 0.019 | 0.312 | 0.06 | 0.746 | 0.138 | 5.41 | 0.993 | 0.090 | 11.07 | -0.351 | 0.172 | -2.04 |
| 3/23/2017 | 252 | 3/22/2017 | 59.90% | 58.42% | 2.45% | 0.09% | 0.021 | 0.312 | 0.07 | 0.743 | 0.138 | 5.39 | 0.992 | 0.090 | 11.05 | -0.354 | 0.172 | -2.05 |
| 3/24/2017 | 252 | 3/23/2017 | 58.74% | 57.21% | 2.45% | 0.09% | 0.023 | 0.312 | 0.07 | 0.740 | 0.138 | 5.37 | 0.988 | 0.091 | 10.91 | -0.359 | 0.172 | -2.08 |

221

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index Coefficient | Standard Error | $t$-statistic | Brazilian Market Index Logarithmic Return Coefficient | Standard Error | $t$-statistic | Sector Index Return Coefficient | Standard Error | $t$-statistic | Foreign Exchange Logarithmic Return Coefficient | Standard Error | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2017 | 252 | 3/24/2017 | 58.67% | 57.14% | 2.45% | 0.08% | 0.038 | 0.312 | 0.12 | 0.745 | 0.138 | 5.42 | 0.978 | 0.091 | 10.80 | -0.359 | 0.172 | -2.09 |
| 3/28/2017 | 252 | 3/27/2017 | 58.64% | 57.11% | 2.45% | 0.08% | 0.037 | 0.312 | 0.12 | 0.746 | 0.138 | 5.40 | 0.977 | 0.091 | 10.79 | -0.361 | 0.172 | -2.11 |
| 3/29/2017 | 252 | 3/28/2017 | 58.96% | 57.44% | 2.44% | 0.09% | 0.070 | 0.312 | 0.23 | 0.745 | 0.138 | 5.41 | 0.981 | 0.090 | 10.86 | -0.348 | 0.171 | -2.04 |
| 3/30/2017 | 252 | 3/29/2017 | 59.00% | 57.48% | 2.43% | 0.08% | 0.061 | 0.311 | 0.19 | 0.750 | 0.137 | 5.46 | 0.982 | 0.090 | 10.89 | -0.340 | 0.171 | -1.98 |
| 3/31/2017 | 252 | 3/30/2017 | 59.14% | 57.63% | 2.43% | 0.07% | 0.042 | 0.311 | 0.14 | 0.768 | 0.138 | 5.55 | 0.986 | 0.090 | 10.94 | -0.332 | 0.171 | -1.94 |
| 4/3/2017 | 252 | 3/31/2017 | 59.07% | 57.56% | 2.43% | 0.06% | 0.043 | 0.311 | 0.14 | 0.770 | 0.138 | 5.57 | 0.986 | 0.090 | 10.94 | -0.324 | 0.171 | -1.89 |
| 4/4/2017 | 252 | 4/3/2017 | 58.69% | 57.16% | 2.43% | 0.06% | 0.051 | 0.311 | 0.16 | 0.767 | 0.139 | 5.50 | 0.985 | 0.090 | 10.92 | -0.323 | 0.171 | -1.89 |
| 4/5/2017 | 252 | 4/4/2017 | 58.90% | 57.38% | 2.43% | 0.06% | 0.068 | 0.315 | 0.22 | 0.761 | 0.140 | 5.43 | 0.982 | 0.091 | 10.83 | -0.336 | 0.172 | -1.95 |
| 4/6/2017 | 252 | 4/5/2017 | 58.98% | 57.46% | 2.43% | 0.06% | 0.073 | 0.319 | 0.23 | 0.760 | 0.143 | 5.32 | 0.983 | 0.091 | 10.83 | -0.340 | 0.173 | -1.97 |
| 4/7/2017 | 252 | 4/6/2017 | 58.71% | 57.18% | 2.44% | 0.04% | 0.071 | 0.323 | 0.22 | 0.761 | 0.145 | 5.26 | 0.980 | 0.091 | 10.76 | -0.356 | 0.174 | -2.04 |
| 4/10/2017 | 252 | 4/7/2017 | 57.90% | 56.34% | 2.43% | 0.03% | 0.106 | 0.323 | 0.33 | 0.742 | 0.145 | 5.12 | 0.973 | 0.091 | 10.71 | -0.335 | 0.175 | -1.92 |
| 4/11/2017 | 252 | 4/10/2017 | 57.59% | 56.02% | 2.42% | 0.01% | 0.161 | 0.323 | 0.50 | 0.766 | 0.145 | 5.29 | 0.952 | 0.091 | 10.47 | -0.279 | 0.177 | -1.58 |
| 4/12/2017 | 252 | 4/11/2017 | 57.29% | 55.71% | 2.41% | -0.01% | 0.158 | 0.321 | 0.49 | 0.736 | 0.146 | 5.06 | 0.944 | 0.090 | 10.44 | -0.306 | 0.177 | -1.73 |
| 4/13/2017 | 252 | 4/12/2017 | 57.03% | 55.44% | 2.41% | -0.02% | 0.136 | 0.322 | 0.42 | 0.726 | 0.146 | 4.98 | 0.947 | 0.090 | 10.57 | -0.316 | 0.177 | -1.79 |
| 4/17/2017 | 252 | 4/13/2017 | 57.09% | 55.51% | 2.38% | 0.02% | 0.145 | 0.319 | 0.45 | 0.690 | 0.144 | 4.78 | 0.940 | 0.089 | 10.58 | -0.342 | 0.175 | -1.95 |
| 4/18/2017 | 252 | 4/17/2017 | 57.20% | 55.62% | 2.38% | 0.02% | 0.123 | 0.319 | 0.39 | 0.694 | 0.145 | 4.78 | 0.948 | 0.089 | 10.67 | -0.323 | 0.177 | -1.83 |
| 4/19/2017 | 252 | 4/18/2017 | 57.03% | 55.44% | 2.39% | 0.01% | 0.139 | 0.321 | 0.43 | 0.690 | 0.145 | 4.75 | 0.947 | 0.089 | 10.64 | -0.322 | 0.180 | -1.79 |
| 4/20/2017 | 252 | 4/19/2017 | 56.40% | 54.78% | 2.38% | 0.01% | 0.174 | 0.320 | 0.54 | 0.690 | 0.145 | 4.75 | 0.932 | 0.089 | 10.45 | -0.282 | 0.180 | -1.56 |
| 4/21/2017 | 252 | 4/20/2017 | 57.66% | 56.09% | 2.34% | -0.02% | 0.129 | 0.314 | 0.41 | 0.709 | 0.142 | 4.98 | 0.950 | 0.088 | 10.85 | -0.266 | 0.177 | -1.51 |
| 4/24/2017 | 252 | 4/21/2017 | 58.93% | 57.40% | 2.27% | 0.02% | 0.047 | 0.306 | 0.15 | 0.727 | 0.138 | 5.26 | 0.956 | 0.085 | 11.25 | -0.257 | 0.172 | -1.50 |
| 4/25/2017 | 252 | 4/24/2017 | 58.91% | 57.39% | 2.27% | 0.02% | 0.043 | 0.305 | 0.14 | 0.726 | 0.138 | 5.25 | 0.956 | 0.085 | 11.24 | -0.255 | 0.172 | -1.48 |
| 4/26/2017 | 252 | 4/25/2017 | 58.65% | 57.11% | 2.27% | 0.04% | 0.064 | 0.304 | 0.21 | 0.714 | 0.139 | 5.15 | 0.947 | 0.085 | 11.13 | -0.263 | 0.171 | -1.54 |
| 4/27/2017 | 252 | 4/26/2017 | 58.63% | 57.10% | 2.27% | 0.03% | 0.056 | 0.305 | 0.18 | 0.719 | 0.139 | 5.16 | 0.948 | 0.085 | 11.11 | -0.271 | 0.171 | -1.58 |
| 4/28/2017 | 252 | 4/27/2017 | 58.19% | 56.47% | 2.27% | 0.03% | 0.074 | 0.307 | 0.24 | 0.706 | 0.141 | 5.01 | 0.943 | 0.086 | 10.96 | -0.280 | 0.172 | -1.62 |
| 5/1/2017 | 252 | 4/28/2017 | 58.14% | 56.59% | 2.27% | 0.03% | 0.063 | 0.306 | 0.21 | 0.712 | 0.140 | 5.07 | 0.943 | 0.086 | 10.98 | -0.279 | 0.172 | -1.62 |
| 5/2/2017 | 252 | 5/1/2017 | 58.07% | 56.52% | 2.27% | 0.04% | 0.066 | 0.307 | 0.22 | 0.709 | 0.141 | 5.03 | 0.942 | 0.086 | 10.93 | -0.283 | 0.173 | -1.63 |
| 5/3/2017 | 252 | 5/2/2017 | 58.50% | 56.97% | 2.27% | 0.04% | 0.058 | 0.308 | 0.19 | 0.708 | 0.140 | 5.05 | 0.942 | 0.086 | 10.94 | -0.291 | 0.175 | -1.66 |
| 5/4/2017 | 252 | 5/3/2017 | 57.85% | 56.29% | 2.27% | 0.04% | 0.049 | 0.309 | 0.16 | 0.707 | 0.140 | 5.03 | 0.945 | 0.086 | 10.95 | -0.287 | 0.175 | -1.64 |
| 5/5/2017 | 252 | 5/4/2017 | 58.24% | 56.69% | 2.25% | 0.05% | -0.027 | 0.305 | -0.09 | 0.747 | 0.139 | 5.38 | 0.940 | 0.085 | 11.04 | -0.297 | 0.173 | -1.72 |
| 5/8/2017 | 252 | 5/5/2017 | 58.08% | 56.53% | 2.24% | 0.06% | -0.010 | 0.305 | -0.03 | 0.731 | 0.139 | 5.26 | 0.934 | 0.085 | 10.99 | -0.311 | 0.173 | -1.79 |
| 5/9/2017 | 252 | 5/8/2017 | 58.09% | 56.54% | 2.24% | 0.06% | -0.014 | 0.304 | -0.05 | 0.736 | 0.139 | 5.29 | 0.934 | 0.085 | 10.99 | -0.302 | 0.173 | -1.75 |
| 5/10/2017 | 252 | 5/9/2017 | 56.48% | 54.87% | 2.24% | 0.07% | 0.029 | 0.309 | 0.09 | 0.735 | 0.139 | 5.29 | 0.908 | 0.089 | 10.17 | -0.308 | 0.173 | -1.78 |
| 5/11/2017 | 252 | 5/10/2017 | 56.07% | 54.44% | 2.24% | 0.07% | 0.032 | 0.309 | 0.10 | 0.740 | 0.140 | 5.28 | 0.910 | 0.089 | 10.17 | -0.304 | 0.173 | -1.76 |
| 5/12/2017 | 252 | 5/11/2017 | 56.04% | 54.41% | 2.24% | 0.06% | 0.048 | 0.311 | 0.15 | 0.739 | 0.140 | 5.28 | 0.908 | 0.090 | 10.11 | -0.298 | 0.173 | -1.72 |
| 5/15/2017 | 252 | 5/12/2017 | 55.92% | 54.28% | 2.24% | 0.06% | 0.069 | 0.311 | 0.22 | 0.743 | 0.141 | 5.29 | 0.900 | 0.090 | 9.99 | -0.281 | 0.174 | -1.61 |
| 5/16/2017 | 252 | 5/15/2017 | 55.90% | 54.26% | 2.22% | 0.09% | 0.046 | 0.308 | 0.15 | 0.716 | 0.140 | 5.12 | 0.912 | 0.089 | 10.20 | -0.267 | 0.172 | -1.55 |
| 5/17/2017 | 252 | 5/16/2017 | 55.83% | 54.20% | 2.22% | 0.10% | 0.021 | 0.310 | 0.07 | 0.721 | 0.140 | 5.13 | 0.916 | 0.090 | 10.22 | -0.267 | 0.173 | -1.54 |
| 5/18/2017 | 252 | 5/17/2017 | 56.72% | 55.12% | 2.22% | 0.09% | 0.040 | 0.306 | 0.13 | 0.736 | 0.141 | 5.23 | 0.908 | 0.090 | 10.13 | -0.251 | 0.173 | -1.45 |
| 5/19/2017 | 252 | 5/18/2017 | 56.68% | 55.08% | 2.22% | 0.09% | 0.098 | 0.299 | 0.33 | 0.665 | 0.132 | 5.05 | 0.930 | 0.092 | 10.08 | -0.219 | 0.169 | -1.30 |
| 5/22/2017 | 252 | 5/19/2017 | 56.65% | 55.04% | 2.22% | 0.10% | 0.094 | 0.299 | 0.31 | 0.657 | 0.132 | 5.00 | 0.933 | 0.093 | 10.08 | -0.242 | 0.166 | -1.46 |
| 5/23/2017 | 252 | 5/22/2017 | 56.92% | 55.33% | 2.21% | 0.12% | 0.162 | 0.298 | 0.54 | 0.621 | 0.131 | 4.75 | 0.923 | 0.092 | 10.01 | -0.277 | 0.166 | -1.67 |
| 5/24/2017 | 252 | 5/23/2017 | 56.97% | 55.38% | 2.21% | 0.12% | 0.168 | 0.298 | 0.56 | 0.615 | 0.130 | 4.73 | 0.921 | 0.093 | 9.96 | -0.281 | 0.166 | -1.69 |
| 5/25/2017 | 252 | 5/24/2017 | 56.64% | 55.03% | 2.21% | 0.11% | 0.199 | 0.306 | 0.65 | 0.600 | 0.130 | 4.60 | 0.915 | 0.094 | 9.72 | -0.294 | 0.166 | -1.77 |
| 5/26/2017 | 252 | 5/25/2017 | 56.41% | 54.79% | 2.21% | 0.11% | 0.205 | 0.305 | 0.67 | 0.599 | 0.130 | 4.60 | 0.912 | 0.094 | 9.65 | -0.295 | 0.166 | -1.78 |
| 5/30/2017 | 252 | 5/26/2017 | 56.51% | 54.90% | 2.21% | 0.11% | 0.204 | 0.305 | 0.67 | 0.598 | 0.130 | 4.61 | 0.912 | 0.094 | 9.66 | -0.296 | 0.166 | -1.78 |
| 5/31/2017 | 252 | 5/30/2017 | 56.43% | 54.81% | 2.22% | 0.13% | 0.189 | 0.309 | 0.61 | 0.596 | 0.131 | 4.56 | 0.914 | 0.096 | 9.57 | -0.300 | 0.167 | -1.80 |
| 6/1/2017 | 252 | 5/31/2017 | 56.62% | 55.01% | 2.22% | 0.13% | 0.136 | 0.309 | 0.44 | 0.613 | 0.129 | 4.75 | 0.944 | 0.096 | 9.80 | -0.257 | 0.166 | -1.55 |
| 6/2/2017 | 252 | 6/1/2017 | 56.40% | 54.78% | 2.22% | 0.11% | 0.093 | 0.308 | 0.30 | 0.614 | 0.129 | 4.75 | 0.950 | 0.097 | 9.84 | -0.268 | 0.166 | -1.61 |
| 6/5/2017 | 252 | 6/2/2017 | 56.38% | 54.77% | 2.22% | 0.11% | 0.097 | 0.307 | 0.32 | 0.609 | 0.130 | 4.69 | 0.948 | 0.096 | 9.85 | -0.271 | 0.166 | -1.64 |
| 6/6/2017 | 252 | 6/5/2017 | 55.41% | 53.76% | 2.20% | 0.08% | 0.233 | 0.308 | 0.76 | 0.602 | 0.128 | 4.69 | 0.896 | 0.097 | 9.22 | -0.256 | 0.164 | -1.56 |
| 6/7/2017 | 252 | 6/6/2017 | 55.44% | 53.79% | 2.19% | 0.06% | 0.221 | 0.306 | 0.72 | 0.622 | 0.128 | 4.86 | 0.889 | 0.097 | 9.20 | -0.232 | 0.164 | -1.42 |

222

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 6/8/2017 | 252 | 6/7/2017 | 55.54% | 53.90% | 2.19% | 0.07% | 0.229 | 0.306 | 0.75 | 0.617 | 0.128 | 4.82 | 0.886 | 0.097 | 9.17 | -0.244 | 0.164 | -1.49 |
| 6/9/2017 | 252 | 6/8/2017 | 55.15% | 53.48% | 2.19% | 0.07% | 0.224 | 0.307 | 0.73 | 0.620 | 0.128 | 4.85 | 0.887 | 0.097 | 9.18 | -0.247 | 0.165 | -1.50 |
| 6/12/2017 | 252 | 6/9/2017 | 55.24% | 53.58% | 2.15% | 0.10% | 0.249 | 0.302 | 0.83 | 0.624 | 0.126 | 4.95 | 0.869 | 0.095 | 9.12 | -0.215 | 0.162 | -1.33 |
| 6/13/2017 | 252 | 6/12/2017 | 54.74% | 53.06% | 2.16% | 0.10% | 0.243 | 0.303 | 0.80 | 0.618 | 0.127 | 4.86 | 0.868 | 0.095 | 9.10 | -0.224 | 0.163 | -1.37 |
| 6/14/2017 | 252 | 6/13/2017 | 54.47% | 52.78% | 2.16% | 0.09% | 0.217 | 0.306 | 0.71 | 0.622 | 0.129 | 4.84 | 0.872 | 0.096 | 9.09 | -0.220 | 0.165 | -1.33 |
| 6/15/2017 | 252 | 6/14/2017 | 54.21% | 52.51% | 2.16% | 0.10% | 0.225 | 0.306 | 0.73 | 0.619 | 0.129 | 4.78 | 0.864 | 0.096 | 9.04 | -0.231 | 0.165 | -1.40 |
| 6/16/2017 | 252 | 6/15/2017 | 54.05% | 52.35% | 2.17% | 0.11% | 0.221 | 0.308 | 0.72 | 0.621 | 0.130 | 4.79 | 0.861 | 0.096 | 8.97 | -0.232 | 0.165 | -1.40 |
| 6/19/2017 | 252 | 6/16/2017 | 54.12% | 52.42% | 2.16% | 0.11% | 0.219 | 0.307 | 0.71 | 0.615 | 0.130 | 4.75 | 0.863 | 0.096 | 9.00 | -0.231 | 0.165 | -1.40 |
| 6/20/2017 | 252 | 6/19/2017 | 54.35% | 52.66% | 2.16% | 0.11% | 0.217 | 0.307 | 0.70 | 0.614 | 0.130 | 4.74 | 0.865 | 0.096 | 9.00 | -0.235 | 0.166 | -1.42 |
| 6/21/2017 | 252 | 6/20/2017 | 54.21% | 52.52% | 2.16% | 0.11% | 0.220 | 0.307 | 0.72 | 0.615 | 0.130 | 4.74 | 0.864 | 0.096 | 8.98 | -0.237 | 0.166 | -1.43 |
| 6/22/2017 | 252 | 6/21/2017 | 54.03% | 52.33% | 2.17% | 0.11% | 0.209 | 0.308 | 0.68 | 0.609 | 0.130 | 4.67 | 0.869 | 0.097 | 8.97 | -0.241 | 0.167 | -1.45 |
| 6/23/2017 | 252 | 6/22/2017 | 54.28% | 52.59% | 2.16% | 0.10% | 0.208 | 0.307 | 0.68 | 0.630 | 0.131 | 4.80 | 0.870 | 0.096 | 9.03 | -0.214 | 0.168 | -1.28 |
| 6/26/2017 | 252 | 6/23/2017 | 53.83% | 52.12% | 2.16% | 0.09% | 0.193 | 0.308 | 0.62 | 0.627 | 0.131 | 4.78 | 0.868 | 0.096 | 9.04 | -0.215 | 0.168 | -1.28 |
| 6/27/2017 | 252 | 6/26/2017 | 52.48% | 50.72% | 2.16% | 0.11% | 0.076 | 0.331 | 0.23 | 0.631 | 0.131 | 4.82 | 0.878 | 0.096 | 9.10 | -0.222 | 0.167 | -1.33 |
| 6/28/2017 | 252 | 6/27/2017 | 52.17% | 50.39% | 2.16% | 0.12% | 0.048 | 0.338 | 0.14 | 0.629 | 0.131 | 4.80 | 0.883 | 0.097 | 9.12 | -0.222 | 0.168 | -1.33 |
| 6/29/2017 | 252 | 6/28/2017 | 51.81% | 50.02% | 2.15% | 0.11% | -0.062 | 0.342 | -0.18 | 0.651 | 0.131 | 4.98 | 0.897 | 0.096 | 9.30 | -0.180 | 0.168 | -1.07 |
| 6/30/2017 | 252 | 6/29/2017 | 51.65% | 49.85% | 2.15% | 0.12% | -0.049 | 0.344 | -0.14 | 0.650 | 0.131 | 4.98 | 0.895 | 0.096 | 9.29 | -0.185 | 0.169 | -1.09 |
| 7/3/2017 | 252 | 6/30/2017 | 51.36% | 49.56% | 2.15% | 0.11% | -0.043 | 0.345 | -0.12 | 0.647 | 0.130 | 4.97 | 0.898 | 0.097 | 9.28 | -0.186 | 0.169 | -1.10 |
| 7/5/2017 | 252 | 7/3/2017 | 51.47% | 49.67% | 2.15% | 0.12% | -0.052 | 0.345 | -0.15 | 0.656 | 0.131 | 5.01 | 0.904 | 0.097 | 9.31 | -0.174 | 0.170 | -1.02 |
| 7/6/2017 | 252 | 7/5/2017 | 51.07% | 49.26% | 2.15% | 0.13% | -0.088 | 0.346 | -0.26 | 0.665 | 0.131 | 5.09 | 0.906 | 0.097 | 9.34 | -0.156 | 0.170 | -0.92 |
| 7/7/2017 | 252 | 7/6/2017 | 51.15% | 49.34% | 2.14% | 0.14% | -0.114 | 0.343 | -0.33 | 0.665 | 0.131 | 5.09 | 0.916 | 0.097 | 9.44 | -0.147 | 0.170 | -0.87 |
| 7/10/2017 | 252 | 7/7/2017 | 51.42% | 49.62% | 2.14% | 0.16% | -0.103 | 0.340 | -0.30 | 0.670 | 0.130 | 5.14 | 0.913 | 0.096 | 9.47 | -0.135 | 0.170 | -0.79 |
| 7/11/2017 | 252 | 7/10/2017 | 51.58% | 49.79% | 2.14% | 0.17% | -0.070 | 0.341 | -0.21 | 0.670 | 0.130 | 5.15 | 0.919 | 0.096 | 9.58 | -0.152 | 0.170 | -0.89 |
| 7/12/2017 | 252 | 7/11/2017 | 51.30% | 49.50% | 2.14% | 0.16% | -0.054 | 0.340 | -0.16 | 0.663 | 0.130 | 5.09 | 0.913 | 0.096 | 9.51 | -0.158 | 0.171 | -0.93 |
| 7/13/2017 | 252 | 7/12/2017 | 51.28% | 49.48% | 2.13% | 0.15% | -0.078 | 0.339 | -0.23 | 0.666 | 0.130 | 5.12 | 0.912 | 0.096 | 9.55 | -0.154 | 0.170 | -0.91 |
| 7/14/2017 | 252 | 7/13/2017 | 50.47% | 48.63% | 2.15% | 0.13% | -0.059 | 0.342 | -0.17 | 0.652 | 0.131 | 4.98 | 0.903 | 0.096 | 9.38 | -0.168 | 0.172 | -0.98 |
| 7/17/2017 | 252 | 7/14/2017 | 51.20% | 49.39% | 2.13% | 0.16% | -0.037 | 0.338 | -0.11 | 0.670 | 0.130 | 5.15 | 0.903 | 0.095 | 9.46 | -0.162 | 0.170 | -0.96 |
| 7/18/2017 | 252 | 7/17/2017 | 51.21% | 49.41% | 2.13% | 0.15% | -0.036 | 0.338 | -0.11 | 0.672 | 0.130 | 5.16 | 0.902 | 0.095 | 9.46 | -0.161 | 0.170 | -0.94 |
| 7/19/2017 | 252 | 7/18/2017 | 51.09% | 49.28% | 2.13% | 0.16% | -0.033 | 0.339 | -0.10 | 0.669 | 0.130 | 5.13 | 0.899 | 0.095 | 9.43 | -0.168 | 0.170 | -0.99 |
| 7/20/2017 | 252 | 7/19/2017 | 50.96% | 49.15% | 2.13% | 0.16% | -0.033 | 0.338 | -0.10 | 0.678 | 0.130 | 5.20 | 0.886 | 0.096 | 9.23 | -0.166 | 0.170 | -0.98 |
| 7/21/2017 | 252 | 7/20/2017 | 50.51% | 48.68% | 2.14% | 0.15% | -0.050 | 0.342 | -0.15 | 0.687 | 0.131 | 5.25 | 0.893 | 0.097 | 9.18 | -0.148 | 0.170 | -0.87 |
| 7/24/2017 | 252 | 7/21/2017 | 50.60% | 48.77% | 2.14% | 0.14% | -0.025 | 0.342 | -0.07 | 0.684 | 0.131 | 5.24 | 0.887 | 0.097 | 9.11 | -0.153 | 0.170 | -0.90 |
| 7/25/2017 | 252 | 7/24/2017 | 50.85% | 49.03% | 2.14% | 0.15% | -0.020 | 0.343 | -0.06 | 0.689 | 0.131 | 5.27 | 0.885 | 0.097 | 9.09 | -0.150 | 0.170 | -0.88 |
| 7/26/2017 | 252 | 7/25/2017 | 51.10% | 49.29% | 2.14% | 0.14% | -0.022 | 0.342 | -0.06 | 0.687 | 0.130 | 5.27 | 0.892 | 0.096 | 9.25 | -0.155 | 0.169 | -0.91 |
| 7/27/2017 | 252 | 7/26/2017 | 50.41% | 48.58% | 2.14% | 0.13% | 0.006 | 0.344 | 0.02 | 0.697 | 0.130 | 5.37 | 0.876 | 0.099 | 8.87 | -0.142 | 0.168 | -0.85 |
| 7/28/2017 | 252 | 7/27/2017 | 50.50% | 48.46% | 2.14% | 0.13% | 0.007 | 0.346 | 0.02 | 0.697 | 0.130 | 5.36 | 0.876 | 0.099 | 8.81 | -0.142 | 0.169 | -0.84 |
| 7/31/2017 | 252 | 7/28/2017 | 50.07% | 48.22% | 2.15% | 0.15% | 0.021 | 0.347 | 0.06 | 0.694 | 0.131 | 5.31 | 0.862 | 0.100 | 8.66 | -0.158 | 0.169 | -0.93 |
| 8/1/2017 | 252 | 7/31/2017 | 50.26% | 48.42% | 2.15% | 0.17% | -0.005 | 0.346 | -0.01 | 0.699 | 0.130 | 5.36 | 0.871 | 0.099 | 8.77 | -0.169 | 0.169 | -1.00 |
| 8/2/2017 | 252 | 8/1/2017 | 50.18% | 48.33% | 2.14% | 0.18% | -0.020 | 0.344 | -0.06 | 0.692 | 0.130 | 5.33 | 0.874 | 0.099 | 8.87 | -0.170 | 0.169 | -1.01 |
| 8/3/2017 | 252 | 8/2/2017 | 50.34% | 48.50% | 2.14% | 0.16% | 0.006 | 0.345 | 0.02 | 0.696 | 0.130 | 5.37 | 0.872 | 0.098 | 8.86 | -0.161 | 0.169 | -0.96 |
| 8/4/2017 | 252 | 8/3/2017 | 50.24% | 48.40% | 2.13% | 0.16% | -0.002 | 0.344 | -0.01 | 0.689 | 0.129 | 5.32 | 0.871 | 0.098 | 8.88 | -0.163 | 0.168 | -0.97 |
| 8/7/2017 | 252 | 8/4/2017 | 50.48% | 48.65% | 2.13% | 0.16% | 0.001 | 0.344 | 0.00 | 0.691 | 0.129 | 5.34 | 0.873 | 0.098 | 8.90 | -0.151 | 0.168 | -0.90 |
| 8/8/2017 | 252 | 8/7/2017 | 50.36% | 48.52% | 2.13% | 0.16% | -0.026 | 0.347 | -0.08 | 0.703 | 0.129 | 5.43 | 0.878 | 0.098 | 8.92 | -0.140 | 0.169 | -0.83 |
| 8/9/2017 | 252 | 8/8/2017 | 50.36% | 48.52% | 2.13% | 0.16% | -0.019 | 0.347 | -0.05 | 0.702 | 0.130 | 5.42 | 0.878 | 0.098 | 8.91 | -0.140 | 0.169 | -0.83 |
| 8/10/2017 | 252 | 8/9/2017 | 50.56% | 48.73% | 2.13% | 0.14% | -0.032 | 0.347 | -0.09 | 0.705 | 0.129 | 5.44 | 0.885 | 0.099 | 8.96 | -0.134 | 0.169 | -0.80 |
| 8/11/2017 | 252 | 8/10/2017 | 50.59% | 48.76% | 2.12% | 0.15% | -0.018 | 0.338 | -0.05 | 0.687 | 0.129 | 5.31 | 0.880 | 0.098 | 9.00 | -0.158 | 0.169 | -0.94 |
| 8/14/2017 | 252 | 8/11/2017 | 50.45% | 48.61% | 2.12% | 0.15% | -0.024 | 0.339 | -0.07 | 0.682 | 0.131 | 5.22 | 0.883 | 0.098 | 9.02 | -0.165 | 0.170 | -0.97 |
| 8/15/2017 | 252 | 8/14/2017 | 50.15% | 48.31% | 2.12% | 0.15% | -0.018 | 0.336 | -0.05 | 0.690 | 0.131 | 5.27 | 0.876 | 0.098 | 8.95 | -0.149 | 0.171 | -0.87 |
| 8/16/2017 | 252 | 8/15/2017 | 50.21% | 48.37% | 2.12% | 0.16% | -0.025 | 0.336 | -0.07 | 0.692 | 0.131 | 5.28 | 0.879 | 0.098 | 8.94 | -0.149 | 0.171 | -0.87 |
| 8/17/2017 | 252 | 8/16/2017 | 51.17% | 49.36% | 2.11% | 0.15% | 0.003 | 0.334 | 0.01 | 0.690 | 0.130 | 5.31 | 0.882 | 0.097 | 9.08 | -0.155 | 0.170 | -0.92 |
| 8/18/2017 | 252 | 8/17/2017 | 51.31% | 49.51% | 2.11% | 0.14% | 0.028 | 0.330 | 0.08 | 0.688 | 0.130 | 5.28 | 0.881 | 0.097 | 9.06 | -0.157 | 0.170 | -0.93 |

223

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 8/21/2017 | 252 | 8/18/2017 | 51.31% | 49.51% | 2.11% | 0.15% | 0.019 | 0.329 | 0.06 | 0.694 | 0.130 | 5.33 | 0.886 | 0.097 | 9.11 | -0.149 | 0.170 | -0.88 |
| 8/22/2017 | 252 | 8/21/2017 | 51.85% | 50.07% | 2.09% | 0.13% | -0.009 | 0.328 | -0.03 | 0.706 | 0.130 | 5.44 | 0.907 | 0.097 | 9.30 | -0.122 | 0.170 | -0.72 |
| 8/23/2017 | 252 | 8/22/2017 | 51.55% | 49.76% | 2.10% | 0.13% | -0.037 | 0.328 | -0.11 | 0.666 | 0.131 | 5.10 | 0.909 | 0.098 | 9.30 | -0.158 | 0.170 | -0.93 |
| 8/24/2017 | 252 | 8/23/2017 | 51.81% | 50.02% | 2.10% | 0.13% | -0.061 | 0.327 | -0.19 | 0.662 | 0.131 | 5.06 | 0.916 | 0.097 | 9.41 | -0.171 | 0.171 | -1.00 |
| 8/25/2017 | 252 | 8/24/2017 | 50.91% | 49.09% | 2.11% | 0.14% | -0.080 | 0.329 | -0.24 | 0.673 | 0.131 | 5.12 | 0.922 | 0.100 | 9.26 | -0.159 | 0.172 | -0.92 |
| 8/28/2017 | 252 | 8/25/2017 | 51.00% | 49.19% | 2.11% | 0.15% | -0.093 | 0.329 | -0.28 | 0.674 | 0.131 | 5.14 | 0.927 | 0.100 | 9.29 | -0.157 | 0.172 | -0.91 |
| 8/29/2017 | 252 | 8/28/2017 | 51.08% | 49.27% | 2.10% | 0.16% | -0.099 | 0.327 | -0.30 | 0.684 | 0.131 | 5.23 | 0.925 | 0.099 | 9.33 | -0.139 | 0.172 | -0.81 |
| 8/30/2017 | 252 | 8/29/2017 | 50.91% | 49.09% | 2.10% | 0.16% | -0.096 | 0.327 | -0.29 | 0.684 | 0.131 | 5.22 | 0.925 | 0.099 | 9.31 | -0.142 | 0.172 | -0.83 |
| 8/31/2017 | 252 | 8/30/2017 | 50.75% | 48.92% | 2.10% | 0.16% | -0.098 | 0.327 | -0.30 | 0.685 | 0.131 | 5.24 | 0.923 | 0.100 | 9.22 | -0.140 | 0.172 | -0.82 |
| 9/1/2017 | 252 | 8/31/2017 | 50.62% | 48.79% | 2.10% | 0.17% | -0.077 | 0.326 | -0.24 | 0.667 | 0.131 | 5.10 | 0.919 | 0.100 | 9.19 | -0.161 | 0.172 | -0.94 |
| 9/5/2017 | 252 | 9/1/2017 | 50.57% | 48.74% | 2.10% | 0.17% | -0.070 | 0.326 | -0.22 | 0.660 | 0.131 | 5.05 | 0.916 | 0.100 | 9.16 | -0.172 | 0.172 | -0.99 |
| 9/6/2017 | 252 | 9/5/2017 | 50.39% | 48.55% | 2.10% | 0.17% | -0.092 | 0.324 | -0.29 | 0.649 | 0.131 | 4.94 | 0.919 | 0.100 | 9.20 | -0.185 | 0.173 | -1.07 |
| 9/7/2017 | 252 | 9/6/2017 | 50.60% | 48.78% | 2.09% | 0.17% | -0.120 | 0.323 | -0.37 | 0.632 | 0.131 | 4.82 | 0.934 | 0.100 | 9.31 | -0.224 | 0.175 | -1.28 |
| 9/8/2017 | 252 | 9/7/2017 | 51.15% | 49.34% | 2.09% | 0.18% | -0.118 | 0.323 | -0.36 | 0.632 | 0.131 | 4.82 | 0.934 | 0.100 | 9.30 | -0.225 | 0.175 | -1.29 |
| 9/11/2017 | 252 | 9/8/2017 | 50.71% | 48.89% | 2.10% | 0.17% | -0.134 | 0.324 | -0.41 | 0.640 | 0.132 | 4.86 | 0.944 | 0.100 | 9.40 | -0.209 | 0.176 | -1.19 |
| 9/12/2017 | 252 | 9/11/2017 | 49.71% | 47.85% | 2.10% | 0.16% | -0.079 | 0.326 | -0.24 | 0.649 | 0.131 | 4.94 | 0.945 | 0.100 | 9.46 | -0.203 | 0.175 | -1.16 |
| 9/13/2017 | 252 | 9/12/2017 | 49.63% | 47.76% | 2.09% | 0.16% | -0.114 | 0.329 | -0.35 | 0.650 | 0.131 | 4.96 | 0.947 | 0.100 | 9.48 | -0.203 | 0.174 | -1.17 |
| 9/14/2017 | 252 | 9/13/2017 | 47.90% | 45.97% | 2.09% | 0.16% | -0.151 | 0.330 | -0.46 | 0.641 | 0.131 | 4.90 | 0.941 | 0.100 | 9.40 | -0.200 | 0.174 | -1.15 |
| 9/15/2017 | 252 | 9/14/2017 | 47.78% | 45.85% | 2.09% | 0.15% | -0.153 | 0.331 | -0.46 | 0.637 | 0.131 | 4.85 | 0.947 | 0.100 | 9.46 | -0.203 | 0.175 | -1.16 |
| 9/18/2017 | 252 | 9/15/2017 | 48.02% | 46.10% | 2.09% | 0.15% | -0.116 | 0.332 | -0.35 | 0.636 | 0.131 | 4.86 | 0.943 | 0.100 | 9.44 | -0.212 | 0.175 | -1.22 |
| 9/19/2017 | 252 | 9/18/2017 | 48.10% | 46.18% | 2.09% | 0.15% | -0.111 | 0.332 | -0.34 | 0.642 | 0.132 | 4.87 | 0.943 | 0.100 | 9.44 | -0.204 | 0.176 | -1.16 |
| 9/20/2017 | 252 | 9/19/2017 | 48.12% | 46.20% | 2.09% | 0.14% | -0.120 | 0.332 | -0.36 | 0.645 | 0.132 | 4.89 | 0.947 | 0.100 | 9.44 | -0.199 | 0.176 | -1.13 |
| 9/21/2017 | 252 | 9/20/2017 | 47.99% | 46.06% | 2.10% | 0.14% | -0.117 | 0.334 | -0.35 | 0.645 | 0.132 | 4.87 | 0.945 | 0.101 | 9.39 | -0.199 | 0.177 | -1.13 |
| 9/22/2017 | 252 | 9/21/2017 | 47.04% | 45.08% | 2.10% | 0.13% | -0.127 | 0.334 | -0.38 | 0.651 | 0.133 | 4.91 | 0.939 | 0.101 | 9.27 | -0.188 | 0.178 | -1.06 |
| 9/25/2017 | 252 | 9/22/2017 | 47.55% | 45.60% | 2.09% | 0.13% | -0.100 | 0.334 | -0.30 | 0.662 | 0.133 | 4.99 | 0.937 | 0.101 | 9.30 | -0.170 | 0.178 | -0.96 |
| 9/26/2017 | 252 | 9/25/2017 | 47.14% | 45.18% | 2.10% | 0.12% | -0.066 | 0.336 | -0.20 | 0.663 | 0.133 | 4.98 | 0.928 | 0.101 | 9.18 | -0.186 | 0.178 | -1.05 |
| 9/27/2017 | 252 | 9/26/2017 | 47.07% | 45.11% | 2.10% | 0.12% | -0.057 | 0.338 | -0.17 | 0.664 | 0.133 | 4.98 | 0.926 | 0.101 | 9.15 | -0.184 | 0.179 | -1.03 |
| 9/28/2017 | 252 | 9/27/2017 | 47.15% | 45.19% | 2.10% | 0.11% | -0.073 | 0.339 | -0.22 | 0.662 | 0.133 | 4.97 | 0.932 | 0.101 | 9.18 | -0.183 | 0.178 | -1.03 |
| 9/29/2017 | 252 | 9/28/2017 | 46.88% | 44.91% | 2.10% | 0.12% | -0.077 | 0.338 | -0.23 | 0.666 | 0.133 | 5.00 | 0.937 | 0.102 | 9.17 | -0.181 | 0.178 | -1.01 |
| 10/2/2017 | 252 | 9/29/2017 | 46.75% | 44.78% | 2.10% | 0.11% | -0.066 | 0.340 | -0.19 | 0.666 | 0.133 | 5.01 | 0.937 | 0.102 | 9.18 | -0.183 | 0.178 | -1.03 |
| 10/3/2017 | 252 | 10/2/2017 | 46.72% | 44.75% | 2.10% | 0.11% | -0.054 | 0.342 | -0.16 | 0.668 | 0.133 | 5.01 | 0.930 | 0.102 | 9.09 | -0.180 | 0.179 | -1.01 |
| 10/4/2017 | 252 | 10/3/2017 | 46.80% | 44.83% | 2.10% | 0.10% | -0.035 | 0.342 | -0.10 | 0.659 | 0.131 | 5.03 | 0.933 | 0.102 | 9.15 | -0.169 | 0.178 | -0.95 |
| 10/5/2017 | 252 | 10/4/2017 | 46.45% | 44.47% | 2.10% | 0.10% | -0.034 | 0.342 | -0.10 | 0.657 | 0.132 | 4.99 | 0.935 | 0.103 | 9.06 | -0.174 | 0.179 | -0.97 |
| 10/6/2017 | 252 | 10/5/2017 | 46.32% | 44.33% | 2.10% | 0.10% | -0.052 | 0.341 | -0.15 | 0.655 | 0.132 | 4.98 | 0.940 | 0.103 | 9.10 | -0.188 | 0.179 | -1.05 |
| 10/9/2017 | 252 | 10/6/2017 | 46.61% | 44.63% | 2.10% | 0.10% | -0.052 | 0.341 | -0.15 | 0.655 | 0.132 | 4.97 | 0.938 | 0.103 | 9.08 | -0.188 | 0.179 | -1.05 |
| 10/10/2017 | 252 | 10/9/2017 | 46.38% | 44.39% | 2.10% | 0.09% | -0.039 | 0.343 | -0.11 | 0.645 | 0.132 | 4.89 | 0.941 | 0.103 | 9.09 | -0.204 | 0.179 | -1.14 |
| 10/11/2017 | 252 | 10/10/2017 | 46.54% | 44.56% | 2.09% | 0.07% | -0.078 | 0.340 | -0.23 | 0.655 | 0.131 | 5.01 | 0.940 | 0.102 | 9.17 | -0.191 | 0.177 | -1.08 |
| 10/12/2017 | 252 | 10/11/2017 | 46.43% | 44.45% | 2.09% | 0.06% | -0.058 | 0.343 | -0.17 | 0.657 | 0.131 | 5.03 | 0.941 | 0.103 | 9.18 | -0.185 | 0.177 | -1.04 |
| 10/13/2017 | 252 | 10/12/2017 | 47.25% | 45.30% | 2.09% | 0.06% | -0.060 | 0.343 | -0.17 | 0.657 | 0.131 | 5.03 | 0.941 | 0.103 | 9.18 | -0.185 | 0.178 | -1.04 |
| 10/16/2017 | 252 | 10/13/2017 | 46.23% | 44.24% | 2.09% | 0.10% | -0.090 | 0.344 | -0.26 | 0.644 | 0.131 | 4.92 | 0.940 | 0.103 | 9.14 | -0.228 | 0.178 | -1.28 |
| 10/17/2017 | 252 | 10/16/2017 | 46.37% | 44.39% | 2.09% | 0.10% | -0.083 | 0.344 | -0.24 | 0.638 | 0.131 | 4.85 | 0.939 | 0.103 | 9.13 | -0.232 | 0.179 | -1.30 |
| 10/18/2017 | 252 | 10/17/2017 | 46.24% | 44.25% | 2.09% | 0.10% | -0.101 | 0.346 | -0.29 | 0.651 | 0.132 | 4.94 | 0.945 | 0.104 | 9.12 | -0.218 | 0.179 | -1.22 |
| 10/19/2017 | 252 | 10/18/2017 | 45.93% | 43.93% | 2.10% | 0.09% | -0.096 | 0.347 | -0.28 | 0.644 | 0.132 | 4.88 | 0.943 | 0.104 | 9.09 | -0.228 | 0.179 | -1.27 |
| 10/20/2017 | 252 | 10/19/2017 | 46.04% | 44.04% | 2.09% | 0.10% | -0.104 | 0.347 | -0.30 | 0.631 | 0.132 | 4.77 | 0.954 | 0.104 | 9.17 | -0.244 | 0.179 | -1.37 |
| 10/23/2017 | 252 | 10/20/2017 | 46.16% | 44.17% | 2.09% | 0.09% | -0.092 | 0.346 | -0.27 | 0.631 | 0.132 | 4.78 | 0.950 | 0.104 | 9.15 | -0.240 | 0.178 | -1.35 |
| 10/24/2017 | 252 | 10/23/2017 | 46.94% | 44.98% | 2.07% | 0.07% | -0.091 | 0.343 | -0.26 | 0.624 | 0.131 | 4.77 | 0.956 | 0.103 | 9.27 | -0.251 | 0.176 | -1.42 |
| 10/25/2017 | 252 | 10/24/2017 | 47.39% | 45.45% | 2.06% | 0.06% | -0.148 | 0.342 | -0.43 | 0.647 | 0.130 | 4.97 | 0.971 | 0.102 | 9.49 | -0.219 | 0.176 | -1.25 |
| 10/26/2017 | 252 | 10/25/2017 | 48.64% | 46.74% | 2.04% | 0.04% | -0.091 | 0.338 | -0.27 | 0.661 | 0.129 | 5.14 | 0.962 | 0.101 | 9.50 | -0.196 | 0.174 | -1.13 |
| 10/27/2017 | 252 | 10/26/2017 | 48.86% | 46.74% | 2.04% | 0.03% | -0.074 | 0.338 | -0.22 | 0.656 | 0.129 | 5.10 | 0.960 | 0.101 | 9.48 | -0.207 | 0.174 | -1.19 |
| 10/30/2017 | 252 | 10/27/2017 | 48.86% | 46.96% | 2.03% | 0.03% | -0.043 | 0.335 | -0.13 | 0.647 | 0.128 | 5.06 | 0.953 | 0.101 | 9.47 | -0.224 | 0.172 | -1.30 |
| 10/31/2017 | 252 | 10/30/2017 | 48.87% | 46.98% | 2.03% | 0.04% | -0.055 | 0.335 | -0.16 | 0.651 | 0.128 | 5.08 | 0.954 | 0.101 | 9.48 | -0.211 | 0.173 | -1.22 |

224

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index Coefficient | Standard Error | $t$-statistic | Brazilian Market Index Logarithmic Return Coefficient | Standard Error | $t$-statistic | Sector Index Return Coefficient | Standard Error | $t$-statistic | Foreign Exchange Logarithmic Return Coefficient | Standard Error | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2017 | 252 | 10/31/2017 | 49.18% | 47.30% | 2.03% | 0.05% | -0.065 | 0.335 | -0.19 | 0.651 | 0.128 | 5.10 | 0.958 | 0.101 | 9.53 | -0.218 | 0.172 | -1.27 |
| 11/2/2017 | 252 | 11/1/2017 | 49.25% | 47.37% | 2.03% | 0.05% | -0.041 | 0.336 | -0.12 | 0.652 | 0.128 | 5.10 | 0.958 | 0.101 | 9.52 | -0.231 | 0.172 | -1.34 |
| 11/3/2017 | 252 | 11/2/2017 | 48.99% | 47.10% | 2.03% | 0.07% | -0.062 | 0.338 | -0.18 | 0.653 | 0.128 | 5.10 | 0.957 | 0.101 | 9.50 | -0.231 | 0.172 | -1.34 |
| 11/6/2017 | 252 | 11/3/2017 | 49.40% | 47.53% | 2.03% | 0.06% | -0.069 | 0.340 | -0.20 | 0.650 | 0.129 | 5.03 | 0.960 | 0.102 | 9.42 | -0.238 | 0.172 | -1.39 |
| 11/7/2017 | 252 | 11/6/2017 | 49.65% | 47.78% | 2.03% | 0.09% | -0.116 | 0.340 | -0.34 | 0.631 | 0.129 | 4.91 | 0.981 | 0.102 | 9.59 | -0.280 | 0.169 | -1.65 |
| 11/8/2017 | 252 | 11/7/2017 | 48.92% | 47.02% | 2.02% | 0.09% | -0.261 | 0.350 | -0.75 | 0.602 | 0.128 | 4.71 | 1.000 | 0.102 | 9.77 | -0.298 | 0.169 | -1.77 |
| 11/9/2017 | 252 | 11/8/2017 | 49.13% | 47.25% | 2.01% | 0.07% | -0.275 | 0.348 | -0.79 | 0.610 | 0.126 | 4.85 | 0.996 | 0.102 | 9.80 | -0.275 | 0.168 | -1.64 |
| 11/10/2017 | 252 | 11/9/2017 | 49.48% | 47.61% | 2.00% | 0.08% | -0.271 | 0.346 | -0.78 | 0.590 | 0.125 | 4.71 | 1.045 | 0.106 | 9.91 | -0.259 | 0.167 | -1.56 |
| 11/13/2017 | 252 | 11/10/2017 | 52.10% | 50.33% | 1.94% | 0.06% | -0.371 | 0.337 | -1.10 | 0.600 | 0.122 | 4.94 | 1.041 | 0.102 | 10.16 | -0.439 | 0.169 | -2.60 |
| 11/14/2017 | 252 | 11/13/2017 | 52.81% | 51.07% | 1.92% | 0.08% | -0.374 | 0.334 | -1.12 | 0.601 | 0.121 | 4.99 | 1.041 | 0.102 | 10.25 | -0.435 | 0.167 | -2.60 |
| 11/15/2017 | 252 | 11/14/2017 | 52.93% | 51.18% | 1.92% | 0.09% | -0.381 | 0.334 | -1.14 | 0.587 | 0.121 | 4.84 | 1.054 | 0.103 | 10.24 | -0.433 | 0.167 | -2.59 |
| 11/16/2017 | 252 | 11/15/2017 | 54.13% | 52.43% | 1.88% | 0.10% | -0.286 | 0.327 | -0.88 | 0.581 | 0.119 | 4.89 | 1.053 | 0.101 | 10.46 | -0.420 | 0.164 | -2.56 |
| 11/17/2017 | 252 | 11/16/2017 | 54.10% | 52.40% | 1.88% | 0.10% | -0.310 | 0.325 | -0.95 | 0.580 | 0.120 | 4.83 | 1.055 | 0.101 | 10.46 | -0.417 | 0.164 | -2.54 |
| 11/20/2017 | 252 | 11/17/2017 | 54.23% | 52.53% | 1.88% | 0.09% | -0.330 | 0.326 | -1.01 | 0.589 | 0.120 | 4.90 | 1.058 | 0.101 | 10.50 | -0.409 | 0.164 | -2.49 |
| 11/21/2017 | 252 | 11/20/2017 | 54.57% | 52.88% | 1.88% | 0.10% | -0.340 | 0.325 | -1.05 | 0.588 | 0.120 | 4.89 | 1.058 | 0.101 | 10.52 | -0.420 | 0.164 | -2.55 |
| 11/22/2017 | 252 | 11/21/2017 | 54.24% | 52.54% | 1.87% | 0.10% | -0.348 | 0.324 | -1.07 | 0.591 | 0.120 | 4.94 | 1.054 | 0.100 | 10.50 | -0.407 | 0.164 | -2.49 |
| 11/24/2017 | 252 | 11/22/2017 | 52.92% | 51.18% | 1.87% | 0.09% | -0.319 | 0.325 | -0.98 | 0.579 | 0.119 | 4.86 | 1.029 | 0.103 | 9.99 | -0.431 | 0.163 | -2.65 |
| 11/27/2017 | 252 | 11/24/2017 | 52.71% | 50.96% | 1.88% | 0.10% | -0.308 | 0.326 | -0.94 | 0.569 | 0.119 | 4.76 | 1.029 | 0.103 | 9.96 | -0.442 | 0.164 | -2.69 |
| 11/28/2017 | 252 | 11/27/2017 | 53.08% | 51.34% | 1.88% | 0.10% | -0.313 | 0.326 | -0.96 | 0.571 | 0.120 | 4.77 | 1.028 | 0.103 | 9.96 | -0.445 | 0.164 | -2.71 |
| 11/29/2017 | 252 | 11/28/2017 | 54.12% | 52.42% | 1.83% | 0.07% | -0.122 | 0.318 | -0.38 | 0.528 | 0.117 | 4.52 | 1.026 | 0.101 | 10.19 | -0.426 | 0.160 | -2.66 |
| 11/30/2017 | 252 | 11/29/2017 | 53.60% | 51.89% | 1.82% | 0.07% | -0.082 | 0.318 | -0.26 | 0.508 | 0.117 | 4.33 | 1.011 | 0.101 | 10.04 | -0.443 | 0.160 | -2.77 |
| 12/1/2017 | 252 | 11/30/2017 | 53.44% | 51.72% | 1.83% | 0.07% | -0.166 | 0.319 | -0.52 | 0.535 | 0.118 | 4.53 | 1.013 | 0.101 | 10.02 | -0.449 | 0.160 | -2.80 |
| 12/4/2017 | 252 | 12/1/2017 | 53.46% | 51.74% | 1.83% | 0.08% | -0.177 | 0.318 | -0.56 | 0.530 | 0.120 | 4.43 | 1.018 | 0.102 | 10.03 | -0.447 | 0.161 | -2.78 |
| 12/5/2017 | 252 | 12/4/2017 | 53.05% | 51.31% | 1.83% | 0.09% | -0.200 | 0.319 | -0.63 | 0.534 | 0.120 | 4.44 | 1.022 | 0.102 | 9.98 | -0.450 | 0.161 | -2.79 |
| 12/6/2017 | 252 | 12/5/2017 | 53.01% | 51.27% | 1.83% | 0.09% | -0.195 | 0.319 | -0.61 | 0.517 | 0.122 | 4.24 | 1.035 | 0.103 | 10.01 | -0.470 | 0.163 | -2.88 |
| 12/7/2017 | 252 | 12/6/2017 | 52.97% | 51.23% | 1.83% | 0.08% | -0.185 | 0.319 | -0.58 | 0.505 | 0.123 | 4.12 | 1.035 | 0.104 | 9.98 | -0.476 | 0.163 | -2.91 |
| 12/8/2017 | 252 | 12/7/2017 | 52.57% | 50.81% | 1.83% | 0.07% | -0.267 | 0.324 | -0.82 | 0.516 | 0.123 | 4.20 | 1.032 | 0.104 | 9.97 | -0.489 | 0.163 | -3.01 |
| 12/11/2017 | 252 | 12/8/2017 | 52.58% | 50.82% | 1.83% | 0.07% | -0.250 | 0.323 | -0.77 | 0.504 | 0.123 | 4.09 | 1.027 | 0.103 | 9.95 | -0.502 | 0.163 | -3.09 |
| 12/12/2017 | 252 | 12/11/2017 | 52.55% | 50.79% | 1.83% | 0.07% | -0.251 | 0.325 | -0.77 | 0.504 | 0.123 | 4.09 | 1.025 | 0.104 | 9.87 | -0.504 | 0.162 | -3.10 |
| 12/13/2017 | 252 | 12/12/2017 | 52.87% | 51.12% | 1.82% | 0.06% | -0.264 | 0.324 | -0.81 | 0.545 | 0.125 | 4.37 | 1.033 | 0.104 | 9.96 | -0.453 | 0.165 | -2.75 |
| 12/14/2017 | 252 | 12/13/2017 | 53.11% | 51.38% | 1.81% | 0.07% | -0.201 | 0.324 | -0.62 | 0.556 | 0.123 | 4.51 | 1.013 | 0.103 | 9.81 | -0.445 | 0.164 | -2.72 |
| 12/15/2017 | 252 | 12/14/2017 | 52.99% | 51.25% | 1.82% | 0.08% | -0.217 | 0.327 | -0.66 | 0.557 | 0.124 | 4.50 | 1.012 | 0.103 | 9.78 | -0.439 | 0.164 | -2.68 |
| 12/18/2017 | 252 | 12/15/2017 | 53.40% | 51.67% | 1.81% | 0.07% | -0.223 | 0.325 | -0.69 | 0.551 | 0.123 | 4.49 | 1.017 | 0.103 | 9.84 | -0.450 | 0.162 | -2.77 |
| 12/19/2017 | 252 | 12/18/2017 | 53.09% | 51.36% | 1.81% | 0.08% | -0.212 | 0.325 | -0.65 | 0.555 | 0.123 | 4.51 | 1.013 | 0.104 | 9.77 | -0.443 | 0.162 | -2.73 |
| 12/20/2017 | 252 | 12/19/2017 | 53.69% | 51.97% | 1.78% | 0.09% | -0.151 | 0.319 | -0.47 | 0.501 | 0.123 | 4.08 | 1.002 | 0.102 | 9.87 | -0.503 | 0.162 | -3.11 |
| 12/21/2017 | 252 | 12/20/2017 | 53.60% | 51.88% | 1.78% | 0.10% | -0.157 | 0.319 | -0.49 | 0.503 | 0.123 | 4.10 | 1.006 | 0.101 | 9.93 | -0.500 | 0.161 | -3.10 |
| 12/22/2017 | 252 | 12/21/2017 | 53.58% | 51.86% | 1.78% | 0.10% | -0.158 | 0.319 | -0.50 | 0.495 | 0.121 | 4.09 | 1.006 | 0.101 | 9.93 | -0.510 | 0.161 | -3.17 |
| 12/26/2017 | 252 | 12/22/2017 | 53.53% | 51.81% | 1.78% | 0.10% | -0.155 | 0.319 | -0.49 | 0.493 | 0.121 | 4.07 | 1.004 | 0.102 | 9.88 | -0.515 | 0.161 | -3.19 |
| 12/27/2017 | 252 | 12/26/2017 | 53.67% | 51.96% | 1.78% | 0.10% | -0.137 | 0.317 | -0.43 | 0.500 | 0.121 | 4.13 | 0.995 | 0.101 | 9.85 | -0.510 | 0.161 | -3.17 |
| 12/28/2017 | 252 | 12/27/2017 | 53.62% | 51.91% | 1.78% | 0.09% | -0.137 | 0.317 | -0.43 | 0.497 | 0.121 | 4.10 | 0.994 | 0.101 | 9.87 | -0.513 | 0.161 | -3.19 |
| 12/29/2017 | 252 | 12/28/2017 | 53.71% | 52.00% | 1.78% | 0.09% | -0.096 | 0.320 | -0.30 | 0.480 | 0.123 | 3.91 | 0.992 | 0.100 | 9.88 | -0.526 | 0.161 | -3.26 |
| 1/2/2018 | 252 | 12/29/2017 | 54.63% | 52.95% | 1.77% | 0.10% | -0.128 | 0.318 | -0.40 | 0.485 | 0.122 | 3.98 | 0.997 | 0.100 | 9.98 | -0.539 | 0.161 | -3.35 |
| 1/3/2018 | 252 | 1/2/2018 | 54.11% | 52.41% | 1.77% | 0.10% | -0.126 | 0.318 | -0.40 | 0.488 | 0.122 | 4.00 | 0.976 | 0.100 | 9.78 | -0.529 | 0.160 | -3.30 |
| 1/4/2018 | 252 | 1/3/2018 | 53.48% | 51.75% | 1.77% | 0.10% | -0.125 | 0.316 | -0.40 | 0.474 | 0.122 | 3.87 | 0.970 | 0.099 | 9.77 | -0.540 | 0.160 | -3.37 |
| 1/5/2018 | 252 | 1/4/2018 | 54.57% | 52.89% | 1.75% | 0.11% | -0.099 | 0.313 | -0.32 | 0.427 | 0.122 | 3.49 | 1.000 | 0.099 | 10.10 | -0.598 | 0.160 | -3.74 |
| 1/8/2018 | 252 | 1/5/2018 | 54.32% | 52.63% | 1.75% | 0.11% | -0.053 | 0.312 | -0.17 | 0.428 | 0.122 | 3.49 | 0.988 | 0.099 | 9.97 | -0.594 | 0.160 | -3.71 |
| 1/9/2018 | 252 | 1/8/2018 | 53.88% | 52.17% | 1.75% | 0.12% | -0.035 | 0.314 | -0.11 | 0.430 | 0.122 | 3.51 | 0.981 | 0.100 | 9.81 | -0.586 | 0.160 | -3.66 |
| 1/10/2018 | 252 | 1/9/2018 | 54.55% | 52.87% | 1.73% | 0.10% | 0.002 | 0.311 | 0.01 | 0.437 | 0.121 | 3.60 | 0.987 | 0.099 | 9.98 | -0.556 | 0.159 | -3.49 |
| 1/11/2018 | 252 | 1/10/2018 | 53.75% | 52.04% | 1.71% | 0.07% | 0.123 | 0.307 | 0.40 | 0.463 | 0.119 | 3.88 | 0.911 | 0.099 | 9.22 | -0.536 | 0.157 | -3.42 |
| 1/12/2018 | 252 | 1/11/2018 | 54.01% | 52.30% | 1.70% | 0.05% | 0.090 | 0.305 | 0.29 | 0.458 | 0.118 | 3.87 | 0.909 | 0.098 | 9.29 | -0.543 | 0.156 | -3.49 |
| 1/16/2018 | 252 | 1/12/2018 | 54.30% | 52.60% | 1.70% | 0.05% | 0.118 | 0.303 | 0.39 | 0.439 | 0.120 | 3.66 | 0.912 | 0.098 | 9.33 | -0.554 | 0.156 | -3.55 |

225

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 1/17/2018 | 252 | 1/16/2018 | 54.34% | 52.64% | 1.70% | 0.04% | 0.122 | 0.303 | 0.40 | 0.431 | 0.119 | 3.62 | 0.914 | 0.097 | 9.38 | -0.569 | 0.156 | -3.66 |
| 1/18/2018 | 252 | 1/17/2018 | 54.39% | 52.70% | 1.70% | 0.04% | 0.085 | 0.303 | 0.28 | 0.430 | 0.119 | 3.62 | 0.914 | 0.097 | 9.39 | -0.582 | 0.155 | -3.74 |
| 1/19/2018 | 252 | 1/18/2018 | 54.37% | 52.68% | 1.69% | 0.04% | 0.106 | 0.301 | 0.35 | 0.438 | 0.118 | 3.71 | 0.888 | 0.097 | 9.12 | -0.595 | 0.154 | -3.86 |
| 1/22/2018 | 252 | 1/19/2018 | 54.26% | 52.57% | 1.69% | 0.04% | 0.092 | 0.301 | 0.30 | 0.438 | 0.118 | 3.70 | 0.886 | 0.098 | 9.08 | -0.600 | 0.155 | -3.86 |
| 1/23/2018 | 252 | 1/22/2018 | 54.78% | 53.10% | 1.69% | 0.03% | 0.069 | 0.300 | 0.23 | 0.437 | 0.118 | 3.69 | 0.888 | 0.098 | 9.10 | -0.600 | 0.155 | -3.86 |
| 1/24/2018 | 252 | 1/23/2018 | 54.26% | 52.57% | 1.69% | 0.00% | 0.087 | 0.302 | 0.29 | 0.420 | 0.119 | 3.52 | 0.880 | 0.098 | 8.98 | -0.633 | 0.156 | -4.07 |
| 1/25/2018 | 252 | 1/24/2018 | 54.22% | 52.52% | 1.69% | 0.00% | 0.094 | 0.301 | 0.31 | 0.417 | 0.119 | 3.51 | 0.883 | 0.099 | 8.94 | -0.630 | 0.155 | -4.07 |
| 1/26/2018 | 252 | 1/25/2018 | 54.36% | 52.67% | 1.69% | 0.00% | 0.045 | 0.305 | 0.15 | 0.419 | 0.119 | 3.53 | 0.899 | 0.100 | 9.02 | -0.630 | 0.155 | -4.07 |
| 1/29/2018 | 252 | 1/26/2018 | 54.33% | 52.64% | 1.69% | 0.00% | 0.031 | 0.303 | 0.10 | 0.418 | 0.118 | 3.55 | 0.898 | 0.099 | 9.03 | -0.631 | 0.154 | -4.10 |
| 1/30/2018 | 252 | 1/29/2018 | 54.25% | 52.56% | 1.69% | 0.01% | 0.002 | 0.303 | 0.01 | 0.408 | 0.118 | 3.45 | 0.901 | 0.100 | 9.03 | -0.646 | 0.155 | -4.17 |
| 1/31/2018 | 252 | 1/30/2018 | 53.56% | 51.84% | 1.70% | 0.04% | -0.071 | 0.303 | -0.23 | 0.405 | 0.120 | 3.37 | 0.890 | 0.100 | 8.92 | -0.654 | 0.157 | -4.16 |
| 2/1/2018 | 252 | 1/31/2018 | 53.51% | 51.79% | 1.70% | 0.05% | -0.072 | 0.303 | -0.24 | 0.417 | 0.120 | 3.47 | 0.887 | 0.100 | 8.90 | -0.638 | 0.158 | -4.05 |
| 2/2/2018 | 252 | 2/1/2018 | 54.62% | 52.94% | 1.69% | 0.03% | -0.075 | 0.301 | -0.25 | 0.425 | 0.119 | 3.56 | 0.892 | 0.099 | 9.00 | -0.618 | 0.157 | -3.94 |
| 2/5/2018 | 252 | 2/2/2018 | 54.89% | 53.22% | 1.68% | 0.05% | -0.112 | 0.294 | -0.38 | 0.421 | 0.119 | 3.53 | 0.901 | 0.099 | 9.09 | -0.620 | 0.156 | -3.97 |
| 2/6/2018 | 252 | 2/5/2018 | 57.49% | 55.91% | 1.62% | 0.08% | -0.145 | 0.245 | -0.59 | 0.448 | 0.115 | 3.90 | 0.890 | 0.093 | 9.59 | -0.600 | 0.151 | -3.99 |
| 2/7/2018 | 252 | 2/6/2018 | 57.73% | 56.16% | 1.62% | 0.10% | -0.129 | 0.243 | -0.53 | 0.435 | 0.115 | 3.77 | 0.903 | 0.093 | 9.69 | -0.613 | 0.151 | -4.07 |
| 2/8/2018 | 252 | 2/7/2018 | 58.07% | 56.51% | 1.62% | 0.10% | -0.130 | 0.243 | -0.54 | 0.433 | 0.115 | 3.75 | 0.906 | 0.093 | 9.74 | -0.616 | 0.150 | -4.09 |
| 2/9/2018 | 252 | 2/8/2018 | 58.52% | 56.99% | 1.62% | 0.09% | -0.135 | 0.223 | -0.61 | 0.431 | 0.115 | 3.74 | 0.907 | 0.092 | 9.82 | -0.618 | 0.150 | -4.11 |
| 2/12/2018 | 252 | 2/9/2018 | 57.40% | 55.82% | 1.64% | 0.11% | -0.055 | 0.224 | -0.25 | 0.401 | 0.116 | 3.45 | 0.899 | 0.094 | 9.62 | -0.630 | 0.152 | -4.14 |
| 2/13/2018 | 252 | 2/12/2018 | 57.51% | 55.94% | 1.63% | 0.09% | -0.083 | 0.221 | -0.37 | 0.395 | 0.115 | 3.43 | 0.895 | 0.092 | 9.69 | -0.634 | 0.151 | -4.20 |
| 2/14/2018 | 252 | 2/13/2018 | 59.21% | 57.70% | 1.57% | 0.06% | -0.087 | 0.214 | -0.41 | 0.394 | 0.112 | 3.53 | 0.877 | 0.089 | 9.81 | -0.639 | 0.146 | -4.37 |
| 2/15/2018 | 252 | 2/14/2018 | 59.37% | 57.86% | 1.57% | 0.07% | -0.076 | 0.214 | -0.36 | 0.385 | 0.111 | 3.46 | 0.869 | 0.089 | 9.77 | -0.649 | 0.146 | -4.45 |
| 2/16/2018 | 252 | 2/15/2018 | 59.47% | 57.97% | 1.57% | 0.08% | -0.049 | 0.211 | -0.23 | 0.398 | 0.112 | 3.56 | 0.857 | 0.089 | 9.65 | -0.644 | 0.145 | -4.43 |
| 2/20/2018 | 252 | 2/16/2018 | 59.12% | 57.61% | 1.57% | 0.07% | -0.028 | 0.211 | -0.13 | 0.402 | 0.112 | 3.59 | 0.840 | 0.088 | 9.51 | -0.638 | 0.146 | -4.36 |
| 2/21/2018 | 252 | 2/20/2018 | 59.54% | 58.04% | 1.57% | 0.07% | -0.044 | 0.211 | -0.21 | 0.406 | 0.110 | 3.70 | 0.844 | 0.088 | 9.62 | -0.639 | 0.145 | -4.42 |
| 2/22/2018 | 252 | 2/21/2018 | 59.77% | 58.28% | 1.55% | 0.05% | -0.047 | 0.209 | -0.23 | 0.371 | 0.109 | 3.40 | 0.846 | 0.087 | 9.73 | -0.678 | 0.144 | -4.72 |
| 2/23/2018 | 252 | 2/22/2018 | 59.59% | 58.09% | 1.55% | 0.06% | -0.043 | 0.209 | -0.20 | 0.364 | 0.110 | 3.32 | 0.837 | 0.087 | 9.58 | -0.700 | 0.145 | -4.83 |
| 2/26/2018 | 252 | 2/23/2018 | 59.23% | 57.89% | 1.55% | 0.06% | -0.031 | 0.206 | -0.15 | 0.363 | 0.109 | 3.32 | 0.835 | 0.087 | 9.60 | -0.701 | 0.145 | -4.84 |
| 2/27/2018 | 252 | 2/26/2018 | 58.85% | 57.50% | 1.56% | 0.07% | -0.004 | 0.206 | -0.02 | 0.357 | 0.110 | 3.26 | 0.833 | 0.087 | 9.54 | -0.705 | 0.146 | -4.84 |
| 2/28/2018 | 252 | 2/27/2018 | 59.64% | 58.32% | 1.56% | 0.07% | -0.021 | 0.204 | -0.10 | 0.358 | 0.110 | 3.27 | 0.833 | 0.087 | 9.55 | -0.703 | 0.146 | -4.82 |
| 3/1/2018 | 252 | 2/28/2018 | 59.89% | 58.41% | 1.55% | 0.09% | -0.039 | 0.204 | -0.19 | 0.359 | 0.109 | 3.29 | 0.836 | 0.087 | 9.60 | -0.704 | 0.145 | -4.84 |
| 3/2/2018 | 252 | 3/1/2018 | 59.07% | 57.55% | 1.56% | 0.07% | 0.043 | 0.202 | 0.21 | 0.355 | 0.110 | 3.22 | 0.803 | 0.086 | 9.31 | -0.710 | 0.147 | -4.84 |
| 3/5/2018 | 252 | 3/2/2018 | 57.28% | 55.69% | 1.57% | 0.07% | 0.040 | 0.203 | 0.20 | 0.357 | 0.111 | 3.22 | 0.788 | 0.088 | 8.92 | -0.702 | 0.148 | -4.74 |
| 3/6/2018 | 252 | 3/5/2018 | 57.15% | 55.57% | 1.57% | 0.07% | 0.048 | 0.201 | 0.24 | 0.357 | 0.111 | 3.21 | 0.786 | 0.088 | 8.94 | -0.701 | 0.148 | -4.72 |
| 3/7/2018 | 252 | 3/6/2018 | 56.99% | 55.40% | 1.57% | 0.07% | 0.047 | 0.201 | 0.24 | 0.366 | 0.110 | 3.32 | 0.780 | 0.088 | 8.87 | -0.688 | 0.148 | -4.65 |
| 3/8/2018 | 252 | 3/7/2018 | 57.55% | 55.98% | 1.57% | 0.05% | 0.039 | 0.201 | 0.19 | 0.374 | 0.111 | 3.38 | 0.792 | 0.088 | 8.95 | -0.679 | 0.148 | -4.59 |
| 3/9/2018 | 252 | 3/8/2018 | 57.23% | 55.64% | 1.56% | 0.06% | 0.020 | 0.199 | 0.10 | 0.369 | 0.110 | 3.35 | 0.801 | 0.087 | 9.17 | -0.669 | 0.147 | -4.54 |
| 3/12/2018 | 252 | 3/9/2018 | 57.42% | 55.84% | 1.56% | 0.05% | 0.036 | 0.195 | 0.18 | 0.368 | 0.110 | 3.35 | 0.801 | 0.087 | 9.25 | -0.678 | 0.147 | -4.60 |
| 3/13/2018 | 252 | 3/12/2018 | 57.62% | 56.06% | 1.55% | 0.06% | 0.041 | 0.195 | 0.21 | 0.358 | 0.110 | 3.26 | 0.799 | 0.086 | 9.27 | -0.701 | 0.149 | -4.71 |
| 3/14/2018 | 252 | 3/13/2018 | 57.74% | 56.17% | 1.55% | 0.05% | 0.054 | 0.193 | 0.28 | 0.344 | 0.109 | 3.14 | 0.791 | 0.086 | 9.21 | -0.720 | 0.148 | -4.86 |
| 3/15/2018 | 252 | 3/14/2018 | 57.61% | 56.04% | 1.55% | 0.05% | 0.052 | 0.194 | 0.27 | 0.350 | 0.110 | 3.18 | 0.784 | 0.086 | 9.13 | -0.724 | 0.148 | -4.88 |
| 3/16/2018 | 252 | 3/15/2018 | 55.96% | 54.33% | 1.54% | 0.04% | 0.060 | 0.193 | 0.31 | 0.358 | 0.109 | 3.27 | 0.763 | 0.087 | 8.78 | -0.701 | 0.149 | -4.71 |
| 3/19/2018 | 252 | 3/16/2018 | 55.98% | 54.35% | 1.54% | 0.04% | 0.064 | 0.193 | 0.33 | 0.361 | 0.109 | 3.29 | 0.756 | 0.087 | 8.71 | -0.695 | 0.149 | -4.67 |
| 3/20/2018 | 252 | 3/19/2018 | 56.06% | 54.43% | 1.54% | 0.06% | 0.073 | 0.192 | 0.38 | 0.326 | 0.112 | 2.92 | 0.753 | 0.086 | 8.74 | -0.737 | 0.151 | -4.89 |
| 3/21/2018 | 252 | 3/20/2018 | 56.16% | 54.54% | 1.54% | 0.06% | 0.084 | 0.192 | 0.44 | 0.332 | 0.112 | 2.97 | 0.747 | 0.086 | 8.67 | -0.723 | 0.151 | -4.79 |
| 3/22/2018 | 252 | 3/21/2018 | 55.75% | 54.12% | 1.51% | 0.09% | 0.051 | 0.188 | 0.27 | 0.297 | 0.110 | 2.71 | 0.724 | 0.084 | 8.59 | -0.761 | 0.148 | -5.16 |
| 3/23/2018 | 252 | 3/22/2018 | 55.38% | 53.73% | 1.51% | 0.10% | 0.013 | 0.187 | 0.07 | 0.321 | 0.109 | 2.94 | 0.703 | 0.083 | 8.44 | -0.740 | 0.148 | -5.02 |
| 3/26/2018 | 252 | 3/23/2018 | 55.29% | 53.63% | 1.51% | 0.10% | 0.013 | 0.183 | 0.07 | 0.327 | 0.110 | 2.98 | 0.702 | 0.083 | 8.46 | -0.728 | 0.149 | -4.88 |
| 3/27/2018 | 252 | 3/26/2018 | 55.80% | 54.17% | 1.51% | 0.10% | 0.006 | 0.178 | 0.04 | 0.327 | 0.110 | 2.98 | 0.702 | 0.083 | 8.43 | -0.731 | 0.150 | -4.89 |
| 3/28/2018 | 252 | 3/27/2018 | 55.80% | 54.17% | 1.52% | 0.10% | 0.021 | 0.178 | 0.12 | 0.328 | 0.110 | 2.98 | 0.703 | 0.083 | 8.44 | -0.730 | 0.150 | -4.86 |
| 3/29/2018 | 252 | 3/28/2018 | 55.47% | 53.82% | 1.52% | 0.11% | 0.020 | 0.179 | 0.11 | 0.324 | 0.111 | 2.93 | 0.695 | 0.084 | 8.31 | -0.743 | 0.151 | -4.92 |

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | R² | Adjusted R² | Standard Error | Intercept | U.S. Market Index Coefficient | Standard Error | t-statistic | Brazilian Market Index Logarithmic Return Coefficient | Standard Error | t-statistic | Sector Index Return Coefficient | Standard Error | t-statistic | Foreign Exchange Logarithmic Return Coefficient | Standard Error | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2018 | 252 | 3/29/2018 | 55.40% | 53.75% | 1.52% | 0.10% | 0.014 | 0.179 | 0.08 | 0.318 | 0.111 | 2.88 | 0.692 | 0.084 | 8.29 | -0.746 | 0.151 | -4.94 |
| 4/3/2018 | 252 | 4/2/2018 | 54.81% | 53.14% | 1.53% | 0.12% | -0.049 | 0.176 | -0.28 | 0.314 | 0.111 | 2.82 | 0.702 | 0.084 | 8.36 | -0.756 | 0.152 | -4.96 |
| 4/4/2018 | 252 | 4/3/2018 | 54.94% | 53.27% | 1.53% | 0.12% | -0.066 | 0.175 | -0.38 | 0.303 | 0.112 | 2.72 | 0.705 | 0.084 | 8.40 | -0.781 | 0.152 | -5.12 |
| 4/5/2018 | 252 | 4/4/2018 | 54.96% | 53.29% | 1.54% | 0.12% | -0.090 | 0.175 | -0.51 | 0.313 | 0.111 | 2.81 | 0.709 | 0.084 | 8.44 | -0.773 | 0.152 | -5.07 |
| 4/6/2018 | 252 | 4/5/2018 | 54.95% | 53.28% | 1.53% | 0.11% | -0.080 | 0.174 | -0.46 | 0.319 | 0.111 | 2.87 | 0.705 | 0.084 | 8.42 | -0.757 | 0.152 | -5.00 |
| 4/9/2018 | 252 | 4/6/2018 | 54.61% | 52.93% | 1.52% | 0.12% | -0.074 | 0.172 | -0.43 | 0.315 | 0.110 | 2.85 | 0.697 | 0.084 | 8.33 | -0.755 | 0.151 | -5.00 |
| 4/10/2018 | 252 | 4/9/2018 | 55.69% | 54.05% | 1.51% | 0.13% | -0.069 | 0.171 | -0.40 | 0.310 | 0.109 | 2.83 | 0.702 | 0.083 | 8.46 | -0.746 | 0.150 | -4.99 |
| 4/11/2018 | 252 | 4/10/2018 | 55.47% | 53.82% | 1.52% | 0.14% | -0.057 | 0.171 | -0.34 | 0.310 | 0.110 | 2.83 | 0.710 | 0.083 | 8.55 | -0.742 | 0.150 | -4.95 |
| 4/12/2018 | 252 | 4/11/2018 | 55.48% | 53.83% | 1.52% | 0.13% | -0.056 | 0.171 | -0.33 | 0.310 | 0.110 | 2.83 | 0.710 | 0.083 | 8.56 | -0.740 | 0.150 | -4.94 |
| 4/13/2018 | 252 | 4/12/2018 | 55.81% | 54.18% | 1.51% | 0.14% | -0.071 | 0.170 | -0.42 | 0.303 | 0.109 | 2.78 | 0.723 | 0.083 | 8.70 | -0.744 | 0.148 | -5.02 |
| 4/16/2018 | 252 | 4/13/2018 | 55.42% | 53.77% | 1.50% | 0.16% | -0.056 | 0.170 | -0.33 | 0.295 | 0.108 | 2.73 | 0.702 | 0.084 | 8.34 | -0.762 | 0.148 | -5.15 |
| 4/17/2018 | 252 | 4/16/2018 | 56.04% | 54.41% | 1.50% | 0.14% | -0.062 | 0.168 | -0.37 | 0.314 | 0.107 | 2.94 | 0.708 | 0.084 | 8.43 | -0.749 | 0.147 | -5.10 |
| 4/18/2018 | 252 | 4/17/2018 | 56.48% | 54.87% | 1.50% | 0.15% | -0.048 | 0.169 | -0.28 | 0.323 | 0.107 | 3.01 | 0.705 | 0.084 | 8.36 | -0.749 | 0.147 | -5.09 |
| 4/19/2018 | 252 | 4/18/2018 | 56.55% | 54.94% | 1.50% | 0.17% | -0.066 | 0.168 | -0.39 | 0.332 | 0.107 | 3.12 | 0.712 | 0.084 | 8.50 | -0.743 | 0.147 | -5.07 |
| 4/20/2018 | 252 | 4/19/2018 | 56.84% | 55.24% | 1.49% | 0.16% | -0.077 | 0.167 | -0.46 | 0.333 | 0.106 | 3.13 | 0.720 | 0.083 | 8.63 | -0.756 | 0.146 | -5.16 |
| 4/23/2018 | 252 | 4/20/2018 | 56.71% | 55.11% | 1.49% | 0.16% | -0.076 | 0.166 | -0.46 | 0.336 | 0.106 | 3.17 | 0.712 | 0.084 | 8.49 | -0.755 | 0.146 | -5.17 |
| 4/24/2018 | 252 | 4/23/2018 | 56.77% | 55.17% | 1.49% | 0.15% | -0.070 | 0.166 | -0.42 | 0.339 | 0.106 | 3.21 | 0.708 | 0.083 | 8.52 | -0.749 | 0.145 | -5.15 |
| 4/25/2018 | 252 | 4/24/2018 | 56.38% | 54.76% | 1.50% | 0.17% | -0.095 | 0.166 | -0.57 | 0.343 | 0.106 | 3.23 | 0.712 | 0.084 | 8.52 | -0.743 | 0.146 | -5.09 |
| 4/26/2018 | 252 | 4/25/2018 | 56.33% | 54.71% | 1.50% | 0.15% | -0.101 | 0.166 | -0.61 | 0.336 | 0.107 | 3.15 | 0.709 | 0.084 | 8.48 | -0.762 | 0.147 | -5.19 |
| 4/27/2018 | 252 | 4/26/2018 | 56.39% | 54.59% | 1.50% | 0.16% | -0.101 | 0.166 | -0.61 | 0.339 | 0.107 | 3.18 | 0.710 | 0.083 | 8.50 | -0.751 | 0.147 | -5.11 |
| 4/30/2018 | 252 | 4/27/2018 | 55.88% | 54.24% | 1.49% | 0.16% | -0.096 | 0.165 | -0.58 | 0.338 | 0.106 | 3.18 | 0.705 | 0.083 | 8.54 | -0.755 | 0.146 | -5.16 |
| 5/1/2018 | 252 | 4/30/2018 | 56.10% | 54.48% | 1.49% | 0.16% | -0.095 | 0.165 | -0.57 | 0.335 | 0.106 | 3.16 | 0.706 | 0.082 | 8.57 | -0.750 | 0.145 | -5.16 |
| 5/2/2018 | 252 | 5/1/2018 | 56.15% | 54.53% | 1.49% | 0.15% | -0.111 | 0.165 | -0.67 | 0.336 | 0.106 | 3.17 | 0.717 | 0.082 | 8.73 | -0.747 | 0.145 | -5.14 |
| 5/3/2018 | 252 | 5/2/2018 | 55.73% | 54.09% | 1.50% | 0.16% | -0.126 | 0.165 | -0.76 | 0.325 | 0.107 | 3.04 | 0.729 | 0.082 | 8.88 | -0.741 | 0.146 | -5.08 |
| 5/4/2018 | 252 | 5/3/2018 | 55.28% | 53.62% | 1.49% | 0.17% | -0.106 | 0.164 | -0.64 | 0.322 | 0.104 | 3.08 | 0.706 | 0.082 | 8.57 | -0.745 | 0.143 | -5.20 |
| 5/7/2018 | 252 | 5/4/2018 | 55.10% | 53.44% | 1.47% | 0.19% | -0.087 | 0.163 | -0.53 | 0.307 | 0.104 | 2.96 | 0.693 | 0.082 | 8.47 | -0.750 | 0.142 | -5.27 |
| 5/8/2018 | 252 | 5/7/2018 | 54.75% | 53.07% | 1.48% | 0.18% | -0.092 | 0.163 | -0.57 | 0.305 | 0.104 | 2.94 | 0.690 | 0.082 | 8.41 | -0.757 | 0.142 | -5.32 |
| 5/9/2018 | 252 | 5/8/2018 | 54.74% | 53.06% | 1.48% | 0.17% | -0.093 | 0.163 | -0.57 | 0.303 | 0.104 | 2.92 | 0.691 | 0.082 | 8.42 | -0.759 | 0.142 | -5.33 |
| 5/10/2018 | 252 | 5/9/2018 | 55.17% | 53.51% | 1.48% | 0.17% | -0.084 | 0.163 | -0.52 | 0.308 | 0.103 | 2.98 | 0.692 | 0.082 | 8.44 | -0.746 | 0.141 | -5.29 |
| 5/11/2018 | 252 | 5/10/2018 | 55.10% | 53.43% | 1.48% | 0.18% | -0.082 | 0.163 | -0.50 | 0.312 | 0.103 | 3.02 | 0.693 | 0.082 | 8.44 | -0.750 | 0.141 | -5.31 |
| 5/14/2018 | 252 | 5/11/2018 | 55.07% | 53.41% | 1.48% | 0.19% | -0.085 | 0.163 | -0.52 | 0.308 | 0.104 | 2.98 | 0.697 | 0.082 | 8.48 | -0.744 | 0.141 | -5.26 |
| 5/15/2018 | 252 | 5/14/2018 | 54.57% | 52.89% | 1.49% | 0.21% | -0.086 | 0.164 | -0.52 | 0.316 | 0.104 | 3.03 | 0.694 | 0.083 | 8.40 | -0.736 | 0.142 | -5.18 |
| 5/16/2018 | 252 | 5/15/2018 | 54.56% | 52.88% | 1.49% | 0.20% | -0.087 | 0.163 | -0.53 | 0.318 | 0.104 | 3.06 | 0.690 | 0.082 | 8.39 | -0.734 | 0.141 | -5.19 |
| 5/17/2018 | 252 | 5/16/2018 | 54.65% | 52.97% | 1.48% | 0.19% | -0.082 | 0.163 | -0.51 | 0.323 | 0.103 | 3.14 | 0.688 | 0.082 | 8.40 | -0.723 | 0.140 | -5.17 |
| 5/18/2018 | 252 | 5/17/2018 | 54.74% | 53.07% | 1.48% | 0.20% | -0.086 | 0.164 | -0.52 | 0.323 | 0.100 | 3.23 | 0.688 | 0.082 | 8.43 | -0.722 | 0.139 | -5.18 |
| 5/21/2018 | 252 | 5/18/2018 | 53.45% | 51.73% | 1.47% | 0.18% | -0.160 | 0.167 | -0.96 | 0.396 | 0.106 | 3.73 | 0.683 | 0.081 | 8.40 | -0.827 | 0.146 | -5.67 |
| 5/22/2018 | 252 | 5/21/2018 | 52.21% | 50.44% | 1.48% | 0.17% | -0.179 | 0.167 | -1.07 | 0.419 | 0.105 | 3.98 | 0.690 | 0.081 | 8.49 | -0.786 | 0.150 | -5.24 |
| 5/23/2018 | 252 | 5/22/2018 | 52.23% | 50.47% | 1.48% | 0.16% | -0.182 | 0.167 | -1.09 | 0.427 | 0.106 | 4.03 | 0.691 | 0.081 | 8.50 | -0.775 | 0.150 | -5.18 |
| 5/24/2018 | 252 | 5/23/2018 | 52.11% | 50.33% | 1.48% | 0.16% | -0.177 | 0.167 | -1.06 | 0.418 | 0.104 | 4.00 | 0.690 | 0.081 | 8.47 | -0.783 | 0.149 | -5.26 |
| 5/25/2018 | 252 | 5/24/2018 | 52.69% | 50.93% | 1.47% | 0.17% | -0.175 | 0.166 | -1.05 | 0.428 | 0.104 | 4.11 | 0.688 | 0.081 | 8.50 | -0.768 | 0.148 | -5.17 |
| 5/29/2018 | 252 | 5/25/2018 | 53.41% | 51.68% | 1.47% | 0.17% | -0.183 | 0.167 | -1.10 | 0.438 | 0.104 | 4.22 | 0.694 | 0.081 | 8.54 | -0.760 | 0.148 | -5.12 |
| 5/30/2018 | 252 | 5/29/2018 | 52.69% | 50.94% | 1.48% | 0.15% | -0.169 | 0.168 | -1.01 | 0.488 | 0.102 | 4.80 | 0.684 | 0.082 | 8.37 | -0.720 | 0.148 | -4.86 |
| 5/31/2018 | 252 | 5/30/2018 | 53.13% | 51.40% | 1.47% | 0.13% | -0.175 | 0.166 | -1.05 | 0.493 | 0.101 | 4.88 | 0.684 | 0.081 | 8.43 | -0.719 | 0.147 | -4.89 |
| 6/1/2018 | 252 | 5/31/2018 | 53.84% | 52.13% | 1.45% | 0.16% | -0.156 | 0.164 | -0.95 | 0.454 | 0.101 | 4.50 | 0.670 | 0.080 | 8.36 | -0.777 | 0.147 | -5.30 |
| 6/4/2018 | 252 | 6/1/2018 | 53.11% | 51.37% | 1.46% | 0.17% | -0.108 | 0.165 | -0.66 | 0.450 | 0.101 | 4.44 | 0.672 | 0.081 | 8.35 | -0.728 | 0.147 | -4.97 |
| 6/5/2018 | 252 | 6/4/2018 | 53.10% | 51.36% | 1.46% | 0.17% | -0.114 | 0.165 | -0.69 | 0.444 | 0.101 | 4.41 | 0.677 | 0.081 | 8.41 | -0.728 | 0.147 | -4.96 |
| 6/6/2018 | 252 | 6/5/2018 | 53.08% | 51.34% | 1.46% | 0.18% | -0.109 | 0.165 | -0.66 | 0.423 | 0.100 | 4.24 | 0.694 | 0.081 | 8.59 | -0.690 | 0.148 | -4.65 |
| 6/7/2018 | 252 | 6/6/2018 | 53.40% | 51.67% | 1.48% | 0.19% | -0.083 | 0.167 | -0.50 | 0.405 | 0.101 | 4.03 | 0.702 | 0.082 | 8.60 | -0.667 | 0.150 | -4.45 |
| 6/8/2018 | 252 | 6/7/2018 | 52.78% | 51.03% | 1.49% | 0.19% | -0.104 | 0.168 | -0.62 | 0.431 | 0.100 | 4.30 | 0.705 | 0.082 | 8.57 | -0.684 | 0.150 | -4.55 |
| 6/11/2018 | 252 | 6/8/2018 | 51.67% | 49.88% | 1.51% | 0.16% | -0.113 | 0.170 | -0.67 | 0.481 | 0.099 | 4.85 | 0.722 | 0.084 | 8.59 | -0.523 | 0.134 | -3.91 |
| 6/12/2018 | 252 | 6/11/2018 | 52.02% | 50.25% | 1.50% | 0.15% | -0.119 | 0.169 | -0.70 | 0.487 | 0.099 | 4.94 | 0.722 | 0.084 | 8.61 | -0.532 | 0.134 | -3.98 |

227

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 6/13/2018 | 252 | 6/12/2018 | 51.78% | 50.00% | 1.50% | 0.17% | -0.116 | 0.169 | -0.69 | 0.488 | 0.099 | 4.94 | 0.722 | 0.084 | 8.61 | -0.521 | 0.134 | -3.90 |
| 6/14/2018 | 252 | 6/13/2018 | 52.28% | 50.52% | 1.49% | 0.18% | -0.107 | 0.169 | -0.64 | 0.487 | 0.098 | 4.96 | 0.720 | 0.083 | 8.63 | -0.522 | 0.133 | -3.93 |
| 6/15/2018 | 252 | 6/14/2018 | 52.86% | 51.11% | 1.49% | 0.17% | -0.113 | 0.169 | -0.67 | 0.488 | 0.098 | 4.97 | 0.724 | 0.084 | 8.56 | -0.527 | 0.132 | -4.00 |
| 6/18/2018 | 252 | 6/15/2018 | 52.16% | 50.39% | 1.50% | 0.15% | -0.138 | 0.170 | -0.81 | 0.498 | 0.098 | 5.06 | 0.759 | 0.086 | 8.85 | -0.477 | 0.130 | -3.66 |
| 6/19/2018 | 252 | 6/18/2018 | 52.44% | 50.68% | 1.50% | 0.15% | -0.144 | 0.170 | -0.85 | 0.497 | 0.098 | 5.07 | 0.763 | 0.086 | 8.92 | -0.481 | 0.130 | -3.70 |
| 6/20/2018 | 252 | 6/19/2018 | 52.18% | 50.41% | 1.50% | 0.14% | -0.143 | 0.170 | -0.84 | 0.479 | 0.096 | 4.98 | 0.773 | 0.085 | 9.08 | -0.486 | 0.130 | -3.74 |
| 6/21/2018 | 252 | 6/20/2018 | 52.15% | 50.38% | 1.50% | 0.14% | -0.142 | 0.170 | -0.83 | 0.471 | 0.096 | 4.90 | 0.769 | 0.085 | 9.05 | -0.488 | 0.130 | -3.76 |
| 6/22/2018 | 252 | 6/21/2018 | 52.54% | 50.79% | 1.50% | 0.12% | -0.143 | 0.169 | -0.84 | 0.484 | 0.094 | 5.13 | 0.772 | 0.085 | 9.12 | -0.483 | 0.129 | -3.75 |
| 6/25/2018 | 252 | 6/22/2018 | 52.65% | 50.90% | 1.50% | 0.12% | -0.142 | 0.170 | -0.84 | 0.484 | 0.094 | 5.12 | 0.771 | 0.085 | 9.13 | -0.483 | 0.129 | -3.75 |
| 6/26/2018 | 252 | 6/25/2018 | 52.81% | 51.06% | 1.50% | 0.13% | -0.148 | 0.169 | -0.87 | 0.483 | 0.094 | 5.14 | 0.775 | 0.084 | 9.22 | -0.484 | 0.129 | -3.77 |
| 6/27/2018 | 252 | 6/26/2018 | 52.85% | 51.10% | 1.50% | 0.13% | -0.147 | 0.170 | -0.86 | 0.484 | 0.094 | 5.13 | 0.777 | 0.084 | 9.24 | -0.476 | 0.129 | -3.69 |
| 6/28/2018 | 252 | 6/27/2018 | 53.36% | 51.63% | 1.49% | 0.12% | -0.135 | 0.169 | -0.80 | 0.487 | 0.094 | 5.19 | 0.775 | 0.084 | 9.25 | -0.479 | 0.128 | -3.75 |
| 6/29/2018 | 252 | 6/28/2018 | 52.60% | 50.85% | 1.50% | 0.13% | -0.124 | 0.170 | -0.73 | 0.499 | 0.094 | 5.30 | 0.767 | 0.085 | 9.07 | -0.472 | 0.129 | -3.67 |
| 7/2/2018 | 252 | 6/29/2018 | 52.85% | 51.11% | 1.50% | 0.12% | -0.118 | 0.170 | -0.70 | 0.492 | 0.094 | 5.24 | 0.765 | 0.085 | 9.04 | -0.478 | 0.129 | -3.71 |
| 7/3/2018 | 252 | 7/2/2018 | 52.45% | 50.68% | 1.50% | 0.12% | -0.126 | 0.171 | -0.74 | 0.488 | 0.094 | 5.17 | 0.768 | 0.085 | 9.04 | -0.493 | 0.129 | -3.82 |
| 7/5/2018 | 252 | 7/3/2018 | 52.40% | 50.63% | 1.50% | 0.11% | -0.123 | 0.171 | -0.72 | 0.485 | 0.094 | 5.16 | 0.767 | 0.085 | 9.03 | -0.492 | 0.129 | -3.82 |
| 7/6/2018 | 252 | 7/5/2018 | 52.84% | 51.09% | 1.50% | 0.12% | -0.122 | 0.170 | -0.72 | 0.481 | 0.094 | 5.14 | 0.762 | 0.085 | 9.01 | -0.505 | 0.128 | -3.94 |
| 7/9/2018 | 252 | 7/6/2018 | 52.96% | 51.22% | 1.50% | 0.12% | -0.107 | 0.170 | -0.63 | 0.482 | 0.094 | 5.16 | 0.761 | 0.084 | 9.00 | -0.514 | 0.127 | -4.05 |
| 7/10/2018 | 252 | 7/9/2018 | 53.01% | 51.27% | 1.50% | 0.12% | -0.111 | 0.170 | -0.65 | 0.483 | 0.094 | 5.17 | 0.764 | 0.085 | 9.01 | -0.512 | 0.127 | -4.03 |
| 7/11/2018 | 252 | 7/10/2018 | 52.95% | 51.21% | 1.50% | 0.10% | -0.101 | 0.171 | -0.59 | 0.486 | 0.094 | 5.20 | 0.757 | 0.085 | 8.89 | -0.487 | 0.126 | -3.86 |
| 7/12/2018 | 252 | 7/11/2018 | 53.19% | 51.45% | 1.50% | 0.10% | -0.109 | 0.171 | -0.63 | 0.488 | 0.094 | 5.20 | 0.766 | 0.085 | 8.97 | -0.494 | 0.125 | -3.94 |
| 7/13/2018 | 252 | 7/12/2018 | 52.86% | 51.12% | 1.50% | 0.11% | -0.092 | 0.172 | -0.54 | 0.500 | 0.094 | 5.33 | 0.758 | 0.086 | 8.84 | -0.490 | 0.126 | -3.88 |
| 7/16/2018 | 252 | 7/13/2018 | 53.96% | 52.25% | 1.48% | 0.12% | -0.108 | 0.170 | -0.63 | 0.511 | 0.093 | 5.53 | 0.770 | 0.085 | 9.10 | -0.480 | 0.124 | -3.86 |
| 7/17/2018 | 252 | 7/16/2018 | 54.02% | 52.32% | 1.48% | 0.12% | -0.112 | 0.170 | -0.66 | 0.512 | 0.092 | 5.54 | 0.773 | 0.085 | 9.14 | -0.473 | 0.125 | -3.79 |
| 7/18/2018 | 252 | 7/17/2018 | 54.06% | 52.36% | 1.48% | 0.12% | -0.112 | 0.170 | -0.66 | 0.510 | 0.092 | 5.53 | 0.773 | 0.085 | 9.13 | -0.473 | 0.125 | -3.79 |
| 7/19/2018 | 252 | 7/18/2018 | 54.76% | 53.09% | 1.48% | 0.11% | -0.114 | 0.169 | -0.68 | 0.507 | 0.092 | 5.53 | 0.779 | 0.084 | 9.23 | -0.465 | 0.125 | -3.72 |
| 7/20/2018 | 252 | 7/19/2018 | 54.25% | 52.55% | 1.49% | 0.11% | -0.124 | 0.170 | -0.73 | 0.497 | 0.092 | 5.39 | 0.804 | 0.084 | 9.54 | -0.456 | 0.126 | -3.63 |
| 7/23/2018 | 252 | 7/20/2018 | 54.80% | 53.12% | 1.47% | 0.11% | -0.112 | 0.168 | -0.67 | 0.482 | 0.091 | 5.29 | 0.800 | 0.083 | 9.59 | -0.465 | 0.124 | -3.74 |
| 7/24/2018 | 252 | 7/23/2018 | 55.25% | 53.60% | 1.48% | 0.12% | -0.114 | 0.169 | -0.67 | 0.477 | 0.091 | 5.22 | 0.805 | 0.083 | 9.64 | -0.463 | 0.124 | -3.72 |
| 7/25/2018 | 252 | 7/24/2018 | 55.13% | 53.47% | 1.48% | 0.12% | -0.126 | 0.169 | -0.75 | 0.478 | 0.091 | 5.23 | 0.815 | 0.083 | 9.77 | -0.475 | 0.124 | -3.82 |
| 7/26/2018 | 252 | 7/25/2018 | 54.72% | 53.04% | 1.48% | 0.12% | -0.114 | 0.169 | -0.68 | 0.475 | 0.091 | 5.21 | 0.802 | 0.084 | 9.49 | -0.484 | 0.124 | -3.91 |
| 7/27/2018 | 252 | 7/26/2018 | 54.95% | 53.09% | 1.48% | 0.13% | -0.109 | 0.169 | -0.65 | 0.467 | 0.092 | 5.10 | 0.798 | 0.085 | 9.44 | -0.500 | 0.125 | -4.01 |
| 7/30/2018 | 252 | 7/27/2018 | 54.44% | 52.75% | 1.48% | 0.14% | -0.125 | 0.169 | -0.74 | 0.470 | 0.092 | 5.12 | 0.793 | 0.085 | 9.35 | -0.517 | 0.125 | -4.14 |
| 7/31/2018 | 252 | 7/30/2018 | 55.12% | 53.46% | 1.47% | 0.13% | -0.148 | 0.167 | -0.89 | 0.477 | 0.091 | 5.25 | 0.812 | 0.084 | 9.63 | -0.493 | 0.124 | -3.98 |
| 8/1/2018 | 252 | 7/31/2018 | 55.52% | 53.87% | 1.46% | 0.13% | -0.111 | 0.166 | -0.67 | 0.462 | 0.090 | 5.12 | 0.798 | 0.084 | 9.46 | -0.488 | 0.124 | -3.95 |
| 8/2/2018 | 252 | 8/1/2018 | 54.21% | 52.51% | 1.48% | 0.11% | -0.108 | 0.169 | -0.64 | 0.457 | 0.092 | 4.99 | 0.805 | 0.086 | 9.38 | -0.483 | 0.125 | -3.86 |
| 8/3/2018 | 252 | 8/2/2018 | 54.75% | 53.07% | 1.48% | 0.11% | -0.108 | 0.168 | -0.64 | 0.458 | 0.092 | 5.00 | 0.803 | 0.085 | 9.40 | -0.484 | 0.125 | -3.86 |
| 8/6/2018 | 252 | 8/3/2018 | 54.43% | 52.75% | 1.49% | 0.12% | -0.112 | 0.169 | -0.66 | 0.470 | 0.092 | 5.14 | 0.803 | 0.086 | 9.34 | -0.491 | 0.126 | -3.91 |
| 8/7/2018 | 252 | 8/6/2018 | 54.51% | 52.83% | 1.49% | 0.12% | -0.114 | 0.169 | -0.67 | 0.470 | 0.091 | 5.14 | 0.802 | 0.086 | 9.34 | -0.497 | 0.125 | -3.96 |
| 8/8/2018 | 252 | 8/7/2018 | 54.50% | 52.81% | 1.48% | 0.11% | -0.102 | 0.168 | -0.61 | 0.458 | 0.091 | 5.03 | 0.797 | 0.085 | 9.34 | -0.499 | 0.125 | -4.00 |
| 8/9/2018 | 252 | 8/8/2018 | 54.69% | 53.01% | 1.48% | 0.12% | -0.101 | 0.167 | -0.61 | 0.454 | 0.091 | 5.01 | 0.795 | 0.085 | 9.33 | -0.500 | 0.125 | -4.01 |
| 8/10/2018 | 252 | 8/9/2018 | 54.60% | 52.91% | 1.48% | 0.11% | -0.104 | 0.168 | -0.62 | 0.455 | 0.091 | 5.01 | 0.797 | 0.085 | 9.33 | -0.501 | 0.125 | -4.01 |
| 8/13/2018 | 252 | 8/10/2018 | 54.45% | 52.76% | 1.48% | 0.12% | -0.116 | 0.169 | -0.69 | 0.449 | 0.090 | 5.00 | 0.800 | 0.085 | 9.37 | -0.498 | 0.125 | -3.99 |
| 8/14/2018 | 252 | 8/13/2018 | 54.56% | 52.88% | 1.48% | 0.13% | -0.114 | 0.169 | -0.67 | 0.458 | 0.089 | 5.12 | 0.795 | 0.085 | 9.32 | -0.489 | 0.125 | -3.92 |
| 8/15/2018 | 252 | 8/14/2018 | 55.48% | 53.83% | 1.48% | 0.13% | -0.100 | 0.169 | -0.59 | 0.463 | 0.089 | 5.18 | 0.786 | 0.085 | 9.20 | -0.489 | 0.125 | -3.92 |
| 8/16/2018 | 252 | 8/15/2018 | 55.54% | 53.89% | 1.48% | 0.13% | -0.105 | 0.169 | -0.62 | 0.465 | 0.089 | 5.20 | 0.795 | 0.084 | 9.46 | -0.488 | 0.125 | -3.90 |
| 8/17/2018 | 252 | 8/16/2018 | 54.82% | 53.15% | 1.49% | 0.12% | -0.111 | 0.170 | -0.65 | 0.472 | 0.090 | 5.25 | 0.786 | 0.085 | 9.23 | -0.486 | 0.126 | -3.86 |
| 8/20/2018 | 252 | 8/17/2018 | 54.18% | 52.49% | 1.49% | 0.13% | -0.120 | 0.171 | -0.70 | 0.464 | 0.089 | 5.18 | 0.787 | 0.085 | 9.25 | -0.487 | 0.126 | -3.87 |
| 8/21/2018 | 252 | 8/20/2018 | 54.19% | 52.49% | 1.49% | 0.12% | -0.110 | 0.170 | -0.64 | 0.460 | 0.089 | 5.16 | 0.785 | 0.085 | 9.25 | -0.476 | 0.125 | -3.82 |
| 8/22/2018 | 252 | 8/21/2018 | 54.34% | 52.65% | 1.49% | 0.12% | -0.113 | 0.170 | -0.67 | 0.463 | 0.089 | 5.21 | 0.784 | 0.085 | 9.25 | -0.481 | 0.124 | -3.89 |
| 8/23/2018 | 252 | 8/22/2018 | 54.94% | 53.27% | 1.48% | 0.13% | -0.115 | 0.169 | -0.68 | 0.484 | 0.088 | 5.48 | 0.791 | 0.084 | 9.38 | -0.470 | 0.123 | -3.81 |

228

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index Coefficient | Standard Error | $t$-statistic | Brazilian Market Index Logarithmic Return Coefficient | Standard Error | $t$-statistic | Sector Index Return Coefficient | Standard Error | $t$-statistic | Foreign Exchange Logarithmic Return Coefficient | Standard Error | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/2018 | 252 | 8/23/2018 | 54.44% | 52.76% | 1.48% | 0.13% | -0.078 | 0.170 | -0.46 | 0.476 | 0.088 | 5.38 | 0.768 | 0.084 | 9.09 | -0.449 | 0.123 | -3.64 |
| 8/27/2018 | 252 | 8/24/2018 | 55.23% | 53.57% | 1.47% | 0.12% | -0.069 | 0.168 | -0.41 | 0.467 | 0.088 | 5.33 | 0.768 | 0.083 | 9.21 | -0.456 | 0.122 | -3.74 |
| 8/28/2018 | 252 | 8/27/2018 | 55.28% | 53.62% | 1.47% | 0.13% | -0.068 | 0.168 | -0.41 | 0.469 | 0.087 | 5.38 | 0.768 | 0.083 | 9.22 | -0.455 | 0.122 | -3.73 |
| 8/29/2018 | 252 | 8/28/2018 | 55.22% | 53.56% | 1.47% | 0.12% | -0.068 | 0.168 | -0.40 | 0.469 | 0.087 | 5.38 | 0.767 | 0.084 | 9.17 | -0.456 | 0.122 | -3.75 |
| 8/30/2018 | 252 | 8/29/2018 | 55.18% | 53.52% | 1.47% | 0.12% | -0.071 | 0.169 | -0.42 | 0.465 | 0.087 | 5.32 | 0.768 | 0.084 | 9.15 | -0.453 | 0.122 | -3.72 |
| 8/31/2018 | 252 | 8/30/2018 | 55.07% | 53.41% | 1.47% | 0.13% | -0.061 | 0.169 | -0.36 | 0.455 | 0.087 | 5.23 | 0.763 | 0.084 | 9.10 | -0.454 | 0.122 | -3.72 |
| 9/4/2018 | 252 | 8/31/2018 | 55.93% | 54.30% | 1.47% | 0.11% | -0.066 | 0.169 | -0.39 | 0.465 | 0.087 | 5.34 | 0.763 | 0.084 | 9.11 | -0.424 | 0.120 | -3.53 |
| 9/5/2018 | 252 | 9/4/2018 | 55.26% | 53.60% | 1.48% | 0.10% | -0.085 | 0.170 | -0.50 | 0.486 | 0.087 | 5.59 | 0.775 | 0.084 | 9.21 | -0.409 | 0.121 | -3.39 |
| 9/6/2018 | 252 | 9/5/2018 | 55.55% | 53.90% | 1.48% | 0.09% | -0.075 | 0.170 | -0.44 | 0.484 | 0.087 | 5.57 | 0.773 | 0.084 | 9.20 | -0.404 | 0.121 | -3.35 |
| 9/7/2018 | 252 | 9/6/2018 | 55.41% | 53.76% | 1.48% | 0.10% | -0.085 | 0.170 | -0.50 | 0.488 | 0.087 | 5.59 | 0.773 | 0.084 | 9.19 | -0.418 | 0.120 | -3.49 |
| 9/10/2018 | 252 | 9/7/2018 | 55.38% | 53.72% | 1.48% | 0.10% | -0.083 | 0.170 | -0.49 | 0.488 | 0.087 | 5.60 | 0.771 | 0.084 | 9.17 | -0.418 | 0.120 | -3.49 |
| 9/11/2018 | 252 | 9/10/2018 | 55.68% | 54.03% | 1.46% | 0.11% | -0.066 | 0.168 | -0.39 | 0.485 | 0.086 | 5.62 | 0.751 | 0.084 | 8.97 | -0.433 | 0.118 | -3.65 |
| 9/12/2018 | 252 | 9/11/2018 | 55.81% | 54.17% | 1.46% | 0.11% | -0.077 | 0.168 | -0.46 | 0.480 | 0.086 | 5.57 | 0.755 | 0.084 | 9.01 | -0.438 | 0.118 | -3.70 |
| 9/13/2018 | 252 | 9/12/2018 | 55.82% | 54.19% | 1.46% | 0.11% | -0.074 | 0.168 | -0.44 | 0.480 | 0.086 | 5.57 | 0.754 | 0.083 | 9.06 | -0.437 | 0.119 | -3.69 |
| 9/14/2018 | 252 | 9/13/2018 | 56.27% | 54.65% | 1.46% | 0.12% | -0.066 | 0.167 | -0.40 | 0.484 | 0.086 | 5.64 | 0.748 | 0.083 | 9.02 | -0.430 | 0.118 | -3.64 |
| 9/17/2018 | 252 | 9/14/2018 | 56.17% | 54.54% | 1.46% | 0.14% | -0.066 | 0.166 | -0.40 | 0.485 | 0.086 | 5.66 | 0.742 | 0.083 | 8.95 | -0.448 | 0.118 | -3.80 |
| 9/18/2018 | 252 | 9/17/2018 | 56.32% | 54.70% | 1.46% | 0.13% | -0.043 | 0.165 | -0.26 | 0.477 | 0.086 | 5.57 | 0.735 | 0.083 | 8.88 | -0.444 | 0.118 | -3.76 |
| 9/19/2018 | 252 | 9/18/2018 | 56.41% | 54.79% | 1.46% | 0.14% | -0.045 | 0.166 | -0.27 | 0.486 | 0.086 | 5.68 | 0.739 | 0.083 | 8.91 | -0.433 | 0.118 | -3.67 |
| 9/20/2018 | 252 | 9/19/2018 | 56.38% | 54.76% | 1.46% | 0.16% | -0.053 | 0.166 | -0.32 | 0.478 | 0.085 | 5.59 | 0.746 | 0.083 | 9.00 | -0.446 | 0.118 | -3.78 |
| 9/21/2018 | 252 | 9/20/2018 | 57.09% | 55.50% | 1.46% | 0.17% | -0.047 | 0.164 | -0.28 | 0.473 | 0.085 | 5.58 | 0.747 | 0.083 | 9.06 | -0.459 | 0.116 | -3.94 |
| 9/24/2018 | 252 | 9/21/2018 | 56.29% | 54.67% | 1.47% | 0.19% | -0.046 | 0.166 | -0.28 | 0.485 | 0.085 | 5.69 | 0.734 | 0.083 | 8.80 | -0.466 | 0.117 | -3.97 |
| 9/25/2018 | 252 | 9/24/2018 | 56.60% | 54.99% | 1.47% | 0.19% | -0.041 | 0.166 | -0.25 | 0.484 | 0.085 | 5.69 | 0.729 | 0.083 | 8.74 | -0.470 | 0.117 | -4.01 |
| 9/26/2018 | 252 | 9/25/2018 | 56.89% | 55.29% | 1.46% | 0.21% | -0.063 | 0.164 | -0.39 | 0.479 | 0.084 | 5.67 | 0.748 | 0.083 | 9.03 | -0.459 | 0.117 | -3.93 |
| 9/27/2018 | 252 | 9/26/2018 | 56.91% | 55.32% | 1.46% | 0.20% | -0.067 | 0.164 | -0.41 | 0.479 | 0.084 | 5.66 | 0.756 | 0.082 | 9.18 | -0.452 | 0.116 | -3.89 |
| 9/28/2018 | 252 | 9/27/2018 | 56.61% | 55.00% | 1.46% | 0.19% | -0.073 | 0.165 | -0.44 | 0.468 | 0.084 | 5.55 | 0.760 | 0.083 | 9.22 | -0.455 | 0.117 | -3.90 |
| 10/1/2018 | 252 | 9/28/2018 | 56.64% | 55.04% | 1.46% | 0.20% | -0.071 | 0.165 | -0.43 | 0.466 | 0.084 | 5.52 | 0.761 | 0.082 | 9.22 | -0.455 | 0.117 | -3.90 |
| 10/2/2018 | 252 | 10/1/2018 | 57.02% | 55.42% | 1.46% | 0.20% | -0.070 | 0.165 | -0.43 | 0.461 | 0.084 | 5.48 | 0.762 | 0.083 | 9.23 | -0.462 | 0.116 | -3.96 |
| 10/3/2018 | 252 | 10/2/2018 | 57.31% | 55.73% | 1.46% | 0.21% | -0.079 | 0.164 | -0.48 | 0.464 | 0.083 | 5.62 | 0.769 | 0.083 | 9.32 | -0.466 | 0.116 | -4.02 |
| 10/4/2018 | 252 | 10/3/2018 | 56.79% | 55.19% | 1.47% | 0.20% | -0.078 | 0.165 | -0.47 | 0.444 | 0.084 | 5.31 | 0.777 | 0.083 | 9.37 | -0.463 | 0.117 | -3.96 |
| 10/5/2018 | 252 | 10/4/2018 | 56.53% | 54.92% | 1.47% | 0.19% | -0.063 | 0.165 | -0.38 | 0.446 | 0.084 | 5.31 | 0.778 | 0.083 | 9.35 | -0.451 | 0.117 | -3.86 |
| 10/8/2018 | 252 | 10/5/2018 | 56.71% | 55.11% | 1.47% | 0.19% | -0.052 | 0.165 | -0.31 | 0.449 | 0.084 | 5.37 | 0.776 | 0.083 | 9.35 | -0.441 | 0.116 | -3.79 |
| 10/9/2018 | 252 | 10/8/2018 | 56.84% | 55.24% | 1.47% | 0.19% | -0.053 | 0.165 | -0.32 | 0.450 | 0.084 | 5.38 | 0.777 | 0.083 | 9.36 | -0.440 | 0.115 | -3.82 |
| 10/10/2018 | 252 | 10/9/2018 | 57.61% | 56.04% | 1.46% | 0.20% | -0.051 | 0.164 | -0.31 | 0.452 | 0.081 | 5.58 | 0.774 | 0.082 | 9.38 | -0.427 | 0.115 | -3.72 |
| 10/11/2018 | 252 | 10/10/2018 | 57.60% | 56.03% | 1.46% | 0.20% | -0.032 | 0.160 | -0.20 | 0.456 | 0.081 | 5.62 | 0.770 | 0.082 | 9.34 | -0.427 | 0.115 | -3.71 |
| 10/12/2018 | 252 | 10/11/2018 | 57.77% | 56.21% | 1.46% | 0.20% | -0.045 | 0.156 | -0.29 | 0.454 | 0.081 | 5.60 | 0.777 | 0.081 | 9.58 | -0.428 | 0.115 | -3.72 |
| 10/15/2018 | 252 | 10/12/2018 | 57.53% | 55.95% | 1.47% | 0.21% | -0.019 | 0.155 | -0.12 | 0.451 | 0.081 | 5.55 | 0.770 | 0.081 | 9.47 | -0.428 | 0.115 | -3.71 |
| 10/16/2018 | 252 | 10/15/2018 | 57.96% | 56.41% | 1.44% | 0.19% | -0.006 | 0.152 | -0.04 | 0.459 | 0.080 | 5.75 | 0.756 | 0.080 | 9.46 | -0.409 | 0.113 | -3.62 |
| 10/17/2018 | 252 | 10/16/2018 | 57.83% | 56.26% | 1.45% | 0.18% | -0.048 | 0.152 | -0.32 | 0.443 | 0.080 | 5.55 | 0.768 | 0.080 | 9.58 | -0.425 | 0.113 | -3.75 |
| 10/18/2018 | 252 | 10/17/2018 | 58.55% | 57.01% | 1.45% | 0.20% | -0.050 | 0.152 | -0.33 | 0.430 | 0.080 | 5.39 | 0.768 | 0.080 | 9.59 | -0.450 | 0.113 | -3.97 |
| 10/19/2018 | 252 | 10/18/2018 | 58.21% | 56.66% | 1.45% | 0.19% | -0.033 | 0.152 | -0.22 | 0.440 | 0.080 | 5.50 | 0.771 | 0.080 | 9.59 | -0.446 | 0.114 | -3.92 |
| 10/22/2018 | 252 | 10/19/2018 | 58.51% | 56.97% | 1.45% | 0.19% | -0.030 | 0.152 | -0.20 | 0.445 | 0.080 | 5.56 | 0.765 | 0.080 | 9.53 | -0.444 | 0.114 | -3.90 |
| 10/23/2018 | 252 | 10/22/2018 | 58.82% | 57.30% | 1.45% | 0.20% | -0.042 | 0.151 | -0.28 | 0.451 | 0.080 | 5.64 | 0.771 | 0.080 | 9.60 | -0.441 | 0.114 | -3.87 |
| 10/24/2018 | 252 | 10/23/2018 | 59.16% | 57.65% | 1.46% | 0.20% | -0.042 | 0.152 | -0.28 | 0.448 | 0.080 | 5.58 | 0.779 | 0.080 | 9.69 | -0.439 | 0.115 | -3.82 |
| 10/25/2018 | 252 | 10/24/2018 | 59.00% | 57.48% | 1.46% | 0.19% | -0.045 | 0.151 | -0.30 | 0.443 | 0.080 | 5.51 | 0.766 | 0.080 | 9.59 | -0.444 | 0.115 | -3.87 |
| 10/26/2018 | 252 | 10/25/2018 | 59.14% | 57.45% | 1.46% | 0.19% | -0.045 | 0.151 | -0.30 | 0.444 | 0.081 | 5.50 | 0.766 | 0.080 | 9.56 | -0.444 | 0.115 | -3.86 |
| 10/29/2018 | 252 | 10/26/2018 | 59.18% | 57.67% | 1.46% | 0.20% | -0.069 | 0.151 | -0.46 | 0.452 | 0.080 | 5.62 | 0.764 | 0.080 | 9.52 | -0.458 | 0.115 | -4.00 |
| 10/30/2018 | 252 | 10/29/2018 | 58.53% | 57.00% | 1.47% | 0.19% | -0.069 | 0.153 | -0.45 | 0.458 | 0.081 | 5.63 | 0.765 | 0.081 | 9.41 | -0.477 | 0.116 | -4.10 |
| 10/31/2018 | 252 | 10/30/2018 | 58.74% | 57.21% | 1.47% | 0.18% | -0.074 | 0.152 | -0.49 | 0.456 | 0.080 | 5.66 | 0.767 | 0.081 | 9.46 | -0.481 | 0.116 | -4.13 |
| 11/1/2018 | 252 | 10/31/2018 | 58.63% | 57.10% | 1.48% | 0.19% | -0.070 | 0.153 | -0.46 | 0.457 | 0.081 | 5.64 | 0.775 | 0.082 | 9.51 | -0.469 | 0.117 | -4.02 |
| 11/2/2018 | 252 | 11/1/2018 | 58.77% | 57.25% | 1.47% | 0.18% | -0.065 | 0.152 | -0.43 | 0.463 | 0.081 | 5.74 | 0.771 | 0.081 | 9.48 | -0.464 | 0.116 | -3.99 |
| 11/5/2018 | 252 | 11/2/2018 | 58.58% | 57.05% | 1.48% | 0.17% | -0.040 | 0.151 | -0.26 | 0.463 | 0.081 | 5.73 | 0.755 | 0.081 | 9.36 | -0.464 | 0.117 | -3.98 |

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 11/6/2018 | 252 | 11/5/2018 | 58.45% | 56.91% | 1.48% | 0.17% | -0.038 | 0.152 | -0.25 | 0.460 | 0.081 | 5.71 | 0.754 | 0.081 | 9.33 | -0.466 | 0.117 | -4.00 |
| 11/7/2018 | 252 | 11/6/2018 | 58.33% | 56.79% | 1.47% | 0.16% | -0.034 | 0.150 | -0.23 | 0.467 | 0.080 | 5.82 | 0.750 | 0.080 | 9.34 | -0.438 | 0.117 | -3.74 |
| 11/8/2018 | 252 | 11/7/2018 | 58.22% | 56.67% | 1.47% | 0.16% | -0.036 | 0.148 | -0.24 | 0.468 | 0.080 | 5.85 | 0.751 | 0.080 | 9.37 | -0.437 | 0.117 | -3.75 |
| 11/9/2018 | 252 | 11/8/2018 | 58.61% | 57.07% | 1.47% | 0.16% | -0.030 | 0.148 | -0.20 | 0.464 | 0.080 | 5.78 | 0.746 | 0.080 | 9.30 | -0.438 | 0.117 | -3.75 |
| 11/12/2018 | 252 | 11/9/2018 | 57.79% | 56.23% | 1.48% | 0.15% | -0.019 | 0.149 | -0.13 | 0.456 | 0.081 | 5.63 | 0.755 | 0.081 | 9.34 | -0.429 | 0.118 | -3.64 |
| 11/13/2018 | 252 | 11/12/2018 | 57.83% | 56.27% | 1.48% | 0.15% | -0.028 | 0.148 | -0.19 | 0.459 | 0.081 | 5.68 | 0.758 | 0.081 | 9.38 | -0.428 | 0.118 | -3.64 |
| 11/14/2018 | 252 | 11/13/2018 | 57.71% | 56.14% | 1.48% | 0.16% | -0.031 | 0.148 | -0.21 | 0.457 | 0.081 | 5.64 | 0.762 | 0.081 | 9.42 | -0.424 | 0.118 | -3.60 |
| 11/15/2018 | 252 | 11/14/2018 | 57.41% | 55.83% | 1.49% | 0.16% | -0.020 | 0.148 | -0.13 | 0.449 | 0.081 | 5.54 | 0.759 | 0.081 | 9.34 | -0.423 | 0.118 | -3.59 |
| 11/16/2018 | 252 | 11/15/2018 | 57.29% | 55.71% | 1.49% | 0.16% | -0.012 | 0.148 | -0.08 | 0.447 | 0.081 | 5.51 | 0.760 | 0.081 | 9.34 | -0.423 | 0.118 | -3.59 |
| 11/19/2018 | 252 | 11/16/2018 | 57.02% | 55.43% | 1.49% | 0.16% | 0.004 | 0.149 | 0.02 | 0.435 | 0.081 | 5.37 | 0.754 | 0.082 | 9.22 | -0.424 | 0.119 | -3.58 |
| 11/20/2018 | 252 | 11/19/2018 | 57.70% | 56.13% | 1.49% | 0.16% | -0.001 | 0.149 | -0.01 | 0.436 | 0.081 | 5.38 | 0.755 | 0.082 | 9.22 | -0.424 | 0.119 | -3.58 |
| 11/21/2018 | 252 | 11/20/2018 | 57.63% | 56.06% | 1.50% | 0.15% | 0.005 | 0.149 | 0.03 | 0.433 | 0.081 | 5.33 | 0.764 | 0.082 | 9.37 | -0.422 | 0.119 | -3.55 |
| 11/23/2018 | 252 | 11/21/2018 | 59.47% | 57.97% | 1.49% | 0.15% | 0.004 | 0.149 | 0.03 | 0.426 | 0.081 | 5.25 | 0.767 | 0.081 | 9.43 | -0.420 | 0.118 | -3.55 |
| 11/26/2018 | 252 | 11/23/2018 | 57.58% | 56.01% | 1.53% | 0.12% | -0.011 | 0.153 | -0.07 | 0.428 | 0.084 | 5.12 | 0.793 | 0.083 | 9.54 | -0.419 | 0.122 | -3.44 |
| 11/27/2018 | 252 | 11/26/2018 | 57.67% | 56.10% | 1.53% | 0.11% | -0.043 | 0.150 | -0.29 | 0.430 | 0.083 | 5.16 | 0.803 | 0.082 | 9.76 | -0.443 | 0.119 | -3.71 |
| 11/28/2018 | 252 | 11/27/2018 | 58.32% | 56.78% | 1.53% | 0.11% | -0.042 | 0.150 | -0.28 | 0.432 | 0.083 | 5.20 | 0.801 | 0.082 | 9.79 | -0.445 | 0.119 | -3.73 |
| 11/29/2018 | 252 | 11/28/2018 | 58.43% | 56.89% | 1.52% | 0.10% | -0.052 | 0.149 | -0.35 | 0.439 | 0.083 | 5.31 | 0.804 | 0.081 | 9.92 | -0.436 | 0.119 | -3.68 |
| 11/30/2018 | 252 | 11/29/2018 | 58.38% | 56.83% | 1.52% | 0.11% | -0.048 | 0.149 | -0.32 | 0.434 | 0.083 | 5.25 | 0.802 | 0.081 | 9.93 | -0.434 | 0.118 | -3.66 |
| 12/3/2018 | 252 | 11/30/2018 | 58.77% | 57.24% | 1.51% | 0.13% | -0.023 | 0.148 | -0.16 | 0.423 | 0.082 | 5.15 | 0.803 | 0.080 | 10.00 | -0.424 | 0.118 | -3.60 |
| 12/4/2018 | 252 | 12/3/2018 | 59.13% | 57.62% | 1.51% | 0.12% | -0.020 | 0.147 | -0.14 | 0.423 | 0.082 | 5.16 | 0.802 | 0.080 | 10.01 | -0.422 | 0.118 | -3.59 |
| 12/6/2018 | 252 | 12/4/2018 | 59.19% | 57.68% | 1.50% | 0.11% | 0.001 | 0.144 | 0.01 | 0.419 | 0.082 | 5.13 | 0.794 | 0.080 | 9.97 | -0.420 | 0.117 | -3.59 |
| 12/7/2018 | 252 | 12/6/2018 | 59.26% | 57.75% | 1.50% | 0.12% | 0.008 | 0.144 | 0.06 | 0.418 | 0.082 | 5.11 | 0.787 | 0.080 | 9.88 | -0.421 | 0.117 | -3.59 |
| 12/10/2018 | 252 | 12/7/2018 | 59.39% | 57.88% | 1.50% | 0.12% | 0.026 | 0.142 | 0.18 | 0.420 | 0.082 | 5.13 | 0.783 | 0.079 | 9.85 | -0.424 | 0.117 | -3.62 |
| 12/11/2018 | 252 | 12/10/2018 | 59.65% | 58.15% | 1.49% | 0.13% | 0.026 | 0.141 | 0.18 | 0.420 | 0.081 | 5.21 | 0.790 | 0.079 | 10.00 | -0.404 | 0.117 | -3.45 |
| 12/12/2018 | 252 | 12/11/2018 | 59.68% | 58.19% | 1.49% | 0.13% | 0.025 | 0.141 | 0.17 | 0.421 | 0.081 | 5.22 | 0.793 | 0.079 | 10.02 | -0.404 | 0.117 | -3.46 |
| 12/13/2018 | 252 | 12/12/2018 | 59.48% | 57.98% | 1.50% | 0.13% | 0.020 | 0.142 | 0.14 | 0.423 | 0.081 | 5.24 | 0.794 | 0.079 | 9.99 | -0.392 | 0.117 | -3.36 |
| 12/14/2018 | 252 | 12/13/2018 | 59.47% | 57.97% | 1.50% | 0.13% | 0.021 | 0.142 | 0.15 | 0.421 | 0.081 | 5.22 | 0.793 | 0.079 | 9.99 | -0.392 | 0.116 | -3.37 |
| 12/17/2018 | 252 | 12/14/2018 | 59.31% | 57.80% | 1.50% | 0.14% | 0.008 | 0.141 | 0.06 | 0.419 | 0.081 | 5.18 | 0.794 | 0.080 | 9.98 | -0.391 | 0.117 | -3.35 |
| 12/18/2018 | 252 | 12/17/2018 | 59.34% | 57.84% | 1.50% | 0.14% | -0.005 | 0.139 | -0.03 | 0.417 | 0.081 | 5.16 | 0.801 | 0.079 | 10.14 | -0.397 | 0.116 | -3.41 |
| 12/19/2018 | 252 | 12/18/2018 | 59.63% | 58.13% | 1.50% | 0.13% | -0.010 | 0.139 | -0.07 | 0.421 | 0.081 | 5.21 | 0.802 | 0.079 | 10.18 | -0.388 | 0.117 | -3.32 |
| 12/20/2018 | 252 | 12/19/2018 | 59.46% | 57.96% | 1.50% | 0.13% | -0.008 | 0.139 | -0.06 | 0.422 | 0.081 | 5.22 | 0.799 | 0.078 | 10.20 | -0.387 | 0.117 | -3.32 |
| 12/21/2018 | 252 | 12/20/2018 | 59.41% | 57.91% | 1.50% | 0.14% | -0.025 | 0.138 | -0.18 | 0.417 | 0.081 | 5.17 | 0.807 | 0.078 | 10.29 | -0.398 | 0.116 | -3.44 |
| 12/24/2018 | 252 | 12/21/2018 | 59.28% | 57.77% | 1.50% | 0.14% | -0.039 | 0.137 | -0.28 | 0.424 | 0.080 | 5.28 | 0.805 | 0.079 | 10.21 | -0.387 | 0.115 | -3.36 |
| 12/26/2018 | 252 | 12/24/2018 | 59.55% | 58.05% | 1.50% | 0.13% | -0.026 | 0.136 | -0.19 | 0.425 | 0.081 | 5.24 | 0.804 | 0.079 | 10.19 | -0.384 | 0.116 | -3.32 |
| 12/27/2018 | 252 | 12/26/2018 | 59.53% | 58.04% | 1.50% | 0.14% | -0.009 | 0.131 | -0.07 | 0.421 | 0.081 | 5.22 | 0.804 | 0.079 | 10.18 | -0.381 | 0.116 | -3.29 |
| 12/28/2018 | 252 | 12/27/2018 | 59.33% | 57.83% | 1.50% | 0.14% | -0.021 | 0.131 | -0.16 | 0.424 | 0.081 | 5.24 | 0.810 | 0.079 | 10.21 | -0.372 | 0.116 | -3.21 |
| 12/31/2018 | 252 | 12/28/2018 | 59.36% | 57.85% | 1.50% | 0.14% | -0.020 | 0.131 | -0.15 | 0.421 | 0.080 | 5.26 | 0.810 | 0.079 | 10.20 | -0.374 | 0.115 | -3.24 |
| 1/2/2019 | 252 | 12/31/2018 | 59.32% | 57.81% | 1.50% | 0.14% | -0.013 | 0.131 | -0.10 | 0.419 | 0.080 | 5.24 | 0.808 | 0.080 | 10.14 | -0.375 | 0.116 | -3.24 |
| 1/3/2019 | 252 | 1/2/2019 | 59.84% | 58.35% | 1.51% | 0.13% | 0.000 | 0.131 | 0.00 | 0.408 | 0.080 | 5.12 | 0.802 | 0.080 | 10.07 | -0.363 | 0.116 | -3.15 |
| 1/4/2019 | 252 | 1/3/2019 | 60.51% | 59.05% | 1.53% | 0.12% | 0.032 | 0.132 | 0.24 | 0.397 | 0.081 | 4.92 | 0.809 | 0.082 | 9.88 | -0.353 | 0.117 | -3.02 |
| 1/7/2019 | 252 | 1/4/2019 | 59.56% | 58.07% | 1.55% | 0.14% | 0.060 | 0.134 | 0.45 | 0.373 | 0.081 | 4.61 | 0.832 | 0.083 | 10.06 | -0.375 | 0.118 | -3.16 |
| 1/8/2019 | 252 | 1/7/2019 | 59.63% | 58.14% | 1.55% | 0.14% | 0.052 | 0.133 | 0.39 | 0.376 | 0.081 | 4.64 | 0.836 | 0.083 | 10.12 | -0.376 | 0.118 | -3.18 |
| 1/9/2019 | 252 | 1/8/2019 | 60.01% | 58.53% | 1.54% | 0.13% | 0.043 | 0.133 | 0.32 | 0.376 | 0.081 | 4.65 | 0.840 | 0.082 | 10.19 | -0.374 | 0.118 | -3.17 |
| 1/10/2019 | 252 | 1/9/2019 | 60.02% | 58.54% | 1.54% | 0.13% | 0.044 | 0.133 | 0.33 | 0.376 | 0.081 | 4.66 | 0.839 | 0.082 | 10.20 | -0.377 | 0.118 | -3.20 |
| 1/11/2019 | 252 | 1/10/2019 | 60.16% | 58.68% | 1.54% | 0.12% | 0.037 | 0.133 | 0.28 | 0.376 | 0.081 | 4.67 | 0.843 | 0.082 | 10.23 | -0.379 | 0.118 | -3.22 |
| 1/14/2019 | 252 | 1/11/2019 | 60.21% | 58.74% | 1.54% | 0.12% | 0.022 | 0.133 | 0.17 | 0.369 | 0.081 | 4.57 | 0.856 | 0.083 | 10.34 | -0.389 | 0.118 | -3.30 |
| 1/15/2019 | 252 | 1/14/2019 | 60.15% | 58.68% | 1.54% | 0.13% | 0.017 | 0.133 | 0.13 | 0.372 | 0.081 | 4.61 | 0.862 | 0.083 | 10.36 | -0.388 | 0.118 | -3.30 |
| 1/16/2019 | 252 | 1/15/2019 | 60.05% | 58.57% | 1.54% | 0.13% | 0.032 | 0.132 | 0.24 | 0.371 | 0.081 | 4.59 | 0.853 | 0.082 | 10.34 | -0.385 | 0.118 | -3.27 |
| 1/17/2019 | 252 | 1/16/2019 | 60.06% | 58.58% | 1.54% | 0.13% | 0.040 | 0.132 | 0.30 | 0.374 | 0.081 | 4.63 | 0.841 | 0.082 | 10.23 | -0.387 | 0.118 | -3.29 |
| 1/18/2019 | 252 | 1/17/2019 | 60.08% | 58.60% | 1.54% | 0.14% | 0.038 | 0.132 | 0.29 | 0.378 | 0.081 | 4.67 | 0.845 | 0.082 | 10.31 | -0.382 | 0.117 | -3.25 |
| 1/22/2019 | 252 | 1/18/2019 | 60.17% | 58.70% | 1.54% | 0.13% | 0.032 | 0.132 | 0.24 | 0.380 | 0.081 | 4.69 | 0.849 | 0.082 | 10.33 | -0.378 | 0.118 | -3.22 |

**Exhibit-6**
**Vale S.A. ADR Regression Results For Market Efficiency Analysis**

| Event Date | Number of Observations | Estimation Period End | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | U.S. Market Index | | | Brazilian Market Index Logarithmic Return | | | Sector Index Return | | | Foreign Exchange Logarithmic Return | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 1/23/2019 | 252 | 1/22/2019 | 60.24% | 58.77% | 1.54% | 0.14% | 0.027 | 0.132 | 0.20 | 0.380 | 0.081 | 4.69 | 0.850 | 0.082 | 10.35 | -0.372 | 0.117 | -3.17 |
| 1/24/2019 | 252 | 1/23/2019 | 60.30% | 58.83% | 1.54% | 0.15% | 0.030 | 0.132 | 0.23 | 0.383 | 0.081 | 4.73 | 0.849 | 0.082 | 10.35 | -0.373 | 0.117 | -3.19 |
| 1/25/2019 | 252 | 1/24/2019 | 62.67% | 61.29% | 1.51% | 0.17% | 0.044 | 0.130 | 0.34 | 0.382 | 0.080 | 4.80 | 0.845 | 0.081 | 10.46 | -0.354 | 0.115 | -3.07 |
| 1/28/2019 | 252 | 1/25/2019 | 70.26% | 69.04% | 1.52% | 0.16% | 0.047 | 0.130 | 0.36 | 0.379 | 0.080 | 4.73 | 0.845 | 0.081 | 10.43 | -0.348 | 0.116 | -2.99 |
| 1/29/2019 | 252 | 1/28/2019 | 70.37% | 69.01% | 1.52% | 0.17% | 0.050 | 0.130 | 0.38 | 0.379 | 0.080 | 4.72 | 0.842 | 0.081 | 10.36 | -0.349 | 0.117 | -2.99 |
| 1/30/2019 | 252 | 1/29/2019 | 71.59% | 70.29% | 1.52% | 0.18% | 0.048 | 0.130 | 0.37 | 0.381 | 0.081 | 4.71 | 0.844 | 0.081 | 10.40 | -0.353 | 0.117 | -3.03 |
| 1/31/2019 | 252 | 1/30/2019 | 70.17% | 68.81% | 1.56% | 0.20% | 0.046 | 0.134 | 0.34 | 0.378 | 0.083 | 4.56 | 0.874 | 0.083 | 10.54 | -0.368 | 0.119 | -3.08 |
| 2/1/2019 | 252 | 1/31/2019 | 70.01% | 68.65% | 1.56% | 0.17% | 0.034 | 0.134 | 0.25 | 0.377 | 0.083 | 4.54 | 0.885 | 0.083 | 10.60 | -0.360 | 0.120 | -3.01 |
| 2/4/2019 | 252 | 2/1/2019 | 70.16% | 68.80% | 1.56% | 0.17% | 0.034 | 0.134 | 0.25 | 0.377 | 0.083 | 4.53 | 0.886 | 0.084 | 10.60 | -0.357 | 0.120 | -2.99 |
| 2/5/2019 | 252 | 2/4/2019 | 70.16% | 68.66% | 1.57% | 0.18% | 0.034 | 0.134 | 0.25 | 0.377 | 0.083 | 4.53 | 0.886 | 0.084 | 10.58 | -0.358 | 0.120 | -2.99 |
| 2/6/2019 | 252 | 2/5/2019 | 70.38% | 68.90% | 1.57% | 0.17% | 0.032 | 0.134 | 0.24 | 0.378 | 0.083 | 4.54 | 0.887 | 0.084 | 10.53 | -0.358 | 0.120 | -2.98 |

Note:

* indicates statistical significance at the 95% confidence level.

Dummy variables were used to control for potentially abnormal returns on earnings announcements, earnings calls, macroeconomic events, and industry dates. These dates were: 30 July 2015, 22 October 2015, 6 November 2015, 25 November 2015, 30 November 2015, 21 December 2015, 25 February 2016, 28 April 2016, 28 July 2016, 27 October 2016, 23 February 2017, 27 April 2017, 27 July 2017, 26 October 2017, 28 February 2018, 26 April 2018, 26 July 2018, 25 October 2018, 25 January 2019, 28 January 2019, 4 February 2019, and 6 February 2019.

**Exhibit-7 (Corrected)**

**Vale S.A. ADR Event Study Results**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $13.66 | $14.86 | -8.42% | 0.95% | 0.00% | 3.48% | -0.07% | 3.17% | -11.59% | -7.65 | *** |
| 28 January 2019 | $11.20 | $13.66 | -19.86% | -0.65% | 0.43% | -1.23% | -0.23% | -0.66% | -19.20% | -12.65 | *** |
| 4 February 2019 | $12.15 | $12.57 | -3.40% | 0.67% | 1.14% | 0.68% | 0.25% | 1.14% | -4.54% | -2.90 | *** |
| 6 February 2019 | $11.36 | $12.11 | -6.39% | -0.25% | -3.70% | -0.65% | 0.77% | -2.08% | -4.31% | -2.75 | *** |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

## Exhibit-8 (Corrected)
### Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2016 | $6.95 | $6.91 | 0.58% | -0.40% | 0.69% | -2.88% | 0.93% | -2.66% | 3.24% | 1.15 | |
| 10/28/2016 | $6.90 | $6.95 | -0.72% | -0.26% | 0.06% | 0.51% | 1.14% | 0.04% | -0.77% | -0.27 | |
| 10/31/2016 | $6.92 | $6.90 | 0.29% | 0.04% | 1.06% | 1.60% | -0.54% | 2.57% | -2.28% | -0.81 | |
| 11/1/2016 | $6.90 | $6.92 | -0.29% | -0.68% | -2.74% | -0.36% | 1.48% | -3.44% | 3.15% | 1.13 | |
| 11/2/2016 | $6.72 | $6.90 | -2.64% | -0.77% | 0.00% | -1.67% | -0.03% | -1.98% | -0.66% | -0.24 | |
| 11/3/2016 | $6.76 | $6.72 | 0.59% | -0.40% | -2.59% | 2.44% | 0.20% | -0.11% | 0.70% | 0.25 | |
| 11/4/2016 | $6.67 | $6.76 | -1.34% | -0.12% | -0.22% | 1.87% | -0.27% | 1.60% | -2.94% | -1.05 | |
| 11/7/2016 | $7.17 | $6.67 | 7.23% | 2.07% | 3.63% | 1.73% | -0.99% | 5.91% | 1.32% | 0.47 | |
| 11/8/2016 | $7.54 | $7.17 | 5.03% | 0.39% | -0.03% | 1.15% | -1.02% | 1.52% | 3.52% | 1.25 | |
| 11/9/2016 | $7.76 | $7.54 | 2.88% | 1.20% | -1.77% | 7.64% | 1.49% | 5.84% | -2.96% | -1.05 | |
| 11/10/2016 | $8.00 | $7.76 | 3.05% | 0.20% | -4.28% | -0.11% | 5.13% | -5.31% | 8.36% | 2.97 | *** |
| 11/11/2016 | $7.69 | $8.00 | -3.95% | 0.02% | 0.00% | 0.05% | 0.15% | 0.04% | -3.99% | -1.40 | |
| 11/14/2016 | $7.69 | $7.69 | 0.00% | 0.24% | -2.69% | 3.41% | 1.22% | 0.88% | -0.88% | -0.31 | |
| 11/15/2016 | $7.32 | $7.69 | -4.93% | 0.79% | 0.00% | 1.11% | 0.21% | 1.43% | -6.36% | -2.22 | ** |
| 11/16/2016 | $7.31 | $7.32 | -0.14% | -0.15% | 2.60% | -1.56% | -0.59% | 0.72% | -0.86% | -0.30 | |
| 11/17/2016 | $7.31 | $7.31 | 0.00% | 0.46% | -1.64% | -0.68% | -0.02% | -1.75% | 1.75% | 0.61 | |
| 11/18/2016 | $7.24 | $7.31 | -0.96% | -0.14% | 0.44% | -0.23% | -1.05% | 0.29% | -1.25% | -0.43 | |
| 11/21/2016 | $7.66 | $7.24 | 5.64% | 0.78% | 1.53% | 1.87% | -0.92% | 3.63% | 2.01% | 0.70 | |
| 11/22/2016 | $8.29 | $7.66 | 7.90% | 0.30% | 0.96% | 4.89% | 0.07% | 5.43% | 2.47% | 0.86 | |
| 11/23/2016 | $8.39 | $8.29 | 1.20% | 0.09% | -0.07% | 0.41% | 1.17% | 0.12% | 1.08% | 0.37 | |
| 11/25/2016 | $8.42 | $8.39 | 0.36% | 0.36% | -1.01% | 0.65% | 0.90% | -0.21% | 0.57% | 0.20 | |
| 11/28/2016 | $9.10 | $8.42 | 7.77% | -0.60% | 1.62% | -0.78% | -1.07% | 0.51% | 7.26% | 2.51 | ** |
| 11/29/2016 | $8.55 | $9.10 | -6.23% | 0.10% | -2.80% | -2.05% | 0.39% | -4.27% | -1.97% | -0.67 | |
| 11/30/2016 | $8.49 | $8.55 | -0.70% | -0.16% | 1.99% | 0.39% | -0.44% | 2.13% | -2.84% | -0.97 | |
| 12/1/2016 | $8.21 | $8.49 | -3.35% | -0.42% | -4.36% | 0.52% | 2.56% | -3.96% | 0.61% | 0.21 | |
| 12/2/2016 | $8.44 | $8.21 | 3.34% | 0.07% | 1.03% | 2.25% | 0.11% | 3.01% | 0.33% | 0.11 | |
| 12/5/2016 | $8.66 | $8.44 | 2.57% | 0.73% | -0.96% | 3.71% | -1.57% | 3.41% | -0.84% | -0.29 | |
| 12/6/2016 | $8.81 | $8.66 | 1.72% | 0.47% | 2.15% | -0.15% | -0.39% | 2.04% | -0.32% | -0.11 | |
| 12/7/2016 | $9.16 | $8.81 | 3.90% | 1.23% | 0.25% | 1.29% | -0.74% | 2.40% | 1.50% | 0.52 | |
| 12/8/2016 | $8.94 | $9.16 | -2.43% | 0.37% | -0.96% | 0.17% | -0.22% | -0.28% | -2.15% | -0.74 | |

233

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2016 | $8.78 | $8.94 | -1.81% | 0.39% | -0.20% | -1.64% | 0.09% | -1.43% | -0.38% | -0.13 |
| 12/12/2016 | $8.80 | $8.78 | 0.23% | -0.24% | -2.35% | -1.71% | -1.18% | -3.40% | 3.62% | 1.25 |
| 12/13/2016 | $8.49 | $8.80 | -3.59% | 0.58% | 0.62% | -0.55% | -0.10% | 0.41% | -4.00% | -1.38 |
| 12/14/2016 | $8.28 | $8.49 | -2.50% | -0.97% | -1.81% | -0.98% | 1.04% | -3.21% | 0.71% | 0.25 |
| 12/15/2016 | $8.45 | $8.28 | 2.03% | 0.36% | 0.19% | -0.23% | -0.03% | 0.12% | 1.91% | 0.66 |
| 12/16/2016 | $8.17 | $8.45 | -3.37% | -0.11% | 0.22% | -2.21% | 0.67% | -2.21% | -1.16% | -0.40 |
| 12/19/2016 | $7.72 | $8.17 | -5.67% | 0.21% | -1.80% | -0.26% | -0.80% | -1.39% | -4.28% | -1.49 |
| 12/20/2016 | $7.90 | $7.72 | 2.30% | 0.43% | 0.73% | 1.99% | -0.31% | 2.79% | -0.48% | -0.17 |
| 12/21/2016 | $7.91 | $7.90 | 0.13% | -0.25% | 0.18% | -0.19% | -0.83% | -0.03% | 0.16% | 0.05 |
| 12/22/2016 | $7.79 | $7.91 | -1.53% | -0.27% | -0.29% | -1.92% | -1.19% | -2.01% | 0.48% | 0.17 |
| 12/23/2016 | $7.71 | $7.79 | -1.03% | 0.18% | 1.22% | 0.11% | -0.50% | 1.27% | -2.30% | -0.81 |
| 12/27/2016 | $7.90 | $7.71 | 2.43% | 0.25% | 1.13% | 0.92% | -0.18% | 1.95% | 0.48% | 0.17 |
| 12/28/2016 | $8.02 | $7.90 | 1.51% | -0.80% | 1.72% | -0.83% | 0.41% | 0.08% | 1.43% | 0.50 |
| 12/29/2016 | $7.91 | $8.02 | -1.38% | 0.06% | 1.07% | 0.66% | -0.91% | 1.71% | -3.09% | -1.09 |
| 12/30/2016 | $7.62 | $7.91 | -3.74% | -0.41% | 0.00% | -3.03% | 0.00% | -3.23% | -0.51% | -0.18 |
| 1/3/2017 | $8.05 | $7.62 | 5.49% | 0.82% | 2.60% | 2.25% | -0.63% | 4.82% | 0.67% | 0.23 |
| 1/4/2017 | $8.05 | $8.05 | 0.00% | 0.86% | -0.23% | 3.54% | -1.51% | 3.95% | -3.95% | -1.39 |
| 1/5/2017 | $8.30 | $8.05 | 3.06% | -0.09% | 0.47% | 1.05% | -0.54% | 1.39% | 1.67% | 0.58 |
| 1/6/2017 | $7.99 | $8.30 | -3.81% | 0.23% | -0.47% | -2.27% | 0.78% | -2.70% | -1.11% | -0.39 |
| 1/9/2017 | $8.22 | $7.99 | 2.84% | -0.39% | -0.13% | -1.61% | -0.85% | -1.75% | 4.59% | 1.61 |
| 1/10/2017 | $8.96 | $8.22 | 8.62% | 0.13% | 0.12% | 3.69% | -0.03% | 3.72% | 4.90% | 1.71 * |
| 1/11/2017 | $9.31 | $8.96 | 3.83% | 0.32% | 0.31% | 0.19% | 0.05% | 0.51% | 3.32% | 1.16 |
| 1/12/2017 | $9.44 | $9.31 | 1.39% | -0.26% | 2.37% | -1.43% | -0.30% | 0.50% | 0.88% | 0.31 |
| 1/13/2017 | $9.58 | $9.44 | 1.47% | 0.28% | -0.80% | 0.82% | 1.04% | 0.03% | 1.44% | 0.51 |
| 1/17/2017 | $9.51 | $9.58 | -0.73% | -0.37% | 1.21% | -0.29% | -0.94% | 0.81% | -1.55% | -0.55 |
| 1/18/2017 | $9.94 | $9.51 | 4.42% | 0.14% | -0.78% | 2.22% | 0.60% | 1.49% | 2.94% | 1.05 |
| 1/19/2017 | $9.80 | $9.94 | -1.42% | -0.39% | -0.09% | -1.56% | -1.07% | -1.62% | 0.20% | 0.07 |
| 1/20/2017 | $10.03 | $9.80 | 2.32% | 0.36% | 0.61% | 0.80% | -0.86% | 1.60% | 0.72% | 0.25 |
| 1/23/2017 | $10.51 | $10.03 | 4.67% | -0.19% | 1.62% | 0.97% | -0.18% | 2.33% | 2.35% | 0.85 |
| 1/24/2017 | $10.76 | $10.51 | 2.35% | 0.83% | -0.14% | 3.19% | 0.22% | 3.44% | -1.09% | -0.39 |

234

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2017 | $10.78 | $10.76 | 0.19% | 0.80% | 0.00% | -1.49% | 0.00% | -1.33% | 1.52% | 0.55 |
| 1/26/2017 | $10.62 | $10.78 | -1.50% | -0.11% | 0.77% | -0.85% | 0.25% | -0.27% | -1.23% | -0.45 |
| 1/27/2017 | $10.67 | $10.62 | 0.47% | -0.16% | -0.32% | 0.79% | -1.17% | 0.73% | -0.26% | -0.09 |
| 1/30/2017 | $10.31 | $10.67 | -3.43% | -0.71% | -2.41% | -1.15% | -0.45% | -3.32% | -0.11% | -0.04 |
| 1/31/2017 | $10.18 | $10.31 | -1.27% | 0.08% | 0.62% | 0.35% | 0.76% | 0.82% | -2.09% | -0.77 |
| 2/1/2017 | $10.48 | $10.18 | 2.90% | 0.03% | 0.01% | -0.58% | -0.68% | -0.41% | 3.32% | 1.22 |
| 2/2/2017 | $10.42 | $10.48 | -0.57% | 0.06% | -0.26% | 1.51% | -0.18% | 1.48% | -2.05% | -0.75 |
| 2/3/2017 | $9.73 | $10.42 | -6.85% | 0.78% | 1.29% | -0.30% | -0.20% | 1.14% | -7.99% | -2.93 *** |
| 2/6/2017 | $9.56 | $9.73 | -1.76% | -0.27% | -1.46% | 1.19% | -0.05% | 0.02% | -1.79% | -0.65 |
| 2/7/2017 | $9.63 | $9.56 | 0.73% | -0.05% | 0.24% | -0.78% | 0.14% | -0.68% | 1.40% | 0.51 |
| 2/8/2017 | $9.77 | $9.63 | 1.44% | 0.12% | 0.98% | 0.41% | -0.10% | 1.28% | 0.16% | 0.06 |
| 2/9/2017 | $9.96 | $9.77 | 1.93% | 0.65% | 0.13% | 0.92% | 0.40% | 1.15% | 0.77% | 0.28 |
| 2/10/2017 | $10.46 | $9.96 | 4.90% | 0.41% | 1.32% | 0.47% | -0.46% | 1.78% | 3.12% | 1.16 |
| 2/13/2017 | $11.34 | $10.46 | 8.08% | 0.47% | 0.55% | 1.57% | -0.13% | 2.26% | 5.81% | 2.17 ** |
| 2/14/2017 | $11.16 | $11.34 | -1.60% | 0.39% | 0.00% | -0.30% | -0.86% | 0.05% | -1.65% | -0.61 |
| 2/15/2017 | $11.11 | $11.16 | -0.45% | 0.48% | 2.23% | -0.43% | -0.90% | 1.63% | -2.08% | -0.77 |
| 2/16/2017 | $10.86 | $11.11 | -2.28% | -0.13% | -0.25% | -0.21% | 1.03% | -0.71% | -1.56% | -0.58 |
| 2/17/2017 | $10.97 | $10.86 | 1.01% | 0.19% | -0.23% | -0.82% | 0.50% | -1.15% | 2.15% | 0.81 |
| 2/21/2017 | $11.52 | $10.97 | 4.89% | 0.58% | 1.63% | 0.84% | 0.26% | 2.16% | 2.73% | 1.03 |
| 2/22/2017 | $11.24 | $11.52 | -2.46% | -0.17% | -0.49% | -1.89% | -1.01% | -2.15% | -0.31% | -0.12 |
| 2/23/2017 | $10.75 | $11.24 | -4.46% | -0.09% | -1.36% | -4.07% | -0.15% | -5.33% | 0.88% | 0.33 |
| 2/24/2017 | $10.52 | $10.75 | -2.16% | 0.04% | -1.23% | -0.59% | 1.67% | -1.91% | -0.25% | -0.09 |
| 2/27/2017 | $10.61 | $10.52 | 0.85% | 0.20% | 0.00% | 0.17% | -0.06% | 0.27% | 0.59% | 0.22 |
| 2/28/2017 | $10.35 | $10.61 | -2.48% | -0.46% | 0.00% | -0.20% | 0.00% | -0.18% | -2.30% | -0.88 |
| 3/1/2017 | $10.69 | $10.35 | 3.23% | 1.33% | 0.41% | 3.04% | -0.62% | 3.91% | -0.68% | -0.26 |
| 3/2/2017 | $9.96 | $10.69 | -7.07% | -0.69% | -1.34% | -4.89% | 2.13% | -6.72% | -0.35% | -0.14 |
| 3/3/2017 | $10.18 | $9.96 | 2.18% | 0.09% | 1.50% | 0.54% | -1.30% | 2.00% | 0.18% | 0.07 |
| 3/6/2017 | $9.94 | $10.18 | -2.39% | -0.38% | -0.45% | -1.77% | 0.73% | -2.35% | -0.04% | -0.01 |
| 3/7/2017 | $9.93 | $9.94 | -0.10% | -0.34% | -0.99% | -2.68% | -0.61% | -3.36% | 3.26% | 1.28 |
| 3/8/2017 | $9.46 | $9.93 | -4.85% | -0.33% | -1.45% | -0.95% | 1.39% | -2.28% | -2.57% | -1.00 |

235

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2017 | $9.46 | $9.46 | 0.00% | -0.03% | -0.28% | -1.52% | 0.95% | -1.93% | 1.93% | 0.77 |
| 3/10/2017 | $9.47 | $9.46 | 0.11% | 0.35% | 0.37% | 0.39% | -1.70% | 1.28% | -1.17% | -0.47 |
| 3/13/2017 | $9.84 | $9.47 | 3.83% | 0.17% | 1.03% | 1.31% | 0.43% | 1.97% | 1.86% | 0.75 |
| 3/14/2017 | $9.86 | $9.84 | 0.20% | -0.42% | -1.50% | -1.28% | 0.49% | -2.39% | 2.59% | 1.05 |
| 3/15/2017 | $10.68 | $9.86 | 7.99% | 1.01% | 1.87% | 4.65% | -2.07% | 6.77% | 1.21% | 0.49 |
| 3/16/2017 | $10.43 | $10.68 | -2.37% | -0.06% | -0.48% | -0.66% | 0.48% | -1.03% | -1.34% | -0.54 |
| 3/17/2017 | $10.13 | $10.43 | -2.92% | -0.08% | -2.31% | -0.74% | -0.86% | -1.92% | -1.00% | -0.41 |
| 3/20/2017 | $10.29 | $10.13 | 1.57% | -0.23% | 1.05% | 0.17% | -0.62% | 1.28% | 0.29% | 0.12 |
| 3/21/2017 | $9.44 | $10.29 | -8.62% | -1.37% | -2.38% | -3.53% | 0.52% | -5.30% | -3.32% | -1.36 |
| 3/22/2017 | $9.53 | $9.44 | 0.95% | 0.18% | 0.82% | 1.18% | -0.01% | 1.89% | -0.94% | -0.38 |
| 3/23/2017 | $9.32 | $9.53 | -2.23% | 0.01% | 0.10% | -0.49% | 1.66% | -0.91% | -1.32% | -0.54 |
| 3/24/2017 | $9.30 | $9.32 | -0.21% | -0.03% | 0.68% | -1.47% | -0.99% | -0.51% | 0.30% | 0.12 |
| 3/27/2017 | $9.34 | $9.30 | 0.43% | -0.03% | 0.58% | 0.44% | 0.58% | 0.73% | -0.31% | -0.12 |
| 3/28/2017 | $9.47 | $9.34 | 1.38% | 0.69% | 0.40% | 1.32% | 0.47% | 1.52% | -0.14% | -0.06 |
| 3/29/2017 | $9.62 | $9.47 | 1.57% | 0.23% | 1.41% | -0.01% | -0.68% | 1.38% | 0.19% | 0.08 |
| 3/30/2017 | $9.54 | $9.62 | -0.84% | 0.26% | -0.39% | 0.26% | 0.95% | -0.26% | -0.57% | -0.23 |
| 3/31/2017 | $9.50 | $9.54 | -0.42% | -0.11% | -0.37% | 0.62% | -0.84% | 0.67% | -1.09% | -0.45 |
| 4/3/2017 | $9.49 | $9.50 | -0.11% | -0.26% | 0.47% | 0.34% | -0.27% | 0.84% | -0.94% | -0.39 |
| 4/4/2017 | $9.86 | $9.49 | 3.82% | 0.06% | 0.57% | 1.39% | -0.67% | 2.09% | 1.74% | 0.72 |
| 4/5/2017 | $9.43 | $9.86 | -4.46% | -0.41% | -1.28% | -2.10% | 0.85% | -3.30% | -1.16% | -0.48 |
| 4/6/2017 | $9.16 | $9.43 | -2.90% | 0.35% | -0.74% | 0.96% | 0.71% | 0.23% | -3.13% | -1.29 |
| 4/7/2017 | $9.23 | $9.16 | 0.76% | -0.07% | 0.54% | 0.94% | 0.11% | 1.33% | -0.57% | -0.23 |
| 4/10/2017 | $9.24 | $9.23 | 0.11% | 0.15% | 0.11% | -0.42% | -0.45% | -0.13% | 0.24% | 0.10 |
| 4/11/2017 | $9.15 | $9.24 | -0.98% | -0.01% | -0.37% | 1.86% | 0.17% | 1.45% | -2.43% | -1.00 |
| 4/12/2017 | $8.74 | $9.15 | -4.58% | -0.46% | -0.37% | -3.87% | -0.36% | -3.90% | -0.68% | -0.28 |
| 4/13/2017 | $8.72 | $8.74 | -0.23% | -0.72% | -1.89% | -1.75% | 0.59% | -3.34% | 3.11% | 1.29 |
| 4/17/2017 | $8.80 | $8.72 | 0.91% | 0.86% | 2.57% | -0.20% | -1.48% | 2.23% | -1.32% | -0.55 |
| 4/18/2017 | $8.57 | $8.80 | -2.65% | -0.25% | 0.03% | -0.14% | 0.30% | -0.22% | -2.43% | -1.02 |
| 4/19/2017 | $8.51 | $8.57 | -0.70% | -0.14% | -1.29% | -1.72% | 1.42% | -2.99% | 2.29% | 0.96 |
| 4/20/2017 | $8.82 | $8.51 | 3.58% | 0.76% | 0.09% | 2.97% | -0.12% | 3.01% | 0.57% | 0.24 |

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2017 | $8.87 | $8.82 | 0.57% | -0.28% | 0.00% | -0.32% | -0.01% | -0.36% | 0.93% | 0.40 |
| 4/24/2017 | $8.75 | $8.87 | 1.82% | 1.07% | 1.01% | 1.79% | -0.65% | 2.68% | -0.86% | -0.38 |
| 4/25/2017 | $8.95 | $8.75 | 2.26% | 0.60% | 0.95% | 0.73% | 0.61% | 1.28% | 0.98% | 0.43 |
| 4/26/2017 | $8.73 | $8.95 | -2.49% | -0.01% | -0.28% | 0.01% | 0.80% | -0.36% | -2.13% | -0.94 |
| 4/27/2017 | $8.42 | $8.73 | -3.62% | -0.01% | 0.05% | -2.15% | 0.35% | -2.07% | -1.55% | -0.68 |
| 4/28/2017 | $8.58 | $8.42 | 1.88% | -0.26% | 0.99% | -0.28% | -0.21% | 0.51% | 1.38% | 0.61 |
| 5/1/2017 | $8.68 | $8.58 | 1.16% | 0.20% | 0.00% | -0.67% | -0.00% | -0.58% | 1.74% | 0.77 |
| 5/2/2017 | $8.82 | $8.68 | 1.60% | 0.02% | 1.98% | 0.29% | -0.79% | 1.94% | -0.34% | -0.15 |
| 5/3/2017 | $8.36 | $8.82 | -5.36% | -0.26% | -0.49% | -3.20% | 0.43% | -3.47% | -1.89% | -0.83 |
| 5/4/2017 | $7.95 | $8.36 | -5.03% | -0.08% | -1.71% | -1.68% | 0.74% | -2.97% | -2.06% | -0.90 |
| 5/5/2017 | $8.17 | $7.95 | 2.73% | 0.58% | 1.21% | 1.65% | -0.35% | 2.59% | 0.14% | 0.06 |
| 5/8/2017 | $8.13 | $8.17 | -0.49% | -0.08% | -0.26% | -0.14% | 0.64% | -0.46% | -0.03% | -0.02 |
| 5/9/2017 | $8.26 | $8.13 | 1.59% | -0.10% | 1.06% | -0.83% | -0.24% | 0.14% | 1.45% | 0.65 |
| 5/10/2017 | $8.36 | $8.26 | 1.20% | 0.26% | 1.73% | 0.72% | -0.71% | 2.22% | -1.02% | -0.46 |
| 5/11/2017 | $8.33 | $8.36 | -0.36% | -0.27% | 0.41% | 0.12% | -0.87% | 0.74% | -1.10% | -0.49 |
| 5/12/2017 | $8.26 | $8.33 | -0.84% | -0.15% | 1.21% | 0.23% | -0.59% | 1.33% | -2.18% | -0.97 |
| 5/15/2017 | $8.51 | $8.26 | 2.98% | 0.56% | 0.20% | 1.26% | -0.34% | 1.47% | 1.51% | 0.67 |
| 5/16/2017 | $8.77 | $8.51 | 3.01% | -0.04% | 0.10% | 0.55% | -0.48% | 0.79% | 2.22% | 1.00 |
| 5/17/2017 | $8.54 | $8.77 | -2.66% | -1.83% | -1.67% | -1.80% | 1.34% | -3.16% | 0.50% | 0.22 |
| 5/18/2017 | $8.00 | $8.54 | -6.53% | 0.34% | -10.07% | -0.78% | 7.16% | -9.82% | 3.29% | 1.49 |
| 5/19/2017 | $8.42 | $8.00 | 5.12% | 0.76% | 1.74% | 1.79% | -3.56% | 3.77% | 1.34% | 0.61 |
| 5/22/2017 | $8.49 | $8.42 | 0.83% | 0.54% | -1.96% | 0.60% | 0.39% | -0.67% | 1.50% | 0.67 |
| 5/23/2017 | $8.63 | $8.49 | 1.64% | 0.15% | 1.66% | 1.61% | 0.15% | 2.61% | -0.98% | -0.44 |
| 5/24/2017 | $8.46 | $8.63 | -1.99% | 0.24% | 1.26% | -0.07% | 0.24% | 0.80% | -2.79% | -1.26 |
| 5/25/2017 | $8.47 | $8.46 | 0.12% | 0.32% | -0.11% | -0.83% | -0.14% | -0.61% | 0.73% | 0.33 |
| 5/26/2017 | $8.53 | $8.47 | 0.71% | 0.03% | 1.42% | -0.32% | -0.41% | 0.80% | -0.09% | -0.04 |
| 5/30/2017 | $8.76 | $8.53 | 2.66% | -0.23% | -0.47% | -0.42% | 0.03% | -0.60% | 3.26% | 1.47 |
| 5/31/2017 | $8.37 | $8.76 | -4.55% | -0.03% | -1.69% | -1.19% | -0.96% | -1.69% | -2.87% | -1.29 |
| 6/1/2017 | $8.19 | $8.37 | -2.17% | 0.90% | -0.58% | 0.85% | 0.74% | 0.50% | -2.68% | -1.21 |
| 6/2/2017 | $8.21 | $8.19 | 0.24% | 0.35% | 0.36% | -0.91% | -0.07% | -0.48% | 0.72% | 0.32 |

237

## Exhibit-8 (Corrected)
### Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2017 | $8.09 | $8.21 | -1.47% | -0.18% | 0.03% | 1.14% | 1.49% | 0.79% | -2.26% | -1.02 |
| 6/6/2017 | $8.14 | $8.09 | 0.62% | -0.22% | 0.85% | 0.69% | -0.58% | 1.31% | -0.70% | -0.32 |
| 6/7/2017 | $8.10 | $8.14 | -0.49% | 0.07% | 0.41% | -0.57% | -0.25% | -0.12% | -0.38% | -0.17 |
| 6/8/2017 | $8.27 | $8.10 | 2.08% | 0.16% | -0.91% | 3.25% | -0.24% | 2.48% | -0.40% | -0.18 |
| 6/9/2017 | $8.31 | $8.27 | 0.48% | -0.05% | -1.04% | -0.44% | 1.08% | -1.24% | 1.72% | 0.79 |
| 6/12/2017 | $8.13 | $8.31 | -2.19% | -0.09% | -0.73% | 0.16% | 0.64% | -0.37% | -1.82% | -0.85 |
| 6/13/2017 | $8.00 | $8.13 | -1.61% | 0.53% | 0.40% | 0.55% | -0.08% | 0.97% | -2.58% | -1.20 |
| 6/14/2017 | $7.95 | $8.00 | -0.63% | -0.23% | 0.28% | -2.98% | -1.25% | -2.11% | 1.48% | 0.69 |
| 6/15/2017 | $7.84 | $7.95 | -1.39% | -0.30% | 0.00% | -3.62% | 0.03% | -3.11% | 1.71% | 0.79 |
| 6/16/2017 | $7.88 | $7.84 | 0.51% | 0.05% | -0.42% | -0.73% | 0.56% | -0.90% | 1.40% | 0.65 |
| 6/19/2017 | $8.03 | $7.88 | 1.89% | 0.76% | 0.46% | 1.11% | -0.32% | 1.59% | 0.30% | 0.14 |
| 6/20/2017 | $7.77 | $8.03 | -3.29% | -0.75% | -1.96% | -1.31% | 1.34% | -2.71% | -0.58% | -0.27 |
| 6/21/2017 | $7.95 | $7.77 | 2.29% | -0.07% | -0.31% | -0.19% | 0.28% | -0.33% | 2.62% | 1.21 |
| 6/22/2017 | $8.10 | $7.95 | 1.87% | 0.08% | 0.74% | 1.75% | 0.19% | 2.06% | -0.19% | -0.09 |
| 6/23/2017 | $8.17 | $8.10 | 0.86% | 0.29% | -0.38% | 2.45% | 0.01% | 2.05% | -1.19% | -0.55 |
| 6/26/2017 | $8.34 | $8.17 | 2.06% | 0.09% | 1.84% | 0.10% | -1.41% | 1.65% | 0.41% | 0.19 |
| 6/27/2017 | $8.42 | $8.34 | 0.95% | -0.75% | -1.08% | -0.53% | 0.52% | -1.21% | 2.16% | 1.00 |
| 6/28/2017 | $8.72 | $8.42 | 3.50% | 1.00% | 0.36% | 3.20% | -1.00% | 3.44% | 0.06% | 0.03 |
| 6/29/2017 | $8.74 | $8.72 | 0.23% | -0.82% | 0.35% | -0.18% | 0.72% | 0.09% | 0.13% | 0.06 |
| 6/30/2017 | $8.75 | $8.74 | 0.11% | 0.14% | 1.14% | -0.03% | 0.09% | 0.81% | -0.69% | -0.32 |
| 7/3/2017 | $8.92 | $8.75 | 1.92% | 0.30% | 0.46% | 0.84% | -0.17% | 1.19% | 0.74% | 0.34 |
| 7/5/2017 | $8.74 | $8.92 | -2.04% | 0.01% | -0.01% | -0.43% | -0.62% | -0.16% | -1.87% | -0.87 |
| 7/6/2017 | $8.76 | $8.74 | 0.23% | -0.93% | -1.21% | -0.98% | 0.22% | -1.52% | 1.74% | 0.81 |
| 7/7/2017 | $8.77 | $8.76 | 0.11% | 0.64% | -0.26% | -0.79% | -0.45% | -0.76% | 0.88% | 0.41 |
| 7/10/2017 | $9.09 | $8.77 | 3.58% | 0.05% | 0.99% | 1.67% | -0.78% | 2.44% | 1.15% | 0.54 |
| 7/11/2017 | $9.21 | $9.09 | 1.31% | 0.02% | 1.27% | 1.88% | -0.03% | 2.75% | -1.43% | -0.67 |
| 7/12/2017 | $9.31 | $9.21 | 1.08% | 0.77% | 1.73% | -0.07% | -1.45% | 1.43% | -0.35% | -0.16 |
| 7/13/2017 | $9.07 | $9.31 | -2.61% | 0.17% | 0.82% | 1.18% | 0.18% | 1.73% | -4.34% | -2.03 ** |
| 7/14/2017 | $9.25 | $9.07 | 1.97% | 0.48% | 0.31% | 0.11% | -1.06% | 0.58% | 1.39% | 0.64 |
| 7/17/2017 | $9.30 | $9.25 | 0.54% | 0.00% | -0.43% | 1.29% | 0.11% | 1.01% | -0.47% | -0.22 |

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/18/2017 | $9.42 | $9.30 | 1.28% | 0.05% | 0.17% | -0.63% | -0.91% | -0.15% | 1.44% | 0.67 |
| 7/19/2017 | $9.42 | $9.42 | 0.00% | 0.60% | -0.27% | 1.62% | -0.18% | 1.44% | -1.44% | -0.68 |
| 7/20/2017 | $9.13 | $9.42 | -3.13% | 0.00% | -0.02% | 0.08% | -0.90% | 0.37% | -3.49% | -1.64 |
| 7/21/2017 | $9.02 | $9.13 | -1.21% | -0.09% | -0.34% | -0.88% | 0.67% | -0.97% | -0.24% | -0.11 |
| 7/24/2017 | $9.19 | $9.02 | 1.87% | -0.01% | 0.47% | -0.27% | 0.16% | 0.19% | 1.67% | 0.78 |
| 7/25/2017 | $9.57 | $9.19 | 4.05% | 0.35% | 0.48% | 3.45% | 0.81% | 3.40% | 0.65% | 0.30 |
| 7/26/2017 | $9.39 | $9.57 | -1.90% | -0.01% | -0.82% | -0.70% | -1.07% | -0.88% | -1.02% | -0.48 |
| 7/27/2017 | $9.41 | $9.39 | 0.21% | -0.21% | 0.47% | -1.78% | 0.45% | -1.17% | 1.38% | 0.65 |
| 7/28/2017 | $9.67 | $9.41 | 2.73% | -0.11% | 0.16% | -1.79% | -0.67% | -1.23% | 3.96% | 1.85 * |
| 7/31/2017 | $10.03 | $9.67 | 3.66% | -0.09% | 0.41% | 1.08% | -0.18% | 1.38% | 2.27% | 1.06 |
| 8/1/2017 | $9.89 | $10.03 | -1.41% | 0.24% | 1.08% | -1.45% | 0.00% | -0.35% | -1.06% | -0.49 |
| 8/2/2017 | $9.90 | $9.89 | 0.10% | -0.10% | 1.02% | -0.34% | -0.41% | 0.65% | -0.55% | -0.26 |
| 8/3/2017 | $9.82 | $9.90 | -0.81% | -0.22% | -0.47% | -1.52% | -0.04% | -1.48% | 0.67% | 0.31 |
| 8/4/2017 | $9.97 | $9.82 | 1.52% | 0.20% | 0.04% | 0.56% | 0.60% | 0.58% | 0.94% | 0.44 |
| 8/7/2017 | $10.35 | $9.97 | 3.74% | 0.14% | 1.29% | 0.67% | -0.16% | 1.66% | 2.08% | 0.98 |
| 8/8/2017 | $10.20 | $10.35 | -1.46% | -0.28% | 0.06% | -0.50% | 0.02% | -0.23% | -1.23% | -0.58 |
| 8/9/2017 | $10.04 | $10.20 | -1.58% | -0.14% | -0.26% | -0.36% | 0.92% | -0.47% | -1.11% | -0.52 |
| 8/10/2017 | $9.85 | $10.04 | -1.91% | -1.45% | -1.01% | -0.81% | 0.62% | -1.32% | -0.59% | -0.28 |
| 8/11/2017 | $9.69 | $9.85 | -1.64% | 0.15% | 0.78% | -0.70% | 0.57% | -0.01% | -1.63% | -0.77 |
| 8/14/2017 | $9.73 | $9.69 | 0.41% | 0.98% | 1.35% | -0.14% | -0.15% | 0.94% | -0.53% | -0.25 |
| 8/15/2017 | $9.78 | $9.73 | 0.51% | -0.14% | 0.17% | -0.65% | -0.61% | -0.20% | 0.71% | 0.34 |
| 8/16/2017 | $10.10 | $9.78 | 3.22% | 0.22% | 0.19% | 2.49% | -0.54% | 2.56% | 0.66% | 0.31 |
| 8/17/2017 | $9.72 | $10.10 | -3.84% | -1.47% | -0.83% | -2.54% | 0.72% | -2.78% | -1.06% | -0.50 |
| 8/18/2017 | $10.03 | $9.72 | 3.14% | -0.12% | 1.08% | 0.40% | -0.90% | 1.37% | 1.77% | 0.84 |
| 8/21/2017 | $9.99 | $10.03 | -0.40% | 0.09% | -0.19% | 0.85% | 0.57% | 0.69% | -1.09% | -0.52 |
| 8/22/2017 | $10.00 | $9.99 | 0.10% | 0.94% | 2.15% | 1.97% | -0.11% | 3.44% | -3.34% | -1.60 |
| 8/23/2017 | $10.33 | $10.00 | 3.25% | -0.19% | 0.52% | 1.62% | -0.63% | 2.06% | 1.19% | 0.57 |
| 8/24/2017 | $10.72 | $10.33 | 3.71% | -0.12% | 0.60% | -0.10% | 0.21% | 0.42% | 3.29% | 1.57 |
| 8/25/2017 | $10.68 | $10.72 | -0.37% | 0.20% | -0.08% | 0.21% | 0.39% | 0.21% | -0.58% | -0.28 |
| 8/28/2017 | $10.82 | $10.68 | 1.30% | 0.03% | -0.25% | 1.64% | 0.21% | 1.46% | -0.15% | -0.07 |

239

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/2017 | $10.85 | $10.82 | 0.28% | 0.07% | 0.46% | 0.88% | -0.06% | 1.29% | -1.01% | -0.48 |
| 8/30/2017 | $10.81 | $10.85 | -0.37% | 0.46% | -0.66% | 0.33% | -0.15% | -0.01% | -0.36% | -0.17 |
| 8/31/2017 | $11.07 | $10.81 | 2.38% | 0.69% | -0.31% | 0.53% | -0.39% | 0.42% | 1.96% | 0.93 |
| 9/1/2017 | $11.30 | $11.07 | 2.06% | 0.29% | 1.51% | 1.59% | -0.20% | 2.66% | -0.60% | -0.29 |
| 9/5/2017 | $11.38 | $11.30 | 0.71% | -0.77% | 0.37% | -0.73% | -0.77% | -0.07% | 0.77% | 0.37 |
| 9/6/2017 | $11.50 | $11.38 | 1.05% | 0.32% | 1.85% | 0.16% | -0.55% | 1.58% | -0.53% | -0.25 |
| 9/7/2017 | $11.64 | $11.50 | 1.21% | -0.00% | 0.00% | 0.46% | -0.04% | 0.61% | 0.60% | 0.29 |
| 9/8/2017 | $11.11 | $11.64 | -4.66% | -0.13% | -0.14% | -2.00% | -0.40% | -1.67% | -2.99% | -1.43 |
| 9/11/2017 | $11.25 | $11.11 | 1.25% | 1.02% | 1.68% | -0.40% | 0.52% | 0.62% | 0.63% | 0.30 |
| 9/12/2017 | $11.29 | $11.25 | 0.35% | 0.35% | 0.28% | 0.93% | 0.71% | 1.05% | -0.69% | -0.33 |
| 9/13/2017 | $11.04 | $11.29 | -2.24% | 0.06% | 0.50% | -0.66% | 0.32% | -0.22% | -2.02% | -0.97 |
| 9/14/2017 | $10.74 | $11.04 | -2.76% | -0.05% | 0.11% | -0.97% | -0.52% | -0.57% | -2.19% | -1.04 |
| 9/15/2017 | $10.85 | $10.74 | 1.02% | 0.18% | 1.55% | 0.38% | -0.34% | 1.54% | -0.52% | -0.25 |
| 9/18/2017 | $10.91 | $10.85 | 0.55% | 0.20% | 0.22% | 0.72% | 0.91% | 0.76% | -0.20% | -0.10 |
| 9/19/2017 | $10.78 | $10.91 | -1.20% | 0.11% | 0.06% | 0.44% | -0.06% | 0.60% | -1.80% | -0.86 |
| 9/20/2017 | $10.59 | $10.78 | -1.78% | 0.09% | 0.24% | 0.64% | -0.08% | 0.91% | -2.69% | -1.29 |
| 9/21/2017 | $10.32 | $10.59 | -2.58% | -0.25% | -0.40% | -1.89% | 0.17% | -1.91% | -0.67% | -0.32 |
| 9/22/2017 | $10.16 | $10.32 | -1.56% | 0.11% | -0.15% | -0.98% | -0.40% | -0.83% | -0.73% | -0.35 |
| 9/25/2017 | $9.85 | $10.16 | -3.10% | -0.19% | -1.15% | 0.84% | 1.11% | -0.01% | -3.08% | -1.47 |
| 9/26/2017 | $9.90 | $9.85 | 0.51% | 0.02% | -0.29% | -0.49% | 0.21% | -0.58% | 1.08% | 0.51 |
| 9/27/2017 | $9.99 | $9.90 | 0.90% | 0.50% | -0.88% | 1.11% | 0.84% | 0.38% | 0.52% | 0.25 |
| 9/28/2017 | $9.94 | $9.99 | -0.50% | 0.16% | -0.29% | -0.06% | -0.34% | -0.08% | -0.42% | -0.20 |
| 9/29/2017 | $10.07 | $9.94 | 1.30% | 0.33% | 1.03% | 0.32% | -0.65% | 1.19% | 0.10% | 0.05 |
| 10/2/2017 | $10.06 | $10.07 | -0.10% | 0.45% | 0.09% | 1.80% | -0.24% | 1.87% | -1.97% | -0.94 |
| 10/3/2017 | $10.31 | $10.06 | 2.45% | 0.25% | 3.25% | 0.35% | -0.37% | 2.65% | -0.20% | -0.09 |
| 10/4/2017 | $10.37 | $10.31 | 0.58% | 0.08% | -0.22% | -0.11% | -0.24% | -0.11% | 0.69% | 0.33 |
| 10/5/2017 | $10.19 | $10.37 | -1.75% | 0.48% | 0.12% | 0.20% | 0.61% | 0.24% | -1.99% | -0.95 |
| 10/6/2017 | $10.13 | $10.19 | -0.59% | -0.10% | -0.77% | -1.01% | 0.05% | -1.35% | 0.76% | 0.36 |
| 10/9/2017 | $9.81 | $10.13 | -3.21% | -0.20% | 0.00% | -0.98% | 1.03% | -1.00% | -2.21% | -1.05 |
| 10/10/2017 | $9.82 | $9.81 | 0.10% | 0.27% | 1.40% | -0.46% | -0.29% | 0.61% | -0.51% | -0.24 |

240

## Exhibit-8 (Corrected)
### Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2017 | $9.79 | $9.82 | -0.31% | 0.20% | -0.28% | 0.72% | -0.22% | 0.60% | -0.90% | -0.43 |
| 10/12/2017 | $9.86 | $9.79 | 0.71% | -0.15% | 0.00% | 0.42% | -0.06% | 0.48% | 0.24% | 0.11 |
| 10/13/2017 | $10.45 | $9.86 | 5.81% | 0.09% | 0.00% | 1.24% | -0.80% | 1.38% | 4.43% | 2.13 ** |
| 10/16/2017 | $10.50 | $10.45 | 0.48% | 0.10% | -0.25% | -0.67% | 0.82% | -0.88% | 1.36% | 0.65 |
| 10/17/2017 | $10.26 | $10.50 | -2.31% | -0.02% | -0.78% | -0.22% | -0.42% | -0.51% | -1.80% | -0.86 |
| 10/18/2017 | $10.15 | $10.26 | -1.08% | 0.10% | 0.63% | 0.52% | 0.41% | 0.90% | -1.97% | -0.94 |
| 10/19/2017 | $10.33 | $10.15 | 1.76% | -0.01% | -0.63% | 0.47% | -0.13% | 0.16% | 1.60% | 0.76 |
| 10/20/2017 | $10.28 | $10.33 | -0.49% | 0.42% | 0.17% | 0.85% | 0.80% | 0.78% | -1.27% | -0.60 |
| 10/23/2017 | $10.05 | $10.28 | -2.26% | -0.43% | -1.34% | -0.82% | 1.41% | -1.83% | -0.43% | -0.21 |
| 10/24/2017 | $10.38 | $10.05 | 3.23% | 0.17% | 1.05% | 1.62% | 0.17% | 2.22% | 1.01% | 0.49 |
| 10/25/2017 | $10.33 | $10.38 | -0.48% | -0.54% | 0.53% | -1.15% | -0.32% | -0.57% | 0.08% | 0.04 |
| 10/26/2017 | $9.88 | $10.33 | -4.45% | 0.15% | -0.87% | -1.23% | 1.76% | -2.08% | -2.38% | -1.17 |
| 10/27/2017 | $10.01 | $9.88 | 1.31% | 0.76% | 0.14% | -0.61% | -1.66% | -0.18% | 1.49% | 0.73 |
| 10/30/2017 | $9.82 | $10.01 | -1.92% | -0.34% | -1.64% | -1.34% | 1.62% | -2.66% | 0.74% | 0.37 |
| 10/31/2017 | $9.79 | $9.82 | -0.31% | 0.20% | -0.65% | -1.10% | -0.50% | -1.34% | 1.04% | 0.51 |
| 11/1/2017 | $10.04 | $9.79 | 2.52% | 0.07% | -0.90% | 0.83% | -0.16% | 0.29% | 2.23% | 1.10 |
| 11/2/2017 | $10.26 | $10.04 | 2.17% | 0.03% | 0.00% | 0.10% | 0.01% | 0.15% | 2.02% | 1.00 |
| 11/3/2017 | $10.09 | $10.26 | -1.67% | 0.29% | -0.06% | -0.81% | 1.41% | -1.09% | -0.58% | -0.28 |
| 11/6/2017 | $10.53 | $10.09 | 4.27% | 0.21% | 0.37% | 0.95% | -1.98% | 1.67% | 2.60% | 1.28 |
| 11/7/2017 | $10.32 | $10.53 | -2.01% | -0.18% | -2.60% | -0.69% | 0.67% | -2.39% | 0.37% | 0.18 |
| 11/8/2017 | $10.39 | $10.32 | 0.68% | 0.14% | 2.78% | -0.48% | -0.51% | 1.40% | -0.73% | -0.36 |
| 11/9/2017 | $10.13 | $10.39 | -2.53% | -0.36% | -1.81% | -1.77% | -0.08% | -2.68% | 0.14% | 0.07 |
| 11/10/2017 | $10.07 | $10.13 | -0.59% | -0.03% | -1.14% | -0.93% | 0.79% | -1.76% | 1.17% | 0.59 |
| 11/13/2017 | $10.10 | $10.07 | 0.30% | 0.02% | 0.36% | 0.45% | 0.05% | 0.72% | -0.42% | -0.22 |
| 11/14/2017 | $9.77 | $10.10 | -3.32% | -0.26% | -2.24% | -2.04% | 1.02% | -3.74% | 0.42% | 0.22 |
| 11/15/2017 | $9.86 | $9.77 | 0.92% | -0.49% | 0.00% | 0.42% | 0.01% | 0.71% | 0.21% | 0.11 |
| 11/16/2017 | $9.97 | $9.86 | 1.11% | 0.93% | 2.44% | 0.49% | -1.19% | 2.27% | -1.16% | -0.62 |
| 11/17/2017 | $10.11 | $9.97 | 1.39% | -0.09% | 1.29% | 1.04% | -0.51% | 2.19% | -0.80% | -0.42 |
| 11/20/2017 | $10.12 | $10.11 | 0.10% | 0.18% | 0.00% | 0.14% | -0.00% | 0.19% | -0.09% | -0.05 |
| 11/21/2017 | $10.46 | $10.12 | 3.30% | 0.66% | 1.40% | 1.01% | 0.04% | 1.75% | 1.55% | 0.83 |

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2017 | $10.77 | $10.46 | 2.92% | -0.01% | -0.29% | 0.83% | -1.06% | 1.24% | 1.68% | 0.90 |
| 11/24/2017 | $10.98 | $10.77 | 1.93% | 0.22% | -0.81% | 0.24% | 0.34% | -0.35% | 2.28% | 1.22 |
| 11/27/2017 | $10.91 | $10.98 | -0.64% | -0.16% | -0.04% | -0.83% | -0.16% | -0.66% | 0.02% | 0.01 |
| 11/28/2017 | $11.33 | $10.91 | 3.78% | 0.88% | -0.11% | 1.03% | -0.46% | 1.02% | 2.76% | 1.47 |
| 11/29/2017 | $11.01 | $11.33 | -2.87% | -0.07% | -2.00% | -0.34% | 1.02% | -1.76% | -1.10% | -0.60 |
| 11/30/2017 | $10.70 | $11.01 | -2.86% | 0.72% | -0.95% | 1.14% | 0.82% | 0.32% | -3.18% | -1.74 * |
| 12/1/2017 | $10.90 | $10.70 | 1.85% | -0.11% | 0.35% | 0.57% | -0.45% | 1.06% | 0.79% | 0.43 |
| 12/4/2017 | $11.32 | $10.90 | 3.78% | -0.17% | 0.87% | 0.72% | -0.43% | 1.50% | 2.28% | 1.25 |
| 12/5/2017 | $11.07 | $11.32 | -2.23% | -0.42% | -0.60% | -1.86% | -0.08% | -2.01% | -0.22% | -0.12 |
| 12/6/2017 | $11.00 | $11.07 | -0.63% | -0.14% | 1.16% | 0.21% | -0.19% | 1.03% | -1.66% | -0.91 |
| 12/7/2017 | $10.74 | $11.00 | -2.39% | 0.40% | -1.06% | 1.25% | 1.69% | -0.03% | -2.36% | -1.29 |
| 12/8/2017 | $10.78 | $10.74 | 0.37% | 0.50% | 0.33% | 1.59% | 0.04% | 1.73% | -1.36% | -0.74 |
| 12/11/2017 | $10.84 | $10.78 | 0.56% | 0.28% | 0.03% | 1.38% | 0.39% | 1.24% | -0.68% | -0.37 |
| 12/12/2017 | $11.06 | $10.84 | 2.01% | 0.08% | 1.40% | 0.12% | 0.05% | 0.85% | 1.16% | 0.63 |
| 12/13/2017 | $10.98 | $11.06 | -0.73% | 0.05% | -1.33% | 0.94% | 0.11% | 0.25% | -0.97% | -0.53 |
| 12/14/2017 | $10.89 | $10.98 | -0.82% | -0.44% | -0.77% | -1.40% | 0.96% | -2.11% | 1.29% | 0.71 |
| 12/15/2017 | $11.17 | $10.89 | 2.54% | 0.79% | 0.09% | 1.02% | -1.42% | 1.61% | 0.93% | 0.51 |
| 12/18/2017 | $11.55 | $11.17 | 3.35% | 0.67% | 0.50% | 2.33% | -0.07% | 2.60% | 0.75% | 0.41 |
| 12/19/2017 | $11.56 | $11.55 | 0.09% | -0.34% | -0.66% | 1.12% | -0.07% | 0.95% | -0.86% | -0.48 |
| 12/20/2017 | $11.87 | $11.56 | 2.65% | -0.01% | 0.68% | 1.80% | 0.24% | 2.12% | 0.53% | 0.30 |
| 12/21/2017 | $12.05 | $11.87 | 1.51% | 0.25% | 2.48% | 1.02% | 0.32% | 2.18% | -0.67% | -0.38 |
| 12/22/2017 | $11.92 | $12.05 | -0.03% | -0.02% | -0.04% | 0.78% | 0.86% | 0.43% | -0.46% | -0.26 |
| 12/26/2017 | $12.08 | $11.92 | 1.33% | -0.02% | 0.75% | 1.72% | -0.78% | 2.59% | -1.26% | -0.71 |
| 12/27/2017 | $11.99 | $12.08 | -0.75% | 0.08% | 0.53% | -0.86% | 0.12% | -0.56% | -0.19% | -0.11 |
| 12/28/2017 | $12.18 | $11.99 | 1.57% | 0.25% | 0.37% | 1.51% | -0.08% | 1.79% | -0.22% | -0.12 |
| 12/29/2017 | $12.23 | $12.18 | 0.41% | -0.48% | 0.00% | -0.78% | 0.00% | -0.64% | 1.05% | 0.59 |
| 1/2/2018 | $12.77 | $12.23 | 4.32% | 0.85% | 1.75% | 4.27% | -1.62% | 5.97% | -1.65% | -0.93 |
| 1/3/2018 | $12.85 | $12.77 | 0.62% | 0.58% | 0.22% | -0.60% | -0.68% | -0.09% | 0.72% | 0.40 |
| 1/4/2018 | $12.83 | $12.85 | -0.16% | 0.40% | 0.88% | 0.64% | -0.07% | 1.13% | -1.29% | -0.73 |
| 1/5/2018 | $13.09 | $12.83 | 2.01% | 0.58% | 0.42% | -0.18% | -0.17% | 0.16% | 1.85% | 1.06 |

242

## Exhibit-8 (Corrected)
### Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2018 | $13.32 | $13.09 | 1.74% | 0.18% | 0.18% | 0.74% | 0.36% | 0.70% | 1.04% | 0.59 |
| 1/9/2018 | $13.24 | $13.32 | -0.60% | 0.09% | -0.68% | -1.51% | 0.23% | -1.80% | 1.20% | 0.68 |
| 1/10/2018 | $13.15 | $13.24 | -0.68% | -0.15% | -0.78% | 1.89% | -0.62% | 1.98% | -2.66% | -1.53 |
| 1/11/2018 | $13.45 | $13.15 | 2.26% | 0.83% | 1.43% | 2.87% | -0.40% | 3.66% | -1.41% | -0.82 |
| 1/12/2018 | $13.53 | $13.45 | 0.59% | 0.61% | -0.09% | -0.51% | -0.28% | -0.24% | 0.83% | 0.49 |
| 1/16/2018 | $13.17 | $13.53 | -2.70% | -0.44% | 1.01% | -1.84% | 0.25% | -1.37% | -1.33% | -0.78 |
| 1/17/2018 | $13.35 | $13.17 | 1.36% | 0.85% | 1.65% | 1.72% | -0.02% | 2.43% | -1.07% | -0.63 |
| 1/18/2018 | $13.35 | $13.35 | 0.00% | -0.20% | -0.24% | -1.54% | -0.54% | -1.17% | 1.17% | 0.69 |
| 1/19/2018 | $13.36 | $13.35 | 0.07% | 0.54% | 0.35% | 0.76% | -0.32% | 1.11% | -1.03% | -0.61 |
| 1/22/2018 | $13.32 | $13.36 | -0.30% | 0.76% | 0.68% | 0.67% | 0.18% | 0.88% | -1.18% | -0.70 |
| 1/23/2018 | $12.70 | $13.32 | -4.77% | 0.26% | -0.90% | -0.10% | 1.08% | -1.09% | -3.68% | -2.18 ** |
| 1/24/2018 | $13.18 | $12.70 | 3.71% | -0.09% | 3.81% | 0.59% | -2.84% | 3.91% | -0.20% | -0.12 |
| 1/25/2018 | $12.95 | $13.18 | -1.76% | 0.01% | 0.00% | -1.11% | 0.06% | -1.02% | -0.74% | -0.44 |
| 1/26/2018 | $13.11 | $12.95 | 1.23% | 0.99% | 2.50% | 0.86% | 0.08% | 1.81% | -0.58% | -0.34 |
| 1/29/2018 | $13.05 | $13.11 | -0.46% | -0.69% | -1.19% | -1.43% | 0.13% | -1.88% | 1.42% | 0.84 |
| 1/30/2018 | $12.99 | $13.05 | -0.46% | -1.02% | -0.18% | -3.05% | 0.83% | -3.35% | 2.89% | 1.71 * |
| 1/31/2018 | $13.09 | $12.99 | 0.77% | 0.02% | 0.56% | -0.90% | 0.15% | -0.63% | 1.40% | 0.82 |
| 2/1/2018 | $13.18 | $13.09 | 0.69% | -0.03% | 0.67% | 0.37% | -0.60% | 1.04% | -0.36% | -0.21 |
| 2/2/2018 | $12.54 | $13.18 | -4.98% | -2.11% | -1.65% | -4.56% | 1.60% | -5.57% | 0.59% | 0.35 |
| 2/5/2018 | $12.39 | $12.54 | -1.20% | -3.88% | -2.78% | -1.74% | 1.37% | -3.11% | 1.90% | 1.13 |
| 2/6/2018 | $13.06 | $12.39 | 5.27% | 1.52% | 2.17% | 2.19% | -0.85% | 3.29% | 1.97% | 1.22 |
| 2/7/2018 | $12.71 | $13.06 | -2.72% | -0.42% | -1.30% | -1.56% | 1.13% | -2.51% | -0.20% | -0.13 |
| 2/8/2018 | $12.36 | $12.71 | -2.79% | -3.53% | -1.63% | -2.73% | 0.44% | -2.90% | 0.11% | 0.06 |
| 2/9/2018 | $12.91 | $12.36 | 4.35% | 1.22% | -0.97% | 0.77% | 0.26% | 0.05% | 4.30% | 2.66 *** |
| 2/12/2018 | $13.07 | $12.91 | 1.23% | 1.31% | 0.00% | 3.07% | 0.03% | 2.77% | -1.54% | -0.94 |
| 2/13/2018 | $13.27 | $13.07 | 1.52% | 0.29% | 0.00% | 1.45% | 0.01% | 1.35% | 0.17% | 0.10 |
| 2/14/2018 | $14.00 | $13.27 | 5.36% | 1.43% | 2.93% | 3.85% | -2.40% | 6.00% | -0.65% | -0.41 |
| 2/15/2018 | $14.13 | $14.00 | 0.92% | 1.11% | 0.63% | -0.06% | 0.32% | -0.03% | 0.95% | 0.61 |
| 2/16/2018 | $14.12 | $14.13 | -0.07% | 0.04% | 0.29% | 2.47% | 0.10% | 2.24% | -2.31% | -1.48 |
| 2/20/2018 | $13.98 | $14.12 | -1.00% | -0.63% | 1.80% | -2.15% | 0.65% | -1.40% | 0.41% | 0.26 |

243

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2018 | $13.66 | $13.98 | -2.32% | -0.44% | 0.50% | -0.69% | 0.42% | -0.56% | -1.75% | -1.12 |
| 2/22/2018 | $13.98 | $13.66 | 2.32% | 0.02% | 0.60% | -0.08% | -0.58% | 0.60% | 1.72% | 1.11 |
| 2/23/2018 | $14.20 | $13.98 | 1.56% | 1.46% | 0.68% | 0.61% | -0.38% | 1.02% | 0.54% | 0.35 |
| 2/26/2018 | $14.65 | $14.20 | 3.12% | 1.00% | 0.14% | 0.91% | -0.37% | 1.11% | 2.01% | 1.30 |
| 2/27/2018 | $14.49 | $14.65 | -1.10% | -1.26% | -0.90% | -1.57% | 0.80% | -2.11% | 1.01% | 0.65 |
| 2/28/2018 | $13.73 | $14.49 | -5.39% | -1.11% | -1.48% | -2.90% | -0.17% | -2.73% | -2.65% | -1.70 * |
| 3/1/2018 | $13.58 | $13.73 | -1.10% | -1.09% | 0.18% | 2.29% | 0.16% | 1.99% | -3.09% | -1.99 ** |
| 3/2/2018 | $13.39 | $13.58 | -1.41% | 0.59% | 0.67% | 0.79% | 0.04% | 0.94% | -2.35% | -1.50 |
| 3/5/2018 | $13.42 | $13.39 | 0.22% | 1.01% | 0.35% | -0.77% | -0.30% | -0.16% | 0.39% | 0.25 |
| 3/6/2018 | $13.53 | $13.42 | 0.82% | 0.41% | -0.43% | 1.72% | -0.97% | 1.97% | -1.15% | -0.73 |
| 3/7/2018 | $13.14 | $13.53 | -1.79% | 0.04% | -0.16% | 0.27% | 1.04% | -0.50% | -1.29% | -0.82 |
| 3/8/2018 | $12.68 | $13.14 | -3.56% | 0.36% | -0.30% | -2.09% | 0.66% | -2.15% | -1.41% | -0.90 |
| 3/9/2018 | $12.89 | $12.68 | 1.64% | 1.56% | 1.63% | -0.45% | -0.36% | 0.56% | 1.08% | 0.69 |
| 3/12/2018 | $13.00 | $12.89 | 0.85% | -0.02% | 0.59% | 1.07% | 0.21% | 0.98% | -0.13% | -0.08 |
| 3/13/2018 | $12.90 | $13.00 | -0.77% | -0.62% | -0.58% | -0.32% | -0.05% | -0.39% | -0.38% | -0.25 |
| 3/14/2018 | $13.04 | $12.90 | 1.08% | -0.46% | -0.54% | -1.81% | 0.00% | -1.60% | 2.68% | 1.73 * |
| 3/15/2018 | $12.85 | $13.04 | -1.47% | -0.22% | -1.40% | -0.37% | 0.78% | -1.31% | -0.16% | -0.10 |
| 3/16/2018 | $12.80 | $12.85 | -0.39% | 0.24% | -0.03% | 1.30% | -0.16% | 1.14% | -1.53% | -0.99 |
| 3/19/2018 | $12.47 | $12.80 | -2.61% | -1.30% | -0.97% | -2.85% | 0.16% | -2.66% | 0.05% | 0.03 |
| 3/20/2018 | $12.55 | $12.47 | 0.64% | 0.13% | 0.20% | -0.87% | 0.77% | -1.09% | 1.73% | 1.13 |
| 3/21/2018 | $12.99 | $12.55 | 3.45% | 0.04% | 0.84% | 2.40% | -1.19% | 3.00% | 0.45% | 0.29 |
| 3/22/2018 | $12.58 | $12.99 | -3.21% | -2.42% | -0.13% | -6.11% | 1.32% | -5.50% | 2.30% | 1.52 |
| 3/23/2018 | $12.51 | $12.58 | -0.56% | -1.95% | -0.43% | -0.93% | -0.11% | -0.63% | 0.07% | 0.05 |
| 3/26/2018 | $12.69 | $12.51 | 1.43% | 2.40% | 0.83% | 1.84% | -0.01% | 1.70% | -0.27% | -0.18 |
| 3/27/2018 | $12.23 | $12.69 | -3.69% | -1.67% | -1.39% | -2.60% | 0.51% | -2.56% | -1.13% | -0.75 |
| 3/28/2018 | $12.45 | $12.23 | 1.78% | -0.26% | -0.08% | -1.22% | -0.25% | -0.61% | 2.39% | 1.58 |
| 3/29/2018 | $12.72 | $12.45 | 2.15% | 1.34% | 1.78% | 3.01% | -0.44% | 3.12% | -0.98% | -0.64 |
| 4/2/2018 | $12.91 | $12.72 | 1.48% | -2.16% | -1.11% | -1.37% | 0.18% | -1.37% | 2.85% | 1.87 * |
| 4/3/2018 | $12.78 | $12.91 | -1.01% | 1.15% | -0.02% | 1.04% | 0.90% | 0.10% | -1.11% | -0.72 |
| 4/4/2018 | $12.65 | $12.78 | -1.02% | 1.03% | -0.27% | 0.51% | -0.35% | 0.60% | -1.63% | -1.06 |

244

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2018 | $12.95 | $12.65 | 2.34% | 0.74% | 0.93% | 2.15% | 0.45% | 1.52% | 0.82% | 0.54 |
| 4/6/2018 | $12.66 | $12.95 | -2.26% | -2.02% | -0.38% | -2.71% | 0.74% | -2.32% | 0.06% | 0.04 |
| 4/9/2018 | $12.50 | $12.66 | -1.27% | 0.28% | -2.05% | 0.86% | 1.48% | -1.06% | -0.21% | -0.14 |
| 4/10/2018 | $13.10 | $12.50 | 4.69% | 1.63% | 1.11% | 3.47% | -0.33% | 3.04% | 1.64% | 1.09 |
| 4/11/2018 | $13.14 | $13.10 | 0.30% | -0.38% | 1.01% | -0.79% | -1.01% | 0.66% | -0.35% | -0.23 |
| 4/12/2018 | $13.08 | $13.14 | -0.46% | 0.69% | 0.22% | 0.72% | 1.14% | -0.17% | -0.29% | -0.19 |
| 4/13/2018 | $13.12 | $13.08 | 0.31% | -0.31% | -1.50% | 0.43% | 0.27% | -0.18% | 0.48% | 0.32 |
| 4/16/2018 | $12.98 | $13.12 | -1.07% | 0.80% | -1.85% | -0.04% | -0.08% | -0.40% | -0.67% | -0.45 |
| 4/17/2018 | $13.44 | $12.98 | 3.48% | 1.02% | 1.28% | 1.82% | -0.34% | 2.02% | 1.46% | 0.97 |
| 4/18/2018 | $14.01 | $13.44 | 4.15% | 0.16% | 1.83% | 1.99% | -0.81% | 2.74% | 1.41% | 0.94 |
| 4/19/2018 | $14.12 | $14.01 | 0.78% | -0.54% | -0.03% | 0.91% | 0.24% | 0.66% | 0.12% | 0.08 |
| 4/20/2018 | $14.00 | $14.12 | -0.85% | -0.75% | -0.31% | -0.65% | 0.72% | -0.90% | 0.04% | 0.03 |
| 4/23/2018 | $13.74 | $14.00 | -1.87% | -0.04% | 0.10% | -2.48% | 1.16% | -2.44% | 0.57% | 0.38 |
| 4/24/2018 | $13.95 | $13.74 | 1.52% | -1.14% | -0.38% | -0.89% | 0.54% | -0.93% | 2.45% | 1.64 |
| 4/25/2018 | $13.68 | $13.95 | -1.95% | 0.08% | -0.47% | 0.47% | 0.39% | 0.04% | -1.99% | -1.33 |
| 4/26/2018 | $14.00 | $13.68 | 2.31% | 0.90% | 1.56% | 0.11% | -0.27% | 0.87% | 1.44% | 0.96 |
| 4/27/2018 | $13.95 | $14.00 | -0.36% | 0.07% | 0.17% | -2.28% | -0.54% | -1.00% | 0.65% | 0.43 |
| 4/30/2018 | $13.84 | $13.95 | -0.79% | -0.73% | -0.51% | -0.59% | 1.45% | -1.45% | 0.66% | 0.44 |
| 5/1/2018 | $13.54 | $13.84 | -2.19% | 0.22% | 0.00% | -1.34% | 0.01% | -0.81% | -1.38% | -0.92 |
| 5/2/2018 | $13.73 | $13.54 | 1.39% | -0.56% | -2.07% | 0.85% | 1.25% | -0.81% | 2.21% | 1.48 |
| 5/3/2018 | $13.89 | $13.73 | 1.16% | -0.23% | -1.79% | 1.06% | -0.67% | 0.88% | 0.28% | 0.19 |
| 5/4/2018 | $14.08 | $13.89 | 1.36% | 1.22% | -0.39% | 2.27% | 0.06% | 1.47% | -0.12% | -0.08 |
| 5/7/2018 | $13.85 | $14.08 | -1.65% | 0.41% | -0.43% | 0.58% | 0.65% | -0.07% | -1.58% | -1.07 |
| 5/8/2018 | $13.74 | $13.85 | -0.80% | 0.04% | 0.34% | -0.23% | 0.29% | -0.10% | -0.70% | -0.48 |
| 5/9/2018 | $13.93 | $13.74 | 1.37% | 0.86% | 1.49% | 0.37% | 0.80% | 0.19% | 1.18% | 0.80 |
| 5/10/2018 | $14.44 | $13.93 | 3.60% | 0.86% | 1.83% | 1.43% | -1.18% | 2.53% | 1.06% | 0.72 |
| 5/11/2018 | $14.61 | $14.44 | 1.17% | 0.15% | -1.16% | 0.46% | 1.39% | -0.92% | 2.09% | 1.42 |
| 5/14/2018 | $14.97 | $14.61 | 2.43% | 0.08% | -0.40% | -0.40% | 0.64% | -0.70% | 3.13% | 2.11 ** |
| 5/15/2018 | $14.91 | $14.97 | -0.40% | -0.58% | -0.23% | 0.44% | 0.85% | -0.13% | -0.27% | -0.18 |
| 5/16/2018 | $15.13 | $14.91 | 1.46% | 0.48% | 1.55% | 1.67% | 0.60% | 1.37% | 0.10% | 0.07 |

245

**Exhibit-8 (Corrected)**
Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|------|------|------|------|------|------|------|------|------|------|------|
| 5/17/2018 | $15.03 | $15.13 | -0.66% | 0.03% | -3.78% | 1.12% | 0.56% | -0.66% | -0.00% | -0.00 |
| 5/18/2018 | $14.58 | $15.03 | -3.04% | -0.22% | -0.58% | -0.54% | 1.08% | -1.13% | -1.91% | -1.29 |
| 5/21/2018 | $14.41 | $14.58 | -1.17% | 0.70% | -1.29% | -0.51% | -1.61% | 0.55% | -1.72% | -1.17 |
| 5/22/2018 | $14.39 | $14.41 | -0.14% | -0.35% | 1.45% | -0.40% | -0.88% | 1.26% | -1.40% | -0.95 |
| 5/23/2018 | $14.34 | $14.39 | -0.35% | 0.23% | -2.50% | -0.69% | -0.44% | -1.08% | 0.74% | 0.50 |
| 5/24/2018 | $14.41 | $14.34 | 0.49% | -0.18% | -1.20% | 0.30% | 0.57% | -0.54% | 1.03% | 0.70 |
| 5/25/2018 | $14.03 | $14.41 | -2.67% | -0.22% | -1.49% | -1.27% | 0.08% | -1.36% | -1.31% | -0.89 |
| 5/29/2018 | $13.44 | $14.03 | -4.30% | -1.00% | -3.80% | -0.31% | -0.26% | -1.33% | -2.96% | -2.01 ** |
| 5/30/2018 | $13.54 | $13.44 | 0.74% | 1.30% | 0.89% | 2.21% | -0.04% | 1.90% | -1.16% | -0.78 |
| 5/31/2018 | $13.60 | $13.54 | 0.44% | -0.65% | 0.00% | -0.17% | -0.02% | 0.14% | 0.30% | 0.20 |
| 6/1/2018 | $14.03 | $13.60 | 3.11% | 0.96% | 0.12% | 1.15% | 1.06% | 0.01% | 3.11% | 2.14 ** |
| 6/4/2018 | $14.06 | $14.03 | 0.21% | 0.45% | 2.06% | -0.62% | -0.44% | 0.96% | -0.74% | -0.51 |
| 6/5/2018 | $14.16 | $14.06 | 0.71% | 0.15% | -3.23% | 1.26% | 1.59% | -1.59% | 2.30% | 1.57 |
| 6/6/2018 | $14.62 | $14.16 | 3.20% | 0.79% | -1.47% | 1.33% | 1.10% | -0.36% | 3.56% | 2.43 ** |
| 6/7/2018 | $13.84 | $14.62 | -5.48% | -0.11% | -3.01% | -0.94% | 1.52% | -2.69% | -2.79% | -1.89 * |
| 6/8/2018 | $13.75 | $13.84 | -0.65% | 0.30% | -0.39% | -0.53% | -5.21% | 3.17% | -3.83% | -2.57 ** |
| 6/11/2018 | $13.69 | $13.75 | -0.44% | 0.15% | -1.00% | 0.67% | 0.01% | 0.15% | -0.58% | -0.39 |
| 6/12/2018 | $13.96 | $13.69 | 1.95% | 0.19% | 0.45% | -0.13% | 0.24% | 0.13% | 1.83% | 1.22 |
| 6/13/2018 | $13.91 | $13.96 | -0.36% | -0.36% | -0.96% | -0.81% | 0.04% | -0.87% | 0.51% | 0.34 |
| 6/14/2018 | $13.66 | $13.91 | -1.81% | 0.26% | -1.18% | 0.70% | 2.28% | -1.11% | -0.70% | -0.47 |
| 6/15/2018 | $13.17 | $13.66 | -3.65% | -0.16% | -0.28% | -2.53% | -2.03% | -0.71% | -2.95% | -1.97 ** |
| 6/18/2018 | $13.17 | $13.17 | 0.00% | -0.07% | -1.57% | 0.64% | 0.46% | -0.36% | 0.36% | 0.24 |
| 6/19/2018 | $12.97 | $13.17 | -1.53% | -0.41% | 2.86% | -2.23% | 0.00% | -0.08% | -1.45% | -0.97 |
| 6/20/2018 | $12.99 | $12.97 | 0.15% | 0.27% | 1.01% | 1.12% | 0.65% | 1.13% | -0.98% | -0.65 |
| 6/21/2018 | $12.58 | $12.99 | -3.21% | -0.69% | -2.81% | -1.26% | -0.06% | -2.03% | -1.18% | -0.78 |
| 6/22/2018 | $12.81 | $12.58 | 1.81% | 0.23% | 0.67% | 2.02% | 0.45% | 1.76% | 0.05% | 0.03 |
| 6/25/2018 | $12.54 | $12.81 | -2.13% | -1.45% | 0.77% | -4.19% | -0.25% | -2.41% | 0.28% | 0.19 |
| 6/26/2018 | $12.77 | $12.54 | 1.82% | 0.29% | 0.37% | 0.95% | 0.66% | 0.68% | 1.14% | 0.76 |
| 6/27/2018 | $12.46 | $12.77 | -2.46% | -0.98% | -1.23% | -1.44% | 1.60% | -2.20% | -0.26% | -0.17 |
| 6/28/2018 | $12.78 | $12.46 | 2.54% | 0.56% | 1.59% | -0.27% | -0.01% | 0.61% | 1.92% | 1.29 |

246

**Exhibit-8 (Corrected)**
Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic | |
|------|------|------|------|------|------|------|------|------|------|------|---|
| 6/29/2018 | $12.82 | $12.78 | 0.31% | 0.16% | 1.43% | 0.76% | 0.38% | 1.22% | -0.91% | -0.61 | |
| 7/2/2018 | $12.49 | $12.82 | -2.61% | 0.22% | 0.37% | -0.27% | 0.92% | -0.37% | -2.24% | -1.50 | |
| 7/3/2018 | $12.55 | $12.49 | 0.48% | -0.29% | 1.53% | -0.14% | -0.40% | 0.99% | -0.51% | -0.34 | |
| 7/5/2018 | $12.68 | $12.55 | 1.03% | 0.84% | 0.86% | 1.72% | 0.48% | 1.50% | -0.47% | -0.31 | |
| 7/6/2018 | $13.03 | $12.68 | 2.72% | 0.84% | 0.51% | 0.69% | -1.79% | 1.69% | 1.03% | 0.69 | |
| 7/9/2018 | $13.17 | $13.03 | 1.07% | 0.84% | 0.00% | 1.17% | 0.26% | 0.78% | 0.29% | 0.19 | |
| 7/10/2018 | $13.09 | $13.17 | -0.61% | 0.23% | 0.01% | 0.36% | -1.50% | 1.13% | -1.74% | -1.16 | |
| 7/11/2018 | $12.65 | $13.09 | -3.42% | -0.74% | -0.52% | -2.13% | 1.62% | -2.48% | -0.94% | -0.63 | |
| 7/12/2018 | $13.02 | $12.65 | 2.88% | 0.82% | 1.76% | 0.12% | 0.12% | 0.90% | 1.98% | 1.33 | |
| 7/13/2018 | $13.14 | $13.02 | 0.92% | 0.07% | 1.15% | -0.26% | -0.79% | 0.86% | 0.05% | 0.03 | |
| 7/16/2018 | $12.99 | $13.14 | -1.15% | -0.18% | 0.17% | -0.64% | 0.23% | -0.37% | -0.78% | -0.53 | |
| 7/17/2018 | $13.25 | $12.99 | 1.98% | 0.39% | 1.98% | 1.28% | -0.57% | 2.35% | -0.37% | -0.25 | |
| 7/18/2018 | $13.41 | $13.25 | 1.20% | 0.25% | -1.34% | 1.65% | 0.33% | 0.53% | 0.67% | 0.45 | |
| 7/19/2018 | $12.88 | $13.41 | -4.03% | -0.25% | 0.75% | -2.57% | -0.57% | -1.22% | -2.82% | -1.90 | * |
| 7/20/2018 | $12.93 | $12.88 | 0.39% | -0.10% | 1.78% | 0.72% | -1.62% | 2.31% | -1.93% | -1.30 | |
| 7/23/2018 | $13.17 | $12.93 | 1.84% | 0.10% | -1.08% | 1.24% | 0.39% | 0.40% | 1.44% | 0.98 | |
| 7/24/2018 | $13.77 | $13.17 | 4.46% | 0.20% | 1.21% | 1.52% | -0.92% | 2.33% | 2.13% | 1.44 | |
| 7/25/2018 | $14.00 | $13.77 | 1.66% | 0.82% | 1.40% | 0.33% | -1.60% | 1.72% | -0.06% | -0.04 | |
| 7/26/2018 | $14.11 | $14.00 | 0.78% | -0.16% | -1.44% | -0.88% | 1.55% | -2.00% | 2.79% | 1.89 | * |
| 7/27/2018 | $14.44 | $14.11 | 2.31% | -0.77% | 0.48% | -1.37% | -0.93% | -0.20% | 2.51% | 1.70 | * |
| 7/30/2018 | $14.56 | $14.44 | 0.83% | -0.56% | 0.35% | -0.96% | 0.52% | -0.66% | 1.48% | 1.00 | |
| 7/31/2018 | $14.66 | $14.56 | 0.68% | 0.55% | -1.66% | -0.30% | 0.69% | -1.33% | 2.01% | 1.37 | |
| 8/1/2018 | $14.06 | $14.66 | -4.18% | -0.13% | 0.61% | -1.02% | -0.17% | -0.31% | -3.87% | -2.65 | *** |
| 8/2/2018 | $14.04 | $14.06 | -0.14% | 0.55% | 0.54% | -0.77% | 0.01% | -0.32% | 0.18% | 0.12 | |
| 8/3/2018 | $14.19 | $14.04 | 3.83% | 0.33% | 2.29% | 0.18% | -1.13% | 1.82% | 2.01% | 1.35 | |
| 8/6/2018 | $14.07 | $14.19 | -0.85% | 0.38% | -0.50% | -0.13% | 0.76% | -0.63% | -0.22% | -0.15 | |
| 8/7/2018 | $13.99 | $14.07 | -0.57% | 0.22% | -1.09% | -0.58% | 0.41% | -1.09% | 0.52% | 0.35 | |
| 8/8/2018 | $13.95 | $13.99 | -0.29% | -0.03% | -1.62% | -0.37% | 0.55% | -1.20% | 0.91% | 0.62 | |
| 8/9/2018 | $13.63 | $13.95 | -2.32% | -0.03% | -0.40% | -0.51% | 0.78% | -0.85% | -1.47% | -0.99 | |
| 8/10/2018 | $13.39 | $13.63 | -1.78% | -0.64% | -3.29% | -0.48% | 1.52% | -2.46% | 0.68% | 0.46 | |

247

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2018 | $13.37 | $13.39 | -0.15% | -0.47% | 1.30% | -1.52% | 0.63% | -0.77% | 0.62% | 0.42 |
| 8/14/2018 | $13.64 | $13.37 | 2.00% | 0.66% | 1.49% | -0.63% | -0.43% | 0.45% | 1.55% | 1.05 |
| 8/15/2018 | $12.94 | $13.64 | -5.27% | -0.91% | -1.58% | -4.42% | 0.98% | -4.47% | -0.80% | -0.54 |
| 8/16/2018 | $12.75 | $12.94 | -1.48% | 0.80% | -0.19% | 1.42% | 0.04% | 1.07% | -2.55% | -1.72 * |
| 8/17/2018 | $13.00 | $12.75 | 1.94% | 0.39% | -1.49% | 1.37% | 0.12% | 0.39% | 1.56% | 1.04 |
| 8/20/2018 | $13.03 | $13.00 | 0.23% | 0.28% | 0.27% | 0.65% | 1.48% | 0.01% | 0.22% | 0.15 |
| 8/21/2018 | $12.84 | $13.03 | -1.47% | 0.31% | -1.83% | 1.30% | 1.94% | -0.66% | -0.81% | -0.54 |
| 8/22/2018 | $13.12 | $12.84 | 2.16% | 0.07% | 2.15% | 0.24% | -0.13% | 1.36% | 0.79% | 0.54 |
| 8/23/2018 | $12.93 | $13.12 | -1.46% | -0.24% | -1.94% | -2.71% | 1.79% | -3.76% | 2.30% | 1.56 |
| 8/24/2018 | $13.22 | $12.93 | 2.22% | 0.62% | 0.72% | 1.84% | -0.33% | 1.99% | 0.23% | 0.16 |
| 8/27/2018 | $13.59 | $13.22 | 2.76% | 0.71% | 2.07% | 1.25% | -0.60% | 2.27% | 0.49% | 0.33 |
| 8/28/2018 | $13.44 | $13.59 | -1.11% | 0.00% | -0.68% | -0.19% | 1.38% | -0.97% | -0.14% | -0.10 |
| 8/29/2018 | $13.44 | $13.44 | 0.00% | 0.52% | 1.48% | 0.87% | -0.65% | 1.75% | -1.75% | -1.20 |
| 8/30/2018 | $13.17 | $13.44 | -2.03% | -0.45% | -2.78% | -2.13% | 1.02% | -3.24% | 1.21% | 0.82 |
| 8/31/2018 | $13.20 | $13.17 | 0.23% | 0.03% | 0.69% | 0.59% | -2.29% | 1.93% | -1.70% | -1.15 |
| 9/4/2018 | $12.55 | $13.20 | -5.05% | -0.22% | -2.52% | -1.87% | 0.03% | -2.48% | -2.57% | -1.75 * |
| 9/5/2018 | $12.62 | $12.55 | 0.56% | -0.35% | 0.54% | 0.72% | -0.33% | 1.08% | -0.53% | -0.36 |
| 9/6/2018 | $12.99 | $12.62 | 2.89% | -0.40% | 1.63% | -0.08% | -2.14% | 1.72% | 1.17% | 0.79 |
| 9/7/2018 | $13.01 | $12.99 | 0.15% | -0.24% | 0.00% | -0.78% | 0.02% | -0.49% | 0.64% | 0.43 |
| 9/10/2018 | $12.97 | $13.01 | -0.31% | 0.23% | 0.10% | 0.03% | 0.66% | -0.12% | -0.19% | -0.13 |
| 9/11/2018 | $12.69 | $12.97 | -2.18% | 0.32% | -2.53% | -0.52% | 1.62% | -2.23% | 0.04% | 0.03 |
| 9/12/2018 | $12.92 | $12.69 | 1.80% | 0.08% | 0.48% | 2.31% | 0.11% | 2.03% | -0.23% | -0.16 |
| 9/13/2018 | $12.84 | $12.92 | -0.62% | 0.43% | -0.77% | -0.46% | 1.19% | -1.16% | 0.53% | 0.37 |
| 9/14/2018 | $13.25 | $12.84 | 3.14% | 0.09% | 0.74% | 0.44% | -0.80% | 1.14% | 2.00% | 1.37 |
| 9/17/2018 | $13.36 | $13.25 | 0.83% | -0.60% | 2.11% | 1.00% | -1.01% | 2.39% | -1.57% | -1.08 |
| 9/18/2018 | $13.81 | $13.36 | 3.31% | 0.55% | 1.64% | 1.59% | 0.68% | 1.76% | 1.55% | 1.06 |
| 9/19/2018 | $14.22 | $13.81 | 2.93% | 0.05% | -0.55% | 0.93% | -0.70% | 0.86% | 2.07% | 1.42 |
| 9/20/2018 | $14.52 | $14.22 | 2.09% | 0.78% | -0.28% | 0.23% | -1.33% | 0.74% | 1.35% | 0.92 |
| 9/21/2018 | $15.06 | $14.52 | 3.65% | -0.10% | 1.50% | -0.79% | -0.63% | 0.58% | 3.07% | 2.11 ** |
| 9/24/2018 | $14.79 | $15.06 | -1.81% | -0.37% | -1.94% | -0.87% | 1.01% | -1.85% | 0.04% | 0.03 |

248

**Exhibit-8 (Corrected)**
Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2018 | $15.25 | $14.79 | 3.06% | -0.05% | 0.41% | 1.62% | -0.42% | 1.77% | 1.29% | 0.88 |
| 9/26/2018 | $14.99 | $15.25 | -1.72% | -0.40% | 0.64% | -2.30% | -1.07% | -0.68% | -1.03% | -0.71 |
| 9/27/2018 | $14.84 | $14.99 | -1.01% | 0.24% | 2.11% | -0.56% | -0.49% | 1.00% | -2.00% | -1.37 |
| 9/28/2018 | $14.84 | $14.84 | 0.00% | 0.01% | -1.05% | 0.19% | 0.91% | -0.57% | 0.57% | 0.39 |
| 10/1/2018 | $15.03 | $14.84 | 1.27% | 0.18% | -1.22% | 0.55% | -0.77% | 0.38% | 0.89% | 0.61 |
| 10/2/2018 | $15.62 | $15.03 | 3.85% | -0.23% | 4.12% | 0.37% | -1.93% | 3.29% | 0.56% | 0.38 |
| 10/3/2018 | $15.45 | $15.62 | -1.09% | 0.16% | 2.65% | -0.45% | -1.02% | 1.56% | -2.65% | -1.82 * |
| 10/4/2018 | $15.10 | $15.45 | -2.29% | -0.94% | -0.15% | -1.16% | -0.69% | -0.38% | -1.91% | -1.30 |
| 10/5/2018 | $15.01 | $15.10 | -0.60% | -0.61% | -0.54% | -0.64% | -0.86% | -0.12% | -0.47% | -0.32 |
| 10/8/2018 | $15.21 | $15.01 | 1.32% | -0.13% | 0.00% | 0.48% | -1.63% | 1.29% | 0.03% | 0.02 |
| 10/9/2018 | $15.54 | $15.21 | 2.15% | -0.18% | 5.08% | -1.17% | -1.70% | 2.32% | -0.18% | -0.12 |
| 10/10/2018 | $14.85 | $15.54 | -4.54% | -3.18% | -2.80% | -3.14% | 1.07% | -3.79% | -0.75% | -0.51 |
| 10/11/2018 | $14.95 | $14.85 | 0.67% | -1.90% | -1.19% | 0.90% | 0.68% | 0.12% | 0.56% | 0.38 |
| 10/12/2018 | $15.26 | $14.95 | 2.05% | 1.22% | 0.00% | 0.07% | 0.05% | 0.18% | 1.87% | 1.28 |
| 10/15/2018 | $15.46 | $15.26 | 1.30% | -0.37% | 0.30% | 0.24% | -1.26% | 1.07% | 0.23% | 0.16 |
| 10/16/2018 | $15.48 | $15.46 | 0.13% | 2.12% | 3.18% | 1.24% | -0.28% | 2.70% | -2.57% | -1.78 * |
| 10/17/2018 | $15.93 | $15.48 | 2.87% | -0.14% | -0.21% | 0.22% | -1.02% | 0.69% | 2.17% | 1.50 |
| 10/18/2018 | $15.15 | $15.93 | -5.02% | -1.47% | -2.01% | -1.81% | 0.92% | -2.40% | -2.62% | -1.81 * |
| 10/19/2018 | $15.26 | $15.15 | 0.72% | -0.18% | 0.50% | -1.24% | -0.18% | -0.46% | 1.18% | 0.81 |
| 10/22/2018 | $15.77 | $15.26 | 3.29% | -0.39% | 1.40% | 0.68% | -0.78% | 1.69% | 1.60% | 1.10 |
| 10/23/2018 | $15.23 | $15.77 | -3.48% | -0.60% | 0.00% | -1.97% | 0.22% | -1.39% | -2.09% | -1.44 |
| 10/24/2018 | $14.50 | $15.23 | -4.91% | -3.11% | -2.45% | -5.98% | 1.10% | -5.91% | 1.00% | 0.69 |
| 10/25/2018 | $14.72 | $14.50 | 1.51% | 1.73% | 1.34% | 1.98% | -0.78% | 2.58% | -1.07% | -0.74 |
| 10/26/2018 | $15.07 | $14.72 | 2.35% | -1.56% | 1.95% | -1.95% | -1.71% | 0.40% | 1.95% | 1.34 |
| 10/29/2018 | $14.27 | $15.07 | -5.45% | -0.70% | -1.96% | -0.88% | 2.06% | -2.25% | -3.21% | -2.20 ** |
| 10/30/2018 | $14.59 | $14.27 | 2.22% | 1.55% | 3.91% | 0.61% | -0.57% | 2.61% | -0.40% | -0.27 |
| 10/31/2018 | $15.10 | $14.59 | 3.44% | 1.04% | 0.02% | 2.05% | 0.66% | 1.37% | 2.06% | 1.40 |
| 11/1/2018 | $15.52 | $15.10 | 2.74% | 1.29% | 1.10% | 1.82% | -0.56% | 2.28% | 0.47% | 0.32 |
| 11/2/2018 | $15.45 | $15.52 | -0.45% | -0.48% | 0.00% | 1.90% | -0.12% | 1.73% | -2.19% | -1.48 |
| 11/5/2018 | $15.40 | $15.45 | -0.32% | 0.44% | 1.50% | 0.14% | 0.79% | 0.58% | -0.90% | -0.61 |

249

**Exhibit-8 (Corrected)**
**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2018 | $15.29 | $15.40 | -0.72% | 0.57% | -1.11% | -0.20% | 0.94% | -0.96% | 0.24% | 0.16 |
| 11/7/2018 | $15.32 | $15.29 | 0.20% | 1.91% | -1.32% | 0.67% | -0.79% | 0.33% | -0.13% | -0.09 |
| 11/8/2018 | $15.17 | $15.32 | -0.98% | -0.29% | -2.61% | -1.36% | 0.77% | -2.41% | 1.43% | 0.97 |
| 11/9/2018 | $14.60 | $15.17 | -3.83% | -0.98% | 0.61% | -2.33% | -0.72% | -0.95% | -2.88% | -1.96 * |
| 11/12/2018 | $14.46 | $14.60 | -0.96% | -1.91% | 0.00% | -1.58% | 0.91% | -1.39% | 0.42% | 0.29 |
| 11/13/2018 | $14.60 | $14.46 | 0.96% | -0.12% | -1.37% | 0.61% | 0.94% | -0.41% | 1.38% | 0.93 |
| 11/14/2018 | $14.53 | $14.60 | -0.48% | -0.66% | 1.68% | -0.51% | -0.50% | 0.77% | -1.25% | -0.85 |
| 11/15/2018 | $14.93 | $14.53 | 2.72% | 1.07% | 0.00% | 1.84% | 0.00% | 1.53% | 1.19% | 0.80 |
| 11/16/2018 | $14.97 | $14.93 | 0.27% | 0.21% | 3.07% | 0.88% | -1.08% | 2.65% | -2.39% | -1.60 |
| 11/19/2018 | $14.72 | $14.97 | -1.68% | -1.67% | -0.60% | -2.35% | 0.36% | -2.04% | 0.36% | 0.24 |
| 11/20/2018 | $14.07 | $14.72 | -4.52% | -1.81% | 0.00% | -4.12% | 0.01% | -2.95% | -1.57% | -1.05 |
| 11/21/2018 | $14.35 | $14.07 | 1.97% | 0.62% | -0.62% | 1.66% | 1.07% | 0.70% | 1.27% | 0.85 |
| 11/23/2018 | $13.26 | $14.35 | -7.90% | -0.56% | -0.35% | -2.52% | 0.62% | -2.19% | -5.71% | -3.82 *** |
| 11/26/2018 | $12.75 | $13.26 | -3.92% | 1.45% | -0.84% | -1.08% | 2.90% | -2.32% | -1.60% | -1.04 |
| 11/27/2018 | $12.89 | $12.75 | 1.09% | 0.05% | 3.07% | -1.81% | -1.68% | 0.72% | 0.37% | 0.24 |
| 11/28/2018 | $13.52 | $12.89 | 4.77% | 2.21% | 1.16% | 4.12% | -0.63% | 4.10% | 0.68% | 0.44 |
| 11/29/2018 | $13.47 | $13.52 | -0.37% | -0.18% | 0.64% | -1.31% | 0.04% | -0.68% | 0.31% | 0.21 |
| 11/30/2018 | $13.70 | $13.47 | 1.69% | 0.68% | -0.44% | 0.10% | 0.37% | -0.20% | 1.89% | 1.24 |
| 12/3/2018 | $14.08 | $13.70 | 2.74% | 1.14% | 0.09% | 2.76% | -0.64% | 2.63% | 0.11% | 0.07 |
| 12/4/2018 | $13.60 | $14.08 | -3.47% | -3.23% | -1.22% | -3.14% | 0.27% | -2.96% | -0.51% | -0.34 |
| 12/6/2018 | $13.53 | $13.60 | -0.52% | -0.19% | -0.13% | -1.90% | 0.28% | -1.56% | 1.05% | 0.70 |
| 12/7/2018 | $13.14 | $13.53 | -2.92% | -2.13% | -0.69% | -1.14% | 0.72% | -1.39% | -1.54% | -1.02 |
| 12/10/2018 | $12.86 | $13.14 | -2.15% | -0.02% | -2.57% | -1.16% | 0.27% | -1.98% | -0.17% | -0.11 |
| 12/11/2018 | $13.01 | $12.86 | 1.16% | -0.07% | 0.56% | -0.31% | -0.36% | 0.26% | 0.90% | 0.60 |
| 12/12/2018 | $13.02 | $13.01 | 0.08% | 0.63% | 0.78% | 1.05% | -1.25% | 1.82% | -1.74% | -1.16 |
| 12/13/2018 | $13.04 | $13.02 | 0.15% | -0.21% | 1.05% | -0.66% | 0.92% | -0.32% | 0.47% | 0.32 |
| 12/14/2018 | $12.96 | $13.04 | -0.62% | -1.72% | -0.56% | -2.47% | 0.67% | -2.36% | 1.75% | 1.17 |
| 12/17/2018 | $13.03 | $12.96 | 0.54% | -2.11% | -1.44% | 0.18% | -0.45% | -0.17% | 0.71% | 0.47 |
| 12/18/2018 | $13.19 | $13.03 | 1.22% | -0.02% | 0.23% | 0.98% | 0.33% | 0.88% | 0.34% | 0.22 |
| 12/19/2018 | $12.73 | $13.19 | -3.55% | -1.49% | -0.88% | -3.94% | -0.38% | -3.23% | -0.31% | -0.21 |

### Exhibit-8 (Corrected)
### Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2018 | $12.94 | $12.73 | 1.64% | -1.55% | -0.48% | 0.01% | -1.43% | 0.50% | 1.14% | 0.76 | |
| 12/21/2018 | $12.90 | $12.94 | -0.31% | -2.08% | 0.31% | -1.84% | 1.59% | -1.80% | 1.49% | 1.00 | |
| 12/24/2018 | $12.60 | $12.90 | -2.35% | -2.45% | 0.00% | -1.96% | 0.00% | -1.35% | -1.00% | -0.67 | |
| 12/26/2018 | $13.07 | $12.60 | 3.66% | 4.58% | -0.64% | 4.12% | 0.46% | 2.88% | 0.78% | 0.52 | |
| 12/27/2018 | $12.99 | $13.07 | -0.61% | 0.68% | 0.66% | 0.20% | -1.24% | 1.05% | -1.66% | -1.11 | |
| 12/28/2018 | $13.02 | $12.99 | 0.23% | 0.02% | 2.78% | -0.70% | 0.20% | 0.67% | -0.44% | -0.29 | |
| 12/31/2018 | $13.19 | $13.02 | 1.30% | 0.83% | 0.00% | 0.07% | 0.00% | 0.18% | 1.12% | 0.75 | |
| 1/2/2019 | $13.47 | $13.19 | 2.10% | 0.18% | 3.89% | 1.67% | -2.38% | 4.01% | -1.91% | -1.27 | |
| 1/3/2019 | $12.83 | $13.47 | -4.87% | -2.13% | 1.15% | -2.39% | -0.89% | -0.99% | -3.87% | -2.57 | ** |
| 1/4/2019 | $14.02 | $12.83 | 8.87% | 3.29% | -0.39% | 5.49% | -1.10% | 4.90% | 3.97% | 2.60 | ** |
| 1/7/2019 | $13.83 | $14.02 | -1.36% | 0.92% | -0.11% | -0.11% | 0.54% | -0.14% | -1.22% | -0.79 | |
| 1/8/2019 | $14.06 | $13.83 | 1.65% | 1.02% | 0.29% | 1.63% | -0.60% | 1.89% | -0.24% | -0.15 | |
| 1/9/2019 | $14.51 | $14.06 | 3.15% | 0.62% | 1.62% | 2.10% | -0.88% | 2.86% | 0.29% | 0.19 | |
| 1/10/2019 | $14.40 | $14.51 | -0.76% | 0.45% | 0.36% | -0.20% | 0.81% | -0.19% | -0.57% | -0.37 | |
| 1/11/2019 | $14.11 | $14.40 | -2.03% | -0.02% | -0.01% | -0.00% | 0.02% | 0.10% | -2.14% | -1.39 | |
| 1/14/2019 | $14.13 | $14.11 | 0.14% | -0.55% | 0.92% | -0.86% | -0.33% | -0.15% | 0.29% | 0.19 | |
| 1/15/2019 | $14.06 | $14.13 | -0.50% | 0.98% | -0.44% | -2.02% | 0.49% | -1.95% | 1.45% | 0.94 | |
| 1/16/2019 | $14.11 | $14.06 | 0.35% | 0.32% | 0.33% | 1.87% | 0.52% | 1.66% | -1.30% | -0.85 | |
| 1/17/2019 | $14.47 | $14.11 | 2.52% | 0.71% | 0.78% | 2.17% | 0.37% | 2.13% | 0.39% | 0.25 | |
| 1/18/2019 | $14.61 | $14.47 | 0.96% | 1.20% | 0.76% | 1.27% | 0.03% | 1.53% | -0.57% | -0.37 | |
| 1/22/2019 | $14.45 | $14.61 | -1.10% | -1.43% | -1.24% | -1.63% | 1.59% | -2.37% | 1.27% | 0.83 | |
| 1/23/2019 | $14.75 | $14.45 | 2.05% | 0.13% | 1.58% | 0.01% | -1.29% | 1.23% | 0.82% | 0.53 | |
| 1/24/2019 | $14.86 | $14.75 | 0.74% | 0.28% | 1.18% | -0.85% | 0.19% | -0.18% | 0.92% | 0.60 | |
| 1/25/2019 | $13.66 | $14.86 | -8.42% | 0.95% | 0.00% | 3.48% | -0.07% | 3.17% | -11.59% | -7.65 | *** |
| 1/28/2019 | $11.20 | $13.66 | -19.86% | -0.65% | 0.43% | -1.23% | -0.23% | -0.66% | -19.20% | -12.65 | *** |
| 1/29/2019 | $11.48 | $11.20 | 2.47% | -0.09% | 0.15% | 0.83% | -1.11% | 1.31% | 1.16% | 0.77 | |
| 1/30/2019 | $12.59 | $11.48 | 9.23% | 1.43% | 0.71% | 3.43% | -0.95% | 3.75% | 5.48% | 3.60 | *** |
| 1/31/2019 | $12.44 | $12.59 | -1.20% | 0.84% | 0.69% | 1.11% | -1.12% | 1.88% | -3.08% | -1.97 | ** |
| 2/1/2019 | $12.57 | $12.44 | 1.04% | 0.14% | 0.37% | -0.58% | 0.43% | -0.35% | 1.39% | 0.89 | |
| 2/4/2019 | $12.15 | $12.57 | -3.40% | 0.67% | 1.14% | 0.68% | 0.25% | 1.14% | -4.54% | -2.90 | *** |

251

**Exhibit-8 (Corrected)**

**Vale S.A. ADR Daily Event Study Results: 27 October 2016 through 6 February 2019**

| Date | Vale Closing Price | Vale Prior Day Closing Price | Vale Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Vale Explained Return | Vale Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/5/2019 | $12.11 | $12.15 | -0.33% | 0.44% | -0.30% | 0.15% | 0.03% | 0.20% | -0.53% | -0.34 |
| 2/6/2019 | $11.36 | $12.11 | -6.39% | -0.25% | -3.70% | -0.65% | 0.77% | -2.08% | -4.31% | -2.75 *** |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

252

**Exhibit-9**

**Percentile Distribution of Trades by Time Elapsed Between Successive Trades**

This table presents the distribution of time elapsed between trades (in days) of trades in dollar-denominated US corporate bonds in the State Street Corporation custody trades database during the period from January 2003 to December 2005. The time elapsed is defined as the number of days between successive trades of a given bond. Bonds that trade in a given year are sorted in the order of increasing time elapsed and the decile cutoff values are computed. The values shown are the average time elapsed of the bond for the given percentile range. For example, the data shows that the median trade had an elapsed time of 13 days in 2003 between successive trades and 12 days in 2005. (Mahanti et al., p. 282).

| Percentile | 2003 | 2004 | 2005 |
|---|---|---|---|
| 10 | 1 | 1 | 1 |
| 20 | 2 | 2 | 2 |
| 30 | 4 | 4 | 4 |
| 40 | 7 | 8 | 8 |
| 50 | 13 | 13 | 12 |
| 60 | 24 | 23 | 21 |
| 70 | 42 | 40 | 39 |
| 80 | 82 | 79 | 78 |
| 90 | 184 | 187 | 188 |

**Average Days Elapsed Between Successive Trades for Vale Notes**

| Bond Designation | Class Period* |
|---|---|
| TAM5 | 0.035 |
| EAA3 | 0.060 |
| TAN3 | 0.130 |
| TAP8 | 0.043 |
| TAH6 | 0.037 |
| TAK9 | 0.094 |
| TAE3 | 0.108 |
| **Min** | 0.0352 |
| **Max** | 0.1299 |

Notes:

* The Class Period refers to the period 10/27/2016 to 2/6/2019.

Sources:

FINRA Data obtained from counsel. Sriketani Mahanti, Amrut Nashikkar, Marti Subrahmanyam, George Chacko & Gaurav Mallik, "Latent Liquidity: A New Measure of Liquidity, with an Application to Corporate Bonds," *Journal of Financial Economics* , Volume 88, Issue 2, pp. 272–298 (May 2008).

253

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 10/27/2016 | 6.22% | 4.47% | 3.39% |
| 10/28/2016 | 6.30% | 4.52% | 3.39% |
| 10/31/2016 | 6.46% | 4.65% | 3.41% |
| 11/1/2016 | 6.59% | 4.75% | 3.41% |
| 11/2/2016 | 6.67% | 4.81% | 3.41% |
| 11/3/2016 | 6.66% | 4.80% | 3.42% |
| 11/4/2016 | 6.69% | 4.82% | 3.41% |
| 11/7/2016 | 6.51% | 4.69% | 3.42% |
| 11/8/2016 | 6.56% | 4.68% | 3.45% |
| 11/9/2016 | 6.64% | 4.81% | 3.59% |
| 11/10/2016 | 6.71% | 4.91% | 3.63% |
| 11/11/2016 | 6.71% | 4.91% | 3.63% |
| 11/14/2016 | 6.96% | 5.14% | 3.73% |
| 11/15/2016 | 6.78% | 5.04% | 3.73% |
| 11/16/2016 | 6.78% | 5.03% | 3.72% |
| 11/17/2016 | 6.72% | 4.99% | 3.76% |
| 11/18/2016 | 6.75% | 5.04% | 3.82% |
| 11/21/2016 | 6.71% | 5.00% | 3.83% |
| 11/22/2016 | 6.60% | 4.92% | 3.82% |
| 11/23/2016 | 6.60% | 4.92% | 3.85% |
| 11/25/2016 | 6.60% | 4.91% | 3.86% |
| 11/28/2016 | 6.57% | 4.89% | 3.81% |
| 11/29/2016 | 6.57% | 4.90% | 3.80% |
| 11/30/2016 | 6.50% | 4.93% | 3.85% |
| 12/1/2016 | 6.52% | 4.95% | 3.89% |
| 12/2/2016 | 6.48% | 4.92% | 3.85% |
| 12/5/2016 | 6.43% | 4.88% | 3.84% |
| 12/6/2016 | 6.35% | 4.84% | 3.84% |
| 12/7/2016 | 6.22% | 4.75% | 3.79% |
| 12/8/2016 | 6.21% | 4.72% | 3.81% |
| 12/9/2016 | 6.16% | 4.69% | 3.86% |
| 12/12/2016 | 6.14% | 4.67% | 3.86% |
| 12/13/2016 | 6.10% | 4.64% | 3.86% |

254

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 12/14/2016 | 6.07% | 4.65% | 3.89% |
| 12/15/2016 | 6.21% | 4.77% | 3.93% |
| 12/16/2016 | 6.23% | 4.79% | 3.94% |
| 12/19/2016 | 6.20% | 4.76% | 3.89% |
| 12/20/2016 | 6.18% | 4.76% | 3.90% |
| 12/21/2016 | 6.16% | 4.73% | 3.88% |
| 12/22/2016 | 6.13% | 4.72% | 3.88% |
| 12/23/2016 | 6.12% | 4.70% | 3.87% |
| 12/27/2016 | 6.09% | 4.68% | 3.89% |
| 12/28/2016 | 6.08% | 4.67% | 3.84% |
| 12/29/2016 | 6.08% | 4.66% | 3.81% |
| 12/30/2016 | 6.06% | 4.66% | 3.78% |
| 1/3/2017 | 6.00% | 4.66% | 3.80% |
| 1/4/2017 | 5.89% | 4.58% | 3.80% |
| 1/5/2017 | 5.84% | 4.54% | 3.73% |
| 1/6/2017 | 5.83% | 4.54% | 3.77% |
| 1/9/2017 | 5.84% | 4.54% | 3.74% |
| 1/10/2017 | 5.85% | 4.51% | 3.74% |
| 1/11/2017 | 5.86% | 4.54% | 3.73% |
| 1/12/2017 | 5.88% | 4.54% | 3.72% |
| 1/13/2017 | 5.84% | 4.54% | 3.73% |
| 1/17/2017 | 5.81% | 4.53% | 3.68% |
| 1/18/2017 | 5.82% | 4.55% | 3.73% |
| 1/19/2017 | 5.88% | 4.58% | 3.78% |
| 1/20/2017 | 5.90% | 4.62% | 3.77% |
| 1/23/2017 | 5.93% | 4.61% | 3.71% |
| 1/24/2017 | 5.90% | 4.60% | 3.76% |
| 1/25/2017 | 5.86% | 4.56% | 3.80% |
| 1/26/2017 | 5.81% | 4.55% | 3.77% |
| 1/27/2017 | 5.79% | 4.55% | 3.75% |
| 1/30/2017 | 5.84% | 4.57% | 3.75% |
| 1/31/2017 | 5.88% | 4.64% | 3.76% |
| 2/1/2017 | 5.86% | 4.61% | 3.78% |

# Exhibit-10

### BofA Merrill Lynch US Corporate B, BB, and BBB
### Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 2/2/2017 | 5.83% | 4.58% | 3.77% |
| 2/3/2017 | 5.78% | 4.53% | 3.77% |
| 2/6/2017 | 5.76% | 4.51% | 3.71% |
| 2/7/2017 | 5.76% | 4.52% | 3.70% |
| 2/8/2017 | 5.79% | 4.53% | 3.68% |
| 2/9/2017 | 5.81% | 4.52% | 3.71% |
| 2/10/2017 | 5.80% | 4.52% | 3.72% |
| 2/13/2017 | 5.78% | 4.51% | 3.73% |
| 2/14/2017 | 5.75% | 4.50% | 3.75% |
| 2/15/2017 | 5.76% | 4.51% | 3.76% |
| 2/16/2017 | 5.76% | 4.53% | 3.71% |
| 2/17/2017 | 5.77% | 4.53% | 3.69% |
| 2/21/2017 | 5.70% | 4.50% | 3.69% |
| 2/22/2017 | 5.66% | 4.48% | 3.68% |
| 2/23/2017 | 5.63% | 4.45% | 3.65% |
| 2/24/2017 | 5.62% | 4.45% | 3.59% |
| 2/27/2017 | 5.60% | 4.45% | 3.63% |
| 2/28/2017 | 5.60% | 4.47% | 3.66% |
| 3/1/2017 | 5.53% | 4.42% | 3.74% |
| 3/2/2017 | 5.54% | 4.43% | 3.75% |
| 3/3/2017 | 5.58% | 4.47% | 3.74% |
| 3/6/2017 | 5.65% | 4.52% | 3.74% |
| 3/7/2017 | 5.75% | 4.60% | 3.77% |
| 3/8/2017 | 5.86% | 4.69% | 3.82% |
| 3/9/2017 | 6.00% | 4.80% | 3.87% |
| 3/10/2017 | 5.97% | 4.80% | 3.86% |
| 3/13/2017 | 6.03% | 4.86% | 3.88% |
| 3/14/2017 | 6.14% | 4.93% | 3.88% |
| 3/15/2017 | 6.01% | 4.82% | 3.80% |
| 3/16/2017 | 5.87% | 4.71% | 3.80% |
| 3/17/2017 | 5.87% | 4.72% | 3.79% |
| 3/20/2017 | 5.91% | 4.73% | 3.76% |
| 3/21/2017 | 5.96% | 4.77% | 3.73% |

## Exhibit-10

### BofA Merrill Lynch US Corporate B, BB, and BBB
### Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 3/22/2017 | 6.04% | 4.83% | 3.71% |
| 3/23/2017 | 6.00% | 4.80% | 3.72% |
| 3/24/2017 | 5.96% | 4.75% | 3.70% |
| 3/27/2017 | 6.00% | 4.78% | 3.69% |
| 3/28/2017 | 5.91% | 4.72% | 3.71% |
| 3/29/2017 | 5.80% | 4.64% | 3.69% |
| 3/30/2017 | 5.72% | 4.58% | 3.71% |
| 3/31/2017 | 5.88% | 4.55% | 3.73% |
| 4/3/2017 | 5.89% | 4.54% | 3.69% |
| 4/4/2017 | 5.90% | 4.54% | 3.70% |
| 4/5/2017 | 5.80% | 4.49% | 3.70% |
| 4/6/2017 | 5.82% | 4.49% | 3.69% |
| 4/7/2017 | 5.79% | 4.47% | 3.71% |
| 4/10/2017 | 5.78% | 4.46% | 3.70% |
| 4/11/2017 | 5.81% | 4.46% | 3.65% |
| 4/12/2017 | 5.83% | 4.48% | 3.65% |
| 4/13/2017 | 5.85% | 4.48% | 3.60% |
| 4/17/2017 | 5.84% | 4.47% | 3.61% |
| 4/18/2017 | 5.84% | 4.47% | 3.56% |
| 4/19/2017 | 5.79% | 4.44% | 3.57% |
| 4/20/2017 | 5.79% | 4.43% | 3.60% |
| 4/21/2017 | 5.77% | 4.41% | 3.59% |
| 4/24/2017 | 5.68% | 4.36% | 3.62% |
| 4/25/2017 | 5.64% | 4.32% | 3.65% |
| 4/26/2017 | 5.63% | 4.29% | 3.64% |
| 4/27/2017 | 5.61% | 4.29% | 3.62% |
| 4/28/2017 | 5.58% | 4.27% | 3.61% |
| 5/1/2017 | 5.67% | 4.31% | 3.66% |
| 5/2/2017 | 5.68% | 4.30% | 3.62% |
| 5/3/2017 | 5.68% | 4.29% | 3.63% |
| 5/4/2017 | 5.77% | 4.35% | 3.67% |
| 5/5/2017 | 5.80% | 4.38% | 3.66% |
| 5/8/2017 | 5.77% | 4.37% | 3.67% |

257

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 5/9/2017 | 5.74% | 4.35% | 3.69% |
| 5/10/2017 | 5.72% | 4.34% | 3.69% |
| 5/11/2017 | 5.72% | 4.34% | 3.67% |
| 5/12/2017 | 5.71% | 4.33% | 3.61% |
| 5/15/2017 | 5.64% | 4.29% | 3.60% |
| 5/16/2017 | 5.63% | 4.27% | 3.59% |
| 5/17/2017 | 5.66% | 4.28% | 3.51% |
| 5/18/2017 | 5.70% | 4.30% | 3.53% |
| 5/19/2017 | 5.62% | 4.26% | 3.54% |
| 5/22/2017 | 5.57% | 4.23% | 3.54% |
| 5/23/2017 | 5.55% | 4.21% | 3.56% |
| 5/24/2017 | 5.53% | 4.20% | 3.55% |
| 5/25/2017 | 5.50% | 4.19% | 3.54% |
| 5/26/2017 | 5.53% | 4.20% | 3.53% |
| 5/30/2017 | 5.48% | 4.17% | 3.50% |
| 5/31/2017 | 5.53% | 4.22% | 3.53% |
| 6/1/2017 | 5.51% | 4.19% | 3.54% |
| 6/2/2017 | 5.46% | 4.14% | 3.50% |
| 6/5/2017 | 5.47% | 4.14% | 3.51% |
| 6/6/2017 | 5.49% | 4.15% | 3.48% |
| 6/7/2017 | 5.53% | 4.16% | 3.51% |
| 6/8/2017 | 5.61% | 4.19% | 3.52% |
| 6/9/2017 | 5.59% | 4.17% | 3.52% |
| 6/12/2017 | 5.58% | 4.16% | 3.53% |
| 6/13/2017 | 5.54% | 4.13% | 3.53% |
| 6/14/2017 | 5.51% | 4.10% | 3.46% |
| 6/15/2017 | 5.57% | 4.13% | 3.49% |
| 6/16/2017 | 5.60% | 4.14% | 3.48% |
| 6/19/2017 | 5.59% | 4.13% | 3.50% |
| 6/20/2017 | 5.63% | 4.16% | 3.47% |
| 6/21/2017 | 5.73% | 4.20% | 3.48% |
| 6/22/2017 | 5.74% | 4.23% | 3.48% |
| 6/23/2017 | 5.72% | 4.21% | 3.47% |

258

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 6/26/2017 | 5.70% | 4.18% | 3.46% |
| 6/27/2017 | 5.68% | 4.19% | 3.50% |
| 6/28/2017 | 5.68% | 4.19% | 3.50% |
| 6/29/2017 | 5.71% | 4.22% | 3.53% |
| 6/30/2017 | 5.73% | 4.29% | 3.57% |
| 7/3/2017 | 5.72% | 4.28% | 3.60% |
| 7/5/2017 | 5.71% | 4.29% | 3.59% |
| 7/6/2017 | 5.78% | 4.34% | 3.61% |
| 7/7/2017 | 5.86% | 4.40% | 3.62% |
| 7/10/2017 | 5.85% | 4.38% | 3.59% |
| 7/11/2017 | 5.86% | 4.38% | 3.58% |
| 7/12/2017 | 5.77% | 4.32% | 3.54% |
| 7/13/2017 | 5.74% | 4.30% | 3.56% |
| 7/14/2017 | 5.65% | 4.26% | 3.53% |
| 7/17/2017 | 5.60% | 4.22% | 3.51% |
| 7/18/2017 | 5.58% | 4.19% | 3.47% |
| 7/19/2017 | 5.52% | 4.16% | 3.47% |
| 7/20/2017 | 5.47% | 4.14% | 3.46% |
| 7/21/2017 | 5.46% | 4.15% | 3.43% |
| 7/24/2017 | 5.50% | 4.15% | 3.45% |
| 7/25/2017 | 5.48% | 4.14% | 3.50% |
| 7/26/2017 | 5.43% | 4.11% | 3.45% |
| 7/27/2017 | 5.42% | 4.12% | 3.47% |
| 7/28/2017 | 5.45% | 4.12% | 3.45% |
| 7/31/2017 | 5.47% | 4.14% | 3.48% |
| 8/1/2017 | 5.45% | 4.11% | 3.45% |
| 8/2/2017 | 5.44% | 4.11% | 3.46% |
| 8/3/2017 | 5.44% | 4.12% | 3.44% |
| 8/4/2017 | 5.47% | 4.14% | 3.47% |
| 8/7/2017 | 5.46% | 4.14% | 3.47% |
| 8/8/2017 | 5.49% | 4.16% | 3.49% |
| 8/9/2017 | 5.64% | 4.27% | 3.48% |
| 8/10/2017 | 5.73% | 4.35% | 3.48% |

259

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 8/11/2017 | 5.80% | 4.37% | 3.48% |
| 8/14/2017 | 5.70% | 4.31% | 3.49% |
| 8/15/2017 | 5.72% | 4.33% | 3.52% |
| 8/16/2017 | 5.69% | 4.31% | 3.48% |
| 8/17/2017 | 5.73% | 4.32% | 3.47% |
| 8/18/2017 | 5.78% | 4.35% | 3.47% |
| 8/21/2017 | 5.80% | 4.34% | 3.46% |
| 8/22/2017 | 5.76% | 4.31% | 3.48% |
| 8/23/2017 | 5.75% | 4.29% | 3.45% |
| 8/24/2017 | 5.72% | 4.27% | 3.47% |
| 8/25/2017 | 5.69% | 4.24% | 3.45% |
| 8/28/2017 | 5.65% | 4.22% | 3.44% |
| 8/29/2017 | 5.66% | 4.19% | 3.43% |
| 8/30/2017 | 5.63% | 4.17% | 3.44% |
| 8/31/2017 | 5.59% | 4.17% | 3.44% |
| 9/1/2017 | 5.62% | 4.17% | 3.46% |
| 9/5/2017 | 5.63% | 4.17% | 3.39% |
| 9/6/2017 | 5.59% | 4.13% | 3.43% |
| 9/7/2017 | 5.58% | 4.13% | 3.39% |
| 9/8/2017 | 5.62% | 4.16% | 3.40% |
| 9/11/2017 | 5.62% | 4.14% | 3.45% |
| 9/12/2017 | 5.62% | 4.15% | 3.47% |
| 9/13/2017 | 5.59% | 4.15% | 3.48% |
| 9/14/2017 | 5.57% | 4.14% | 3.47% |
| 9/15/2017 | 5.57% | 4.15% | 3.47% |
| 9/18/2017 | 5.56% | 4.09% | 3.48% |
| 9/19/2017 | 5.54% | 4.09% | 3.48% |
| 9/20/2017 | 5.53% | 4.08% | 3.50% |
| 9/21/2017 | 5.54% | 4.10% | 3.50% |
| 9/22/2017 | 5.55% | 4.10% | 3.49% |
| 9/25/2017 | 5.53% | 4.09% | 3.46% |
| 9/26/2017 | 5.50% | 4.06% | 3.46% |
| 9/27/2017 | 5.52% | 4.08% | 3.51% |

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 9/28/2017 | 5.49% | 4.07% | 3.49% |
| 9/29/2017 | 5.50% | 4.05% | 3.49% |
| 10/2/2017 | 5.53% | 4.12% | 3.51% |
| 10/3/2017 | 5.53% | 4.11% | 3.49% |
| 10/4/2017 | 5.52% | 4.10% | 3.49% |
| 10/5/2017 | 5.52% | 4.12% | 3.50% |
| 10/6/2017 | 5.52% | 4.13% | 3.51% |
| 10/9/2017 | 5.51% | 4.12% | 3.51% |
| 10/10/2017 | 5.50% | 4.12% | 3.49% |
| 10/11/2017 | 5.50% | 4.12% | 3.49% |
| 10/12/2017 | 5.54% | 4.14% | 3.48% |
| 10/13/2017 | 5.51% | 4.16% | 3.45% |
| 10/16/2017 | 5.49% | 4.14% | 3.47% |
| 10/17/2017 | 5.46% | 4.12% | 3.47% |
| 10/18/2017 | 5.45% | 4.10% | 3.49% |
| 10/19/2017 | 5.44% | 4.11% | 3.48% |
| 10/20/2017 | 5.44% | 4.09% | 3.52% |
| 10/23/2017 | 5.39% | 4.07% | 3.50% |
| 10/24/2017 | 5.39% | 4.08% | 3.51% |
| 10/25/2017 | 5.44% | 4.14% | 3.54% |
| 10/26/2017 | 5.46% | 4.13% | 3.55% |
| 10/27/2017 | 5.44% | 4.15% | 3.53% |
| 10/30/2017 | 5.43% | 4.13% | 3.49% |
| 10/31/2017 | 5.49% | 4.15% | 3.51% |
| 11/1/2017 | 5.47% | 4.14% | 3.52% |
| 11/2/2017 | 5.50% | 4.14% | 3.51% |
| 11/3/2017 | 5.49% | 4.14% | 3.51% |
| 11/6/2017 | 5.52% | 4.16% | 3.50% |
| 11/7/2017 | 5.54% | 4.17% | 3.50% |
| 11/8/2017 | 5.67% | 4.26% | 3.52% |
| 11/9/2017 | 5.83% | 4.36% | 3.54% |
| 11/10/2017 | 5.87% | 4.38% | 3.60% |
| 11/13/2017 | 5.90% | 4.39% | 3.61% |

261

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 11/14/2017 | 5.97% | 4.44% | 3.60% |
| 11/15/2017 | 6.06% | 4.52% | 3.59% |
| 11/16/2017 | 5.88% | 4.39% | 3.60% |
| 11/17/2017 | 5.85% | 4.37% | 3.59% |
| 11/20/2017 | 5.82% | 4.33% | 3.61% |
| 11/21/2017 | 5.79% | 4.30% | 3.60% |
| 11/22/2017 | 5.76% | 4.29% | 3.56% |
| 11/24/2017 | 5.75% | 4.29% | 3.57% |
| 11/27/2017 | 5.72% | 4.26% | 3.55% |
| 11/28/2017 | 5.75% | 4.28% | 3.56% |
| 11/29/2017 | 5.73% | 4.28% | 3.59% |
| 11/30/2017 | 5.84% | 4.28% | 3.62% |
| 12/1/2017 | 5.83% | 4.29% | 3.58% |
| 12/4/2017 | 5.81% | 4.27% | 3.60% |
| 12/5/2017 | 5.80% | 4.27% | 3.58% |
| 12/6/2017 | 5.82% | 4.30% | 3.56% |
| 12/7/2017 | 5.85% | 4.31% | 3.59% |
| 12/8/2017 | 5.86% | 4.32% | 3.59% |
| 12/11/2017 | 5.83% | 4.31% | 3.60% |
| 12/12/2017 | 5.82% | 4.30% | 3.60% |
| 12/13/2017 | 5.82% | 4.31% | 3.56% |
| 12/14/2017 | 5.82% | 4.32% | 3.55% |
| 12/15/2017 | 5.85% | 4.33% | 3.56% |
| 12/18/2017 | 5.86% | 4.35% | 3.58% |
| 12/19/2017 | 5.88% | 4.36% | 3.63% |
| 12/20/2017 | 5.90% | 4.37% | 3.65% |
| 12/21/2017 | 5.88% | 4.37% | 3.64% |
| 12/22/2017 | 5.88% | 4.36% | 3.64% |
| 12/26/2017 | 5.88% | 4.36% | 3.63% |
| 12/27/2017 | 5.84% | 4.34% | 3.58% |
| 12/28/2017 | 5.82% | 4.33% | 3.59% |
| 12/29/2017 | 5.82% | 4.33% | 3.58% |
| 1/2/2018 | 5.87% | 4.39% | 3.63% |

# Exhibit-10

### BofA Merrill Lynch US Corporate B, BB, and BBB
### Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 1/3/2018 | 5.76% | 4.35% | 3.62% |
| 1/4/2018 | 5.70% | 4.31% | 3.63% |
| 1/5/2018 | 5.68% | 4.29% | 3.64% |
| 1/8/2018 | 5.68% | 4.30% | 3.63% |
| 1/9/2018 | 5.70% | 4.31% | 3.66% |
| 1/10/2018 | 5.80% | 4.38% | 3.66% |
| 1/11/2018 | 5.76% | 4.37% | 3.64% |
| 1/12/2018 | 5.76% | 4.37% | 3.65% |
| 1/16/2018 | 5.73% | 4.35% | 3.64% |
| 1/17/2018 | 5.75% | 4.38% | 3.67% |
| 1/18/2018 | 5.78% | 4.41% | 3.69% |
| 1/19/2018 | 5.77% | 4.44% | 3.71% |
| 1/22/2018 | 5.76% | 4.43% | 3.73% |
| 1/23/2018 | 5.72% | 4.40% | 3.70% |
| 1/24/2018 | 5.72% | 4.39% | 3.72% |
| 1/25/2018 | 5.71% | 4.38% | 3.69% |
| 1/26/2018 | 5.69% | 4.40% | 3.71% |
| 1/29/2018 | 5.75% | 4.44% | 3.73% |
| 1/30/2018 | 5.85% | 4.50% | 3.74% |
| 1/31/2018 | 5.90% | 4.49% | 3.76% |
| 2/1/2018 | 5.97% | 4.53% | 3.80% |
| 2/2/2018 | 6.09% | 4.62% | 3.84% |
| 2/5/2018 | 6.13% | 4.66% | 3.80% |
| 2/6/2018 | 6.23% | 4.75% | 3.81% |
| 2/7/2018 | 6.11% | 4.69% | 3.86% |
| 2/8/2018 | 6.26% | 4.81% | 3.88% |
| 2/9/2018 | 6.46% | 4.97% | 3.90% |
| 2/12/2018 | 6.37% | 4.91% | 3.92% |
| 2/13/2018 | 6.46% | 4.98% | 3.95% |
| 2/14/2018 | 6.43% | 4.98% | 4.01% |
| 2/15/2018 | 6.28% | 4.89% | 3.98% |
| 2/16/2018 | 6.19% | 4.82% | 3.97% |
| 2/20/2018 | 6.19% | 4.81% | 3.99% |

# Exhibit-10

### BofA Merrill Lynch US Corporate B, BB, and BBB
### Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 2/21/2018 | 6.21% | 4.81% | 4.03% |
| 2/22/2018 | 6.27% | 4.86% | 4.01% |
| 2/23/2018 | 6.28% | 4.86% | 3.99% |
| 2/26/2018 | 6.19% | 4.79% | 3.98% |
| 2/27/2018 | 6.20% | 4.82% | 4.02% |
| 2/28/2018 | 6.16% | 4.87% | 4.02% |
| 3/1/2018 | 6.23% | 4.90% | 4.00% |
| 3/2/2018 | 6.34% | 4.98% | 4.05% |
| 3/5/2018 | 6.30% | 4.96% | 4.06% |
| 3/6/2018 | 6.24% | 4.91% | 4.05% |
| 3/7/2018 | 6.28% | 4.94% | 4.07% |
| 3/8/2018 | 6.27% | 4.93% | 4.06% |
| 3/9/2018 | 6.26% | 4.93% | 4.09% |
| 3/12/2018 | 6.25% | 4.93% | 4.08% |
| 3/13/2018 | 6.27% | 4.93% | 4.08% |
| 3/14/2018 | 6.26% | 4.95% | 4.05% |
| 3/15/2018 | 6.26% | 4.97% | 4.08% |
| 3/16/2018 | 6.24% | 4.97% | 4.10% |
| 3/19/2018 | 6.29% | 5.00% | 4.10% |
| 3/20/2018 | 6.30% | 5.01% | 4.14% |
| 3/21/2018 | 6.28% | 5.01% | 4.16% |
| 3/22/2018 | 6.31% | 5.04% | 4.12% |
| 3/23/2018 | 6.35% | 5.06% | 4.13% |
| 3/26/2018 | 6.36% | 5.07% | 4.15% |
| 3/27/2018 | 6.33% | 5.04% | 4.10% |
| 3/28/2018 | 6.36% | 5.06% | 4.10% |
| 3/29/2018 | 6.34% | 5.05% | 4.07% |
| 4/2/2018 | 6.54% | 5.06% | 4.09% |
| 4/3/2018 | 6.52% | 5.06% | 4.13% |
| 4/4/2018 | 6.53% | 5.06% | 4.13% |
| 4/5/2018 | 6.43% | 5.00% | 4.15% |
| 4/6/2018 | 6.44% | 5.00% | 4.10% |
| 4/9/2018 | 6.41% | 4.99% | 4.10% |

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 4/10/2018 | 6.32% | 4.94% | 4.11% |
| 4/11/2018 | 6.30% | 4.92% | 4.11% |
| 4/12/2018 | 6.26% | 4.90% | 4.13% |
| 4/13/2018 | 6.21% | 4.86% | 4.13% |
| 4/16/2018 | 6.17% | 4.83% | 4.12% |
| 4/17/2018 | 6.12% | 4.79% | 4.11% |
| 4/18/2018 | 6.13% | 4.81% | 4.16% |
| 4/19/2018 | 6.26% | 4.91% | 4.20% |
| 4/20/2018 | 6.29% | 4.94% | 4.23% |
| 4/23/2018 | 6.34% | 4.98% | 4.25% |
| 4/24/2018 | 6.39% | 5.03% | 4.26% |
| 4/25/2018 | 6.49% | 5.10% | 4.30% |
| 4/26/2018 | 6.41% | 5.06% | 4.28% |
| 4/27/2018 | 6.39% | 5.05% | 4.26% |
| 4/30/2018 | 6.46% | 5.08% | 4.27% |
| 5/1/2018 | 6.51% | 5.12% | 4.31% |
| 5/2/2018 | 6.48% | 5.11% | 4.31% |
| 5/3/2018 | 6.51% | 5.13% | 4.31% |
| 5/4/2018 | 6.50% | 5.12% | 4.32% |
| 5/7/2018 | 6.46% | 5.11% | 4.32% |
| 5/8/2018 | 6.47% | 5.13% | 4.34% |
| 5/9/2018 | 6.48% | 5.13% | 4.37% |
| 5/10/2018 | 6.45% | 5.11% | 4.34% |
| 5/11/2018 | 6.42% | 5.11% | 4.33% |
| 5/14/2018 | 6.39% | 5.11% | 4.33% |
| 5/15/2018 | 6.46% | 5.16% | 4.40% |
| 5/16/2018 | 6.48% | 5.18% | 4.41% |
| 5/17/2018 | 6.47% | 5.18% | 4.42% |
| 5/18/2018 | 6.48% | 5.19% | 4.39% |
| 5/21/2018 | 6.48% | 5.20% | 4.40% |
| 5/22/2018 | 6.46% | 5.20% | 4.39% |
| 5/23/2018 | 6.48% | 5.22% | 4.35% |
| 5/24/2018 | 6.47% | 5.20% | 4.32% |

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 5/25/2018 | 6.48% | 5.20% | 4.29% |
| 5/29/2018 | 6.53% | 5.23% | 4.17% |
| 5/30/2018 | 6.49% | 5.22% | 4.25% |
| 5/31/2018 | 6.55% | 5.22% | 4.27% |
| 6/1/2018 | 6.53% | 5.21% | 4.33% |
| 6/4/2018 | 6.52% | 5.19% | 4.36% |
| 6/5/2018 | 6.50% | 5.19% | 4.34% |
| 6/6/2018 | 6.48% | 5.19% | 4.39% |
| 6/7/2018 | 6.45% | 5.17% | 4.37% |
| 6/8/2018 | 6.47% | 5.17% | 4.37% |
| 6/11/2018 | 6.42% | 5.17% | 4.40% |
| 6/12/2018 | 6.40% | 5.15% | 4.40% |
| 6/13/2018 | 6.38% | 5.14% | 4.42% |
| 6/14/2018 | 6.32% | 5.11% | 4.39% |
| 6/15/2018 | 6.32% | 5.10% | 4.37% |
| 6/18/2018 | 6.32% | 5.12% | 4.38% |
| 6/19/2018 | 6.35% | 5.13% | 4.38% |
| 6/20/2018 | 6.31% | 5.12% | 4.41% |
| 6/21/2018 | 6.33% | 5.14% | 4.41% |
| 6/22/2018 | 6.34% | 5.14% | 4.41% |
| 6/25/2018 | 6.39% | 5.19% | 4.40% |
| 6/26/2018 | 6.41% | 5.20% | 4.41% |
| 6/27/2018 | 6.44% | 5.23% | 4.37% |
| 6/28/2018 | 6.56% | 5.30% | 4.39% |
| 6/29/2018 | 6.53% | 5.30% | 4.39% |
| 7/2/2018 | 6.69% | 5.42% | 4.43% |
| 7/3/2018 | 6.64% | 5.40% | 4.40% |
| 7/5/2018 | 6.63% | 5.38% | 4.40% |
| 7/6/2018 | 6.61% | 5.36% | 4.37% |
| 7/9/2018 | 6.54% | 5.32% | 4.38% |
| 7/10/2018 | 6.49% | 5.29% | 4.38% |
| 7/11/2018 | 6.53% | 5.32% | 4.36% |
| 7/12/2018 | 6.49% | 5.29% | 4.36% |

266

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 7/13/2018 | 6.49% | 5.27% | 4.33% |
| 7/16/2018 | 6.47% | 5.27% | 4.34% |
| 7/17/2018 | 6.47% | 5.26% | 4.34% |
| 7/18/2018 | 6.45% | 5.25% | 4.35% |
| 7/19/2018 | 6.46% | 5.26% | 4.32% |
| 7/20/2018 | 6.45% | 5.25% | 4.35% |
| 7/23/2018 | 6.46% | 5.25% | 4.40% |
| 7/24/2018 | 6.44% | 5.22% | 4.37% |
| 7/25/2018 | 6.43% | 5.21% | 4.35% |
| 7/26/2018 | 6.41% | 5.20% | 4.37% |
| 7/27/2018 | 6.39% | 5.20% | 4.35% |
| 7/30/2018 | 6.40% | 5.19% | 4.35% |
| 7/31/2018 | 6.51% | 5.18% | 4.36% |
| 8/1/2018 | 6.51% | 5.19% | 4.39% |
| 8/2/2018 | 6.50% | 5.17% | 4.37% |
| 8/3/2018 | 6.45% | 5.14% | 4.34% |
| 8/6/2018 | 6.44% | 5.14% | 4.33% |
| 8/7/2018 | 6.36% | 5.10% | 4.35% |
| 8/8/2018 | 6.39% | 5.11% | 4.36% |
| 8/9/2018 | 6.39% | 5.09% | 4.34% |
| 8/10/2018 | 6.44% | 5.11% | 4.30% |
| 8/13/2018 | 6.47% | 5.13% | 4.33% |
| 8/14/2018 | 6.46% | 5.11% | 4.34% |
| 8/15/2018 | 6.48% | 5.14% | 4.31% |
| 8/16/2018 | 6.44% | 5.09% | 4.32% |
| 8/17/2018 | 6.44% | 5.10% | 4.31% |
| 8/20/2018 | 6.43% | 5.08% | 4.27% |
| 8/21/2018 | 6.40% | 5.07% | 4.29% |
| 8/22/2018 | 6.38% | 5.04% | 4.28% |
| 8/23/2018 | 6.36% | 5.04% | 4.28% |
| 8/24/2018 | 6.37% | 5.04% | 4.29% |
| 8/27/2018 | 6.35% | 5.02% | 4.31% |
| 8/28/2018 | 6.37% | 5.02% | 4.33% |

267

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 8/29/2018 | 6.36% | 5.03% | 4.33% |
| 8/30/2018 | 6.38% | 5.04% | 4.32% |
| 8/31/2018 | 6.47% | 5.06% | 4.33% |
| 9/4/2018 | 6.48% | 5.06% | 4.38% |
| 9/5/2018 | 6.51% | 5.09% | 4.38% |
| 9/6/2018 | 6.53% | 5.08% | 4.35% |
| 9/7/2018 | 6.55% | 5.10% | 4.41% |
| 9/10/2018 | 6.53% | 5.10% | 4.40% |
| 9/11/2018 | 6.52% | 5.09% | 4.43% |
| 9/12/2018 | 6.48% | 5.07% | 4.41% |
| 9/13/2018 | 6.45% | 5.05% | 4.40% |
| 9/14/2018 | 6.40% | 5.03% | 4.41% |
| 9/17/2018 | 6.41% | 5.04% | 4.41% |
| 9/18/2018 | 6.38% | 5.04% | 4.44% |
| 9/19/2018 | 6.40% | 5.06% | 4.47% |
| 9/20/2018 | 6.41% | 5.08% | 4.44% |
| 9/21/2018 | 6.41% | 5.08% | 4.43% |
| 9/24/2018 | 6.43% | 5.10% | 4.44% |
| 9/25/2018 | 6.44% | 5.11% | 4.45% |
| 9/26/2018 | 6.41% | 5.08% | 4.42% |
| 9/27/2018 | 6.41% | 5.07% | 4.41% |
| 9/28/2018 | 6.39% | 5.06% | 4.40% |
| 10/1/2018 | 6.36% | 5.06% | 4.45% |
| 10/2/2018 | 6.36% | 5.04% | 4.43% |
| 10/3/2018 | 6.38% | 5.07% | 4.50% |
| 10/4/2018 | 6.55% | 5.21% | 4.54% |
| 10/5/2018 | 6.60% | 5.26% | 4.57% |
| 10/8/2018 | 6.60% | 5.26% | 4.57% |
| 10/9/2018 | 6.68% | 5.34% | 4.56% |
| 10/10/2018 | 6.78% | 5.42% | 4.57% |
| 10/11/2018 | 6.78% | 5.40% | 4.53% |
| 10/12/2018 | 6.74% | 5.38% | 4.54% |
| 10/15/2018 | 6.70% | 5.35% | 4.55% |

268

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 10/16/2018 | 6.65% | 5.31% | 4.55% |
| 10/17/2018 | 6.68% | 5.33% | 4.57% |
| 10/18/2018 | 6.73% | 5.38% | 4.58% |
| 10/19/2018 | 6.77% | 5.40% | 4.61% |
| 10/22/2018 | 6.77% | 5.41% | 4.61% |
| 10/23/2018 | 6.87% | 5.48% | 4.61% |
| 10/24/2018 | 6.85% | 5.46% | 4.57% |
| 10/25/2018 | 6.91% | 5.49% | 4.60% |
| 10/26/2018 | 6.98% | 5.53% | 4.57% |
| 10/29/2018 | 6.97% | 5.53% | 4.58% |
| 10/30/2018 | 7.05% | 5.55% | 4.62% |
| 10/31/2018 | 7.08% | 5.55% | 4.68% |
| 11/1/2018 | 7.06% | 5.54% | 4.67% |
| 11/2/2018 | 7.03% | 5.51% | 4.72% |
| 11/5/2018 | 7.02% | 5.50% | 4.71% |
| 11/6/2018 | 7.01% | 5.48% | 4.71% |
| 11/7/2018 | 6.92% | 5.41% | 4.70% |
| 11/8/2018 | 6.91% | 5.39% | 4.71% |
| 11/9/2018 | 7.04% | 5.46% | 4.69% |
| 11/12/2018 | 7.04% | 5.46% | 4.69% |
| 11/13/2018 | 7.18% | 5.56% | 4.69% |
| 11/14/2018 | 7.23% | 5.61% | 4.69% |
| 11/15/2018 | 7.34% | 5.69% | 4.73% |
| 11/16/2018 | 7.37% | 5.72% | 4.71% |
| 11/19/2018 | 7.43% | 5.74% | 4.71% |
| 11/20/2018 | 7.52% | 5.79% | 4.75% |
| 11/21/2018 | 7.44% | 5.74% | 4.76% |
| 11/23/2018 | 7.49% | 5.76% | 4.75% |
| 11/26/2018 | 7.47% | 5.74% | 4.77% |
| 11/27/2018 | 7.52% | 5.77% | 4.78% |
| 11/28/2018 | 7.40% | 5.70% | 4.78% |
| 11/29/2018 | 7.37% | 5.67% | 4.79% |
| 11/30/2018 | 7.48% | 5.71% | 4.83% |

# Exhibit-10

## BofA Merrill Lynch US Corporate B, BB, and BBB
## Index Yields (Corrected)

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 12/3/2018 | 7.36% | 5.63% | 4.80% |
| 12/4/2018 | 7.40% | 5.67% | 4.77% |
| 12/6/2018 | 7.60% | 5.80% | 4.78% |
| 12/7/2018 | 7.54% | 5.75% | 4.75% |
| 12/10/2018 | 7.63% | 5.80% | 4.77% |
| 12/11/2018 | 7.58% | 5.75% | 4.78% |
| 12/12/2018 | 7.52% | 5.69% | 4.78% |
| 12/13/2018 | 7.51% | 5.67% | 4.76% |
| 12/14/2018 | 7.57% | 5.69% | 4.73% |
| 12/17/2018 | 7.65% | 5.74% | 4.70% |
| 12/18/2018 | 7.77% | 5.80% | 4.68% |
| 12/19/2018 | 7.87% | 5.88% | 4.65% |
| 12/20/2018 | 8.19% | 6.11% | 4.70% |
| 12/21/2018 | 8.29% | 6.20% | 4.72% |
| 12/24/2018 | 8.39% | 6.25% | 4.69% |
| 12/26/2018 | 8.45% | 6.31% | 4.74% |
| 12/27/2018 | 8.40% | 6.27% | 4.70% |
| 12/28/2018 | 8.30% | 6.19% | 4.71% |
| 12/31/2018 | 8.28% | 6.18% | 4.69% |
| 1/2/2019 | 8.28% | 6.17% | 4.67% |
| 1/3/2019 | 8.24% | 6.15% | 4.60% |
| 1/4/2019 | 7.93% | 5.95% | 4.68% |
| 1/7/2019 | 7.74% | 5.79% | 4.69% |
| 1/8/2019 | 7.61% | 5.68% | 4.70% |
| 1/9/2019 | 7.44% | 5.57% | 4.67% |
| 1/10/2019 | 7.49% | 5.57% | 4.67% |
| 1/11/2019 | 7.47% | 5.56% | 4.64% |
| 1/14/2019 | 7.51% | 5.58% | 4.64% |
| 1/15/2019 | 7.45% | 5.54% | 4.64% |
| 1/16/2019 | 7.38% | 5.46% | 4.63% |
| 1/17/2019 | 7.38% | 5.43% | 4.63% |
| 1/18/2019 | 7.26% | 5.39% | 4.63% |
| 1/22/2019 | 7.37% | 5.43% | 4.58% |

# Exhibit-10

**BofA Merrill Lynch US Corporate B, BB, and BBB
Index Yields (Corrected)**

27 October 2016 through 6 February 2019

| Date | BofA Merrill Lynch US Corporate B Index Yield | BofA Merrill Lynch US Corporate BB Index Yield | BofA Merrill Lynch US Corporate BBB Index Yield |
|---|---|---|---|
| 1/23/2019 | 7.37% | 5.43% | 4.57% |
| 1/24/2019 | 7.40% | 5.43% | 4.53% |
| 1/25/2019 | 7.33% | 5.37% | 4.54% |
| 1/28/2019 | 7.41% | 5.41% | 4.53% |
| 1/29/2019 | 7.35% | 5.37% | 4.50% |
| 1/30/2019 | 7.28% | 5.31% | 4.47% |
| 1/31/2019 | 7.21% | 5.27% | 4.40% |
| 2/1/2019 | 7.21% | 5.25% | 4.42% |
| 2/4/2019 | 7.20% | 5.23% | 4.43% |
| 2/5/2019 | 7.08% | 5.13% | 4.39% |
| 2/6/2019 | 7.05% | 5.10% | 4.38% |

**Sources:** Bloomberg and CRSP.

## Exhibit-11a

## Vale S.A., TAN3 Notes Regression Results
## (Corrected)

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.116 |
| Adjusted R Squared | 0.100 |
| Standard Error | 0.36% |
| Observations | 393 |

| | Coefficients | Standard Error | *t*- statistic |
|---|---|---|---|
| Intercept | 0.02% | 0.02% | 0.889 |
| U.S. Market Index | 0.019 | 3.50% | 0.539 |
| Sector Index | -0.005 | 1.38% | -0.343 |
| Brazilian Market Index | -0.003 | 1.81% | -0.169 |
| Foreign Exchange | -0.043 | 2.50% | -1.729 |
| Benchmark Bond | 0.851 | 14.63% | 5.818 |
| 4 February 2019 | 0.02% | 0.36% | 0.065 |
| 6 February 2019 | 0.02% | 0.36% | 0.061 |

272

**Exhibit-11b**

**Vale S.A., TAM5 Notes Regression Results**
**(Corrected)**

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.367 |
| Adjusted R Squared | 0.356 |
| Standard Error | 0.29% |
| Observations | 543 |

| | Coefficients | Standard Error | $t$-statistic |
|---|---|---|---|
| Intercept | 0.01% | 0.01% | 0.931 |
| U.S. Market Index | -0.027 | 2.18% | -1.233 |
| Sector Index | -0.009 | 1.01% | -0.879 |
| Brazilian Market Index | 0.026 | 1.17% | 2.205 |
| Foreign Exchange | -0.054 | 1.63% | -3.343 |
| Benchmark Bond | 1.049 | 9.12% | 11.505 |
| 25 January 2019 | -1.78% | 0.30% | -6.010 |
| 28 January 2019 | -2.47% | 0.29% | -8.401 |
| 4 February 2019 | -0.26% | 0.29% | -0.899 |
| 6 February 2019 | -0.55% | 0.30% | -1.846 |

**Exhibit-11c**

**Vale S.A., TAP8 Notes Regression Results**
**(Corrected)**

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.463 |
| Adjusted R Squared | 0.454 |
| Standard Error | 0.35% |
| Observations | 538 |

| | Coefficients | Standard Error | *t*- statistic |
|---|---|---|---|
| Intercept | 0.02% | 0.02% | 1.417 |
| U.S. Market Index | -0.022 | 2.64% | -0.824 |
| Sector Index | 0.010 | 1.22% | 0.822 |
| Brazilian Market Index | 0.026 | 1.43% | 1.823 |
| Foreign Exchange | -0.093 | 1.96% | -4.773 |
| Benchmark Bond | 0.805 | 6.60% | 12.206 |
| 25 January 2019 | -3.93% | 0.35% | -11.093 |
| 28 January 2019 | -2.75% | 0.35% | -7.809 |
| 4 February 2019 | -0.75% | 0.35% | -2.126 |
| 6 February 2019 | -1.33% | 0.36% | -3.739 |

## Exhibit-11d

## Vale S.A., TAE3 Notes Regression Results
## (Corrected)

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.226 |
| Adjusted R Squared | 0.213 |
| Standard Error | 0.69% |
| Observations | 482 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.04% | 0.03% | 1.408 |
| U.S. Market Index | 0.019 | 0.056 | 0.345 |
| Sector Index | -0.060 | 0.025 | -2.369 |
| Brazilian Market Index | 0.060 | 0.030 | 2.014 |
| Foreign Exchange | -0.010 | 0.042 | -0.248 |
| Benchmark Bond | 0.691 | 0.089 | 7.753 |
| 28 January 2019 | -4.93% | 0.70% | -7.082 |
| 4 February 2019 | -1.20% | 0.70% | -1.728 |
| 6 February 2019 | -0.23% | 0.70% | -0.326 |

275

# Exhibit-11e

## Vale S.A., TAH6 Notes Regression Results
## (Corrected)

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.429 |
| Adjusted R Squared | 0.419 |
| Standard Error | 0.51% |
| Observations | 532 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.05% | 0.02% | 2.292 |
| U.S. Market Index | 0.067 | 0.039 | 1.727 |
| Sector Index | -0.012 | 0.018 | -0.704 |
| Brazilian Market Index | 0.012 | 0.021 | 0.598 |
| Foreign Exchange | -0.096 | 0.028 | -3.377 |
| Benchmark Bond | 0.645 | 0.057 | 11.355 |
| 25 January 2019 | -5.04% | 0.51% | -9.895 |
| 28 January 2019 | -4.56% | 0.51% | -8.972 |
| 4 February 2019 | -0.86% | 0.51% | -1.686 |
| 6 February 2019 | -1.25% | 0.51% | -2.443 |

**Exhibit-11f**

**Vale S.A., TAK9 Notes Regression Results**
**(Corrected)**

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.476 |
| Adjusted R Squared | 0.466 |
| Standard Error | 0.54% |
| Observations | 499 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.06% | 0.02% | 2.293 |
| U.S. Market Index | 0.009 | 0.042 | 0.211 |
| Sector Index | -0.019 | 0.019 | -0.998 |
| Brazilian Market Index | 0.020 | 0.022 | 0.897 |
| Foreign Exchange | -0.121 | 0.031 | -3.933 |
| Benchmark Bond | 0.708 | 0.054 | 13.228 |
| 25 January 2019 | -5.95% | 0.54% | -11.005 |
| 28 January 2019 | -4.59% | 0.54% | -8.529 |
| 4 February 2019 | -0.34% | 0.54% | -0.631 |
| 6 February 2019 | -0.78% | 0.54% | -1.446 |

277

## Exhibit-11g

## Vale S.A., EAA3 Notes Regression Results
## (Corrected)

Estimation Period: 27 October 2016 through 6 February 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.318 |
| Adjusted R Squared | 0.305 |
| Standard Error | 0.69% |
| Observations | 494 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.08% | 0.03% | 2.416 |
| U.S. Market Index | -0.030 | 0.055 | -0.537 |
| Sector Index | -0.010 | 0.025 | -0.419 |
| Brazilian Market Index | 0.040 | 0.029 | 1.371 |
| Foreign Exchange | -0.123 | 0.040 | -3.089 |
| Benchmark Bond | 0.637 | 0.066 | 9.648 |
| 25 January 2019 | -5.03% | 0.69% | -7.258 |
| 28 January 2019 | -3.60% | 0.69% | -5.213 |
| 4 February 2019 | -0.91% | 0.69% | -1.324 |
| 6 February 2019 | -1.40% | 0.70% | -2.018 |

**Exhibit-12a**

**Vale S.A. TAN3 Note Event Study Results (Corrected)**

| Date | TAN3 VWAP | TAN3 Prior Day VWAP | TAN3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAN3 Explained Return | TAN3 Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 January 2019 - 28 January 2019 | $101.90 | $104.64 | -2.65% | 0.30% | 0.43% | 2.25% | -0.30% | 0.02% | 0.06% | -2.71% | -5.38 | *** |
| 4 February 2019 | $103.21 | $103.18 | 0.03% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.00% | 0.02% | 0.07 | |
| 6 February 2019 | $103.34 | $103.29 | 0.04% | -0.25% | -3.70% | -0.65% | 0.77% | 0.03% | 0.02% | 0.02% | 0.06 | |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

**Exhibit-12b**

**Vale S.A. TAM5 Note Event Study Results (Corrected)**

| Date | TAM5 VWAP | TAM5 Prior Day VWAP | TAM5 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAM5 Explained Return | TAM5 Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $100.42 | $102.15 | -1.71% | 0.95% | 0.00% | 3.48% | -0.07% | 0.10% | 0.07% | -1.78% | -6.05 | *** |
| 28 January 2019 | $97.97 | $100.42 | -2.47% | -0.65% | 0.43% | -1.23% | -0.23% | -0.06% | 0.00% | -2.47% | -8.42 | *** |
| 4 February 2019 | $100.51 | $100.77 | -0.26% | 0.67% | 1.14% | 0.68% | 0.25% | 0.00% | 0.01% | -0.26% | -0.90 | |
| 6 February 2019 | $100.02 | $100.63 | -0.61% | -0.25% | -3.70% | -0.65% | 0.77% | 0.05% | -0.07% | -0.55% | -1.86 | * |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

**Exhibit-12c**

**Vale S.A. TAP8 Note Event Study Results (Corrected)**

| Date | TAP8 VWAP | TAP8 Prior Day VWAP | TAP8 Logarithmic Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAP8 Explained Return | TAP8 Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $106.13 | $110.14 | -3.71% | 0.95% | 0.00% | 3.48% | -0.07% | 0.22% | 0.22% | -3.93% | -11.16 | *** |
| 28 January 2019 | $103.18 | $106.13 | -2.82% | -0.65% | 0.43% | -1.23% | -0.23% | -0.15% | -0.06% | -2.75% | -7.83 | *** |
| 4 February 2019 | $106.57 | $107.36 | -0.74% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.01% | -0.75% | -2.13 | ** |
| 6 February 2019 | $105.29 | $106.77 | -1.40% | -0.25% | -3.70% | -0.65% | 0.77% | 0.10% | -0.07% | -1.33% | -3.78 | *** |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

281

**Exhibit-12d**

**Vale S.A. TAE3 Note Event Study Results** (Corrected)

| Date | TAE3 VWAP | TAE3 Prior Day VWAP | TAE3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAE3 Explained Return | TAE3 Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 January 2019 - 25 January 2019 | $121.32 | $126.88 | -4.47% | 1.23% | 1.18% | 2.63% | 0.12% | 0.47% | 0.35% | -4.82% | -4.91 | *** |
| 28 January 2019 | $115.46 | $121.32 | -4.95% | -0.65% | 0.43% | -1.23% | -0.23% | -0.23% | -0.02% | -4.93% | -7.10 | *** |
| 4 February 2019 | $121.68 | $123.06 | -1.13% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.08% | -1.20% | -1.73 | * |
| 6 February 2019 | $122.16 | $122.49 | -0.27% | -0.25% | -3.70% | -0.65% | 0.77% | 0.16% | -0.04% | -0.23% | -0.33 | |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

282

**Exhibit-12e**

**Vale S.A. TAH6 Note Event Study Results (Corrected)**

| Date | TAH6 VWAP | TAH6 Prior Day VWAP | TAH6 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAH6 Explained Return | TAH6 Residual Return | *t*-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $111.84 | $117.24 | -4.71% | 0.95% | 0.00% | 3.48% | -0.07% | 0.40% | 0.42% | -5.13% | -10.13 | *** |
| 28 January 2019 | $106.74 | $111.84 | -4.67% | -0.65% | 0.43% | -1.23% | -0.23% | -0.26% | -0.16% | -4.51% | -8.91 | *** |
| 4 February 2019 | $111.06 | $111.93 | -0.78% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.06% | -0.85% | -1.67 | * |
| 6 February 2019 | $110.38 | $111.72 | -1.21% | -0.25% | -3.70% | -0.65% | 0.77% | 0.18% | 0.12% | -1.33% | -2.62 | *** |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

283

**Exhibit-12f**

**Vale S.A. TAK9 Note Event Study Results (Corrected)**

| Date | TAK9 VWAP | TAK9 Prior Day VWAP | TAK9 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | TAK9 Explained Return | TAK9 Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $111.97 | $118.45 | -5.63% | 0.95% | 0.00% | 3.48% | -0.07% | 0.44% | 0.32% | -5.95% | -11.08 | *** |
| 28 January 2019 | $106.85 | $111.97 | -4.68% | -0.65% | 0.43% | -1.23% | -0.23% | -0.28% | -0.09% | -4.59% | -8.55 | *** |
| 4 February 2019 | $111.66 | $112.00 | -0.30% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.04% | -0.34% | -0.63 | |
| 6 February 2019 | $111.01 | $111.84 | -0.74% | -0.25% | -3.70% | -0.65% | 0.77% | 0.20% | 0.04% | -0.78% | -1.46 | |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

**Exhibit-12g**

**Vale S.A. EAA3 Note Event Study Results (Corrected)**

| Date | EAA3 VWAP | EAA3 Prior Day VWAP | EAA3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Foreign Exchange Return | Benchmark Bond Return | EAA3 Explained Return | EAA3 Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $98.36 | $103.09 | -4.70% | 0.95% | 0.00% | 3.48% | -0.07% | 0.49% | 0.33% | -5.03% | -7.31 | *** |
| 28 January 2019 | $94.84 | $98.36 | -3.64% | -0.65% | 0.43% | -1.23% | -0.23% | -0.31% | -0.05% | -3.60% | -5.23 | *** |
| 4 February 2019 | $99.79 | $100.64 | -0.85% | 0.67% | 1.14% | 0.68% | 0.25% | -0.00% | 0.06% | -0.91% | -1.33 | |
| 6 February 2019 | $98.58 | $99.98 | -1.41% | -0.25% | -3.70% | -0.65% | 0.77% | 0.23% | -0.01% | -1.40% | -2.04 | ** |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

285