# EXHIBIT 4

**Filed Under Seal Pursuant to Pending Court Order**