**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526 (RJD) (SJB)

**DECLARATION OF FREDERIC S. FOX IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Frederic S. Fox, declare as follows:

1.  I am a member in good standing of the bars of the State of New York and the District of Columbia. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP. I submit this Declaration in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2.  Attached as Exhibits A-D are true and correct copies of the following documents:

**Exhibit A**: Rebuttal Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D., CFA, dated June 4, 2021;

**Exhibit B**: Excerpts from the deposition transcript of Professor Walter N. Torous, Ph.D., dated May 14, 2021;

**Exhibit C**: Excerpts from the deposition transcript of Professor Steven P. Feinstein, Ph.D., CFA, dated March 24, 2021; and

**Exhibit D**: Letter from Robbins Geller attorneys to the Honorable Louis Stanton dated February 1, 2021, subject *In re Grupo Televisa Sec. Litig.*, No. 1:18-cv-01979-LLS (S.D.N.Y.).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of June, 2021          **KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*_____
Frederic S. Fox
850 Third Avenue, 14th Floor

New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for the Class*
**THE ROSEN LAW FIRM, P.A.**
Brian Alexander, Esq.
Brent J. LaPointe, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060

*Additional Counsel*

2