**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
                                                        :
In re Vale S.A. Securities Litigation                   :          No. 19 Civ. 526 (RJD) (SJB)
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
---------------------------------------------------------x

### DECLARATION OF CHRISTOPHER M. JORALEMON IN SUPPORT OF  DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Christopher M. Joralemon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.   I am an attorney licensed to practice law in the State of New York and before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in the above-captioned action for Defendants.  I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification.

2.   Attached hereto as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of Dr. Walter Torous, dated April 9, 2021.

3.   Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Dr. Steven Feinstein, dated March 24, 2021.

4.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Dr. Steven Feinstein's Expert Report on Market Efficiency, dated June 7, 2017, filed as ECF 444-7 in *Ohio Pub. Emps. Ret. Sys. v. Fed. Home Loan Mortg. Corp.*, No. 4:08-cv-00160-BYP (N.D. Ohio).

5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Plaintiff's Chief Operating Officer and Chief Financial Officer Kevin Rorwick, dated March 26, 2021.

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from a Memorandum of Law In Opposition To Plaintiff's Motion For Class Certification, dated February 10, 2020, filed as ECF 94 in *In re Grupo Televisa Sec. Litig.*, No. 1:18-cv-01979-LLS (S.D.N.Y.).

7.    Attached hereto as Exhibit 6 is a true and correct copy of a letter, dated February 23, 2021, filed as ECF 195 in *In re Grupo Televisa Sec. Litig.*, No. 1:18-cv-01979-LLS (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of April, 2021 at New York, New York.

By: */s/ Christopher M. Joralemon*

Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

cjoralemon@gibsondunn.com

2