# EXHIBIT 4

Page 1

*** CONFIDENTIAL ***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

In Re:

VALE S.A. SECURITIES LITIGATION

No. 19 Civ. 526(RJD)(SJB)

Class Action

- - - - - - - - - - - - - - - - - - - -x

March 26, 2021

9:35 a.m. EDT

Toronto, ON Canada

Confidential Rule 30(b)(6)

deposition of CAAT, by KEVIN RORWICK, taken by

attorneys for Defendants, via Zoom, before Helen

Mitchell, a Registered Professional Reporter and

Notary Public.

Page 2

APPEARANCES:

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Lead Plaintiff CAAT and
Witness
800 Third Avenue
14th Floor
New York, New York 10022

BY:  DONALD R. HALL, ESQ.
FREDERIC S. FOX, ESQ.
MELINDA D. CAMPBELL, ESQ.

GIBSON DUNN & CRUTCHER
Attorneys for Defendants
200 Park Avenue
New York, New York 10166

BY:  DAVID M. KUSNETZ, ESQ.
MARC AARON TAKAGAKI, ESQ.
MARK A. KIRSCH, ESQ.
JOSEPH N. POSIMATO, ESQ.

ALSO PRESENT:

LEE BOWRY - Videographer

JAYSON LOUSHIN - Concierge

Page 3

Rorwick - Confidential

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:35 a.m. on March 26, 2021.

Please note that audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video-recorded remote virtual deposition of Kevin Rorwick, in the matter of In Re: Vale, S.A. Securities Litigation, filed in the United States District Court, Eastern District of New York, Case No. 19 Civ. 526 (RJD)(SJB).

My name is Lee Bowry, from the firm of Veritext New York, and I am the videographer.

The concierge is Jayson Loushin, and the court reporter is Helen Mitchell, both also with Veritext.

I am not authorized to administer an oath.  I am not related to any party in this action, nor am I

Page 4

Rorwick - Confidential

financially interested in the outcome.

Counsel attending remotely will now state their appearances and affiliations for the record.

If there are any objections to proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. KUSNETZ:  Hi.  My name is David Kusnetz, from the law firm of Gibson Dunn & Crutcher, and I'm here with my colleagues, Mark Kirsch, Marc Aaron Takagaki, and Joseph Posimato.

MR. HALL:  Hi.  This is Donald Hall, from Kaplan Fox & Kilsheimer LLP. I'm here with my colleagues, Frederic Fox, Melinda Campbell, we're on behalf of the lead plaintiff, CAAT, and the witness, Mr. Rorwick.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

THE COURT REPORTER:  Due to the need for this deposition to take place

Page 5

Rorwick - Confidential

remotely because of the government's order for social distancing, the parties will stipulate that the court reporter may swear in the witness over the phone/Veritext Virtual Zoom videoconference, and that the witness has verified that he is in fact Kevin Rorwick.

I need both counsel to stipulate.

MR. KUSNETZ:  Yes.

MR. HALL:  Yes.

K E V I N   R O R W I C K, having been first duly sworn by the Notary Public (Helen Mitchell), was examined and testified as follows:

THE VIDEOGRAPHER:  Thank you. We may proceed.

THE COURT REPORTER:  Mr. Kusnetz, you may proceed.

MR. KUSNETZ:  Thank you.

EXAMINATION
BY MR. KUSNETZ:

Q     Good morning, Mr. Rorwick.

2 (Pages 2 - 5)

Page 66

Rorwick - Confidential

to the present, has CAAT invested in any funds or entities that invested in any Vale securities?

A    To the best of my knowledge, no, it has not.

Q    So there's no fund held by Arrow Street that CAAT is invested that also is invested in Vale?

A    To the best of my knowledge, that is correct.

Q    So between November 5th, 2015 to the present, did CAAT invest in any fund or entities that had a short position in any Vale securities?

MR. HALL:  Objection.

A    To the best of my knowledge, CAAT had not invested in any fund that had a short position in any Vale securities.

Q    When you say to the best of your knowledge, what did you do to educate yourself with respect to that answer?

A    So I made inquiries as to the -- our -- our knowledge -- and by "our" I mean CAAT's knowledge -- with respect to the

Page 67

Rorwick - Confidential

holdings of such funds, to indicate whether we had any indications that those funds held short positions in Vale.

Q    Okay.

And what funds were those?

A    I can't name all the funds, but it would be all the funds for which CAAT has insight into portfolio holdings.

Q    Okay.

How many funds would that be, approximately?

A    Approximately up to a dozen, I would say.

Q    And you went to those dozen firms to inquire whether they held a short position in Vale; is that correct?

MR. HALL:  Objection.

A    I did not go to those firms, no.

Q    How did you make those inquiries to figure out whether Vale had a short -- whether CAAT invested in a fund that had a short position on Vale?

A    So the prefer -- I would say

Page 68

Rorwick - Confidential

most of our funds, we on a periodic basis receive holdings reports as to what those funds hold, and so we reviewed those reports.

Q    Are those reports similar to that Exhibit 5 that we just reviewed?

A    No.

Q    What are those reports?

A    They can take various forms, but sometimes we get feeds of that to go into our performance and analytics systems to be able to look at total positions and total industry sector weights and those sorts of things.  So for the most part we're getting data as opposed to -- call it PDFs.

Q    I see.

So if there was a fund that had a negative active weight in any Vale securities, would you have expected to be aware of that?

MR. HALL:  Objection.

A    Yes, I would --

THE WITNESS:  Sorry.

A    We only have one fund that is allowed to short securities, and that is the Arrow Street Fund that is referred to in this

Page 69

Rorwick - Confidential

document.

Q    Why do you only have one fund that's allowed to short securities?

A    The -- I can't completely answer that question, but we deploy different funds for different strategies and purposes, and that is the purpose of this fund, and it's not the purpose of the other funds.

Q    So funds held by Fisher Investments are not permitted to short securities for CAAT; is that correct?

MR. HALL:  Objection.

A    Fisher has many funds, and CAAT is not invested in any Fisher funds.  Fisher does invest on CAAT's behalf for holdings that are then held by CAAT.  Fisher is not permitted to do any short selling on any of those positions.

Q    Okay.

Now, are you aware -- who is your counsel in the Grupo case?

A    In the Grupo case, counsel is Robbins Geller.

Q    Okay.

18 (Pages 66 - 69)

Page 70

Rorwick - Confidential

Are you aware that Robbins Geller disclosed to the court in February of 2021 that it had learned about its short position before CAAT had sought to serve as lead plaintiff?

MR. HALL: Objection.

A    The -- so I'm not entirely sure of the date, and CAAT did not have a short position, so that's -- that part of the question I'd defer to, but Robbins Geller did admit that it was aware of a short position within the Arrow Street Fund.

Q    Was CAAT aware of the short position in the Arrow Street Fund before it sought to serve as lead plaintiff in the Grupo case?

MR. HALL: Objection.

A    Yes, it was.

Q    Okay.

Did you -- did CAAT discuss the short position with Robbins Geller prior to serving -- prior to serving as lead plaintiff in the Grupo case?

MR. HALL: Objection.

Page 71

Rorwick - Confidential

Kevin, even though it's not me as counsel, I just wanted to be sure you don't go into any substantive conversations, but you can answer the questions as asked.

THE WITNESS: Yeah.

A    I'm sorry, I'm going to have to ask to be very, very careful here. That is an ongoing case, and the -- as you're aware by referencing that one piece, the counsels are currently discussing what Robbins Geller did and did know, and I want to be very careful in not prejudicing that case in any way --

Q    Okay.

A     -- if possible.

Q    Absolutely, I'm very sensitive to that.

You can answer my question with a yes or a no.

A    So I'll have to ask you to repeat the question, my apologies.

Q    Sure.

Prior to CAAT's application to serve as lead counsel, did CAAT and Robbins

Page 72

Rorwick - Confidential

Geller discuss the Arrow Street short position, yes or no?

MR. FOX: Let me just object here.

You know, I think this is a little far afield, asking him about communications in a different case with his counsel, and whether there were or were not communications, and I think that's going a little far afield, in another ongoing case that is not the subject of this litigation.

MR. HALL: I understand, but this goes towards the responsibility of lead plaintiff to verify all of the filings in cases that it applies to be lead plaintiff, such as the ones here.

A    So what I can say is the -- Robbins Geller has indicated they were aware of that particular short position in the Arrow Street Fund, and that they learned about that from CAAT.

Q    Okay.

I'd like to take you back to

Page 73

Rorwick - Confidential

your certification in this case. And that is tab 15, and I believe that's Exhibit 3. Can you pull that up?

A    I have that in front of me, yes.

Q    Okay.

And if you turn to the page with your certification, can you please read paragraph five in its entirety.

A    Paragraph five --

Q    Yes.

A     -- says, "CAAT Pension Plan sought to serve and serves as lead plaintiff in the following class action under the federal securities laws filed during the last three years, Gross versus Grupo Televisa s.A.B No. 18-CV-1979 (SDNY)."

Q    Thank you.

So CAAT no longer serves as lead plaintiff in the Grupo class action; is that correct?

MR. HALL: Objection.

A    CAAT is no longer lead plaintiff on that case, that is correct.

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 74

Rorwick - Confidential

Q    So CAAT's certification in this case is inaccurate; is that correct?

MR. HALL:  Objection.

A    As of the date that that certification was signed, that statement was correct.

Q    Do you intend to correct the certification?

MR. HALL:  Objection.  He's not required to correct his certification.

MR. KUSNETZ:  I understand your objection, but if you can limit it to just "objection" and not speaking objections, I'd appreciate that.

Q    Mr. Rorwick, the question stands.

MR. HALL:  Objection.

A    I rely on counsel for the need to repost any certification.

Q    And as you sit here today, are you aware of any other information known to you that renders this certification inaccurate?

MR. HALL:  Objection.

A    I'd have to briefly review the

Page 75

Rorwick - Confidential

certification first to make that claim.

Q    Would you like to review it?

A    Yes, please.

Q    Okay.  Please do.

(Pause)

A    So I do not know what would render this certification inaccurate, but beyond the changes we discussed regarding paragraph five, I am not aware of any other changes with respect to this certification.

Q    Okay.  Thank you for confirming that.

Okay, I'd like to change the subject and go on to learn a little bit more about CAAT.

So how many employees does CAAT have?

A    CAAT has roughly 270 employees at this point in time.

Q    Okay.

And what was the value of CAAT's assets as of the year-end 2018; do you recall?

A    2018?  Let me think about that

Page 76

Rorwick - Confidential

for a moment.

(Pause)

A    I recall them to be approximately 10.8 billion Canadian.

Q    Okay.  That's accurate according to your annual report.  Does that surprise you?

A    No, I just had to remember which annual report it was.

Q    Fair.

Does CAAT have any assets other than securities investments?

A    As at what point in time?

Q    Between November 2015 to the present.

MR. HALL:  Objection.

A    Any assets other than investments, you asked?

Q    Securities investments, yes.

A    Other than securities investments.

Yes, it does.

Q    What are those?

A    They include things like

Page 77

Rorwick - Confidential

contributions receivable, they include things like equipment and things like that.

Q    Okay.

What types of securities investments are in CAAT's portfolio?

A    That's a broad question.  There's a wide range of securities invested in CAAT's portfolio, so it includes funds, it includes shares of public companies, it includes bond holdings, it includes some derivative instruments, shares of private corporations.

Q    Okay.

And CAAT has investments in emerging market equities; is that correct?

A    That is correct.

Q    What are emerging market equities?

A    Emerging market equities are -- would be primarily referred to as public equities in countries that are considered lesser developed, so emerging market countries, it's kind of defined, more or less, by an index called MSCI.

Q    Okay.  And we'll turn back to

20 (Pages 74 - 77)