**MANDATE**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand twenty-two.

Present:

Jon O. Newman,
John M. Walker, Jr.,
Eunice C. Lee,
    *Circuit Judges*.

_____

In Re: Vale S.A. Securities Litigation.

_____

Vale S.A., et al.,

               *Petitioners*,

          v.                                                      22-809

The Colleges of Applied Arts and Technology Pension Plan,

               *Respondent*.

_____

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting class certification; they also move for leave to file a reply.  Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted.  *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/07/2022**