**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                             :

In re Vale S.A. Securities Litigation         :
                             :     No. 19 Civ. 526 (EK) (SJB)
                             :
                             :     **ORAL ARGUMENT REQUESTED**
                             :
                             :
---------------------------------------------------------x

**NOTICE OF MOTION FOR**
**CLASS DECERTIFICATION**

PLEASE TAKE NOTICE that upon this notice and the accompanying Memorandum of Law, and all other papers submitted herein, Defendants, by and through their undersigned counsel, will move this Court, on a date and at a time to be determined, before the Honorable Eric R. Komitee, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Courtroom 6G North, Brooklyn, New York 11201, for an Order pursuant to Federal Rule of Civil Procedure 23, decertifying this case as a class action, and granting such further relief as the Court deems proper.

Dated:  New York, New York
        November 17, 2023

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: */s/ Christopher M. Joralemon*
                                  Christopher M. Joralemon
                                  Akiva Shapiro
                                  Mary Beth Maloney
                                  David M. Kusnetz

                                  200 Park Avenue
                                  New York, NY  10166-0193
                                  Telephone:    212.351.4000
                                  Facsimile:    212.351.4035

                                  *Attorneys for Defendants*