**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                       :
In re Vale S.A. Securities Litigation                  :          No. 19 Civ. 526 (LDH) (SJB)
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x

### DECLARATION OF CHRISTOPHER M. JORALEMON
### IN SUPPORT OF DEFENDANTS'
### MOTION FOR CLASS DECERTIFICATION

I, Christopher M. Joralemon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants in the above-captioned action. I respectfully submit this Declaration in support of Defendants' Motion for Class Decertification.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr. Sumon C. Mazumdar, dated June 26, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of June, 2023 at New York, New York.

By: */s/ Christopher M. Joralemon*

Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

cjoralemon@gibsondunn.com

2