**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526 (EK) (SJB) |

**DECLARATION OF FREDERIC S. FOX**
**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION FOR CLASS DECERTIFICATION**

I, Frederic S. Fox, declare as follows:

1.  I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP, counsel of record in the above-captioned action for Plaintiff. I submit this Declaration in Support of Plaintiff's Opposition to Defendants' Motion for Class Decertification.

2.  Attached as Exhibits are:

    **Exhibit A**:  Rebuttal Expert Report of David I. Tabak, Ph.D., dated October 17, 2023; and

    **Exhibit B**:  Deposition transcript of Sumon Mazumdar dated August 24, 2023.

    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October, 2023       **KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*
Frederic S. Fox
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for the Class*