# EXHIBIT A

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | No. 19 Civ. 526 (EK) (SJB) |

# REBUTTAL EXPERT REPORT OF DAVID I. TABAK, PH.D.

## I.    SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1.   On June 27, 2023, Defendants in this action served a motion to decertify the class that the Court had previously certified, including a memorandum of law[1] and an accompanying report by Sumon Mazumdar ("Mazumdar Report").  The certified class includes "Vale American Depositary Shares ('ADSs') and the seven Vale debt issuances (the 'Notes')"[2] and covers the period "between October 27, 2016 and February 6, 2019 [the 'Class Period']."[3]  Dr. Mazumdar was deposed ("Mazumdar Depo.") on August 24, 2023.  On September 13, 2023, counsel for Defendants turned over four corrected exhibits and corrected electronic backup to the Mazumdar Report to correct an error (discussed below) pointed out to Dr. Mazumdar in his deposition.

2.   As part of its analysis, the Mazumdar Report uses the Ferrillo Dunbar Tabak Test, also known as the FDT Test, to analyze whether the Vale ADSs and Notes reacted to news over the course of the Class Period.  I have used the FDT Test both before and after

---

[1] Vale's Memorandum of Law in Support of Class Decertification ("Decertification Memo")

[2] Decertification Memo, p. 1.

[3] Decertification Memo, p. 4.

my co-authors and I published the *St. John's Law Review* article that gives the test the name commonly associated with it.[4]  I have used the test in my work for both plaintiffs and defendants in securities class actions.  In addition, the Mazumdar Report argues that one of the Notes (Note 1) fails two of its tests of serial correlation and another Note (Note 7) fails both of its tests of serial correlation when using the Torous VWAP Data.[5]  A test of serial correlation is a partial test for a form of market inefficiency.

3.    Counsel for Plaintiffs in this matter have asked me to examine the FDT Test analyses and the tests of serial correlation in the Mazumdar Report.  As discussed below, with respect to the FDT Test, I find that (1) there are various data errors in the analysis of the Mazumdar Report and (2) a more objective application of the FDT Test, while keeping most of the assumptions in the Mazumdar Report, shows that with the exception of what the Mazumdar Report calls Note 1, the ADSs and the other Notes demonstrate statistically significant price responses to news.  In addition, as part of my analyses, I found that the Mazumdar Report failed to consider the effect of Vale's earnings announcements on peer indices, meaning that the results of those event studies should be discounted if not wholly disregarded.[6]  With respect to the tests of serial correlation, as discussed below, I find that (1) the tests proposed by the Mazumdar Report are not complete tests to demonstrate market inefficiency, and (2) while Note 1 fails both of the

---

[4] The test itself is a standard application of econometrics, or statistics applied to economic phenomena.

[5] The Mazumdar Report defines the "Torous VWAP Data" in footnote 53.  The Mazumdar Report uses several sets of data to analyze the Notes.  Here, I focus on the results least favorable to a finding of market efficiency.

[6] In addition to the FDT Tests, the Mazumdar Report also performs several sets of event studies that it claims are designed to examine market efficiency.  (See ¶64 of the Mazumdar Report.)  These are not proper tests of market efficiency as they show the results of examining the effects of (purported) news events on the securities under consideration without considering any comparison group.  This is the equivalent of testing a medicinal drug without having a treatment or placebo group, an argument made in the *St. John's Law Review* article and that has since achieved broad-based acceptance in securities class-action litigation.

Mazumdar serial-correlation tests as performed, combining the results of the two tests for Note 7 in a manner endorsed in an opinion in a prior securities class action involving Vale demonstrates no net evidence of serial correlation.

## II.    QUALIFICATIONS AND REMUNERATION

4.   I received Bachelor's degrees in Physics and in Economics from the Massachusetts Institute of Technology and a Master's degree and a Ph.D. in Economics from Harvard University.  I have appeared as an expert in federal district courts; state trial courts; bankruptcy court; and in arbitration forums, including the National Association of Securities Dealers, the International Chamber of Commerce International Court of Arbitration, and the American Arbitration Association.  I have published in my fields of expertise on subjects such as market efficiency, loss causation, statistics, and the analysis of stock price movements.

5.   National Economic Research Associates ("NERA") was established in 1961 and now employs approximately 500 people in over twenty offices worldwide.  NERA provides consulting for economic matters to parties for their internal use, to parties in litigation, and to governmental and regulatory authorities.  I have worked at NERA for over twenty years and am a senior managing director in NERA's securities and finance practice.  My work entails providing analyses for parties in litigation and consulting for parties in non-litigation settings.  I have served as a speaker at events providing CLE credits for attorneys and at academic conferences on areas related to securities litigation. I have provided reports and/or testimony for plaintiffs and defendants in numerous securities class actions.

6.   My curriculum vitae, which sets forth in further detail my publications and prior testimony experience, is attached to this report as Exhibit 1.

7.   NERA is being compensated on a non-contingent basis for out-of-pocket costs and at our usual rates for time.  My billing rate is $1,150 per hour.  I have been assisted

by a number of individuals at NERA working at my direction who are billing at their standard rates.

### III.   MATERIALS CONSIDERED

8.   Materials considered for the purposes of this report are listed in Exhibit 2.

### IV.   THE MAZUMDAR REPORT CONTAINS NUMEROUS DATA ERRORS THAT RENDER CERTAIN CONCLUSIONS UNRELIABLE

#### A.   *Errors in Return Calculations for the Mazumdar Regression*

9.   For the Notes, the Mazumdar Report employs three market models, or statistical models that attempt to control for market and industry forces on the Notes' prices.  For purposes of this subsection, I focus on the "Mazumdar Regression," a new market model that was not presented by either party in the class-certification stage of this litigation.

10. The Overview Exhibits in the Mazumdar Report provide the Vale Notes' daily abnormal returns (i.e., the return of a security net of market and industry effects) and t-statistics (a statistical measure that allows one to determine statistical significance). Below is an image of a portion of Overview Exhibit 2.5, covering Note 5, for late September through early October 2017 taken from Mazumdar Report pp. OE2-71 and OE2-72:

| Date | Abnormal Return | t-Statistic | Abnormal Return | t-Statistic | Abnormal Return | t-Statistic |
|---|---|---|---|---|---|---|
| Tuesday, September 26, 2017 | -0.27% | -0.45 | -0.17% | -0.33 | -0.29% | -0.57 |
| Wednesday, September 27, 2017 | -0.43% | -0.72 | -0.16% | -0.32 | -0.26% | -0.51 |
| Thursday, September 28, 2017 | -0.08% | -0.14 | -0.22% | -0.45 | -0.10% | -0.20 |
| Friday, September 29, 2017 | 1.58% | 2.64 * | 1.29% | 2.61 * | 1.40% | 2.77 * |
| Monday, October 2, 2017 | 0.19% | 0.32 | 1.28% | 2.54 * | | |
| Tuesday, October 3, 2017 | 0.05% | 0.08 | 1.28% | 2.54 * | -0.11% | -0.21 |
| Wednesday, October 4, 2017 | 0.42% | 0.70 | 1.28% | 2.54 * | 0.33% | 0.64 |
| Thursday, October 5, 2017 | 0.06% | 0.10 | 1.28% | 2.54 * | 0.29% | 0.56 |

OE2-71

**Overview Exhibit 2.5**
**Vale Notes Daily Abnormal Returns, t-Statistics, and News During the Class Period**
*News and Non-News Days with Statistically Significant Abnormal Returns at the 95% Confidence Level are Highlighted in Gr*

| | Note 5 (6.875%, Nov 2036) | | | | | |
|---|---|---|---|---|---|---|
| | Matched Portfolio[1] | | Mazumdar Regression | | Feinstein Regression | |
| Date | Abnormal Return | t-Statistic[2] | Abnormal Return | t-Statistic[2] | Abnormal Return | t-Statistic[2] |
| Friday, October 6, 2017 | -0.19% | -0.31 | 1.28% | 2.54 * | -0.19% | -0.37 |
| Tuesday, October 10, 2017 | 0.44% | 0.74 | 1.28% | 2.54 * | | |
| Wednesday, October 11, 2017 | -0.11% | -0.19 | 0.12% | 0.24 | -0.19% | -0.37 |
| Thursday, October 12, 2017 | 0.16% | 0.27 | 0.25% | 0.50 | 0.16% | 0.32 |

11. It is immediately apparent here that there is something unusual occurring over the period from Friday September 29, 2017 through Tuesday October 10, 2017 for the Mazumdar Regression, but not for the Matched Portfolio or the Feinstein Regression: the abnormal returns over those seven trading days are nearly identical for the Mazumdar Regression, but vary for the other two models. Notably, had Note 5's price increased by approximately 1.28% for each of seven trading days, as is claimed under the Mazumdar Regression, it would have increased by a total of approximately 9%. The other models show only a slight increase over that period, closely matching the actual return (i.e., the return before making any market and industry adjustments that lead to the abnormal return).

12. By reviewing Dr. Mazumdar's electronic back-up files, I determined that the raw return (i.e., the return before adjusting for market and industry effects) for those seven trading days was the same for each of those days in the Mazumdar Regression, when it should have in fact varied. The slight difference seen in the abnormal return and the t-statistic on Friday September 29, 2017 compared to the other days is due to a slightly different market and industry effect on that day. These incorrect abnormal returns for the Mazumdar Regression lead to incorrect conclusions about statistical significance, and thus to incorrect conclusions about the relationship between news and statistically significant price movements.

13. This error is not just confined to this set of dates or to Note 5. *All* of the Notes' raw returns for the Mazumdar Regression Notes show these repeated figures, and thus nearly identical abnormal returns, from September 29, 2017 through October 10, 2017.

14. Nor is this the only instance of incorrectly repeated returns. The same issue occurs for the seven trading-day periods of January 26 through February 3, 2017 and from February 14 through 22, 2018 and for the eight trading-day period of September 28, 2018 through October 9, 2018.[7] In fact, there are over a dozen additional periods of at least three trading days where each of the Notes that traded had the same raw return in the Mazumdar Regression.

15. When asked "other than changing from 1.29 percent to 1.28 percent, do you see how that abnormal return stays at 1.28 percent to Tuesday, October 10, 2017[,]" and whether he "find[s] that odd[,]" Dr. Mazumdar replied, "Not especially[]" and "Abnormal returns can be the same from day-to-day."[8] While abnormal returns *can* be the same from day to day, their being nearly identical for seven trading days is quite odd. And their being nearly identical for seven trading models while varying in another model

---

[7] In some cases, a Note does not trade over every day in these periods. However, even then, all of the reported returns under the Mazumdar Regression still repeat the same figure.

[8] Mazumdar Depo., 203:21-204:7.

(Dr. Mazumdar was pointed to the variation in the Matched-Portfolio analysis before being asked if the results for the Mazumdar Regression were odd), is extremely odd.  Dr. Mazumdar later testified that he "d[id]n't see any reason to second-guess" this string of seven nearly identical figures.[9]  This failure to even recognize evidence that indicates an almost-certain error calls into question whether one should rely on Dr. Mazumdar's other decisions, some of which are discussed later in this report, that should depend on a facility with understanding and interpreting event-study analyses.

16. Only after being shown additional series of nearly identical returns in the Mazumdar Regression for other Notes and other dates, Dr. Mazumdar conceded, "So my conclusions may remain the same, but you brought something to my attention and I'm happy to look into it."[10]  As noted above, on September 13, 2023, twenty days after Dr. Mazumdar's deposition, counsel for Defendants turned over four corrected exhibits for the Mazumdar Report and corresponding electronic backup.  The new Mazumdar exhibits show that every single abnormal return and t-statistic in the Mazumdar Regression has been reprinted in red because they were all initially incorrect.

17. The cover letter stated that as a result of Dr. Mazumdar's error, "to the extent one of the explanatory variables in the regression did not have a value populated for the day (*e.g.*, markets were closed), the regression utilized inputs from the last date where there were no missing values, resulting in identical output values on a handful of dates."  This is, in fact, not correct.  As seen above, the result of the error is not "identical output" but very similar output, with, for example, values for September 29, 2017 for Note 5 not identical to those of the next few days.  Looking at the same time period for Note 1, there are four different reported t-statistics between September 29, 2017 and October 10, 2017.  In fact, in general, the abnormal returns and t-statistics for a Note over a time period

---

[9] Mazumdar Depo., 206:14-20.

[10] Mazumdar Depo., 213:14-17.

notably affected by Dr. Mazumdar's error are based on different inputs and only sometimes appear to be identical due to rounding.

### B. *Errors in Return Calculations for the Feinstein Regression*

18. Both the Mazumdar Report and the Corrected Mazumdar Exhibits contain obvious errors in determining the abnormal returns for the Feinstein Regression. For example, in Corrected Overview Exhibit 2.2 on page OE2-31, we see that the Abnormal Return for the Feinstein Regression is shown as 0.00% for January 25, 2019; January 28, 2019; February 4, 2019; and February 6, 2019. January 25 and 28, 2019 are dates that reflect the effects of allegedly corrective information, with those days having the two largest abnormal returns in absolute value over the entire Class Period for the Matched-Portfolio approach. These inconsistent results are a substantial red flag.

19. This error in the Mazumdar Report is elucidated by Exhibit-11b of the Feinstein Report, which shows that the way that Dr. Feinstein handled these four dates was to include indicator or dummy variables in his regression. In other words, Dr. Feinstein included variables in his regression that would fully account for any abnormal returns net of the other explanatory variables he used. In his Overview Exhibits, Dr. Mazumdar then incorrectly considered only the residuals from the Feinstein Report after already removing the effects of any news on those days. Put differently, Dr. Mazumdar looked at the residual effects of any news after Dr. Feinstein had already removed those effects, and thus wound up with four values of exactly zero, one for each day.

20. This error in the Mazumdar Report affects not only Note 2, but all seven of the Vale Notes. It appears, however, that the Mazumdar Report used a different, and correct, set of residuals from Dr. Feinstein's analysis for its actual FDT Tests. This means, however, that Dr. Mazumdar appears to have been lucky in using the correct figures calculated by Dr. Feinstein and not the incorrect figures that he calculated based on an apparent failure to understand the import of the indicator or dummy variables in Dr. Feinstein's regression.

### C. Errors in the Classification of News Dates

21. The FDT Test involves a comparison of price movements on "news days" and "non-news days." Unfortunately, there is no perfect definition of what should count as a news day for the purposes of this analysis. For example, if a company issued a press release stating that it was holding its annual picnic on a certain date, that should generally not be material news that would be expected to have an effect on the prices of its securities.

22. To find a set of news days, one first selects one or more news sources. In this case, the Mazumdar Report began with news that appeared (1) in a Vale Form 6-K, (2) as a credit rating announcement, or (3) ten news sources from the Factiva database.[11] Dr.

---

[11] Mazumdar Report, ¶58. The selection of the ten news sources was based on selecting five sources that Dr. Mazumdar thought were "well-known sources" and five that his "initial Factiva search indicated consistently provided news about Vale[.]" See p. C-4 of the Mazumdar Report. The Mazumdar Report does not say how either of these sets of sources was specifically selected. A general concern here is that by selecting five sources that he found "consistently provided news about Vale[,]" Dr. Mazumdar may have been aware of what dates those sources indicated were news days and may also have known about the Vale Securities' price movements on those days, allowing for either conscious or unconscious bias in selecting news sources that yielded news days that either did or did not appear to correlate with price movements. As shown in Exhibit 3, the sources that the Mazumdar Report selects because they were either "well-known sources" or "consistently provided news about Vale" were not, in fact, the sources that provided the most news about Vale.

In his deposition, Dr. Mazumdar indicated that he asked his staff to examine "the frequency with which these sources identified information about Vale that had not previously been picked up." (Mazumdar Depo., 128:6-25.) I have seen no such analysis provided in Dr. Mazumdar's back-up material. Moreover, one of Dr. Mazumdar's additional five sources, Mining Business Media, provided only four news days, *none of which* was a new news day that was not already picked up by another source. (While one day, June 12, 2018, is attributed to Mining Business Media, other news sources also provided the same news that day. See p. B-30 of the Mazumdar Report.) This would not be an example of a source that an "initial Factiva search indicated consistently provided news about Vale[.]" (Mazumdar Report, p. C-4.) Dr. Mazumdar also testified as follows: "Q  Was it your intention to get the second five news sources to be the ones that most often had value-relevant news related to Vale? A  No." (Mazumdar Depo., 132:8-12.) If this was the case, it is not clear why the analysis of frequency was needed. Dr. (continued)

Mazumdar then purported to "remov[e] those [dates] that were not value-relevant" from the Forms 6-K or "provided stale information or only provided information that was not value-relevant[.]"[12] from the Factiva articles.  He also states that as "several of the Factiva Dates were also Form 6-K Dates, [he] cross-checked the news [he] had identified from those sources to remove duplicative Factiva Dates or Form 6-K Dates."[13]

23. Putting aside the selection of news sources, broadly speaking there are two choices for how to deal with the question of which news stories from those sources should be counted as news days: a subjective and an objective approach.  In a subjective approach, one or more people review the news stories and determine which ones qualify as value-relevant news, while in an objective approach, some rule is applied to make that determination.

24. In my work, I always include an objective approach to categorizing news.  After using a subjective approach as an additional analysis in some cases, I have come to rely

---

Mazumdar ultimately testified: "I asked my team to ensure that there was no other news sources that also reported Vale-specific, value-relevant news that could potentially result in identifying additional news that was not picked up by these five well-known sources.  Q  Why did you select ten total?  A  That's the conclusion that was drawn by looking at the total set. The number ten, per se, doesn't have any magic to it.  Q  So there were no other news sources that also reported Vale-specific, value-relevant news that could potentially result in identifying additional news days other than these five sources?  A On a consistent basis, not to my understanding."  (Mazumdar Depo., 132:24-133:20.)  If the goal was to obtain all Vale-specific value-relevant news, it is not clear why any news source should have been eliminated.  And if the goal was to include those news sources that "on a consistent basis" provided additional news days, then Mining Business Media should not have been included.

Overall, Dr. Mazumdar's choice of five additional news sources is not well-supported and may or may not be tied to a frequency analysis that was not included in his back-up materials.

[12] Mazumdar Report, ¶58.  In his deposition, Dr. Mazumdar clarified that for the Forms 6-K, the only announcements he excluded as not value-relevant were "purely administrative in nature, announcing events to be such as meetings in the future." (Mazumdar Depo., 151:15-25.)

[13] Mazumdar Report, ¶59 (closing footnote omitted).

solely on the objective approach in most if not all of my work. This was noted in a recent litigation, in which the Court stated, "Interpretation of news is complex. In my view, it is a virtue that Dr. Tabak does not analyze the news' content before running his tests. By reducing subjectivity in that way, Dr. Tabak's tests give me confidence that Dr. Tabak has not intentionally (or unconsciously) influenced the outcome of his test results."[14] One benefit of an objective approach is that if one accepts the particular approach and it is implemented correctly, there should be no debate about which days count as news days under that specific approach. Other than for the application of the FDT Test to earnings announcements, the Mazumdar Report does not even provide an application of an objective approach to categorizing news days.

25. The benefit of a subjective approach is that, if done carefully, it *may* allow for more specific identification of which news is value relevant. The drawbacks of a subjective approach are that it is not replicable, allows for potential biases to enter the selection process, and can lead to disputes about which days are relevant news days. In this particular case, there are dates that should not be counted as news days according to the Mazumdar Report's own description of its procedure.

26. For example, as noted above, Dr. Mazumdar states that as "several of the Factiva Dates were also Form 6-K Dates, [he] cross-checked the news [he] had identified from those sources to remove duplicative Factiva Dates or Form 6-K Dates."[15] Yet, consider the following excerpt from page OE1-15 of the Mazumdar Report:

| Monday, July 23, 2018 | 2.22% | 1.35 | 1.44% | 0.98 | | Upgrade from Ba1 to Baa3 by Moody's | 172 | 5 |
| Tuesday, July 24, 2018 | 1.36% | 0.83 | 2.13% | 1.44 | Vale's credit rating raised to investment grade by Moody's | Moody's Upgrades Vale To Baa3; Stable Outlook \| Vale upgraded to Buy from Neutral at Clarksons PlatouCLKS | 173 | 123 |

---

[14] *In Re Teva Securities Litigation*, No. 3: 17-cv-558 (SRU) (D. Conn. Mar. 9, 2021), p. 29.

[15] Mazumdar Report, ¶59 (closing footnote omitted).

-11-

28. This table shows that in the *final* list of news days that the Mazumdar Report uses, while Dr. Mazumdar had attempted to ensure that there were no duplicative Factiva Dates (described in the third column of text in the third "block" of this excerpt) and Form 6-K Dates (described in the first column of text), he did not account for the fact that the same news is treated as if it appeared a day earlier as a credit rating announcement (described in the second column of text). Thus, this single news event is incorrectly counted as news day 172 and news day 173 (three columns from the right) in the Mazumdar Report's analysis. In his deposition, Dr. Mazumdar could not explain why this occurred, and speculated that there might be additional information that he could not recall on the second news day.[16]

29. This error appears to originally flow from a choice made in ¶58(ii) of the Mazumdar Report, which states, "I assume that the news days corresponding to the six Moody's announcements are the dates of the announcements, as these announcements do not have time stamps. I assume that the news day corresponding to each of the S&P announcements is the next trading day as these announcements were made after trading hours on the dates listed above." In other words, Dr. Mazumdar had to make an assumption about when Moody's announcements, which did not have time stamps, were made and made a choice that appears inconsistent with actual news stories covering that event.[17]

30. As another example, consider page B-30 of the Mazumdar Report. Here, the effective trading date (i.e., the date on which the market would first be able to respond to news) for Factiva News Date No. 85 is on 6/11/2018. The headline for this event is "Vale reaches $700M pact to sell cobalt output, Bloomberg says."[18] There are also news

---

[16] Mazumdar Depo., 188:8-189:21.

[17] To the extent that one wished to argue that the news coverage of an event during market hours on July 23, 2018 did not appear until July 24, 2018, such an argument would also indicate that that news was unlikely to be material.

[18] Mazumdar Report, p. B-30, Row 235. Bloomberg was not one of the five news sources that the Mazumdar Report uses in its analysis of Factiva News Dates, though, (continued)

stories for Factiva News Date No. 86 on 6/12/2018, such as "(PR) Wheaton Precious Metals Acquires Cobalt Stream from Vale's Voisey's Bay Mine."[19]  The Mazumdar Report counts this event as news on two separate days, yet provides no reason to believe that there is any additional news on 6/12/2018 that did not already appear on 6/11/18.  In his deposition, Dr. Mazumdar could not provide an explanation of why both dates were included in his analysis.[20]  Furthermore, the effective news date for Factiva News Date No. 88 occurs on 6/20/2018, associated with the headline "Vale exposed to about 40% of future cobalt production from Voisey's…"[21]  This story does not appear to provide any new information, as the 40% figure can be derived from news stories on June 11, in which Vale revealed that it sold 75% of the cobalt output but would receive payments of 18% or 22% of the cobalt price for that output.[22]

---

here, it appears to be the earlier news report that one of the Mazumdar Report's news events relies upon.

[19] Mazumdar Report, p. B-30, Row 242.

[20] Mazumdar Depo., 186:7-188:4.  Although Dr. Mazumdar turned over four corrected exhibits for the error discussed above, he provided neither a correction nor an explanation for this pair of dates, which, again, he admitted that he had no explanation for in his deposition.

[21] Mazumdar Report, p. B-30, Row 250.  Ellipses appear in the headline as reported in the Mazumdar Report.

[22] Compare "(PR) Wheaton Precious Metals Acquires Cobalt Stream from Vale's Voisey's Bay Mine," *PR Newswire*, June 11, 2018 ("In total, Wheaton and Cobalt 27 will provide Vale an aggregate of US$690 million in funding for the combined purchase of cobalt equal to 75% of Voisey's Bay cobalt production effective January 1, 2021.… Wheaton will make ongoing payments of 18% of the cobalt spot price to Vale per cobalt pound delivered until the balance of the upfront cash consideration is reduced to zero.  -- When the balance of the upfront cash consideration is reduced to zero, Wheaton will make ongoing payments of 22% of the cobalt spot price per cobalt pound delivered.") with "Vale exposed to about 40% of future cobalt production from Voisey's...," *theflyonthewall.com*, June 19, 2018 ("Vale remains exposed to approximately 40% of future cobalt production from Voisey's Bay, through Vale's retained interest in 25% of cobalt production and the approximately 20% additional payments on the 75% cobalt stream.")

31. Another error, or, at a minimum, a highly dubious assumption, appears on p. OE1-2 of the Mazumdar Report, where the entry for Tuesday, January 17, 2017 is "Vale pays interest on infrastructure debentures[.]" A company that is not considered an immediate bankruptcy risk making a previously scheduled interest payment should not be considered an example of a value-relevant news event (unless one can show that there is some specific reason why that is not the case, and I do not see any such circumstances here). In his deposition, Dr. Mazumdar admitted that a company completing an action that "it previously committed to either legally or contractually to do" may or may not be value-relevant.[23] When asked whether a company paying scheduled interest on debt would be news, Dr. Mazumdar testified that that is "potential news" even if it is known that the company was well-capitalized and could make its debt payments.[24] While in some abstract sense, almost anything is "potential news," it is hard to see how one classifies the payment of scheduled debt by a well-capitalized company as a news day for an FDT Test (assuming that one is reviewing news stories) without introducing a bias against a finding of price response to news (i.e., it is likely that such a "news day" would, in fact, not be associated with a statistically significant price movement).

32. Even if one accepts that this date may be value-relevant, its inclusion as a news date (i.e., signifying a news story that is deemed to be significantly value-relevant for purposes of an FDT test) makes the results imprecise. And if the news is not value-relevant, as I believe, this date's inclusion as a news day in a FDT test where one subjectively examines news is improper.[25]

---

[23] Mazumdar Depo., 74:10-21.

[24] Mazumdar Depo., 185: 15-186:2.

[25] Similarly, inclusion of this date would be improper in an event study designed to see whether a security's price responds to news (even assuming that such a test is appropriate) because a failure of the security's price to move following this event may be more likely to be due to the "news" of this event is not material rather than because the security's price does not respond to news.

33. Finally, Dr. Mazumdar's apparent misunderstanding of what an abnormal return is also leads him to improperly include a news day. In ¶21(ii)(a), Dr. Mazumdar discusses "abnormal returns (price changes *not* attributable to broader market, industry and other explanatory factors on the same day)[.]"[26] In other words, the abnormal return accounts for the component of the actual return due to broader market, industry, and other explanatory factors. Yet, on p. B-26 of the Mazumdar Report, Factiva News Story #31 is a 3/31/2017 story on Vale being upgraded by BMO Capital Markets. The headline in the row above that shows the truncated text "Vale upgraded on higher iron ore price outlook at BMO CapitalAs noted..."[27] A change in an analyst's view of Vale due to a "higher iron ore price outlook" is an example of a change due to a broader market factor and should not be considered a news event that should be the cause of an ***abnormal*** return.[28] In fact, the Mazumdar Regression uses the "62% Iron Ore Index" as an explanatory variable, meaning that it explicitly attempts to remove the effects of iron-ore prices from its calculated abnormal returns.[29] In addition, both the Mazumdar and Feinstein Regressions use a metals-and-mining index, which should also help control for changes in iron-ore prices.[30]

---

[26] Emphasis in original.

[27] Missing space and period between "Capital" and "As" and inclusion of ellipses in Mazumdar Report.

[28] It is not clear if Dr. Mazumdar forgot about the earlier headline or if he misunderstood the meaning of an abnormal return. In his deposition, Dr. Mazumdar testified that a very large market return could cause an abnormal return. (Mazumdar Depo., 66:5-67:25.) If the abnormal return already accounts for (i.e., removes the effect of) market movements, then the market movement should not cause any abnormal return. And if the abnormal return does not account for market movements, then it is not doing what it is supposed to do, which would call into question all of Dr. Mazumdar's FDT analyses, at a minimum, by introducing error that biases the results against a finding of price responses to news. Dr. Mazumdar's deposition testimony here provides a false and/or misleading description of how an event study works and how one should interpret its results.

[29] Mazumdar Report, p. C-8.

[30] Mazumdar Report, pp. C-8 and C-9. Again, if these indices (and the iron-ore index used in the Mazumdar Regression) do not fully account for changes in actual or expected
(continued)

34. Given these and other errors in the Mazumdar Report's selection of news stories, all of the analyses in the Mazumdar report that rely on its selection of news events are unreliable.  Rather than attempt my own subjective review of the news events that the Mazumdar Report claims to identify, in the following section, I present FDT Tests using both some refinements to the Mazumdar news events and using an objective basis for selecting news.

### D.  *Failure to Consider the Effect of Vale Announcements on the Metals and Mining Industry*

35. In his report on market efficiency, Dr. Feinstein pointed out that "[t]hroughout the Class Period, Vale described itself as 'one of the largest metals and mining companies in the world, based on market capitalization.'"[31]  Consequently, one must consider whether announcements by Vale that may reveal information about the industry could affect views of the metals and mining industry and, in particular, whether those announcements could affect any index used as an explanatory variable in the FDT Tests.

36. To examine this, I examined the movements in the Standard & Poor's Metals and Mining Select Industry Index ("Feinstein Industry Index"), the index used in the Feinstein Regression for the ADS, and the S&P Global Natural Resources Metals and Mining Index (as reconstructed by Dr. Mazumdar to remove Vale) ("Mazumdar Industry Index"), the index used in the Mazumdar Regression for the ADS on Vale earnings-announcement days.  Earnings announcements often contain information about recent activity as well as discussions of the future that may matter for the industry.  In particular, I ordered the movements of each index from most negative to most positive and assigned a percentile rank to each movement based on this ordering.

---

prices of iron ore, that means that the FDT Tests contain noise that biases them against a finding of price response to news.

[31] Report on Market Efficiency by Steven P. Feinstein, dated February 15, 2021. ¶25. (Closing footnote omitted.)

37. On eight of the nine Vale earnings announcements during the Class Period, the movement of the Feinstein Industry Index was in the outer half of movements (i.e., in the top 25% or bottom 25% of movements).  See Exhibit 4.  In addition, the movement of the Feinstein Industry Index was in the outer quintile (i.e., in the top 10% or bottom 10% of movements) on more than half of the earnings announcement days, rather than that happening only 20% of the time, which is what would be expected by chance.  Thus, either Vale was very lucky (or unlucky) in announcing earnings on days with large, independent industry effects present, or its earnings announcements tended to affect the industry.  To the extent that these spillover effects from its earnings announcements affected the Feinstein Industry Index, they would contaminate the effect of Vale earnings announcements on average on the *abnormal* return, which is a function of the industry index.  Thus, the results of any FDT Test of earnings announcements, as well as the event studies of the earnings announcements themselves, using this index should be considered improperly specified and not to be relied upon.

38. When I apply the same analysis to the Mazumdar Industry Index, I find that five of the nine earnings announcement days correspond with the outer half of the index movements, which is not unusual, and that three of the nine earnings days (or 33%) are in the outer 20% of the index movements, which is also not particularly unusual.  Normally, this would be considered a mark in favor of using this index, because it does not appear to be affected by Vale's earnings announcements.  However, the analysis of the Feinstein Industry Index indicates that Vale's earnings announcements do affect other members of its industry, which then leads to the question of whether the Mazumdar Industry Index is "close enough" to Vale to properly pick up external industry effects.  While the answer to this is not immediately obvious, it raises sufficient questions to again discount, if not place no reliance, on FDT Tests and event studies of Vale's earnings announcements that

use only the Mazumdar Industry Index (or no index at all) to account for industry effects.[32]

## V.     ALTERNATIVE FDT TESTS

39. I now proceed in two steps to provide alternative news selections for FDT Tests. *First*, I define news days as days with stories published by the *Dow Jones Newswires*. The advantage of this source is that news stories have time stamps, eliminating the need to guess whether a story came out before or after the close of market hours. I have also used *Dow Jones Newswires* in numerous previous cases, meaning that I have not selected it based on what results it produces in this case.

40. In using *Dow Jones Newswires*, I filter with the same rules that the Mazumdar Report uses. In ¶4 of Appendix C to the Mazumdar Report, Dr. Mazumdar states, "I

---

[32] The Mazumdar Report's Matched-Portfolio Index does not use any variable to control for industry effects. To the extent that Dr. Mazumdar believed that controlling for industry effects was proper for the ADSs, it is not clear why he believes that there is no need for any control for industry effects for the Vale Notes.

It may also initially seem unusual to discount the FDT Tests of earnings announcements using either an industry index that moves on Vale earnings announcement dates because it understates the effects of Vale's earnings announcements on its ADS price (by including the effect of those earnings announcements on the stock prices of Vale's industry peers) or using an industry index that does not move on Vale earnings announcements (which would normally be fine, but indicates that the industry match may not be sufficient given that the other index indicates that Vale's earnings announcements can affect its peer's stock prices). As discussed below, however, any type of noise in the data biases the FDT Test against a finding of price response to news, including both having an industry index that is affected by Vale's earnings announcements and having a purported industry index that does not sufficiently account for Vale's industry.

Finally, it is my understanding that the analysis of production dates (see Mazumdar Report, ¶64(ii)) was due to the lack of a price response to earnings announcements. To the extent that the lack of response to earnings announcements is questionable, so too is a decision to turn to production reports as an alternative source of news about upcoming earnings.

initially searched all U.S. English language sources covered in Factiva (which is owned by Dow Jones & Company and provides a comprehensive news database that aggregates news from over 30,000 news sources, and is commonly used in event study research) that mentioned 'Vale S.A.' in the headline or the first paragraph over the entire Class Period." (Internal footnote omitted.)  However, in the Mazumdar back-up file Factiva Classification.xlsx, the search parameters are instead that there is a search for stories tagged by Factiva as related to the company "Vale S.A." and a text search for "Vale" rather than "Vale S.A."  I replicated the search using the terms in the Mazumdar backup file and determined that they produced the set of news stories used in Dr. Mazumdar's analysis.

41. *Second*, I create subsets of each set of news stories (i.e., the Mazumdar stories and the *Dow Jones Newswire* stories) that are more likely to be material news events.  To do this in an objective manner, I sort the news dates (in separate analyses for the Mazumdar news stories and the *Dow Jones Newswire* stories) by the number of stories on each date. I then look at the top fifty percent, the top twenty-five percent, and the top ten percent of days with the highest number of such news stories, as dates when more sources report on news or the same source issues multiple stories about news would be a proxy for more material news.[33]

42. I then run the FDT Test on (1) the earnings dates, (2) the Mazumdar dates, including the full set of dates, the top 50%, the top 25%, and the top 10% of dates, and

---

[33] The field of "content analysis" suggests that more material news will be reported more (e.g., by additional news sources or by repetitions of the same news in the same or different sources).  Thus, the number of news stories on a day is a proxy for the materiality of news.  This concept has been used in the analysis of price response to news, with, for example, a peer-reviewed article that looked at price response to news across different countries, stating, "Panel A in Figure 2 shows that most developed markets are to the left with a greater fraction of return volatility 'explained' by news days and article counts on those news days."  (Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011): 3941-3992, p. 3964.)

(3) the *Dow Jones Newswire* dates, again including the full set of dates, the top 50%, the top 25%, and the top 10% of dates. I utilize the Corrected Mazumdar Regression figures for the Mazumdar Regression and the correct figures for the Feinstein Regression in these analyses. The results of these analyses are summarized in Exhibit 5, with details provided in Exhibits 6a-6i. In Exhibit 5, a green entry means that the security in question passed the FDT Test (i.e., showed evidence of efficiency at a statistically significant level) while a red entry means that the security in question did not pass the FDT Test.

43. While I present all of the analyses for sake of completeness, I believe that the focus should be on the *Dow Jones Newswire* tests, and specifically on the top 25% and top 10% of dates. The *Dow Jones Newswire* tests all have timestamps, eliminating the need for guesswork on some of the Mazumdar dates in terms of determining whether a news story was published before the close of the market. In addition, the large amount of news means the full set of news stories contains news that is likely immaterial, as discussed above.

44. Misclassifications of news and non-news days (i.e., either misclassifying a date with material news as a non-news day or misclassifying a day without material news as a news day) will tend to bias the FDT Test *against* a finding of market efficiency. To see this, imagine that we had two sets of pieces of paper, with one sheet in the first set for each news day and one sheet in the second set for each non-news day. Now imagine that we turned each sheet of paper over and scattered them into two separate piles, one for news days and one for non-news days. If, for example, 50% of the papers in the news day pile were black (representing a statistically significant price movement) and 50% were white (representing the lack of a statistically significant price movement), that pile would look different from the non-news day pile if in that second pile only 5% were black and 95% were white. But, now suppose that we mischaracterize some of the days. If we randomly move some of the papers from the news-day pile to the non-news-day pile, then the non-news-day pile will, on average, wind up with a greater percentage of black papers than before. Similarly, if we randomly move papers from the non-news-day pile to the news-day pile, then the news-day pile will tend to wind up with a smaller

percentage of black papers than before. So, rather than 50% black papers in the news-day pile and 5% in the non-news day pile, we may wind up with something like 40% and 15% or like 30% and 25%, for example. While these are hypothetical figures, they show that random errors will make the two piles of paper harder to distinguish. As we can never sort the news-days and non-news days perfectly, there will always be some degree of error, always biasing the FDT Test against a finding of market efficiency.[34]

45. Importantly, having too broad a definition of news, such as with the full set of news or by not narrowing the definition of news enough, means that some of the days classified as news days actually don't contain material news. This is just another form of classification error as above, which tends to bias the FDT Test against a finding of efficiency. Thus, the broader sets of news days, such as all news or the top 50% of news days, are likely to be more heavily biased against a finding of efficiency than the more narrow set of news, such as the top 25% and top 10% of news days.[35]

_____

[34] Dr. Mazumdar testified on this point as follows: "Q Are the results of an FDT test dependent on which days you define to be value-relevant news days and which days you define to be non-value-relevant news days? A It may or may not be." (Mazumdar Depo., 106:12-17.) Dr. Mazumdar's response is wrong. The results of an FDT Test of course depend on the inputs, including which days one defines to be value-relevant news days and which days one defines to be non-value-relevant news days. A failure to understand this would also suggest a failure to understand how the test is biased against a finding of market efficiency in the absence of some theoretically perfect assignment of news and non-news days.

I note that later, Dr. Mazumdar testified with respect to changing inputs related to news and non-news days in an FDT Test: "The net result of those two numbers changing may or may not result in the difference becoming statistically significant or insignificant. And in that sense, the conclusions one draws from the FDT test may well remain the same." (Mazumdar Depo., 107:12-19.) If one only considers the ultimate results of statistically significant or statistically insignificant, certainly many changes in the inputs to an FDT Test will not result in a change between these two *conclusions*. But the actual *results* of the FDT Test from which one draws those conclusions certainly depend on the inputs to the test.

[35] Of course, there is nothing that says that the dividing line should be between the top 50% and the top 25% or anywhere else. That is why I show various definitions of news, allowing the reader to make their own decision.

-21-

46. Focusing on those two rows (i.e., *Dow Jones Newswire* top 25% and top 10%) of Exhibit 5, we see that the ADRs pass the FDT Test all four times (two rows, using the Feinstein and Mazumdar Regression for each).[36]

47. Looking next at the Notes, we have six tests for each Note if we look at the *Dow Jones Newswire* top 25% and top 10% rows. Notes 2, 3, 5, and 6 pass all six of the tests, providing strong evidence in favor of efficiency. Notes 4 and 7 pass four of the six tests, still providing good evidence in favor of efficiency. Note 1, in contrast, fails all six tests, providing evidence against efficiency.

## VI.    ANALYSIS OF SERIAL CORRELATION

48. The Mazumdar Report argues (incorrectly) that "[s]ignificant serial correlation indicates that the security does *not* trade in a weak-form efficient market."[37] Serial correlation, also known as autocorrelation, is a statistical correlation between movements in the price of a security across two different time periods. The most common form of serial correlation examined is first-order daily serial correlation, meaning, in lay terms: Does knowing that the price of a security went up on Monday help us predict if the price will go up or down on Tuesday? The Mazumdar Report goes on to explain: "Serial correlation is evidence of weak-form market inefficiency *because if a security's price is serially correlated* to its publicly-available past prices, *then investors could* use such past price information to predict the security's returns and *generate profits* as the security's current price has not quickly impounded such public information."[38]

49. Despite this explanation that "[s]erial correlation is evidence of weak-form market inefficiency *because* if a security's price is serially correlated … then investors could …

---

[36] The error of repeated returns in the Mazumdar Regression occurs only for the Notes and not for the ADRs.

[37] Mazumdar Report, ¶26.  Emphasis in original, closing footnote omitted.

[38] Mazumdar Report, fn. 24.  Emphases added.

generate profits[,]" the Mazumdar Report argues that the mere presence of "[s]ignificant serial correlation indicates that the security does *not* trade in a weak-form efficient market[,]" without considering the costs of doing so.[39]  This is contrary to the approach in the finance literature.  See, for example, Lo, Andrew W. and A. Craig MacKinlay, "Stock Market Prices Do Not Follow Random Walks: Evidence from a Simple Specification Test," *The Review of Financial Studies* 1.1 (1988): 41-66, p. 42. ("[W]e show that autocorrelations of individual securities are generally negative. Of course, these results do not necessarily imply that the stock market is inefficient[.]")

50. In order to show inefficiency, any serial correlation must be associated with *profitable* trading strategies.[40]  Notably, the Mazumdar Report relies on an academic study, Erenburg *et al.* (2011), for much of its argument regarding market inefficiency and serial correlation, citing that report in its footnotes 115 through 121 for various points. Yet, the Erenburg *et al.* (2011) paper makes it clear that in investigating potential market inefficiency through an analysis of serial correlation, it is looking at whether any serial correlation is profitable after accounting for trading costs, stating, for example: "The question this raises is whether there is an economically important inconsistency between

---

[39] Mazumdar Report, fn 24 (emphasis added) and ¶26 (emphasis in original, closing footnote omitted).

[40] Dr. Mazumdar testified in another case, "The point of the serial correlation test is a very simple one.  It says, without relying on anything other than the past prices of the stock, can I make money."  (Deposition of Sumon Mazumdar in *In re: Advance Auto Parts, Inc. Securities Litigation*: 218:5-9.)  See also 89:21-90:5 ("So, for instance, when you're talking about the weak form efficient market, a common test is to consider whether or not the stock trades -- the stock returns are serially correlated. And if so, were they sufficiently serially correlated to be able to generate profits from momentum-creating strategies. Another basic test of efficiency …")  While in that deposition, Dr. Mazumdar agreed that the opposing expert could have performed three different analyses, of which serial correlation and momentum trading strategies are separate (204:5-11), the two other quotes above imply a view that the serial-correlation analysis is not sufficient to provide evidence of market inefficiency without an analysis of profitability.

the evidence of market efficiency after trading costs, and the courts' broad application of the efficient markets hypothesis."[41]

51. Erenburg *et al.* (2011) goes on to state: "For each, ***we construct several measures of weak-form efficiency of the defendant firm's common stock***. Most importantly, we construct measures of the long-run performance of simple momentum-based trading strategies over the sample period. We find that the set of filed cases exhibits statistically significant momentum in that ***for* 'cost-effective investors' (those who can trade quickly and at low cost)**, the simplest conceivable momentum strategies of buying after a one-day price increase, selling after a one-day decrease, or combining the long and short strategies all ***yield significant performance gains*** over the class period relative to a buy-and-hold strategy."[42]  In other words, the Erenburg "measures of weak-form efficiency" involve investors with costs (in this case, a low cost), and the test is to see whether there are "significant performance gains" after considering costs.  As Erenburg (2011) then summarizes, "For momentum strategies to represent a significant challenge to the legal presumption of broad-based reliance, momentum investors must be able to predictably profit by rejecting market efficiency."[43]  Profits, of course, involve net gains after considering costs, something ignored in the Mazumdar Report.[44]

52. It is also my understanding that courts have recognized that the mere presence of serial autocorrelation does not demonstrate market inefficiency.  For example, one court

---

[41] Erenburg *et al.* (2011), p. 262.

[42] Erenburg *et al.* (2011), p. 262.  Emphases added.

[43] Erenburg *et al.* (2011), p. 263.

[44] See also Erenburg *et al* (2011), p. 272, comparing their analysis to prior work: "The only trading-rule strategies we consider are based on the simplest possible rule (the sign of the prior day's return) and we do not impose a filter. This approach results in more trading, so that ***after deducting trading costs, the results are more likely to appear consistent with weak-form efficiency*** than if a more discriminating rule were used. Also, our adjustments for trading costs are based on those of a cost-effective investor." (Emphasis added.)

has recognized that "the presence of serial correlation is not itself determinative of inefficiency."[45]  See also *In re Computer Sciences Corporation Securities Litigation*, agreeing with defendants' expert that plaintiffs' expert's argument regarding serial correlation was unpersuasive because it failed to demonstrate that "the serial correlations could have been used to generate trading profits."[46]

53. In addition, one court noted recently, "Other courts have discounted evidence of autocorrelation in debt securities when the benchmark bond index itself exhibited statistically significant autocorrelation during the same period. *See Bennett v. Sprint Nextel Corp.,* 298 F.R.D. 498, 513 (D. Kan. 2014). For the same reason, I do not view the evidence of autocorrelation for the Notes as detracting from a finding of market efficiency."[47]  The two benchmark indices used for Note 7 in the Mazumdar Report are the C8A4 (ICE BofA 15+ Year BBB US Corporate Index) and the J8A1 (ICE BofA 15+ Year BB Cash Pay High Yield Index).  Exhibit 7 shows that, using the same procedure that the Mazumdar Report uses to analyze serial correlation in the Notes, the C8A4 (BBB-rated) index does not show statistically significant evidence of serial correlation while the J8A1 (BB-rated) index does show statistically significant evidence of serial correlation.  This split result is similar to the split result across Mazumdar Exhibits 1 and 2 for Note 7.

54. Next, even if we accept the analyses of serial correlation in the Mazumdar Report as valid tests of weak-form market efficiency (which they are not, as discussed above), those analyses would only show overall inefficiency for Note 1.  Note 1 shows statistically significant serial correlation in both Mazumdar Exhibit 1 and Mazumdar Exhibit 2, the two tests of serial correlation in the Mazumdar Report.  In contrast, Note 7 only shows statistically significant serial correlation in Mazumdar Exhibit 2.

---

[45] *In re Countrywide Fin. Corp. Sec. Litig.*, 273 F.R.D. 586, 615 (C.D. Cal. 2009).

[46] *In re Comput. Scis. Corp. Sec. Litig.*, 288 F.R.D. 112, 121 & n.9 (E.D. Va. 2012), Closing footnote omitted.

[47] *In re Teva Securities Litigation*, No. 3: 17-cv-558 (SRU) (D. Conn. Mar. 9, 2021).

55. As noted in a prior securities litigation involving Vale, it is possible to combine two separate tests to determine whether on net they present a statistically significant result with a multiple-comparisons adjustment.[48]  In that case, the adjustment was to see whether the stronger of the two tests had a t-statistic greater than 2.25 in absolute magnitude rather than whether any individual test had a t-statistic greater than 1.96.  In essence, this test, known as a Bonferroni adjustment, is a way to examine the net result of two statistical tests by looking at the stronger of the two results.  Here, Note 7 has a t-statistic of -1.570 in Mazumdar Exhibit 1 and a t-statistic of -2.071 in Mazumdar Exhibit 2.  As the larger of these in absolute value is less than 2.25, the net evidence is against a finding of statistically significant serial correlation.

56. Another way to combine the two tests is to average the two t-statistics of -1.570 and -2.071 to get -1.820 or -1.821.  The absolute value of this average is below the 1.96 level need for statistical significance at the standard 5% level, again demonstrating that the evidence points against a finding of statistically significant serial correlation for Note 7.[49]

57. Overall, while there is evidence of statistically significant serial correlation for Note 1, there is no such evidence for the ADSs or the other six Notes.[50]

---

[48] *In re Vale Securities Litigation*, Case 1:15-cv-9539-GHW, September 27, 2019 ("In the Court's view, the multiple-comparisons adjustment suggested by Dr. Tabak is sufficient to tip the scales toward Lead Plaintiffs.")

[49] Combining the results for the two bond indices used as benchmarks for Note 7 yields a finding of statistically significant serial correlation on average across the two indices. Thus, the evidence for serial correlation is stronger for the benchmark indices than for Note 7.

[50] I reiterate that the Mazumdar Report has not examined whether the serial correlation in Note 1 allowed for a profitable trading strategy, meaning that the evidence of serial correlation alone is not sufficient to demonstrate market inefficiency.

## VII. CONCLUSION

58. By removing the analyses in the Mazumdar Report that are unreliable due to price and news-classification errors, and by using an objective measure to identify news that is likely to be material, I find that the ADRs and Notes 2, 3, 5, and 6 show strong evidence of efficiency (as determined through an examination of price response to news via the FDT Test), Notes 4 and 7 have moderate evidence in favor of efficiency, while Note 1 has evidence against efficiency. The Mazumdar Report's FDT Test and event studies of earnings announcements may not adequately account for the industry effects of Vale's announcements, which warrants discounting, if not wholly disregarding, the results of those analyses. Finally, the Mazumdar Report's analysis of serial correlation does not yield valid evidence against market efficiency, as the analysis fails to account for trading costs, a necessary component of the analysis even according to the reasoning given in the Mazumdar Report for why serial correlation could lead to an inefficient market.

I reserve the right to modify or extend my opinion in light of any new information, including submissions by any experts for Defendants, that becomes available to me.

David I. Tabak

October 17, 2023



**David I. Tabak**
Senior Managing Director

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 2176
david.tabak@nera.com
www.nera.com.

# EXHIBIT 1
# DAVID I. TABAK
## SENIOR MANAGING DIRECTOR

Dr. Tabak earned his Ph.D. and M.A. degrees in Economics from Harvard University and his B.S. in Economics and B.S. in Physics from the Massachusetts Institute of Technology.  While at Harvard, Dr. Tabak participated in teaching courses in micro- and macroeconomics and American economic policy at the undergraduate and graduate levels and in the creation of an undergraduate textbook and accompanying software package.

Dr. Tabak has appeared as an expert in state, federal, Delaware Chancery, and bankruptcy courts, and before arbitration panels, including the National Association of Securities Dealers, the American Arbitration Association, the International Dispute Resolution Centre, and the International Chamber of Commerce International Court of Arbitration.  He has published in his areas of expertise in forums such as *St. John's Law Review* and *Shannon Pratt's Business Valuation Update*, and has published peer-reviewed articles in *Litigation Economics Review* and the *Journal of Forensic Economics*.  Dr. Tabak is also the author of book chapters and has served as a member of *BV Q&A Update's* expert author panel and as a referee for peer-reviewed journals.  His publications have covered topics such as commercial disputes, economic analysis of market efficiency, valuation discounts for lack of marketability, and the application of statistics in litigation analyses.  Dr. Tabak has been an invited presenter at the Securities and Exchange Commission and has spoken at forums that provide continuing legal education credits or continuing professional education credits for accountants and valuation professionals.

Dr. Tabak has been retained as an expert to address issues including allegations of valuations, contract disputes, commercial damages, and disputes between brokers and customers. His non-litigation work has included developing a risk-scoring model for a reinsurance company, assisting financial institutions in new product development, analysis of potential insider trading for a financial institution, and interpretation of statistical analyses of treatment effectiveness for a program for at-risk youth.

David I. Tabak

## Education

**Harvard University**
Ph.D., Economics, 1996
M.A., Economics, 1992

**Massachusetts Institute of Technology**
B.S., Economics, 1990
B.S., Physics, 1990

## Professional Experience

**NERA Economic Consulting**

2005- *Senior Managing Director (f/k/a Managing Director, f/k/a Senior Vice President)* Provide written and oral testimony. Conduct and supervise economic analyses, with a focus on securities litigation and valuation cases.

2001-2005 *Vice President*

1998-2001 *Senior Consultant*

1996-1998 *Senior Analyst*

**Harvard University**

1991-1996 *Teaching Fellow in Economics* Participated in teaching various courses from introductory principles of economics to graduate macroeconomics. Ran coursewide tutorial program for the largest class at Harvard for two academic years, with a staff of over fifty part-time employees.

**Worth Publishers**

1991, 1993 *Research Assistant/Independent Contractor* Worked on data collection, software analysis, and creation of a problem bank for an educational economics software package.

**National Bureau of Economic Research**

1991 *Research Assistant* Performed data collection and econometric analysis for a project on comparisons of international growth rates.

## Honors and Professional Activities

Member, American Economic Association, 1993-present

Referee, *Journal of Forensic Economics*, 2005, 2006, 2008, 2009, 2011, 2012, 2015

David I. Tabak

Referee, *Litigation Economics Review*, 2002, 2003, 2004

William M. Mercer Securities Corporation, Registered Representative, Series 7 and 63, 2000 - 2002

Marsh & McLennan Securities Corporation, Registered Representative, Series 7 and 63, 1998 - 2000

Adjunct Member, Committee on International Trade, Association of the Bar of the City of New York, 1998 – 2001

Harvard University Scholarship, 1990-1992

Derek Bok Teaching Award, 1993, 1994, 1995, and 1996

Allyn Young Teaching Award, 1996

David I. Tabak

## Expert Reports and Testimony

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, October 5, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 12, 2023.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, November 9, 2022.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, October 12, 2022.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 23, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, August 22, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, July 19, 2022.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, July 8, 2022.

Deposition Testimony before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., July 1, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., June 9, 2022.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 25, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, May 19, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, May 11, 2022.

Deposition Testimony before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, May 5, 2022.

Supplement to Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., April 29, 2022.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, March 28, 2022.

Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., March 11, 2022.

Testimony before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 13, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 12, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 8, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Arizona in *David G. Lowthorp v. Mesa Air Group Incorporated, et al.*, January 3, 2022.

Deposition Testimony before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, November 23, 2021.

Deposition Testimonh before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 28, 2021.

Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 15, 2021.

Expert Report of David. I Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, October 6, 2021.

Reply Report of David I. Tabak, Ph.D. (on damages) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Rebuttal Report of David I. Tabak, Ph.D. (on negative causation) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 1, 2021.

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, August 16, 2021.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, August 4, 2021.

David I. Tabak

Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, July 27, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 22, 2021.

Deposition Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, June 17, 2021.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, May 28, 2021.

Expert Reports of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, May 21, 2021.  (Two reports submitted simultaneously.)

Expert Report of David I. Tabak , Ph.D. before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, March 16, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 14, 2020.

Rebuttal Expert Report before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 2, 2020.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 7, 2020.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 5, 2020.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, July 30, 2020.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, July 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 18, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, June 11, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, June 9, 2020.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 13, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, April 30, 2020.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, April 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, April 25, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., January 17, 2020.

Expert Report of David I. Tabak, Ph.D. in the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, January 15, 2020.

Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, October 18, 2019.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., September 23, 2019.

Supplemental Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, August 21, 2019.

Deposition Testimony before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, July 11, 2019.

Expert Report of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, June 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, June 17, 2019.

Expert Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois in *George Hedick Jr. v. The Kraft Heinz Company, et al.* and in *Iron Workers District Council (Philadelphia and vicinity) Retirement and Pension Plan v. The Kraft Heinz Company, et al.*, May 15, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, April 8, 2019.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 29, 2019.

Deposition Testimony before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 27, 2019.

Deposition Testimony before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, March 20, 2019.

Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 8, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 7, 2019.

Expert Declaration of David I. Tabak before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, February 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, February 11, 2019.

Testimony before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., June 12, 2018.

Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., June 4-5, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., May 14, 2018.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, April 6, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., March 23, 2018.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 9, 2018.

Expert Report of David I. Tabak, Ph.D. before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., February 21, 2018.

Expert Report of David I. Tabak, Ph.D. before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., February 16, 2018.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, November 17, 2017.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, October 26, 2017.

Report of David I. Tabak, PhD in *Babscay Pty Ltd v. Slater & Gordon Limited*, Federal Court Proceeding VID 659 / 2017, Australia, October 26, 2017.

Deposition Testimony before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 28, 2017.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 20, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, September 14, 2017.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, August 24, 2017.

Supplement to Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 9, 2017.

Deposition Testimony before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 1, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., June 15, 2017.

Sur-Reply Expert report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., May 31, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., May 26, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., May 8, 2017.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., April 21, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., April 13, 2017.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., March 23, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., March 16, 2017.

Supplement to Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, February 21, 2017.

Deposition Testimony before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, February 8, 2017.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, January 17, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, December 12, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., December 9, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, December 8, 2016.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, November 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, October 7, 2016.

Rebuttal Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, May 6, 2016.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, February 11, 2016.

Deposition Testimony before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 9, 2016.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 3, 2016.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, January 29, 2016.

Expert Report of David Tabak, Ph.D. before the Securities and Exchange Commission in *In the Matter of Arthur F. Jacob, CPA and Innovative Business Solutions, LLC,* January 29, 2016.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Symbol Technologies, Inc. Securities Litigation*, January 28, 2016.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, December 23, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Symbol Technologies, Inc. Securities Litigation*, December 11, 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, December 2, 2015.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, November 16, 2015.

Expert Report of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, November 12, 2015.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, September 2, 2015.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, July 20, 2015.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 15, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 1, 2015.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 30, 2015.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *George Byrun et al. v. Salix Pharmaceuticals et al.*, 30 January 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, January 13, 2015.

NERA Economic Consulting                                                                                           11

Expert Report of David Tabak before the Securities and Exchange Commission in the matter of *Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, December 16, 2014.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Puda Coal Securities et al. Litigation*, November 13, 2014.

Deposition Testimony before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, July 2, 2014.

Testimony before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, June 11, 2014.

Supplemental Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 3, 2014.

Deposition before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 31, 2014.

Cross Examination in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation et al. before the Ontario Superior Court of Justice (Commercial List), March 19, 2014.

Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. *against AriZona Beverages USA LLC et al.*, March 11, 2014.

Report of David I. Tabak in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation *et al.* before the Ontario Superior Court of Justice (Commercial List), February 28, 2014.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2013.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, September 4, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2013.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, June 27, 2013.

David I. Tabak

Deposition Testimony before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, May 10, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, April 11, 2013.

Declaration of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, March 21, 2013.

Reply Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2012.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, November 6, 2012.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2012.

Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, May 3, 2012.

Written Direct Testimony of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, April 17, 2012.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, April 10, 2012.

Rebuttal Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, January 30, 2012.

Expert Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, December 5, 2011.   (Affidavits testifying to the report executed on December 9, 2011 and December 20, 2011.)

Deposition Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, August 1, 2011.

Expert Report of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, July 8, 2011.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, February 3, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, January 11, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Securities and Exchange Commission v. Alfred S. Teo, et al.*, November 4, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 29, 2010.

Deposition Testimony before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 7, 2010.

Expert Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, September 16, 2010.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, August 30, 2010.

Rebuttal Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., April 25, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., March 12, 2010.

Testimony before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., November 6, 2009.

Expert Rebuttal Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., October 19, 2009.

Expert Report of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, September 17, 2009.

Expert Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., September 10, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, July 16, 2009.

Declaration of David Tabak before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, July 13, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, June 26, 2009.

Deposition Testimony before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, June 16, 2009.

Declaration and Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, May 29, 2009.

Deposition Testimony before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, May 6, 2009.

Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, April 15, 2009.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, February 17, 2009.

Declaration of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, January 5, 2009.

Expert Report of David Tabak, Ph.D., before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, December 15, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, November 7, 2008.

Deposition Testimony before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* October 31, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* September 23, 2008.

Cross-Examination before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, June 23, 2008.

Surrebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, January 11, 2008.

Affidavit of David I. Tabak before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, December 19, 2007.

Rebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 19, 2007.

Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 3, 2007.

Deposition Testimony before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund, et al. vs. The Coca-Cola Company*, August 23, 2007.

Deposition Testimony before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, June 13, 2007.

Expert Report of David Tabak before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund,* et al. *vs. The Coca-Cola Company*, May 30, 2007.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, April 27, 2007.

Expert Report of David Tabak before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, April 4, 2007.  (Amended report, June 25, 2007.)

Rebuttal Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, January 18, 2007.

Expert Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, December 18, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, November 9, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 13, 2006.

Affidavit of David I. Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, October 11, 2006.

Rebuttal Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 4, 2006.

Expert Report before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, October 4, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, September 15, 2006.

Expert Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, August 25, 2006.

David I. Tabak

Deposition Testimony before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, July 20, 2006.

Deposition Testimony before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, May 25, 2006.

Affidavit before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, April 14, 2006.

Deposition Testimony before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 24, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, March 17, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 9, 2006.

Expert Report of David Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, February 13, 2006.

Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, February 1, 2006.

Rebuttal Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 30, 2005.

Deposition Testimony before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 9, 2005.

Expert Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, October 3, 2005.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Pennsylvania in *Sean Fitzpatrick v. Michael Queen, Thomas McGreal, Joseph W. Luter, IV, Michael H. Cole, Smithfield Foods, Inc., Showcase Foods, Inc., and Pennexx Foods, Inc.*, March 25, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 24, 2005.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 18, 2005.

Affidavit of David Tabak, Ph.D. and Stephanie Plancich, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Doug Sutton and Prescott Nottingham v. Robert F. Bernard, Robert T. Clarkson, and Bert B. Young*, January 11, 2005.

David I. Tabak

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, January 5, 2005.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Phoenician Trading Partners, L.P. v. Blue Water Fund Ltd., et al.*, January 3, 2005.

Affidavit of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, December 14, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, December 10, 2004.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, October 4, 2004.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, September 22, 2004.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, September 9, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, August 20, 2004.

Further Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, July 30, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, June 30, 2004.

Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 7, 2004.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 2, 2004.

Expert Report of David Tabak before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, March 31, 2004.

Statement of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *United States of America v. Morris Weissman*, February 10, 2004.

David I. Tabak

Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, December 17, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of Ohio Eastern District (at Columbus) in *Barry F. Bovee, et al. v. Coopers & Lybrand, et al.*, December 16, 2003.

Deposition Testimony before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation* and in *In Re Safety-Kleen Rollins Shareholders Litigation*, October 23, 2003.

Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, October 1, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation*, August 28, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Rollins Shareholders Litigation*, August 28, 2003.

Testimony before the NASD in *Ralph Rubenstein, JANT Foundation, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* June 19, 2003.

Affidavit of David Tabak, Ph.D. and Ramzi Zein, Ph.D. in Support of Norwegian Cruise Line's Opposition to Proposed Rule before the Federal Maritime Commission, May 30, 2003.

Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, March 11 and 12, 2003.

Declaration of David I. Tabak in Support of Defendant's Motion in Opposition to Appointment of Additional Lead Plaintiffs and Class Certification before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, June 21, 2002.

Affidavit before the United States District Court for the District of Rhode Island in *George Kinney et al. v. Metro Global Media, Inc., et al.* May 15, 2002.

Testimony before the American Arbitration Association in *Beth Kaplan v. Rite Aid Corporation; Rite Aid Corporation v. Beth Kaplan and Bruce Sholk*, May 2-3, 2002.

Expert Report of David I. Tabak before the United States District Court for the District of Idaho in *Pippin v. ICF Kaiser International, et. Al, Wood v. Edwards et al.*, February 11, 2002.

Deposition Testimony before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, February 7, 2002.

Deposition Testimony before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Securities, Inc. Litigation*, January 17, 2002.

David I. Tabak

Affidavit before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, January 10, 2002.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Inc. Securities Litigation*, December 28, 2001.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Castle Creek Technology Partners LLC against Cellpoint Inc.*, December 13, 2001.

Deposition Testimony before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, October 11, 2001.

Deposition Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, September 6, 2001.

Testimony before the United States District Court for the Eastern District of New York in *United States of America against Harry Shuster*, July 30, 2001.

Declaration before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, July 23, 2001.

Testimony before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, May 29, 2001.

Opinion Letter before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, May 24, 2001.

Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, May 22, 2001.

Testimony before the Supreme Court of the State of New York, County of New York in *Robert Klein against 5B Technologies Corporation f/k/a Paramount Financial Corporation and Deltaforce Personnel Services, Inc.*, May 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, April 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *In Re Imperial Credit Industries, Inc. Securities Litigation*, April 5, 2001.

Affidavit before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, February 8, 2001.

Deposition Testimony before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 19, 2001.

Expert Report of David I. Tabak before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 11, 2001.

Supplemental Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, September 13, 2000.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Martin R. Lautman v. The Loewen Group Inc., et al.*, September 6, 2000.

Supplemental Affidavit of David I. Tabak before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 25, 2000.

Affidavit of David I. Tabak and Christoph Muelbert before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 23, 2000.

Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, April 28, 2000.

Testimony before the American Arbitration Association in *Roderick Covlin against C.S. Block New York, LLC, Dr. Sharaif Amanat, Omar Amanat*, March 30, 2000.

Expert Report of David I. Tabak before the National Association of Securities Dealers Office of Dispute Resolution in *Brooks, Houghton & Company, Inc. Private Corporate Advisors, Inc., and Brooks, Houghton Securities, Inc. against BIG Entertainment, Inc.*, March 17, 2000.

Declaration of David I. Tabak before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* February 21, 2000.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *The Klass Report LLC and Christopher M. Klass against Telemation, Inc.*, December 15, 1999.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* November 26, 1999.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *A.R. DiGima, Inc. vs. A.G. Edwards & Sons, Inc. and Eugene Damico*, November 5, 1999.

Deposition Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, October 22, 1999.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, September 16, 1999.

Expert Report of Frederick C. Dunbar and David I. Tabak before the United States District Court for the Northern District of Alabama, Southern Division in *MedPartners, Inc. v. Dun & Bradstreet, Inc*, July 28, 1999.

Testimony before the International Chamber of Commerce International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, April 13, 1998.

Expert Witness Statement of David I. Tabak before the International Chamber of Commerce, International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, March 13, 1998.

David I. Tabak

## Publications

"*p*-Hacking and Event Studies in Securities Litigation," *NERA Working Paper*, April 12, 2023.

"How COVID-19 Impact Analysis May Shape MAE Disputes," (with Edward Flores), *Law360*, June 29, 2020.

COVID-19-related NERA webpages: (1) "S&P 500 Index: Daily Price Movements" (with Edward Flores), May 1, 2020 with updates; (2) "COVID-19, MAEs, and Preliminary Evidence of Disproportionate Impacts Within Industries" (with Edward Flores), June 9, 2020;  (3) "How COVID-19 Impact Analysis May Shape MAE Disputes") (with Edward Flores) reprint of article on Law360, June 29, 2020.

"Economic and Financial Analyses in Australian Securities Litigation in the Wake of *TPT Patrol Pty Limited as trustee for Amies Superannuation Fund v Myer Holdings Limited*," (with William S. Taylor), NERA Working Paper, January 2020.

"Testing Securities Market Efficiency With Cammer Factors," *Law360.com*, February 5, 2019.

"Securities Class Actions Appear to Be Largely 'Price-Maintenance' and Omissions Cases," *NERA Working Paper*, April 10, 2017.

"Further Insight into 'What Should We Expect When Testing for Price Response to News in Securities Litigation?'," *Oxford Business Law Blog*, September 27, 2016.

"Gauging Share-Price Response to News in Securities Litigation," *The CLS Blue Sky Blog, Columbia Law School's Blog on Corporations and the Capital Markets*, September 8, 2016.

"What Should We Expect When Testing for Price Response to News in Securities Litigation?" *NERA Working Paper*, August 11, 2016.

"Should Solvency Tests Give the Same Answer?"  *NERA Working Paper*, July 28, 2015

"Implications for Market Efficiency and Damages Analysis of Plaintiff Interpretations of *Halliburton II's* Statement that 'market efficiency is a matter of degree,'" *Loyola University Chicago Law Journal*, Spring 2015.

"The Solvency Two-Step," Guest Post on the Weil Bankruptcy Blog.  March 2013.

"Do Courts Count *Cammer* Factors?" NERA Working Paper, republished in the Harvard Law School Forum on Corporate Governance and Financial Regulation.  Also published in modified form as "Counting Cammer Factors – A Review of Case Law" at Law360.com, August 2012.

"Settlement reasonableness from negotiations to coverage disputes," *Litigation and Dispute Resolution 2012 Global Reference* Guide.  A prior version of this was published as a NERA Working Paper, February 2012.

David I. Tabak

"Guesstimating Loss for Sentencing," published in Law360.com, February 2012. (Originally published with the title "Estimating Loss For Sentencing Purposes." Retitled by Law360.com after initial publication on its website.)

"Economic Analysis of Loss in the United States Sentencing Commission's Proposed Methodologies," NERA Working Paper, February 2012.

"Guideline Companies in Valuation: A Careful View of the Market Approach," *Journal of Business Valuation*, 2011 Volume 1. (A previous version appeared as a NERA working paper entitled "Guideline Companies in Valuation: The Economist's View of the Market Approach" in October 2008.)

"The Matrixx of Materiality and Statistical Significance in Securities Fraud Cases," (co-authored with Frederick Lee of Boies, Schiller & Flexner) NERA Working Paper, December 2010.

"Materiality and Statistical Significance Explained" (co-authored with Frederick Lee of Boies, Schiller & Flexner), published in Law360.com, December 2010.

"Satisfying Fiduciary Duty Under ERISA," *Employment Law Strategist*, June 2010.

"Use and Misuse of Event Studies to Examine Market Efficiency," NERA Working Paper, April 2010. (A previous version appeared in September 2009, and a condensed version appeared as a Guest Column, "On the Misuse of Event Studies to Examine Market Efficiency," in May 2010 on www.securitiesdocket.com.)

"Comment: 'A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, December 2009.

Book Review of *Business Valuation: In Integrated Theory (Second Edition)* in *Valuation Strategies,* November/December 2008.

Guest Author/Respondent, *BVUpdate*, published by Business Valuation Resources, LLC, *Special Report:* What Will the Wall Street Meltdown Mean to the BV Profession? (with Raymund Wong), November 2008.

"Inflation and Damages in a Post-*Dura* World," NERA Working Paper, September 2007.

"Multiple Comparisons and the Known or Potential Error Rate," *Journal of Forensic Economics,"* Volume XIX, Number 2, published March 2007.

"Making Assessments About Materiality Less Subjective Through The Use of Content Analysis," NERA Working Paper, March 2007.

"Risk Disclosures and Damages Measurement in Securities Fraud Cases," published in the *Securities Reform Act Litigation Reporter*, April 2006. (Previously published as a NERA Working Paper.)

Guest Author/Respondent, *BV Q&A Update*, published by Business Valuation Resources, LLC., January, March, June, and July 2004; February, May, August, and September 2005.

David I. Tabak

"Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," in *Securities Litigation & Enforcement Institute 2004,* published by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases" (with Paul A. Ferrillo and Frederick C. Dunbar), *St. John's Law Review,* Winter 2004.  (Previously published as a working paper by NERA and Weil, Gotshal & Manges, LLP.)

"Determination of the Appropriate Event Window Length in Individual Stock Event Studies" (with Dmitry Krivin, Robert Patton, and Erica Rose), NERA Working Paper, November 4, 2003.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with Chudozie Okongwu), published in *Securities Litigation & Enforcement Institute 2003,* by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

"Hedging and the Estimation of Marketability Discounts," in *Shannon Pratt's Business Valuation Update*, published by Business Valuation Resources, LLC, August 2003.  (Also reprinted in *BVR's Guide to Discounts for Lack of Marketability*, 2007.)

 "Shareholders' Suit against Corporation," in *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, edited by Jack P. Friedman and Roman L. Weil, published by John Wiley & Sons, Inc., 2003.

"A CAPM-Based Approach to Calculating Illiquidity Discounts," NERA Working Paper, November 2002.

"A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud" (with Svetlana Starykh and Marc Shotland), *Litigation Economics Review*, Vol. 5, No. 2, Winter 2001 (printed July 2002).

"Intraday Trading Rates in Shareholder Class Actions," *NERA Securities and Finance Insights*, June 2002.

"Materiality and Magnitude: Event Studies in the Courtroom" (with Frederick C. Dunbar), *Litigation Services Handbook: The Role of the Financial Expert, Third Edition, 2001*, edited by Roman L. Weil, Michael J. Wagner and Peter B. Frank, published by John Wiley & Sons, Inc. (Previous versions appeared in the 2000 Supplement to the *Litigation Services Handbook* and as a NERA Working Paper.)

"Are Investors Signalling You About Your Y2K Risk?" (with Vinita M. Juneja and Denise N. Martin), *Y2K Marketwatch*, December 1999.

"What Does the Market Think About Your Y2K Exposure?" (with Vinita M. Juneja and Denise N. Martin), *Viewpoint*, Issue No. 2, November 1999.

"Economic Analysis and Identification of Class Conflicts in Securities Fraud Litigation," NERA Working Paper, June 1998.

**Vale S.A.**
**Exhibit 2**
**Materials Considered**

*Academic Literature*

Erenburg, Grigori, Janet Kiholm Smith, and Richard L. Smith, "The Paradox of 'Fraud-on-the-Market Theory': Who Relies on the Efficiency of Market Prices?" *Journal of Empirical Legal Studies,* 2011, Vol. 8(2).

Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011).

Lo, Andrew W. and A. Craig MacKinlay, "Stock Market Prices Do Not Follow Random Walks: Evidence from a Simple Specification Test," *The Review of Financial Studies* 1.1 (1988).

Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-121 (2004).

*Case Law*

*Bennett v. Sprint Nextel Corp.,* 298 F.R.D. 498, 513 (D. Kan. 2014).

*In re Comput. Scis. Corp. Sec. Litig.*, 288 F.R.D. 112, 121 & n.9 (E.D. Va. 2012).

*In re Countrywide Fin. Corp. Sec. Litig.*, 273 F.R.D. 586, 615 (C.D. Cal. 2009).

*In Re Teva Securities Litigation*, No. 3: 17-cv-558 (SRU) (D. Conn. Mar. 9, 2021).

*In re Vale Securities Litigation*, Case 1:15-cv-9539-GHW, September 27, 2019.

*Data*

Vale S.A. earnings report dates and times obtained from Institutional Brokers' Estimate System (I/B/E/S) via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

*Depositions*

Deposition of Dr. Sumon C. Mazumdar dated August 24, 2023.

Deposition of Dr. Sumon C. Mazumdar in *In re: Advance Auto Parts, Inc. Securities Litigation* dated September 23, 2020.

*Expert Reports*

Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023.

Report on Market Efficiency by Steven P. Feinstein, Ph.D., CFA dated February 15, 2021.

**Vale S.A.**
**Exhibit 2**
**Materials Considered**

*News Articles*

"Vale exposed to about 40% of future cobalt production from Voisey's…," *theflyonthewall.com* dated June 19, 2018.

"Vale reaches $700M pact to sell cobalt output, Bloomberg says," *theflyonthewall.com* dated June 8, 2018.

"Vale upgraded on higher iron ore price outlook at BMO CapitalAs noted…," *theflyonthewall.com* dated March 31, 2017.

"Vale upgraded to Market Perform from Underperform at BMO CapitalBMOC," *theflyonthewall.com* dated March 31, 2017.

"(PR) Wheaton Precious Metals Acquires Cobalt Stream from Vale's Voisey's Bay Mine," *PR Newswire* dated June 11, 2018.

*Pleadings in This Matter*

Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

**Exhibit 3**
**Vale S.A.**
**News Stories by Source[1]**
**Class Period: October 27, 2016 to February 6, 2019[2]**

| Source | Number of Articles | Number of Articles As a Percent of All Articles | Is a: Mazumdar Source | Is a: Top 10 Source[3] |
|---|---|---|---|---|
| (1) | (2) | (3) (2) / 661 | (4) | (5) |
| Theflyonthewall.com | 110 | 16.64 % | Yes | Yes |
| Dow Jones Institutional News | 71 | 10.74 | Yes | Yes |
| RTT News | 54 | 8.17 | Yes | Yes |
| PR Newswire | 38 | 5.75 | Yes | Yes |
| Reuters News | 38 | 5.75 | Yes | Yes |
| CQ FD Disclosure | 31 | 4.69 | Yes | Yes |
| GlobeNewswire | 26 | 3.93 | No | Yes |
| SNL Financial Extra | 25 | 3.78 | No | Yes |
| Moody's Investors Service Press Release | 17 | 2.57 | Yes | Yes |
| Metal Bulletin News Alert Service | 16 | 2.42 | No | Yes |
| Financial Times | 16 | 2.42 | Yes | Yes |
| SNL Metals & Mining Daily: East Edition | 14 | 2.12 | No | No |
| SNL Metals & Mining Daily: West Edition | 14 | 2.12 | No | No |
| American Metal Market | 13 | 1.97 | No | No |
| The Wall Street Journal Online | 11 | 1.66 | Yes | No |
| iCrowdNewswire | 11 | 1.66 | No | No |
| ENP Newswire | 10 | 1.51 | No | No |
| Business Wire | 8 | 1.21 | No | No |
| Metal Bulletin Daily | 7 | 1.06 | No | No |
| ICIS News | 6 | 0.91 | No | No |
| Platts SBB Steel Markets Daily | 6 | 0.91 | No | No |
| CE NoticiasFinancieras | 6 | 0.91 | No | No |
| ACCESSWIRE | 6 | 0.91 | No | No |
| The Northern Miner | 5 | 0.76 | No | No |
| Dow Jones Newswires Chinese (English) | 4 | 0.61 | No | No |
| Valor - International | 4 | 0.61 | No | No |
| Financial Deals Tracker | 4 | 0.61 | No | No |
| Canada Stockwatch | 4 | 0.61 | No | No |
| Business News Americas | 4 | 0.61 | No | No |
| Mining Business Media | 4 | 0.61 | Yes | No |
| PR Newswire Europe | 4 | 0.61 | Yes | No |
| Press Association National Newswire | 4 | 0.61 | No | No |
| U-Wire | 3 | 0.45 | No | No |
| Investor's Business Daily | 3 | 0.45 | No | No |
| SeeNews Deals | 3 | 0.45 | No | No |
| Mining & Minerals | 3 | 0.45 | No | No |
| The Deal | 2 | 0.30 | No | No |
| Journal of Engineering | 2 | 0.30 | No | No |
| MarketWatch | 2 | 0.30 | No | No |
| FARS News Agency | 2 | 0.30 | No | No |
| Electronics Newsweekly | 2 | 0.30 | No | No |
| M&A Navigator | 2 | 0.30 | No | No |
| Class Action Reporter | 2 | 0.30 | No | No |
| Canada NewsWire | 2 | 0.30 | No | No |
| The Canadian Press | 2 | 0.30 | No | No |
| PR Newswire Asia | 2 | 0.30 | Yes | No |

**Exhibit 3**
**Vale S.A.**
**News Stories by Source[1]**
**Class Period: October 27, 2016 to February 6, 2019[2]**

| Source | Number of Articles | Number of Articles As a Percent of All Articles | Is a: Mazumdar Source | Is a: Top 10 Source[3] |
|---|---|---|---|---|
| (1) | (2) | (3) (2) / 661 | (4) | (5) |
| Agencia CMA | 2 | 0.30 % | No | No |
| Agence Marocaine De Presse (MAP) | 2 | 0.30 | No | No |
| SeeNews America | 1 | 0.15 | No | No |
| Company Reports | 1 | 0.15 | No | No |
| The Wall Street Journal (Asia Edition) | 1 | 0.15 | Yes | No |
| Domain-B | 1 | 0.15 | No | No |
| Yemen News Agency (SABA) | 1 | 0.15 | No | No |
| Steel Business Briefing | 1 | 0.15 | No | No |
| Sudan News Agency (SUNA) | 1 | 0.15 | No | No |
| Power | 1 | 0.15 | No | No |
| El Cronista - SABI (Abstracts) | 1 | 0.15 | No | No |
| Sunday Sun | 1 | 0.15 | No | No |
| Emirates News Agency (WAM) | 1 | 0.15 | No | No |
| NPR: Wait Wait...Don't Tell Me | 1 | 0.15 | No | No |
| Calgary Herald | 1 | 0.15 | No | No |
| Engineering & Mining Journal | 1 | 0.15 | No | No |
| MarketLine News and Comment | 1 | 0.15 | No | No |
| The Nigerian Observer | 1 | 0.15 | No | No |
| The Sydney Morning Herald - Online | 1 | 0.15 | No | No |
| London Evening Standard | 1 | 0.15 | No | No |
| WAToday.com.au | 1 | 0.15 | No | No |
| The Age - Online | 1 | 0.15 | No | No |
| Canberra Times | 1 | 0.15 | No | No |
| The Emory Wheel | 1 | 0.15 | No | No |
| Entertainment Newsweekly | 1 | 0.15 | No | No |
| Politics & Government Week | 1 | 0.15 | No | No |
| The Daily Herald | 1 | 0.15 | No | No |
| India Blooms News Service | 1 | 0.15 | No | No |
| Barron's Online | 1 | 0.15 | No | No |
| Associated Press Newswires | 1 | 0.15 | No | No |
| Agência Brasil | 1 | 0.15 | No | No |
| The Australian - Online | 1 | 0.15 | No | No |
| The Wall Street Journal | 1 | 0.15 | Yes | No |
| African Manager | 1 | 0.15 | No | No |
| Al Arabiya | 1 | 0.15 | No | No |
| Al Ghad | 1 | 0.15 | No | No |

**Notes and Sources:**

[1] News stories were obtained through a combined search for news stories categorized as relevant to the company "Vale S.A." by Factiva Dow Jones and a text search for "Vale" in the headline or lead paragraph of articles published between October 27, 2016 and February 6, 2019. The region of the search was limited to the United States and the language was limited to English. The search yielded 661 news stories.

[2] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2013.

**Exhibit 3**
**Vale S.A.**
**News Stories by Source[1]**
**Class Period: October 27, 2016 to February 6, 2019[2]**

| Source | Number of Articles | Number of Articles As a Percent of All Articles | Is a: | |
|---|---|---|---|---|
| | | | Mazumdar Source | Top 10 Source[3] |
| (1) | (2) | (3) | (4) | (5) |
| | | (2) / 661 | | |

[3] Top 10 sources are considered the 10 sources that published the most news stories during the Class Period. As two news contributors, Metal Bulletin News Alert Service and Financial Times, published 16 news stories, equaling the tenth most stories during the Class Period, the top 10 sources have been extended to the top 11 sources as to not exclude one of those sources.

Page 3 of 3

**Exhibit 4**

**Vale S.A.**

**Percentile Analysis of Industry Index Returns on Vale Earnings Dates[1]**

**Class Period: October 27, 2016 to February 6, 2019**

| Earnings Date | S&P Metals and Mining Select Industry Index[2] | | | | S&P Global Natural Resources Metals and Mining Index[3] | | | |
|---|---|---|---|---|---|---|---|---|
| | Return | Percentile | Top/Bottom 25% | Top/Bottom 10% | Return | Percentile | Top/Bottom 25% | Top/Bottom 10% |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| 10/27/2016 | (2.88) % | 3.49 % | Yes | Yes | (1.24) % | 10.30 % | Yes | No |
| 2/23/2017 | (4.07) | 1.40 | Yes | Yes | (0.55) | 26.88 | No | No |
| 4/27/2017 | (2.15) | 7.16 | Yes | Yes | (1.71) | 5.76 | Yes | Yes |
| 7/27/2017 | (1.78) | 11.69 | Yes | No | 0.65 | 71.20 | No | No |
| 10/26/2017 | (1.23) | 18.85 | Yes | No | (0.65) | 24.26 | Yes | No |
| 2/28/2018 | (2.90) | 3.32 | Yes | Yes | (2.36) | 1.92 | Yes | Yes |
| 4/26/2018 | 0.11 | 50.96 | No | No | (0.24) | 38.05 | No | No |
| 7/26/2018 | (0.88) | 23.56 | Yes | No | (0.33) | 34.38 | No | No |
| 10/25/2018 | 1.98 | 91.80 | Yes | Yes | (2.30) | 2.27 | Yes | Yes |
| | | Total Count: | 8 | 5 | | Total Count: | 5 | 3 |

**Notes and Sources:**

Data obtained from Feinstein Class Certification Backup and Mazumdar Decertification Backup.

[1] Percentile ranks were assigned based on the ordering of industry index returns from most negative to positive. "Top/Bottom 25%" shows whether the movement of the index falls within the outer half of movements (i.e., in the top 25% or bottom 25% of movements). "Top/Bottom 10%" shows whether the movement of the index falls within the outer quintile (i.e., in the top 10% or bottom 10% of movements).

[2] The S&P Metals and Mining Select Industry Index was used in the Feinstein Regression for the ADSs.

[3] The S&P Global Natural Resources Metals and Mining Index (as reconstructed by Dr. Mazumdar to remove Vale) was used in the Mazumdar Regression for the ADSs.

**Exhibit 5**
**Vale S.A.**
**Summary of Results for the FDT Test[1]**
**Class Period: October 27, 2016 to February 6, 2019[2]**
*Using Matched Portfolio Regression Results [3], Mazumdar Regression Results [4], and Feinstein Regression Results [5]*

| | ADRs | | Note #1 (91911TAN3) | | | Note #2 (91911TAM5) | | | Note #3 (91911TAP8) | | | Note #4 (91911TAE3) | | | Note #5 (91911TAH6) | | | Note #6 (91911TAK9) | | | Note #7 (91912EAA3) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] | A[3] | B[4] | C[5] |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) |
| **Earnings Dates[6]** | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | | | | | | | | | | | | | | |
| **Mazumdar Sources All** | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | Y | N | N | N | N | N | N |
| **Mazumdar Sources Top 50%[8]** | N | N | N | N | Y [9] | Y | N | Y | N | Y | Y | N | N | N | N | N | Y | Y | Y | Y | N | Y | N |
| **Mazumdar Sources Top 25%[10]** | N | N | N | N | N | Y | Y | N | Y | Y | Y | N | N | N | Y | N | Y | Y | Y | Y | N | N | N |
| **Mazumdar Sources Top 10%[11]** | N | Y | N | N | N | N | Y | N | Y | Y | Y | N | N | Y | N | Y | Y | Y | Y | Y | N | N | N |
| ***Dow Jones Newswires* Using Mazumdar Search Parameters[12]** | | | | | | | | | | | | | | | | | | | | | | | |
| ***DJN* All** | N | Y | N | N | N | Y | Y | N | Y | Y | N | N | N | N | N | N | Y | Y | Y | Y | N | N | N |
| ***DJN* Top 50%[8]** | N | N | N | N | N | Y | Y | N | Y | Y | Y | N | N | Y | N | N | Y | Y | Y | Y | Y | Y | N |
| ***DJN* Top 25%[10]** | Y | Y | N | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| ***DJN* Top 10%[11]** | Y | Y | N | N | N | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | Y | Y | N | N |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Corrected Mazumdar Backup Documents.

Vale ADRs traded on the NYSE, which has trading hours of 9:30 AM ET to 4:00 PM ET for stocks. Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] The FDT Test is used to examine security price movements on news days and non-news days to see if the returns on those days are statistically different. A "N" denotes that the difference in percentage of News and Non-News days with significant excess returns are not different from zero at the 5% significance level. A "Y" denotes that the difference in percentage of News and Non-News days with significant excess returns are different from zero at the 5% significance level. A 5% significance level means that the difference in percentages in column (7) of each securities' News Test Exhibit is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[2] Class Period from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[3] "A" represents FDT Test results using excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[4] "B" represents FDT Test results using excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[5] "C" represents FDT Test results using excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-review event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release, (vii) CQ FD Disclosure, (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET for ADRs, and 5:00 PM ET for Notes 1-7, or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] While the difference from zero is significant at the 5% level, it is in the wrong direction to support a conclusion of market efficiency.

[10] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of news stories on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET for ADRs, and 5:00 PM ET for Notes 1-7, or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET for ADRs, and 5:00 PM ET for Notes 1-7, or when there was news on a non-trading day, the next trading day is considered the effective date.

[12] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for new stories categorized as relevant to the Company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 4:00 PM ET for ADRs, and 5:00 PM ET for Notes 1-7, or when there was news on a non-trading day, the next trading day is considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale ADRs**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 563 | 29 | 5.15 % | (5.15) % | (0.70) | 0.48 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 214 | 11 | 5.14 % | 358 | 18 | 5.03 % | 0.11 % | 0.06 | 0.95 | No |
| **Mazumdar Sources Top 50%[8]** | 97 | 6 | 6.19 % | 475 | 23 | 4.84 % | 1.34 % | 0.55 | 0.58 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 3 | 5.88 % | 521 | 26 | 4.99 % | 0.89 % | 0.28 | 0.78 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 2 | 9.52 % | 551 | 27 | 4.90 % | 4.62 % | 0.95 | 0.34 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 41 | 3 | 7.32 % | 531 | 26 | 4.90 % | 2.42 % | 0.68 | 0.50 | No |
| *DJN* **Top 50%[8]** | 15 | 2 | 13.33 % | 557 | 27 | 4.85 % | 8.49 % | 1.48 | 0.14 | No |
| *DJN* **Top 25%[9]** | 6 | 2 | 33.33 % | 566 | 27 | 4.77 % | 28.56 % | 3.17 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 569 | 28 | 4.92 % | 28.41 % | 2.24 | 0.03 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale ADRs traded on the NYSE, which has trading hours of 9:30 AM ET to 4:00 PM ET for stocks.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "ADS Regression.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-Ks, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale ADRs**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search paraemeters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale ADRs**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 563 | 28 | 4.97 % | (4.97) % | (0.69) | 0.49 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 214 | 10 | 4.67 % | 358 | 18 | 5.03 % | (0.36) % | (0.19) | 0.85 | No |
| **Mazumdar Sources Top 50%[8]** | 97 | 8 | 8.25 % | 475 | 20 | 4.21 % | 4.04 % | 1.68 | 0.09 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 5 | 9.80 % | 521 | 23 | 4.41 % | 5.39 % | 1.70 | 0.09 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 4 | 19.05 % | 551 | 24 | 4.36 % | 14.69 % | 3.06 | 0.00 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 41 | 5 | 12.20 % | 531 | 23 | 4.33 % | 7.86 % | 2.25 | 0.02 | Yes |
| *DJN* **Top 50%[8]** | 15 | 2 | 13.33 % | 557 | 26 | 4.67 % | 8.67 % | 1.53 | 0.12 | No |
| *DJN* **Top 25%[9]** | 6 | 2 | 33.33 % | 566 | 26 | 4.59 % | 28.74 % | 3.25 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 569 | 27 | 4.75 % | 28.59 % | 2.29 | 0.02 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale ADRs traded on the NYSE, which has trading hours of 9:30 AM ET to 4:00 PM ET for stocks.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-Ks, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of

**Exhibit 6b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale ADRs**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search paraemeters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6c-Note 1-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 1 | 11.11 % | 448 | 31 | 6.92 % | 4.19 % | 0.49 | 0.63 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 175 | 11 | 6.29 % | 282 | 21 | 7.45 % | (1.16) % | (0.47) | 0.64 | No |
| **Mazumdar Sources Top 50%[8]** | 73 | 4 | 5.48 % | 384 | 28 | 7.29 % | (1.81) % | (0.56) | 0.58 | No |
| **Mazumdar Sources Top 25%[9]** | 42 | 3 | 7.14 % | 415 | 29 | 6.99 % | 0.15 % | 0.04 | 0.97 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 436 | 29 | 6.65 % | 7.63 % | 1.34 | 0.18 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 32 | 1 | 3.13 % | 425 | 31 | 7.29 % | (4.17) % | (0.89) | 0.37 | No |
| *DJN* **Top 50%[8]** | 10 | 1 | 10.00 % | 447 | 31 | 6.94 % | 3.06 % | 0.38 | 0.71 | No |
| *DJN* **Top 25%[9]** | 6 | 1 | 16.67 % | 451 | 31 | 6.87 % | 9.79 % | 0.93 | 0.35 | No |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 454 | 31 | 6.83 % | 26.51 % | 1.79 | 0.07 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6c-Note 1-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6c-Note 1-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 1 | 11.11 % | 448 | 35 | 7.81 % | 3.30 % | 0.36 | 0.72 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| Mazumdar Sources All | 175 | 13 | 7.43 % | 282 | 23 | 8.16 % | (0.73) % | (0.28) | 0.78 | No |
| Mazumdar Sources Top 50%[8] | 73 | 5 | 6.85 % | 384 | 31 | 8.07 % | (1.22) % | (0.36) | 0.72 | No |
| Mazumdar Sources Top 25%[9] | 42 | 3 | 7.14 % | 415 | 33 | 7.95 % | (0.81) % | (0.19) | 0.85 | No |
| Mazumdar Sources Top 10%[10] | 21 | 3 | 14.29 % | 436 | 33 | 7.57 % | 6.72 % | 1.12 | 0.26 | No |
| *Dow Jones Newswires* Using Mazumdar Search Parameters[11] | | | | | | | | | | |
| *DJN* All | 32 | 1 | 3.13 % | 425 | 35 | 8.24 % | (5.11) % | (1.03) | 0.30 | No |
| *DJN* Top 50%[8] | 10 | 1 | 10.00 % | 447 | 35 | 7.83 % | 2.17 % | 0.25 | 0.80 | No |
| *DJN* Top 25%[9] | 6 | 1 | 16.67 % | 451 | 35 | 7.76 % | 8.91 % | 0.80 | 0.42 | No |
| *DJN* Top 10%[10] | 3 | 1 | 33.33 % | 454 | 35 | 7.71 % | 25.62 % | 1.64 | 0.10 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6c-Note 1-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6c-Note 1-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 8 | 0 | 0.00 % | 385 | 22 | 5.71 % | (5.71) % | (0.70) | 0.49 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| Mazumdar Sources All | 154 | 6 | 3.90 % | 239 | 16 | 6.69 % | (2.80) % | (1.18) | 0.24 | No |
| Mazumdar Sources Top 50%[8] | 64 | 0 | 0.00 % | 329 | 22 | 6.69 % | (6.69) % | (2.13) | 0.03 | Yes [9] |
| Mazumdar Sources Top 25%[10] | 38 | 0 | 0.00 % | 355 | 22 | 6.20 % | (6.20) % | (1.58) | 0.11 | No |
| Mazumdar Sources Top 10%[11] | 19 | 0 | 0.00 % | 374 | 22 | 5.88 % | (5.88) % | (1.09) | 0.28 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[12]** | | | | | | | | | | |
| *DJN* All | 28 | 0 | 0.00 % | 365 | 22 | 6.03 % | (6.03) % | (1.34) | 0.18 | No |
| *DJN* Top 50%[8] | 9 | 0 | 0.00 % | 384 | 22 | 5.73 % | (5.73) % | (0.74) | 0.46 | No |
| *DJN* Top 25%[10] | 5 | 0 | 0.00 % | 388 | 22 | 5.67 % | (5.67) % | (0.55) | 0.58 | No |
| *DJN* Top 10%[11] | 2 | 0 | 0.00 % | 391 | 22 | 5.63 % | (5.63) % | (0.35) | 0.73 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6c-Note 1-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #1 (91911TAN3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] While the difference from zero is significant at the 5% level, it is in the wrong direction to support a conclusion of market efficiency.

[10] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[12] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6d-Note 2-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Number** | **Number with Significant Excess Returns[2]** | **Percent of Days with Significant Excess Returns** | **Total Number** | **Number with Significant Excess Returns[2]** | **Percent of Days with Significant Excess Returns** | **Difference in Percentages** | **z-statistic[3]** | **p-value[4]** | **Difference from Zero at 5% Significance Level?[5]** |
| | **(1)** | **(2)** | **(3) (2) / (1)** | **(4)** | **(5)** | **(6) (5) / (4)** | **(7) (3) - (6)** | **(8)** | **(9)** | **(10)** |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 568 | 21 | 3.70 % | (3.70) % | (0.59) | 0.56 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 213 | 10 | 4.69 % | 364 | 11 | 3.02 % | 1.67 % | 1.04 | 0.30 | No |
| **Mazumdar Sources Top 50%[8]** | 97 | 8 | 8.25 % | 480 | 13 | 2.71 % | 5.54 % | 2.66 | 0.01 | Yes |
| **Mazumdar Sources Top 25%[9]** | 51 | 6 | 11.76 % | 526 | 15 | 2.85 % | 8.91 % | 3.25 | 0.00 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 2 | 9.52 % | 556 | 19 | 3.42 % | 6.11 % | 1.47 | 0.14 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 41 | 4 | 9.76 % | 536 | 17 | 3.17 % | 6.58 % | 2.17 | 0.03 | Yes |
| *DJN* **Top 50%[8]** | 14 | 3 | 21.43 % | 563 | 18 | 3.20 % | 18.23 % | 3.60 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 570 | 19 | 3.33 % | 25.24 % | 3.54 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 574 | 20 | 3.48 % | 29.85 % | 2.75 | 0.01 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6d-Note 2-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6d-Note 2-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 568 | 28 | 4.93 % | (4.93) % | (0.68) | 0.49 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 213 | 11 | 5.16 % | 364 | 17 | 4.67 % | 0.49 % | 0.27 | 0.79 | No |
| **Mazumdar Sources Top 50%[8]** | 97 | 8 | 8.25 % | 480 | 20 | 4.17 % | 4.08 % | 1.71 | 0.09 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 6 | 11.76 % | 526 | 22 | 4.18 % | 7.58 % | 2.41 | 0.02 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 556 | 25 | 4.50 % | 9.79 % | 2.05 | 0.04 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 41 | 5 | 12.20 % | 536 | 23 | 4.29 % | 7.90 % | 2.27 | 0.02 | Yes |
| *DJN* **Top 50%[8]** | 14 | 4 | 28.57 % | 563 | 24 | 4.26 % | 24.31 % | 4.18 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 3 | 42.86 % | 570 | 25 | 4.39 % | 38.47 % | 4.71 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 2 | 66.67 % | 574 | 26 | 4.53 % | 62.14 % | 5.00 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6d-Note 2-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6d-Note 2-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 534 | 30 | 5.62 % | (5.62) % | (0.73) | 0.46 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 202 | 15 | 7.43 % | 341 | 15 | 4.40 % | 3.03 % | 1.49 | 0.14 | No |
| **Mazumdar Sources Top 50%[8]** | 91 | 10 | 10.99 % | 452 | 20 | 4.42 % | 6.56 % | 2.50 | 0.01 | Yes |
| **Mazumdar Sources Top 25%[9]** | 49 | 5 | 10.20 % | 494 | 25 | 5.06 % | 5.14 % | 1.50 | 0.13 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 522 | 27 | 5.17 % | 9.11 % | 1.79 | 0.07 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 39 | 4 | 10.26 % | 504 | 26 | 5.16 % | 5.10 % | 1.34 | 0.18 | No |
| *DJN* **Top 50%[8]** | 13 | 2 | 15.38 % | 530 | 28 | 5.28 % | 10.10 % | 1.57 | 0.12 | No |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 536 | 28 | 5.22 % | 23.35 % | 2.69 | 0.01 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 540 | 29 | 5.37 % | 27.96 % | 2.11 | 0.03 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6d-Note 2-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #2 (91911TAM5)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6e-Note 3-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results[2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 559 | 24 | 4.29 % | (4.29) % | (0.64) | 0.53 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| Mazumdar Sources All | 211 | 10 | 4.74 % | 357 | 14 | 3.92 % | 0.82 % | 0.47 | 0.64 | No |
| Mazumdar Sources Top 50%[8] | 95 | 7 | 7.37 % | 473 | 17 | 3.59 % | 3.77 % | 1.67 | 0.10 | No |
| Mazumdar Sources Top 25%[9] | 51 | 5 | 9.80 % | 517 | 19 | 3.68 % | 6.13 % | 2.08 | 0.04 | Yes |
| Mazumdar Sources Top 10%[10] | 21 | 3 | 14.29 % | 547 | 21 | 3.84 % | 10.45 % | 2.34 | 0.02 | Yes |
| *Dow Jones Newswires* Using Mazumdar Search Parameters[11] | | | | | | | | | | |
| *DJN* All | 41 | 5 | 12.20 % | 527 | 19 | 3.61 % | 8.59 % | 2.63 | 0.01 | Yes |
| *DJN* Top 50%[8] | 14 | 3 | 21.43 % | 554 | 21 | 3.79 % | 17.64 % | 3.24 | 0.00 | Yes |
| *DJN* Top 25%[9] | 7 | 3 | 42.86 % | 561 | 21 | 3.74 % | 39.11 % | 5.11 | 0.00 | Yes |
| *DJN* Top 10%[10] | 3 | 1 | 33.33 % | 565 | 23 | 4.07 % | 29.26 % | 2.51 | 0.01 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6e-Note 3-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6e-Note 3-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 1 | 11.11 % | 559 | 29 | 5.19 % | 5.92 % | 0.79 | 0.43 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 211 | 15 | 7.11 % | 357 | 15 | 4.20 % | 2.91 % | 1.50 | 0.13 | No |
| **Mazumdar Sources Top 50%[8]** | 95 | 12 | 12.63 % | 473 | 18 | 3.81 % | 8.83 % | 3.51 | 0.00 | Yes |
| **Mazumdar Sources Top 25%[9]** | 51 | 8 | 15.69 % | 517 | 22 | 4.26 % | 11.43 % | 3.48 | 0.00 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 6 | 28.57 % | 547 | 24 | 4.39 % | 24.18 % | 4.86 | 0.00 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 41 | 8 | 19.51 % | 527 | 22 | 4.17 % | 15.34 % | 4.23 | 0.00 | Yes |
| *DJN* **Top 50%[8]** | 14 | 4 | 28.57 % | 554 | 26 | 4.69 % | 23.88 % | 3.94 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 4 | 57.14 % | 561 | 26 | 4.63 % | 52.51 % | 6.17 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 2 | 66.67 % | 565 | 28 | 4.96 % | 61.71 % | 4.77 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6e-Note 3-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6e-Note 3-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 1 | 11.11 % | 529 | 29 | 5.48 % | 5.63 % | 0.73 | 0.47 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| Mazumdar Sources All | 201 | 15 | 7.46 % | 337 | 15 | 4.45 % | 3.01 % | 1.47 | 0.14 | No |
| Mazumdar Sources Top 50%[8] | 89 | 10 | 11.24 % | 449 | 20 | 4.45 % | 6.78 % | 2.55 | 0.01 | Yes |
| Mazumdar Sources Top 25%[9] | 49 | 9 | 18.37 % | 489 | 21 | 4.29 % | 14.07 % | 4.09 | 0.00 | Yes |
| Mazumdar Sources Top 10%[10] | 21 | 6 | 28.57 % | 517 | 24 | 4.64 % | 23.93 % | 4.68 | 0.00 | Yes |
| *Dow Jones Newswires* Using Mazumdar Search Parameters[11] | | | | | | | | | | |
| *DJN* All | 39 | 7 | 17.95 % | 499 | 23 | 4.61 % | 13.34 % | 3.50 | 0.00 | Yes |
| *DJN* Top 50%[8] | 13 | 4 | 30.77 % | 525 | 26 | 4.95 % | 25.82 % | 4.01 | 0.00 | Yes |
| *DJN* Top 25%[9] | 7 | 3 | 42.86 % | 531 | 27 | 5.08 % | 37.77 % | 4.33 | 0.00 | Yes |
| *DJN* Top 10%[10] | 3 | 1 | 33.33 % | 535 | 29 | 5.42 % | 27.91 % | 2.10 | 0.04 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6e-Note 3-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #3 (91911TAP8)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6f-Note 4-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 527 | 20 | 3.80 % | (3.80) % | (0.60) | 0.55 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| Mazumdar Sources All | 195 | 8 | 4.10 % | 341 | 12 | 3.52 % | 0.58 % | 0.34 | 0.73 | No |
| Mazumdar Sources Top 50%[8] | 90 | 4 | 4.44 % | 446 | 16 | 3.59 % | 0.86 % | 0.39 | 0.70 | No |
| Mazumdar Sources Top 25%[9] | 48 | 3 | 6.25 % | 488 | 17 | 3.48 % | 2.77 % | 0.96 | 0.33 | No |
| Mazumdar Sources Top 10%[10] | 21 | 2 | 9.52 % | 515 | 18 | 3.50 % | 6.03 % | 1.43 | 0.15 | No |
| *Dow Jones Newswires* Using Mazumdar Search Parameters[11] | | | | | | | | | | |
| *DJN* All | 39 | 1 | 2.56 % | 497 | 19 | 3.82 % | (1.26) % | (0.40) | 0.69 | No |
| *DJN* Top 50%[8] | 14 | 1 | 7.14 % | 522 | 19 | 3.64 % | 3.50 % | 0.68 | 0.49 | No |
| *DJN* Top 25%[9] | 7 | 1 | 14.29 % | 529 | 19 | 3.59 % | 10.69 % | 1.48 | 0.14 | No |
| *DJN* Top 10%[10] | 3 | 1 | 33.33 % | 533 | 19 | 3.56 % | 29.77 % | 2.71 | 0.01 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6f-Note 4-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6f-Note 4-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 527 | 34 | 6.45 % | (6.45) % | (0.79) | 0.43 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 195 | 14 | 7.18 % | 341 | 20 | 5.87 % | 1.31 % | 0.60 | 0.55 | No |
| **Mazumdar Sources Top 50%[8]** | 90 | 7 | 7.78 % | 446 | 27 | 6.05 % | 1.72 % | 0.61 | 0.54 | No |
| **Mazumdar Sources Top 25%[9]** | 48 | 4 | 8.33 % | 488 | 30 | 6.15 % | 2.19 % | 0.59 | 0.55 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 515 | 31 | 6.02 % | 8.27 % | 1.52 | 0.13 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 39 | 4 | 10.26 % | 497 | 30 | 6.04 % | 4.22 % | 1.04 | 0.30 | No |
| *DJN* **Top 50%[8]** | 14 | 4 | 28.57 % | 522 | 30 | 5.75 % | 22.82 % | 3.46 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 529 | 32 | 6.05 % | 22.52 % | 2.43 | 0.02 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 533 | 33 | 6.19 % | 27.14 % | 1.92 | 0.05 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6f-Note 4-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6f-Note 4-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 473 | 20 | 4.23 % | (4.23) % | (0.63) | 0.53 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 176 | 9 | 5.11 % | 306 | 11 | 3.59 % | 1.52 % | 0.81 | 0.42 | No |
| **Mazumdar Sources Top 50%[8]** | 80 | 5 | 6.25 % | 402 | 15 | 3.73 % | 2.52 % | 1.03 | 0.30 | No |
| **Mazumdar Sources Top 25%[9]** | 45 | 3 | 6.67 % | 437 | 17 | 3.89 % | 2.78 % | 0.89 | 0.37 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 461 | 17 | 3.69 % | 10.60 % | 2.38 | 0.02 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 34 | 3 | 8.82 % | 448 | 17 | 3.79 % | 5.03 % | 1.42 | 0.16 | No |
| *DJN* **Top 50%[8]** | 11 | 3 | 27.27 % | 471 | 17 | 3.61 % | 23.66 % | 3.89 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 6 | 2 | 33.33 % | 476 | 18 | 3.78 % | 29.55 % | 3.61 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 479 | 19 | 3.97 % | 29.37 % | 2.54 | 0.01 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6f-Note 4-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #4 (91911TAE3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6g-Note 5-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 557 | 31 | 5.57 % | (5.57) % | (0.73) | 0.47 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 210 | 12 | 5.71 % | 356 | 19 | 5.34 % | 0.38 % | 0.19 | 0.85 | No |
| **Mazumdar Sources Top 50%[8]** | 94 | 8 | 8.51 % | 472 | 23 | 4.87 % | 3.64 % | 1.42 | 0.16 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 6 | 11.76 % | 515 | 25 | 4.85 % | 6.91 % | 2.07 | 0.04 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 545 | 28 | 5.14 % | 9.15 % | 1.81 | 0.07 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 40 | 2 | 5.00 % | 526 | 29 | 5.51 % | (0.51) % | (0.14) | 0.89 | No |
| *DJN* **Top 50%[8]** | 14 | 2 | 14.29 % | 552 | 29 | 5.25 % | 9.03 % | 1.47 | 0.14 | No |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 559 | 29 | 5.19 % | 23.38 % | 2.70 | 0.01 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 563 | 30 | 5.33 % | 28.00 % | 2.13 | 0.03 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6g-Note 5-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
***Using Matched Portfolio Regression Results [2]***

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6g-Note 5-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 557 | 30 | 5.39 % | (5.39) % | (0.72) | 0.47 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 210 | 9 | 4.29 % | 356 | 21 | 5.90 % | (1.61) % | (0.83) | 0.41 | No |
| **Mazumdar Sources Top 50%[8]** | 94 | 8 | 8.51 % | 472 | 22 | 4.66 % | 3.85 % | 1.52 | 0.13 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 5 | 9.80 % | 515 | 25 | 4.85 % | 4.95 % | 1.50 | 0.13 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 545 | 27 | 4.95 % | 9.33 % | 1.87 | 0.06 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 40 | 3 | 7.50 % | 526 | 27 | 5.13 % | 2.37 % | 0.64 | 0.52 | No |
| *DJN* **Top 50%[8]** | 14 | 2 | 14.29 % | 552 | 28 | 5.07 % | 9.21 % | 1.52 | 0.13 | No |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 559 | 28 | 5.01 % | 23.56 % | 2.77 | 0.01 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 563 | 29 | 5.15 % | 28.18 % | 2.17 | 0.03 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6g-Note 5-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6g-Note 5-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 1 | 11.11 % | 523 | 35 | 6.69 % | 4.42 % | 0.52 | 0.60 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 199 | 20 | 10.05 % | 333 | 16 | 4.80 % | 5.25 % | 2.33 | 0.02 | Yes |
| **Mazumdar Sources Top 50%[8]** | 88 | 12 | 13.64 % | 444 | 24 | 5.41 % | 8.23 % | 2.81 | 0.00 | Yes |
| **Mazumdar Sources Top 25%[9]** | 49 | 8 | 16.33 % | 483 | 28 | 5.80 % | 10.53 % | 2.80 | 0.01 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 5 | 23.81 % | 511 | 31 | 6.07 % | 17.74 % | 3.17 | 0.00 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 38 | 6 | 15.79 % | 494 | 30 | 6.07 % | 9.72 % | 2.30 | 0.02 | Yes |
| *DJN* **Top 50%[8]** | 13 | 4 | 30.77 % | 519 | 32 | 6.17 % | 24.60 % | 3.49 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 3 | 42.86 % | 525 | 33 | 6.29 % | 36.57 % | 3.83 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 2 | 66.67 % | 529 | 34 | 6.43 % | 60.24 % | 4.14 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates

**Exhibit 6g-Note 5-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #5 (91911TAH6)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

obtained from the Mazumdar Backup.

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6h-Note 6-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 534 | 27 | 5.06 % | (5.06) % | (0.69) | 0.49 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 208 | 15 | 7.21 % | 335 | 12 | 3.58 % | 3.63 % | 1.89 | 0.06 | No |
| **Mazumdar Sources Top 50%[8]** | 94 | 11 | 11.70 % | 449 | 16 | 3.56 % | 8.14 % | 3.30 | 0.00 | Yes |
| **Mazumdar Sources Top 25%[9]** | 50 | 8 | 16.00 % | 493 | 19 | 3.85 % | 12.15 % | 3.76 | 0.00 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 4 | 19.05 % | 522 | 23 | 4.41 % | 14.64 % | 3.03 | 0.00 | Yes |
| *Dow Jones Newswires* Using Mazumdar Search Parameters[11] | | | | | | | | | | |
| *DJN* All | 40 | 6 | 15.00 % | 503 | 21 | 4.17 % | 10.83 % | 3.03 | 0.00 | Yes |
| *DJN* Top 50%[8] | 14 | 4 | 28.57 % | 529 | 23 | 4.35 % | 24.22 % | 4.12 | 0.00 | Yes |
| *DJN* Top 25%[9] | 7 | 3 | 42.86 % | 536 | 24 | 4.48 % | 38.38 % | 4.64 | 0.00 | Yes |
| *DJN* Top 10%[10] | 3 | 2 | 66.67 % | 540 | 25 | 4.63 % | 62.04 % | 4.93 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6h-Note 6-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6h-Note 6-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 534 | 18 | 3.37 % | (3.37) % | (0.56) | 0.58 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 208 | 10 | 4.81 % | 335 | 8 | 2.39 % | 2.42 % | 1.53 | 0.13 | No |
| **Mazumdar Sources Top 50%[8]** | 94 | 7 | 7.45 % | 449 | 11 | 2.45 % | 5.00 % | 2.46 | 0.01 | Yes |
| **Mazumdar Sources Top 25%[9]** | 50 | 5 | 10.00 % | 493 | 13 | 2.64 % | 7.36 % | 2.77 | 0.01 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 522 | 15 | 2.87 % | 11.41 % | 2.86 | 0.00 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 40 | 5 | 12.50 % | 503 | 13 | 2.58 % | 9.92 % | 3.37 | 0.00 | Yes |
| *DJN* **Top 50%[8]** | 14 | 3 | 21.43 % | 529 | 15 | 2.84 % | 18.59 % | 3.84 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 536 | 16 | 2.99 % | 25.59 % | 3.76 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 540 | 17 | 3.15 % | 30.19 % | 2.91 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumadar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6h-Note 6-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6h-Note 6-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 490 | 30 | 6.12 % | (6.12) % | (0.77) | 0.44 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 194 | 13 | 6.70 % | 305 | 17 | 5.57 % | 1.13 % | 0.52 | 0.61 | No |
| **Mazumdar Sources Top 50%[8]** | 87 | 10 | 11.49 % | 412 | 20 | 4.85 % | 6.64 % | 2.37 | 0.02 | Yes |
| **Mazumdar Sources Top 25%[9]** | 48 | 7 | 14.58 % | 451 | 23 | 5.10 % | 9.48 % | 2.63 | 0.01 | Yes |
| **Mazumdar Sources Top 10%[10]** | 21 | 4 | 19.05 % | 478 | 26 | 5.44 % | 13.61 % | 2.57 | 0.01 | Yes |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 38 | 6 | 15.79 % | 461 | 24 | 5.21 % | 10.58 % | 2.64 | 0.01 | Yes |
| *DJN* **Top 50%[8]** | 13 | 4 | 30.77 % | 486 | 26 | 5.35 % | 25.42 % | 3.81 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 3 | 42.86 % | 492 | 27 | 5.49 % | 37.37 % | 4.13 | 0.00 | Yes |
| *DJN* **Top 10%[10]** | 3 | 2 | 66.67 % | 496 | 28 | 5.65 % | 61.02 % | 4.43 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6h-Note 6-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #6 (91911TAK9)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6i-Note 7-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results[2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| Earnings Dates[6] | 9 | 0 | 0.00 % | 534 | 30 | 5.62 % | (5.62) % | (0.73) | 0.46 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 205 | 13 | 6.34 % | 338 | 17 | 5.03 % | 1.31 % | 0.65 | 0.52 | No |
| **Mazumdar Sources Top 50%[8]** | 90 | 8 | 8.89 % | 453 | 22 | 4.86 % | 4.03 % | 1.53 | 0.13 | No |
| **Mazumdar Sources Top 25%[9]** | 51 | 5 | 9.80 % | 492 | 25 | 5.08 % | 4.72 % | 1.41 | 0.16 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 2 | 9.52 % | 522 | 28 | 5.36 % | 4.16 % | 0.82 | 0.41 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 40 | 3 | 7.50 % | 503 | 27 | 5.37 % | 2.13 % | 0.57 | 0.57 | No |
| *DJN* **Top 50%[8]** | 14 | 3 | 21.43 % | 529 | 27 | 5.10 % | 16.32 % | 2.64 | 0.01 | Yes |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 536 | 28 | 5.22 % | 23.35 % | 2.69 | 0.01 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 540 | 29 | 5.37 % | 27.96 % | 2.11 | 0.03 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Matched Portfolio.xlsx," included in the Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6i-Note 7-a**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Matched Portfolio Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 6i-Note 7-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Mazumdar Regression Results [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 0 | 0.00 % | 534 | 38 | 7.12 % | (7.12) % | (0.83) | 0.41 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 205 | 17 | 8.29 % | 338 | 21 | 6.21 % | 2.08 % | 0.92 | 0.36 | No |
| **Mazumdar Sources Top 50%[8]** | 90 | 13 | 14.44 % | 453 | 25 | 5.52 % | 8.93 % | 3.03 | 0.00 | Yes |
| **Mazumdar Sources Top 25%[9]** | 51 | 6 | 11.76 % | 492 | 32 | 6.50 % | 5.26 % | 1.40 | 0.16 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 522 | 35 | 6.70 % | 7.58 % | 1.34 | 0.18 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 40 | 5 | 12.50 % | 503 | 33 | 6.56 % | 5.94 % | 1.42 | 0.16 | No |
| *DJN* **Top 50%[8]** | 14 | 4 | 28.57 % | 529 | 34 | 6.43 % | 22.14 % | 3.21 | 0.00 | Yes |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 536 | 36 | 6.72 % | 21.86 % | 2.25 | 0.02 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 540 | 37 | 6.85 % | 26.48 % | 1.79 | 0.07 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Corrected Mazumdar Backup Documents.

Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "Mazumdar Regression Model.csv," included in the Corrected Mazumdar Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Corrected Mazumdar Backup.

**Exhibit 6i-Note 7-b**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*__Using Mazumdar Regression Results [2]__*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Corrected Mazumdar Backup Documents.

**Exhibit 6i-Note 7-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results[2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **Earnings Dates[6]** | 9 | 1 | 11.11 % | 485 | 35 | 7.22 % | 3.89 % | 0.45 | 0.66 | No |
| **Mazumdar Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates (Mazumdar Sources)[7]** | | | | | | | | | | |
| **Mazumdar Sources All** | 187 | 12 | 6.42 % | 307 | 24 | 7.82 % | (1.40) % | (0.58) | 0.56 | No |
| **Mazumdar Sources Top 50%[8]** | 82 | 7 | 8.54 % | 412 | 29 | 7.04 % | 1.50 % | 0.48 | 0.63 | No |
| **Mazumdar Sources Top 25%[9]** | 49 | 4 | 8.16 % | 445 | 32 | 7.19 % | 0.97 % | 0.25 | 0.80 | No |
| **Mazumdar Sources Top 10%[10]** | 21 | 3 | 14.29 % | 473 | 33 | 6.98 % | 7.31 % | 1.26 | 0.21 | No |
| *Dow Jones Newswires* **Using Mazumdar Search Parameters[11]** | | | | | | | | | | |
| *DJN* **All** | 37 | 3 | 8.11 % | 457 | 33 | 7.22 % | 0.89 % | 0.20 | 0.84 | No |
| *DJN* **Top 50%[8]** | 13 | 2 | 15.38 % | 481 | 34 | 7.07 % | 8.32 % | 1.14 | 0.26 | No |
| *DJN* **Top 25%[9]** | 7 | 2 | 28.57 % | 487 | 34 | 6.98 % | 21.59 % | 2.18 | 0.03 | Yes |
| *DJN* **Top 10%[10]** | 3 | 1 | 33.33 % | 491 | 35 | 7.13 % | 26.21 % | 1.74 | 0.08 | No |

**Notes and Sources:**
Data obtained from FactSet Research Systems Inc., Feinstein Class Cert Backup Documents, and Mazumdar Backup Documents.
Vale Notes traded on the NYSE, which has trading hours of 8:00 AM ET to 5:00 PM ET for bonds.

[1] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[2] Days for which the excess return was statistically significant at the 5% level. Excess returns obtained from the Excel file "CAAT_Feinstein_00000527.xlsx," included in the Feinstein Class Cert Backup Documents.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as Form 6-K dates, Credit Rating Announcement dates, and Factiva dates. According to paragraph 58.III of the Expert Report of Dr. Sumon C. Mazumdar dated June 26, 2023 ("Mazumdar Report"), Dr. Mazumdar "conducted a news search for value-relevant articles on Vale covered in ten news sources that are included in Factiva, one of the largest news aggregators and archives in the world, that economists routinely use to identify news in peer-reviewed event study research." (Internal and closing footnotes omitted.) According to footnote 66, "[t]he ten sources are: (i) The Wall Street Journal, (ii) Financial Times, (iii) Reuters News, (iv) Dow Jones Industrial News, (v) PR Newswire and five additional sources also compiled by Factiva that my initial review of Factiva indicated systematically captured value-relevant information about Vale, viz., (vi) Moody's Investors Service Press Release (vii) CQ FD Disclosure (viii) RTT News, (ix) Mining Business Media, and (x) theflyonthewall.com[.]" For more information, see Appendix B and Appendix C of the Mazumdar Report. Effective dates obtained from the Mazumdar Backup.

**Exhibit 6i-Note 7-c**
**Vale S.A.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Vale Note #7 (91912EAA3)**
**Class Period: October 27, 2016 to February 6, 2019[1]**
*Using Feinstein Regression Results [2]*

[8] News days are defined as days in the top 50% of all days with news articles from the respective sources, where the number of news articles is greater than the 50th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[9] News days are defined as days in the top 25% of all days with news articles from the respective sources, where the number of news articles is greater than the 75th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 10% of all days with news articles from the respective sources, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Vale published per effective date from October 27, 2016 to February 6, 2019. In other words, days with news stories are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days on which there was at least one news article on Vale published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones using search parameters as defined by the Mazumdar Report. News stories were obtained through a search for news stories categorized as relevant to the company "Vale S.A." and a text search of "Vale" by Factiva Dow Jones between October 27, 2016 and February 6, 2019. The search is limited to English language news from the United States. On days when news came out at or after 5:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Search criteria obtained from the Excel file "Factiva classification.xlsx," included in the Mazumdar Backup Documents.

**Exhibit 7**
**Vale S.A.**
**One-Day Autocorrelation of Daily Log Returns for Bond Indices Used in**
**Mazumdar's Matched Portfolio of Note 7 (91912EAA3)[1]**
**Class Period: October 27, 2016 to February 6, 2019[2]**

| Window | Number of Observations | Autocorrelation in Daily Actual Log Returns[3] | t-statistic[4] | p-value |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| **C8A4 (ICE BofA 15+ Year BBB US Corporate Index)** | | | | |
| **Class Period** | | | | |
| October 27, 2016 to February 6, 2019[2] | 568 | (0.02) | (0.51) | 0.61 |
| | | | | |
| **J8A1 (ICE BofA 15+ Year BB Cash Pay High Yield Index)** | | | | |
| **Class Period** | | | | |
| October 27, 2016 to February 6, 2019[2] | 568 | 0.35 | 6.07 | 0.00 ** |

**Notes and Sources:**

Data obtained from Mazumdar Backup Documents.

[1] ICE BofA Benchmark Bonds price data obtained from the excel file "ICE BofA Benchmarks PRR.csv," included in the Mazumdar Backup Documents. Benchmark bond returns are calculated as $\ln(Price_t / Price_{t-1})$.

[2] Class Period obtained from Vale's Memorandum of Law in Support of Class Decertification dated June 27, 2023.

[3] This is the coefficient of the independent variable in the autocorrelation model.

[4] Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.