# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------x

IN RE:

VALE S.A. SECURITIES            Case No.

LITIGATION                      19-cv-526-RJD-SJB


----------------------------------x

August 24, 2023

9:08 a.m.


VIDEOTAPED DEPOSITION of SUMON MAZUMDAR, taken by Plaintiff, held at the offices of KAPLAN FOX & KILSHEIMER LLP, 800 Third Avenue, New York, New York, before Judith Thaten, a Certified Livenote Reporter and Notary Public of the State of New York.

Page 2

APPEARANCES

ON BEHALF OF PLAINTIFFS
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, New York 10022
BY:  DONALD R. HALL, ESQ.
dhall@kaplanfox.com

ON BEHALF OF DEFENDANTS
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
BY:  CHRISTOPHER M. JORALEMON, ESQ.
cjoralemon@gibsondunn.com
CHASE WEIDNER, ESQ.
cweidner@gibsondunn.com
AMANDA BELLO, ESQ.
abello@gibsondunn.com

ALSO PRESENT:
THIAGO CARDOSO, In-House
Counsel, Vale S.A.

JONATHAN DIFILIPPO, Legal Video
Specialist
Veritext Legal Solutions

Page 4

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except to the form of the question, shall be reserved to the time of trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the court.

* * * *

Page 3

I N D E X

WITNESS                         PAGE
SUMON MAZUMDAR
  Examination by:
    MR. HALL                      7

E X H I B I T S
(Retained by Veritext Legal Solutions)
MAZUMDAR                        PAGE
Exhibit 1  Assessing Market Efficiency for     114
           Reliance on the Fraud on the
           Market Doctrine after Walmart and
           Amgen
Exhibit 2  Expert Report of Dr. Sumon C.       123
           Mazumdar, dated June 26, 2023
Exhibit 3  Search Summary Vale Search          124
Exhibit 4  Credit Suisse equity research       157
           report, dated December 6, 2016
Exhibit 5  Vale June 2017 Form 6-K             168
Exhibit 6  Vale July 2017 Form 6-K             168
Exhibit 7  The Review of Financial Studies     218

Page 5

MAZUMDAR

VIDEOGRAPHER:  Good morning. We're going on the record at 9:08 a.m. on August 24, 2023.

Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of videoed recorded deposition of Sumon Mazumdar in the matter of In re: Vale S.A. Securities Litigation, filed in the United States District Court, Eastern District of New York.  Case number 19-cv-526 RJD SJB.  The location of the deposition is Kaplan Fox and Kilsheimer LLP.

My name is Jon DiFilippo, representing Veritext.  I'm the videographer.  The court reporter

2 (Pages 2 - 5)

Page 6

MAZUMDAR

is Judy Castore from the firm Veritext.

I'm not authorized to administer an oath. I'm not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. HALL: Donald Hall, Kaplan Fox & Kilsheimer LLP, on behalf of CAAT, the lead plaintiff, and the certified class.

MR. JORALEMON: Good morning, everyone. Chris Joralemon of Gibson Dunn. I am here today on behalf of defendants as well as

Page 7

MAZUMDAR

the witness. I am joined by my colleagues Amanda Bello and Chase Weidner, as well as Thiago Cardoso with Vale.

VIDEOGRAPHER: Will the court reporter please swear in the conditions, and then counsel may proceed.

S-U-M-O-N  M-A-Z-U-M-D-A-R,

Having been duly sworn by a Notary Public within and for the State of New York, stated an address as 650 California Street, 23rd Floor, San Francisco, California, was examined and testified as follows:

EXAMINATION BY MR. HALL:

Q   Good morning, Dr. Mazumdar. How are you doing today?

A   I'm doing well. How are you?

Q   So as you heard, my name is Donny Hall. We represent plaintiffs and the class in this action. And I will be asking you questions today in your deposition.

Have you ever had your

Page 8

MAZUMDAR

deposition taken before?

A   I have.

Q   How many times?

A   Twice.

Q   And do you recall the names of those cases?

A   I recall one name because it was recent.

Q   Is that Advance Auto Parts?

A   That is correct.

Q   So just some rules that you are probably familiar with.

I will be asking questions today. Please let me finish my questions. I will try to let you finish your answer before I ask the next question.

We have to give verbal responses so that the court reporter can take it down. And your counsel may object. And unless instructed otherwise, you should be prepared to answer the question.

If you need to take any

Page 9

MAZUMDAR

breaks today at any time, just let us know. And once that pending question is done, we'll take a break. We generally try to take a break about once every hour or so, so we will see how that goes. But if you need to take a break, just let us know.

And is there any reason today that you don't think you could testify truthfully?

A   No.

Q   What did you do to prepare for your deposition today?

A   Well, I met with the Gibson Dunn team yesterday.

Q   That's the team sitting in this room?

A   Yes, except Mr. Cardoso.

Q   Okay. And were there other attorneys in the room other than the three sitting here today?

A   No.

Q   Did you speak to anyone else about your depo?

3 (Pages 6 - 9)

Page 10

MAZUMDAR

A   Well, I informed my wife that I was coming to New York for a deposition.

Q   Did you talk to anyone at Analyst Group about your depo?

A   Well, there was a colleague of mine who was helping me as well, and he was there at the meeting yesterday.

Q   Okay.

And what is the colleague's name?

A   Hadrien Vasdeboncoeur.  Do you want that to spell that?

Hadrien is H-A-D-R-E-I-N [sic].  Vasdeboncoeur, V-A-S-D-E-B-O-N-C-O-E-U-R.

Q   In hours, how long do you believe you -- well, withdrawn.

How many hours did you use to prepare for the deposition today?

A   Do you mean with counsel?

Q   Just in general, how many hours did you spend?

A   I spent I think it was four,

Page 11

MAZUMDAR

five hours yesterday.

Q   Any other time you spent preparing for the depo today?

A   Yes.  I have been reading my materials.  So I would say over the last week or so I spent I would say 30, 40 hours.

Q   Okay.

And when you mentioned your "materials," you are talking about the report and the associated documents that you submitted in this case?

A   Correct.

Q   In your review of your report, do you notice any errors that you would like to correct before we get started today?

A   No.

Q   Okay.

In your review of materials associated with your report, did you identify anything --

(Clarification by the reporter.)

Page 12

MAZUMDAR

Q   In your review of the materials related to your report, did you identify anything new that had not been previously turned over to counsel?

A   No.

Q   Okay.

When did you first become aware of this action against Vale regarding the 2019 dam failure?

A   Earlier this year.

I would say around February.

Q   And how did you first learn of the litigation?

A   Colleagues at Analysis Group contacted me and informed me that there was a possibility that counsel may request my services and would I be interested.

Q   What colleagues at Analysis Group?

A   There were three.  There was Mark Egland, Ahmer Nabi, and Kevin Gold.

Q   And do you know how they

Page 13

MAZUMDAR

became aware of the litigation?

A   I do not.

Q   And once they asked you -- well, strike that.

Once you were informed that counsel may want your assistance in this litigation, did you do anything to familiarize yourself with the litigation?

A   I believe I was introduced to counsel and spoke to them, and I believe they gave me a general understanding of why they needed -- or what they might be interested in retaining me for.  And after that, I read some of the related documents.

Q   Do you recall which related documents you read?

A   I believe I read the R&R and the court order.

Q   Okay.  Did you read the complaint in the litigation?

A   I believe I might have.

Q   Okay.  Did you read any of

4 (Pages 10 - 13)

Page 14

MAZUMDAR

the prior expert reports that have been submitted in this litigation?

A    Not at that stage.

Q    Do you recall when you read those reports, if ever?

A    I did read them eventually.

Q    Do you recall when?

A    No, I do not.
In the course of authoring my report, at some point.

Q    Right.
Did you speak to anyone other than counsel related about the possibility of being retained in this litigation?

A    I mentioned my colleagues at Analysis Group.

Q    Anyone else at Analysis Group?

A    Not at that juncture, no.

Q    Did you -- withdrawn.
Are you familiar with Walter Torous?  The name?

A    I know Walter.

Page 15

MAZUMDAR

Q    Okay.  Have you spoken to Walter Torous about this litigation?

A    I have not.

Q    Are you familiar with Glenn Hubbard?

A    I am.

Q    Have you spoken to Mr. Hubbard about this litigation?

A    I have not.

Q    And at what point did you agree to be retained in this litigation on behalf of Vale?

A    I think at some point after the conversation I had with the Gibson Dunn attorneys, I was told that they would be interested in retaining me, and I agreed.  I can't give you the exact date.

Q    That's fine.
Do you recall what your assignment was when you were retained?

A    It's the assignment I mention in my report.

Q    Right.  But do you recall it,

Page 16

MAZUMDAR

sitting here today?

A    Yes.

Q    What was that?

A    It was to discuss whether or not the Vale Securities at issue created efficiently throughout the class period.  That was the primary opinion that they were asking me to assess.
And they were also asking me to discuss whether or not indirect indicia --
(Clarification by the reporter.)

A    -- of market efficiency have probative value in assessing efficiency, as a matter of economic reasoning.

Q    Do you know why you were asked to judge the indirect markers -- indicia, as you call them, of market efficiency?

A    I do not.

Q    Are you aware that that item

Page 17

MAZUMDAR

was litigated previously in this case?

A    Yes.

Q    Okay.  And you recall that from reading the R&R and the opinion in this case?

A    That is correct.

Q    Have you ever submitted a report as a testifying expert in any other case regarding market efficiency?

A    I have.

Q    In what case?

A    In AAP.
(Clarification by the reporter.)

A    Advanced Auto Parts.

Q    Any other case?

A    I have not authored expert reports in market efficiency, personally, in any other case, that I can recall sitting here today.

Q    And in the report in this litigation, you prepared what is called an "event study"; is that correct?

A    Yes.

5 (Pages 14 - 17)

Page 18

MAZUMDAR

Q   Okay.  In the Advanced Auto Parts litigation, did you prepare an event study?

A   I was not asked to do so, for the assignment was quite different.

Q   Okay.  Have you ever prepared an event study as part of a report you submitted as a testifying expert?

A   Yes.

Q   In what case is that?

A   I believe there was a case involving loss causation and damages a long time ago.

Q   And you were the testifying expert in that case?

A   I was.

Q   Did that event study concern market efficiency?

A   No.

Q   So would it be fair to say that this is the first time you've ever submitted an event study related to market efficiency in any litigation as a testifying expert?

Page 19

MAZUMDAR

A   Yes.

Q   How long after being retained in this matter did you start to prepare your report?

A   Soon after, but I don't recall the exact period.

Q   Did you review any additional reports or -- withdrawn.

Did you review any additional information prior to starting your report in this litigation other than what you had mentioned before?

A   Could you remind me what I mentioned before?

Q   I believe you mentioned the R&R and the opinion.  And that at some point in time -- but you didn't say at that time -- that you reviewed the complaint.

A   Right.  So at some point as I began thinking about the report, I certainly reviewed other materials, which includes the complaint, the R&R, and the order again, some of the expert

Page 20

MAZUMDAR

reports that had been submitted, and of course the academic literature and event studies, which I was already very familiar with having published in that area.

Q   When you say "experts," are you referring to the reports that Dr. Feinstein prepared in this matter?

A   Yes.

Q   And the ones that Dr. Torous prepared in this matter?

A   I believe I looked at one such report from Torous.

Q   Were those the reports from 2021?

A   I don't recall the dates of the reports.  They were mentioned in my documents.

Q   We'll get to that later.  So, yeah, I'm just asking you, sitting here now, and we'll go through some of that in more detail.

So once you re-reviewed the R&R and the order and reviewed the

Page 21

MAZUMDAR

complaint and the previous expert reports and some of the academic literature that you're already familiar with, can you walk me through the steps that you took to start your analysis in this case?

A   Well, I reviewed the assignment.  And based on the assignment, I instructed colleagues at Analysis Group, working under my direction and supervision, to conduct various empirical analyses of the question of market securities of Vale Securities throughout the class period.

Q   Okay.  And which colleagues were those?

A   In addition to Hadrien, who I mentioned earlier, and Ahmer and Kevin, who I mentioned earlier, two others come to mind; Ilona Mostipan, I-L-O-N-A, M-O-S-T-I-P-A-N, and Mykyta, M-Y-K-Y-T-A, Bilyi, B-I-L-K-Y-I [sic].

I'm not entirely sure about the spelling of that last one right.

6 (Pages 18 - 21)

Page 22

MAZUMDAR

Q   And what empirical analyses did you ask them to conduct?

A   Various event studies, which have ultimately made their way into the report and are represented in exhibits in my report.

Q   Okay.  And what is an event study?

A   An event study is a test of market efficiency.  It's a direct test of what is called the semi-strong form market efficiency.  And it essentially examines whether -- I will call it a stock, but a security, whether its price reacts in a statistically significant manner following some identified event.

And by "statistical significance," one means whether the observed abnormal return of that security following the event is unusually large, given the historical volatility of that abnormal return over what is referred to as "the estimation

Page 23

MAZUMDAR

window."

And the detection of whether that abnormal return was, indeed, statistically significant or not is typically measured with the certain degree of confidence using a statistical technical term.

That statistical confidence level that is commonly adhered to is 95 percent.

Therefore, if the abnormal return exceeds its historical volatility of the average variation by a certain critical threshold that is related to the confidence level selected, then one could deem that abnormal return to be statistically significant, according to well-established econometric and economic principles of event studies.

Q   And what did you mean my "confidence level"?

A   It's a statistical term.  It identifies the threshold that one

Page 24

MAZUMDAR

requires to rule out the possibility that the abnormal return observed following the event at issue was not due to chance alone.

Q   And is that determined by calculating what's called a "t-statistic," in part?

A   Could you repeat your question, please?

Q   I said is the confidence level something that is determined by calculating the t-statistic?

A   No.

Q   I believe in your report, you refer to something called a t-statistic, which is a 1.96, I think you have to meet, to get your 95 percent confidence level.

Does that ring a bell?

A   That rings a bell.

Q   Okay.

A   But the question you asked doesn't make sense.

Q   Okay.  What's a

Page 25

MAZUMDAR

"t-statistic"?

A   It's a ratio.

Q   Of what?

A   Of the abnormal return to the standard error.

Q   Okay.  And what is it used for in the -- when you conduct an event study?

A   To detect whether the observed abnormal return is statistically significant or not.

Q   And are there different levels of whether or not it's statistically significant or not?

A   Different levels of what?

Q   Confidence levels.

A   Yes.  You could use the conventional 95 percent, or you could use a different level than 95 percent.

Q   And the 95 percent corresponds with the t-statistic of 1.96; correct?  Either negative or positive?

A   That is correct.

7 (Pages 22 - 25)

Page 26

MAZUMDAR

Q   Okay.

You referred a number of times to an identified event.  What did you mean by that?

A   Could you tell me specifically where, which point in my report, I'm referring to that?

Q   I'm talking about your answer you just gave me.

MR. JORALEMON:  Concerning event study.

A   An event study, the first principal of an event study is you're trying to find whether or not the securities price reacts to an event.  And in the vast literature in event studies, that event could vary.

One of the most common tests of event studies in the academic literature, for instance, the event at issue are earnings announcements.  Because earnings announcements are considered to be high-information content events.  And so there are

Page 27

MAZUMDAR

dozens, if not more, academic studies that consider the event in such studies to be earnings announcements.  But one could study other events, depending on the nature of the inquiry.

Q   What did you study in your event study in this case?

A   Well, among others things, I studied earnings announcements.

Q   What else?

A   I studied production announcements.  I studied credit ratings announcements.  And then I studied a whole host of other value relevant news releases.

Q   Including 6-Ks?

A   Including 6-Ks.

Q   And including information gathered from a news search?  I think you called it a Factiva search.

A   Factiva is the commonly known database that once looks at.

Q   Okay.

A   And I did, in fact, look at

Page 28

MAZUMDAR

news articles from Factiva, in addition to 6-Ks and credit rating announcements.

Q   Did you actually read the text of the news articles, or did you have your team run a printout of the headlines of those news articles?

A   Well, I have described the methodology in great detail in my appendix.

So if you'd like, we can turn to my appendix, and I could walk you through the exact steps that I and my team did.

Q   I'm not asking you that.  I'm asking you whether you actually read the text of the news articles or just the headlines of the news articles.

A   So as I have explained in my appendix, my initial search was based on headlines.  And if the headlines were duplicative, then I didn't consider that news to be probative, because one of the important features

Page 29

MAZUMDAR

of an event study is it should be the first news release.

I also isolated articles that weren't about Vale but related to companies where the news wouldn't affect Vale's Securities price.

And having done that, and removed many of the Factiva articles that were initially pulled, I compared the remaining set to the Form 6-Ks that Vale had also issued which Vale considered to be material.

And I made sure that by doing that reconciliation, as I referred it as in my appendix, that I removed stale information, either through 6-K or Factiva article.

At the end of that exercise, I identified, I guess, about 70-odd Factiva articles that identified news days.  And those were not on days when there was also a 6-K issue.

So from those 75 articles, I identified about 54 additional news

8 (Pages 26 - 29)

Page 30

MAZUMDAR

dates because there were more than one Factiva article on some days. So the number of news dates on which the event study would be run was less than the number of articles.

For those 54 Factiva dates, news dates, went back and read those articles that identified those as additional possible news days for inquiry and confirmed that they were all potentially value relevant.

And then ultimately to ensure the robustness of my basis conclusions, I ran my analysis by identifying those Factiva dates as news dates in one set of analysis. And then as a sensitivity analysis, I removed those as news dates and considered them to be nonnews dates.

Q   Okay. Thank you for that answer.

But can you answer the question of whether or not you actually read all the news articles that are

Page 31

MAZUMDAR

listed in your report, the text of the article? Or did you just read the headlines?

MR. JORALEMON: Object to form. He did answer that, among other things.

MR. HALL: He did not.

Q   You could answer my question, please.

A   I answered the relevant Factiva articles. And by "relevant," I mean the articles that then identified additional news days for event study analysis.

Q   And you printed out those articles and read them or read them online, the substance of the article?

A   That is correct.

Q   Okay. Why didn't you produce them in your backup materials?

A   I believe all the articles that I have mentioned have been listed in the documents considered.

Q   I know they're listed, but,

Page 32

MAZUMDAR

for example, you produced copies of credit ratings reports, the full report. You did not produce the full text of any of the articles that you claim to have read.

A   I believe there is an exhibit in my report that identifies news dates, and it also identifies the source of those news dates.

So in certain instances, if you review that exhibit closely, you will find that the only marker for that date to be considered a news day is a Factiva date.

If you go through that exhibit closely, you will identify, I believe, about 70-odd that are those Factiva articles that then led me to identify 54 Factiva dates, news dates. So I believe I have completely explained my methodology. And those articles, the dates of those articles, the headlines of those articles, have been produced and can be pulled from

Page 33

MAZUMDAR

Factiva.

Q   Okay. All right. We'll get to that.

What was your purpose of reviewing those articles?

A   To identify news dates.

Q   And what do you mean by "news dates"?

A   Well, as I believe I say in paragraph 23 of my report, security prices generally reflect the present value future cash flows, discounted for the time of the delay and the risk associated with such cash flows.

So value-relevant news to me, as an economist, would be new information that would affect investors' expectations about such factors; namely, the timing and the size of these expected future cash flows and the relevant risk measure to use to discount those cash flows to the present.

Q   Was part of that review to

9 (Pages 30 - 33)

Page 34

MAZUMDAR

remove what you call "stale information"?

A   Could you repeat your question, sir?

Q   Was part of that review to remove news days that had, what you call, "stale information"?

A   Part of which review?

Q   The review of the articles that we're talking about right now.

A   It wasn't just part of that review, it was part of the entire review of all news sources that I ensured there was no stale information.

So, for instance, when I looked at the Form 6-K dates, I ensured that the Form 6-Ks did not replicate information that was already in the public domain.

Q   What do you mean by "stale information," as you use it in your report?

A   Information that is obviously duplicative of prior releases.

Page 35

MAZUMDAR

Q   And you removed such information from your event study?

A   I removed such information releases from the list of news days that I considered for my event study.

Q   And 6-Ks, correct?

A   Sorry, could you repeat your question?

Q   You also removed some 6-Ks as stale information, correct?

A   As stale information and other reason.

Q   What were the other reasons?

A   Well, there was some 6-Ks that were clearly not value relevant in the manner that I defined the term.

For example, there was 6-Ks that simply announced that Vale would have a meeting of its board in the future.

Q   What about immaterial information, is that part of your review prior to conducting your event study also?

Page 36

MAZUMDAR

MR. JORALEMON:  Object to the form.

A   I don't understand the term.

Q   "Immaterial"?  Information that's not material.

A   Well, I understand.  That's a tautology, sir, if you don't me saying so.

Could you describe what you mean by "immaterial" in this connection?

Q   As you use it in your report, the term, which you said you reviewed yesterday and spent 30 to 40 hours preparing for?

A   The term "immaterial" is a statistical observation in this context.  So I reviewed all information that I considered probative, possibly news, possibly relevant for my event study.  And then I objectively examined whether the price reacted to such information or not -- to such news, rather, than information or not.

Page 37

MAZUMDAR

Q   Does value-relevant news have to be material news?

MR. JORALEMON:  Object to the form.

A   Well, that's the essence of an unit study.  It identifies whether the information was material or not.

Q   Okay.

If information was immaterial, what would you expect to happen when you examined that event?

A   I presume you are talking about news rather than information.  I would like to draw that distinction.

Q   How do you draw that distinction?

A   Well, information could be stale.  News, hopefully, is not.  It's new information.

Q   News can't be stale news?

A   No.  Then it would be stale information.

Q   Okay.

A   By definition, "news" has to

10 (Pages 34 - 37)

Page 38

MAZUMDAR

be new. Otherwise, I guess you call it "olds."

Q I have to say that sounds like a tautology.

A Well, it is literally the definition of news. It is expected to be a random, new, unexpected event.

So to the extent that I've looked at information, I've looked at -- as I said, I pruned out information that was previously released for the purposes of my event study. And then I have examined whether the security price reacted to such news.

Q So when you use the term "news" --

A Yes.

Q -- could you please tell me what you mean by that?

A I believe I just did, sir, but I will repeat it.

Q Yes.

A It is new potentially

Page 39

MAZUMDAR

value-relevant information that was not previously released.

Q Okay. And how do you decide if it is value relevant?

A Okay. Well, that depends on the source of information that I have looked at.

My first source, the primary source, are the 6-Ks, where I am doing it in an objective manner. 6-Ks have been the subject of event study inquiry, or 8-Ks, which are analogous. They're required by the SEC of companies to reveal material new information to investors, as well as other sources.

But the primary set of information that I looked at was 6-Ks, as Dr. Feinstein also has done in other cases. In addition to that, I looked at -- strike that.

The set of news dates that I got from the Form 6-Ks included dates such as earnings announcement dates,

Page 40

MAZUMDAR

production announcement dates that the company announced as material new information.

And, again, as I have mentioned earlier, earnings announcement dates are routinely the subject of event studies. And Dr. Feinstein has done that in other reports.

And then I looked at credit rating dates, because credit ratings also have been subject to event-study analysis as potentially newsworthy, noteworthy events.

And finally, I also looked at Factiva articles, which eventually resulted in 54 additional dates, the bulk of which related to analyst upgrades or downgrades of the stock, and announcements, and some discussion by the CEO and executives of Vale about the company's prospects, which, to me, as an economist, are potentially newsworthy.

Page 41

MAZUMDAR

Q Okay. But not all 6-Ks here were material information --

(Clarification by the reporter.)

Q -- because you testified you eliminated some of them?

A Correct.

Q Okay.

If stale information is released to the market, should the company stock price respond?

MR. JORALEMON: Object to the form.

A Not if the security trades in an efficient market.

Q Should the market react to immaterial information that's released, in an efficient market?

A Well, you run an event study to detect whether the security has reacted to the news that you have identified for the purposes of that event study. If the price reaction is not statistically significant, then you

11 (Pages 38 - 41)

Page 42

MAZUMDAR

would deem that price -- then you would deem that news to be immaterial.

You cannot, in other words, claim some news is material or immaterial based on some subjective post-stock analysis.

Q   Haven't you written articles that said that you should remove immaterial information prior to conducting an event study?

A   Which article are you referring to, sir?

Q   I'm asking you if you recall writing any articles that said that. We'll get to your articles.

A   I may have.

Q   Okay.  Do you recall saying that in your report and citing to one of your articles?

A   I do.

Q   Okay.  That you should remove immaterial information prior to conducting the event study?

A   Right.  I was specifically

Page 43

MAZUMDAR

referring to doing that in the context of a collective event study where, if you were to start with just a Factiva news search, you would get hundreds of articles, many of which would be stale and you would have to be more careful in identifying such stale information and removing them because, by definition, such stale information would be immaterial.

Q   Okay.

It would be immaterial because it had been previously disclosed to the market?

A   That is correct, among other things.

Q   What other things?

A   Well, it could be, for instance, articles that simply mention that Vale's stock went up two days ago, or that there was a news about the board of directors meeting five days later.  Such information would not be material from a value-relevant

Page 44

MAZUMDAR

perspective.

Q   So in some sense, you at least have to look at the information and material -- withdrawn.

I will not use the term "material" in that question. Withdrawn.

So in some sense, you have to look at the information to determine whether or not it was material before you conduct your event study?

A   Well, the headlines will let you know whether these -- the news articles, and I assume you are talking about the Factiva news in this case, because the Form 6-Ks, there is a whole description of what the 6-K is about.

Q   But you eliminated some 6-Ks.

A   Yes.  Well, you --

Q   So they're not all material?

A   Sorry about this.  Was your question related to the 6-Ks?

Q   It was related to all information you looked at.

Page 45

MAZUMDAR

A   Okay.  So let me start with the 6-Ks, then.

As I have said in my exhibit, in my appendix, I looked at the 6-Ks and I found certain 6-Ks was stale, in the sense that they were duplicative of prior 6-Ks.  Those would be immaterial. So I removed those.

There were other 6-Ks that mentioned administrative items, such as an upcoming meeting.  I removed those as immaterial.

Q   Okay.  Now let's move to the Factiva news articles.

How did you determine what to remove as immaterial for those?

A   Well, since the Form 6-Ks were the starting point of my identification of news days, I looked to identify additional possible value-relevant information that was not directly released by the company but released from other sources, such as analysts, for example, that might have

12 (Pages 42 - 45)

Page 46

MAZUMDAR

been picked up in the public press.

In doing so, I used a set of news sources that Factiva includes, such as Dow Jones and various other sources that are listed in my appendix, and I identified a set of Factiva articles. I then matched, reconciled them or matched them to the set of Form 6-Ks because in many occasions the article was published in the same day as the 6-K.

In such cases, these Factiva articles didn't matter because they weren't identifying an additional news day for the purposes of an event study.

Having done that reconciliation, I was left with approximately 70 Factiva articles, which are identified in my appendix in my exhibit, based on which -- and several of those were on the same day.

So accounting for that duplication of news on certain dates, not the same news but identification of

Page 47

MAZUMDAR

news dates, I was left with 54 additional possible news days.

For those, I went back and I read those articles, and my team read those articles, to ensure that these were potentially value relevant. And then I conducted my event study based on the superset of these various sorts of news; namely, the 6-K news, the incremental news from Factiva articles, and I believe five credit rating announcements that were not included, three of them were not included in either 6-Ks or Factiva.

And ultimately I ended up, I believe, 214 possible news days, in what I refer to as the "all news days analysis."

I then redid my analysis by removing the 54 Factiva dates that I mentioned earlier. In that instance, I treated those 54 Factiva dates as nonnews dates.

Q   Okay. What criteria did you

Page 48

MAZUMDAR

use to determine that the 54 Factiva news days were value relevant?

A   I believe I just answered that question.

Q   I don't believe you did. So could you please explain it to me again.

And I am focusing -- I want the criteria that you and your staff used to determine how -- determine whether the 54 Factiva days, as you referred to them, that did not occur on 6-K days was value relevant.

A   Right. So as I said in my appendix, which I'm happy to go over, I initially scrolled through all Factiva news articles.

Q   I'm not talking about all. I'm talking about 54.

You said in your answer, just now, that once you got the 54 days that were not 6-K days, you went back and you review those articles to determine whether they were value relevant.

Page 49

MAZUMDAR

What criteria did you use in reviewing those 54 days in those articles?

A   Right. I identified a set of Factiva dates or Factiva articles that were potentially value relevant, matched them with the Form 6-Ks, and found many of them were, indeed, value relevant, but they had already been mentioned in 6-Ks. So these didn't count as incremental news.

I then identified about 75 articles which were not issued on the same dates as 6-Ks. So you might consider those articles to be the incremental news articles. As some of those were issued on the same day, you get 54 news dates.

So I wanted to clarify that. I didn't have 54 articles. I had 70-odd articles that resulted in incrementally identifying 54 Factiva news dates.

Q   Okay.

13 (Pages 46 - 49)

Page 50

MAZUMDAR

A   I then went back and reviewed those 70-odd to identify, to examine as a robustness, if any of these were clearly not value relevant.

By "value relevant," I mean information that is being released to the markets that could affect investors' views about the markets' future cash flows, net of costs, the timing of those cash flows, and the risks associated with those cash flows.

That's a subjective assessment. But as I said, numerous of those incremental news articles that resulted in the identification of 54 Factiva dates related to analysts' recommendations, or changes in analyst recommendations, several referred to remarks by the company's executives, about the company's future prospects, which, to me, as an experienced economist, is value relevant to investors.

But recognizing that this

Page 51

MAZUMDAR

includes a certain degree of subjectivity, and I want to be as objective as I possibly can for the Court's benefit, I redid these analyses that I have done by treating these Factiva dates as nonnews dates.

Q   I understand that. And thanks for the clarification of the 54 and 70.

So those articles for those 54 new news days, was there a set of criteria that you were using in determining whether or not they were value relevant, or was it just you personally reviewing them and making the decision?

MR. JORALEMON:  Object to the form.

A   The set of criteria would be the negative of that; are these articles obviously not value relevant?

Q   And what's the criteria for that?

A   For example, if the CEO took

Page 52

MAZUMDAR

his dog out for a walk.

If there was an article like that, I would consider that not to be value relevant.

Q   Okay. Did you do the same thing for 6-Ks?

A   I believe --

MR. JORALEMON:  Object to the form.

A   For 6-Ks, there is more assurance that the information being released is material to investors because it's my understanding that both the SEC presumptively assumes that companies will release material information for investors' benefit through 6-Ks and 8-Ks, and the company -- and I believe that's a requirement of the SEC -- and the company identifies such material information that it believes is required to be issued through 6-Ks.

So in that sense, I rely on the company's judgment and the SEC's

Page 53

MAZUMDAR

guidelines to deem these information to be material to start with.

But to the extent that the information was repeated in an earlier 6-K, I discarded the latter one, as that was stale.

Q   But you also discarded other 6-Ks that weren't stale information, correct?

A   Based on the criteria that these were administrative in nature, such as upcoming meeting announcements.

Q   But isn't that something that the company determined it was material and needed to be disclosed in the 6-K?

MR. JORALEMON:  Object to form.

A   The company decided it was material to investors to know when the meeting would occur, but as I mentioned earlier, I'm identifying value-relevant information.

So to the extent that there is some degree of subjectivity in that

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 54

MAZUMDAR

instance, I decided that informing investors of an upcoming meeting calendar is not value relevant to informing investors about future cash flows.

Q   Okay.  So you made some determination that overrode the company's determination that information was material in determining whether or not 6-Ks were value relevant?

MR. JORALEMON:  Object to the form.

A   In so far as I have explained in my appendix, the answer would be yes.

Q   Okay.  But other than --
withdrawn.

But you didn't look at the other 6-Ks to determine whether the company's determination to something was material also met your definition of value-relevant material, correct?

A   That's not correct.

Page 55

MAZUMDAR

Q   It's not correct?

It --

A   It is not.

Q   What did you do?

A   I ensured that they were not stale.

Q   Okay.  And by "stale," you mean released in a previous 6-K?

A   Or subsequent to my Factiva analysis previously disclosed to the public through a third-party news source.

Q   Okay.  So other than what you deem to be non-value-relevant administrative issues, and what you deem to be stale information, did you review any of the other 6-Ks to determine whether or not the company's use of material met your criteria to be value-relevant news?

A   I don't recall.  I will have to look at my appendix to answer that question.

Q   All right.  We'll get there.

Page 56

MAZUMDAR

We'll get to that later.

THE WITNESS:  Could we take a break now?

MR. HALL:  Sure.

VIDEOGRAPHER:  Time is 10:01 a.m.  We're off the record.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER:  The time is 10:15 a.m.  We're back on the record.

You may proceed.

Q   If value-relevant news that the market deems positive is released, what would you expect to happen to a company's securities price in an efficient market?

A   You would expect the direction of the security price reaction to be positive, but the abnormal return could well be negative.

Q   Why in an efficient market?

A   Because that's the nature of statistical analysis.  Abnormal return

Page 57

MAZUMDAR

is a statistical concept.

Q   So is that an example of something being in the 5 percent?  When you said 95 percent confidence level --
withdrawn.

When you said 95 percent confidence level earlier, what's the other 5 percent?

A   If the statistical confidence level is 95 percent, then there remains a 5 percent chance that you may find the abnormal return to be statistically insignificant --

Q   And so that --

A   -- when, in fact, it was significant.

Q   So in the answer to my previous question, you said you would expect it to be, but the stock price, securities price to increase, but that it could be negative abnormal return.

Is that because you were putting in that 5 percent bucket?

A   No.

15 (Pages 54 - 57)

Page 58

MAZUMDAR

Q   Then why would you -- why could it be a negative abnormal return?

A   By definition, an "abnormal return" is a random variable.

Q   Well, let's go back.

Please define "abnormal return," as you used it in your report in the event study.

A   It's the difference when the securities observed return. And an estimated return based on the securities historical relationship with market factors.

Q   And is part of that attempting to isolate company-specific news and judging the abnormal return as it relates to the predictive return?

MR. JORALEMON:  Object to form.

A   It's a calculation of the difference of one number to another number. The first number is the securities return on a given day. And the second number is the securities

Page 59

MAZUMDAR

expected return for that day, which is based on the securities historical relationship between its observed returns and certain changes in market factors historically.

Q   But is it the predictive return is something that you use different indices in your event study to try to take out the impact of general market movement?

A   That is correct.

Q   Okay. And the reason you do that in an event study is because you are trying to isolate the company's stock price movement on company specific value-relevant news, correct?

A   It's a calculation of the difference of two numbers. The difference could be due to company-specific news or it could be due to noise.

Q   Okay.

So other than the 5 percent chance of noise, in an efficient

Page 60

MAZUMDAR

market, one would expect positive value-relevant news to cause a positive increase in the company security price, correct?

A   In general, that may be the case. However, it's really dictated by the definition of predictive return.

Q   How so?

A   Because you are picking these explanatory variables, and you want to make sure that these explanatory variables are reasonable. And it's essentially a power of the test.

So your abnormal returns are a statistical concept. It's not tied in any directional manner to the news. You wish to examine whether or not the abnormal return was statistically significant in a two-sided test. It could be statistically significantly positive or negative. And in either instance, it would be deemed to be a statistically significant event.

Q   But if news that is -- if

Page 61

MAZUMDAR

value-relevant news is released to the market that is deemed to be positive and you see a negative abnormal return, what does that tell you as an economist?

A   That is not an assessment that I have done.

Q   That's not what I asked you.

I am giving you a hypothetical. I'm asking you what, as an economist, that would tell you?

A   Then your hypothetical will have to be better defined, sir.

Q   How so?

A   Because you would have to tell me what you mean by positive value relevant information or news.

Q   You defined "value relevant," as you use the term.

A   Correct.

Q   What don't you understand about positive news?

A   Well, it requires an assessment of the information that you

16 (Pages 58 - 61)

Page 62

MAZUMDAR

are talking about in your hypothetical.

So can you give me an idea of as what you have in mind?

Q   Let's assume the market deems it to be positive.  That was my hypothetical.

A   Well, then, by assumption, you would expect something.  I suppose you would expect the abnormal return to be positive.  But it could well be statistically significantly negative.

Q   If it's statistically significantly negative in that hypothetical, what does that tell you as an economist?

MR. JORALEMON:  If anything.

A   It doesn't tell me very much.  It just tells me that it's statistically significant.

On that day, the abnormal return was negative because the market might have gone up far more than the stock went up, for reasons unrelated to the company.

Page 63

MAZUMDAR

Q   Would that single day, if it was market-assumed positive news with a negative statistical significant abnormal run return, would that demonstrate efficiency or inefficiency in the stock?

MR. JORALEMON:  Object to the form.

A   It would require, first of all, an assessment of whether the news was positive or negative.

Q   We assume that.

A   Okay.  And you would have to do that consistently for all the news that you are studying and apply the same criteria.

And then you wouldn't apply the t-statistic of 1.96, you would apply a different standard because it's a different test.  It's a one-sided test, not a two-sided test.

Q   What do you mean by that?

A   Well, this 5 percent term that we've been talking about refers to

Page 64

MAZUMDAR

both positive and negative statistically significant abnormal returns.

Q   So what other tests would you perform?

A   It would be the same test, but you would apply different criteria.  That would be a one-sided test.

Q   What other criteria would you apply?

A   Well, I believe I said it would be the same criteria.  You would change the threshold.  You would change the t-statistic.

Q   To what?

A   To a one-sided test t-statistic.

Q   And what is that?

A   I don't recall.

Q   How long have you been teaching economics?

A   Over 30 years, I think.

Q   And you don't know what a "one-sided test t-statistic" is?

Page 65

MAZUMDAR

MR. JORALEMON:  Object to form.

A   No, because it depends on a bunch of variables.

Q   Okay.

In an efficient market, what would you expect to happen to a company security price if value-relevant news is released that the market deems both negative and positive?

MR. JORALEMON:  Object to the form.

A   I don't know.

Q   You don't know?

A   Because it's -- ultimately, the question is a statistical one.  And only the data will answer that question.

Q   Did you examine any of the information in this case -- whether it be earnings announcements, credit ratings announcements, 6-Ks, or what you deem Factiva news -- to determine whether or not any of these news on a

17 (Pages 62 - 65)

Page 66

MAZUMDAR

single day was both positive and negative?

A   I did not.

Q   Okay.  Isn't it true that if value-relevant news that is equally positive and equally negative is released on the same day, that you would not expect a company security price to move in a statistically significant manner either way, other than being possible noise?

MR. JORALEMON:  Object to the form.

A   No.

Q   Why not?

A   Because, again, it's an assessment made by investors of the information at the time.  And on balance, investors may deem it to be one way or the other.

Q   My assumption was that the market assumed it to be equally positive and equally negative.  So you can take that criteria out of your

Page 67

MAZUMDAR

analysis.

A   Then it depends what the markets did on that day.

Q   Why does to depend?  Doesn't it just depend on which direction the abnormal return is?

A   Well, the abnormal return is dictated by two numbers; the stock's own price movement and what the market and industry did on that day.

Q   Correct.

A   So if I understood your question correctly, sir, you said there was positive and negative news related to the stock.

Q   To the company.

A   To the company.

But that day, the market return might be very large positive or very large negative.

Q   Correct.

A   And as a result, the difference could well be positive or negative.

Page 68

MAZUMDAR

Q   Correct.

But would you expect to see a statistically significant difference in your abnormal return?

Put aside whether it was positive or negative, in the hypothetical that you had information that it was both positive and negative, viewed equally positive and negative by the market.

MR. JORALEMON:  Object to the form.

A   I can't answer that question.

Q   Why not?

A   Because, at the end of day, it's a statistical question.

Q   Why is it a statistical question?

I realize the outputs of an event study are regressional.  But why is what one would expect to see in that situation a statistical analysis?

A   Because when one does an event study, you generally don't do it

Page 69

MAZUMDAR

for a single event.  You do it across many events, among other things.

And you may find the results on one event not to be significant, but you may find results on another similar event to be statistically significant.

Q   Right.  But I was focusing in on one event.  In a relevant -- like a class-wide event study.

One day, call it an earnings day, the company release what the market considers both positive and negative news, and the market deems those to be of equal value, what would one expect to see happen to the price of the company's security?

MR. JORALEMON:  Object to the form.

A   So you mentioned earnings announcements.

Q   Yep.

A   So earnings announcements usually contain lots of information.

Q   Correct.

18 (Pages 66 - 69)

Page 70

MAZUMDAR

A   And it is possible that on some earnings announcements, the price reaction may not be statistically significant.

Q   And why would that be?

A   Well --

Q   In an efficient market.

A   Well, it could well be that the same day the markets moved in the same direction as the stock in a manner that offsets any price reaction of the stock itself to negate that.

Q   Okay. Let's focus on that.

The hypothetical, even the one you just said, that the earnings announcement is released and contains variants of information, and the abnormal return is trying to isolate company specific price movement, correct?

A   Yes.

Q   So if -- in your scenario you just laid out, why would what the market do have any impact on the

Page 71

MAZUMDAR

variants that the company had from the general market movement?

A   So consider an earnings announcement where the company announces, as you've said, both positive and negative news, the price could still have gone up or gone down. Prices rarely stay stable, and that price reaction could have been caused by other factors which are not related to the earnings. That's the noise bit.

So the abnormal return calculates -- compares the price movement, the raw price movement, to what the market and industry did the same day.

And as I was saying, the price reaction, the abnormal reaction, could then be net zero, given the price -- given the change in the market factors.

Q   That's what's not really following through because we're talking about a situation where there is

Page 72

MAZUMDAR

company-specific news. And the abnormal return is isolating the variants in stock price movement based on that company-specific news from the general market movement.

So why do you keep tying the abnormal return of a company's earnings announcement to -- whether or not it's zero or otherwise, to the predicted return, which is the industry term?

A   So the predicted return is an estimate. It's based on the historical relationship of the stock's returns to these market factors. It is not a perfect one-to-one fit. And so on a given day, there could be news about the market that's, say, positive, and results in the market returns being high. And so the predicted return for that day would be positive and high.

And the same day, there could be some, say, positive news for the earnings, and the price could have gone up. But the abnormal return would be

Page 73

MAZUMDAR

zero because the market return has also gone up. And the flip side is also true.

Q   Okay. So in an efficient market, you could see a company's earning announcements not having a statistical return -- statistically significant return?

A   Possibly. Once in a while.

Q   Okay.

Okay. I want to talk a little about some examples of value-relevant news so you can tell me -- I want to understand more of what you deem to be value-relevant news before we get to your report.

So, for example, if a news story reported that Vale employees had a good time at a company picnic, and there was no other information provided, would that be value-relevant news?

A   My definition of "value relevant" is fairly straightforward,

19 (Pages 70 - 73)

Page 74

MAZUMDAR

and it's about future cash flows and the risks associated with those cash flows.

So the information that you just mentioned, as long as it doesn't refer to any of those features -- economic features, I would not consider that to be value relevant.

Q   Okay.  What if there was news that Vale was going to go through with an action that it previously committed to either legally or contractually do, such as make an interest payment on debt?  Would that be value-relevant news?

A   Could be value relevant.

Q   Could it also not be value relevant?

A   As far as news is concerned, yes, it may not be value relevant.

Q   And what do you mean when you say "as far as news is concerned"?

A   For example, if it was stale, if it was previously released, it

Page 75

MAZUMDAR

shouldn't be value relevant.

Q   If what was previously released?

A   The example you had read out a few minutes ago.

Q   That they were scheduled to make an investment payment in the future?

I mean an interest payment, sorry.  I said "investment."

Interest payment.

A   Do you mind repeating the scenario you just mentioned?

Q   Yeah.

So if there was news, either in a news source or a 6-K or a statement by the company, that Vale completed an action that it previously committed to either legally or contractually do, such as make a scheduled interest payment on its debt, would that be value relevant or not value relevant?

MR. JORALEMON:  Object to

Page 76

MAZUMDAR

form.

A   It could be value relevant.

Q   Could it not be value relevant?

A   Yes.

Q   And how would you make that determination?

A   By examining, for example, if that news had been previously released.

Q   Okay.  Aren't the scheduled interest payments on debt always released because it's part of the documents that disclose the debt in the first place?

A   I think your question wasn't about the schedule.  Your question was about confirming that it was going to pay.

Q   No.  My question was they paid the interest payment that they were scheduled to pay.

A   Right.

Q   And you said that could be value relevant, correct?

Page 77

MAZUMDAR

A   Yes, it could be value relevant.

Q   So it could also not be value relevant?

A   It could also not be value relevant.

Q   And you would have to look at it to determine whether it was or wasn't value relevant?

MR. JORALEMON:  Object to the form.  Depends what you mean by "it."

A   Exactly.  I would like to know not just that piece of news, but I would like to understand what information the markets had previously received.

Q   Did you do that in this case?

A   I believe I have done that.

Q   Did you consider payment of interest on debt to be value relevant in this case?

A   I don't recall.

Q   I think you referred earlier

20 (Pages 74 - 77)

Page 78

MAZUMDAR

that some of the news -- Factiva new date -- withdrawn.

Some of the Factiva news released on the 54 days that there were no 6-Ks, referred to analyst report and rating changes?

A    Yes.

Q    Isn't that correct?

A    Yes.

Q    Did you look at any of the underlying analyst reports?

A    No, I don't believe I did.

Q    How did you confirm that the analyst report that the Factiva news was referring to was released on the same day and not previously released?

A    Well, this was the first time the information was made available to the public, because analyst reports are issued to subscribers to that report.

Q    Is that true?

A    I believe so.

Q    The market can't just get analyst reports?

Page 79

MAZUMDAR

A    I suppose the market can, but the market would then be limited to those who subscribe to that analyst report. And they might.

Q    Do you think most institutional participants in the market subscribe to analyst reports?

MR. JORALEMON:  Object to form.

A    Depends on the analyst.

Q    Any analyst report. I didn't say all.

A    I believe they do.

Q    Okay. And do you know what a "retail investor" is?

A    Generally, yes.

Q    What is a "retail investor" to you?

A    Not an institutional investor.

Q    And retail investors have access to analyst reports, generally?

MR. JORALEMON:  Object to form.

Page 80

MAZUMDAR

A    That would not be my view.

Q    Why not?

A    Because you have to pay money to get an analyst report. Retail investors may not do so.

Q    What's your basis for saying you have to pay money for analyst reports?

A    Because I have subscribed to analysts reports, and you have to pay money.

Q    But if you have an account on E-Trade, for example, don't you have access to analyst reports? Some?

A    You may have access to some analyst reports; others you would have to pay for. So if you asked me the question about analyst reports in generally, I would say analyst reports from reputable institutions are -- you frequently have to pay for.

Q    Did Vale have a large institutional shareholder --

A    I don't recall.

Page 81

MAZUMDAR

Q    Let me ask it again. Finish my question.

Did a lot of institutional investors hold Vale stock or securities?

MR. JORALEMON:  During the class period.

MR. HALL:  Yeah, during the class period.

A    I personally haven't examined that question.

Q    Okay. So you don't know if investors in Vale had access to the analyst reports or not?

MR. JORALEMON:  Object to form.

A    Are you now talking about retail investors?

Q    I'm talking about investors in general, including institutional investors.

A    I would think that institutional investors would have had access to analyst reports.

21 (Pages 78 - 81)

Page 82

MAZUMDAR

Q   Okay.  And even that being the case, you did not attempt to determine whether or not one of your Factiva news articles that referred to an analyst report was released on the same days as an analyst report or a different day, correct?

A   Correct.

Q   Okay.  Have you ever heard the term "unexpected news"?

A   You have to give me the context.

Q   In a 2014 article you wrote.

A   I don't recall, but you could show me the article and read the context.

Q   So in economic literature, have you ever read the term "unexpected news"?

MR. JORALEMON:  Object to form.

A   I may have.

Q   Okay.  Does value-relevant news have to be unexpected?

Page 83

MAZUMDAR

A   Well, news has to be unexpected.

Q   And the way you determine "news" is value-relevant material news, correct?

A   That's not stale.

Q   That's not stale.  Good point.  That's not stale.

So value-relevant news has to be unexpected, correct?

A   Yes.

Q   Okay.

What did you do in this case to make sure that any of the earnings announcements, credit rating changes, 6-Ks, or Factiva news articles contained unexpected value-relevant news?

MR. JORALEMON:  Object to form.

A   Can I speak about the earnings announcements first?

Q   Yeah.  You could break it however you like.

Page 84

MAZUMDAR

A   Okay.  So to verify that these earnings announcements were not preceded by preannouncement, I instructed my team to look through the news to verify that that wasn't the case.

Q   Okay.

A   Same for these other sources that we generally discussed.

Q   So you confirmed for all of the different sources you used -- earnings announcements, Moody's, 6-Ks, Factiva news dates -- that all the days you selected as value relevant was unexpected news?

A   Was news.  Was not stale.

Q   And was not expected?

A   By definition.

Q   Okay.

Are there often predicted earnings numbers for companies like Vale?

MR. JORALEMON:  Object to form.

Page 85

MAZUMDAR

A   Could you clarify what you mean by predicted earnings numbers?  Predicted by whom?

Q   By anyone in the market and released to the public.

A   Yes.

Q   Including the company itself sometimes, correct?

A   Yes.

Q   Okay.  So if a company actually released in an earnings announcements that was equal to what it had predicted its earnings announcement was going to be, would you consider that unexpected news?

MR. JORALEMON:  Object to the form.

A   Yes.

Q   Why?

A   Because it's a confirmation.  The confirmation itself is new information; news.

Q   And you would expect a statistically significant stock price

22 (Pages 82 - 85)

Page 86

MAZUMDAR

reaction to that news?

MR. JORALEMON: Object to the form.

A   I would let the data speak for itself.

Q   What do you mean by that? Don't you have to interpret the data once you get the data?

A   Well, that requires subjectivity. And what you are essentially arguing for is a post-talk analysis of the finding. The way event studies are done, the very first step is to objectively identify potential news, and then examine whether the price reactions that you find can be connected to that news.

And if you find no such reaction, then you have concluded that there is no such reaction. And that, taken in the totality of evidence, would lead to the conclusion that that security does not trade efficiently.

Post-talk analysis, on the

Page 87

MAZUMDAR

other hand, would try to justify reactions or no reactions or some reactions in an arbitrary manner.

Q   Well, you -- in an earlier question, I believe you responded that positive value-relevant news about a company could result in a nonstatistical significant price movement, correct?

MR. JORALEMON: Object to the form.

Q   Even in an efficient market.

A   I believe we were talking about earnings announcements.

Q   Okay.

A   And I -- you can pull the record back. I believe I said that that could happen on one-off occasions.

But, generally speaking, earnings announcements are expected to contain unexpected news. And prices, on average, are expected to react significantly to earnings announcements.

Page 88

MAZUMDAR

Q   But what if they don't have unexpected news? How do you determine whether or not the stock price reaction was correct or not?

MR. JORALEMON: Object to the form.

It's an impossible hypothetical.

MR. HALL: You don't need to testify. You objected to the form. If he needs clarification, he can ask me.

MR. JORALEMON: Okay. Why don't you ask for clarification.

A   I don't understand your question, sir.

Q   You said that earnings announcements could result in no statistical significant price reaction if it did not contain unexpected news -- I mean, if it -- yes, if it did not contain unexpected news.

MR. JORALEMON: Object to form. Misstates his testimony.

Page 89

MAZUMDAR

He did not say that.

Q   If an earnings announcement did not contain unexpected news, so all the news was expected, would you, in an efficient market, would there be a statistically significant securities price reaction?

MR. JORALEMON: Object to the form.

A   There could be.

Q   Could be. There could not be?

A   May not.

Q   And -- go ahead. I'm sorry.

A   But, in general, earnings announcements are expected to -- the subject of the event studies. And they're considered to be high-information content events.

Without pausing the tea leaves, earnings announcements in general are expected to have abnormal returns that are statistically significant.

23 (Pages 86 - 89)

Page 90

MAZUMDAR

Q   But you don't know whether or not it falls into the could be statistically significant or could not be statistically significant bucket. You just look at the raw data as it comes out at the event study?

MR. JORALEMON:  Object to the form.

A   Sorry.  I'm not following your question.  Could you repeat that?

Q   Okay.  Well, let's cut to it, then.

You performed an event study. And you take the fact that there was not statistically significant movement on certain days to demonstrate market efficiency.

Did you do anything to confirm whether or not, any of those days, an insignificant stock price reaction was actually consistent with an efficient market?

A   Are we still talking about earnings announcements?

Page 91

MAZUMDAR

Q   We're talking about everything you did.

A   Okay.  So, again, I want to understand the question properly.

Are you saying did I try to parse the information that came out on a day when there was or was not a particularly significant or insignificant price reaction to see if the reaction observed is consistent with my parsing of that information?

Is that the question?

Q   I'm not sure what you mean by "pause," but I believe so.

A   Parse.

Q   Parse.  Oh, yes.

A   Is that what you are suggesting?

Q   Yes.

A   No, I did not parse the information that came out that day to see if it lined up after the fact with the observed reaction.

Q   And whether or not the

Page 92

MAZUMDAR

reaction -- withdrawn.

So you did not determine whether or not the reaction was consistent or not consistent with an efficient market?

MR. JORALEMON:  Object to form.

A   I don't believe that's what I just said, sir.  I said that I did not -- I find an abnormal return.  And I find whether it's statistically significant or not.

I do that in my collective event study for every day of the class period.  On some days, the price reaction is statistically significant; some days, it is not.

I then did not go back to the -- on the news days to see whether the news would suggest that that is a response that is consistent with some sort of parsing that I would have done. Or I did not attempt to parse the news in a way to say that that reaction, it

Page 93

MAZUMDAR

lines up.

And on the nonnews days, when the price reaction is statistically significant, there was no news to parse.

Q   So if a security trades in an efficient market, then its price should not react to stale information, correct?

A   Correct.

Q   And you reviewed -- withdrawn.

You removed all stale information prior to performing your event study.

Is that your testimony?

A   That is my testimony.

Q   And -- withdrawn.

Would you agree with the statement that the correct selection of value-relevant news days is critical to the reliability of an event study?

A   You will have to explain what you mean by "correct."

24 (Pages 90 - 93)

Page 94

MAZUMDAR

Q   Not including days that are not value relevant as value-relevant days, and the opposite, not including as non-value-relevant days, days that are actually value relevant.

A   News versus stale news.

Q   Or immaterial news, or administrative news, as you determined it.

A   So could you repeat the question? I just want to make sure that I'm following the full question.

Q   You selected value-relevant news.

A   I did.

Q   Okay. And by definition, that meant you selected -- you determined some news to not be value relevant?

A   I did.

Q   Okay. Is that determination of what is value relevant versus what is non-value-relevant critical to the reliability of an event study?

Page 95

MAZUMDAR

A   It is a necessary step in conducting a robust event study.

Q   And if it's not done properly, can you rely on that event study?

A   Well, the results of the event study would change and you would have to redo the analysis.

Q   But would the results of the event study be reliable?

A   Well, it depends on the identified stale news that is actually not stale, for example, to see how many of those there were.

For example, the ultimate conclusions may or may not change, but you would have to do it again.

Q   How can you say the ultimate conclusion wouldn't -- withdrawn.

You said may or may not. Sorry. I missed the second part.

Did you test your selection of value-relevant news by having anyone on your staff also review the news to

Page 96

MAZUMDAR

verify that their selection of value relevant was the same as yours?

A   I instructed my staff to identify value-relevant news based on the criteria that I described earlier. And then we identified them from the sources that I have described. And I confirmed that those criteria were followed.

And then I reviewed the news myself in certain instances, like the credit rating announcements, like those additional Factiva date-related news, to ensure that the analysis -- that the selection of those news were appropriate as value-relevant news.

Q   Did anyone else do that last step other than yourself to verify that there was repeatability in what you were doing?

A   Yes. I had a team looking that over multiple times.

Q   Did you produce the results of that team's review?

Page 97

MAZUMDAR

A   Yes. That's what's finally --

Q   Okay. Who on that team reviewed the news days to determine whether or not it was value relevant?

A   I don't recall.

Q   So even in an efficient market, one would not expect to see a significant price reaction on days with stale information or immaterial information, correct?

A   Correct.

Q   And I believe earlier we discussed the situation where there was both positive and negative news to the market released at the same time. And in that situation, one may or may not get a statistical significance price increase, correct -- or reaction, sorry, not increase?

A   Correct.

Q   I believe earlier you testified that reviewed Dr. Torous's, or at least one of Dr. Torous's reports

25 (Pages 94 - 97)

Page 98

MAZUMDAR

that he previously provided in this case; is that correct?

A    That is correct.

Q    Okay.  Did you review any regressions that Dr. Torous prepared?

A    I don't recall.

Q    Do you remember producing an Excel spreadsheet with the file name "Mazumdar Regression Model (Torous)"?

A    Yes.

Q    Okay.  What was that file?

A    I believe that used the VWAP data that Dr. Torous calculated for the various notes at issue.  And I ran the Mazumdar regression model as specified in my appendix, using that data as a sensitivity.

Q    Was there any information data that you used and relied upon to perform your event study and prepare your report that was not available in April of 2021?

A    I don't recall the significance of April 2021.  Perhaps

Page 99

MAZUMDAR

you can clarify that.

Q    I'm not asking you what the significance is.  I asked you a specific question.

A    I don't recall.

Q    You don't recall if any of the information you had was -- only became available after April 2021?

A    What information are you talking about?

Q    Any information you used to prepare your event and perform your event study analysis.

A    That was past the class period.

Q    Correct.

A    So that's what I meant for clarification.

Sitting here today, I don't think I used any data past the class period.

Q    All the pricing data was available in April of 2021 that you used?

Page 100

MAZUMDAR

A    I believe so.

Q    All the 6-Ks were available, correct, at that same time?

A    These were 6-Ks issued during the class period of time, yes.

Q    All the earnings announcements were available at that time, correct?

A    Again, these were during the class period.

Q    All of the Moody's and credit rating changes were available in April of 2021, correct?

A    Yes.

Q    Okay.  All the Factiva news articles, the ones you included and the ones you didn't include, were also available in April of 2021, correct?

A    Yeah.  The selection criteria was news during the class period.

Q    Right.  Can I think of anything else that you used to perform your event study in this case, other than items I just listed?

Page 101

MAZUMDAR

A    Well, I used data prior to the class period to fit an estimation to estimate the predictive returns for the early part of the class period, because it goes back a year, but that's not after 2021.

Q    Correct.  That was available in 2021 also, correct?

A    Yes.

Q    Anything else you can think of that you used to perform your event study?

A    Not sitting here today.

Q    So it's fair to say that an economist like yourself, in April of 2021, could have performed the same event study you performed today -- or performed as part of this litigation in your report?

MR. JORALEMON:  Object to the form.

A    You mean the data that we've been discussing was available to anybody, an economist or otherwise, as

26 (Pages 98 - 101)

Page 102

MAZUMDAR

of April 2021? Is that your question?

Q Yes.

A Yes. The data were, yes.

Q Okay. And if you had been asked to, in April of 2021, to perform the event study that you have performed in submitting as part of your report in this case, you could have performed such event study, correct?

A I believe so. If the data, in fact, were all available at the time, which I believe sitting here today I think they were.

Q Okay.

Have you ever heard the term "prosecutor's fallacy"?

A I have.

Q And what is your understanding of what that means?

A It's finding somebody innocent or guilty based on limited evidence --

(Clarification by the reporter.)

Page 103

MAZUMDAR

A -- and extrapolating from a small sample to reach a flawed conclusion.

Q Okay.

I believe you also used a test in your report called the Ferrillo, Dunbar, Tabak Test; is that correct?

A That is correct.

Q And what is the Ferrillo, Dunbar, Tabak Test?

A It's a test that checks whether or not the percentage of the statistically significant price reactions of all news days differs in a statistically significant manner from the percentage of statistically significant price reactions on all nonnews days.

Q And who are Ferrillo, Dunbar, Tabak?

A Well, I believe Dr. Dunbar was a forensic economist at NERA. And has since passed away.

Page 104

MAZUMDAR

Q Correct.

A I believe Dr. Tabak also works there, NERA. He is also an economist.

Ferrillo, I don't know. But he was a coauthor on that paper.

Q Why did you use the -- I'm going to call it the "FDT" for short -- the FDT test?

A Well, the test itself might have been used by Ferrillo, Dunbar, and Tabak in their paper, which applies to news days versus nonnews days. But the general method is well-known in statistics and it's consistently used in a wide variety of sciences to see if there is any causal effect of test -- whatever the test might be -- on the subject group versus a control group.

So it's a well-rounded statistical method that is scientifically used in a variety of fields, including biology and medicine.

Q Okay.

Page 105

MAZUMDAR

A And that's why I used it.

Q Do you know if Ferrillo is an economist?

A I don't know Ferrillo.

Q Was Dr. Dunbar, before he passed, a well-known reputable economist?

A I believe he was.

I believe he also served as an economist at the SEC for awhile.

Q How about Dr. Tabak, was he also a well-known reputable economist?

A In my opinion he is.

Q Is the FDT test an appropriate test to provide evidence on whether a security passes Cammer factor 5?

MR. JORALEMON: Object to the form. To the extent you are calling -- asking him to reach a legal conclusion, but as an economist, he certainly can answer that as an economist.

MR. HALL: I believe he is

27 (Pages 102 - 105)

Page 106

MAZUMDAR

here as an economist himself.

A    My understanding of the Cammer factor is that it looks to see whether there was a price reaction on most news days for the security at issue over the class period.

And the FDT test, I believe, is an appropriate test to examine that by looking all the news issued over the class period.  That's why I used it.

Q    Are the results of an FDT test dependent on which days you define to be value-relevant news days and which days you define to be non-value-relevant news days?

A    It may or may not be.

Q    What do you mean by that?

A    Well, the FDT test is a test of the difference of two numbers.

The first being the percentage of statistically significant price reactions out of all news days.

And the second being the percentage of the statistically

Page 107

MAZUMDAR

significant price reactions on all nonnews days.

If, for example, if you change the definition of "news," then those days that were previously viewed as news days would go into the bucket of nonnews days.

Q    Okay.

A    As a consequence, those two percentages that I just mentioned would both change.  The net result of those two numbers changing may or may not result in the difference becoming statistically significant or insignificant.

And in that sense, the conclusions one draws from the FDT test may well remain the same.

Q    Or may not, correct?

A    Or may not.

Q    So if there were news days that actually should have been classified as nonnews days, that would change at least the numbers of the FDT

Page 108

MAZUMDAR

test, correct?

MR. JORALEMON:  Object to the form.

A    Which numbers are you talking about?

Q    You referred to the percentage, the two numbers changing may or may not result in statistically significant change.

A    If -- what was changed in your question -- sorry.  Could you repeat your question?

Q    News days were determined not to actually be news days.  And are now moved from news days to nonnews days.

A    Are those news days that you are moving in your example statistically significant news days or not?

Q    They're days that are now -- let's just assume they're random.

A    Okay.

Yeah, by definition, each of those numbers is a ratio.  So if you

Page 109

MAZUMDAR

change the total number of news days by moving some news days into the nonnews day bucket, the first number that I think will change is the denominator in the first ratio.  That may also change the numerator in the first ratio.

Moving it into the other bucket, the denominator in the second ratio will go up and may or may not increase the numerator in the second ratio.

Q    Right.  And --

A    And the net result of that analysis is not these ratios, per se. It's the comparison of these two ratios.

And that number, the difference in these two percentages, may not change.

Q    Okay.  But as the two ratios get closer and closer to being equal, doesn't the last number you referred to become harder to use -- become harder to say that the FDT test showed us a

28 (Pages 106 - 109)

MAZUMDAR

statistically significant difference?

MR. JORALEMON: Object to form.

A If the difference is zero, then there is no statistically discernable difference between news days and nonnews days, and this result would indicate that there is no causal relationship between news and price reactions. There is no cause and effect to use Cammer 5's language.

Q So I will ask one more, hopefully a little clearer than last time.

So in those two, the numerator and the denominator figures get closer, holding everything else equal, it's harder for the FDT test to say that they are statistically significant different from each other, right?

A Could you read back your question?

Q Yes.

MAZUMDAR

When the two figures, the numerator and denominator, get closer together, holding everything else equal, isn't it harder for the FDT test to say that they are statistically significantly different from each other?

A I'm having a tough time in understanding how the two figures that you said, the numerator and the denominators, get closer to each other because it's not -- the numerator and the denominator can't get closer to each other. It's the ratio that --

Q Okay. The ratios get closer to each other.

I was trying to use your language from your prior answer, but the ratio gets closer to each other.

A Yeah. So at the limit, if the ratio is zero, then this fails the FDT test. And you would conclude that there is no cause and effect, according to the Cammer factor 5.

MAZUMDAR

Q So as those two ratios are farther apart, you are likely to find, everything else being equal, a larger statistical significant difference, correct?

A Right. And then to draw an inference that there is or is not a cause-and-effect question, you'd have look at the --

Q I understand that. But as the two ratios get closer together, maybe not all the way down to zero, that's statistically significant number is likely to decrease, correct?

A Well, that number is likely to decrease. And its statistical significance is also likely to decrease.

Q Okay.

MR. JORALEMON: Whenever next --

MR. HALL: Yeah. I think just a couple of questions here. I was going to do this before

MAZUMDAR

break, and then we'll go on break.

MR. JORALEMON: Sounds good.

Q Is it possible that you mischaracterized days as value-relevant news days when they should have been nonnews days?

MR. JORALEMON: Object to form.

A I made every attempt not do so. And I have done a sensitivity to account for that possibility, but it's possible.

MR. HALL: Why don't we take a break.

MR. JORALEMON: Okay.

VIDEOGRAPHER: Time is 11:20 a.m. We're off the record.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: The time is 11:37 a.m. We're back on the record.

You may proceed.

(Assessing Market Efficiency

MAZUMDAR
for Reliance on the Fraud on the Market Doctrine after Walmart and Amgen, was marked Mazumdar Exhibit 1, for identification, as of this date.)
MR. HALL: I'm going to mark as Mazumdar Exhibit 1, an article published in The Law and Economics of Class Actions in 2014 entitled "Assessing Market Efficiency for Reliance on the Fraud-on-the-Market Doctrine after Wal-Mart and Amgen," with Dr. Mazumdar as one of the coauthors.
Q Have you seen this article before?
A I have.
Q If there is any question I could have assumed, that may have been one of them.
A That is correct.
Q But I did not want to.
A That is correct.

MAZUMDAR
Q Okay. Let's turn to page 179, which is at the top of the article.
A Okay.
Q So the first full paragraph there, you see it starts with the sentence -- I mean the word "Second"?
A I see that.
Q Can you read that paragraph out loud, please.
A "Second, it is important to recognize that the first step of an event study, identifying the event date when unexpected news first became public is critical. Instead of arbitrarily focusing on some selected dates or certain dates identified in the complaint and careful review of prior mix of information available in the market is necessary. Otherwise, it is impossible to ascertain if the identified event was unexpected new information (news) or simply stale information. If a security trades in

MAZUMDAR
an efficient market, then its price should not react to stale information because such information would have been imparted into the stock price soon after it was first released."
There is a footnote 95 associated with that. Would you like me to read the footnote?
Q No, thank you. You don't need to, but you can if you want to. You don't need to.
A Well, let me take a look.
Q Okay.
A Just to be sure.
I won't read the footnote. I just glanced at it.
The paragraph continues, "Therefore, a statistically significant abnormal price reaction attributed to such information would not prove cause and effect. To the contrary, such finding would support the opposite conclusion, i.e., that the security did not trade in an efficient market."

MAZUMDAR
Did you get that?
Q You used a term -- you and the other authors used a term, "unexpected new information" in this paragraph.
Do you see that?
A I do.
Q Is that the same as you refer to as value-relevant information in your report in this case?
A Yes.
Q Okay.
A It's news. It's defined over here as news. And it's value-relevant news.
Q So value-relevant news is unexpected new information, correct?
A That's value relevant.
Q That's also value relevant? Or were you saying that's equal to value relevant?
A So the event study examines the impact of value-relevant news on the stock price. So it has to be

MAZUMDAR
unexpected new information.
Q Let's turn to page 180.
You see the second paragraph starts with Ferrillo, referring to the article?
A Ferrillo?
Q Ferrillo, yes.
You see that paragraph?
A I do.
Q Do you see right after footnote 102 -- actually, the sentence that begins with -- that ends with footnote 102.
It starts with, "Instead they argue."
Do you see that?
A I do.
Q Okay. I would like for you to start reading from "Instead," and down to the line that begins with "days," and the next sentence starts with "Notably."
Do you see that?
A I got the bit about starting

MAZUMDAR
with the sentence -- the first word is "Instead." How far down do you want me to go?
Q All the down to -- if you look in the left-hand column, you see a word that says "days," period, and the next word is "Notably."
A Oh, I see that.
Q To the word "Days."
A Okay.
Q Out loud, please.
A Yes.
"Instead, they argue that to prove efficiency for reliance purposes, Plaintiffs must demonstrate that the securities price reacted statistically significantly more often on days with news ('news dates') compared to days without news."
There is a footnote 102 there. I assume we can move on?
Q We can move on.
A "However, the power of Ferrillo et al's. test depends

MAZUMDAR
critically on how such news dates are selected. If" --
MR. JORALEMON: Just to clarify. It says "identified" in my copy.
Q Yes.
A "Are identified," sorry.
"If 'news dates,'" again in quotes, "are indeed those dates when the market learned material new information, then the securities price should react significantly the most new material news, as the Court noted in Freddie Mac. If, instead, news dates are picked mechanically by simply identifying all dates and the company was mentioned in the press, as Ferrillo et al. suggests," and there is a footnote 104, "such purported, quote/unquote, news may, in fact, be stale information or immaterial. Even in an efficient market, one would not expect to see a significant price reaction on such days."

MAZUMDAR
Q Okay. In the second sentence, there is a term called "material new information."
Do you see that, the second sentence that you read?
A The second sentence is the one that reads, "However, the power of Ferrillo" --
Q Oh. It's the third sentence, sorry. I missed a period, yes. Right below that.
A I see that.
Q Okay. Was that equivalent to "value-relevant news," as you used the term in your report in this action?
MR. JORALEMON: Object to the form.
A It would be similar.
Q Okay. What would be the difference?
A Well, it's value-relevant news. And I suppose it's the same, yeah.
Q And then do you see after the

Page 122

MAZUMDAR

footnote 104 on the next line, there's a reference to stale information or immaterial?

Do you see that?

A   I see that.

Q   And the next sentence says, "Even in an efficient market, one not expect to see a significant price reaction on such days."

Do you see that?

A   I do.

Q   So is that -- did -- was that something you and the author wrote? Because you are not quoting anything there, correct?

A   I'm not quoting anything there.

Q   Okay. So in this article, your position is that you would not expect to see a statistically significant price reaction on stale or immaterial news days, correct?

A   Correct.

Q   I think you could put that

Page 123

MAZUMDAR

aside. Hopefully.

(Expert Report of Dr. Sumon C. Mazumdar, dated June 26, 2023, was marked Mazumdar Exhibit 2, for identification, as of this date.)

MR. HALL:  I'm going to mark as Mazumdar 2, document entitled "Expert Report of Dr. Sumon C. Mazumdar, dated June 26, 2023."

Q   Again, have you seen this document before?

A   Yes.

Q   Okay. And this is a copy of the report that you prepared dated June 26, 2023, and various attached exhibits; is that correct?

A   Yes.

Q   Do you recall when you did the -- your staff did the Factiva news search, what term they used?

I believe it's in C3.

A   So the initial search was based on using Vale S.A. in the headline in the first paragraph of the

Page 124

MAZUMDAR

entire class period.

Q   Do you know if it was Vale S.A. or just Vale?

A   It says Vale S.A.

Q   Would it surprise you to know the search was actually just "Vale"?

A   I would have to look into that.

Q   Let's do that right now.

A   I don't think it would make much of a difference, but I would have to look into that.

(Search Summary Vale Search, was marked Mazumdar Exhibit 3, for identification, as of this date.)

MR. HALL:  Mark as the next document Mazumdar 3.  It's a printout of a page from an Excel file that was produced in this litigation entitled "Search Summary Vale Search."

Q   Does this look like the search criteria that was used to pull the second search, the more limited

Page 125

MAZUMDAR

search from Factiva?

A   That appears to be the case.

Q   Okay.  And just so that it's correct, is that the text that was searched was Vale, correct?

A   In the second iteration, yeah.

Q   And the period was October 27, 2016, through February 6, 2019?

A   That's right.

Q   Then the next line has sources, and there is a number of sources available.

How did you pick those sources?

A   So I picked them as described in this appendix.

So based on my initial review, I found Vale being reported at various news sources including five well-known sources; Financial Times, Reuters News, the Wall Street Journal, Dow Jones Institutional News, and PR

32 (Pages 122 - 125)

Page 126

MAZUMDAR

News Wire, which are routinely used in academic analysis.

Then my initial Factiva search identified five other sources that consistently provided new information about Vale; namely, Moody's Investors Services, MIS (press release) which is a leading global provider of credit ratings, research, and risk analysis.

The second one being CQFD disclosure, which provides transcripts of quarterly earnings calls and other corporate disclosures.

The third one is RTT News, which NASDAQ states is a trusted provider of content for a wide variety of subjects across platforms. RTT's financial news wire is relied upon by some of the world's largest financial institutions, including banks, brokerages, creating platforms and financial exchanges.

The fourth one being mining

Page 127

MAZUMDAR

business media, which states that it provides informed and timely coverage of events and decisions related to the mining sector around the world around the clock.

And the last one is something called theflyonthewall.com. It's a financial news aggregator with commentary in the news that moves stocks, according to my initial Factiva, when we reviewed this source reported analyst coverage of Vale, which is generally considered by researchers to be value relevant, as I mention in footnote 16 on page C5.

Q   Okay. And you said after your initial review, you picked these five.

Did you do any comparison of news sources from the initial Factiva reviewed to select these five, or is it just your review you picked these five?

A   Well, I picked ten.

Q   Well, you put the first five

Page 128

MAZUMDAR

as five well-knowns, so I'm focusing on the second five.

A   I see. So what's your question?

Q   How did you pick them?

A   Well, based on the frequency with which these sources identified information about Vale that had not previously been picked up.

Q   Did you do some sort of analysis to determine that frequency?

A   Do you mean an empirical analysis account of sorts?

Q   Yes.

A   My team may have done that. Sitting here, I don't recall, but I believe these were the ones that most frequently picked up new information about Vale.

Q   And why do you believe that?

A   Because that's what I instructed my team to do, and that's what they told me they've done, and work was ordered to.

Page 129

MAZUMDAR

Q   But you don't know how they did it, correct?

A   Well, they followed my instructions. My instructions were to identify news sources that report news on Vale. And by "news," I mean new value-relevant information.

Q   Do you know if they did empirical analysis or count of the difference new sources in their initial search?

A   I don't know.

Q   So you don't know the process by which they picked these five new sources?

A   I do know the process.

Q   What was the process?

A   The process is that they did an initial of all Vale-related news with the word S.A. across the spectrum of Factiva. That resulted in more than one news day in the 500-odd-day class period.

And then, as I mentioned in

33 (Pages 126 - 129)

Page 130

MAZUMDAR

the adjunct paper, because I wanted to make sure that the news that we ultimately considered as news days were not stale or immaterial.

And one way to identify that is to focus on news sources that are well-known to report news the first time by the companies. So the first five are well-known new sources. And then we identified five more news sources that over the 500-odd-day class period often identified information that was not reported in these five sources. And they were consistently reporting additional information about Vale.

Q How did you identify those second five sources?

A Based on the first broad search.

Q Did someone just read the broad search and come up with these five?

A Which I then confirmed were,

Page 131

MAZUMDAR

in fact, consistent with my selection criteria.

Q So someone just read through the articles the first initial search and picked out these five additional outlets?

A In addition to the first five.

Q I understand. I'm talking about second five.

A Yes.

Q So they just read through, and on their judgment, picked out these five?

A That's correct. We -- they identified these five. I asked questions about these five.

I looked up what these five sources were, as I have just read in. And they, to me, seemed a reasonable additional source of information about Vale, which is a foreign company and a mining company, and identified these as additional potential sources for

Page 132

MAZUMDAR

value-relevant information.

Q Do you know what questions you asked them?

A Sitting here right now, I don't recall the exact words of those questions.

Q Was it your intention to get the second five news sources to be the ones that most often had value-relevant news related to Vale?

A No.

Q What was your intention, then, in selecting them?

A My intention was to make sure that the set of news sources that I'm considering is as comprehensive and reasonable, as I, as an economist, would consider it.

So in addition to the first set of five, which are well regarded and frequently used in academic research, given the fact that Vale is a foreign company and a mining company, I asked my team to ensure that there was

Page 133

MAZUMDAR

no other news sources that also reported Vale-specific, value-relevant news that could potentially result in identifying additional news that was not picked up by these five well-known sources.

Q Why did you select ten total?

A That's the conclusion that was drawn by looking at the total set. The number ten, per se, doesn't have any magic to it.

Q So there were no other news sources that also reported Vale-specific, value-relevant news that could potentially result in identifying additional news days other than these five sources?

A On a consistent basis, not to my understanding.

Q Do you know how many times how many different -- withdrawn.

Do you know how many different news days is associated with news released by mining business media?

34 (Pages 130 - 133)

Page 134

MAZUMDAR

A   I don't recall the number, but there is an exhibit that we can go through where we can tally that up.

Q   Would be it surprise you that there were four days in total, and you eliminated three of them?

A   Wouldn't surprise me.

Q   Okay.  Because I did what you just asked.  So you can do, too, if you want.

A   I will take your word for it.

Q   Out of these last five -- actually, out of all ten of these news sources, which one did you use most as a value-relevant news day?

A   I don't recall.

Q   Would it surprise you to learn it's theflyonthewall.com?

A   No.

Q   Okay.  And I believe in your answer you said that it's a financial news aggregator that moves the stock?

A   That's what they advertised themselves to be.

Page 135

MAZUMDAR

Q   Did you verify that in any way?

A   Yes, because I compared the news that I got on a given day from various sources, as I have described in this appendix.

And to the extent that there was a news article mentioned in Fly on the Wall, that was the first time that information was produced.  It stood out then as being the first news relies that day.

Q   But I asked you did you confirm that it moved -- that their news moved the stock?

A   I ran an event study on those news days that were identified by this particular news source.

Q   But that was after selecting them, correct?

A   Right.

Q   So prior to running your event study, you included Fly on the Wall as a news source?

Page 136

MAZUMDAR

A   I did.

Q   Okay.  And what I am asking you is at that time, did you confirm that they're a news aggregator with commentary on the news that moves stocks, or did you just take them at their word?

A   This is a description of how they described themselves.  My purpose was that they're listed among the various database in Factiva, which is a well-regarded data source.

So it turns out empirically that there were news article that this website -- this news source identified that had not previously been identified.  So I considered that to be newsworthy.

And, therefore, I took those news articles mentioned in this source as a potential identifier for a news day.

Q   Now, they're a news aggregator.  Does that mean that

Page 137

MAZUMDAR

they're gathering news that other people put out and re-releasing it?

A   That's what an aggregator does.

Q   All right.  Any of the other ten sources you used news aggregators?

A   Yes.

Q   Which ones?

A   On some of them, I think are news aggregator.  Like Dow Jones Institution news might be PR News Wire.  I'm not sure.  Reuters, maybe.

Q   Factiva is a news aggregator, correct?

A   Factiva is where I got these identified news sources.  So Factiva is a news aggregator, yeah.

I guess in that sense this a subnews aggregator, this one.

Q   Exactly.  Thank you.

And often when the Fly on the Wall publishes news, they refer to -- and we'll go through some of this -- but as Bloomberg reports, or they'll

35 (Pages 134 - 137)

Page 138

MAZUMDAR

refer to an analyst report that some analyst company publishes, correct?

A   Correct.

Q   And did you look at any of those underlying sources when the Fly on the Wall referred to those types of things?

A   No, I did not.

Q   Why not?

A   Because my methodology, I believe, required me to identify news sources. And I believe I did that reasonably and robustly.

At the extreme, if this was not considered to be newsworthy, I treated it as a nonnews day in an alternative sensitivity analysis.

Q   What if The Fly on the Wall announced an analyst report that had been released a previous day, and you identified it as one day in your event study but that the analyst report had actually released the day before?

Would that impact anything in

Page 139

MAZUMDAR

your decision, including that Fly on the Wall news article?

A   And that's a specific example and you have to show me one, and then I have to see whether or not it would.

Q   I'm asking you. Sitting here today, if you knew that Fly on the Wall released an article that referred to an analyst report, and that article had been released the day before, which day would you consider the news day?

MR. JORALEMON:  Object to form.

A   There are details that your question omits.

Q   What details?

A   Such as whether or not the previous day was a trading holiday.

Q   Assume it wasn't. It was an actual trading day.

A   There are still details that your question omits.

Q   What?

A   The timing of that article.

Page 140

MAZUMDAR

Q   Okay.

And so if it was after market, it could be the same day, correct?

A   Correct.

Q   Okay. What if it wasn't after the market closed the day before?

A   Then possibly the previous day would be considered a news day.

Q   But you didn't confirm any of that in your analysis using The Fly on the Wall articles, correct?

A   Sitting here right now, I don't recall.

Q   You don't recall, meaning you don't know whether you did it or didn't do it?

A   I recall instructing the team to identify news as the earliest announcement of some news. For example, if there was a press release that was mentioned. Subsequently, we tried to identify when the press release was issued.

Page 141

MAZUMDAR

Similarly, for the 6-K, if it is duplicative of the 6-K. You are specifically pointing to news articles identified through The Fly on the Wall website.

Q   Correct.

A   So I don't recall if there were any instances where The Fly on the Wall was reporting something that was an earlier event that was public and issued during an earlier trading day's trading hours, in which case you will have to show me that.

Q   We'll get to that.

What did you do if a Factiva news article did not have a time stamp? How did you treat it?

It's on the next page, C6, footnote 23.

A   Yeah.

So, again, it's important to draw a distinction between the event dates and the article dates.

So insofar as we have Factiva

36 (Pages 138 - 141)

Page 142

MAZUMDAR

news articles that don't have a time stamp, my first comparison would be to Form 6-K dates to see if the Form 6-K has a date and time stamp associated with it, which it usually does.

If the Factiva article is on the same day as a Form 6-K date that has a time stamp and a news date, then I would use the information on the Form 6-K to identify the corresponding news date. And that Factiva date, the fact that it doesn't have a time stamp, is irrelevant for that purpose.

In a small number of cases, there was certain Factiva articles that did not have time stamps and the only reported news on a day. And in such instances, I considered that Factiva news day as a possible news day.

But there were just a handful of those, if I recall.

Q   Have you ever heard the term "dummy variable" used in a -- as it relates to an event study?

Page 143

MAZUMDAR

A   I have.

Q   What is a "dummy variable"?

A   It's a binary variable, one or zero, that's used to ex ante identify some dates as news dates and isolate them in the regression model from the estimation window, without knowing whether or not that date's price reaction is statistically significant or not.

Q   Right. This is something you do before you run the event study, correct, in setting up your regression?

A   You could do that.

Q   Okay. Did you select any days here as a dummy variable?

A   No, I did not.

Q   None whatsoever?

A   No, none whatsoever.

Q   Okay.

Let's turn to some of the exhibits in your report. It's the page OE1-1. It's Overview Exhibit 1.

A   Sorry.

Page 144

MAZUMDAR

Q   That's okay. It's very hard to handle. It's a little too big.

A   I hope I'm doing this right. Okay. This should be correct.

I'm looking at it.

Q   Okay. What is Overview Exhibit 1?

A   Well, it reports several pieces of information.

I can look at it from left to right. Read it out to you?

Q   Yes. Go ahead, please. And explain it as you read it.

A   Sure. So the header reads, "Vale ADS daily abnormal returns. T-statistics and news during the class period."

And it has a color coding, "News and nonnews days are statistically significant abnormal returns at the 95 percent confidence level are highlighted in green and blue respectively."

And it's got 12 columns.

Page 145

MAZUMDAR

Q   Okay.

A   The first column is labeled Date, and it has dates listed below it. And the day.

So, for instance, the very first observation says "Thursday, October 27, 2016."

The next two columns relate to the results based on the Mazumdar regression model for the Vale ADS. The first number under those two columns, the first number is "Abnormal return," and it is "The abnormal return calculated using the Mazumdar regression and the data on the line Mazumdar ADS regression."

The column next to that is referred to as the t-statistic, which, again, is the -- by definition, the ratio of the abnormal return to the standard error of the regression used to calculate that abnormal return. It's that ratio as opposed to the t-statistic.

37 (Pages 142 - 145)

Page 146

MAZUMDAR

The next two columns refer to corresponding numbers, namely the abnormal return and the t-statistic calculated using the Feinstein ADS regression model, which, as I described it, is the regression model that Dr. Feinstein used and the results are his results.

The third category is called "News," and underneath that, there are three additional columns.

The first one is called "Content of Form 6-K." The second column is called "Credit Rating Announcement." The third column is called "Factiva Headlines." And then the last set of columns is called "Counts of News Days."

And underneath that, there are four subcolumns.

And the first one is labeled "214 dates (any news)." The next one is labeled "155 Form 6-K Dates." The one after that is labeled "Five credit

Page 147

MAZUMDAR

rating dates." And the last one refers to "54 Factiva Dates."

Q   Okay. Thank you.

A   And under those columns, there is a running total of the number of identified news corresponding to that source.

Q   Okay. Why did you include the results of Dr. Feinstein's regression in this chart?

A   Because I have compared my results to that of Dr. Feinstein's, and so I figured it would be useful to identify those results on a daily basis.

Q   Why did you compare your results to Dr. Feinstein?

A   Because I read his report. I understand he had opined about event study evidence, so I looked at his calculations.

Q   I understand that, but why did you think it was significant enough to include it in your exhibits to your

Page 148

MAZUMDAR

report and compare it to your regression?

A   I used it simply as a matter comparison. I don't know if I would attach any significance to it.

Q   Are you responding to Dr. Feinstein?

A   I am not.

Q   Okay. Okay. So I want go through some dates. I think the best way to figure out where we are on the page is to look at the 214 dates number.

A   Okay.

Q   Because that if I switch back and forth, one of the different ones, it's a common number.

A   Sure.

Q   So the first one I want to look at is up towards the top, it's day number 2. You see it says "Business Watch"?

A   I see that, yeah.

Q   What does that refer to?

Page 149

MAZUMDAR

A   Well, that article happens to be about some cost-cutting initiatives that Vale undertook or announced.

I read that article.

Q   And you determined that that news hadn't been previously provided to the market?

A   Well, it counts as a news day.

Q   Okay. Which means you did not consider it stale information, correct?

A   That's correct.

Q   You did not consider it immaterial information, correct?

A   Correct.

Q   And you did consider it unexpected information, correct?

A   Correct.

Q   Okay.

Let's go down to day number 9. You see it says, "Temer administration to push for new Vale CEO, Bloomberg reports."

38 (Pages 146 - 149)

Page 150

MAZUMDAR

A   I see that.

Q   Okay.  And can you tell me what that refers to?

A   Well, the headline over here says what it says.  I would have to look at the full article if you want me to discuss it in greater detail.

Q   But you read that article?

A   I don't recall if I read that one.

Q   Okay.  Did you look back at the Bloomberg report that this refers to?

A   Bloomberg is not one of my data sources.  If I did, it would have been there.

Q   Okay.  I promise not to go through all of these.  Just saying.

But I do want to go back up to line number 5.

A   Yes.

Q   You have a 6-K there.

It says "Shares owned by board of director, fiscal counsel,

Page 151

MAZUMDAR

executive directors, and principal shareholders on October 31, 2016."

Do you see that?

A   I do.

Q   Did you review that 6-K?

A   I don't recall.

Q   Do you know what that's -- what is contained in that 6-K?

A   Other than what it says here, I don't recall.

Q   Okay.  And you didn't deem that to be new, material, unexpected information?

A   So as I mentioned earlier, the 6-K news that I identified were the ones issued by the company.  The ones I removed from that list, because these were probatively assumed to be -- or presumptively assumed to be material are the ones that were either stale or the ones that were purely administrative in nature, announcing events to be such as meetings in the future.

Page 152

MAZUMDAR

Q   Right.  So you assumed that every other -- other than stale and administrative announcements -- was material new information, from an economic standpoint, for inclusion in an event study?

A   For inclusion in testing that proposition, yes.

Q   So when you tested this day, you did not get a statistically significant abnormal return, correct?

A   Which day were we talking about?

Q   Number 5.

A   Yes.

Q   So you included it in your testing, and you didn't confirm whether or not it was new unexpected material information prior to including it.

What did you do after you saw the results of your event study, if anything?

A   Well, it's included among the news days in my collective event study.

Page 153

MAZUMDAR

And I have done that for all the days in the class period.

And so the -- not every one of those 214 news dates are statistically significant.  I let the data speak for itself.

Q   Okay.  But you didn't determine whether that was actually material new information prior to including it, correct?

A   I believe I have just answered your question.  I determined that to be the case, that it could be potentially material, value-relevant information because Vale said so.

Q   Right.  But other things Vale said in 6-Ks that they determined to be material information, you excluded, correct?

A   Only if it was obviously stale or related to an administrative event.

Q   How do you know this information is not stale?

39 (Pages 150 - 153)

Page 154

MAZUMDAR

A   Because Vale did not issue a 6-K with that information earlier.

Q   They did -- because it's an October date, did they issue 6-Ks related to shares owned by board members, fiscal counsel, executive directors, and principal shareholders previously?

A   Let me make sure that I am following you.

This date is selected as a news date because it is a Form 6-K event.

Is your question did I compare it to earlier 6-Ks?  Is that your question?

Q   Yes.  You testified you excluded stale information.

A   Yes.

Q   What did you do to confirm that this is not stale information?

A   Compared it to other 6-Ks.

Q   Okay.

A   And I also subsequently, as I

Page 155

MAZUMDAR

discussed, also looked at Factiva news to see if Factiva might have reported that information elsewhere earlier.

Q   Did they?

A   No, because this is identified as a news day based only on the 6-K.

Q   And your assumption that Vale is releasing material information through its 6-K?

A   That's correct.

Q   Turn to the next page, news day 13.  You see there you have a Factiva article "Vale Upgraded to Neutral from Underperform at Credit Suisse"?

A   I see that.

Q   Okay.  And I believe we can verify in another chart, but I believe that came from The Fly on the Wall?

A   I don't recall.  It doesn't say so here.

Q   Can you turn to page B24, B as in "boy."  So it should be in your

Page 156

MAZUMDAR

stack on your left side.

A   Thank you.

B24?

Q   Correct.

A   Oh, I see it.

Yes, I found B -- oh, sorry. B24.

Q   You see line 20?

A   I do.

Q   Okay.  And the headline is "Vale Upgraded to Neutral from Underperform at Credit Suisse, 12/7/2016."

Do you see that?

A   I do.

Q   And it's attributed to Fly on the Wall, correct?

A   Correct.

Q   So going back to my previous question in the exhibit, that article you included as a Factiva news day was actually an article released by Fly on the Wall on December 7, 2016, correct?

A   Correct.

Page 157

MAZUMDAR

Q   Did you do anything to confirm that Credit Suisse report was released on December 7, 2016?

A   I don't recall.  Unless the article itself mentioned an earlier time stamp, I wouldn't have run and looked for Credit -- for the original Credit Suisse article.

(Credit Suisse equity research report, dated December 6, 2016, was marked Mazumdar Exhibit 4, for identification, as of this date.)

MR. HALL:  I would like to mark as Exhibit Mazumdar 4, a document that is an equity research report dated December 6, 2016, by Credit Suisse.  The initial page heading is Lat AM Miners.

And just for the record, it's an article that I printed from my account, which automatically, at the bottom, puts my name and when

40 (Pages 154 - 157)

Page 158

MAZUMDAR

it was printed.  And it shows that it was printed yesterday afternoon.

Q   And you could take as much time as you'd like to look at the document.  But you could see on the second page, it refers to Vale.

MR. JORALEMON:  Is there a specific section you want him to look at?

MR. HALL:  I pointed him to where it says "Vale," but he could take whatever time he likes.

A   Okay.  I have skimmed through it.

Q   Okay.  Have you seen this document before?

A   I don't recall.

Q   Do you believe this is the Credit Suisse report that The Fly on the Wall news release that you included as value-relevant news was referring to?

A   It could be.

Page 159

MAZUMDAR

Q   Are you aware of any other Credit Suisse report that upgrades Vale from neutral from underperform at this time?

A   No, I am not.

Q   Okay.  You didn't pull all analyst reports relating to Vale for your event study, did you?

A   No, I did not.

Q   Why not?

A   As I described my methodology, I have identified news in the way I chose to identify them.

Q   But why wouldn't you include analyst coverage as value-relevant news?

A   Because I have got analyst coverage that was publicly discussed as relevant -- value-relevant information.

Q   Okay.  So you wouldn't consider this report value-relevant information?

A   I would consider the release that there was a report of this nature

Page 160

MAZUMDAR

to the public as value-relevant information.

Q   On what day?

A   On the day that I have identified.

Q   But the report was issued on December 6.

A   It doesn't say at what time.

Q   I understand.  And you did no research whatsoever to confirm which day was correct, did you?

MR. JORALEMON:  Object to form.

A   I did not, but this report does not give you a time stamp.  So that research that you are suggesting would have been fruitless.

Q   How do you know if you didn't do it?

A   Well, sir, you've just given me the report.  I took a look at it.  It doesn't have a time stamp.

Q   Okay.  But you didn't even attempt, correct?

Page 161

MAZUMDAR

A   I have described my methodology.  I consider my methodology robust and objective and based on standard scientific practice.

Q   Okay.

A   Actually, if I might add one additional comment regarding this document you have shown me.  It makes it obvious it was issued after hours.

Q   Why?

A   If you look at page 2 of the document.

Q   Okay.

A   The little table at the top left.

Q   Okay.

A   It says price on December 6, 881.  Do you see that?

Q   Yeah.

A   So that's the closing price of Vale at the end of day.  And they wouldn't have known what the price was until the trading ended.

(Clarification by the

41 (Pages 158 - 161)

Page 162

MAZUMDAR

reporter.)

Q   Does that say "closing price" in that chart?

A   It's customary, when you look at analyst reports, when they give you price on the date of the report, it is the closing price, in my experience.

Q   And Vale also trades in Brazil, correct?

A   That is correct.

Q   Okay.  And do you know if this report was issued by US analysts or foreign analysts?

A   It's Credit Suisse' analysts, but it refers to Vale ADR price.  The target prices are with respect to Vale ADR, which is quoted in dollars.

Q   I would like for you to go down to paragraph -- I am done with that document.

A   Oh, you are done with that document.  Okay.

Q   Go down to an Exhibit OE1, which is Overview Exhibit 1.  It is

Page 163

MAZUMDAR

day 69.

A   Could you tell me the page number at the bottom?

Q   OE1-6.

A   Okay.
    I have it.

Q   You see that's similar to the entry we looked earlier at the beginning of the class period, shares owned by board members, fiscal counsel, executive directors, and principal shareholders on June 30, 2017?

A   I see that.

Q   Okay.  Did you do anything to confirm that that was new, unexpected material news?

A   Nothing other than what I have already explained.

Q   Which is rely on the fact that Vale released it to a 6-K and confirmed it wasn't stale information?

A   Correct.

Q   How did you confirm it wasn't stale information?

Page 164

MAZUMDAR

A   By confirming that there wasn't a 6-K with this same information released previously.

Q   How do you know, though, previously released 1 -- if you look at top of the page, there is one released there on day 60 for May.
    How do you know the one released on line 69 doesn't contain the same information?

A   Sorry.  Which one were you comparing it to?

Q   Look at number 60, which is OE1-6 and number 69.

A   I see them.

Q   Okay.  What did you do to confirm that the information on line 69 was not the same information that was disclosed on line 60?

A   Well, it's evidently not because they're mentioning the ownership as of different dates.

Q   Do you know if the ownership changed?

Page 165

MAZUMDAR

A   I don't know if the ownership changed, but the fact that doesn't change doesn't mean it's not new information.

Q   What would be new about it?

A   The fact that the ownership remained the same.

Q   And that would be new, unexpected material information?

A   Could be.

Q   Could be?

A   Yes.

Q   What would make it be?

A   Well, Vale considered it to be material to inform investors off the share position.  It appears to be on a monthly basis.  Vale does not preselect which of these ownership holding levels should be preselected as material or not.
    I'm following what Vale has done.  Vale is reporting its ownership position on a monthly basis, and I'm taking that information as potentially

42 (Pages 162 - 165)

Page 166

MAZUMDAR

value relevant.

Q   Okay.  But you also have excluded certain information that Vale thought was information in a 6-K as not being value relevant, but you did nothing to confirm that this information was value relevant, correct?

A   Right.

MR. JORALEMON:  Object to form.

Q   Okay.

A   What?

That's fine.  Go ahead.

Q   Let's go down to line 79.  Do you see that?

That includes two entries on the 6-K, but one of them is saying shares owned by board members, et cetera.

Do you see that?  Line 79.

A   Line 79, did you say?

Q   Yes.

MR. JORALEMON:  OE1-7.

Page 167

MAZUMDAR

A   Yes, it's there.

Sorry, what was your question?

Q   I just wanted to find line 79, which also includes a shares owned by board members as of July 31, 2017, correct?

A   Correct.

Q   And you did nothing to compare that information to previously released information, correct?

MR. JORALEMON:  Object to the form.

A   I did, insofar as there wasn't a previously released Form 6-K referring to the ownership holdings on that same day.

Q   But you did nothing to verify that the ownership always changed, correct?

MR. JORALEMON:  From the prior month.

A   From the prior month?  Is that your --

Page 168

MAZUMDAR

Q   Yes.  Sure.

A   No, I did not.

MR. HALL:  I would like to mark as Mazumdar Exhibit 5, Form 6-K for the month of June 2017.  That would be Mazumdar 5.

(Vale June 2017 Form 6-K, was marked Mazumdar Exhibit 5, for identification, as of this date.)

MR. HALL:  And I'm going to mark as Mazumdar 6 a Vale 6-K for the month of June 2017 [sic].

(Vale July 2017 Form 6-K, was marked Mazumdar Exhibit 6, for identification, as of this date.)

THE WITNESS:  I believe 5 refers to June, and 6 refers to July.

MR. HALL:  Correct.

THE WITNESS:  I think you said June.  Sorry.

MR. HALL:  Okay.  I think 5 refers to line 69.  And 6 refers to line 79.

Page 169

MAZUMDAR

Q   Have you seen these documents before?

A   Well, they're 6-Ks, so my team or I would have seen them.  I don't recall.

Q   Wait a minute.  You say you would have seen them?

A   I said these are 6-Ks, and they've been identified in my report as news dates.  So either my team working under my supervision or I would have seen them.

Q   So you read all the 6-Ks that are listed as news events in your report?

A   Reviewed them, yes.  Either I or my team.

Q   And did you review them at all to see if -- whether they contained unexpected material information?

MR. JORALEMON:  The 6-Ks?

MR. HALL:  Yes.

A   You mean all the 6-Ks or just this one?

43 (Pages 166 - 169)

Page 170

MAZUMDAR

Q   Yes, all the 6-Ks.  You said reviewed them all.

A   I reviewed the 6-Ks, and we removed the ones that were duplicative and the -- which were stale.  And the ones that identified procedural events.

Q   But you did remove immaterial information?

A   The data would tell me if the event was immaterial or not.  I did not pre-identify events that may or may not be material.

Q   But wait a minute.  Let's back up.

You said earlier -- you testified -- and we can go through it if you want -- that value-relevant news is the same as material unexpected news.  From your article, that's the terminologies you used.  You said it's the same as the way you use value-relevant news in your report, correct?

A   Are you quoting the article

Page 171

MAZUMDAR

that I wrote?

Q   I believe I am.  You can look at it if you would like.

A   Do you mind?

Q   Sure.  Page 179, 180.  I think that part was on 180.

A   Could you point me to the exact paragraph?

Q   Yes.  The paragraph you previously read, about half the way down the page, and that term is to the right-hand side of the page.  It says on --

A   On page 180.

Q   180, yes.

It says, "Indeed, those dates when the market learned material new information."

A   Sir, I'm reading the full sentence of news --

(Reading sotto voce.)

Q   You don't have to read it out loud.  You've already read it out loud.

A   Right.  I'm reading --

Page 172

MAZUMDAR

Q   I want to focus on the material new information.

Is that reference the same type of information that you deemed value-relevant information in your report that you submitted in this case?

A   In the collective event study, yes.

Q   Okay.  But not in the collective event study, you wouldn't use the same definition?

A   Well, the definition of materiality is something that has news and information content.  So I have considered different cuts of the news dates in my report.

Q   But in the collective study, you also used nonnews days, correct?

A   In the collective study, I did.

Q   Right.  But an event study you focused on selecting what you determined to be value-relevant information, correct?

Page 173

MAZUMDAR

Or you may call it news in your report, I think.

A   Yeah.  News days.

Q   Okay.  Is material new information something different than value-relevant news?

A   I would say material new information is potentially value-relevant news.

Q   What would make it not value-relevant news?

A   The detection of abnormal returns being statistically significant or not would decide whether it's material or not.

Q   No, no.  Back up.  Let's not get ahead of ourselves.

You determine something to value relevant before you ran the event study, correct?

A   Potentially value relevant.

Q   Okay.  So I want to know in that determination you said -- I believe you just said that material new

44 (Pages 170 - 173)

Page 174

MAZUMDAR

information could be value-relevant news.

Q I'm asking you prior to running an event study, what would be the difference in those two definitions?

A Well, they could be value relevant.

Q So is it your position that the reference to the material new information in this article is different than your reference to value-relevant news in your report?

A My position is that if you are going to run an event study, you should find a statistically significant price reaction on material news days.

You don't ex ante pick out certain dates for analysis or not. You use an objective methodology to select all potential value-relevant news and then test that hypothesis.

Q Okay. But isn't this paragraph referring to the selection of

Page 175

MAZUMDAR

news days, not looking post-event study. And if you read the prior sentence for material new information, you will see that it says, "How have the Ferrillo et al.'s test depends critically on how such news days are identified."

A If you read the sentence after that, I think that's helpful to understand the context.

Q Okay.

A It says, "If, instead, news day are picked mechanically by simply identifying all dates, then the company was, quote/unquote, mentioned in the press, as Ferrillo et al. suggests, such reported news may, in fact, be stale or immaterial, and I have attempted not to do so."

Q Other than 6-Ks, for 6-Ks, you did not attempt to see if it was immaterial, correct?

MR. JORALEMON: Object to form.

Page 176

MAZUMDAR

A Other than the steps I have already described.

Q Did any of those steps determine if the information released in 6-Ks were immaterial?

A Yes, I believe I have explained that.

Q Other than stale information and administrative days, did you attempt to determine whether any of the additional information released through 6-Ks was immaterial?

A I will have to read my report to see the details, but I don't recall.

Q Earlier answer, you didn't.

A That was my recollection, because earlier you hadn't shown me my report.

Q Okay. Did you or did you not, other than administrative issues and stale information, attempt to remove immaterial information from 6-Ks?

And you can look at any

Page 177

MAZUMDAR

document you want. We can take a break and you can read through it all, if you would like. And you can answer that question.

A Well, I will just take a look at that appendix.

Q Okay.

A So, for instance, at page C1, paragraph 2, I identify seven instances where I found a Vale Form 6-K was accepted after trading hours, where the public event discussed, for example, a public presentation or shareholder event had occurred earlier during trading hours or on a prior date.

Q Okay. What does that have to do with determining materiality?

That's just determining which day is the news day, correct?

MR. JORALEMON: Or that it's stale.

A Or that it's not stale. So it's describing --

Q Okay. I asked you a

45 (Pages 174 - 177)

Page 178

MAZUMDAR

different question, though.

Did you, other than stale information and administrative issues, review any of the 6-Ks to determine if the information was immaterial?  That's the question.

A   No.

Q   Okay.  Thank you.

Now we can go back to Exhibit 5 and 6.  And if you notice Exhibit 5, which is for the month of June 2017, on the second page towards the bottom, has a total of shares.

Do you see that?  It's --

A   Sir, you have to give me some time.  I am trying to find --

Q   I'm sorry, I wasn't looking at you.  I'm sorry.  I didn't mean to rush you.

A   No problem.

Q   Take your time.

A   Yes.

Q   Okay.  So you see on Exhibit 5, which is for June 2017, on

Page 179

MAZUMDAR

the second page at the bottom, there is a list of their shares?

A   Yeah.

Q   Okay.  And there are columns above that with shares owned.

Do you see that?

A   I see the quantity of shares.

Q   Okay.  Can you compare that to Exhibit 6, which is a 6-K from July 2017 related to shares.

And tell me if you see any difference in the number of shares held -- or listed, I should say.

A   I don't.

Q   Okay.  But you still consider the July 17, 2016, 6-K as new unexpected news?

A   Potentially.

Q   Why is that information not stale?

A   Because it's in a subsequent, one month later, and it confirms that board members didn't sell any shares, didn't buy any additional shares.

Page 180

MAZUMDAR

So that's information, in and of itself.  That's new.

Q   That was -- to clarify, just so the record clear, this refers to more than board members.

A   Right.  It refers to shares owned by board members, fiscal counsel, executive directors, and principal shareholder.

So to be clear, the updated report confirms that there wasn't a difference over time.

Q   Okay.  And would it surprise you to learn that the August report did the same, that it had the same numbers?

A   Ever.

Q   And that you still included that day as a relevant news day?

A   It wouldn't surprise me.

Q   Okay.  And it wouldn't change your opinion of whether or not it should be included in a value-relevant news day?

A   No.

Page 181

MAZUMDAR

Q   Okay.

MR. JORALEMON:  Tell me whenever the next time a break.  We've been going for an hour and a half.

MR. HALL:  Yeah, let's take one now.

VIDEOGRAPHER:  The time is 1:02 p.m.  We're off the record.

(Whereupon, a lunch recess was taken at 1:02 p.m.)

46 (Pages 178 - 181)

Page 182

MAZUMDAR

A F T E R N O O N   S E S S I O N

(Time noted: 1:49 p.m.)

S-U-M-O-N  M-A-Z-U-M-D-A-R,

Resumed, having been previously sworn by a Notary Public within and for the State of New York, was further examined and testified under oath as follows:

VIDEOGRAPHER: The time is 1:49 p.m. We're back on the record.

You may proceed.

CONTINUED EXAMINATION BY MR. HALL:

Q    Okay. Dr. Mazumdar, did you speak with counsel about the substance of any of your answers today during the break?

A    No.

Q    Let's go to OE1, day 108, which is on OE1-9, towards the bottom.

A    I see that.

Q    You see that article down at the bottom it says, "Vale Hopes to Build Price Buffer by Slashing Debt."

A    I see that.

Page 183

MAZUMDAR

Q    Which I believe is also another Fly on the Wall article. You can look back at Exhibit B, if you want. Doesn't necessarily matter for my question, but I believe it is Fly on the Wall.

Did you do anything to confirm that that was not stale news?

A    Nothing in addition to what I have already described in my report.

Q    Okay. Did you review the Vale financial statements that were released on October 26, 2017? And that's day 106, I think, on your chart.

A    I may have reviewed them. This is an earnings announcement.

(Clarification by the reporter.)

Q    And do you recall if any information that was contained in the November 6, 2017, Fly on the Wall article at row 108 was contained in the releases, either the 6-K or the Factiva releases, on line 106?

Page 184

MAZUMDAR

A    I don't recall.

Q    Let's go to row 131, which is OE1-11.

(Whereupon, a discussion was held off the record.)

A    I see that.

Q    Okay. Can you tell me whether you did anything to determine whether it was unexpected for Vale to pay --

(Clarification by the reporter.)

Q    -- interest on infrastructure debentures?

A    I did nothing else other than what I have already explained in my appendix.

Q    So you don't know whether that news was unexpected or not, correct?

A    I know that it was identified as a news day, according to methodology that I've described.

Q    Which did not include for

Page 185

MAZUMDAR

days like this to determine whether or not that news was unexpected?

A    I'm not sure I follow your question.

Q    Well, did you do anything to determine whether or not the 6-K referenced in day 131 contained unexpected new news?

A    Well, as I mentioned earlier, I have done -- I followed the methodology that I've described in my appendix. And I haven't done anything differently for this one date.

Q    Is the fact that a company pays interest on a debt that it has, that it was scheduled to pay, new news?

A    It could be.

Q    What would make it new news?

A    The fact that that's made the payment is confirmation of its ability to pay.

Q    Even if everyone knew that the company was well capitalized and could make its payments?

47 (Pages 182 - 185)

Page 186

MAZUMDAR

A   It's potential news.

Q   Let's go to line 160, which is at OE1-14.  I want you to look at line 160 and 161.

A   Right.

Q   Do you see that line 160 is a news article referring to a Bloomberg article that says, "Vale Reaches $700 million Pack to Sell Cobalt Output."

Do you see that?

A   I do.

Q   And you see 161 has the 6-K referring to a $690 million --

(Clarification by the reporter.)

Q   -- a $690 million cobalt stream unlocks Vale's mine expansion?

A   I see that.

Q   Okay.  And do you see you also refer to a Factiva news, it says, "Wheaton Precious Metals Acquires Cobalt Stream from Vale's Voisey's Bay Mines."

Page 187

MAZUMDAR

Do you see that?

A   I see that.

Q   Why is the news on line 161 considered new news if the news on 160 had already been disclosed?

A   Well, based on these headlines, it's not clear what the information content in these would have been.  And different news sources reporting the same information differently might contain additional pieces of information.

Q   Would it indicate to you here that there is anything different on line 161 from line 160?

A   Well, on line 161, it is reported through a Form 6-K.  And on line 160, it's reported through a Factiva headline.

Q   Right.  But you said earlier that you eliminated as stale information 6-Ks which had information that had been previously released by other news sources.

Page 188

MAZUMDAR

So why wasn't this one of them?

A   I don't recall.

Q   Go down to the bottom of the next page, which is OE1-15, lines 172 and 173.

Do you see that lines 172 and 173 refer to a credit rating upgrade by Moody's?

A   I see that.

Q   What is new about the information on line 173 compared to the actual credit rating announcement that was released on line 172?

A   Well, looking at these headlines on 173, there is additional information about the stable outlook.

Q   Do you know whether or not that's being referenced in the credit rating announcement?

A   Sitting here right now, I don't recall.

Q   If it was, should these be considered one day or two?

Page 189

MAZUMDAR

A   Well, again, it would depend on the timing of these.

Q   What do you mean by that?

A   Well, you could, for example, consider July 23rd as a news day because it's a credit rating day.  And I believe when I looked at credit-rating-day price reactions for the notes, I looked at the day of the credit rating as well as the next day due to detect statistical significance.

And the next day, July 24th, could be considered a separate incremental news day because it has additional information.

But sitting right now, I don't recall.

Q   You don't recall what that additional information was?

A   That's right.

Q   Go to line 180, which is on OE1-17.

(Whereupon, a discussion was held off the record.)

48 (Pages 186 - 189)

Page 190

MAZUMDAR

Q   That was line 180.

Can you read what you have in line 180 under "Factiva Headline"?

A   It says, "Vale downgraded to underperform from sector perform at RBC Capital, RBCM."

The second headline is "Vale upgraded to outperform from neutral at Bradesco."

(Clarification by the reporter.)

THE WITNESS:  Bradesco, B-R-S-E.

Q   Do you recall earlier we talked about the release of positive and negative news at the same time?

A   I recall you asked questions about that.

Q   Is this an example of the same day having released positive news and negative news?

A   That is your characterization so I will leave it to you to determine that.

Page 191

MAZUMDAR

Q   I'm asking right now.  What is your interpretation of that day?

A   I'm not making any search determination.

Q   I'm asking you to.

A   Well, I can't.  I have to look at the full article and the content of --

Q   You said you already did.

A   Sir, I was about to finish my answer.

Q   Okay.

A   I would say you would have to review the credit ratings on this date and earlier dates to make a determination whether or not these two new pieces of information offset each other identically.

Q   Did you do that?

A   I did not.

Q   Go down to line 184.

It says, "Vale chief Fabio Schvartsman turns to increasing shareholder returns."

Page 192

MAZUMDAR

Do you see that?

A   I do.

Q   What about that makes it value relevant?

A   It's potentially value relevant insofar as he is indicating initiatives that he may be taking to increase performance.

Q   Isn't that his job?

A   Well, it may be his job, but investors frequently look for reaffirmations from CEO's, and CEO announcements have been the subject of event studies.

Q   Do you recall reading that article?

A   Sitting here right now, I don't.

Q   Do you believe you read that article?

A   I may have.

Q   But you may not have?

A   I -- likely I did, or my team did, because one of those articles that

Page 193

MAZUMDAR

identify one of the 54 Factiva news days.

Q   Could you turn to page OE2-1.  This is the beginning of Overview Exhibit 2.1.

A   I'm there.

Q   What is matched portfolio?

A   It's a term I have used to identify methodology.  It's commonly used to calculate abnormal returns for bonds or notes in this instance.

Q   How do you calculate abnormal returns with a matched portfolio?

A   Well, I've described it quite fully in my appendix, but briefly it's the difference of the notes return on a given date, minus the return on a matched index or matched portfolio.

Q   How does a matched portfolio differ from your Mazumdar regression?

A   A matched portfolio is not a regression-based method.  The Mazumdar regression method is a regression-based method.

49 (Pages 190 - 193)

Page 194

MAZUMDAR

Q   What kind of method is a matched portfolio?

A   It's known in the literature at a matched portfolio method.

Q   Okay.  Can you describe that to me as someone that's not an economist?

A   I believe I just did.  It's a calculation of the difference between the notes return on a given day, less the return on a matched portfolio on that day, and that's how you calculate the abnormal return on that particular date.

And consistent with the regression method, you divide that abnormal return by the volatility of that abnormal return on a prior period.

Q   What is included in the matched portfolio?

A   I'm not sure I follow your question, sir.

Q   Well, you say you compare the return of the matched portfolio to the

Page 195

MAZUMDAR

return of the note, I believe, correct?

Did I get that right?

A   The other way around, but it's the difference between the notes return and that of a matched portfolio.

Q   What are you looking at as part of the matched portfolio to see the matched portfolio return?

A   Well, you identify the matched portfolio, and then you -- then its return is provided.  In this case, it's a well-known index.

Q   What's that index?  That's what I am asking you.

A   Well, it's not the same index for all the notes.  It differs over time.

Q   Okay.

A   So --

Q   What is it for note 1, let's say?

A   Well, it depends what date of the class period your question relates to.

Page 196

MAZUMDAR

Q   Can you give me an example in beginning?  The dates of October, November, December 2016.

A   So turning your attention to page C12 of my appendix, there is a table at page C12.

So if you tell me the date and the note, then I can tell you which version of the ICE BofA index I used as the matched portfolio for that date for that note.

Q   How did you select these instruments or indices to use as the matched portfolio for each of the notes on each of these times?

A   So "Under the matched portfolio approach, each Vale notes daily abnormal" --

(Clarification by the reporter.)

A   "Under the matched portfolio approach, each Vale notes daily abnormal return is calculated as the notes daily return less the return of a

Page 197

MAZUMDAR

matched portfolio VIZ and ICE BofA US corporate bond index comprising of corporate bonds with similar rating and maturity."

There is a footnote 40 on page C10 that provides where I got the matched portfolio's daily returns.  They come from a standard database, Bloomberg.

"Moody's assigned the seven Vale notes the same credit rating throughout the class period, which fluctuated between BAA3, the lowest investment grade, which correspondences to ICE's composite rating of BBB3.  And BA3, BA2, and BA1, which are below investment grade ratings and correspond to ICE's composite rating of BB.

"Therefore, when the Vale notes were rated BAA3, I selected ICE BofA BBB US corporate index as its matched portfolio, or rated BA3, BA2, or BA1, I selected ICE BofA BB US cash pay high-yield corporate index as its

50 (Pages 194 - 197)

Page 198

MAZUMDAR

matched portfolio.

"Next, to identify ICE BofA index with the comparable remaining maturity, I selected one of the six maturity-based subindices of the ICE BofA index that match the Vale notes remaining maturity."

There is a footnote 42 that I think is relevant to point out here.

It says "The constituents of the six maturity-based subindices of ICE BofA BBB US corporate index and BB US cash pay high-yield index have remaining maturity groups in the following ranges:

"One, one to three years. Two, three to five years. Three, five to seven years. Four, seven to ten years. Five, ten to 15 years. And six, more than 15 years.

"The selected ICE BofA subindex is the Vale notes maturity-and-rating-based matched portfolio. As each Vale notes

Page 199

MAZUMDAR

remaining maturity declined over time or its rating changed over time, I changed its matched portfolio over time as well as summarized in the table on the next page."

Q   Did you change anything in the Mazumdar regression when you used it on the notes?

A   The Mazumdar regression is not based on the matched portfolio method.

Q   That wasn't my question. I understand that. It's two separate rows. Please listen to my question.

Did you change anything in the Mazumdar regression when you ran that in the table here, for example, under note 1?

A   Sorry, I don't understand your question, sir.

Q   Did you change any indices in the regression, the way you constructed it?

MR. JORALEMON:  What page are

Page 200

MAZUMDAR

you referring to?

MR. HALL:  OE2-1, the one that we were on.

A   Are we still talking about the matched portfolio?

Q   No, we're not.

A   So the Mazumdar regression had a different methodology. It has nothing to do with the matched portfolio.

Q   I understand. That's why my question is not about the matched portfolio.

Does the Mazumdar regression include an industry-wide index?

A   I see. So you would like me to describe what the Mazumdar --

Q   No. I asked you a question. You should be able to tell me. You spent 30 to 40 hours looking at this report. You are an economist who has been doing this for 20 to 30 years.

Did you use an indice in the Mazumdar regression? I don't care what

Page 201

MAZUMDAR

it is right now. It is a simple yes --

A   Of course I did.

Q   Okay. Now, what indices did you use?

A   I used several indices.

Q   Okay. Did those indices change when you went from the ADS's to the notes?

A   Yes.

Q   Okay. So what indices did you use in the Mazumdar regression for the notes?

A   So may I look at my appendix?

Q   Yeah. Sure.

A   Sir, I compared the indices that I used in the ADS regression which is on page C8 --

Q   That's not what I asked you. I asked which indices did you use for note 1, for the notes.

A   I used the indices mentioned in C13.

Q   What are they, please?

A   Daily changes in the

51 (Pages 198 - 201)

Page 202

MAZUMDAR

difference between the yield of the ICE Bank of America US cash pay high-yield index, and a US treasury note. That's one.

Q   Okay.

A   Daily log return of the S&P 500 index. That's the second.

Change in the interest rate term structure, which is measured by the daily change in the difference between ten-year and two-year US Treasury note yield. That's the third.

The daily log return of the ICE BofA high-grade Latin America emerging market corporate index. That's the fourth.

And the daily change in the ten-year US treasury note, which is the fifth.

Q   Thank you.

Can you turn to page OE2-71. I want to start on the line that is February -- sorry, Friday, September 29, 2017.

Page 203

MAZUMDAR

A   Sorry, could you tell me which page?

Q   OE2-71.

A   I'm there.

Q   Okay. Down at the bottom, September 29, 2017.

A   I see that.

Q   Okay. In the first column after the date is the abnormal return for the matched portfolio, correct?

A   It is.

Q   And it's 1.58 percent on one day, .19 on another, .05 on another, and it changes each day.

Do you see that?

A   I do.

Q   Okay. Why don't you go over to the Mazumdar regression abnormal return.

And other than changing from 1.29 percent to 1.28 percent, do you see how that abnormal return stays at 1.28 percent to Tuesday, October 10, 2017?

Page 204

MAZUMDAR

A   I do.

Q   Do you find that odd?

A   Not especially.

Q   Why not?

A   Abnormal returns can be the same from day-to-day.

Q   So do you believe that's -- is it your testimony that you still believe that calculations for the abnormal return on the Mazumdar regression for note 5 from Friday, September 29, 2017, to Tuesday, October 10, 2017, are, correct?

A   Sitting here right now, I have no reason to doubt that.

Q   Okay. What would be the total abnormal return approximately for note 5 from September 29, 2017, to October 10, 2017, under Mazumdar regression?

A   It could be the cumulative return, cumulative of normal return of that period. So approximately 5 percent.

Page 205

MAZUMDAR

Q   5 percent?

A   I believe so.

Q   One, two, three, four, five -- seven days that are all 1.28 -- or six days that 1.28 and one day that's 1.29.

Does that add up to 5 percent?

A   Oh, you include the first day?

Q   Yes.

A   September 29.

Q   Yes.

A   I see no reason to do that because these are one-day event studies, but, yeah, you could add those numbers up. I don't have a calculator here.

Q   Let's call it roughly 8 1/2 to 9 percent. Does that sound about right?

A   Looks to me closer to 6 1/2, but that's fine.

Q   There are seven days that are

52 (Pages 202 - 205)

Page 206

MAZUMDAR

1.2. How do you get 6?

A    I am looking at --

MR. JORALEMON:  You have to look on the next page.

Q    The next page.  I said the next page.  Sorry.

A    Sorry.  Yeah.  Closer to that, yeah.

Q    Does that seem realistic to you, that note 5 would have had an abnormal return that large over that time period?

A    As I said, I can't second guess calculated numbers.  Certainly it's something that if it is wrong, then one would have to correct it.

But sitting here right now, I don't see any reason to second-guess that.

Q    Okay.  Look at the matched portfolio return for the same set of days.

Is it anywhere close to the same return that you had for that

Page 207

MAZUMDAR

number days under the Mazumdar regression?

A    No, they're not.

Q    What is the explanation for that?

A    It's a different model.

Q    You had no reason to doubt that your Mazumdar regression may be transposed data over across the number of days when it shouldn't have?

A    That's one explanation.

Q    Okay.  You said you have -- withdrawn.

Do you ever check the accuracy of your regressions after you perform them?

A    I do.

Q    And did you check the accuracy of note 5 regression for this time period?

A    It was checked, and I will check it again.

Q    How was it checked?

A    Well, there's code run.

Page 208

MAZUMDAR

Q    Okay.

A    There's data used.  The manner in which the data is used is verified through the code.  The code was turned over.

But you brought this to my attention.  I'm happy to go back and check it and correct these calculations, if necessary.

Q    Please turn to page OE2-88.

And this is a chart related to note 6, correct?

A    That's right.

Q    And why don't you go down again to September 29, 2017.

A    Right.

Q    And look at the columns for the abnormal return on the Mazumdar regression from September 29, 2018, through October 10, 2017.

A    Sorry.  Which days again?

Q    September 29, 2017, through October 10, 2017.

A    Right.

Page 209

MAZUMDAR

Q    Do you see they are all approximately the same, either .69 percent or .70 percent, correct?

A    I see that.

Q    Okay.  And if you look over to matched portfolio, abnormal return for those same days, it varies quite a bit, correct?

A    It does.

Q    And you have no explanation for why your regression wouldn't vary from day to day like the matched portfolio does?

A    No.  I do know that I'm using Dr. Feinstein's data in this instance, but I have no other explanation sitting here, as I do right now.

Q    Well, let's look over Dr. Feinstein's regression.

Do you see that?  For the same dates, his varies, correct?

A    His regression model indicates different abnormal returns, yes.

53 (Pages 206 - 209)

Page 210

MAZUMDAR

Q   Okay.  So isn't it likely that this is an error in your Mazumdar regression as it relates to note 6 for that time period?

A   Well, sitting here right now, I am not going to speculate as to the cause of that finding.

Q   Do you find it odd?

A   Well, as I said, I would go back and check it and revise --

Q   But you also said you checked all this before you submitted your report, correct?

A   I did.

Q   And you submit this report as a reliable analysis of the securities at issue, correct?

A   I do.

Q   Okay.

Now, if I were to represent to you that notes 1, 2, 3, and 4 also have the same issue, would you -- given that, do you believe that your -- this analysis as it relates to notes 1, 2,

Page 211

MAZUMDAR

3, 4, 5, and 6 are accurate for that time frame?

A   Well, I have used a methodology, the Mazumdar regression methodology, and you pointed out certain data issues that you are arguing is due to an error in the model.  I can't sit here and answer that question without going back and rerunning the regression.

I can tell you that, though, that both these regression models are -- have limited applicability compared to the matched portfolio method, as I have described in my report.

Q   But given that you included three analyses here, and yours is the only one that seems to have this issue, does that cause you to question the accuracy of your analysis for this time period on those notes?

MR. JORALEMON:  Object to the form.

Page 212

MAZUMDAR

A   I will certainly check those results, but as I said right now, I can't take a call as to whether these numbers are wrong or not.

Q   Okay.

Let's turn to OE2-2.  Down at the bottom of OE2-2, starting with January 26, 2017, going through the next page, which is Friday, February 3, 2017, do you see we have the same issue where your abnormal return doesn't really vary at all, while the other two regressions do?

A   I see that.

Q   Okay.  This is a different time period, correct?

A   I believe so.

Q   And we can go through them if you want, but if the same issue, which I represent does occur for that time frame, which is January 26, 2017, through February 3, 2017, for all notes, would that, along with the prior issue for the different time frame for

Page 213

MAZUMDAR

all the notes, would that cause you to question the accuracy of the Mazumdar regression as it applies to the notes?

MR. JORALEMON:  To those dates.

A   Well, as I said, I would have to check whether or not the abnormal returns differ from time to time.  And ultimately, my conclusions would depend not simply on the abnormal returns, but relative comparison of the abnormal returns on news dates versus nonnews dates.  So my conclusions may remain the same, but you brought something to my attention and I'm happy to look into it.

Q   I will just represent that for the record the same thing occurs February 15, 2018, through February 22, 2018.  So there is at least three sets of data that I've identified, there may be more, where there seems to be a problem with your data.

Let's turn to -- I think it's

54 (Pages 210 - 213)

Page 214

MAZUMDAR

paragraph 26 of your report, which is on page 12 of your actual report.

A    I see that.

Q    You see the last sentence of that paragraph 26. Can you read that aloud, please?

A    It says, "Significant serial correlation indicates that the security does not create in a weak form efficient market."

Q    What's the basis for that statement?

A    Extensive academic research.

Q    You don't cite any academic support for that.

A    It's a fairly well-known proposition. It's cited in most textbooks. And I believe I cite a textbook in the previous page.

(Clarification by the reporter.)

A    Brealey & Myers is a standard textbook that describes that weak form test.

Page 215

MAZUMDAR

Q    Okay. But you don't cite anything in footnote 24 like you do in footnote 25, for example, for the statements you are making?

A    I believe these two paragraphs are to be read in conjunction. And if one needs academic citations to make the obvious point that weak form efficiency it tested through serial correlation, I've cited to such studies throughout my report.

Q    Okay. Well, isn't it true that the academic literature only considers a market to be weak form inefficient if any serial correlation leads to profitable trading strategies after accounting for trading costs?

A    That is a version of the serial correlation test, yes.

Q    So you agree with that statement?

A    That's a version of the serial correlation test where one takes into account transaction costs.

Page 216

MAZUMDAR

Q    Well, there's two parts to it. There is the serial correlation has to lead to profitable trading strategies for it to be a weak inefficient market.

Do you agree with that statement?

A    Yes.

Q    Okay. And then the second part of that was the trading cost, which you just talked about.

A    Yes.

(Clarification by the reporter.)

Q    Are you aware of any academic literature that says that a market is weak form inefficient if there is serial correlation but that doesn't lead to profitable trading strategies?

A    The academic literature does discuss weak form efficiency tests with and without considering profitable trading strategies. Ultimately, one would consider trading strategies as

Page 217

MAZUMDAR

well.

But there are many, many papers and books that say you can look at serial correlation to see if you detect significant serial correlation, its evidence of inefficiency.

Q    Have you ever heard of Andy Lo and Craig MacKinlay?

A    Yes.

Q    They're two known -- I don't know how well-known -- but known economists?

A    Yes. I believe I'm on an editorial board of a journal where Andy --

(Clarification by the reporter.)

A    -- editor of a journal where Andy Lo is an advisor.

Q    What journal is that?

A    It's called Journal of Investment Management.

MR. HALL: I will mark as the next exhibit Mazumdar Exhibit 7,

55 (Pages 214 - 217)

Page 218

MAZUMDAR

an article by Andrew Lo and Craig MacKinlay in the spring 1988 edition, The Review of Financial Studies.

(The Review of Financial Studies, was marked Mazumdar Exhibit 7, for identification, as of this date.)

Q   You can take whatever time, if you are not familiar with this article, to look at it.

I'm going to ask you one, maybe two, questions on page 42. But take what time you need.

(Pause.)

A   Okay. I haven't read the full article.

Q   Okay.

A   But I've read --

Q   Like I said, I am going to go to page 42. And the last sentence before the bottom paragraph starts "This empirical puzzle."

Do you see that?

Page 219

MAZUMDAR

A   Okay. You will have to give me a minute.

Q   It's all the way down at the bottom. The last paragraph starts with "Of course." The sentence right above that.

A   I see that, yeah.

Q   Can you read that sentence and the sentence that begins "Of course"?

A   "This empirical puzzle becomes even more striking when we show that autocorrelations of individual securities are generally negative.

"Of course these results do not necessarily imply that the stock market is inefficient or that prices are not rational assessments of fundamental values."

Q   Okay. And this article uses the term "autocorrelation." Is that the same as "serial correlation"?

A   Generally.

Q   And do you agree with

Page 220

MAZUMDAR

Professors Lo and MacKinlay that autocorrelation does not necessarily imply that a market is inefficient?

A   Well, I think to understand Lo and MacKinlay's conclusions, one has to read the rest of that paragraph that you got me to stop in the first sentence.

Q   You are free to read whatever you add. I just asked you whether or not you agree that autocorrelation does not necessarily imply that the stock market is inefficient.

A   Their test results may be interpreted as a rejection of some economic model of inefficient price formation.

Q   Okay. That is not what I asked you.

Do you agree that autocorrelation does not necessarily imply that the stock market is inefficient?

It's actually a yes-or-no

Page 221

MAZUMDAR

question.

A   Well, that's what they say. And I think the tests of autocorrelation are standard in the literature.

Q   Do you agree with the statement "autocorrelation does not necessarily imply that the stock market is inefficient"?

A   Well, the autocorrelations done in this study are based on portfolios and not based on --

Q   Could you please answer my question?

A   No, I don't agree with this --

Q   You don't agree with that statement. Okay.

A   Specifically this sentence is conditional on these results. So it's important for me to clarify for the record that Lo and MacKinlay's conclusion is based on their empirical results.

56 (Pages 218 - 221)

Page 222

MAZUMDAR

Q   I understand that.
Let's put aside Lo and MacKinlay.  Donny Hall is now asking you do you believe that autocorrelation doesn't necessarily imply market inefficiency?
MR. JORALEMON:  Object to form.
With respect to specific stock?
MR. HALL:  I just asked my question.  He can answer my question.
A   Well, what variables are you considering for your autocorrelation?  Autocorrelation of what?
Q   Of stock price.
A   Do you mean stock returns?
Q   Can you not answer the question as an economist with 25 years?  It's a yes-or-no -- you can answer no.
A   I don't understand your question.  Sir, it's your question.  And I am trying to be responsive, so

Page 223

MAZUMDAR

I'm trying to make sure that I understand your question and give you a correct answer, to the best of my ability.
So "autocorrelation" is a term that is frequently used to study statistical properties of data.  It could be about lots of data.
So what data are you specifically asking your question about?
Q   Stock market.
A   Do you mean a stock or the market index as a whole?
Q   Autocorrelation as it relates to the stock market.
A   Many stocks put together in a bundle.
Q   Yeah, let's start there.
A   Yeah.  Those are harder questions to answer.  I mean, that's not a question I can answer without doing the appropriate tests.
This paper talks about

Page 224

MAZUMDAR

different tests over different periods using different frequency data, such as weekly data and monthly data for different bundles of stocks.  Certain indices and certain specific portfolios, from my quick read of this data.
And they conclude that their results specific to their data do not necessarily imply that the stock market is inefficient or that prices are not rational assessments of fundamental values.  I don't disagree with that statement, which is based on Lo and MacKinlay's analysis of their own data.
Q   But you didn't put any qualifications in paragraph 26 of your report on page 12 when you said "significant serial correlation indicates that a security does not trade in a weak form efficient market."
A   I did not.
Q   Okay.  But now you are putting conditions when I asked you a

Page 225

MAZUMDAR

question.
MR. JORALEMON:  Object to form.  That's -- mischaracterizes his testimony.
A   Is there a question?
Q   Sure.  Is your statement in paragraph 26 inconsistent with the statement by Lo and MacKinlay on page 42?
A   When I read Lo and MacKinlay for the first few pages and the rest of it, I don't believe it is.
Q   So you think significance serial correlations without anything else leads to weak form means that the stock does not trade in a weak form efficient market?
A   It's a standard test of weak form efficiency.
MR. HALL:  Okay.  I have nothing further.
THE WITNESS:  Thank you.
MR. JORALEMON:  Just a few questions.

57 (Pages 222 - 225)

Page 226

MAZUMDAR

EXAMINATION BY MR. JORALEMON:

Q   Following up on some of your earlier testimony about your experience, do you recall this morning, Dr. Mazumdar, you testified about your experience as a testifying expert performing event studies concerning market efficiency.

Do you recall that?

A   I do.

Q   And I believe you testified that the report you submitted in this case was the first example of you serving as a testifying expert where you performed an event study concerning market efficiency; is that correct?

A   That's correct.

Q   Okay.  Have you ever served as a consulting expert in connection with securities litigation?

A   Hundreds of times.

MR. HALL:  Objection.

Q   Hundreds of times.

Okay.  And over those

Page 227

MAZUMDAR

hundreds of times you have served as a consulting expert, did you have occasion to perform event studies?

MR. HALL:  Objection.

A   Numerous times.

Q   And those event studies concerned securities markets issues?

A   Yes.

Q   Okay.  Did any of those event studies you performed in the hundreds of times you served as consulting expert concern issues of market efficiency?

MR. HALL:  Objection.

A   Yes.

Q   Can you give me an approximate estimate of how many different event studies concerning market efficiency you have had occasion to participate in or to perform as a consulting expert?

MR. HALL:  Objection.

A   Dozens.

Q   Dozens.

Page 228

MAZUMDAR

Okay.  Setting aside that consulting expert role over the course of your professional career, have you had occasion to perform studies concerning market efficiency?

A   I have.

Q   How many times?

MR. HALL:  Objection.

A   Enumerable times.

Q   And in what capacity were you studying market efficiency as a professional economist?

MR. HALL:  Objection.

A   Well, teaching my class how efficiency tests are run, publishing peer-reviewed research where event studies are run.

(Transcript continues.)

Page 229

MR. JORALEMON:  Thank you.  I have nothing further.

MR. HALL:  Nothing here.

VIDEOGRAPHER:  I have permission to wrap up for the day?

MR. HALL:  Yes.

VIDEOGRAPHER:  We're off the record at 2:45 p.m.  This concludes today's testimony given by Sumon Mazumdar.

(Time noted: 2:45 p.m.)

58 (Pages 226 - 229)

Page 230

ACKNOWLEDGEMENT

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, SUMON MAZUMDAR, certify, I have read the transcript of my testimony taken under oath in my deposition of August 24, 2023; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

- - - - - - - - - - - - - - -
SUMON MAZUMDAR

Sworn and subscribed to before me

this_____ day of_____, _____.

_____
Notary Public

Page 232

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty(30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 231

CERTIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, JUDITH THATEN, Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That SUMON MAZUMDAR, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of August, 2023.

_Judith Thaten_
JUDITH THATEN

Page 233

E R R A T A

I wish to make the following changes,

for the following reasons:

PAGE LINE

___ ___ CHANGE:_____

REASON:_____

___ ___ CHANGE:_____

REASON:_____

___ ___ CHANGE:_____

REASON:_____

___ ___ CHANGE: _____

REASON:_____

___ ___ CHANGE: _____

REASON:_____

___ ___ CHANGE: _____

REASON:_____

_____   _____

WITNESS' SIGNATURE        DATE

59 (Pages 230 - 233)

**[& - 29]**                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**   1:12 2:5,11
6:18 214:23

**0**

**05**   203:14

**1**

**1**   3:11 5:13
114:5,8 143:24
144:8 162:25
164:6 195:21
199:19 201:21
210:22,25
**1.2.**   206:2
**1.28**   203:22,24
205:5,6
**1.29**   203:22
**1.29.**   205:7
**1.58**   203:13
**1.96**   24:17
25:23 63:19
**1/2**   205:20,23
**10**   203:24
204:14,20
208:21,24
**10022**   2:6
**10166**   2:12
**102**   118:12,14
119:21
**104**   120:20
122:2
**106**   183:15,25
**108**   182:19
183:23

**10:01**   56:7
**10:15**   56:11
**114**   3:11
**11:20**   113:18
**11:37**   113:22
**12**   144:25
214:3 224:19
**12/7/2016**
156:14
**123**   3:13
**124**   3:14
**13**   155:14
**131**   184:3
185:8
**15**   198:20,21
213:20
**155**   146:24
**157**   3:14
**16**   127:16
**160**   186:3,5,7
187:5,16,19
**161**   186:5,14
187:4,16,17
**168**   3:15,16
**17**   179:17
**172**   188:6,8,15
**173**   188:7,9,13
188:17
**17436**   231:24
**179**   115:3
171:6
**180**   118:3
171:6,7,15,16
189:22 190:2,4

**184**   191:22
**19**   1:5 5:20
203:14
**1988**   218:3
**1:02**   181:10,12
**1:49**   182:3,10

**2**

**2**   3:13 123:5,8
148:22 161:12
177:10 210:22
210:25
**2.1.**   193:6
**20**   156:9
200:23
**200**   2:11
**2014**   82:14
114:10
**2016**   3:15
125:10 145:8
151:3 156:24
157:4,12,19
179:17 196:4
**2017**   3:15,16
163:13 167:8
168:6,8,13,14
178:13,25
179:11 183:14
183:22 202:25
203:7,25
204:13,14,19
204:20 208:16
208:21,23,24
212:9,11,22,23
**2018**   208:20
213:20,21

**2019**   12:10
125:11
**2021**   20:16
98:23,25 99:9
99:24 100:14
100:19 101:7,9
101:17 102:2,6
**2023**   1:8 3:13
5:4 123:4,10
123:16 230:8
231:21
**214**   47:17
146:23 148:13
153:5
**218**   3:16
**22**   213:20
**23**   33:11
141:20
**23rd**   7:13
189:6
**24**   1:8 5:4
215:3 230:8
**24th**   189:13
**25**   215:4
222:21
**26**   3:13 123:4
123:10,16
183:14 212:9
212:22 214:2,6
224:18 225:8
**27**   125:10
145:8
**28th**   231:21
**29**   202:25
203:7 204:13

**[29 - abnormal]**

204:19 205:13
208:16,20,23
**2:45**  229:9,12

**3**

**3**  3:14 124:15
124:18 210:22
211:2 212:10
212:23
**30**  11:7 36:15
64:23 163:13
200:21,23
232:14
**31**  151:3 167:7

**4**

**4**  3:14 157:13
157:16 210:22
211:2
**40**  11:8 36:15
197:6 200:21
**42**  198:9
218:14,22
225:10

**5**

**5**  3:15 57:4,9
57:12,24 59:24
63:24 105:18
111:25 150:21
152:15 168:5,7
168:9,17,23
178:11,12,25
204:12,19,25
205:2,9 206:11
207:20 211:2

**5's**  110:12
**500**  129:23
130:12 202:8
**526**  1:5 5:20
**54**  29:25 30:7
32:20 40:18
47:2,21,23
48:2,12,20,22
49:3,19,21,23
50:16 51:9,12
78:5 147:3
193:2

**6**

**6**  3:15,15,16,16
27:17,18 28:3
29:11,17,23
34:17,18 35:7
35:10,15,18
39:10,11,19,24
41:2 44:17,18
44:19,23 45:3
45:5,6,8,10,18
46:10,12 47:10
47:15 48:14,23
49:8,11,15
52:7,11,18,23
53:6,9,16
54:11,21 55:9
55:18 65:23
75:17 78:6
83:17 84:13
100:3,5 125:10
141:2,3 142:4
142:4,8,11
146:14,24

150:23 151:6,9
151:16 153:18
154:3,5,13,16
154:23 155:8
155:11 157:11
157:18 160:8
161:18 163:21
164:3 166:5,19
167:16 168:6,8
168:12,12,14
168:15,18,24
169:4,9,14,22
169:24 170:2,4
175:21,21
176:6,13,24
177:11 178:5
178:11 179:10
179:10,17
183:22,24
185:7 186:14
187:18,23
205:23 206:2
208:13 210:4
211:2
**60**  164:8,14,20
**650**  7:13
**69**  163:2
164:10,15,18
168:24 209:4
**690**  186:15,18

**7**

**7**  3:6,16 156:24
157:4 217:25
218:8

**70**  29:20 32:18
46:19 49:22
50:3 51:10
209:4
**700**  186:10
**75**  29:24 49:13
**79**  166:16,22,23
167:6 168:25

**8**

**8**  39:13 52:18
205:20
**800**  1:13
**850**  2:6
**881**  161:19

**9**

**9**  149:23
205:21
**95**  23:11 24:19
25:19,20,21
57:5,7,11
116:7 144:22
**9:08**  1:9 5:4

**a**

**a.m.**  1:9 5:4
56:7,11 113:18
113:22
**aap**  17:13
**abello**  2:15
**ability**  185:21
223:5
**able**  200:20
**abnormal**
22:21,24 23:4
23:12,18 24:3

**[abnormal - al]**                                                                                   Page 3

25:5,11 56:22
56:25 57:13,22
58:3,4,7,17
60:15,19 61:4
62:10,21 63:5
64:3 67:7,8
68:5 70:19
71:13,19 72:3
72:8,25 89:23
92:11 116:20
144:16,21
145:13,14,21
145:23 146:4
152:12 173:13
193:11,13
194:14,18,19
196:19,24
203:10,19,23
204:6,11,18
206:12 208:19
209:7,24
212:12 213:8
213:11,12
**above** 179:6
219:6
**academic** 20:3
21:3 26:20
27:2 126:3
132:22 214:14
214:15 215:8
215:14 216:16
216:21
**accepted**
177:12

**access** 79:23
80:15,16 81:14
81:25
**account** 80:13
113:12 128:14
157:24 215:25
**accounting**
46:23 215:18
**accuracy**
207:16,20
211:22 213:3
**accurate** 211:2
232:16
**acquires**
186:23
**action** 6:7 7:22
12:9 74:12
75:19 121:16
231:17
**actions** 114:10
**actual** 139:21
188:14 214:3
**actually** 28:5
28:17 30:24
85:12 90:22
94:6 95:13
107:23 108:15
118:12 124:7
134:14 138:24
153:9 156:23
161:7 220:25
**add** 161:7
205:8,17
220:11

**addition** 21:18
28:2 39:21
131:8 132:20
183:10
**additional** 19:8
19:10 29:25
30:10 31:14
40:18 45:21
46:15 47:3
96:14 130:16
131:6,22,25
133:5,17
146:12 161:8
176:12 179:25
187:12 188:17
189:16,20
**address** 7:13
**adhered** 23:10
**adjunct** 130:2
**administer** 6:5
**administration**
149:24
**administrative**
45:11 53:12
55:16 94:9
151:23 152:4
153:22 176:10
176:21 178:4
**adr** 162:16,18
**ads** 144:16
145:11,17
146:5 201:17
**ads's** 201:8
**advance** 8:10

**advanced**
17:16 18:2
**advertised**
134:24
**advisor** 217:20
**affect** 29:7
33:18 50:8
**affiliations**
6:14
**afternoon**
158:4
**aggregator**
127:9 134:23
136:5,25 137:4
137:11,14,18
137:20
**aggregators**
137:7
**ago** 18:14
43:21 75:6
**agree** 5:12
15:12 93:20
215:21 216:7
219:25 220:12
220:21 221:7
221:16,18
**agreed** 4:2,7,10
15:18
**ahead** 89:15
144:13 166:15
173:18
**ahmer** 12:23
21:19
**al** 120:19
175:17

**[al's - area]** Page 4

**al's** 119:25
**al.'s** 175:6
**aloud** 214:7
**alternative** 138:18
**amanda** 2:14 7:3
**america** 202:3 202:15
**amgen** 3:12 114:4,14
**analogous** 39:13
**analyses** 21:13 22:2 51:5 211:19
**analysis** 12:15 12:20 14:18,19 21:6,11 30:15 30:17,18 31:15 40:14 42:7 47:19,20 55:11 56:25 67:2 68:23 86:13,25 95:9 96:15 99:14 109:15 126:3,11 128:12,14 129:10 138:18 140:12 174:20 210:17,25 211:22 224:16
**analyst** 10:6 40:19 50:18 78:6,12,15,20

78:25 79:4,8
79:11,12,23
80:5,8,15,17,19
80:20 81:15,25
82:6,7 127:13
138:2,3,20,23
139:10 159:8
159:16,18
162:6
**analysts** 45:25 50:17 80:11 162:13,14,15
**andrew** 218:2
**andy** 217:8,16 217:20
**announced** 35:19 40:3 138:20 149:4
**announcement** 39:25 40:2,7 70:17 71:5 72:9 85:14 89:3 140:21 146:16 183:17 188:14,21
**announcements** 26:22,23 27:4 27:10,13,14 28:4 40:21 47:13 53:13 65:22,23 69:21 69:23 70:3 73:7 83:16,23 84:3,13 85:13 87:15,21,25

88:19 89:17,22
90:25 96:13
100:8 152:4
192:14
**announces** 71:6
**announcing** 151:23
**answer** 8:17,24 26:9 30:22,23 31:6,9 48:21 54:16 55:23 57:18 65:18 68:14 105:23 111:19 134:22 176:16 177:4 191:12 211:9 221:14 222:13 222:20,22 223:4,22,23
**answered** 31:11 48:4 153:13 230:11
**answers** 182:16 230:12
**ante** 143:5 174:19
**anybody** 101:25
**apart** 112:3
**appearance** 6:11
**appearances** 6:13
**appears** 125:3 165:17

**appendix** 28:11 28:13,21 29:16 45:5 46:6,20 48:16 54:16 55:23 98:17 125:19 135:7 177:7 184:18 185:13 193:16 196:6 201:14
**applicability** 211:14
**applies** 104:13 213:4
**apply** 63:16,18 63:20 64:8,11
**approach** 196:18,23
**appropriate** 96:17 105:16 106:9 223:24 232:5
**approximate** 227:18
**approximately** 46:19 204:18 204:24 209:3
**april** 98:23,25 99:9,24 100:13 100:19 101:16 102:2,6
**arbitrarily** 115:17
**arbitrary** 87:4
**area** 20:6

**argue** 118:16 119:14
**arguing** 86:12 211:8
**article** 29:18 30:3 31:3,18 42:12 46:11 52:3 82:14,16 114:8,17 115:4 118:6 122:19 135:9 136:15 139:3,9,10,25 141:17,24 142:7 149:2,5 150:7,9 155:15 156:21,23 157:6,9,23 170:20,25 174:12 182:22 183:3,23 186:8 186:9 191:8 192:17,21 218:2,12,18 219:21
**articles** 28:2,6 28:8,18,19 29:4,9,21,24 30:6,9,25 31:12,13,17,22 32:5,19,23,23 32:24 33:6 34:10 40:17 42:8,15,16,20 43:6,20 44:15 45:15 46:8,14

46:19 47:5,6 47:11 48:18,24 49:4,6,14,16,17 49:21,22 50:15 51:11,22 82:5 83:17 100:17 131:5 136:21 140:13 141:4 142:2,16 192:25
**ascertain** 115:22
**aside** 68:6 123:2 222:3 228:2
**asked** 13:4 16:21 18:5 24:23 61:9 80:18 99:4 102:6 131:17 132:4,25 134:10 135:14 177:25 190:18 200:19 201:19 201:20 220:11 220:20 222:12 224:25 230:10
**asking** 7:23 8:14 16:9,11 20:21 28:16,17 42:14 61:11 99:3 105:21 136:3 139:7 174:4 191:2,6 195:15 222:4

223:11
**assess** 16:10
**assessing** 3:11 16:17 113:25 114:11
**assessment** 50:14 61:7,25 63:11 66:18
**assessments** 219:19 224:13
**assigned** 197:11
**assignment** 15:22,23 18:6 21:9,10
**assistance** 13:7
**associated** 11:12,22 33:15 50:12 74:3 116:8 133:24 142:5
**assume** 44:15 62:5 63:13 108:22 119:22 139:20
**assumed** 63:3 66:23 114:21 151:19,20 152:2
**assumes** 52:15
**assumption** 62:8 66:22 155:9
**assurance** 52:12

**attach** 148:6
**attached** 123:16 232:11
**attempt** 82:3 92:24 113:10 160:25 175:22 176:11,22
**attempted** 175:20
**attempting** 58:16
**attention** 196:5 208:8 213:16
**attorney** 6:16 232:13
**attorneys** 9:21 15:16
**attributed** 116:20 156:17
**audio** 5:9
**august** 1:8 5:4 180:15 230:8 231:21
**author** 122:14
**authored** 17:18
**authoring** 14:10
**authorized** 6:4
**authors** 117:4
**auto** 8:10 17:16 18:2
**autocorrelation** 219:22 220:3 220:12,22 221:5,8 222:5

222:16,17
223:6,16
**autocorrelati...**
219:14 221:11
**automatically**
157:24
**available** 78:19
98:22 99:9,24
100:3,8,13,19
101:8,24
102:12 115:20
125:15
**avenue** 1:13 2:6
2:11
**average** 23:14
87:23
**aware** 12:9
13:2 16:25
159:2 216:16
**awhile** 105:11

**b**

**b** 3:8 10:17
21:23 155:24
156:7 183:4
190:14
**b24** 155:24
156:4,8
**ba1** 197:17,24
**ba2** 197:17,23
**ba3** 197:17,23
**baa3** 197:14,21
**back** 30:8 47:4
48:23 50:2
56:11 58:6
87:18 92:19

101:6 110:23
113:22 148:16
150:12,20
156:20 170:15
173:17 178:10
182:10 183:4
208:8 210:11
211:10
**backup** 31:21
**balance** 66:20
**bank** 202:3
**banks** 126:22
**based** 21:9
28:21 42:6
46:21 47:8
53:11 58:12
59:3 72:4,13
96:5 102:22
123:24 125:20
128:7 130:20
145:10 155:7
161:4 187:7
193:23,24
198:6,12,24
199:11 221:12
221:13,24
224:15
**basis** 30:14
80:7 133:19
147:16 165:18
165:24 214:12
**bay** 186:24
**bb** 197:19,24
198:13

**bbb** 197:22
198:13
**bbb3** 197:16
**becoming**
107:14
**began** 19:22
**beginning** 6:15
163:10 193:5
196:3
**begins** 118:13
118:21 219:10
**behalf** 2:5,10
6:19,25 15:13
**believe** 10:19
13:11,13,20,24
18:12 19:16
20:13 24:15
31:22 32:7,18
32:21 33:10
38:22 47:12,17
48:4,6 52:8,19
64:12 77:20
78:13,23 79:14
87:6,14,18
91:15 92:9
97:14,23 98:13
100:2 102:11
102:13 103:6
103:23 104:3
105:9,10,25
106:8 123:22
128:18,21
134:21 138:12
138:13 153:12
155:19,20

158:20 168:17
171:3 173:25
176:7 183:2,6
189:8 192:20
194:9 195:2
204:8,10 205:3
210:24 212:18
214:19 215:6
217:14 222:5
225:13 226:12
**believes** 52:22
**bell** 24:20,21
**bello** 2:14 7:3
**benefit** 51:5
52:17
**best** 148:11
223:4
**better** 61:14
**big** 144:3
**bilyi** 21:23
**binary** 143:4
**biology** 104:24
**bit** 71:12
118:25 209:9
**blood** 231:17
**bloomberg**
137:25 149:25
150:13,15
186:8 197:10
**blue** 144:23
**board** 35:20
43:23 150:25
154:6 163:11
166:20 167:7
179:24 180:6,8

217:15
**bofa** 196:10
  197:2,22,24
  198:3,7,13,22
  202:15
**bond** 197:3
**bonds** 193:12
  197:4
**books** 217:4
**bottom** 157:25
  163:4 178:14
  179:2 182:20
  182:23 188:5
  203:6 212:8
  218:23 219:5
**boy** 155:25
**bradesco**
  190:10,13
**brazil** 162:10
**break** 9:4,5,8
  56:4 83:24
  113:2,2,15
  177:2 181:4
  182:17
**breaks** 9:2
**brealey** 214:23
**brief** 56:8
  113:19
**briefly** 193:16
**broad** 130:20
  130:23
**brokerages**
  126:23
**brought** 208:7
  213:15

**bucket** 57:24
  90:5 107:7
  109:4,9
**buffer** 182:24
**build** 182:24
**bulk** 40:19
**bunch** 65:5
**bundle** 223:19
**bundles** 224:5
**business** 127:2
  133:25 148:22
**buy** 179:25

**c**

**c** 2:2 3:13 10:17
  123:4,9 230:2
  231:2,2
**c1** 177:9
**c10** 197:7
**c12** 196:6,7
**c13** 201:23
**c3** 123:22
**c5** 127:16
**c6** 141:19
**c8** 201:18
**caat** 6:19
**calculate**
  145:23 193:11
  193:13 194:13
**calculated**
  98:14 145:15
  146:5 196:24
  206:15
**calculates**
  71:14

**calculating**
  24:7,13
**calculation**
  58:21 59:18
  194:10
**calculations**
  147:22 204:10
  208:10
**calculator**
  205:18
**calendar** 54:4
**california** 7:13
  7:14
**call** 16:22
  22:14 34:2,8
  38:2 69:11
  104:9 173:2
  205:20 212:4
**called** 17:23
  22:12 24:7,16
  27:21 103:7
  121:3 127:8
  146:10,13,15
  146:17,18
  217:22
**calling** 105:21
**calls** 126:14
**cammer** 105:17
  106:4 110:12
  111:25
**capacity**
  228:11
**capital** 190:7
**capitalized**
  185:24

**cardoso** 2:18
  7:5 9:19
**care** 200:25
**career** 228:4
**careful** 43:7
  115:19
**carefully** 232:4
**case** 1:5 5:19
  11:13 17:2,6
  17:10,12,17,20
  18:11,12,16
  21:7 27:8
  44:16 60:7
  65:21 77:19,23
  82:3 83:14
  84:7 98:3
  100:24 102:9
  117:11 125:3
  141:13 153:14
  172:7 195:12
  226:14
**cases** 8:7 39:21
  46:13 142:15
**cash** 33:13,15
  33:21,23 50:10
  50:11,12 54:5
  74:2,3 197:24
  198:14 202:3
**castore** 6:2
**category**
  146:10
**causal** 104:18
  110:9
**causation**
  18:13

**cause** 60:3 110:11 111:24 112:9 116:21 210:8 211:21 213:2

**caused** 71:10

**ceo** 40:22 51:25 149:25 192:13

**ceo's** 192:13

**certain** 23:6,15 32:11 45:6 46:24 51:2 59:5 90:17 96:12 115:18 142:16 166:4 174:20 211:7 224:5,6

**certainly** 19:23 105:23 206:15 212:2

**certification** 4:4

**certified** 1:14 6:20

**certify** 230:6 231:8,15

**cetera** 166:21

**chance** 24:5 57:12 59:25

**change** 64:14 64:14 71:21 95:8,17 107:5 107:12,25 108:10 109:2,5 109:6,20 165:4

180:21 199:7 199:16,22 201:8 202:9,11 202:18 233:7,9 233:11,13,15 233:17

**changed** 108:11 164:25 165:3 167:20 199:3,4

**changes** 50:18 59:5 78:7 83:16 100:13 201:25 203:15 232:10 233:3

**changing** 107:13 108:8 203:21

**characterizati...** 190:23

**chart** 147:11 155:20 162:4 183:15 208:12

**chase** 2:13 7:4

**check** 207:15 207:19,23 208:9 210:11 212:2 213:8

**checked** 207:22 207:24 210:12

**checks** 103:13

**chief** 191:23

**chose** 159:14

**chris** 6:23

**christopher** 2:12

**citations** 215:9

**cite** 214:15,19 215:2

**cited** 214:18 215:11

**citing** 42:19

**cjoralemon** 2:13

**claim** 32:6 42:5

**clarification** 11:24 16:14 17:14 41:4 51:9 88:12,15 99:19 102:24 161:25 183:18 184:12 186:16 190:11 196:20 214:21 216:14 217:17

**clarify** 49:20 85:2 99:2 120:5 180:4 221:22

**class** 6:21 7:22 16:8 21:15 69:10 81:8,10 92:15 99:15,21 100:6,11,21 101:3,5 106:7 106:11 114:10 124:2 129:23 130:12 144:17 153:3 163:10

195:24 197:13 228:15

**classified** 107:24

**clear** 180:5,11 187:8

**clearer** 110:14

**clearly** 35:16 50:5

**clock** 127:6

**close** 206:24

**closed** 140:8

**closely** 32:12 32:17

**closer** 109:22 109:22 110:18 111:3,12,14,16 111:20 112:12 205:23 206:8

**closing** 161:21 162:3,8

**coauthor** 104:7

**coauthors** 114:16

**cobalt** 186:10 186:18,24

**code** 207:25 208:5,5

**coding** 144:19

**colleague** 10:7

**colleague's** 10:11

**colleagues** 7:3 12:15,20 14:17 21:10,16

collective  43:3
92:14 152:25
172:8,11,18,20
color  144:19
column  119:6
145:3,18
146:15,16
203:9
columns
144:25 145:9
145:12 146:2
146:12,18
147:5 179:5
208:18
come  21:21
130:23 197:9
comes  90:7
coming  10:3
comment  161:8
commentary
127:10 136:6
committed
74:12 75:20
common  26:19
148:18
commonly
23:10 27:22
193:10
companies  29:6
39:15 52:16
84:22 130:9
company  40:3
41:12 45:23
52:19,21 53:15
53:19 58:16

59:16,21 60:4
62:25 65:8
66:9 67:17,18
69:12 70:20
71:2,5 72:2,5
73:20 75:18
85:8,11 87:8
120:17 131:23
131:24 132:24
132:24 138:3
151:17 175:15
185:15,24
company's
40:23 50:20,21
52:25 54:9,22
55:19 56:17
59:15 69:17
72:8 73:6
comparable
198:4
compare
147:17 148:2
154:16 167:11
179:9 194:24
compared
29:10 119:19
135:4 147:12
154:23 188:13
201:16 211:15
compares
71:14
comparing
164:13
comparison
109:16 127:20

142:3 148:5
213:12
complaint
13:23 19:20,24
21:2 115:19
complete  230:9
completed
75:19
completely
32:21
composite
197:16,19
comprehensive
132:17
comprising
197:3
concept  57:2
60:16
concern  18:18
227:13
concerned
74:20,23 227:8
concerning
26:11 226:8,16
227:19 228:6
conclude
111:23 224:9
concluded
86:20
concludes
229:10
conclusion
86:23 95:20
103:4 105:22
116:24 133:9

221:24
conclusions
30:14 95:17
107:18 213:10
213:14 220:6
conditional
221:21
conditions  7:8
224:25
conduct  21:12
22:3 25:8
44:12
conducted  47:8
conducting
35:24 42:11,24
95:3
confidence
23:7,9,16,23
24:11,19 25:17
57:5,8,10
144:22
confirm  78:14
90:20 135:15
136:4 140:11
152:18 154:21
157:3 160:11
163:16,24
164:18 166:7
183:9
confirmation
85:21,22
185:21
confirmed
30:11 84:11
96:9 130:25

**[confirmed - correct]**                                    Page 10

163:22

**confirming**
76:18 164:2

**confirms**
179:23 180:12

**conjunction**
215:8

**connected**
86:18

**connection**
36:12 226:20

**consequence**
107:10

**consider** 27:3
28:24 49:16
52:4 71:4 74:8
77:21 85:15
132:19 139:12
149:12,15,18
159:22,24
161:3 179:16
189:6 216:25

**considered**
26:24 29:13
30:19 31:24
32:14 35:6
36:20 89:19
127:14 130:4
136:18 138:16
140:10 142:19
165:15 172:16
187:5 188:25
189:14

**considering**
132:17 216:23

222:16

**considers** 69:13
215:15

**consistent**
90:22 91:11
92:5,5,22
131:2 133:19
194:16

**consistently**
63:15 104:16
126:6 130:15

**constituents**
198:11

**constructed**
199:23

**consulting**
226:20 227:3
227:12,22
228:3

**contacted**
12:16

**contain** 69:24
87:22 88:21,23
89:4 164:10
187:12

**contained**
83:18 151:9
169:20 183:21
183:23 185:8

**contains** 70:17

**content** 26:25
89:20 126:18
146:14 172:15
187:9 191:9

**context** 36:19
43:2 82:13,17
175:11

**continue** 5:10

**continued**
182:13

**continues**
116:18 228:19

**contractually**
74:13 75:21

**contrary**
116:22

**control** 104:20

**conventional**
25:19

**conversation**
15:15

**conversations**
5:8

**copies** 32:2

**copy** 120:6
123:14

**corporate**
126:15 197:3,4
197:22,25
198:13 202:16

**correct** 8:11
11:14,17 17:7
17:24 25:23,25
31:19 35:7,11
41:8 43:16
53:10 54:24,25
55:2 59:12,17
60:5 61:21
67:12,22 68:2

69:25 70:21
76:25 78:9
82:8,9 83:6,11
85:9 87:10
88:5 93:10,11
93:21,25 97:12
97:13,20,22
98:3,4 99:17
100:4,9,14,19
101:8,9 102:10
103:9,10 104:2
107:20 108:2
112:6,15
114:23,25
117:18 122:16
122:23,24
123:17 125:5,6
129:3 131:16
135:21 137:15
138:3,4 140:5
140:6,13 141:7
143:14 144:5
149:13,14,16
149:17,19,20
152:12 153:11
153:20 155:12
156:5,18,19,24
156:25 160:12
160:25 162:10
162:11 163:23
166:9 167:8,9
167:12,21
168:20 170:24
172:19,25
173:21 175:23

**[correct - date]**                                                    Page 11

177:20 184:21
195:2 203:11
204:14 206:17
208:9,13 209:4
209:9,22
210:14,18
212:17 223:4
226:17,18
230:10,13
**corrections**
232:4,6
**correctly** 67:14
**correlation**
214:9 215:11
215:16,20,24
216:3,19 217:5
217:6 219:23
224:20
**correlations**
225:15
**correspond**
197:18
**corresponden...**
197:15
**corresponding**
142:11 146:3
147:7
**corresponds**
25:22
**cost** 149:3
216:11
**costs** 50:10
215:18,25
**counsel** 2:18
4:3 6:12 7:8

8:21 10:22
12:5,17 13:7
13:12 14:14
150:25 154:7
163:11 180:8
182:15
**count** 49:12
129:10
**counts** 146:19
149:9
**county** 230:4
231:4
**couple** 112:24
**course** 14:10
20:3 201:3
219:6,11,16
228:3
**court** 1:2 4:13
5:18,25 7:6
8:20 13:21
120:14 232:17
**court's** 51:5
**coverage** 127:3
127:13 159:16
159:19
**cqfd** 126:12
**craig** 217:9
218:2
**create** 214:10
**created** 16:7
**creating** 126:23
**credit** 3:14
27:13 28:3
32:3 40:11,12
47:12 65:22

83:16 96:13
100:12 126:10
146:15,25
155:16 156:13
157:3,8,9,10,19
158:21 159:3
162:15 188:9
188:14,20
189:7,9,11
191:15 197:12
**criteria** 47:25
48:10 49:2
51:13,20,23
53:11 55:20
63:17 64:8,10
64:13 66:25
96:6,9 100:20
124:24 131:3
**critical** 23:15
93:22 94:24
115:16
**critically** 120:2
175:7
**crutcher** 2:11
**cumulative**
204:22,23
**customary**
162:5
**cut** 90:12
**cuts** 172:16
**cutting** 149:3
**cv** 1:5 5:20
**cweidner** 2:14

**d**

**d** 3:2 7:10
10:15,17 182:4
230:2
**daily** 144:16
147:15 196:19
196:23,25
197:8 201:25
202:7,11,14,18
**dam** 12:10
**damages** 18:13
**data** 65:18 86:5
86:9,9 90:6
98:14,17,20
99:21,23 101:2
101:23 102:4
102:11 136:13
145:16 150:16
153:7 170:10
207:10 208:3,4
209:16 211:7
213:22,24
223:8,9,10
224:3,4,4,8,10
224:16
**database** 27:23
136:12 197:9
**date** 15:19
32:14,15 78:3
96:14 114:6
115:14 123:6
124:16 142:5,8
142:9,12,12
145:4 154:5,12
154:13 157:14

162:7 168:10
168:16 177:16
185:14 191:15
193:18 194:15
195:23 196:8
196:11 203:10
218:9 232:8
233:21
**date's** 143:9
**dated** 3:13,15
123:4,10,15
157:11,18
**dates** 20:17
30:2,4,7,8,16
30:16,18,20
32:9,10,20,20
32:23 33:7,9
34:17 39:23,24
39:25 40:2,7
40:12,18 46:24
47:2,21,23,24
49:6,15,19,24
50:17 51:7,7
84:14 115:18
115:18 119:19
120:2,9,10,15
120:17 141:24
141:24 142:4
143:6,6 145:4
146:23,24
147:2,3 148:11
148:13 153:5
164:23 169:11
171:17 172:17
174:20 175:15

191:16 196:3
209:22 213:6
213:13,14
**day** 32:14
46:11,16,22
49:18 58:24
59:2 62:21
63:2 66:2,8
67:4,11,19
68:16 69:11,12
70:10 71:17
72:17,21,22
78:17 82:8
91:8,22 92:15
109:4 129:23
129:23 130:12
134:16 135:5
135:13 136:23
138:17,21,22
138:24 139:11
139:11,12,19
139:21 140:4,8
140:10,10
142:8,18,20,20
145:5 148:21
149:10,22
152:10,13
155:7,14
156:22 160:4,5
160:12 161:22
163:2 164:8
167:18 175:14
177:20,20
180:19,19,24
182:19 183:15

184:23 185:8
188:25 189:6,7
189:9,10,11,13
189:15 190:21
191:3 194:11
194:13 203:14
203:15 204:7,7
205:6,11,16
209:13,13
229:6 230:18
231:21
**day's** 141:12
**days** 29:22,22
30:3,10 31:14
34:7 35:5
43:21,23 45:20
47:3,17,18
48:3,12,14,22
48:23 49:3
51:12 78:5
82:7 84:14
90:17,21 92:16
92:18,20 93:3
93:22 94:2,4,5
94:5 97:5,10
103:16,20
104:14,14
106:6,13,14,15
106:16,23
107:3,6,7,8,22
107:24 108:14
108:15,16,16
108:17,19,21
109:2,3 110:8
110:8 113:5,6

113:7 118:22
119:7,10,18,19
120:25 122:10
122:23 130:4
133:17,24
134:6 135:18
143:17 144:20
146:19 152:25
153:2 172:19
173:4 174:18
175:2,7 176:10
185:2 193:3
205:5,6,25
206:23 207:2
207:11 208:22
209:8 232:14
**debentures**
184:15
**debt** 74:15
75:22 76:12,14
77:22 182:24
185:16
**december** 3:15
156:24 157:4
157:11,18
160:8 161:18
196:4
**decide** 39:4
173:15
**decided** 53:19
54:2
**decision** 51:17
139:2
**decisions** 127:4

**declined** 199:2
**decrease** 112:15,17,19
**deem** 23:17 42:2,3 53:2 55:15,17 65:24 66:20 73:16 151:12
**deemed** 60:23 61:3 172:5 232:16
**deems** 56:15 62:5 65:10 69:14
**defendants** 2:10 6:25
**define** 58:7 106:13,15
**defined** 35:17 61:14,19 117:14
**definition** 37:25 38:7 43:10 54:23 58:4 60:8 73:24 84:19 94:17 107:5 108:24 145:20 172:12,13
**definitions** 174:7
**degree** 23:7 51:2 53:25
**delay** 33:14

**demonstrate** 63:6 90:17 119:16
**denominator** 109:5,9 110:17 111:3,14
**denominators** 111:12
**depend** 67:5,6 189:2 213:10
**dependent** 106:13
**depending** 27:5
**depends** 39:6 65:4 67:3 77:12 79:11 95:12 119:25 175:6 195:23
**depo** 9:25 10:6 11:4
**deposing** 232:13
**deposition** 1:11 4:5,11 5:14,21 7:24 8:2 9:14 10:4,21 230:8 230:11 231:10 232:3,11,14,16
**describe** 36:10 194:6 200:18
**described** 28:9 96:6,8 125:18 135:6 136:10 146:6 159:12 161:2 176:3

183:11 184:24 185:12 193:15 211:16
**describes** 214:24
**describing** 177:24
**description** 44:18 136:9
**detail** 20:23 28:10 150:8
**details** 139:15 139:17,22 176:15
**detect** 25:10 41:21 189:12 217:6
**detection** 23:3 173:13
**determination** 54:8,9,22 76:8 94:22 173:24 191:5,17
**determine** 44:10 45:16 48:2,11,11,24 54:21 55:19 65:24 77:9 82:4 83:4 88:3 92:3 97:5 128:12 153:9 173:19 176:5 176:11 178:5 184:9 185:2,7 190:24

**determined** 24:6,12 53:15 94:9,19 108:14 149:6 153:13 153:18 172:24
**determining** 51:14 54:10 177:18,19
**dhall** 2:7
**dictated** 60:7 67:9
**differ** 193:21 213:9
**difference** 58:10,22 59:19 59:20 67:24 68:4 106:20 107:14 109:19 110:2,5,7 112:5 121:21 124:12 129:11 174:6 179:13 180:13 193:17 194:10 195:5 202:2,11
**different** 18:6 25:13,16,20 59:9 63:20,21 64:8 82:8 84:12 110:21 111:7 133:22 133:24 148:17 164:23 172:16 173:6 174:13 178:2 187:10

187:15 200:9 207:7 209:24 212:16,25 224:2,2,3,5 227:19

**differently** 185:14 187:12

**differs** 103:16 195:17

**difilippo** 2:19 5:23

**direct** 22:11

**direction** 21:12 56:20 67:6 70:11

**directional** 60:17

**directly** 45:23

**director** 150:25

**directors** 43:23 151:2 154:8 163:12 180:9

**disagree** 224:14

**discarded** 53:6 53:8

**discernable** 110:7

**disclose** 76:14

**disclosed** 43:15 53:16 55:11 164:20 187:6

**disclosure** 126:13

**disclosures** 126:15

**discount** 33:23

**discounted** 33:13

**discuss** 16:5,12 150:8 216:22

**discussed** 84:10 97:15 155:2 159:19 177:13

**discussing** 101:24

**discussion** 40:21 184:5 189:24

**distinction** 37:15,17 141:23

**district** 1:2,2 5:18,19

**divide** 194:17

**doctrine** 3:12 114:3,13

**document** 123:8,12 124:18 157:17 158:7,18 161:9 161:13 162:21 162:23 177:2

**documents** 11:12 13:17,19 20:19 31:24 76:14 169:2

**dog** 52:2

**doing** 7:18,19 29:14 39:10 43:2 46:3 96:21 144:4 200:23 223:24 232:7

**dollars** 162:18

**domain** 34:20

**donald** 2:7 6:17

**donny** 7:21 222:4

**doubt** 204:16 207:8

**dow** 46:5 125:25 137:11

**downgraded** 190:5

**downgrades** 40:20

**dozens** 27:2 227:24,25

**dr** 3:13 7:17 20:9,11 39:20 40:9 97:24,25 98:6,14 103:23 104:3 105:6,12 114:15 123:3,9 146:8 147:10 147:13,18 148:8 182:14 209:16,20 226:6

**draw** 37:15,16 112:7 141:23

**drawn** 133:10

**draws** 107:18

**due** 24:5 59:20 59:22 189:12 211:8

**duly** 7:11 231:11

**dummy** 142:24 143:3,17

**dunbar** 103:8 103:12,21,23 104:12 105:6

**dunn** 2:11 6:24 9:16 15:16

**duplication** 46:24

**duplicative** 28:23 34:25 45:7 141:3 170:5

**e**

**e** 2:2,2 3:2,8 10:15,17,17 80:14 182:2,2 190:14 230:2,2 230:2 231:2 233:2

**earlier** 12:11 21:19,20 40:6 47:22 53:5,22 57:8 77:25 87:5 96:6 97:14,23 141:11,12 151:15 154:3

**[earlier - esq]** Page 15

154:16 155:4 157:6 163:9 170:16 176:16 176:18 177:15 185:10 187:21 190:15 191:16 226:4

**earliest** 140:20

**early** 101:5

**earning** 73:7

**earnings** 26:22 26:23 27:4,10 39:25 40:6 65:22 69:11,20 69:23 70:3,16 71:4,12 72:8 72:24 83:15,23 84:3,13,22 85:3,12,14 87:15,21,24 88:18 89:3,16 89:22 90:25 100:7 126:14 183:17

**eastern** 1:2 5:18

**econometric** 23:20

**economic** 16:18 23:21 74:8 82:18 152:6 220:17

**economics** 64:22 114:9

**economist** 33:17 40:24 50:23 61:6,12 62:16 101:16 101:25 103:24 104:5 105:4,8 105:11,13,23 105:24 106:2 132:18 194:8 200:22 222:21 228:13

**economists** 217:13

**edition** 218:4

**editor** 217:19

**editorial** 217:15

**effect** 4:12 104:18 110:12 111:24 112:9 116:22

**efficiency** 3:11 16:16,18,23 17:10,19 18:19 18:24 22:11,13 63:6 90:18 113:25 114:11 119:15 215:10 216:22 225:20 226:9,17 227:14,20 228:6,12,16

**efficient** 41:16 41:19 56:18,23 59:25 65:7

70:8 73:5 87:13 89:6 90:23 92:6 93:8 97:8 116:2,25 120:23 122:8 214:11 224:22 225:18

**efficiently** 16:7 86:24

**egland** 12:23

**either** 25:23 29:17 47:15 60:22 66:11 74:13 75:16,20 151:21 169:11 169:17 183:24 209:3

**eliminated** 41:7 44:19 134:7 187:22

**emerging** 202:16

**empirical** 21:13 22:2 128:13 129:10 218:24 219:12 221:24

**empirically** 136:14

**employees** 73:19

**ended** 47:16 161:24

**ends** 118:13

**ensure** 30:13 47:6 96:15 132:25

**ensured** 34:15 34:17 55:6

**entire** 34:13 124:2

**entirely** 21:24

**entitled** 114:10 123:8 124:21

**entries** 166:18

**entry** 163:9

**enumerable** 228:10

**equal** 69:15 85:13 109:22 110:19 111:5 112:4 117:21

**equally** 66:6,7 66:23,24 68:10

**equity** 3:14 157:10,17

**equivalent** 121:14

**errata** 232:6,7 232:10,13

**error** 25:6 145:22 210:3 211:8

**errors** 11:16

**especially** 204:4

**esq** 2:7,12,13 2:14

**[essence - exhibits]**                                                            Page 16

**essence** 37:6
**essentially**
  22:13 60:14
  86:12
**established**
  23:20
**estimate** 72:13
  101:4 227:18
**estimated**
  58:12
**estimation**
  22:25 101:3
  143:8
**et** 119:25
  120:19 166:21
  175:6,17
**event** 17:24
  18:4,8,18,23
  20:4 22:4,8,10
  22:18,22 23:21
  24:4 25:8 26:4
  26:12,13,14,16
  26:17,18,20,21
  27:3,8 29:2
  30:4 31:14
  35:3,6,24
  36:21 37:12
  38:8,13 39:12
  40:8,13 41:20
  41:24 42:11,24
  43:3 44:12
  46:16 47:8
  58:9 59:9,14
  60:24 68:21,25
  69:2,5,7,9,10

86:13 89:18
90:7,14 92:15
93:16,23 94:25
95:3,5,8,11
98:21 99:13,14
100:24 101:12
101:18 102:7
102:10 115:14
115:14,23
117:23 135:17
135:24 138:22
141:11,23
142:25 143:13
147:20 152:7
152:22,25
153:23 154:14
159:9 170:11
172:8,11,22
173:20 174:5
174:16 175:2
177:13,15
192:15 205:16
226:8,16 227:4
227:7,10,19
228:17
**events** 26:25
  27:5 40:15
  69:3 89:20
  127:4 151:24
  169:15 170:7
  170:12
**eventually** 14:7
  40:17
**evidence** 86:22
  102:23 105:16

147:21 217:7
**evidently**
  164:21
**ex** 143:5 174:19
**exact** 15:19
  19:7 28:14
  132:6 171:9
**exactly** 77:14
  137:21
**examination**
  3:5 7:16
  182:13 226:2
  231:12
**examine** 50:3
  60:18 65:20
  86:16 106:9
**examined** 7:14
  36:22 37:12
  38:14 81:11
  182:7
**examines** 22:14
  117:23
**examining** 76:9
**example** 32:2
  35:18 45:25
  51:25 57:3
  73:18 74:24
  75:5 76:9
  80:14 95:14,16
  107:4 108:18
  139:4 140:22
  177:13 189:5
  190:20 196:2
  199:18 215:4
  226:14

**examples** 73:13
**exceeds** 23:13
**excel** 98:9
  124:19
**except** 4:8 9:19
**exchanges**
  126:24
**excluded**
  153:19 154:19
  166:4
**executive** 151:2
  154:7 163:12
  180:9
**executives**
  40:22 50:20
**exercise** 29:19
**exhibit** 3:11,13
  3:14,14,15,16
  3:16 32:7,12
  32:17 45:4
  46:21 114:4,8
  123:5 124:15
  134:3 143:24
  144:8 156:21
  157:12,16
  162:24,25
  168:5,9,15
  178:11,12,25
  179:10 183:4
  193:6 217:25
  217:25 218:8
**exhibits** 22:6
  123:17 143:23
  147:25

**expansion** 186:19

**expect** 37:11 56:16,19 57:20 60:2 62:9,10 65:8 66:9 68:3 68:22 69:16 85:24 97:9 120:24 122:9 122:21

**expectations** 33:19

**expected** 33:21 38:7 59:2 84:18 87:21,23 89:5,17,23

**experience** 162:8 226:5,7

**experienced** 50:22

**expert** 3:13 14:2 17:9,18 18:9,16,25 19:25 21:2 123:3,9 226:7 226:15,20 227:3,13,22 228:3

**experts** 20:7

**explain** 48:7 93:24 144:14

**explained** 28:20 32:22 54:15 163:19 176:8 184:17

**explanation** 207:5,12 209:11,17

**explanatory** 60:11,12

**extensive** 214:14

**extent** 38:9 53:4,24 105:20 135:8

**extrapolating** 103:2

**extreme** 138:15

**f**

**f** 182:2 231:2

**fabio** 191:24

**fact** 27:25 57:16 90:15 91:23 102:12 120:21 131:2 132:23 142:12 163:20 165:3,7 175:18 185:15 185:20

**factiva** 27:21 27:22 28:2 29:9,18,21 30:3,7,16 31:12 32:15,19 32:20 33:2 40:17 43:4 44:16 45:15 46:4,7,13,19 47:11,15,21,23 48:2,12,17

49:6,6,23 50:17 51:7 55:10 65:24 78:2,4,15 82:5 83:17 84:14 96:14 100:16 123:20 125:2 126:4 127:12 127:21 129:22 136:12 137:14 137:16,17 141:16,25 142:7,12,16,19 146:17 147:3 155:2,3,15 156:22 183:24 186:22 187:20 190:4 193:2

**factor** 105:17 106:4 111:25

**factors** 33:20 58:14 59:6 71:11,22 72:15

**fail** 232:15

**fails** 111:22

**failure** 12:10

**fair** 18:21 101:15

**fairly** 73:25 214:17

**fallacy** 102:17

**falls** 90:3

**familiar** 8:13 14:23 15:5 20:5 21:4

218:11

**familiarize** 13:9

**far** 54:15 62:23 74:20,23 119:3

**farther** 112:3

**fdt** 104:9,10 105:15 106:8 106:12,19 107:18,25 109:25 110:19 111:5,23

**features** 28:25 74:7,8

**february** 12:12 125:10 202:24 212:10,23 213:20,20

**feinstein** 20:9 39:20 40:9 146:5,8 147:18 148:8

**feinstein's** 147:10,13 209:16,20

**ferrillo** 103:8 103:11,21 104:6,12 105:3 105:5 118:5,7 118:8 119:25 120:18 121:9 175:6,17

**fields** 104:24

**fifth** 202:20

**[figure - form]**                                                      Page 18

| | | | |
|---|---|---|---|
| **figure** 148:12 | 76:15 78:18 | **flip** 73:3 | 118:12,14 |
| **figured** 147:14 | 83:23 86:14 | **floor** 7:13 | 119:21 120:20 |
| **figures** 110:17 | 106:21 109:4,6 | **flows** 33:13,15 | 122:2 127:16 |
| 111:2,10 | 109:7 115:6,13 | 33:22,23 50:10 | 141:20 197:6 |
| **file** 98:9,12 | 115:15 116:6 | 50:11,12 54:6 | 198:9 215:3,4 |
| 124:20 | 119:2 123:25 | 74:2,4 | **force** 4:12 |
| **filed** 5:17 | 127:25 130:8,9 | **fluctuated** | **foreign** 131:23 |
| **filing** 4:4 | 130:20 131:5,8 | 197:14 | 132:24 162:14 |
| **finally** 40:16 | 132:20 135:10 | **fly** 135:9,24 | **forensic** 103:24 |
| 97:3 | 135:12 142:3 | 137:22 138:6 | **form** 3:15,16 |
| **financial** 3:16 | 145:3,7,12,13 | 138:19 139:2,8 | 4:8 22:12 |
| 125:23 126:20 | 146:13,22 | 140:12 141:5,9 | 29:11 31:6 |
| 126:21,24 | 148:20 203:9 | 155:21 156:17 | 34:17,18 36:3 |
| 127:9 134:22 | 205:10 220:8 | 156:23 158:21 | 37:5 39:24 |
| 183:13 218:4,6 | 225:12 226:14 | 183:3,6,22 | 41:14 44:17 |
| **financially** 6:7 | **fiscal** 150:25 | **focus** 70:14 | 45:18 46:9 |
| **find** 26:15 | 154:7 163:11 | 130:7 172:2 | 49:8 51:19 |
| 32:13 57:12 | 180:8 | **focused** 172:23 | 52:10 53:18 |
| 69:4,6 86:17 | **fit** 72:16 101:3 | **focusing** 48:9 | 54:14 58:20 |
| 86:19 92:11,12 | **five** 11:2 43:23 | 69:8 115:17 | 63:9 65:3,13 |
| 112:3 167:5 | 47:12 125:22 | 128:2 | 66:14 68:13 |
| 174:17 178:17 | 126:5 127:19 | **follow** 185:4 | 69:19 76:2 |
| 204:3 210:9 | 127:22,23,25 | 194:22 | 77:12 79:10,25 |
| **finding** 86:13 | 128:2,3 129:15 | **followed** 96:10 | 81:17 82:22 |
| 102:21 116:23 | 130:10,11,14 | 129:4 185:11 | 83:21 84:25 |
| 210:8 | 130:19,24 | **following** 22:17 | 85:18 86:4 |
| **fine** 15:20 | 131:6,9,11,15 | 22:22 24:4 | 87:12 88:7,12 |
| 166:15 205:24 | 131:17,18,19 | 71:24 90:10 | 88:25 89:10 |
| **finish** 8:15,17 | 132:9,21 133:6 | 94:13 154:11 | 90:9 92:8 |
| 81:2 191:11 | 133:18 134:13 | 165:22 198:16 | 101:22 105:20 |
| **firm** 6:2 | 146:25 198:18 | 226:3 233:3,4 | 108:4 110:4 |
| **first** 12:8,13 | 198:18,20 | **follows** 7:15 | 113:9 121:18 |
| 18:22 26:13 | 205:5 | 182:8 | 139:14 142:4,4 |
| 29:3 39:9 | **flawed** 103:3 | **footnote** 116:7 | 142:8,10 |
| 58:23 63:10 | | 116:9,16 | 146:14,24 |

**[form - guess]**                                                                 Page 19

154:13 160:14
166:12 167:14
167:16 168:5,8
168:14 175:25
177:11 187:18
211:25 214:10
214:24 215:10
215:15 216:18
216:22 222:9
224:22 225:4
225:16,17,20
**formation**
  220:18
**forth**  148:17
  231:11
**found**  45:6
  49:9 125:21
  156:7 177:11
**four**  10:25
  134:6 146:21
  198:19 205:4
**fourth**  126:25
  202:17
**fox**  1:12 2:5
  5:21 6:18
**frame**  211:3
  212:22,25
**francisco**  7:14
**fraud**  3:11
  114:2,13
**freddie**  120:15
**free**  220:10
**frequency**
  128:7,12 224:3

**frequently**
  80:22 128:19
  132:22 192:12
  223:7
**friday**  202:24
  204:12 212:10
**fruitless**  160:18
**full**  32:3,4
  94:13 115:6
  150:7 171:20
  191:8 218:18
**fully**  193:16
**fundamental**
  219:20 224:13
**further**  4:7,10
  182:7 225:22
  229:3 231:15
**future**  33:13,21
  35:21 50:10,21
  54:5 74:2 75:9
  151:25

**g**

**g**  230:2
**gathered**  27:20
**gathering**
  137:2
**general**  10:23
  13:13 59:11
  60:6 71:3 72:6
  81:21 89:16,23
  104:15
**generally**  9:5
  33:12 68:25
  79:17,23 80:20
  84:10 87:20

127:14 219:15
219:24
**gibson**  2:11
  6:24 9:16
  15:16
**gibsondunn.c...**
  2:13,14,15
**give**  8:19 15:18
  62:3 82:12
  160:16 162:6
  178:16 196:2
  219:2 223:3
  227:17
**given**  22:23
  58:24 71:20,21
  72:17 132:23
  135:5 160:21
  193:18 194:11
  210:23 211:18
  229:10 230:13
  231:13
**giving**  61:10
**glanced**  116:17
**glenn**  15:6
**global**  126:9
**go**  5:12 20:22
  32:16 48:16
  58:6 74:11
  89:15 92:19
  107:7 109:10
  113:2 119:4
  134:3 137:24
  144:13 148:10
  149:22 150:18
  150:20 162:19

162:24 166:15
166:16 170:17
178:10 182:19
184:3 186:3
188:5 189:22
191:22 203:18
208:8,15
210:10 212:19
218:21
**goes**  9:7 101:6
**going**  5:3 74:11
  76:18 85:15
  104:9 112:25
  114:7 123:7
  156:20 168:11
  174:16 181:5
  210:7 211:10
  212:9 218:13
  218:21
**gold**  12:24
**good**  5:2 6:22
  7:17 73:20
  83:8 113:3
**grade**  197:15
  197:18 202:15
**great**  28:10
**greater**  150:8
**green**  144:23
**group**  10:6
  12:15,21 14:18
  14:20 21:11
  104:20,20
**groups**  198:15
**guess**  29:20
  38:2 137:19

206:15,19
**guidelines** 53:2
**guilty** 102:22

**h**

**h** 3:8 10:15
**hadrien** 10:13
10:15 21:18
**half** 171:11
181:6
**hall** 2:7 3:6
6:17,17 7:16
7:21 31:8 56:5
81:9 88:10
105:25 112:23
113:14 114:7
123:7 124:17
157:15 158:12
168:4,11,20,23
169:23 181:7
182:13 200:3
217:24 222:4
222:12 225:21
226:23 227:5
227:15,23
228:9,14 229:4
229:7
**hand** 87:2
119:6 171:13
231:21
**handful** 142:21
**handle** 144:3
**happen** 37:12
56:16 65:8
69:16 87:19

**happens** 149:2
**happy** 48:16
208:8 213:16
**hard** 144:2
**harder** 109:24
109:24 110:19
111:5 223:21
**header** 144:15
**heading** 157:20
**headline**
123:25 150:5
156:11 187:20
190:4,8
**headlines** 28:8
28:19,22,22
31:4 32:24
44:13 146:17
187:8 188:17
**heard** 7:20
82:10 102:16
142:23 217:8
**held** 1:12
179:14 184:6
189:25
**helpful** 175:10
**helping** 10:8
**hereinbefore**
231:10
**hereto** 4:3
**hereunto**
231:20
**high** 26:24
72:20,21 89:20
197:25 198:14
202:3,15

**highlighted**
144:23
**historical** 22:23
23:13 58:13
59:3 72:13
**historically**
59:6
**hold** 81:5
**holding** 110:18
111:4 165:19
**holdings**
167:17
**holiday** 139:19
**hope** 144:4
**hopefully** 37:19
110:14 123:2
**hopes** 182:23
**host** 27:15
**hour** 9:6 181:5
**hours** 10:18,20
10:24 11:2,8
36:15 141:13
161:10 177:12
177:16 200:21
**house** 2:18
**hubbard** 15:6,9
**hundreds** 43:5
226:22,24
227:2,11
**hypothesis**
174:23
**hypothetical**
61:11,13 62:2
62:7,15 68:8
70:15 88:9

**i**

**i.e.** 116:24
**ice** 196:10
197:2,21,24
198:3,6,13,22
202:2,15
**ice's** 197:16,19
**idea** 62:3
**identically**
191:19
**identification**
45:20 46:25
50:16 114:5
123:6 124:16
157:13 168:10
168:16 218:8
**identified**
22:18 26:4
29:20,21,25
30:9 31:13
41:23 46:7,20
49:5,13 95:13
96:7 115:18,23
120:5,8 126:5
128:8 130:11
130:13 131:17
131:24 135:18
136:16,18
137:17 138:22
141:5 147:7
151:16 155:7
159:13 160:6
169:10 170:7
175:8 184:22
213:22

**identifier** 136:22

**identifies** 23:25 32:8,9 37:7 52:21

**identify** 11:23 12:4 32:17,20 33:7 45:21 50:3 86:15 96:5 129:6 130:6,18 138:12 140:20 140:24 142:11 143:6 147:15 159:14 170:12 177:10 193:2 193:10 195:10 198:3

**identifying** 30:15 43:8 46:15 49:23 53:22 115:14 120:17 133:5 133:16 175:15

**ilona** 21:21

**immaterial** 35:22 36:5,11 36:17 37:11 41:18 42:3,6 42:10,23 43:11 43:13 45:8,13 45:17 94:8 97:11 120:22 122:4,23 130:5 149:16 170:8

170:11 175:19 175:23 176:6 176:13,23 178:6

**impact** 59:10 70:25 117:24 138:25

**imparted** 116:5

**imperative** 232:12

**imply** 219:17 220:4,13,23 221:9 222:6 224:11

**important** 28:25 115:12 141:22 221:22

**impossible** 88:8 115:22

**include** 100:18 147:9,25 159:15 184:25 200:16 205:10

**included** 39:24 47:13,14 100:17 135:24 152:17,24 156:22 158:22 180:18,23 194:20 211:18

**includes** 19:24 46:4 51:2 166:18 167:6

**including** 27:17 27:18,19 81:21

85:8 94:2,4 104:24 125:22 126:22 139:2 152:20 153:11

**inclusion** 152:6 152:8

**inconsistent** 225:8

**increase** 57:21 60:4 97:20,21 109:11 192:9

**increasing** 191:24

**incremental** 47:11 49:12,17 50:15 189:15

**incrementally** 49:23

**index** 193:19 195:13,14,16 196:10 197:3 197:22,25 198:4,7,13,14 200:16 202:4,8 202:16 223:15

**indicate** 110:9 187:14

**indicates** 209:24 214:9 224:21

**indicating** 192:7

**indice** 200:24

**indices** 59:9 196:14 199:22

201:4,6,7,11,16 201:20,22 224:6

**indicia** 16:13 16:22

**indirect** 16:12 16:21

**individual** 219:14

**industry** 67:11 71:16 72:11 200:16

**inefficiency** 63:6 217:7 222:7

**inefficient** 215:16 216:6 216:18 219:18 220:4,14,17,24 221:10 224:12

**inference** 112:8

**inform** 165:16

**information** 19:11 26:24 27:19 29:17 33:18 34:3,8 34:15,19,22,24 35:3,4,11,12,23 36:5,19,24,25 37:8,10,14,18 37:20,23 38:10 38:12 39:2,7 39:16,19 40:4 41:3,10,18 42:10,23 43:8

43:10,24 44:4
44:10,25 45:22
50:7 52:12,17
52:22 53:2,5,9
53:23 54:10
55:17 61:18,25
65:21 66:19
68:8 69:24
70:18 73:21
74:5 77:17
78:19 85:23
89:20 91:7,12
91:22 93:9,15
97:11,12 98:19
99:8,10,12
115:20,24,25
116:3,4,21
117:5,10,18
118:2 120:12
120:22 121:4
122:3 126:7
128:9,20 129:8
130:13,16
131:22 132:2
135:11 142:10
144:10 149:12
149:16,19
151:14 152:5
152:20 153:10
153:16,19,25
154:3,19,22
155:4,10
159:20,23
160:3 163:22
163:25 164:3

164:11,18,19
165:5,10,25
166:4,5,8
167:11,12
169:21 170:9
171:19 172:3,5
172:6,15,25
173:6,9 174:2
174:12 175:4
176:5,9,12,22
176:23 178:4,6
179:20 180:2
183:21 187:9
187:11,13,23
187:23 188:13
188:18 189:16
189:20 191:18
**informed** 10:2
12:16 13:6
127:3
**informing** 54:2
54:5
**infrastructure**
184:14
**initial** 28:21
123:23 125:20
126:4 127:11
127:18,21
129:11,20
131:5 157:20
**initially** 29:10
48:17
**initiatives**
149:3 192:8

**innocent**
102:22
**inquiry** 27:6
30:11 39:13
**insignificant**
57:14 90:21
91:10 107:16
**insofar** 141:25
167:15 192:7
**instance** 26:21
34:16 43:20
47:22 54:2
60:23 145:6
177:9 193:12
209:16
**instances** 32:11
96:12 141:9
142:19 177:10
**institution**
137:12
**institutional**
79:7,20 80:24
81:4,21,24
125:25
**institutions**
80:21 126:22
**instructed** 8:22
21:10 84:5
96:4 128:23
**instructing**
140:19
**instructions**
129:5,5 232:2
**instruments**
196:14

**intention** 132:8
132:13,15
**interest** 74:14
75:10,12,22
76:12,21 77:22
184:14 185:16
202:9
**interested** 6:8
12:19 13:15
15:17 231:18
**interpret** 86:8
**interpretation**
191:3
**interpreted**
220:16
**introduced**
13:11
**investment**
75:8,11 197:15
197:18 217:23
**investor** 79:16
79:18,21
**investors** 33:19
39:16 50:9,24
52:13,17 53:20
54:3,5 66:18
66:20 79:22
80:6 81:5,14
81:19,20,22,24
126:8 165:16
192:12
**involving** 18:13
**irrelevant**
142:14

**isolate** 58:16 59:15 70:19 143:7

**isolated** 29:4

**isolating** 72:3

**issue** 16:6 24:4 26:22 29:23 98:15 106:7 154:2,5 210:18 210:23 211:20 212:11,20,25

**issued** 29:12 49:14,18 52:23 78:21 100:5 106:10 140:25 141:12 151:17 160:7 161:10 162:13

**issues** 55:16 176:21 178:4 211:7 227:8,13

**item** 16:25

**items** 45:11 100:25

**iteration** 125:7

**j**

**january** 212:9 212:22

**job** 192:10,11

**joined** 7:2

**jon** 5:23

**jonathan** 2:19

**jones** 46:5 125:25 137:11

**joralemon** 2:12 6:22,23 26:11 31:5 36:2 37:4 41:13 51:18 52:9 53:17 54:13 58:19 62:17 63:8 65:2,12 66:13 68:12 69:18 75:25 77:11 79:9,24 81:7 81:16 82:21 83:20 84:24 85:17 86:3 87:11 88:6,14 88:24 89:9 90:8 92:7 101:21 105:19 108:3 110:3 112:21 113:3,8 113:16 120:4 121:17 139:13 158:9 160:13 166:11,25 167:13,22 169:22 175:24 177:21 181:3 199:25 206:4 211:24 213:5 222:8 225:3,24 226:2 229:2

**journal** 125:24 217:15,19,21 217:22

**judge** 16:21

**judging** 58:17

**judgment** 52:25 131:14

**judith** 1:14 231:6,24

**judy** 6:2

**july** 3:16 167:7 168:14,19 179:11,17 189:6,13

**juncture** 14:21

**june** 3:13,15 123:4,10,16 163:13 168:6,8 168:13,18,22 178:13,25

**justify** 87:2

**k**

**k** 3:15,16 21:23 21:23 29:17,23 34:17 44:18 46:12 47:10 48:14,23 53:6 53:16 55:9 75:17 141:2,3 142:4,4,8,11 146:14,24 150:23 151:6,9 151:16 154:3 154:13 155:8 155:11 163:21 164:3 166:5,19 167:16 168:6,8 168:12,14

177:11 179:10 179:17 183:24 185:7 186:14 187:18 230:2

**kaplan** 1:12 2:5 5:21 6:18

**kaplanfox.com** 2:7

**keep** 72:7

**kevin** 12:24 21:19

**kilsheimer** 1:13 2:5 5:22 6:18

**kind** 194:2

**knew** 139:8 185:23

**know** 9:3,8 12:25 14:25 16:20 31:25 44:14 53:20 64:24 65:14,15 77:15 79:15 81:13 90:2 104:6 105:3,5 124:3,6 129:2 129:9,13,14,17 132:3 133:21 133:23 140:17 148:5 151:8 153:24 160:19 162:12 164:5,9 164:24 165:2 173:23 184:19 184:22 188:19 209:15 217:12

**[knowing - look]** Page 24

**knowing** 143:9
**known** 27:22
104:15 105:7
105:13 125:23
130:8,10 133:6
161:23 194:4
195:13 214:17
217:11,12,12
**knowns** 128:2
**ks** 27:17,18
28:3 29:11
34:18 35:7,10
35:15,18 39:10
39:11,13,19,24
41:2 44:17,19
44:23 45:3,5,6
45:8,10,18
46:10 47:15
49:8,11,15
52:7,11,18,18
52:23 53:9
54:11,21 55:18
65:23 78:6
83:17 84:13
100:3,5 153:18
154:5,16,23
169:4,9,14,22
169:24 170:2,4
175:21,21
176:6,13,24
178:5 187:23

**l**

**l** 21:22,23
230:2

**labeled** 145:3
146:22,24,25
**laid** 70:24
**language**
110:12 111:19
**large** 22:23
67:20,21 80:23
206:12
**larger** 112:4
**largest** 126:21
**lat** 157:20
**latin** 202:15
**law** 114:9
**lead** 6:19 86:23
216:4,20
**leading** 126:9
**leads** 215:17
225:16
**learn** 12:13
134:19 180:15
**learned** 120:11
171:18
**leave** 190:24
**leaves** 89:22
**led** 32:19
**left** 46:18 47:2
119:6 144:11
156:2 161:16
**legal** 2:19,20
3:9 105:22
**legally** 74:13
75:20
**level** 23:10,16
23:23 24:12,19
25:20 57:5,8

57:11 144:23
**levels** 25:14,16
25:17 165:19
**likely** 112:3,15
112:16,18
192:24 210:2
**likes** 158:14
**limit** 111:21
**limited** 79:3
102:22 124:25
211:14
**line** 118:21
122:2 125:13
145:16 150:21
156:9 164:10
164:18,20
166:16,22,23
167:6 168:24
168:25 183:25
186:3,5,7
187:4,16,16,17
187:19 188:13
188:15 189:22
190:2,4 191:22
202:23 233:6
**lined** 91:23
**lines** 93:2 188:6
188:8
**list** 35:5 151:18
179:3
**listed** 31:2,23
31:25 46:6
100:25 136:11
145:4 169:15
179:14

**listen** 199:15
**literally** 38:6
**literature** 20:3
21:4 26:17,21
82:18 194:4
215:14 216:17
216:21 221:6
**litigated** 17:2
**litigation** 1:5
5:17 12:14
13:2,8,10,23
14:3,16 15:3,9
15:12 17:23
18:3,24 19:12
101:19 124:21
226:21
**little** 73:13
110:14 144:3
161:15
**livenote** 1:14
**llp** 1:13 2:5,11
5:22 6:18
**lo** 217:9,20
218:2 220:2,6
221:23 222:3
224:15 225:9
225:11
**location** 5:20
**log** 202:7,14
**long** 10:18
18:14 19:3
64:21 74:6
**look** 27:25 44:4
44:10 54:20
55:23 77:8

**[look - marriage]**                                                Page 25

78:11 84:5
90:6 112:10
116:13 119:6
124:8,13,23
138:5 144:11
148:13,21
150:7,12 158:6
158:11 160:22
161:12 162:5
164:6,14 171:3
176:25 177:6
183:4 186:4
191:8 192:12
201:14 206:5
206:21 208:18
209:6,19
213:16 217:4
218:12
**looked** 20:13
34:17 38:10,10
39:8,19,21
40:11,16 44:25
45:5,20 131:19
147:21 155:2
157:8 163:9
189:8,10
**looking** 96:22
106:10 133:10
144:6 175:2
178:18 188:16
195:7 200:21
206:3
**looks** 27:23
106:4 205:23

**loss** 18:13
**lot** 81:4
**lots** 69:24
223:9
**loud** 115:11
119:12 171:24
171:24
**lowest** 197:14
**lunch** 181:11

**m**

**m** 2:12 7:10,10
7:10 21:22,23
182:4,4,4
230:2
**mac** 120:15
**mackinlay**
217:9 218:3
220:2 222:4
225:9,11
**mackinlay's**
220:6 221:23
224:16
**made** 22:5
29:14 54:7
66:18 78:19
113:10 185:20
232:6
**magic** 133:12
**make** 24:24
60:12 74:14
75:8,21 76:7
83:15 94:12
124:11 130:3
132:15 154:10
165:14 173:11

185:19,25
191:16 215:9
223:2 232:4
233:3
**makes** 161:9
192:4
**making** 51:16
191:4 215:5
**management**
217:23
**manner** 22:17
35:17 39:11
60:17 66:11
70:11 87:4
103:17 208:4
**mark** 12:23
114:7 123:7
124:17 157:16
168:5,12
217:24
**marked** 114:4
123:5 124:15
157:12 168:9
168:15 218:7
**marker** 32:13
**markers** 16:21
**market** 3:11,12
16:16,22 17:10
17:19 18:19,24
21:14 22:11,13
41:11,16,17,19
43:15 56:15,18
56:23 58:14
59:5,11 60:2
61:3 62:5,22

63:3 65:7,10
66:23 67:10,19
68:11 69:13,14
70:8,25 71:3
71:16,21 72:6
72:15,18,19
73:2,6 78:24
79:2,3,8 85:5
87:13 89:6
90:17,23 92:6
93:8 97:9,17
113:25 114:3
114:11,13
115:21 116:2
116:25 120:11
120:23 122:8
140:4,8 149:8
171:18 202:16
214:11 215:15
216:6,17
219:18 220:4
220:14,23
221:9 222:6
223:13,15,17
224:11,22
225:18 226:9
226:17 227:13
227:20 228:6
228:12
**markets** 50:8,9
67:4 70:10
77:17 227:8
**marriage**
231:17

**mart** 114:14
**match** 198:7
**matched** 46:8,9
49:8 193:8,14
193:19,19,20
193:22 194:3,5
194:12,21,25
195:6,8,9,11
196:11,15,17
196:22 197:2,8
197:23 198:2
198:24 199:4
199:11 200:6
200:10,13
203:11 206:21
209:7,13
211:15
**material** 29:13
36:6 37:3,8
39:15 40:3
41:3 42:5
43:25 44:5,7
44:11,21 52:13
52:16,21 53:3
53:15,20 54:10
54:23,24 55:20
83:5 120:11,14
121:4 151:13
151:20 152:5
152:19 153:10
153:15,19
155:10 163:17
165:10,16,20
169:21 170:13
170:19 171:18

172:3 173:5,8
173:16,25
174:11,18
175:4
**materiality**
172:14 177:18
**materials** 11:6
11:11,21 12:3
19:23 31:21
**matter** 5:15
16:18 19:4
20:9,12 46:14
148:4 183:5
231:19
**maturity** 197:5
198:5,6,8,12,15
198:24 199:2
**mazumdar**
1:11 3:4,10,13
5:1,15 6:1 7:1
7:17 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1,10
98:16 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1,4,8,15
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1,4,5,8,10
124:1,15,18
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1

133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1,10,15,17
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1,12
157:16 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1,5
168:7,9,12,15
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1,14
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1,21,23
194:1 195:1
196:1 197:1

198:1 199:1,8 199:10,17 200:1,8,15,18 200:25 201:1 201:12 202:1 203:1,19 204:1 204:11,20 205:1 206:1 207:1,2,9 208:1,19 209:1 210:1,3 211:1 211:5 212:1 213:1,3 214:1 215:1 216:1 217:1,25 218:1 218:7 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1,6 227:1 228:1 229:11 230:6,15 231:9

**mean** 10:22 23:22 26:5 31:13 33:8 34:21 36:11 38:21 50:6 55:9 61:17 63:23 74:22 75:10 77:12 85:3 86:7 88:22 91:14 93:25 101:23 106:18 115:8 128:13 129:7

136:25 165:4 169:24 178:19 189:4 222:19 223:14,22

**meaning** 140:16

**means** 22:20 102:20 149:11 225:16

**meant** 94:18 99:18

**measure** 33:22

**measured** 23:6 202:10

**mechanically** 120:16 175:14

**media** 5:13 127:2 133:25

**medicine** 104:24

**meet** 24:18

**meeting** 10:9 35:20 43:23 45:12 53:13,21 54:3

**meetings** 151:24

**members** 154:7 163:11 166:20 167:7 179:24 180:6,8

**mention** 15:23 43:20 127:16

**mentioned** 11:10 14:17

19:13,15,16 20:18 21:19,20 31:23 40:6 45:11 47:22 49:11 53:21 69:20 74:6 75:14 107:11 120:18 129:25 135:9 136:21 140:23 151:15 157:6 175:16 185:10 201:22

**mentioning** 164:22

**met** 9:15 54:23 55:20

**metals** 186:23

**method** 104:15 104:22 193:23 193:24,25 194:2,5,17 199:12 211:16

**methodology** 28:10 32:22 138:11 159:13 161:3,3 174:21 184:23 185:12 193:10 200:9 211:5,6

**microphones** 5:6

**million** 186:10 186:15,18

**mind** 21:21 62:4 75:13

171:5

**mine** 10:8 186:19

**miners** 157:21

**mines** 186:25

**mining** 126:25 127:5 131:24 132:24 133:25

**minus** 193:18

**minute** 169:7 170:14 219:3

**minutes** 75:6

**mis** 126:8

**mischaracteri...** 113:5

**mischaracteri...** 225:4

**missed** 95:22 121:11

**misstates** 88:25

**mix** 115:20

**model** 98:10,16 143:7 145:11 146:6,7 207:7 209:23 211:9 220:17

**models** 211:13

**money** 80:4,8 80:12

**month** 167:23 167:24 168:6 168:13 178:12 179:23

**monthly** 165:18,24

224:4

**moody's** 84:13
  100:12 126:7
  188:10 197:11

**morning** 5:2
  6:22 7:17
  226:5

**mostipan** 21:21

**move** 45:14
  66:10 119:22
  119:23

**moved** 70:10
  108:16 135:15
  135:16

**movement**
  59:11,16 67:10
  70:20 71:3,15
  71:15 72:4,6
  87:10 90:16

**moves** 127:10
  134:23 136:6

**moving** 108:18
  109:3,8

**multiple** 96:23

**mute** 5:8

**myers** 214:23

**mykyta** 21:22

**n**

**n** 2:2 3:2 7:10
  10:15,17 21:22
  21:22 182:2,2
  182:2,4 230:2
  230:2 231:2

**nabi** 12:23

**name** 5:23 7:20
  8:8 10:12
  14:24 98:9
  157:25

**names** 8:6

**nasdaq** 126:17

**nature** 27:6
  53:12 56:24
  151:23 159:25

**necessarily**
  183:5 219:17
  220:3,13,22
  221:9 222:6
  224:11

**necessary** 95:2
  115:21 208:10
  232:4

**need** 8:25 9:7
  88:10 116:11
  116:12 218:15

**needed** 13:14
  53:16

**needs** 88:12
  215:8

**negate** 70:13

**negative** 25:23
  51:21 56:22
  57:22 58:3
  60:22 61:4
  62:12,14,22
  63:4,12 64:2
  65:11 66:3,7
  66:24 67:15,21
  67:25 68:7,9
  68:10 69:14

71:7 97:16
  190:17,22
  219:15

**nera** 103:24
  104:4

**net** 50:10 71:20
  107:12 109:14

**neutral** 155:16
  156:12 159:4
  190:9

**new** 1:2,13,13
  1:15 2:6,6,12
  2:12 5:19 7:12
  10:3 12:4
  33:17 37:20
  38:2,8,25
  39:15 40:3
  51:12 78:2
  85:22 115:23
  117:5,18 118:2
  120:11,13
  121:4 126:6
  128:19 129:7
  129:11,15
  130:10 149:24
  151:13 152:5
  152:19 153:10
  163:16 165:4,6
  165:9 171:18
  172:3 173:5,8
  173:25 174:11
  175:4 179:17
  180:3 182:6
  185:9,17,19
  187:5 188:12

191:18 230:3,4
  231:3,4,8

**news** 27:16,20
  28:2,6,8,18,19
  28:24 29:3,6
  29:21,25 30:4
  30:8,10,16,18
  30:25 31:14
  32:8,10,14,20
  33:7,8,16 34:7
  34:14 35:5
  36:21,24 37:2
  37:3,14,19,21
  37:21,25 38:7
  38:16,18 39:23
  41:22 42:3,5
  43:5,22 44:14
  44:16 45:15,20
  46:4,15,24,25
  47:2,3,10,10,11
  47:17,18 48:3
  48:18 49:12,17
  49:19,24 50:15
  51:12 55:12,21
  56:14 58:17
  59:17,21 60:3
  60:17,25 61:2
  61:18,23 63:3
  63:11,15 65:9
  65:24,25 66:6
  67:15 69:14
  71:7 72:2,5,17
  72:23 73:14,16
  73:18,23 74:10
  74:16,20,23

75:16,17 76:10
77:15 78:2,4
78:15 82:5,11
82:20,25 83:2
83:5,5,10,17,19
84:6,14,16,17
85:16,23 86:2
86:16,18 87:7
87:22 88:3,22
88:23 89:4,5
92:20,21,24
93:5,22 94:7,7
94:8,9,15,19
95:13,24,25
96:5,11,14,16
96:17 97:5,16
100:16,21
103:16 104:14
106:6,10,14,16
106:23 107:5,7
107:22 108:14
108:15,16,17
108:19 109:2,3
110:7,10 113:6
115:15,24
117:14,15,16
117:17,24
119:19,19,20
120:2,9,14,15
120:21 121:15
121:23 122:23
123:20 125:22
125:24,25
126:2,16,20
127:9,10,21

129:6,6,7,20,23
130:3,4,7,8,11
132:9,11,16
133:2,4,5,13,15
133:17,24,25
134:14,16,23
135:5,9,12,16
135:18,19,25
136:5,6,15,16
136:21,22,24
137:2,7,11,12
137:12,14,17
137:18,23
138:12 139:3
139:12 140:10
140:20,21
141:4,17 142:2
142:9,11,18,20
142:20 143:6
144:17,20
146:11,19,23
147:7 149:7,9
151:16 152:25
153:5 154:13
155:2,7,13
156:22 158:22
158:23 159:13
159:17 163:17
169:11,15
170:18,20,23
171:21 172:14
172:16 173:2,4
173:7,10,12
174:3,14,18,22
175:2,7,13,18

177:20 179:18
180:19,24
183:9 184:20
184:23 185:3,9
185:17,19
186:2,8,22
187:4,5,5,10,25
189:6,15
190:17,21,22
193:2 213:13
**newsworthy**
  40:14,25
  136:19 138:16
**noise**  59:22,25
  66:12 71:12
**non**  55:15 94:5
  94:24 106:16
**nonnews**  30:19
  47:24 51:7
  93:3 103:20
  104:14 107:3,8
  107:24 108:16
  109:3 110:8
  113:7 138:17
  144:20 172:19
  213:13
**nonstatistical**
  87:9
**normal**  204:23
**notably**  118:23
  119:8
**notary**  1:15
  4:11 7:11
  182:6 230:21
  231:7

**note**  5:5 195:2
  195:21 196:9
  196:12 199:19
  201:21 202:4
  202:13,19
  204:12,19
  206:11 207:20
  208:13 210:4
**noted**  120:14
  182:3 229:12
  232:10
**notes**  98:15
  189:10 193:12
  193:17 194:11
  195:5,17
  196:15,18,23
  196:25 197:12
  197:21 198:7
  198:23,25
  199:9 201:9,13
  201:21 210:22
  210:25 211:23
  212:24 213:2,4
**noteworthy**
  40:15
**notice**  11:16
  178:11
**noticing**  6:15
**november**
  183:22 196:4
**number**  5:19
  26:3 30:4,6
  58:22,23,23,25
  109:2,4,18,23
  112:14,16

**[number - okay]**                                                Page 30

125:14 133:11
134:2 142:15
145:12,13
147:6 148:14
148:18,22
149:23 150:21
152:15 163:4
164:14,15
179:13 207:2
207:10
**numbers** 59:19
67:9 84:22
85:3 106:20
107:13,25
108:5,8,25
146:3 180:16
205:18 206:15
212:5
**numerator**
109:7,11
110:17 111:3
111:11,13
**numerous**
50:14 227:6

**o**

**o** 7:10 10:17,17
21:22,22 182:2
182:2,2,4
230:2 231:2
**oath** 6:5 182:7
230:8
**object** 8:22
31:5 36:2 37:4
41:13 51:18
52:9 53:17

54:13 58:19
63:8 65:2,12
66:13 68:12
69:18 75:25
77:11 79:9,24
81:16 82:21
83:20 84:24
85:17 86:3
87:11 88:6,24
89:9 90:8 92:7
101:21 105:19
108:3 110:3
113:8 121:17
139:13 160:13
166:11 167:13
175:24 211:24
222:8 225:3
**objected** 88:11
**objection**
226:23 227:5
227:15,23
228:9,14
**objections** 4:8
6:9
**objective** 39:11
51:4 161:4
174:21
**objectively**
36:22 86:15
**observation**
36:18 145:7
**observed** 22:21
24:3 25:11
58:11 59:4
91:11,24

**obvious** 161:10
215:9
**obviously**
34:24 51:22
153:21
**occasion** 227:4
227:20 228:5
**occasions** 46:10
87:19
**occur** 48:13
53:21 212:21
**occurred**
177:15
**occurs** 213:19
**october** 125:10
145:8 151:3
154:5 183:14
196:3 203:24
204:14,20
208:21,24
**odd** 29:20
32:18 49:22
50:3 129:23
130:12 204:3
210:9
**oe1** 162:24
182:19
**oe1-1** 143:24
**oe1-11** 184:4
**oe1-14** 186:4
**oe1-15** 188:6
**oe1-17** 189:23
**oe1-6** 163:5
164:15

**oe1-7** 166:25
**oe1-9** 182:20
**oe2-1** 193:4
200:3
**oe2-2** 212:7,8
**oe2-71** 202:22
203:4
**oe2-88** 208:11
**offices** 1:12
**offset** 191:18
**offsets** 70:12
**oh** 91:17 119:9
121:10 156:6,7
162:22 205:10
**okay** 9:20
10:10 11:9,20
12:7 13:22,25
15:2 17:4 18:2
18:7 21:16
22:8 24:22,25
25:7 26:2
27:24 30:21
31:20 33:3
37:9,24 39:4,6
41:2,9 42:18
42:22 43:12
45:2,14 47:25
49:25 52:6
54:7,18 55:8
55:14 59:13,23
63:14 65:6
66:5 70:14
73:5,11,12
74:10 76:11
79:15 81:13

**[okay - paper]**

82:2,10,24
83:13 84:2,8
84:20 85:11
87:16 88:14
90:12 91:4
94:17,22 97:4
98:5,12 100:16
102:5,15 103:5
104:25 107:9
108:23 109:21
111:16 112:20
113:16 115:2,5
116:14 117:13
118:19 119:11
121:2,14,20
122:19 123:14
125:4 127:17
134:9,21 136:3
140:2,7 143:16
143:21 144:2,5
144:7 145:2
147:4,9 148:10
148:10,15
149:11,21
150:3,12,18
151:12 153:8
154:24 155:19
156:11 158:15
158:17 159:7
159:21 160:24
161:6,14,17
162:12,23
163:6,15
164:17 166:3
166:13 168:23

172:10 173:5
173:23 174:24
175:12 176:20
177:8,17,25
178:9,24 179:5
179:9,16
180:14,21
181:2 182:14
183:12 184:8
186:21 191:13
194:6 195:19
201:4,7,11
202:6 203:6,9
203:18 204:17
206:21 207:13
208:2 209:6
210:2,20 212:6
212:16 215:2
215:13 216:10
218:17,19
219:2,21
220:19 221:19
224:24 225:21
226:19,25
227:10 228:2
**olds** 38:3
**omits** 139:16
139:23
**once** 9:3,6 13:4
13:6 20:24
27:23 48:22
73:10 86:9
**ones** 20:11
100:17,18
128:18 132:10

137:9 148:17
151:17,17,21
151:22 170:5,7
**online** 31:18
**opined** 147:20
**opinion** 16:9
17:5 19:17
105:14 180:22
**opposed** 145:24
**opposite** 94:4
116:23
**order** 13:21
19:25 20:25
**ordered** 128:25
**original** 157:8
232:13
**outcome** 6:8
231:18
**outlets** 131:7
**outlook** 188:18
**outperform**
190:9
**output** 186:11
**outputs** 68:20
**overrode** 54:8
**overview**
143:24 144:7
162:25 193:5
**own** 67:10
224:16
**owned** 150:24
154:6 163:11
166:20 167:7
179:6 180:8

**ownership**
164:23,24
165:2,7,19,23
167:17,20

| p |
|---|

**p** 2:2,2 21:22
**p.m.** 181:10,12
182:3,10 229:9
229:12
**pack** 186:10
**page** 3:3,10
115:3 118:3
124:19 127:16
141:19 143:24
148:13 155:13
155:24 157:20
158:8 161:12
163:3 164:7
171:6,12,13,15
177:9 178:13
179:2 188:6
193:4 196:6,7
197:7 199:6,25
201:18 202:22
203:3 206:5,6
206:7 208:11
212:10 214:3
214:20 218:14
218:22 224:19
225:10 233:6
**pages** 225:12
**paid** 76:21
**paper** 104:7,13
130:2 223:25

**[papers - plaintiffs]**                                    Page 32

**papers** 217:4
**paragraph**
  33:11 115:6,10
  116:18 117:6
  118:4,9 123:25
  162:20 171:9
  171:10 174:25
  177:10 214:2,6
  218:23 219:5
  220:7 224:18
  225:8
**paragraphs**
  215:7
**park** 2:11
**parse** 91:7,16
  91:17,21 92:24
  93:6
**parsing** 91:12
  92:23
**part** 18:8 24:8
  33:25 34:6,9
  34:12,13 35:23
  58:15 76:13
  95:22 101:5,19
  102:8 171:7
  195:8 216:11
**participants**
  79:7
**participate**
  227:21
**particular**
  135:19 194:14
**particularly**
  91:9

**parties** 4:3 5:11
  231:16
**parts** 8:10
  17:16 18:3
  216:2
**party** 6:6 55:12
**passed** 103:25
  105:7
**passes** 105:17
**past** 99:15,21
**pause** 91:15
  218:16
**pausing** 89:21
**pay** 76:19,22
  80:4,8,11,18,22
  184:11 185:17
  185:22 197:25
  198:14 202:3
**payment** 74:14
  75:8,10,12,22
  76:21 77:21
  185:21
**payments**
  76:12 185:25
**pays** 185:16
**peer** 228:17
**pending** 9:3
**people** 137:3
**percent** 23:11
  24:19 25:19,20
  25:21 57:4,5,7
  57:9,11,12,24
  59:24 63:24
  144:22 203:13
  203:22,22,24

  204:25 205:2,9
  205:21 209:4,4
**percentage**
  103:14,18
  106:22,25
  108:8
**percentages**
  107:11 109:19
**perfect** 72:16
**perform** 64:6
  98:21 99:13
  100:23 101:12
  102:6 190:6
  207:17 227:4
  227:21 228:5
**performance**
  192:9
**performed**
  90:14 101:17
  101:18,19
  102:7,9 226:16
  227:11
**performing**
  93:15 226:8
**period** 16:8
  19:7 21:15
  81:8,10 92:16
  99:16,22 100:6
  100:11,21
  101:3,5 106:7
  106:11 119:7
  121:11 124:2
  125:9 129:24
  130:13 144:18
  153:3 163:10

  194:19 195:24
  197:13 204:24
  206:13 207:21
  210:5 211:23
  212:17
**periods** 224:2
**permission**
  229:6
**personally**
  17:20 51:16
  81:11
**perspective**
  44:2
**phones** 5:9
**pick** 5:7 125:16
  128:6 174:19
**picked** 46:2
  120:16 125:18
  127:18,23,24
  128:10,19
  129:15 131:6
  131:14 133:6
  175:14
**picking** 60:10
**picnic** 73:20
**piece** 77:15
**pieces** 144:10
  187:13 191:18
**place** 5:11
  76:15
**plaintiff** 1:12
  6:20
**plaintiffs** 2:5
  7:21 119:16

**[platforms - previously]**

**platforms**
126:19,23
**please** 5:5,8
6:10 7:7 8:15
24:10 31:10
38:20 48:7
58:7 115:11
119:12 144:13
199:15 201:24
208:11 214:7
221:14 232:3,7
**point** 14:11
15:11,14 19:18
19:21 26:7
45:19 83:9
171:8 198:10
215:9
**pointed** 158:12
211:6
**pointing** 141:4
**portfolio** 193:8
193:14,19,20
193:22 194:3,5
194:12,21,25
195:6,8,9,11
196:11,15,18
196:22 197:2
197:23 198:2
198:25 199:4
199:11 200:6
200:11,14
203:11 206:22
209:7,14
211:15

**portfolio's**
197:8
**portfolios**
221:13 224:7
**position** 122:20
165:17,24
174:10,15
**positive** 25:24
56:15,21 60:2
60:3,22 61:3
61:17,23 62:6
62:11 63:3,12
64:2 65:11
66:2,7,24
67:15,20,24
68:7,9,10
69:13 71:7
72:18,21,23
87:7 97:16
190:16,21
**possibility**
12:17 14:15
24:2 113:12
**possible** 30:10
45:21 47:3,17
66:12 70:2
113:4,13
142:20
**possibly** 36:20
36:21 51:4
73:10 140:9
**post** 42:7 86:12
86:25 175:2
**potential** 86:15
131:25 136:22

174:22 186:2
**potentially**
30:12 38:25
40:14,24 47:7
49:7 133:4,16
153:15 165:25
173:9,22
179:19 192:6
**power** 60:14
119:24 121:8
**pr** 125:25
137:12
**practice** 161:5
**pre** 170:12
**preannounce...**
84:4
**preceded** 84:4
**precious**
186:23
**predicted**
72:10,12,20
84:21 85:3,4
85:14
**predictive**
58:18 59:7
60:8 101:4
**prepare** 9:13
10:21 18:3
19:4 98:21
99:13
**prepared** 8:23
17:23 18:7
20:9,12 98:6
123:15

**preparing** 11:4
36:16
**preselect**
165:18
**preselected**
165:20
**present** 2:17
6:12 33:12,24
**presentation**
177:14
**press** 46:2
120:18 126:8
140:22,24
175:17
**presume** 37:13
**presumptively**
52:15 151:20
**previous** 21:2
55:9 57:19
138:21 139:19
140:9 156:20
214:20
**previously** 12:5
17:2 38:12
39:3 43:14
55:11 74:12,25
75:3,19 76:10
77:17 78:17
98:2 107:6
128:10 136:17
149:7 154:9
164:4,6 167:11
167:16 171:11
182:5 187:24

**[price - purpose]**

**price** 22:16
26:16 29:7
36:23 38:15
41:12,24 42:2
56:17,20 57:20
57:21 59:16
60:4 65:9
66:10 67:10
69:16 70:3,12
70:20 71:7,10
71:14,15,19,21
72:4,24 85:25
86:17 87:9
88:4,20 89:8
90:21 91:10
92:16 93:4,8
97:10,19
103:15,19
106:5,23 107:2
110:10 116:2,5
116:20 117:25
119:17 120:12
120:24 122:9
122:22 143:10
161:18,21,23
162:3,7,8,16
174:18 182:24
189:9 220:17
222:18
**prices** 33:12
71:9 87:22
162:17 219:18
224:12
**pricing** 99:23

**primary** 16:8
39:9,18
**principal** 26:14
151:2 154:8
163:12 180:9
**principles**
23:21
**printed** 31:16
157:23 158:2,3
**printout** 28:7
124:19
**prior** 14:2
19:11 34:25
35:24 42:10,23
45:8 93:15
101:2 111:19
115:20 135:23
152:20 153:10
167:23,24
174:4 175:3
177:16 194:19
212:24
**private** 5:7
**probably** 8:13
**probative**
16:17 28:24
36:20
**probatively**
151:19
**problem**
178:21 213:24
**procedural**
170:7
**proceed** 7:9
56:13 113:24

182:12
**proceeding**
6:10
**process** 129:14
129:17,18,19
**produce** 31:20
32:4 96:24
**produced** 32:2
32:25 124:20
135:11
**producing** 98:8
**production**
27:12 40:2
**professional**
228:4,13
**professors**
220:2
**profitable**
215:17 216:4
216:20,23
**promise** 150:18
**properly** 91:5
95:5
**properties**
223:8
**proposition**
152:9 214:18
**prosecutor's**
102:17
**prospects**
40:23 50:21
**prove** 116:21
119:15
**provide** 105:16

**provided** 73:22
98:2 126:6
149:7 195:12
**provider** 126:9
126:18
**provides**
126:13 127:3
197:7
**pruned** 38:11
**public** 1:15
4:12 7:11
34:20 46:2
55:12 78:20
85:6 115:16
141:11 160:2
177:13,14
182:6 230:21
231:7
**publicly** 159:19
**published** 20:5
46:11 114:9
**publishes**
137:23 138:3
**publishing**
228:16
**pull** 87:17
124:24 159:7
**pulled** 29:10
32:25
**purely** 151:22
**purported**
120:20
**purpose** 33:5
136:10 142:14

**purposes** 38:13
41:23 46:16
119:15
**push** 149:24
**put** 68:6 122:25
127:25 137:3
222:3 223:18
224:17
**puts** 157:25
**putting** 57:24
224:25
**puzzle** 218:24
219:12

**q**

**qualifications**
224:18
**quantity** 179:8
**quarterly**
126:14
**question** 4:8
8:18,24 9:3
21:14 24:10,23
30:24 31:9
34:5 35:9 44:7
44:23 48:5
55:24 57:19
65:17,19 67:14
68:14,17,19
76:16,17,20
80:19 81:3,12
87:6 88:17
90:11 91:5,13
94:12,13 99:5
102:2 108:12
108:13 110:24

112:9 114:20
128:5 139:16
139:23 153:13
154:15,17
156:21 167:4
177:5 178:2,7
183:6 185:5
194:23 195:24
199:13,15,21
200:13,19
211:10,21
213:3 221:2,15
222:13,14,21
222:24,24
223:3,11,23
225:2,6
**questions** 7:23
8:14,16 112:24
131:18 132:3,7
190:18 218:14
223:22 225:25
**quick** 224:7
**quite** 18:6
193:15 209:8
**quote** 120:21
175:16
**quoted** 162:18
**quotes** 120:10
**quoting** 122:15
122:17 170:25

**r**

**r** 2:2,7 7:10
10:15,17 182:2
182:4 190:14
231:2 233:2,2

**r&r** 13:20 17:5
19:17,24 20:25
**ran** 30:15
98:15 135:17
173:20 199:17
**random** 38:8
58:5 108:22
**ranges** 198:16
**rarely** 71:9
**rate** 202:9
**rated** 197:21,23
**rather** 36:25
37:14
**rating** 28:3
40:12 47:12
78:7 83:16
96:13 100:13
146:15 147:2
188:9,14,21
189:7,9,11
197:4,12,16,19
198:24 199:3
**ratings** 27:14
32:3 40:12
65:23 126:10
191:15 197:18
**ratio** 25:3
108:25 109:6,7
109:10,12
111:15,20,22
145:21,24
**rational** 219:19
224:13
**ratios** 109:15
109:17,21

111:16 112:2
112:12
**raw** 71:15 90:6
**rbc** 190:6
**rbcm** 190:7
**reach** 103:3
105:21
**reaches** 186:9
**react** 41:17
87:23 93:9
116:3 120:13
**reacted** 36:23
38:15 41:22
119:17
**reaction** 41:24
56:21 70:4,12
71:10,19,19
86:2,20,21
88:4,20 89:8
90:22 91:10,11
91:24 92:2,4
92:17,25 93:4
97:10,20 106:5
116:20 120:25
122:10,22
143:10 174:18
**reactions** 86:17
87:3,3,4
103:16,19
106:23 107:2
110:11 189:9
**reacts** 22:16
26:16
**read** 13:17,19
13:20,22,25

**[read - regarding]**                                                    Page 36

14:5,7 28:5,17
30:8,25 31:3
31:17,17 32:6
47:5,5 75:5
82:16,19
110:23 115:10
116:9,16 121:6
130:22 131:4
131:13,20
144:12,14
147:19 149:5
150:9,10
169:14 171:11
171:23,24
175:3,9 176:14
177:3 190:3
192:20 214:6
215:7 218:17
218:20 219:9
220:7,10 224:7
225:11 230:6
232:3
**reading**   11:5
17:5 118:20
171:20,22,25
192:16
**reads**   121:8
144:15
**reaffirmations**
192:13
**realistic**   206:10
**realize**   68:20
**really**   60:7
71:23 212:13

**reason**   9:9
35:13 59:13
204:16 205:15
206:19 207:8
232:5 233:8,10
233:12,14,16
233:18
**reasonable**
60:13 131:21
132:18
**reasonably**
138:14
**reasoning**
16:19
**reasons**   35:14
62:24 233:4
**recall**   8:6,8
13:18 14:5,8
15:21,25 17:4
17:21 19:7
20:17 42:14,18
55:22 64:20
77:24 80:25
82:15 97:7
98:7,24 99:6,7
123:19 128:17
132:6 134:2,17
140:15,16,19
141:8 142:22
150:10 151:7
151:11 155:22
157:5 158:19
169:6 176:15
183:20 184:2
188:4,23

189:18,19
190:15,18
192:16 226:5
226:10
**receipt**   232:14
**received**   77:18
**recent**   8:9
**recess**   56:8
113:19 181:11
**recognize**
115:13
**recognizing**
50:25
**recollection**
176:17
**recommendat...**
50:18,19
**reconciled**   46:8
**reconciliation**
29:15 46:18
**record**   5:3,12
6:14 56:7,12
87:18 113:18
113:23 157:22
180:5 181:10
182:11 184:6
189:25 213:19
221:23 229:9
230:10,12
231:13
**recorded**   5:14
**recording**   5:10
**redid**   47:20
51:5

**redo**   95:9
**refer**   24:16
47:18 74:7
117:9 137:23
138:2 146:2
148:25 186:22
188:9
**reference**   122:3
172:4 174:11
174:13
**referenced**
185:8 188:20
**referred**   22:25
26:3 29:15
48:13 50:19
77:25 78:6
82:5 108:7
109:23 138:7
139:9 145:19
**referring**   20:8
26:8 42:13
43:2 78:16
118:5 158:23
167:17 174:25
186:8,15 200:2
**refers**   63:25
147:2 150:4,13
158:8 162:16
168:18,18,24
168:24 180:5,7
**reflect**   33:12
**regarded**
132:21 136:13
**regarding**
12:10 17:10

161:8
**regression**
98:10,16 143:7
143:14 145:11
145:16,17,22
146:6,7 147:11
148:3 193:21
193:23,24,24
194:17 199:8
199:10,17,23
200:8,15,25
201:12,17
203:19 204:12
204:21 207:3,9
207:20 208:20
209:12,20,23
210:4 211:5,11
211:13 213:4
**regressional**
68:21
**regressions**
98:6 207:16
212:14
**rejection**
220:16
**relate** 145:9
**related** 6:6 12:3
13:17,18 14:14
18:23 23:16
29:5 40:19
44:23,24 50:17
67:15 71:11
96:14 127:4
129:20 132:11
153:22 154:6

179:11 208:12
231:16
**relates** 58:18
142:25 195:24
210:4,25
223:16
**relating** 159:8
**relationship**
58:13 59:4
72:14 110:10
**relative** 213:12
**release** 29:3
52:16 69:12
126:8 140:22
140:25 158:22
159:24 190:16
**released** 38:13
39:3 41:11,18
45:23,24 50:7
52:13 55:9
56:15 61:2
65:10 66:8
70:17 74:25
75:4 76:10,13
78:5,16,17
82:6 85:6,12
97:17 116:6
133:25 138:21
138:24 139:9
139:11 156:23
157:4 163:21
164:4,6,7,10
167:12,16
176:5,12
183:14 187:24

188:15 190:21
**releases** 27:16
34:25 35:5
183:24,25
**releasing** 137:3
155:10
**relevant** 27:16
30:12 31:11,12
33:16,22 35:16
36:21 37:2
39:2,5 43:25
45:22 47:7
48:3,14,25
49:7,10 50:5,6
50:23 51:15,22
52:5 53:22
54:4,12,24
55:15,21 56:14
59:17 60:3
61:2,18,19
65:9 66:6 69:9
73:14,16,22,25
74:9,15,17,19
74:21 75:2,23
75:24 76:3,5
76:25 77:3,5,7
77:10,22 82:24
83:5,10,18
84:15 87:7
93:22 94:3,3,5
94:6,14,20,23
94:24 95:24
96:3,5,17 97:6
106:14,16
113:5 117:10

117:15,17,19
117:20,22,24
121:15,22
127:15 129:8
132:2,10 133:3
133:15 134:16
153:15 158:23
159:16,20,20
159:22 160:2
166:2,6,8
170:18,23
172:6,24 173:7
173:10,12,20
173:22 174:2,9
174:14,22
180:19,23
192:5,7 198:10
**reliability**
93:23 94:25
**reliable** 95:11
210:17
**reliance** 3:11
114:2,12
119:15
**relied** 98:20
126:20
**relies** 135:12
**rely** 52:24 95:5
163:20
**remain** 107:19
213:14
**remained** 165:8
**remaining**
29:11 198:4,8
198:15 199:2

**[remains - result]** Page 38

remains 57:11
remarks 50:20
remember 98:8
remind 19:14
remove 34:2,7
  42:9,22 45:17
  170:8 176:23
removed 29:9
  29:16 30:18
  35:2,4,10 45:9
  45:12 93:14
  151:18 170:5
removing 43:9
  47:21
repeat 24:9
  34:4 35:8
  38:23 90:11
  94:11 108:13
repeatability
  96:20
repeated 53:5
repeating
  75:13
replicate 34:18
report 3:13,15
  11:12,16,22
  12:3 14:11
  15:24 17:9,22
  18:8 19:5,12
  19:22 20:14
  22:6,7 24:15
  26:8 31:2 32:4
  32:8 33:11
  34:23 36:13
  42:19 58:8

73:17 78:6,15
78:21 79:5,12
80:5 82:6,7
98:22 101:20
102:8 103:7
117:11 121:16
123:3,9,15
129:6 130:8
138:2,20,23
139:10 143:23
147:19 148:2
150:13 157:3
157:11,18
158:21 159:3
159:22,25
160:7,15,22
162:7,13
169:10,16
170:23 172:7
172:17 173:3
174:14 176:14
176:19 180:12
180:15 183:11
200:22 210:14
210:16 211:17
214:2,3 215:12
224:19 226:13
reported 73:19
125:21 127:13
130:14 133:3
133:14 142:18
155:3 175:18
187:18,19
reporter 1:15
5:25 7:7 8:20

11:25 16:15
17:15 41:5
102:25 162:2
183:19 184:13
186:17 190:12
196:21 214:22
216:15 217:18
231:6
reporting
130:16 141:10
165:23 187:11
reports 14:2,6
17:19 19:9
20:2,8,15,18
21:3 32:3
40:10 78:12,20
78:25 79:8,23
80:9,11,15,17
80:19,20 81:15
81:25 97:25
137:25 144:9
149:25 159:8
162:6
represent 7:21
210:21 212:21
213:18
represented
22:6
representing
5:24
reputable
80:21 105:7,13
request 12:18
require 63:10

required 39:14
52:23 138:12
requirement
52:20
requires 24:2
61:24 86:10
rerunning
211:11
research 3:14
126:10 132:23
157:11,18
160:11,17
214:14 228:17
researchers
127:15
reserved 4:9
respect 162:17
222:10
respective 4:3
respectively
144:24
respond 41:12
responded 87:6
responding
148:7
response 92:22
responses 8:20
responsive
222:25
rest 220:7
225:12
result 67:23
87:8 88:19
107:12,14
108:9 109:14

110:8 133:4,16
**resulted**  40:18
  49:22 50:16
  129:22
**results**  69:4,6
  72:19 95:7,10
  96:24 106:12
  145:10 146:8,9
  147:10,13,15
  147:18 152:22
  212:3 219:16
  220:15 221:21
  221:25 224:10
**resumed**  182:5
**retail**  79:16,18
  79:22 80:5
  81:19
**retained**  3:9
  14:15 15:12,22
  19:3
**retaining**  13:16
  15:17
**return**  22:21,24
  23:4,13,18
  24:3 25:5,11
  56:22,25 57:13
  57:22 58:3,5,8
  58:11,12,17,18
  58:24 59:2,8
  60:8,19 61:4
  62:10,22 63:5
  67:7,8,20 68:5
  70:19 71:13
  72:3,8,11,12,20
  72:25 73:2,8,9

92:11 145:13
145:14,21,23
146:4 152:12
193:17,18
194:11,12,14
194:18,19,25
195:2,6,9,12
196:24,25,25
202:7,14
203:10,20,23
204:11,18,23
204:23 206:12
206:22,25
208:19 209:7
212:12 232:12
**returns**  59:5
  60:15 64:4
  72:14,19 89:24
  101:4 144:16
  144:22 173:14
  191:25 193:11
  193:14 197:8
  204:6 209:24
  213:9,11,13
  222:19
**reuters**  125:24
  137:13
**reveal**  39:15
**review**  3:16
  11:15,21 12:2
  19:8,10 32:12
  33:25 34:6,9
  34:10,13,14
  35:24 48:24
  55:18 95:25

96:25 98:5
115:19 125:21
127:18,23
151:6 169:19
178:5 183:12
191:15 218:4,6
**reviewed**  19:19
  19:23 20:24,25
  21:8 36:14,19
  50:2 93:12
  96:11 97:5,24
  127:12,22
  169:17 170:3,4
  183:16 228:17
**reviewing**  33:6
  49:3 51:16
**revise**  210:11
**right**  14:12
  15:25 19:21
  21:25 33:3
  34:11 42:25
  48:15 49:5
  55:25 69:8
  76:23 100:22
  109:13 110:22
  112:7 118:11
  121:11 124:10
  125:12 132:5
  135:22 137:6
  140:14 143:12
  144:4,12 152:2
  153:17 166:10
  171:13,25
  172:22 180:7
  186:6 187:21

188:22 189:17
189:21 191:2
192:18 195:3
201:2 204:15
205:22 206:18
208:14,17,25
209:18 210:6
212:3 219:6
**ring**  24:20
**rings**  24:21
**risk**  33:14,22
  126:10
**risks**  50:12
  74:3
**rjd**  1:5 5:20
**robust**  95:3
  161:4
**robustly**
  138:14
**robustness**
  30:14 50:4
**role**  228:3
**room**  9:18,21
**roughly**  205:20
**rounded**
  104:21
**routinely**  40:7
  126:2
**row**  183:23
  184:3
**rows**  199:15
**rtt**  126:16
**rtt's**  126:19
**rule**  24:2

**[rules - see]**

**rules** 8:12
**run** 28:7 30:5
    41:20 63:5
    143:13 157:7
    174:16 207:25
    228:16,18
**running** 135:23
    147:6 174:5
**rush** 178:20

**s**

**s** 2:2 3:8 7:10
    10:17 21:22
    182:2,2,2,4
    190:14
**s&p** 202:7
**s.a.** 1:5 2:18
    5:16 123:24
    124:4,5 129:21
**sample** 103:3
**san** 7:13
**saw** 152:21
**saying** 36:8
    42:18 71:18
    80:7 91:6
    117:21 150:19
    166:19
**says** 119:7
    120:5 122:7
    124:5 145:7
    148:22 149:23
    150:6,6,24
    151:10 158:13
    161:18 171:13
    171:17 175:5
    175:13 182:23

186:9,22 190:5
191:23 198:11
214:8 216:17
**scenario** 70:23
    75:14
**schedule** 76:17
**scheduled** 75:7
    75:22 76:11,22
    185:17
**schvartsman**
    191:24
**sciences** 104:17
**scientific** 161:5
**scientifically**
    104:23
**scrolled** 48:17
**se** 109:15
    133:11
**sealing** 4:4
**search** 3:14,14
    27:20,21 28:21
    43:5 123:21,23
    124:7,14,14,21
    124:22,24,25
    125:2 126:5
    129:12 130:21
    130:23 131:5
    191:4
**searched** 125:6
**sec** 39:14 52:15
    52:20 105:11
**sec's** 52:25
**second** 58:25
    95:22 106:24
    109:9,11 115:8

115:12 118:4
121:2,5,7
124:25 125:7
126:12 128:3
130:19 131:11
132:9 146:14
158:8 178:13
179:2 190:8
202:8 206:14
206:19 216:10
**section** 158:10
**sector** 127:5
    190:6
**securities** 1:5
    5:16 16:6
    21:14,15 26:16
    29:7 56:17
    57:21 58:11,13
    58:24,25 59:3
    81:6 89:7
    119:17 120:12
    210:17 219:15
    226:21 227:8
**security** 22:15
    22:22 33:11
    38:15 41:15,21
    56:20 60:4
    65:9 66:9
    69:17 86:24
    93:7 105:17
    106:6 115:25
    116:24 214:9
    224:21
**see** 9:6 61:4
    68:3,22 69:16

73:6 91:10,23
92:20 95:14
97:9 104:17
106:4 115:7,9
117:7 118:4,9
118:11,17,24
119:6,9 120:24
121:5,13,25
122:5,6,9,11,21
128:4 139:6
142:4 148:22
148:24 149:23
150:2 151:4
155:3,14,18
156:6,9,15
158:7 161:19
163:8,14
164:16 166:17
166:22 169:20
175:5,22
176:15 178:15
178:24 179:7,8
179:12 182:21
182:22,25
184:7 186:7,12
186:14,20,21
187:2,3 188:8
188:11 192:2
195:8 200:17
203:8,16,23
205:15 206:19
209:2,5,21
212:11,15
214:4,5 217:5
218:25 219:8

**[seem - significant]** Page 41

| | | | |
|---|---|---|---|
| **seem** 206:10 | **sentence** 115:8 | **sets** 213:21 | **shows** 158:2 |
| **seemed** 131:21 | 118:12,22 | **setting** 143:14 | **sic** 10:16 21:23 |
| **seems** 211:20 | 119:2 121:3,6 | 228:2 | 168:13 |
| 213:23 | 121:7,10 122:7 | **seven** 177:10 | **side** 73:3 156:2 |
| **seen** 114:17 | 171:21 175:4,9 | 197:11 198:19 | 171:13 |
| 123:11 158:17 | 214:5 218:22 | 198:19 205:5 | **sided** 60:20 |
| 169:2,5,8,13 | 219:6,9,10 | 205:25 | 63:21,22 64:9 |
| **select** 127:22 | 220:9 221:20 | **several** 46:22 | 64:17,25 |
| 133:8 143:16 | **separate** | 50:19 144:9 | **sign** 232:7 |
| 174:21 196:13 | 189:14 199:14 | 201:6 | **signature** |
| **selected** 23:17 | **september** | **share** 165:17 | 231:24 233:21 |
| 84:15 94:14,18 | 202:25 203:7 | **shareholder** | **signed** 4:11,12 |
| 115:17 120:3 | 204:13,19 | 80:24 177:14 | **significance** |
| 154:12 197:21 | 205:13 208:16 | 180:10 191:25 | 22:20 97:19 |
| 197:24 198:5 | 208:20,23 | **shareholders** | 98:25 99:4 |
| 198:22 | **serial** 214:8 | 151:3 154:8 | 112:18 148:6 |
| **selecting** | 215:11,16,20 | 163:13 | 189:12 225:14 |
| 132:14 135:20 | 215:24 216:3 | **shares** 150:24 | **significant** |
| 172:23 | 216:19 217:5,6 | 154:6 163:10 | 22:17 23:5,19 |
| **selection** 93:21 | 219:23 224:20 | 166:20 167:6 | 25:12,15 41:25 |
| 95:23 96:2,16 | 225:15 | 178:14 179:3,6 | 57:17 60:20,24 |
| 100:20 131:2 | **served** 105:10 | 179:8,11,13,24 | 62:20 63:4 |
| 174:25 | 226:19 227:2 | 179:25 180:7 | 64:3 66:11 |
| **sell** 179:24 | 227:12 | **sheet** 232:6,8 | 68:4 69:5,7 |
| 186:10 | **services** 12:18 | 232:10,13 | 70:5 73:9 |
| **semi** 22:12 | 126:8 | **short** 104:9 | 85:25 87:9 |
| **sense** 24:24 | **serving** 226:15 | **shorthand** | 88:20 89:7,25 |
| 44:3,9 45:7 | **set** 29:11 30:16 | 231:6 | 90:4,5,16 91:9 |
| 52:24 107:17 | 39:18,23 46:3 | **show** 82:16 | 92:13,17 93:5 |
| 137:19 | 46:7,9 49:5 | 139:5 141:14 | 97:10 103:15 |
| **sensitive** 5:6 | 51:12,20 | 219:13 | 103:17,19 |
| **sensitivity** | 132:16,21 | **showed** 109:25 | 106:22 107:2 |
| 30:17 98:18 | 133:10 146:18 | **shown** 161:9 | 107:15 108:10 |
| 113:11 138:18 | 206:22 231:10 | 176:18 | 108:19 110:2 |
| | 231:21 | | 110:21 112:5 |

**[significant - stable]** Page 42

112:14 116:19
120:24 122:9
122:22 143:11
144:21 147:24
152:12 153:6
173:14 174:17
214:8 217:6
224:20
**significantly**
60:21 62:12,14
87:24 111:7
119:18 120:13
**signing** 232:9
**similar** 69:6
121:19 163:8
197:4
**similarly** 141:2
**simple** 201:2
**simply** 35:19
43:20 115:24
120:16 148:4
175:14 213:11
**single** 63:2 66:2
69:2
**sir** 34:5 36:8
38:22 42:13
61:14 67:14
88:17 92:10
160:21 171:20
178:16 191:11
194:23 199:21
201:16 222:24
**sit** 211:9
**sitting** 9:17,22
16:2 17:21

20:21 99:20
101:14 102:13
128:17 132:5
139:7 140:14
188:22 189:17
192:18 204:15
206:18 209:17
210:6
**situation** 68:23
71:25 97:15,18
**six** 198:5,12,21
205:6
**size** 33:21
**sjb** 1:5 5:20
**skimmed**
158:15
**slashing** 182:24
**small** 103:3
142:15
**solutions** 2:20
3:9
**somebody**
102:21
**soon** 19:6 116:5
**sorry** 35:8
44:22 75:11
89:15 90:10
95:22 97:21
108:12 120:8
121:11 143:25
156:7 164:12
167:3 168:22
178:18,19
199:20 202:24
203:2 206:7,8

208:22
**sort** 92:23
128:11
**sorts** 47:9
128:14
**sotto** 171:22
**sound** 205:21
**sounds** 38:4
113:3
**source** 32:10
39:7,9,10
55:13 75:17
127:12 131:22
135:19,25
136:13,16,21
147:8
**sources** 34:14
39:17 45:24
46:4,6 84:9,12
96:8 125:14,15
125:17,22,23
126:5 127:21
128:8 129:6,11
129:16 130:7
130:10,12,15
130:19 131:20
131:25 132:9
132:16 133:2,7
133:14,18
134:15 135:6
137:7,17 138:6
138:13 150:16
187:10,25
**space** 232:5

**speak** 9:24
14:13 83:22
86:5 153:7
182:15
**speaking** 87:20
**specialist** 2:20
**specific** 58:16
59:17,21 70:20
72:2,5 99:5
133:3,15 139:4
158:10 222:10
224:6,10
**specifically**
26:7 42:25
141:4 221:20
223:11
**specified** 98:16
**spectrum**
129:21
**speculate** 210:7
**spell** 10:14
**spelling** 21:25
**spend** 10:24
**spent** 10:25
11:3,7 36:15
200:21
**spoke** 13:12
**spoken** 15:2,8
**spreadsheet**
98:9
**spring** 218:3
**ss** 230:4 231:4
**stable** 71:9
188:18

**[stack - straightforward]**                                          Page 43

**stack**  156:2
**staff**  48:10
  95:25 96:4
  123:20
**stage**  14:4
**stale**  29:16 34:2
  34:8,15,21
  35:11,12 37:19
  37:21,22 41:10
  43:6,8,10 45:6
  53:7,9 55:7,8
  55:17 74:24
  83:7,8,9 84:17
  93:9,14 94:7
  95:13,14 97:11
  115:24 116:3
  120:22 122:3
  122:22 130:5
  149:12 151:21
  152:3 153:22
  153:25 154:19
  154:22 163:22
  163:25 170:6
  175:19 176:9
  176:22 177:22
  177:23 178:3
  179:21 183:9
  187:22
**stamp**  141:17
  142:3,5,9,13
  157:7 160:16
  160:23
**stamps**  142:17
**standard**  25:6
  63:20 145:22

161:5 197:9
  214:23 221:5
  225:19
**standpoint**
  152:6
**start**  19:4 21:6
  43:4 45:2 53:3
  118:20 202:23
  223:20
**started**  11:18
**starting**  19:11
  45:19 118:25
  212:8
**starts**  115:7
  118:5,15,22
  218:23 219:5
**state**  1:15 6:10
  6:13 7:12
  182:6 230:3
  231:3,7 232:5
**stated**  7:12
**statement**
  75:18 93:21
  214:13 215:22
  216:8 221:8,19
  224:15 225:7,9
**statements**
  183:13 215:5
**states**  1:2 5:18
  126:17 127:2
**statistic**  24:8
  24:13,17 25:2
  25:22 63:19
  64:15,18,25
  145:19,25

146:4
**statistical**
  22:19 23:8,9
  23:24 36:18
  56:25 57:2,10
  60:16 63:4
  65:17 68:17,18
  68:23 73:8
  88:20 97:19
  104:22 112:5
  112:17 189:12
  223:8
**statistically**
  22:16 23:5,18
  25:12,15 41:25
  57:13 60:19,21
  60:24 62:12,13
  62:20 64:3
  66:10 68:4
  69:7 70:4 73:8
  85:25 89:7,24
  90:4,5,16
  92:12,17 93:4
  103:15,17,18
  106:22,25
  107:15 108:9
  108:19 110:2,6
  110:20 111:6
  112:14 116:19
  119:17 122:21
  143:10 144:21
  152:11 153:6
  173:14 174:17
**statistics**
  104:16 144:17

**stay**  71:9
**stays**  203:23
**step**  86:14 95:2
  96:19 115:13
**steps**  21:5
  28:14 176:2,4
**stipulated**  4:2,7
  4:10
**stock**  22:15
  40:20 41:12
  42:7 43:21
  57:20 59:16
  62:24 63:7
  67:16 70:11,13
  72:4 81:5
  85:25 88:4
  90:21 116:5
  117:25 134:23
  135:16 219:17
  220:13,23
  221:9 222:11
  222:18,19
  223:13,14,17
  224:11 225:17
**stock's**  67:9
  72:14
**stocks**  127:11
  136:7 223:18
  224:5
**stood**  135:11
**stop**  220:8
**story**  73:19
**straightforward**
  73:25

**[strategies - switch]**                                                Page 44

**strategies**
  215:17 216:5
  216:20,24,25
**stream**  186:19
  186:24
**street**  7:13
  125:24
**strike**  13:5
  39:22
**striking**  219:13
**strong**  22:12
**structure**
  202:10
**studied**  27:10
  27:12,13,15
**studies**  3:16
  20:4 22:4
  23:21 26:18,20
  27:2,3 40:8
  86:14 89:18
  192:15 205:17
  215:12 218:5,7
  226:8 227:4,7
  227:11,19
  228:5,18
**study**  17:24
  18:4,8,18,23
  22:9,10 25:9
  26:12,13,14
  27:5,7,8 29:2
  30:5 31:14
  35:3,6,25
  36:22 37:7
  38:14 39:12
  40:13 41:20,24

  42:11,24 43:3
  44:12 46:16
  47:8 58:9 59:9
  59:14 68:21,25
  69:10 90:7,14
  92:15 93:16,23
  94:25 95:3,6,8
  95:11 98:21
  99:14 100:24
  101:13,18
  102:7,10
  115:14 117:23
  135:17,24
  138:23 142:25
  143:13 147:21
  152:7,22,25
  159:9 172:9,11
  172:18,20,22
  173:21 174:5
  174:16 175:3
  221:12 223:7
  226:16
**studying**  63:16
  228:12
**subcolumns**
  146:21
**subindex**
  198:23
**subindices**
  198:6,12
**subject**  39:12
  40:8,13 89:18
  104:20 192:14
  232:9

**subjective**  42:6
  50:13
**subjectivity**
  51:3 53:25
  86:11
**subjects**  126:19
**submit**  210:16
**submitted**
  11:13 14:3
  17:8 18:9,23
  20:2 172:7
  210:13 226:13
**submitting**
  102:8
**subnews**
  137:20
**subscribe**  79:4
  79:8
**subscribed**
  80:10 230:17
**subscribers**
  78:21
**subsequent**
  55:10 179:22
**subsequently**
  140:23 154:25
**substance**
  31:18 182:15
**suggest**  92:21
**suggesting**
  91:19 160:17
**suggests**  120:19
  175:17
**suisse**  3:14
  155:17 156:13

  157:3,9,10,19
  158:21 159:3
  162:15
**summarized**
  199:5
**summary**  3:14
  124:14,22
**sumon**  1:11 3:4
  3:13 5:15
  123:3,9 229:11
  230:6,15 231:9
**superset**  47:9
**supervision**
  21:12 169:12
**support**  116:23
  214:16
**suppose**  62:9
  79:2 121:23
**sure**  21:24
  29:14 56:5
  60:12 83:15
  91:14 94:12
  116:15 130:3
  132:15 137:13
  144:15 148:19
  154:10 168:2
  171:6 185:4
  194:22 201:15
  223:2 225:7
**surprise**  124:6
  134:5,8,18
  180:14,20
**swear**  7:7
**switch**  148:16

**[sworn - textbooks]**                                                   Page 45

**sworn** 4:13
  7:11 182:5
  230:17 231:11

**t**

**t** 3:8 21:22,23
  24:8,13,17
  25:2,22 63:19
  64:15,18,25
  144:17 145:19
  145:25 146:4
  182:2 230:2
  231:2,2 233:2
**tabak** 103:8,12
  103:22 104:3
  104:13 105:12
**table** 161:15
  196:7 199:5,18
**take** 5:11 8:21
  8:25 9:4,5,7
  56:3 59:10
  66:25 90:15
  113:14 116:13
  134:12 136:7
  158:5,14 177:2
  177:6 178:22
  181:7 212:4
  218:10,15
**taken** 1:11 8:2
  56:9 86:22
  113:20 181:12
  230:7
**takes** 215:24
**talk** 10:5 73:12
  86:12,25

**talked** 190:16
  216:12
**talking** 11:11
  26:9 34:11
  37:13 44:15
  48:19,20 62:2
  63:25 71:24
  81:18,20 87:14
  90:24 91:2
  99:11 108:5
  131:10 152:13
  200:5
**talks** 223:25
**tally** 134:4
**target** 162:17
**tautology** 36:8
  38:5
**tea** 89:21
**teaching** 64:22
  228:15
**team** 9:16,17
  28:7,15 47:5
  84:5 96:22
  97:4 128:16,23
  132:25 140:19
  169:5,11,18
  192:24
**team's** 96:25
**technical** 23:8
**tell** 26:6 38:20
  61:5,12,17
  62:15,18 73:14
  150:3 163:3
  170:10 179:12
  181:3 184:8

  196:8,9 200:20
  203:2 211:12
**tells** 62:19
**temer** 149:23
**ten** 127:24
  133:8,11
  134:14 137:7
  198:19,20
  202:12,19
**term** 23:8,24
  35:17 36:4,14
  36:17 38:17
  44:6 61:20
  63:24 72:11
  82:11,19
  102:16 117:3,4
  121:3,16
  123:21 142:23
  171:12 193:9
  202:10 219:22
  223:7
**terminologies**
  170:21
**test** 22:10,11
  60:14,20 63:21
  63:22,22 64:7
  64:9,17,25
  95:23 103:7,8
  103:12,13
  104:10,11,18
  104:19 105:15
  105:16 106:8,9
  106:13,19,19
  107:18 108:2
  109:25 110:19

  111:5,23
  119:25 174:23
  175:6 214:25
  215:20,24
  220:15 225:19
**tested** 152:10
  215:10
**testified** 7:14
  41:6 97:24
  154:18 170:17
  182:7 226:6,12
**testify** 9:10
  88:11
**testifying** 17:9
  18:9,15,25
  226:7,15
**testimony**
  88:25 93:17,18
  204:9 225:5
  226:4 229:10
  230:7 231:13
**testing** 152:8
  152:18
**tests** 26:19 64:5
  216:22 221:4
  223:24 224:2
  228:16
**text** 28:6,18
  31:2 32:5
  125:5
**textbook**
  214:20,24
**textbooks**
  214:19

**thank** 30:21 116:10 137:21 147:4 156:3 178:9 202:21 225:23 229:2

**thanks** 51:9

**thaten** 1:14 231:6,24

**theflyonthew...** 134:19

**theflyonthew...** 127:8

**thiago** 2:18 7:5

**thing** 52:7 213:19

**things** 27:9 31:7 43:17,18 69:3 138:8 153:17

**think** 9:10 10:25 15:14 24:17 27:20 64:23 76:16 77:25 79:6 81:23 99:21 100:22 101:11 102:14 109:5 112:23 122:25 124:11 137:10 147:24 148:11 168:21,23 171:7 173:3 175:10 183:15 198:10 213:25 220:5 221:4

225:14

**thinking** 19:22

**third** 1:13 2:6 55:12 121:10 126:16 146:10 146:16 202:13

**thirty** 232:14

**thought** 166:5

**three** 9:22 12:22 47:14 134:7 146:12 198:17,18,18 205:4 211:19 213:21

**threshold** 23:15,25 64:14

**thursday** 145:7

**tied** 60:16

**time** 4:9 5:9 6:11 9:2 11:3 18:14,22 19:18 19:19 33:14 56:6,10 66:19 73:20 78:18 97:17 100:4,6 100:9 102:13 110:15 111:9 113:17,21 130:9 135:10 136:4 141:17 142:2,5,9,13,17 157:7 158:6,14 159:5 160:9,16 160:23 178:17 178:22 180:13

181:4,9 182:3 182:9 190:17 195:18 199:2,3 199:4 206:13 207:21 210:5 211:3,22 212:17,21,25 213:9,9 218:10 218:15 229:12

**timely** 127:3

**times** 8:4 26:4 96:23 125:23 133:21 196:16 226:22,24 227:2,6,12 228:8,10

**timing** 33:20 50:11 139:25 189:3

**today** 6:24 7:18 7:23 8:15 9:2,9 9:14,22 10:21 11:4,18 16:2 17:21 99:20 101:14,18 102:14 139:8 182:16

**today's** 229:10

**together** 111:4 112:12 223:18

**told** 15:16 128:24

**took** 21:6 51:25 136:20 160:22

**top** 115:3 148:21 161:15 164:7

**torous** 14:24 15:3 20:11,14 98:6,10,14

**torous's** 97:24 97:25

**total** 109:2 133:8,10 134:6 147:6 178:14 204:18

**totality** 86:22

**tough** 111:9

**towards** 148:21 178:13 182:20

**trade** 80:14 86:24 116:25 224:22 225:17

**trades** 41:15 93:7 115:25 162:9

**trading** 139:19 139:21 141:12 141:13 161:24 177:12,16 215:17,18 216:4,11,20,24 216:25

**transaction** 215:25

**transcript** 228:19 230:7,9 231:12 232:15 232:16

**[transcripts - use]**

| | | | |
|---|---|---|---|
| **transcripts** 126:13 | **turning** 196:5 | **under** 21:11 | 82:25 83:3,11 |
| **transposed** 207:10 | **turns** 136:14 191:24 | 145:12 147:5 169:12 182:7 | 83:18 84:16 85:16 87:22 |
| **treasury** 202:4 202:13,19 | **twice** 8:5 | 190:4 196:17 196:22 199:19 | 88:3,21,23 89:4 115:15,23 |
| **treat** 141:18 | **two** 21:20 43:21 59:19 | 204:20 207:2 230:7 | 117:5,18 118:2 149:19 151:13 |
| **treated** 47:23 138:17 | 60:20 63:22 67:9 106:20 | **underlying** 78:12 138:6 | 152:19 163:16 165:10 169:21 |
| **treating** 51:6 | 107:10,13 108:8 109:16 | **underneath** 146:11,20 | 170:19 179:18 184:10,20 |
| **trial** 4:9 | 109:19,21 110:16 111:2 | **underperform** 155:16 156:13 | 185:3,9 |
| **tried** 140:24 | 111:10 112:2 | 159:4 190:6 | **unit** 5:13 37:7 |
| **true** 66:5 73:4 78:22 215:13 | 112:12 145:9 145:12 146:2 | **understand** 36:4,7 51:8 | **united** 1:2 5:17 |
| 230:9,13 231:12 | 166:18 174:6 188:25 191:17 | 61:22 73:15 77:16 88:16 | **unlocks** 186:19 **unquote** 120:21 |
| **trusted** 126:17 | 198:18 199:14 | 91:5 112:11 | 175:16 |
| **truthfully** 9:11 | 202:12 205:4 212:13 215:6 | 131:10 147:20 147:23 160:10 | **unrelated** 62:24 |
| **try** 8:16 9:5 59:10 87:2 | 216:2 217:11 218:14 | 175:11 199:14 199:20 200:12 | **unusually** 22:23 |
| 91:6 | **tying** 72:7 | 220:5 222:2,23 | **upcoming** 45:12 53:13 |
| **trying** 26:15 59:15 70:19 | **type** 172:5 | 223:3 | 54:3 |
| 111:18 178:17 222:25 223:2 | **types** 138:7 **typically** 23:6 | **understanding** 13:14 52:14 | **updated** 180:11 **upgrade** 188:9 |
| **tuesday** 203:24 204:13 | **u** | 102:20 106:3 111:10 133:20 | **upgraded** 155:15 156:12 |
| **turn** 28:12 115:2 118:3 | **u** 7:10,10 10:17 182:4,4 | **understood** 67:13 | 190:9 |
| 143:22 155:13 155:24 193:4 | **ultimate** 95:16 95:19 | **undertook** 149:4 | **upgrades** 40:20 159:3 |
| 202:22 208:11 212:7 213:25 | **ultimately** 22:5 30:13 47:16 | **unexpected** 38:8 82:11,19 | **use** 10:20 25:18 25:20 33:23 |
| **turned** 12:5 208:6 | 65:16 130:4 213:10 216:24 | | 34:22 36:13 38:17 44:6 |

48:2 49:2
55:20 59:8
61:20 104:8
109:24 110:12
111:18 134:15
142:10 170:22
172:12 174:21
196:14 200:24
201:5,12,20
**used** 25:7 46:3
48:11 58:8
84:12 98:13,20
99:12,21,25
100:23 101:2
101:12 103:6
104:12,16,23
105:2 106:11
117:3,4 121:15
123:21 124:24
126:2 132:22
137:7 142:24
143:5 145:22
146:8 148:4
170:21 172:19
193:9,11
196:10 199:8
201:6,17,22
208:3,4 211:4
223:7 232:17
**useful** 147:14
**uses** 219:21
**using** 23:7
51:13 98:17
123:24 140:12
145:15 146:5

209:15 224:3
**usually** 69:24
142:6

**v**

**v** 10:17
**vale** 1:5 2:18
3:14,15,16
5:16 7:5 12:9
15:13 16:6
21:14 29:5,12
29:12 35:19
40:22 73:19
74:11 75:18
80:23 81:5,14
84:23 123:24
124:4,4,5,7,14
124:22 125:6
125:21 126:7
127:13 128:9
128:20 129:7
129:20 130:17
131:23 132:11
132:23 133:3
133:15 144:16
145:11 149:4
149:24 153:16
153:17 154:2
155:9,15
156:12 158:8
158:13 159:3,8
161:22 162:9
162:16,17
163:21 165:15
165:18,22,23
166:4 168:8,12

168:14 177:11
182:23 183:13
184:10 186:9
190:5,8 191:23
196:18,23
197:12,20
198:7,23,25
**vale's** 29:7
43:21 186:19
186:24
**value** 16:17
27:15 30:12
33:13,16 35:16
37:2 39:2,5
43:25 45:22
47:7 48:3,14
48:25 49:7,9
50:5,6,23
51:15,22 52:5
53:22 54:4,11
54:24 55:15,21
56:14 59:17
60:3 61:2,17
61:19 65:9
66:6 69:15
73:14,16,22,24
74:9,15,17,18
74:21 75:2,23
75:24 76:3,4
76:25 77:2,4,6
77:10,22 82:24
83:5,10,18
84:15 87:7
93:22 94:3,3,5
94:6,14,19,23

94:24 95:24
96:2,5,17 97:6
106:14,16
113:5 117:10
117:15,17,19
117:20,22,24
121:15,22
127:15 129:8
132:2,10 133:3
133:15 134:16
153:15 158:23
159:16,20,22
160:2 166:2,6
166:8 170:18
170:23 172:6
172:24 173:7
173:10,12,20
173:22 174:2,8
174:14,22
180:23 192:5,6
**values** 219:20
224:14
**variable** 58:5
142:24 143:3,4
143:17
**variables** 60:11
60:13 65:5
222:15
**variants** 70:18
71:2 72:4
**variation** 23:14
**varies** 209:8,22
**variety** 104:17
104:23 126:18

[various - words]                                                    Page 49

**various** 21:13
22:4 46:5 47:9
98:15 123:16
125:22 135:6
136:12
**vary** 26:18
209:12 212:13
**vasdeboncoeur**
10:13,16
**vast** 26:17
**verbal** 8:19
**verified** 208:5
**verify** 84:2,6
96:2,19 135:2
155:20 167:19
**veritext** 2:20
3:9 5:24 6:3
**version** 196:10
215:19,23
**versus** 94:7,23
104:14,20
213:13
**video** 2:19 5:10
**videoed** 5:14
**videographer**
5:2,25 7:6 56:6
56:10 113:17
113:21 181:9
182:9 229:5,8
**videotaped**
1:11
**view** 80:2
**viewed** 68:10
107:6

**views** 50:9
**viz** 197:2
**voce** 171:22
**voisey's** 186:24
**volatility** 22:24
23:14 194:18
**vwap** 98:13

**w**

**w** 230:2
**wait** 169:7
170:14
**waived** 4:6
**wal** 114:14
**walk** 21:5
28:13 52:2
**wall** 125:24
135:10,25
137:23 138:7
138:19 139:3,8
140:13 141:5
141:10 155:21
156:18,24
158:22 183:3,7
183:22
**walmart** 3:12
114:3
**walter** 14:23,25
15:3
**want** 10:14
13:7 48:9 51:3
60:11 73:12,15
91:4 94:12
114:24 116:11
119:3 134:11
148:10,20

150:7,20
158:10 170:18
172:2 173:23
177:2 183:5
186:4 202:23
212:20
**wanted** 49:20
130:2 167:5
**watch** 148:23
**way** 22:5 66:11
66:21 83:4
86:13 92:25
112:13 130:6
135:3 148:12
159:14 170:22
171:11 195:4
199:23 219:4
231:18
**we've** 63:25
101:23 181:5
**weak** 214:10,24
215:10,15
216:5,18,22
224:22 225:16
225:17,19
**website** 136:16
141:6
**week** 11:7
**weekly** 224:4
**weidner** 2:13
7:4
**went** 30:8
43:21 47:4
48:23 50:2
62:24 201:8

**whatsoever**
143:19,20
160:11
**wheaton**
186:23
**whereof** 231:20
**whispering** 5:7
**wide** 69:10
104:17 126:18
200:16
**wife** 10:2
**window** 23:2
143:8
**wire** 126:2,20
137:12
**wish** 60:18
233:3
**withdrawn**
10:19 14:22
19:9 44:5,8
54:19 57:6
78:3 92:2
93:13,19 95:20
133:22 207:14
**witness** 3:3 7:2
56:3 168:17,21
190:13 225:23
231:9,14,20
232:2 233:21
**word** 115:8
119:2,7,8,10
129:21 134:12
136:8
**words** 42:4
132:6

**[work - zero]**                                                     Page 50

| | |
|---|---|
| **work** 128:25 | 198:20,20,21 |
| **working** 21:11 | 200:23 222:21 |
| 169:11 | **yep** 69:22 |
| **works** 104:4 | **yesterday** 9:16 |
| **world** 127:5 | 10:9 11:2 |
| **world's** 126:21 | 36:15 158:3 |
| **wrap** 229:6 | **yield** 197:25 |
| **writing** 42:15 | 198:14 202:2,3 |
| **written** 42:8 | 202:13 |
| **wrong** 206:16 | **york** 1:2,13,14 |
| 212:5 | 1:15 2:6,6,12 |
| **wrote** 82:14 | 2:12 5:19 7:12 |
| 122:14 171:2 | 10:3 182:6 |

**x**

| | 230:3,4 231:3 |
|---|---|
| **x** 1:3,7 3:2,8 | 231:4,8 |

**y**                                          **z**

| | |
|---|---|
| **y** 21:23,23,23 | **z** 7:10 182:4 |
| **yeah** 20:21 | **zero** 71:20 |
| 75:15 81:9 | 72:10 73:2 |
| 83:24 100:20 | 110:5 111:22 |
| 108:24 111:21 | 112:13 143:5 |
| 112:23 121:24 | |
| 125:8 137:18 | |
| 141:21 148:24 | |
| 161:20 173:4 | |
| 179:4 181:7 | |
| 201:15 205:17 | |
| 206:8,9 219:8 | |
| 223:20,21 | |
| **year** 12:11 | |
| 101:6 202:12 | |
| 202:12,19 | |
| **years** 64:23 | |
| 198:17,18,19 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.