**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re Vale S.A. Securities Litigation

No. 19 Civ. 526 (EK) (SJB)

----------------------------------------------------------x

**DECLARATION OF CHRISTOPHER M. JORALEMON**
**IN FURTHER SUPPORT OF DEFENDANTS'**
**MOTION FOR CLASS DECERTIFICATION**

I, Christopher M. Joralemon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants in the above-captioned action. I respectfully submit this Declaration in further support of Defendants' Motion for Class Decertification.

2. Attached hereto as Exhibit A is a true and correct copy of the Reply Expert Report of Dr. Sumon C. Mazumdar, dated November 17, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of the cover letter Defendants sent to Plaintiff regarding the corrected exhibits to Dr. Sumon C. Mazumdar's Expert Report, dated September 13, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of Dr. Sumon C. Mazumdar's Corrected Overview Exhibit 2 of his Expert Report, served September 13, 2023.

5. Attached hereto as Exhibit D is a true and correct copy of Dr. Sumon C. Mazumdar's Corrected Exhibits 10, 13, 16, and 19 of his Expert Report, served September 13, 2023.

6.    Attached hereto as Exhibit E is a true and correct copy of the deposition transcript of David Tabak, dated November 8, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of November, 2023 at New York, New York.

By: */s/ Christopher M. Joralemon*

Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

cjoralemon@gibsondunn.com