# Exhibit B

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
gibsondunn.com

Christopher M. Joralemon
Direct: +1 212.351.2668
Fax: +1 212.351.5268
CJoralemon@gibsondunn.com

September 13, 2023

VIA ELECTRONIC MAIL

Donald R. Hall, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Re:    *In re: Vale S.A. Securities Litigation*, No. 19-cv-526 (EK) (SJB)

Dear Donnie:

During Professor Mazumdar's deposition, you asked a series of questions concerning certain data outputs from the Mazumdar Notes Regression Model reflected in various exhibits to Professor Mazumdar's Report.  As promised, Professor Mazumdar has looked into the data issues, and has determined that a line of code was inadvertently removed in the process of finalizing his Report.  As a result, to the extent one of the explanatory variables in the regression did not have a value populated for the day (*e.g.*, markets were closed), the regression utilized inputs from the last date where there were no missing values, resulting in identical output values on a handful of dates.

Professor Mazumdar has corrected the coding error, and we are attaching herewith the updated exhibits and corresponding back-up data.  Please note that the updated exhibits do not affect any of the observations and conclusions set forth in Professor Mazumdar's Report, all of which remain unchanged.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Christopher M. Joralemon

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.