# Exhibit D

**Corrected** Exhibit 10

**Vale Notes: Percentage of All News and Non-News Days with Statistically Significant Returns (Mazumdar Note Regression Model)[1]**

*"News Days:" Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates*

*October 27, 2016 to February 6, 2019*

| | | News Days | | | Non-News Days | | | FDT Test | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vale Note | Total Number of Days[2] | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [A] | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [B] | Difference in Percentages [A]-[B] | z-score[3] | Is the Difference Significant? |
| Note 1 5.875%, Jun 2021 | 457 | 175 | 13 | 7.4% | 282 | 23 | 8.2% | -0.7% | -0.28 | No |
| Note 2 4.375%, Jan 2022 | 577 | 213 | 11 | 5.2% | 364 | 17 | 4.7% | 0.5% | 0.27 | No |
| Note 3 6.250%, Aug 2026 | 568 | 211 | 15 | 7.1% | 357 | 15 | 4.2% | 2.9% | 1.50 | No |
| Note 4 8.250%, Jan 2034 | 536 | 195 | 14 | 7.2% | 341 | 20 | 5.9% | 1.3% | 0.60 | No |
| Note 5 6.875%, Nov 2036 | 566 | 210 | 9 | 4.3% | 356 | 21 | 5.9% | -1.6% | -0.83 | No |
| Note 6 6.875%, Nov 2039 | 543 | 208 | 10 | 4.8% | 335 | 8 | 2.4% | 2.4% | 1.53 | No |
| Note 7 5.625%, Sep 2042 | 543 | 205 | 17 | 8.3% | 338 | 21 | 6.2% | 2.1% | 0.92 | No |

**Notes:**

[1] For methodological details and data sources see **Appendices C.5 and C.7**.

[2] All seven of the Vale Notes did not trade on every trading day in the Class Period. Therefore, the number of News and Non-News days differs across the Vale Notes in the Table above.

[3] Abnormal return statistical significance is measured at the 95 percent confidence level. The "Difference in Percentages" (of News and Non-News days with statistically significant abnormal returns) is statistically significant at the 95 percent confidence level if the absolute value of the z-score is 1.96 or higher. See **Appendix C.6** for details.

[4] Values in red represent corrected results for Mazumdar Regression.

**Corrected** Exhibit 13

**Vale Notes: Percentage of All News and Non-News Days with Statistically Significant Returns (Mazumdar Note Regression Model)[1]**

*"News Days:" Form 6-K Dates, Credit Rating Announcement Dates, and Factiva Dates*

*Torous VWAP Data*

*October 27, 2016 to February 6, 2019*

| Vale Note | Total Number of Days[2] | News Days | | | Non-News Days | | | FDT Test | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [A] | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [B] | Difference in Percentages [A]-[B] | z-score[3] | Is the Difference Significant? |
| Note 1 5.875%, Jun 2021 | 454 | 175 | 14 | **8.0%** | 279 | 25 | **9.0%** | -1.0% | -0.36 | **No** |
| Note 2 4.375%, Jan 2022 | 576 | 213 | 13 | **6.1%** | 363 | 20 | **5.5%** | 0.6% | 0.30 | **No** |
| Note 3 6.250%, Aug 2026 | 568 | 211 | 16 | **7.6%** | 357 | 17 | **4.8%** | 2.8% | 1.39 | **No** |
| Note 4 8.250%, Jan 2034 | 534 | 195 | 15 | **7.7%** | 339 | 16 | **4.7%** | 3.0% | 1.41 | **No** |
| Note 5 6.875%, Nov 2036 | 565 | 210 | 12 | **5.7%** | 355 | 25 | **7.0%** | -1.3% | -0.62 | **No** |
| Note 6 6.875%, Nov 2039 | 535 | 206 | 9 | **4.4%** | 329 | 8 | **2.4%** | 1.9% | 1.24 | **No** |
| Note 7 5.625%, Sep 2042 | 541 | 204 | 17 | **8.3%** | 337 | 22 | **6.5%** | 1.8% | 0.79 | **No** |

**Notes:**

[1] For methodological details and data sources see **Appendices C.5 and C.7**.

[2] The seven Vale Notes did not trade on exactly the same days in the Class Period. Therefore, the number of News and Non-News days differs across the Vale Notes in the Table above.

[3] Abnormal return statistical significance is measured at the 95 percent confidence level. The "Difference in Percentages" (of News and Non-News days with statistically significant abnormal returns) is statistically significant at the 95 percent confidence level if the absolute value of the z-score is 1.96 or higher. See **Appendix C.6** for details.

[4] Values in red represent corrected results for Mazumdar Regression.

**Corrected** Exhibit 16

**Vale Notes: Percentage of All News and Non-News Days with Statistically Significant Returns (Mazumdar Note Regression Model)[1]**

*"News Days:" Form 6-K Dates and Credit Rating Announcement Dates*

*October 27, 2016 to February 6, 2019*

| Vale Note | Total Number of Days[2] | News Days | | | Non-News Days | | | FDT Test | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [A] | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [B] | Difference in Percentages [A]-[B] | z-score[3] | Is the Difference Significant? |
| Note 1 5.875%, Jun 2021 | 457 | 132 | 10 | 7.6% | 325 | 26 | 8.0% | -0.4% | -0.15 | No |
| Note 2 4.375%, Jan 2022 | 577 | 160 | 10 | 6.3% | 417 | 18 | 4.3% | 1.9% | 0.97 | No |
| Note 3 6.250%, Aug 2026 | 568 | 158 | 14 | 8.9% | 410 | 16 | 3.9% | 5.0% | 2.37 | Yes |
| Note 4 8.250%, Jan 2034 | 536 | 147 | 11 | 7.5% | 389 | 23 | 5.9% | 1.6% | 0.67 | No |
| Note 5 6.875%, Nov 2036 | 566 | 158 | 9 | 5.7% | 408 | 21 | 5.1% | 0.5% | 0.26 | No |
| Note 6 6.875%, Nov 2039 | 543 | 156 | 7 | 4.5% | 387 | 11 | 2.8% | 1.6% | 0.97 | No |
| Note 7 5.625%, Sep 2042 | 543 | 153 | 13 | 8.5% | 390 | 25 | 6.4% | 2.1% | 0.86 | No |

**Notes:**

[1] For methodological details and data sources see **Appendices C.5 and C.7**.

[2] The seven Vale Notes did not trade on exactly the same days in the Class Period. Therefore, the number of News and Non-News days differs across the Vale Notes in the Table above.

[3] Abnormal return statistical significance is measured at the 95 percent confidence level. The "Difference in Percentages" (of News and Non-News days with statistically significant abnormal returns) is statistically significant at the 95 percent confidence level if the absolute value of the z-score is 1.96 or higher. See **Appendix C.6** for details.

[4] Values in red represent corrected results for Mazumdar Regression.

**Corrected** Exhibit 19

**Vale Notes: Percentage of All News and Non-News Days with Statistically Significant Returns (Mazumdar Note Regression Model)[1]**

*"News Days:" Form 6-K Dates and Credit Rating Announcement Dates*

*Torous VWAP Data*

*October 27, 2016 to February 6, 2019*

| Vale Note | Total Number of Days[2] | News Days | | | Non-News Days | | | FDT Test | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [A] | Total[2] | Days with Significant Abnormal Returns[3] | Percentage Statistically Significant [B] | Difference in Percentages [A]-[B] | z-score[3] | Is the Difference Significant? |
| Note 1 5.875%, Jun 2021 | 454 | 132 | 10 | 7.6% | 322 | 29 | 9.0% | -1.4% | -0.49 | No |
| Note 2 4.375%, Jan 2022 | 576 | 160 | 12 | 7.5% | 416 | 21 | 5.0% | 2.5% | 1.13 | No |
| Note 3 6.250%, Aug 2026 | 568 | 158 | 15 | 9.5% | 410 | 18 | 4.4% | 5.1% | 2.33 | Yes |
| Note 4 8.250%, Jan 2034 | 534 | 147 | 13 | 8.8% | 387 | 18 | 4.7% | 4.2% | 1.85 | No |
| Note 5 6.875%, Nov 2036 | 565 | 158 | 10 | 6.3% | 407 | 27 | 6.6% | -0.3% | -0.13 | No |
| Note 6 6.875%, Nov 2039 | 535 | 155 | 8 | 5.2% | 380 | 9 | 2.4% | 2.8% | 1.67 | No |
| Note 7 5.625%, Sep 2042 | 541 | 152 | 12 | 7.9% | 389 | 27 | 6.9% | 1.0% | 0.39 | No |

**Notes:**

[1] For methodological details and data sources see **Appendices C.5 and C.7**.

[2] The seven Vale Notes did not trade on exactly the same days in the Class Period. Therefore, the number of News and Non-News days differs across the Vale Notes in the Table above.

[3] Abnormal return statistical significance is measured at the 95 percent confidence level. The "Difference in Percentages" (of News and Non-News days with statistically significant abnormal returns) is statistically significant at the 95 percent confidence level if the absolute value of the z-score is 1.96 or higher. See **Appendix C.6** for details.

[4] Values in red represent corrected results for Mazumdar Regression.