**KAPLAN FOX**

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212.687.1980
Fax: 212.687.7714
ffox@kaplanfox.com

January 16, 2024

***Via ECF***

Hon. Eric R. Komitee
United States District Court
for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: *In re: Vale S.A. Securities Litigation*, No. 19-cv-526 (EK) (SJB) (E.D.N.Y.)

Dear Judge Komitee:

  On behalf of Lead Plaintiff, I write to inform the Court of supplemental authority pertaining to Defendants' motion for class decertification. In *City of Philadelphia v. Bank of America*, No. 19-cv-1608 (JMF) (S.D.N.Y. Jan. 4, 2024), Judge Furman denied the defendants' request to reopen class certification issues because the issues "could have and should have been raised in connection with Defendants' opposition to Plaintiffs' motion for class certification[.]" The text of the order is inserted at the bottom of the defendants' reply letter-brief (Attachment 1), and the opening and opposing letter-briefs (Attachments 2 and 3, respectively) are attached for completeness.

        Respectfully,

        /s/ *Frederic S. Fox*
         Frederic S. Fox

Enclosures

*NEW YORK, NY*      *LOS ANGELES, CA*      *OAKLAND, CA*

    *MORRISTOWN, NJ*      *CHICAGO, IL*