# Attachment 2

**WILMERHALE**

**Noah Levine**

+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

December 22, 2023

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:     *City of Philadelphia et al. v. Bank of America et al.*, No. 19-cv-1608 (JMF)

Dear Judge Furman:

Pursuant to paragraph 4-A of Your Honor's Individual Rules and Practices, Defendants respectfully request a pre-motion conference to address constitutional and statutory issues associated with the inclusion of states and certain other governmental entities in the Class defined in the Court's September 21, 2023 Class Certification Order (ECF No. 456). For the reasons explained below, Defendants believe these entities should be excluded from the Class. To avoid prejudicing these issues, as well as to conserve judicial and party resources, Defendants further request that the Court order that no class notices be sent, and that the deadline for sending class notices be stayed, pending such a pre-motion conference.

Defendants would have preferred to come to the Court jointly with Plaintiffs to move to extend the January 8, 2024 Notice Date and propose a solution to the issues raised here. Plaintiffs, however, have made that impossible. As noted in our December 7, 2023 letter (ECF No. 489), the question of "whether the Eleventh Amendment ever permits a State to be bound as an absent class member in a Rule 23(b)(3) opt-out class" was raised in a reply letter filed by non-party Edelweiss Fund LLC (ECF No. 478, at 2) objecting to the class notice. Subsequently, one state in the Class, Texas, and a Texas state agency asserted sovereign immunity in response to document subpoenas the Defendants issued. Defendants accordingly have been investigating these issues and have conferred with Plaintiffs repeatedly about how best to address them. Among other things, Defendants identified for Plaintiffs the authorities giving rise to our concern that Rule 23(b)(3) notice and opt-out procedures may be insufficient to bind sovereign states and state entities as class members, discussed our views, and invited Plaintiffs to propose and discuss any alternatives for resolving this concern short of excluding such entities from the Class. Plaintiffs, however, have proposed no alternatives. And, while Defendants continued to try to address these issues cooperatively, to avoid having to seek this Court's urgent intervention, Plaintiffs' counsel informed us this morning, a few hours ahead of a scheduled meet and confer, that they see "no reason" to continue to confer, disagree with our position, and are unwilling to jointly seek any extension of the current Notice Date to allow the Court time to consider these issues before notice is sent. Plaintiffs' insistence on forging ahead on the current timetable,

Page 2

without any acknowledgment of or effort to address the issues raised here, has unfortunately necessitated Defendants' request for a stay.

Given these circumstances, Defendants respectfully submit that the issues raised in this letter warrant a stay, pending a pre-motion conference, of the sending of class notice and an extension of the Notice Date to allow the Court to consider these issues. Sending the notice now is likely to cause confusion and result in a waste of resources if the Court determines that the class definition needs to be modified (or that the notice needs to more explicitly address the issues discussed in this letter and our prior submission). The stay requested here would avoid those results and would not prejudice any party. No substantive motion practice is anticipated under the Case Schedule (ECF No. 465) until late October 2024, with summary judgment and *Daubert* motions not to be fully briefed until February 2025.[1] There is accordingly no urgency to immediately complete the Rule 23(b)(3) notice and opt-out process. Waiting to do so until after the Court has considered whether the Class receiving notices should be modified will avoid the likelihood of confusion and help conserve party and judicial resources.

Defendants' investigation has identified two issues we believe warrant this Court's attention before class notice is sent. We describe each issue below.

1. **States and State Entities with Sovereign Immunity May Not Be Bound by a Rule 23(b)(3) Class**

The first issue concerns state sovereign immunity—namely, whether states and state entities with such immunity can be members of a Rule 23(b)(3) class. Specifically, there is a risk that class members with sovereign immunity can and will argue in the future that they are not bound by this Court's decisions or any judgment in this case, given their immunity. This risk is not merely theoretical: in past litigation, states have successfully objected on sovereign immunity grounds to their inclusion in previously certified classes, *Walker v. Liggett Grp., Inc.*, 982 F. Supp. 1208, 1210-11 (S.D. W. Va. 1997), and have successfully sought to bring their own lawsuits even following their inclusion in classes certified under Rule 23(b)(3), *In re Flonase Antitrust Litig.*, C.A. No. 08-3301, 2015 WL 9273274, at *3 (E.D. Pa. Dec. 21, 2015), *aff'd*, 879 F.3d 61 (3d Cir. 2017).

The issue should be addressed now. Sovereign immunity "acts as a limit on the jurisdiction of federal courts." *Flonase*, 2015 WL 9273274, at *3; *see also Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 98 (1984) ("[T]he fundamental principle of sovereign immunity limits the grant of judicial authority in Art. III."). Notice to the class as presently composed therefore should not move forward until this Court determines whether it has jurisdiction over absent sovereign states and state entities, and in particular, whether the Court has the power to include these entities in the Class.

---

[1] Moreover, Defendants' Rule 23(f) petition remains pending with the Second Circuit.

Page 3

Here, the Class includes at least fourteen states, and numerous state entities who may also be entitled to invoke sovereign immunity, as courts have recognized, albeit in different contexts than presented here. *See, e.g.*, *BV Eng'g v. Univ. of Cal.*, 858 F.2d 1394, 1395 (9th Cir. 1988) (University of California); *W. Funding, Inc. v. S. Shore Towing, Inc.*, C.A. No. 19-12853, 2022 WL 1081040, at *10 (D.N.J. Apr. 11, 2022) (New Jersey Turnpike Authority); *Jurist v. Long Island Power Auth.*, 538 F. Supp. 3d 254, 259-60 (E.D.N.Y. 2021), *aff'd in part, vacated in part*, No. 21-1755-CV, 2022 WL 3147780 (2d Cir. Aug. 8, 2022) (New York State Energy Research & Development Authority); *Jasmin v. N.J. Econ. Dev. Auth.*, C.A. No. 16-1002, 2018 WL 3617955, at *7 (D.N.J. July 30, 2018) (New Jersey Economic Development Authority); *Moshin v. Cal. Dep't of Water Res.*, 52 F. Supp. 3d 1006, 1011-12 (E.D. Cal. 2014) (State of California Department of Water Resources).

Several courts have recognized that including states as absent members of a Rule 23(b)(3) class would run afoul of sovereign immunity—and at a minimum "falls in a gray area of Eleventh Amendment jurisprudence," *Flonase*, 2015 WL 9273274, at *5 n.7—with at least one court holding that it could not exercise jurisdiction over such "unwilling Plaintiffs." *Walker*, 982 F. Supp. at 1210-11 (dismissing state entities from a certified settlement class); *see also In re Auto. Parts Antitrust Litig.*, No. 2:14-cv-00106, 2015 U.S. Dist. LEXIS 176492, at *161-66 (E.D. Mich. Apr. 30, 2015) (dismissing class allegations on behalf of state entities on sovereign immunity grounds); *In re McKesson Governmental Entities Average Wholesale Price Litig.*, 767 F. Supp. 2d 263, 271 (D. Mass. 2011) ("[S]ignificant sovereignty issues may preclude defining a class to include state entities as absent class members under the Eleventh Amendment of the Constitution."). This specific issue has not arisen in the Second Circuit. However, that court likewise has recognized "the significant concerns" that would arise if sovereign states that have not voluntarily commenced litigation themselves were compelled by a federal court to give up their own claims, thereby undermining the "state's asserted autonomy in decision-making and harming the public fisc." *In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig.*, 488 F.3d 112, 120-21 (2d Cir. 2007).[2]

This issue should be addressed now because it directly affects the class definition and thus the notice plan. This is because courts that have addressed these issues have held that notice of a class action and failure to opt out in response does not satisfy the stringent test for waiver of sovereign immunity. As one district court has explained, "it is inappropriate to require any State to opt out, since no State chose to exercise its sovereign rights to opt in." *Walker*, 982 F. Supp. at 1211; *see also Auto Parts*, 2015 U.S. Dist. LEXIS 176492, at *159 (holding that Rule 23(b)(3) notice and opt out "does not give proper deference to the doctrine of sovereign immunity"). Stripping a state of its autonomy through such a process thus threatens fundamental principles underlying sovereign immunity, particularly the "dignity and respect owed states as separate

---

[2]     Other circuits have recognized the same concerns. *See Thomas v. FAG Bearings Corp.*, 50 F.3d 502, 505-06 (8th Cir. 1995) (holding that Eleventh Amendment prohibits the coercive joinder of a state entity, reasoning that it "cannot conclude that the Eleventh Amendment is irrelevant or inapplicable . . . simply because none of the parties are asserting claims directly against the state"); *Gensetix, Inc. v. Bd. of Regents of Univ. of Tex. Sys.*, 966 F.3d 1316, 1323 (Fed. Cir. 2020) ("[F]orcing [a state entity] to litigate against its will" "undermine[s] the state's autonomy.").

Page 4

sovereigns in our federal system." *MTBE*, 488 F.3d at 118-19; *see also P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy*, 506 U.S. 139, 146 (1993) ("The very object and purpose of the [Eleventh] Amendment [is] to prevent the indignity of subjecting a State to the coercive process of judicial tribunals at the instance of private parties."). Indeed, counsel is not aware of any decisions in which courts have squarely addressed sovereign immunity and held that the notice and opt-out process under Rule 23(b)(3) can bind a sovereign state or state entity.

For all of these reasons, there is a real risk that if the Class were not modified, then states and state entities with sovereign immunity could sit on the sidelines and if they do not like the results (*e.g.*, summary judgment), decide then to assert sovereign immunity and refuse to be bound by the decisions or any judgment in this case. That result would be contrary to the very purpose of Rule 23(b)(3), which is to bind class members—and highly prejudicial to Defendants. *See, e.g.*, Fed. R. Civ. P. 23(c)(2)(B)(vii) (requiring notice to "clearly and concisely state in plain, easily understood language … the binding effect of a class judgment on members under Rule 23(c)(3)").

Plaintiffs may suggest that sovereign states and state entities could opt *in* to the Class. However, under Second Circuit precedent, federal courts lack authority to certify an opt-in class. *See Kern v. Siemens Corp.*, 393 F.3d 120, 126 (2d Cir. 2004) (finding "scant support for the proposition that a court could *ever* certify a class with an 'opt in' provision during the liability stage of the litigation"); *see also Ackal v. Centennial Beauregard Cellular L.L.C.*, 700 F.3d 212, 217 (5th Cir. 2012) ("Simply put, [t]here is no authority for establishing 'opt-in' classes in which the class members must take action to be included in the class.") (internal quotation marks omitted); *Clark v. Universal Builders, Inc.*, 501 F.2d 324, 340 (7th Cir. 1974) ("[T]he requirement of an affirmative request for inclusion in the class is contrary to the express language of Rule 23(c)(2)(B)."). As discussed in these cases, the 1966 amendments to Rule 23 repudiated the previous practice of opt-in class actions. *See Kern*, 393 F.3d at 126 (finding that "substantial legal authority supports the view that … Congress *prohibited* 'opt in' provisions by implication").

Finally, now is an appropriate time to take up this issue. As this Court has observed, "'a significant intervening event' is not a prerequisite for decertification or modification of a class." *In re AXA Equitable Life Ins. Co. COI Litig.*, Nos. 16-CV-740, 18-CV-2111, 2022 WL 3018104, at *5 (S.D.N.Y. July 29, 2022) (Furman, J.) (quoting *Jin v. Shanghai Original, Inc.*, 990 F.3d 251, 262 (2d Cir. 2021)). Rather, under Rule 23, this Court may revisit class certification at any point prior to final judgment. *See* Fed. R. Civ. P. 23(c)(1)(C). Indeed, this Court has the "affirmative duty of monitoring its class decisions in light of the evidentiary development of the case." *AXA Equitable Life Ins. Co.*, 2022 WL 3018104, at *5 (quoting *Mazzei v. Money Store*, 829 F.3d 260, 266 (2d Cir. 2016)); *see also Jin*, 990 F.3d at 262 ("[D]istrict courts must ensure that a certified class satisfies Rule 23 throughout the litigation, and possess the authority to alter or decertify the class if that is no longer the case[.]"). And it is Plaintiffs who "retain[] 'the burden to demonstrate that the Rule 23 requirements are satisfied." *AXA Equitable Life Ins. Co.*, 2022 WL 3018104, at *5 (quoting *Mazzei*, 829 F.3d at 270).

Page 5

### 2. <u>Class Counsel May Lack Authority to Represent Certain State and Local Entities</u>

The same cases addressing the impact of sovereign immunity on Rule 23(b)(3) class certification also address another relevant issue—whether class counsel can represent entities in states with statutes generally requiring government counsel to represent the government entities in court proceedings, subject only to certain exceptions setting forth procedures for retention of non-government counsel. Louisiana, Ohio, and Texas are examples of states with such statutes. *See, e.g.*, La. Rev. Stat. Ann. § 42:263(A) (prohibiting certain government entities from "retain[ing] or employ[ing] any special attorney or counsel to represent it in any special matter or pay[ing] any compensation for any legal services whatever unless a real necessity exists, made to appear by a resolution thereof stating fully the reasons for the action and the compensation to be paid"); Ohio Rev. Code Ann. § 109.02 ("[N]o . . . institution of the state shall employ, or be represented by, other counsel or attorneys at law" aside from the attorney general, unless certain exceptions apply); Tex. Loc. Gov't Code § 89.001 (establishing process for populous counties' selection of special counsel); Tex. Gov't Code § 2254.103 (setting forth requirements for state entities to enter into contingent fee contracts for legal services). As far as Defendants are aware, Class Counsel has not received authorization to represent class members in these jurisdictions.

In cases where this issue has arisen, *i.e.*, where private counsel has sought to represent a class including state and local entities from jurisdictions with these types of statutes, courts have rejected class counsel's authority to do so. For example, in *Walker*, the court held that it was "obligated to afford full faith and credit to the laws of the States granting exclusive authority to their Attorneys General." *Walker*, 982 F. Supp. at 1210-11 (citing statutes). Because the attorneys general had not retained the private class counsel, the court found that this provided a separate ground for dismissing the state entities from the class, concluding that "[p]laintiff's counsel is not authorized to represent the States." *Id.* at 1210; *see also Ackal*, 700 F.3d at 218-19 (discussing Louisiana "procedural hurdles"); *Dallas Cnty. v. MERSCORP, Inc.*, C.A. No. 3:11-cv-02733, 2012 WL 6208385, at *6-10 (N.D. Tex. Dec. 13, 2012) (declining to certify class due to Texas laws regarding hiring of private counsel); *Auto. Parts*, 2015 U.S. Dist. LEXIS 176492, at *170-71 (striking class allegations on behalf of state and local entities because "representation by private counsel poses a legal impediment to the class allegations").

*    *    *    *

For the foregoing reasons, Defendants respectfully ask that the Court direct that no class notices be sent, and that the Notice Date be stayed, pending a pre-motion conference to address Defendants' anticipated application to exclude from the Class states and other governmental entities impacted by these issues.

Respectfully submitted,

*/s/ Noah Levine*
Noah Levine

Cc:     All counsel (by ECF)

# Exhibit A

 Neutral

As of: December 6, 2023 4:40 PM Z

# *In re Auto. Parts Antitrust Litig.*

United States District Court for the Eastern District of Michigan, Southern Division

April 30, 2015, Decided; April 30, 2015, Filed

12-md-02311; 2:14-cv-00106

**Reporter**

2015 U.S. Dist. LEXIS 176492 *

In Re: Automotive Parts Antitrust Litigation. In re: Wire Harness Systems. THIS DOCUMENT RELATES TO: Public Entities

**Subsequent History:** Dismissed by, in part *In re Auto. Parts Antitrust Litig., 2015 U.S. Dist. LEXIS 189606 ( E.D. Mich., May 1, 2015)*

Dismissed by, in part *In re Auto. Parts Antitrust Litig., 2015 U.S. Dist. LEXIS 96470 ( E.D. Mich., July 23, 2015)*

Dismissed by, in part *In re Auto. Parts Antitrust Litig., 2015 U.S. Dist. LEXIS 190293 ( E.D. Mich., Dec. 29, 2015)*

Dismissed by, in part *In re Auto. Parts Antitrust Litig., 2015 U.S. Dist. LEXIS 176195 ( E.D. Mich., Dec. 30, 2015)*

**Prior History:** *In re Auto. Parts Antitrust Litig., 2015 U.S. Dist. LEXIS 52633 ( E.D. Mich., Apr. 22, 2015)*

# Core Terms

sovereign immunity, allegations, government entity, Wiring, private counsel, class action, state law, opt, entities, named plaintiff, federal court, authorization, class certification, definite statement, public entity, state entity, state court, certification, immunity, Harness, state agency, municipal, agencies, Damages

**Counsel:** **[*1]** For Automotive Parts Antitrust Litigation, other, 2:12-cv-100 - Wire Harness, other, 2:12-cv-200 - Instrument Panel Clusters, other, 2:12-cv-300 - Fuel Senders, other, 2:12-cv-400 - Heater Control Panels, other, 2:12-cv-500 - Bearings, other, 2:12-cv-600 - Occupant Safety Systems, other, 2:13-cv-700 - Alternators, other, 2:13-cv-800 - Anti-Vibrational Rubber Parts, other, 2:13-cv-900 - Windshield Wipers, other, 2:13-cv-1000 - Radiators, other, 2:13-cv-1100 - Starters, other, 2:13-cv-1200 - Automotive Lamps, other, 2:13-cv-1300 - Switches, other, 2:13-cv-1400 - Ignition Coils, other, 2:13-cv-1500 - Motor Generator, other, 2:13-cv-1600 - Steering Angle Sensors, other, 2:13-cv-1700 - HID Ballasts, other, 2:13-cv-1800 - Inverters, other, 2:13-cv-1900 - Electronic Powered Steering Assemblies, other, 2:13-cv-2000 - Air Flow Meters, other, 2:13-cv-2100 - Fan Motors, other, 2:13-cv-2200 - Fuel Injection Systems, other, 2:13-cv-2300 - Power Window Motors, other, 2:13-cv-2400 - Automatic Transmission Fluid Warmers, other, 2:13-cv-2500 - Valve Timing Control Devices, other, 2:13-cv-2600 - Electronic Throttle Bodies, other, 2:13-cv-2700 - Air Conditioning Systems, other, 2:13-cv-2800 - Windshield **[*2]** Washer Systems, other, 2:14-cv-2900 Automotive Constant Velocity Joint Boot Products, In re: Adam T. Schnatz, The Miller Law Firm, Rochester, MI USA; Bernard Persky, Robins, Kaplan, Miller & Ciresi L.L.P., New York, NY USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Sheldon L. Miller, Farmington Hills, MI USA; William E. Hoese, Kohn, Swift, Philadelphia, PA USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA.

For Lucha Bott, 12-10674, Plaintiff (2:12md2311): Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Elizabeth A. Fegan, Hagens Berman Sobol Shapiro, LLP, Oak Park, IL USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, **[*3]** Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman

2015 U.S. Dist. LEXIS 176492, *3

Godfrey, L.L.P., Los Angeles, CA USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Thomas E Ahlering, Hagens Berman Sobol Shapiro LLP, Oak Park, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jane M Taylor, 12-10674 & 12-10476, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Elizabeth A. Fegan, Hagens Berman Sobol Shapiro, LLP, Oak Park, IL USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., [*4] Los Angeles, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Thomas E Ahlering, Hagens Berman Sobol Shapiro LLP, Oak Park, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jude Anheluk, 12-10674, Plaintiff (2:12md2311): Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Elizabeth A. Fegan, Hagens Berman Sobol Shapiro, LLP, Oak Park, IL USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Thomas E Ahlering, Hagens Berman Sobol Shapiro [*5] LLP, Oak Park, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese

Assoc., Troy, MI USA.

For Susan Lacava, 11-14399 & 12-10410, Plaintiff (2:12md2311): Adam T. Schnatz, The Miller Law Firm, Rochester, MI USA; Alyson L. Oliver, Rochester, MI USA; Bernard Persky, Robins, Kaplan, Miller & Ciresi L.L.P., New York, NY USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Todd F. Flood, Flood Law PLLC, Royal Oak, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Landers Auto Group Number One, Inc, [*6] 12-10676, 12-11156, 12-12614 & 12-12795, Doing business as Landers Toyota, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Phillip J. Duncan - MDL NOT ADMITTED, Duncan Firm, Little Rock, AR USA; Richard L. Quintus - MDL NOT ADMITTED, Duncan Firm, Little Rock, AR USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Thomas P. Thrash - MDL NOT ADMITTED, Thrash Law Firm, P.A. Little Rock, AR USA; Victoria Romanenko, Cuneo Gilbert [*7] & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For George Nicoud, 12-10677, Plaintiff (2:12md2311):

Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joseph M. Barton - MDL NOT ADMITTED, Slancy Binkow & Goldberg, San Francisco, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Susan G. Kupfer, Glancy Binkow & Goldberg LLP, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jeffrey Budner, 12-10678, Plaintiff (2:12md2311) E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT **[*8]** SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Dorine Kramer, 12-10678, Plaintiff (2:12md2311) E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Nicholas Mitchell, 12-10678, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, **[*9]** Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G.

Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Lillian Fireside, 12-10678, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, **[*10]** MI USA.

For Kelly Hopkins, 12-10678, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Timothy Griffin, 12-10678, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern **[*11]** - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For John Hollingsworth, 12-10678, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA;

Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Sylvie K. Kern - MDL NOT ADMITTED, KAG Law Group, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Tye Smith, 12-10680, Plaintiff (2:12md2311): Christopher Micheletti - MDL NOT ADMITTED, Zelle Hofmann Voelbel & Mason, San Francisco, CA USA; Craig Corbitt - MDL NOT ADMITTED, Zelle Hofmann Voelbel & Mason, San Francisco, CA USA; Demetrius X. Lambrinos - MDL NOT ADMITTED, Zelle Hofmann Voelbel Mason & Gette, San Francisco, [*12] CA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Francis O. Scarpulla - MDL NOT ADMITTED, Zelle Hofmann Voelbel & Mason, San Francisco, CA USA; Heather T. Rankie - MDL NOT ADMITTED, Zelle Hofmann Voelbel & Mason, San Francisco, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Judith A. Zahid - MDL NOT ADMITTED, Zelle Hofmann Voelbel Mason & Gette, San Francisco, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Martens Cars of Washington, Inc, 12-10681, 12-11156, 12-11161, 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gerard V. Mantese, Mantese Assoc., Troy, MI [*13] USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Jonathan W. Cuneo, Cuneo Gilbert & Laduca, LLP, Washington, DC, USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy,

MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Gary Brock, 12-10682 & 12-10683, Plaintiff (2:12md2311): Daniel E. Becnel - MDL NOT ADMITTED, Jr., Becnel Law Firm, New Orleans, LA USA; Dianne M. Nast - NOT SWORN, NastLaw LLC, Philadelphia, PA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Erin C. Burns - NOT SWORN, NastLaw LLC, Philadelphia, PA USA; Jeffrey B Gittleman [*14] - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Kevin P. Klibert - MDL NOT ADMITTED, Reserve, LA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Matthew B. Moreland - MDL NOT ADMITTED, Reserve, LA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For William J Byrne, JR, 12-10682 & 12-10685, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; John R. Malkinson - NOT SWORN, Malkinson & Halpern, P.C., Chicago, IL USA; Leonard A. Davis - NOT SWORN, Herman Herman Katz & Cotlar, LLP, New Orleans, LA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Russ M. Herman - MDL NOT ADMITTED, Herman Herman Katz & Cotlar, New Orleans, LA USA; Stephen [*15] J. Herman - NOT SWORN, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Don T Lewis, 12-10682 & 12-10685, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn,

Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; John R. Malkinson - NOT SWORN, Malkinson & Halpern, P.C., Chicago, IL USA; Leonard A. Davis - NOT SWORN, Herman Herman Katz & Cotlar, LLP, New Orleans, LA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Russ M. Herman - MDL NOT ADMITTED, Herman Herman Katz & Cotlar, New Orleans, LA USA; Stephen J. Herman - NOT SWORN, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, **[*16]** MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Superstore Automotive, Inc, 12-10687, 12-11156 & 12-11161, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Gregory J Johnson - MDL NOT ADMITTED, Apple Valley, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Jonathan W. Cuneo, Cuneo Gilbert & Laduca, LLP, Washington, DC, USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul A. Sand - MDL NOT ADMITTED, Larson King, LLP, St. Paul, MN USA; Shawn M. Raiter, Larson King, LLP, St Paul, MN USA; Steven G. Sklaver - NOT SWORN, Susman **[*17]** Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Hammett Motor Company, Inc, 12-10688, 12-11156 & 12-11161, 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Brian K. Herrington - NOT SWORN, Barrett Law Group, P.A., Lexington, MS USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; David

M. McMullan - NOT SWORN, Don Barrett, P.A., Lexington, MS USA; Don Barrett, Barrett Law Group, P.A., Lexington, MS USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, **[*18]** P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Zahira Crespo, 12-10689 & 12-12573, Plaintiff (2:12md2311): Daniel E. Becnel - MDL NOT ADMITTED, Jr., Becnel Law Firm, New Orleans, LA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; John F. Nevares, John Nevares and Associates PSC, San Juan, PR USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Stacey R Nickell, 12-10690, Plaintiff (2:12md2311): Aaron E. Robinson - MDL NOT ADMITTED, Bailey **[*19]** & Glasser, Charleston, WV USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Eric B. Snyder - MDL NOT ADMITTED, Bailey & Glasser, Charleston, WV USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas,

TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Robert Rice, 12-10690, Plaintiff (2:12md2311): Aaron E. Robinson - MDL NOT ADMITTED, Bailey & Glasser, Charleston, WV USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Eric B. Snyder - MDL NOT ADMITTED, Bailey & Glasser, Charleston, WV USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman [*20] & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Janne Rice, 12-10690, Plaintiff (2:12md2311): Aaron E. Robinson - MDL NOT ADMITTED, Bailey & Glasser, Charleston, WV USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Eric B. Snyder - MDL NOT ADMITTED, Bailey & Glasser, Charleston, WV USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Teresa Ballek, 11-14555, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman [*21] - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; S. Thomas Wienner, Weinner, Gould, Rochester, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jimmy Junkins, 11-14556, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; S. Thomas Wienner, Weinner, Gould, Rochester, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; [*22] Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Meredith Heller, 11-14593, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Halley Ascher, 11-14605 & 12-12270, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman [*23] Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Carol Ann Kashishian, 11-14639, Plaintiff (2:12md2311): Adam T. Schnatz, The Miller Law Firm, Rochester, MI USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C.,

Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; S. Thomas Wienner, Weinner, Gould, Rochester, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Meetesh Shah, 11-14739, 12-10476, 12-11369, 12-12582 & 12-12680, Plaintiff (2:12md2311): Adam J. Zapala, Cotchett, Pitre & McCarthy, Burlingame, CA USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, [*24] MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Elizabeth A. Fegan, Hagens Berman Sobol Shapiro, LLP, Oak Park, IL USA; Frank C. Damrell, Cotchett, Pitre & McCarthy LLP, Sacramento, CA USA; Gene Kim - NOT SWORN, Cotcheett, Pitre & McCarthy, LLP, Burlingame, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joseph W. Cotchett - NOT SWORN, Cotchett, Pitre & McCarthy, LLP, Burlingame, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Steven N. Williams, Cotchett, Pitre & McCarthy, LLP, Burlingame, CA USA; Thomas E Ahlering, Hagens Berman Sobol Shapiro LLP, Oak Park, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Ellis Winton Mcinnis, 11-14811, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; David E. Plunkett, Williams, Williams, Birmingham, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI [*25] USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Gary Arthur Herr, 11-14836, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL

NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Michael [*26] Tracy, 11-14838, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Page Poerschke - MDL NOT ADMITTED, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A, Pensacola, FL USA; Sheldon L. Miller, Farmington Hills, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Ifeoma Adams, 11-14989 & 12-12272, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; [*27] Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jennifer Chase, 11-15041, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey,

L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Curtis Gunnerson, 11-15041, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, [*28] The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Kelly Klosterman, 11-15041, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard [*29] V. Mantese, Mantese Assoc., Troy, MI USA.

For Darrel Senior, 11-15041, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Martinez Manufacturing, Inc., 11-15186, Plaintiff

(2:12md2311): Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink + Associates Law, Bloomfield Hills, MI USA; Douglas A. Abrahams, Kohn, Swift and Graf, P.C., Philadelphia, PA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Irwin B. Levin - NOT SWORN, Cohen [*30] & Malad LLP, Indianapolis, IN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joseph C. Kohn, Kohn, Swift, Philadelphia, PA USA; Linda P. Nussbaum, Grant & Eisenhofer P.A., New York, NY USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William E. Hoese, Kohn, Swift, Philadelphia, PA USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Sonny Beck, 11-15445, Plaintiff (2:12md2311): Bernard Persky, Robins, Kaplan, Miller & Ciresi L.L.P., New York, NY USA; E. Powell Miller, The Miller [*31] Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Curtis P. Boudreaux, 11-15445, Plaintiff (2:12md2311): Bernard Persky, Robins, Kaplan, Miller & Ciresi L.L.P., New York, NY USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ

USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, **[*32]** Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Robert Beeson, 11-15445, Plaintiff (2:12md2311): Bernard Persky, Robins, Kaplan, Miller & Ciresi L.L.P., New York, NY USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Tommy N. Wilson, 11-15445, Plaintiff (2:12md2311): Bernard Persky, Robins, Kaplan, **[*33]** Miller & Ciresi L.L.P., New York, NY USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Hollis L Salzman, Robins, Kaplan, Miller & Ciresi LLP, New York, NY USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Reiss, Robins, Kaplan, Miller & Ciresi L.L.P. New York, NY USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Aaron Brandstein, 11-15468, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett

Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven **[*34]** G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Tenisha Burgos, 11-15468, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jason Grala, 11-15468, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL **[*35]** NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Bobbie Schwartz, 11-15468, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Patrick E. Cafferty, Cafferty Clobes Meriwether & Sprengel LLP, Ann Arbor, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law

Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Mexican Industries in Michigan, Incorporated, **[*36]** 11-15553, Plaintiff (2:12md2311): Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, **[*37]** Mantese Assoc., Troy, MI USA.

For T.M. Morris Manufacturing Company, Inc., 12-10130, Plaintiff (2:12md2311): Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Solomon B. Cera, Gold Bennett Cera & Sidenar LLP, San Francisco, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Cesar-Scott, Inc., 12-10177, Plaintiff (2:12md2311): Anna M. Horning Nygren, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; David H. Fink, Fink

Associates Law, Bloomfield Hills, MI **[*38]** USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jason J. Thompson, Sommers Schwartz, P.C., Southfield, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Jeffrey L. Spector - MDL NOT ADMITTED, Spector, Roseman, Philadelphia, PA USA; Jonathan M Jagher, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; Julie A. Strother - NOT SWORN, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; Lance C. Young, Southfield, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven A. Kanner, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; W. Joseph Bruckner, Lockridge Grindal Nauen, Minneapolis, MN USA; Warren T. Burns, Susman **[*39]** Godfrey, LLP, Dallas, TX USA; William Caldes, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Paesano Connecting Systems, Inc., 12-10201, Plaintiff (2:12md2311): Anna M. Horning Nygren, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jason J. Thompson, Sommers Schwartz, P.C., Southfield, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Jeffrey L. Spector - MDL NOT ADMITTED, Spector, Roseman, Philadelphia, PA USA; Jonathan M Jagher, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; Joseph R Saveri, Joseph Saveri Law Firm, San Francisco, CA USA; Julie A. Strother - NOT SWORN, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; Lance C. Young, Southfield, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman **[*40]** & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner

London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven A. Kanner, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; W. Joseph Bruckner, Lockridge Grindal Nauen, Minneapolis, MN USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Caldes, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Darcy Sherman, 12-10260 & 12-12811, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Daniel E. Gustafson, Gustafson Gluek PLLC, Minneapolis, MN USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, [*41] MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Rd Automotive, Inc., 12-10262, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Daniel E. Gustafson, Gustafson Gluek PLLC, Minneapolis, MN USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, [*42] MI USA.

For Craft-Co Enterprises, Inc., 12-10336, Plaintiff (2:12md2311): Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink Associates

Law, Bloomfield Hills, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, [*43] Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Terry Gordon, 12-11014, Plaintiff (2:12md2311): Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Shana E. Scarlett - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, Berkeley, CA USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Janet Morgan, 12-11014, Plaintiff (2:12md2311): Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, [*44] PC, Phoenix, AZ USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M.

2015 U.S. Dist. LEXIS 176492, *44

Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Shana E. Scarlett - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, Berkeley, CA USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Jeffrey Grant Brown, 12-11014, Plaintiff (2:12md2311): Anthony D. Shapiro - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, LLP, Seattle, WA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeff D. Friedman - MDL NOT ADMITTED, Hagens Bernam Sobol Shapiro, Berkely, CA USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, **[*45]** P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Shana E. Scarlett - MDL NOT ADMITTED, Hagens Berman Sobol Shapiro, Berkeley, CA USA; Steve W. Berman - NOT SWORN, Hagens Berman Sobol Shapiro LLP, Seattle, WA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Melissa Barron, 12-11021, 12-13257, 12-13261, 12-13263, 12-13264 & 12-13265, Plaintiff (2:12md2311): Adam C. Belsky - MDL NOT ADMITTED, Gross Belsky Alonso, San Francisco, CA USA; Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Sarah Crowley - MDL NOT ADMITTED, Gross Belsky Alonso, San Francisco, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; **[*46]** Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Terry Gross - MDL NOT ADMITTED, Gross Belsky Alonso, San Francisco, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Craig Vanhoutte, 12-11054, Plaintiff (2:12md2311):

Brian R. Strange, Strange and Carpenter, Los Angeles, CA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Tuan Nguyen, 12-10951, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, **[*47]** P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mark J. Schirmer, Straus & Bois, Fairfax, VA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Roger D. Olson, 12-10929, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Terry Rose Saunders - MDL NOT ADMITTED, The Saunders Law Firm, Chicago, IL USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Susan B. Olson, 12-10929, Plaintiff (2:12md2311): **[*48]** Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman &

Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Terry Rose Saunders - MDL NOT ADMITTED, The Saunders Law Firm, Chicago, IL USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Phillip G. Young, 12-10929, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Anthony L. DeLuca, Anthony L. DeLuca, Grosse Pointe Park, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ [*49] USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Terry Rose Saunders - MDL NOT ADMITTED, The Saunders Law Firm, Chicago, IL USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Kathleen Tawney, 12-10951, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mark J. Schirmer, Straus & Bois, Fairfax, VA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Moses Choi, 12-10951, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & [*50] Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mark J. Schirmer, Straus & Bois, Fairfax, VA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm,

Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Steven Battaglini, 12-10951, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mark J. Schirmer, Straus & Bois, Fairfax, VA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Paul Gustafson, 12-10951, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, [*51] MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mark J. Schirmer, Straus & Bois, Fairfax, VA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Michael Wick, 12-10966, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. [*52] Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Alena Farrell, 12-10966, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA;

2015 U.S. Dist. LEXIS 176492, *52

Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Kim Shannon, 12-10968, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. [*53] Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Peter Brook, 12-10968, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For South Star Corporation, 12-11165, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jason J. Thompson, Sommers Schwartz, P.C., Southfield, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, [*54] Philadelphia, PA USA; Lance C. Young, Southfield, MI USA; Lisa Saveri - MDL NOT ADMITTED, Saveri & Saveri, Inc., San Francisco, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Richard A. Saveri - NOT SWORN, Saveri & Saveri, Inc., San Francisco, CA USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN

USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Cindy Prince, 12-11271, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Hassan A. Zavareei, [*55] Tycko & Zavareei LLP, Washington, DC USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Scott Lamson, 12-11610, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joseph Marid Patane - MDL NOT ADMITTED, Joseph M Patane Assoc, San Francisco, CA USA; Lauren Clare Russell - MDL NOT ADMITTED, Trump, Allioto,, San Francisco, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Mario Nunzio Alioto - MDL NOT ADMITTED, Trump, Alioto, San Francisco, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; [*56] E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Capitol Dealerships, Inc., 12-12614 & 12-12795, Doing business as Capitol Toyota, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law

Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard [*57] V. Mantese, Mantese Assoc., Troy, MI USA.

For Table Rock Automotive, Inc, 12-12795, Doing business as Todd Archer Hyundai, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Landers Mclarty Fayetteville [*58] Tn, Llc, 12-11156, 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint,

P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Central Salt Lake Valley Gmc Enterprises, Llc, 12-12614 & 12-12795 Doing business as Salt Lake Valley Buick [*59] GMC, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Ramey Motors, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David [*60] F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas,

TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Charles Daher's Commonwealth Motors, Inc., D/B/A Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, [*61] MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Lee's Summit Chrysler Jeep Dodge, 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel [*62] Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Holzhauer Auto And Truck Sales, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy,

MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, [*63] PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Green Team of Clay Center Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, [*64] MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Slt Group Ii, Inc, 12-12614 & 12-12795, Doing business as Planet Nissan Subaru of Flagstaff, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca,

Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & **[*65]** Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Pitre, Incorporated, 12-12614 & 12-12795, Doing business as Pitre Buick GMC, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett **[*66]** Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Dave Heather Corporation, 12-12614 & 12-12795, Doing business as Lakeland Toyota Honda Mazda Subaru, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT

SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ **[*67]** USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Herb Hallman Chevrolet, Inc, 12-12614 & 12-12795, Doing business as Champion Chevrolet, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, **[*68]** CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Beck Motors, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo **[*69]** Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E.

2015 U.S. Dist. LEXIS 176492, *69

Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Commonwealth Volkswagen, Inc., D/B/A Commonwealth Volkswagen, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, [*70] Mantese Assoc., Troy, MI USA.

For Desert European Motorcars, Ltd., 12-11156, 12-11161 & 12-12614, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Capitol Chevrolet Cadillac, Inc., 12-12614 & 12-12795, [*71] Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman,

Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Thornhill Superstore, Inc, 12-12614 & 12-12795, Doing business as Thornhill GM Superstore, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman [*72] Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Westfield Dodge City, Inc., 12-11156, 12-11161, 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, [*73] Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John

2015 U.S. Dist. LEXIS 176492, *73

C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Bonneville And Son, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B [*74] Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Archer-Perdue, Inc., D/B/A Archer-Perdue Suzuki, 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, [*75] Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C.,

Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Commonwealth Nissan, Inc., D/B/A Commonwealth Nissan, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, [*76] CA USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For John Greene Chrysler Dodge Jeep, Llc, 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred [*77] P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Patsy Lou Chevrolet, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, [*78] Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For V.I.P. Motor Cars Ltd., 12-11156, 12-11161 & 12-12614, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., [*79] Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Dale Martens Nissan Subaru, Inc., 12-12614 & 12-12795, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B

Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren [*80] T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Mcgrath Automotive Group, Inc., Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Findlay Industries, Incorporated, 12-13079, [*81] Plaintiff (2:12md2311): Jayne Goldstein, LEAD ATTORNEY, Pomerantz Hufford Grossman Dahlstrom & Gross, LLP, Weston, FL USA; Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Irwin B. Levin - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles,

CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Scott D. Gilchrist - NOT SWORN, Cohen & Malad LLP, Indianapolis, IN USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; David H. Fink, Fink Associates Law, Bloomfield Hills, [*82] MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Robert Klingler, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Ron Blau, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Rebecca [*83] Lynn Morrow, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Arthur Stukey, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett,

Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Becky Bergeson, Plaintiff (2:12md2311): [*84] E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Lori Curtis, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Nathan Croom, Plaintiff (2:12md2311): Alyson [*85] L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For David Bernstein, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA;

Case 1:13-cv-00526-JMF Document 183-1 Filed 01/06/23 Page 29 of 51 PageID #: 4092
Case 1:13-cv-00526-JMF Document 183-1 Filed 01/06/23 Page 22 of 44

2015 U.S. Dist. LEXIS 176492, *85

Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA **[*86]** USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Frances Gammell Roach, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Richard Stoehr, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman **[*87]** Godfrey, LLP, Dallas, TX USA.

For William Picotte, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Jessee Powell, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P.

Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For James **[*88]** Marean, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Erica Shoaf, 12-10967, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX **[*89]** USA.

For Virginia Pueringer, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Jessica Decastro, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Donald L. Schlapprizzi, Schlapprizzi, Attorneys at Law., St. Louis, MO USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA

USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven **[*90]** G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Jane Fitzgerald, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Melinda Harr Dds PC, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. **[*91]** Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Ian Groves, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Nilsa Mercado, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven

G. Sklaver - NOT SWORN, Susman Godfrey **[*92]** L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Aga Realty Llc, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Lauren C. Primos, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, **[*93]** TX USA.

For Melinda Harr Dds PC, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jason S Kilene - NOT SWORN, Gustafson Gluek PLLC, Minneapolis, MN USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Tommy Wilson, 12-10406 & 12-10407, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman **[*94]**

Godfrey, LLP, Dallas, TX USA.

For Calvin Kendrick, 12-10406, 12-10407 & 12-10410, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Lilliana Diaz, 12-12572, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; John F. Nevares, John Nevares and Associates PSC, San Juan, PR USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller **[*95]** Law Firm, Rochester, MI USA.

For Luis Maldonado, 12-12574, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; John F. Nevares, John Nevares and Associates PSC, San Juan, PR USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Florida Welding Fabricators & Erectors, Inc., 12-12352, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, **[*96]** Susman Godfrey, LLP, Dallas, TX USA.

For Elizabeth Kaufman, 12-12263, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Zaccagnino Electric, 12-10784, Plaintiff (2:12md2311): Adam T. Schnatz, The Miller Law Firm, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, **[*97]** TX USA.

For Demetrio Garcia, 12-10969, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Rubela Garcia, 12-10969, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, **[*98]** MI USA.

For Vanessa Alexander, 12-11128, Plaintiff (2:12md2311): Brian R. Strange, Strange and

Carpenter, Los Angeles, CA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For J.B. Painting & Waterproofing, Inc., 12-11147, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX **[*99]** USA.

For Martin Minsky, 12-11802, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Kelly G. Keenan, Barrack, Rodos & Bacine, Lansing, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Thomas Busch, 12-12233, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, **[*100]** MI USA.

For Tom George, 12-12233, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED,

Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Lauren Vankirk, 12-10967, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Paul F. Novak, Milberg LLP, Detroit, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For **[*101]** Joseph Budriunas, 12-11106, Plaintiff (2:12md2311): Brian R. Strange, Strange and Carpenter, Los Angeles, CA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Aj Jabonero, 12-12235, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI **[*102]** USA.

For Ted Wedul, 12-12235, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn

Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Chris Gansen, 12-11093, Plaintiff (2:12md2311): Brian R. Strange, Strange and Carpenter, Los Angeles, CA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, [*103] MI USA.

For Don Mohr, 12-12231, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Mark Petersen, 12-12231, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Lazaro Versalles, [*104] 12-12231, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles,

CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Brad Zirulnik, 12-12472, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For A1a Airport & Limousine Service, Inc., 12-12499, Plaintiff (2:12md2311): [*105] E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Frank Cosenza, 12-12503, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Rainbow Chevrolet, Inc., 12-12526, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & [*106] Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M.

Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Paramount Restoration, Llc, 12-12691, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey [*107] L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Darwin Watson, 12-12850, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Tiffin Motor Homes, Inc., 12-12866, Plaintiff (2:12md2311): Jayne Goldstein, LEAD ATTORNEY, Pomerantz Hufford Grossman Dahlstrom & Gross, LLP, Weston, FL USA; Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; Douglas A. Abrahams, Kohn, Swift and Graf, P.C., Philadelphia, PA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Eugene A. Spector, Spector Rosemam Kodroff & Willis, P.C., Philadelphia, PA USA; Gregory P. Hansel, Preti Flaherty Beliveau & [*108] Pachios, LLP, Portland, ME USA; Jason J. Thompson, Sommers Schwartz, P.C., Southfield, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Jeffrey L. Spector - MDL NOT ADMITTED, Spector, Roseman, Philadelphia, PA USA; Jonathan M Jagher, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; Joseph C. Kohn, Kohn, Swift, Philadelphia, PA USA; Julie A. Strother - NOT SWORN, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; Lance C. Young, Southfield, MI USA; Lee Albert - MDL NOT

ADMITTED, Glancy Binkow & Goldberg LLP, New York, NY USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Marvin L. Frank, Frank & Bianco LLP, New York, NY USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Steven A. Kanner, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; W. Joseph Bruckner, Lockridge [*109] Grindal Nauen, Minneapolis, MN USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Caldes, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; William E. Hoese, Kohn, Swift, Philadelphia, PA USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Beam's Industries, Inc., 12-13214, Plaintiff (2:12md2311): Jayne Goldstein, LEAD ATTORNEY, Pomerantz Hufford Grossman Dahlstrom & Gross, LLP, Weston, FL USA; Darryl Bressack, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, Fink Associates Law, Bloomfield Hills, MI USA; Douglas A. Abrahams, Kohn, Swift and Graf, P.C., Philadelphia, PA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Eugene A. Spector, Spector Rosemam Kodroff & Willis, P.C., Philadelphia, PA USA; Gregory P. Hansel, Preti Flaherty Beliveau & Pachios, LLP, Portland, ME USA; Jason J. Thompson, Sommers Schwartz, P.C., Southfield, MI USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Jeffrey L. Spector - MDL NOT ADMITTED, Spector, Roseman, Philadelphia, PA USA; Jonathan M Jagher, Spector [*110] Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; Joseph C. Kohn, Kohn, Swift, Philadelphia, PA USA; Julie A. Strother - NOT SWORN, Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN USA; Lance C. Young, Southfield, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Randall B. Weill, Preti Flaherty Beliveau & Pachios, Portland, ME USA; Steven A. Kanner, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Steven G. Sklaver - NOT

SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; W. Joseph Bruckner, Lockridge Grindal Nauen, Minneapolis, MN USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William Caldes, Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA USA; William E. Hoese, Kohn, Swift, Philadelphia, PA USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Howard Tepler, 12-13257, 12-13261 & 12-13265, Plaintiff (2:12md2311): [*111] Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Rochelle Meyer, 12-13257, 12-13261 & 12-13265, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Eugene Friedman, 12-13257, [*112] 12-13261, 12-13263 & 12-13265, Plaintiff (2:12md2311): Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Sheldon L. Miller, Farmington Hills, MI USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Michael Scott Redpath, 12-13075, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Elaine A. Ryan, Bonnett, Fairbourn,

For Sps Spindle Parts And Service, [*113] Llc, 12-13142, Plaintiff (2:12md2311): Darryl Bressack, LEAD ATTORNEY, Fink + Associates Law, Bloomfield Hills, MI USA; David H. Fink, LEAD ATTORNEY, Fink Associates Law, Bloomfield Hills, MI USA; Douglas A. Abrahams, LEAD ATTORNEY, Kohn, Swift and Graf, P.C., Philadelphia, PA USA; Joseph C. Kohn, LEAD ATTORNEY, Kohn, Swift, Philadelphia, PA USA; William E. Hoese, LEAD ATTORNEY, Kohn, Swift, Philadelphia, PA USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Michael E. Moskovitz, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Michael L. Silverman, Freed kanner London & Millen LLC, Bannockburn, IL USA; Steven A. Kanner, Freed Kanner London & Millen LLC, Bannockburn, IL USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; William H. London, Freed Kanner London & Millen LLC, Bannockburn, IL USA; E. Powell Miller, The Miller Law Firm, [*114] Rochester, MI USA.

For Kent Busek, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Tom Halverson, Plaintiff (2:12md2311): Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Edward Muscara, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Warren T. Burns, Susman

Godfrey, LLP, Dallas, TX USA.

For Sophie O'Keefe-Zelman, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Keith Uehara, Plaintiff (2:12md2311): Alyson L. Oliver, Rochester, MI USA; E. Powell [*115] Miller, The Miller Law Firm, Rochester, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Thomas Wilson, Plaintiff (2:12md2311): Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Roseana Weatherwax, Plaintiff (2:12md2311): Lingel H. Winters, LEAD ATTORNEY, Law Offices of Lingel H. Winters Professional Corporation, San Francisco, CA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Landers Mclarty Lee's Summit Missouri, Llc, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA. [*116]

For Stranger Investments, Doing business as Stephen Wade Toyota, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Hartley Buick Gmc Truck, Inc., Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V.

Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Lee Oldsmobile Cadillac, Inc., Doing business as Lee Honda, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, [*117] Dallas, TX USA.

For Lee Auto Malls-Topsham, Inc., Doing business as Lee Toyota of Topsham, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Landers of Hazel Wood, Llc, Doing business as Landers Toyota of Hazelwood, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Cannon Chevrolet - Oldsmobile - Cadillac - Nissan, Inc., Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, [*118] Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Cannon Nissan of Jackson, Llc, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Hudson Charleston Acquisition, Llc, Doing business as Hudson Nissan, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN,

Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Shearer Automotive Enterprises Iii, Inc., Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, [*119] Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Apex Motor Company, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Apex Motor Corporation, Plaintiff (2:12md2311): Brendan H. Frey, LEAD ATTORNEY, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Gerard V. Mantese, LEAD ATTORNEY, Mantese Assoc., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Stoebner Holdings, Inc., Plaintiff (2:12md2311): Brendan H. Frey, LEAD ATTORNEY, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Gerard V. Mantese, LEAD ATTORNEY, Mantese Assoc., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, [*120] Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Vitec, L.L.C., Plaintiff (2:12md2311): David A. Langer, LEAD ATTORNEY, Berger & Montague, P.C., Philadelphia, PA USA; Ruthanne Gordon, LEAD ATTORNEY, Berger & Montague, P.C., Philadelphia, PA USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marvin A. Miller, Miller LLC, Chicago, IL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For State of Florida, Plaintiff (2:12md2311): R. Scott Palmer, LEAD ATTORNEY, Berman, DeValerio, West Palm Beach, FL USA; Greg Slemp, Office of the Attorney General - State of Florida, Antitrust Division, Tallahassee, FL USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; R. Scott Palmer - MDL NOT ADMITTED, Office of the Attonrey General - State of Florida, Antitrust Division, Tallahassee, FL USA; Timothy Fraser, Office of the Attorney General - State of Florida, Antitrust Division, Tallahassee, FL USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Ford Motor [*121] Company, Plaintiff (2:12md2311): Eric J. Pelton, LEAD ATTORNEY, Kienbaum, Opperwall, Birmingham, MI USA; Cindy C. Kelly, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; Edward E. McNally, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; Harold G. Levison, Kasowitz, Benson, Torres and Friedman LLP, New York, NY USA; Hector Torres, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; Kanchana Wangkeo Leung, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Robert W. Bosslet, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; Sarah G. Leivick, Kasowitz, Benson, Torres & Friedman LLP, New York, NY USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA.

For Dalc Gear & Bearing Supply Corp., Plaintiff (2:12md2311): Jayne Goldstein, LEAD ATTORNEY, Pomerantz Hufford Grossman Dahlstrom & Gross, LLP, Weston, FL USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Sltntrst Llc, Plaintiff (2:12md2311): [*122] Jayne Goldstein, LEAD ATTORNEY, Pomerantz Hufford Grossman Dahlstrom & Gross, LLP, Weston, FL USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Kimberly Bennett, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Rita Cornish, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Dori Gilels, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Curtis Harr, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Andrew Hedlund, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Michelle Mcginn, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

For Whitney Porter, Plaintiff (2:12md2311): E. Powell Miller, The Miller Law Firm, Rochester, MI USA.

++Auto-Dealer Plaintiffs, Plaintiff (2:12md2311), Pro se.

++City of Richmond, Plaintiff (2:12md2311), Pro se.

For End-Payor Plaintiffs, Plaintiff (2:12md2311): Steven N. Williams, Cotchett, Pitre & McCarthy, LLP, Burlingame, CA USA.

++State of Florida, Plaintiff [*123] (2:12md2311), Pro se.

++Auto-Dealer Plaintiffs, Plaintiff (2:12md2311), Pro se.

++City of Richmond, Plaintiff (2:12md2311), Pro se.

For End-Payor Plaintiffs, Plaintiff (2:12md2311): Frank C. Damrell, Cotchett, Pitre & McCarthy LLP, Sacramento, CA USA.

++State of Florida, Plaintiff (2:12md2311), Pro se.

For Lee Pontiac-Oldsmobile-Gmc Truck, Incorporated, Plaintiff (2:12md2311): Brendan H. Frey, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; David F. Hansma, Mantese and Rossman, Troy, MI USA; Elaine A. Ryan, Bonnett, Fairbourn, Friedman & Balint, PC, Phoenix, AZ USA; Jeffrey B Gittleman - MDL NOT ADMITTED, Barrack, Rodos & Bacine, Philadelphia, PA USA; Joel Davidow, Cuneo Gilbert & Laduca, Washington, DC, USA; John C. Kakinuki, Kakinuki Law Office, PC, San Rafael, CA USA; Joshua Paul Lushnat, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Kathryn Eisenstein, Mantese Honigman Rossman & Williamson, P.C., Troy, MI USA; Manfred P. Muecke - NOT SWORN, Bonnett Fairbourn Friedman & Balint, P.C., Phoenix, AZ USA; Marc M. Seltzer, Susman Godfrey, L.L.P., Los Angeles, CA USA; Steven G. Sklaver - NOT SWORN, Susman Godfrey L.L.P., Los Angeles, CA USA; Victoria Romanenko, Cuneo [*124] Gilbert & Laduca, Washington, DC, USA; Warren T. Burns, Susman Godfrey, LLP, Dallas, TX USA; E. Powell Miller, The Miller Law Firm, Rochester, MI USA; Gerard V. Mantese, Mantese Assoc., Troy, MI USA.

For Furukawa Electric Company, Limited, Defendant (2:12md2311): Craig D. Bachman, Lane Powell PC, Portland, OR USA; Kenneth R. Davis, II, Lane Powell PC, Portland, OR USA; Larry S. Gangnes, Lane Powell PC, Seattle, WA USA; Richard D. Bisio, Kemp, Klein, Troy, MI USA; Ronald S. Nixon, Kemp, Klein, Troy, MI USA.

For Lear Corporation, Defendant (2:12md2311): Andrew Marovitz, Mayer Brown LLP, Chicago, IL USA; Britt M. Miller - NOT SWORN, Mayer Brown LLP, Chicago, IL USA; Curtis D. Ripley - MDL NOT ADMITTED, Minneapolis, MN USA; Dante A. Stella, Dykema Gossett (Detroit), Detroit, MI USA; David M. Donovan - MDL NOT ADMITTED, Watts Donovan & Tilley, Little Rock, AR USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; Lloyd J. Tabary - MDL NOT ADMITTED, II, Baton Rouge, LA USA.

For Sumitomo Electric Industries, Limited, Defendant (2:12md2311): Andrea M. Price - MDL NOT ADMITTED, Barrasso Usdin Kupperman Freeman & Sarer, New Orleans, LA USA; Daniel M. Wall, Latham & Watkins, San Francisco, [*125] CA USA; David Daniel Cross, Crowell & Moring LLP, Washington, DC USA; Elizabeth A. Favaro, Giarmarco, Mullins, Troy, MI USA; J. Bruce Cross - MDL NOT ADMITTED, Cross Gunter Witherspoon & Galchus, Little Rock, AR USA; Kathleen Mary Clair, Crowell & Moring LLP, Washington, DC USA; Kelsey A. McPherson, Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; Mary G. Cooper - MDL NOT ADMITTED, Cross Gunter Witherspoon & Galchus, Little Rock, AR USA; Rachel Lee Lang Talbot, Crowell & Moring LLP, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For Yazaki Corporation, Defendant (2:12md2311): John V. Biernacki, Jones Day, Cleveland, OH USA; John M. Majoras, Jones Day, Columbus, OH USA; Michelle K. Fischer, Jones Day (Cleveland), Cleveland, OH USA; Tiffany Danielle Lipscomb-Jackson, Jones Day, Washington, DC USA.

For Yazaki North America, Incorporated, Defendant (2:12md2311): Alan S. Miller - MDL NOT ADMITTED, Jones Day, Dallas, TX USA; Carmen McLean - MDL NOT ADMITTED, Greg Hanthorn - MDL NOT ADMITTED, Jones Day, Atlanta, GA USA; John M. Majoras, Jones Day, Columbus, OH USA; Lin Wang - MDL NOT ADMITTED, Jones [*126] Day, San Francisco, CA USA; Michelle K. Fischer, Jones Day (Cleveland), Cleveland, OH USA; Shelley R. Hebert - MDL NOT ADMITTED, Jones Day, Chicago, IL USA; Stephen J. Squeri, Jones Day North Point, Cleveland, OH USA; Tiffany Danielle Lipscomb-Jackson, Jones Day, Washington, DC USA.

For Denso Corporation, Defendant (2:12md2311): Brian C. Smith, Wilmer Cutler Pickering Hale and Door LLP, Washington, DC USA; David P. Donovan, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; David S. Molot, Wilmer Cutler Pickering Hale and Dorr, Washington, DC USA; Kurt G. Kastorf, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; Seth Orkand, Wilmer, Cutler, Pickering, Hale, and Dorr LLP, Boston, MA USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA.

For Denso International America, Incorporated, Defendant (2:12md2311): Andrew D. King - MDL NOT ADMITTED, WILMER CUTLER PICKERING HALE & DORR LLP, Washington, DC USA; Brian C. Smith, Wilmer Cutler Pickering Hale and Door LLP, Washington, DC USA; David P. Donovan, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; David S. Molot, Wilmer Cutler Pickering Hale and Dorr, Washington, DC USA; [*127] Kurt G. Kastorf, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; Patrick S. Williams - MDL NOT ADMITTED, Briggs & Morgan, Minneapolis, MN USA; Seth Orkand, Wilmer, Cutler, Pickering, Hale, and Dorr LLP, Boston, MA USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; Steven M. Zarowny, Denso International America, Inc., Southfield, MI USA.

For Tokai Rika Company, Ltd., formerly known as Tokai Rika U.S.A., Incorporated, Defendant (2:12md2311): David F. DuMouchel, Butzel Long (Detroit), Detroit, MI USA; George B. Donnini, Butzel Long, Detroit, MI USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA; Sheldon H. Klein, Butzel Long, Stoneridge West Bloomfield Hills, MI USA; W. Todd Miller, Baker & Miller PLLC, Washington, DC, USA.

For Tram, Incorporated, Doing business as Tokai Rika U.S.A., Incorporated, Defendant (2:12md2311): David F. DuMouchel, Butzel Long (Detroit), Detroit, MI USA; George B. Donnini, Butzel Long, Detroit, MI USA; Randall E. Kahnke - MDL NOT ADMITTED, Faegre Baker Daniels, Minneapolis, MN USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA; Sheldon H. Klein, Butzel Long, Stoneridge West Bloomfield Hills, [*128] MI USA; W. Todd Miller, Baker & Miller PLLC, Washington, DC, USA.

For Junichi Funo, Defendant (2:12md2311): Craig D. Bachman, Lane Powell PC, Portland, OR USA; Kenneth R. Davis, II, Lane Powell PC, Portland, OR USA.

For Hirotsugu Nagata, Defendant (2:12md2311): Craig D. Bachman, Lane Powell PC, Portland, OR USA;

Kenneth R. Davis, II, Lane Powell PC, Portland, OR USA; Larry S. Gangnes, Lane Powell PC, Seattle, WA USA.

For Tetsuya Ukai, Defendant (2:12md2311): Craig D. Bachman, Lane Powell PC, Portland, OR USA; Kenneth R. Davis, II, Lane Powell PC, Portland, OR USA; Larry S. Gangnes, Lane Powell PC, Seattle, WA USA.

For Defendant, Fujikura Ltd. (2:12md2311): James L. Cooper, Arnold & Porter LLP, Washington, DC USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Katherine Clemons - MDL NOT ADMITTED, Arnold & Porter LLP, Washington, DC USA; Laura C. Taylor - NOT SWORN, Arnold & Porter LLP, Washington, DC USA; Matthew L. Powell, Kerr, Russell, Detroit, MI USA; Michael A. Rubin, Arnold & Porter LLP, Washington, DC USA.

For Sumitomo Electric Wintec America, Inc., Defendant (2:12md2311): Daniel M. Wall, Latham & Watkins, San Francisco, CA USA; Elizabeth A. Favaro, Giarmarco, Mullins, [*129] Troy, MI USA; Kelsey A. McPherson, Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For Kyungshin-Lear Sales And Engineering, Llc, 11-15445, Defendant (2:12md2311): Jeffrey G. Heuer, Jaffe, Raitt, Southfield, MI USA; Peter M. Falkenstein, Jaffe Raitt Heuer & Weiss, PC, Ann Arbor, MI USA; William P. Sanders, Smith, Gambrell & Russell, LLP, Atlanta, GA USA.

For Sumitomo Wiring Systems, Ltd., Defendant (2:12md2311): Daniel M. Wall, Latham & Watkins, San Francisco, CA USA; David Daniel Cross, Crowell & Moring LLP, Washington, DC USA; Elizabeth A. Favaro, Giarmarco, Mullins, Troy, MI USA; Kathleen Mary Clair, Crowell & Moring LLP, Washington, DC USA; Kelsey A. McPherson, Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; Rachel Lee Lang Talbot, Crowell & Moring LLP, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For Sumitomo Electric Wiring Systems, Inc., Defendant (2:12md2311): Daniel M. Wall, Latham & Watkins, San Francisco, CA USA; David Daniel Cross, Crowell & Moring LLP, [*130] Washington, DC USA; Elizabeth A. Favaro, Giarmarco, Mullins, Troy, MI USA; Kathleen Mary Clair, Crowell & Moring LLP, Washington, DC USA; Kelsey A. McPherson, Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; Rachel Lee Lang

Talbot, Crowell & Moring LLP, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For K&S Wiring Systems, Inc., Defendant (2:12md2311): Daniel M. Wall, Latham & Watkins, San Francisco, CA USA; Elizabeth A. Favaro, Giarmarco, Mullins, Troy, MI USA; Kathleen Mary Clair, Crowell & Moring LLP, Washington, DC USA; Kelsey A. McPherson, Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; Rachel Lee Lang Talbot, Crowell & Moring LLP, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For Sumitomo Wiring Systems (U.S.A.) Inc., Defendant (2:12md2311): Daniel M. Wall, Latham & Watkins, San Francisco, CA USA; David Daniel Cross, Crowell & Moring LLP, Washington, DC USA; Elizabeth A. Favaro, Giarmarco, Mullins, Troy, MI USA; Kathleen Mary Clair, Crowell & Moring LLP, Washington, DC USA; Kelsey A. McPherson, [*131] Latham & Watkins LLP, Washington, DC USA; Marguerite M. Sullivan, Latham & Watkins, Washington, DC USA; Rachel Lee Lang Talbot, Crowell & Moring LLP, Washington, DC USA; William H. Horton, Giarmarco, Mullins & Horton, P.C., Troy, MI USA.

For Tokai Rika, Ltd., Defendant (2:12md2311): Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For G.S. Electech, Inc., Defendant (2:12md2311): Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington, DC USA; Jay L. Levine, Porter Wright Morris & Arthur LLP, Washington, DC USA; John Monica, Jr., Porter Wright Morris & Arthur LLP, Washington, DC USA; Karri Allen - MDL NOT ADMITTED, Porter Wright Morris & Arthur LLP, Washington, DC USA; Molly Crabtree, Porter Wright Morris & Arthur, Columbus, OH USA; Salvatore A. Romano, Porter Wright Morris & Arthur LLP, Washington, DC USA.

For G.S. Wiring Systems, Inc., Defendant (2:12md2311): Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington, DC USA; Jay L. Levine, Porter Wright Morris & Arthur LLP, Washington, DC USA; John Monica, Jr., Porter Wright Morris & Arthur LLP, Washington, DC USA; Karri Allen - MDL NOT ADMITTED, Porter Wright Morris & Arthur LLP, Washington, DC USA; Molly Crabtree, [*132] Porter Wright Morris & Arthur, Columbus, OH USA; Salvatore A. Romano, Porter Wright Morris & Arthur LLP, Washington, DC USA.

For G.S.W. Manufacturing, Inc., Defendant

(2:12md2311): Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington, DC USA; Jay L. Levine, Porter Wright Morris & Arthur LLP, Washington, DC USA; John Monica, Jr., Porter Wright Morris & Arthur LLP, Washington, DC USA; Karri Allen - MDL NOT ADMITTED, Porter Wright Morris & Arthur LLP, Washington, DC USA; Molly Crabtree, Porter Wright Morris & Arthur, Columbus, OH USA; Salvatore A. Romano, Porter Wright Morris & Arthur LLP, Washington, DC USA.

For Nsk, Ltd., Defendant (2:12md2311): David A. Ettinger, Honigman, Miller, Schwartz and Cohn LLP, Detroit, MI USA; Jeremy J. Calsyn, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA; Mark Leddy, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA; Teale Toweill, Cleary Gottlieb Steen and Hamilton LLP, Washington, DC USA.

For Ntn Corporation, Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey L. Kessler, Winston & Strawn [*133] LLP, New York, NY USA; Molly Donovan, Winston & Strawn LLP, New York, NY USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Ntn USA Corporation, Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York, NY USA; Molly Donovan, Winston & Strawn LLP, New York, NY USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Nachi Fujikoshi Corporation, Defendant (2:12md2311): Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Jtekt Corporation, Defendant (2:12md2311): Alison R. Welcher, Sherman & Sterling LLP, Washington, DC USA; Heather Kafele, Shearman & Sterling LLP, Washington, DC USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Koyo Corporation of USA, Defendant (2:12md2311): Alison R. Welcher, Sherman & Sterling LLP, Washington, DC USA; Heather Kafele, Shearman & Sterling LLP, Washington, DC USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Schaeffler AG, Defendant Eric J. Mahr, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor,

MI USA; **[\*134]** Stacy E. Frazier, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA.

For Autoliv, Incorporated, Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Michael L. Brown, Alston & Bird LLP, Atlanta, GA USA; Peter Kontio, Alston & Bird, Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Autoliv Asp, Incorporated, Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Michael L. Brown, Alston & Bird LLP, Atlanta, GA USA; Peter Kontio, Alston & Bird Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Autoliv B.V. & Co. KG, Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Michael L. Brown, Alston & Bird LLP, Atlanta, GA USA; Peter Kontio, Alston & Bird **[\*135]** Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Takata Corporation, Defendant (2:12md2311): Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Tk Holdings, Incorporated, Defendant (2:12md2311): Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA; Samuel Davidoff, Williams & Connolly LLP, Washington, DC USA; Suzanne L. Wahl, Schiff Hardin LLP, Ann Arbor, MI USA.

For Trw Automobile Holdings Corporation, Defendant (2:12md2311): Benjamin W. Jeffers, Dykema Gossett (Detroit), Detroit, MI USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; James P. Feeney, Dykema Gossett, Bloomfield Hills, MI USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Autoliv North America, Inc., Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Autoliv Safety Technology, Inc., Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA;

Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Michael L. Brown, Alston & Bird LLP, Atlanta, **[\*136]** GA USA; Peter Kontio, Alston & Bird Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Autoliv Japan Ltd., Defendant (2:12md2311): Meredith Jones Kingsley, LEAD ATTORNEY, Alston and Bird LLP, Atlanta, GA USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Michael L. Brown, Alston & Bird LLP, Atlanta, GA USA; Peter Kontio, Alston & Bird Atlanta, GA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Ab Skf, Defendant (2:12md2311): Brian M. Moore, Dykema Gossett (Detroit), Bloomfield Hills, MI USA; Debra H. Dermody, Reed Smith LLP Pittsburgh, PA USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; Michelle Mantine, Reed Smith LLP, Pittsburgh, PA USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Nachi America Inc., Defendant (2:12md2311): Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Schaeffler Group USA, Incorporated, Defendant (2:12md2311): Eric J. Mahr, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA; Stacy E. Frazier, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, **[\*137]** DC USA.

For Skf USA Inc., Defendant (2:12md2311): Brian M. Moore, LEAD ATTORNEY, Dykema Gossett (Detroit), Bloomfield Hills, MI USA; Howard B. Iwrey, LEAD ATTORNEY, Dykema Gossett, Bloomfield Hills, MI USA; Debra H. Dermody, Reed Smith LLP Pittsburgh, PA USA; Michelle Mantine, Reed Smith LLP, Pittsburgh, PA USA.

For Nippon Seiki Company, Limited, Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York, NY USA; Jennifer M. Stewart, Winson & Strawn LLP, New York, NY USA; Molly Donovan, Winston & Strawn LLP, New York, NY USA.

For N.S. International, Ltd., Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York, NY USA; Jennifer M. Stewart, Winson & Strawn LLP, New York, NY USA; Molly Donovan, Winston & Strawn

LLP, New York, NY USA.

For New Sabina Industries, Inc., Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York, **[*138]** NY USA; Jennifer M. Stewart, Winson & Strawn LLP, New York, NY USA; Molly Donovan, Winston & Strawn LLP, New York, NY USA.

For Trw Deutschland Holding Gmbh, Defendant (2:12md2311): Benjamin W. Jeffers, Dykema Gossett (Detroit), Detroit, MI USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; James P. Feeney, Dykema Gossett, Bloomfield Hills, MI USA; Robert J. Wierenga, Schiff Hardin LLP, Ann Arbor, MI USA.

For Mitsubishi Electric Corporation, Defendant (2:12md2311): Gary K. August, Zausmer, Kaufman, August & Caldwell, P.C., Farmington Hills, MI USA.

For Hitachi Limited, Defendant (2:12md2311): Craig P. Seebald, Vinson & Elkins, L.L.P., Washington, DC, USA; Lindsey R. Vaala, Vinson & Elkins LLP, Washington, DC, USA.

For Hitachi Automotive Systems Limited, Defendant (2:12md2311): Craig P. Seebald, Vinson & Elkins, L.L.P., Washington, DC, USA; Lindsey R. Vaala, Vinson & Elkins LLP, Washington, DC, USA.

For Yamashita Rubber Co., Ltd., Defendant (2:12md2311): Danielle Garten, Arnold & Porter LLP, Washington, DC USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; James L. Cooper, Arnold & Porter LLP, Washington, DC USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA. **[*139]**

For Yusa Corporation, Defendant (2:12md2311): Danielle Garten, Arnold & Porter LLP, Washington, DC USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; James L. Cooper, Arnold & Porter LLP, Washington, DC USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA.

For Tokai Rubber Industries, Ltd., Defendant (2:12md2311): Eyitayo O. St. Matthew-Daniel, LEAD ATTORNEY, Morgan, Lewis & Bockius LLP, New York, NY USA; Larry J. Saylor, Miller, Canfield, Detroit, MI USA.

For Dtr Industries, Inc., Defendant (2:12md2311): Eyitayo O. St. Matthew-Daniel, LEAD ATTORNEY, Morgan, Lewis & Bockius LLP, New York, NY USA; Larry J. Saylor, Miller, Canfield, Detroit, MI USA.

For Calsonic Kansei Corporation, Defendant (2:12md2311): Adam Cardenas Hemlock, Weil, Gotshal

& Manges, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Matthew L. Powell, Kerr, Russell, Detroit, MI USA; Steven A. Reiss, Weil, Gotshal & Mangas LLP, New York, NY USA.

For T. Rad Co., Ltd., Defendant (2:12md2311): Jason R. Gourley, Bodman LLP, Detroit, MI USA; Peter S. Guryan, Fried, Frank, Harris, Shriver & Jacobson LLP, New York, NY USA; Peter L. Simmons, **[*140]** Fried, Frank, New York, NY USA; Steven M. Witzel, Fried, Frank, Harris, Shriver & Jacobson, LLP, New York, NY USA; Thomas J. Tallerico, Bodman, Troy, MI USA.

For Mitsuba Corporation, Defendant (2:12md2311): Austin Van Schwing- MDL Not Admitted, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA; George A. Nicoud, III, Gibson, Dunn & Crutcher, LLP, San Francisco, CA USA; Joel S. Sanders - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA; Leslie A. Wulff - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP Matthew L. Powell Kerr, Russell, Detroit, MI USA; Philip D.W. Miller - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, Palo Alton, CA USA; Stuart McPhail - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA.

For Alps Electric (North America), Inc., Defendant (2:12md2311): Maureen T. Taylor, Brooks Wilkins Sharkey & Turco PLLC, Birmingham, MI USA.

For Alps Automotive, Inc., Defendant (2:12md2311): Maureen T. Taylor, Brooks Wilkins Sharkey & Turco PLLC, Birmingham, MI USA.

For Fujikura Automotive America Llc, Defendant (2:12md2311): Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; James L. Cooper, Arnold & Porter LLP, Washington, DC USA; Joanne G. Swanson, **[*141]** Kerr, Russell, (Detroit), Detroit, MI USA; Katherine Clemons - MDL NOT ADMITTED, Arnold & Porter LLP, Washington, DC USA; Laura C. Taylor - NOT SWORN, Arnold & Porter LLP, Washington, DC USA; Matthew L. Powell, Kerr, Russell, Detroit, MI USA; Michael A. Rubin, Arnold & Porter LLP, Washington, DC USA.

For Panasonic Corporation of North America, Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Brandon W. Duke, Winston & Strawn LLP, Houston, TX USA; Erica C. Smilevski, Winston & Strawn LLP, New York, NY USA; Eva W. Cole, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey J. Amato, Winston & Strawn LLP, New York, NY USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York,

NY USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Matthew L. Powell, Kerr, Russell, Detroit, MI USA; Mollie C. Richardson, Winston & Strawn LLP, New York, NY USA.

For Koito Manufacturing Co., Ltd., Defendant (2:12md2311): Barbara Wootton, Arnold and Porter LLP, Washington, DC USA; Brian M. Moore, Dykema Gossett (Detroit), Bloomfield Hills, MI USA; Franklin R. Liss, Arnold and Porter LLP, Washington, DC USA; Howard B. Iwrey, **[*142]** Dykema Gossett, Bloomfield Hills, MI USA; Matthew L. Powell Kerr, Russell, Detroit, MI USA; Tiana L. Russell, Arnold and Porter LLP, Washington, DC USA.

For Panasonic Corporation, Defendant (2:12md2311): A. Paul Victor, Winston & Strawn LLP, New York, NY USA; Brandon W. Duke, Winston & Strawn LLP, Houston, TX USA; Erica C. Smilevski, Winston & Strawn LLP, New York, NY USA; Eva W. Cole, Winston & Strawn LLP, New York, NY USA; Fred K. Herrmann, Kerr, Russell, Detroit, MI USA; Jeffrey J. Amato, Winston & Strawn LLP, New York, NY USA; Jeffrey L. Kessler, Winston & Strawn LLP, New York, NY USA; Joanne G. Swanson, Kerr, Russell, (Detroit), Detroit, MI USA; Matthew L. Powell, Kerr, Russell, Detroit, MI USA; Mollie C. Richardson, Winston & Strawn LLP, New York, NY USA.

For Diamond Electric Mfg. Corporation, Defendant (2:12md2311): Abram J. Ellis, Simpson Thacher & Bartlett LLP, Washington, DC USA; David T. Shogren, Simpson Thacher & Bartlett LLP, Washington, DC USA; George S. Wang, Simpson Thacher & Bartlett LLP, New York, NY USA; Matthew J. Reilly, Simpson Thacher & Bartlett LLP, Washington, DC USA; Timothy J. Lowe, McDonald Hopkins PLC, Bloomfield Hills, MI USA.

For Diamond Electric Mfg. Co., **[*143]** Ltd., Defendant (2:12md2311): Abram J. Ellis, Simpson Thacher & Bartlett LLP, Washington, DC USA; David T. Shogren, Simpson Thacher & Bartlett LLP, Washington, DC USA; George S. Wang, Simpson Thacher & Bartlett LLP, New York, NY USA; Matthew J. Reilly, Simpson Thacher & Bartlett LLP, Washington, DC USA; Timothy J. Lowe, McDonald Hopkins PLC, Bloomfield Hills, MI USA.

For Stanley Electric Co. Ltd., Defendant (2:12md2311): Abram J. Ellis, Simpson Thacher & Bartlett LLP, Washington, DC USA; David T. Shogren, Simpson Thacher & Bartlett LLP, Washington, DC USA; George S. Wang, Simpson Thacher & Bartlett LLP, New York, NY USA; Matthew J. Reilly, Simpson Thacher & Bartlett LLP, Washington, DC USA; Timothy J. Lowe, McDonald Hopkins PLC, Bloomfield Hills, MI USA.

For American Mitsuba Corporation, Defendant (2:12md2311): Austin Van Schwing- MDL Not Admitted, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA; George A. Nicoud, III, Gibson, Dunn & Crutcher, LLP, San Francisco, CA USA; Joel S. Sanders - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA; Leslie A. Wulff - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA; Philip D.W. Miller - MDL NOT ADMITTED, **[*144]** Gibson, Dunn & Crutcher LLP, Palo Alton, CA USA; Stuart McPhail - MDL NOT ADMITTED, Gibson, Dunn & Crutcher LLP, San Francisco, CA USA.

For Valeo Inc., Defendant (2:12md2311): Brian Byrne, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; Ryan M. Davis, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA.

For Valeo Electrical Systems, Inc., Defendant (2:12md2311): Brian Byrne, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; Ryan M. Davis, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA.

For Valeo Climate Control Corp., Defendant (2:12md2311): Brian Byrne, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA; Howard B. Iwrey, Dykema Gossett, Bloomfield Hills, MI USA; Ryan M. Davis, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC USA.

For Nsk Americas, Inc., Defendant (2:12md2311): Teale Toweill, Cleary Gottlieb Steen and Hamilton LLP, Washington, DC USA.

For Mitsubishi Heavy Industries America, Inc., Defendant (2:12md2311): Corey W. Roush, Hogan Lovells, Washington, DC USA; Scott T. Seabolt, Foley & Lardner, Detroit, MI USA.

For Mitsubishi **[*145]** Heavy Industries Climate Control, Inc., Defendant (2:12md2311): Corey W. Roush, Hogan Lovells, Washington, DC USA; Scott T. Seabolt, Foley & Lardner, Detroit, MI USA.

For Mcguire Bearing Company, Interested Party (2:12md2311): Brent W. Johnson, Cohen Milstein Sellers & Toll PLLC, Washington, DC USA; Kit A. Pierson, Cohen Mistein Sellers & Toll PLLC, Washington, DC USA; Manuel J Dominguez, Cohen Milstein Sellers & Toll PLLC, Palm Beach Gardens, FL USA; Meghan M. Boone, Cohen Milstein Sellers & Toll PLLC, Washington, DC USA; Solomon B. Cera, Gold Bennett Cera & Sidenar LLP, San Francisco, CA USA;

Thomas C. Bright, Gold Bennett Cera & Sidener, LLP, San Francisco, CA USA.

For Sherman Bearings, Inc., Interested Party, United States of America, Intervenor (2:12md2311): Peter A. Caplan, United States Attorney's Office, Detroit, MI USA.

For City of Richmond, Plaintiff (2:14cv106):James R. Noblin - MDL NOT ADMITTED, Green & Noblin PC, Larkspur , CA USA; Jaye Quadrozzi, Young & Associates, Farmington Hills , MI USA; Karen Morris - MDL NOT ADMITTED, Morris and Morris LLC, Wilmington , DE USA; Lesley E. Weaver - MDL NOT ADMITTED, Block & Leviton LLP, Oakland , CA USA; Patrick F. Morris - MDL NOT [*146] ADMITTED, Morris and Morris LLC, Wilmington , DE USA; R. Michael Lindsey - MDL NOT ADMITTED, Morris and Morris LLC, Wilmington , DE USA; Robert S Green - MDL NOT ADMITTED, Green & Noblin, P.C., Larkspur , CA USA; Sara Klettke MacWilliams, Young & Associates, Farmington Hills , MI USA; Rodger D. Young, Young & Associates, Farmington Hills , MI USA.

For End-Payor Plaintiffs, Plaintiff (2:14cv106):Devon P. Allard, Miller Law Firm, Rochester , MI USA; E. Powell Miller, The Miller Law Firm, Rochester , MI USA; Rodger D. Young, Young & Associates, Farmington Hills , MI USA; Steven N. Williams, Cotchett, Pitre & McCarthy, LLP, Burlingame , CA USA.

For Denso Corp., Defendant (2:14cv106):Brian C. Smith, Wilmer Cutler Pickering Hale and Door LLP, Washington , DC USA; David P. Donovan, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; David S. Molot, Wilmer Cutler Pickering Hale and Dorr, Washington , DC USA; Joshua S. Press, U.S. Department of Justice, Civil Division, Office Of Immigration Litigation - District Court Section, Washington , DC USA; Kurt G. Kastorf, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; Patrick J. Carome, Wilmer Cutler Pickering Hale and Dorr, [*147] LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Denso International America, Inc., Defendant (2:14cv106):Brian C. Smith, Wilmer Cutler Pickering Hale and Door LLP, Washington , DC USA; David P. Donovan, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; David S. Molot, Wilmer Cutler Pickering Hale and Dorr, Washington , DC USA; Joshua S. Press, U.S. Department of Justice, Civil Division Office Of Immigration Litigation - District Court Section Washington , DC USA; Kurt G. Kastorf, Wilmer Cutler

Pickering Hale and Dorr LLP, Washington , DC USA; Patrick J. Carome, Wilmer Culter Pickering Hale and Dorr, LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; Steven M. Zarowny, Denso International America, Inc.,, Southfield , MI USA.

For Fujikura Ltd., Defendant (2:14cv106):James L. Cooper, Arnold & Porter LLP, Washington , DC USA; Katherine Clemons - MDL NOT ADMITTED, Arnold & Porter LLP, Washington , DC USA; Laura C. Taylor - NOT SWORN, Arnold & Porter LLP, Washington , DC USA; Michael A. Rubin, Arnold & Porter LLP, Washington , DC USA; Steven F. Cherry, Wilmer [*148] Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Fujikura America, Inc., Defendant (2:14cv106):James L. Cooper, Arnold & Porter LLP, Washington , DC USA; Katherine Clemons - MDL NOT ADMITTED, Arnold & Porter LLP, Washington , DC USA; Laura C. Taylor - NOT SWORN, Arnold & Porter LLP, Washington , DC USA; Michael A. Rubin, Arnold & Porter LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Furukawa Electric Co., Ltd., Defendant (2:14cv106):Craig D. Bachman, Lane Powell PC, Portland , OR Darin Sands, Lane Powell PC, Portland , OR USA; Kenneth R. Davis , II, Lane Powell PC, Portland , OR USA; Larry S. Gangnes, Lane Powell PC, Seattle , WA USA; Masayuki Yamaguchi, Lane Powell PC, Portland , OR USA; Richard D. Bisio, Kemp, Klein,, Troy , MI USA; Ronald S. Nixon, Kemp, Klein,, Troy , MI USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For American Furukawa, Inc., Defendant (2:14cv106):Craig D. Bachman, Lane Powell PC, Portland , OR USA; Darin Sands, Lane Powell PC, Portland , OR USA; Kenneth R. Davis , II, Lane Powell PC, Portland , OR USA; Larry S. Gangnes, Lane Powell PC, Seattle , [*149] WA USA; Masayuki Yamaguchi, Lane Powell PC, Portland , OR USA; Richard D. Bisio, Kemp, Klein,, Troy , MI USA; Ronald S. Nixon, Kemp, Klein,, Troy , MI USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Leoni Wiring Systems, Inc., Defendant (2:14cv106):Megan L. Havstad, O'Melveny & Myers LLP, San Francisco , CA USA; Michael F. Tubach, O'Melveny & Myers LLP, San Francisco , CA USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Leonische Holding, Inc., Defendant (2:14cv106):Megan L. Havstad, O'Melveny & Myers LLP, San Francisco , CA USA; Michael F. Tubach, O'Melveny & Myers LLP, San Francisco , CA USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Sumitomo Electric Industries, Ltd., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Sumitomo Electric Wintec America, Inc., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Sumitomo Wiring **[*150]** Systems, Ltd., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Sumitomo Electric Wiring Systems, Inc., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For K&S Wiring Systems, Inc., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Sumitomo Wiring Systems (U.S.A.) Inc., Defendant (2:14cv106):Marguerite M. Sullivan, Latham & Watkins, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For Yazaki Corporation, Defendant (2:14cv106):John M. Majoras, Jones Day, Columbus , OH USA; Michael R. Shumaker, Jones Day, Washington , DC USA; Michelle K. Fischer, Jones Day (Cleveland), Cleveland , OH USA; USA; Stephen J. Squeri, Jones Day North Point, Cleveland , OH USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; Tiffany Danielle Lipscomb-Jackson, Jones Day, **[*151]** Washington , DC USA.

For Yazaki North America, Inc., Defendant (2:14cv106):John M. Majoras, Jones Day, Columbus , OH USA; Michael R. Shumaker, Jones Day, Washington , DC USA; Michelle K. Fischer, Jones Day (Cleveland), Cleveland , OH USA; USA; Stephen J. Squeri, Jones Day North Point, Cleveland , OH USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; Tiffany Danielle Lipscomb-Jackson, Jones Day, Washington , DC USA.

For Tokai Rika Co., Ltd., Defendant (2:14cv106):David F. DuMouchel, Butzel Long (Detroit), Detroit , MI USA George B. Donnini, Butzel Long, Detroit , MI USA; Sheldon H. Klein, Butzel Long, Stoneridge West Bloomfield Hills , MI USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; W. Todd Miller, Baker & Miller PLLC, Washington , DC USA.

For Tram, Inc., Defendant (2:14cv106):David F. DuMouchel, Butzel Long (Detroit), Detroit , MI USA; George B. Donnini, Butzel Long, Detroit , MI USA; Kimberly N. Shaw - NOT SWORN, TRAM, Inc., Plymouth , MI USA; Sheldon H. Klein, Butzel Long, Stoneridge West, Bloomfield Hills , MI USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA; W. Todd Miller, **[*152]** Baker & Miller PLLC, Washington , DC USA.

For Gs Electech, Inc., Defendant (2:14cv106):Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For G.S. Wiring Systems, Inc., Defendant (2:14cv106):Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

For G.S.W. Manufacturing Inc., Defendant (2:14cv106):Donald M. Barnes, Porter Wright Morris & Arthur LLP, Washington , DC USA; Steven F. Cherry, Wilmer Cutler Pickering Hale and Dorr LLP, Washington , DC USA.

**Judges:** HON. MARIANNE O. BATTANI, United States District Judge.

**Opinion by:** MARIANNE O. BATTANI

# Opinion

### OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on Defendants' Collective Motion (1) To Dismiss All Class Components of the Complaint and (2) For a More Definite Statement Regarding Named Plaintiffs' Individual Claims. (Doc. No. 36). The Court heard oral argument on January 28, 2015, and at the conclusion of the hearing took this

matter under advisement. For the reasons that follow, the motion is **[*153] GRANTED** in part and **DENIED** in part.

# I. INTRODUCTION

After the United States Judicial Panel on Multidistrict Litigation ("Judicial Panel" or "Panel") transferred actions sharing "factual questions arising out of an alleged conspiracy to inflate, fix, raise, maintain, or artificially stabilize prices of automotive wire harness systems" to the Eastern District of Michigan, (12-md-02311, Doc. No. 2), in February 2012, the scope and extent of alleged antitrust conspiratorial conduct in the automotive component parts industry grew significantly. In June 2012, the Judicial Panel expanded MDL No. 2311 to include alleged conspiracies to fix the prices of three additional component parts, and eventually the number of component parts reached twenty-nine.

On October 3, 2014, five Public Entity Plaintiffs ("PEPs") filed suit against Defendants in the Wire Harness Systems component cases. The named plaintiffs include City of Richmond (California), City of Traverse City (Michigan), Oakland County (Michigan), Mecklenburg County (North Carolina), and Village of Northport (New York) (the "Named PEPs"). Named PEPs seek to represent themselves and "other similarly situated states, state subdivisions, agencies **[*154]** and instrumentalities, and local government subdivisions and agencies, including but not limited to municipalities, cities, counties and towns . . . ." (Doc. No. 31 at ¶ 2). The complaint also alleges claims under the laws of thirteen additional states where no Named PEP resides. (Id. at ¶¶ 217-250).

Defendants include DENSO Corp., DENSO International America, Inc., Fujikura Ltd., Fujikura America, Inc., Furukawa Electric Co., Ltd., American Furukawa, Inc., Leoni Wiring Systems, Inc., Leonische Holding, Inc., Sumitomo Electric Industries, Ltd., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc., K&S Wiring Systems, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Tokai Rika Co., Ltd., TRAM, Inc., G.S. Electech, Inc., G.S. Wiring Systems, Inc., G.S.W. Manufacturing Inc., and Yazaki Corp.

# II. FACTUAL BACKGROUND

PEPs allege that Defendants conspired "to suppress and eliminate competition in the automotive parts industry by agreeing to rig bids for, fix, stabilize and maintain the prices of, and allocate the supply of electronic automotive wire harness systems and related components installed in automobiles" from 2000 to 2010. (Id. at **[*155]** ¶ 1). PEPs identify two putative classes in their complaint, a "Nationwide Class" and a "Damages Class." The Nationwide Class, which excludes States or sovereign subunits of States, seeks equitable and injunctive relief for "[a]ll municipalities, cities, counties, villages, towns, and other local government subdivisions, agencies, districts, special districts, and public utilities that indirectly purchased [a wire harness] in the United States from any Defendant. . . ." (Id. at ¶ 156). The Damages Class seeks damages on behalf of local government subdivisions and agencies under the antitrust and unfair competition laws of seventeen states, including Arizona, California, Iowa, Maine, Maryland, Michigan, Minnesota, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, South Dakota, West Virginia, and Wisconsin. (Id. at ¶ 157). However, the Damages Class also identifies a separate group that includes Arizona, Maine, Maryland, Michigan, Minnesota, New Mexico, New York, North Carolina, and West Virginia, and their subunits, to the local government subdivisions and agencies.

Defendants seek to dismiss or strike the class action allegations from the complaint under **[*156]** *Rule 12(b)(1)*, *Rule 12(b)(6)*, or *Rule 23(d)(1)(D)*. In addition, Defendants seek a more definite statement from the Named Plaintiffs regarding counsels' capacity to proceed.

# III. STANDARDS OF REVIEW

A motion brought under *Rule 12(b)(1)* challenges subject matter jurisdiction. Sovereign immunity may also serve as a basis for a *Fed. R. Civ. P. 12(b)(1)* motion to dismiss for lack of jurisdiction. *Muniz-Muniz v. United States Border Patrol, 741 F.3d 668, 671 (6th Cir. 2013)*. Although "the *Eleventh Amendment* is jurisdictional in the sense that it is a limitation on the federal court's judicial power," it "'is not coextensive with the limitations on judicial power in Article III.'" *Nair v. Oakland Cnty./Cmty. Mental Health Auth., 443 F.3d 469, 474 (6th Cir. 2006)* (citing *Calderon v. Ashmus, 523 U.S. 740, 745 n. 2, 118 S. Ct. 1694, 140 L. Ed. 2d 970 (1998))*. Further, "'the entity asserting *Eleventh Amendment* immunity has the burden to show that it is entitled to immunity.'" Id. (citation omitted). In resolving a motion seeking dismissal based upon sovereign-immunity,

federal courts have discretion to address the issue before or after addressing the merits. *Nair, 443 F.3d at 473-77*.

*Federal Rule of Civil Procedure 12(b)(6)* allows district courts to dismiss a complaint that fails "to state a claim upon which relief can be granted." To survive a motion to dismiss for failure to state a claim under *Rule 12(b)(6)*, the plaintiff must show that his complaint alleges facts which, if proven, would entitle him to relief. *First Am. Title Co. v. DeVaugh, 480 F.3d 438, 443 (6th Cir. 2007)*. "A complaint must contain either direct or inferential allegations with respect to all material elements **[*157]** necessary to sustain a recovery under some viable legal theory." *Weiner v. Klais & Co., 108 F.3d 86, 88 (6th Cir. 1997)*. When reviewing a motion to dismiss, the Court "must construe the complaint in the light most favorable to the plaintiff, accept all factual allegations as true, and determine whether the complaint contains enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007)*. Although the federal procedural rules do not require that the facts alleged in the complaint be detailed, "'a plaintiff's obligation to provide the 'grounds' of his 'entitlement to relief' requires more than labels and conclusions, and a formulaic recitation of a cause of action's elements will not do.'" *Twombly, 550 U.S. at 555*; *Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009)* ("Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice.").

Under *Rule 23(d)(1)(D)*, a court may "require that the pleadings be amended to eliminate allegations about representation of absent persons and that the action proceed accordingly." *Fed. R. Civ. P. 23(d)(1)(D)*.

*Rule 12(e) of the Federal Rules of Civil Procedure* provides that when a pleading is "so vague or ambiguous that the party cannot reasonably prepare a response" a party may move for a more definite statement. *Fed. R. Civ. P. 12(e)*.

## IV. ANALYSIS

### A. Jurisdiction

Here, PEPs advance claims on behalf of several States and their subunits. **[*158]** The parties contest whether the *Eleventh Amendment* limits the Court's jurisdiction

over the State Entities. Defendants maintain that the *Eleventh Amendment* prohibits litigation that seeks to adjudicate offensive claims on behalf of nonconsenting state entities. According to Defendants, each state must waive its sovereign immunity before this Court can exercise jurisdiction. Because the complaint contains no allegations that any State Entity has waived its sovereign immunity, Defendants conclude the Court may not entertain any of PEPs' claims brought on behalf of the States.

A state's sovereign immunity arises under the *Tenth* and *Eleventh Amendments*. *Alden v. Maine, 527 U.S. 706, 712-14, 119 S. Ct. 2240, 144 L. Ed. 2d 636 (1999)*. Under the *Eleventh Amendment*, "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State." *U.S. Const. amend. XI*. See *FMC v. S.C. State Ports Auth., 122 S. Ct. 1864, 535 U.S. 743, 746, 152 L. Ed. 2d 962, (2002)* (observing that the "purpose of state sovereign immunity is to accord States the dignity that is consistent with their status as sovereign entities"). This immunity applies to the State and any arm of the State. *Johnson v. University of Cincinnati, 215 F.3d 561, 571 (6th Cir. 2000)*. "Indeed, the very object and purpose of the *11th Amendment* [is] to prevent the indignity of subjecting a State to the coercive process of judicial **[*159]** tribunals at the instance of private parties." *Thomas v. FAG Bearings Corp., 50 F.3d 502, 506 (8th Cir. 1995)* (internal quotations and citations omitted). Because state sovereign immunity is broader than, and independent of, the immunity provided by the *Eleventh Amendment*, See *Alden v. Maine, 527 U.S. 706, 713, 119 S. Ct. 2240, 144 L. Ed. 2d 636 (1999)*; *Idaho v. Coeur d'Alene Tribe of Idaho, 521 U.S. 261, 267, 117 S. Ct. 2028, 138 L. Ed. 2d 438(1997)*, the Supreme Court has long recognized that "state sovereign immunity is not confined by the text of the *Eleventh Amendment*, but is part of the constitutional structure." *In re Methyl Tertiary Butyl Ether (""MTBE") Products Liab. Litig., 488 F.3d 112, 116 (2d Cir. 2007)* (citing *Hans v. Louisiana, 134 S. 1, 10 S. Ct. 504, 33 L. Ed. 842 (1890))*.

Before turning to Defendants' argument that the Court may not exercise jurisdiction over the State Entities because there has been no waiver of sovereign immunity, the Court addresses PEPs' claim that Defendants lack standing to assert the defense of sovereign immunity on behalf of the States or, in the alternative, the issue is not ripe.

### 1. Standing

It is well-established that a party "must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties." *Warth v. Seldin, 422 U.S. 490, 499, 95 S. Ct. 2197, 45 L. Ed. 2d 343 (1975)*. Further, the Court is mindful that the decision of whether to waive immunity lies solely with the State. *Nair v. Oakland Cnty. Cmty. Mental Health Auth., 443 F.3d 469, 476 (6th Cir. 2006)* ("And it is just one party's litigation conduct — the sovereign's — that may alter the existence of federal-court jurisdiction."); *Wisconsin Dep't of Corrections v. Schacht, 524 U.S. 381, 389, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998)* (observing that the **[*160]** *Eleventh Amendment* "grants the State a legal power to assert a sovereign immunity should it choose to do so"). This case presents a twist in that sovereign immunity is not being raised as a defense by any of the nine identified States because the States are not in a position to waive immunity.

Although "federal courts have no obligation to raise an *Eleventh Amendment* issue on their own," they are free "to do so if they wish." *Schacht, 524 U.S. at 389*. Notably, subject matter jurisdiction of a federal court may be raised at any stage of the litigation, including on appeal, by any party, including the court. See *In re Canion, 196 F.3d 579, 585 (5th Cir. 1999)*; see also *S&M Brands, Inc. v. Cooper, 527 F.3d 500, 507 (6th Cir. 2008)* (noting that courts have the authority to raise the issue of sovereign immunity *sua sponte* because it implicates questions of federal jurisdiction). The Court finds standing is properly before it.

### 2. Ripeness

PEPs also assert that the issue of sovereign immunity is not ripe because the State Entities are not presently threatened with any detriment to their *Eleventh Amendment* immunity. According to PEPs, the issue becomes ripe once the class is certified, at which point the State Entities may opt out or assert their sovereign immunity. PEPs maintain that a ruling prior to that time will terminate the State Entities' ability to choose whether to **[*161]** remain part of the class or seek relief independently.

Although Public Entity Plaintiffs urge the Court to defer the issue to the class certification stage of this litigation, the Court declines to do so. PEPs are correct that under *Fed. R. Civ. P. 23*, a State could file objections to the class and opt out once the class is certified. Nevertheless, the Court finds that procedure does not give proper deference to the doctrine of sovereign immunity. See *Nair, 443 F.3d at 476* (observing that "the trend is to allow courts discretion as to when to address sovereign immunity). Because the Court has rejected the procedural and timing arguments, it turns addresses the merits of the parties' arguments below.

### 3. Merits

In support of their quest for dismissal of the class allegations regarding the States, Defendants rely on a factually analogous case: *Walker v. Liggett Group, Inc., 982 F. Supp. 1208, 1210 (S.D. W. Va. 1997)*. In Walker, the court granted preliminary certification of a settlement class that included "all persons or entities, including without limitation, any territory, city, county, state, parish, possession or any other political subdivision thereof, or any agency or instrumentality of any of the foregoing" and excluded any state that opted out of the proposed agreement. *Id. at 1209*. Several states, **[*162]** through their attorneys general, objected, arguing the opt out provision was inappropriate inasmuch as they had not consented, and the court, therefore, lacked jurisdiction over them.

The Walker court acknowledged that because the states had not affirmatively consented to involvement in the action, nor acquiesced in a manner showing consent, the states were "cast as unwilling [p]laintiffs," more analogous to defendants. *Id. at 1210*. Consequently, it concluded that the *Eleventh Amendment* protections applied. Id.

The court added a second ground for dismissal: private counsel lacked authorization to represent the states where the states granted exclusive authority for their representation to their respective attorney generals. The Walker court found that it was obliged to afford full faith and credit to those state laws. *Id. at 1211*.

Lastly, the Walker court held that the opt out provisions in the settlement agreement and certification order did not satisfy sovereign immunity issues. Id. The court then dismissed not only those states that had objected, but all the states and subdivisions.

This Court recognizes that the issue in Walker was raised after certification whereas in this case, the issue is raised well in advance of any certification **[*163]** request. The Court finds that the timing does not

mandate deferral of the issue. The reasoning in Walker has been extended by the Eighth Circuit Court of Appeals and applied at a much earlier stage in litigation. Specifically, in *Thomas v. FAG Bearings Corp., 50 F.3d 502, 505 (8th Cir. 1995)* (holding that the *Eleventh Amendment* prohibited involuntary joinder of a state agency on the plaintiff side of litigation), the issue raised by the defendant on interlocutory appeal was "whether the *Eleventh Amendment* prohibits involuntary joinder of the Missouri Department of Natural Resources ("MDNR"), a state agency" even if the state agency would be realigned as a plaintiff. In its decision, the appellate court stated that a "suit," as defined in the *Eleventh Amendment*, means "the prosecution, or pursuit, of some claim, demand or request," which would serve to "restrain the Government from acting, **or to compel it to act**." Id. (internal quotations and citations omitted) (emphasis added). Based on its analysis, the appellate court reversed the lower court's holding that the *Eleventh Amendment* was inapplicable to coercive joinder. The court reasoned that the *Eleventh Amendment's* protection for state autonomy and treasure precluded forcing a state agency from prematurely prosecuting its claim at a time and place dictated by federal court. Thus, **[*164]** the state agency was dismissed. That rationale applies with equal force to the situation presented to this Court.

The Court is not persuaded a contrary result is mandated by the decision in *In re Methyl Tertiary Butyl Ether Prods. Liability Litig., 488 F.3d 122 (2d Cir. 2007)*, which declined to extend sovereign immunity to protect plaintiff states. Rather, it defined "sovereign immunity as protection from being sued." *Id. at 119*. The facts before the Second Circuit render its holding less persuasive. Notably, California and New Hampshire had filed separate actions in their respective state courts. They moved to remand after the defendants removed those actions as well as many related actions in other state courts, which were then transferred to one federal court by the Judicial Panel on Multidistrict Litigation. Therefore, the federal district court considered, among other things, an issue that is easily distinguished from the situation at hand: whether principles of sovereign immunity were violated when a state plaintiff voluntarily prosecutes a claim in state court which is removed to federal court.

In sum, the Court finds the reasoning in *Walker* more persuasive. Accordingly, the Court dismisses the class allegations advanced on behalf of the State entities on sovereign immunity **[*165]** grounds.

**B. Authorization to Proceed**

Because the *Eleventh Amendment* does not bar suits against counties, cities, towns, or villages, *Alden v. Maine, 527 U.S. 706, 756, 119 S. Ct. 2240, 144 L. Ed. 2d 636 (1999)*, Defendants challenge the class allegations advanced on behalf of the local governmental entities and subunits on different grounds. According to Defendants, private counsel for Public Entity Plaintiffs are prohibited from bringing suit on behalf of named and absent governmental entities given the lack of evidence that private counsel possesses the necessary authority from those same governmental entities. The argument also applies as an alternative basis for dismissal of the class allegations relative to the States. PEPs dispute Defendants' position observing that governmental entities have been a feature of Rule 23 class actions for decades. PEPs are correct; however, the narrower issue presented in Defendants' motion is whether those governmental entities may be represented by private counsel without authorization by the particular public entity class member. Before the Court addresses the timing dispute, it considers PEPs' contention that the dispute *Shady Grove Orthopedic Assocs. v. Allstate Ins. Co., 559 U.S. 393, 422, 130 S. Ct. 1431, 176 L. Ed. 2d 311 (2010)* answers that question because Rule 23 trumps any and all state laws that dictate who may represent public entities. Defendants disagree. **[*166]**

In Shady Grove, the Supreme Court articulated the framework for determining the resolution of a conflict between a federal procedural rule and state law. The issue before the Supreme Court in Shady Grove involved a direct conflict between state law and *Rule 23, Fed. R. Civ. P.*, because both addressed when a class action may be maintained. *Id. at 401-02*. The Supreme Court decided that *Rule 23* did not violate the Rules Enabling Act despite a direct conflict with New York's rules prohibiting class treatment of claims involving penalties or statutory minimum damages. The Supreme Court found that the state's prohibition on class actions was not an attempt to define rights or remedies. In reaching its decision, the Supreme Court's first step involved an assessment of "whether the federal and state rules [could] be reconciled." *Shady Grove, 559 U.S. at 410*. In those situations where the rules cannot be reconciled, the court must determine "whether the Federal Rule runs afoul of *28 U.S.C. § 2072(b)*," which states that federal procedural rules "shall not abridge, enlarge, or modify any substantive right." Id.

Here, the Court notes that *Rule 23* and the various state laws governing representation serve different purposes. *Rule 23* sets forth the criteria and procedures for maintaining a class action **[*167]** in federal court whereas the state laws establish who may represent a particular public entity, not whether or when individual claims can be litigated together as a class action. Moreover, governmental entities are not precluded from hiring private counsel to represent their interests in litigation. Therefore, the Court finds no conflict exists and turns its attention to whether a resolution regarding private counsel's ability to proceed should be delayed until the class certification stage of this litigation.

According to Defendants, without authorization from the public entities' government counsel, PEPs may be proceeding in violation of numerous local laws governing the responsibilities of government counsel. See e.g. *Town of Claverack v. Brew, 277 A.D.2d 807, 809-10, 716 N.Y.S.2d 748, 750 (2000)* (holding that once the defendants asserted "the litigation had not been brought by the proper Town entity or official, the onus was on plaintiff to come forward with evidence establishing that the action was authorized" and dismissing the action). Therefore, the issue should be addressed now. In contrast, PEPs assert that, because *Fed. R. Civ. P. 23* provides a mechanism for government counsel to intervene and object, the decision should be delayed until class certification. See *In re McKesson Governmental Entities Average Wholesale Price Litig., 767 F. Supp. 2d 263 (D. Mass. 2011)* (deferring **[*168]** the issue to class certification, observing that the court can protect the interests of the states by refusing to define the class to include those governmental entities who are unwillingly cast as a plaintiff).

Defendants' request to strike the allegations of absent governmental entities implicates *Federal Rules of Civil Procedure 12(f)* and *23(d)(1)(D)*. *Rule 12(f)* permits a district court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." *Fed. R. Civ. P. 12(f)*. *Rule 23(d)(1)(D)* authorizes a court to "issue orders that. . .require that the pleadings be amended to eliminate allegations about representation of absent persons and that the action proceed accordingly." *Fed. R. Civ. P. 23(d)(1)(D)*. Accord 1 Joseph M. McLaughlin, McLaughlin on Class Actions § 3:4 (11th ed. 2014). Consequently, the Court has the authority to strike the class allegations, if appropriate, even before a motion for class certification. *Bell v. Cheswick Generating Station, Genon Power Midwest, L.P., No. CIV.A. 12-*

*929, 2015 U.S. Dist. LEXIS 9791, 2015 WL 401443, at *2 (W.D. Pa. Jan. 28, 2015)*.

In this case, the Court finds this issue is better resolved at this early stage of litigation. This case has been pending for a year, and the nationwide class implicates thousands of potential governmental entities. Defendants have cited applicable state law **[*169]** demonstrating that a government entity typically must be represented by its designated counsel.

Moreover, in addition to their authorization argument, Defendants contend the litigation violates *Rule 23* because it creates an opt in class. More particularly, in *Ackal v. Centennial Beauregard Cellular, LLC, 700 F.3d 212 (5th Cir. 2012)*, the appellate court ruled that the trial court had abused its discretion when it certified a class of governmental entities located in Louisiana because certification in essence created an opt in class which is not permitted under *Rule 23*. The plaintiffs in the class action included 299 governmental entities made up of "parish police, juries, parish school boards, and other local boards and commissions." *Id. at 215*. The defendant filed an interlocutory appeal, arguing "that the district court erred in certifying a class of governmental entities to be represented by private counsel," when state law required the governmental entities to meet criteria before retaining private representation Id. In addition, the defendants asserted that the class had to opt in because the criteria had not been met. The appellate court agreed. The court in *Dallas County v. MERSCORP, Inc., No. 3:11-CV-02733-O, 2012 U.S. Dist. LEXIS 176533, 2012 WL 6208385, at *6-10 (N.D. Tex. Dec. 13, 2012)* went even further, striking class allegations because the proposed **[*170]** class made up of Texas counties "would function as an "opt in" class, which is prohibited by *Federal Rule of Civil Procedure 23*." Id.

As support that no basis exists for dismissing class allegations, PEPs rely on *Pac. Gas & Elec. Co. v. Cnty. of Stanislaus, 16 Cal. 4th 1143, 69 Cal. Rptr. 2d 329, 947 P.2d 291, 293 (Calif. 1997)*. In that case, the defendant utility company filed a state court action challenging the county's power to file the federal class action, alleging that it was harmed by a utility company's price-fixing scheme. According to the utility company, the state attorney general had sole authority to bring an antitrust action on the county's behalf because the challenged conduct and the resulting injuries occurred, for the most part, outside the county. Id. The state court disagreed, finding that the district attorney of any county possessed the authority to bring a civil action for

antitrust violations as did other political subdivisions. *Id. at 337*. The state court also found that a district attorney could bring "such actions on behalf of the counties, cities, and other political subdivisions within the district attorney's county." Id. The state court did not specifically address whether private counsel could represent the governmental entities in a class action claim without authorization.

None of the cases cited by PEPs have **[*171]** directly addressed the legal consequences of the statutory requirements that local state entities must satisfy before being represented by private counsel. Here, the Courts finds the issue of representation by private counsel poses a legal impediment to the class allegations. Therefore, the Court strikes the class allegations.

## C. Standing

Lastly, Defendants challenge standing. Named Plaintiffs are located in four states, but they assert damages claims under the laws of seventeen states. There are no allegations that the named Plaintiffs indirectly purchased a Wire Harness System in any of the states other than the four where they are located.

In prior decisions in this multidistrict litigation the Court repeatedly has deferred a resolution on the standing issue until after a class certification, finding the certification issues are "logically antecedent to Article III concerns." See *Ortiz v. Fibreboard Corp., 527 U.S. 815, 831, 119 S. Ct. 2295, 144 L. Ed. 2d 715 (1999)*; *Amchem Prods. v. Windsor, 521 U.S. 591, 612, 117 S. Ct. 2231, 138 L. Ed. 2d 689 (1997)*. In contrast to an named end-payor, who may have indirectly purchased a Wire Harness System in a state other than the state of his current residence or moved to another state after purchase, no such inference arises relative to Named Plaintiffs, which **[*172]** are government entities, for plausibly alleging that they have been harmed under the laws of any state other than the states in which they are located--California, Michigan, New York, and North Carolina. Consequently, the Court finds the reasoning in *In re Lithium Ion Batteries Antitrust Litig., No. 13-MD-2420 YGR, 2014 U.S. Dist. LEXIS 141358, 2014 WL 4955377, at *18 (N.D. Cal. Oct. 2, 2014)* (declining to allow action to proceed in light of "potentially massive discovery concerning a class comprised of every municipal and regional government in the nation without further indication of foresight on the part of the purported representatives of those absent class members") persuasive. The defendants in that case

challenged the indirect purchaser plaintiffs' Article III standing to assert "either a nationwide class of municipal governments or state-specific classes of such governments for states outside California." Id. The court noted that "potentially sensitive issues [ ] may arise in the context of municipal government plaintiffs." Id. The court declined to allow potentially massive discovery to proceed in the absence of full exploration of those potentially sensitive issues. This provides another basis for this Court's decision to dismiss the class allegations.

## D. More [*173] Definite Statement

Lastly, Defendants ask the Court to order Named Plaintiffs to provide evidence demonstrating that they have been duly authorized private counsel to initiate this litigation. PEPs assert that the rule does not apply.

*Rule 12(e) of the Federal Rules of Civil Procedure* provides that when a pleading is "so vague or ambiguous that the party cannot reasonably prepare a response" a party may move for a more definite statement.

Because counsel for PEPs represented at oral argument that it had authority to represent the Named Plaintiffs, the Court denies, without discussion, Defendants' request for a more definite statement.

## V. CONCLUSION

Accordingly, Defendants' motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED**.

Date: April 30, 2015

/s/ Marianne O. Battani

MARIANNE O. BATTANI

United States District Judge

---