GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Christopher M. Joralemon
Direct: +1 212.351.2668
Fax: +1 212.351.5268
CJoralemon@gibsondunn.com

January 25, 2024

The Honorable Eric Komitee
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

Re:    *In re: Vale S.A. Securities Litigation*, No. 19 Civ. 526 (EK) (SJB)

Dear Judge Komitee:

Defendants in the above-referenced matter respectfully submit this letter in response to Plaintiff's January 16, 2024 filing of "supplemental authority" concerning Defendants' pending motion to decertify this case as a class action.  *See* ECF No. 133.

Judge Furman's six-sentence memo endorsement in the *City of Philadelphia* case cited by Plaintiff is entirely irrelevant to Defendants' pending motion.  Indeed, one of Plaintiff's principal arguments here in opposing Defendants' motion has been that there must be a "significant intervening event" to justify decertification, yet Judge Furman himself previously rejected any such requirement.  *See In re AXA Equitable Life Ins. Co. COI Litig.*, 2022 WL 3018104, at *5 (S.D.N.Y. July 29, 2022) ("[C]ontrary to Plaintiffs' assertion, a 'significant intervening event' is not a prerequisite for decertification or modification of a class.").  Also, the party moving for decertification in the *City of Philadelphia* case had taken a directly contrary position earlier in the litigation, and it was on that basis that the court declined to grant the motion and instead "reserve[d] judgment."  ECF No. 133-1 at 5.  Here, by contrast, Defendants consistently have maintained that Vale Securities traded in an inefficient market, and have moved for decertification based on newly developed evidence confirming it.

Respectfully submitted,

/s/ Christopher M. Joralemon

cc: All Counsel of Record (*via ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.