**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526-EK-SJB |
| | Oral Argument Requested |

**NOTICE OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GLENN HUBBARD**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the annexed Declaration of Frederic S. Fox dated April 19, 2024, Lead Plaintiff Colleges of Applied Arts and Technology Pension Plan ("Lead Plaintiff") moves the Court, before the Honorable Eric Komitee, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Rules 702 and 403 of the Federal Rules of Evidence excluding the testimony of Glenn Hubbard from evidence.

Dated: April 19, 2024

**KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*_____
Frederic S. Fox

Donald R. Hall
Melinda Campbell
Aaron Schwartz
Brandon Fox
Carihanna Morrison
Chang Hahn
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the Class*