# Exhibit E

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

No. 19-cv-526-RJD-SJB

In Re VALE S.A. SECURITIES LITIGATION

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

March 10, 2023

## TABLE OF CONTENTS

I.      PREVIOUS WORK CONDUCTED IN THIS CASE.............................................................1

II.     SCOPE OF PROJECT AND REPORT .............................................................................2

III.    CONCLUSIONS.................................................................................................................3

        A.      Vale ADR.................................................................................................................5

        B.      Vale Notes................................................................................................................7

IV.     LEAD PLAINTIFF'S ALLEGATIONS............................................................................9

V.      FACTUAL BACKGROUND ..........................................................................................10

        A.      About the Company ...............................................................................................10

        B.      About the Vale ADR..............................................................................................11

        C.      About the Vale Notes.............................................................................................13

        D.      Relevant Events and Timeline ..............................................................................14

                1.      Pre-Class Period Event: The Samarco Mariana Dam Collapses ...............14

                2.      27 October 2016: Vale Holds Q3 2016 Earnings Conference Call ...........15

                3.      29 November 2016: Vale Day Conference in New York ...........................15

                4.      23 February 2017: Vale's Q4 and FY 2016 Earnings
                        Announcement ...........................................................................................16

                5.      11 April 2017: Vale Files Form 20-F for FY 2016....................................17

                6.      28 April 2017: Vale Issues 2016 Sustainability Report.............................18

                7.      16 May 2017: CEO Ferreira Presents at the Bank of America
                        Merrill Lynch Global Metals, Mining & Steel Conference......................21

                8.      22 May 2017: Fabio Schvartsman Replaces Murilo Ferreira as
                        CEO of Vale...............................................................................................23

                9.      30 May 2017: Vale Files Form 6-K...........................................................23

                10.     6 December 2017: Vale Day Conference in New York ............................24

                11.     8 December 2017: Vale Day Conference in London.................................25

                12.     27 February 2018: Vale's Q4 and FY 2017 Earnings
                        Announcement............................................................................................25

                13.     10 April 2018: CEO Schvartsman Characterizes the Condition of
                        Vale's Tailings Dams as Impeccable........................................................26

                14.     13 April 2018: Vale Files Form 20-F for FY 2017....................................27

                15.     April 2018: Vale Releases 2017 Sustainability Report.............................28

                16.     11 December 2018: Vale Hosts an ESG Webinar .....................................31

17.     25 January 2019: Dam 1 of the Córrego do Feijão Iron Ore Mine Collapses ................................................................................... 31

18.     26 January through 1 February 2019: Additional Details about the Nature, Extent, Causes, and Ramifications of the Dam 1 Collapse Emerge ...................................................................................... 36

19.     4 February 2019: Court Orders Halt to Brucutu Mining Operations ......... 43

20.     5 February 2019: Vale Declares Force Majeure on Some Iron Ore Sale Contracts; Vale Initiates Plan to Phase Out Use of Tailings Dams ....................................................................................... 45

21.     6 February 2019: Market Participants Learn that Vale Knew Dam 1 Was Not Safe Prior to the Collapse and Dam 1 Should Not Have Been Certified as Stable; State of Minas Gerais Cancels Vale's License to Operate the Laranjeiras Dam ..................................... 46

VI.    LOSS CAUSATION ............................................................................. 51

     A.     Analytical Methodology ................................................................. 51

         1.     Establishing Economic Materiality ............................................... 51

         2.     Empirical Analysis ....................................................................... 52

     B.     Executing the Loss Causation Analysis for the Vale Securities ............ 53

         1.     Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material ................................... 54

         2.     Company Statements Compel a Conclusion of Loss Causation ........... 61

         3.     Analyst and News Media Commentary Underscores the Economic Materiality of the Subject Matter of the Alleged Misrepresentations and Omissions ............................................................................. 62

         4.     Event Studies for Assessing Loss Causation and Damages .............. 67

         5.     Vale ADR Event Study Results and Analysis ............................... 75

         6.     Vale Notes Event Study Results and Analysis .............................. 77

VII.   DAMAGES ........................................................................................ 82

     A.     The Out-Of-Pocket Damage Model .................................................. 82

     B.     Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon ....................................................... 84

     C.     Vale ADR: Artificial Inflation Ribbon and Damages ......................... 85

         1.     Per ADR Decline Caused by the 25 January 2019 Corrective Disclosure ................................................................................. 85

         2.     Per ADR Decline Caused by the 4 February 2019 Corrective Disclosure ................................................................................. 85

3.      Per ADR Decline Caused by the 6 February 2019 Corrective Disclosure .............................................................................86

4.      Vale ADR Artificial Inflation During the Class Period............................90

5.      Per ADR Damages.................................................................................93

D.     Vale Notes: Artificial Inflation Ribbon and Damages.............................................94

1.      TAP8 Note Artificial Inflation Ribbon and Damages ...............................94

2.      TAM5 Note Artificial Inflation Ribbon and Damages ..............................96

3.      TAE3 Note Artificial Inflation Ribbon and Damages ..............................96

4.      TAH6 Note Artificial Inflation Ribbon and Damages..............................96

5.      TAK9 Note Artificial Inflation Ribbon and Damages..............................97

6.      EAA3 Note Artificial Inflation Ribbon and Damages..............................97

7.      TAN3 Note Artificial Inflation Ribbon and Damages..............................98

VIII.    LIMITING FACTORS AND OTHER ASSUMPTIONS....................................................98

IX.     APPENDIX-1: PROCESSING THE TRACE NOTE DATA .........................................99

A.     About the TRACE Data.................................................................................................99

B.     Processing the TRACE Dataset for Cancels, Corrections, and Reversals...........100

C.     Processing the TRACE Dataset for Trades with Affiliated Non-Members.........100

D.     Processing the TRACE Dataset for Duplicate Trades Submissions....................100

E.     Computing Daily Prices..............................................................................................101

109. Given that the Vale Securities traded in efficient markets, it follows that Vale's positive misrepresentations and omissions about the stability of its dams, sufficient and effective management of risks related to the dams, and conduct consistent with its professed commitment to safety and sustainability caused the prices of the Vale Securities to be artificially inflated.

110. Event study analysis focusing on the reaction of the prices of the Vale Securities to the corrective disclosures confirms a conclusion of loss causation empirically. Disclosures correcting the misrepresentations and omissions caused the prices of the Vale Securities to decline. The corrective disclosures precipitated investor losses that were therefore caused by the misrepresentations and omissions.

1. <u>Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material</u>

a. *The Economic Materiality of Environmental, Social, and Governance Practices*

111. It is well established in the finance literature that a company's ESG strategy, policies, initiatives, and conduct are economically material.

112. This generally accepted principle is included in the curriculum of the Chartered Financial Analyst exams, known as the CFA "Candidate Body of Knowledge." According to the CFA Institute, "The Candidate Body of Knowledge represents the core knowledge, skills, and abilities (competencies) generally accepted and applied by investment professionals globally."[136]

113. The CFA readings articulate the economic materiality of ESG policies and conduct, especially for a company in Vale's industry sector, thusly:

> "Environmental, social, and governance (ESG) considerations are increasingly being integrated into investment analysis. Evaluating how ESG factors potentially affect a company may provide analysts with a broader perspective on the risks and investment opportunities of a company's securities. Although corporate governance has long been recognized as having a significant impact on a company's long-term performance, investors have become increasingly concerned with environmental and

---

[136] "Candidate Body of Knowledge (CBOK)," CFA Institute, accessible at https://www.cfainstitute.org/en/programs/cfa/curriculum/cbok.

social factors and how companies manage their resources and risk exposures that relate to such factors. Mismanagement of these resources has led to a number of high-profile corporate events that have negatively affected security prices. Increasingly stringent regulatory environments, potentially finite supplies of natural resources, and global trends toward energy conservation and waste reduction have led many investors to place a greater emphasis on the management of environmental risks. Similarly, such issues as worker health and safety policies, community impact, and marketing practices have increased the visibility of how a company manages its social capital."

**"Corporate Governance and Other ESG Considerations in Investment Analysis," by Deborah Kidd et al.,** *Corporate Finance CFA Program Curriculum,* **vol. 3, CFA Institute, 2020, pp. 201-202.**

"The materiality of ESG factors, particularly environmental and social factors, in investment analysis often differs meaningfully among sectors. An ESG factor is considered to be material when that factor is believed to have an impact on a company's long-term business model. For example, environmental factors such as emissions and water usage will likely be significant for utilities or mining companies, yet these are relatively inconsequential for financial institutions. Overall, environmental factors that are generally considered material in investment analysis include natural resource management, pollution prevention, water conservation, energy efficiency and reduced emissions, the existence of carbon assets, adherence to environmental safety and regulatory standards, and the humane treatment of animals. … Material environmental effects can arise from strategic or operational decisions based on inadequate governance processes or errors in judgment. For example, oil spills, industrial waste contamination events, and local resource depletion can result from poor environmental standards, breaches in safety standards, or unsustainable business models. Such events can be costly in terms of regulatory fines, litigation, clean-up costs, reputational risk, and resource management. Social factors considered in ESG implementation generally pertain to the management of a business's human capital, including human rights and welfare concerns in the workplace; product development; and, in some cases, community impact. Staff turnover, worker health, training and safety, employee morale, ethics policies, employee diversity, and supply chain management can all affect a company's ability to sustain its competitive advantage."

**"Corporate Governance and ESG: An Introduction," by Assem Safieddine et al.,** *Corporate Finance CFA Program Curriculum,* **vol. 4, CFA Institute, 2019, p. 40.**

*b.*      *The Economic Materiality of Effective Risk Management*

114.   It is well established in the finance literature that a company's ability to measure, manage, and mitigate risk does impact the value of the company's securities. This fundamental concept is presented in introductory and authoritative texts. The CFA program curriculum addresses the importance of effective risk management.

> "Risk is not just a matter of fate; it is something that organizations can actively manage with their decisions, within a risk management framework. … Good risk management results in a higher chance of a preferred outcome – more value for the company or portfolio or more utility for the individual. … An organization with a comprehensive risk management culture in place, in which risk is integral to every key strategy and decision, should perform better in the long-term, in good times and bad, as a result of better decision making."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, pp. 289-290.**

> "There are a number of other benefits from establishing good risk management: (1) Most obvious is less frequent surprises and a better notion of what the damage would be in the event of a surprise; (2) more decision discipline leading to better consideration of trade-offs and better risk–return relationships; (3) better response and risk mitigation stemming from more awareness and active monitoring, which should trim some of the worst losses; (4) better efficiency and fewer operational errors from policies and procedures, transparency, and risk awareness; (5) better relations, with more trust, between the governing body and management, which generally results in more effective delegation; (6) a better image or reputation because analysts and investors perceive a company as prudent and value-focused. Together, all these benefits should lead to higher value for the enterprise."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, p. 298.**

> "Recall that enterprise risk management is an overarching governance approach applied across the organization that focuses risk activities on the objectives, health, and value of the whole organization."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, p. 299.**

"Risk governance that focuses on the entire enterprise will result in risk management that is much less likely to be at odds with the goals of the organization and more likely to enhance long-run value."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum,* **vol. 6, CFA Institute, 2020, p. 300.**

"In sum, it is important to recognize that risks do not usually arise independently, but generally interact with one another, a problem that is even more critical in stressed market conditions. The resulting combined risk is practically always non-linear in that the total risk faced is worse than the sum of the risks of the separate components. Most risk models and systems do not directly account for risk interactions, which makes the consequences of the risk interaction even worse. Governance bodies, company management, and financial analysts should be keenly aware of the potential risk and damage of risks in combination, and be aware of the dangers of treating risks as separate and unrelated."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum,* **vol. 6, CFA Institute, 2020, pp. 313-314.**

115. The finance literature identifies regulatory risk as one of the most important risks that face a company.

"It is the governing body's job to tie the organizational goals and risk framework together; thus, risk governance happens within an enterprise context. Risk governance and risk oversight also entail compliance with regulatory requirements. Risk governance is a difficult and demanding discipline, and if it is going to flourish in an organization, it needs visible commitment from the top."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum,* **vol. 6, CFA Institute, 2020, pp. 299-300.**

"Governments and regulatory agencies (the U.S. Securities and Exchange Commission, the provincial Securities Commissioners in Canada, stock exchanges, and others) have intervened substantially in the past three years to reestablish society's confidence in the financial markets and corporate governance. The myriad laws, regulations, and directives have kept the legal aspects of corporate governance in the forefront. Legislators have strengthened the normative framework for conduct and established stiffer penalties for noncompliance in hopes of preventing a recurrence of past abuses. The purpose of these governmental actions was to show that elected

252. Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the EAA3 Note range up to $6.53 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

253. Exhibit-13f presents the inflation ribbon for the EAA3 Note.

### 7. TAN3 Note Artificial Inflation Ribbon and Damages

254. The event study and related financial analysis identify no decline in the TAN3 Note price attributable to the alleged fraud, and therefore identify no artificial inflation during the Class Period or damages sustained by investors in this Note.

## VIII. LIMITING FACTORS AND OTHER ASSUMPTIONS

255. This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA