# Exhibit F

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

IN RE VALE S.A. SECURITIES      ) Case No.
                                ) 19-cv-526-EK-SJB
LITIGATION                      )
                                )
-----------------------------)


VIDEOTAPED DEPOSITION OF RANDAL V. STEPHENSON

New York, New York

Thursday, September 14, 2023


Reported by:

KRISTIN KOCH, RPR, RMR, CRR

Page 2

September 14, 2023

9:24 a.m.

Videotaped Deposition of RANDAL V. STEPHENSON, held at the offices of Kaplan, Fox & Kilsheimer LLP, 800 Third Avenue, New York, New York, before Kristin Koch, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Page 3

APPEARANCES:

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Lead Plaintiff CAAT and the
Certified Class
    800 Third Avenue
    New York, New York 10022
BY:   DONALD R. HALL, ESQ.

GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendants
    200 Park Avenue
    New York, New York 10166
BY:   ANDREW FREIRE, ESQ.
        DAVID M. KUSNETZ, ESQ.

ALSO PRESENT:

ROBERTA OLIVEIRA, Vale
JON DiFILIPPO, Videographer

Page 4

R. Stephenson

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:24 a.m. on September 14th, 2023.

Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit 1 of the video-recorded deposition of Randal Stephenson in the matter of In Re:  Vale S.A. Securities Litigation filed in the United States District Court, Eastern District of New York, case number 19-cv-526-RJD-SJB.  The location of the deposition is Kaplan Fox & Kilsheimer LLP.

My name is Jon DiFilippo representing Veritext and I am the videographer.  The court reporter is Kristin Koch from the firm Veritext.  I am not authorized to administer an oath.  I am not related to any party in this action, nor am I financially interested in the outcome.  If there are any objections

Page 5

R. Stephenson

to the proceeding, please state them at the time of your appearance.

Counsel and all present will now state their appearances and affiliations for the record beginning with the noticing attorney.

MR. HALL:  Good morning.  Donald Hall from Kaplan Fox LLP on behalf of CAAT, the Lead Plaintiff, and the Certified Class.

MR. FREIRE:  Andrew Freire from Gibson Dunn on behalf of Defendants.

MR. KUSNETZ:  David Kusnetz, Gibson Dunn, on behalf of Defendants.

MS. OLIVEIRA:  Roberta Oliveira, in-house counsel for Vale.

THE VIDEOGRAPHER:  Will the court reporter, please, swear in the witness and then counsel may proceed.

RANDAL V. STEPHENSON, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. HALL:

Q.   Can you state your name, full name, and

2 (Pages 2 - 5)

Page 110

R. Stephenson

A. That's asking me to speculate, I mean, on a hypothetical. I mean, it could, maybe.

Q. I mean, in all fairness, most of your report you are talking about how a reasonable investor would interpret certain information, maybe not this, but other information that you were asked to review, how a reasonable investor would use that in assessing the value of Vale; correct?

A. I am.

Q. Okay. But you don't know how they would use this information?

A. No, I don't know how they would use your hypothetical that everything they said here was false.

Q. Okay.

A. That's -- that's -- that's a speculation that I -- I don't -- I haven't put through the analysis.

Q. Okay. We'll get to that. But let's assume it's false.

MR. FREIRE: Objection.

Q. How would that affect a reasonable investor's assessment of Vale?

Page 111

R. Stephenson

MR. FREIRE: Objection.

A. There is -- see, the problem is even when a dam, as I understand it, when a dam is managed with good and strictest international practices and standards, it can still fail, and even when a dam isn't monitored at all, it might not fail.

Q. Absolutely.

A. So I can't -- I'm not -- I don't have the analyses here to -- to say, oh, you know, it definitely would make a -- I don't know.

Q. But I am not talking about whether a dam could or couldn't fail. We are talking about information provided to a reasonable investor and how the reasonable investor would interpret that in assessing the value of Vale, which is exactly what you put in your report to other information, and I am asking you do you have any opinion on what this information, if shown to be false, how that would impact that assessment for a reasonable investor?

MR. FREIRE: Objection.

A. So you want me to assume that the management of the dam is -- dams is not updated,

Page 112

R. Stephenson

it's not in good and strictest international practices, and the standards do not exceed legal requirements?

Q. Yes.

A. You want me to assume that all that is false?

Q. Yes, absolutely.

A. And they said it false in a publicly-issued document?

Q. Correct. So instead of saying what it said here, they said what I just asked you to assume.

A. We do not -- so -- so what would be said here is that Vale does not -- does not maintain the management of its dams and updating with good and strict international practices and the standards do not exceed legal requirement, that's what they would say?

Q. Yeah, something to that version. What would that -- how would that impact a reasonable investor's assessment of the valuation of Vale?

MR. FREIRE: Objection.

A. Well, under that hypothetical where you have basically asked me to hypothesize that the

Page 113

R. Stephenson

company would put into a public document that it -- it fails at managing its assets and it doesn't adhere to any policies or standards, yeah, that probably would affect a reasonable -- they probably wouldn't like that, a reasonable investor wouldn't.

Q. Turn to page 67. And I am looking at the right-hand side under "Managed structures." Do you see that?

A. I do see that heading, yes.

Q. Okay. Can you read the last sentence of the first paragraph out loud.

A. Last sentence of the first paragraph?

Q. Correct.

A. "At the end of the year, the area ended another cycle of external dams auditing, in which 100% of the audited structures were certified to be in stable condition, physically and hydraulically." Hydraulically.

Q. Thank you.

Do you have any understanding sitting here today what external dam auditing is?

A. From my experience, an external dam audit would mean a third party, not a -- not an

29 (Pages 110 - 113)