# Exhibit G

Page 1

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

IN RE:                          :

                                :    CASE NO.

VALE S.A. SECURITIES    :    19-cv-526-RJD-SJB

LITIGATION                      :

---------------------    :

VIDEOTAPE DEPOSITION OF:

FABIO SCHVARTSMAN VOLUME I

NEW YORK, NEW YORK

WEDNESDAY, FEBRUARY 1, 2023

REPORTED BY:

SILVIA P. WAGE, CCR, CRR, RPR

JOB NO. 5617480

Page 2

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

February 1, 2023
9:38 a.m.

VOLUME I of the videotape deposition of FABIO SCHVARTSMAN, held at the offices of KAPLAN FOX & KILSHEIMER LLP, 850 Third Avenue, New York, New York pursuant to agreement before SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public for the States of New Jersey, New York and Pennsylvania.

Page 4

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I
ALSO PRESENT:

FRANCINE AMPARO, PARALEGAL
KAPLAN FOX & KILSHEIMER LLP
ALEXANDRE D'AMBROSIO, ESQ.
IN-HOUSE VALE S.A.

THIAGO CARDOSO, ESQ.
IN-HOUSE VALE S.A.
ROBERTA OLIVEIRA, ESQ.
IN-HOUSE VALE S.A.

ADELIA RAMOS de ALMEIDA, PORTUGUESE INTERPRETER 1
WATER STREET TRANSLATION
REJANE FRANCO, PORTUGUESE INTERPRETER 2
WATER STREET TRANSLATION

ZEF COTA, VIDEOGRAPHER

Page 3

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I
APPEARANCES:

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Plaintiffs CAAT Pension Plan
850 Third Avenue
New York, New York
(212) 687-1980
Ffox@kaplanfox.com
Mcampbell@kaplanfox.com
Dhall@kaplanfox.com
ASchwartz@kaplanfox.com
BY: FREDERIC FOX, ESQ.
BY: MELINDA CAMPBELL, ESQ.

GIBSON DUNN & CRUTCHER, LLP
Attorneys for Defendants
200 Park Avenue
New York, New York 10166
(212) 351-4000
Cjoralemon@gibsondunn.com
Dkusnetz@gibsondunn.com
Kpincus@gibsondunn.com
BY: CHRISTOPHER M. JORALEMON, ESQ.
BY: DAVID KUSNETZ, ESQ.
BY: KATHARINE PINCUS, ESQ.

ROLNICK KRAMER & SADIGHI LLP
Attorneys for Orbis Plaintiffs
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
Mhampson@rksllp.com
BY: MICHAEL HAMPSON, ESQ.

Page 5

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I
INDEX
WITNESS: FABIO SCHVARTSMAN          PAGE
EXAMINATION BY MR. FOX              10

EXHIBITS

NO.        DESCRIPTION        PAGE

Schvartsman Exhibit 1  Financial Statement   116
        Vale_Dam1_02441342_
        English_001,
        Vale_Dam1_02441347_
        English_001,
        Vale_Dam1_02441334_
        English_001 and
        Vale_Dam1_02441333_
        English_001
Schvartsman Exhibit 2  SEC Form 20-F        126
        Vale_Dam1_00008409
        to Vale_Dam1_
        00008715 marked
        Confidential
Schvartsman Exhibit 3  Gestão de Barragens   156
        de Ferrosos
        Vale_Dam1_00124157_
        0001 to
        Vale_Dam1_00124157_
        0012
Schvartsman Exhibit 3E  Management of        156
        Ferrous Dams
        Vale_Dam1_00124157_
        English_0001 to
        Vale_Dam1_00124157_
        English_0012
Schvartsman Exhibit 4  SEC Form 6-K          164
        Vale_Dam1_00233876
        to
        Vale_Dam1_00234130
        marked Confidential

2 (Pages 2 - 5)

Page 6

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

PREVIOUSLY MARKED EXHIBITS

NO.          DESCRIPTION     PAGE

Exhibit Osorio 1   original Portuguese      102
version of Relatório
Julho de 2019
Vale_Dam1_00970251 to
Vale_Dam1_00970648
marked Confidential

Exhibit Osorio 1E  machine translated      102
English version of
Report July 2019
Vale_Dam1_00970251_
English marked
Confidential

Page 7

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

- - -

DEPOSITION SUPPORT INDEX

- - -

Direction to Witness Not to Answer
Page Line

Request for Production of Documents
Page Line

84    13
87    20
89    7
113    10

Stipulations
Page Line

Question Marked
Page Line

Reservation
Page Line

Motion to Strike
Page Line

Page 8

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:38 a.m. Eastern Standard Time on February 1st, 2023.

Please note that the microphones are sensitive and may pick up whispering and private conversations.

Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video recorded deposition of Fabio Schvartsman taken by Counsel in the matter of In Re: Vale S.A., securities litigation, filed in the United States District Court, Eastern District of New York, Case No. 19-cv-526-RJD-SJB.

The location of the deposition is at Kaplan Fox, 850 Third Avenue, New York, New York.

My name is Zef Cota representing Veritext and I am the Videographer.

The Court Reporter is Silvia Wage from the firm Veritext.

I am not authorized to administer an oath. I am not related to any party in this

Page 9

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

action. Nor am I financially interested in the outcome.

Counsel and all present have been noted for the stenographic record.

Will the Court Reporter please swear in the witness and then Counsel may proceed.

THE STENOGRAPHER: Sir, if you could please raise your right hand so I can administer the oath.

INTERPRETER 1: No, the Interpreters first, the Interpreters first.

THE STENOGRAPHER: Oh, I'm sorry, sorry. It's been a while. Sorry.

ADELIA RAMOS de ALMEIDA, Interpreter 1, was duly sworn to translate the following from English to Portuguese and from Portuguese to English.

REJANE FRANCO, Interpreter 2, was duly sworn to translate the following from English to Portuguese and from Portuguese to English.

INTERPRETER 1: Yes, I do. Adelia de Almeida, federally qualified Portuguese Interpreter.

INTERPRETER 2: Yes, I do. Rejane Franco, state approved interpreter.

3 (Pages 6 - 9)

Page 10

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

THE STENOGRAPHER: And if you can please ask the witness to raise his right hand.

FABIO SCHVARTSMAN, R. Maestro Elias Lobo, 280, 01433-000 São Paulo, Brazil, after having been duly sworn through the Interpreter, was examined and testified as follows:

THE STENOGRAPHER: Thank you. You may proceed.

(Interpreter 1 commences translation.)

EXAMINATION BY MR. FOX:

Q. Okay. Can you state your name for the record please.

A. Fabio Schvartsman.

Q. And, Mr. Schvartsman, where do you reside?

A. I live in São Paulo, Brazil.

Q. Okay, thank you.

So my name is Fred Fox. I'm with the law firm of Kaplan Fox & Kilsheimer. We represent the lead Plaintiff in this action and today I'm going to be asking you a series of questions relating to the action in Re: Vale

Page 11

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

securities litigation.

Have you been deposed before today?

A. In the United States, no.

Q. Okay. So I'll just briefly -- I'm sure your Counsel has given you some explanation of this. But I'm going to ask you a series of questions and it may be that Counsel at some point objects to some of my questions. But unless you're instructed by your Counsel to not answer the question for privilege reasons, you still need to answer the question, even though your Counsel's objected. The objection is an objection on the record and it's preserved for trial, but you would still need to answer the question today.

If there's something about any question that I ask that is unclear, then just, you know, please let me know and I will try to reframe or rephrase the question so that it is more clear.

MR. FOX: Why don't you go ahead and start.

Q. Is that clear to you, Mr. Schvartsman?

Page 12

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

A. It's clear.

Q. Okay. Are you on any medications that might affect or impair your testimony today?

A. No.

Q. Thank you.

Can you briefly describe for me your educational background post-high school?

A. I have a degree in engineering and I have a post-graduation in business administration.

Q. And when did you obtain your degree in engineering?

A. 1976.

Q. And from what educational institution did you obtain that degree?

A. The Polytechnical School of the University of São Paulo.

Q. And when did you obtain your degree in business administration?

A. I didn't get a degree. I had like a post-grad in business administration.

Q. And what does that mean, "a post-grad in business administration"?

A. It's equivalent to a Master's, but

Page 13

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

it's not a Master's.

Q. Okay. What is it called, if not a Master's?

A. In Brazil, it's called post-gradation.

Q. Okay. So does Brazil -- strike that.

So do educational institutions in Brazil not offer a degree in business administration; is that correct?

A. No, it's not correct.

Q. So what -- at the time you were taking your postgraduate courses in business administration, were you working towards a degree in business administration?

A. I received a certificate in post-gradation in business administration.

Q. And what is that "certificate" called? Is it called a post-graduate certificate or something else?

A. Yes.

Q. And after your studies post-graduate studies in business administration, where did you go to work after that, if anywhere?

A. My first job was in a company called

4 (Pages 10 - 13)

Page 166

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

May I don't know.

INTERPRETER 1: Consequently, when I landed in Rio de Janeiro what happened.

INTERPRETER 2: When I landed in Rio de Janeiro, I found out what happened.

A. If I -- besides that, I believe that this form is related to what happened in the previous year and that was the responsibility of the previous CEO.

Q. But on the front cover, it says it's for the month of May 2017.

Do you see that?

A. Yes.

Q. And if you look at Page -- the last four digits are 4014.

A. Okay.

Q. And do you see there is a heading there in about the middle of the page it says, "Dams"?

A. Which is the page?

MR. JORALEMON: 4014.

THE WITNESS: 4?

MR. JORALEMON: 4014.

THE WITNESS: 14.

Page 167

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

Q. Meaning, the -- and I'm talking about the production number.

A. Yes.

Q. And do you see there is a heading there that says, "Dams"?

A. Yes.

Q. And do you see it says, "Vale carried out extraordinary audits on the stability and conditions of its upstream dam and no anomalies were identified"? Do you see that?

A. Yes.

Q. Do you know what an "anomaly" is, as it relates to a dam?

A. I imagine something outside of the standard.

Q. And did you ever have any conversation with anybody at Vale about what an anomaly was as it related to a dam?

A. No.

Q. Do you think the condition -- when you took over as CEO of Vale, do you think the condition of Vale's dams was important to the people who invested in Vale?

A. Yes.

Page 168

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

Q. And do you think if that there were doubts about the condition of some of Vale dams, that that would be important for investors to know?

MR. JORALEMON: Object to the question. I just want to -- now it says, condition of the dam is so vague as to be unanswerable. Whose doubts? What doubts?

MR. FOX: Well, thank you for your -- thank you for your coaching.

MR. JORALEMON: You can answer, if you understand it.

But, I mean, Fred --

MR. FOX: I really appreciate it. And I think the witness -- given the witness's lack of technical knowledge, I think, he can certainly answer that question.

A. Could you please rephrase the question?

Q. Well, I'll ask it again.

If there was any doubt known to Vale about the condition of certain of its dams, do you think that would be an important thing for investors to know?

Page 169

CONFIDENTIAL - FABIO SCHVARTSMAN VOL. I

MR. JORALEMON: Same objection.

A. Is the question whether any doubts should be brought to the attention of the investors?

Q. What about if there was doubt about whether you should close a dam or not because of safety concerns, would that be -- do you think that would be a doubt that would be important to investors?

MR. JORALEMON: Object to the form.

A. I believe that the doubts that would be important to be brought to the attention of the investors were the ones related to the stability of the dams.

(D'Ambrosio clarification.)

INTERPRETER 2: Whether there were doubts or not --

INTERPRETER 1: About stability.

INTERPRETER 2: -- about the stability.

Q. What about if there were doubts about the factor of safety of a dam?

A. I'm sorry. It's a technical question. I don't know how to answer it.

43 (Pages 166 - 169)