**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------x
                                          :
In re Vale S.A. Securities Litigation     :        No. 19 Civ. 526 (EK) (SJB)
                                          :
                                          :
                                          :
                                          :
                                          :
                                          :
------------------------------------------x

### DECLARATION OF CHRISTOPHER M. JORALEMON IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF GLENN HUBBARD

I, Christopher M. Joralemon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York and before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants in the above-captioned action.  I respectfully submit this Declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Exclude Expert Testimony of Glenn Hubbard.

2.      Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Expert Report of Glenn Hubbard, dated April 7, 2023.

3.      Attached hereto as Exhibit B is a true and correct copy of the Report on Loss Causation and Damages of Professor Steven P. Feinstein, PH.D., CFA, dated March 10, 2023.

4.      Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Steven P. Feinstein, dated October 11, 2023.

5.      Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of R. Glenn Hubbard, Ph.D., dated September 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 29th day of May, 2024 at New York, New York.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Christopher M. Joralemon*

Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

cjoralemon@gibsondunn.com

2