# EXHIBIT B

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re VALE S.A. SECURITIES LITIGATION | No. 19-cv-526-RJD-SJB |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

March 10, 2023

**TABLE OF CONTENTS**

I.      PREVIOUS WORK CONDUCTED IN THIS CASE.................................................1

II.     SCOPE OF PROJECT AND REPORT .................................................................2

III.    CONCLUSIONS.....................................................................................................3

      A.      Vale ADR.................................................................................................5

      B.      Vale Notes...............................................................................................7

IV.     LEAD PLAINTIFF'S ALLEGATIONS................................................................9

V.      FACTUAL BACKGROUND................................................................................10

      A.      About the Company ..............................................................................10

      B.      About the Vale ADR.............................................................................11

      C.      About the Vale Notes............................................................................13

      D.      Relevant Events and Timeline .............................................................14

            1.      Pre-Class Period Event: The Samarco Mariana Dam Collapses ...............14

            2.      27 October 2016: Vale Holds Q3 2016 Earnings Conference Call ...........15

            3.      29 November 2016: Vale Day Conference in New York ..........................15

            4.      23 February 2017: Vale's Q4 and FY 2016 Earnings Announcement ................................................................................16

            5.      11 April 2017: Vale Files Form 20-F for FY 2016...................................17

            6.      28 April 2017: Vale Issues 2016 Sustainability Report............................18

            7.      16 May 2017: CEO Ferreira Presents at the Bank of America Merrill Lynch Global Metals, Mining & Steel Conference.......................21

            8.      22 May 2017: Fabio Schvartsman Replaces Murilo Ferreira as CEO of Vale.............................................................................23

            9.      30 May 2017: Vale Files Form 6-K..........................................................23

            10.     6 December 2017: Vale Day Conference in New York .............................24

            11.     8 December 2017: Vale Day Conference in London.................................25

            12.     27 February 2018: Vale's Q4 and FY 2017 Earnings Announcement ................................................................................25

            13.     10 April 2018: CEO Schvartsman Characterizes the Condition of Vale's Tailings Dams as Impeccable.........................................26

            14.     13 April 2018: Vale Files Form 20-F for FY 2017...................................27

            15.     April 2018: Vale Releases 2017 Sustainability Report.............................28

            16.     11 December 2018: Vale Hosts an ESG Webinar .....................................31

17.   25 January 2019: Dam 1 of the Córrego do Feijão Iron Ore Mine Collapses .................................................................................31

18.   26 January through 1 February 2019: Additional Details about the Nature, Extent, Causes, and Ramifications of the Dam 1 Collapse Emerge ...............................................................................36

19.   4 February 2019: Court Orders Halt to Brucutu Mining Operations .........43

20.   5 February 2019: Vale Declares Force Majeure on Some Iron Ore Sale Contracts; Vale Initiates Plan to Phase Out Use of Tailings Dams .................................................................................45

21.   6 February 2019: Market Participants Learn that Vale Knew Dam 1 Was Not Safe Prior to the Collapse and Dam 1 Should Not Have Been Certified as Stable; State of Minas Gerais Cancels Vale's License to Operate the Laranjeiras Dam ....................................................46

VI.   LOSS CAUSATION ................................................................................51

   A.   Analytical Methodology ................................................................51

      1.   Establishing Economic Materiality .............................................51

      2.   Empirical Analysis ....................................................................52

   B.   Executing the Loss Causation Analysis for the Vale Securities ..........................53

      1.   Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material ...........................................54

      2.   Company Statements Compel a Conclusion of Loss Causation ................61

      3.   Analyst and News Media Commentary Underscores the Economic Materiality of the Subject Matter of the Alleged Misrepresentations and Omissions ...........................................62

      4.   Event Studies for Assessing Loss Causation and Damages ......................67

      5.   Vale ADR Event Study Results and Analysis .........................................75

      6.   Vale Notes Event Study Results and Analysis .......................................77

VII.   DAMAGES ...........................................................................................82

   A.   The Out-Of-Pocket Damage Model .........................................................82

   B.   Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon .................................................................84

   C.   Vale ADR: Artificial Inflation Ribbon and Damages ...................................85

      1.   Per ADR Decline Caused by the 25 January 2019 Corrective Disclosure ............................................................................85

      2.   Per ADR Decline Caused by the 4 February 2019 Corrective Disclosure ............................................................................85

        3.     Per ADR Decline Caused by the 6 February 2019 Corrective Disclosure ...............................................................................86

        4.     Vale ADR Artificial Inflation During the Class Period............................90

        5.     Per ADR Damages....................................................................................93

    D.    Vale Notes: Artificial Inflation Ribbon and Damages............................................94

        1.     TAP8 Note Artificial Inflation Ribbon and Damages ..............................94

        2.     TAM5 Note Artificial Inflation Ribbon and Damages .............................96

        3.     TAE3 Note Artificial Inflation Ribbon and Damages ..............................96

        4.     TAH6 Note Artificial Inflation Ribbon and Damages..............................96

        5.     TAK9 Note Artificial Inflation Ribbon and Damages..............................97

        6.     EAA3 Note Artificial Inflation Ribbon and Damages..............................97

        7.     TAN3 Note Artificial Inflation Ribbon and Damages..............................98

VIII.   LIMITING FACTORS AND OTHER ASSUMPTIONS.................................................98

IX.    APPENDIX-1: PROCESSING THE TRACE NOTE DATA .........................................99

    A.    About the TRACE Data..........................................................................................99

    B.    Processing the TRACE Dataset for Cancels, Corrections, and Reversals...........100

    C.    Processing the TRACE Dataset for Trades with Affiliated Non-Members.........100

    D.    Processing the TRACE Dataset for Duplicate Trades Submissions....................100

    E.    Computing Daily Prices........................................................................................101

## I.   PREVIOUS WORK CONDUCTED IN THIS CASE

1.   In my expert report dated 18 February 2021 ("Feinstein Report"), I stated that I conducted an analysis to assess the efficiency of the markets in which the Vale Securities traded during the period from 27 October 2016 through 6 February 2019, inclusive (the "Class Period").[1] The analysis I conducted was the widely used and generally accepted market efficiency analysis. Specifically, I analyzed the *Cammer* and *Krogman* factors, including empirical event studies, which are generally accepted as indicative of the efficiency of the market in which a security trades.

2.   In the Feinstein Report, I showed that each of the Vale Securities satisfied all of the *Cammer* and *Krogman* factors.[2] Event study analysis showed that each of the Vale Securities demonstrated market efficiency by reacting promptly to new Company-specific information as that information entered the market, thereby satisfying the empirical *Cammer* factor.[3] Based on my analysis of all of these factors, I concluded that the markets for the Vale Securities were efficient over the course of the Class Period.[4]

3.   I also explained in the Feinstein Report that Section 10(b) damages for all Class members could be computed using a common methodology, the standard out-of-pocket damage model typically applied in Section 10(b) class action securities cases.[5]

4.   Following the Feinstein Report, I submitted a rebuttal report dated 4 June 2021 ("Feinstein Rebuttal Report"). The Feinstein Rebuttal Report addressed the arguments in the Rebuttal Expert Report of Walter N. Torous, Ph.D., dated 9 April 2021 (the "Torous Report"), which was submitted by Defendants in this matter. Dr. Torous was asked to "evaluate Dr. Feinstein's opinions relating to market efficiency and whether damages can be calculated

---

[1] These securities (collectively, the "Vale Securities") are i) common American Depositary Shares (also known as American Depositary Receipts, the "ADR" or the "Vale ADR"); and ii) seven U.S. dollar-denominated debt securities (the "Notes" or "Vale Notes"). Unless otherwise indicated, capitalized terms used herein have the meaning ascribed to them in the Feinstein Report.

[2] Feinstein Report, ¶¶17-21.

[3] Feinstein Report, ¶¶19-20.

[4] Feinstein Report, ¶21.

[5] Feinstein Report, ¶¶288-297.

1

using a common methodology on a class-wide basis."[6] As explained in the Feinstein Rebuttal Report, the Torous Report provided no basis for revising my conclusion that the Vale Securities traded in efficient markets during the Class Period,[7] and that the out-of-pocket damage model is consistent with Lead Plaintiff's theory of liability and can be applied commonly for all Class members.[8]

5.    I understand that in its Report and Recommendation decision dated 11 January 2022, the Court in this matter recommended that Lead Plaintiff's motion for class certification be granted.[9]

## II.    SCOPE OF PROJECT AND REPORT

6.    Kaplan Fox & Kilsheimer LLP, Lead Counsel for the Lead Plaintiff, asked me to assess whether Class members suffered losses as a result of the alleged misrepresentations and omissions described in the Complaint. Lead Counsel also asked me to compute damages, if any, suffered by Class members from their investments during the Class Period in the Vale Securities. Specifically, I was asked to quantify per ADR and per Note damages suffered by the Class members in connection with their claims under Section 10(b) of the Exchange Act of 1934 and U.S. SEC Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

7.    This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per ADR and per Note damages.

8.    My conclusions are based on the information presently available to me. I reviewed and relied upon all of the data and documents cited and listed in my previous reports. Additional data and documents considered are listed in Exhibit-1 of this report. For the loss causation and damages analyses, I assumed Lead Plaintiff will be able to prove their factual allegations.[10]

---

[6] Torous Report, ¶13.

[7] Feinstein Rebuttal Report, ¶8.

[8] Feinstein Rebuttal Report, ¶22.

[9] *Report & Recommendation*, dated 11 January 2022; and *Memorandum and Order*, dated 31 March 2022.

[10] Assuming the factual allegations is a generally accepted practice in loss causation and damages analysis. See, e.g., "Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific*

9.  I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

10. My credentials and compensation are presented in the Feinstein Report, as is a list of testimony I provided during the four years preceding that report. The Feinstein Rebuttal Report lists testimony I provided between the time I submitted the Feinstein Report and the time I submitted the Feinstein Rebuttal Report. Testimony I provided subsequent to the submission of the Feinstein Rebuttal Report is presented in Exhibit-2 of this report. My curriculum vitae is attached as Exhibit-3.

## III.  CONCLUSIONS

11. The alleged misrepresentations and omissions caused the prices of the Vale Securities to be artificially inflated over the course of the Class Period. When events ultimately informed investors and the public that they had been misled and provided the full truth that had previously been concealed by the alleged misrepresentations and omissions, the artificial inflation dissipated, causing the prices of the Vale Securities to decline, thereby causing investors to sustain losses. The misrepresentations and omissions thus caused investors to suffer damages.

12. Over the course of the Class Period, Defendants allegedly misrepresented that the Company's dams were stable, risks facing the Company were sufficiently and effectively managed, and the Company was committed to safety and sustainability. The Company allegedly engaged in deceptive conduct to conceal the true condition of its mining dams and the adverse ramifications of those conditions. The corrective disclosure events informed the market that, contrary to what the market was led to believe, the Company's dams were not stable, the Company was not managing risks effectively, the Company was not committed to safety and sustainability, and as a result the Company was exposed to the adverse consequences of its decisions and conduct, including financial ramifications, and regulatory, litigation, and enforcement actions.

---

*Evidence*, 3rd ed., 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful").

3

13. Given that the Vale Securities traded in efficient markets, it follows that Vale's misrepresentations and omissions about the stability of the dams, sufficient and effective management of risks related to the dams, and the Company's commitment to safety and sustainability caused the prices of the Vale Securities to be artificially inflated. Had the full truth been known about Vale's concealed conduct and condition, the prices of the Vale Securities would not have been artificially inflated, but rather would have been priced significantly lower in the market.

14. The truth about Vale's conduct and condition, which had been concealed by the alleged misrepresentations and omissions, emerged via a series of corrective disclosure events at the end of the Class Period. The corrective disclosures took the form of the Dam 1 collapse, the court order to halt operations at the Brucutu mine, the canceled Laranjeiras dam license, a report in *The Guardian* that Vale mine workers had observed a leak at Dam 1 that caused them to believe the dam "was going to burst at any time," and a report by *The Wall Street Journal* that "two independent mining dam experts … said the dam shouldn't have been certified" given facts known by Vale about Dam 1. These disclosure events corrected the misinformation and artificial price inflation caused by the alleged misrepresentations and omissions, causing the prices of the Vale Securities to decline, in turn causing investors to sustain losses. The alleged misrepresentations and omissions therefore caused investors to suffer losses.

15. These conclusions are based on fundamental principles of finance, analysis of Company statements, news articles, analyst reports, and on event study analysis. The event study analysis, which considered potentially confounding information, proves that the alleged misrepresentations and omissions caused the prices of the Vale Securities to be artificially inflated, and that the corrective disclosures caused the price declines and investor losses. Based on the analysis presented herein, it is my opinion that corrective disclosures explain all of the residual price declines in the Vale Securities on 25 January 2019, 4 February 2019, and 6 February 2019.

16. Any investor who purchased Vale Securities during the Class Period when the prices of those securities were artificially inflated and held those securities beyond a corrective disclosure suffered a loss that was caused by the alleged misrepresentations, omissions, and deceptive conduct.

17.   The damages suffered by investors who purchased Vale Securities are quantified below.

### A.   Vale ADR

18.   Defendants' misrepresentations, omissions, and deceptive conduct caused investors in the Vale ADR to suffer losses of up to $2.72 per ADR. Vale ADR damages thus range up to $2.72 per ADR, depending on the timing of the ADR purchase and sale.

19.   Event study analysis focusing on the corrective disclosure events quantifies that the corrective disclosures in the aggregate caused the ADR price to fall a total of $2.72. The event study controlled for the effects of the overall U.S. stock market, the overall Brazilian stock market, the performance of Vale's industry sector, and changes in the rate of exchange between the U.S. dollar and the Brazilian real.

20.   The analysis attributing the $2.72 per ADR residual price decline to the corrective disclosures considered potentially confounding Company-specific non-fraud information, but found that no such confounding information contributed to the ADR price declines following the corrective disclosures. Consequently, the aggregate $2.72 per ADR residual price decline following the corrective disclosures was the dissipation of artificial inflation that had been caused by the alleged misrepresentations and omissions.

21.   I estimate conservatively that the $2.72 per ADR artificial inflation that was ultimately dissipated by the corrective disclosures at the end of the Class Period was in the market price of the Vale ADR since the start of the Class Period, remaining at that level until the time of the first corrective disclosure (the collapse of Dam 1 on 25 January 2019). This determination is based on the generally accepted economic principle that investors severely discount securities when they become aware that important information is withheld from them.[11] In such situations, rational investor behavior is generally to value the security as if the worst-case scenario were expected. Rational investors would reason that if the valuation

---

[11] The Nobel Prize in Economics was twice awarded for developing the principles about behavior and pricing under conditions of asymmetric information. "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism," by George Akerlof, *The Quarterly Journal of Economics*, vol. 84, no. 3, 1970; and "Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," by Karl-Gustaf Lofgren et al., *The Scandinavian Journal of Economics*, June 2002; and "Improvements to Auction Theory and Inventions of New Auction Formats," The Committee for the Prize in Economic Sciences in Memory of Alfred Nobel, 12 October 2020, describing the award to Paul Milgrom in 2020 for his work addressing asymmetric information, which cited, among others, "Rational Expectations, Information Acquisition, and Competitive Bidding," by Paul Milgrom, *Econometrica*, vol. 49, no. 4, 1981.

given the true conditions was greater than a pricing to worst, the subject company would reveal rather than conceal the true information.

22. Therefore, had the Company told investors at the start of the Class Period that Vale was denying them accurate information about the safety and stability of its dams, that Vale was concealing the truth about how dam risks were managed, and that Vale was not truly committed to safety and sustainability, generally accepted economic principles about asymmetric information dictate that investors would have repriced the ADRs significantly lower, applying a discount commensurate with the diminution of value that later occurred when the market did become aware that the Company's condition and conduct were not what the public had been told. Investors would have severely reduced the ADR's valuation to account for the concealment of important information and the lack of reliable data, and the realization that Company representations on these important matters were misrepresentations.

23. The generally accepted principle that investors severely discount security prices when they become aware that important information is being withheld holds generally, but would hold even more strongly during the Class Period in the instant case given the Company's recent experience of a dam collapse just one year prior to the start of the Class Period. The allegedly misrepresented and omitted information in the instant case was of the utmost importance to Vale investors during the Class Period.

24. Had the truth about dam conditions been revealed at the start of the Class Period, the result would have been catastrophic for the Company and its investors at that time. Specifically, revelation of the truth about dam conditions at the outset would have devastated Vale's outlook, its ability to continue to operate mines, its iron ore production, its access to relatively inexpensive capital, its restructuring efforts, and would have increased the costs of doing business. Given the mix of news at the start of the Class Period, such a revelation would reasonably have resulted in a *greater* loss of security value at the start of the Class Period than what occurred near and at the end of the Class Period on account of the recent prior dam collapse, the fact that Vale's realized earnings and cash flow during the Class Period would not have occurred, and the Company's restructuring efforts would have been stymied. Had the Company instead disclosed that it was determined to withhold from the public accurate information about dam conditions and the Company's conduct, the impact

on the prices of the Vale Securities would have been even worse, as investors would have imposed a severe valuation penalty on account of the information asymmetry.

**B.     Vale Notes**

25.    Defendants' misrepresentations, omissions, and deceptive conduct also caused the Vale Notes to be artificially inflated. Corrective disclosures at the end of the Class Period dissipated the inflation, causing investors to suffer losses up to each Note's prior artificial inflation.

26.    Based on event study analysis and consideration of potentially confounding information, the amount of artificial inflation in each of the Vale Notes caused by the alleged misrepresentations and omissions, and therefore the investor losses sustained on account of the alleged misrepresentations and omissions, were as follows:[12]

> i.    The aggregate residual decline in the price of the TAP8 Notes caused by the corrective disclosures was $6.49 per $100 of par value. All of this residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the TAP8 Note price since the start of the Class Period as a result of the alleged misrepresentations and omissions. Investors in the TAP8 Notes therefore suffered damages caused by the alleged misrepresentations and omissions of up to $6.49 per $100 of par value, depending on the timing of their Note purchases and sales.
>
> ii.   The aggregate residual decline in the price of the TAM5 Notes caused by the corrective disclosures was $2.37 per $100 of par value. This residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the TAM5 Note price since the start of the Class Period as a result of the alleged misrepresentations and omissions. Investors in the TAM5 Notes therefore suffered damages caused by the alleged misrepresentations and

---

[12] I obtained trading data for the Vale Notes from FINRA. The methodology used to calculate daily volume weighted-average-prices ("VWAP") for each of the Vale Notes is described in Appendix-1 herein.

omissions of up to $2.37 per $100 of par value, depending on the timing of their Note purchases and sales.

iii. The aggregate residual decline in the price of the TAE3 Notes caused by the corrective disclosures was $5.95 per $100 of par value. All of this residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the TAE3 Note price since the start of the Class Period on account of the alleged misrepresentations and omissions. Investors in the TAE3 Notes therefore suffered damages caused by the alleged misrepresentations and omissions of up to $5.95 per $100 of par value, depending on the timing of their Note purchases and sales.

iv. The aggregate residual decline in the price of the TAH6 Notes caused by the corrective disclosures was $7.17 per $100 of par value. All of this residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the TAH6 Note price since the start of the Class Period on account of the alleged misrepresentations and omissions. Investors in the TAH6 Notes therefore suffered damages caused by the alleged misrepresentations and omissions of up to $7.17 per $100 of par value, depending on the timing of their Note purchases and sales.

v. The aggregate residual decline in the price of the TAK9 Notes caused by the corrective disclosures was $6.68 per $100 of par value. All of this residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the TAK9 Note price since the start of the Class Period on account of the alleged misrepresentations and omissions. Investors in the TAK9 Notes therefore suffered damages caused by the alleged misrepresentations and omissions of up to $6.68 per $100 of par value, depending on the timing of their Note purchases and sales.

vi.    The aggregate residual decline in the price of the EAA3 Notes caused by the corrective disclosures was $6.53 per $100 of par value. All of this residual decline represents the dissipation of artificial inflation. This total amount of loss is a conservative estimate of the level of artificial inflation that had been in the EAA3 Note price since the start of the Class Period on account of the alleged misrepresentations and omissions. Investors in the EAA3 Notes therefore suffered damages caused by the alleged misrepresentations and omissions of up to $6.53 per $100 of par value, depending on the timing of their Note purchases and sales.

vii.   I conservatively estimate that investors suffered no quantifiable damages from investments in the TAN3 Notes during the Class Period. The TAN3 Notes did not trade on 25 January 2019, the first corrective disclosure date, nor did it experience a statistically significant decline on either 4 February 2019 or 6 February 2019, the final two corrective disclosure dates. While some of the security price decline observed on 28 January 2019, when the TAN3 did trade at a loss, reasonably was caused by the corrective disclosure on 25 January 2019, the amount of loss attributable to the corrective disclosure is intertwined with loss attributable to other negative news that transpired on 28 January 2019, which the Court has determined did not constitute corrective disclosure.

## IV.    LEAD PLAINTIFF'S ALLEGATIONS

27.    Lead Plaintiff alleges that, over the course of the Class Period, the Company "materially misrepresented or omitted facts in public filings related to the stability and safety of Vale's dams, the sufficiency of Vale's dam risk management and sustainability policies and practices, and Vale's compliance with regulatory and internal safety standards."[13]

---

[13] *In Re Vale S.A. Securities Litigation*, No. 19-CV-526 (RJD) (SJB), 2020 WL 2610979, at *1 (E.D.N.Y. May 20, 2020).

28.    Lead Plaintiff contends, "Defendants materially misrepresented or failed to disclose throughout the Class Period that: (1) at least one of Vale's high-hazard tailings dams, Dam 1, had a high probability of failure; (2) Vale's dam risk management and sustainability practices and policies were insufficient and/or insufficiently implemented in light of the known risks to human life and the environment posed by Dam 1; (3) Vale systematically acted to get Stability Condition Statements for dams that were not stable and did not meet Vale's own purported safety standards; and (4) at least as early as 2018, Vale's third-party dam safety auditor had a financial conflict of interest, and issued Stability Condition Statements under fear of economic reprisal from Vale."[14]

29.    Through a series of corrective disclosure events near and at the end of the Class Period, investors learned that they had been misled about the condition of the Company's dams, and the Company's policies, practices, and conduct. Lead Plaintiff states, "The truth about the risk of Vale's tailing dams and its inadequate dam maintenance and safety certifications was disclosed through a series of disclosures beginning with the news of the Dam 1 collapse on January 25, 2019 and concluding with related news on February 6, 2019."[15]

## V.    FACTUAL BACKGROUND

### A.    About the Company

30.    Throughout the Class Period, Vale described itself as "one of the largest metals and mining companies in the world, based on market capitalization."[16] According to the Company, its revenues derived mainly from i) ferrous minerals, ii) base metals, iii) coal, and iv) logistics infrastructure.[17] The Company described its businesses as follows:

> "We are the world's largest producer of iron ore and iron ore pellets and the world's largest producer of nickel. We also produce manganese ore, ferroalloys, metallurgical and thermal coal, copper, platinum group metals

---

[14] Complaint, ¶11.

[15] Complaint, ¶203.

[16] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 17; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 1.

[17] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, pp. 17-18; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, pp. 2-3; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, pp. 8-9.

(PGMs), gold, silver and cobalt. We are presently engaged in greenfield mineral exploration in six countries. We operate large logistics systems in Brazil and other regions of the world, including railroads, maritime terminals and ports, which are integrated with our mining operations. In addition, we have a distribution center to support the delivery of iron ore worldwide. Directly and through affiliates and joint ventures, we also have investments in energy and steel businesses."

**Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 1.**

31. Vale denominates its financial statements in accordance with International Financial Reporting Standards (IFRS) in U.S. dollars.[18] Its fiscal year ("FY") coincides with the calendar year. For FYs 2016, 2017, and 2018, the Company reported net sales of $27.488 billion, $33.967 billion, and $36.575 billion, respectively.[19]

32. Iron ore mining is the source of the majority of Vale's revenue. In FYs 2016, 2017, and 2018, net operating revenue from the Company's Ferrous Minerals segment accounted for 74.0%, 74.0%, and 76.4% of the Company's total revenue, respectively.[20,21] The Coal and Base Metals segments together accounted for 25.4%, 24.8%, and 22.8% of revenue in FYs 2016, 2017, and 2018, respectively.[22] All other business lines accounted for the remaining 0.6%, 1.2%, and 0.8% of annual revenues for FYs 2016, 2017, and 2018, respectively.[23]

### B.    About the Vale ADR

33. During the Class Period, Vale's common shares traded on the B3 exchange and the B3 exchange's predecessor, the BM&FBovespa stock exchange, both located in São Paulo, Brazil.[24] The BM&FBovespa merged with the CETIP clearing house and over-the-counter exchange in Brazil to form the B3 stock exchange in May 2017. The name B3 derives from

---

[18] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 168.

[19] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 96.

[20] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[21] Vale's Ferrous minerals segment includes revenues generated from iron ore, pellets, ferroalloys and manganese, and other ferrous products and services (Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8).

[22] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[23] Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019, p. 8.

[24] Vale S.A., Form 20-F for the fiscal year ended 31 December 2015, filed 31 March 2016, p. 117.

"Brasil, Bolsa, Balcão," which means "Brazil, exchange, counter." The B3 is the largest stock exchange in Brazil by market capitalization, as was the BM&FBovespa before it.[25,26]

34. An American Depositary Receipt (ADR) is a security that allows trading of a foreign stock on an American exchange. The Vale ADR traded on the NYSE throughout the Class Period under the ticker symbol "VALE."[27]

35. According to the SEC, "An ADR is a negotiable certificate that evidences an ownership interest in American Depositary Shares ('ADS') which, in turn, represent an interest in the shares of a non-U.S. company that have been deposited with a U.S. bank. It is similar to a stock certificate representing shares of stock. The terms ADR and ADS are often used interchangeably by market participants."[28]

36. Citibank N.A. serves as the depositary trust for the Vale ADS and is responsible for issuing new ADRs when shares are deposited, and terminating ADRs if investors redeem the underlying shares.[29] As of 28 February 2018, Citibank held 1,291,791,211 shares of Vale's underlying common stock as ADS (out of a total 5,197,432,081 common shares outstanding).[30] One ADR represents one common share of underlying Vale stock.[31] Holders of the ADR receive dividends from the underlying Vale common shares.[32]

---

[25] "One of the World's Largest Financial Market Infrastructure Companies," B3 - Brazil Stock Exchange and Over-the-Counter Market, http://www.b3.com.br/en_us/b3/about/who-we-are/.

[26] "Following the conversion of our class A preferred shares into common shares, in December 2017, we completed our listing on the Novo Mercado segment of the B3 exchange (formerly BM&FBovespa), the special listing segment of B3 for companies committed to the highest standards of corporate governance" (Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 5).

[27] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017; Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018; and Vale S.A., Form 20-F for the fiscal year ended 31 December 2018, filed 18 April 2019.

[28] "Investor Bulletin: American Depositary Receipts," SEC Office of Investor Education and Advocacy, August 2012, p. 1.

[29] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 126.

[30] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, cover and p. 126.

[31] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, cover.

[32] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 124.

37.    During the Class Period, the Vale ADR price peaked at $15.93 per ADR on 17 October 2018, according to price data obtained from CRSP. On 6 February 2019, following the final corrective disclosure in the Class Period, the Vale ADR price fell to $11.36, a decline of 28.7% from the Class Period peak.

**C.    About the Vale Notes**

38.    The seven Vale Notes at issue in this case are U.S. dollar-denominated debt securities with face values ranging between $800 million and $2.5 billion.[33] The maturities of the Notes ranged from five years to 30 years when initially issued. All seven Notes are senior unsecured securities.

39.    In the case of a Company liquidation, secured debt would receive payment first from the sale of the corporate assets securing that debt, similar to a mortgage foreclosure. The senior unsecured debt follows the secured debt holders in the queue to receive payment from corporate assets. Senior unsecured debt receives liquidation proceeds before, in order of seniority, subordinated debt holders, preferred shareholders, and common stock and ADR shareholders. Similarly, interest on senior unsecured debt must be paid before common and preferred stock dividends are distributed.[34,35]

40.    Appendix-1 of the Feinstein Report provides detailed descriptions of each of the Vale Notes.

---

[33] The Vale Notes had the following aggregate face values: $800 million for the TAE3 Notes, $1,250 million for the TAN3 Notes, $1,500 million for the EAA3 Notes, $1,750 million for the TAK9 Notes, $2,000 million for the TAP8 Notes, $2,250 million for the TAM5 Notes, and $2,500 million for the TAH6 Notes.

[34] See, e.g., "Payment of interest and repayment of principal (amount borrowed) are a prior claim on the company's earnings and assets compared with the claim of common shareholders." In the event of a bankruptcy, "unsecured creditors have a right to be paid in full before holders of equity interests (common and preferred shareholders) receive value on their interests" (Institute, CFA. *2016 CFA Level I Volume 5 Equity and Fixed Income*, CFA Institute, July 2015, pp. 295 and 591).

[35] The Company issues debt securities "directly by Vale and through our finance subsidiary Vale Overseas Limited, guaranteed by Vale, totaling US$12.048 billion"; All but one – EAA3 Note – of the seven Vale Notes at issue in this case were issued by Vale Overseas Limited (Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, cover and p. 108).

### D.    Relevant Events and Timeline

41.    A review of the following events provides context for understanding the Lead Plaintiff's allegations and the Company's experience prior to and during the Class Period.

#### 1.    Pre-Class Period Event: The Samarco Mariana Dam Collapses

42.    On 5 November 2015, prior to the start of the Class Period, an upstream tailings dam at the Fundão Mining Complex collapsed and released wastewater and tailings from the nearby iron ore mine into the village Bento Rodrigues in Brazil.[36] The dam ("Samarco Mariana Dam") was owned by Samarco, a joint venture backed by Vale and BHP Billiton. It was located in the municipality of Mariana, Minas Gerais.[37]

43.    The dam collapse killed 19 people and destroyed the nearby village.[38,39] When the Samarco Mariana Dam collapsed, toxic mining waste flowed into the Rio Doce River, which flows into the Atlantic Ocean, and turned the river orange.[40] The dam collapse is said to have caused the "biggest environmental disaster of the world mining industry, both in terms of the volume of tailings dumped and the magnitude of the damage."[41]

---

[36] "Mining Company Samarco's Dam Bursts in Brazil," by Paul Kiernan et al., *Dow Jones Top Energy Stories*, 5 November 2015.

[37] "Mining Company Samarco's Dam Bursts in Brazil," by Paul Kiernan et al., *Dow Jones Top Energy Stories*, 5 November 2015.

[38] "BHP Shares Fall after Brazil Dam Bursts--3rd Update," by Rhiannon Hoyle, *Dow Jones Institutional News*, 6 November 2015.

[39] "Fundão Tailings Dam Failures: The Environment Tragedy of the Largest Technological Disaster of Brazilian Mining in Global Context," by G.W. Fernandes and Sérvio Ribeiro, *Perspectives in Ecology and Conservation*, vol. 15, 2017, p. 146.

[40] "BHP Shares Plunge as Brazil Files Suit against Dam Owners," by Rhiannon Hoyle and Alex MacDonald, *Dow Jones Institutional News*, 30 November 2015.

[41] "Fundão Tailings Dam Failures: The Environment Tragedy of the Largest Technological Disaster of Brazilian Mining in Global Context," by G.W. Fernandes and Sérvio Ribeiro, *Perspectives in Ecology and Conservation*, vol. 15, 2017, p. 145.

### 2.    27 October 2016: Vale Holds Q3 2016 Earnings Conference Call

44.    On 27 October 2016, the first day of the Class Period, Vale announced financial results for Q3 2016.[42] During the Company's earnings conference call that day, Chief Executive Officer Murilo Ferreira ("CEO Ferreira") acknowledged the upcoming one-year anniversary of the Samarco Mariana Dam collapse. In addition to representing that the Company was committed to safety and the environment, CEO Ferreira stated that since the Samarco Mariana Dam collapse, the Company had stood by its "commitment to do what is right."

> "As I think you all know, *we are driven by our commitment to safety to people and to preserve the environment*. Moreover, we understand that it is important to all of our stakeholders, including the people in place where we operate. We are constantly looking to adapt and evolve by building what we have seen, experience and learn. On that regard, on November 5, Samarco accident, we complete one year anniversary. *And since then, we stood by our commitment to do what is right*."
> **"Q3 2016 Vale SA Earnings Call,"** *Thomson Reuters*, **conference call, 27 October 2016, p. 4 (emphasis added).**

### 3.    29 November 2016: Vale Day Conference in New York

45.    On 29 November 2016, Vale held its annual Vale Day conference in New York for investors and analysts. In its presentation at the conference, Vale reiterated its commitment to safety and sustainability. Indeed, the first slide presented by Clovis Torres, whose role at Vale was Executive Officer – Human Resources, Sustainability, Compliance and General Counsel, was titled "*Sustainability is one of Vale's strategic pillars*."[43]

---

[42] "Brazil's Vale 3Q Net Profit $575M, vs $2.12B Loss a Year Earlier," by Rogerio Jelmayer, *Dow Jones Institutional News*, 27 October 2016 4:14 AM.

[43] Vale S.A., Form 6-K, filed 29 November 2016, slide 12 (emphasis added).



**Source**: Vale S.A., Form 6-K, filed 29 November 2016, slide 12.

46.     Vale's representations impressed conference participants. Writing about the Vale Day conference, Deutsche Bank stated, "It was encouraging to see the progress that Vale has made in health and safety and discussing the subject in more detail."[44]

> ### 4.     23 February 2017: Vale's Q4 and FY 2016 Earnings Announcement

47.     On 23 February 2017, Vale announced financial results for Q4 and FY 2016.[45] That day, Vale filed a Form 6-K that described Vale's purported operational risk management.[46]

> "The operational risk management is the structured approach that Vale uses to manage uncertainty related to possible inadequate or failure in internal processes, people, systems and external events, in accordance with the principles and guidelines of ISO 31000.
>
> ***The main operational risks are periodically monitored, ensuring the effectiveness of preventive and mitigating key controls in place and the***

---

[44] "Vale Day 2016: You Can't Always Get What You Want," by Rene Kleyweg and Chris Terry, Deutsche Bank, analyst report, 29 November 2016, p. 8.

[45] "Vale 4Q Rev $9.69B," by Rogerio Jelmayer, *Dow Jones Institutional News*, 23 February 2017 4:27 AM.

[46] Vale S.A., Form 6-K, filed 23 February 2017, p. 55.

16

*execution of the risk treatment strategy* (implementation of new or improved controls, changes in the risk environment, risk sharing by contracting insurance, provisioning of resources, etc.).

Therefore, *the Company seeks to have a clear view of its major risks, the best cost-benefit mitigation plans and the effectiveness of the controls in place, monitoring the potential impact of operational risk and allocating capital efficiently*."
**Vale S.A., Form 6-K, filed 23 February 2017, p. 55 (emphasis added).**

### 5. 11 April 2017: Vale Files Form 20-F for FY 2016

48. On 11 April 2017, Vale filed its 2016 annual report with the SEC.[47] In its Form 20-F, Vale represented to investors and analysts that the Company had conducted "extraordinary" audits on the stability conditions of its upstream dams. The Company represented that these audits identified no anomalies.[48]

"In May 2016, the state of Minas Gerais issued a decree ordering an immediate assessment of the stability conditions of the upstream dams and suspending new licensing procedures for building or heightening upstream dams, until the state environmental authority defined new rules and procedures. *We have conducted extraordinary audits on the stability conditions of our upstream dams, and no anomalies were identified.* We filed a report with local governmental authorities in September 2016. In March 2017, the state of Minas Gerais determined that upstream dams, or dams that have been once heightened by this method, that had their stability conditions attested by audit could be heightened by other constructive methods."
**Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 76 (emphasis added).**

49. Vale also described in this filing the Company's purported operational risk mitigation policies and practices:

"Operational risk management is the structured approach we take to manage uncertainty related to internal and external events. Internal events consist of inadequate or failed internal processes, people and systems, while external events include natural or third party-caused operational catastrophes,

---

[47] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017.

[48] Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 76.

17

regulatory, political, economic or social actions taken by governments or other key stakeholders.

*We mitigate operational risk with new controls and improvement of existing ones, new mitigation plans and transfer of risk through insurance. We seek a clear view of the major risks we are exposed to, the cost-benefit on mitigation plans and the controls in place to closely monitor the impact of operational risks and to efficiently allocate capital to reduce it*."

**Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 108 (emphasis added).**

50.    In the same 20-F, Vale emphasized that it was committed to safety and sustainability.

"We are committed to promoting sustainable development, which means generating value for our shareholders and other stakeholders, and simultaneously improving health and safety of our workers, enhancing the well-being of the communities surrounding our operations and protecting the environment. This can be achieved through conscious and responsible management, corporate voluntary actions and cross-sectorial partnerships. *Below is a list of measures illustrating our commitment to sustainability*:

- Since 2013, environmental and social actions are directly incorporated into our strategic planning. *In 2016, we revised our Global Sustainability Policy to reflect health, safety, environment and community management improvement.* We also follow standards for social action and principles on business and human rights, which are based on the Guiding Principles on Business and Human Rights of the United Nations Human Rights Council."

**Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 19 (emphasis added).**

6.    28 April 2017: Vale Issues 2016 Sustainability Report

51.    On 28 April 2017, Vale published its 2016 sustainability report.[49] According to Vale, "The mining company has been accountable to society over the last ten years, disclosing its

---

[49] "Vale Discloses 2016 Annual Sustainability Report," Vale, 28 April 2017, accessed through https://web.archive.org/web/20180220035530/http://www.vale.com/brasil/en/aboutvale/news/pages/vale-divulga-relatorio-anual-de-sustentabilidade-2016.aspx.

achievements and challenges in environmental, social and economic areas."[50] In its 2016

sustainability report, Vale stressed its commitment to safety and sustainability:

> "*'Life matters most' permeates Vale's activities* … . We know the size of our responsibility and believe that development is only sustainable when the Vale and society grow together, sharing the generated value. *This means building an economic, social, and environmental legacy in the regions where we are present, mitigating the impacts of our operations in the communities where we operate, and inducing sustainable practices throughout the entire value chain.* These, alongside other issues such as human rights, labor rights, anticorruption, and environmental protection, *are demonstrated in actions that are part of our commitment to the principles of the United Nations Global Compact.*
> …
> *Life matters most at work, at home, and in our communities. We are responsible for making this a reality.*"
> **"2016 Sustainability Report," Vale, 28 April 2017, pp. 12 and 18 (emphasis added).**

52.     In the 2016 sustainability report, Vale also touted the Company's dam safety and risk

management policies and practices.

> "*For all of the recommendations pointed out in audits, Vale prepares an Action Plan that is internally monitored by the auditors.*
> …
> *At Vale, dedicated and qualified teams are assigned the responsibility of dam safety management. Vale aims to operate its dams using advanced engineering techniques, following strict controls, monitoring their performances in a systemic way, and evaluating safety conditions through annual external audits.* At the federal level, *Vale's management of dams in Brazil complies with Law* No. 12,334/2010, which establishes the National Policy on Dam Safety, and two ordinances of the National Department of Mineral Production (DNPM).
> …
> In the State of Minas Gerais, State Council of Environmental Policy (COPAM) Normative Resolutions Nos. 62/2002 and 87/2005, supplemented by No. 124/2008, determine the execution of regular external audits. *In 2016, 145 dams were audited in the ferrous metals area, and the respective statements of stability conditions were filed within the deadline, in order to meet Vale's safety management requirements and legal*

---

[50] "Vale Discloses 2016 Annual Sustainability Report," Vale, 28 April 2017, accessed through https://web.archive.org/web/20180220035530/http://www.vale.com/brasil/en/aboutvale/news/pages/vale-divulga-relatorio-anual-de-sustentabilidade-2016.aspx.

*parameters*, including the new Joint Resolution SEMAD/FEAM No. 2,372/2016 (Secretary of State for Environment and Sustainable Development (SEMAD) and the State Foundation for the Environment (FEAM)). This Resolution establishes guidelines for conducting Extraordinary Tailings Dam Safety Technical Audits with upstream heightening, and Decree No. 46,993/2016, which deals with the issuance of a corresponding statement of stability conditions.

…

***As a result of the 151 audits, programmatic or corrective and/or preventive maintenance actions were recommended.*** As a result of the recommendations, several Action Plans were prepared, filed with the state environmental agency and DNPM, ***which are duly followed up by Vale managers and auditors. The structures undergo visual inspections and are monitored by instruments that provide information on their structural behavior.*** The visual inspections are performed fortnightly and include a detailed checklist that allows for evaluating the conditions and changes in the structure. ***The information gathered in inspections and in data obtained through monitoring instruments installed in the dams is recorded in auditable systems and analyzed by geotechnical engineers, who periodically evaluate if the conditions raised in the field and the readings from instruments are in accordance with the normal operating conditions of the structures. In addition to inspection and monitoring routines, they undergo periodic maintenance, such as the cleaning of drainage and overflow structures, weeding, recovery of small erosions, restoration of slope coverage, among others, in order to ensure adequate conservation conditions for good performance. At Vale, all dams, even if no longer in operation, remain under its responsibility and are monitored, audited, and maintained normally under the same criteria and safety levels adopted during their operation.***

…

Under the process of continuous improvement, the Emergency Response Plans for Dams (PAEBMs, in portuguese), for Vale's iron ore dams, were revisited in 2016, followed by various discussions with communities located in the vicinity of the dams, with state and municipal Civil Defense, and with regulatory agencies. Initially, ***Vale updated the PAEBMs of their 50 dams classified as High Potential Associated Damage (DPA) (DNPM Ordinance No. 416/2012), focusing on the processes of emergency communication and on the study of scenarios including flood zones***. Continuing the process of continuous improvement and operationalization and implementation of the emergency management of dams, the Vale has been conducting activities with communities located in the Self-rescue Zone (ZAS) and conducting a process aiming to implement a mass communication systems, also in the ZAS, downstream of each one of its structures. Regarding governance, ***in 2016, a unified database was set up to manage the portfolio of Vale/s iron ore dams. Named Geotechnical Risk Management (GRG, in portuguese), the system allows for the***

20

*registration of any structure, documentation, projects, studies, inspection files, internal and external audit reports, and technical information, aiming to ensure that the Dam Safety Plan is up to date*. A specific module of the system was also developed to generate data on iron ore dams that will constitute the Annual Mining Report (RAL), available in 2017. ***Thus, the GRG aims to continually improve reliability, speed, and visibility in access to information related to the structures and the management of iron ore dams***."
**"2016 Sustainability Report," Vale, 28 April 2017, pp. 112-114 (emphasis added).**

7. <u>16 May 2017: CEO Ferreira Presents at the Bank of America Merrill Lynch Global Metals, Mining & Steel Conference</u>

53. On 16 May 2017, CEO Ferreira gave a presentation titled "Reshaping Vale: A Leaner and More Competitive Company" at the Bank of America Merrill Lynch Global Metals, Mining & Steel Conference.[51] That day, Vale filed a Form 6-K that included a copy of the presentation.[52] In a slide titled "The revision of our values ***was the foundation of the company's transformation***," Vale proclaimed its purported values, including: "***Life matters most***" and "***Prize our planet***."[53] Another slide was titled "***Based on these values, Vale achieved higher levels of sustainable development***."[54]

---

[51] Vale S.A., Form 6-K, filed 16 May 2017.

[52] Vale S.A., Form 6-K, filed 16 May 2017.

[53] Vale S.A., Form 6-K, filed 16 May 2017, slide 3 (emphasis added).

[54] Vale S.A., Form 6-K, filed 16 May 2017, slide 4 (emphasis added).

21



**Source:** Vale S.A., Form 6-K, filed 16 May 2017, slides 3 and 4.

8.      22 May 2017: Fabio Schvartsman Replaces Murilo Ferreira as CEO of Vale

54.    Vale announced in February of 2017 that CEO Ferreira would not renew his contract, which was scheduled to expire in May of 2017.[55] In March 2017, Vale announced that Fabio Schvartsman ("CEO Schvartsman") was appointed by Vale's Board of Directors to fill the position.[56] On 22 May 2017, CEO Schvartsman became CEO of Vale.[57]

9.      30 May 2017: Vale Files Form 6-K

55.    Vale's Form 6-K filed on 30 May 2017 contained a discussion of environmental regulations pertaining to Vale dams.[58] In the Form 6-K, Vale repeated representations regarding the condition of the Company's upstream dams similar to the statements made in its Form 20-F filed on 11 April 2017:

> "In May 2016, the state of Minas Gerais issued a decree ordering an immediate assessment of the stability conditions of upstream dams and suspending new licensing procedures for the construction or lifting of upstream dams until the state environmental authority defined new rules and procedures. ***Vale carried out extraordinary audits on the stability conditions of its upstream dams and no anomalies were identified.*** Vale has filed reports with local government authorities in September 2016. In March 2017, the state of Minas Gerais determined that dams already altered by the upstream method, but had their stability conditions verified by audit, could be altered by other constructive methods."
> **Vale S.A., Form 6-K, filed 30 May 2017, p. 216 (emphasis added).**

56.    In the same Form 6-K, Vale discussed its purported risk management policies and practices and the particular relevance to tailings dams.

> "***Vale's governance structure is based on policies with guidelines and principles that guide the Company's strategy, processes and actions. The main policies related to the environment and social performance are Vale's Global Sustainability Policy, revised in 2016, to include improvements in health, safety, environment*** and community

---

[55] Vale S.A., Form 6-K, filed 24 February 2017, p. 3.

[56] Vale S.A., Form 6-K, filed 28 March 2017, p. 3.

[57] Vale S.A., Form 6-K, filed 22 May 2017, p. 3.

[58] Vale S.A., Form 6-K, filed 30 May 2017.

management, the Global Climate Change Policy, and the Human Rights Policy. The Company also follows standards of social action and commercial and human rights principles based on the Human Rights and Business Matrix of the United Nations Human Rights Council.

…

***With regard to risk management, tailings dams are highly relevant, being subjected to periodic safety audits and also to operating and monitoring procedures to assess geotechnical stability.***"

**Vale S.A., Form 6-K, filed 30 May 2017, pp. 219 and 220 (emphasis added).**

10.    6 December 2017: Vale Day Conference in New York

57.    On 6 December 2017, Vale held its annual Vale Day conference at the NYSE for analysts and investors.[59] During the Company's presentation, Vale's Executive Director of Sustainability and Institutional Relations Luiz Eduardo Froes do Amaral Osorio ("Executive Osorio") reiterated Vale's purported commitment to safety and sustainability.

"First of all, and most importantly, ***safety is our top priority***.

…

But make sure that I think the take away message today is that we are totally committed to this plan of becoming a leader in sustainability.

…

***So we are just making sure that we have the proper and the correct goals, indicators, organizational model and structure to deliver these results in this bold commitment***."

**"Vale SA Day NY," *Thomson Reuters*, conference call, 6 December 2017, pp. 5-6 (emphasis added).**

58.    Analysts viewed positively the Company's comments regarding improving Environmental, Social, and Governance ("ESG") practices. Releasing a report after the conference, HSBC wrote, "In our view, with … an improving ESG [Environmental, Social, and Governance] framework, Vale is taking the appropriate steps to address issues that have precluded its

---

[59] "Vale SA Day NY," *Thomson Reuters*, conference call, 6 December 2017.

24

shares from further rerating in the past."[60] Morgan Stanley summarized, "Management is focused on four pillars: strategy, performance, governance and sustainability."[61]

### 11.    8 December 2017: Vale Day Conference in London

59.    Two days after Vale Day in New York, on 8 December 2017, Vale held a Vale Day conference in London. CEO Schvartsman and Executive Osorio again highlighted the Company's purported commitment to sustainability and safety.

> "[CEO Schvartsman:] Regarding sustainability, we -- our idea here is a systematic one. We think that we have to treat this in a different manner that we've been treating in the past. *We did a much more systematic planning and execution of all measures regarding sustainability, regarding both the environment and social, and we are starting to do that.*"
> **"Vale SA Corporate Analyst Meeting London – Investor Conference,"** *Thomson Reuters*, **conference call, 8 December 2017, p. 4 (emphasis added).**

> "[Executive Osorio:] As you heard from Mr. Schvartsman, *sustainability is one of the pillars to the company's growth and prosperity*. I would like to announce that it's our commitment to become a leader in sustainability and we are going to pursue that every day, and we are starting to pave this way as you heard before. … Also, I would like to share progress in some of the key areas that we delivered this year. *Starting with our top priority, which is safety* … ."
> **"Vale SA Corporate Analyst Meeting London – Investor Conference,"** *Thomson Reuters*, **conference call, 8 December 2017, p. 5 (emphasis added).**

### 12.    27 February 2018: Vale's Q4 and FY 2017 Earnings Announcement

60.    On 27 February 2018, Vale announced financial results for Q4 and FY 2017.[62] That day, Vale filed a Form 6-K that included a description of Vale's purported operational risk

---

[60] "Buy: Efficiency in Focus at Investor Day in New York," by Jonathan Brandt and Yevgeniy Shelkovskiy, HSBC, analyst report, 6 December 2017, p. 1.

[61] "Investor Day 2017 Highlights," by Carlos De Alba and Jens Spiess, Morgan Stanley, analyst report, 7 December 2017, p. 3.

[62] "Brazil's Vale 4Q Net Profit Rises 47% on Year to $771 Million," by Paul Kiernan, *Dow Jones Institutional News*, 27 February 2018 5:27 PM.

management.[63] Vale repeated its 23 February 2017 statements regarding the Company's operational risk mitigation policies and practices:

> "The operational risk management is the structured approach that Vale uses to manage uncertainty related to possible inadequate or failure in internal processes, people, systems and external events, in accordance with the principles and guidelines of ISO 31000.
>
> ***The main operational risks are periodically monitored, ensuring the effectiveness of preventive and mitigating key controls in place and the execution of the risk treatment strategy*** (implementation of new or improved controls, changes in the risk environment, risk sharing by contracting insurance, provisioning of resources, etc.).
>
> Therefore, ***the Company seeks to have a clear view of its major risks, the best cost-benefit mitigation plans and the effectiveness of the controls in place, monitoring the potential impact of operational risk and allocating capital efficiently***."
>
> **Vale S.A., Form 6-K, filed 27 February 2018, p. 69 (emphasis added).**

### 13.    10 April 2018: CEO Schvartsman Characterizes the Condition of Vale's Tailings Dams as Impeccable

61.    On 10 April 2018, *Valor Econômico* published an article titled "Today the State of the Dams Is 'Impeccable', Says the President of Vale."[64] The article quoted CEO Schvartsman's characterizations that the Company's tailings dams "***are impeccable***" and of "***impressive***" quality. Additionally, *Valor Econômico* cited CEO Schvartsman's statements about the importance of sustainability to Vale.

> "Vale's tailings dams are in ***'impressive' quality***, says mining president Fabio Schvartsman. The executive says that as soon as he took office last year, he asked for a review of the conditions of deposits and the result was very positive. 'As soon as I started as president, I thought about the state of the dams. If there was another accident like Mariana's [in Minas Gerais, when a Samarco dam gave way and hit the region and the Doce river], my management would be short,' he said at an Itaú event in São Paulo. 'I don't know if this work was done after Mariana or if it was already like that, but ***today the dams are impeccable***.' In the executive's opinion, ***sustainability***

---

[63] Vale S.A., Form 6-K, filed 27 February 2018, p. 69.

[64] "Today the State of the Dams is 'Impeccable,' Says the President of Vale," by Renato Rostás, *Valor Econômico*, 10 April 2018.

26

*is part of the core business*, or Vale's core business. He points out that ***it is necessary for the mining company to be environmentally, socially and economically sustainable for its survival***, and that the three aspects are interconnected."
**"Today the State of the Dams is 'Impeccable', Says the President of Vale," by Renato Rostás, *Valor Econômico*, 10 April 2018 (emphasis added).**

### 14.    13 April 2018: Vale Files Form 20-F for FY 2017

62.    On 13 April 2018, Vale filed its 2017 annual report with the SEC.[65] In its Form 20-F, Vale repeated statements that it made on 11 April 2017 regarding the Company's operational risk mitigation policies and practices.

"Operational risk management is the structured approach we take to manage uncertainty related to internal and external events. Internal events consist of inadequate or failed internal processes, people and systems, while external events include natural or third party-caused operational catastrophes, regulatory, political, economic or social actions taken by governments or other key stakeholders.

***We mitigate operational risk with new controls and improvement of existing ones, new mitigation plans and transfer of risk through insurance. We seek a clear view of the major risks we are exposed to, the cost-benefit on mitigation plans and the controls in place to closely monitor the impact of operational risks and to efficiently allocate capital to reduce it***."
**Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 117 (emphasis added).**

63.    In the same 20-F, Vale reiterated that the Company was committed to safety and sustainability.

"***We are committed to becoming a sustainability benchmark through a comprehensive approach based on systematic planning and execution, prioritizing risk and impact management (seeking to achieve zero harm to our employees and surrounding communities) and establishing a positive social, economic and environmental legacy in the places where we operate***. Below is a list of measures illustrating our commitment to sustainability:

---

[65] Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018.

- Since 2013, environmental and social actions are directly incorporated into our strategic planning. In 2017, we joined the International Council on Mining and Metals (ICMM), the most important association in the mining industry, reaffirming our commitment to sustainable development. Also in 2017, we joined the Task Force on Climate-related Financial Disclosures (TCFD). The purpose of the TCFD is to create a set of recommendations to improve the quality of voluntary disclosure of climate-related information. …

- ***We are committed to improving the health and safety of our workers***. Our total recordable injury frequency performance in 2017 was 2.0 per million hours worked, slightly higher than the frequency of 1.89 per million hours worked recorded in the previous year, although demonstrating a 24% improvement over the last five years.

- We follow standards for social action in accordance with international guidelines, including principles on business and human rights, which are based on the Guiding Principles on Business and Human Rights of the United Nations Human Rights Council."

**Vale S.A., Form 20-F for the fiscal year ended 31 December 2017, filed 13 April 2018, p. 4 (emphasis added).**

15.    <u>April 2018: Vale Releases 2017 Sustainability Report</u>

64.    In April 2018, Vale released its 2017 sustainability report on the Company's website.[66] In the report, Vale touted the supposed strength of the Company's dam risk management and safety practices:

> "***Vale maintains the management of its dams in permanent alignment and updating with the good and strictest international practices, standards of which exceed the legal requirements***. In this sense, it bears emphasizing that the Brazilian dam safety legislation is quite stringent, also based on good international practices and very judicious, both in terms of safety management requirements and emergency management.

---

[66] "2017 Sustainability Report," Vale, on or about 19 April 2018, accessed through https://web.archive.org/web/20180 419215109/http://www.vale.com/en/Pages/default.aspx.

In general, society's knowledge and legislation advance at the pace of events and learning. ***With respect to dams, Vale is dedicated to advancing the dam safety movement and has contributed in a transparent manner to discussions at several forums, whether technical, legislative or civil society in general.***

Among the international standards used as reference, we highlight the guidelines of the International Committee of Large Dams (ICOLD) and the Mining Association on Canada (MAC). International specialists and ***external auditors recognize Vale as a model for risk management in the global industry***.

***The strictness adopted is a demonstration of the our [sic] understanding that efficient dam management is a vital aspect not only for Vale operations and its workforce, but also for the communities surrounding these structures.***

In the Ferrous area, Vale's Integrated Risk Management System for geotechnical structures is based on three main pillars: People, Processes and Information Systems. In the People pillar, ***specialized teams are dedicated to controlling Vale's dams, deploying qualified professionals at the operation sites to take care of the structures day-to-day, and at the offices to develop projects, studies and analyses to assure safety and reduce structural risks.***

In the Processes pillar, procedures are organized in Safety Management, Risk Management and Emergency Management throughout the life cycle of the structure, from design implementation, operation, maintenance and monitoring. In all these phases, the prognosis of the risks and the state of our readiness in case of an emergency.

In the Information Systems pillar, the Ferrous area has two systems that support geotechnicians with information for fast and effective decision-making. One of them is Geotec, which stores structural maintenance and monitoring data. The other is Geotechnical Risk Management (CRG, acronym in Portuguese), which stores technical information on the structures, the Dam Safety Plan and information on risk analyses.

***In addition to applying best practices pertaining to dam safety management, Vale submits its structures to audits conducted by specialized external consultants, and rigorously complies strictly with applicable legislation.***

Another highlight this year was implementing the International Panel of Experts on the Ferrous area, composed of international and national technicians who work in risk management, geotechnics and water resources. The panel's purpose is to evaluate governance, processes, studies, projects and technical analyses of geotechnics and hydrology."
**"2017 Sustainability Report," Vale, 19 April 2018, pp. 66-67 (emphasis added).**

65.    In its 2017 sustainability report, Vale repeatedly assured that the Company's dams were safe, subject to third-party auditing.

"The Ferrous area, responsible for managing iron ore dams in Brazil, closed 2017 with 150 dams and dikes designed to contain tailings, sediments and water. Regarding the size of these structures' reservoirs, 80% are considered small, 14% are medium-sized, and only 6% are large. Of the small dams, 71% have reservoirs with volumes of less than 500 thousand $m^3$. ***At the end of the year, the area ended another cycle of external dams auditing, in which 100% of the audited structures were certified to be in stable condition, physically and hydraulically.***"
**"2017 Sustainability Report," Vale, 19 April 2018, p. 67 (emphasis added).**

"In 2017, external audits were carried out on 107 structures in the Ferrous area, located in Brazil. ***All of them had their physical and hydraulic stability certified, and were issued Statements of Stability Condition (DCE, acronym in Portuguese) by the responsible auditors.*** Also in 2017, Vale hosted three meetings of the Panel of Experts."
**"2017 Sustainability Report," Vale, 19 April 2018, p. 69 (emphasis added).**

"In operating the Iron Ore Department in Brazil, 18 municipalities are within the self-rescue zone, the region in which accident warnings are the responsibility of the company rather than the competent authorities. Of these, 16 are in Minas Gerais, one is in Mato Grosso do Sul, and one is in Pará. The estimated population in the first seven kilometers downstream of the dams, in the direction of the current, consists of approximately 20 thousand people in the flood stain area.

***In compliance with Federal Law*** no. 12,334 and DNPM regulations 416/2012 and 526/2013, both replaced by DNPM n. 70.389 / 2017, ***Vale has filed since 2015 the Mining Dam Emergency Action Plans*** (PAEBM, acronym in Portuguese) referring to its structures. ***Since then, it has maintained an intense process for identifying opportunities for improvement, which is reflected in periodic updates with a new version filed in 2016***, and current work to revise the file in the first half of 2018.

*The company maintains a permanent and joint project with the Civil Defense Coordinator's Offices of these municipalities, to assure these plans' effectiveness.* In 2016 and 2017, contact was maintained with the communities of all the mapped areas, which made visible the context of coexistence with the dams.

The project also implemented a survey to collect information, enabling the creation of emergency maps detailing escape routes, muster stations and alert system implementation.

Plans for the orderly return to communities were also started, to present these plans in an integrated manner that will enable drills to perform in 2018. Thus, we consolidated an emergency operational routine to assure all agents are properly qualified and readied, including employees and the community. *These actions are preventive, as all the structures in the Ferrous area are completely normal and stability-certified by the audit completed in September 2017.*"
**"2017 Sustainability Report," Vale, 19 April 2018, pp. 69-70 (emphasis added).**

### 16.    11 December 2018: Vale Hosts an ESG Webinar

66.    On 11 December 2018, Vale conducted an ESG webinar. The online seminar was focused on ESG issues, where the Company and invited guests made presentations.[67] The Company's presentation slides were posted to its website. Within the "Iron ore tailings dam management" portion of the Company's presentation, Vale represented that "***All of Vale's iron ore dams are safe and operating within normal limits***."[68] According to the Company, "***100% of Vale's iron ore dams have their Stability Dam Declaration issued by the External Auditors***."[69]

### 17.    25 January 2019: Dam 1 of the Córrego do Feijão Iron Ore Mine Collapses

67.    Beginning on 25 January 2019, events unfolded that belied the Company's representations, the alleged misrepresentations, about dam conditions, safety, and the Company's commitments and conduct. The events informed the market that the truth about these matters had been concealed.

---

[67] "Vale's ESG Webinar," Vale, 11 December 2018.

[68] "Vale's ESG Webinar," Vale, 11 December 2018, slide 28 (emphasis added).

[69] "Vale's ESG Webinar," Vale, 11 December 2018, slide 28 (emphasis added).

68.    On 25 January 2019 (Friday), Dam 1 of Vale's Córrego do Feijão iron ore mine ("Dam 1") collapsed.[70] According to the Company's initial statements, there were no confirmed injuries.[71]

> "The tailings have reached the administrative area where employees were working, indicating the still unconfirmed possibility of victims. Part of the Vila Ferteco community has also been affected. Rescue and care of the wounded is being carried out on site by the Fire Department and Civil Defense. There is still no confirmation as to the cause of the accident."
> **Vale S.A., Form 6-K, filed 25 January 2019, accepted 3:41 PM.**

69.    During U.S. trading hours on 25 January 2019, *Agence France Presse* tweeted that Dam 1's collapse had caused several deaths.[72] *Bloomberg* noted, "Samarco's inability to restart operations after more than three years doesn't bode well for the Feijao mine's future, which belongs to a bigger system of Vale-operated mines, which may also come under greater scrutiny in the wake of Friday's spill."[73] The President of Brazil, Jair Bolsonaro, stated, "'We deeply regret what happened and know that this type of accident can be avoided … On mining issue, do not want to start blaming other for what is happening, but something is being done wrong over time.'"[74]

70.    After the close of trading in the U.S. on 25 January 2019, one media outlet revealed that "Residents told local media that there were no warnings before the mud wave and no sirens which could have given residents time to flee."[75] Media outlets also reported on CEO Schvartsman's statements at a Friday evening news conference.[76] According to CEO

---

[70] "*Vale-Operated Dam in Belo Horizonte Region Breaks: Globo," *Bloomberg*, 25 January 2019 10:45 AM.

[71] Vale S.A., Form 6-K, filed 25 January 2019, accepted 3:44 PM.

[72] "#Breaking Brazil Dam Collapses Causing 'Several Deaths': Emergency Service," AFP News Agency, *Twitter*, 25 January 2019 11:14 AM.

[73] "Iron Miner Vale Suffers Dam Rupture, Echoing 2015 Brazil Tragedy," by R.T. Watson, *Bloomberg*, 25 January 2019 1:09 PM.

[74] "Bolsonaro: On the Mining Issue, Something Is Being Done Wrong," by Simone Iglesias, *Bloomberg*, 25 January 2019 3:12 PM.

[75] "3rd LD: 200 People Missing after Tailings Dam Collapse in Brazil," *Xinhua News Agency*, 25 January 2019 4:35 PM.

[76] "Dam Holding Back Mine Waste Collapses in Brazil; 200 Missing," by Anna Kaiser and Marcello Silva De Sousa, *Associated Press*, 25 January 2019 5:30 PM.

Schvartsman, there were certainly deaths from Dam 1's collapse[77] – a large number of victims[78] and a "'human tragedy much larger than the tragedy of Mariana.'"[79] CEO Schvartsman reportedly apologized for the Company not having done enough.[80] *The Wall Street Journal* reported that seven bodies had been recovered as of Friday evening, with around 200 people still missing.[81]

71.    Additionally, after the close of trading in the U.S. on 25 January 2019, S&P placed Vale's ratings on credit watch with negative implications.[82] S&P stated that "the CreditWatch placement reflects the contingent risks Vale will face following the dam failure in Brumadinho, which resulted in several deaths and devastated territories in the region."[83] The bond rating agency further stated that it would "resolve this CreditWatch placement as soon as possible when all relevant information becomes available."[84]

> "The CreditWatch placement reflects the contingent risks Vale will face following the dam failure in Brumadinho, which resulted in several deaths and devastated territories in the region. Vale's environmental and social liabilities could be substantial, especially considering that such an incident has happened before. (Vale's JV Samarco's dam breached in 2015, resulting in a shutdown that remains ongoing and in the default of the subsidiary's obligations.) We believe Vale now faces multiple risks arising from the disaster. Its financial obligations to remediate and compensate for losses might be substantial, and the company would have to face long and complex

---

[77] "*Vale CEO: There Were Certainly Deaths from Dam Break," *Bloomberg*, 25 January 2019 4:37 PM.

[78] "*Vale CEO: We're Talking about a Large Number of Victims," *Bloomberg*, 25 January 2019 4:39 PM.

[79] "Dam Holding Back Mine Waste Collapses in Brazil; 200 Missing," by Anna Kaiser and Marcello Silva De Sousa, *Associated Press*, 25 January 2019 5:30 PM.

[80] "Brazil: Schvartsman Apologises for Vale's Failings with Feijao Waste Dam," *Esmerk Latin American News*, 25 January 2019.

[81] "Around 200 People Missing, Seven Dead, after Dam Bursts in Brazil; Iron-Ore Giant Vale Said the Majority of Victims Were the Company's Own Employees," by Samantha Pearson and Jeffrey Lewis, *The Wall Street Journal*, 25 January 2019 7:06 PM.

[82] "*S&PGR Places Vale S.A. Ratings on CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019 9:39 PM.

[83] "*S&PGR Places Vale S.A. Ratings on CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019 9:39 PM.

[84] "*S&PGR Places Vale S.A. Ratings on CreditWatch Negative," *Dow Jones Institutional* News, 25 January 2019 9:39 PM.

> studies from environmental entities and regulatory bodies that could end up in license suspensions. Our assessment of the events will also take into account our opinion of Vale's ability to safely operate its mines. We plan to resolve this CreditWatch placement as soon as possible when all relevant information becomes available."
> **"*S&PGR Places Vale S.A. Ratings on CreditWatch Negative,"** *Dow Jones Institutional News*, **25 January 2019 9:39 PM.**

72. Analyst reaction was negative, despite their not yet knowing the extent of the damage. Analysts specifically stated that they had incomplete information and wished to know more. Scotiabank reduced its Vale ADR price target to $17.00 from $19.50, while noting, "It is still too early to quantify the social, environmental and economic impact of this unfortunate accident."[85] Jefferies stated that "the full extent of the damage and the potential impact on iron ore markets are not clear," but that the event was "a material negative for Vale."[86] Morgan Stanley analysts wrote, "this new unfortunate incident is likely to generate material scrutiny."[87]

73. That is, upon learning that Vale's dams were not as safe, and that safety protocols were clearly not as effective as previously represented, Scotiabank analysts decreased their valuation of the Company's securities significantly, even before they knew the full extent of the damage from the dam break that began to inform them that the prior representations were likely false.

74. Analysts articulated the reasons why lax or ineffective safety protocols and greater risk of dam collapses would adversely impact the Company's financial position and value. BMO stated that "whilst lost production might be a longer-term concern, the initial market fears are likely to focus on the risk of a second major event, like Samarco, and the associated liabilities."[88] JPMorgan offered that the Dam 1 collapse could lead to "higher scrutiny over the regulatory framework of the mining industry, … lead to further delays in granting new

---

[85] "Re-Rating to Pause as Second Tailings Dam Failure Likely to Dampen Confidence; Cutting Price Target," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 25 January 2019, p. 1.

[86] "Another Tailings Dam Failure," by Christopher LaFemina et al., Jefferies, analyst report, 25 January 2019, p. 1.

[87] "Dam Breaks in Minas Gerais; Shares Under Pressure," by Carlos De Alba et al., Morgan Stanley, analyst report, 25 January 2019, p. 1.

[88] "Press Reports of Dam Failure," by Edward Sterck et al., BMO, analyst report, 25 January 2019, p. 1.

licenses, but also lifting existing permits."[89] JPMorgan added, "Financial fines will also likely be imposed. In the case of Samarco, an initial settlement totaled R$11-13 billion, but we estimate that it has since been lifted to as much as ~R$20 billion."[90]

> "There is little information at this time; indeed, the company itself cannot confirm whether it is a tailings or water dam, or what operation it is associated with. The location puts it within the Southeastern System, which represents 25% of Vale's fines production, although we note the market will likely question if it is a second Samarco, pending more information. … Whilst lost production might be a longer-term concern, the initial market fears are likely to focus on the risk of a second major event, like Samarco, and the associated liabilities."
> **"Press Reports of Dam Failure," by Edward Sterck et al., BMO, analyst report, 25 January 2019, p. 1.**

> "The full extent of the damage and the potential impact on iron ore markets are not clear. While we hope the reports of fatalities are inaccurate, we do believe this is a material negative for Vale and a positive for other iron ore miners due to upside risk to prices resulting from less supply."
> **"Another Tailings Dam Failure," by Christopher LaFemina et al., Jefferies, analyst report, 25 January 2019, p. 1.**

> "Mine production of 7.8mt in '17A. The Feijão mine produced 7.8mt of iron ore in 2017 (~2% of total) and is part of a larger complex in the Southern System (responsible for ~27% of total production that year). The mine reportedly used two dams to manage the waste of iron ore production, one of which collapsed earlier today. … Accident likely to result in higher compliance from authorities. The tragedy is likely to generate higher scrutiny over the regulatory framework of the mining industry, especially over the usage of dams. The company produced ~60% of its iron ore through operations that rely on dams (as of 2016) and had already been shifting new output into dry processing (aiming 70% of dry production by 2025). The accident could lead to further delays in granting new licenses, but also lifting existing permits. …

---

[89] "Tailing Spill from Dam Failure at Feijão Mine - ALERT," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 25 January 2019, p. 1.

[90] "Tailing Spill from Dam Failure at Feijão Mine - ALERT," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 25 January 2019, p. 1.

Financial fines likely to be imposed. The company has stated that its efforts are focused on containing the damage, protecting the population and repairing the region. Financial fines will also likely be imposed. In the case of Samarco, an initial settlement totaled R$11-13 billion, but we estimate that it has since been lifted to as much as ~R$20 billion."
**"Tailing Spill from Dam Failure at Feijão Mine - ALERT," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 25 January 2019, p. 1.**

18. <u>26 January through 1 February 2019: Additional Details about the Nature, Extent, Causes, and Ramifications of the Dam 1 Collapse Emerge</u>

75. In the week following the news of Dam 1's collapse, the news media, analysts, and market continued to learn more about the Dam 1 collapse and assess the impact of the collapse and its ramifications. Certain adverse developments were inextricable ramifications of the Company's greater dam collapse risk and related conduct that was now coming to light, information that the Lead Plaintiff contends could have been disclosed at any time since the start of the Class Period.

76. On 26 January 2019 (Saturday), Brazil's national mining agency officially ordered Vale to halt operations at the Córrego de Feijão iron ore mining facility.[91] That day, government officials confirmed that Vale had been assessed an initial fine of 250 million reais ($66.32 million) by the government's environmental protection agency Ibama.[92] State authorities also confirmed that they had ordered 1 billion reais ($265 million) in Vale's bank accounts be frozen "with a view to making the funds available to victims of the disaster."[93] Also that day, a Minas Gerais state judge "froze 5 billion reais ($1.33 billion) in the accounts of

---

[91] "Brazil Orders Vale to Halt Corrego do Feijao Operations after Dam Burst," by Marta Nogueira and Paul Simao, *Reuters*, 26 January 2019 10:01 AM.

[92] "Brazil's Vale Hit with First Fine over Dam Disaster," *Agence France Presse*, 26 January 2019 12:08 PM; and "Brazil Fines Vale $66 Million over Mine Dam Burst," by Jake Spring, *Reuters*, 26 January 2019 12:35 PM.

[93] "Brazil's Vale Hit with First Fine over Dam Disaster," *Agence France Presse*, 26 January 2019 12:08 PM; and "Brazil Judge Freezes $1.3 Billion in Vale Assets for Dam Burst Damages," by Jake Spring and Sandra Maler, *Reuters*, 26 January 2019 2:37 PM.

miner Vale SA <VALE3.SA> to pay for damages … ."[94] State environmental agency SEMAD also fined Vale 99 million reais ($26 million).[95]

77. A representative of Ibama, according to a report in *The New York Times*, offered that any negligence in managing dam risk would lead to a rupture.[96]

> "But a representative from Ibama, the federal environmental protection agency, warned at the time that these dams don't represent zero risk and ***any negligence on the part of those conducting risk management, and they rupture***, according to local media."
> **"With Hundreds Missing Following Burst Brazil Dam, a Frantic Search for Survivors," by Manuela Andreoni and Shasta Darlington, *The New York Times*, 26 January 2019 3:20 PM (emphasis added).**

78. On 27 January 2019 (Sunday), a state court in Brazil immobilized another 5 billion reais ($1.33 billion) in Vale assets to pay for potential damages, bringing the total assets frozen to 11 billion reais (~$3 billion).[97] This amount was in addition to the approximately $92 million in fines imposed by the state and federal governments.[98] That day, the Company announced it had suspended shareholder dividends, share buybacks, and executive bonuses.[99] The Company's board of directors also formed independent committees to investigate the causes of the Dam 1 collapse and monitor relief efforts.[100]

---

[94] "Brazil Judge Freezes $1.3 Billion in Vale Assets for Dam Burst Damages," by Jake Spring and Sandra Maler, *Reuters*, 26 January 2019 2:37 PM.

[95] "Hundreds Missing in Brazil, 34 Found Dead, after Vale Dam Burst," by Gram Slattery et al., *Reuters*, 26 January 2019 8:50 PM.

[96] "With Hundreds Missing Following Burst Brazil Dam, a Frantic Search for Survivors," by Manuela Andreoni and Shasta Darlington, *The New York Times*, 26 January 2019 3:20 PM.

[97] "Brazil Puts $3 Billion Freeze on Vale Assets after Dam Disaster," *Agence France Presse*, 27 January 2019 9:42 AM; and "Brazil Court Freezes Further $1.3 Billion in Vale Accounts over Dam Burst," by Jake Spring and Jeffrey Benkoe, *Reuters*, 27 January 2019 10:30 AM.

[98] "Brazil Puts $3 Billion Freeze on Vale Assets after Dam Disaster," *Agence France Presse*, 27 January 2019 9:42 AM; and "Brazil Court Freezes Further $1.3 Billion in Vale Accounts over Dam Burst," by Jake Spring and Jeffrey Benkoe, *Reuters*, 27 January 2019 10:30 AM.

[99] "Vale Suspends Dividends, Buybacks and Bonuses after Brazil Dam Disaster," *Reuters*, 27 January 2019 9:34 PM.

[100] "Vale Suspends Dividends, Buybacks and Bonuses after Brazil Dam Disaster," *Reuters*, 27 January 2019 9:34 PM.

79.    Mayor of Brumadinho Avimar De Melo announced that mining activities in Brumadinho had been suspended and stated that Vale was "reckless" in its failure to prevent Dam 1's collapse following the 2015 Samarco Mariana Dam collapse.[101] Mayor Avimar De Melo also said that Brumadinho will demand 100 million reais ($26 million) in compensation from Vale.[102] At a televised press conference, CEO Schvartsman stated that the Company would need to improve its safety such that it is on par with international standards.[103]

80.    On 28 January 2019 (Monday), the first full trading day since the collapse of Dam 1, Vale filed a Form 6-K that contained a Company press release titled "Vale Updates Information on the Dam Breach in Brumadinho."[104] Vale explained the history of Dam 1 and the preliminary consequences of Dam 1's collapse.[105] Vale also represented, allegedly falsely, that prior to the collapse, Dam 1 had been subject to third-party auditing and had been deemed safe.

> "The Dam I had Stability Condition Statements issued by TUV SUD do Brasil, an international company specialized in Geotechnics. The Stability Condition Statements were issued on 6/13/18 and 9/26/18, related to the Periodic Safety Review of Dams and Regular Dam Safety Inspection processes, respectively, as determined by the DNPM Decree 70.389/2017. ***The dam had a Safety Factor in accordance with the world's best practices and above the reference of the Brazilian Standard. Both of the abovementioned stability declarations attest to the physical and hydraulic safety of the dam***."
>
> **Vale S.A., Form 6-K, filed 28 January 2019, accepted 6:11 AM (emphasis added).**

81.    In light of the events and what they revealed about Vale, analysts revised their assessments of the condition and valuation of Vale and its securities. JPMorgan compared the Dam 1 collapse to the Samarco Mariana Dam collapse in 2015, and forecasted that "resumption of operations should be far away on the horizon, as Samarco hasn't operated since its

---

[101] "Mayor Blames Vale 'Incompetence' for Dam Accident, Seeks Damages," by Sabrina Valle, *Bloomberg*, 27 January 2019 1:42 PM.

[102] "Mayor Blames Vale 'Incompetence' for Dam Accident, Seeks Damages," by Sabrina Valle, *Bloomberg*, 27 January 2019 1:42 PM.

[103] "Vale to Raise Security Measures above Intl Levels, CEO Says," by Sabrina Valle, *Bloomberg*, 27 January 2019 6:52 PM.

[104] Vale S.A., Form 6-K, filed 28 January 2019, accepted 6:11 AM.

[105] Vale S.A., Form 6-K, filed 28 January 2019, accepted 6:11 AM.

incident in 2015."[106] Nonetheless, JPMorgan stated that "the bigger impacts should come from higher scrutiny over the mining industry regulatory framework, likely resulting in higher compliance for ongoing operations and future permits."[107]

82.    As reports about the extent of the damage arrived, analysts continued to reassess the valuation of Vale and its securities. HSBC stated that while the production loss from the mine was modest, the total liability would "likely be at least as large as the USD3.2bn Samarco liability" due primarily to the higher death toll.[108] HSBC downgraded the Vale ADR to "Hold", and reduced its price target to $14.50 from $18.00.[109]

83.    Jefferies downgraded Vale to "Hold" from "Buy" and reduced its Vale ADR price target to $14 from $18, noting that the Dam 1 collapse would "likely to be an overhang on the Vale share price for an extended period."[110] BMO downgraded Vale shares to "Market Perform" from "Outperform", and reduced its price target to $13 from $15.[111] BMO stated that "the impact on Vale is difficult to quantify" and that "the stock could experience significant downward pressure near term."[112] Macquarie wrote, "Given that this is the second dam burst linked to Vale, we would expect more stringent remediation requirements and tougher penalties to be applied."[113] Macquarie further noted that "Vale's equity re-rating story was in part a reputational one which has now been dealt a body blow."[114]

---

[106] "Dam Burst Update: How Does Brumadinho Compare to Samarco? – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 27 January 2019, p. 1.

[107] "Dam Burst Update: How Does Brumadinho Compare to Samarco? – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 27 January 2019, p. 1.

[108] "[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.

[109] "[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.

[110] "Upgrading BHP and FMG to Buy; Downgrading Vale to Hold," by Christopher LaFemina et al., Jefferies, analyst report, 27 January 2019, p. 1.

[111] "Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound," by Edward Sterck et al., BMO, analyst report, 28 January 2019, pp. 1-4.

[112] "Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound," by Edward Sterck et al., BMO, analyst report, 28 January 2019, p. 1.

[113] "Remediation Uncertainty: Downgrade to Neutral," by Grant Sporre et al., Macquarie, analyst report, 28 January 2019, p. 1.

[114] "Remediation Uncertainty: Downgrade to Neutral," by Grant Sporre et al., Macquarie, analyst report, 28 January 2019, p. 1.

"We recommend that investors buy shares of Fortescue, Rio, BHP and Anglo American for exposure to higher-than-expected iron ore prices while we downgrade Vale to Hold given risks related to the dam failure. Vale tailings dam failure: We have reduced our iron ore production forecasts for Vale by a somewhat arbitrary 10mtpa following the tailings dam tragedy of this past Friday as supply from Vale's >27mtpa Paraopeba Complex in its Southern System will likely be significantly affected by the disaster. Stringent safety inspections could affect production from other mines in Brazil as well. The overall impact of the dam failure is nearly impossible to quantify for now and rescue operations are the clear priority. Supply disruptions resulting from this incident will very likely tighten the iron ore market, which is already relatively strong. … Vale has been one of our preferred stocks in the global mining sector, and its shares remain very inexpensive. However, the news from last Friday is a negative to the Vale investment case and likely to be an overhang on the Vale share price for an extended period. We therefore downgrade Vale from Buy to Hold and lower our target price for Vale shares from \$18/sh to \$14/sh."
**"Upgrading BHP and FMG to Buy; Downgrading Vale to Hold," by Christopher LaFemina et al., Jefferies, analyst report, 27 January 2019, p. 1.**

"The collapsed dam had a capacity of 12m $m^3$ of tailings compared with 50m $m^3$ at Samarco. The 37 deaths, which is likely to increase given the several hundred people still unaccounted for, exceed the 17 related to Samarco. The liability for the Samarco accident totaled USD3.2bn while the Brazilian court system has frozen BRL11bn so far from Vale over the weekend for this incident. … A small mine but a huge impact: Purely from a production standpoint, the direct impact is likely to be negligible for the iron ore market and for Vale, as the Feijao mine produced 7.8mt in 2017, just 2% of total production at Vale. But the total liability will likely be at least as large as the USD3.2bn Samarco liability given the more significant death toll and because this is the second dam collapse in three years related to Vale while this mine has been inspected and certified by Vale, third-party inspection companies and the Brazilian government in the past several months. We are also concerned about secondary effects such as a halt in all of Vale's Brazilian iron ore operations that produce tailings, to enable additional inspections (predominantly the Southern and SE systems, which produced 195mt in 2017), revocation of operating licenses, criminal prosecution and lawsuits in Brazil and the US."
**"[Correction] Downgrade to Hold: Another Dam Collapses," by Jonathan Brandt et al., HSBC, analyst report, 27 January 2019, p. 1.**

"We are downgrading Vale shares to Market Perform on the failure of an inactive tailings dam. There are reasons to think that the impact on Vale could be substantial given this is the second failure in three years and the significant loss of life as a result of this event. However, with the dam independently certified as safe as recently as September 26, 2018, the

impact on Vale is difficult to quantify. Financial considerations may not come into the picture, however, and it is possible that the stock could experience significant downward pressure near term. … we are downgrading Vale shares to Market Perform, but note that non-financial considerations could lead to substantial near-term selling pressures on the stock."
**"Downgrade to Market Perform; Failed Dam Certified Safe but Concerns Abound,"**
**by Edward Sterck et al., BMO, analyst report, 28 January 2019, p. 1.**

84.   On 29 January 2019, Moody's placed Vale's ratings under review for downgrade, citing "the major accident on January 25 with its tailings dam at the Corrego do Feijão mine in Brumadinho, state of Minas Gerais."[115]

"The dam collapsing paralyzed Vale's mine operations in the area while leading to a large number of fatalities and environmental damage.

The disaster's direct economic impact is limited since the Feijão mine site accounts for less than 2% of Vale's total 390 million annual iron ore output. The company estimates that the environmental disruption will be smaller than that observed in Samarco's accident, given the much lower volume of tailings leaked. However, the social damage is far more serious; the number of fatalities has already surpassed 60, well above the 19 fatalities observed in Samarco's case, and may reach a much larger number.

While the extent of the damage is still unpredictable, it will have a profound impact on Vale in all aspects. It is difficult to measure the potential environmental, administrative, criminal and civil liabilities that the company could face, as well as how its reputation could be affected. Still, we believe financial penalties may be larger than those applied to Samarco given the large number of fatalities and that it occurs just over three years after Samarco's dam collapse. Up to now, courts have blocked BRL 11.8 billion (about $3.1 billion) of Vale's cash position and the company has been sued in about BRL 350 million ($ 90 million) by IBAMA (Brazilian Institute of the Environment and Renewable Natural Resources) and by the Minas Gerais Environmental Agency."
**"Moody's Places Vale's Ratings Under Review for Downgrade," by Barbara Mattos**
**and Marianna Waltz, *Moody's*, 29 January 2019.**

---

[115] "Moody's Places Vale's Ratings Under Review for Downgrade," *Dow Jones Institutional News*, 29 January 2019 11:23 AM; and "Moody's Places Vale's Ratings Under Review for Downgrade," by Barbara Mattos and Marianna Waltz, *Moody's*, 29 January 2019.

41

85.     After the close of trading in the U.S. on 29 January 2019, Vale announced its plan to decommission all of the Company's upstream tailings dams and halt production of the units in the vicinity of those dams.[116] Vale stated that the decommissioning process would cost approximately 5 billion reais, would take three years to complete, and would impact iron ore production negatively by approximately 40 million tons per year.[117]

> "Vale S.A. ('Vale') informs that it has presented to the Brazilian authorities its plan to decommission all its dams built by the upstream method. … Vale estimates that investments of around R$ 5 billion will be necessary to decommission its upstream dams and estimates that the decommissioning process will occur over the next 3 years. In order to carry out the decommissioning of the upstream dams safely and quickly, Vale will temporarily halt the production of the units where the structures are located, namely: Abóboras, Vargem Grande, Capitão do Mato and Tamanduá operations, in the Vargem Grande complex; and the Jangada, Fábrica, Segredo, João Pereira and Alto Bandeira operations, in the Paraopebas complex, also including the stoppage of the Fábrica and Vargem Grande pelletizing plants. The operation of the halted units will be resumed as the decommissioning works are completed. The estimated impact of the production stoppage is about 40 million tons of iron ore per year, including in this figure the pellet feed needed for the production of 11 million tons of pellets, an impact that will be partially offset by the increase in production of other systems of the company."
> **Vale S.A., Form 6-K, accepted 29 January 2019 9:46 PM.**

86.     During U.S. trading hours on 1 February 2019, *Dow Jones* wrote that TÜV SÜD, the company that certified the safety of Dam 1, had worked for Vale as both a consultant and a safety evaluator, raising questions over a conflict of interests.[118]

> "The company that certified the safety of a Brazilian waste dam that collapsed last week, killing at least 110 people, has worked as both a consultant and an independent safety evaluator for the dam's owner, raising questions among experts over potential conflicts of interest. Employees of the company, Germany's TÜV SÜD, that Vale SA hired to certify the safety of the Brazilian company's ill-fated dam also acted as consultants on Vale

---

[116] "Vale to End Use and Dismantle All Upstream Dams after Disaster: CEO," by Jake Spring et al., *Reuters*, 29 January 2019 5:33 PM; and Vale S.A., Form 6-K, accepted 29 January 2019 7:50 PM.

[117] Vale S.A., Form 6-K, accepted 29 January 2019 9:46 PM.

[118] "*Inspectors of Collapsed Brazilian Dam Had Close Ties to Its Owner – Documents," by Patricia Kowsmann and Alistair MacDonald, *Dow Jones Institutional News*, 1 February 2019 3:55 PM.

mine closures in Brazil, documents show. Further illustrating the two company's close ties, TÜV SÜD employees also co-authored research reports with Vale and spoke at conferences with the mining giant's workers. … Despite some international industry guidelines, it is customary in Brazil for companies like TÜV SÜD to assume the dual roles of both consultant and safety inspector, experts say."

**"*Inspectors of Collapsed Brazilian Dam Had Close Ties to Its Owner – Documents," by Patricia Kowsmann and Alistair MacDonald, *Dow Jones Institutional News*, 1 February 2019 3:55 PM.**

### 19.    4 February 2019: Court Orders Halt to Brucutu Mining Operations

87.    As reported by *Bloomberg* on 4 February 2019, with dam safety concerns now elevated, a Brazilian court ordered Vale to halt some operations at the Company's Brucutu mine – impacting approximately 30 million tons of iron ore production per year.[119],[120] According to *Bloomberg*, "Vale says a Minas Gerais state court has ruled the Company must refrain from 'disposing tailings or practicing any activity potentially capable of increasing the risks' at certain mining dams."[121] The suspended Laranjeiras dam, previously Brucutu's only active tailings dam, was a conventional tailings dam, not of the same upstream design as Dam 1.

88.    The elevated awareness about Company-wide safety issues, which timely forthcoming disclosures could have provided at the start of the Class Period according to the Lead Plaintiff, apparently led to this costly court intervention.[122] Moreover, this court order informed investors that the Company's condition, commitment, and conduct with respect to dam safety were reasonably not what the public had previously been led to believe.

---

[119] "Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," by Patricia Lara, *Bloomberg*, 4 February 2019 9:31 AM.

[120] Prior to the start of trading on 4 February 2019, *Bloomberg*, citing *Globo*, issued a headline-only article of the news that a court had ordered Vale to halt the Company's largest mine in Minas Gerais ("*Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," *Bloomberg*, 4 February 2019 9:03 AM).

[121] "Vale Says Court Orders Halt to Largest Mine in Minas Gerais," by R.T. Watson, *Bloomberg*, 4 February 2019 12:54 PM.

[122] "Vale Says Court Orders Halt to Largest Mine in Minas Gerais," by R.T. Watson, *Bloomberg*, 4 February 2019 12:54 PM.

43

89.     Morgan Stanley analysts stated that "we believe Vale would not be able to offset these volumes by ramping up output elsewhere," and "we believe the iron ore market will likely price in a bigger and/or longer potential impact to Vale's iron ore output than we first thought."[123]

> "The estimated impact of the decision of a temporary halt of the Laranjeiras dam and the Brucutu mine (part of the Minas Centrais complex in the Southeastern System) is 30 Mpta. In our model we assume 28 Mtpa production from Minas Centrais. … While we expect Vale to appeal the court's decision, we note that risks to our recently reduced production estimates look skewed to the downside. … Less leeway to maintain production close to Vale's original 400 Mtpa target. As we noted before, Vale's production capacity stands at 450 Mtpa. We understand that the company can minimize the impact of a projected 40 Mtpa output cut from the company's decision to decommission upstream tailings dams. We currently forecast a marginal decrease in production to 390 Mtpa - 395 Mtpa in 2019-2021. However, if Brucutu's mine stays closed for long - or if further legal action limits or stops mining operations at other sites – Vale's iron ore production may fall below our current estimates."
> **"Legal Action against Vale May Limit Iron Ore Production," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 4 February 2019, p. 1.**

> "Impact on our views? The above mentioned production halt would come on top of the 40Mt announced by the company (here) due to the decommissioning process of all its upstream tailings dams in the next three years. We believe Vale would not be able to offset these volumes by ramping up output elsewhere. We understand the tailings dam that supports the Brucutu operation is built by the downstream method, which is a different construction system than the upstream structures used in the failed Feijão and Samarco dams. We understand the court ruling is temporary and believe Vale will likely appeal such decision. … While the situation around the Brucutu mine suspension remains fluid, we believe the iron ore market will like price in a bigger and/or longer potential impact to Vale's iron ore output than we first thought. The stoppage of Brucutu, if it extended for a significant amount of time, would materially reduce the 37Mt supply surplus our commodity team originally forecast for 2019 (prior to the Feijão dam failure)."
> **"Feijão Dam Accident Update #3," by Carlos De Alba et al., Morgan Stanley, analyst report, 4 February 2019, p. 1.**

---

[123] "Feijão Dam Accident Update #3," by Carlos De Alba et al., Morgan Stanley, analyst report, 4 February 2019, p. 1.

44

90.    After the close of trading in the U.S. on 4 February 2019, Vale announced that the Company would suspend production at its Vargem Grande complex.[124] The Vargem Grande complex was one of the operations affected by the Company's decision announced on 29 January 2019 to decommission all of Vale's upstream tailings dams.[125] The loss of production from the Vargem Grande complex would account for 13 million tons of the 40 million tons of iron ore production expected to be lost on account of dam decommissioning.[126]

> 20.    5 February 2019: Vale Declares Force Majeure on Some Iron Ore Sale Contracts; Vale Initiates Plan to Phase Out Use of Tailings Dams

91.    After the close of trading in the U.S. on 5 February 2019, Vale announced that as a result of the temporary suspension of Brucutu mine production, the Company was declaring force majeure on some iron ore and pellets sale contracts.[127] That is, the Company acknowledged that it would not be able to honor certain supply contracts and moved to limit legal liability.

92.    Also, after the close of trading in the U.S., Vale announced its plan to increase the usage of dry processing in its production to 70% by 2023, consequently reducing the use of dams in the Company's operations.[128] *Reuters* reported, "Brazilian mining company Vale SA plans to invest about 1.5 billion reais ($409 million) in so-called dry stacking tailing systems to reduce its reliance on tailings dams. … Vale said its plan to shift to dry tailings, which would start next year, was aimed at boosting the dry processing portion of its production to 70 percent by 2023, thus reducing the need for dams in its operations."[129]

---

[124] Vale S.A., Form 6-K, accepted 4 February 2019 5:37 PM; and "Vale Decides to Anticipate Suspension of Vargem Grande Complex," by Taís Fuoco, *Bloomberg*, 4 February 2019 5:09 PM.

[125] "Vale Iron–Mine Halt Poses Risk of 'Incremental Supply Shock' (2)," by R.T. Watson, *Bloomberg*, 4 February 2019 6:03 PM.

[126] "Vale Decides to Anticipate Suspension of Vargem Grande Complex," by Taís Fuoco, *Bloomberg*, 4 February 2019 5:09 PM; and "Vale Iron–Mine Halt Poses Risk of 'Incremental Supply Shock' (2)," by R.T. Watson, *Bloomberg*, 4 February 2019 6:03 PM.

[127] Vale S.A., Form 6-K, filed 5 February 2019, accepted 5 February 2019 5:05 PM; and "*Vale Declares Force Majeure on Some Iron Ore and Pellets Sales Contracts," *Dow Jones Institutional News*, 5 February 2019 4:49 PM.

[128] Vale S.A., Form 6-K, filed 6 February 2019, accepted 5 February 2019 8:01 PM, p. 4.

[129] "Vale Says to Invest in Technology to Reduce Need for Tailings Dams," by Ana Mano and Jeffrey Benkoe, *Reuters*, 6 February 2019 7:18 AM.

21.    6 February 2019: Market Participants Learn that Vale Knew Dam 1
Was Not Safe Prior to the Collapse and Dam 1 Should Not Have
Been Certified as Stable; State of Minas Gerais Cancels Vale's
License to Operate the Laranjeiras Dam

93.    On 6 February 2019, prior to the start of trading in the U.S., *The Guardian* reported that
Vale mine workers had observed a leak at Dam 1 that caused them to believe the dam "was
going to burst at any time."[130]

> "The Brazilian mining dam which collapsed in January, killing hundreds of
> people, ***suffered a leak last year that compromised its safety, according to
> employees who allege the mine's operators did not inform the workforce
> or relocate a canteen and administration building*** that were destroyed in
> the disaster. One hundred and forty-two people died and 194 are still
> missing after the dam near Brumadinho in Minas Gerais state collapsed on
> 25 January. On the day of the disaster, Vale – the Brazilian company which
> owns the mine – said the dam was regularly checked, most recently on 22
> January, and had received 'declarations of stability' from Tüv Süd, a
> German inspection company. … But three mine workers told the Guardian
> that around July last year, repairs were carried out after the dam leaked
> water near its base."
> **"'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by
> Dom Phillips, *The Guardian*, 6 February 2019 12:30 AM (emphasis added).**

> "'The supervisor found the mud leaking,' he said. 'They called for my
> father, because he had worked his whole life with dams and mines.' By 4pm
> the following day, workers had been brought in to fix it and the area had
> been sealed off. 'They did the repair and said there was no problem,' he
> said. Coelho broke into tears as he remembered his father warning him to
> steer clear of the dam. '***That's going to burst at any time***,' he recalled him
> saying. … ***Dam safety experts said that such a leak would mean the dam
> was not safe***."
> **"'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by
> Dom Phillips, *The Guardian*, 6 February 2019 12:30 AM (emphasis added).**

---

[130] "'That's Going to Burst': Brazilian Dam Workers Say They Warned of Disaster," by Dom Phillips, *The Guardian*,
6 February 2019 12:30 AM.

94.    During trading hours in the U.S., the news media reported that the state of Minas Gerais had canceled Vale's licenses to operate the Jangada iron ore mine and the Laranjeiras dam.[131] The Laranjeiras dam was critical to operations at the Brucutu mine.[132] That Vale would now need to obtain a new license for the Laranjeiras dam in order to resume operations at the Brucutu mine erected a second hurdle for Vale to clear before it could resume mining there.[133] The state's decision further informed investors that the Company's condition, commitment, and conduct with respect to dam safety was not what the public was previously led to believe.

95.    Additionally, during trading hours in the U.S. on 6 February 2019, *The Wall Street Journal* reported, "two independent mining dam experts who reviewed the report with the Journal said the dam shouldn't have been certified" given facts known by Vale about Dam 1. These exposés informed investors that certain alleged misrepresentations were indeed false and that the Company concealed important information about its dam conditions, commitment to safety, and conduct.

> "Inspectors of a Brazilian mining-waste dam whose collapse last month killed at least 150 people had warned its owner that faulty water drainage and monitoring systems ***represented a potential risk of failure***, according to a safety report reviewed by *The Wall Street Journal*. The report, ***provided to the mine's owner Vale SA months before the disaster, found that flaws in monitoring crucial water concentrations and drainage made it difficult for the company to fully assess the dam's stability.*** TÜV SÜD, the company that inspected the dam and wrote a 128-page report for Vale in September, ultimately certified the dam as stable. ***But two independent mining dam experts who reviewed the report with the Journal said the dam shouldn't have been certified and Vale should have recognized potential risks***.
>
> …
>
> In its report, ***TÜV SÜD details a number of factors that the mining experts said should have raised red flags about the overall safety of the dam at Vale.***

---

[131] "*Dam License for Vale's Brucutu Mine Canceled by Minas Gerais," *Bloomberg*, 6 February 2019 1:06 PM; and "Vale Operating Licenses for Jangada mine, Laranjeiras Dam Canceled," by Tatiana Bautzer and Jeffrey Benkoe, *Reuters*, 6 February 2019 2:48 PM.

[132] "Laranjeiras Dam License Revoked – Negative – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 6 February 2019, p. 1.

[133] "Laranjeiras Dam License Revoked – Negative – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 6 February 2019, p. 1.

…

'Not all drains had siphons to prevent air entry,' according to the report. 'In some cases, even though there were siphons, they were installed upside down. Lower levels of the dam had no drainage at all, and ***problems detected in a previous inspection remained unresolved***, resulting in pockets of water forming on the surface, the report said.

…

***Because of the faulty drainage-monitoring equipment and other tools used to assess the dam's safety and the lack of detailed information about the early stages of its construction, an inspector would only be guessing about how stable, or unsafe, the dam actually was,*** Mr. Emerman said. 'The structure was not well known,' said Eduardo Marques, an engineering and geology professor at the Federal University of Viçosa in Brazil, who also reviewed the report for the Journal. '***There is a great lack of information about the real situation of the dam from the geometric, geotechnical and hydrological point of view***,' he said."
**"Inspectors of Vale Dam in Brazil Issued Warning Before Collapse," by Patricia Kowsmann and Scott Patterson, *The Wall Street Journal*, 6 February 2019 3:37 PM (emphasis added).**

96.     HSBC wrote that *The Guardian* and *The Wall Street Journal* revelations could bring additional adverse consequences for Vale.

"Negative headlines continue to swirl: According to a *Wall Street Journal* article (6 February 2019), TUV SUD, the firm responsible for the Brumadinho dam inspection, informed Vale in a report that the dam would be at a high risk of failure if the water was not properly drained. The 128-page report, dated September 2018, also pointed to faulty monitoring systems aimed at water level control, as well as a number of drainage tubes clogged by vegetation, potentially causing water to build up inside the dam, which can cause liquefaction, where the tailings (which are used as part of the dam) turn almost into a fluid. While TUV SUD ultimately certified the dam as stable, independent mining experts cited by the Journal reported that the signs were enough to deny a stability report, particularly given that there was little information known about the dam, such as its foundation, before Vale bought it in 2001.

…

A third article (*Guardian*, 06 February 2019) cites mine worker testimonies pointing to water leaking through a crack in July 2018, which needed to be repaired, as well as a general perception of imminent collapse. A very adverse development, if confirmed: The flow of information has been extremely negative since the accident, as expected. While we do not know the authenticity of the accusations and media reports, the ramifications, if confirmed, could be much worse than what we have estimated, and could imply increased lawsuits and liabilities, more arbitrary mine stoppages and

48

increased pressure for a management shake-up. As the uncertainty over Vale's liability related to the Brumadinho tailings dam accident continues to increase, we expect the shares to decouple from their fundamentals until more clarity is attained."

**"Hold: Negative Headlines Keep Coming In," by Jonathan Brandt et al., HSBC, analyst report, 7 February 2019, p. 1 (emphasis in original).**

97. Similarly, JPMorgan cited "more negative headlines" as the driver behind the price decline in Vale ADRs on 6 February 2019.[134]

98. Analysts reacted negatively to the Laranjeiras dam license cancellation.

"The Minas Gerais' State environmental organization (SEMAD) canceled the license that allowed Vale to operate the Laranjeiras Dam, in the Brucutu mining complex. This is the same dam that was ordered to be temporarily shut by the Minas Gerais Public Prosecution Office on Monday (Temporary Halt of Brucutu Mine). We see this as a negative development for two main reasons: (a) while Brucutu/Laranjeiras is already shut down, the new measure means one additional hurdle that has to be bridged before Vale can resume operations at the complex; (b) this also increases concerns that the effect on Vale's overall volumes could be stronger in the short term. … The company can appeal the decision. However, the resumption of Brucutu now needs to clear two hurdles: (a) the reversal of the preliminary ruling by the Public Prosecution Office and (b) the granting of the license of the Laranjeiras dam."

**"Laranjeiras Dam License Revoked – Negative – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 6 February 2019, p. 1.**

"Unfavorable news flow persists; Situation at Brucutu deteriorates… Vale has just informed the market that the SEMAD (State Secretary for Environment and Sustainable Development) has just canceled the provisional operating license of the Laranjeiras tailings dam, which supported the Brucutu mine. This is another twist to the recent suspension of the mining operations at Brucutu, which account for iron ore production of around 30Mtpa (~8% of Vale's total output). At the end of the day, what is at stake here is: the timing of return of the Brucutu mine. Previously, our impression was that this would be a matter of a couple of weeks to resolve;

---

[134] "Assuming Lower Volumes and Higher Prices; Remain Overweight," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 6 February 2019, p. 1.

now that call is less likely (although still possible). Unfortunately, doubts on the operational outlook for Vale will remain a key overhang and a question mark given the risk that other assets are at some point halted too."
**"Low Visibility Persists; Volumes at Risk…," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 6 February 2019, p. 1.**

"Tonight Vale announced that the State Secretary for Environment and Sustainable Development (SEMAD) canceled the Provisional Operational Authorization of the Laranjeiras dam, and ordered the suspension of operations at the Jangada mine. The news comes two days after the Brazilian Public Prosecutors Office ordered the temporary stoppage of this very same dam along with seven others. Vale initially believed the decision could be reverted in the short term, as the dam had all the necessary licenses in place and was built using the downstream method. … We believe the news once again puts into evidence the overhang generated by Vale's exposure to potentially unfavorable decisions taken by Brazilian regulatory bodies and the Public Prosecutors Office as a response to the disaster. Vale will appeal against this decision but our confidence in the company achieving a reversal of this decision in the short-term has been reduced with the license to operate the dam now cancelled. In addition, there is still much uncertainty surrounding the ultimate financial implications which in our view, reduces the visibility and transparency of Vale's investment thesis going forward. We believe that risk perception on the back of this decision has been heightened begging the question on whether other operations might be impacted in a similar way. Additionally, we now have less comfort with Vale's ability to offset production losses with its near 50Mt of spare capacity and are reflecting this with the changes into our model outlined below."
**"Laranjeiras Tailings Dam License Canceled, Risk Perception Increased," by Caio Ribeiro et al., Credit Suisse, analyst report, 6 February 2019, pp. 1 and 3.**

"Timeline: Uncertain. Prior to the dam license cancellation, we understood Vale was working on getting the suspension lifted as soon as possible."
**"More Answers to Investor Questions," by Andreas Bokkenheuser et al., UBS, analyst report, 6 February 2019, p. 5.**

"The decision of the State Secretary for Environment and Sustainable Development (SEMAD) to cancel Vale's provisional operational authorization for the Laranjeiras tailings dam reduces the likelihood of a fast restart at Vale's Brucutu mine, we think. While a quick solution is still possible, our base case has changed and we now assume Brucutu mine remains closed for the rest of 2019. Vale's proposed closures to reduce risks based on a technical analysis and following a decommissioning plan for upstream dams looks to us to be a better alternative to closing mines without solid support. However, risk that production at Brucutu is further delayed

or even that other mines may be impacted should not be ruled out, as public opinion may favor more action from the authorities against the miner. We hope the authorities can find a way to increase safety at mining locations and to reduce environmental risks without a major – and possibly unnecessary – economic impact on the affected communities and the state of Minas Gerais."

**"Time to Reconsider Iron Ore Output and Price Levels," by Alfonso Salazar and Christian Landi, Scotiabank, analyst report, 7 February 2019, p. 1.**

## VI.    LOSS CAUSATION

### A.    Analytical Methodology

#### 1.    Establishing Economic Materiality

99.    One step in assessing if alleged misrepresentations and omissions caused investor losses is to examine financial principles, company statements, and commentary by market participants in order to ascertain if the subject matter of the alleged misrepresentations and omissions constitutes economically material information.[135] If the statements are economically material, it follows that in an efficient market they would generally impact the valuation of the subject security and its market price.

100.    A review of financial principles, company statements, and statements by market participants can also establish whether the misrepresentations were decidedly positive in nature, and conversely, if the concealed or omitted truthful information was decidedly negative with respect to the valuation of the subject security. In an efficient market, positive misrepresentations, and the concealment of negative information, would artificially inflate or maintain inflation in the subject security's market price. In an efficient market, revealing adverse facts previously unknown to the market, and correcting positive misrepresentations with their truthful but negative counterparts, would generally cause a security price decline.

101.    Investors who overpaid on account of artificial inflation that was introduced or maintained by the alleged misrepresentations and omissions, and hold the security when a corrective disclosure dissipates some or all of the artificial inflation, suffer a loss caused by the alleged

---

[135] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

misrepresentations and omissions. Thus, establishing that the misrepresentations and omissions constituted economically material information that is positive in nature, that the concealed or omitted truth was economically material and negative, and that all or some of the truth ultimately was revealed, is compelling proof of loss causation.

### 2.   Empirical Analysis

102. In addition to establishing economic materiality based on economic principles and the commentary by market participants, analysis of loss causation also typically comprises empirical analysis, to determine whether the revelation of the previously concealed truth did observably cause a security price decline. When misrepresentations and omissions are consistent with investors' prior beliefs, because they accord with the norm for that company or companies in general, there usually will be no observable security price movement caused by the misrepresentations or omissions when made. However, in such cases, the economic effect of the misrepresentations and omissions can be observed empirically when they are corrected, as the correction will run contrary to investors' prior understanding of the company's condition. Event study and additional financial analysis can therefore be applied to determine whether the alleged misrepresentations and omissions caused investors to suffer losses by testing whether or not the subject security price fell as a result of one or more corrective disclosures.

103. An event study can determine whether revelatory information on a particular disclosure event date was a substantial cause of a security price decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new, *company-specific* information. Essentially, an event study is a controlled experiment that allows one to observe the market's valuation of a security with and without newly provided information.

104. Prior to a corrective disclosure, the security is valued in the marketplace without the corrective information. After the event, the security is valued with the newly disclosed information. An event study can determine whether a corrective disclosure caused the security price to decline, and therefore can also determine whether the alleged misrepresentations and omissions had previously artificially inflated the security price.

105. Once an event study has established that there was a security price reaction to company-specific information on a corrective disclosure date, to establish loss causation one must determine whether allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. Financial analysis, including valuation analysis, can account for and remove the effect, if any, of confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently concealed facts was a substantial cause of the security price decline.

106. If the analytical findings indicate that the subject security traded in an efficient market, that the subject of the alleged misrepresentations and omissions was economically material, that the misrepresentations were positive in nature while the concealed or omitted information was negative, and the market price of the subject security fell as a result of a corrective disclosure, then loss causation is proved.

### B.   Executing the Loss Causation Analysis for the Vale Securities

107. Over the course of the Class Period, Defendants allegedly misrepresented that the Company's dams were stable, risks facing the Company were sufficiently and effectively managed, and the Company was committed to safety and sustainability. The Company allegedly engaged in deceptive conduct to conceal the true condition of its mining dams and the inextricable adverse ramifications of those conditions. The corrective disclosure events informed the market that, contrary to what the market was led to believe, the Company's dams were not stable, the Company was not managing risks sufficiently and effectively, the Company was not committed to safety and sustainability, and as a result the Company was exposed to the adverse consequences of its decisions and conduct, including financial ramifications, and regulatory, litigation, and enforcement actions.

108. The finance literature is clear that ESG practices, sufficiency of risk management, and transparent conduct consistent with professed commitments – the subject matter of the alleged misrepresentations and omissions – are highly economically material. Company statements and contemporaneous commentary from market participants further confirm this economic materiality.

109.  Given that the Vale Securities traded in efficient markets, it follows that Vale's positive misrepresentations and omissions about the stability of its dams, sufficient and effective management of risks related to the dams, and conduct consistent with its professed commitment to safety and sustainability caused the prices of the Vale Securities to be artificially inflated.

110.  Event study analysis focusing on the reaction of the prices of the Vale Securities to the corrective disclosures confirms a conclusion of loss causation empirically. Disclosures correcting the misrepresentations and omissions caused the prices of the Vale Securities to decline. The corrective disclosures precipitated investor losses that were therefore caused by the misrepresentations and omissions.

1.   <u>Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material</u>

a.   *The Economic Materiality of Environmental, Social, and Governance Practices*

111.  It is well established in the finance literature that a company's ESG strategy, policies, initiatives, and conduct are economically material.

112.  This generally accepted principle is included in the curriculum of the Chartered Financial Analyst exams, known as the CFA "Candidate Body of Knowledge." According to the CFA Institute, "The Candidate Body of Knowledge represents the core knowledge, skills, and abilities (competencies) generally accepted and applied by investment professionals globally."[136]

113.  The CFA readings articulate the economic materiality of ESG policies and conduct, especially for a company in Vale's industry sector, thusly:

> "Environmental, social, and governance (ESG) considerations are increasingly being integrated into investment analysis. Evaluating how ESG factors potentially affect a company may provide analysts with a broader perspective on the risks and investment opportunities of a company's securities. Although corporate governance has long been recognized as having a significant impact on a company's long-term performance, investors have become increasingly concerned with environmental and

---

[136] "Candidate Body of Knowledge (CBOK)," CFA Institute, accessible at https://www.cfainstitute.org/en/programs/cfa/curriculum/cbok.

social factors and how companies manage their resources and risk exposures that relate to such factors. Mismanagement of these resources has led to a number of high-profile corporate events that have negatively affected security prices. Increasingly stringent regulatory environments, potentially finite supplies of natural resources, and global trends toward energy conservation and waste reduction have led many investors to place a greater emphasis on the management of environmental risks. Similarly, such issues as worker health and safety policies, community impact, and marketing practices have increased the visibility of how a company manages its social capital."

**"Corporate Governance and Other ESG Considerations in Investment Analysis," by Deborah Kidd et al.,** *Corporate Finance CFA Program Curriculum*, **vol. 3, CFA Institute, 2020, pp. 201-202.**

"The materiality of ESG factors, particularly environmental and social factors, in investment analysis often differs meaningfully among sectors. An ESG factor is considered to be material when that factor is believed to have an impact on a company's long-term business model. For example, environmental factors such as emissions and water usage will likely be significant for utilities or mining companies, yet these are relatively inconsequential for financial institutions. Overall, environmental factors that are generally considered material in investment analysis include natural resource management, pollution prevention, water conservation, energy efficiency and reduced emissions, the existence of carbon assets, adherence to environmental safety and regulatory standards, and the humane treatment of animals. … Material environmental effects can arise from strategic or operational decisions based on inadequate governance processes or errors in judgment. For example, oil spills, industrial waste contamination events, and local resource depletion can result from poor environmental standards, breaches in safety standards, or unsustainable business models. Such events can be costly in terms of regulatory fines, litigation, clean-up costs, reputational risk, and resource management. Social factors considered in ESG implementation generally pertain to the management of a business's human capital, including human rights and welfare concerns in the workplace; product development; and, in some cases, community impact. Staff turnover, worker health, training and safety, employee morale, ethics policies, employee diversity, and supply chain management can all affect a company's ability to sustain its competitive advantage."

**"Corporate Governance and ESG: An Introduction," by Assem Safieddine et al.,** *Corporate Finance CFA Program Curriculum*, **vol. 4, CFA Institute, 2019, p. 40.**

> *b.*      *The Economic Materiality of Effective Risk Management*

114. It is well established in the finance literature that a company's ability to measure, manage, and mitigate risk does impact the value of the company's securities. This fundamental concept is presented in introductory and authoritative texts. The CFA program curriculum addresses the importance of effective risk management.

> "Risk is not just a matter of fate; it is something that organizations can actively manage with their decisions, within a risk management framework. … Good risk management results in a higher chance of a preferred outcome – more value for the company or portfolio or more utility for the individual. … An organization with a comprehensive risk management culture in place, in which risk is integral to every key strategy and decision, should perform better in the long-term, in good times and bad, as a result of better decision making."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, pp. 289-290.**

> "There are a number of other benefits from establishing good risk management: (1) Most obvious is less frequent surprises and a better notion of what the damage would be in the event of a surprise; (2) more decision discipline leading to better consideration of trade-offs and better risk–return relationships; (3) better response and risk mitigation stemming from more awareness and active monitoring, which should trim some of the worst losses; (4) better efficiency and fewer operational errors from policies and procedures, transparency, and risk awareness; (5) better relations, with more trust, between the governing body and management, which generally results in more effective delegation; (6) a better image or reputation because analysts and investors perceive a company as prudent and value-focused. Together, all these benefits should lead to higher value for the enterprise."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, p. 298.**

> "Recall that enterprise risk management is an overarching governance approach applied across the organization that focuses risk activities on the objectives, health, and value of the whole organization."
> **"Introduction to Risk Management," by Don Chance and Michael Edleson, *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020, p. 299.**

"Risk governance that focuses on the entire enterprise will result in risk management that is much less likely to be at odds with the goals of the organization and more likely to enhance long-run value."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum***, vol. 6, CFA Institute, 2020, p. 300.**

"In sum, it is important to recognize that risks do not usually arise independently, but generally interact with one another, a problem that is even more critical in stressed market conditions. The resulting combined risk is practically always non-linear in that the total risk faced is worse than the sum of the risks of the separate components. Most risk models and systems do not directly account for risk interactions, which makes the consequences of the risk interaction even worse. Governance bodies, company management, and financial analysts should be keenly aware of the potential risk and damage of risks in combination, and be aware of the dangers of treating risks as separate and unrelated."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum***, vol. 6, CFA Institute, 2020, pp. 313-314.**

115.    The finance literature identifies regulatory risk as one of the most important risks that face a company.

"It is the governing body's job to tie the organizational goals and risk framework together; thus, risk governance happens within an enterprise context. Risk governance and risk oversight also entail compliance with regulatory requirements. Risk governance is a difficult and demanding discipline, and if it is going to flourish in an organization, it needs visible commitment from the top."
**"Introduction to Risk Management," by Don Chance and Michael Edleson,** *Portfolio Management CFA Program Curriculum***, vol. 6, CFA Institute, 2020, pp. 299-300.**

"Governments and regulatory agencies (the U.S. Securities and Exchange Commission, the provincial Securities Commissioners in Canada, stock exchanges, and others) have intervened substantially in the past three years to reestablish society's confidence in the financial markets and corporate governance. The myriad laws, regulations, and directives have kept the legal aspects of corporate governance in the forefront. Legislators have strengthened the normative framework for conduct and established stiffer penalties for noncompliance in hopes of preventing a recurrence of past abuses. The purpose of these governmental actions was to show that elected

officials take their responsibilities for maintaining a fair and efficient market to heart and, at the same time, to put the financial world on notice that society will henceforth demand more transparency, honesty, and integrity. … In the realm of governance, companies have a primary responsibility to comply with laws and regulations—the rules of the game." *Corporate Governance and Value Creation*, **by Jean-Paul Page,** *CFA Institute*, **2005, ix.**

c.     *The Economic Materiality of Proper Conduct and Negative Valuation Impact of Reputational Damage*

116.    It is well established in the finance literature that the ramifications of a fraud and investor deception extend well beyond the direct dollar amount of the fraud, but also cause further loss on account of damage to a company's business and prospects. This principle is generally accepted and presented in the academic and professional literature. For example:

"Effective corporate governance is critical for a company's reputation and competitiveness. Benefits of effective corporate governance may include higher profitability, growth in return on equity (or other return metrics), better access to credit, higher and sustainable dividends, favorable long-term share performance, and a lower cost of capital. In contrast, companies with ineffective corporate governance may experience reputational damage, reduced competitiveness, potential share price weakness/volatility, reduced profitability, and a higher cost of capital."
**"Evaluating Corporate Governance Policies and Procedures," by Deborah Kidd et al.,** *Corporate Finance CFA Program Curriculum*, **vol. 3, CFA Institute, 2020, p. 208.**

"Risk/uncertainty likely increases and future prospects may well decrease when management integrity and competence are called into question."
**"Determinants of Market Reactions to Restatement Announcements," by Zoe-Vonna Palmrose et al.,** *Journal of Accounting & Economics*, **vol. 37, 2004, p. 63.**

"No one disputes that the integrity of management and internal controls can have a profound effect on future cash flows. Thus, damages resulting from a negative assessment of management and internal controls are real and cannot be attributed to a 'crash' or the market's irrational response to extraneous factors. Indeed, as stated by Cornell and Rutten, '[i]n many situations, collateral damage can have a larger impact on a company's stock price than the original misstatement or omission with which it is associated."
**"Reputational Damages in Securities Litigation," by Barbara Black,** *The Journal of Corporation Law*, **vol. 35, no. 1, 2009, p. 175.**

58

117.    It is well-established in the finance and accounting literature that transparency with respect to material information and risk exposures, and proper conduct that is consistent with professed commitments, are important factors that affect the value of a company's securities. The finance and accounting literature explains that with transparency and respectable conduct, come lower assessed risk, lower cost of capital, and higher valuation. The following quotes from the peer-reviewed academic literature attest to these generally accepted principles.

> "The consensus among financial economists is that a rich disclosure environment and low information asymmetry have many desirable consequences. These include the efficient allocation of resources in an economy, capital market development, liquidity in the market, decreased cost of capital, lower return volatility, and high analyst forecast accuracy." **"The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," by S.P. Kothari et al., *The Accounting Review*, vol. 84, no. 5, 2009, p. 1640.**

> "Disclosures (i.e., information) enable investors to reduce the degree of error in estimating the parameters, which lowers a firm's cost of capital." **"The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," by S.P. Kothari et al., *The Accounting Review*, vol. 84, no. 5, 2009, p. 1645.**

118.    Karpoff et al. [2008] found that when fraud is disclosed, the damage to a firm's reputation, business, and prospects has significant negative valuation impact because of the adverse impact on future cash flows stemming from loss of business and higher cost of financing, among other things.[137]

### d.    Revenue and Cash Flow

119.    Vale's revenue and cash flow generation are and were dependent upon production volumes and the Company's ability to operate its mines.[138] Failure to maintain stable dams, ESG-driven practices, and effective risk management put the Company's continued operations, and thus the Company's expected future revenues and cash flows, at risk.

---

[137] "The Cost to Firms of Cooking the Books," by Jonathan Karpoff et al., *Journal of Financial and Quantitative Analysis*, vol. 43, no. 3, 2008.

[138] See, e.g., Vale S.A., Form 20-F for the fiscal year ended 31 December 2016, filed 11 April 2017, p. 87.

According to fundamental principles of finance and valuation, revenue and cash flow are key determinants of a company's value and the value of a company's securities.

120. That revenue is an important determinant of a company's value, and consequently the value of a company's securities, is a generally accepted principle, articulated extensively in the finance literature.

> "*Forecast revenues for the target company*. The projection of future revenues is, without question, the single most important step in the pro forma process. As this is the starting point, a misestimation at this stage will be compounded into a multitude of other forecasted values. … Understanding a company's potential for growing revenues in the future is critical to valuation and strategy assessment."
> **Valuation: Avoiding the Winner's Curse, by Kenneth Ferris and Barbara Pecherot Petitt, Prentice Hall, 2002, pp. 36 and 97 (emphasis in original).**

> "Revenue growth is the most significant driver of shareholder value over the long term. Other drivers are very important, but tend to reach a limit in terms of value creation."
> **Performance Dashboards and Analysis for Value Creation, by Jack Alexander, John Wiley & Sons, Inc., 2007, p. 79.**

> "The revenues (sales) forecast is, arguably, the most crucial and difficult estimate in the forecasting process. It is a crucial estimate because other income statement and balance sheet accounts derive, either directly or indirectly, from the revenues forecast. As a result, both the income statement and balance sheet grow with increases in revenues. The income statement reflects this growth concurrently."
> **Financial Statement Analysis & Valuation, 4th ed., by Peter Easton et al., Cambridge Business Publishers, 2015, p. 11-5.**

121. Similarly, the following quotes from the academic literature attest to the central role of cash flow in valuation:

> "The free cash flow approach is the one [valuation model] used most often in corporate finance. The analyst first estimates the value of the entire firm as the present value of expected future free cash flows to the entire firm and then subtracts the value of all claims other than equity. Alternatively, the free cash flows to equity can be discounted at a discount rate appropriate to the risk of the stock."
> **Investments, 10th ed., by Zvi Bodie et al., McGraw-Hill Irwin, 2014, p. 624.**

> "In finance, the value of the firm is its ability to generate financial cash flow. … One way to think about the question of how much a firm is worth is to calculate the present value of its future cash flows."
> *Corporate Finance*, **8th ed., by Stephen Ross et al., McGraw-Hill Irwin, 2008, pp. 29 and 116.**

> "The discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows by the return that can be earned in the capital market on securities of comparable risk."
> *Principles of Corporate Finance*, **10th ed., by Richard Brealey et al., McGraw-Hill Irwin, 2011, p. 78.**

122.    According to established financial principles and published empirical research, the alleged misrepresentations and omissions would have inflated Vale's value on account of the market overestimating the stability of the Company's dams, overestimating the sufficiency and effectiveness of the Company's risk management related to the dams, overrating the Company's commitment to safety and sustainability, and underestimating the adverse consequences of Vale's decisions and conduct, including financial ramifications, and regulatory, litigation, and enforcement actions. According to these principles, investors would ultimately suffer losses upon revelation of the truth underlying all of these areas of material economic importance.

### 2.      Company Statements Compel a Conclusion of Loss Causation

123.    Consistent with the fundamental valuation principles set forth above, the Company repeatedly made statements that confirmed the economic materiality of the alleged misrepresentations and omissions, and of the true conditions and conduct concealed by the misrepresentations and omissions. Statements made by the Company itself underscore the economic materiality of ESG practices, policies, and risk management – dam safety in particular, transparency, and conduct consistent with professed commitments.

124.    As shown in §V.D above, this subject matter was a primary focus of the Company's periodic announcements to the investment community (comprising allegedly false and misleading statements).

3.      Analyst and News Media Commentary Underscores the Economic
Materiality of the Subject Matter of the Alleged Misrepresentations
and Omissions

125.   Choice of coverage and commentary from analysts and the news media before the
corrective disclosures further confirm the economic materiality of the alleged
misrepresentations and omissions. Coverage and commentary by analysts and the news
media after the corrective disclosures further confirm the economic materiality of the true
conditions and conduct that had been concealed by the misrepresentations and omissions.
Specifically, the coverage and commentary underscore the economic materiality of ESG
practices, policies, and risk management – dam safety in particular, transparency, and
conduct consistent with professed commitments. Below are examples:

> "Mr. Ferreira believes the points to be addressed by Vale's new CEO are:
> … (iii) always keep focus on the safety of the company's employees, which
> is one of Vale's most important pillars."
> **"5th LatAm CEO/CFO Commodities Conference," by Ivano Westin and Renan
> Criscio, Credit Suisse, analyst report, 2 April 2017, p. 4.**

> "Four-pillar strategy: Performance, growth, governance and sustainability.
> Fabio Schvartsman has set four focus areas for his mandate at Vale and
> created an internal study group to identify the company's performance and
> strategy priorities. … Lastly, he reiterated the importance of sustainability,
> given the nature of Vale's business."
> **"Meeting With New CEO – First 100 Days Plan," by Marcos Assumpção et al., Itaú
> BBA, analyst report, 26 May 2017, p. 1.**

> "Fourth pillar: sustainability. In Mr. Schvartsman's view, while mining is
> an extractive activity, Vale needs to act and be perceived as a responsible
> agent that adds value to all stakeholders. The efforts in this front need would
> be strategic and accretive to the company, aligned with its goals and
> policies. The Samarco situation was highlighted as a key topic and Vale will
> focus on the best alternatives to remediate and replenish the area."
> **"First Meeting With new CEO, Mr. Fabio Schvartzman: Agenda of Growth,
> Discipline and Governance - ALERT," by Rodolfo Angele et al., JPMorgan, analyst
> report, 26 May 2017, p. 2.**

> "Overall Vale is focused on … improvement of corporate governance and
> boosting sustainability (communities and environment driven)."
> **"Investor Tour Feedback: Continued Focus on a Leaner and More Competitive
> Structure – ALERT," by Rodolfo Angele et al., JPMorgan, analyst report, 20
> September 2017, pp. 1-2.**

"In our view, with commodity prices at more stable levels, decreasing leverage, and an improving ESG framework, Vale is taking the appropriate steps to address issues that have precluded its shares from further rerating in the past … . Reiterate Buy rating and USD11.75 target price: We like Vale as the company is undergoing significant improvements on the ESG front … ."

**"Buy: Efficiency in focus at Investor Day in New York," by Jonathan Brandt and Yevgeniy Shelkovskiy, HSBC, analyst report, 6 December 2017, p. 1.**

"Impact on our views: We believe the agreement does little to reduce the uncertainty around the ultimate cost for Samarco, Vale and BHP. We still see potential risks that a final settlement might come above the US$1.2bn Vale has provisioned for this matter. The positive aspects of the accord, in our view, are that it: 1) provides for greater community participation in Renova Fundation and its programs; 2) caps the legal guarantees on the case at the previously agreed amount of R$2.2bn; and 3) might accelerate Samarco's receiving required licenses to resume operations (the potential negative impact on iron ore supply and pellet premium is somewhat reduced by the smooth ramp-up planned once production restarts)."

**"Samarco Accident No 11: Uncertainty Remains," by Carlos De Alba and Jens Spiess, Morgan Stanley, analyst report, 25 June 2018, p. 1.**

"Leverage, ESG improvement and shareholder remuneration to drive re-rating. The combination of the above strategies has led to a strong reduction in leverage (USD11.5bn), which in turn has led to a fall in interest expenses of USD272m y-o-y in 1H18 (see p4). The resulting strong free cash flow has (finally), started to be returned to shareholders, with the announced dividend (USD2bn) and share buyback (USD1bn) equivalent to a 7% yield. Lastly, with ESG issues continuing to be a major focus for the market in general, Vale's improvement in social responsibility, approving a new sustainability organizational structure in July 2018, is commendable, in our view. Buy rating with a revised TP of USD18.00, given the company's improvement in ESG, deleveraging efforts, strong cash flow generation and capital return."

**"Buy: Transforming – More Than Meets the Eye," by Jonathan Brandt and Derryn Maade, HSBC, analyst report, 26 July 2018, p. 1.**

"The focus now moves to 'Sustainability', with the company announcing a new sustainability organizational structure in July 2018. The key targets are – ► Reduce carbon emissions by 5% until 2020, in addition it will be defined a new post-2020 challenge. ► Recover approximately 1,500 hectares of degraded areas in 2018. ► Define a new water resource utilization goal, which consists in the global reduction of new water catchment by 2030. ► Double the average income of approximately 350 local entrepreneurs in 2018. ► Improve the Brazilian Education

Development Index in the regions where the company operates. ► Reduce infant mortality and water diseases, and increase access to basic health in the communities where the company operates, in 2018 the focus is on 350 families and 30 basic health units. ► Contribute to the development of the socioeconomic situation and work to improve past resettlements in Mozambique."
**"Buy: Transforming – More Than Meets the Eye," by Jonathan Brandt and Derryn Maade, HSBC, analyst report, 26 July 2018, p. 4.**

"ESG has become a tailwind? HSBC's Global ESG Playbook report (25 October 2018) highlighted that companies with improving ESG metrics have typically had stronger returns than companies that are lagging and that rising scores also appear to boost valuation. It is also worth noting that while environmental issues are overall most important, governance is disproportionately more relevant in EM than in DM. Within the large diversified miners, this is evident in the performance of Vale's shares over the past two years. Vale's total return (change in share price plus dividends) over the last two years has been 138%, compared to an average of 63% for the London-listed diversified companies. While being exposed to the right commodities (i.e. iron ore) certainly helps (see Base & Bulk Miners: Bulks over Base for now, 31 October 2018), we believe a large portion of Vale's material outperformance over peers is related to the company's improvement in ESG related factors. … Reiterate Buy rating with a TP of USD18.00: The continued improvement in ESG-related factors, the strength in iron ore prices and sustainability of high quality premiums, combined with the attractive capital return should continue to drive Vale's share price, in our view."
**"Buy: ESG Tailwinds Set to Continue," by Jonathan Brandt et al., HSBC, analyst report, 4 November 2018, p. 1.**

"Accident likely to result in higher compliance from authorities. The tragedy is likely to generate higher scrutiny over the regulatory framework of the mining industry, especially over the usage of dams. The company produced ~60% of its iron ore through operations that rely on dams (as of 2016) and had already been shifting new output into dry processing (aiming 70% of dry production by 2025). The accident could lead to further delays in granting new licenses, but also lifting existing permits. Financial fines likely to be imposed. The company has stated that its efforts are focused on containing the damage, protecting the population and repairing the region. Financial fines will also likely be imposed. In the case of Samarco, an initial settlement totaled R$11-13 billion, but we estimate that it has since been lifted to as much as ~R$20 billion."
**"Tailing Spill from Dam Failure at Feijao Mine – ALERT," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 25 January 2019, p. 1.**

64

"There's no denying that Vale and BHP have paid and will continue to pay billions of dollars in fines, compensation and rehabilitation costs for many years to come, but it was reasonably certain that both companies have survived the worst of the reputational crisis stemming from Samarco. Until, for Vale, the early afternoon of Friday, January 25. It's difficult to see how the even greater tragedy of the collapse of Dam 1 at its Feijão iron ore mine will not severely damage the reputation and status of one of Brazil's most significant businesses."
**"Vale Faces Certain Reputational Pressure in the Wake of Feijão Tailings Dam Tragedy,"** *Mining Business Media*, **26 January 2019, p. 1.**

"Analysts expect that the Feijao waste dam disaster in Brumadinho, Minas Gerais, will have a greater impact on Brazilian mining giant Vale's image than its finances. The company is expected to see a drop in interest for investments and job applications as a result of the tragedy. Specialists note that the incident shows the need for the company to invest more heavily in technology, and it raises questions about the quality of Vale's risk management, and on a larger scale it could potentially be damaging for the overall Brazilian mining market, with foreign investors being put off by the proximity of this incident and the Mariana waste dam disaster from 2015. This foreign pressure is likely to force the government to revise legislation for the sector, and to make companies across the sector invest in new technology."
**"Brazil: Feijao Dam Disaster Could Harm Image of Mining Sector,"** *Esmerk Latin American News*, **27 January 2019.**

"Vale's chief executive, Fabio Schvartsman, said the cause of Friday's breach was still being investigated. The Brumadinho dam has been inactive for three years and had been certified as stable as recently as this past December. But a representative from Ibama, the federal environmental protection agency, warned at the time that the Brumadinho dams were not risk free. 'Any negligence on the part of those conducting risk management, and they rupture,' the representative said, according to notes of a December state council meeting on mining regulations that were sent to The New York Times."
**"Fear of New Collapse Shakes Brazilian Town Swamped by Mudslide,"** by Shasta Darlington, *The New York* Times, **28 January 2019, pp. 1-2.**

"According to TAG Investimentos' multi-market strategist, Dan Kawa, the tragedy in Brumadinho (MG) is a 'localized' problem that impacts on the Brazilian Stock Exchange more than on other assets. 'But the problem does not fail to draw attention to the lack of infrastructure in the country and deficiencies in internal controls,' he adds."
**"Markets: DI Rates Trade Higher on Vale's Tragedy,"** by Olívia Bulla, *Agência CMA*, **28 January 2019.**

65

"For one investor using ESG criteria, the main aspect to be considered in the Brumadinho tragedy isn't exactly the environmental damage, but the issue of governance. 'The environmental risk has always existed, because we're dealing with a mining company. Whoever bought shares did so because they believed that the company satisfactorily offset [those risks]. The big question that they will face now is about governance. After all, what was the company doing to control and follow-up on safety in there?' this investor said. 'It's a matter of governance that generated an environmental problem,' he added."

**"Vale Shares May Be Dumped by Funds that Prize Governance, Environment," by Vanessa Adachi, *Valor Econômico*, 28 January 2019.**

"The extent of the environmental damage is unknown although the volume released by this dam failure is roughly a quarter that of Samarco, so it is likely to be less severe. However, given that this is the second dam burst linked to Vale, we would expect more stringent remediation requirements and tougher penalties to be applied. As such we have cut our valuation by US$4bn to allow for potential remediation costs and penalties, which lowers our NAV by 8%. … However, Vale's equity re-rating story was in part a reputational one which has now been dealt a body blow. We expect the stock to give up some of these gains, at least while the uncertainty lingers."

**"Remediation Uncertainty: Downgrade to Neutral," by Grant Sporre et al., Macquarie, analyst report, 28 January 2019, p. 1.**

"Decommissioning calls for no interference of mining activities around the dams. Therefore, nine mines in the complexes of Vargem Grande and Paraopebas will be temporarily shut down. Together they represent 40Mtpy of ore capacity. Two pellet plants – Fábrica and Vargem Grande – will also be shut down during the decommissioning. While the pellet production can't be compensated by other operations, Vale expects to be able to partially compensate for the lost ore volumes with production from other mines. We assume 75% of the lost fines will be compensated by other mines. We also model deterioration in production mix (fewer pellets) and lower realize price or higher costs from the mines that will replace the ones being shut down."

**"Management Plan Starts to Address Key Uncertainties – Positive," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 29 January 2019, p. 1.**

"We think an event of this magnitude is likely to create an overhang on the stock multiple, at least in the near term. This is likely to be driven by a combination of 1) reputational uncertainty and heightened environmental risk, 2) uncertainty around the ultimate financial ramifications (e.g. liabilities related to the tragic incident), and 3) the impact of higher

capex/costs as a result of increased safety standards. The long-term multiple implications are unclear, with much hinging on the company's efforts to regain the trust of key stakeholders and evidence that there wasn't any wrongdoing or negligence on its part."
**"Uncertainties Continue to Arise from the Feijão Dam Accident; Downgrade to EW,"**
**by Carlos De Alba et al., Morgan Stanley, analyst report, 7 February 2019, p. 1.**

"The main risk for Vale, in our view, is the forced shutdown of mining operations by a court decision without a legal/technical basis, similar to events surrounding the Brucutu mine. In the worst case scenario, Vale could eventually be forced to halt production of 160 mtpy corresponding to the entirety of the company's operations in Minas Gerais that rely on tailing dams For example, said volume reduction 160 million tons) would reduce Vale's EBITDA by nearly USD 5 billion, or 30 of EBITDA in 2019. Although the Brumadinho accident spilled nearly four times less tailings than Samarco, it is still hard to assess the final impact on Vale given its repetitive nature, the higher number of casualties and much greater media repercussion. In our view, these factors could influence the government's decision regarding the size of fines/compensation. Vale's multiples could be de rated, as the accident may reduce FCF predictability in the short term and force a change of Vale's senior management team, which is well regarded by the market Moreover, Vale could also suffer from a reduction of its potential shareholder base (ESG and dividend investors) for example, Vale has been removed from the ISE (Corporate Sustainability Index) portfolio in B 3 while Robeco has blacklisted Vale due to ethical concerns."
**"A Full Guide to the Brumadinho Dam Collapse Our Views, Analysis and Sensitivities," by Marcos Assumpção et al., Itaú BBA, analyst report, 15 February 2019, p. 11.**

4.    Event Studies for Assessing Loss Causation and Damages

126.    The economic materiality of Vale's misrepresentations and omissions is also confirmed by empirical event study analysis. Event study analysis, considering potential confounding information, proves that disclosures correcting the alleged misrepresentations and omissions caused the prices of Vale Securities to decline. When the corrective disclosure events informed the market that Company's dams were not stable, the Company was not managing risks effectively, the Company was not committed to safety and sustainability, and as a result the Company was exposed to the adverse consequences of its decisions and conduct, including financial ramifications, and regulatory, litigation, and enforcement actions, the prices of the Vale Securities fell significantly.

67

127.  Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes of its general acceptance and wide use in academic research.[139] Gold et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[140]

128.  An event study investigates whether a security price reacted to the release of new information. A statistically significant security price reaction in response to the release of new information indicates that the new information caused the change in price. An event study also measures how much a security price rises or falls in response to new, company-specific information.

129.  One component of an event study is statistical regression analysis that determines how much of an observed security price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates and quantifies the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation in price.

130.  The statistical significance of a security return on an identified event date indicates that the residual return cannot be attributed to market and sector factors, or to random volatility, but rather was caused by the arrival of new company-specific information.

### a.  *Identification of Corrective Disclosure Events*

131.  I reviewed a wide variety of information sources, including Company announcements, Company conference call transcripts, news articles, press releases, analyst reports, and SEC filings to determine when information correcting the alleged misrepresentations and omissions was disseminated. Relevant revelatory information was provided to the market

---

[139] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, vol. 35, 1997.

[140] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

on 25 January 2019, 4 February 2019, and 6 February 2019. I focused the event studies for the Vale Securities on the market's reaction to these three disclosure events:

i.   25 January 2019 (Friday) – During trading hours in the U.S., the Company and news media reported that Dam 1 had collapsed. Initial reports contained sparse details. The Dam 1 collapse was a partially corrective disclosure because the news began to inform the market that the Company's dams were not as stable as the Company had represented, that the Company had not been as committed to safety and sustainability as it had previously proclaimed, and risks were not as effectively managed and disclosed as the Company had previously represented. The event began to reveal precisely what Lead Plaintiff alleges was concealed by the alleged misrepresentations and omissions. Even though the public did not yet have specific details as of 25 January 2019, investors and analysts appreciated that there would likely be negative consequences from the dam collapse, just as the market would have anticipated negative consequences from a timely affirmative disclosure before the dam break that Company dams were unstable, risks were not being managed sufficiently and effectively, and the Company's conduct was inconsistent with transparency and commitment to safety and sustainability.

ii.  4 February 2019 – During trading hours in the U.S., *Bloomberg* reported that a Brazilian court had ordered Vale to halt some operations at the Company's Brucutu mine. The Minas Gerais state court's order more fully informed investors about the extent of the Company's safety issues, and that the Company's condition, commitment, and conduct with respect to dam safety were not what the public had previously been led to believe. This information is precisely what Lead Plaintiff alleges could have been disclosed by Defendants affirmatively since the start of the Class Period. Costly suspensions of mining would reasonably have been an inextricable consequence of heightened awareness of Company-wide safety issues,

69

conditions, and conduct upon an affirmative admission at the start of the Class Period, just as it was on this corrective disclosure date.

iii.  6 February 2019 – Prior to the start of trading in the U.S., *The Guardian* reported that Vale mine workers had observed a leak at Dam 1 that caused them to believe the dam "was going to burst at any time." During trading hours in the U.S., the news media reported that the state of Minas Gerais had canceled Vale's license to operate the Laranjeiras dam. Also during trading in the U.S., *The Wall Street Journal* wrote that "two independent mining dam experts … said the dam shouldn't have been certified" given facts known by Vale about Dam 1. These developments were a corrective disclosure because they informed the market that the Company had not been transparent, honest, and forthcoming when it made representations about dam stability, management of risks, and its conduct and commitment with respect to safety and stability.

132.  As described above, information continued to enter the market over the period 26 January 2019 through 1 February 2019. To the extent that such information negatively impacted the value of Vale Securities, and could be characterized as inextricable ramifications of the disclosure of previously concealed information, my loss causation and damages analysis presented herein that excludes such price impact from damages is conservative.

133.  I understand that in the MTD Order, the Court found that the events during the period 26-28 January 2019 do not qualify as corrective disclosures because they are "not necessarily indicative of any alleged misrepresentation or fraud."[141] My quantification of damages incorporates this determination and includes none of the price decline during this period in the measure of damages.

### b.  *Isolating the Impact of Company-Specific Information*

134.  Event study analysis determines how much of the Vale Securities' price changes following each event were driven by Company-specific information as opposed to market and industry sector factors.

---

[141] MTD Order, p. 33.

135. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's security typically behaved in relation to the overall stock market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the security return that is attributable to market and sector factors is called the explained return.

136. The explained return is then subtracted from the actual return to isolate the residual return, which is the security's return after controlling for market and industry sector effects.

### (1)    Vale ADR

137. I ran a regression modeling the return of Vale's ADR as a function of i) a constant term, ii) the return of the U.S. stock market, iii) the return of the Brazilian stock market, iv) an industry sector return, and v) changes in the rate of exchange between the U.S dollar and the Brazilian real.

138. For the U.S. stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "U.S Market Index"), which is a generally accepted and widely used measure of the overall U.S. stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

139. For the Brazilian stock market factor, I used the Índice Bovespa, which is a generally accepted and widely used measure of the overall Brazilian stock market. The Índice Bovespa incorporates payment of dividends by the constituent companies.

140. Because Vale was a constituent of the Índice Bovespa during the Class Period, I adjusted the index to exclude it ("Brazilian Market Index" or "Ibovespa").[142] This adjustment is necessary to mitigate the simultaneity of effects, wherein Vale's returns would otherwise cause as well as be caused by changes in the Brazilian Market Index. The adjustment provides a purer measure of the effect of the Company's home market on the Vale ADR.

---

[142] I obtained the daily weight of Vale common stock and preferred stock in the Ibovespa from *Bloomberg*.

141. For the industry sector factor, I used the Standard & Poor's Metals and Mining Select Industry Index ("Sector Index"). This index is constructed by Standard & Poor's to measure the performance of companies designated as "Metals & Mining" companies according to the Global Industry Classification Standard taxonomy.

142. For the currency factor, I used the daily logarithmic returns computed from the daily exchange rate between the Brazilian real and U.S. dollars (the "Currency Factor").

143. All returns used in the regressions are logarithmic returns – i.e., the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[143]

144. Vale ADR trading data are presented in Exhibit-4. Exhibit-5 presents the U.S. Market Index return data, Brazilian Market Index return data, Sector Index return data, and Currency Factor return data.

145. I ran the regression on daily returns covering the one-year period prior to the first corrective disclosure to compute the residual return for each of the corrective disclosure event dates and to test each residual return for statistical significance. The choice of using the period prior to the tested event date for the regression estimation period is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar in** *Litigation Services Handbook: The Role of the Financial Expert*, **3rd ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

146. I used dummy variables to control for potentially abnormal returns on the earnings announcement events that occurred during the estimation period. Using dummy variables to control for potentially atypical observations in a regression estimation period, especially when those observation dates are the subject of the event study analysis, and ending the estimation period before the first corrective disclosure event, so that the model parameters

---

[143] Appendix-3 of the Feinstein Report presents the mathematical formula for the logarithmic return and a discussion of the measure.

reflect the typical price dynamics for that security, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[144]

147.  Vale ADR regression results are presented in Exhibit-6.

148.  For each corrective disclosure event date, I computed the explained portion of Vale's ADR return by adding i) the estimated regression intercept term, ii) the day's U.S. Market Index return multiplied by the U.S. Market Index coefficient, iii) the day's Brazilian Market Index return multiplied by the Brazilian Market Index coefficient, iv) the day's Sector Index return multiplied by the Sector Index coefficient, and v) the day's Currency Factor return multiplied by the Currency Factor coefficient. I then computed the residual return for each event date by subtracting the explained return from the actual return.

### (2)    Vale Notes

149.  The regression model for the Vale Notes included the same variables used in the regression model for the Vale ADR. In addition to these factors, I also included the return of a market benchmark bond ("Benchmark Bond"). The Benchmark Bond return variable in the regression model controls for the effect of changes in the market interest rate.

150.  The daily returns of the Benchmark Bond were computed by pricing each day a hypothetical bond with the same coupon and maturity as the respective Vale Note, applying the yield-to-maturity from a market index matched to the Company's credit rating. The market index yields were drawn from the BofA Merrill Lynch US Corporate BBB Index, BofA Merrill Lynch US Corporate BB Index, and the BofA Merrill Lynch US Corporate B Index (the "Merrill Indices").[145] For each day and for each Note, the Benchmark Bond market yield was drawn from the Merrill Index whose rating matched the rating of the Note. When the Company's credit rating was between the ratings of the Merrill Indices, I interpolated between the yields of the two Merrill Indices straddling the Company rating. When the rating on a Vale Note changed, the Benchmark Bond return used for the day of the change was that day's return of the prior day's Benchmark Bond corresponding to the prior Vale Note rating.

---

[144] "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David Larcker et al., *Journal of Financial & Quantitative Analysis*, vol. 15, no. 2 1980.

[145] Data for the Merrill Indices obtained from Federal Reserve Economic Data.

151. For example, on 9 November 2016, the Company carried a rating of BB-. The yield from the BofA Merrill Lynch US Corporate BB Index was 4.81% that day and the yield from the BofA Merrill Lynch US Corporate B Index was 6.64% that day. Therefore, the yield of the Benchmark Bond for the Vale Notes was 5.42%, one-third of the way between the respective yields of the BB and B indices. This yield was then used to price benchmark bonds with the same coupon and maturities for all of the Vale Notes. The next trading day, 10 November 2016, the BB rated index yield increased to 4.91% and the B rated index yield increased to 6.71%, resulting in a new yield for the Benchmark Bond of 5.51%. This yield was then used to reprice the benchmark bonds. For this sequence of yields, the logarithmic return of the Benchmark Bond for the TAP8 Notes on 10 November 2016 was -0.66%. In this manner, daily returns for the respective Benchmark Bonds for all of the Vale Notes were computed.

152. Exhibit-5 presents the U.S. Market Index returns, Brazilian Market Index returns, Sector Index returns, and Currency Factor returns used in the Vale Note event studies. Exhibit-7 presents the price levels of the Benchmark Bonds.

153. Using TRACE data obtained from FINRA, I performed a regression analysis for each of the Vale Notes. For each Note the respective regression was estimated over the one-year period prior to the first corrective disclosure using all available daily returns.

154. As is common in bond markets, there were some days when one or some of the Notes did not trade. The regression data series included only days on which there was a trading price for two consecutive trading days, so that a one-day return could be computed.

155. Exhibit-8a through Exhibit-8g present the regression results for the Vale Notes.

## c. *t*-Test

156. For each event, a statistical test called a *t*-test was conducted to determine whether the residual returns of the Vale Securities were statistically significant. Statistical significance means that the return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility, but must have been caused by company-specific information.

157.   A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the event residual return was unlikely to have been caused by random volatility and is therefore deemed statistically significant.[146]

158.   When a residual return is found to be non-significant, the result means that the *t*-test was indeterminate, and the security return may have been caused either by information or random volatility.

159.   The results of the event study for the Vale ADR focusing on the corrective disclosures are presented below and summarized in Exhibit-9. The Vale Note event study results focusing on the corrective disclosures are summarized in Exhibit-10a through Exhibit-10g.

### 5.   Vale ADR Event Study Results and Analysis

#### a.   *25 January 2019*

160.   On 25 January 2019, the price of the Vale ADR fell 8.42% (on a logarithmic return basis). The U.S. Market Index return that day was a positive 0.95%, the Sector Index return that day was 3.48%, and the Currency Factor return was -0.07%. The Brazilian stock market was closed for a holiday on 25 January 2019, so its return was zero that day and there was no major identifiable Brazilian news aside from the collapse of Vale's Dam 1.[147] Based on the regression model, the explained return on the Vale ADR was positive 3.16%. The difference between the actual return of -8.42% and the explained return of 3.16% is a statistically significant residual return of -11.58%, which is equivalent to a decline of $1.63

---

[146] This test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, i.e., the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

[147] Of note, the Brazilian stock market return from 24 January 2019 to the close of the next trading day in Brazil, 28 January 2019, was a positive 0.30% (measured on a logarithmic basis).

per ADR. This residual return is associated with a *t*-statistic of -7.65, which is statistically significant at the 99% confidence level.

161.    In sum, the Vale ADR fell sharply on 25 January 2019 while the overall stock market and sector factors were pushing up the ADR price.

162.    Based on i) the nature of the information disclosed on 25 January 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the ADR price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the Vale ADR on this corrective event date.

### b.    *4 February 2019*

163.    On 4 February 2019, the price of the Vale ADR declined 3.40% (on a logarithmic return basis). The U.S. Market Index return that day was 0.67%, the Brazilian Market Index return was 1.14%, the Sector Index return was 0.68%, and the Currency Factor return was 0.25%. Based on the regression model, the explained return on the Vale ADR was 1.04%. The difference between the actual return of -3.40% and the explained return of 1.04% is a statistically significant residual return of -4.44%, which is equivalent to a decline of $0.55 per ADR. This residual return is associated with a *t*-statistic of -2.93, which is statistically significant at the 99% confidence level.

164.    The Vale ADR fell on 4 February 2019 while the overall stock market and sector factors were collectively pushing up the ADR price.

165.    Based on i) the nature of the information disclosed on 4 February 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the ADR price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the Vale ADR on this corrective event date.

### c.    6 February 2019

166.   On 6 February 2019, the price of the Vale ADR fell 6.39% (on a logarithmic return basis). The U.S. Market Index return that day was -0.25%, the Brazilian Market Index return was -3.70%, the Sector Index return was -0.65%, and the Currency Factor return was 0.77%. Based on the regression model, the explained return on the Vale ADR was -1.87%. The difference between the actual return of -6.39% and the explained return of -1.87% is a statistically significant residual return of -4.52%, which is equivalent to a decline of $0.54 per ADR. This residual return is associated with a *t*-statistic of -2.99, which is statistically significant at the 99% confidence level.

167.   The Vale ADR fell far more on 6 February 2019 than it would have on account of the movements of the overall stock market and sector factors. The magnitude of the residual ADR price decline cannot be explained by these other factors and was too great to be merely a random fluctuation.

168.   Based on i) the nature of the information disclosed on 6 February 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the ADR price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the ADR on this corrective event date.

### 6.    Vale Notes Event Study Results and Analysis

169.   The results of the Vale Note event studies focusing on the corrective disclosure event dates are presented in Exhibit-10a through Exhibit-10g.

170.   The execution, results, and interpretation of the Vale Note event studies is illustrated in the next section with an example pertaining to the TAP8 Notes. The subsequent section summarizes the event study results for the rest of the Notes.

*a.*        *Vale TAP8 Note Event Study Results and Analysis*

**(1)        25 January 2019**

171.    On 25 January 2019, the price of the TAP8 Notes fell 3.70% (on a logarithmic return basis). The U.S. Market Index return that day was a positive 0.95%, the Sector Index return that day was 3.48%, the Currency Factor return was -0.07%, and the Benchmark Bond return was 0.08%. The Brazilian stock market was closed for a holiday on 25 January 2019, so its return was zero that day. Based on the regression model, the explained return on the TAP8 Note was positive 0.18%. The difference between the actual return of -3.70% and the explained return of 0.18% is a statistically significant residual return of -3.88%, which is equivalent to a decline of $4.19 per TAP8 Note. This residual return is associated with a *t*-statistic of -11.93, which is statistically significant at the 99% confidence level.

172.    According to these statistical results, the TAP8 Note price fell sharply on 25 January 2019 while the overall stock market and sector factors were pushing up the TAP8 Note price.

173.    Based on i) the nature of the information disclosed on 25 January 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the TAP8 Note price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the TAP8 Note on this corrective event date.

**(2)        4 February 2019**

174.    On 4 February 2019, the price of the TAP8 Notes fell 0.74% (on a logarithmic return basis). The U.S. Market Index return that day was a positive 0.67%, the Brazilian Market Index return that day was 1.14%, the Sector Index return that day was 0.68%, the Currency Factor return was 0.25%, and the Benchmark Bond return was -0.01%. Based on the regression model, the explained return on the TAP8 Note was positive 0.02%. The difference between the actual return of -0.74% and the explained return of 0.02% is a statistically significant residual return of -0.76%, which is equivalent to a decline of $0.81 per TAP8 Note. This residual return is associated with a *t*-statistic of -2.33, which is statistically significant at the 97.95% confidence level.

78

175.    The TAP8 Note price fell an unusually large amount on 4 February 2019 while the overall stock market and sector factors were collectively pushing up the TAP8 Note price slightly.

176.    Based on i) the nature of the information disclosed on 4 February 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the TAP8 Note price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the TAP8 Note on this corrective event date.

### (3)    6 February 2019

177.    On 6 February 2019, the price of the TAP8 Notes fell 1.40% (on a logarithmic return basis). The U.S. Market Index return that day was -0.25%, the Brazilian Market Index return that day was -3.70%, the Sector Index return that day was -0.65%, the Currency Factor return was 0.77%, and the Benchmark Bond return was 0.10%. Based on the regression model, the explained return on the TAP8 Note was a positive 0.01%. The difference between the actual return of -1.40% and the explained return of 0.01% is a statistically significant residual return of -1.41%, which is equivalent to a decline of $1.49 per TAP8 Note. This residual return is associated with a $t$-statistic of -4.33, which is statistically significant at the 99% confidence level.

178.    The TAP8 Note fell sharply on 6 February 2019, compared to typical movements for that security – far more than it would have on account of the movements of the overall stock market and sector factors. The magnitude of the residual TAP8 Note price decline cannot be explained by the market and sector factors and it was too great to be merely a random fluctuation.

179.    Based on i) the nature of the information disclosed on 6 February 2019, which partially corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and analyst and media commentary, iii) the absence of any economically material confounding news, and iv) the statistical significance of the TAP8 Note price decline that day, I conclude that the alleged misrepresentations and omissions caused losses to investors in the TAP8 Note on this corrective event date.

79

b.      *Summary of Vale Note Event Study Results*

180.    The price of the TAP8 Note fell significantly on 25 January 2019, with a residual return of -3.88%, corresponding to a decline of $4.19 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. The price of the TAP8 Note fell significantly on 4 February 2019, with a residual return that day of -0.76%, corresponding to a decline of $0.81 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 95%. The price of the TAP8 Note fell significantly on 6 February 2019, with a residual return that day of -1.41%, corresponding to a decline of $1.49 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. These results indicate that the alleged misrepresentations and omissions caused losses to investors in the TAP8 Note on 25 January 2019, 4 February 2019, and 6 February 2019.

181.    The price of the TAM5 Note fell on 25 January 2019. Its residual return that day was a statistically significant -1.70%, corresponding to a decline of $1.72 per $100 of par value. This decline is statistically significant at a confidence level exceeding 99%. The price of the TAM5 Note fell on 4 February 2019, but not by a statistically significant amount. The price of the TAM5 Note fell significantly on 6 February 2019, with a residual return of -0.65%, corresponding to a decline of $0.65 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 95%. These results indicate that the alleged misrepresentations and omissions caused losses to investors in the TAM5 Note on 25 January 2019 and 6 February 2019.

182.    The price of the TAE3 Note fell significantly on 25 January 2019. This TAE3 Note reaction to the 25 January 2019 event was measured as the price decline over the two-day period from 23 January 2019 to 25 January 2019. The use of a two-day window was necessary for this Note as the TAE3 Note did not trade during normal trading hours on 24 January 2019, the trading day just prior to the 25 January 2019 event. However, I can conclude that the two-day residual price decline was caused by the negative news on 25 January 2019, rather than any news on 24 January 2019, because there was no identifiable economically material Company-specific news on 24 January 2019 to which any of the two-day price decline could be attributed, and because none of the other Vale Notes exhibited a statistically significant price movement on 24 January 2019. Further, there was one trade in the TAE3

80

Note on 24 January 2019 outside of normal trading hours, at 7:41 AM eastern time, and that trading price ($127.75) was actually greater than the TAE3 Note closing price on 23 January 2019 ($126.88). Therefore, using a two-day window and the 23 January 2019 trading price to measure the pre-event market price of the TAE3 Note is a conservative treatment, which attributes a conservatively smaller decline to the negative event.

183. The price of the TAE3 Note fell significantly over the two days from 23 January to 25 January 2019, with a residual return of -4.80%, corresponding to a decline of $5.95 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. This statistical result indicates that the alleged misrepresentations and omissions caused losses to investors in the TAE3 Note on 25 January 2019.

184. The price of the TAE3 Note fell on 4 February 2019 and 6 February 2019, but not by statistically significant amounts.

185. The price of the TAH6 Note fell significantly on 25 January 2019, with a residual return of -4.96%, corresponding to a decline of $5.67 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. The price of the TAH6 Note fell on 4 February 2019, but not by a statistically significant amount. The price of the TAH6 Note fell significantly on 6 February 2019, with a residual return that day of -1.35%, corresponding to a decline of $1.50 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. These results indicate that the alleged misrepresentations and omissions caused losses to investors in the TAH6 Note on 25 January 2019 and 6 February 2019.

186. The price of the TAK9 Note fell significantly on 25 January 2019 with a residual return that day of -5.81%, corresponding to a decline of $6.68 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 99%. The price of the TAK9 Note fell on both 4 February 2019 and 6 February 2019, but not by statistically significant amounts. These results indicate that the alleged misrepresentations and omissions caused losses to investors in the TAK9 Note on 25 January 2019.

187. The price of the EAA3 Note fell significantly on 25 January 2019, with a residual return of -4.97%, corresponding to a decline of $5.00 per $100 of par value. This decline is statistically significant at a confidence level exceeding 99%. The price of the EAA3 Note fell on 4 February 2019, but not by a statistically significant amount. The price of the EAA3

Note fell significantly on 6 February 2019, with a residual return that day of -1.54%, corresponding to a decline of $1.53 per $100 of par value. This residual decline is statistically significant at a confidence level exceeding 95%. These results indicate that the alleged misrepresentations and omissions caused losses to investors in the EAA3 Note on 25 January 2019 and 6 February 2019.

188. The TAN3 Note did not trade on 25 January 2019, nor did it experience a statistically significant decline on either 4 February 2019 or 6 February 2019. No quantifiable losses to investors in the TAN3 Notes are attributable to the alleged misrepresentations and omissions based on these results.

## VII. **DAMAGES**

### A. **The Out-Of-Pocket Damage Model**

189. The "out-of-pocket" measure of damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud (the "but-for price"). This difference, the difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud, is "artificial inflation."

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6, (internal citations omitted).**

190. The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase,

but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.

191. The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides the following limitation on recoverable damages relating to a 90-day "bounce-back rule":

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."
> **15 U.S.C. §78u-4(e)-(1).**

192. For Class members who sell within the 90-day period referred to in the statute, the PSLRA limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold.[148]

193. The mean per ADR trading price of the Vale ADR during the 90-days beginning on 6 February 2019 is $12.78. Vale ADR closing prices from 6 February 2019 through 6 May 2019 are presented in Exhibit-4. Exhibit-11a through Exhibit-11f present the Vale Notes VWAPs for the 90-days beginning on 6 February 2019.[149] The PSLRA 90-day bounce-back rule limitation can be applied formulaically to the calculation of per security damages for all Class members.

---

[148] 15 U.S.C. §78u-4(e)-(2).

[149] I do not present the TAN3 VWAPs for the 90-days beginning on 6 February 2019. As discussed herein, I conservatively estimate that investors suffered no quantifiable damages from investments in the TAN3 Notes during the Class Period.

**B.    Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon**

194.    Section 10(b) damages are a function of how much the alleged misrepresentations and omissions artificially inflated a security price and how much the security price fell in value when the artificial inflation dissipated. To compute damages for all Class members, therefore, one must compute an inflation ribbon, which is the time series of artificial inflation caused by the alleged fraud.

195.    The inflation ribbon in this case can be constructed by working chronologically backwards from the market's 6 February 2019 reaction to the final corrective disclosure. When a security price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The residual price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information), measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus any inflation remaining afterward.

196.    Using the fraud-related price declines elicited by corrective disclosures to measure the amount of inflation that was in a security price is a widely used and generally accepted methodology.[150]

197.    While the event study established that the prices of Vale Securities fell in reaction to Company-specific information on corrective disclosure dates, to measure the magnitude of the respective declines caused by the corrective disclosures, one must consider whether there was also Company-specific non-allegation-related information simultaneously disseminated on those days. The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures.

---

[150] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

198.    If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect produces a conservatively low measure of the decline caused by the corrective disclosures.

### C.    Vale ADR: Artificial Inflation Ribbon and Damages

#### 1.    Per ADR Decline Caused by the 25 January 2019 Corrective Disclosure

199.    According to the event study, the residual return for the Vale ADR on 25 January 2019 was a statistically significant -11.58%, or $1.63 per ADR. From its statistical significance one may conclude that the 25 January 2019 residual Vale ADR price decline was caused by Company-specific information.

200.    I examined all Company news that emerged between the close of trading on 24 January 2019 and the close of trading on 25 January 2019, in order to assess whether any other news could have contributed to the residual ADR price decline on 25 January 2019, besides the information conveyed by the Company, news media, and analysts about the collapse of Dam 1. That is, I searched for confounding information. I identified no other negative news between the close of trading on 24 January 2019 and the close of trading on 25 January 2019 that would reasonably have contributed to the $1.63 residual price decline in Vale ADRs on 25 January 2019, aside from the reports about the Dam 1 collapse and what that initial information about that event indicated to investors.

201.    As there was no other economically material news, I conclude that the initial reports of the Dam 1 collapse on 25 January 2019 were a partially corrective disclosure, and all of the $1.63 residual price decline on 25 January 2019 was caused by that partially corrective disclosure.

#### 2.    Per ADR Decline Caused by the 4 February 2019 Corrective Disclosure

202.    According to the event study, the residual return for the Vale ADR on 4 February 2019 was a statistically significant -4.44%, or $0.55 per ADR. From its statistical significance one may conclude that the 4 February 2019 residual Vale ADR price decline was caused by Company-specific information.

203. I examined all Company news that emerged between the close of trading on 1 February 2019 (Friday) and the close of trading on 4 February 2019 (Monday), in order to assess whether any other news could have contributed to the residual ADR price decline on 4 February 2019, besides the report about the court order to halt mining operations at the Brucutu mine and what that information indicated to investors. That is, I searched for confounding information. I identified no other negative news between the close of trading on 1 February 2019 and the close of trading on 4 February 2019 that would reasonably have contributed to the $0.55 residual price decline in Vale ADRs on 4 February 2019, aside from the news of the court-ordered halt of Brucutu mining operations and what that news conveyed to investors about Vale's condition and conduct.

204. As there was no material confounding news, I conclude that all of the $0.55 residual price decline on 4 February 2019 was caused by the partially corrective disclosure.

### 3. Per ADR Decline Caused by the 6 February 2019 Corrective Disclosure

#### a. *Residual Decline Caused by Company News on 6 February 2019*

205. According to the event study, the residual return for the Vale ADR on 6 February 2019 was a statistically significant -4.52%, or $0.54 per ADR. From its statistical significance one may conclude that the 6 February 2019 residual Vale ADR price decline was caused by Company-specific information.

#### b. *Potentially Confounding Information on 6 February 2019*

206. I examined all Company news that emerged between the close of trading on 5 February 2019 and the close of trading on 6 February 2019 in order to assess what news could have contributed to the residual ADR price decline on 6 February 2019. I found no other Company-specific news between the close of trading on 5 February 2019 and the close of trading on 6 February 2019 that would reasonably have contributed to the $0.54 residual price decline in Vale ADRs, other than *The Guardian* and *The Wall Street Journal* exposés, and what the cancelation of Vale's Laranjeiras dam license conveyed to investors about Vale's condition and conduct.

207. Other news that emerged between the close of trading on 5 February 2019 and the close of trading on 6 February 2019 included: i) the Company announced that it had declared a force majeure on some iron ore and pellets sale contracts; ii) the Company announced a plan to invest in dry stacking tailing systems; and iii) that Vale's Jangada iron ore mine license was canceled.

208. The force majeure announcement would not have had a negative impact on the prices of the Vale Securities on 6 February 2019, as it was a reasonably anticipated consequence of the operation disruption that was already known to the market. Moreover, the action provided legal protection to the Company against customer recourse for Vale's inability to honor supply contracts. As such, the consequence was expected and, if anything, was a positive development.

209. Analysts stated that the force majeure announcement was a consequence of the previously announced Brucutu mine suspension, and they assigned no independent negative valuation effect to it.

> "Following the suspension of its Brucutu mine, Vale has declared force majeure on some of its iron ore and pellets sales contracts. Vale has not indicated the volume of material impacted; Brucutu produces 30Mtpa of fines, but Vale remains hopeful that the suspension will be temporary and lifted on appeal. … Following the court order requiring Vale to stop production from its Brucutu mine, Vale has declared force majeure on some of its iron ore and pellets sales contracts. As a reminder, Brucutu is part of the Minas Centrais operations (Southeastern system) and produces approximately 30Mt of iron ore fine per annum. Vale previously declared that the Laranjeiras dam associated to the Brucutu mine is a downstream tailings dam and it will contest the court decision suggesting that the suspension could be temporary. Vale has not indicated the volume of material impacted by the declaration of force majeure."
> **"Force Majeure Declared on Iron Ore and Pellet Sales Contracts," by Edward Sterck and Jean-Baptiste Krautter, BMO, analyst report, 6 February 2019, p. 1.**

> "Court's decision to suspend Brucutu mine led to force majeure: Vale in its exchange filing highlighted that the court order temporarily suspending the company's Brucutu mines had led to the force majeure declaration."
> **"Iron Ore – Vale Declares Force Majeure on Some Shipments; Expect More Iron Ore and Steel Price Hikes Locally," by Pinakin Parekh and Priyanshi Jain, JPMorgan, analyst report, 6 February 2019, p. 1.**

> "The company declared force majeure on shipments related to the Brucutu mine earlier this week followed by the State of Minas Gerais cancelling the Brucutu dam license."
> **"More Answers to Investor Questions," by Andreas Bokkenheuser et al., UBS, analyst report, 6 February 2019, p. 1.**

210.    The Company's plan to increase the usage of dry processing to 70% of its production by 2023 was a positive development, which, if anything, would have a positive impact on the security prices, offsetting the negative impact of the corrective disclosures. Shifting production technology is an effort to mitigate the negative impact of the tailing dam revelations. BTG Pactual had written that the move to dry processing was a "good thing" and that Vale was advanced in that move.[151] Credit Suisse noted that dry stacking would reduce Vale's exposure to the risks associated with tailings dams.[152] JPMorgan stated that "Vale had been vocal about the benefits of dry stacking and making moves in that direction."[153]

> "The trend of moving to dry processing technologies (not dependent on tailings dams) seems irreversible to us - the good thing is that Vale is already well advanced here."
> **"Tailings Dam Failure; More Questions Than Answers," by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 27 January 2019, p. 1.**

> "Dry stacking is also currently being analyzed by the company and could be evaluated as a potential strategy to also reduce their exposure to tailings dams as a whole."
> **"Postcards from LAIC | Number One Priorities: Rescue, Recovery and Damage Control Efforts," by Caio Ribeiro et al., Credit Suisse, analyst report, 31 January 2019, p. 2.**

---

[151] "Tailings Dam Failure; More Questions Than Answers…." by Leonardo Correa and Gerard Roure, BTG Pactual, analyst report, 27 January 2019, p. 1.

[152] "Postcards from LAIC | Number One Priorities: Rescue, Recovery and Damage Control Efforts," by Caio Ribeiro et al., Credit Suisse, analyst report, 31 January 2019, p. 2.

[153] "Liabilities, Framework and Dams: Takeaways from Samarco's Experience," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 31 January 2019, p. 6.

> "Vale had been vocal about the benefits of dry stacking and making moves in that direction. The company had guided that it planned on having 70% of its production using dry processing by 2025 (from ~40% in 2016), partially due to the ramp-up in Carajás, but also with the conversion of existing operations."
> **"Liabilities, Framework and Dams: Takeaways from Samarco's Experience," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 31 January 2019, p. 6.**

> "Vale also announced that it is bringing forward determination to increase the share of dry processing to 70% by 2023 (vs. 2025 previously). … The company also highlighted its plans to increase dry processing to 70% by 2023. Back in September 2016, Vale was targeting an increase from 40% to 70% by 2025 (including an increase from 20% to 50% in Minas Gerais) and targeting 100% at Mariana and Paraopeba operations. Vale will also invest around US$390M in the implementation of dry stacking disposal from its wet processing operations."
> **"Force Majeure Declared on Iron Ore and Pellet Sales Contracts," by Edward Sterck and Jean-Baptiste Krautter, BMO, analyst report, 6 February 2019, p. 1.**

211. JPMorgan noted that the suspension of the Jangada mine was neither material nor relevant to Vale.[154] Credit Suisse wrote, "It is worth mentioning that operations at Jangada were already halted as a result of the suspension of operations at the Feijao mine so should not lead to any additional volumes loss other than what was already announced."[155]

212. In sum, the force majeure announcement, Vale's plan to increase the usage of dry processing, and the Jangada mine license cancelation did not constitute new, unexpected, economically material, negative news, unrelated to the case allegations, that could have contributed to the $0.54 residual price decline in the Vale ADR on 6 February 2019.

---

[154] "Laranjeiras Dam License Revoked – Negative – Alert," by Rodolfo Angele and Julio Arantes, JPMorgan, analyst report, 6 February 2019, p. 1.

[155] "Laranjeiras Tailings Dam License Canceled, Risk Perception Increased," by Caio Ribeiro et al., Credit Suisse, analyst report, 6 February 2019, p. 1.

4.      Vale ADR Artificial Inflation During the Class Period

213.    Assuming that Lead Plaintiff's allegations are proven true, I have determined that the artificial inflation in the price of Vale ADRs at the start of the Class Period was $2.72 per ADR. Per ADR artificial inflation then fell by $1.63 on 25 January 2019, $0.55 on 4 February 2019, and $0.54 on 6 February 2019. The analysis supporting this conclusion is presented next.

214.    As detailed above, Lead Plaintiff alleges that Defendants misrepresented that the Company's dams were stable, risks facing the Company were sufficiently and effectively managed, and the Company was committed to safety and sustainability. The Company allegedly engaged in deceptive conduct to conceal the true condition of its mining dams and the adverse ramifications of those conditions. The corrective disclosure events informed the market that, contrary to what the market was led to believe, the Company's dams were not stable, the Company was not managing risks effectively, the Company was not committed to safety and sustainability, and as a result the Company was exposed to the adverse consequences of its decisions and conduct, including financial ramifications, and regulatory, litigation, and enforcement actions.

215.    Given the efficiency of the markets for the Vale Securities and the economic materiality of the information misrepresented and concealed, the misrepresentations and omissions would have artificially inflated the market prices of the Vale Securities. The corrective disclosures dissipated that artificial inflation, and thereby caused investor losses.

216.    The artificial inflation in the prices of the Vale Securities must have been greater just prior to each corrective disclosure that dissipated inflation than the level of artificial inflation remaining afterward. To determine the artificial inflation in the prices of the Vale Securities at the start of and during the Class Period, one must assess what the but-for prices of the Vale Securities would have been during the Class Period had there been earlier disclosure.

217.    To estimate the but-for price for each of the Vale Securities, one must consider how market participants during the Class Period would have priced the Vale Securities had they been informed that the Company's representations were false and that important information was being withheld. Had investors been apprised that the Company's public assurances about dam stability, commitment to safety, and related conduct were untrue, and that the true conditions of the dams was being withheld, it is indisputable that investors would have

90

severely discounted the Vale Securities. Generally accepted economic principles provide a guide to assess how much.

218. How investors respond to information gaps has been intensively studied by economists, including the seminal work of Nobel laureates George Akerlof, Michael Spence, and Joseph Stiglitz, which addressed this question.[156]

> "For more than two decades, research on incentives and market equilibrium in situations with asymmetric information has been a prolific part of economic theory. … The modern theory of markets with asymmetric information rests firmly on the work of this year's [Nobel] prizewinners: George Akerlof, Michael Spence, and Joseph Stiglitz."
> **"Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," by Karl-Gustaf Lofgren et al., *The Scandinavian Journal of Economics*, vol. 104, no. 2, 2002.**

> "Akerlof showed how informational asymmetries can produce adverse selection in markets. When lenders or car buyers have imperfect information, borrowers with weak repayment prospects or sellers of low quality cars may thus crowd out everyone else from their side of the market, stifling mutually advantageous transactions."
> **"Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," by Karl-Gustaf Lofgren et al., *The Scandinavian Journal of Economics*, vol. 104, no. 2, 2002.**

219. Based on generally accepted economic principles, had investors been apprised at the start of or during the Class Period that important information was being misrepresented and concealed about dam stability and the Company's related conduct, the market's assessment of dam stability and Company conduct would have been far worse than what analysts and investors were led to believe. With such knowledge that information was being misrepresented or concealed, investors would have priced into the Vale Securities their resultant negative assessments of dam stability, Company conduct, and the adverse ramifications thereof. Because generally accepted economic principles dictate that when

---

[156] "There are many markets in which buyers use some market statistic to judge the quality of prospective purchases. In this case there is incentive for sellers to market poor quality merchandise, since the returns for good quality accrue mainly to the entire group whose statistic is affected rather than to the individual seller. As a result there tends to be a reduction in the average quality of goods and also in the size of the market." ("The Market for 'Lemons': Quality Uncertainty and the Market Mechanism," by George Akerlof, *The Quarterly Journal of Economics*, vol. 84, no. 3, 1970); and "Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," by Karl-Gustaf Lofgren et al., *The Scandinavian Journal of Economics*, vol. 104, no. 2, 2002.

investors are aware that information is being misrepresented or concealed they rationally assume the worst, the valuation effects of learning at the start of or during the Class Period that dam stability and Company conduct were being misrepresented and concealed would have been commensurate with the security price declines that did occur when investors ultimately did learn through corrective disclosure events that dam stability and Company conduct had been misrepresented and concealed.

220. While they would not have had perfect foresight and could not forecast precisely what ultimately did happen in the instant case, investors would have considered the range of potential Company dam conditions and conduct, rationally assuming true conditions to be in line with a worst-case scenario on account of the Company's alleged determination to misrepresent and conceal the true conditions.

221. In the but-for scenario in which investors were apprised at the start of or during the Class Period that the Company was misrepresenting dam stability and its conduct thereto, investors would also have considered the wide range of potential consequences stemming from what they would have rationally assessed true dam conditions and Company conduct to be. Some potential consequences would have been better and some worse than what ultimately did occur. Generally accepted economic and statistical principles direct that the best estimate today of the expectation of the consequences investors would have expected then is consistent with the actual consequences that did occur.

222. In an efficient market, if provided with accurate information, rational investors are not systematically wrong in their forecasts of future events on which they base their valuations of securities. Forecasts on average are consistent with outcomes. While investors could not have known in advance the specifics of the ultimate dam collapse and its precise consequences, the forensic analyst's best estimate now of how investors would have repriced the Vale Securities had the truth been uncovered sooner, are the significant declines in valuation that did occur when the corrective disclosure events did reveal the previously concealed truth. The realization is the best estimate of the midpoint of the range of potential outcomes that investors would have anticipated.

223.   Therefore, based on the fundamental principles of market efficiency and rational expectations, because investors generally do not make systematic errors in forecasting when they are equipped with full truthful information, one can estimate that investors would have centered their forecasts on a valuation that reflected the ultimate outcome.[157]

224.   Based on these principles, I estimate that had disclosures revealed at the start of or during the Class Period that the Company was misrepresenting dam stability and its conduct related thereto, the market would have revalued the Vale Securities to a price that was consistent with the significant declines that were ultimately precipitated by the corrective disclosure events near and at the end of the Class Period. Had there been such disclosure at the start of the Class Period, the $2.72 decline in the price of the Vale ADR that occurred at the end of the Class Period would have occurred at the start of the Class Period. Therefore, the $2.72 per ADR represents the amount of artificial inflation in the Vale ADR price on 27 October 2016.

225.   Exhibit-12 presents the inflation ribbon for the Vale ADR.

### 5.    Per ADR Damages

226.   Based on the foregoing analysis and statutory formulas, Section 10(b) damages range up to $2.72 per ADR, excluding prejudgment interest. A particular investor's per ADR damages depend on when during the Class Period the investor purchased the ADRs and if and when the investor subsequently sold those ADRs. Class members who sold their ADRs prior to the first corrective disclosure suffered no recoverable losses on those ADRs. Class members whose holding period spanned no corrective disclosure similarly suffered no recoverable loss. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages caused by the alleged misrepresentations and omissions.

227.   As an example of how per ADR damages are computed for a particular investor, consider an investor who purchased Vale ADRs on 26 February 2018 for $14.65 per ADR and sold those ADRs at the close of trading on 6 February 2019 for $11.36 per ADR. The artificial inflation on 26 February 2018 was $2.72 per ADR. At the close of trading on 6 February

---

[157] "Rational Expectations and the Theory of Price Movements," by John Muth, *Econometrica*, vol. 29, no. 3, 1961; and "Asset Prices in an Exchange Economy," by Robert Lucas, Jr., *Econometrica*, vol. 46, no. 6, 1978.

2019, artificial inflation was $0.00 per ADR as all artificial inflation had been dissipated by the corrective disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $2.72 per ADR. The investor's investment loss is $3.29 per ADR, equal to the $14.65 per ADR purchase price minus the $11.36 per ADR sale price. The recoverable per ADR damages are the lesser of the $2.72 per ADR economic/inflation loss and the $3.29 per ADR investment loss, which is $2.72 per ADR.

### D.    Vale Notes: Artificial Inflation Ribbon and Damages

228.    As I explained in the Feinstein Report, bonds are senior to common stock and preferred stock in the corporate capital structure. As a result, the prices of bonds will not always react to new company information in the same manner as does the stock.[158] Because of their senior status, bond values are substantially insulated from all but the most extreme news by a valuation cushion provided by the common and preferred stock. As a result, bonds are the least sensitive of all securities to firm-specific news while being the most sensitive to a change in a firm's probability of default.[159] When new information is released that causes a price reaction in the common stock of a company, the appropriate price reaction in the company's bonds may sometimes be in the opposite direction or no reaction at all.

#### 1.    TAP8 Note Artificial Inflation Ribbon and Damages

229.    On 25 January 2019, the amount of artificial inflation that dissipated from the TAP8 Note price due to the corrective disclosure was $4.19 per $100 of par (equal to the residual price decline that day). The amount of artificial inflation that dissipated on 4 February 2019 was $0.81 per $100 of par, the residual price decline that day. The $1.49 per $100 of par residual price decline on 6 February 2019 was the final dissipation of artificial inflation from TAP8 Note.

---

[158] "What Does Nasdaq's High-Yield Bond Market Reveal about Bondholder-Stockholder Conflicts?" by Gordon Alexander et al., *Financial Management*, vol. 29, no. 1, 2000; and "Wealth Distributions or Change in Firm Value: An Analysis of Returns to Bondholders and Stockholders around Dividend Announcements," by George Handjinicolaou and Avner Kalay, *Journal of Financial Economics*, 1984.

[159] "Understanding the Efficiency of the Market for Preferred Stock," by Michael Hartzmark and H. Nejat Seyhun, *Virginia Law and Business Review*, 2014, pp. 9-10.

230.    The TAP8 Note therefore contained $6.49 of artificial inflation per $100 of par value at the start of the Class period. Artificial inflation fell to $2.30 per $100 of par value on 25 January 2019, and $1.49 per $100 of par value on 4 February 2019. Artificial inflation fell to zero with the final corrective disclosure on 6 February 2019.

231.    Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the TAP8 Note range up to $6.49 per Note, excluding prejudgment interest. A particular investor's per Note damages depend on when during the Class Period that investor's Notes were purchased and if and when those Notes were subsequently sold. Class members who sold their Notes prior to the first corrective disclosure suffered no recoverable losses on those Notes. Class members whose holding period spanned no corrective disclosure similarly suffered no recoverable loss. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages caused by the alleged misrepresentations and omissions.

232.    As an example of how per Note damages are computed for a particular investor in the TAP8 Note, consider an investor who purchased a TAP8 Note on 25 January 2018 for $116.30 per $100 of par and sold that Note at the close of trading on 6 February 2019 for $105.29 per $100 of par. The artificial inflation in the TAP8 Note on 25 January 2018 was $6.49 per $100 of par. At the close of trading on 6 February 2019, artificial inflation was $0.00 per Note as all artificial inflation had been dissipated by the corrective disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $6.49 per $100 of par. The investor's investment loss is $11.01 per $100 of par, equal to the $116.30 per $100 of par purchase price minus the $105.29 per $100 of par sale price. The recoverable per TAP8 Note damages are the lesser of the economic/inflation loss and the investment loss, which is $6.49 per $100 of par.

233.    Exhibit-13a presents the inflation ribbon for the TAP8 Note.

2.      TAM5 Note Artificial Inflation Ribbon and Damages

234.    On 25 January 2019, the amount of artificial inflation that dissipated from the TAM5 Note price due to the corrective disclosure was $1.72 per $100 of par (equal to the residual price decline that day). The $0.65 per $100 of par residual price decline on 6 February 2019 was the final dissipation of artificial inflation from TAM5 Note.

235.    The TAM5 Note therefore contained $2.37 of artificial inflation per $100 of par value at the start of the Class period. Artificial inflation fell to $0.65 per $100 of par value on 25 January 2019, and then to zero on 6 February 2019.

236.    Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the TAM5 Note range up to $2.37 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

237.    Exhibit-13b presents the inflation ribbon for the TAM5 Note.

3.      TAE3 Note Artificial Inflation Ribbon and Damages

238.    On 25 January 2019, the amount of artificial inflation that dissipated from the TAE3 Note price due to the corrective disclosure was $5.95 per $100 of par (equal to the residual price decline that day). The event study and related financial analysis identify no other decline in TAE3 Note price attributable to the alleged fraud.

239.    Consequently, the TAE3 Note contained $5.95 of artificial inflation per $100 of par value between the start of the Class period and 25 January 2019. There was no identifiable artificial inflation remaining in the TAE3 Note price after 25 January 2019.

240.    Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the TAE3 Note range up to $5.95 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

241.    Exhibit-13c presents the inflation ribbon for the TAE3 Note.

4.      TAH6 Note Artificial Inflation Ribbon and Damages

242.    On 25 January 2019, the amount of artificial inflation that dissipated from the TAH6 Note price due to the corrective disclosure was $5.67 per $100 of par (equal to the residual price decline that day). The $1.50 per $100 of par residual price decline on 6 February 2019 was the final dissipation of artificial inflation from TAH6 Note.

96

243. The TAH6 Note therefore contained $7.17 of artificial inflation per $100 of par value at the start of the Class period. Artificial inflation fell to $1.50 per $100 of par value on 25 January 2019, and then to zero on 6 February 2019.

244. Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the TAH6 Note range up to $7.17 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

245. Exhibit-13d presents the inflation ribbon for the TAH6 Note.

### 5. TAK9 Note Artificial Inflation Ribbon and Damages

246. On 25 January 2019, the amount of artificial inflation that dissipated from the TAK9 Note price due to the corrective disclosure was $6.68 per $100 of par (equal to the residual price decline that day). The event study and related financial analysis identify no other decline in TAK9 Note price attributable to the alleged fraud.

247. Consequently, the TAK9 Note contained $6.68 of artificial inflation per $100 of par value between the start of the Class period and 25 January 2019. There was no identifiable artificial inflation remaining in the TAK9 Note price after 25 January 2019.

248. Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the TAK9 Note range up to $6.68 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

249. Exhibit-13e presents the inflation ribbon for the TAK9 Note.

### 6. EAA3 Note Artificial Inflation Ribbon and Damages

250. On 25 January 2019, the amount of artificial inflation that dissipated from the EAA3 Note price due to the corrective disclosure was $5.00 per $100 of par (equal to the residual price decline that day). The $1.53 per $100 of par residual price decline on 6 February 2019 was the final dissipation of artificial inflation from EAA3 Note.

251. The EAA3 Note therefore contained $6.53 of artificial inflation per $100 of par value at the start of the Class period. Artificial inflation fell to $1.53 per $100 of par value on 25 January 2019, and then to zero on 6 February 2019.

97

252. Based on the foregoing analysis and statutory formulas, Section 10(b) damages for the EAA3 Note range up to $6.53 per Note, excluding prejudgment interest, depending on the timing of purchase and sale.

253. Exhibit-13f presents the inflation ribbon for the EAA3 Note.

7.    TAN3 Note Artificial Inflation Ribbon and Damages

254. The event study and related financial analysis identify no decline in the TAN3 Note price attributable to the alleged fraud, and therefore identify no artificial inflation during the Class Period or damages sustained by investors in this Note.


## VIII.    LIMITING FACTORS AND OTHER ASSUMPTIONS

255. This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.


Steven P. Feinstein, Ph.D., CFA

## IX.    APPENDIX-1: PROCESSING THE TRACE NOTE DATA

### A.    About the TRACE Data

A-1.    I obtained, via counsel, TRACE data for the Vale Notes in seven files.[160] The data covered the period from 1 January 2016 through 31 December 2019.

A-2.    The TRACE database is a central repository of bond trading information submitted by FINRA members. Members submit trade information for each of their bond trades. Members must submit trade information updates when they become aware of new information or that a previous submission was inaccurate. If a FINRA member trades with an affiliated non-member, the FINRA member must create an audit trail by submitting a trade report to TRACE evidencing the transfer between the parties.

A-3.    Every submission to the TRACE dataset includes a "Status" field and allows for the identification of what type of information is being submitted. The possible Status identifiers are: "Newly Reported Trade," "Correction (cancelled portion)," "Correction (new trade portion)," "Reversal (Historical Trade Cancels)," or "Cancelled."[161]

A-4.    A "Newly Reported Trade" identifies the submission of a new trade by a FINRA member. A "Correction (cancelled portion)" identifies the Newly Reported Trade that requires correction. A "Correction (new trade portion)" is the corrective information pertinent to a Newly Reported Trade that was identified as requiring correction. A "Reversal (Historical Trade Cancels)" identifies a non-recent trade to be cancelled by reversing the original trade. "Cancelled" identifies a Newly Reported Trade to be disregarded.

A-5.    Each reported trade can be uniquely identified with three fields: "System Control ID," "System Control Dt," and "First System Control ID."

---

[160] The files I received were: 91911TAE3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAH6 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAK9 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAM5 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91911TAN3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; 91912EAA3 TRACE-Corp Data Jan012016 through Dec312019.xlsx; and 91911TAP8 TRACE-Corp Data Jan012016 through Dec312019.xlsx.

[161] Trade Data Fields & Definitions for Corporate-Agency Bonds (WIAT-CATD) Dec012016.pdf.

**B.    Processing the TRACE Dataset for Cancels, Corrections, and Reversals**

A-6.    I followed generally accepted procedures for cleaning the TRACE data, which included making adjustments to reflect cancels, corrections, and reversals.[162]

A-7.    In order to correct a Newly Reported Trade, the System Control Dt and First System Control ID fields in a Correction (cancelled portion) submission are used to identify the original Newly Reported Trade by matching the First System Control ID of the Correction (cancelled portion) to the System Control ID of the Newly Reported Trade and matching the System Control Dt's in the Correction (cancelled portion) and the Newly Reported Trade.

A-8.    After the Newly Reported Trade is removed, the Correction (cancelled portion) is removed based on matching the first System Control ID and the System Control Dt of the Correction (cancelled portion) and the Correction (new trade portion).

A-9.    A Reversal (Historical Trade Cancels) submission identifies a non-recent Newly Reported Trade with matching First System Control ID and System Control Dt fields to be deleted.

A-10.    A Cancelled submission identifies a recent Newly Reported Trade with matching First System Control ID and System Control Dt fields to be deleted.

**C.    Processing the TRACE Dataset for Trades with Affiliated Non-Members**

A-11.    All submissions identified as "Audit Trail Only" or "Position Transfer" in the "Special Processing Cd" field are discarded.

**D.    Processing the TRACE Dataset for Duplicate Trades Submissions**

A-12.    Trades with FINRA members as both the buyer and the seller will result in two submissions of Newly Reported Trades. A search for duplicates was performed for every Newly Reported Trade and Correction (new trade portion) submission remaining after processing for Cancels, Corrections, Reversals and Trades with Affiliated Non-Members. Care was taken not to double count duplicate trades.

---

[162] "How to Clean Academic TRACE Data," by Jens Dick-Nielsen and Thomas Poulsen, 18 September 2019, p. 2, available at https://ssrn.com/abstract=3456082.

A-13. The universe of potential duplicate submissions to a particular original trade includes all Newly Reported Trade and Correction (new trade portion) submissions executed on the same day as the original trade (identified by the "Execution Date", "Execution Time", "Report Side", "Counterparty Side", "Price", and "Volume" fields) such that the same two numbers appear in the Report Side or the Counterparty Side.

A-14. Potentially duplicate submissions were evaluated and eliminated as potential duplicates if the values for "Entered Price", "Entered Volume", "Buyer Mp Id", and "Seller Mp Id" in the potentially duplicate submissions did not match the corresponding values of the original trade or if according to the "Buy/Sell" field the trade side was not the opposite side of the original trade (e.g., if the original submission was submitted by the buy side of the transaction, all potential duplicates that were also submitted by the buy side of the transaction were rejected leaving only potential duplicates submitted by the selling side of the transaction as remaining potential duplicates). If one or more potential duplicate submissions remain in the search universe, the potential duplicate trade submission with matched counterparty, volume and price is determined to be a duplicate submission and discarded from the calculation of daily volume and weighted average prices.

A-15. If one or more potential duplicate submissions remain in the search, the potential duplicate trade submission with the earliest execution time is determined to be the duplicate submission.

A-16. Identified duplicate submissions are discarded from the calculations of daily volume and weighted average prices.

## E.    Computing Daily Prices

A-17. I computed VWAPs for each particular trading day using only the trades executed during U.S. stock market hours, 9:30 AM to 4:00 PM Eastern Time. This treatment enables linking trading activity and prices to news event times, consistent with the linkages evident in the stock trading.

101

**Exhibit-1**
**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Rebuttal Report**

## CASE DOCUMENTS

- Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated 4 June 2021.
- Report & Recommendation, dated 11 January 2022.
- Memorandum and Order, dated 31 March 2022.

## NEWS ARTICLES AND PRESS RELEASES

- "BHP Shares Fall after Brazil Dam Bursts--3rd Update," by Rhiannon Hoyle, *Dow Jones Institutional News*, 6 November 2015.
- "BHP Shares Plunge as Brazil Files Suit Against Dam Owners," by Rhiannon Hoyle and Alex MacDonald, *Dow Jones Institutional News*, 30 November 2015.
- "Bolsonaro: On the Mining Issue, Something Is Being Done Wrong," by Simone Iglesias, *Bloomberg*, 25 January 2019 3:12 PM.
- "#Breaking Brazil Dam Collapses Causing 'Several Deaths': Emergency Service," AFP News Agency, *Twitter*, 25 January 2019 11:14 AM.
- "*Court Orders Vale to Halt Largest Mine in Minas Gerais: Globo," *Bloomberg*, 4 February 2019 9:03 AM.
- "Dam Holding Back Mine Waste Collapses in Brazil; 200 Missing," by Anna Kaiser and Marcello Silva De Sousa, *Associated Press*, 25 January 2019 5:30 PM.
- "*Dam License for Vale's Brucutu Mine Canceled by Minas Gerais," *Bloomberg*, 6 February 2019 1:06 PM.
- "Iron Miner Vale Suffers Dam Rupture, Echoing 2015 Brazil Tragedy," by R.T. Watson, *Bloomberg*, 25 January 2019 1:09 PM.
- "Mayor Blames Vale 'Incompetence' for Dam Accident, Seeks Damages," by Sabrina Valle, *Bloomberg*, 27 January 2019 1:42 PM.
- "Mining Company Samarco's Dam Bursts in Brazil," by Paul Kiernan, Rogerio Jelmayer, and Reed Johnson, *Dow Jones Top Energy Stories*, 5 November 2015.
- "Today the State of the Dams is 'Impeccable', Says the President of Vale," by Renato Rostás, *Valor Econômico*, 10 April 2018.
- "*Vale CEO: There Were Certainly Deaths from Dam Break," *Bloomberg*, 25 January 2019 4:37 PM.
- "*Vale CEO: We're Talking about a Large Number of Victims," *Bloomberg*, 25 January 2019 4:39 PM.
- "Vale Decides to Anticipate Suspension of Vargem Grande Complex," by Taís Fuoco, *Bloomberg*, 4 February 2019 5:09 PM.

**Exhibit-1**
**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Rebuttal Report**

- "Vale Discloses 2016 Annual Sustainability Report," 28 April 2017, accessed through https://web.archive.org/web/20180220035530/http://www.vale.com/brasil/en/aboutvale/news/pages/vale-divulga-relatorio-anual-de-sustentabilidade-2016.aspx.
- "Vale Iron–Mine Halt Poses Risk of 'Incremental Supply Shock' (2)," by R.T. Watson, *Bloomberg*, 4 February 2019 6:03 PM.
- "*Vale-Operated Dam in Belo Horizonte Region Breaks: Globo," *Bloomberg*, 25 January 2019 10:45 AM.
- "Vale Operating Licenses for Jangada mine, Laranjeiras Dam Canceled," by Tatiana Bautzer and Jeffrey Benkoe, *Reuters*, 6 February 2019 2:48 PM.
- "Vale Says Court Orders Halt to Largest Mine in Minas Gerais," by R.T. Watson, *Bloomberg*, 4 February 2019 12:54 PM.
- "Vale Says to Invest in Technology to Reduce Need for Tailings Dams," by Ana Mano and Jeffrey Benkoe, *Reuters*, 6 February 2019 7:18 AM.
- "Vale to Raise Security Measures above Intl Levels, CEO Says," by Sabrina Valle, *Bloomberg*, 27 January 2019 6:52 PM.
- "With Hundreds Missing Following Burst Brazil Dam, a Frantic Search for Survivors," by Manuela Andreoni and Shasta Darlington, *The New York Times*, 26 January 2019 3:20 PM.


**ANALYST REPORT**

- Macquarie, 28 January 2019.


**ACADEMIC AND PROFESSIONAL LITERATURE**

- Akerlof, George, "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism," *The Quarterly Journal of Economics*, vol. 84, no. 3, 1970.
- Alexander, Jack, *Performance Dashboards and Analysis for Value Creation*, John Wiley & Sons, Inc., 2007.
- Allen, Mark, Robert Hall, and Victoria Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Black, Barbara, "Reputational Damages in Securities Litigation," *The Journal of Corporation Law*, vol. 35, no. 1, 2009.
- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 10th Edition, by McGraw-Hill Irwin, 2014.
- Brealey, Richard, Stewart Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th Edition, McGraw-Hill Irwin, 2011.
- Chance, Don, and Michael Edelson, "Introduction to Risk Management," *Portfolio Management CFA Program Curriculum*, vol. 6, CFA Institute, 2020.

**Exhibit-1**
**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Rebuttal Report**

- Easton, Peter, Mary McAnally, Greg Sommers, and Xiao-Jun Zhang, *Financial Statement Analysis & Valuation*, 4th Edition, Cambridge Business Publishers, 2015.
- Ferris, Kenneth and Barbara Pecherot Petitt, *Valuation: Avoiding the Winner's Curse*, Prentice Hall, 2002.
- Karpoff, Jonathan, D. Scott Lee, and Gerald Martin, "The Cost to Firms of Cooking the Books," *Journal of Financial and Quantitative Analysis*, vol. 43, no. 3, 2008.
- Kidd, Deborah Young Lee, and Johan Vanderlugt, "Corporate Governance and Other ESG Considerations in Investment Analysis," *Corporate Finance CFA Program Curriculum*, vol. 3, CFA Institute, 2020.
- Kidd, Deborah, Young Lee, and Johan Vanderlugt, "Evaluating Corporate Governance Policies and Procedures," *Corporate Finance CFA Program Curriculum*, vol. 3, CFA Institute, 2020.
- Kothari, S.P., Xu Li, and James Short, "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," *The Accounting Review*, vol. 84, no. 5, 2009.
- Lofgren, Karl-Gustaf, Torsten Persson, and Jorgen Weibull, "Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," *The Scandinavian Journal of Economics*, vol. 104, no. 2, 2002.
- Lucas, Jr., Robert, "Asset Prices in an Exchange Economy," *Econometrica*, vol. 46, no. 6, 1978.
- Milgrom, Paul, "Rational Expectations, Information Acquisition, and Competitive Bidding," *Econometrica*, vol. 49, no. 4, 1981.
- Muth, John, "Rational Expectations and the Theory of Price Movements," vol. 29, no. 3, *Econometrica*, 1961.
- Page, Jean-Paul, *Corporate Governance and Value Creation*, CFA Institute, 2005.
- Palmrose, Zoe-Vonna, Vernon Richardson, and Susan Scholz, "Determinants of Market Reactions to Restatement Announcements," *Journal of Accounting & Economics*, vol. 37, 2004.
- Ross, Stephen, Randolph Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 8th Edition, McGraw-Hill Irwin, 2008.
- Safieddine, Assem, Young Lee, Donna Anderson, and Deborah Kidd, "Corporate Governance and ESG: An Introduction," *Corporate Finance CFA Program Curriculum*, vol. 4, CFA Institute, 2019.

**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)

**Exhibit-1**
**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Rebuttal Report**

- EDGAR
- Factiva
- Federal Reserve Economic Data
- FINRA TRACE
- Refinitiv Eikon
- S&P

**OTHER**

- "2016 Sustainability Report," Vale, 28 April 2017.
- "2017 Sustainability Report," 19 April 2018, accessed through https://web.archive.org /web/20180419215109/http://www.vale.com/en/Pages/default.aspx.
- "Candidate Body of Knowledge (CBOK)," CFA Institute, accessible at https://www. cfainstitute.org/en/programs/cfa/curriculum/cbok.
- "Improvements to Auction Theory and Inventions of New Auction Formats," The Committee for the Prize in Economic Sciences in Memory of Alfred Nobel, 12 October 2020.
- "Vale's ESG Webinar," Vale, 11 December 2018.
- Any other documents cited in the report.

**Exhibit-2**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Subsequent to the Feinstein Rebuttal Report**

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
May 2021
Deposition Testimony
July 2021

In Re Endo International PLC Securities Litigation
Case No. 2:17-cv-05114-MMB
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
July 2021

In Re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

In Re Perrigo Company PLC Securities Litigation
Master File No. 2:18-cv-02074
United States District Court
District of New Jersey
Deposition Testimony
October 2021

In Re Wells Fargo & Company Securities Litigation
Master File No. 3:18-cv-03948-JD
United States District Court
Northern District of California
Deposition Testimony
November 2021

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
January 2022

**Exhibit-2**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Subsequent to the Feinstein Rebuttal Report**

In Re Super Micro Computer, Inc. Securities Litigation
Master File No. 4:18-cv-00838-JST
United States District Court
Northern District of California
Deposition Testimony
January 2022

In Re Cardinal Health, Inc. Securities Litigation
Master File No. 2:19-cv-03347
United States District Court
Southern District of Ohio
Eastern Division
Deposition Testimony
May 2022

In Re Gannett Co., Inc. ERISA Litigation
Civil Action No. 1:18-cv-00325-AJT-JFA
United States District Court
Eastern District of Virginia
Alexandria Division
Deposition Testimony
May 2022

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021
Deposition Testimony
July 2022

In Re Sealed Air Co., Securities Litigation
Case No. 1:19-cv-10161-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2022

**Exhibit-2**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Subsequent to the Feinstein Rebuttal Report**

In Re Aegean Marine Petroleum Network, Inc. Securities Litigation
Case No. 18 Civ. 4993 (NRB)
United States District Court
Southern District of New York
Deposition Testimony
November 2022

In Re Synchrony Financial Securities Litigation
Case No. 3:18-cv-01818-VAB
United States District Court
District of Connecticut
Deposition Testimony
December 2022

In Re Ripple Labs Inc. Litigation
Case No. 4:18-cv-06753-PJH
United States District Court
Northern District of California
Deposition Testimony
January 2023

In Re Kirkland Lake Gold LTD. Securities Litigation
Case No. 20-cv-04953
United States District Court
Southern District of New York
Deposition Testimony
March 2023

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)


## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


**BUSINESS EXPERIENCE**

| | |
|---|---|
| 2008 - present | CROWNINSHIELD FINANCIAL RESEARCH, INC.<br>Brookline, MA<br>President and Senior Expert |
| 1996 - 2008 | THE MICHEL-SHAKED GROUP<br>Boston, MA<br>Senior Expert (2001 - 2008)<br>Affiliated Expert (1996 - 2001) |
| 1987 - 1990 | FEDERAL RESERVE BANK OF ATLANTA<br>Economist |


**PROFESSIONAL DESIGNATIONS**

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.


**RESEARCH AWARDS**

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.


**PAPERS AND PUBLICATIONS**

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel Villanueva) *Journal of Forensic Economics*, vol. 30, no. 1, 2022.

"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

110

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.
"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*.  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.


**PRESENTATIONS**

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahuja, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

114

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing


**COURSES TAUGHT**

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate) Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)

115

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)


## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.


## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

116

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

117

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/26/2016 | $6.91 | - | | | | |
| 10/27/2016 | $6.95 | - | $6.95 | $6.96 | 42,385,231 | 0.58% |
| 10/28/2016 | $6.90 | - | $6.89 | $6.90 | 29,352,431 | -0.72% |
| 10/31/2016 | $6.92 | - | $6.91 | $6.92 | 23,959,238 | 0.29% |
| 11/1/2016 | $6.90 | - | $6.90 | $6.91 | 34,997,276 | -0.29% |
| 11/2/2016 | $6.72 | - | $6.72 | $6.73 | 27,616,830 | -2.64% |
| 11/3/2016 | $6.76 | - | $6.75 | $6.76 | 29,597,706 | 0.59% |
| 11/4/2016 | $6.67 | - | $6.66 | $6.67 | 24,528,831 | -1.34% |
| 11/7/2016 | $7.17 | - | $7.17 | $7.18 | 32,528,993 | 7.23% |
| 11/8/2016 | $7.54 | - | $7.53 | $7.54 | 44,753,157 | 5.03% |
| 11/9/2016 | $7.76 | - | $7.76 | $7.77 | 65,108,768 | 2.88% |
| 11/10/2016 | $8.00 | - | $8.00 | $8.01 | 51,736,780 | 3.05% |
| 11/11/2016 | $7.69 | - | $7.69 | $7.70 | 59,338,129 | -3.95% |
| 11/14/2016 | $7.69 | - | $7.69 | $7.70 | 43,153,487 | 0.00% |
| 11/15/2016 | $7.32 | - | $7.31 | $7.32 | 28,917,891 | -4.93% |
| 11/16/2016 | $7.31 | - | $7.30 | $7.31 | 21,640,584 | -0.14% |
| 11/17/2016 | $7.31 | - | $7.31 | $7.32 | 26,517,230 | 0.00% |
| 11/18/2016 | $7.24 | - | $7.24 | $7.25 | 28,474,781 | -0.96% |
| 11/21/2016 | $7.66 | - | $7.65 | $7.66 | 36,040,669 | 5.64% |
| 11/22/2016 | $8.29 | - | $8.29 | $8.30 | 53,670,833 | 7.90% |
| 11/23/2016 | $8.39 | - | $8.39 | $8.40 | 41,017,328 | 1.20% |
| 11/25/2016 | $8.42 | - | $8.42 | $8.43 | 24,372,907 | 0.36% |
| 11/28/2016 | $9.10 | - | $9.10 | $9.11 | 61,928,491 | 7.77% |
| 11/29/2016 | $8.55 | - | $8.55 | $8.56 | 51,248,340 | -6.23% |
| 11/30/2016 | $8.49 | - | $8.48 | $8.49 | 43,212,693 | -0.70% |
| 12/1/2016 | $8.21 | - | $8.21 | $8.22 | 54,459,602 | -3.35% |
| 12/2/2016 | $8.44 | $0.05 | $8.44 | $8.45 | 39,886,560 | 3.34% |
| 12/5/2016 | $8.66 | - | $8.66 | $8.67 | 36,695,372 | 2.57% |
| 12/6/2016 | $8.81 | - | $8.80 | $8.81 | 34,440,582 | 1.72% |
| 12/7/2016 | $9.16 | - | $9.16 | $9.17 | 43,931,306 | 3.90% |
| 12/8/2016 | $8.94 | - | $8.93 | $8.94 | 37,289,103 | -2.43% |
| 12/9/2016 | $8.78 | - | $8.77 | $8.78 | 26,109,176 | -1.81% |
| 12/12/2016 | $8.80 | - | $8.80 | $8.81 | 31,607,039 | 0.23% |
| 12/13/2016 | $8.49 | - | $8.48 | $8.49 | 30,186,611 | -3.59% |
| 12/14/2016 | $8.28 | - | $8.27 | $8.28 | 38,042,926 | -2.50% |
| 12/15/2016 | $8.45 | - | $8.44 | $8.45 | 35,684,774 | 2.03% |
| 12/16/2016 | $8.17 | - | $8.16 | $8.16 | 30,734,098 | -3.37% |
| 12/19/2016 | $7.72 | - | $7.72 | $7.73 | 37,517,358 | -5.67% |
| 12/20/2016 | $7.90 | - | $7.90 | $7.91 | 19,822,787 | 2.30% |
| 12/21/2016 | $7.91 | - | $7.90 | $7.91 | 14,345,432 | 0.13% |
| 12/22/2016 | $7.79 | - | $7.78 | $7.79 | 20,751,275 | -1.53% |
| 12/23/2016 | $7.71 | - | $7.70 | $7.71 | 20,262,569 | -1.03% |
| 12/27/2016 | $7.90 | - | $7.90 | $7.91 | 15,143,706 | 2.43% |

118

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 12/28/2016 | $8.02 | - | $8.02 | $8.03 | 22,012,778 | 1.51% |
| 12/29/2016 | $7.91 | - | $7.90 | $7.91 | 25,083,471 | -1.38% |
| 12/30/2016 | $7.62 | - | $7.62 | $7.63 | 14,623,322 | -3.74% |
| 1/3/2017 | $8.05 | - | $8.05 | $8.06 | 27,690,173 | 5.49% |
| 1/4/2017 | $8.05 | - | $8.05 | $8.06 | 15,069,546 | 0.00% |
| 1/5/2017 | $8.30 | - | $8.29 | $8.30 | 24,451,509 | 3.06% |
| 1/6/2017 | $7.99 | - | $7.99 | $8.00 | 17,527,868 | -3.81% |
| 1/9/2017 | $8.22 | - | $8.22 | $8.23 | 20,748,840 | 2.84% |
| 1/10/2017 | $8.96 | - | $8.96 | $8.97 | 30,706,171 | 8.62% |
| 1/11/2017 | $9.31 | - | $9.30 | $9.31 | 46,744,134 | 3.83% |
| 1/12/2017 | $9.44 | - | $9.44 | $9.45 | 33,624,861 | 1.39% |
| 1/13/2017 | $9.58 | - | $9.57 | $9.58 | 31,394,330 | 1.47% |
| 1/17/2017 | $9.51 | - | $9.50 | $9.51 | 30,060,010 | -0.73% |
| 1/18/2017 | $9.94 | - | $9.93 | $9.94 | 42,953,796 | 4.42% |
| 1/19/2017 | $9.80 | - | $9.80 | $9.81 | 22,852,085 | -1.42% |
| 1/20/2017 | $10.03 | - | $10.02 | $10.03 | 27,984,559 | 2.32% |
| 1/23/2017 | $10.51 | - | $10.51 | $10.52 | 31,544,549 | 4.67% |
| 1/24/2017 | $10.76 | - | $10.76 | $10.77 | 41,303,837 | 2.35% |
| 1/25/2017 | $10.78 | - | $10.77 | $10.78 | 31,829,013 | 0.19% |
| 1/26/2017 | $10.62 | - | $10.62 | $10.63 | 21,797,083 | -1.50% |
| 1/27/2017 | $10.67 | - | $10.67 | $10.68 | 16,642,258 | 0.47% |
| 1/30/2017 | $10.31 | - | $10.30 | $10.31 | 21,128,215 | -3.43% |
| 1/31/2017 | $10.18 | - | $10.17 | $10.18 | 27,452,188 | -1.27% |
| 2/1/2017 | $10.48 | - | $10.47 | $10.48 | 26,422,986 | 2.90% |
| 2/2/2017 | $10.42 | - | $10.42 | $10.43 | 17,498,633 | -0.57% |
| 2/3/2017 | $9.73 | - | $9.72 | $9.73 | 30,767,604 | -6.85% |
| 2/6/2017 | $9.56 | - | $9.54 | $9.55 | 32,247,856 | -1.76% |
| 2/7/2017 | $9.63 | - | $9.62 | $9.63 | 22,221,603 | 0.73% |
| 2/8/2017 | $9.77 | - | $9.77 | $9.78 | 22,291,145 | 1.44% |
| 2/9/2017 | $9.96 | - | $9.97 | $9.98 | 24,242,164 | 1.93% |
| 2/10/2017 | $10.46 | - | $10.46 | $10.47 | 29,084,618 | 4.90% |
| 2/13/2017 | $11.34 | - | $11.34 | $11.35 | 64,503,021 | 8.08% |
| 2/14/2017 | $11.16 | - | $11.16 | $11.17 | 27,173,299 | -1.60% |
| 2/15/2017 | $11.11 | - | $11.10 | $11.11 | 36,824,790 | -0.45% |
| 2/16/2017 | $10.86 | - | $10.86 | $10.87 | 31,753,441 | -2.28% |
| 2/17/2017 | $10.97 | - | $10.97 | $10.98 | 25,051,593 | 1.01% |
| 2/21/2017 | $11.52 | - | $11.51 | $11.52 | 33,278,527 | 4.89% |
| 2/22/2017 | $11.24 | - | $11.25 | $11.26 | 31,161,300 | -2.46% |
| 2/23/2017 | $10.75 | - | $10.75 | $10.76 | 43,444,893 | -4.46% |
| 2/24/2017 | $10.52 | - | $10.52 | $10.53 | 39,833,523 | -2.16% |
| 2/27/2017 | $10.61 | - | $10.61 | $10.62 | 20,466,878 | 0.85% |
| 2/28/2017 | $10.35 | - | $10.34 | $10.35 | 23,252,208 | -2.48% |
| 3/1/2017 | $10.69 | - | $10.69 | $10.70 | 30,886,711 | 3.23% |

119

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/2/2017 | $9.96 | - | $9.94 | $9.95 | 33,160,534 | -7.07% |
| 3/3/2017 | $10.18 | - | $10.17 | $10.18 | 22,948,327 | 2.18% |
| 3/6/2017 | $9.94 | - | $9.94 | $9.95 | 21,950,558 | -2.39% |
| 3/7/2017 | $9.93 | - | $9.92 | $9.93 | 18,996,952 | -0.10% |
| 3/8/2017 | $9.46 | - | $9.46 | $9.47 | 31,095,951 | -4.85% |
| 3/9/2017 | $9.46 | - | $9.45 | $9.46 | 32,011,481 | 0.00% |
| 3/10/2017 | $9.47 | - | $9.47 | $9.48 | 24,848,391 | 0.11% |
| 3/13/2017 | $9.84 | - | $9.83 | $9.84 | 28,516,179 | 3.83% |
| 3/14/2017 | $9.86 | - | $9.86 | $9.87 | 22,095,024 | 0.20% |
| 3/15/2017 | $10.68 | - | $10.68 | $10.69 | 47,617,679 | 7.99% |
| 3/16/2017 | $10.43 | - | $10.42 | $10.43 | 24,311,855 | -2.37% |
| 3/17/2017 | $10.13 | - | $10.13 | $10.14 | 23,405,755 | -2.92% |
| 3/20/2017 | $10.29 | - | $10.28 | $10.29 | 17,062,319 | 1.57% |
| 3/21/2017 | $9.44 | - | $9.42 | $9.43 | 39,826,844 | -8.62% |
| 3/22/2017 | $9.53 | - | $9.52 | $9.53 | 31,222,265 | 0.95% |
| 3/23/2017 | $9.32 | - | $9.32 | $9.33 | 31,399,315 | -2.23% |
| 3/24/2017 | $9.30 | - | $9.29 | $9.30 | 26,480,776 | -0.21% |
| 3/27/2017 | $9.34 | - | $9.33 | $9.34 | 34,988,164 | 0.43% |
| 3/28/2017 | $9.47 | - | $9.47 | $9.48 | 28,022,745 | 1.38% |
| 3/29/2017 | $9.62 | - | $9.61 | $9.62 | 22,099,107 | 1.57% |
| 3/30/2017 | $9.54 | - | $9.54 | $9.55 | 24,202,717 | -0.84% |
| 3/31/2017 | $9.50 | - | $9.50 | $9.51 | 26,562,464 | -0.42% |
| 4/3/2017 | $9.49 | - | $9.49 | $9.50 | 22,115,265 | -0.11% |
| 4/4/2017 | $9.86 | - | $9.86 | $9.87 | 23,915,078 | 3.82% |
| 4/5/2017 | $9.43 | - | $9.43 | $9.44 | 34,057,832 | -4.46% |
| 4/6/2017 | $9.16 | - | $9.16 | $9.17 | 31,218,788 | -2.90% |
| 4/7/2017 | $9.23 | - | $9.22 | $9.23 | 31,729,044 | 0.76% |
| 4/10/2017 | $9.24 | - | $9.23 | $9.24 | 21,461,682 | 0.11% |
| 4/11/2017 | $9.15 | - | $9.14 | $9.15 | 31,272,996 | -0.98% |
| 4/12/2017 | $8.74 | - | $8.73 | $8.74 | 35,434,872 | -4.58% |
| 4/13/2017 | $8.72 | - | $8.71 | $8.72 | 24,141,221 | -0.23% |
| 4/17/2017 | $8.80 | - | $8.80 | $8.81 | 26,949,194 | 0.91% |
| 4/18/2017 | $8.57 | - | $8.56 | $8.57 | 34,558,621 | -2.65% |
| 4/19/2017 | $8.51 | - | $8.51 | $8.52 | 26,897,909 | -0.70% |
| 4/20/2017 | $8.82 | - | $8.82 | $8.83 | 33,565,141 | 3.58% |
| 4/21/2017 | $8.87 | - | $8.86 | $8.87 | 29,323,059 | 0.57% |
| 4/24/2017 | $8.75 | $0.28 | $8.75 | $8.76 | 24,146,391 | 1.82% |
| 4/25/2017 | $8.95 | - | $8.95 | $8.96 | 29,569,715 | 2.26% |
| 4/26/2017 | $8.73 | - | $8.72 | $8.73 | 33,609,174 | -2.49% |
| 4/27/2017 | $8.42 | - | $8.42 | $8.43 | 37,801,945 | -3.62% |
| 4/28/2017 | $8.58 | - | $8.57 | $8.58 | 17,171,245 | 1.88% |
| 5/1/2017 | $8.68 | - | $8.68 | $8.69 | 16,427,397 | 1.16% |
| 5/2/2017 | $8.82 | - | $8.82 | $8.83 | 27,232,562 | 1.60% |

120

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/3/2017 | $8.36 | - | $8.35 | $8.36 | 35,280,828 | -5.36% |
| 5/4/2017 | $7.95 | - | $7.94 | $7.95 | 49,988,470 | -5.03% |
| 5/5/2017 | $8.17 | - | $8.16 | $8.17 | 37,541,607 | 2.73% |
| 5/8/2017 | $8.13 | - | $8.12 | $8.13 | 27,310,228 | -0.49% |
| 5/9/2017 | $8.26 | - | $8.26 | $8.27 | 37,800,531 | 1.59% |
| 5/10/2017 | $8.36 | - | $8.35 | $8.36 | 27,077,066 | 1.20% |
| 5/11/2017 | $8.33 | - | $8.32 | $8.33 | 26,413,573 | -0.36% |
| 5/12/2017 | $8.26 | - | $8.25 | $8.26 | 20,052,399 | -0.84% |
| 5/15/2017 | $8.51 | - | $8.51 | $8.52 | 24,107,986 | 2.98% |
| 5/16/2017 | $8.77 | - | $8.77 | $8.78 | 27,499,182 | 3.01% |
| 5/17/2017 | $8.54 | - | $8.53 | $8.54 | 22,732,578 | -2.66% |
| 5/18/2017 | $8.00 | - | $7.99 | $8.00 | 85,122,300 | -6.53% |
| 5/19/2017 | $8.42 | - | $8.41 | $8.42 | 25,211,976 | 5.12% |
| 5/22/2017 | $8.49 | - | $8.49 | $8.50 | 28,057,017 | 0.83% |
| 5/23/2017 | $8.63 | - | $8.63 | $8.64 | 25,211,097 | 1.64% |
| 5/24/2017 | $8.46 | - | $8.45 | $8.46 | 26,629,724 | -1.99% |
| 5/25/2017 | $8.47 | - | $8.46 | $8.47 | 24,887,777 | 0.12% |
| 5/26/2017 | $8.53 | - | $8.52 | $8.53 | 16,257,797 | 0.71% |
| 5/30/2017 | $8.76 | - | $8.76 | $8.77 | 25,185,110 | 2.66% |
| 5/31/2017 | $8.37 | - | $8.37 | $8.38 | 38,149,427 | -4.55% |
| 6/1/2017 | $8.19 | - | $8.19 | $8.20 | 22,154,151 | -2.17% |
| 6/2/2017 | $8.21 | - | $8.21 | $8.22 | 22,730,855 | 0.24% |
| 6/5/2017 | $8.09 | - | $8.08 | $8.09 | 21,499,017 | -1.47% |
| 6/6/2017 | $8.14 | - | $8.14 | $8.15 | 18,811,904 | 0.62% |
| 6/7/2017 | $8.10 | - | $8.09 | $8.10 | 16,555,943 | -0.49% |
| 6/8/2017 | $8.27 | - | $8.27 | $8.28 | 29,191,273 | 2.08% |
| 6/9/2017 | $8.31 | - | $8.31 | $8.32 | 26,984,278 | 0.48% |
| 6/12/2017 | $8.13 | - | $8.13 | $8.14 | 28,141,211 | -2.19% |
| 6/13/2017 | $8.00 | - | $8.00 | $8.01 | 27,976,107 | -1.61% |
| 6/14/2017 | $7.95 | - | $7.95 | $7.96 | 25,768,959 | -0.63% |
| 6/15/2017 | $7.84 | - | $7.84 | $7.85 | 29,113,734 | -1.39% |
| 6/16/2017 | $7.88 | - | $7.88 | $7.89 | 24,826,166 | 0.51% |
| 6/19/2017 | $8.03 | - | $8.03 | $8.04 | 25,775,905 | 1.89% |
| 6/20/2017 | $7.77 | - | $7.76 | $7.77 | 26,112,114 | -3.29% |
| 6/21/2017 | $7.95 | - | $7.95 | $7.96 | 25,073,992 | 2.29% |
| 6/22/2017 | $8.10 | - | $8.10 | $8.11 | 39,189,297 | 1.87% |
| 6/23/2017 | $8.17 | - | $8.17 | $8.18 | 28,376,583 | 0.86% |
| 6/26/2017 | $8.34 | - | $8.33 | $8.34 | 20,459,796 | 2.06% |
| 6/27/2017 | $8.42 | - | $8.41 | $8.42 | 37,975,337 | 0.95% |
| 6/28/2017 | $8.72 | - | $8.72 | $8.73 | 27,564,349 | 3.50% |
| 6/29/2017 | $8.74 | - | $8.73 | $8.74 | 22,201,547 | 0.23% |
| 6/30/2017 | $8.75 | - | $8.74 | $8.75 | 17,682,221 | 0.11% |
| 7/3/2017 | $8.92 | - | $8.92 | $8.93 | 12,587,360 | 1.92% |

121

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/5/2017 | $8.74 | - | $8.74 | $8.75 | 31,054,823 | -2.04% |
| 7/6/2017 | $8.76 | - | $8.75 | $8.76 | 22,549,357 | 0.23% |
| 7/7/2017 | $8.77 | - | $8.76 | $8.77 | 23,310,356 | 0.11% |
| 7/10/2017 | $9.09 | - | $9.10 | $9.11 | 25,125,065 | 3.58% |
| 7/11/2017 | $9.21 | - | $9.20 | $9.21 | 20,199,615 | 1.31% |
| 7/12/2017 | $9.31 | - | $9.30 | $9.31 | 24,644,802 | 1.08% |
| 7/13/2017 | $9.07 | - | $9.06 | $9.07 | 50,708,426 | -2.61% |
| 7/14/2017 | $9.25 | - | $9.24 | $9.25 | 23,995,334 | 1.97% |
| 7/17/2017 | $9.30 | - | $9.29 | $9.30 | 32,473,804 | 0.54% |
| 7/18/2017 | $9.42 | - | $9.41 | $9.42 | 21,226,771 | 1.28% |
| 7/19/2017 | $9.42 | - | $9.42 | $9.43 | 16,723,837 | 0.00% |
| 7/20/2017 | $9.13 | - | $9.13 | $9.14 | 28,557,802 | -3.13% |
| 7/21/2017 | $9.02 | - | $9.00 | $9.01 | 28,732,994 | -1.21% |
| 7/24/2017 | $9.19 | - | $9.18 | $9.19 | 20,941,040 | 1.87% |
| 7/25/2017 | $9.57 | - | $9.55 | $9.56 | 55,246,649 | 4.05% |
| 7/26/2017 | $9.39 | - | $9.39 | $9.40 | 41,177,441 | -1.90% |
| 7/27/2017 | $9.41 | - | $9.40 | $9.41 | 24,826,115 | 0.21% |
| 7/28/2017 | $9.67 | - | $9.68 | $9.69 | 25,810,878 | 2.73% |
| 7/31/2017 | $10.03 | - | $10.04 | $10.05 | 37,636,633 | 3.66% |
| 8/1/2017 | $9.89 | - | $9.88 | $9.89 | 21,132,095 | -1.41% |
| 8/2/2017 | $9.90 | - | $9.90 | $9.91 | 24,107,650 | 0.10% |
| 8/3/2017 | $9.82 | - | $9.81 | $9.82 | 13,061,744 | -0.81% |
| 8/4/2017 | $9.97 | - | $9.95 | $9.96 | 21,540,067 | 1.52% |
| 8/7/2017 | $10.35 | - | $10.35 | $10.36 | 24,582,367 | 3.74% |
| 8/8/2017 | $10.20 | - | $10.18 | $10.19 | 44,411,536 | -1.46% |
| 8/9/2017 | $10.04 | - | $10.03 | $10.04 | 28,459,231 | -1.58% |
| 8/10/2017 | $9.85 | - | $9.85 | $9.86 | 29,824,349 | -1.91% |
| 8/11/2017 | $9.69 | - | $9.67 | $9.68 | 25,154,744 | -1.64% |
| 8/14/2017 | $9.73 | - | $9.73 | $9.74 | 33,752,010 | 0.41% |
| 8/15/2017 | $9.78 | - | $9.78 | $9.79 | 21,438,681 | 0.51% |
| 8/16/2017 | $10.10 | - | $10.08 | $10.09 | 45,295,548 | 3.22% |
| 8/17/2017 | $9.72 | - | $9.71 | $9.72 | 31,374,479 | -3.84% |
| 8/18/2017 | $10.03 | - | $10.02 | $10.03 | 30,590,506 | 3.14% |
| 8/21/2017 | $9.99 | - | $9.99 | $10.00 | 33,831,174 | -0.40% |
| 8/22/2017 | $10.00 | - | $9.99 | $10.00 | 22,043,002 | 0.10% |
| 8/23/2017 | $10.33 | - | $10.32 | $10.33 | 27,962,832 | 3.25% |
| 8/24/2017 | $10.72 | - | $10.71 | $10.72 | 35,633,709 | 3.71% |
| 8/25/2017 | $10.68 | - | $10.68 | $10.69 | 32,262,215 | -0.37% |
| 8/28/2017 | $10.82 | - | $10.80 | $10.81 | 24,179,322 | 1.30% |
| 8/29/2017 | $10.85 | - | $10.85 | $10.86 | 22,907,489 | 0.28% |
| 8/30/2017 | $10.81 | - | $10.81 | $10.82 | 19,479,138 | -0.37% |
| 8/31/2017 | $11.07 | - | $11.06 | $11.07 | 43,028,693 | 2.38% |
| 9/1/2017 | $11.30 | - | $11.29 | $11.30 | 25,502,573 | 2.06% |

122

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/5/2017 | $11.38 | - | $11.38 | $11.39 | 46,083,923 | 0.71% |
| 9/6/2017 | $11.50 | - | $11.50 | $11.51 | 25,916,084 | 1.05% |
| 9/7/2017 | $11.64 | - | $11.64 | $11.65 | 16,835,155 | 1.21% |
| 9/8/2017 | $11.11 | - | $11.11 | $11.12 | 44,852,777 | -4.66% |
| 9/11/2017 | $11.25 | - | $11.24 | $11.25 | 19,865,077 | 1.25% |
| 9/12/2017 | $11.29 | - | $11.28 | $11.29 | 20,173,838 | 0.35% |
| 9/13/2017 | $11.04 | - | $11.04 | $11.05 | 31,600,165 | -2.24% |
| 9/14/2017 | $10.74 | - | $10.74 | $10.75 | 41,595,574 | -2.76% |
| 9/15/2017 | $10.85 | - | $10.85 | $10.86 | 25,929,896 | 1.02% |
| 9/18/2017 | $10.91 | - | $10.89 | $10.90 | 22,894,676 | 0.55% |
| 9/19/2017 | $10.78 | - | $10.77 | $10.78 | 30,295,443 | -1.20% |
| 9/20/2017 | $10.59 | - | $10.59 | $10.60 | 36,281,303 | -1.78% |
| 9/21/2017 | $10.32 | - | $10.31 | $10.32 | 42,322,920 | -2.58% |
| 9/22/2017 | $10.16 | - | $10.16 | $10.17 | 28,921,218 | -1.56% |
| 9/25/2017 | $9.85 | - | $9.84 | $9.85 | 38,577,316 | -3.10% |
| 9/26/2017 | $9.90 | - | $9.90 | $9.91 | 21,794,082 | 0.51% |
| 9/27/2017 | $9.99 | - | $9.99 | $10.00 | 39,238,189 | 0.90% |
| 9/28/2017 | $9.94 | - | $9.93 | $9.94 | 25,772,099 | -0.50% |
| 9/29/2017 | $10.07 | - | $10.07 | $10.08 | 26,671,772 | 1.30% |
| 10/2/2017 | $10.06 | - | $10.05 | $10.06 | 16,415,004 | -0.10% |
| 10/3/2017 | $10.31 | - | $10.30 | $10.31 | 37,115,030 | 2.45% |
| 10/4/2017 | $10.37 | - | $10.35 | $10.36 | 28,213,038 | 0.58% |
| 10/5/2017 | $10.19 | - | $10.19 | $10.20 | 21,930,752 | -1.75% |
| 10/6/2017 | $10.13 | - | $10.14 | $10.15 | 18,157,364 | -0.59% |
| 10/9/2017 | $9.81 | - | $9.80 | $9.81 | 21,733,990 | -3.21% |
| 10/10/2017 | $9.82 | - | $9.81 | $9.82 | 29,726,071 | 0.10% |
| 10/11/2017 | $9.79 | - | $9.79 | $9.80 | 28,731,336 | -0.31% |
| 10/12/2017 | $9.86 | - | $9.86 | $9.87 | 21,165,772 | 0.71% |
| 10/13/2017 | $10.45 | - | $10.45 | $10.46 | 59,731,037 | 5.81% |
| 10/16/2017 | $10.50 | - | $10.50 | $10.51 | 41,961,041 | 0.48% |
| 10/17/2017 | $10.26 | - | $10.26 | $10.27 | 24,116,414 | -2.31% |
| 10/18/2017 | $10.15 | - | $10.14 | $10.15 | 23,445,956 | -1.08% |
| 10/19/2017 | $10.33 | - | $10.33 | $10.34 | 23,341,013 | 1.76% |
| 10/20/2017 | $10.28 | - | $10.28 | $10.29 | 37,692,132 | -0.49% |
| 10/23/2017 | $10.05 | - | $10.05 | $10.06 | 19,053,484 | -2.26% |
| 10/24/2017 | $10.38 | - | $10.37 | $10.38 | 28,658,096 | 3.23% |
| 10/25/2017 | $10.33 | - | $10.33 | $10.34 | 22,195,688 | -0.48% |
| 10/26/2017 | $9.88 | - | $9.88 | $9.89 | 38,367,753 | -4.45% |
| 10/27/2017 | $10.01 | - | $10.01 | $10.02 | 26,139,788 | 1.31% |
| 10/30/2017 | $9.82 | - | $9.81 | $9.82 | 35,214,269 | -1.92% |
| 10/31/2017 | $9.79 | - | $9.79 | $9.80 | 21,006,051 | -0.31% |
| 11/1/2017 | $10.04 | - | $10.04 | $10.05 | 30,209,127 | 2.52% |
| 11/2/2017 | $10.26 | - | $10.24 | $10.25 | 24,143,399 | 2.17% |

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/3/2017 | $10.09 | - | $10.08 | $10.09 | 31,077,123 | -1.67% |
| 11/6/2017 | $10.53 | - | $10.53 | $10.54 | 30,540,224 | 4.27% |
| 11/7/2017 | $10.32 | - | $10.31 | $10.32 | 25,876,033 | -2.01% |
| 11/8/2017 | $10.39 | - | $10.38 | $10.39 | 18,140,880 | 0.68% |
| 11/9/2017 | $10.13 | - | $10.13 | $10.14 | 18,712,746 | -2.53% |
| 11/10/2017 | $10.07 | - | $10.07 | $10.08 | 21,940,640 | -0.59% |
| 11/13/2017 | $10.10 | - | $10.10 | $10.11 | 19,119,579 | 0.30% |
| 11/14/2017 | $9.77 | - | $9.77 | $9.78 | 33,640,985 | -3.32% |
| 11/15/2017 | $9.86 | - | $9.85 | $9.86 | 24,127,570 | 0.92% |
| 11/16/2017 | $9.97 | - | $9.96 | $9.97 | 21,899,090 | 1.11% |
| 11/17/2017 | $10.11 | - | $10.10 | $10.11 | 17,791,109 | 1.39% |
| 11/20/2017 | $10.12 | - | $10.11 | $10.12 | 22,112,553 | 0.10% |
| 11/21/2017 | $10.46 | - | $10.46 | $10.47 | 32,473,638 | 3.30% |
| 11/22/2017 | $10.77 | - | $10.76 | $10.77 | 32,878,340 | 2.92% |
| 11/24/2017 | $10.98 | - | $10.97 | $10.98 | 15,035,692 | 1.93% |
| 11/27/2017 | $10.91 | - | $10.91 | $10.92 | 15,164,861 | -0.64% |
| 11/28/2017 | $11.33 | - | $11.32 | $11.33 | 47,030,160 | 3.78% |
| 11/29/2017 | $11.01 | - | $10.99 | $11.00 | 28,598,110 | -2.87% |
| 11/30/2017 | $10.70 | - | $10.70 | $10.71 | 30,420,329 | -2.86% |
| 12/1/2017 | $10.90 | - | $10.89 | $10.90 | 24,424,326 | 1.85% |
| 12/4/2017 | $11.32 | - | $11.31 | $11.32 | 43,755,529 | 3.78% |
| 12/5/2017 | $11.07 | - | $11.07 | $11.08 | 31,164,212 | -2.23% |
| 12/6/2017 | $11.00 | - | $10.99 | $11.00 | 22,513,775 | -0.63% |
| 12/7/2017 | $10.74 | - | $10.74 | $10.75 | 20,019,171 | -2.39% |
| 12/8/2017 | $10.78 | - | $10.78 | $10.79 | 22,964,076 | 0.37% |
| 12/11/2017 | $10.84 | - | $10.83 | $10.84 | 18,821,110 | 0.56% |
| 12/12/2017 | $11.06 | - | $11.05 | $11.06 | 29,650,844 | 2.01% |
| 12/13/2017 | $10.98 | - | $10.98 | $10.99 | 25,430,219 | -0.73% |
| 12/14/2017 | $10.89 | - | $10.88 | $10.89 | 21,399,156 | -0.82% |
| 12/15/2017 | $11.17 | - | $11.17 | $11.18 | 30,571,784 | 2.54% |
| 12/18/2017 | $11.55 | - | $11.55 | $11.56 | 23,132,777 | 3.35% |
| 12/19/2017 | $11.56 | - | $11.55 | $11.56 | 17,696,601 | 0.09% |
| 12/20/2017 | $11.87 | - | $11.87 | $11.88 | 27,767,518 | 2.65% |
| 12/21/2017 | $12.05 | - | $12.05 | $12.06 | 22,879,237 | 1.51% |
| 12/22/2017 | $11.92 | $0.13 | $11.91 | $11.92 | 11,862,302 | -0.03% |
| 12/26/2017 | $12.08 | - | $12.07 | $12.08 | 16,113,445 | 1.33% |
| 12/27/2017 | $11.99 | - | $11.99 | $12.00 | 12,115,315 | -0.75% |
| 12/28/2017 | $12.18 | - | $12.19 | $12.20 | 12,459,625 | 1.57% |
| 12/29/2017 | $12.23 | - | $12.23 | $12.24 | 13,083,510 | 0.41% |
| 1/2/2018 | $12.77 | - | $12.76 | $12.77 | 19,189,400 | 4.32% |
| 1/3/2018 | $12.85 | - | $12.84 | $12.85 | 20,449,625 | 0.62% |
| 1/4/2018 | $12.83 | - | $12.83 | $12.84 | 22,033,143 | -0.16% |
| 1/5/2018 | $13.09 | - | $13.08 | $13.09 | 20,043,191 | 2.01% |

124

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|------|------|------|------|------|------|------|
| 1/8/2018 | $13.32 | - | $13.31 | $13.32 | 17,507,334 | 1.74% |
| 1/9/2018 | $13.24 | - | $13.24 | $13.25 | 31,204,913 | -0.60% |
| 1/10/2018 | $13.15 | - | $13.16 | $13.17 | 16,253,524 | -0.68% |
| 1/11/2018 | $13.45 | - | $13.44 | $13.45 | 15,011,427 | 2.26% |
| 1/12/2018 | $13.53 | - | $13.52 | $13.53 | 19,012,471 | 0.59% |
| 1/16/2018 | $13.17 | - | $13.17 | $13.18 | 40,821,826 | -2.70% |
| 1/17/2018 | $13.35 | - | $13.34 | $13.35 | 29,387,779 | 1.36% |
| 1/18/2018 | $13.35 | - | $13.34 | $13.35 | 26,257,432 | 0.00% |
| 1/19/2018 | $13.36 | - | $13.35 | $13.36 | 26,213,185 | 0.07% |
| 1/22/2018 | $13.32 | - | $13.31 | $13.32 | 19,764,073 | -0.30% |
| 1/23/2018 | $12.70 | - | $12.70 | $12.71 | 49,237,044 | -4.77% |
| 1/24/2018 | $13.18 | - | $13.17 | $13.18 | 36,168,817 | 3.71% |
| 1/25/2018 | $12.95 | - | $12.95 | $12.96 | 26,615,513 | -1.76% |
| 1/26/2018 | $13.11 | - | $13.10 | $13.11 | 28,822,183 | 1.23% |
| 1/29/2018 | $13.05 | - | $13.05 | $13.06 | 15,009,033 | -0.46% |
| 1/30/2018 | $12.99 | - | $12.98 | $12.99 | 21,874,121 | -0.46% |
| 1/31/2018 | $13.09 | - | $13.09 | $13.10 | 26,612,226 | 0.77% |
| 2/1/2018 | $13.18 | - | $13.17 | $13.18 | 25,301,576 | 0.69% |
| 2/2/2018 | $12.54 | - | $12.54 | $12.55 | 32,446,832 | -4.98% |
| 2/5/2018 | $12.39 | - | $12.40 | $12.41 | 35,992,463 | -1.20% |
| 2/6/2018 | $13.06 | - | $13.04 | $13.05 | 37,584,910 | 5.27% |
| 2/7/2018 | $12.71 | - | $12.70 | $12.71 | 43,237,893 | -2.72% |
| 2/8/2018 | $12.36 | - | $12.35 | $12.36 | 42,211,033 | -2.79% |
| 2/9/2018 | $12.91 | - | $12.90 | $12.91 | 47,709,752 | 4.35% |
| 2/12/2018 | $13.07 | - | $13.05 | $13.06 | 24,525,522 | 1.23% |
| 2/13/2018 | $13.27 | - | $13.27 | $13.28 | 20,547,645 | 1.52% |
| 2/14/2018 | $14.00 | - | $13.99 | $14.00 | 43,366,557 | 5.36% |
| 2/15/2018 | $14.13 | - | $14.12 | $14.13 | 28,524,726 | 0.92% |
| 2/16/2018 | $14.12 | - | $14.12 | $14.13 | 25,933,288 | -0.07% |
| 2/20/2018 | $13.98 | - | $13.98 | $13.99 | 24,613,750 | -1.00% |
| 2/21/2018 | $13.66 | - | $13.65 | $13.66 | 31,768,749 | -2.32% |
| 2/22/2018 | $13.98 | - | $13.97 | $13.98 | 17,293,109 | 2.32% |
| 2/23/2018 | $14.20 | - | $14.19 | $14.20 | 27,465,392 | 1.56% |
| 2/26/2018 | $14.65 | - | $14.64 | $14.65 | 26,454,310 | 3.12% |
| 2/27/2018 | $14.49 | - | $14.49 | $14.50 | 27,432,468 | -1.10% |
| 2/28/2018 | $13.73 | - | $13.72 | $13.73 | 35,671,107 | -5.39% |
| 3/1/2018 | $13.58 | - | $13.57 | $13.58 | 30,551,390 | -1.10% |
| 3/2/2018 | $13.39 | - | $13.40 | $13.41 | 25,153,139 | -1.41% |
| 3/5/2018 | $13.42 | - | $13.42 | $13.43 | 18,988,171 | 0.22% |
| 3/6/2018 | $13.53 | - | $13.53 | $13.54 | 19,124,472 | 0.82% |
| 3/7/2018 | $13.14 | $0.15 | $13.14 | $13.15 | 22,644,455 | -1.79% |
| 3/8/2018 | $12.68 | - | $12.65 | $12.66 | 23,915,404 | -3.56% |
| 3/9/2018 | $12.89 | - | $12.89 | $12.90 | 19,224,552 | 1.64% |

125

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/12/2018 | $13.00 | - | $12.99 | $13.00 | 14,537,612 | 0.85% |
| 3/13/2018 | $12.90 | - | $12.89 | $12.90 | 25,006,748 | -0.77% |
| 3/14/2018 | $13.04 | - | $13.03 | $13.04 | 14,642,957 | 1.08% |
| 3/15/2018 | $12.85 | - | $12.85 | $12.86 | 14,517,357 | -1.47% |
| 3/16/2018 | $12.80 | - | $12.80 | $12.81 | 16,524,933 | -0.39% |
| 3/19/2018 | $12.47 | - | $12.46 | $12.47 | 24,253,192 | -2.61% |
| 3/20/2018 | $12.55 | - | $12.55 | $12.56 | 14,800,801 | 0.64% |
| 3/21/2018 | $12.99 | - | $12.99 | $13.00 | 31,293,278 | 3.45% |
| 3/22/2018 | $12.58 | - | $12.57 | $12.58 | 29,232,914 | -3.21% |
| 3/23/2018 | $12.51 | - | $12.50 | $12.51 | 22,766,208 | -0.56% |
| 3/26/2018 | $12.69 | - | $12.68 | $12.69 | 15,387,274 | 1.43% |
| 3/27/2018 | $12.23 | - | $12.23 | $12.24 | 19,889,161 | -3.69% |
| 3/28/2018 | $12.45 | - | $12.46 | $12.47 | 37,067,350 | 1.78% |
| 3/29/2018 | $12.72 | - | $12.72 | $12.73 | 23,227,097 | 2.15% |
| 4/2/2018 | $12.91 | - | $12.91 | $12.92 | 26,529,110 | 1.48% |
| 4/3/2018 | $12.78 | - | $12.76 | $12.77 | 15,174,937 | -1.01% |
| 4/4/2018 | $12.65 | - | $12.65 | $12.66 | 17,570,320 | -1.02% |
| 4/5/2018 | $12.95 | - | $12.95 | $12.96 | 18,417,635 | 2.34% |
| 4/6/2018 | $12.66 | - | $12.65 | $12.66 | 14,968,578 | -2.26% |
| 4/9/2018 | $12.50 | - | $12.50 | $12.51 | 17,475,649 | -1.27% |
| 4/10/2018 | $13.10 | - | $13.09 | $13.10 | 23,962,302 | 4.69% |
| 4/11/2018 | $13.14 | - | $13.13 | $13.14 | 20,759,580 | 0.30% |
| 4/12/2018 | $13.08 | - | $13.08 | $13.09 | 10,912,011 | -0.46% |
| 4/13/2018 | $13.12 | - | $13.12 | $13.13 | 11,154,520 | 0.31% |
| 4/16/2018 | $12.98 | - | $12.97 | $12.98 | 11,267,790 | -1.07% |
| 4/17/2018 | $13.44 | - | $13.44 | $13.45 | 21,523,291 | 3.48% |
| 4/18/2018 | $14.01 | - | $14.00 | $14.01 | 31,348,230 | 4.15% |
| 4/19/2018 | $14.12 | - | $14.11 | $14.12 | 19,540,774 | 0.78% |
| 4/20/2018 | $14.00 | - | $14.00 | $14.01 | 15,848,535 | -0.85% |
| 4/23/2018 | $13.74 | - | $13.74 | $13.75 | 15,413,664 | -1.87% |
| 4/24/2018 | $13.95 | - | $13.94 | $13.95 | 30,104,030 | 1.52% |
| 4/25/2018 | $13.68 | - | $13.68 | $13.69 | 26,222,735 | -1.95% |
| 4/26/2018 | $14.00 | - | $14.00 | $14.01 | 21,626,390 | 2.31% |
| 4/27/2018 | $13.95 | - | $13.94 | $13.95 | 20,651,344 | -0.36% |
| 4/30/2018 | $13.84 | - | $13.84 | $13.85 | 13,101,654 | -0.79% |
| 5/1/2018 | $13.54 | - | $13.53 | $13.54 | 15,790,210 | -2.19% |
| 5/2/2018 | $13.73 | - | $13.72 | $13.73 | 17,546,020 | 1.39% |
| 5/3/2018 | $13.89 | - | $13.88 | $13.89 | 19,727,339 | 1.16% |
| 5/4/2018 | $14.08 | - | $14.07 | $14.08 | 19,284,665 | 1.36% |
| 5/7/2018 | $13.85 | - | $13.84 | $13.85 | 14,285,864 | -1.65% |
| 5/8/2018 | $13.74 | - | $13.73 | $13.74 | 24,389,229 | -0.80% |
| 5/9/2018 | $13.93 | - | $13.92 | $13.93 | 17,699,753 | 1.37% |
| 5/10/2018 | $14.44 | - | $14.44 | $14.45 | 20,393,909 | 3.60% |

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/11/2018 | $14.61 | - | $14.60 | $14.61 | 22,860,863 | 1.17% |
| 5/14/2018 | $14.97 | - | $14.98 | $14.99 | 24,825,235 | 2.43% |
| 5/15/2018 | $14.91 | - | $14.90 | $14.91 | 23,023,465 | -0.40% |
| 5/16/2018 | $15.13 | - | $15.13 | $15.14 | 23,501,456 | 1.46% |
| 5/17/2018 | $15.03 | - | $15.03 | $15.04 | 24,579,193 | -0.66% |
| 5/18/2018 | $14.58 | - | $14.57 | $14.58 | 24,136,236 | -3.04% |
| 5/21/2018 | $14.41 | - | $14.40 | $14.41 | 20,891,672 | -1.17% |
| 5/22/2018 | $14.39 | - | $14.37 | $14.38 | 25,521,653 | -0.14% |
| 5/23/2018 | $14.34 | - | $14.32 | $14.33 | 22,170,211 | -0.35% |
| 5/24/2018 | $14.41 | - | $14.41 | $14.42 | 22,502,384 | 0.49% |
| 5/25/2018 | $14.03 | - | $14.02 | $14.03 | 19,190,058 | -2.67% |
| 5/29/2018 | $13.44 | - | $13.43 | $13.44 | 31,951,426 | -4.30% |
| 5/30/2018 | $13.54 | - | $13.54 | $13.55 | 25,823,042 | 0.74% |
| 5/31/2018 | $13.60 | - | $13.60 | $13.61 | 16,175,828 | 0.44% |
| 6/1/2018 | $14.03 | - | $14.03 | $14.04 | 29,578,864 | 3.11% |
| 6/4/2018 | $14.06 | - | $14.06 | $14.07 | 24,701,394 | 0.21% |
| 6/5/2018 | $14.16 | - | $14.16 | $14.17 | 24,926,307 | 0.71% |
| 6/6/2018 | $14.62 | - | $14.61 | $14.62 | 25,289,303 | 3.20% |
| 6/7/2018 | $13.84 | - | $13.84 | $13.85 | 43,383,016 | -5.48% |
| 6/8/2018 | $13.75 | - | $13.74 | $13.75 | 28,900,388 | -0.65% |
| 6/11/2018 | $13.69 | - | $13.69 | $13.70 | 18,471,091 | -0.44% |
| 6/12/2018 | $13.96 | - | $13.96 | $13.97 | 20,107,484 | 1.95% |
| 6/13/2018 | $13.91 | - | $13.90 | $13.91 | 17,384,306 | -0.36% |
| 6/14/2018 | $13.66 | - | $13.65 | $13.66 | 28,759,148 | -1.81% |
| 6/15/2018 | $13.17 | - | $13.16 | $13.17 | 24,647,565 | -3.65% |
| 6/18/2018 | $13.17 | - | $13.17 | $13.18 | 18,941,489 | 0.00% |
| 6/19/2018 | $12.97 | - | $12.97 | $12.98 | 27,100,309 | -1.53% |
| 6/20/2018 | $12.99 | - | $12.98 | $12.99 | 20,477,907 | 0.15% |
| 6/21/2018 | $12.58 | - | $12.58 | $12.59 | 22,502,079 | -3.21% |
| 6/22/2018 | $12.81 | - | $12.80 | $12.81 | 26,231,633 | 1.81% |
| 6/25/2018 | $12.54 | - | $12.53 | $12.54 | 27,013,946 | -2.13% |
| 6/26/2018 | $12.77 | - | $12.77 | $12.78 | 25,369,595 | 1.82% |
| 6/27/2018 | $12.46 | - | $12.46 | $12.47 | 20,472,255 | -2.46% |
| 6/28/2018 | $12.78 | - | $12.78 | $12.79 | 20,094,490 | 2.54% |
| 6/29/2018 | $12.82 | - | $12.81 | $12.82 | 13,056,240 | 0.31% |
| 7/2/2018 | $12.49 | - | $12.48 | $12.49 | 13,948,956 | -2.61% |
| 7/3/2018 | $12.55 | - | $12.54 | $12.55 | 9,950,483 | 0.48% |
| 7/5/2018 | $12.68 | - | $12.67 | $12.68 | 13,585,093 | 1.03% |
| 7/6/2018 | $13.03 | - | $13.03 | $13.04 | 16,293,514 | 2.72% |
| 7/9/2018 | $13.17 | - | $13.17 | $13.18 | 12,214,403 | 1.07% |
| 7/10/2018 | $13.09 | - | $13.08 | $13.09 | 13,503,088 | -0.61% |
| 7/11/2018 | $12.65 | - | $12.65 | $12.66 | 17,221,101 | -3.42% |
| 7/12/2018 | $13.02 | - | $13.02 | $13.03 | 20,858,048 | 2.88% |

127

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/13/2018 | $13.14 | - | $13.13 | $13.14 | 15,341,398 | 0.92% |
| 7/16/2018 | $12.99 | - | $12.98 | $12.99 | 10,407,678 | -1.15% |
| 7/17/2018 | $13.25 | - | $13.25 | $13.26 | 15,672,072 | 1.98% |
| 7/18/2018 | $13.41 | - | $13.40 | $13.41 | 14,539,431 | 1.20% |
| 7/19/2018 | $12.88 | - | $12.87 | $12.88 | 22,365,202 | -4.03% |
| 7/20/2018 | $12.93 | - | $12.93 | $12.94 | 17,671,849 | 0.39% |
| 7/23/2018 | $13.17 | - | $13.16 | $13.17 | 20,975,836 | 1.84% |
| 7/24/2018 | $13.77 | - | $13.77 | $13.78 | 27,399,779 | 4.46% |
| 7/25/2018 | $14.00 | - | $13.98 | $13.99 | 23,858,647 | 1.66% |
| 7/26/2018 | $14.11 | - | $14.10 | $14.11 | 32,548,058 | 0.78% |
| 7/27/2018 | $14.44 | - | $14.43 | $14.44 | 21,933,967 | 2.31% |
| 7/30/2018 | $14.56 | - | $14.56 | $14.57 | 20,101,090 | 0.83% |
| 7/31/2018 | $14.66 | - | $14.65 | $14.66 | 22,202,599 | 0.68% |
| 8/1/2018 | $14.06 | - | $14.05 | $14.06 | 26,481,881 | -4.18% |
| 8/2/2018 | $14.04 | - | $14.03 | $14.04 | 22,170,029 | -0.14% |
| 8/3/2018 | $14.19 | $0.40 | $14.19 | $14.20 | 18,026,133 | 3.83% |
| 8/6/2018 | $14.07 | - | $14.06 | $14.07 | 13,595,112 | -0.85% |
| 8/7/2018 | $13.99 | - | $13.99 | $14.00 | 22,983,707 | -0.57% |
| 8/8/2018 | $13.95 | - | $13.95 | $13.96 | 15,753,643 | -0.29% |
| 8/9/2018 | $13.63 | - | $13.62 | $13.63 | 14,824,452 | -2.32% |
| 8/10/2018 | $13.39 | - | $13.38 | $13.39 | 29,513,774 | -1.78% |
| 8/13/2018 | $13.37 | - | $13.37 | $13.38 | 17,537,184 | -0.15% |
| 8/14/2018 | $13.64 | - | $13.64 | $13.65 | 23,441,902 | 2.00% |
| 8/15/2018 | $12.94 | - | $12.93 | $12.94 | 27,791,118 | -5.27% |
| 8/16/2018 | $12.75 | - | $12.73 | $12.74 | 28,370,240 | -1.48% |
| 8/17/2018 | $13.00 | - | $13.01 | $13.02 | 20,983,391 | 1.94% |
| 8/20/2018 | $13.03 | - | $13.02 | $13.03 | 16,115,477 | 0.23% |
| 8/21/2018 | $12.84 | - | $12.84 | $12.85 | 17,378,410 | -1.47% |
| 8/22/2018 | $13.12 | - | $13.12 | $13.13 | 12,358,968 | 2.16% |
| 8/23/2018 | $12.93 | - | $12.93 | $12.94 | 12,802,776 | -1.46% |
| 8/24/2018 | $13.22 | - | $13.22 | $13.23 | 11,953,440 | 2.22% |
| 8/27/2018 | $13.59 | - | $13.59 | $13.60 | 13,883,345 | 2.76% |
| 8/28/2018 | $13.44 | - | $13.43 | $13.44 | 18,481,756 | -1.11% |
| 8/29/2018 | $13.44 | - | $13.43 | $13.44 | 13,354,203 | 0.00% |
| 8/30/2018 | $13.17 | - | $13.16 | $13.17 | 28,786,848 | -2.03% |
| 8/31/2018 | $13.20 | - | $13.19 | $13.20 | 13,374,897 | 0.23% |
| 9/4/2018 | $12.55 | - | $12.54 | $12.55 | 13,966,948 | -5.05% |
| 9/5/2018 | $12.62 | - | $12.62 | $12.63 | 19,611,635 | 0.56% |
| 9/6/2018 | $12.99 | - | $12.99 | $13.00 | 20,816,059 | 2.89% |
| 9/7/2018 | $13.01 | - | $13.00 | $13.01 | 15,269,456 | 0.15% |
| 9/10/2018 | $12.97 | - | $12.97 | $12.98 | 9,036,263 | -0.31% |
| 9/11/2018 | $12.69 | - | $12.68 | $12.69 | 13,374,856 | -2.18% |
| 9/12/2018 | $12.92 | - | $12.92 | $12.93 | 18,249,937 | 1.80% |

128

## Exhibit-4

### Vale ADR Prices, Dividends, Volume, and Returns

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/13/2018 | $12.84 | - | $12.83 | $12.84 | 14,413,254 | -0.62% |
| 9/14/2018 | $13.25 | - | $13.25 | $13.26 | 16,418,290 | 3.14% |
| 9/17/2018 | $13.36 | - | $13.35 | $13.36 | 12,857,420 | 0.83% |
| 9/18/2018 | $13.81 | - | $13.82 | $13.83 | 19,838,148 | 3.31% |
| 9/19/2018 | $14.22 | - | $14.21 | $14.22 | 21,790,949 | 2.93% |
| 9/20/2018 | $14.52 | - | $14.52 | $14.53 | 18,801,854 | 2.09% |
| 9/21/2018 | $15.06 | - | $15.06 | $15.07 | 27,725,706 | 3.65% |
| 9/24/2018 | $14.79 | - | $14.79 | $14.80 | 17,073,532 | -1.81% |
| 9/25/2018 | $15.25 | - | $15.24 | $15.25 | 23,175,123 | 3.06% |
| 9/26/2018 | $14.99 | - | $14.98 | $14.99 | 30,406,375 | -1.72% |
| 9/27/2018 | $14.84 | - | $14.84 | $14.85 | 16,933,358 | -1.01% |
| 9/28/2018 | $14.84 | - | $14.83 | $14.84 | 17,513,021 | 0.00% |
| 10/1/2018 | $15.03 | - | $15.02 | $15.03 | 13,294,222 | 1.27% |
| 10/2/2018 | $15.62 | - | $15.61 | $15.62 | 34,345,841 | 3.85% |
| 10/3/2018 | $15.45 | - | $15.44 | $15.45 | 40,515,579 | -1.09% |
| 10/4/2018 | $15.10 | - | $15.09 | $15.10 | 21,482,439 | -2.29% |
| 10/5/2018 | $15.01 | - | $15.00 | $15.01 | 23,207,789 | -0.60% |
| 10/8/2018 | $15.21 | - | $15.21 | $15.22 | 28,973,144 | 1.32% |
| 10/9/2018 | $15.54 | - | $15.53 | $15.54 | 21,207,802 | 2.15% |
| 10/10/2018 | $14.85 | - | $14.85 | $14.86 | 23,336,354 | -4.54% |
| 10/11/2018 | $14.95 | - | $14.96 | $14.97 | 20,463,587 | 0.67% |
| 10/12/2018 | $15.26 | - | $15.26 | $15.27 | 17,613,775 | 2.05% |
| 10/15/2018 | $15.46 | - | $15.45 | $15.46 | 20,371,988 | 1.30% |
| 10/16/2018 | $15.48 | - | $15.49 | $15.50 | 22,208,244 | 0.13% |
| 10/17/2018 | $15.93 | - | $15.93 | $15.94 | 27,537,185 | 2.87% |
| 10/18/2018 | $15.15 | - | $15.13 | $15.14 | 28,358,554 | -5.02% |
| 10/19/2018 | $15.26 | - | $15.25 | $15.26 | 18,725,922 | 0.72% |
| 10/22/2018 | $15.77 | - | $15.76 | $15.77 | 22,923,144 | 3.29% |
| 10/23/2018 | $15.23 | - | $15.22 | $15.23 | 29,588,588 | -3.48% |
| 10/24/2018 | $14.50 | - | $14.48 | $14.49 | 29,565,965 | -4.91% |
| 10/25/2018 | $14.72 | - | $14.71 | $14.72 | 29,501,239 | 1.51% |
| 10/26/2018 | $15.07 | - | $15.06 | $15.07 | 39,049,966 | 2.35% |
| 10/29/2018 | $14.27 | - | $14.27 | $14.28 | 39,303,696 | -5.45% |
| 10/30/2018 | $14.59 | - | $14.59 | $14.60 | 28,975,379 | 2.22% |
| 10/31/2018 | $15.10 | - | $15.10 | $15.11 | 26,204,531 | 3.44% |
| 11/1/2018 | $15.52 | - | $15.51 | $15.52 | 20,387,832 | 2.74% |
| 11/2/2018 | $15.45 | - | $15.44 | $15.45 | 19,612,246 | -0.45% |
| 11/5/2018 | $15.40 | - | $15.39 | $15.40 | 13,491,480 | -0.32% |
| 11/6/2018 | $15.29 | - | $15.29 | $15.30 | 12,682,835 | -0.72% |
| 11/7/2018 | $15.32 | - | $15.32 | $15.33 | 11,247,917 | 0.20% |
| 11/8/2018 | $15.17 | - | $15.16 | $15.17 | 13,839,226 | -0.98% |
| 11/9/2018 | $14.60 | - | $14.58 | $14.59 | 35,420,831 | -3.83% |
| 11/12/2018 | $14.46 | - | $14.46 | $14.47 | 18,639,976 | -0.96% |

129

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/13/2018 | $14.60 | - | $14.59 | $14.60 | 23,855,192 | 0.96% |
| 11/14/2018 | $14.53 | - | $14.52 | $14.53 | 23,243,868 | -0.48% |
| 11/15/2018 | $14.93 | - | $14.92 | $14.93 | 14,805,309 | 2.72% |
| 11/16/2018 | $14.97 | - | $14.97 | $14.98 | 16,468,703 | 0.27% |
| 11/19/2018 | $14.72 | - | $14.72 | $14.73 | 14,459,993 | -1.68% |
| 11/20/2018 | $14.07 | - | $14.06 | $14.07 | 19,791,147 | -4.52% |
| 11/21/2018 | $14.35 | - | $14.34 | $14.35 | 25,058,936 | 1.97% |
| 11/23/2018 | $13.26 | - | $13.24 | $13.25 | 30,503,871 | -7.90% |
| 11/26/2018 | $12.75 | - | $12.74 | $12.75 | 31,244,594 | -3.92% |
| 11/27/2018 | $12.89 | - | $12.88 | $12.89 | 26,799,152 | 1.09% |
| 11/28/2018 | $13.52 | - | $13.52 | $13.53 | 24,391,587 | 4.77% |
| 11/29/2018 | $13.47 | - | $13.45 | $13.46 | 28,832,194 | -0.37% |
| 11/30/2018 | $13.70 | - | $13.70 | $13.71 | 23,454,012 | 1.69% |
| 12/3/2018 | $14.08 | - | $14.08 | $14.09 | 21,391,812 | 2.74% |
| 12/4/2018 | $13.60 | - | $13.59 | $13.60 | 26,542,194 | -3.47% |
| 12/6/2018 | $13.53 | - | $13.52 | $13.53 | 35,775,345 | -0.52% |
| 12/7/2018 | $13.14 | - | $13.13 | $13.14 | 24,976,201 | -2.92% |
| 12/10/2018 | $12.86 | - | $12.85 | $12.86 | 22,182,137 | -2.15% |
| 12/11/2018 | $13.01 | - | $13.00 | $13.01 | 27,275,390 | 1.16% |
| 12/12/2018 | $13.02 | - | $13.01 | $13.02 | 18,085,445 | 0.08% |
| 12/13/2018 | $13.04 | - | $13.03 | $13.04 | 17,211,960 | 0.15% |
| 12/14/2018 | $12.96 | - | $12.95 | $12.96 | 23,547,125 | -0.62% |
| 12/17/2018 | $13.03 | - | $13.03 | $13.04 | 22,045,837 | 0.54% |
| 12/18/2018 | $13.19 | - | $13.20 | $13.21 | 20,005,824 | 1.22% |
| 12/19/2018 | $12.73 | - | $12.71 | $12.72 | 32,017,515 | -3.55% |
| 12/20/2018 | $12.94 | - | $12.95 | $12.96 | 29,154,502 | 1.64% |
| 12/21/2018 | $12.90 | - | $12.89 | $12.90 | 21,755,133 | -0.31% |
| 12/24/2018 | $12.60 | - | $12.61 | $12.62 | 11,224,074 | -2.35% |
| 12/26/2018 | $13.07 | - | $13.06 | $13.07 | 16,587,527 | 3.66% |
| 12/27/2018 | $12.99 | - | $12.98 | $12.99 | 18,651,479 | -0.61% |
| 12/28/2018 | $13.02 | - | $13.01 | $13.02 | 13,777,722 | 0.23% |
| 12/31/2018 | $13.19 | - | $13.19 | $13.20 | 9,599,577 | 1.30% |
| 1/2/2019 | $13.47 | - | $13.47 | $13.48 | 22,120,872 | 2.10% |
| 1/3/2019 | $12.83 | - | $12.82 | $12.83 | 27,666,674 | -4.87% |
| 1/4/2019 | $14.02 | - | $14.02 | $14.03 | 42,880,344 | 8.87% |
| 1/7/2019 | $13.83 | - | $13.82 | $13.83 | 26,186,117 | -1.36% |
| 1/8/2019 | $14.06 | - | $14.05 | $14.06 | 20,270,467 | 1.65% |
| 1/9/2019 | $14.51 | - | $14.50 | $14.51 | 30,852,030 | 3.15% |
| 1/10/2019 | $14.40 | - | $14.39 | $14.40 | 18,677,095 | -0.76% |
| 1/11/2019 | $14.11 | - | $14.10 | $14.11 | 17,448,329 | -2.03% |
| 1/14/2019 | $14.13 | - | $14.12 | $14.13 | 14,188,114 | 0.14% |
| 1/15/2019 | $14.06 | - | $14.05 | $14.06 | 19,092,863 | -0.50% |
| 1/16/2019 | $14.11 | - | $14.10 | $14.11 | 16,980,617 | 0.35% |

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/17/2019 | $14.47 | - | $14.45 | $14.46 | 29,542,117 | 2.52% |
| 1/18/2019 | $14.61 | - | $14.60 | $14.61 | 24,177,007 | 0.96% |
| 1/22/2019 | $14.45 | - | $14.45 | $14.46 | 28,366,858 | -1.10% |
| 1/23/2019 | $14.75 | - | $14.76 | $14.77 | 19,896,795 | 2.05% |
| 1/24/2019 | $14.86 | - | $14.85 | $14.86 | 24,996,975 | 0.74% |
| 1/25/2019 | $13.66 | - | $13.64 | $13.65 | 157,485,446 | -8.42% |
| 1/28/2019 | $11.20 | - | $11.19 | $11.20 | 150,203,989 | -19.86% |
| 1/29/2019 | $11.48 | - | $11.48 | $11.49 | 84,280,698 | 2.47% |
| 1/30/2019 | $12.59 | - | $12.58 | $12.59 | 96,986,227 | 9.23% |
| 1/31/2019 | $12.44 | - | $12.43 | $12.43 | 44,701,907 | -1.20% |
| 2/1/2019 | $12.57 | - | $12.57 | $12.58 | 27,898,086 | 1.04% |
| 2/4/2019 | $12.15 | - | $12.13 | $12.14 | 59,850,103 | -3.40% |
| 2/5/2019 | $12.11 | - | $12.10 | $12.11 | 29,661,770 | -0.33% |
| 2/6/2019 | $11.36 | - | $11.34 | $11.35 | 67,720,761 | -6.39% |
| 2/7/2019 | $11.17 | - | $11.15 | $11.16 | 54,779,736 | -1.69% |
| 2/8/2019 | $11.39 | - | $11.38 | $11.39 | 66,887,483 | 1.95% |
| 2/11/2019 | $11.22 | - | $11.22 | $11.23 | 39,647,275 | -1.50% |
| 2/12/2019 | $11.85 | - | $11.85 | $11.86 | 49,077,836 | 5.46% |
| 2/13/2019 | $12.00 | - | $12.00 | $12.01 | 32,913,532 | 1.26% |
| 2/14/2019 | $12.14 | - | $12.15 | $12.16 | 26,821,822 | 1.16% |
| 2/15/2019 | $12.33 | - | $12.33 | $12.34 | 29,025,152 | 1.55% |
| 2/19/2019 | $12.19 | - | $12.18 | $12.19 | 27,907,482 | -1.14% |
| 2/20/2019 | $12.23 | - | $12.23 | $12.24 | 23,507,305 | 0.33% |
| 2/21/2019 | $12.03 | - | $12.02 | $12.03 | 35,358,268 | -1.65% |
| 2/22/2019 | $12.50 | - | $12.49 | $12.50 | 20,253,263 | 3.83% |
| 2/25/2019 | $12.55 | - | $12.55 | $12.56 | 23,818,327 | 0.40% |
| 2/26/2019 | $12.52 | - | $12.52 | $12.53 | 13,670,678 | -0.24% |
| 2/27/2019 | $12.49 | - | $12.48 | $12.49 | 24,632,326 | -0.24% |
| 2/28/2019 | $12.48 | - | $12.49 | $12.50 | 23,508,457 | -0.08% |
| 3/1/2019 | $12.39 | - | $12.40 | $12.41 | 37,610,967 | -0.72% |
| 3/4/2019 | $12.42 | - | $12.41 | $12.42 | 32,129,750 | 0.24% |
| 3/5/2019 | $12.66 | - | $12.66 | $12.67 | 25,783,768 | 1.91% |
| 3/6/2019 | $12.49 | - | $12.48 | $12.49 | 35,608,749 | -1.35% |
| 3/7/2019 | $12.60 | - | $12.59 | $12.60 | 30,781,030 | 0.88% |
| 3/8/2019 | $12.59 | - | $12.58 | $12.59 | 21,803,599 | -0.08% |
| 3/11/2019 | $12.99 | - | $12.98 | $12.99 | 24,991,837 | 3.13% |
| 3/12/2019 | $13.05 | - | $13.06 | $13.07 | 32,748,659 | 0.46% |
| 3/13/2019 | $13.28 | - | $13.28 | $13.29 | 27,274,336 | 1.75% |
| 3/14/2019 | $13.15 | - | $13.13 | $13.14 | 19,052,792 | -0.98% |
| 3/15/2019 | $13.20 | - | $13.17 | $13.18 | 34,941,658 | 0.38% |
| 3/18/2019 | $13.28 | - | $13.27 | $13.28 | 35,198,266 | 0.60% |
| 3/19/2019 | $13.70 | - | $13.69 | $13.70 | 42,430,882 | 3.11% |
| 3/20/2019 | $13.49 | - | $13.49 | $13.50 | 29,029,243 | -1.54% |

131

**Exhibit-4**

**Vale ADR Prices, Dividends, Volume, and Returns**

27 October 2016 through 6 May 2019

| Date | Vale ADR Closing Price | Vale ADR Dividend | Vale ADR Closing Bid | Vale ADR Closing Ask | Vale ADR Trading Volume | Vale ADR Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/21/2019 | $13.46 | - | $13.45 | $13.46 | 27,701,457 | -0.22% |
| 3/22/2019 | $12.82 | - | $12.81 | $12.82 | 35,756,070 | -4.87% |
| 3/25/2019 | $12.86 | - | $12.85 | $12.86 | 27,058,643 | 0.31% |
| 3/26/2019 | $13.02 | - | $13.02 | $13.03 | 16,290,734 | 1.24% |
| 3/27/2019 | $12.67 | - | $12.66 | $12.67 | 25,543,460 | -2.72% |
| 3/28/2019 | $12.63 | - | $12.63 | $12.64 | 19,875,962 | -0.32% |
| 3/29/2019 | $13.06 | - | $13.06 | $13.07 | 23,143,375 | 3.35% |
| 4/1/2019 | $13.58 | - | $13.58 | $13.59 | 24,432,895 | 3.90% |
| 4/2/2019 | $13.47 | - | $13.46 | $13.47 | 16,440,122 | -0.81% |
| 4/3/2019 | $13.34 | - | $13.34 | $13.35 | 24,721,645 | -0.97% |
| 4/4/2019 | $13.47 | - | $13.46 | $13.47 | 20,157,833 | 0.97% |
| 4/5/2019 | $13.39 | - | $13.38 | $13.39 | 12,149,734 | -0.60% |
| 4/8/2019 | $13.82 | - | $13.81 | $13.82 | 16,859,590 | 3.16% |
| 4/9/2019 | $13.57 | - | $13.57 | $13.58 | 15,594,111 | -1.83% |
| 4/10/2019 | $13.56 | - | $13.56 | $13.57 | 31,453,030 | -0.07% |
| 4/11/2019 | $13.40 | - | $13.39 | $13.40 | 20,926,540 | -1.19% |
| 4/12/2019 | $13.24 | - | $13.23 | $13.24 | 15,113,044 | -1.20% |
| 4/15/2019 | $13.28 | - | $13.28 | $13.29 | 15,595,650 | 0.30% |
| 4/16/2019 | $13.57 | - | $13.57 | $13.58 | 24,468,124 | 2.16% |
| 4/17/2019 | $13.27 | - | $13.27 | $13.28 | 22,478,204 | -2.24% |
| 4/18/2019 | $13.32 | - | $13.32 | $13.33 | 10,311,511 | 0.38% |
| 4/22/2019 | $13.06 | - | $13.05 | $13.06 | 14,459,879 | -1.97% |
| 4/23/2019 | $13.17 | - | $13.16 | $13.17 | 18,815,264 | 0.84% |
| 4/24/2019 | $12.56 | - | $12.54 | $12.55 | 26,146,428 | -4.74% |
| 4/25/2019 | $12.68 | - | $12.67 | $12.68 | 14,451,238 | 0.95% |
| 4/26/2019 | $12.82 | - | $12.80 | $12.81 | 12,316,961 | 1.10% |
| 4/29/2019 | $12.78 | - | $12.77 | $12.78 | 11,890,153 | -0.31% |
| 4/30/2019 | $12.78 | - | $12.78 | $12.79 | 14,233,129 | 0.00% |
| 5/1/2019 | $12.38 | - | $12.37 | $12.38 | 17,632,987 | -3.18% |
| 5/2/2019 | $12.36 | - | $12.35 | $12.36 | 15,322,300 | -0.16% |
| 5/3/2019 | $12.79 | - | $12.78 | $12.79 | 17,316,509 | 3.42% |
| 5/6/2019 | $12.52 | - | $12.51 | $12.52 | 16,791,164 | -2.13% |

**Sources:** CRSP and computations performed by Crowninshield Financial Research, Inc.
**Note:** The 90-day period begins on 6 February 2019 and ends on 6 May 2019.

# Exhibit-5

### U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 10/27/2016 | -0.40% | 0.69% | -2.88% | 0.93% |
| 10/28/2016 | -0.26% | 0.06% | 0.51% | 1.14% |
| 10/31/2016 | 0.04% | 1.06% | 1.60% | -0.54% |
| 11/1/2016 | -0.68% | -2.74% | -0.36% | 1.48% |
| 11/2/2016 | -0.77% | 0.00% | -1.67% | -0.03% |
| 11/3/2016 | -0.40% | -2.59% | 2.44% | 0.20% |
| 11/4/2016 | -0.12% | -0.22% | 1.87% | -0.27% |
| 11/7/2016 | 2.07% | 3.63% | 1.73% | -0.99% |
| 11/8/2016 | 0.39% | -0.03% | 1.15% | -1.02% |
| 11/9/2016 | 1.20% | -1.77% | 7.64% | 1.49% |
| 11/10/2016 | 0.20% | -4.28% | -0.11% | 5.13% |
| 11/11/2016 | 0.02% | -3.25% | 0.05% | 0.15% |
| 11/14/2016 | 0.24% | 0.55% | 3.41% | 1.22% |
| 11/15/2016 | 0.79% | 0.00% | 1.11% | 0.21% |
| 11/16/2016 | -0.15% | 2.60% | -1.56% | -0.59% |
| 11/17/2016 | 0.46% | -1.64% | -0.68% | -0.02% |
| 11/18/2016 | -0.14% | 0.44% | -0.23% | -1.05% |
| 11/21/2016 | 0.78% | 1.53% | 1.87% | -0.92% |
| 11/22/2016 | 0.30% | 0.96% | 4.89% | 0.07% |
| 11/23/2016 | 0.09% | -0.07% | 0.41% | 1.17% |
| 11/25/2016 | 0.36% | -1.01% | 0.65% | 0.82% |
| 11/28/2016 | -0.60% | 1.62% | -0.78% | -1.07% |
| 11/29/2016 | 0.10% | -2.80% | -2.05% | 0.39% |
| 11/30/2016 | -0.16% | 1.99% | 0.39% | -0.44% |
| 12/1/2016 | -0.42% | -4.36% | 0.52% | 2.56% |
| 12/2/2016 | 0.07% | 1.03% | 2.25% | 0.11% |
| 12/5/2016 | 0.73% | -0.96% | 3.71% | -1.57% |
| 12/6/2016 | 0.47% | 2.15% | -0.15% | -0.39% |
| 12/7/2016 | 1.23% | 0.25% | 1.29% | -0.74% |
| 12/8/2016 | 0.37% | -0.96% | 0.17% | -0.22% |
| 12/9/2016 | 0.39% | -0.20% | -1.64% | 0.09% |
| 12/12/2016 | -0.24% | -2.35% | -1.71% | -1.18% |
| 12/13/2016 | 0.58% | 0.62% | -0.55% | -0.10% |
| 12/14/2016 | -0.97% | -1.81% | -0.98% | 1.04% |
| 12/15/2016 | 0.36% | 0.19% | -0.23% | -0.03% |

133

# Exhibit-5

## U.S. Market Index, Brazilian Market Index,
## Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 12/16/2016 | -0.11% | 0.22% | -2.21% | 0.67% |
| 12/19/2016 | 0.21% | -1.80% | -0.26% | -0.80% |
| 12/20/2016 | 0.43% | 0.73% | 1.99% | -0.31% |
| 12/21/2016 | -0.25% | 0.18% | -0.19% | -0.83% |
| 12/22/2016 | -0.27% | -0.29% | -1.92% | -1.19% |
| 12/23/2016 | 0.18% | 1.22% | 0.11% | -0.50% |
| 12/27/2016 | 0.25% | 1.13% | 0.92% | 0.01% |
| 12/28/2016 | -0.80% | 1.72% | -0.83% | 0.41% |
| 12/29/2016 | 0.06% | 1.07% | 0.66% | -0.91% |
| 12/30/2016 | -0.41% | 0.00% | -3.03% | 0.00% |
| 1/3/2017 | 0.82% | 2.60% | 2.25% | 0.32% |
| 1/4/2017 | 0.86% | -0.23% | 3.54% | -1.51% |
| 1/5/2017 | -0.09% | 0.47% | 1.05% | -0.54% |
| 1/6/2017 | 0.23% | -0.47% | -2.27% | 0.78% |
| 1/9/2017 | -0.39% | -0.13% | -1.61% | -0.85% |
| 1/10/2017 | 0.13% | 0.12% | 3.69% | -0.03% |
| 1/11/2017 | 0.32% | 0.31% | 0.19% | 0.05% |
| 1/12/2017 | -0.26% | 2.37% | -1.43% | -0.30% |
| 1/13/2017 | 0.28% | -0.80% | 0.82% | 1.04% |
| 1/17/2017 | -0.37% | 1.21% | -0.29% | -0.30% |
| 1/18/2017 | 0.14% | -0.78% | 2.22% | 0.60% |
| 1/19/2017 | -0.39% | -0.09% | -1.56% | -1.07% |
| 1/20/2017 | 0.36% | 0.61% | 0.80% | -0.86% |
| 1/23/2017 | -0.19% | 1.62% | 0.97% | -0.18% |
| 1/24/2017 | 0.83% | -0.14% | 3.19% | 0.22% |
| 1/25/2017 | 0.80% | 0.00% | -1.49% | 0.00% |
| 1/26/2017 | -0.11% | 0.77% | -0.85% | 0.25% |
| 1/27/2017 | -0.16% | -0.32% | 0.79% | -1.17% |
| 1/30/2017 | -0.71% | -2.41% | -1.15% | -0.45% |
| 1/31/2017 | 0.08% | 0.62% | 0.35% | 0.76% |
| 2/1/2017 | 0.03% | 0.01% | -0.58% | -0.68% |
| 2/2/2017 | 0.06% | -0.26% | 1.51% | -0.18% |
| 2/3/2017 | 0.78% | 1.29% | -0.30% | -0.20% |
| 2/6/2017 | -0.27% | -1.46% | 1.19% | -0.05% |
| 2/7/2017 | -0.05% | 0.24% | -0.78% | 0.14% |

134

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 2/8/2017 | 0.12% | 0.98% | 0.41% | -0.10% |
| 2/9/2017 | 0.65% | 0.13% | 0.92% | 0.40% |
| 2/10/2017 | 0.41% | 1.32% | 0.47% | -0.46% |
| 2/13/2017 | 0.47% | 0.55% | 1.57% | -0.13% |
| 2/14/2017 | 0.39% | 0.00% | -0.30% | -0.86% |
| 2/15/2017 | 0.48% | 2.23% | -0.43% | -0.90% |
| 2/16/2017 | -0.13% | -0.25% | -0.21% | 1.03% |
| 2/17/2017 | 0.19% | -0.23% | -0.82% | 0.50% |
| 2/21/2017 | 0.58% | 1.63% | 0.84% | -0.31% |
| 2/22/2017 | -0.17% | -0.49% | -1.89% | -1.01% |
| 2/23/2017 | -0.09% | -1.36% | -4.07% | -0.15% |
| 2/24/2017 | 0.04% | -1.23% | -0.59% | 1.67% |
| 2/27/2017 | 0.20% | 0.00% | 0.17% | -0.06% |
| 2/28/2017 | -0.46% | 0.00% | -0.20% | 0.00% |
| 3/1/2017 | 1.33% | 0.41% | 3.04% | -0.62% |
| 3/2/2017 | -0.69% | -1.34% | -4.89% | 2.13% |
| 3/3/2017 | 0.09% | 1.50% | 0.54% | -1.30% |
| 3/6/2017 | -0.38% | -0.45% | -1.77% | 0.73% |
| 3/7/2017 | -0.34% | -0.99% | -2.68% | -0.61% |
| 3/8/2017 | -0.33% | -1.45% | -0.95% | 1.39% |
| 3/9/2017 | -0.03% | -0.28% | -1.52% | 0.95% |
| 3/10/2017 | 0.35% | 0.37% | 0.39% | -1.70% |
| 3/13/2017 | 0.17% | 1.03% | 1.31% | 0.43% |
| 3/14/2017 | -0.42% | -1.50% | -1.28% | 0.49% |
| 3/15/2017 | 1.01% | 1.87% | 4.65% | -2.07% |
| 3/16/2017 | -0.06% | -0.48% | -0.66% | 0.48% |
| 3/17/2017 | -0.08% | -2.31% | -0.74% | -0.86% |
| 3/20/2017 | -0.23% | 1.05% | 0.17% | -0.62% |
| 3/21/2017 | -1.37% | -2.38% | -3.53% | 0.52% |
| 3/22/2017 | 0.18% | 0.82% | 1.18% | -0.01% |
| 3/23/2017 | 0.01% | 0.10% | -0.49% | 1.66% |
| 3/24/2017 | -0.03% | 0.68% | -1.47% | -0.99% |
| 3/27/2017 | -0.03% | 0.58% | 0.44% | 0.58% |
| 3/28/2017 | 0.69% | 0.40% | 1.32% | 0.47% |
| 3/29/2017 | 0.23% | 1.41% | -0.01% | -0.68% |

135

# Exhibit-5

### U.S. Market Index, Brazilian Market Index,
### Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 3/30/2017 | 0.26% | -0.39% | 0.26% | 0.95% |
| 3/31/2017 | -0.11% | -0.37% | 0.62% | -0.84% |
| 4/3/2017 | -0.26% | 0.47% | 0.34% | -0.27% |
| 4/4/2017 | 0.06% | 0.57% | 1.39% | -0.67% |
| 4/5/2017 | -0.41% | -1.28% | -2.10% | 0.85% |
| 4/6/2017 | 0.35% | -0.74% | 0.96% | 0.71% |
| 4/7/2017 | -0.07% | 0.54% | 0.94% | 0.11% |
| 4/10/2017 | 0.15% | 0.11% | -0.42% | -0.45% |
| 4/11/2017 | -0.01% | -0.37% | 1.86% | 0.17% |
| 4/12/2017 | -0.46% | -0.37% | -3.87% | -0.36% |
| 4/13/2017 | -0.72% | -1.89% | -1.75% | 0.59% |
| 4/17/2017 | 0.86% | 2.57% | -0.20% | -1.47% |
| 4/18/2017 | -0.25% | 0.03% | -0.14% | 0.30% |
| 4/19/2017 | -0.14% | -1.29% | -1.72% | 1.42% |
| 4/20/2017 | 0.76% | 0.09% | 2.97% | -0.12% |
| 4/21/2017 | -0.28% | 0.00% | -0.32% | -0.01% |
| 4/24/2017 | 1.07% | 1.01% | 1.79% | -0.65% |
| 4/25/2017 | 0.60% | 0.95% | 0.73% | 0.61% |
| 4/26/2017 | -0.01% | -0.28% | 0.01% | 0.80% |
| 4/27/2017 | -0.01% | 0.05% | -2.15% | 0.35% |
| 4/28/2017 | -0.26% | 0.99% | -0.28% | -0.21% |
| 5/1/2017 | 0.20% | 0.00% | -0.67% | -0.00% |
| 5/2/2017 | 0.02% | 1.98% | 0.29% | -0.79% |
| 5/3/2017 | -0.26% | -0.49% | -3.20% | 0.43% |
| 5/4/2017 | -0.08% | -1.71% | -1.68% | 0.74% |
| 5/5/2017 | 0.58% | 1.21% | 1.65% | -0.35% |
| 5/8/2017 | -0.08% | -0.26% | -0.14% | 0.64% |
| 5/9/2017 | -0.10% | 1.06% | -0.83% | -0.24% |
| 5/10/2017 | 0.26% | 1.73% | 0.72% | -0.71% |
| 5/11/2017 | -0.27% | 0.41% | 0.12% | -0.87% |
| 5/12/2017 | -0.15% | 1.21% | 0.23% | -0.59% |
| 5/15/2017 | 0.56% | 0.20% | 1.26% | -0.34% |
| 5/16/2017 | -0.04% | 0.10% | 0.55% | -0.48% |
| 5/17/2017 | -1.83% | -1.67% | -1.80% | 1.34% |
| 5/18/2017 | 0.34% | -10.07% | -0.78% | 7.16% |

136

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|--------------------------|-------------------------------|---------------------|------------------------|
| 5/19/2017 | 0.76% | 1.74% | 1.79% | -3.56% |
| 5/22/2017 | 0.54% | -1.96% | 0.60% | 0.39% |
| 5/23/2017 | 0.15% | 1.66% | 1.61% | 0.15% |
| 5/24/2017 | 0.24% | 1.26% | -0.07% | 0.24% |
| 5/25/2017 | 0.32% | -0.11% | -0.83% | -0.14% |
| 5/26/2017 | 0.03% | 1.42% | -0.32% | -0.41% |
| 5/30/2017 | -0.23% | -0.47% | -0.42% | -0.07% |
| 5/31/2017 | -0.03% | -1.69% | -1.19% | -0.96% |
| 6/1/2017 | 0.90% | -0.58% | 0.85% | 0.74% |
| 6/2/2017 | 0.35% | 0.36% | -0.91% | -0.07% |
| 6/5/2017 | -0.18% | 0.03% | 1.14% | 1.49% |
| 6/6/2017 | -0.22% | 0.85% | 0.69% | -0.58% |
| 6/7/2017 | 0.07% | 0.41% | -0.57% | -0.25% |
| 6/8/2017 | 0.16% | -0.91% | 3.25% | -0.24% |
| 6/9/2017 | -0.05% | -1.04% | -0.44% | 1.08% |
| 6/12/2017 | -0.09% | -0.73% | 0.16% | 0.64% |
| 6/13/2017 | 0.53% | 0.40% | 0.55% | -0.08% |
| 6/14/2017 | -0.23% | 0.28% | -2.98% | -1.25% |
| 6/15/2017 | -0.30% | 0.00% | -3.62% | 0.03% |
| 6/16/2017 | 0.05% | -0.42% | -0.73% | 0.56% |
| 6/19/2017 | 0.76% | 0.46% | 1.11% | -0.32% |
| 6/20/2017 | -0.75% | -1.96% | -1.31% | 1.34% |
| 6/21/2017 | -0.07% | -0.31% | -0.19% | 0.28% |
| 6/22/2017 | 0.08% | 0.74% | 1.75% | 0.19% |
| 6/23/2017 | 0.29% | -0.38% | 2.45% | 0.01% |
| 6/26/2017 | 0.09% | 1.84% | 0.10% | -1.41% |
| 6/27/2017 | -0.75% | -1.08% | -0.53% | 0.52% |
| 6/28/2017 | 1.00% | 0.36% | 3.20% | -1.00% |
| 6/29/2017 | -0.82% | 0.35% | -0.18% | 0.72% |
| 6/30/2017 | 0.14% | 1.14% | -0.03% | 0.09% |
| 7/3/2017 | 0.30% | 0.46% | 0.84% | -0.17% |
| 7/5/2017 | 0.01% | -0.01% | -0.43% | -0.38% |
| 7/6/2017 | -0.93% | -1.21% | -0.98% | 0.22% |
| 7/7/2017 | 0.64% | -0.26% | -0.79% | -0.45% |
| 7/10/2017 | 0.05% | 0.99% | 1.67% | -0.78% |

# Exhibit-5

## U.S. Market Index, Brazilian Market Index,
## Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 7/11/2017 | 0.02% | 1.27% | 1.88% | -0.03% |
| 7/12/2017 | 0.77% | 1.73% | -0.07% | -1.45% |
| 7/13/2017 | 0.17% | 0.82% | 1.18% | 0.18% |
| 7/14/2017 | 0.48% | 0.31% | 0.11% | -1.06% |
| 7/17/2017 | 0.00% | -0.43% | 1.29% | 0.11% |
| 7/18/2017 | 0.05% | 0.17% | -0.63% | -0.91% |
| 7/19/2017 | 0.60% | -0.27% | 1.62% | -0.18% |
| 7/20/2017 | 0.00% | -0.02% | 0.08% | -0.90% |
| 7/21/2017 | -0.09% | -0.34% | -0.88% | 0.67% |
| 7/24/2017 | -0.01% | 0.47% | -0.27% | 0.16% |
| 7/25/2017 | 0.35% | 0.48% | 3.45% | 0.81% |
| 7/26/2017 | -0.01% | -0.82% | -0.70% | -1.07% |
| 7/27/2017 | -0.21% | 0.47% | -1.78% | 0.45% |
| 7/28/2017 | -0.11% | 0.16% | -1.79% | -0.67% |
| 7/31/2017 | -0.09% | 0.41% | 1.08% | -0.18% |
| 8/1/2017 | 0.24% | 1.08% | -1.45% | 0.00% |
| 8/2/2017 | -0.10% | 1.02% | -0.34% | -0.41% |
| 8/3/2017 | -0.22% | -0.47% | -1.52% | -0.04% |
| 8/4/2017 | 0.20% | 0.04% | 0.56% | 0.60% |
| 8/7/2017 | 0.14% | 1.29% | 0.67% | -0.16% |
| 8/8/2017 | -0.28% | 0.06% | -0.50% | 0.02% |
| 8/9/2017 | -0.14% | -0.26% | -0.36% | 0.92% |
| 8/10/2017 | -1.45% | -1.01% | -0.81% | 0.62% |
| 8/11/2017 | 0.15% | 0.78% | -0.70% | 0.57% |
| 8/14/2017 | 0.98% | 1.36% | -0.14% | -0.15% |
| 8/15/2017 | -0.14% | 0.17% | -0.65% | -0.61% |
| 8/16/2017 | 0.22% | 0.19% | 2.49% | -0.54% |
| 8/17/2017 | -1.47% | -0.83% | -2.54% | 0.72% |
| 8/18/2017 | -0.12% | 1.08% | 0.40% | -0.90% |
| 8/21/2017 | 0.09% | -0.19% | 0.85% | 0.57% |
| 8/22/2017 | 0.94% | 2.15% | 1.97% | -0.11% |
| 8/23/2017 | -0.19% | 0.52% | 1.62% | -0.63% |
| 8/24/2017 | -0.12% | 0.60% | -0.10% | 0.21% |
| 8/25/2017 | 0.20% | -0.08% | 0.21% | 0.39% |
| 8/28/2017 | 0.03% | -0.25% | 1.64% | 0.21% |

138

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 8/29/2017 | 0.07% | 0.46% | 0.88% | -0.06% |
| 8/30/2017 | 0.46% | -0.66% | 0.33% | -0.15% |
| 8/31/2017 | 0.69% | -0.31% | 0.53% | -0.39% |
| 9/1/2017 | 0.29% | 1.51% | 1.59% | -0.20% |
| 9/5/2017 | -0.77% | 0.36% | -0.73% | -0.77% |
| 9/6/2017 | 0.32% | 1.85% | 0.16% | -0.55% |
| 9/7/2017 | -0.00% | 0.00% | 0.46% | -0.04% |
| 9/8/2017 | -0.13% | -0.14% | -2.00% | -0.40% |
| 9/11/2017 | 1.02% | 1.68% | -0.40% | 0.52% |
| 9/12/2017 | 0.35% | 0.28% | 0.93% | 0.71% |
| 9/13/2017 | 0.06% | 0.50% | -0.66% | 0.32% |
| 9/14/2017 | -0.05% | 0.11% | -0.97% | -0.52% |
| 9/15/2017 | 0.18% | 1.55% | 0.38% | -0.34% |
| 9/18/2017 | 0.20% | 0.22% | 0.72% | 0.91% |
| 9/19/2017 | 0.11% | 0.06% | 0.44% | -0.06% |
| 9/20/2017 | 0.09% | 0.24% | 0.64% | -0.08% |
| 9/21/2017 | -0.25% | -0.40% | -1.89% | 0.17% |
| 9/22/2017 | 0.11% | -0.15% | -0.98% | -0.40% |
| 9/25/2017 | -0.19% | -1.15% | 0.84% | 1.11% |
| 9/26/2017 | 0.02% | -0.29% | -0.49% | 0.21% |
| 9/27/2017 | 0.50% | -0.88% | 1.11% | 0.84% |
| 9/28/2017 | 0.16% | -0.29% | -0.06% | -0.34% |
| 9/29/2017 | 0.33% | 1.03% | 0.32% | -0.65% |
| 10/2/2017 | 0.45% | 0.09% | 1.80% | -0.24% |
| 10/3/2017 | 0.25% | 3.25% | 0.35% | -0.37% |
| 10/4/2017 | 0.08% | -0.22% | -0.11% | -0.24% |
| 10/5/2017 | 0.48% | 0.12% | 0.20% | 0.61% |
| 10/6/2017 | -0.10% | -0.76% | -1.01% | 0.05% |
| 10/9/2017 | -0.20% | -0.30% | -0.98% | 1.03% |
| 10/10/2017 | 0.27% | 1.70% | -0.46% | -0.29% |
| 10/11/2017 | 0.20% | -0.28% | 0.72% | -0.22% |
| 10/12/2017 | -0.15% | 0.00% | 0.42% | -0.06% |
| 10/13/2017 | 0.09% | -0.00% | 1.24% | -0.80% |
| 10/16/2017 | 0.10% | -0.25% | -0.67% | 0.82% |
| 10/17/2017 | -0.02% | -0.78% | -0.22% | -0.42% |

139

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|--------------------------|-------------------------------|---------------------|------------------------|
| 10/18/2017 | 0.10% | 0.63% | 0.52% | 0.41% |
| 10/19/2017 | -0.01% | -0.63% | 0.47% | -0.13% |
| 10/20/2017 | 0.42% | 0.17% | 0.85% | 0.80% |
| 10/23/2017 | -0.43% | -1.34% | -0.82% | 1.41% |
| 10/24/2017 | 0.17% | 1.05% | 1.62% | 0.17% |
| 10/25/2017 | -0.54% | 0.53% | -1.15% | -0.32% |
| 10/26/2017 | 0.15% | -0.87% | -1.23% | 1.76% |
| 10/27/2017 | 0.76% | 0.14% | -0.61% | -1.66% |
| 10/30/2017 | -0.34% | -1.64% | -1.34% | 1.62% |
| 10/31/2017 | 0.20% | -0.65% | -1.10% | -0.50% |
| 11/1/2017 | 0.07% | -0.90% | 0.83% | -0.16% |
| 11/2/2017 | 0.03% | 0.00% | 0.10% | 0.01% |
| 11/3/2017 | 0.29% | -0.06% | -0.81% | 1.41% |
| 11/6/2017 | 0.21% | 0.37% | 0.95% | -1.98% |
| 11/7/2017 | -0.18% | -2.60% | -0.69% | 0.67% |
| 11/8/2017 | 0.14% | 2.78% | -0.48% | -0.51% |
| 11/9/2017 | -0.36% | -1.81% | -1.77% | -0.08% |
| 11/10/2017 | -0.03% | -1.14% | -0.93% | 0.79% |
| 11/13/2017 | 0.02% | 0.36% | 0.45% | 0.05% |
| 11/14/2017 | -0.26% | -2.24% | -2.04% | 1.02% |
| 11/15/2017 | -0.49% | 0.00% | 0.42% | 0.01% |
| 11/16/2017 | 0.93% | 2.44% | 0.49% | -1.19% |
| 11/17/2017 | -0.09% | 1.29% | 1.04% | -0.51% |
| 11/20/2017 | 0.18% | 0.00% | 0.14% | -0.00% |
| 11/21/2017 | 0.66% | 1.40% | 1.01% | 0.04% |
| 11/22/2017 | -0.01% | -0.29% | 0.83% | -1.06% |
| 11/24/2017 | 0.22% | -0.81% | 0.24% | 0.27% |
| 11/27/2017 | -0.16% | -0.04% | -0.83% | -0.16% |
| 11/28/2017 | 0.88% | -0.11% | 1.03% | -0.46% |
| 11/29/2017 | -0.07% | -2.00% | -0.34% | 1.02% |
| 11/30/2017 | 0.72% | -0.95% | 1.14% | 0.82% |
| 12/1/2017 | -0.11% | 0.35% | 0.57% | -0.45% |
| 12/4/2017 | -0.17% | 0.87% | 0.72% | -0.43% |
| 12/5/2017 | -0.42% | -0.60% | -1.86% | -0.08% |
| 12/6/2017 | -0.14% | 1.16% | 0.21% | -0.19% |

140

# Exhibit-5

### U.S. Market Index, Brazilian Market Index,
### Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|------|------|------|------|
| 12/7/2017 | 0.40% | -1.06% | 1.25% | 1.69% |
| 12/8/2017 | 0.50% | 0.33% | 1.59% | 0.04% |
| 12/11/2017 | 0.28% | 0.03% | 1.38% | 0.39% |
| 12/12/2017 | 0.08% | 1.40% | 0.12% | 0.05% |
| 12/13/2017 | 0.05% | -1.33% | 0.94% | 0.11% |
| 12/14/2017 | -0.44% | -0.77% | -1.40% | 0.96% |
| 12/15/2017 | 0.79% | 0.09% | 1.02% | -1.42% |
| 12/18/2017 | 0.67% | 0.50% | 2.33% | -0.07% |
| 12/19/2017 | -0.34% | -0.66% | 1.12% | -0.07% |
| 12/20/2017 | -0.01% | 0.68% | 1.80% | 0.24% |
| 12/21/2017 | 0.25% | 2.48% | 1.02% | 0.32% |
| 12/22/2017 | -0.02% | -0.03% | 0.78% | 0.86% |
| 12/26/2017 | -0.02% | 0.75% | 1.72% | -0.78% |
| 12/27/2017 | 0.08% | 0.53% | -0.86% | 0.12% |
| 12/28/2017 | 0.25% | 0.37% | 1.51% | -0.08% |
| 12/29/2017 | -0.48% | 0.00% | -0.78% | 0.00% |
| 1/2/2018 | 0.85% | 1.75% | 4.27% | -1.62% |
| 1/3/2018 | 0.58% | 0.22% | -0.60% | -0.68% |
| 1/4/2018 | 0.40% | 0.88% | 0.64% | -0.07% |
| 1/5/2018 | 0.58% | 0.42% | -0.18% | -0.17% |
| 1/8/2018 | 0.18% | 0.18% | 0.74% | 0.36% |
| 1/9/2018 | 0.09% | -0.68% | -1.51% | 0.23% |
| 1/10/2018 | -0.15% | -0.78% | 1.89% | -0.62% |
| 1/11/2018 | 0.83% | 1.43% | 2.87% | -0.40% |
| 1/12/2018 | 0.61% | -0.09% | -0.51% | -0.28% |
| 1/16/2018 | -0.44% | 1.01% | -1.84% | 0.56% |
| 1/17/2018 | 0.85% | 1.65% | 1.72% | -0.02% |
| 1/18/2018 | -0.20% | -0.24% | -1.54% | -0.54% |
| 1/19/2018 | 0.54% | 0.35% | 0.76% | -0.32% |
| 1/22/2018 | 0.76% | 0.68% | 0.67% | 0.18% |
| 1/23/2018 | 0.26% | -0.90% | -0.10% | 1.08% |
| 1/24/2018 | -0.09% | 3.81% | 0.59% | -2.84% |
| 1/25/2018 | 0.01% | 0.00% | -1.11% | 0.06% |
| 1/26/2018 | 0.99% | 2.50% | 0.86% | 0.08% |
| 1/29/2018 | -0.69% | -1.19% | -1.43% | 0.13% |

141

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|--------------------------|-------------------------------|---------------------|------------------------|
| 1/30/2018 | -1.02% | -0.18% | -3.05% | 0.83% |
| 1/31/2018 | 0.02% | 0.56% | -0.90% | 0.15% |
| 2/1/2018 | -0.03% | 0.67% | 0.37% | -0.60% |
| 2/2/2018 | -2.11% | -1.65% | -4.56% | 1.60% |
| 2/5/2018 | -3.88% | -2.78% | -1.74% | 1.37% |
| 2/6/2018 | 1.52% | 2.17% | 2.19% | -0.85% |
| 2/7/2018 | -0.42% | -1.30% | -1.56% | 1.13% |
| 2/8/2018 | -3.53% | -1.63% | -2.73% | 0.44% |
| 2/9/2018 | 1.22% | -0.97% | 0.77% | 0.26% |
| 2/12/2018 | 1.31% | 0.00% | 3.07% | 0.03% |
| 2/13/2018 | 0.29% | 0.00% | 1.45% | 0.01% |
| 2/14/2018 | 1.43% | 2.93% | 3.85% | -2.40% |
| 2/15/2018 | 1.11% | 0.63% | -0.06% | 0.32% |
| 2/16/2018 | 0.04% | 0.29% | 2.47% | 0.10% |
| 2/20/2018 | -0.63% | 1.80% | -2.15% | 0.75% |
| 2/21/2018 | -0.44% | 0.50% | -0.69% | 0.42% |
| 2/22/2018 | 0.02% | 0.60% | -0.08% | -0.58% |
| 2/23/2018 | 1.46% | 0.68% | 0.61% | -0.38% |
| 2/26/2018 | 1.00% | 0.14% | 0.91% | -0.37% |
| 2/27/2018 | -1.26% | -0.90% | -1.57% | 0.80% |
| 2/28/2018 | -1.11% | -1.48% | -2.90% | -0.17% |
| 3/1/2018 | -1.09% | 0.18% | 2.29% | 0.16% |
| 3/2/2018 | 0.59% | 0.67% | 0.79% | 0.04% |
| 3/5/2018 | 1.01% | 0.35% | -0.77% | -0.30% |
| 3/6/2018 | 0.41% | -0.43% | 1.72% | -0.97% |
| 3/7/2018 | 0.04% | -0.16% | 0.27% | 1.04% |
| 3/8/2018 | 0.36% | -0.30% | -2.09% | 0.66% |
| 3/9/2018 | 1.56% | 1.63% | -0.45% | -0.36% |
| 3/12/2018 | -0.02% | 0.59% | 1.07% | 0.21% |
| 3/13/2018 | -0.62% | -0.58% | -0.32% | -0.05% |
| 3/14/2018 | -0.46% | -0.54% | -1.81% | 0.00% |
| 3/15/2018 | -0.22% | -1.40% | -0.37% | 0.78% |
| 3/16/2018 | 0.24% | -0.03% | 1.30% | -0.16% |
| 3/19/2018 | -1.30% | -0.97% | -2.85% | 0.16% |
| 3/20/2018 | 0.13% | 0.20% | -0.87% | 0.77% |

142

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 3/21/2018 | 0.04% | 0.84% | 2.40% | -1.19% |
| 3/22/2018 | -2.42% | -0.13% | -6.11% | 1.32% |
| 3/23/2018 | -1.95% | -0.43% | -0.93% | -0.11% |
| 3/26/2018 | 2.40% | 0.83% | 1.84% | -0.01% |
| 3/27/2018 | -1.67% | -1.39% | -2.60% | 0.51% |
| 3/28/2018 | -0.26% | -0.08% | -1.22% | -0.25% |
| 3/29/2018 | 1.34% | 1.78% | 3.01% | -0.44% |
| 4/2/2018 | -2.16% | -1.11% | -1.37% | 0.16% |
| 4/3/2018 | 1.15% | -0.02% | 1.04% | 0.90% |
| 4/4/2018 | 1.03% | -0.27% | 0.51% | -0.35% |
| 4/5/2018 | 0.74% | 0.93% | 2.15% | 0.45% |
| 4/6/2018 | -2.02% | -0.38% | -2.71% | 0.74% |
| 4/9/2018 | 0.28% | -2.05% | 0.86% | 1.48% |
| 4/10/2018 | 1.63% | 1.11% | 3.47% | -0.33% |
| 4/11/2018 | -0.38% | 1.01% | -0.79% | -1.01% |
| 4/12/2018 | 0.69% | 0.22% | 0.72% | 1.14% |
| 4/13/2018 | -0.31% | -1.50% | 0.43% | 0.27% |
| 4/16/2018 | 0.80% | -1.85% | -0.04% | -0.08% |
| 4/17/2018 | 1.02% | 1.28% | 1.82% | -0.34% |
| 4/18/2018 | 0.16% | 1.83% | 1.99% | -0.81% |
| 4/19/2018 | -0.54% | -0.03% | 0.91% | 0.24% |
| 4/20/2018 | -0.75% | -0.31% | -0.65% | 0.72% |
| 4/23/2018 | -0.04% | 0.10% | -2.48% | 1.16% |
| 4/24/2018 | -1.14% | -0.38% | -0.89% | 0.54% |
| 4/25/2018 | 0.08% | -0.47% | 0.47% | 0.39% |
| 4/26/2018 | 0.90% | 1.56% | 0.11% | -0.27% |
| 4/27/2018 | 0.07% | 0.17% | -2.28% | -0.54% |
| 4/30/2018 | -0.73% | -0.51% | -0.59% | 1.45% |
| 5/1/2018 | 0.22% | 0.00% | -1.34% | 0.01% |
| 5/2/2018 | -0.56% | -2.07% | 0.85% | 1.25% |
| 5/3/2018 | -0.23% | -1.79% | 1.06% | -0.67% |
| 5/4/2018 | 1.22% | -0.39% | 2.27% | 0.06% |
| 5/7/2018 | 0.41% | -0.43% | 0.58% | 0.65% |
| 5/8/2018 | 0.04% | 0.34% | -0.23% | 0.29% |
| 5/9/2018 | 0.86% | 1.49% | 0.37% | 0.80% |

143

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|---|---|---|---|
| 5/10/2018 | 0.86% | 1.83% | 1.43% | -1.18% |
| 5/11/2018 | 0.15% | -1.16% | 0.46% | 1.39% |
| 5/14/2018 | 0.08% | -0.40% | -0.40% | 0.64% |
| 5/15/2018 | -0.58% | -0.23% | 0.44% | 0.85% |
| 5/16/2018 | 0.48% | 1.55% | 1.67% | 0.60% |
| 5/17/2018 | 0.03% | -3.78% | 1.12% | 0.56% |
| 5/18/2018 | -0.22% | -0.58% | -0.54% | 1.08% |
| 5/21/2018 | 0.70% | -1.29% | -0.51% | -1.61% |
| 5/22/2018 | -0.35% | 1.45% | -0.40% | -0.88% |
| 5/23/2018 | 0.23% | -2.50% | -0.69% | -0.44% |
| 5/24/2018 | -0.18% | -1.20% | 0.30% | 0.57% |
| 5/25/2018 | -0.22% | -1.49% | -1.27% | 0.08% |
| 5/29/2018 | -1.00% | -3.80% | -0.31% | 1.98% |
| 5/30/2018 | 1.30% | 0.89% | 2.21% | -0.04% |
| 5/31/2018 | -0.65% | 0.00% | -0.17% | -0.02% |
| 6/1/2018 | 0.96% | 0.12% | 1.15% | 1.06% |
| 6/4/2018 | 0.45% | 2.06% | -0.62% | -0.44% |
| 6/5/2018 | 0.15% | -3.23% | 1.26% | 1.59% |
| 6/6/2018 | 0.79% | -1.47% | 1.33% | 1.10% |
| 6/7/2018 | -0.11% | -3.01% | -0.94% | 1.52% |
| 6/8/2018 | 0.30% | -0.39% | -0.53% | -5.21% |
| 6/11/2018 | 0.15% | -1.00% | 0.67% | 0.01% |
| 6/12/2018 | 0.19% | 0.45% | -0.13% | 0.24% |
| 6/13/2018 | -0.36% | -0.96% | -0.81% | 0.04% |
| 6/14/2018 | 0.26% | -1.18% | 0.70% | 2.28% |
| 6/15/2018 | -0.16% | -0.28% | -2.53% | -2.03% |
| 6/18/2018 | -0.07% | -1.57% | 0.64% | 0.46% |
| 6/19/2018 | -0.41% | 2.86% | -2.23% | 0.00% |
| 6/20/2018 | 0.27% | 1.01% | 1.12% | 0.65% |
| 6/21/2018 | -0.69% | -2.82% | -1.26% | -0.06% |
| 6/22/2018 | 0.23% | 0.67% | 2.02% | 0.45% |
| 6/25/2018 | -1.45% | 0.77% | -4.19% | -0.25% |
| 6/26/2018 | 0.29% | 0.37% | 0.95% | 0.66% |
| 6/27/2018 | -0.98% | -1.23% | -1.44% | 1.60% |
| 6/28/2018 | 0.56% | 1.59% | -0.27% | -0.01% |

144

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|------|------|------|------|
| 6/29/2018 | 0.16% | 1.43% | 0.76% | 0.38% |
| 7/2/2018 | 0.22% | 0.37% | -0.27% | 0.92% |
| 7/3/2018 | -0.29% | 1.53% | -0.14% | -0.40% |
| 7/5/2018 | 0.84% | 0.86% | 1.72% | 0.90% |
| 7/6/2018 | 0.84% | 0.51% | 0.69% | -1.79% |
| 7/9/2018 | 0.84% | 0.00% | 1.17% | 0.26% |
| 7/10/2018 | 0.23% | 0.01% | 0.36% | -1.50% |
| 7/11/2018 | -0.74% | -0.52% | -2.13% | 1.62% |
| 7/12/2018 | 0.82% | 1.76% | 0.12% | 0.12% |
| 7/13/2018 | 0.07% | 1.15% | -0.26% | -0.79% |
| 7/16/2018 | -0.18% | 0.17% | -0.64% | 0.23% |
| 7/17/2018 | 0.39% | 1.98% | 1.28% | -0.57% |
| 7/18/2018 | 0.25% | -1.34% | 1.65% | 0.33% |
| 7/19/2018 | -0.25% | 0.75% | -2.57% | -0.57% |
| 7/20/2018 | -0.10% | 1.78% | 0.72% | -1.62% |
| 7/23/2018 | 0.10% | -1.08% | 1.24% | 0.39% |
| 7/24/2018 | 0.20% | 1.21% | 1.52% | -0.92% |
| 7/25/2018 | 0.82% | 1.40% | 0.33% | -1.60% |
| 7/26/2018 | -0.16% | -1.44% | -0.88% | 1.55% |
| 7/27/2018 | -0.77% | 0.48% | -1.37% | -0.93% |
| 7/30/2018 | -0.56% | 0.35% | -0.96% | 0.52% |
| 7/31/2018 | 0.55% | -1.66% | -0.30% | 0.69% |
| 8/1/2018 | -0.13% | 0.61% | -1.02% | -0.17% |
| 8/2/2018 | 0.55% | 0.54% | -0.77% | 0.01% |
| 8/3/2018 | 0.33% | 2.29% | 0.18% | -1.13% |
| 8/6/2018 | 0.38% | -0.50% | -0.13% | 0.76% |
| 8/7/2018 | 0.22% | -1.09% | -0.58% | 0.41% |
| 8/8/2018 | -0.03% | -1.62% | -0.37% | 0.55% |
| 8/9/2018 | -0.03% | -0.40% | -0.51% | 0.78% |
| 8/10/2018 | -0.64% | -3.29% | -0.48% | 1.52% |
| 8/13/2018 | -0.47% | 1.30% | -1.52% | 0.63% |
| 8/14/2018 | 0.66% | 1.49% | -0.63% | -0.43% |
| 8/15/2018 | -0.91% | -1.58% | -4.42% | 0.98% |
| 8/16/2018 | 0.80% | -0.19% | 1.42% | 0.04% |
| 8/17/2018 | 0.39% | -1.49% | 1.37% | 0.12% |

145

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 8/20/2018 | 0.28% | 0.27% | 0.65% | 1.48% |
| 8/21/2018 | 0.31% | -1.83% | 1.30% | 1.94% |
| 8/22/2018 | 0.07% | 2.15% | 0.24% | -0.13% |
| 8/23/2018 | -0.24% | -1.94% | -2.71% | 1.79% |
| 8/24/2018 | 0.62% | 0.72% | 1.84% | -0.33% |
| 8/27/2018 | 0.71% | 2.07% | 1.25% | -0.60% |
| 8/28/2018 | 0.00% | -0.68% | -0.19% | 1.38% |
| 8/29/2018 | 0.52% | 1.48% | 0.87% | -0.65% |
| 8/30/2018 | -0.45% | -2.78% | -2.13% | 1.02% |
| 8/31/2018 | 0.03% | 0.69% | 0.59% | -2.29% |
| 9/4/2018 | -0.22% | -2.54% | -1.87% | 2.55% |
| 9/5/2018 | -0.35% | 0.54% | 0.72% | -0.33% |
| 9/6/2018 | -0.40% | 1.63% | -0.08% | -2.14% |
| 9/7/2018 | -0.24% | 0.00% | -0.78% | 0.02% |
| 9/10/2018 | 0.23% | 0.10% | 0.03% | 0.66% |
| 9/11/2018 | 0.32% | -2.53% | -0.52% | 1.62% |
| 9/12/2018 | 0.08% | 0.48% | 2.31% | 0.11% |
| 9/13/2018 | 0.43% | -0.77% | -0.46% | 1.19% |
| 9/14/2018 | 0.09% | 0.74% | 0.44% | -0.80% |
| 9/17/2018 | -0.60% | 2.11% | 1.00% | -1.01% |
| 9/18/2018 | 0.55% | 1.64% | 1.59% | 0.68% |
| 9/19/2018 | 0.05% | -0.55% | 0.93% | -0.70% |
| 9/20/2018 | 0.78% | -0.28% | 0.23% | -1.33% |
| 9/21/2018 | -0.10% | 1.50% | -0.79% | -0.63% |
| 9/24/2018 | -0.37% | -1.94% | -0.87% | 1.01% |
| 9/25/2018 | -0.05% | 0.41% | 1.62% | -0.42% |
| 9/26/2018 | -0.40% | 0.64% | -2.30% | -1.07% |
| 9/27/2018 | 0.24% | 2.11% | -0.56% | -0.49% |
| 9/28/2018 | 0.01% | -1.05% | 0.19% | 0.91% |
| 10/1/2018 | 0.18% | -1.22% | 0.55% | -0.77% |
| 10/2/2018 | -0.23% | 4.12% | 0.37% | -1.93% |
| 10/3/2018 | 0.16% | 2.65% | -0.45% | -1.02% |
| 10/4/2018 | -0.94% | -0.15% | -1.16% | -0.69% |
| 10/5/2018 | -0.61% | -0.54% | -0.64% | -0.86% |
| 10/8/2018 | -0.13% | 5.22% | 0.48% | -1.63% |

146

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 10/9/2018 | -0.18% | -0.14% | -1.17% | -1.70% |
| 10/10/2018 | -3.18% | -2.80% | -3.14% | 1.07% |
| 10/11/2018 | -1.90% | -1.19% | 0.90% | 0.68% |
| 10/12/2018 | 1.22% | 0.00% | 0.07% | 0.05% |
| 10/15/2018 | -0.37% | 0.30% | 0.24% | -1.26% |
| 10/16/2018 | 2.12% | 3.18% | 1.24% | -0.28% |
| 10/17/2018 | -0.14% | -0.21% | 0.22% | -1.02% |
| 10/18/2018 | -1.47% | -2.01% | -1.81% | 0.92% |
| 10/19/2018 | -0.18% | 0.50% | -1.24% | -0.18% |
| 10/22/2018 | -0.39% | 1.40% | 0.68% | -0.78% |
| 10/23/2018 | -0.60% | 0.00% | -1.97% | 0.22% |
| 10/24/2018 | -3.11% | -2.45% | -5.98% | 1.10% |
| 10/25/2018 | 1.73% | 1.34% | 1.98% | -0.78% |
| 10/26/2018 | -1.56% | 1.95% | -1.95% | -1.71% |
| 10/29/2018 | -0.70% | -1.96% | -0.88% | 2.06% |
| 10/30/2018 | 1.55% | 3.91% | 0.61% | -0.57% |
| 10/31/2018 | 1.04% | 0.02% | 2.05% | 0.66% |
| 11/1/2018 | 1.29% | 1.10% | 1.82% | -0.56% |
| 11/2/2018 | -0.48% | 0.00% | 1.90% | -0.12% |
| 11/5/2018 | 0.44% | 1.50% | 0.14% | 0.79% |
| 11/6/2018 | 0.57% | -1.11% | -0.20% | 0.94% |
| 11/7/2018 | 1.91% | -1.32% | 0.67% | -0.79% |
| 11/8/2018 | -0.29% | -2.61% | -1.36% | 0.77% |
| 11/9/2018 | -0.98% | 0.61% | -2.33% | -0.72% |
| 11/12/2018 | -1.91% | -0.20% | -1.58% | 0.91% |
| 11/13/2018 | -0.12% | -1.16% | 0.61% | 0.94% |
| 11/14/2018 | -0.66% | 1.68% | -0.51% | -0.50% |
| 11/15/2018 | 1.07% | 0.00% | 1.84% | 0.00% |
| 11/16/2018 | 0.21% | 3.07% | 0.88% | -1.08% |
| 11/19/2018 | -1.67% | -0.60% | -2.35% | 0.36% |
| 11/20/2018 | -1.81% | 0.00% | -4.12% | 0.01% |
| 11/21/2018 | 0.62% | -0.62% | 1.66% | 1.07% |
| 11/23/2018 | -0.56% | -0.34% | -2.52% | 0.80% |
| 11/26/2018 | 1.45% | -0.84% | -1.08% | 2.90% |
| 11/27/2018 | 0.05% | 3.07% | -1.81% | -1.68% |

147

# Exhibit-5

## U.S. Market Index, Brazilian Market Index,
## Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|------|------|------|------|------|
| 11/28/2018 | 2.21% | 1.16% | 4.12% | -0.63% |
| 11/29/2018 | -0.18% | 0.64% | -1.31% | 0.04% |
| 11/30/2018 | 0.68% | -0.44% | 0.10% | 0.37% |
| 12/3/2018 | 1.14% | 0.09% | 2.76% | -0.64% |
| 12/4/2018 | -3.23% | -1.22% | -3.14% | 0.27% |
| 12/6/2018 | -0.19% | 0.42% | -1.90% | 0.69% |
| 12/7/2018 | -2.13% | -0.69% | -1.14% | 0.72% |
| 12/10/2018 | -0.02% | -2.57% | -1.16% | 0.27% |
| 12/11/2018 | -0.07% | 0.56% | -0.31% | -0.36% |
| 12/12/2018 | 0.63% | 0.78% | 1.05% | -1.25% |
| 12/13/2018 | -0.21% | 1.05% | -0.66% | 0.92% |
| 12/14/2018 | -1.72% | -0.56% | -2.47% | 0.67% |
| 12/17/2018 | -2.11% | -1.44% | 0.18% | -0.45% |
| 12/18/2018 | -0.02% | 0.23% | 0.98% | 0.33% |
| 12/19/2018 | -1.49% | -0.88% | -3.94% | -0.38% |
| 12/20/2018 | -1.55% | -0.48% | 0.01% | -1.43% |
| 12/21/2018 | -2.08% | 0.31% | -1.84% | 1.59% |
| 12/24/2018 | -2.45% | 0.00% | -1.96% | 0.00% |
| 12/26/2018 | 4.58% | -0.64% | 4.12% | 0.46% |
| 12/27/2018 | 0.68% | 0.66% | 0.20% | -1.24% |
| 12/28/2018 | 0.02% | 2.78% | -0.70% | 0.20% |
| 12/31/2018 | 0.83% | 0.00% | 0.07% | 0.00% |
| 1/2/2019 | 0.18% | 3.89% | 1.67% | -2.38% |
| 1/3/2019 | -2.13% | 1.15% | -2.39% | -0.89% |
| 1/4/2019 | 3.29% | -0.39% | 5.49% | -1.10% |
| 1/7/2019 | 0.92% | -0.11% | -0.11% | 0.54% |
| 1/8/2019 | 1.02% | 0.29% | 1.63% | -0.60% |
| 1/9/2019 | 0.62% | 1.62% | 2.10% | -0.88% |
| 1/10/2019 | 0.45% | 0.36% | -0.20% | 0.81% |
| 1/11/2019 | -0.02% | -0.01% | -0.00% | 0.02% |
| 1/14/2019 | -0.55% | 0.92% | -0.86% | -0.33% |
| 1/15/2019 | 0.98% | -0.44% | -2.02% | 0.49% |
| 1/16/2019 | 0.32% | 0.33% | 1.87% | 0.52% |
| 1/17/2019 | 0.71% | 0.78% | 2.17% | 0.37% |
| 1/18/2019 | 1.20% | 0.76% | 1.27% | 0.03% |

148

# Exhibit-5

## U.S. Market Index, Brazilian Market Index, Sector Index, and Currency Factor Returns

27 October 2016 through 6 February 2019

| Date | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return |
|---|---|---|---|---|
| 1/22/2019 | -1.43% | -1.24% | -1.63% | 1.68% |
| 1/23/2019 | 0.13% | 1.58% | 0.01% | -1.29% |
| 1/24/2019 | 0.28% | 1.18% | -0.85% | 0.19% |
| 1/25/2019 | 0.95% | 0.00% | 3.48% | -0.07% |
| 1/28/2019 | -0.65% | 0.43% | -1.23% | -0.23% |
| 1/29/2019 | -0.09% | 0.15% | 0.83% | -1.11% |
| 1/30/2019 | 1.43% | 0.71% | 3.43% | -0.95% |
| 1/31/2019 | 0.84% | 0.69% | 1.11% | -1.12% |
| 2/1/2019 | 0.14% | 0.37% | -0.58% | 0.43% |
| 2/4/2019 | 0.67% | 1.14% | 0.68% | 0.25% |
| 2/5/2019 | 0.44% | -0.30% | 0.15% | 0.03% |
| 2/6/2019 | -0.25% | -3.70% | -0.65% | 0.77% |

**Sources:** U.S. Market Index (CRSP), Brazilian Market Index (Bloomberg), Sector Index (S&P), Currency Factor (Eikon), and computations performed by Crowninshield Financial Research, Inc.

# Exhibit-6

## Vale ADR Regression Results

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.606 |
| Adjusted R Squared | 0.593 |
| Standard Error | 1.51% |
| Observations | 251 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.18% | 0.10% | 1.858 |
| U.S. Market Index | 0.071 | 0.130 | 0.550 |
| Brazilian Market Index | 0.312 | 0.081 | 3.833 |
| Sector Index | 0.829 | 0.081 | 10.247 |
| Currency Factor | -0.443 | 0.116 | -3.827 |
| 28 February 2018 | -2.69% | 1.53% | -1.759 |
| 26 April 2018 | 1.37% | 1.52% | 0.897 |
| 26 July 2018 | 2.48% | 1.53% | 1.623 |
| 25 October 2018 | -1.21% | 1.53% | -0.791 |

**Exhibit-7**

**Benchmark Bond Price Levels**

24 January 2018 through 6 February 2019

| Date | TAN3 Note Benchmark Bond Price | TAM5 Note Benchmark Bond Price | TAP8 Note Benchmark Bond Price | TAE3 Note Benchmark Bond Price | TAH6 Note Benchmark Bond Price | TAK9 Note Benchmark Bond Price | EAA3 Note Benchmark Bond Price |
|---|---|---|---|---|---|---|---|
| 1/24/2018 | 99.31 | 100.89 | 99.98 | 100.24 | 101.08 | 101.39 | 102.08 |
| 1/25/2018 | 99.35 | 100.95 | 100.09 | 100.41 | 101.28 | 101.61 | 102.32 |
| 1/26/2018 | 99.29 | 100.87 | 99.95 | 100.20 | 101.04 | 101.35 | 102.03 |
| 1/29/2018 | 99.18 | 100.75 | 99.72 | 99.85 | 100.64 | 100.91 | 101.53 |
| 1/30/2018 | 99.04 | 100.59 | 99.42 | 99.41 | 100.13 | 100.34 | 100.90 |
| 1/31/2018 | 99.04 | 100.59 | 99.42 | 99.40 | 100.12 | 100.34 | 100.90 |
| 2/1/2018 | 98.92 | 100.45 | 99.15 | 99.00 | 99.66 | 99.83 | 100.33 |
| 2/2/2018 | 98.69 | 100.18 | 98.66 | 98.27 | 98.80 | 98.90 | 99.28 |
| 2/5/2018 | 98.64 | 100.13 | 98.57 | 98.12 | 98.64 | 98.72 | 99.09 |
| 2/6/2018 | 98.45 | 99.91 | 98.14 | 97.49 | 97.92 | 97.93 | 98.20 |
| 2/7/2018 | 98.52 | 99.99 | 98.30 | 97.72 | 98.18 | 98.22 | 98.53 |
| 2/8/2018 | 98.26 | 99.68 | 97.72 | 96.87 | 97.20 | 97.14 | 97.33 |
| 2/9/2018 | 97.92 | 99.28 | 96.98 | 95.77 | 95.93 | 95.76 | 95.78 |
| 2/12/2018 | 98.01 | 99.40 | 97.19 | 96.08 | 96.30 | 96.16 | 96.23 |
| 2/13/2018 | 97.84 | 99.20 | 96.82 | 95.53 | 95.67 | 95.47 | 95.47 |
| 2/14/2018 | 97.78 | 99.13 | 96.69 | 95.34 | 95.45 | 95.23 | 95.20 |
| 2/15/2018 | 97.98 | 99.38 | 97.14 | 96.00 | 96.22 | 96.07 | 96.14 |
| 2/16/2018 | 98.12 | 99.55 | 97.46 | 96.48 | 96.77 | 96.68 | 96.82 |
| 2/19/2018 | 98.11 | 99.56 | 97.45 | 96.47 | 96.76 | 96.67 | 96.82 |
| 2/20/2018 | 98.11 | 99.56 | 97.45 | 96.47 | 96.76 | 96.67 | 96.81 |
| 2/21/2018 | 98.07 | 99.51 | 97.36 | 96.34 | 96.61 | 96.51 | 96.63 |
| 2/22/2018 | 97.99 | 99.42 | 97.18 | 96.08 | 96.31 | 96.18 | 96.27 |
| 2/23/2018 | 98.01 | 99.44 | 97.22 | 96.14 | 96.38 | 96.26 | 96.36 |
| 2/26/2018 | 98.14 | 99.62 | 97.54 | 96.61 | 96.94 | 96.87 | 97.04 |
| 2/27/2018 | 98.04 | 99.50 | 97.32 | 96.28 | 96.56 | 96.46 | 96.58 |
| 2/28/2018 | 97.94 | 99.38 | 97.10 | 95.96 | 96.19 | 96.05 | 96.13 |
| 3/1/2018 | 97.89 | 99.34 | 97.01 | 95.82 | 96.04 | 95.89 | 95.95 |
| 3/2/2018 | 97.69 | 99.09 | 96.56 | 95.15 | 95.27 | 95.05 | 95.01 |
| 3/5/2018 | 97.71 | 99.13 | 96.61 | 95.24 | 95.37 | 95.16 | 95.14 |
| 3/6/2018 | 97.81 | 99.26 | 96.84 | 95.58 | 95.77 | 95.60 | 95.63 |
| 3/7/2018 | 97.73 | 99.17 | 96.67 | 95.32 | 95.47 | 95.28 | 95.28 |
| 3/8/2018 | 97.76 | 99.20 | 96.73 | 95.42 | 95.58 | 95.39 | 95.41 |
| 3/9/2018 | 97.73 | 99.17 | 96.66 | 95.32 | 95.47 | 95.27 | 95.28 |
| 3/12/2018 | 97.73 | 99.18 | 96.68 | 95.34 | 95.50 | 95.31 | 95.32 |
| 3/13/2018 | 97.73 | 99.18 | 96.68 | 95.34 | 95.50 | 95.31 | 95.32 |
| 3/14/2018 | 97.71 | 99.17 | 96.65 | 95.30 | 95.46 | 95.26 | 95.27 |
| 3/15/2018 | 97.64 | 99.09 | 96.50 | 95.08 | 95.20 | 94.98 | 94.96 |
| 3/16/2018 | 97.62 | 99.07 | 96.45 | 95.01 | 95.13 | 94.90 | 94.87 |
| 3/19/2018 | 97.56 | 99.00 | 96.32 | 94.81 | 94.91 | 94.66 | 94.61 |
| 3/20/2018 | 97.50 | 98.93 | 96.19 | 94.62 | 94.69 | 94.43 | 94.34 |
| 3/21/2018 | 97.48 | 98.91 | 96.14 | 94.55 | 94.61 | 94.35 | 94.25 |
| 3/22/2018 | 97.45 | 98.89 | 96.10 | 94.49 | 94.54 | 94.27 | 94.17 |
| 3/23/2018 | 97.41 | 98.83 | 95.99 | 94.33 | 94.36 | 94.07 | 93.95 |
| 3/26/2018 | 97.36 | 98.79 | 95.90 | 94.20 | 94.21 | 93.91 | 93.77 |
| 3/27/2018 | 97.46 | 98.92 | 96.13 | 94.54 | 94.60 | 94.34 | 94.25 |
| 3/28/2018 | 97.42 | 98.87 | 96.04 | 94.41 | 94.46 | 94.18 | 94.07 |
| 3/29/2018 | 97.47 | 98.93 | 96.15 | 94.56 | 94.64 | 94.37 | 94.29 |
| 3/30/2018 | 97.46 | 98.93 | 96.14 | 94.56 | 94.63 | 94.37 | 94.29 |
| 3/31/2018 | 97.43 | 98.90 | 96.08 | 94.46 | 94.52 | 94.25 | 94.16 |
| 4/2/2018 | 97.42 | 98.89 | 96.05 | 94.43 | 94.49 | 94.21 | 94.11 |
| 4/3/2018 | 97.38 | 98.84 | 95.97 | 94.30 | 94.34 | 94.05 | 93.94 |
| 4/4/2018 | 97.38 | 98.84 | 95.96 | 94.29 | 94.34 | 94.05 | 93.94 |
| 4/5/2018 | 97.47 | 98.96 | 96.17 | 94.60 | 94.70 | 94.44 | 94.37 |
| 4/6/2018 | 97.51 | 99.01 | 96.28 | 94.76 | 94.88 | 94.64 | 94.59 |
| 4/9/2018 | 97.52 | 99.04 | 96.31 | 94.81 | 94.94 | 94.71 | 94.68 |
| 4/10/2018 | 97.61 | 99.14 | 96.50 | 95.09 | 95.27 | 95.06 | 95.07 |
| 4/11/2018 | 97.64 | 99.19 | 96.58 | 95.21 | 95.41 | 95.22 | 95.25 |

151

**Exhibit-7**

**Benchmark Bond Price Levels**

24 January 2018 through 6 February 2019

| Date | TAN3 Note Benchmark Bond Price | TAM5 Note Benchmark Bond Price | TAP8 Note Benchmark Bond Price | TAE3 Note Benchmark Bond Price | TAH6 Note Benchmark Bond Price | TAK9 Note Benchmark Bond Price | EAA3 Note Benchmark Bond Price |
|---|---|---|---|---|---|---|---|
| 4/12/2018 | 97.66 | 99.21 | 96.62 | 95.27 | 95.48 | 95.30 | 95.34 |
| 4/13/2018 | 97.73 | 99.30 | 96.79 | 95.52 | 95.77 | 95.62 | 95.69 |
| 4/16/2018 | 97.79 | 99.38 | 96.93 | 95.73 | 96.02 | 95.89 | 96.00 |
| 4/17/2018 | 97.87 | 99.48 | 97.11 | 96.02 | 96.35 | 96.25 | 96.40 |
| 4/18/2018 | 97.78 | 99.38 | 96.92 | 95.73 | 96.02 | 95.89 | 96.00 |
| 4/19/2018 | 97.55 | 99.11 | 96.41 | 94.97 | 95.14 | 94.93 | 94.93 |
| 4/20/2018 | 97.47 | 99.01 | 96.22 | 94.68 | 94.82 | 94.58 | 94.54 |
| 4/23/2018 | 97.37 | 98.90 | 96.00 | 94.36 | 94.45 | 94.18 | 94.10 |
| 4/24/2018 | 97.26 | 98.78 | 95.77 | 94.02 | 94.06 | 93.75 | 93.62 |
| 4/25/2018 | 97.10 | 98.58 | 95.39 | 93.46 | 93.42 | 93.06 | 92.85 |
| 4/26/2018 | 97.19 | 98.70 | 95.60 | 93.76 | 93.77 | 93.44 | 93.27 |
| 4/27/2018 | 97.22 | 98.74 | 95.68 | 93.88 | 93.91 | 93.59 | 93.45 |
| 4/30/2018 | 97.15 | 98.67 | 95.53 | 93.66 | 93.66 | 93.32 | 93.14 |
| 5/1/2018 | 97.04 | 98.53 | 95.27 | 93.29 | 93.23 | 92.86 | 92.63 |
| 5/2/2018 | 97.05 | 98.56 | 95.31 | 93.34 | 93.30 | 92.93 | 92.71 |
| 5/3/2018 | 97.02 | 98.51 | 95.23 | 93.22 | 93.16 | 92.78 | 92.54 |
| 5/4/2018 | 97.02 | 98.53 | 95.25 | 93.25 | 93.19 | 92.81 | 92.59 |
| 5/7/2018 | 97.03 | 98.55 | 95.28 | 93.30 | 93.26 | 92.89 | 92.67 |
| 5/8/2018 | 96.98 | 98.49 | 95.16 | 93.11 | 93.04 | 92.66 | 92.41 |
| 5/9/2018 | 96.95 | 98.46 | 95.09 | 93.02 | 92.94 | 92.54 | 92.29 |
| 5/10/2018 | 97.01 | 98.53 | 95.23 | 93.23 | 93.18 | 92.81 | 92.58 |
| 5/11/2018 | 97.02 | 98.55 | 95.25 | 93.26 | 93.21 | 92.84 | 92.62 |
| 5/14/2018 | 97.01 | 98.55 | 95.24 | 93.25 | 93.21 | 92.84 | 92.62 |
| 5/15/2018 | 96.85 | 98.36 | 94.89 | 92.73 | 92.61 | 92.19 | 91.90 |
| 5/16/2018 | 96.81 | 98.31 | 94.79 | 92.57 | 92.44 | 92.00 | 91.69 |
| 5/17/2018 | 96.80 | 98.30 | 94.77 | 92.54 | 92.40 | 91.96 | 91.65 |
| 5/18/2018 | 96.80 | 98.31 | 94.78 | 92.57 | 92.43 | 92.00 | 91.69 |
| 5/21/2018 | 96.77 | 98.28 | 94.72 | 92.47 | 92.33 | 91.88 | 91.56 |
| 5/22/2018 | 96.78 | 98.30 | 94.73 | 92.50 | 92.36 | 91.91 | 91.61 |
| 5/23/2018 | 96.78 | 98.30 | 94.73 | 92.49 | 92.36 | 91.91 | 91.61 |
| 5/24/2018 | 96.84 | 98.38 | 94.87 | 92.70 | 92.60 | 92.18 | 91.90 |
| 5/25/2018 | 96.86 | 98.41 | 94.93 | 92.79 | 92.70 | 92.29 | 92.02 |
| 5/28/2018 | 96.85 | 98.41 | 94.93 | 92.78 | 92.70 | 92.28 | 92.02 |
| 5/29/2018 | 96.91 | 98.48 | 95.05 | 92.96 | 92.90 | 92.51 | 92.27 |
| 5/30/2018 | 96.85 | 98.42 | 94.92 | 92.78 | 92.69 | 92.28 | 92.02 |
| 5/31/2018 | 96.83 | 98.40 | 94.88 | 92.71 | 92.62 | 92.20 | 91.94 |
| 6/1/2018 | 96.80 | 98.35 | 94.80 | 92.59 | 92.48 | 92.05 | 91.77 |
| 6/4/2018 | 96.80 | 98.37 | 94.81 | 92.61 | 92.51 | 92.08 | 91.81 |
| 6/5/2018 | 96.81 | 98.39 | 94.85 | 92.67 | 92.58 | 92.16 | 91.89 |
| 6/6/2018 | 96.77 | 98.34 | 94.75 | 92.52 | 92.40 | 91.97 | 91.68 |
| 6/7/2018 | 96.82 | 98.40 | 94.87 | 92.70 | 92.61 | 92.19 | 91.93 |
| 6/8/2018 | 96.82 | 98.40 | 94.86 | 92.69 | 92.61 | 92.19 | 91.93 |
| 6/11/2018 | 96.78 | 98.38 | 94.80 | 92.59 | 92.50 | 92.07 | 91.81 |
| 6/12/2018 | 96.82 | 98.42 | 94.88 | 92.71 | 92.64 | 92.22 | 91.97 |
| 6/13/2018 | 96.81 | 98.42 | 94.87 | 92.71 | 92.63 | 92.22 | 91.97 |
| 6/14/2018 | 96.89 | 98.52 | 95.06 | 92.98 | 92.95 | 92.56 | 92.35 |
| 6/15/2018 | 96.92 | 98.56 | 95.14 | 93.10 | 93.08 | 92.71 | 92.52 |
| 6/18/2018 | 96.87 | 98.51 | 95.03 | 92.94 | 92.90 | 92.52 | 92.31 |
| 6/19/2018 | 96.85 | 98.49 | 94.98 | 92.87 | 92.83 | 92.44 | 92.22 |
| 6/20/2018 | 96.84 | 98.48 | 94.96 | 92.84 | 92.80 | 92.40 | 92.18 |
| 6/21/2018 | 96.80 | 98.44 | 94.88 | 92.72 | 92.65 | 92.25 | 92.01 |
| 6/22/2018 | 96.80 | 98.44 | 94.88 | 92.71 | 92.65 | 92.25 | 92.01 |
| 6/25/2018 | 96.72 | 98.35 | 94.69 | 92.43 | 92.34 | 91.90 | 91.63 |
| 6/26/2018 | 96.69 | 98.32 | 94.62 | 92.34 | 92.23 | 91.79 | 91.51 |
| 6/27/2018 | 96.67 | 98.30 | 94.58 | 92.28 | 92.16 | 91.71 | 91.42 |
| 6/28/2018 | 96.53 | 98.13 | 94.26 | 91.80 | 91.61 | 91.11 | 90.76 |
| 6/29/2018 | 96.53 | 98.14 | 94.26 | 91.79 | 91.61 | 91.11 | 90.76 |

152

**Exhibit-7**

**Benchmark Bond Price Levels**

24 January 2018 through 6 February 2019

| Date | TAN3 Note Benchmark Bond Price | TAM5 Note Benchmark Bond Price | TAP8 Note Benchmark Bond Price | TAE3 Note Benchmark Bond Price | TAH6 Note Benchmark Bond Price | TAK9 Note Benchmark Bond Price | EAA3 Note Benchmark Bond Price |
|---|---|---|---|---|---|---|---|
| 6/30/2018 | 96.42 | 98.01 | 94.01 | 91.44 | 91.20 | 90.67 | 90.27 |
| 7/2/2018 | 96.28 | 97.85 | 93.69 | 90.96 | 90.65 | 90.08 | 89.61 |
| 7/3/2018 | 96.34 | 97.92 | 93.83 | 91.16 | 90.89 | 90.33 | 89.90 |
| 7/4/2018 | 96.34 | 97.92 | 93.83 | 91.16 | 90.88 | 90.33 | 89.90 |
| 7/5/2018 | 96.37 | 97.97 | 93.90 | 91.28 | 91.02 | 90.48 | 90.06 |
| 7/6/2018 | 96.43 | 98.04 | 94.04 | 91.48 | 91.25 | 90.73 | 90.35 |
| 7/9/2018 | 96.48 | 98.12 | 94.18 | 91.68 | 91.49 | 90.99 | 90.63 |
| 7/10/2018 | 96.53 | 98.19 | 94.29 | 91.85 | 91.69 | 91.21 | 90.88 |
| 7/11/2018 | 96.49 | 98.14 | 94.21 | 91.73 | 91.55 | 91.06 | 90.71 |
| 7/12/2018 | 96.54 | 98.21 | 94.33 | 91.91 | 91.76 | 91.28 | 90.96 |
| 7/13/2018 | 96.60 | 98.28 | 94.47 | 92.11 | 91.99 | 91.54 | 91.25 |
| 7/16/2018 | 96.58 | 98.28 | 94.44 | 92.08 | 91.96 | 91.50 | 91.21 |
| 7/17/2018 | 96.60 | 98.30 | 94.48 | 92.13 | 92.02 | 91.57 | 91.29 |
| 7/18/2018 | 96.61 | 98.31 | 94.50 | 92.16 | 92.06 | 91.61 | 91.33 |
| 7/19/2018 | 96.61 | 98.32 | 94.52 | 92.19 | 92.09 | 91.64 | 91.37 |
| 7/20/2018 | 96.60 | 98.31 | 94.50 | 92.15 | 92.05 | 91.60 | 91.33 |
| 7/23/2018 | 96.55 | 98.26 | 94.39 | 92.00 | 91.88 | 91.41 | 91.12 |
| 7/24/2018 | 96.63 | 98.36 | 94.57 | 92.26 | 92.19 | 91.75 | 91.50 |
| 7/25/2018 | 96.67 | 98.41 | 94.67 | 92.41 | 92.36 | 91.94 | 91.71 |
| 7/26/2018 | 96.64 | 98.38 | 94.60 | 92.32 | 92.25 | 91.83 | 91.58 |
| 7/27/2018 | 96.67 | 98.42 | 94.68 | 92.44 | 92.39 | 91.98 | 91.75 |
| 7/30/2018 | 96.67 | 98.43 | 94.70 | 92.46 | 92.42 | 92.01 | 91.79 |
| 7/31/2018 | 96.66 | 98.42 | 94.67 | 92.42 | 92.38 | 91.97 | 91.75 |
| 8/1/2018 | 96.60 | 98.35 | 94.53 | 92.21 | 92.14 | 91.70 | 91.45 |
| 8/2/2018 | 96.65 | 98.41 | 94.65 | 92.39 | 92.34 | 91.93 | 91.71 |
| 8/3/2018 | 96.72 | 98.51 | 94.83 | 92.66 | 92.66 | 92.27 | 92.09 |
| 8/6/2018 | 96.73 | 98.53 | 94.86 | 92.71 | 92.72 | 92.34 | 92.17 |
| 8/7/2018 | 96.72 | 98.53 | 94.86 | 92.70 | 92.72 | 92.34 | 92.17 |
| 8/8/2018 | 96.69 | 98.50 | 94.80 | 92.61 | 92.61 | 92.22 | 92.04 |
| 8/9/2018 | 96.74 | 98.56 | 94.91 | 92.79 | 92.82 | 92.45 | 92.30 |
| 8/10/2018 | 96.79 | 98.63 | 95.03 | 92.97 | 93.03 | 92.68 | 92.55 |
| 8/13/2018 | 96.71 | 98.54 | 94.86 | 92.71 | 92.74 | 92.37 | 92.21 |
| 8/14/2018 | 96.71 | 98.54 | 94.86 | 92.71 | 92.74 | 92.37 | 92.21 |
| 8/15/2018 | 96.73 | 98.58 | 94.92 | 92.80 | 92.84 | 92.48 | 92.34 |
| 8/16/2018 | 96.75 | 98.61 | 94.97 | 92.89 | 92.95 | 92.59 | 92.46 |
| 8/17/2018 | 96.76 | 98.62 | 94.99 | 92.91 | 92.98 | 92.63 | 92.51 |
| 8/20/2018 | 96.83 | 98.72 | 95.18 | 93.21 | 93.33 | 93.01 | 92.93 |
| 8/21/2018 | 96.81 | 98.69 | 95.12 | 93.11 | 93.22 | 92.89 | 92.80 |
| 8/22/2018 | 96.84 | 98.74 | 95.22 | 93.26 | 93.39 | 93.08 | 93.02 |
| 8/23/2018 | 96.84 | 98.74 | 95.22 | 93.26 | 93.39 | 93.08 | 93.02 |
| 8/24/2018 | 96.82 | 98.72 | 95.17 | 93.19 | 93.32 | 93.00 | 92.93 |
| 8/27/2018 | 96.80 | 98.70 | 95.12 | 93.12 | 93.24 | 92.92 | 92.84 |
| 8/28/2018 | 96.76 | 98.66 | 95.04 | 93.00 | 93.10 | 92.77 | 92.67 |
| 8/29/2018 | 96.75 | 98.65 | 95.02 | 92.96 | 93.06 | 92.73 | 92.63 |
| 8/30/2018 | 96.75 | 98.66 | 95.03 | 92.99 | 93.09 | 92.76 | 92.67 |
| 8/31/2018 | 96.72 | 98.62 | 94.95 | 92.86 | 92.95 | 92.61 | 92.50 |
| 9/3/2018 | 96.71 | 98.62 | 94.95 | 92.86 | 92.95 | 92.60 | 92.50 |
| 9/4/2018 | 96.63 | 98.52 | 94.74 | 92.55 | 92.60 | 92.22 | 92.07 |
| 9/5/2018 | 96.60 | 98.49 | 94.68 | 92.46 | 92.49 | 92.10 | 91.94 |
| 9/6/2018 | 96.65 | 98.56 | 94.82 | 92.67 | 92.73 | 92.37 | 92.24 |
| 9/7/2018 | 96.54 | 98.42 | 94.54 | 92.24 | 92.24 | 91.83 | 91.64 |
| 9/10/2018 | 96.55 | 98.45 | 94.57 | 92.29 | 92.31 | 91.91 | 91.72 |
| 9/11/2018 | 96.50 | 98.40 | 94.46 | 92.14 | 92.13 | 91.72 | 91.51 |
| 9/12/2018 | 96.55 | 98.46 | 94.58 | 92.31 | 92.34 | 91.94 | 91.77 |
| 9/13/2018 | 96.58 | 98.50 | 94.66 | 92.43 | 92.47 | 92.09 | 91.93 |
| 9/14/2018 | 96.57 | 98.50 | 94.66 | 92.43 | 92.47 | 92.09 | 91.93 |
| 9/17/2018 | 96.56 | 98.49 | 94.63 | 92.39 | 92.43 | 92.05 | 91.89 |

153

**Exhibit-7**

**Benchmark Bond Price Levels**

24 January 2018 through 6 February 2019

| Date | TAN3 Note Benchmark Bond Price | TAM5 Note Benchmark Bond Price | TAP8 Note Benchmark Bond Price | TAE3 Note Benchmark Bond Price | TAH6 Note Benchmark Bond Price | TAK9 Note Benchmark Bond Price | EAA3 Note Benchmark Bond Price |
|---|---|---|---|---|---|---|---|
| 9/18/2018 | 96.51 | 98.43 | 94.51 | 92.20 | 92.22 | 91.82 | 91.63 |
| 9/19/2018 | 96.44 | 98.35 | 94.34 | 91.96 | 91.94 | 91.51 | 91.30 |
| 9/20/2018 | 96.47 | 98.39 | 94.42 | 92.08 | 92.08 | 91.66 | 91.46 |
| 9/21/2018 | 96.48 | 98.41 | 94.46 | 92.13 | 92.15 | 91.74 | 91.55 |
| 9/24/2018 | 96.44 | 98.37 | 94.37 | 92.00 | 92.00 | 91.58 | 91.38 |
| 9/25/2018 | 96.42 | 98.34 | 94.31 | 91.91 | 91.90 | 91.47 | 91.25 |
| 9/26/2018 | 96.48 | 98.43 | 94.48 | 92.18 | 92.21 | 91.80 | 91.63 |
| 9/27/2018 | 96.51 | 98.46 | 94.54 | 92.26 | 92.31 | 91.92 | 91.75 |
| 9/28/2018 | 96.53 | 98.50 | 94.60 | 92.35 | 92.41 | 92.03 | 91.88 |
| 9/30/2018 | 96.45 | 98.41 | 94.41 | 92.07 | 92.09 | 91.69 | 91.50 |
| 10/1/2018 | 96.44 | 98.40 | 94.39 | 92.04 | 92.06 | 91.65 | 91.45 |
| 10/2/2018 | 96.48 | 98.46 | 94.51 | 92.22 | 92.26 | 91.87 | 91.71 |
| 10/3/2018 | 96.35 | 98.29 | 94.17 | 91.71 | 91.68 | 91.23 | 90.99 |
| 10/4/2018 | 96.17 | 98.07 | 93.74 | 91.05 | 90.92 | 90.41 | 90.08 |
| 10/5/2018 | 96.08 | 97.97 | 93.52 | 90.73 | 90.55 | 90.00 | 89.63 |
| 10/8/2018 | 96.07 | 97.97 | 93.51 | 90.72 | 90.54 | 90.00 | 89.62 |
| 10/9/2018 | 96.02 | 97.91 | 93.39 | 90.54 | 90.34 | 89.78 | 89.38 |
| 10/10/2018 | 95.94 | 97.82 | 93.20 | 90.25 | 90.00 | 89.41 | 88.97 |
| 10/11/2018 | 96.02 | 97.91 | 93.39 | 90.53 | 90.34 | 89.77 | 89.38 |
| 10/12/2018 | 96.02 | 97.92 | 93.38 | 90.53 | 90.34 | 89.77 | 89.38 |
| 10/15/2018 | 96.02 | 97.93 | 93.40 | 90.55 | 90.36 | 89.81 | 89.42 |
| 10/16/2018 | 96.05 | 97.97 | 93.47 | 90.67 | 90.50 | 89.95 | 89.58 |
| 10/17/2018 | 96.00 | 97.91 | 93.35 | 90.49 | 90.29 | 89.73 | 89.33 |
| 10/18/2018 | 95.94 | 97.84 | 93.22 | 90.28 | 90.06 | 89.47 | 89.05 |
| 10/19/2018 | 95.88 | 97.77 | 93.06 | 90.05 | 89.79 | 89.18 | 88.73 |
| 10/22/2018 | 95.86 | 97.76 | 93.03 | 90.01 | 89.75 | 89.14 | 88.68 |
| 10/23/2018 | 95.81 | 97.69 | 92.90 | 89.80 | 89.52 | 88.89 | 88.40 |
| 10/24/2018 | 95.88 | 97.79 | 93.09 | 90.09 | 89.85 | 89.25 | 88.80 |
| 10/25/2018 | 95.81 | 97.71 | 92.91 | 89.83 | 89.55 | 88.92 | 88.44 |
| 10/26/2018 | 95.82 | 97.73 | 92.95 | 89.88 | 89.61 | 88.99 | 88.52 |
| 10/29/2018 | 95.80 | 97.71 | 92.90 | 89.81 | 89.54 | 88.92 | 88.44 |
| 10/30/2018 | 95.72 | 97.62 | 92.71 | 89.52 | 89.21 | 88.55 | 88.04 |
| 10/31/2018 | 95.63 | 97.50 | 92.48 | 89.18 | 88.81 | 88.12 | 87.56 |
| 11/1/2018 | 95.65 | 97.53 | 92.53 | 89.26 | 88.91 | 88.23 | 87.68 |
| 11/2/2018 | 95.59 | 97.47 | 92.40 | 89.06 | 88.68 | 87.98 | 87.40 |
| 11/5/2018 | 95.61 | 97.50 | 92.45 | 89.14 | 88.77 | 88.08 | 87.52 |
| 11/6/2018 | 95.63 | 97.52 | 92.49 | 89.19 | 88.84 | 88.15 | 87.60 |
| 11/7/2018 | 95.69 | 97.61 | 92.65 | 89.45 | 89.13 | 88.47 | 87.95 |
| 11/8/2018 | 95.69 | 97.61 | 92.65 | 89.44 | 89.13 | 88.47 | 87.95 |
| 11/9/2018 | 95.67 | 97.58 | 92.59 | 89.36 | 89.03 | 88.36 | 87.83 |
| 11/12/2018 | 95.66 | 97.59 | 92.59 | 89.35 | 89.03 | 88.36 | 87.83 |
| 11/13/2018 | 95.58 | 97.49 | 92.39 | 89.06 | 88.70 | 88.00 | 87.44 |
| 11/14/2018 | 95.54 | 97.45 | 92.30 | 88.91 | 88.53 | 87.82 | 87.24 |
| 11/15/2018 | 95.42 | 97.30 | 91.99 | 88.46 | 88.01 | 87.26 | 86.61 |
| 11/16/2018 | 95.43 | 97.31 | 92.01 | 88.48 | 88.04 | 87.29 | 86.65 |
| 11/19/2018 | 95.41 | 97.29 | 91.97 | 88.42 | 87.97 | 87.22 | 86.57 |
| 11/20/2018 | 95.31 | 97.17 | 91.72 | 88.05 | 87.55 | 86.76 | 86.07 |
| 11/21/2018 | 95.33 | 97.20 | 91.77 | 88.13 | 87.65 | 86.87 | 86.19 |
| 11/22/2018 | 95.33 | 97.21 | 91.77 | 88.13 | 87.65 | 86.86 | 86.19 |
| 11/23/2018 | 95.32 | 97.21 | 91.77 | 88.13 | 87.64 | 86.86 | 86.19 |
| 11/26/2018 | 95.30 | 97.19 | 91.73 | 88.06 | 87.58 | 86.79 | 86.11 |
| 11/27/2018 | 95.27 | 97.15 | 91.63 | 87.92 | 87.41 | 86.61 | 85.91 |
| 11/28/2018 | 95.32 | 97.22 | 91.76 | 88.12 | 87.64 | 86.86 | 86.18 |
| 11/29/2018 | 95.32 | 97.23 | 91.78 | 88.14 | 87.67 | 86.89 | 86.22 |
| 11/30/2018 | 95.23 | 97.12 | 91.55 | 87.80 | 87.28 | 86.47 | 85.76 |
| 12/3/2018 | 95.33 | 97.25 | 91.81 | 88.19 | 87.72 | 86.95 | 86.30 |
| 12/4/2018 | 95.34 | 97.27 | 91.84 | 88.24 | 87.79 | 87.02 | 86.37 |

154

**Exhibit-7**

**Benchmark Bond Price Levels**

24 January 2018 through 6 February 2019

| Date | TAN3 Note Benchmark Bond Price | TAM5 Note Benchmark Bond Price | TAP8 Note Benchmark Bond Price | TAE3 Note Benchmark Bond Price | TAH6 Note Benchmark Bond Price | TAK9 Note Benchmark Bond Price | EAA3 Note Benchmark Bond Price |
|---|---|---|---|---|---|---|---|
| 12/5/2018 | 95.34 | 97.27 | 91.84 | 88.24 | 87.79 | 87.02 | 86.37 |
| 12/6/2018 | 95.23 | 97.14 | 91.56 | 87.82 | 87.30 | 86.50 | 85.80 |
| 12/7/2018 | 95.31 | 97.24 | 91.76 | 88.12 | 87.65 | 86.88 | 86.22 |
| 12/10/2018 | 95.24 | 97.16 | 91.59 | 87.86 | 87.36 | 86.56 | 85.87 |
| 12/11/2018 | 95.26 | 97.19 | 91.64 | 87.94 | 87.46 | 86.66 | 85.99 |
| 12/12/2018 | 95.30 | 97.25 | 91.76 | 88.11 | 87.65 | 86.87 | 86.22 |
| 12/13/2018 | 95.34 | 97.31 | 91.87 | 88.27 | 87.84 | 87.08 | 86.45 |
| 12/14/2018 | 95.37 | 97.35 | 91.94 | 88.38 | 87.96 | 87.22 | 86.60 |
| 12/17/2018 | 95.37 | 97.36 | 91.95 | 88.40 | 87.99 | 87.25 | 86.64 |
| 12/18/2018 | 95.35 | 97.34 | 91.91 | 88.34 | 87.93 | 87.18 | 86.56 |
| 12/19/2018 | 95.34 | 97.33 | 91.87 | 88.28 | 87.86 | 87.11 | 86.48 |
| 12/20/2018 | 95.10 | 97.03 | 91.26 | 87.36 | 86.80 | 85.96 | 85.22 |
| 12/21/2018 | 95.00 | 96.91 | 91.02 | 87.00 | 86.39 | 85.52 | 84.73 |
| 12/24/2018 | 95.00 | 96.93 | 91.03 | 87.02 | 86.42 | 85.55 | 84.77 |
| 12/25/2018 | 95.00 | 96.93 | 91.03 | 87.02 | 86.42 | 85.55 | 84.77 |
| 12/26/2018 | 94.88 | 96.78 | 90.73 | 86.58 | 85.92 | 85.00 | 84.17 |
| 12/27/2018 | 94.97 | 96.90 | 90.95 | 86.91 | 86.29 | 85.41 | 84.61 |
| 12/28/2018 | 95.01 | 96.95 | 91.06 | 87.07 | 86.48 | 85.61 | 84.84 |
| 12/31/2018 | 95.04 | 97.00 | 91.15 | 87.20 | 86.63 | 85.78 | 85.03 |
| 1/1/2019 | 95.04 | 97.00 | 91.15 | 87.20 | 86.63 | 85.78 | 85.03 |
| 1/2/2019 | 95.08 | 97.05 | 91.24 | 87.34 | 86.79 | 85.95 | 85.22 |
| 1/3/2019 | 95.19 | 97.20 | 91.53 | 87.78 | 87.29 | 86.50 | 85.83 |
| 1/4/2019 | 95.21 | 97.23 | 91.60 | 87.88 | 87.42 | 86.64 | 85.98 |
| 1/7/2019 | 95.31 | 97.37 | 91.86 | 88.27 | 87.86 | 87.12 | 86.52 |
| 1/8/2019 | 95.37 | 97.45 | 92.02 | 88.52 | 88.15 | 87.43 | 86.87 |
| 1/9/2019 | 95.49 | 97.60 | 92.34 | 88.99 | 88.70 | 88.03 | 87.53 |
| 1/10/2019 | 95.49 | 97.61 | 92.34 | 88.99 | 88.70 | 88.03 | 87.53 |
| 1/11/2019 | 95.53 | 97.67 | 92.47 | 89.18 | 88.93 | 88.27 | 87.81 |
| 1/14/2019 | 95.51 | 97.66 | 92.42 | 89.12 | 88.86 | 88.20 | 87.73 |
| 1/15/2019 | 95.54 | 97.69 | 92.50 | 89.23 | 88.99 | 88.34 | 87.88 |
| 1/16/2019 | 95.61 | 97.78 | 92.68 | 89.51 | 89.31 | 88.70 | 88.28 |
| 1/17/2019 | 95.63 | 97.81 | 92.74 | 89.59 | 89.41 | 88.80 | 88.40 |
| 1/18/2019 | 95.65 | 97.85 | 92.81 | 89.70 | 89.54 | 88.94 | 88.56 |
| 1/21/2019 | 95.65 | 97.86 | 92.82 | 89.72 | 89.57 | 88.97 | 88.60 |
| 1/22/2019 | 95.69 | 97.91 | 92.91 | 89.86 | 89.73 | 89.15 | 88.80 |
| 1/23/2019 | 95.70 | 97.93 | 92.95 | 89.92 | 89.79 | 89.22 | 88.88 |
| 1/24/2019 | 95.75 | 98.00 | 93.10 | 90.14 | 90.06 | 89.51 | 89.20 |
| 1/25/2019 | 95.78 | 98.04 | 93.17 | 90.25 | 90.19 | 89.65 | 89.36 |
| 1/28/2019 | 95.76 | 98.02 | 93.12 | 90.19 | 90.12 | 89.58 | 89.28 |
| 1/29/2019 | 95.82 | 98.11 | 93.31 | 90.47 | 90.45 | 89.94 | 89.68 |
| 1/30/2019 | 95.90 | 98.22 | 93.53 | 90.81 | 90.85 | 90.38 | 90.17 |
| 1/31/2019 | 96.03 | 98.38 | 93.87 | 91.33 | 91.45 | 91.04 | 90.91 |
| 2/1/2019 | 96.01 | 98.36 | 93.83 | 91.28 | 91.38 | 90.96 | 90.83 |
| 2/4/2019 | 96.01 | 98.37 | 93.83 | 91.27 | 91.38 | 90.96 | 90.82 |
| 2/5/2019 | 96.13 | 98.53 | 94.16 | 91.79 | 91.99 | 91.63 | 91.57 |
| 2/6/2019 | 96.16 | 98.57 | 94.26 | 91.93 | 92.16 | 91.81 | 91.78 |

**Sources:** Bloomberg, Federal Reserve Economic Data, and computations performed by Crowninshield Financial Research, Inc.

**Exhibit-8a**

**Vale TAP8 Note Regression Results**

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.314 |
| Adjusted R Squared | 0.299 |
| Standard Error | 0.33% |
| Observations | 247 |

| | Coefficients | Standard Error | $t$-statistic |
|---|---|---|---|
| Intercept | 0.01% | 0.02% | 0.704 |
| U.S. Market Index | -0.009 | 0.028 | -0.332 |
| Brazilian Market Index | 0.015 | 0.018 | 0.850 |
| Sector Index | 0.025 | 0.017 | 1.421 |
| Currency Factor | -0.051 | 0.025 | -2.043 |
| Benchmark Bond | 1.064 | 0.116 | 9.134 |

**Exhibit-8b**

**Vale TAM5 Note Regression Results**

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.105 |
| Adjusted R Squared | 0.087 |
| Standard Error | 0.28% |
| Observations | 251 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.00% | 0.02% | 0.274 |
| U.S. Market Index | 0.015 | 0.024 | 0.646 |
| Brazilian Market Index | -0.001 | 0.015 | -0.096 |
| Sector Index | -0.020 | 0.015 | -1.357 |
| Currency Factor | -0.034 | 0.021 | -1.589 |
| Benchmark Bond | 0.945 | 0.196 | 4.818 |

157

**Exhibit-8c**

**Vale TAE3 Note Regression Results**

Estimation Period: 25 January 2018 through 23 January 2019

| Regression Statistics | |
| --- | --- |
| R Squared | 0.138 |
| Adjusted R Squared | 0.116 |
| Standard Error | 0.72% |
| Observations | 197 |

| | Coefficients | Standard Error | $t$- statistic |
| --- | --- | --- | --- |
| Intercept | 0.02% | 0.05% | 0.322 |
| U.S. Market Index | 0.100 | 0.068 | 1.466 |
| Brazilian Market Index | 0.025 | 0.045 | 0.560 |
| Sector Index | -0.074 | 0.043 | -1.708 |
| Currency Factor | -0.052 | 0.067 | -0.782 |
| Benchmark Bond | 0.919 | 0.191 | 4.816 |

**Exhibit-8d**

**Vale TAH6 Note Regression Results**

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.276 |
| Adjusted R Squared | 0.260 |
| Standard Error | 0.48% |
| Observations | 240 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.02% | 0.03% | 0.503 |
| U.S. Market Index | 0.102 | 0.045 | 2.292 |
| Brazilian Market Index | -0.004 | 0.027 | -0.159 |
| Sector Index | 0.006 | 0.026 | 0.239 |
| Currency Factor | -0.017 | 0.038 | -0.449 |
| Benchmark Bond | 0.786 | 0.099 | 7.900 |

159

**Exhibit-8e**

**Vale TAK9 Note Regression Results**

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.339 |
| Adjusted R Squared | 0.323 |
| Standard Error | 0.47% |
| Observations | 211 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.03% | 0.03% | 0.821 |
| U.S. Market Index | 0.093 | 0.044 | 2.083 |
| Brazilian Market Index | 0.003 | 0.027 | 0.122 |
| Sector Index | -0.008 | 0.027 | -0.318 |
| Currency Factor | -0.069 | 0.038 | -1.796 |
| Benchmark Bond | 0.804 | 0.091 | 8.814 |

160

**Exhibit-8f**

**Vale EAA3 Note Regression Results**

Estimation Period: 25 January 2018 through 24 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.143 |
| Adjusted R Squared | 0.121 |
| Standard Error | 0.75% |
| Observations | 205 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.04% | 0.05% | 0.784 |
| U.S. Market Index | 0.012 | 0.074 | 0.156 |
| Brazilian Market Index | -0.008 | 0.046 | -0.169 |
| Sector Index | 0.026 | 0.044 | 0.586 |
| Currency Factor | -0.091 | 0.063 | -1.441 |
| Benchmark Bond | 0.685 | 0.135 | 5.052 |

## Exhibit-8g

## Vale TAN3 Note Regression Results

Estimation Period: 25 January 2018 through 17 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.062 |
| Adjusted R Squared | 0.013 |
| Standard Error | 0.51% |
| Observations | 103 |

| | Coefficients | Standard Error | $t$- statistic |
|---|---|---|---|
| Intercept | 0.01% | 0.05% | 0.143 |
| U.S. Market Index | 0.043 | 0.069 | 0.628 |
| Brazilian Market Index | -0.069 | 0.046 | -1.512 |
| Sector Index | 0.001 | 0.038 | 0.028 |
| Currency Factor | -0.037 | 0.070 | -0.538 |
| Benchmark Bond | 1.022 | 0.606 | 1.687 |

162

**Exhibit-9**

**Vale ADR Event Study Results**

| Date | Vale ADR Closing Price | Vale ADR Prior Day Closing Price | Vale ADR Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Vale ADR Explained Return | Vale ADR Residual Return | t-statistic | | Vale ADR Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $13.66 | $14.86 | -8.42% | 0.95% | 0.00% | 3.48% | -0.07% | 3.16% | -11.58% | -7.65 | *** | ($1.63) |
| 4 February 2019 | $12.15 | $12.57 | -3.40% | 0.67% | 1.14% | 0.68% | 0.25% | 1.04% | -4.44% | -2.93 | *** | ($0.55) |
| 6 February 2019 | $11.36 | $12.11 | -6.39% | -0.25% | -3.70% | -0.65% | 0.77% | -1.87% | -4.52% | -2.99 | *** | ($0.54) |

**Sources:** Bloomberg, CRSP, Eikon, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

**Exhibit-10a**

**Vale TAP8 Note Event Study Results**

| Date | TAP8 VWAP | TAP8 Prior Day VWAP | TAP8 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAP8 Explained Return | TAP8 Residual Return | t-statistic | | TAP8 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $106.13 | $110.14 | -3.70% | 0.95% | 0.00% | 3.48% | -0.07% | 0.08% | 0.18% | -3.88% | -11.93 | *** | ($4.19) |
| 4 February 2019 | $106.57 | $107.36 | -0.74% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.02% | -0.76% | -2.33 | ** | ($0.81) |
| 6 February 2019 | $105.29 | $106.77 | -1.40% | -0.25% | -3.70% | -0.65% | 0.77% | 0.10% | 0.01% | -1.41% | -4.33 | *** | ($1.49) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

**Exhibit-10b**

**Vale TAM5 Note Event Study Results**

| Date | TAM5 VWAP | TAM5 Prior Day VWAP | TAM5 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAM5 Explained Return | TAM5 Residual Return | t-statistic | | TAM5 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $100.42 | $102.15 | -1.71% | 0.95% | 0.00% | 3.48% | -0.07% | 0.04% | -0.01% | -1.70% | -6.12 | *** | ($1.72) |
| 4 February 2019 | $100.51 | $100.77 | -0.26% | 0.67% | 1.14% | 0.68% | 0.25% | 0.00% | -0.01% | -0.25% | -0.91 | | ($0.25) |
| 6 February 2019 | $100.02 | $100.63 | -0.61% | -0.25% | -3.70% | -0.65% | 0.77% | 0.05% | 0.04% | -0.65% | -2.34 | ** | ($0.65) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

**Exhibit-10c**

**Vale TAE3 Note Event Study Results**

| Date | TAE3 VWAP | TAE3 Prior Day VWAP | TAE3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAE3 Explained Return | TAE3 Residual Return | t-statistic | | TAE3 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 January 2019 - 25 January 2019 | $121.32 | $126.88 | -4.47% | 1.23% | 1.18% | 2.63% | 0.12% | 0.37% | 0.33% | -4.80% | -4.73 | *** | ($5.95) |
| 4 February 2019 | $121.68 | $123.06 | -1.13% | 0.67% | 1 14% | 0.68% | 0.25% | -0.01% | 0.04% | -1.17% | -1.62 | | ($1.43) |
| 6 February 2019 | $122.16 | $122.49 | -0.27% | -0.25% | -3.70% | -0.65% | 0.77% | 0.16% | 0.05% | -0.32% | -0.45 | | ($0.39) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

Two-day returns were used to compute a dollar residual return for the period 23 January 2019 through 25 January 2019.

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

**Exhibit-10d**

**Vale TAH6 Note Event Study Results**

| Date | TAH6 VWAP | TAH6 Prior Day VWAP | TAH6 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAH6 Explained Return | TAH6 Residual Return | $t$-statistic | | TAH6 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $111.84 | $117.24 | -4.71% | 0.95% | 0.00% | 3.48% | -0.07% | 0.15% | 0.25% | -4.96% | -10.27 | *** | ($5.67) |
| 4 February 2019 | $111.06 | $111.93 | -0.78% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.07% | -0.86% | -1.78 | * | ($0.96) |
| 6 February 2019 | $110.37 | $111.72 | -1.22% | -0.25% | -3.70% | -0.65% | 0.77% | 0.18% | 0.13% | -1.35% | -2.80 | *** | ($1.50) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

**Exhibit-10e**

**Vale TAK9 Note Event Study Results**

| Date | TAK9 VWAP | TAK9 Prior Day VWAP | TAK9 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAK9 Explained Return | TAK9 Residual Return | t-statistic | | TAK9 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $112.01 | $118.44 | -5.59% | 0.95% | 0.00% | 3.48% | -0.07% | 0.16% | 0.22% | -5.81% | -12.41 | *** | ($6.68) |
| 4 February 2019 | $111.66 | $112.00 | -0.30% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | 0.07% | -0.37% | -0.79 | | ($0.41) |
| 6 February 2019 | $111.01 | $111.84 | -0.74% | -0.25% | -3.70% | -0.65% | 0.77% | 0.20% | 0.11% | -0.85% | -1.81 | * | ($0.94) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

168

**Exhibit-10f**

**Vale EAA3 Note Event Study Results**

| Date | EAA3 VWAP | EAA3 Prior Day VWAP | EAA3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | EAA3 Explained Return | EAA3 Residual Return | t-statistic | | EAA3 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 January 2019 | $98.36 | $103.09 | -4.70% | 0.95% | 0.00% | 3.48% | -0.07% | 0.18% | 0.27% | -4.97% | -6.62 | *** | ($5.00) |
| 4 February 2019 | $99.79 | $100.64 | -0.85% | 0.67% | 1.14% | 0.68% | 0.25% | 0.00% | 0.03% | -0.89% | -1.18 | | ($0.89) |
| 6 February 2019 | $98.59 | $99.98 | -1.40% | -0.25% | -3.70% | -0.65% | 0.77% | 0.23% | 0.14% | -1.54% | -2.05 | ** | ($1.53) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

169

**Exhibit-10g**

**Vale TAN3 Note Event Study Results**

| Date | TAN3 VWAP | TAN3 Prior Day VWAP | TAN3 Return | U.S. Market Index Return | Brazilian Market Index Return | Sector Index Return | Currency Factor Return | Benchmark Bond Return | TAN3 Explained Return | TAN3 Residual Return | t-statistic | TAN3 Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 February 2019 | $103.21 | $103.18 | 0.03% | 0.67% | 1.14% | 0.68% | 0.25% | -0.01% | -0.06% | 0.09% | 0.17 | $0.09 |
| 6 February 2019 | $103.34 | $103.29 | 0.04% | -0.25% | -3.70% | -0.65% | 0.77% | 0.03% | 0.26% | -0.21% | -0.42 | ($0.22) |

**Sources:** Bloomberg, CRSP, Eikon, FINRA, Federal Reserve Economic Data, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

All dollar amounts are per $100 of par value.

"***" indicates statistical significance at the 99% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"*" indicates statistical significance at the 90% confidence level.

## Exhibit-11a

### TAP8 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
| --- | --- |
| 2/6/2019 | $105.29 |
| 2/7/2019 | $104.47 |
| 2/8/2019 | $104.95 |
| 2/11/2019 | $105.59 |
| 2/12/2019 | $105.57 |
| 2/13/2019 | $106.64 |
| 2/14/2019 | $106.29 |
| 2/15/2019 | $106.53 |
| 2/19/2019 | $106.27 |
| 2/20/2019 | $106.50 |
| 2/21/2019 | $106.40 |
| 2/22/2019 | $106.35 |
| 2/25/2019 | $106.77 |
| 2/26/2019 | $106.63 |
| 2/27/2019 | $105.90 |
| 2/28/2019 | $106.13 |
| 3/1/2019 | $105.61 |
| 3/4/2019 | $105.23 |
| 3/5/2019 | $105.24 |
| 3/6/2019 | $105.13 |
| 3/7/2019 | $105.13 |
| 3/8/2019 | $105.23 |
| 3/11/2019 | $106.12 |
| 3/12/2019 | $106.21 |
| 3/13/2019 | $106.07 |
| 3/14/2019 | $106.30 |
| 3/15/2019 | $106.64 |
| 3/18/2019 | $106.47 |
| 3/19/2019 | $106.94 |
| 3/20/2019 | $107.74 |
| 3/21/2019 | $108.21 |
| 3/22/2019 | $108.56 |
| 3/25/2019 | $108.46 |
| 3/26/2019 | $108.79 |
| 3/27/2019 | $108.53 |
| 3/28/2019 | $108.64 |
| 3/29/2019 | $109.10 |
| 4/1/2019 | $109.46 |
| 4/2/2019 | $109.42 |

## Exhibit-11a

### TAP8 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
| --- | --- |
| 4/3/2019 | $109.67 |
| 4/4/2019 | $109.54 |
| 4/5/2019 | $109.61 |
| 4/8/2019 | $109.57 |
| 4/9/2019 | $109.62 |
| 4/10/2019 | $109.68 |
| 4/11/2019 | $109.55 |
| 4/12/2019 | $109.62 |
| 4/15/2019 | $109.38 |
| 4/16/2019 | $109.21 |
| 4/17/2019 | $109.45 |
| 4/18/2019 | $109.57 |
| 4/22/2019 | $109.41 |
| 4/23/2019 | $109.44 |
| 4/24/2019 | $109.75 |
| 4/25/2019 | $109.40 |
| 4/26/2019 | $109.47 |
| 4/29/2019 | $109.54 |
| 4/30/2019 | $109.62 |
| 5/1/2019 | $109.61 |
| 5/2/2019 | $109.61 |
| 5/3/2019 | $109.57 |
| 5/6/2019 | $109.58 |

**Source:** FINRA and computations performed by Crowninshield
Financial Research, Inc.

172

## Exhibit-11b

### TAM5 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
| --- | --- |
| 2/6/2019 | $100.02 |
| 2/7/2019 | $99.93 |
| 2/8/2019 | $100.04 |
| 2/11/2019 | $100.12 |
| 2/12/2019 | $100.34 |
| 2/13/2019 | $100.82 |
| 2/14/2019 | $100.53 |
| 2/15/2019 | $100.57 |
| 2/19/2019 | $100.50 |
| 2/20/2019 | $100.70 |
| 2/21/2019 | $100.63 |
| 2/22/2019 | $100.82 |
| 2/25/2019 | $100.53 |
| 2/26/2019 | $100.70 |
| 2/27/2019 | $99.91 |
| 2/28/2019 | $100.34 |
| 3/1/2019 | $100.21 |
| 3/4/2019 | $100.21 |
| 3/5/2019 | $100.09 |
| 3/6/2019 | $100.34 |
| 3/7/2019 | $100.26 |
| 3/8/2019 | $100.39 |
| 3/11/2019 | $100.83 |
| 3/12/2019 | $100.89 |
| 3/13/2019 | $100.86 |
| 3/14/2019 | $100.23 |
| 3/15/2019 | $100.80 |
| 3/18/2019 | $100.72 |
| 3/19/2019 | $100.90 |
| 3/20/2019 | $101.53 |
| 3/21/2019 | $101.58 |
| 3/22/2019 | $101.83 |
| 3/25/2019 | $101.76 |
| 3/26/2019 | $101.77 |
| 3/27/2019 | $101.58 |
| 3/28/2019 | $101.71 |
| 3/29/2019 | $101.94 |
| 4/1/2019 | $101.94 |
| 4/2/2019 | $101.97 |

173

## Exhibit-11b

### TAM5 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
|---|---|
| 4/3/2019 | $102.18 |
| 4/4/2019 | $102.33 |
| 4/5/2019 | $102.00 |
| 4/8/2019 | $102.03 |
| 4/9/2019 | $102.11 |
| 4/10/2019 | $102.03 |
| 4/11/2019 | $102.17 |
| 4/12/2019 | $102.05 |
| 4/15/2019 | $102.24 |
| 4/16/2019 | $102.00 |
| 4/17/2019 | $102.18 |
| 4/18/2019 | $101.86 |
| 4/22/2019 | $101.95 |
| 4/23/2019 | $101.43 |
| 4/24/2019 | $102.18 |
| 4/25/2019 | $102.29 |
| 4/26/2019 | $102.07 |
| 4/29/2019 | $102.05 |
| 4/30/2019 | $102.15 |
| 5/1/2019 | $102.27 |
| 5/2/2019 | $102.12 |
| 5/3/2019 | $102.20 |
| 5/6/2019 | $102.27 |

**Source:** FINRA and computations performed by Crowninshield
Financial Research, Inc.

174

## Exhibit-11c

### TAE3 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
|------|------|
| 2/6/2019 | $122.16 |
| 2/7/2019 | $120.35 |
| 2/8/2019 | $120.86 |
| 2/11/2019 | $121.11 |
| 2/12/2019 | $121.42 |
| 2/13/2019 | $122.38 |
| 2/14/2019 | $123.16 |
| 2/15/2019 | $122.78 |
| 2/19/2019 | $122.12 |
| 2/20/2019 | $121.65 |
| 2/21/2019 | $122.41 |
| 2/22/2019 | $123.13 |
| 2/25/2019 | $122.00 |
| 2/26/2019 | $122.81 |
| 2/27/2019 | $121.51 |
| 2/28/2019 | $121.42 |
| 3/1/2019 | $121.63 |
| 3/4/2019 | $121.50 |
| 3/5/2019 | $120.47 |
| 3/6/2019 | $120.03 |
| 3/7/2019 | $120.65 |
| 3/8/2019 | $119.48 |
| 3/11/2019 | $121.10 |
| 3/12/2019 | $121.65 |
| 3/13/2019 | $120.30 |
| 3/15/2019 | $122.00 |
| 3/18/2019 | $122.17 |
| 3/19/2019 | $122.00 |
| 3/20/2019 | $123.75 |
| 3/21/2019 | $123.12 |
| 3/22/2019 | $124.90 |
| 3/25/2019 | $125.25 |
| 3/26/2019 | $126.15 |
| 3/27/2019 | $125.03 |
| 3/28/2019 | $124.86 |
| 3/29/2019 | $125.99 |
| 4/1/2019 | $126.34 |
| 4/2/2019 | $125.89 |
| 4/3/2019 | $127.02 |

175

## Exhibit-11c

### TAE3 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
| --- | --- |
| 4/4/2019 | $126.59 |
| 4/5/2019 | $126.75 |
| 4/8/2019 | $127.58 |
| 4/9/2019 | $126.75 |
| 4/10/2019 | $126.81 |
| 4/11/2019 | $126.20 |
| 4/15/2019 | $126.91 |
| 4/16/2019 | $126.23 |
| 4/17/2019 | $126.75 |
| 4/18/2019 | $125.87 |
| 4/24/2019 | $126.72 |
| 4/25/2019 | $126.13 |
| 4/29/2019 | $126.75 |
| 4/30/2019 | $126.73 |
| 5/1/2019 | $127.00 |
| 5/2/2019 | $126.50 |
| 5/6/2019 | $126.39 |

**Source:** FINRA and computations performed by Crowninshield
Financial Research, Inc.

## Exhibit-11d

### TAH6 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
|------|------|
| 2/6/2019 | $110.37 |
| 2/7/2019 | $108.30 |
| 2/8/2019 | $108.81 |
| 2/11/2019 | $109.48 |
| 2/12/2019 | $109.48 |
| 2/13/2019 | $110.16 |
| 2/14/2019 | $110.38 |
| 2/15/2019 | $110.22 |
| 2/19/2019 | $110.03 |
| 2/20/2019 | $109.88 |
| 2/21/2019 | $110.04 |
| 2/22/2019 | $110.78 |
| 2/25/2019 | $110.53 |
| 2/26/2019 | $110.66 |
| 2/27/2019 | $108.45 |
| 2/28/2019 | $109.29 |
| 3/1/2019 | $108.42 |
| 3/4/2019 | $107.91 |
| 3/5/2019 | $107.72 |
| 3/6/2019 | $107.50 |
| 3/7/2019 | $107.55 |
| 3/8/2019 | $107.65 |
| 3/11/2019 | $109.39 |
| 3/12/2019 | $109.11 |
| 3/13/2019 | $109.29 |
| 3/14/2019 | $109.51 |
| 3/15/2019 | $109.86 |
| 3/18/2019 | $109.25 |
| 3/19/2019 | $109.53 |
| 3/20/2019 | $110.86 |
| 3/21/2019 | $111.56 |
| 3/22/2019 | $112.95 |
| 3/25/2019 | $113.53 |
| 3/26/2019 | $113.87 |
| 3/27/2019 | $113.30 |
| 3/28/2019 | $113.60 |
| 3/29/2019 | $114.27 |
| 4/1/2019 | $114.88 |
| 4/2/2019 | $115.55 |

177

## Exhibit-11d

### TAH6 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
|---|---|
| 4/3/2019 | $116.04 |
| 4/4/2019 | $116.02 |
| 4/5/2019 | $116.40 |
| 4/8/2019 | $116.37 |
| 4/9/2019 | $116.51 |
| 4/10/2019 | $116.50 |
| 4/11/2019 | $116.14 |
| 4/12/2019 | $116.35 |
| 4/15/2019 | $116.45 |
| 4/16/2019 | $116.16 |
| 4/17/2019 | $116.09 |
| 4/18/2019 | $116.46 |
| 4/22/2019 | $115.93 |
| 4/23/2019 | $116.26 |
| 4/24/2019 | $116.38 |
| 4/25/2019 | $116.02 |
| 4/26/2019 | $115.86 |
| 4/29/2019 | $115.70 |
| 4/30/2019 | $115.93 |
| 5/1/2019 | $116.04 |
| 5/2/2019 | $115.57 |
| 5/3/2019 | $115.69 |
| 5/6/2019 | $115.57 |

**Source:** FINRA and computations performed by Crowninshield Financial Research, Inc.

## Exhibit-11e

### TAK9 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
|---|---|
| 2/6/2019 | $111.01 |
| 2/7/2019 | $108.77 |
| 2/8/2019 | $109.09 |
| 2/11/2019 | $110.15 |
| 2/12/2019 | $110.34 |
| 2/13/2019 | $111.12 |
| 2/14/2019 | $110.44 |
| 2/15/2019 | $110.83 |
| 2/19/2019 | $110.12 |
| 2/20/2019 | $110.47 |
| 2/21/2019 | $110.30 |
| 2/25/2019 | $110.72 |
| 2/26/2019 | $110.75 |
| 2/27/2019 | $108.86 |
| 2/28/2019 | $109.78 |
| 3/1/2019 | $108.38 |
| 3/4/2019 | $108.18 |
| 3/5/2019 | $107.97 |
| 3/6/2019 | $107.84 |
| 3/7/2019 | $108.38 |
| 3/8/2019 | $107.66 |
| 3/11/2019 | $109.38 |
| 3/12/2019 | $109.44 |
| 3/13/2019 | $109.37 |
| 3/14/2019 | $109.78 |
| 3/15/2019 | $110.02 |
| 3/18/2019 | $109.36 |
| 3/19/2019 | $110.13 |
| 3/20/2019 | $110.85 |
| 3/21/2019 | $111.75 |
| 3/22/2019 | $113.04 |
| 3/25/2019 | $113.45 |
| 3/26/2019 | $114.22 |
| 3/27/2019 | $113.71 |
| 3/28/2019 | $113.61 |
| 3/29/2019 | $114.63 |
| 4/1/2019 | $114.62 |
| 4/2/2019 | $115.72 |
| 4/3/2019 | $116.25 |

179

## Exhibit-11e

### TAK9 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 6 May 2019

| Date | VWAP |
| --- | --- |
| 4/4/2019 | $116.36 |
| 4/5/2019 | $116.16 |
| 4/8/2019 | $116.52 |
| 4/10/2019 | $116.74 |
| 4/11/2019 | $116.91 |
| 4/12/2019 | $116.63 |
| 4/15/2019 | $116.41 |
| 4/16/2019 | $116.60 |
| 4/17/2019 | $116.76 |
| 4/18/2019 | $116.52 |
| 4/22/2019 | $116.50 |
| 4/23/2019 | $116.70 |
| 4/24/2019 | $116.75 |
| 4/25/2019 | $116.16 |
| 4/26/2019 | $116.24 |
| 4/29/2019 | $116.13 |
| 4/30/2019 | $116.18 |
| 5/1/2019 | $116.52 |
| 5/2/2019 | $115.88 |
| 5/3/2019 | $116.13 |
| 5/6/2019 | $116.23 |

**Source:** FINRA and computations performed by Crowninshield
Financial Research, Inc.

## Exhibit-11f

### EAA3 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 3 May 2019

| Date | VWAP |
|------|------|
| 2/6/2019 | $98.59 |
| 2/7/2019 | $97.36 |
| 2/8/2019 | $97.93 |
| 2/11/2019 | $98.58 |
| 2/12/2019 | $98.91 |
| 2/13/2019 | $99.72 |
| 2/14/2019 | $99.21 |
| 2/15/2019 | $99.18 |
| 2/19/2019 | $99.43 |
| 2/20/2019 | $99.21 |
| 2/21/2019 | $99.00 |
| 2/22/2019 | $99.34 |
| 2/25/2019 | $99.63 |
| 2/26/2019 | $99.80 |
| 2/27/2019 | $98.79 |
| 2/28/2019 | $98.23 |
| 3/1/2019 | $97.17 |
| 3/4/2019 | $96.67 |
| 3/5/2019 | $96.24 |
| 3/6/2019 | $95.97 |
| 3/7/2019 | $95.78 |
| 3/8/2019 | $95.66 |
| 3/11/2019 | $96.66 |
| 3/12/2019 | $96.94 |
| 3/13/2019 | $96.52 |
| 3/14/2019 | $97.12 |
| 3/15/2019 | $97.23 |
| 3/18/2019 | $96.67 |
| 3/19/2019 | $97.15 |
| 3/20/2019 | $97.34 |
| 3/21/2019 | $98.37 |
| 3/22/2019 | $98.98 |
| 3/25/2019 | $99.18 |
| 3/26/2019 | $99.73 |
| 3/27/2019 | $99.51 |
| 3/28/2019 | $98.73 |
| 3/29/2019 | $99.75 |
| 4/1/2019 | $100.03 |
| 4/2/2019 | $100.97 |

181

## Exhibit-11f

### EAA3 Note Prices -
### 90 Days Starting 6 February 2019

6 February 2019 through 3 May 2019

| Date | VWAP |
|------|------|
| 4/3/2019 | $101.15 |
| 4/4/2019 | $101.34 |
| 4/5/2019 | $101.29 |
| 4/8/2019 | $101.27 |
| 4/9/2019 | $101.33 |
| 4/10/2019 | $101.57 |
| 4/11/2019 | $101.42 |
| 4/15/2019 | $101.55 |
| 4/16/2019 | $101.19 |
| 4/18/2019 | $102.24 |
| 4/23/2019 | $102.04 |
| 4/24/2019 | $102.70 |
| 4/25/2019 | $102.06 |
| 4/26/2019 | $101.40 |
| 4/29/2019 | $102.01 |
| 4/30/2019 | $102.38 |
| 5/2/2019 | $101.51 |
| 5/3/2019 | $101.82 |

**Source:** FINRA and computations performed by Crowninshield
Financial Research, Inc.

182

## Exhibit-12

### Vale ADR Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|---|---|
| 10/27/2016 - 1/24/2019 | $2.72 |
| 1/25/2019 - 2/1/2019 | $1.09 |
| 2/4/2019 - 2/5/2019 | $0.54 |
| 2/6/2019 and afterwards | $0.00 |

## Exhibit-13a

### TAP8 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|------|-----------|
| 10/27/2016 - 1/24/2019 | $6.49 |
| 1/25/2019 - 2/1/2019 | $2.30 |
| 2/4/2019 - 2/5/2019 | $1.49 |
| 2/6/2019 and afterwards | $0.00 |

## Exhibit-13b

### TAM5 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|---|---|
| 10/27/2016 - 1/24/2019 | $2.37 |
| 1/25/2019 - 2/5/2019 | $0.65 |
| 2/6/2019 and afterwards | $0.00 |

## Exhibit-13c

### TAE3 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|---|---|
| 10/27/2016 - 1/24/2019 | $5.95 |
| 1/25/2019 and afterwards | $0.00 |

## Exhibit-13d

### TAH6 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|------|-----------|
| 10/27/2016 - 1/24/2019 | $7.17 |
| 1/25/2019 - 2/5/2019 | $1.50 |
| 2/6/2019 and afterwards | $0.00 |

187

## Exhibit-13e

### TAK9 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|------|-----------|
| 10/27/2016 - 1/24/2019 | $6.68 |
| 1/25/2019 and afterwards | $0.00 |

## Exhibit-13f

### EAA3 Note Artificial Inflation Ribbon

27 October 2016 through 6 February 2019

| Date | Inflation |
|---|---|
| 10/27/2016 - 1/24/2019 | $6.53 |
| 1/25/2019 - 2/5/2019 | $1.53 |
| 2/6/2019 and afterwards | $0.00 |