**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526-EK-SJB |

**DECLARATION OF FREDERIC S. FOX IN FURTHER
SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF GLENN HUBBARD**

I, Frederic S. Fox, declare as follows:

1.  I am a member in good standing of the bars of the State of New York and the District of Columbia. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP. I submit this Declaration in Further Support of Lead Plaintiff's Motion to Exclude the Expert Testimony of Glenn Hubbard.

2.  Attached are true and correct copies of the following documents:

**Exhibit A**:    Excerpt of Expert Report of Randal Stephenson, March 10, 2023; and

**Exhibit B**:    Rebuttal Expert Report of Matthew D. Cain, April 7, 2023.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of June, 2024

**KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*
Frederic S. Fox
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the Class*