# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In Re VALE S.A. SECURITIES LITIGATION

No. 19 Civ. 526 (LDH) (SJB)

EXPERT REPORT OF RANDAL STEPHENSON

March 10, 2023

CONFIDENTIAL

*Confidential*

## Table of Contents

I.     **INTRODUCTION**.................................................................................................................1

     A.    Qualifications............................................................................................1

     B.    Background................................................................................................5

          1.    Vale S.A. and the Collapse of Dam 1..........................................5

          2.    Summary of Allegations ..............................................................7

     C.    Assignment...............................................................................................9

II.    **SUMMARY OF OPINIONS**...........................................................................................9

III.    **OVERVIEW OF INVESTING IN MAJOR MINING COMPANIES**.................................10

     A.    General Investment Thesis for Major Mining Company Stocks .....................10

     B.    Commonly Used Valuation Models for Major Mining Companies...................12

          1.    DCF Analysis.............................................................................13

          2.    Comparable Publicly Traded Companies Analysis .........................15

     C.    How a Valuation of Major Mining Companies Typically Factors in Risk.........16

IV.    **POTENTIAL DAM FAILURE WAS A DISCLOSED AND KNOWN RISK, PARTICULARLY AFTER THE FUNDÃO DAM INCIDENT**.........................................21

     A.    Risk Disclosures Associated with Safety Events, including Potential Dam Failures, in SEC Filings and Earnings Call Are, in My Experience, Typically Reviewed and Considered by Investors in the Mining Space.............................21

     B.    Potential Dam Failures Are a Known Risk of Investing in Mining Companies...............26

V.    **DISCLOSURE OF THE ALLEGEDLY OMITTED INFORMATION WOULD NOT HAVE AFFECTED INVESTORS' ASSESSMENTS OF VALE'S VALUATION IN ANY MEANINGFUL MANNER**.................................................29

     A.    Information about Dam 1's Allegedly Higher Failure Risk Would Not Have Affected Investors' Assessments of Vale's Valuation in Any Meaningful Manner.....................................................................................................30

     B.    Information about Vale's Internal Analysis of Dam 1 and Other Dams in the Attention Zone as of 2018 Would Not Have Affected Investors' Assessments of Vale's Valuation in Any Meaningful Manner.................................................34

     C.    Information about Dam 1's Allegedly Lower Factor of Safety Would Not Have Affected Investors' Assessment of Vale's Valuation in Any Meaningful Manner.....................................................................................................38

VI.    **CONCLUSION** ..........................................................................................................38

*Expert Report of Randal Stephenson*

*Confidential*

## I.    INTRODUCTION

### A.    Qualifications

1.  I am an investment banker, independent director, lawyer, and private equity investor with over 25 years of professional experience in mergers and acquisitions ("M&A"), private debt and equity placements, and bankruptcy, distressed, and "turnaround" situations. I co-founded a Financial Industry Regulatory Authority ("FINRA") licensed broker-dealer investment banking firm in 2012, and previously was employed as a senior investment banker at Jefferies & Company, Inc., CIT Group, Inc., Merrill Lynch & Co., and Duff & Phelps, LLC. I have completed over 225 M&A, corporate financing, and privatization transactions valued at over $40 billion during my 25 plus years of experience. I have advised clients and been an investment principal in approximately 53 mining and mining-related transactions and projects throughout the world, including projects in South American countries, and have significant experience in the broader natural resources extractive sector, including construction aggregates, water, timber, and oil and gas. I have been an Independent Director of the Board of Directors of a NASDAQ listed mining company, as well as Chairperson of the Audit Committee and member of the Executive Compensation Committee and am now the Chairperson of the Advisory Board of that NASDAQ mining company.

2.  I specialize in advising companies in merger, acquisition, sale, and capital raising transactions. I have significant experience with the exclusive sale and divestiture of businesses or assets (where I have completed over 100 such transactions), and with large-scale privatization or development projects where I have advised governments and leading corporations. My industry experience has included but is not limited to defense and aerospace, basic industrial, chemicals, energy, metals and mining, manufacturing, and transportation; for the past 14 years, I have been focused almost exclusively in the mining and natural resources sectors. I have been a contributor to and have been quoted by *The Wall Street Journal, Institutional Investor, The Deal, The Daily Deal, Mergers & Acquisitions, Mergers & Acquisitions Advisor, M&A Journal, Private Equity Week, Alpha, Bloomberg.com, CNBC.com, Dow Jones News Service, Buyouts,* and *CFO Magazine*, among others.

3.  For the past three years I have been a Managing Director of GLC Advisors & Co., LLC and GLCA Securities, LLC (together, "GLC") a leading boutique investment banking and restructuring advisory firm with offices in New York, Denver, Los Angeles, and San Francisco,

*Confidential*

to market capitalization and/or total enterprise value[47] are the most common. Typically, the average and/or median of the Comp's multiples are used; however, the investment professional must use his or her own judgment to make adjustments where appropriate, for instance, by removing outlier multiples or excluding comparable companies where there are unusual circumstances for that particular Comp.

37. My review of reports published by equity analysts of Vale following Dam 1's collapse confirms that the methodologies they used to determine target price[48] of Vale's common stock were consistent with my experience outlined above. As shown in **Exhibit 1**, of the 21 analyst firms that published analyst reports within one month of Dam 1's collapse,[49] nine used DCF analysis, four used comparable publicly traded companies analysis,[50] and eight used a combination of both to estimate Vale's target prices.

### C.    How a Valuation of Major Mining Companies Typically Factors in Risk

38. When valuing a Major mining company using a DCF analysis, one of the most important assumptions in the model is the selection of the appropriate discount rate that is applied to the future cash flows to calculate the company's present value. Establishing the appropriate discount rate addresses the risk-return tradeoff that is fundamental to finance: what rate of return is required for an investor to justify a given level of risk?[51]

---

[47] Market Capitalization = Total number of shares of stock of the company x Current market price of the stock. Total Enterprise Value = Market Capitalization + Market Value of Debt (including preferred securities) – Cash. *See* Brealey, Myers, and Allen (2017), p. 737; Damodaran (2012), p. 501.

[48] As described in a HSBC report, "[t]he target price is based on the analyst's assessment of the stock's actual current value, although we expect it to take six to 12 months for the market price to reflect this." *See* HSBC, "[Correction] Rising ESG risk favours Rio Tinto over Vale," January 29, 2019, p. 11.

[49] I reviewed 107 equity analyst reports published within one month following Dam 1's collapse (from January 26, 2019 to February 26, 2019) that were available from backup documents produced by Plaintiff's expert Prof. Feinstein. In addition, I searched two databases, CapIQ and Refinitiv, and downloaded all additional English-language reports that the databases considered not auto-generated and that contained target price estimates. There were 16 such reports published during this date range. The set of reports that I reviewed were published by 21 unique contributors: Bank of America, Barclays, BB Banco de Investimento S.A., BMO Capital Markets, BTG Pactual, CFRA Equity Research, Citi, Credit Suisse, Deutsche Bank, HSBC, Itaú BBA, Jefferies, JP Morgan, Macquarie, Morgan Stanley, Morningstar Equity Research, RBC Capital Markets, Santander, Scotiabank, UBS, and Zacks Equity Research.

[50] These analysts used a variety of multiples, including P/E and EV/EBITDA multiples. *See* Exhibit 1.

[51] Brealey, Myers, and Allen (2017), pp. 21-24, 82; McKinsey (2015), p. 269.

*Confidential*

39. The capital asset pricing model ("CAPM") is a fundamental and universally used method in corporate finance for determining the cost of equity, the required rate of return on an equity investment given its risk profile.[52] Wall Street investment banks, private equity funds, hedge funds, and asset managers almost universally use the CAPM formula to determine the appropriate cost of equity for a given investment.

40. The CAPM formula is shown as:[53]

$$\text{Cost of Equity } (K_e) = r_f + \beta\,(rm - r_f), \text{ where:}$$

a.     Risk-Free Rate $(r_f)$: The return received from risk-free investments — most often proxied by the 10-year treasury yield.[54]

b.     Beta $(\beta)$: The measurement of the volatility of a security compared to the broader market (S&P 500).[55]

---

[52] Brealey, Myers, and Allen (2017), pp. 200-201.

[53] Brealey, Myers, and Allen (2017), p. 200.

[54] The risk-free rate (rf) should theoretically reflect the yield to maturity of default-free government bonds of equivalent maturity to the duration of each cash flow being discounted. But due to the lack of liquidity in government bonds with the longest maturities, the current yield on 10-year US treasury notes has become the standard proxy for the risk-free rate assumption for companies based in the US. McKinsey (2015), p. 275.

[55] Beta $(\beta)$ represents a company's sensitivity to market volatility – otherwise referred to as systematic risk – compared to the broader market, which is used as the standard benchmark. The Beta $(\beta)$ of a company or asset is calculated as the covariance between expected returns on the asset and the market, divided by the variance of expected returns on the market. The Beta $(\beta)$ of an investment security is a measurement of its volatility of returns relative to the entire market. Often referred to as market risk, systematic risk is inherent to the entire equities market as opposed to being specific to a particular company or industry. Systematic risk is unavoidable (*e.g.*, global recessions) and cannot be mitigated through portfolio diversification. By contrast, unsystematic risk refers to company-specific (or industry-specific) risk (*e.g.*, supply chain shutdowns, lawsuits) that can actually be reduced by operating decisions or through portfolio diversification. The benefits of diversification become more profound if the portfolio contains investments in different asset classes, industries, and geographies. The relationship between Beta and the expected market sensitivity is as follows:

$\beta = 0$: No market sensitivity; uncorrelated to the market;

$\beta < 1$: Low market sensitivity; less volatile than the market;

$\beta = 1$: Neutral; exactly as volatile as the market;

$\beta > 1$: High market sensitivity; more volatile than the market;

$\beta < 0$: Negative market sensitivity; negatively correlated to the market.

A company with a higher Beta has greater risk and also greater expected returns. For instance, a company with a Beta of 1.0 would expect to see returns consistent with the overall stock market returns. So, if the market has gone up by 10 percent, the company should also see a return of 10 percent. However, a company with a $\beta$ of 1.75 would

*Confidential*

c.     Equity Risk Premium ($r_m - r_f$): The incremental return received from investing in the stock market above the risk-free rate ($r_f$, as described above).[56]

In addition to the cost of equity estimated by CAPM, in some cases investment professionals add an extra risk premium to account for specific risks not otherwise captured in the CAPM formula.

41. The WACC reflects the required rate of return on an investment for all capital providers, including debt and equity holders.[57] Formulaically, the WACC is calculated by taking the weighted average of the company's cost of equity and tax-affected cost of debt, weighted by equity's and debt's respective proportions of the company's capitalization.[58] Like the cost of equity which I discuss above, the cost of debt is also affected by the company's risk. Since both debt and equity providers are represented in WACC, the free cash flow – which belongs to both debt and equity capital providers – is typically discounted using the WACC.

42. In my experience, investment professionals including investment bankers, fund managers, and investment advisors, customarily impute risk to the valuation of a Major mining company in one of three ways. First, for reductions in revenues, increases in capital or operating costs, penalties assessed or future liquidated damages, or other risks to the company's prospective financials that are known or reasonably anticipated or confirmed by company management, the pro forma forecast financial model will be altered to reflect these risks.[59] Second, for future risks or costs that are anticipated but the value is not yet known, investment professionals will increase the discount rate to be applied to the DCF analysis, often by imposing an additional

---

have returned 175 percent of what the market returned in a given period. Brealey, Myers, and Allen (2017), pp. 176, 181, 183, 192.

[56] Brealey, Myers, and Allen (2017), pp. 199-200.

[57] Brealey, Myers, and Allen (2017), p. 241. Large, complex companies like Major mining companies will typically use both equity capital and debt capital to finance its activities.

[58] Brealey, Myers, and Allen (2017), pp. 224-225.

[59] For example, after Vale announced its decommissioning plan and expected costs, analysts incorporated them into their models. BTG Pactual adjusted "capex for the R$5bn decommissioning of upstream dams + US$1/t of additional maintenance capex (for conservative reasons)." *See* BTG Pactual, "A Sensible Plan in Place," January 30, 2019, p. 2. JP Morgan stated that they were "lowering our volume forecast further down" due to "anticipating production stoppages related to the company's decommissioning of its upstream tailing dams." *See* JP Morgan "More Conservative on Production Volumes," February 26, 2019, p. 1.

*Confidential*

risk premium.[60] Finally, for those investment professionals utilizing comparable publicly traded companies analysis in the valuation methodology, they may reduce the valuation multiple afforded the company, relative to its comparable peers, to represent the additional risks or costs.[61]

43. Certain of the risks of Major mining companies are complex, hard to predict, and difficult to obviate through management planning, policy, or actions. These would include but not be limited to unforeseeable risks related to:

- Organized labor stoppage or other work stoppage or suspension resulting in diminution or suspension of operations;

- Pandemic or health crisis resulting in operations diminution or stoppage;

- Political interest group or citizen protest or blockade resulting in operations interruption or stoppage;

- Mine collapse resulting in worker injury and death, cessation of operations, and other additional costs;

- Major weather event such as flood, lightning, or wind that causes operations suspension and other additional costs; and

- Tailings dam compromise or failure, resulting in cessation of operations and other additional costs.

---

[60] For example, after Dam 1's collapse, JP Morgan increased the "equity risk premium by 1.5% to incorporate higher risks and uncertainties related to the Brumadinho incident." JP Morgan, "Management Plan Starts to Address Key Uncertainties – Positive," January 29, 2019, p. 2. Bank of America included an "extra 150bp to the DCF's WACC." Bank of America, "News flow a risk, but long-term FCF story intact; Resuming at Neutral," February 5, 2019, p. 1.

[61] For example, after Dam 1's collapse, Bank of America stated that it "[uses] a 15% discount to our prior 5.5x 2019E EV/EBITDA." Bank of America, "News flow a risk, but long-term FCF story intact; Resuming at Neutral," February 5, 2019, p. 1. *See also* Bank of America, "VALE iron ore supply situation changing quickly = upside risks to iron ore," February 7, 2019; Bank of America, "Triple-digit iron ore prices to offset lost output, but further closure risk very real," February 11, 2019. RBC Capital Markets stated: "[p]otential impact from ESG focused investors, uncertainty around growth potential, current operational cost and productivity outlook under potentially revised regulations, and (rightly or wrongly) whether management will be able navigate the Brumadinho tailings disaster, sees us decrease our target multiple for Vale from 4.5x EV/EBITDA to 3.5x EV/EBITDA." RBC Capital Markets, "Fallout from Brumadinho weighs on investment case," February 4, 2019, p. 6.

*Confidential*

44. Vale and its publicly traded peers ("Vale Publicly Traded Peers")[62] consistently disclosed the above-mentioned risks in their SEC filings, as shown in **Exhibits 2A and 2B.**[63] In particular, Vale's Publicly Traded Peers all acknowledged the risk associated with tailings dams and the adverse impact from a potential failure. For example, BHP Billiton disclosed that "uncontrolled tailings containment breaches" were a potential safety event, which may "adversely affect our people, operations and reputation or license to operate."[64] Similarly, ArcelorMittal acknowledged that it "could become subject to unidentified liabilities in the future, such as those relating to uncontrolled tailings breaches" and noted that "[w]hile the Company carries out assessments of its facilities, it cannot guarantee that failures or breaches of a tailings ponds dam will not occur in the future."[65,66]

---

[62] Vale identified the following companies as its competitors in its 2018 Form 20-F:

- Asian market: BHP, Rio Tinto Ltd ("Rio Tinto") and Fortescue Metals Group Ltd.
- European market: Luossavaara Kiirunavaara AB ("LKAB"), ArcelorMittal Mines Canada Inc ("ArcelorMittal"), Iron Ore Company of Canada, a subsidiary of Rio Tinto, Kumba Iron Ore Limited and Société Nationale Industrielle et Miniére.
- Brazilian market: Gerdau S.A. ("Gerdau"), Companhia Siderúrgica Nacional ("CSN"), Vallourec Tubos do Brasil S.A., Usiminas and ArcelorMittal.
- Pellets specifically: LKAB, Iron Ore Company of Canada, Ferrexpo Plc, ArcelorMittal Mines Canada (previously Quebec Cartier Mining Co.) and Bahrain Steel (formerly Gulf Industrial Investment Co.).

*See* Vale Form 20-F for FY ended December 31, 2018, pp. 45-46. I reviewed SEC filings by five of the companies listed above that are publicly traded in the U.S. like Vale. These companies are: BHP, Rio Tinto, ArcelorMittal, Gerdau, and CSN, which I refer to collectively as "Vale's Publicly Traded Peers."

[63] I reviewed Form 20-Fs filed by Vale's Publicly Traded Peers following the collapse of Fundão Dam in November 2015 and before Dam 1's collapse in January 2019. I summarize the relevant excerpts in Exhibits 2A and 2B.

[64] BHP Form 20-F for FY ended June 30, 2016, p. 37; *see also* BHP Form 20-F for FY ended June 30, 2017, p. 44; BHP Form 20-F for FY ended June 30, 2018, p. 42.

[65] ArcelorMittal Form 20-F for FY ended December 31, 2015, p. 12; *see also* ArcelorMittal Form 20-F for FY ended December 31, 2016, p. 14; ArcelorMittal Form 20-F for FY ended December 31, 2017, p. 14; ArcelorMittal Form 20-F for FY ended December 31, 2018, p. 13; ArcelorMittal Form 20-F for FY ended December 31, 2019, p. 24.

[66] Rio Tinto, Gerdau, and CSN all made similar disclosures.

- Rio Tinto identifies "tailings facilities" as a "[r]ecognised hazard." Rio Tinto Form 20-F for FY ended December 31, 2015, p. 9; *see also* Rio Tinto Form 20-F for FY ended December 31, 2016, p. 8; Rio Tinto Form 20-F for FY ended December 31, 2017, p. 8; Rio Tinto Form 20-F for FY ended December 31, 2018, p. 8.
- Gerdau included details on the potential impacts of accidents involving tailings dams, acknowledging that it "has two mining tailing dams and any accident or defect affecting the structural integrity of either of them could affect its image, operating results, cash flows and financial condition." Gerdau Form 20-F for FY ended December 31, 2015, p. 10; *see also* Gerdau Form 20-F for FY ended December 31, 2016, p. 10; Gerdau Form 20-F for FY ended December 31, 2017, p. 12; Gerdau Form 20-F for FY ended December 31,

*Confidential*

45. It is possible that the above-mentioned risks (including the failure of a tailings dam) could occur but not with enough frequency, foreseeability, or predictive impact that company management could precisely budget and plan for these. Accepted corporate finance valuation methodology risk-adjusts the returns expected by equity investors in a stock through amending the company's pro forma financial forecast or modifying the cost of equity and the cost of debt (the returns demanded by lenders to the company for the possible default risk of the company).[67] In my experience, investors do not consider the above-mentioned risks to be likely. Therefore, the mere remote possibility of occurrence of an improbable safety and health incident for a Major mining company is typically not *explicitly* modeled in the expected cash flows.[68]

## IV. POTENTIAL DAM FAILURE WAS A DISCLOSED AND KNOWN RISK, PARTICULARLY AFTER THE FUNDÃO DAM INCIDENT

### A. Risk Disclosures Associated with Safety Events, including Potential Dam Failures, in SEC Filings and Earnings Call Are, in My Experience, Typically Reviewed and Considered by Investors in the Mining Space

46. The SEC requires companies to include risk disclosures in their filings.[69] In my experience, such risk disclosures in a mining company's SEC filings convey important information to investors in the mining space. Before, during, and after the Class Period, Vale repeatedly

---

2018, p. 12; Gerdau Form 20-F for FY ended December 31, 2019, p. 12. Note that from 2018 onwards, Gerdau only had one tailings dam.

- CSN stated that they have standards and programs in place to "mitigate [] risks, including in relation to our tailing dams." CSN Form 20-F for FY ended December 31, 2015, p. 15.

[67] Damodaran, Aswath, "Value and Risk: Beyond Betas," *Financial Analysts Journal*, Volume 61, 2005, Issue 2, p. 41.

[68] However, cash flow projections for mining companies typically take into account temporary mine shutdowns due to planned, routine inspection, maintenance, and repairs. Following a safety incident, the expected effect on the company's future financial performance, particularly future revenues and EBITDA, will be reflected in the forecast future cash flows and therefore the valuation (which will thus decline).

[69] Prior to revisions which went into effect on November 9, 2020, the SEC had the following requirement: "Requires disclosure of the most significant factors that make an investment in the registrant or offering speculative or risky and specifies that the discussion should be concise, organized logically, and furnished in plain English. . . . Additionally, Item 105 directs registrants to explain how each risk affects the registrant or the securities being offered and discourages disclosure of risks that could apply to any registrant." The updated requirements call for a "summary risk factor disclosure of no more than two pages if the risk factor section exceeds 15 pages" as well as further revisions to "[r]efine the principles-based approach" and "[r]equire risk factors to be organized under relevant headings in addition to the subcaptions currently required." *See* Securities and Exchange Commission, "Modernization of Regulation S-K items 101, 103, and 105," Release Nos. 33-10825;34-89670, available at https://www.sec.gov/rules/final/2020/33-10825.pdf, p. 9.

*Confidential*

- Investors would have been aware of the risks associated with potential dam failures, including because they were disclosed by Vale before and during the Class Period. Such risks were discussed in numerous publications and acknowledged by equity analysts following Vale prior to Dam 1's collapse.

- Had Vale disclosed the allegedly omitted information (that Dam 1's probability of failure was 3 in 10,000, or three times Vale's purported maximum risk tolerance; that ten dams including Dam 1 had a failure probability in Vale's Attention Zone, and that Dam 1's undrained Factor of Safety allegedly was greater than purported best practices), investors' valuation of Vale would still not have meaningfully changed.

*Randal Stephenson*

Randal Stephenson

March 10, 2023