**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

In re Vale S.A. Securities Litigation

No. 19 Civ. 526 (EK) (SJB)

**ORAL ARGUMENT REQUESTED**

--------------------------------------------------------x

### NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN P. FEINSTEIN

PLEASE TAKE NOTICE that upon this notice and the accompanying Memorandum of

Law, and all other papers submitted herein, Defendants, by and through their undersigned counsel,

will move this Court, at a date and time to be determined, before the Honorable Eric R. Komitee,

United States District Court, Eastern District of New York, 225 Cadman Plaza East, Courtroom

6G North, Brooklyn, New York 11201, for an Order pursuant to Federal Rule of Evidence 702

excluding the testimony of Steven P. Feinstein.

Dated:  New York, New York
       April 19, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Christopher M. Joralemon*
Christopher M. Joralemon
Akiva Shapiro
Mary Beth Maloney
David M. Kusnetz
Jason Bressler
H. Chase Weidner

200 Park Avenue
New York, NY  10166-0193
Telephone:   212.351.4000
Facsimile:   212.351.4035

*Attorneys for Defendants*