**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VALE S.A. SECURITIES LITIGATION | Case No.: 19-cv-526-EK-SJB |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF STEVEN FEINSTEIN**

I, Frederic S. Fox, declare as follows:

1. I am a member in good standing of the bars of the State of New York and the District of Columbia. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP. I submit this Declaration in Support of Lead Plaintiff's Opposition to Defendants' Motion to Exclude the Expert Testimony of Steven Feinstein.

2. Attached are true and correct copies of the following documents:

   **Exhibit A**:   Transcript of Vale Day 2015;

   **Exhibit B**:   Deposition of Glenn Hubbard, Ph.D., September 6, 2023, and;

   **Exhibit C**:   Excerpt of Responsive Report of Steven H. Emerman, Ph.D, April 7, 2023.

   I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of May, 2024

**KAPLAN FOX & KILSHEIMER LLP**

/s/ *Frederic S. Fox*
Frederic S. Fox
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the Class*