# EXHIBIT A

Vale
# Vale Day 2015
# Investor Relations
4 December 2015

## Introduction

### Luciano Siani

### Chief Financial Officer, Vale SA

### I.    Opening Remarks

Good morning everyone. Thank you for joining us in this Vale day here in London. On behalf of Mr Murilo Ferreira, as well, I would like to extend a warm welcome to you. Mr Ferreira had to go back to Brazil to deal with the developments of the Samarco accident, which basically overshadowed most of what we did this year within Vale. I have to say to you that, at Vale, our hearts and minds are deeply with the people who were affected by the accident. We were initially shocked, first because Vale has operated for 73 years with absolute standards of safety. We have never had a single incident in our dams before.

### II.    Samarco

Although we were distant from Samarco for antitrust reasons – because Samarco competes with Vale and BHP, there is very strict governance limiting the type of relationship between Vale and Samarco – we always had Samarco as a benchmark in terms of safety standards. I know BHP feels the change. Samarco is not only a benchmark for us, but for them as well. Samarco has always had best practice in terms of oversight of their structures and dams. Samarco had an independent board of acknowledged, accredited professionals, including foreign professionals, to oversee its dams. So far, we do not have an answer for what happened.

However, that does not matter yet. What matters is to be with the people who were affected. Unfortunately, we cannot bring back the lives which were lost, but we can offer dignity to the families who have been displaced and we are deeply committed to restoring their dignity as a community and as individual families. We hope that by Christmas each and every one of the families that were displaced will leave the hotels they are in and settle and live in permanent houses. We are working very closely with the communities that live by the Doce River.

Vale has a history very closely related to this river. We were once named after the river, and all of the communities by the river are very close to us, because our own railway passes through the river. That is not the case with Samarco. They have a closer relationship with the mining town of Mariana, along with the communities nearby the river. However, our major goal is first to convince Brazilian society that tailings dams and mining can be operated safely and, secondly, we need to make whole everyone who was affected.

Not only is this the life's mission of Mr Murilo Ferreira, as he reported to the Brazilian press, but this has to be the life's mission of Vale: to restore the Doce River not to its former condition before the accident but to a condition much better than it was before the accident. As some of you may know, the river was in very bad condition before with about 80% of its border vegetation

1

completely destroyed. It was not even connected to the sea at the time of the accident. A channel had to be opened in order for the plumb to flow to the sea.

However, we are deeply committed, as I said, to making this an organisational mission in order to restore our licence to operate, to restore our bond with society and, ultimately, to make good – because only by making good does mining make sense.

In that sense, a week ago we announced the formation of a voluntary fund in order to put not only money but all of the execution capabilities of Vale towards the recovery of the river. On the very same day, the Brazilian Government announced their intention to sue Vale, BHP and Samarco for 20 billion reals, with a similar purpose. We wanted to make this voluntary, but nevertheless we are more concerned about the ultimate results and goals – rather than the way we approach this.

Two days ago, we received formal notification of the suit from the Government. We are looking into it and analysing it, but our goal does not change. Regardless of the way that develops from a legal standpoint, we are truly committed to making it whole and bringing the river back. No matter how we feel about the legal responsibilities, which we assign mostly to Samarco, we feel that is the right thing to do.

We also have a fiduciary duty to you shareholders. Vale has to accept its fair share and, but not more than its fair share, in financial terms – but it also has to do way more than its fair share in terms of our efforts and the efforts of the organisation.

## III.    2015

Talking about the year, we are very happy that 2015 was a year of significant progress as a result of our ongoing initiatives. We have a lot of things we want to be proud about. The first thing is about the opening of the new mines in the Carajás area, which was something we have been longing to do for a long time. That will enable us to sharply reduce our costs, as you will see in the presentation of Peter Poppinga.

We had a reduction, as I said, of 41% C1 cash costs and iron ore cash costs. We are talking about a 29% reduction in Brazilian reals of production costs in iron ore. We are not only talking about FX. We continue to reduce general administrative expenses by 39%. Pre-operating expenses fell by 17%. We are almost delivering all of our investment cycle. We were able to deliver several projects, namely mostly the projects, which also helped to further decrease cash costs in iron ore. We continue our divestiture programme to streamline our portfolio and bridge any cash flow gaps. We were able to finish 2015 with stable growth statistics, despite the challenges of the market. We believe that we will continue to do so and preserve the balance sheet into 2016 as well.

However, as you know, today marks a new record low for iron ore prices. We are very mindful of the challenges ahead. We will maintain all of our capital discipline. You can expect more in terms of the adaptation of Vale towards the new scenario. We are now seeing an important reduction in our capital expenditures. We still have important divestitures in the pipeline we intend to complete. We will further simplify our structure and reduce costs. We aim to deliver S11D by the second half of this year, again with stable debt and a stable balance sheet.

From 2017 onwards, we will deleverage and leave you a company with significant free cash flow, reduced debt and increased distribution of dividends. We intend to lower the capex bill between $4-5 billion. If need be, we can lower them further, as I will explain. We will still have volume increases of about 30% in iron ore, 10% in nickel and copper and 18% in fertiliser products, which is a division that is also posting significantly increased results. The base metals business has several initiatives ongoing in order to increase its competitiveness and cash flows. Finally, two days ago, we had our first shipment at the new port of Nacala. Everything is working fine and,

hopefully, finally, we will be able to ramp up in Mozambique and lower the costs in our coal business significantly to enable it to breakeven and, in the future, make money.

Our fertilizer business will continue to be more and more important. We have a lot of exciting new developments to share with you today. As I said, the goal is to deliver, from 2017 onwards, free cash flows in order to reduce debt, increase dividends and, hopefully, re-rate the stock.

## IV.    Conclusion

We have not changed. We keep repeating the same mantras, the same direction and ideas for the past three years. We were farther away from our goals, but now we are just one single year away. Hopefully we will come back, a year from now, celebrating several new accomplishments and delivering to you a significantly transformed company.

Having said that, I would like to invite my colleague Peter Poppinga on stage to share with you ideas about the iron ore business.

# Ferrous Metals

## Peter Poppinga

### Executive Director, Ferrous Minerals, Vale SA

## I.    Opening Remarks

Good afternoon, ladies and gentlemen. Let us have a look at the Ferrous division. We can start speaking about our main accomplishments this year. We have grouped them into three categories. The first one is project implementation. We have made progress. Conceição Itabiritos II is almost finalised, Conceição Itabiritos is starting up – and of course we have made very good progress in S11D, our main project.

The other category is our cost reduction, as Luciano already told you. C1 costs were reduced by 44%, freight costs by 34% and expenses by 51%. This includes royalties. The other category where we made good progress was the supply chain optimisation. We are now berthing full Valemaxs in China and we are ramping up our distribution center in Malaysia. I will talk about that in a minute. I have divided this presentation into two parts. The first part will be about our main performance in 2015 and in the second part we are going to have a look, going forward, at how our competitive position is going to evolve in the next few years.

## II.    2015 Performance

### 1.    Itabiritos

We will start with the projects. It is important to remember that the Itabiritos projects delivered in the southern part of Brazil in 2014 were about building brand-new facilities. Those were the Conceição and Vargem Grande projects. Now we are talking about the modernisation and upgrade of existing facilities, mainly in order to be able to crush, grind and process compact itabirites which in the past were waste and now are becoming ore with excellent quality.

On the left side, you see the Conceição Itabiritos. This ramp-up is now finalised and the capacity is 19 million tonnes a year. We spent just shy of $1 billion on that. On the right side, you will see the

Case 1:19-cv-00526-EK-VMS    Document 143-10    Filed 06/14/24    Page 5 of 26 PageID #: 6257

Cauê Itabiritos. This ramp-up has just started and it will finish in 2016. We are talking about 24 million tonnes of capacity, and capex is going to be U$900 million.

## 2.    S11D

Then here we have some pictures about S11D. Progress is going very well. The physical progress of the mine is around 77%. What is very important is that all 109 modules we brought from overseas – some of them were actually fabricated in Brazil – are now in place and being assembled. The physical progress on the railway is 75%; on railway spur duplication, 36%; and in the port we are at around 68% of physical progress. I would kindly ask somebody to play a short video that will show you a little better the dynamics of truckless mining.

*Video plays*

Thank you. Ladies and gentlemen, this will be the world's most efficient and low-cost iron ore operation. Here, what you can see is the planned overview. Remember, the primary crushing is done in the mine in the truckless system with the mobile crushers. The ore comes here, from the left side, into the conveyor, and you go into the secondary crushing plant. Then you have the secondary screening plant and tertiary crushing plant. In the back, you can see the huge stockyards. This is a picture of the river bridge, belonging to the main spur. Here we have a picture of the port, Pier IV north berth construction. A lot of activity is going on there as well.

I come to the cost section now. We have compared here the cost position at the end of 2014. We are now comparing it with the new data you do not yet know, which is from 2015. You can see it is down 44% on C1 cash costs, freight costs going down to 14.3 and the expenses a little flat. There is a seasonality effect, but in the quarter the trend will continue.

## 3.    Cash Cost

If we now look to the cash cost, all in, landed in China, you can see we spoke about the C1 cash cost of 12.1. In 2014, fourth quarter, we had 48 reals per tonne and now we have 34 reals per tonne. This shows that this is not only exchange-rate based; it is real cost reduction in local currency. We have already spoken about freight rate and expenses.

You can see the quality is also improving. Quality comes in here as a credit, as you know. This has to do with higher Fe content and a better mix. You then come to the cash cost landed in China. You could also add a pellet adjustment that comes in as a credit, too. We take our pellet margin and equalise it for the whole tonnage and deduct it here. You can see our real competitive position, landed in China. This is U$32.50 for October. When you consider the pellet credits, it is U$31 in October.

## 4.    EBITDA

We are very proud of that and, as you will see in a minute, it is sustainable and it will go on further. Here, from an EBITDA perspective, we are comparing the nine months from 2014 with the nine months of 2015. Obviously, we were not able to compensate for the huge price drop. However, what you can see here is that Vale generated $2.1 billion in EBITDA through its own initiatives, independently from the external market. We have isolated the FX on the left side. If you add the 1.3 in EBITDA generated through volume increase and you add the rest of the net reductions, which is almost 800 million, you reach the $2.1 billion. This is Vale's real own initiative – and it is also based on productivity gains.

## 5.      Initiatives and Examples

I have some quick examples on what these initiatives and productivity gains are. If we take the first one, the blue one, that is the replacement of a lot of trucks with conveyor belts. The haulage distance is increasing, as it is worldwide. I will show you an example here. This is in Carajás. As you know, the N4W South new mining area, here on the left side, is a little farther away from the I and II plants. The conveyor belt we are building makes perfect sense, and it will decrease our costs further. We then have the same initiatives in Itabiritos. I am not showing it here. Between Cauê and Conceição there are middle mines. They deal with feed. We are building a conveyor belt at the Cauê plant as well.

On the optimisation of truck capacity, we need fewer trucks not only because of the conveyor belts I showed you, but also because we are reducing our strip ratio dramatically. Why are we doing that? Is it sustainable? Yes. Why are we doing it? It is because strip ratio is falling because we are revising our mine plan drastically.

Why are we revising our mine plan in a sustainable way? We are simply now able, as I told you about the Itabiritos project, to transform into ore. The itabirites, which were formally waste, are now becoming ore. When you look to Carajás, all of the new areas have a very low strip ratio compared to the old mining areas. This decreases the ratio, too. Of course, we are working on the cut-off grade. People normally think we are actually increasing our cut-off. We are mostly decreasing our cut-off, because we are now able to blend, in the southern system mainly, poorer material with some richer material from Carajás in our offshore facilities like the Malaysian blending facility. All of these things together allow us to reduce drastically our strip ratio. I will come back to that later in a few minutes.

## 6.      Blended Iron

Speaking about the blending facility, Malaysia has a capacity of around 30 million tonnes. We are ramping up this year. It will be about 20 million tonnes and next year the 30 million tonnes will be achieved. We are roughly two thirds of the Carajás fines and one third of southern fines. Out comes a product well accepted by the market called the Brazilian blend, which is a very homogenous product and has had a very, very good acceptance by the market. Liquidity is still growing; it is not there yet. However, when we have ramped up and we are also blending offshore in China, which is now increasing as well, this will probably be the reference product in the future, because it is very well accepted in the market and it has a little superior grade to the Pilbara grade in China. There is the specification: 63.5%, 4.5% silica, 1.8% alumina and 0.06% phosphorous. We are achieving a premium of U$3 per tonne on this product on top of the equalisation of the iron content.

## 7.      Operational Parameters

Before I go and look into the future, I wanted to show you the operational parameters we have today. We call them best in class and they are sustainable in the long term. Again, in those little circles you see are the forecasts of those numbers looking into 2018. Why 2018? Because we will already have most of the ramp up of the S11D completed. If you look to the strip ratio, like I told you, we were at 1.2; we are now at 0.7, which is roughly half of what our competitors are doing. If you look at the iron content, we are better there as well. Actually, from 2014 into the next years, we are going to increase the iron content by 2%.

We have the same story on average mining haulage distance. What is important is that this actually summarises the global metallic recovery. You simply put the total Fe in your products divided by the total Fe in your tailings plus your run of mine. This is a measure of efficiency, and you can see

that we are also very well positioned there. Again, what I want to say is that this is all sustainable. That is why we are thinking that this will be a very important piece in our competitive position in the future.

Coming to the ramp-up of the northern system, this is the full-year logistic capacity. This is not separated between the north range and the south range – with the south range being S11D. It is a global picture, because what we have in the northern system is logistically constrained. It will not be the mine. We even have some synergies being made between the northern and southern ranges. Here, we show you the capacity to maximise the existing infrastructure utilisation of this total system as an integrated system. Those are the figures.

## III.    The Future

### 1.    Capacity and Volume

In 2016, there will be capacity of 165 million tonnes. S11D will just be starting to fill up the pipeline, not in big quantities. In 2017, that is the number we should bear in mind: 180 million. This is constrained by the infrastructure of the railway. More than that is probably not going to be shipped. Then, we reach the full capacity of 230 million in 2018.

I would like to give you some guidance on the volumes for the coming years. There are two figures I would like to show to you. We are keeping our guidance for our maximum capacity coming on stream at the end of 2018, which will be 450 million tonnes a year. In terms of actual production, whether or not we can fully utilise this will depend on margin optimisation, which we always do, market conditions – we, of course, will keep a mature eye on the market – and some strategic conditions, as you can well imagine. The 450 million tonnes will be our existing capacity at the end of 2018. This has not changed.

Our guidance for 2016 is the second one I wanted to give you. You can see a 340-350 range, which is very different from the 376 guidance we gave last year. How can you read this number? It is very, very simple. This year, we are going to make the 340 like we announced last year in spite of the Samarco incident – and we are compensating it. Next year, let us hit 350. How are these 10 million tonnes allocated? You saw that we are coming on stream with 40 million tonnes of new capacity from the projects in 2016. Half of it, roughly 20 million, is coming from Carajás. The other half is coming from the southern system projects. However, we are losing roughly 16 million because of the Samarco incident. The other 14 will be natural depletion. We have 40 million coming in and 30 million going out gives you 10 million net. 340 plus 10 gives you 350 million for 2016. That is the simplified story for the production guidance for next year.

### 2.    Margin

Of course, however, this means higher margin, because of the run of mine from Samarco – we are not that considering here, but that does not mean it will not come; that depends on Samarco's production return. This run of mine has low margin and we are increasing Carajás, which has a higher margin. The overall margins considered here will be higher than we had this year. On the pellets side, you can see we are keeping the production guidance and that in 2019 or 2020 we are going to revamp the Vale I and Vale II pellet plants, which is still to be defined.

We talked about Carajás already and we talked about S11D specifically. Here, you can see what Luciano said. We are reducing our capex guidance for S11D by 17%. It will be 14.4 billion. C1 cash costs are now established to be $7 per tonne in S11D.

### 3.  Cash Costs

If we have a look at the C1 cash costs in our systems, you can see, comparing 2015 to 2018, we are reducing it roughly $5.  It will go from $12.7 to $8.8 in the northern system, $17.5 to $13.6 in the south eastern system and $12.5 to $11 in the south eastern system.  How is this possible?  There are lots of initiatives behind it.  Of course, the production of scale is one important element, because you are diluting fixed costs.  The truckless operation is cheaper in S11D.  The new Itabiritos projects are also playing a role.

I already talked about the optimisation of our new mine plans, but there is also the offshore blending piece in Malaysia, which actually gives you a product with a higher premium.  When you take out 0.5 of the strip ratio, like we are doing, from 1.2 to 0.7, you are taking out $400 million a year in opex.

Labour productivity will increase.  We are now hiring 2,000 people for the S11D operations, but our overall workforce in Vale will not increase.  They will be absorbed and we will increase our labour productivity there.  Higher Fe content will also play a role.  2% Fe gives you another $600 million in revenue, under current prices.  There is automation and lots of other initiatives as well.

### 4.  Global Value Chain

From C1 to the global value chain, again, putting together all of the steps, remember that in the previous chart we showed you that the cash landed costs in China were around $34.  Here, you can see that it will be around $25 before the pellet credit.  That is a decrease of almost nine dollars, when we put everything together.  We have already spoken about the C1 costs. You will see the $10.

On freight, the figure is $13.7.  That is based on a of 240 and spot rates of 11.5.  We always speak about an exchange rate of 3.8 through the presentation, which is roughly the exchange we are seeing today in Brazil.  What else is playing a role in freight rates coming down? It is the new generation of Valemaxs.  They are much more efficient.  We are going to have another 30 or so Valemaxs coming.  They are much more fuel-efficient; they have a higher loading rate.  Valemaxs being able to berth in China fully is also playing a role.  We will probably eliminate our floating transfer stations we have in the Philippines.  We needed to do this a few years ago; this is extra cost going away as well – and so on.

On the expenses and royalties side, SG&A will go down further.  Lower operating expenses are a very important thing.  Today, we still have some high pre-operating expenses because of the ramp-ups of the projects.  They are also going away.  What we can say here is that the quality is higher Fe in a better mix, plus there is the Brazilian blend premium, which is altogether around $4.

### 5.  Competitiveness

You can see what is happening here. We are throwing an anchor of competitiveness until 2018.  What we are saying is, 'We are re-establishing the two competitive advantages we had in the past.'  We always had significantly lower C1 costs than our competitors in Australia.  That was a little softened in 2014, and here it is re-established.  This competitive advantage is back.  The other competitive advantage we had in the quality.  It was softening because of depletion and delay of licences. This is coming back. We now have the best quality iron ore in the world again. The third element is the freight, but the freight is geography.  We will always have a higher freight rate than our competitors, but what is important is that the differential between those routes is decreasing.  In 2014, we had a $13 differential, and here we are talking about an $8 differential.  It is a $5 decrease

in freight differential as well, because of our freight strategy of the Valemaxs, but also helped by the evolution.

### 6.        Cost Curve

Last but not least is the famous cost curve. What we have done here is looked into 2016. What is the cost curve? What could it be? We have added sustaining capex. Normally people do not do that, but it is important that people add sustaining capex into the cost curve. It comes in at around 1.4. This is extended seaborne. You take the pellets out; you bring the Chinese concentrate in. This is a concept we use. Depending on the way you plot the demand, you can see that, technically speaking, the price should be around $50 next year, but we all know there are lots of things going on. There is the sentiment piece; there are the financial markets. It is much more powerful in the short term now than the market fundamentals.

However, I am not here to speak about prices. I am here to show you Vale's competitive position on this cost curve. When we divide our operations into integrated and non-integrated operations – integrated would be Carajás and S11D together, because we have control of the railway. This is together with the south eastern system, where we also have control of the railway, and the Port of Tubarão. If you take those two together, you see they are very well positioned in the cost curve here. As you can imagine, S11D will come with more competitiveness here and we will add to that in 2017. Vale integrated systems will certainly move to the left on this chart.

We also have a non-integrated system, which is the southern system, where we do not have control of the railway. We have higher costs; we have higher costs in the ports. It is a public port. There is a different cost position there. Of course, ladies and gentlemen, that is our focus: to get control of our costs in the non-integrated systems. Several initiatives are in place, which perhaps we can talk about later.

## IV.    Conclusions

To summarise, some people do not realise what is happening here. Vale is investing on the left side of the cost curve. That is what we are doing with S11D and all of the Itabiritos projects. What is going to happen, going forward, is that the industry will invest much more on the right side of the cost curve. Brownfield projects normally have a lower capex but a much higher opex. The cost curve is flat today, but this may change in the next years due to what I just mentioned: the industry will invest on the right side of the cost curve, because they have to do so.

Thank you very much. Later we can have some questions. Thank you. I would like to hand over to Jennifer Maki now, who will speak about Base Metals.

# Base Metals

## Jennifer Maki

### Executive Director, Base Metals, Vale SA

## I.    Opening Remarks

It is my pleasure to be with you this afternoon to give you an update on Base Metals. I do not have to tell you we are in a period of very challenging prices and market conditions in Base Metals – and

many other metals, to be exact. One of the things that matters, whether prices are high or low, is the quality of your assets. At Vale Base Metals, we believe we have some of the best assets in the world. However, it is not only having great assets that matters: it is also about what you do with those assets. That is what I am here to talk to you about today.

## II.      Performance Summary

This goes over some of the achievements we have had over the last few years. We have made significant reductions in the area of costs and expenses, and I will delve into that in a bit more detail in the next slides.

### 1.      Production

We have increased our nickel production by 25% in the last three years. That is largely due to the ramp-up of Onça Puma, the continued ramp-up of Vale New Caledonia and, this year, the start of the ramp-up of Long Harbour. Long Harbour will produce 10,000 tonnes of nickel this year. Similarly, our copper production has increased by 55%, and that is driven by the ramp-up of Salobo, which will achieve nominal capacity in December of this year.

### 2.      Costs and Expenses

In the area of costs and expenses, our nickel unit cash cost has fallen 35% from 2012. When I speak to the nickel unit cash cost, it is important that you understand I am aggregating the nickel unit cash cost across all of our operations, including Onça Puma, Long Harbour this year and New Caledonia. From that, we deducted the by-product credits driven by the polymetallic orebodies in Sudbury and Voisey's Bay.

This reduction of 35% has been achieved, obviously, through the dilution of fixed costs because of the production increase I spoke of, but also through cost reduction and austerity initiatives. I am going to speak to our 2016 plan in a bit on that. Like others, we have benefited from currency devaluation. About 50% of that nickel unit cash cost is denominated in Canadian dollars. Since 2012, the Canadian dollar has devalued about 21%. We have also had lower oil prices. We have had some headwinds bumping up against these cost savings, namely lower by-product credits in copper. Since 2012, the price has fallen 30%; platinum has fallen 34%.

We also brought on some higher costs to our operations in terms of the ramp-up. Today, that 2015 number of 7,900 includes 30,000 tonnes of production from New Caledonia, which, during the rap-up phase in 2015, is over $20,000 a tonne. In terms of our copper, it has fallen by close to 65% in the last three years. That is driven by the ramp-up of Salobo. Salobo really is a world-class copper operation and asset. It is a tier-one producer. As well, the devaluation of the Brazilian real has positively impacted our copper unit cash cost.

It is not just our cash costs that we have been focusing on. It is our other expenses as well, including our pre-operating, R&D and our SG&A. In terms of our pre-operating costs, they have fallen about $350 million since 2012. That is a function of the ramp-ups being concluded in terms of Onça Puma and Salobo and decreasing our ramp-up costs and pre-operating costs. I am happy to say that, as of 1 January 2016, we will no longer have any pre-operating cost in New Caledonia.

Our R&D is now one third of what it was in 2012, i.e. essentially $115 million in 2015. This really reflects the completion of a cycle of large and complex technology projects in Base Metals. The technology centre has really focused itself these days on improving the performance and efficiency of our operations. An example of one of the projects they are working on is a project to improve the furnace power at our Indonesian operations. In Onça Puma we have our most modern furnace, and it is achieving world-class power levels. We are trying to take the lessons learned from

Onça Puma and apply them to our Indonesian furnaces, as we have to do periodic upgrades there to rebuild the furnace.

Our SG&A is down by 50% from 2012, and we have continued to look for ways to further reduce it. We are just concluding a reorganisation of our Asian marketing units. We have centralised the team in Singapore and we have put local sales representation at the plants in China and Japan. This has saved us $2 million a year and about a 30% reduction in our workforce.

# III.    2016 Operating Plan

## 1.    Cost Savings

In terms of our operating plan for 2016, it is really very simple: we need to better tomorrow than we did today, better this week than we did last week, this quarter than we did last quarter – and in 2016, we need to do better than we did in 2015. Here are some of the things we are looking at.

### a.    Sudbury

In September, we did a review of our Sudbury operations and we were really not seeing the decrease in our supplies and services that you would expect in this market. We gathered all of our vendors together in a town hall in Sudbury at the end of September and we asked for their support. We said we needed to see better pricing. We explained that we were a big part of the business. Savings need to come back to us. Secondly, however, we asked them, 'If you see opportunities in our operations and you do not think we are acting on them or not seeing them, please let us know.'

The group came back together again in October, and we had over 200 proposals for cost-saving ideas in Sudbury. With that, we have set a goal of taking out $25 million from our supplies and services costs next year. We are working our way through the proposals. It is a process. You have to think about the safety implications of the idea being proposed and you have to get the sign-off from the operations. To date, however, we have identified $8 million of savings that can be implemented. We are certain that we will achieve the $25 million – if not more. Some of the savings is just better unit pricing; some of it is substitution with lower-cost reagents; some is about looking at frequency of delivery versus storage capacity. It really does show you what can be achieved when you partner with your suppliers.

### b.    Long Harbour

In terms of Newfoundland and Labrador, the team in Long Harbour is already looking at ways to reduce costs. We particularly like to see this from the team there, because usually in ramp-up the team is focused on achieving that production target. There, we have our diesel-fired boilers, which are used to generated steam for heating and for processing purposes. The load and heating requirements vary a lot between winter and summer. We have identified a number of projects to optimise the operation of these boilers that will save us $4 million in diesel costs in 2016.

### c.    Onça Puma

At our operations in Onça Puma, in the fourth quarter we began ramping-up our calcine transfer system improvements. This will allow us to feed the furnace with two kilns, resulting in an increased nickel capacity and production in 2016 of 2,000 tonnes. In 2017, when fully ramped-up, production will be 3,000 tonnes. This will dilute the fixed costs. We originally had a proposal for this from a big engineering house with a very big price tag. We did not have the capital in our budget to do it, but we came up with a lower cost solution generated in-house. It does not quiet deliver the same amount of additional nickel units, but in terms of maximising the dollar spent, team Onça Puma did a really good job here.

*d.     Indonesia*

Those of you who follow our operations in Indonesia will know that, historically, oil costs represent 40% of the total spend. In 2013, we began a programme to implement coal conversion in our dryers there. We were very successful in being able to convert 90% of the oil to coal. In 2014, it saved us over $60 million. For the nine months ended September this year, we have saved $23 million – obviously at lower commodity prices. The team was looking to apply the same technology to our kilns there. The kilns are a little bit more difficult to do, because the kilns have two burners. However, we have a pilot project ongoing, when we commissioned the first burner this past November, and w will do the second burner in February. If we are able to achieve the same types of conversion rates, the savings will be double in terms of that. Depending on the success of the pilot, we will look to apply this to the other kilns in Indonesia as well.

*e.     New Caledonia*

In New Caledonia, the best way to reduce cost is to increase production. In 2015, New Caledonia will deliver a 50% increase in production relative to 2014. In 2016, we again expect an additional 50% increase in production. This will reduce costs from over $20,000 a tonne today to $13,000 a tonne in 2016.

However, this is not the only way we are looking to reduce costs in New Caledonia. We are really targeting the services and contracts there. As a recent example, we recently tendered our camp and catering contract. The incumbent had been there since day one, and we have a new winner, and savings of $8 million a year on one contract alone. We are in the process of doing similar exercises with many of our maintenance contracts.

## 2.      Increasing Competitiveness and Cash flow

In addition to looking at the cost reductions and efficiencies areas, we also have some very specific initiatives to increase our competitiveness and our cash flow, and I will take you through those now.

*a.     Manitoba*

The first relates to our operations in the North Atlantic and we are in the middle of a multi-year project to transform those operations that will be complete by the end of 2018. Starting in the west coast with our operations in Manitoba, in 2016 we are going to further the work on a concentrate handling system. This is necessary as we prepare the operations to move to a mine mill operation at the end of 2018. At this time, the operations will produce a concentrate that will be available for processing in Sudbury, Long Harbour and also for sale to market.

*b.     Sudbury*

In Sudbury we are progressing the implementation of our clean AER (Atmosphere, Emissions Reduction) project, which will allow us to meet new limits for SO2 emissions as well as ground concentrate levels of SO2 and other metals. We are targeting an 85% reduction in SO2 emissions as well as a 35% reduction in ground concentration levels. The added benefit is a 40% reduction in greenhouse gases.

Related to this project is our move to a single furnace in Sudbury. We originally expected to move to the single furnace in 2016, but we re-evaluated the life of the furnace and the room we have within the environmental limits. Now we are expecting to move to the single furnace at the end of Q1 2017. When we move to that single furnace it will have a 25% increase in its capacity relative to the furnace today. We are also working hard in Sudbury to process more ore from our own mines. We make much more money processing our own ore than we do purchased feed. With the move to one furnace in Sudbury you will see a reduction in the amount of purchased feed we

process.  We are also focusing on more selective mining.  Lastly, with one furnace, the big change you will see is the 45% of the copper we scalp in the mill today will move to 75%.  We will be producing much more copper concentrate versus copper anode as we make more room in the furnace to process nickel units.

### c.    Long Harbour

In terms of Long Harbour, the ramp-up is progressing very well.  As I mentioned, we will deliver 10,000 tonnes this year and we will double its production in 2016.  In Q1 we will complete tie-ins necessary to enable Long Harbour to operate solely from feed from Voisey's Bay.  Today it is operating on a blend of feed from Indonesia and Voisey's Bay.  At the completion of these tie-ins we will have a purer product to sell to market, both in terms of the nickel product and the cobalt product.

As Long Harbour ramps up over the next couple of years we will realise these benefits in terms of a reduction in working capital and supply chain.  Today, from Voisey's Bay, that concentrate goes all the way across Canada to Manitoba and to Sudbury.  When Long Harbour is fully ramped up you will have it direct from Voisey's Bay to Long Harbour.  We also have a more direct route to market and you cannot forget that Long Harbour has zero SO2 emissions.

### d.    New Caledonia

I am not sure if this qualifies as the elephant in the room or not because everybody knows the New Caledonia operations have been our most challenging operations.  We made some good progress in 2015, increasing our production by 50%.  In October of this year we had a new record for monthly production, achieving 3,400 tonnes in the month.  That is 72% of the nominal capacity and 87% was in nickel oxide form.  As I mentioned, in 2016 we expect to increase it by 50% or, for the year, achieve 79% of the nameplate capacity, with a unit cash cost of 13,000 in 2016 and 20,000 in the long term.

While New Caledonia represents one of the largest untapped laterite nickel resources in the world, it has been a very challenging place for us to do business and we are not alone in our challenges there.  Despite the progress that I just spoke of, our patience and, we know, your patience is wearing as it relates to New Caledonia.  We are analysing all options for this operation.  I was there in early November with the team and I delivered the message that we really need to see two things.  We need to achieve the planned cost reductions and that is through productivity improvements.  Just as an example, when we compare the mining performance in New Caledonia with our similar mines in Indonesia and at Onça Puma it shows a gap.  They need to close that gap.

We also need improved plant reliability.  We have some really good runs and we sustain them for a couple of weeks, but we are not there yet in sustaining them month after month.  We need to close that gap with maintenance.  Also, as we are achieving new production records, we come up against new bottlenecks and it has been taking us a week or two to work through those.  We really need to have those behind us to have plant reliability to be able to deliver that production number of 46,000 tonnes next year.

I also spoke about the need for stakeholder support from various governments in New Caledonia, from communities and from vendors.  We acknowledge we have made some mistakes there in our past, but we cannot be criticised for a lack of commitment or a lack of effort.  We need to see the same commitment and support from our stakeholders there.  In 2015 it has improved a lot, but it needs to continue to improve.  We also need a supportive nickel market.  It is our highest cost operation, and to have a sustainable future it needs a strong nickel outlook.

*e.*      *Indonesia*

In terms of Indonesia we have completed all our studies for our Indonesian growth plan and we are ready to go under the right market conditions. The project will increase the production of nickel and matte from 75,000 tonnes a year to 90,000 tonnes a year by adding a dryer and a converter. The project also leverages our extensive resource base in Indonesia and also our hydroelectric generating capacity, with the power cost averaging just over $1 per MWh. While this project is a commitment under our recently negotiated contract of work, we have flexibility in terms of when we implement it.

*f.*      *Salobo III*

In terms of copper, we continue progress our studies as it relates to Salobo III. The concept here is to build additional concentrating capacity and really leverage the learnings we have had in Salobo I and Salobo II, and very low cost mining as it leverages a stockpile that has been built up during the operation of Salobo today. The added benefit is in 2013 when we negotiated the gold stream for Salobo, we had the foresight to include a stream for Salobo III as well. We are due a payment up to $500 million, depending on the timing and the actual capacity achieved in Salobo III.

## IV.    Summary

Once we complete the transformation of the Canadian operations, including the ramp-up of Long Harbour and the continued ramp-up in New Caledonia, our nickel production stabilises at about 320,000 tonnes a year. From there, the future will depend on the market conditions and under the right conditions we have lots of options available to us, given our resource position. The second furnace at Onça Puma is ready to go at the right time and we have further growth options in Indonesia with Pomalaa and Bahodopi. You will see the copper production profile increases nicely, driven again by the Salobo ramp-up.

We are going to continue to focus on delivering efficiency and cost improvements and this will prepare us well for the medium and long term when the nickel and copper fundamentals look strong and we can take full advantage of the options that we have. In the short-term, given the high quality assets that we have and our action plans, we believe we are well-positioned to capture any upside from even moderate increases in nickel and copper. Make no mistake about it, we are doing what is required with the business to address the market conditions of today and to position us well for the future.

# Fertilizers

## Roger Downey

### Executive Director, Fertilizers and Coal, Vale SA

## I.      Fertilizers

### 1.      Introduction

Good afternoon, everyone. I am here to talk about the hidden gem – fertilizers – the best-performing division in the company this year. Brazil is a big farm and it is all about location, location, location. We are in the sweet spot. All our operations, our plants, are in the middle of a

big farm. We are surrounded by farms and that has played in with our strategy. In 2015 we got all the rewards from a lot of hard work we have been putting in, consolidating the businesses we bought in 2010, which were Bunge, Fosfertil and Mosaic, and putting them together into Vale Fertilizantes.

## 2.    Brazil Growth

Brazil has a lot to grow. It is already a big, major producer of most agricultural commodities with the exception of wheat. It is in the top five across the board. Today, Brazil produces 200 million tonnes of grain and we have 200 million head of cattle. We are the biggest chicken producer as well. The chicken factories put down about 10 million chickens a day, so it is a phenomenal place to be. We have the growth. Brazil is big and there is a lot of growth ahead of us. We are factoring in, over the next decade, that Brazil could grow its agricultural output three times. However, if you just look at the acreage and the productivity that farmers are developing, that could be a lot more. In terms of acreage, we are only using about 20% of what we could use, without cutting down forests or anything like that.

Growth has been fantastic for both agricultural production and for fertilizers. 2015 was a different year. Although it was slightly down on 2014 in terms of fertilizer consumption, that is only because farmers were very late putting in their orders. It is obviously a seasonal business and infrastructure could not cater for all of the demand, so some farmers did not get the fertilizer they needed. All in all, it was a very good year and the prospects of intensity growth in fertilizers growth in Brazil, as Brazil moves towards the north west, where there are poorer soils, much bigger farms and much more productivity we will probably see fertilizer tonnes grow as well.

## 3.    Vale Advantages

The effect and reward of location has been a 3% increase in market share for us this year. That is not only because we are in the market, but the devaluation of the real really helped here. No doubt it helped in our cost, but the working capital employed in the import of fertilizer for farmers was a lot heavier this year than it has been in the past. Just to give you an idea, Brazil is still 70% dependent on imported fertilizer and when a farmer puts an order for a ship of fertilizer from Morocco or Canada it is a 25,000-30,000 tonne ship and it takes three to four months from the day the order is placed and the arrival of the cargo on the farm. That is carrying a lot of working capital. This is in a year where credit to farmers has been much reduced and a lot more expensive in Brazil. That really hurt the farmers. The fact that we are next door and just a phone call away, and can be there the next morning with a 25-30 tonne truck – 1,000[th] of a ship – to deliver just in time for the farms. That has played into our advantage in a very big way.

We have done a lot of homework as well, over the past three years consolidating the business and trying to get the best productivity out of our assets, and it has rewarded us tremendously. We have reduction in costs across the board, more product for our existing facilities and, last but not least, more from the supply chain as well. We have been extracting better margins in our sales to farmers through this just-in-time delivery.

## 4.    Financial Prospects

2015 YTD on an EBITDA level we have added about $131 million. We have been helped by the FX rate, no doubt, but we are on track to deliver $150 million EBITDA in addition to the FX. That is another $150 million value we are delivering to the EBITDA line that is not FX-related. That is just from cost initiatives, and margin and productivity increases.

2011 was the first full year of the Vale-operated fertilizer business and from that period prices have come down significantly. Yet, even with much lower prices, we have managed much better margin than we had then. This is all due to the initiatives I talked about earlier.

## 5.   ROM Replacement

### a.   Araxá

There is another thing happening that will significantly increase EBITDA and that is the ROM replacement project we have. Our mine in Araxá is mining out over the next two or three years; it will be total mined out. When you are close to the end of a mine, costs are much higher. Last year, our cots at Araxá were about $149 per tonne. With the replacement of Araxá with a new mine and feeding ROM to the Araxá plant, we will reduce our costs to $75. That is almost half of where we were last year. In addition, the phosphate rock from this new mine is higher in content, so we will get more productivity out of the Araxá plant as well. We will get more yield from the plant and more volume as well, so we will see some increase in SSP, TSP and DCP in 2017.

The other interesting thing about this project is we have been working to reduce the capex ticket significantly over the past few years. About 18-24 months ago, the capex ticket for this project was $700 million, down from almost $2 billion when I arrived in 2012. What we did is look at the whole project from a completely different perspective, used existing infrastructure rather than build new infrastructure, and we reduced the ticket to $144 million, with slightly higher but basically the same opex. The trade-off is much bigger and more positive than we anticipated. Obviously, having the plant and treating the ore on site is much cheaper than moving the ROM to another site about 150 km down the road, but that was offset by a significantly lower capex number.

### b.   Carnalita

This is a project a project we have in the north east of Brazil to replace the Taquari-Vassouras mine that will be depleted by 2020 at the latest. We are working on that. It again had a very high capex ticket of over $2 billion and we are now working with the same approach that we used for the phosphate ROM replacement project by using the current infrastructure. We have some carnallite underneath the Taquari-Vassouras mine, and that mine is sylvinit. We will mine that carnallite and use the existing facilities. It is work in progress and there are no numbers yet, but we will significantly reduce that capex ticket as well and maintain our potash production.

## 6.   Summary

Just to summarise the importance of the location and our competitive advantage of being in Brazil, like I said, Brazil is growing into the north west. The soil quality is worse, so we will see fertilizer intensity growing in that region as well. Another interesting thing happening is the farming model in Brazil is changing. The average farm in Brazil is about 3,000 hectares, by no measure a small farm, but they range from about 500 hectares to 400,000 hectares. The mega farmers, as we call them, with farms bigger than 100,000 hectares, are really taking off. They will be responsible for growth in Mato Grosso, for instance, which produced 45 million tonnes of grain last year. By 2020 it is expected to produce 70 million tonnes. That is basically coming from the mega farmers. These mega farmers are growing. They are farming in the smaller farms as well, which is an interesting model, because the smaller farmers are suffering with working capital, as we discussed earlier. That is playing into our strategy really well, where we have big corporate farmers as our customers. Watch this space; there is more good news to come from fertilizers.

## II.    Coal

### 1.    Introduction

Coal is a different story altogether. Markets are very depressed, prices are at 10-year low and, just like iron ore, testing territory below that as well. It really means we have to work a lot harder and reinvent the way we work in the coal business as well.

### 2.    Mozambique

*a.    Reducing cost*

We have been doing our homework like every other business unit, reducing costs, even in a new operation like Mozambique. We only started it in 2011, but it is almost like a turnaround of a very new business. We have been reducing cost, getting more production up and, as a matter of fact, some of the KPIs are better than the project that we had. For instance, the nominal yield for the project is today about 41% and right now we are running at about 43%, so we are above nameplate yield. In productivity we are also improving, getting more out of our trucks. As we expand and grow, we will see even better numbers.

*b.    Expansion*

The expansion is being delivered on time and on budget, with the second Moatize plant being commissioned this month. It will start producing commercial production in the next year. As Luciano mentioned earlier, the port is ready and the first ship from Nacala sailed on Monday this week. That is a very important milestone in the business, and no doubt one that means we will be able to dilute a lot of the fixed cost and really start getting what we need out of this business. We need the tonnes, the volume, in order to reduce the cost.

*c.    Ramp-up*

We have adjusted our ramp-up to suit the market conditions. Today, with a very depressed coal price, what we did is try to postpone and delay as much new capex, whether it is sustaining capex or whatever, and push it out as much as we can, even if that means slightly slower ramp-up on the railway and the mine. That is the best ramp-up under these scenarios. Obviously, if things change and prices improve then we can accelerate that ramp-up. Volume is the biggest and most significant lever to reduce our costs, so by 2020 it will be $62 onto ship. Just to give you an idea of our cost curve today, based on data from Wood Mackenzie, the first quartile break is about $63. This operation, by 2018 is basically going to be a borderline first quartile business.

### 3.    Australia

There is a lot work to be done though and we are working very hard, both in Mozambique and Australia, where Carborough Downs is today our only operation there. It is making cash, obviously aided by the Australian dollar having been devalued. It is a cash-making business and that is where we want it to be.

Thank you very much and I will hand you back to Luciano.

# Closing Summary

## Luciano Siani

In the interests of time and to go directly to Q&A I am going to leave you with three ideas. The first one is when you look at our capex profile going forward, sustaining any replacement capex already includes everything needed to keep production going. That includes the projects that Jennifer Maki and Roger mentioned, and eventually projects in iron ore to keep production stable. It is an expanded concept of sustaining capex.

The second message is that, unlike last year, we already include all the optionality available for Vale to grow. For instance, Salobo III is already on there; Indonesia expansion is already there. The message is there no possibility that capital expenditure will go up. We are entering into a new era for Vale in terms of capital intensity and it is going to be very low.

We are happy over the Q&A to go over each transaction in more detail. The next idea is that if there is any cash flow gap in 2016, we are more than prepared to bridge those. All of the transactions, perhaps with the exception of the fertilizer JV, are very well advanced and have their closure predicted for the first half of next year. I am happy to talk about all of them, but they are all in very advanced stages and should help bridge any cash flow gaps that might come. We continue to have $6.4 billion in readily available, committed financing lines if need be.

As a final idea, we made some simulations of the cash to be accumulated until the end of the decade under different prices for iron ore, with assumptions for copper and nickel. There is a lot of leverage in terms of the iron ore price. If you believe an average of $50 per tonne until the end of the decade, you will have significant accumulation of cash, which would mean quick deleveraging and increase of dividends. However, the situation is different under different hypotheses. What we are doing is assuming the current competitive state of all the businesses.

The commitment that we have is to significantly and continue to lower the breakeven points on each of the scenarios so that we can deliver the cash flows no matter what your assumptions for prices are. Therefore, we are still in a comfortable position for $45 going forward; we are not in a comfortable position for price we have seen today, but we will work very hard to shift this and be talking a year from now not of $40, $45 and $50, but showing the same position for $30, $35 and $40.

# Questions and Answers

**Suri Boshkov, Investec**

Thank you very much for the presentation. Given the current state of the base metals and iron ore market, and the accident at Samarco, what is your dividend policy for 2016-17?

**Luciano Siani**

If we need and want to, we are allowed not to pay any dividends in 2016, without breaching of our charter provisions. In 2015, we already anticipated all the obligations for fiscal year 2015 that would be paid in 2016. That means we have that flexibility. We will put the balance sheet first. We are likely to make some sort of announcement in January, as we usually do, with that in mind.

It is most likely that dividends, if any, will be paid after the fact, after we have seen how the year goes.

**Suri Boshkov**

Will that be in 2016 or 2017?

**Luciano Siani**

It is most likely we will pay dividends after the fact. That means we will see how cash flows evolve throughout 2016 in order to make those decisions, rather than make announcements beforehand.

**Rene Kleyweg, Deutsche Bank**

In terms of the iron ore and reconciliation on the new guidance, you have talked about the flexibility of 20-25 million tonnes in the southern system potentially being removed. If we take the old guidance of 376 million and remove the impact of Samarco, that takes us to 360 million, which is a gap of 10-20 million tonnes against where we are now. Is that part of the 25 million or has the 20-25 million not yet been touched? Is there more upside there?

Jennifer, given margin optimisation as a principle in iron ore, why does it not apply in nickel and how do you justify keeping going with VNC, given the size of the prize is reducing day by day and you have other opportunities like the second leg at Onça Puma if you want volume to return to the market?

**Peter Poppinga**

We should forget the famous 25 million now, because it was done. This was in this year, in 2015. We reduced some low-margin or purchased ore, but were able to compensate for most of this in other operations, mainly in Carajás and in the southeast, so that we are able to produce exactly the same 340 million we forecast for 2015, at the last Vale Day.

Going forward, what is happening is that, as I explained, we have added 40 million tonnes in new project capacity. 16 million will be lost because of Samarco. 14 million is depletion so, from the 40 million, you have a net increase of 10 million tonnes. 340 plus 10 gives a new guidance of 350 million tonnes for 2016.

**Jennifer Maki**

Firstly, I would say that margin optimisation applies in base metals and that we are working to improve the margins at all our operations. New Caledonia is a ramp-up project, so it has a little more grace, but it has been ramping up for longer than it should have been obviously. I mentioned that we know that the patience of everybody in this room is wearing, and our patience is wearing. At the same time, while we have production goals for next year, and also in terms of costs, we are analysis all our options in New Caledonia.

**Rene Kleyweg**

What would the exit costs be?

**Jennifer Maki**

I do not have those on me, but it is analysis that we have done and continue to do. There are some notes in the financial statements about guarantees, disclosures and commitments.

### Allen Alshum, Macquarie

The federal and state governments are coming after you on Samarco for that BRL20 billion, which is just over $5 billion. Assuming that stands, how will it be structured? Do you have any idea? Will a royalty be levied on revenue over time or will those funds be stuck into an escrow account? Therefore, if it is over a long period of time, do you envisage Samarco being able to fund it themselves?

Secondly, I think you have a covenant on one of your facilities with a net debt to EBITDA threshold of 4.5 times. If that is breached next year, if iron ore prices continue to slide or even stay at these levels, have you discussed a waiver with your lenders?

### Clovis Torres, General Counsel and Chief Compliance Officer

On the fund, we have not yet been served the lawsuit that is supposedly being brought by the federal government. We have had meetings with the attorney general of Brazil. He explained a little of what he had in mind and they have suggested that we should sit down and try to make an agreement, instead of fighting in court. Basically, it is a fund to be created by revenues or a per cent of the net profits of Samarco. That is what we have heard at the moment; it is either 20% of Samarco's revenues or 50% of their net profits. That is where they came to the BRL20 billion. We are still to see how that is actually composed. We thought it was a supposed measure of damages and not something out of the blue or from Samarco's financial statements in the past years. In any way, it is good to hear that they are considering it, which means that they thought of Samarco going back to work. Getting back the licence to operate is an important issue for us. That is what we have. We have been talking to BHP and Samarco to it. We are waiting for that process and will discuss our strategy after that. So far, we are still trying to understand what is part of this petition.

### Luciano Siani

As for the covenants, we have already contacted our lenders in a preventive manner and do not expect this process to be bumpy. We have an initiative to anticipate any potential breaches and are talking to them in advance.

### Participant

In the light of Samarco, have you looked at the other operations you have in Brazil and elsewhere to understand the integrity of those assets and whether, from a safety or other perspective, more capital needs to be spent or higher operating costs need to be dedicated to that?

### Peter Poppinga

Of course we have. We have 160 dams in Vale. 143 are in the iron ore business and 123 are in the state of Minas Gerais. Our dams are slightly different from Samarco's. A dam is not like a dam; there are different types of dam and different construction methods. Vale uses a slightly different construction method from Samarco. Immediately before the accident, we had inspected all of our dams routinely, with the authorities of Brazil, and everything was in order. Right after the accident, we did an extraordinary and additional inspection and saw that, again, everything was in order.

Of course we are using his sad event as an opportunity and as a lesson, in order to check what we can do better in our surveillance for our dams. As Luciano said, in our 73-year history, we have never had a dam break. There are several things you can do. You can upgrade your monitoring systems, by laser or by radar, and install more water piezometers and so on. That is what we are doing, and it is just starting. At the moment, we have no sign or at all. We have nothing. We are fine with our governance and the government, and we are fine with the integrity of the dams.

**Participant**

Are there population centres downstream from the remaining dams that might need to be examined in the wake of this?

**Peter Poppinga**

We do. There are some cities. They are not as close as Samarco though. Samarco was a small village; it was not a big city. We have some bigger villages, but they are a little farther away. Of course, this is also part of our strategy in updating our emergency plans.

**Participant**

This addresses some of the earlier questions. In the presentation, you are using a $48/tonne iron ore price, a nickel price of $13,000/tonne and copper where we are today. As opposed to just asset sales, can you talk more about what you are going to do if current spot prices persist into next year?

**Luciano Siani**

There is a gap between $2.2 and $2.8 billion at $40 spot prices. The gap would be higher if we added spot prices for nickel and copper as well. As I mentioned that, in the short term, most of those transactions I showed would come through. We are confident that the cash flow gap, if any, will be bridged over the next year. The most important question might be: what if this persists beyond 2016? This would probably mean a mediocre situation from the point of view of cash flows. Through other measures, you would probably break even in cash flows, because the investment would go down a little, and you can do more to sustain capital and on costs, but that is not our goal. Our goal is to pay down the debt, deleverage and increase our dividend. We would definitely need to look at more options in that situation. The scenario for which we do not yet an answer is not what if spot prices persist until 2016, but rather if they persist until the end of the decade. We need to assess this strategically to decide what we are going to do.

**Participant**

For how long is the management and the board prepared for individual assets, not on a group basis, to be loss-making on a cash basis?

**Luciano Siani**

From a mind-set perspective, we do not espouse the idea of keeping operating loss-making assets. What usually constrains us is the best exit strategy. I will give you an example from the past. We made up our minds to exit Argentina at the end of 2012, but it perhaps took a year, and one can argue whether that was too much or too little, to execute that decision because of the potential diplomatic consequences and liabilities that we have if we exited all of a sudden. Governments always have the power to go after you and charge you for this or that. Take the example of New Caledonia, for instance, even if we want to exit it has to be very well coordinated with the constituencies and stakeholders, to the benefit of shareholders, to minimise an eventual bill.

**Thiago Lofiego, Bank of America Merrill Lynch**

Peter, could you comment on your blending strategy in China? How big do you want to be there? Is that also part of the strategy S11D? Are you planning to sell to smaller clients within this strategy and blend at the ports? Could you also comment a little about the Brazilian blend product? How does it differentiate you from your competitors and what is the mix representation of the Brazilian blend in your total mix? What is the outlook for that mix?

### Peter Poppinga

Both questions are actually linked, because the Brazilian blend is either in Malaysia or in China. What we are doing now is focusing on Malaysia. One third of our silica is higher silica blend products blended with two thirds from Carajás. Malaysia has a capacity of 30 million tonnes, so we want to go much further. We have other options that are not inside China. We have some in other countries, some smaller spots where we can blend, but the main part that is starting now is the 6 million tonnes we blended in China this year. It will be 20 million or something next year and will go up to 40 million. All this together, Malaysia, China and other places offshore, will give you 60-70 million tonnes of Brazilian blend.

They are all the same products from different locations. What does this do? You saw the cost curve. Our weak point is the southern system because of the higher costs of the railway and the port. You cannot change that, but you can change the mine costs, especially now that everybody wants to reduce tailings, dams and stuff like that. We will drastically reduce our cut-off rate in Fe, which will drastically reduce our C1 and mining costs. At the same time, we will shrink the business a little and idle some capacity. You will not see that in the next two years, because we have old stockpiles and, now we have more capacity in MRS, this will come out as sales and will reduce stock levels drastically in Vale. The southern system will shrink a little.

At the same time, the southern system will become more competitive, because we are changing the cut-off rate and moving more smoothly. It is less selective mining with a higher silica output. This will be blended in Malaysia and China. It is one big project. The Brazilian blend is accepted well and will be the new reference in the world very soon, because it is better quality, it is what the blast furnace needs, liquidity will be increase and it is a better quality product than the other blends you see.

### Participant

Can you elaborate on the bigger-ticket divestments, insofar as your position on process, closing and consideration?

### Luciano Siani

The bigger ticket is coal in Mozambique. We have an agreement with Mitsui that expires in December 2016. There is a condition attached for project finance, on which we are in talks with the governments and financial institutions. The government reaction has recently been very swift, I would say. We have been able to form new dynamics in the negotiations. The multilateral agencies have reaffirmed their commitments and, in some cases, even raised their checks. We are very confident that we are in the final stages of reaching agreement and probably will reach agreement in the first quarter. Maybe the documentation issues, which are usually lengthy, will be internal he second quarter, but we are very positive about closing in the first half of next year.

The preferred shares are something in which we have always had a lot of interest. You should expect a similar deal to the one we did last year. I would say that it is an attractive form of mezzanine-type financing. There is a precedent, so development of the transactions is quite straightforward. As you saw, we already sold eight large ore carriers this year. They are in high demand. We still have 11 Valemax ore carriers to sell. What limits the speed in which we sell them is our own goals, in terms of securing the best and most competitive freight possible. Even with that constraint, we will certainly be able to announce and close transactions for the ore carriers very soon. I would just remind you that each Valemax fetches a little higher than $100 million so, for 11 Valemaxs, we are talking about $1.1 billion.

In terms of the bauxite mine MRN, two months ago, Norsk Hydro made a public statement that they made us a non-binding offer. Due diligence is ongoing for the normal closing of that operation. This should not have any delay. Commercial terms have already been agreed. Did I miss something? For the fertiliser transaction I will hand over to Roger but, with the improved results, we believe there is a new window for considering it although, as I said before, we do not envision that the fertiliser transaction will plug any cash flow gaps this year. That is the only one in which we are taking a more strategic approach.

### Roger Downey

The axe is off our necks in terms of bringing in a partner to fund the business. The business can fund the project from cash flow. By the end of this year, we are probably going to produce about $300 million in cash, so we are in a much better shape than we were at the end of last year and the beginning of this year. We expect that to be the case. We are looking for a partner to come in and help us grow, really a partner who will bring in fresh capital to do other things, not just to fix the business as it is today.

### Paulo Carvalho, CRU Consulting

I have a follow-up question for Peter Poppinga. Vale sells the highest quality natural iron ore finds in the industry. You showed that the Brazilian blend is one of the pillars of this strategy in iron ore, with positive results in terms of improved premiums over the benchmark. My question is: what other measures do you envisage taking to further enhance price realisation in iron ore? Would they involve increasing pellet feed sales or perhaps using the higher-grade indices now available in the market?

### Peter Poppinga

Paulo, this is exactly right. When you say Brazilian blend, there is not just one strategy; there are several. There are two mega-trends happening in the iron ore industry today in terms of premiums. One is very short term; what is happening is that around 200 million tonnes of material exited the market in the last two years. That coincidentally was of a bad quality with high contaminants, which is why it exited. The other short-term trend is that there is no need for productivity in the steel industry, in today's market.

Both things together lead in the short term to a reduction in the discounts for low-grade material. In the medium term, however, the trend will revert again. What will happen is that small blast furnaces used for low quality ore will be idled. All the major industry players will exist in the brownfield, not greenfield. That means that costs will go up and quality will go down. In the medium term, it will be the other way around; the high-grade material will fetch higher premiums than it does today. Those two mega-trends are very clear and now we have to balance all that. The big increase for Carajás does not come in 2016; it comes in 2017. That is one year down the world. We will balance all that.

If you imagine the world as one big blast furnace, there is a specific chemistry to be met. One thing I can assure you is that we are not going to subsidise our competitors by flooding the market with the highest quality material so that they can complement it with low-grade material. We are doing our own blending and that will remain so going forward.

### Anil Swetcha, Barclays

I notice that you have reduced the ultimate capacity of the Moatize from 22 to 18 million tonnes. Have we lost the thermal coal fraction? Why has it changed?

The initial question was asked with regard to dividend flexibility. My understanding is that it is part of your bylaws that you have to pay the higher of 3% of paid inequity or 6% of book value. Is there any flexibility in that with your shareholders? Would they agree to postpone it, in the event that, as was referred to in the New York day, the forward curve is now at 36 for next year and 33 in 2017? Would you have that flexibility if your shareholders agreed it?

### Roger Downey

The capacity to reach 22 million tonnes is still there in Moatize, providing we make some investments along the way. For instance, one of the major investments we have is to redirect the river that flows through the coal mining area. Obviously that is a big expense, so we are delaying that beyond 2020. If market conditions improve, we can do that earlier and ramp up to 22 million tonnes sooner. That was just a decision that we made in order to push out and delay any capex. That also means that we can push out more metallurgical coal on a proportional basis.

### Luciano Siani

In terms of the dividends, the bylaws are exactly as you said. The preferred shares are entitled to a minimum dividend of either 3% of book value or 6% of paid-in value, whichever is greater. The way it works is that you calculate this amount at the end of the fiscal year, and it has to be declared and paid in the following year. For the 2016 fiscal year, the corresponding amounts have already been anticipated, which means that you do not need to make a payment in 2016. After 2016 has gone by, we will have to do this calculation and make a payment in 2017. You can skip a payment but, if you skip a payment for three consecutive years, the preferred shares will have voting rights on specific matters, but it is not cumulative. In other words, suppose you skip the first and second years. If you pay on the third year, you do not have to make whole for the past two years you skipped. As long as you do not go longer than three years without paying the minimum dividend, the preferred shares will not have voting rights.

### Bruce Jackson, GS Investment Services

I notice you are increasing your reliance on coal and that you see it becoming profitable in the future. What is the impact going to be on your carbon footprint over the next few years?

### Roger Downey

The accounting of our carbon footprint is done for the whole of Vale. Obviously the coal business is the biggest culprit, but obviously we will have to pay for that as soon as the mine is profitable.

### Luciano Siani

In addition, the carbon footprint of Vale is actually low compared to many other companies, the main reason being that most of the energy that supplies our operations is hydro-based. The bigger footprint we have is the transportation of our products from Brazil into distant markets, so the shipping industry is a big culprit in terms of $CO_2$ emissions. The Valemaxs are actually very efficient in this regard. They consume around 35% less than regular VLOCs and capesizes. The next generation of Valemax, which we have already ordered, is even more efficient. Longer term, we forecast the overall footprint of Vale to decrease, because of these substantial improvements in transportation.

### Peter Poppinga

Just to clarify, we did not order the next-generation Valemaxs. We have partnership alliances, we induced the shipping industry to build them and we are leasing them back at long-term freight rates.

**Rene Kleyweg**

Following up on what was being asked earlier, in the current pricing environment, should we expect Vale to respond in any way in terms of production at \$35? Does that imply 10 million tonnes coming out of the market in the short term or has the strategy changed slightly?

Secondly, on disposals, steel assets have not been mentioned. Is there opportunity there or not? On power sales, you can give any kind of rough number? Are we talking 200 or 300 million, or are we talking 500, 700 or 50 million?

**Peter Poppinga**

The strategy has not changed. Our goal is margin optimisation, which means higher operational efficiency, cost-cutting and productivity, and higher price realisation. If this means cutting back on some production in the southern system, we will do that but, as our southern system is accelerating its cost production, mainly because of the cut-off grade policy we are now implementing, in which we are lowering the cut-off grade because we can blend with Carajás finds abroad, it is always a question of balance. We do not upfront. It can be, but the focus is not tonnage. The focus is margin.

**Luciano Siani**

I would not like to assign a number to it, but we have indicated the order of magnitude. You have an idea of that, provided that everyone knows how much the VLOC is. I forgot to mention the energy assets transaction again. These assets have a very high liquidity and a lot of interested parties. Again, the decision criteria are mostly to do with the optimisation of our own costs, once we have established the purchase power agreements, but there is no lack of interest whatsoever. To highlight beyond that, although it is not our intention, we also have power assets beyond Brazil that we might eventually imagine selling, if needed.

**Esther Chan, Ashmore**

I am looking at the Samarco situation again. As you know, there is \$4 billion of debt on Samarco. Given it is quite possible that it is not going to be operating for between one and two years, do you see the debt service there as being high-priority cash flow? We do not know what the liabilities might be from the Samarco incident. There is likely to be a cash flow gap here. Is there any way that Vale can help, without stretching your own balance sheet?

**Luciano Siani**

The debtholders know and possibly the governments are also figuring out that the best way to satisfy all the claims on Samarco is to have Samarco back in operation. So far, we do not see a scenario in which the debtholders would force a situation, because it is a lose/lose proposition. The best that could be done is to allow the company to buy time in order to try to negotiate with broader society, including authorities, communities and so on, and come back into operation.

From a technical perspective, Samarco can come back much earlier than in the scenario you described. We see the constraint to Samarco coming back rather as the comprehensive discussions than how to do it from a technical perspective. We have an understanding attitude on the part of the bondholders that the best way to pursue is to try to bring back the company, which will be the maximum chance for everyone to receive their claims.

By the way, on Vale's support, I would just reaffirm what I said on the investor call three weeks ago. Provided that we had a path to reinstate Samarco, Vale would be willing to support it and

Vale Day 2015 – Investor Relations                                                          Vale

decisions will be made when the circumstances arise. The support of Vale is clearly geared towards having Samarco back. That is different from saying that we would unconditionally step in to guarantee the debt. That is not the case. It is non-recourse debt but, provided Samarco has a future, Vale would be willing to consider all kinds of support.

**Jean Goddingstein, Hermes**

Could you comment on Vale's policy on joint ventures and whether you feel the need to reassess existing joint ventures and the policy towards future joint ventures, in the wake of Samarco's accident?

**Luciano Siani**

Historically, Vale has been in control of most, if not all, of its assets, Samarco being a very important exception. Unlike our competitors, there are no JVs in which we participate in which the control is exercised only through the board. Samarco was a unique case in that respect. If you take other companies in which we have active partners, such as Vale Indonesia or Vale New Caledonia, we exercise control. We nominate our people to run the companies. There is a board in which active partners have a voice but, ultimately, we have the power to make all decisions, according to how we see fit. The Samarco case was unique. I understand that BHP, for instance, is re-evaluating their own position towards JVs, but we have no need to, because Samarco was a unique case

If you are asking whether we would have changed the type of oversight if we knew what was going to happen beforehand, we would probably not because, as I mentioned, we were constrained by the anti-trust authorities in that particular case, in terms of the type of oversight we could have. There are no directly applicable lessons for other assets in which we are involved.

On behalf of all the team, we would really like to thank you for being with us here today. We appreciate your direct approach and the candiddness of your questions, and we hope we have been as transparent as possible. Thank you.

**This Full Transcript was produced by Ubiqus UK ✆ +44 (0) 20 7269 0370**
**http://www.ubiqus.co.uk / infouk@ubiqus.com**